ORIGINAL

THOMAS L. SANSONETTI
Assistant Attorney General
Environment & Natural Resources Division
CYNTHIA S. HUBER
Environmental Enforcement Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
TEL: (202) 514-5273
FAX: (202) 514-2583
FREDERICK A. BLACK
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza
108 Hernan Cortez, Suite 500
Agana, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
AUG 07 2002
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>GOVERNMENT OF GUAM,<br><br>    Defendant. | CIVIL CASE NO. 02-00022<br><br>CERTIFICATE OF SERVICE |

I, FRANCES B. LEON GUERRERO, Legal Secretary, working in the U.S. Attorney's Office, in the District of Guam hereby certify that on 7th day of August, 2002, I caused to be served by personal service a copy of "Complaint For Injunctive Relief And Civil Penalties Under The Clean Water Act", in the above entitled case to:

```
 1   Robert H. Kono
     Attorney General
 2   Office of the Attorney General
        for the Territory of Guam
 3   Suite 2-200E, Judicial Center Building
     120 W. O'Brien Drive
 4   Hagatna, Guam 96910
 5
 6
 7
                                    *Frances B. Leon Guerrero*
 8                                  FRANCES B. LEON GUERRERO
                                    Legal Secretary
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```