FILED
DISTRICT OF GUAM
AUG - 7 2002

# UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

## SUMMONS IN A CIVIL ACTION

UNITED STATES OF AMERICA,

CASE NUMBER: 02-00022

V.

GOVERNMENT OF GUAM,

TO: (Name and Address of Defednat)

ATTORNEY GENERAL FOR THE
TERRITORY OF GUAM

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

THOMAS L. SANSONETTI
Assistant Attorney General
CNYTHIA S. HUBER
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611

FREDERICK A. BLACK, U.S. Attorney
MIKEL W. SCHWAB, Assistant U.S. Attorney
U.S. Attorney's Office
United States Department of Justice
Sirena Plaza, Suite 500
108 Hagatna, Guam 96910

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

MARY L.M. MORAN
CLERK

AUG - 7 2002
DATE

BY DEPUTY CLERK

ORIGINAL

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | August 07, 2002 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Jocelyn M.B. Bukikosa | CLERK |

Check one box below to indicate appropriate method of service

☑ Service personally upon the defendant. Place of served: Attorney General's Office
Marie Fegurgur, Legal Sec.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and Discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Aug. 07, 2002
Date

_Signature_
Signature of Server

U.S. Atty Office District of Guam.
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure