ROBERT H. KONO
Acting Attorney General
MARIA G. FITZPATRICK
Assistant Attorney General
Civil Litigation Division
Office of the Attorney General
Suite 2-200E, Judicial Center Building
120 West O'Brien Drive
Hagåtña, Guam 96910
TEL: (671) 475-3324
FAX: (671) 472-2493

FILED
DISTRICT COURT OF GUAM
AUG 23 2002
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM
HAGÅTÑA, GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL CASE NO. 02-00022 |
| Plaintiff, | ) | |
| vs. | ) | **STIPULATED MOTION AND ORDER FOR CONTINUANCE** |
| GOVERNMENT OF GUAM, | ) | |
| Defendant, | ) | |

The Defendant Government of Guam by and through the Office of the Attorney General hereby moves the Court for a 30 day extension of time to file an answer in the above captioned matter for the following reasons:

1. The only attorney who has expertise in environmental cases in the Government of Guam is leaving the Attorney General's Office.

2. The Attorney General's Office needs additional time to prepare its defenses in this case since it is a complicated lawsuit where special expertise is necessary.

Stipulated Motion and Order for Continuance
Civil Case No. CV02-00022

3. The Defendant needs additional time to hire an attorney with the expertise to handle this case.

Submitted by:

ROBERT H. KONO
Acting Attorney General

By: MARIA G. FITZPATRICK     08/21/02
    Assistant Attorney General          Date
    Civil Litigation Division

IT IS SO STIPULATED BY:

FREDERICK A. BLACK
United States Attorney
District of Guam

By: MIKEL W. SCHWAB     08/22/02
    Assistant United States Attorney     Date

**ORDER**

Approved and so ordered: 8-23-02

DEAN D. PREGERSON
Designated District Judge

for HON. ~~JOHN S. UNPINGCO~~
**Judge, District Court of Guam**

Page -2-

RECEIVED
AUG 22 2002
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Case 1:02-cv-00022     Document 4     Filed 08/23/2002     Page 2 of 2