| | |
|---|---|
| | **FILED**<br>DISTRICT COURT OF GUAM<br>**SEP 16 2002**<br>MARY L. M. MORAN<br>CLERK OF COURT |

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GOVERNMENT OF GUAM,<br><br>　　　　Defendant. | Civil Case No. 02-00022<br><br>**SCHEDULING NOTICE** |

THOMAS L. SANSONETTI
Asst. Attorney General
CYNTHIA S. HUBER
Environment Enforcement Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
FREDERICK A. BLACK
U.S. Attorney
MIKEL W. SCHWAB
Asst. U.S. Attorney
Sirena Plaza
108 Hernan Cortez Avenue, Suite 500
Hagatna, GU 96910

ROBERT H. KONO
Acting Attorney General
MARIA G. FITZPATRICK
Asst. Attorney General
Civil Litigation Unit
Office of the Attorney General
Suite 2-200E, Judicial Center Bldg.
120 West O'Brien Drive
Hagatna, GU 96910

//
//
//
//

The Local Rules establish procedures for complying with Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure. Counsel should study the Local Rules before attempting to process cases in this Court.

Pursuant to Local Rules 16.1 and 16.2, it is hereby ORDERED that:

1. Counsel of record and all pro se litigants that have appeared in the case must meet and confer, within fifteen (15) days after receipt of this Notice, but no later than sixty (60) days after the filing of the complaint, prior to commencing discovery.

2. A proposed Scheduling Order and a proposed Discovery Plan shall be filed on or before the 21st day of October, 2002. Careful and immediate attention should be given to the directions in Local Rules 16.1 and 16.2 to ensure complete and timely compliance with Federal Rules 16(b) and 26(f), and Local Rules.

3. Plaintiffs' counsel, or if the plaintiff is pro se, then the pro se plaintiff, must take the lead in the preparation of the Scheduling Order. If a defendant is not contacted by a pro se plaintiff within the required time frame, the defendant's counsel shall contact the pro se plaintiff and arrange a meeting to comply with this Rule in the appropriate time frame. The failure of a party or its counsel to participate in good faith in the framing of a Scheduling Order may result in the imposition of sanctions.

4. Counsel of record and all pro se litigants that have appeared in the case are jointly responsible for submitting a Proposed Discovery Plan to the Court.

5. A Scheduling Conference shall be held on the **5th day of November, 2002 at 3:15 p.m.**

6. Counsel are reminded that:
   a) The filing of motions does not postpone discovery.
   b) Local Rule 37.1 governs discovery disputes and motions.
   c) The number and form of interrogatories are governed by Local Rule 33.1.

d) Discovery documents and certificates of service shall not be filed with the Clerk until there is a proceeding in which the document or proof of service is in issue.

Dated: September 16, 2002

MARY L. M. MORAN
Clerk of Court

By: [signature]
Deputy Clerk