OFFICE OF THE ATTORNEY GENERAL
Civil Litigation Division
Suite 2-200E, Judicial Center Building
120 West O'Brien Drive
Hagåtña, Guam 96910
TEL: 475-3324 FAX: 472-2493

FILED
DISTRICT COURT OF GUAM
SEP 27 2002
MARY L. M. MORAN
CLERK OF COURT

6

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CIVIL CASE NO. 02-00022 |
|---|---|
| Plaintiff, | |
| vs. | SUBSTITUTION OF COUNSEL AND ORDER |
| GOVERNMENT OF GUAM, | |
| Defendant. | |

Defendant Government of Guam, hereby substitute the law firm of Mair Mair Spade & Thompson, P.C., in the place and stead of the Attorney General by Maria G. Fitzpatrick, Assistant Attorney General, as counsel to represent Defendant, Government of Guam, in the above-entitled matter.

/ / / / /

/ / / / /

/ / / / /

**ORIGINAL**

Civil Case No. 02-00022
Substitution of Counsel

      The foregoing substitution of Mair Mair Spade & Thompson, P.C., in the place and stead of the Attorney General by Maria G. Fitzpatrick, Assistant Attorney General of Guam, as counsel for Defendant, Government of Guam is hereby approved and consented to:

ROBERT H. KONO
Attorney General, Acting

By: */s/ Maria G. Fitzpat/*
MARIA G. FITZPATRICK
Assistant Attorney General
Date: 09/12/02

SO AGREED:

By: */s/*
MAIR MAIR SPADE &
THOMPSON, P.C.
Date: [signature]

### ORDER

      Approved and so ordered this 26th day of September, 2002.

*/s/*
HONORABLE JOHN S. UNPINGCO
Judge, District Court of Guam

02cv0022.sub

RECEIVED
SEP 25 2002
DISTRICT COURT OF GUAM
HAGATNA, GUAM