MAIR, MAIR, SPADE & THOMPSON
A Professional Corporation
Attorneys at Law
Suite 807, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-2089/2090

FILED
DISTRICT COURT OF GUAM
OCT 07 2002
MARY L. M. MORAN
CLERK OF COURT

Attorneys for Defendant The Government of Guam

IN THE UNITED STATES DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL CASE NO. 02-00022 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| GOVERNMENT OF GUAM, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

I, DAVID A. MAIR, hereby certify that on the 7th day of October, 2002, I caused to be served by personal service a copy of "Defendant's Answer to Plaintiff's Complaint For Injunctive Relief and Civil Penalties Under The Clean Water Act", in the above entitled case to:

FREDERICK A. BLACK
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza
108 Hernan Cortez, Suite 500
Hagåtña, Guam 96910

**DAVID A. MAIR**

P02892.GBC

ORIGINAL