FILED
DISTRICT COURT OF GUAM
NOV - 1 2002
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>GOVERNMENT OF GUAM,<br><br>    Defendant. | Civil Case No. 02-00022<br><br>ORDER |

Due to the scheduling needs of the Court, the November 5, 2002 Scheduling Conference is hereby moved to Wednesday, November 13, 2002 at 10:30 a.m.

SO ORDERED this 1st day of November, 2002.

JOHN S. UNPINGCO
District Judge