ORIGINAL

1  THOMAS L. SANSONETTI
   Assistant Attorney General
2  Environment & Natural Resources Division
   ROBERT MULLANEY
3  Environmental Enforcement Section
   United States Department of Justice
4  301 Howard Street, Suite 1050
   San Francisco, CA 94105
5  Tele: (415) 744-6483
   Fax: (415) 744-6476
6
   FREDERICK A. BLACK
7  United States Attorney
   MIKEL SCHWAB
8  Assistant United States Attorney
   Suite 500, Sirena Plaza
9  108 Hernan Cortez
   Hagåtña, Guam 96910
10 TEL: (671) 472-7332
   FAX: (671) 472-7215
11 Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
NOV 12 2002
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 02-00022 |
| Plaintiff, | |
| vs. | MOTION REQUESTING FOR TELEPHONIC PARTICIPATION BY UNITED STATES COUNSELS JULIA JACKSON AND ROBERT MULLANEY |
| GOVERNMENT OF GUAM, | |
| Defendant. | |

The United States of America submits this Motion to allow attorneys Julia Jackson, United States Environmental Protection Agency (USEPA) and Robert Mullaney, United States Department of Justice Environment and Natural Resources Division to participate in the scheduling conference scheduled for Wednesday, November 13, 10:30 a.m. by telephone. Assistant United States Attorney Mikel W. Schwab will appear in the courtroom and speak on behalf of the United States. Ms.

Jackson and Mr. Mullaney wish to follow the proceedings in this case. Ms. Jackson has been involved with the Ordot issue on behalf of the USEPA and Mr. Mullaney, based in San Francisco specializes in environmental cases for the U.S. Department of Justice.

The attorneys thank the Court for the courtesy of considering this request.

Dated: November 12, 2002.

Respectfully submitted,

FREDERICK A. BLACK
United States Attorney
Districts of Guam and NMI

BY: /s/
MIKEL SCHWAB
Assistant U.S. Attorney

## CERTIFICATION

I, FRANCES B. LEON GUERRERO, secretary working in the United States Attorneys Office, hereby certify that copies of the Motion Requesting for Telephonic Participation by United States Counsels Julia Jackson and Robert Mullaney were served by personal service and facsimile to the attorney of record at the following address:

    David A. Mair
    Mair, Mair, Spade, & Thompson, P.C.
    Suite 807, GCIC Building
    414 W. Soledad Avenue
    Hagatna, Guam 96910
    Fax: 477-5206

DATED: November 12, 2002.

                                    *Frances B. Leon Guerrero*
                                    FRANCES B. LEON GUERRERO
                                    Civil secretary