THOMAS L. SANSONETTI
Assistant Attorney General
Environment & Natural Resources Division
ROBERT MULLANEY
Environmental Enforcement Section
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94105
Tele: (415) 744-6483
Fax: (415) 744-6476

FREDERICK A. BLACK
United States Attorney
MIKEL SCHWAB
Assistant United States Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215
Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 02-00022 |
| Plaintiff, | **ORDER** |
| vs. | |
| GOVERNMENT OF GUAM, | DATE: November 13, 2002<br>TIME: 10:30 a.m. |
| Defendant. | |

This matter came before the Court on the Motion of the United States for an Order allowing counsels for the United States to Participate in the Scheduling Conference by Telephone. After reviewing the submission, IT IS HEREBY ORDERED THAT:

Julia Jackson and Robert Mullaney may participate in the Scheduling Conference by telephone.

SO ORDERED this 12°< day of November, 2002.

JOHN S. UNPINGCO
CHIEF JUDGE