THOMAS L. SANSONETTI
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
ROBERT D. MULLANEY
Environmental Enforcement Section
Environment & Natural Resources Division
301 Howard Street
San Francisco, CA 94105
Tel: (415) 744-6491
Fax: (415) 744-6476
FREDERICK A. BLACK
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
NOV 13 2002
MARY L. M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL NO. 02-00022 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GOVERNMENT OF GUAM, | ) | DISCOVERY PLAN |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to Local Rule 16.1 for the District Court of Guam, the parties hereby submit the following Discovery Plan:

1. Counsel for the parties discussed the matters within the scope of Fed. R. Civ. P. 26(f) at a telephone conference on October 9, 2002. Therefore, no further Fed. R. Civ. P. 26(f) meeting is planned.

**ORIGINAL**

2. Initial disclosures under Fed. R. Civ. P. 26(a) and Local Rule 26.2 shall be made as follows:

    a. Each party shall identify all persons known or believed to have substantial discoverable information about the claims and defenses, together with a summary of that information, by November 1, 2002.

    b. Each party shall provide a description, including the location, of all documents and any other evidence that are reasonably likely to bear substantially on the claims or defenses, by November 1, 2002. Each party shall provide a copy of all documents and any other evidence then reasonably available to the party that are contemplated to be used in support of the allegations of the pleading filed by the party by November 15, 2002.

    c. Guam shall provide a copy of any insurance agreement that may cover any resulting judgment by November 1, 2002.

    d. Each party shall provide a copy of any report by any expert who may be called at trial by February 28, 2003. Each party shall provide a copy of any report by any expert in rebuttal by March 28, 2003.

3. After the initial disclosures under Fed. R. Civ. P. 26(a)(1), each party will then serve the other with requests for production, requests for admission, requests for permission to enter land for inspection and other purposes, and interrogatories, and may depose fact witnesses identified in Fed. R. Civ. P. 26(a)(1) initial disclosures and discovery responses.

4. Expert witnesses will be deposed on or after April 11, 2003.

5. The parties' pretrial materials, discovery materials, witness lists, designations, and exhibit lists shall be filed on or before December 6, 2003. Any objections under Fed. R. Civ. P. 26(a)(3) shall be filed on or before December 20, 2003

6. Pursuant to Fed. R. Civ. P. 26(e), each party shall have an ongoing duty to supplement disclosures and discovery responses in a reasonably timely manner upon obtaining new information if the party learns that in some material respect the information disclosed is

2

Case 1:02-cv-00022    Document 14    Filed 11/13/2002    Page 2 of 3

incomplete or incorrect and if the additional or corrective information has not otherwise been made known to the other party during the discovery process or in writing. Without limiting or qualifying the ongoing obligation of timely supplementation, all such supplementation must be completed on or before December 6, 2003.

**For the United States of America, Plaintiff:**

THOMAS L. SANSONETTI
Assistant Attorney General
Environment & Natural Resources Division
ROBERT D. MULLANEY
Environmental Enforcement Section
Environment & Natural Resources Division
United States Department of Justice
FREDERICK A. BLACK
United States Attorney
Districts of Guam and NMI

Dated: 21 OCT 2002     BY: /s/ MIKEL W. SCHWAB
MIKEL W. SCHWAB
Assistant U.S. Attorney

**For the Government of Guam, Defendant:**

Dated: 10-21-02     June S. Mair for,
DAVID A. MAIR
Mair, Mair, Spade & Thompson

RECEIVED
OCT 21 2002
DISTRICT COURT OF GUAM
HAGATNA, GUAM

3