FILED
DISTRICT COURT OF GUAM
NOV 14 2002
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>GOVERNMENT OF GUAM,<br><br>    Defendant. | Civil Case No. 02-00022<br><br>MINUTES |

(√) SCHEDULING CONFERENCE     ( ) PRELIMINARY PRETRIAL CONFERENCE
(November 13, 2002 at 10:30 a.m.)

( ) FINAL PRETRIAL CONFERENCE    ( ) STATUS CONFERENCE

**Notes**: AUSA Mikel Schwab appeared on behalf of the United States. Attorney Robert Mullaney with the United States Department of Justice Environment and natural Resources Divisions participated telephonically. Assistant Attorney General Maria Fitzpatrick and Attorneys David Mair and Georgette B. Concepcion, from the law firm Mair Mair Spade and Thompson, appeared on behalf of the Government of Guam. The parties expressed a desire to participate in settlement negotiations to reach a practical resolution to the present dispute. The parties agreed that any resolution would necessitate participation from the newly elected Governor, Attorney General and senators. A briefing conference was scheduled for Friday, November 15, 2002 at 11:00 a.m.

    Judge Unpingco indicated that he would be willing to act as the settlement judge, but that another federal judge would have to preside over the trial in the event the parties are unable

1 to reach a settlement. Judge Unpingco disclosed that he has an uncle who owns property near
2 the Ordot dump and that he is the second cousin of Attorney Concepcion's mother. Neither
3 party voiced concerns over this disclosure.
4 Dated: November 13, 2002

*Judith P. Hattori*
**JUDITH P. HATTORI**
**Law Clerk**