ORIGINAL

FILED
DISTRICT COURT OF GUAM
NOV 14 2002
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>GOVERNMENT OF GUAM,<br><br>    Defendant. | Civil Case No. 02-00022<br><br>ORDER |

At the November 13, 2002 scheduling conference, the parties expressed a desire to participate in a settlement conference. Accordingly, an informational conference shall be held on Friday, November 15, 2002 at 11:00 a.m. The Court invites the Governor-elect, the Attorney General-elect, and the Speaker of the Legislature-elect, or their respective representatives, to attend the briefing conference. Their participation will encourage early resolution and instill cooperative effort from all concerned parties.

SO ORDERED this 14th day of November, 2002.

_____
JOHN S. UNPINGCO
District Judge