THOMAS L. SANSONETTI
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
ROBERT D. MULLANEY
Environmental Enforcement Section
Environment & Natural Resources Division
301 Howard Street
San Francisco, CA 94105
Tel: (415) 744-6491
Fax: (415) 744-6476
FREDERICK A. BLACK
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM
NOV 26 2002
MARY L. M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL NO. 02-00022 |
| ) | |
| Plaintiff, ) | MOTION TO ALLOW COUNSEL |
| v. ) | FOR THE UNITED STATES TO |
| ) | PARTICIPATE IN THE HEARING |
| GOVERNMENT OF GUAM, ) | BY TELEPHONE |
| ) | |
| Defendant. ) | |
| _____ ) | DATE: NOVEMBER 27, 2002 |
| | TIME: 1:30 P.M. |

The United States of America submits this Motion to allow Robert Mullaney, U.S. Department of Justice Environment and Natural Resources Division to participate in the

hearing scheduled for November 27, 2002 at 1:30 p.m. by telephone.  Mr. Mullaney can be reached at his home telephone number given to the Clerk of the Court.   Assistant United States Attorney Mikel Schwab will appear in the courtroom and speak on behalf of the United States.

The attorneys thank the Court for the courtesy of considering this request.

Dated: November 26, 2002

Respectfully submitted,

FREDERICK A. BLACK
United States Attorney
Districts of Guam and NMI

MIKEL SCHWAB
Assistant U.S. Attorney

ROBERT D. MULLANEY
Environmental Enforcement Section
Environment & Natural Resources Division
301 Howard Street
San Francisco, CA 94105
Tel: (415) 744-6491
Fax: (415) 744-6476

- 2 -

## CERTIFICATION

I certify that copies of the Motion to Allow Counsel for the United States to Participate in the hearing by Telephone was sent via facsimile and personal service, on this 26th day of November, 2002, to the following attorney of record:

David A. Mair
Mair, Mair, Spade & Thompson
Suite 807 GCIC Building
414 W. Soledad Avenue
Hagatna, Guam 96910
Fax: 477-5206

*Frances B. Leon Guerrero*
FRANCES B. LEON GUERRERO
Legal Secretay