THOMAS L. SANSONETTI
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
ROBERT D. MULLANEY
Environmental Enforcement Section
Environment & Natural Resources Division
301 Howard Street
San Francisco, CA 94105
Tel: (415) 744-6491
Fax: (415) 744-6476
FREDERICK A. BLACK
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
NOV 29 2002
MARY L. M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 02-00022 |
| Plaintiff, | |
| v. | **ORDER** |
| GOVERNMENT OF GUAM, | DATE: November 27, 2002 |
| Defendant. | TIME: 1:30 p.m. |

This matter came before the Court on the Motion of the United States for an Order allowing counsel, ROBERT MULLANEY, for the U.S. Department of Justice, Environmental Enforcement Division to participate telephonically in the above entitled case. After reviewing the submission, IT IS HEREBY ORDERED THAT, Mr. Mullaney may participate in the hearing by telephone.

SO ORDERED this 26th day of November 2002.

RECEIVED
NOV 26 2002
DISTRICT COURT OF GUAM
HAGATNA, GUAM

JOHN S. UNPINGCO
Chief Judge