ORIGINAL

THOMAS L. SANSONETTI
Assistant Attorney General
Environment & Natural Resources Division
ROBERT MULLANEY
Environmental Enforcement Section
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94105
Tele: (415) 744-6483
Fax: (415) 744-6476

FREDERICK A. BLACK
United States Attorney
MIKEL SCHWAB
Assistant United States Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215
Attorneys for United States of America



FILED
DISTRICT COURT OF GUAM
JAN 0 7 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 02-00022 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | MOTION REQUESTING FOR TELEPHONIC |
| ) | PARTICIPATION BY UNITED STATES |
| GOVERNMENT OF GUAM, ) | COUNSEL ROBERT MULLANEY |
| ) | |
| ) | DATE: JANUARY 9, 2003 |
| Defendant. ) | TIME: 9:30 a.m. |
| ) | |

The United States of America submits this Motion to allow Robert Mullaney, attorney for the United States Department of Justice Environment and Natural Resources Division to participate in the Settlement Conference scheduled for January 9, 2003, at 9:30 a.m. by

telephone. Mr. Mullaney, based in San Francisco specializes in environmental cases for the U.S. Department of Justice. The U.S. Attorney's Office will provide the telephone number to the Court.

Additionally, Assistant United States Attorney Mikel Schwab will appear in the courtroom and speak on behalf of the United States.

The attorneys thank the Court for the courtesy of considering this request.

Dated: December 30, 2002.

Respectfully submitted,

FREDERICK A. BLACK
United States Attorney
Districts of Guam and NMI

BY: _____
MIKEL SCHWAB
Assistant U.S. Attorney

THOMAS L. SANSONETTI
Assistant Attorney General
Environment & Natural Resources Division
ROBERT MULLANEY
Environmental Enforcement Section
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94105
Tele: (415) 744-6483
Fax: (415) 744-6476

## CERTIFICATION

I, FRANCES B. LEON GUERRERO, secretary working in the United States Attorneys Office, hereby certify that copies of the Motion Requesting for Telephonic Participation by United States Counsel Robert Mullaney were served by personal service to the attorney of record at the following address:

> David A. Mair
> Mair, Mair, Spade, & Thompson, P.C.
> Suite 807, GCIC Building
> 414 W. Soledad Avenue
> Hagatna, Guam 96910
> Fax: 477-5206

DATED: January 7, 2003.

*Frances B. Leon Guerrero*
FRANCES B. LEON GUERRERO
Legal Assistant