MAIR, MAIR, SPADE & THOMPSON
A Professional Corporation
Attorneys at Law
Suite 807, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-2089/2090

**FILED**
DISTRICT COURT OF GUAM
**FEB 05 2003**
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 02-00022 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **SUBSTITUTION OF COUNSEL** |
| ) | **AND ORDER** |
| GOVERNMENT OF GUAM, ) | |
| ) | |
| Defendant. ) | |

Defendant Government of Guam, hereby substitute the Office of the Attorney General of Guam, in the place and stead of the law firm of Mair, Mair, Spade & Thompson, as counsel to represent Defendant Government of Guam, in the above-entitled matter.

The foregoing substitution of the Office of the Attorney General of Guam, in the place and stead of the law firm of Mair, Mair, Spade & Thompson, as counsel for Defendant Government of Guam is hereby approved and consented to:

//

1

**ORIGINAL**

SUBSTITUTION OF COUNSEL AND ORDER
CIVIL CASE NO. 02-00022

**MAIR, MAIR, SPADE & THOMPSON**
A Professional Corporation

By: _____
DAVID A. MAIR

Date: 1/22/03

SO AGREED:
**DOUGLAS B. MOYLAN**
**Attorney General of Guam**

By: _____
DOUGLAS B. MOYLAN

Date: 2/03/03

## ORDER

APPROVED AND SO ORDERED this _4th_ day of _February_, 2003.

_____
JOHN S. UNPINGCO
District Judge

**RECEIVED**
FEB - 4 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

P03213.dam

2