1  THOMAS L. SANSONETTI
   Assistant Attorney General
2  Environment & Natural Resources Division
   ROBERT MULLANEY
3  Environmental Enforcement Section
   United States Department of Justice
4  301 Howard Street, Suite 1050
   San Francisco, CA 94105
5  Tel: (415) 744-6483
   Fax: (415) 744-6476
6
   FREDERICK A. BLACK
7  United States Attorney
   MIKEL SCHWAB
8  Assistant United States Attorney
   Suite 500, Sirena Plaza
9  108 Hernan Cortez
   Hagåtña, Guam 96910
10 Tel: (671) 472-7332
   Fax: (671) 472-7215
11 Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
FEB 1 0 2003
MARY L. M. MORAN
CLERK OF COURT
22

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 02-00022 |
| Plaintiff, | |
| vs. | STIPULATION BY THE PARTIES RE: SCHEDULING ORDER AND DISCOVERY PLAN |
| GOVERNMENT OF GUAM, | |
| Defendant. | |

The United States and the Government of Guam have engaged in settlement discussions and participated in settlement hearings before this Court since November 13, 2002. In order to be able to focus time and resources on these settlement discussions, the parties stipulate that additional time is necessary to conduct discovery and pretrial motion practice. Accordingly, the parties submit a Revised Scheduling Order and First Amended Discovery Plan and hereby request the Court to sign and enter the Order. The revised

1  Order and amended Discovery Plan extend deadlines for discovery, motion practice, and
2  trial in the case for an additional two months.

Respectfully submitted,

FREDERICK A. BLACK
United States Attorney
Districts of Guam and NMI

BY: _____
MIKEL SCHWAB
Assistant U.S. Attorney

DOUGLAS MOYLAN
Attorney General of Guam

BY: _____
ERIC A. HEISEL
Assistant Attorney General
Office of the Attorney General

## CERTIFICATION

I, FRANCES B. LEON GUERRERO, secretary working in the United States Attorney's Office, hereby certify that copies of the Stipulation by the Parties re: Scheduling Order and Discovery Plan were served by personal service and facsimile to the attorney of record at the following address:

>  Eric A. Heisel
>  Assistant Attorney General
>  Office of the Attorney General
>  Suite 2-200E, Judicial Center Bldg.
>  120 West O'Brien Drive
>  Hagatna, Guam 96910
>  Fax: 472-2493

Dated: February 10, 2003

_____
FRANCES B. LEON GUERRERO
Civil secretary