

```
1  THOMAS L. SANSONETTI
   Assistant Attorney General
2  Environment & Natural Resources Division
   ROBERT MULLANEY
3  Environmental Enforcement Section
   United States Department of Justice
4  301 Howard Street, Suite 1050
   San Francisco, CA 94105
5  Tele: (415) 744-6483
   Fax: (415) 744-6476
6
   FREDERICK A. BLACK
7  United States Attorney
   MIKEL SCHWAB
8  Assistant United States Attorney
   Suite 500, Sirena Plaza
9  108 Hernan Cortez
   Hagåtña, Guam 96910
10 TEL: (671) 472-7332
   FAX: (671) 472-7215
11 Attorneys for United States of America
```

FILED
DISTRICT COURT OF GUAM
FEB 20 2003
MARY L. M. MORAN
CLERK OF COURT



IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CIVIL CASE NO. 02-00022 |
|---|---|
| Plaintiff, | |
| vs. | STIPULATED MOTION TO RESCHEDULE HEARING; ORDER |
| GOVERNMENT OF GUAM, | |
| Defendant. | |

The United States is requesting that the Hearing now set for February 24, 2002, at 9:00 a.m, be rescheduled to any other day that week. The reason for the rescheduling is that the U.S. Department of Justice, Environment & Natural Resources Division, attorney in San Francisco will be at a remote location (Sunday afternoon in California) and will not likely be available to fully participate in the hearing. The United States believes it is in the best of interest of both parties to have the hearing at approximately the same time

on any of the following days of that week, or as soon thereafter as possible. The rescheduling will contribute to a more productive Hearing and a better discussion of the pending issues.

RESPECTFULLY SUBMITTED this 19th day of February, 2003.

FREDERICK A. BLACK
United States Attorney
Districts of Guam and NMI

BY: /s/
MIKEL W. SCHWAB
Assistant U.S. Attorney

SO STIPULATED:

2-19-03
Date

ERIC A. HEISEL
Assistant Attorney General for Guam

***ORDER***

The Court, having reviewed the United States' Request for Rescheduling, hereby orders that the hearing originally set for Monday, 24 February 2003, is moved to Wednesday, Feb. 26, 2003 at 9:00 a.m.

SO ORDERED this 20th day of February 2003.

JOHN S. UNPINGCO
Chief Judge