ORIGINAL

THOMAS L. SANSONETTI
Assistant Attorney General
Environment & Natural Resources Division
ROBERT MULLANEY
Environmental Enforcement Section
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94105
Tele: (415) 744-6483
Fax: (415) 744-6476

FREDERICK A. BLACK
United States Attorney
MIKEL SCHWAB
Assistant United States Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
FEB 26 2003
MARY L. M. MORAN
CLERK OF COURT
25

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>GOVERNMENT OF GUAM,<br><br>   Defendant. | CIVIL CASE NO. 02-00022<br><br>MOTION REQUESTING FOR TELEPHONIC PARTICIPATION BY UNITED STATES COUNSEL ROBERT MULLANEY<br><br>DATE: February 26, 2003<br>TIME: 9:00 a.m. |

The United States of America submits this Motion to allow Robert Mullaney, attorney for the United States Department of Justice Environment and Natural Resources

1  Division to participate in the telephonic conference scheduled for February 26, 2003, at
2  9:00 a.m. by telephone. The telephone number that the Court can call Mr. Mullaney is
3  (415) 744-6483.
4      Assistant United States Attorney Mikel Schwab will appear in the courtroom and
5  speak on behalf of the United States.
6      The attorneys thank the Court for the courtesy of considering this request.
7  Dated: February 25, 2003.

Respectfully submitted,

FREDERICK A. BLACK
United States Attorney
Districts of Guam and NMI

BY: _____
MIKEL SCHWAB
Assistant U.S. Attorney

THOMAS L. SANSONETTI
Assistant Attorney General
Environment & Natural Resources Division
ROBERT MULLANEY
Environmental Enforcement Section
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94105
Tele: (415) 744-6483
Fax: (415) 744-6476