ORIGINAL

DISTRICT COURT OF GUAM
TERRITORY OF GUAM

FILED
DISTRICT COURT OF GUAM
FEB 28 2003
MARY L. M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GOVERNMENT OF GUAM,

    Defendant.

Civil Case No. 02-00022

ORDER

Due to the scheduling needs of the Court, the continued settlement conference in the above captioned case scheduled for Thursday, March 6, 2003 at 9:30 a.m. is hereby moved to 10:30 a.m. that same date.

SO ORDERED this 27th day of February, 2003.

JOHN S. UNPINGCO
District Judge