ORIGINAL

THOMAS L. SANSONETTI
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
ROBERT D. MULLANEY
Environmental Enforcement Section
Environment & Natural Resources Division
301 Howard Street, Suite 1050
San Francisco, CA 94105
Tel: (415) 744-6491
Fax: (415) 744-6476
FREDERICK A. BLACK
United States Attorney
MIKEL SCHWAB
Assistant United States Attorney

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
MAR - 5 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GOVERNMENT OF GUAM,<br><br>    Defendant. | CIVIL NO. 02-00022<br><br>MOTION TO ALLOW COUNSEL FOR THE PLAINTIFF TO PARTICIPATE BY TELEPHONE AND PROPOSED ORDER THEREFOR<br><br>DATE:   Mar 6, 2003<br>TIME:   10:30 a.m. |

The United States of America hereby submits this Motion and respectfully requests the Court to allow counsel for the United States, Robert Mullaney, to participate in the telephonic conference presently scheduled for March 6, 2003, at 10:30 a.m. by telephone.

Robert Mullaney will be available at telephone number (415) 744-6483. AUSA Mikel W. Schwab will be present in the courtroom.

Dated: March 5, 2003

                                                Respectfully submitted,

                                                FREDERICK A. BLACK
                                                United States Attorney

                                                MIKEL SCHWAB
                                                Assistant U.S. Attorney

                                                THOMAS L. SANSONETTI
                                                Assistant Attorney General
                                                ROBERT MULLANEY
                                                U.S. Department of Justice
                                                Environment & Natural Resources Division