ORIGINAL

THOMAS L. SANSONETTI
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
ROBERT D. MULLANEY
Environmental Enforcement Section
Environment & Natural Resources Division
301 Howard Street, Suite 1050
San Francisco, CA 94105
Tel: (415) 744-6491
Fax: (415) 744-6476
FREDERICK A. BLACK
United States Attorney
MIKEL SCHWAB
Assistant United Status Attorney

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
MAR - 6 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GOVERNMENT OF GUAM, ) <br> ) <br> Defendant. ) | CIVIL NO.02-00022 |

~~PROPOSED~~ ORDER GRANTING
PLAINTIFF'S MOTION TO
APPEAR BY TELEPHONE

Having considered Plaintiff's Motion to allow counsel to appear at the status conference to be held March 6, 2003, at 10:30 a.m. via telephone, this Court finds that the Motion should be and hereby is G R A N T E D.

**SO ORDERED**

Dated: MAR 0 6 2003

JOHN S. UNPINGCO
Chief District Judge

RECEIVED
MAR 0 5 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM