ORIGINAL



FILED
DISTRICT COURT OF GUAM
MAR 13 2003
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM
TERRITORY OF GUAM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GOVERNMENT OF GUAM,

    Defendant.

Civil Case No. 02-00022

ORDER

Due to the scheduling needs of the Court, the continued settlement conference in the above captioned case scheduled for Thursday, March 20, 2003 is hereby moved to Tuesday, March 25, 2003 at 9:30 a.m. Additionally, the parties shall lodge with the Court by Friday, March 21, 2003, a copy of the new proposed consent decree for *in camera* inspection only. If the parties are unable to reach agreement on the consent decree, then each party shall submit a status report to the Court for *in camera* inspection only. Said status report shall be no more than five (5) pages in length and shall describe the issues of disagreement and propose solutions to them. The re-scheduling of the settlement conference does not postpone the previously imposed deadline of March 14, 2003 for the Defendant to respond to the Plaintiff's proposal.

SO ORDERED this 13th day of March, 2003.

JOHN S. UNPINGCO
District Judge