THOMAS L. SANSONETTI
Assistant Attorney General
Environment & Natural Resources Division
ROBERT MULLANEY
Environmental Enforcement Section
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94105
Tele: (415) 744-6483
Fax: (415) 744-6476

FREDERICK A. BLACK
United States Attorney
MIKEL SCHWAB
Assistant United States Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215
Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 02-00022 |
| Plaintiff, | **ORDER** |
| vs. | |
| GOVERNMENT OF GUAM, | DATE: March 25, 2003<br>TIME: 09:30 a.m. |
| Defendant. | |

This matter came before the Court on the Motion of the United States for an Order allowing counsel for the United States to Participate in the Settlement Conference by Telephone. After reviewing the submission, IT IS HEREBY ORDERED THAT:

Robert Mullaney may participate in the Settlement Conference by telephone.

SO ORDERED this ____ day of MAR 25 2003, 2003.

JOHN S. UNPINGCO
CHIEF JUDGE