THOMAS L. SANSONETTI
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
ROBERT D. MULLANEY
Environmental Enforcement Section
Environment & Natural Resources Division
301 Howard Street, Suite 1050
San Francisco, CA 94105
Telephone: (415) 744-6491
Fax: (415) 744-6476
FREDERICK A. BLACK
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

**ORIGINAL**

FILED
DISTRICT COURT OF GUAM
APR 1 4 2003
MARY L. M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GOVERNMENT OF GUAM, ) <br> ) <br> Defendant. ) | CIVIL CASE NO. 02-00022 <br><br> STIPULATE MOTION TO SUSPEND SCHEDULING ORDER |

The parties to the above entitled matter hereby stipulate to a request to suspend the Scheduling Order. The parties are actively engaged in a settlement process, with the guidance of the Court, and are reaching agreement on details of a settlement agreement.

Suspension of the Scheduling Order will relieve the parties of the immediate duty to hire experts and other litigation preparations. Instead, the parties can focus their resources on a settlement.

SO APPROVED.

Date: 4/3/03

Date: 4/3/03

**For the United States of America, Plaintiffs**

THOMAS L. SANSONETTI
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
ROBERT D. MULLANEY
Environmental Enforcement Section
Environment & Natural Resources Division
301 Howard Street, Suite 1050
San Francisco, CA 94105
Telephone: (415) 744-6491
Fax: (415) 744-6476
FREDERICK A. BLACK
United States Attorney

BY: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney

**For the Government of Guam, Defendant:**

_____
DOUGLAS B. MOYLAN
Attorney General of Guam

- 2 -