THOMAS L. SANSONETTI
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
ROBERT D. MULLANEY
Environmental Enforcement Section
Environment & Natural Resources Division
301 Howard Street, Suite 1050
San Francisco, CA 94105
Telephone: (415) 744-6491
Fax: (415) 744-6476
FREDERICK A. BLACK
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

UNITED STATES DISTRICT COURT
TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 02-00022 |
| Plaintiff, | |
| v. | ORDER |
| GOVERNMENT OF GUAM, | |
| Defendant. | |

The Court, having reviewed the Stipulated Motion to Suspend Scheduling Order, hereby orders the suspension of the Scheduling Order.

SO ORDERED THIS 16th day of April 2003.

JOHN S. UNPINGCO
Chief Judge.