DISTRICT COURT OF GUAM

TERRITORY OF GUAM



| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff,<br>　　vs.<br>GOVERNMENT OF GUAM,<br>　　Defendant. | Civil Case No. 02-00022<br><br>ORDER |

On April 18, 2003, this case came before the Court for a continued settlement conference. A representative from the Office of the Attorney General of Guam did not appear at the settlement conference as the Attorney General had previously indicated that he would be seeking to withdraw from the case. The Court is inclined to grant the request, however, pursuant to Rule 19.1 of the Local Rules of Practice for the District Court of Guam, a written request and substitution order must first be filed. The Attorney General of Guam is still the attorney of record for the Defendant since no formal substitution of counsel order has been approved by the Court. Accordingly, the Attorney General of Guam is hereby ordered to file a motion to withdraw and to cooperate and assist the Defendant in retaining substitute counsel. Failure to do so may subject the Attorney General and his assistants to the imposition of sanctions against said individuals in their personal capacities.

The settlement conference shall be continued until Friday, May 9, 2003 at 8:30 a.m. The parties and counsel shall meet and confer sufficiently in advance of said date to discuss and

finalize the consent decree. The parties shall submit a joint status report to the Court no later than Tuesday, May 6, 2003 at 3:00 p.m. detailing any points of disagreement in the proposed consent decree.

The failure of counsel or the parties to abide by any Court orders, whether written or oral, may result in the imposition of sanctions against said individuals.

SO ORDERED this 18th day of April, 2003.

_____
JOHN S. UNPINGCO
District Judge