ORIGINAL

THOMAS L. SANSONETTI
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
ROBERT D. MULLANEY
Environmental Enforcement Section
Environment & Natural Resources Division
301 Howard Street
San Francisco, CA 94105
Tel: (415) 744-6491
Fax: (415) 744-6476
FREDERICK A. BLACK
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
MAY 16 2003
MARY L. M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 02-00022 |
| Plaintiff, | |
| v. | |
| GOVERNMENT OF GUAM, | |
| Defendant. | |

## BRIEF AGAINST AUTOMATIC DISQUALIFICATION

Disqualification under 28 U.S.C. § 455 in a case involving the local government, is not triggered solely by the publicized statement of a Governor, or other elected representative, that he supports (or opposes) the nomination of a District Court Judge to a ten year term on Guam.

On May 8, 2003, the Pacific Daily Newspaper on Guam published an article

declaring that the present Governor of Guam was in favor of the current District Court Judge, Judge John S. Unpingco, being nominated to another ten year term. (Attached as Exhibit 1). The following day, the parties in the above entitled case participated in a settlement conference before the Judge and the issue of possible § 455 disqualification was discussed.

The United States expressed its opposition to any disqualification based solely on the support or opposition of elected representatives. The Governor's support of the District Court Judge is, by itself, irrelevant to the present case against the Government of Guam.

The Governor is not a named party in this suit. He is, realistically, a major participant in the acts sought to be coerced by the suit (a closure of the Ordot Dump). A similar participant is the Legislature, as is the newly elected Attorney General. These are all important components of the Government of Guam. Support or opposition to the Judge's nomination, by itself, cannot be a disqualification for the Judge to continue presiding over this or any other case involving the Government of Guam.

Disqualification must rest upon a factual basis. Laxalt v. McClatchy, 602, F.Supp. 214, 217 (D. Nev. 1985). It requires that the Court's impartiality be not perceived as biased or prejudicial, i.e. "wrongful or inappropriate". Liteky v. United States, 114 S. Ct. 1147, 510 U.S. 540 (1994).

The judicial appointment process, by its nature and design, requires that persons in political offices either support or oppose appointees. A reasonable person, knowing the system for appointment, would not automatically perceive partiality in a Judge solely because litigants before the Court either supported or opposed his nomination. See Laxalt v. McClatchy, 602 F.Supp 214, 217 ("Even where a litigant or a witness supported the judge when he sought appointment to the judgeship, disqualification is not warranted." Citing, Warner v. Global Natural Resources PLC, 545 F. Supp. 1298, 1300-2 (S.D. Ohio 1982) and Baker v. City of Detroit, 458 F.Supp. 374, 375-7 (E.D. Mich. 1978).

The fact that the Governor in office at this time has a political interest in the case for closure of the dump is, without more, too remote to require disqualification of the Judge. See Vieux Carre Property Oners, Residents and Associates, Inc. v. Brown, 948 F.2d 1436 (5th Cir. 1991); remand on other grounds, 1993 WL 86222; aff'd, 40 F.3d 112 (5th Cir. 1994). In Vieux it was argued that the judge had an irreconcilable conflict because of his admitted close personal and political relationship with the mayor of New Orleans. The mayor had a significant political stake in the successful completion of a river park project. The project's Army Corps permit was being adjudicated before the judge. 948 F.2d at 1448. The circuit found that the judge had, "removed any possible harm from the public's perceived doubts about his impartiality by postponing that hearing until after the election." Id. The court added, "(n)either do we think that there was such a close connection between the district judge and the mayor that recusal was necessary after the election." Id. [1]

It should also be noted that the action taken by the Governor appears unilateral. Even in cases where someone associated with a judge makes an improper assertion of

---

[1]Another case which appears supportive, but does not address the issue directly is Whittemore v. Farrington, 234 F.2d 221 (9th Cir. 1956). The court there dismissed an appeal based, in part, on the judge's refusal to disqualify himself. Illustrating the connection a judge may have to get appointed, the court gave this description:

> The affidavit supporting the motion for disqualification was to the effect that Judge McGregor Gregor was seeking appointment to succeed Judge McLaughlin in the Federal district court; that appellee Elizabeth P. Farrington was at the time a delegate to the Congress of the United States from the Territory of Hawaii; that as such delegate Elizabeth P. Farrington was in a position influence the appointment of the successor to Judge McLaughlin and that, therefore, Judge McGregor was believed to have a personal bias and prejudice in favor of Mrs. Farrington. On April 25, 1955 Judge McGregor denied the motion for disqualification.

