DISTRICT COURT OF GUAM

TERRITORY OF GUAM

FILED
DISTRICT COURT OF GUAM
AUG - 8 2003
MARY L. M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA,

    Plaintiff,

    vs.

GOVERNMENT OF GUAM,

    Defendant.

Civil Case No. 02-00022

ORDER

    IT IS HEREBY ORDERED that the parties appear for a continued settlement conference on Wednesday, August 13, 2003 at 9:00 a.m. The parties shall submit, for in camera review only, a stipulated status report no later than August 12, 2003.

    SO ORDERED this 8th day of August, 2003.

JOHN S. UNPINGCO
District Judge