THOMAS L. SANSONETTI
Assistant Attorney General
Environment & Natural Resources Division
ROBERT MULLANEY
Environmental Enforcement Section
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94105
Tele: (415) 744-6483
Fax: (415) 744-6476

LEONARDO M. RAPADAS
United States Attorney
MIKEL SCHWAB
Assistant United States Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM
AUG 12 2003
MARY L. M. MORAN
CLERK OF COURT

44

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> GOVERNMENT OF GUAM, <br><br> Defendant. | CIVIL CASE NO. 02-00022 <br><br> MOTION REQUESTING FOR TELEPHONIC PARTICIPATION BY UNITED STATES COUNSEL ROBERT MULLANEY <br><br> DATE: August 13, 2003 <br> TIME: 09:00 |

    The United States of America submits this Motion to allow Robert Mullaney, attorney for the United States Department of Justice Environment and Natural Resources Division to participate in the telephonic conference scheduled for August 13, 2003, at 9:00 a.m. by telephone. The telephone number that the Court can call Mr. Mullaney is

Division to participate in the telephonic conference scheduled for August 13, 2003, at 9:00 a.m. by telephone. The telephone number that the Court can call Mr. Mullaney is (415) 744-6483.

Assistant United States Attorney Mikel Schwab will appear in the courtroom and speak on behalf of the United States.

The attorneys thank the Court for the courtesy of considering this request.

Dated: August 12, 2003.

Respectfully submitted,

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

BY: _____
MIKEL SCHWAB
Assistant U.S. Attorney

THOMAS L. SANSONETTI
Assistant Attorney General
Environment & Natural Resources Division
ROBERT MULLANEY
Environmental Enforcement Section
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94105
Tele: (415) 744-6483
Fax: (415) 744-6476

## CERTIFICATION

I, FRANCES B. LEON GUERRERO, secretary working in the United States Attorneys Office, hereby certify that copies of the Motion Requesting for Telephonic Participation by United States Counsel Robert Mullaney were served by personal service to the attorneys of record at the following address:

| | |
|---|---|
| Eric A. Heisel<br>Assistant Attorney General<br>Office of the Attorney General of Guam<br>Suite 2-200E, Judicial Center Building<br>120 West O'Brien Drive<br>Hagatna, Guam 96910 | Douglas B. Moylan<br>Attorney General for Guam<br>Suite 2-200E Judicial Center Building<br>120 West O'Brien Drive<br>Hagatna, Guam 96910 |

DATED: August 12, 2003.

_____
FRANCES B. LEON GUERRERO
Legal Assistant