THOMAS L. SANSONETTI
Assistant Attorney General
Environment & Natural Resources Division
ROBERT MULLANEY
Environmental Enforcement Section
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94105
Tel: (415) 744-6483
Fax: (415) 744-6476

LEONARDO M. RAPADAS
United States Attorney
MIKEL SCHWAB
Assistant United States Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
DEC 03 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>GOVERNMENT OF GUAM,<br><br>　　　　　　Defendant. | CIVIL CASE NO. 02-00022<br><br>NOTICE OF LODGING OF<br>CONSENT DECREE |

1  The United States of America hereby notifies the Court that concurrently with this
2  notice, the United States is lodging a proposed Consent Decree, which has been fully
3  signed by the parties. If it is entered by the Court, the Consent Decree will resolve all
4  issues in this lawsuit.

5  Prior to entry, however, the United States must publish notice of the Consent
6  Decree in the Federal Register and accept public comment on the proposed Decree for a
7  period of thirty days. 28 C.F.R. § 50.7. After the close of the public comment period, the
8  United States will either file a motion requesting the Court to enter the Consent Decree,
9  or the United States will inform the Court that it is exercising its right under Paragraph 60
10 of the Consent Decree to withdraw its approval of the Consent Decree. Therefore, the
11 United States requests the Court not to take any action on the Consent Decree at this time.

Respectfully submitted,

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

Dated: 12 03 03

MIKEL SCHWAB
Assistant U.S. Attorney

OF COUNSEL:

JULIA JACKSON
Assistant Regional Counsel
U.S. Environmental Protection Agency
75 Hawthorne Street
San Francisco, California 94105

- 1 -