ORIGINAL

1  THOMAS L. SANSONETTI
   Assistant Attorney General
2  Environment & Natural Resources Division
   ROBERT MULLANEY
3  Environmental Enforcement Section
   United States Department of Justice
4  301 Howard Street, Suite 1050
   San Francisco, CA 94105
5  Tel: (415) 744-6483
   Fax: (415) 744-6476
6
   LEONARDO M. RAPADAS
7  United States Attorney
   MIKEL SCHWAB
8  Assistant United States Attorney
   Suite 500, Sirena Plaza
9  108 Hernan Cortez
   Hagåtña, Guam  96910
10 Tel:  (671) 472-7332
   Fax:  (671) 472-7215
11
   Attorneys for United States of America
12

13

14                IN THE UNITED STATES DISTRICT COURT

15                   FOR THE TERRITORY OF GUAM

16

17 UNITED STATES OF AMERICA,          )    CIVIL CASE NO. 02-00022
                                      )
18                Plaintiff,          )
                                      )    PLAINTIFF'S NOTICE OF MOTION AND
19       vs.                          )    MOTION TO ENTER CONSENT
                                      )    DECREE
20 GOVERNMENT OF GUAM,                )
                                      )    Date:  February 11, 2004
21                Defendant.          )    Time:  9 a.m.
   _____)

22

23

24

25

26

27

28

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on February 11, 2004, at 9 a.m., or as soon as counsel can be heard, the United States of America will move the Court to enter a Consent Decree in this case.

On August 7, 2002, the United States filed a Complaint in this case under Section 309 of the Clean Water Act (the "Act"), 33 U.S.C. § 1319, alleging that the Government of Guam ("GovGuam") violated the Act by: (1) discharging pollutants from Ordot Dump to waters of the United States without a National Pollutant Discharge Elimination System permit; and (2) violating the terms of an Order from the U.S. Environmental Protection Agency requiring GovGuam to eliminate the unpermitted discharges. The United States sought both injunctive relief and civil penalties to address the violations of the Act.

The United States lodged a proposed Consent Decree, which had been fully signed by the parties, with the Court on December 3, 2003. If it is entered by the Court, the Consent Decree will resolve all issues in this lawsuit. Before requesting the Court to enter the Consent Decree, however, the United States had to publish notice of the Consent Decree in the Federal Register and accept public comment on the proposed Decree for a period of thirty days. 28 C.F.R. § 50.7.

The United States published notice of the Consent Decree in the Federal Register on December 18, 2003. See 68 Fed. Reg. 70,533 (Dec. 18, 2003). During the 30-day public comment period, the United States received a comment letter from the law firm of Calvo and Clark, LLP, counsel to Guam Resource Recovery Partners, and a comment letter from a citizens' group called "Concerned Citizens to Close Ordot," expressing objections to the proposed Consent Decree.

After careful review of these comment letters, the United States has concluded that none of the comments raised issues that would cause the United States to withdraw its consent to the

//

//

//

//

- 2 -

Consent Decree. The United States continues to regard the Consent Decree as fair, reasonable, and consistent with the purposes of the Clean Water Act. Therefore, for the reasons stated herein and in the accompanying memorandum, the United States respectfully moves this Court to approve, sign, and enter the Consent Decree that was lodged with the Court on December 3, 2003.

Respectfully submitted,

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

Dated: _Feb 2, 2004_

MIKEL SCHWAB
Assistant U.S. Attorney

OF COUNSEL:

JULIA JACKSON
Assistant Regional Counsel
U.S. Environmental Protection Agency
75 Hawthorne Street
San Francisco, California 94105

- 3 -