THOMAS L. SANSONETTI
Assistant Attorney General
Environment & Natural Resources Division
ROBERT MULLANEY
Environmental Enforcement Section
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94105
TEL: (415) 744-6483
FAX: (415) 744-6476
LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza
108 Hernan Cortez, Suite 500
Agana, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL CASE NO. 02-00022 |
| Plaintiff, | ) | |
| vs. | ) | CERTIFICATE OF SERVICE |
| GOVERNMENT OF GUAM, | ) | |
| Defendant. | ) | |

I, FRANCES B. LEON GUERRERO, Legal Assistant, working in the U.S. Attorney's Office, in the District of Guam hereby certify that on 2nd day of February, 2004, I caused to be served by personal service a copy of the **"Plaintiff's Notice of Motion and Motion to Enter Consent Decree" and "Memorandum in Support of Motion to Enter Consent Decree"**, in the above entitled case to:

DOUGLAS B. MOYLAN
Attorney General

| | |
|---|---|
| 1 | Office of the Attorney General |
| |     for Guam for the Territory of Guam |
| 2 | Suite 2-200E, Judicial Center Building |
| | 120 W. O'Brien Drive |
| 3 | Hagatna, Guam 96910 |
| 4 | CALVO & CLARK, LLP |
| | Janalynn M.Cruz |
| 5 | Attorneys at Law |
| | 655 South Marine Drive, Suite 202 |
| 6 | Tamuning, Guam 96913 |
| 7 | CONCERN CITIZENS TO CLOSE ORDOT |
| | Angelo Gombar |
| 8 | C/O OF Ordot Mayor's Office |
| | Ordot, Guam |
| 9 | Tel: 472-8302 |

*Frances B. Leon Guerrero* (signature)
FRANCES B. LEON GUERRERO
Legal Assistant