OFFICE OF THE ATTORNEY GENERAL
DOUGLAS B. MOYLAN
Attorney General of Guam
JOSEPH A. GUTHRIE
Deputy Attorney General
Civil Division
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagatna, Guam 96910
(671) 475-3324 (tel)
(671) 472-2493 (fax)

Attorneys for the Government of Guam

FILED
DISTRICT COURT OF GUAM
FEB 03 2004
MARY L. M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> GOVERNMENT OF GUAM, <br> Defendant. | Civil Case No. 02-00022 <br><br> JOINDER IN THE MOTION TO ENTER |

Defendant Government of Guam hereby joins in the Motion to Enter the Consent Decree filed by the Plaintiff United States of America. The Consent Decree is fair, reasonable, consistent with the purposes of the Clean Water Act, and serves the public interest. For the reasons stated in Plaintiff's moving papers, the Government of Guam requests that the Court grant the Motion to Enter the Consent Decree.

Date: 2/3/04

OFFICE OF THE ATTORNEY GENERAL
DOUGLAS B. MOYLAN, Attorney General of Guam

BY: _____
JOSEPH A. GUTHRIE
Deputy Attorney General
Office of the Solicitor