# ORIGINAL

THOMAS L. SANSONETTI
Assistant Attorney General
Environment & Natural Resources Division
ROBERT MULLANEY
Environmental Enforcement Section
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94105
Tele: (415) 744-6483
Fax: (415) 744-6476

LEONARDO M. RAPADAS
United States Attorney
MIKEL SCHWAB
Assistant United States Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM

FEB - 6 2004

MARY L. M. MORAN
CLERK OF COURT

51

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CIVIL CASE NO. 02-00022 |
| Plaintiff, | ) |
| vs. | ) |
| | ) MOTION REQUESTING FOR |
| | ) TELEPHONIC PARTICIPATION |
| | ) BY UNITED STATES COUNSEL |
| GOVERNMENT OF GUAM, | ) ROBERT MULLANEY |
| | ) |
| | ) DATE: February 11, 2004 |
| Defendant. | ) TIME: 9:00 a.m. |

The United States of America submits this Motion to allow Robert Mullaney, attorney for the United States Department of Justice Environment and Natural Resources Division to participate by telephone in the hearing scheduled for February 11, 2004 at 9:00 a.m..

1   Assistant United States Attorney Mikel Schwab will appear in the courtroom and

2   speak on behalf of the United States.

3       The attorneys thank the Court for the courtesy of considering this request.

4       Dated: February 4, 2004.

5

6                                       Respectfully submitted,

7

8                                       LEONARDO M. RAPADAS
                                        United States Attorney
9                                       District of Guam and NMI

10                              BY:  _____

11                                      MIKEL SCHWAB
                                        Assistant U.S. Attorney

12                                      THOMAS L. SANSONETTI
                                        Assistant Attorney General
13                                      Environment & Natural Resources
                                        Division
14                                      ROBERT MULLANEY
                                        Environmental Enforcement Section
15                                      United States Department of Justice
                                        301 Howard Street, Suite 1050
16                                      San Francisco, CA 94105
                                        Tele: (415) 744-6483
17                                      Fax: (415) 744-6476

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATION

I, FRANCES B. LEON GUERRERO, secretary working in the United States Attorneys Office, hereby certify that copies of the Motion Requesting for Telephonic Participation by United States Counsel Robert Mullaney were served by personal service to the attorneys of record at the following address:

Eric A. Heisel
Assistant Attorney General
Office of the Attorney General of Guam
Suite 2-200E, Judicial Center Building
120 West O'Brien Drive
Hagatna, Guam 96910

Douglas B. Moylan
Attorney General for Guam
Suite 2-200E Judicial Center Building
120 West O'Brien Drive
Hagatna, Guam 96910

DATED: February 5, 2004.

*Frances B Leon Guerrero*
FRANCES B. LEON GUERRERO
Legal Assistant