THOMAS L. SANSONETTI
Assistant Attorney General
Environment & Natural Resources Division
ROBERT MULLANEY
Environmental Enforcement Section
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94105
Tel: (415) 744-6483
Fax: (415) 744-6476

LEONARDO M. RAPADAS
United States Attorney
MIKEL SCHWAB
Assistant United States Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> GOVERNMENT OF GUAM, <br><br> Defendant. | CIVIL CASE NO. 02-00022 <br><br> NOTICE OF ADDITIONAL COMMENT ON CONSENT DECREE |

The United States is submitting as Attachment A, a letter received on February 4, 2004, from the Mayors' Council of Guam concerning their late public comment to the closure of Ordot Dump.

1  Respectfully, submitted this 10th day of February 2004.

                            LEONARDO M. RAPADAS
                            United States Attorney
                            Districts of Guam and NMI

                        BY: _____
                            MIKEL W. SCHWAB
                            Assistant U.S. Attorney



# MAYORS' COUNCIL OF GUAM
*Konsehelon Mahot Guåhan*

P.O. Box 786 Hagåtña, Guam 96932

February 4, 2004

Leonardo M. Rapadas
United States Attorney
Districts of Guam and the NMI
Sirena Plaza
108 Hernan Cortez, Suite 500
Hagåtña, Guam 96910-5009

```
U.S. ATTORNEY'S OFFICE
DISTRICTS OF GUAM & NMI
    FEB 04 2004
R E C E I V E D
```

RE: <u>Consent Decree in *United States of America v. Government of Guam*, District Court of Guam Civil Case No. 02-00022; D.J. Ref. 90-5-1-1-06658</u>

Dear Attorney Rapadas:

Buenas yan Hafa Adai. Enclosed you will find a copy of **Resolution No. 03-11** *"Relative to Supporting the Closure of the Ordot Dump and Implementation of a Comprehensive Solid Waste Management Plan Incorporating Recycling, Incineration, Composting and Landfilling"*, which was duly and regularly adopted by the Mayors' Council of Guam on November 19, 2003.

As stated in the Resolution, the Mayors' Council of Guam opposes the expansion of the Ordot Dump and fully supports the opening of a waste-to-energy facility and a new municipal solid waste landfill at *Guatali*. In that regard, the Mayors' Council of Guam objects to the Consent Decree to the extent that it allows either for the expansion of the Ordot Dump, or the opening of a new landfill other than *Guatali*.

Furthermore, it is the intent of the Mayors' Council of Guam to stand behind the residents of Chalan Pago-Ordot in their endeavors to oppose the expansion of the Ordot Dump, and the Mayors' Council will support the residents of Chalan Pago-Ordot should they initiate legal proceedings to enjoin the expansion of the Ordot Dump.

Attorney Rapadas, the Mayors' Council is aware that the deadline for public comment on the Consent Decree has passed. However, it is the intent of the Mayors' Council to put closure on this issue by submitting this correspondence to your office for record purposes.

On behalf of the Mayors' Council of Guam, I would like to extend to you an Un Dangko'lo Na Atgradesimiento for allowing us this opportunity to transmit this correspondence.



THE RICARDO J. BORDALLO GOVERNOR'S COMPLEX
Office: (671) 472-6940, 477-8461 • Fax: (671) 477-8777
Ancient Latte Stones

ATCH A

Sincerely,

MAYOR SCOTT D. DUENAS
President
Mayors' Council of Guam

Enclosure

cc:    All Mayors and Vice Mayors
       MCOG Executive Director
       File



## MAYORS' COUNCIL OF GUAM

**Resolution No. 03-11**

**Introduced By:**

R.S. Lizama
P.T. Terlaje
J.B. Chaco

| P.S. Aguon | V.S.A. Lizama | V.L. San Nicolas |
| V.I. Aguon | A.D. Leon Guerrero | M.B. Savares |
| J.U. Blas | N.T. Leon Guerrero | R.A. Tainatongo |
| N.C. Blas | P.M. McDonald | F.M. Taitague |
| C.B. Duenas | T.A. Quinata | F.F. Ungacta |
| S.D. Duenas | J.M. Reyes | A.C. Villagomez |
| I.S. Haggard | D.E. Sablan | J.C. Wesley |

**RELATIVE TO SUPPORTING THE CLOSURE OF THE ORDOT DUMP AND IMPLEMENTATION OF A COMPREHENSIVE SOLID WASTE MANAGEMENT PLAN INCORPORATING RECYCLING, INCINERATION, COMPOSTING AND LANDFILLING.**

