# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CIVIL MINUTES - GENERAL

**FILED**
DISTRICT COURT OF GUAM
FEB 11 2004
MARY L. M. MORAN
CLERK OF COURT

**CASE NO. CV-02-00022**     **DATE: 02/11/2004**     **TIME: 9:12 a.m.**

**CAPTION:** United States of America -vs- Government of Guam

***

**HON. JOHN S. UNPINGCO, Chief Judge, Presiding**
Courtroom Deputy: Leilani Toves Hernandez
Official Court Reporter: Wanda Miles
Hearing Electronically Reported: 9:12: 40 -9:14:49

Law Clerk: Judith Hattori
CSO: J. McDonald

***APPEARANCES***

**COUNSEL FOR PLAINTIFF(s):**

MIKEL SCHWAB

ROBERT MULLANEY (telephonic)

**COUNSEL FOR DEFENDANT(s):**

JAMES MITCHELL

***

**PROCEEDINGS:**

### MOTION TO ENTER CONSENT DECREE

( ) MOTION (S) ARGUED BY     ( ) PLAINTIFF     ( ) DEFENDANT

(X) MOTION(s)   _X_ Granted   ___Denied   ___Settled   ___Withdrawn   ___Under Advisement

( ) ORDER SUBMITTED   ___Approved   ___Disapproved

( ) ORDER to be Prepared By: _____

( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

The Court Granted the Motion to Enter Consent Decree. The Consent Decree lodged with the Court on December 3, 2003 is approved and will be signed by the Court.

COURTROOM DEPUTY: _____
L:\Docs\COURTROOM MINUTES\CIVIL MINUTES\CV-02-00022.wpd

END TIME: 9:14 a.m.