THOMAS L. SANSONETTI
Assistant Attorney General
Environment & Natural Resources Division
ROBERT MULLANEY
Environmental Enforcement Section
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94105
TEL: (415) 744-6483
FAX: (415) 744-6476
LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza
108 Hernan Cortez, Suite 500
Agana, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for United States of America

**ORIGINAL**

**FILED**
DISTRICT COURT OF GUAM
DEC - 6 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 02-00022 |
| Plaintiff, ) | |
| vs. ) | CERTIFICATE OF SERVICE |
| GOVERNMENT OF GUAM, ) | |
| Defendant. ) | |

I, FRANCES B. LEON GUERRERO, Legal Assistant, working in the U.S. Attorney's Office, in the District of Guam hereby certify that on 6th day of December, 2006, I caused to be served by personal service a copy of the "United States' Request for Status Conference", in the above entitled case to:

Douglas B. Moylan
Attorney General
Office of the Attorney General
   for Guam for the Territory of Guam
287 W. O'Brien Dr.
Hagatna, Guam 96910

Helen Kennedy
Assistant Attorney General
Office of the Attorney General for
   Guam for the Territory of Guam
287 W. O'Brien Dr.
Hagatna, Guam 96910

_Frances B. Leon Guerrero_
FRANCES B. LEON GUERRERO
Legal Assistant