DISTRICT COURT OF GUAM

TERRITORY OF GUAM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GOVERNMENT OF GUAM,

    Defendant.

Civil Case No. 02-00022

ORDER

This matter is before the court on the Plaintiff's Request for Status Hearing. Pursuant to 28 U.S.C. § 636(b)(1)(B), this request is hereby referred to Magistrate Judge Joaquin V.E. Manibusan, Jr. to schedule for a hearing and to issue his report and recommendation to the court as appropriate.

SO ORDERED this 7th day of December, 2006.

FRANCES M. TYDINGCO-GATEWOOD
Chief Judge
District Court of Guam

ORIGINAL