DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>GOVERNMENT OF GUAM,<br><br>    Defendant. | Civil Case No. 02-00022<br><br><br><br>ORDER |

This matter having been referred to the below-signed Magistrate Judge,

IT IS HEREBY ORDERED that the Government of Guam shall file a response to the United States' concerns raised in its request for a status conference. Said response shall be filed no later than Friday, December 15, 2006. A status conference shall be held on Wednesday, December 20, 2006, at 10:00 a.m.

SO ORDERED this 11th day of December 2006.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**