ORIGINAL

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment & Natural Resources Division
ROBERT D. MULLANEY
Environmental Enforcement Section
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
Tel: (415) 744-6483
Fax: (415) 744-6476

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
DEC 12 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 02-00022 |
| Plaintiff, | |
| vs. | MOTION REQUESTING FOR TELEPHONIC PARTICIPATION BY UNITED STATES COUNSELS ROBERT MULLANEY AND JULIE JACKSON |
| GOVERNMENT OF GUAM, | |
| Defendant. | DATE: December 20, 2006<br>TIME: 10:00 a.m. |

The United States of America submits this Motion to allow Robert Mullaney and Julie Jackson, attorneys for the United States to participate by telephone in the hearing scheduled for December 20, 2006, at 10:00 a.m. His number is 415- 744-6483.

//

//

1

Assistant United States Attorney Mikel Schwab will appear in the courtroom and assist. The attorneys thank the Court for the courtesy of considering this request.

Dated: December 12, 2006

Respectfully submitted,

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

BY: _____
MIKEL SCHWAB
Assistant U.S. Attorney

## CERTIFICATION

I, FRANCES B. LEON GUERRERO, working in the United States Attorneys Office, hereby certify that a copy of the Motion Requesting for Telephonic Participation by United States Counsels Robert Mullaney and Julia Jackson was served by personal service to the attorney of record at the following address:

>Douglas B. Moylan
>Attorney General of Guam
>Office of the Attorney General for the
>   Territory of Guam
>287 W. O'Brien Drive
>Hagatna, Guam 96910

DATED: December 12, 2006

*Frances B. Leon Guerrero*
FRANCES B. LEON GUERRERO
Legal Assistant

- 3 -