SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment & Natural Resources Division
ROBERT D. MULLANEY
Environmental Enforcement Section
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
Tel: (415) 744-6483
Fax: (415) 744-6476

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL CASE NO. 02-00022 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| vs. | ) | |
| | ) | |
| GOVERNMENT OF GUAM, | ) | |
| | ) | |
| Defendant | ) | DATE: December 20, 2006 |
| | ) | TIME: 10:00 a.m. |

This matter came before the Court on the Motion of the United States for an Order allowing counsels for the United States to Participate in the hearing by telephone. After reviewing the submission, **IT IS HEREBY ORDERED THAT**:

Robert Mullaney and Julia Jackson may participate by telephone in the hearing for a Status Conference.

**SO ORDERED** this 15th day of December, 2006.



**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**