# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
## CIVIL MINUTES - GENERAL



**FILED**
DISTRICT COURT OF GUAM
DEC 21 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CV-02-00022**          **DATE:** 12/20/2006          **TIME:** 10:12 a.m.

**CAPTION:** United States of America -vs- Government of Guam

***

**HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge, Presiding**

Courtroom Deputy: Virginia T. Kilgore
Official Court Reporter: Wanda Miles
Hearing Electronically Reported: 10:12:36 - 11:31:58

Law Clerk: Judith Hattori
CSO: B. Pereda
USMS: V. Roman / S. Lujan / G. Perez / J. Curry

*** APPEARANCES ***

**COUNSEL FOR PLAINTIFF(s):**
MIKEL SCHWAB / ROBERT MULLANEY (telephonic)
JULIE JACKSON & PANJAK ARORA (telephonic)

**COUNSEL FOR DEFENDANT(s):**
HELEN KENNEDY / RAYMOND HADDOCK
ELIZABETH CRUZ

***

**PROCEEDINGS:** STATUS CONFERENCE

( ) MOTION (S) ARGUED BY    ( ) PLAINTIFF    ( ) DEFENDANT

( ) MOTION(s)  ___ Granted  ___ Denied  ___ Settled  ___ Withdrawn  ___ Under Advisement

( ) ORDER SUBMITTED  ___ Approved  ___ Disapproved

( ) ORDER to be Prepared By: _____

( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

The Court set the following deadlines and hearing date:

▸ Government of Guam's Motion to Modify Deadlines set in Consent Decree due January 31, 2007 no later than 3:00 p.m.
▸ Opposition due February 14, 2007 no later than 3:00 p.m.
▸ Reply due February 28, 2007 no later than 3:00 p.m. Hearing on motion set for March 8, 2007 at 9:00 a.m.
▸ The above schedule also applies to any motions the United States anticipates filing.

COURTROOM DEPUTY: _____                                    END TIME: 11:31 a.m.
L:\Docs\COURTROOM MINUTES\CIVIL MINUTES\CV-02-00022.wpd