# ORIGINAL

MATTHEW J. MCKEOWN
Acting Assistant Attorney General
Environment & Natural Resources Division
ROBERT D. MULLANEY
Environmental Enforcement Section
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
Tel: (415) 744-6483
Fax: (415) 744-6476

LEONARDO M. RAPADAS
United States Attorney
MIKEL SCHWAB
Assistant United States Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
JAN 3 1 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL CASE NO. 02-00022 |
| | ) | |
| Plaintiff, | ) | |
| | ) | UNITED STATES' SUBMISSION OF |
| v. | ) | AUTHORITIES AND OTHER |
| | ) | REFERENCES |
| | ) | |
| GOVERNMENT OF GUAM, | ) | Date: March 8, 2007 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | |
| | ) | |

Pursuant to GR 4.1, the United States hereby submits a copy of cited cases, authorities, and other references from its Motion to Enforce Consent Decree that may not be available in the Court's library or the Guam Territorial Law Library.

## CASES AND AUTHORITIES

Cases:

1.　Town of Greenwich v. Dep't of Transportation, 10 ELR 20178, 20181 (D. Conn. Nov. 7, 1979 & Jan. 21,1980)

2.　Gary W. v. Louisiana, 1990 WL 17537

Guam Statutes:

3.　10 GCA § 51101

4.　10 GCA § 51118

5.　12 GCA § 12017

U.S. Environmental Protection Agency's Administrative Orders:

6.　Finding of Violation and Order (March 26, 1986)

7.　Administrative Order (July 24, 1990)

8.　Administrative Order Amendment (April 10, 1997)

Guam Public Utilities Commission's Order:

9.　Focused Management Audit of Department of Public Work's Solid Waste Management Division Billing and Collection System, Docket 06-2

Governor of Guam's Orders:

10.　Executive Order No. 2006-12 (May 12, 2006)

11.　Executive Order No. 2006-13 (May 17, 2006)

## OTHER REFERENCES

Georgetown Consulting Group's Reports:

12.　Focused Audit Report and Recommendations (August 18, 2006)

13.　Updated Report to Harry Boertzel, Administrative Law Judge (January 5, 2007)

1  Consent Decree Report:

2  14.    Financial Plan, Ordot Dump Closure (October 2004)

3  Court Status Conference:

4  15.    Transcript (December 20, 2006)

5  Correspondence:

6  16.    May 2, 2006 letter from the Public Utilities Commission to the Guam Legislature

7  17.    July 13, 2006 letter from Guam Attorney General's Office to the Environmental

8         Protection Agency

9  18.    November 10, 2006 letter from the Department of Public Works to the Environmental

10        Protection Agency

11 19.    December 5, 2006 letter from the Department of Public Works to the Public Utilities

12        Commission

13 20.    December 12, 2006 letter from Georgetown Consulting Group to the Public Utilities

14        Commission

15

16                                          Respectfully submitted,

17                                          LEONARDO M. RAPADAS
                                            United States Attorney
18                                          Districts of Guam and NMI

19

20 Dated: Jan 31, 07

21                                          MIKEL SCHWAB
                                            Assistant U.S. Attorney

22 OF COUNSEL:

23 JULIA JACKSON
   Assistant Regional Counsel
24 U.S. Environmental Protection Agency
   75 Hawthorne Street
25 San Francisco, California 94105

26

27

28