MATTHEW J. MCKEOWN
Acting Assistant Attorney General
Environment & Natural Resources Division
ROBERT D. MULLANEY
Environmental Enforcement Section
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
Tel: (415) 744-6483
Fax: (415) 744-6476

LEONARDO M. RAPADAS
United States Attorney
MIKEL SCHWAB
Assistant United States Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM
JAN 3 1 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 02-00022 |
| Plaintiff, | |
| v. | UNITED STATES' MOTION TO FILE FACSIMILE SIGNATURES |
| GOVERNMENT OF GUAM, | Date: March 8, 2007 |
| Defendant. | Time: 9:00 a.m. |

PLAINTIFF, UNITED STATES OF AMERICA, moves this Court to accept a facsimile copy of the Declarations of Michael K. Wolfram, Pankaj Arora, Ben Machol, and Michael J. Lee, in Support of United States' Motion to Enforce Consent Decree.

1  Plaintiff request that this Court accept the facsimile copy of these declarations and that
2  the original documents will be filed with the Court as soon as it is received by this office.

4  Dated: January 31, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

BY: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney