ORIGINAL

MATTHEW J. MCKEOWN
Acting Assistant Attorney General
Environment & Natural Resources Division
ROBERT D. MULLANEY
Environmental Enforcement Section
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
Tel: (415) 744-6483
Fax: (415) 744-6476

LEONARDO M. RAPADAS
United States Attorney
MIKEL SCHWAB
Assistant United States Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
JAN 3 1 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>GOVERNMENT OF GUAM,<br><br>        Defendant. | CIVIL CASE NO. 02-00022<br><br>DECLARATION OF MICHAEL K. WOLFRAM IN SUPPORT OF UNITED STATES' MOTION TO ENFORCE CONSENT DECREE<br><br>Date: March 8, 2007<br>Time: 9:00 a.m. |

I, Michael K. Wolfram, declare:

1. I am an Environmental Engineer for the Environmental Protection Agency, Region IX ("EPA"). I began my employment for EPA as an Environmental Engineer on September 25, 1988. I currently work in EPA's Pacific Islands Office as the Guam Program Manager. I have held this position within EPA since November 22, 2006. I have personal knowledge of the matters stated herein and, if called upon to testify, could and would competently testify thereto.

2. As demonstrated once again by the fire at the Ordot Dump in November 2006, the recurring fires at the Dump not only cause increased air pollution levels, but also lead to the trauma of emergency evacuations for nearby residents.

3. Paragraph 8.g. of the Consent Decree required the Guam Department of Public Works ("DPW") to award a contract for the Ordot Dump closure by April 21, 2006. DPW has not awarded this contract as of this date. As of January 31, 2007, the accrued stipulated penalty for this missed deadline will be $493,000, and will continue to accrue at $2,000 per day.

4. Paragraph 9.f. of the Consent Decree required DPW to submit a final plan for the design, construction, and operation of the new municipal solid waste landfill ("MSWLF") by June 5, 2006. DPW has not submitted the final plan as of this date. As of January 31, 2007, the accrued stipulated penalty for this missed deadline will be $201,500, and will continue to accrue at $1,000 per day.

5. Paragraph 9.h. of the Consent Decree required DPW to award a construction contract for the new MSWLF by October 13, 2006. DPW has not awarded this contract as of this date. As of January 31, 2007, the accrued stipulated penalty for this missed deadline will be $145,000, and will continue to accrue at $2,000 per day.

6. Paragraph 8.c. of the Consent Decree required DPW to submit a Draft Final

| | |
|---|---|
| 1 | Closure Plan for the Ordot Dump by May 6, 2005. A revision of the closure plan at this point |
| 2 | will result in further delays in closing the Ordot Dump. |
| 3 | Executed this 29th day of January 2007 at San Francisco, California. |
| 4 | I declare under penalty of perjury under the laws of the laws of the United States |
| 5 | of America that the foregoing is true and correct. |

*/s/ Michael K. Wolfram*
Michael K. Wolfram