ORIGINAL

MATTHEW J. MCKEOWN
Acting Assistant Attorney General
Environment & Natural Resources Division
ROBERT D. MULLANEY
Environmental Enforcement Section
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
Tel: (415) 744-6483
Fax: (415) 744-6476

LEONARDO M. RAPADAS
United States Attorney
MIKEL SCHWAB
Assistant United States Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
JAN 31 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 02-00022 |
| ) | |
| Plaintiff, ) | DECLARATION OF PANKAJ ARORA |
| ) | IN SUPPORT OF UNITED STATES' |
| v. ) | MOTION TO ENFORCE CONSENT |
| ) | DECREE |
| GOVERNMENT OF GUAM, ) | Date: March 8, 2007 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | |

I, Pankaj Arora, declare:

1. I am an Environmental Engineer for the Environmental Protection Agency, Region IX ("EPA"). I began my employment for EPA as an Operations Research Analyst in the Office of Program evaluation for the Office of EPA's Inspector General in August 2003. Since January 23, 2006, I have worked in the EPA's Superfund Division as a Remedial Project Manager. I am currently the Remedial Project Manager for the Ordot Dump. Based on my educational background, professional experience, and review of EPA's administrative files on the Ordot Dump, I have formed a professional opinion of the matters stated herein and, if called upon to testify, could and would competently testify thereto.

## Education and Background

2. I have a B.S. in Chemistry (University of Delhi 1983), an M.S. in Organic/Biochemistry (University of Delhi 1985), an M.S. in Nuclear Engineering (Indian Institute of Technology 1987), and an M.S. in Environmental Engineering (Oklahoma State University 1991).

3. I have extensive professional experience relating to both hazardous and municipal landfills, including the following projects: (i) lead design engineer and task leader for the evaluation and approval f an alternative soil monolithic final cover system for a mixed waste (nuclear and organic contaminants) Resource Conservation and Recovery Act ("RCRA") Subtitle C landfill located in Tucson, Arizona; (ii) landfill design engineer and task leader for the assessment of leachate management of two landfills located in Kern County, California; (iii) designed and negotiated approval of soil monolithic alternative final cover system for a construction and demolition waste landfill located in Phoenix, Arizona; (iv) lead design engineer and task manager for the preparation of a RCRA Solid Waste municipal landfill located in Rio Rico, Arizona; (v) lead design engineer for performing extensive Hydrologic Evaluation of Landfill Performance ("HELP") modeling for a proposed soil monolithic alternative cover design system and evaluation of groundwater impact from the leachate using Multimedia ("MULTIMED") computer model for groundwater monitoring waiver for an existing and proposed expansion area for a municipal landfill located in Apache Junction, Arizona; (vi) lead

- 1 -

design engineer for performing extensive HELP modeling on a proposed alternative final cover system for a municipal landfill located in Cochise County, Arizona,; (vii) engineering design member for the design of a waste/municipal landfill located in Albuquerque, New Mexico, responsible for landfill cover and leachate collection and recovery system design performance assessment; and (viii) conducted performance assessment and analysis of landfill cover and leachate collection and recovery system using HELP model for a municipal landfill located in Alamogordo, New Mexico.

4. At EPA, I am also currently working as a Remedial Project Manager on the Operating Industries Inc. ("OII") Landfill Superfund Site in Monterey Park, California. The work is focused on the closure remedy for the landfill, including the engineering design of various components related to the closure of the landfill (e.g., surface water management, leachate management, and landfill gas management). I am working on the issues involved with 45 acres of the 190-acre OII site.

### The Ordot Dump

5. I am familiar with the Government of Guam's ("GovGuam") obligations under the Consent Decree in this case to complete the closure of the Ordot Dump. I am familiar with the Closure Plan submitted by GovGuam pursuant to Consent Decree requirements. EPA's contractor reviewed this Closure Plan in depth and provided comments to GovGuam. I am familiar with the proposed design for the landfill cover and the leachate collection and recovery system.

6. The Ordot Dump is currently in operation as the only municipal landfill for the Island of Guam. The Ordot Dump does not have a liner at its bottom and is uncapped at its top.

7. The Consent Decree requires the closure of Ordot Dump by October 22, 2007. The Closure Plan requires the construction of an impermeable cover to cap the Dump as well as a leachate capture and disposal system. I understand that GovGuam proposes to change its obligations to perform closure of the Ordot Dump pursuant to the requirements of the Consent Decree. According to Guam Department of Public Work's November 10, 2006 letter to EPA, GovGuam proposes to delay the performance of its obligation to close the Ordot Dump and to

- 2 -

delay placing a cover over the Dump. The Ordot Dump will remain in operation for some extended period of time past October 2007. Without the cover required by the Consent Decree's Closure Plan, the Ordot Dump will remain open to the elements and rain will continue to percolate through it. The rainwater will continue to seep through the Dump, mix with the solid and liquid wastes contained in the Dump, and generate additional leachate. This leachate will discharge pollutants directly to the Lonfit River.

8. Failure to close the Ordot Dump will cause other environmental and health problems in addition to the continued discharge of leachate. During the Department of Public Work's operation of the Ordot Dump, the Dump has continued to pose a vector issue (i.e., flies, rodents, and other pests), an odor problem, and a fire hazard.

Executed this 30th day of January 2007 at San Francisco, California.

I declare under penalty of perjury under the laws of the laws of the United States of America that the foregoing is true and correct.

_____
Pankaj Arora   1/30/07