234 F.2d at 223.

influence over the judge, disqualification is not necessarily triggered for the judge. In Jorgensen v. Cassiday, 320 F.3d 906 (9th Cir. 2002), a former law clerk, Jorgensen was alleged to have threatened that the judge "would make certain that things would go badly" for the opposing party in the judge's court. The Ninth Circuit found that, "(t)his evidence speaks only to the conduct and statements of Jorgensen rather than to (the judge's) possible bias." 320 F.3d at 912.

Another factor in the instant case is that the judge is acting as a settlement judge. Both parties have agreed to a settlement process which, if it broke down, would lead to the assignment of another judge for trial. (See Waiver, attached as Exhibit 2). The case is substantially settled at this stage and a disqualification on remote grounds would do an injustice. Neither party has asked for a disqualification.

Disqualification should not be the outcome when a political figure expresses criticism of, or support for, a District Court Judge. Opposition or support in the political arena, regarding a judge's potential nomination, is a normal part of the process of obtaining a nomination. A judge's impartiality cannot reasonably be questioned solely on the grounds that he received the opposition or endorsement of persons in political office.

28 U.S.C. § 455 does not require disqualification in the instant case.

Dated: May 16, 2003

FREDERICK A. BLACK
United States Attorney
Districts of Guam and NMI

BY: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney

RECEIVED
MAY 16 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

- 5 -

# Pacific Daily News

VOL. 34 NO. 97 HAGÅTÑA, GUAM, MAY 8, 2003

©2003 Guam Publications, Inc.

HAFA ADAI, IT'S THURSDAY

guampdn.com

A Gannett Newspaper

75¢ on Guam

## Parents face charges

### Father, mother of boys who beat girl arrested

**By Theresa Merto**
*Pacific Daily News*
tmerto@guampdn.com

A grand jury yesterday handed down an indictment against the parents of the four boys who allegedly beat a 10-year-old girl who later died from her injuries.

Superior Court of Guam marshals arrested Benny Chaco Santos, 46, and Melissa Ann Cabrera, 28, late yesterday afternoon, according to Attorney General Douglas Moylan. They were booked and confined. The charges the couple face are in connection with the death of Regina May Guzman, Moylan said.

"I feel relieved that justice is going to be served," Lou Guzman, the mother of Regina Guzman, said after learning about the indictment

▶ See **Case**, Page 4



"It's not fair to the students because they're not getting the best."

**Fred Guzman**, 29, teacher, Southern High School

## School waits for bond money

## Governor endorses judge

**By Steve Limtiaco**
*Pacific Daily News*
slimtiaco@guampdn.com

U.S. District Court Judge John Unpingco might not be reappointed, according to Gov. Felix Camacho, who said he is asking the Bush administration to retain Unpingco.

"That pretty much is the writing on the wall at this point," Camacho said yesterday from the nation's capital, noting the administration's current policy is to make new appointments.

"I presented the case endorsing (Unpingco). He's up

▶ See **Trip**, Page 4

## Biz license opens doors

Today we offer a three-part s some options fo who have difficu jobs.

For those



PDN poll are on Page 2.

Results from yesterday's



on't forget to vote in today's Pacific Daily News poll. Today's question:

Should parents be held criminally liable for the criminal acts of their minor children?

'Matrix' test kicks off

et ready — we're going to test your owledge of the "Matrix" niverse. At stake are kets to the premiere of he Matrix Reloaded."

EXHIBIT
tabbies
1

Moylan said that Santos has a prior conviction for assault as a misdemeanor, but Cabrera does not have any prior convictions.

### Indictment

The couple allegedly tried to prevent the apprehension of their children and gave false information to law enforcement officials, according to court documents. Cabrera was also charged with child abuse for endangering the physical and emotional health of their children.

"What we have are post-incident type of crimes that had occurred. We have no evidence to show that these two individuals ever participated in the actual injury of (Regina) Guzman," Moylan said. "(Cabrera) failed to act to protect the emotional, health and safety of her children."

Few details are available about the case involving the minors because the matter is being handled in family court, where cases are kept confidential, said Chief Prosecutor Tricia Ada. Moylan, however, said the attorney general's office continues to investigate the death.

"And we are attempting to see that justice is done in family court, relative to those individuals," Moylan said.

### 'Message to community'

Moylan asked residents to call police or Child Protective Services if they see children exposed to dangerous conditions.

"This is a message to the community that if they have children, try to raise them as best as they can and definitely don't let your kids be exposed to rock throwing, beating, harassing other children," Moylan said. "As an adult, you have an obligation to stop it."