1    BE IT RESOLVED BY THE MAYORS' COUNCIL OF GUAM:

2    WHEREAS, numerous Public Laws have been enacted mandating the closure of the
3    Ordot Dump, including Public Laws 22-115, 23-95 and 24-06; and

4    WHEREAS, despite the enactment of such laws, and even though the Ordot Dump long
5    ago exceeded its capacity, the Ordot Dump remains open and continues to threaten the quality of
6    life of the residents or Chalan Pago-Ordot and our environment; and

7    WHEREAS, the residents of Chalan Pago-Ordot sorely need some relief from the odors
8    and possible contaminants deriving from a dump near their homes, schools, businesses and
9    recreational areas; and

10    WHEREAS, the residents of Chalan Pago-Ordot have had to pay dearly for the
11    government's failure to close the Ordot Dump through the decline of their property values and
12    the deterioration of the quality of their life; and

13    WHEREAS, the disposal of the island's solid waste should no longer be a burden borne
14    entirely by the residents of Chalan Pago-Ordot, and that the opening of a new landfill in Chalan

1     Pago-Ordot next to the existing dump is not in the best interest of the residents, or the island in
2     general; and
3         **WHEREAS**, because the Ordot Dump does not have a liner underneath to prevent
4     liquids and semi-liquids (leachates) from seeping into the ground, seepage of such leachates into
5     the ground threaten the sanctity of our precious groundwater resource and the health of the
6     residents throughout the island; and
7         **WHEREAS**, the Government of Guam has been sued for violating the Clean Water Act
8     at the Ordot Dump exposing the tax payers of Guam to penalties amounting to $25,000 per day;
9     and
10        **WHEREAS**, Guatali, the primary site designated by the Government of Guam to house
11     the new landfill, is situated on the southwest side of the island making it a suitable location for
12     the new municipal sanitary landfill facility; and
13        **WHEREAS**, studies, reports and expert opinions dictate as a viable solution to Guam's
14     solid waste problems implementation of a comprehensive solid waste plan that incorporates
15     recycling, incineration, composting and land filling; and
16        **WHEREAS**, in 1982, the Government of Guam issued a license for the financing,
17     construction and operation of a waste-to-energy facility which evolved through the Calvo-Ada,
18     Bordallo-Reyes, Ada-Blas and Gutierrez-Bordallo administrations; and
19        **WHEREAS**, the construction and operation of a waste-to-energy facility provides a
20     viable solution now to Guam's escalating solid waste disposal problems; and
21        **WHEREAS**, the leaders of Guam must unite and resolve the differences amongst all
22     parties and support the construction of the waste-to-energy facility; and
23        **WHEREAS**, failure to act now will result in continued harm to our residents and our
24     environment; and now therefore be it
25        **RESOLVED**, that the Mayors' Council of Guam, does hereby, on behalf of the people of
26     Guam, support the closure of the Ordot Dump and implementation of a comprehensive solid waste
27     management plan incorporating recycling, incineration, composting and land filling; and be it
28     further

2

1     **RESOLVED**, that the Mayors' Council of Guam recognizing that Guam has a limited
2 supply of land, supports the adoption of a solid waste management plan that provides for the land
3 filling of no more than ten percent (10%) of all waste volume generated and that requires that
4 ninety percent (90%) of all waste be recycled on-island for reuse, converted into energy or
5 shipped off-island to be recycled; and be it
6     **RESOLVED**, that the Mayors' Council of Guam opposes the expansion of the Ordot
7 Dump and supports the opening of a waste-to-energy facility and a new municipal solid waste
8 landfill at Guatali, and be it
9     **RESOLVED**, that the President certify to and the Council Secretary attests the adoption
10 hereof, and that copies of the same be thereafter transmitted to the Chairman of the Consolidate
11 Commission on Utilities; to the President, Guam Chamber of Commerce; to the Honorable Vicente
12 I. Aguon, Mayor of Chalan Pago-Ordot; to Willie B.S.M. Flores, W.B. Flores and Company; to the
13 Honorable Vicente C. Pangelinan Speaker, *I Mina Bente Siete Na Liheslaturan Guåhan*; and to *I*
14 *Maga'låhen Guåhan*, the Governor of Guam.

**DULY AND REGULARLY ADOPTED ON THE 19TH DAY OF NOVEMBER 2003.**

**CERTIFIED BY:**                          **ATTESTED BY:**

_____          _____
**MAYOR ROBERT S. LIZAMA**          **VICE MAYOR MELISSA B. SAVARES**
*PRESIDENT*                            *COUNCIL SECRETARY*

3