Pacific Daily News

---

## ...ids needed soon, principal says



Ron Soliman/Pacific Daily News/rsoliman@guampdn.com

**...acher concerned:** Fred Guzman, 29, a physical education teacher at Southern High School, talks to students during a break period yesterday.

not just for his school, but others.

A portion of the $26.3 million set aside to replace Southern's air-conditioning system, which has not worked properly for years.

Teachers and students at the school said the problem has existed long enough and it is unfair to have students return to the same problems in the fall.

Marla Reyes of Malojloj, a SHS junior, said the air-conditioning problems at the school started during her sophomore year and "it's just gotten worse."

"We can't use the Fine Arts auditorium because the termites are eating up the stage — there's, like, tape on the floor so you know where not to step."

"The gym is closed," said physical education teacher Fred Guzman, 29.

The school's gymnasium has a hole in its roof and rain leaks in through cracks and small holes in the wall — damage left by Dec. 8's Supertyphoon Pongsona.

Guzman said not having a usable gymnasium makes classes hard. He usually schedules basketball or volleyball classes, but with the gymnasium closed, students have no court and no showers.

"It's not fair. It's not fair to the students because they're not getting the best, and it's not fair to us (teachers) because we can't give our best," he said.

## Trip: Governor aims to discuss lifting of Medicaid caps

▲ Continued from Page 1

for reappointment. Unfortunately, there's a policy for no renominations of existing incumbents," Camacho said. "That's the greatest challenge that we face at this point, if the White House sticks to their policy."

Camacho said he told administration officials Unpingco has done a tremendous job during the past 10 years and has a high conviction rate.

"There's no need right now, with all the indictments going on, to change in mid-stream," the governor said.

Camacho met yesterday with Ruben Barrales, a deputy assistant to the president.

Camacho said if the administration decides to place a new federal judge in Guam, he asked that he be allowed to submit nominations for consideration.

Unpingco was nominated by the first President Bush in 1992, confirmed by the U.S. Senate and took the oath of office Dec. 22 that year. The seat had been vacant for three years after Judge Cristobal C. Duenas retired.

According to Pacific Daily News files, Unpingco's appointment is for 10 years, which means it expired last December. Federal judges have lifetime tenure, while territorial judges are appointed to 10-year terms, according to Pacific Daily News files.

Commenting on the rest of his agenda in Washington, D.C., Camacho said he plans to meet with other federal officials during the next few days to discuss the possibility of lifting federal caps on Medicaid assistance to Guam.

Camacho, who left Sunday, is scheduled to return to Guam this weekend.

### ▶ TO THE POINT

▲ Gov. Felix Camacho is urging the Bush administration to retain U.S. District Court Judge John Unpingco, whose 10-year term has expired.

---

...hool's cost blooms to more ...n $100 million.

September 1997 — The ...ool opens with state-of-...-art facilities, some of ...ich are incomplete or non-...ctional. The central air con-...oner, which needs water to ...erate, is down because of ...ter leaks in one of its pipes.

February 2001 — Air-con-...oning system is turned off ...cause of a leak in a water ...e that feeds the cooling system. Teachers hold classes in hallways. Repairs take about two months.

▲ May 2002 — Air-conditioning system breaks down. The heat causes the school to hold half-day classes.

▲ August 2002 — Air-conditioning system breaks down again. Half-day schedule resumes.

▲ October 2002 — Decreased water flow from Navy closes several schools.

Southern loses almost three weeks of school because the air-conditioning system needs water to operate. Classes resume on a half-day schedule.

▲ December 2002 — Supertyphoon Pongsona strikes. The school's air-conditioning system is totally wrecked and flying debris leaves a gaping hole in the gymnasium's roof. No repairs have been made.

Pacific Daily News

**Office of the Attorney General**
**Douglas B. Moylan**
Attorney General of Guam
Civil Division
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • law@mail.justice.gov.gu

Attorneys for the Government of Guam

# UNITED STATES DISTRICT COURT
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GOVERNMENT OF GUAM, ) <br> ) <br> Defendants. ) | CIVIL CASE NO. 02-00022 <br><br> **WAIVER OF POTENTIAL CONFLICTS OF INTEREST** |

This document discloses and waives potential conflicts of interests involving **CHIEF JUDGE JOHN S. UPINGCO**, sitting as settlement judge in the above-captioned case. The purpose of this document is to fully disclose the potential conflicts in order to waive any conflicts pursuant to 28 U.S.C.§ 255(e). The factual bases for these potential conflicts are as follows:

1. Judge John S. Unpingco is the Chief Judge for the District Court of Guam.