# ORIGINAL

MATTHEW J. MCKEOWN
Acting Assistant Attorney General
Environment & Natural Resources Division
ROBERT D. MULLANEY
Environmental Enforcement Section
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
Tel: (415) 744-6483
Fax: (415) 744-6476

LEONARDO M. RAPADAS
United States Attorney
MIKEL SCHWAB
Assistant United States Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
JAN 3 1 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  v.<br><br>GOVERNMENT OF GUAM,<br><br>     Defendant. | CIVIL CASE NO. 02-00022<br><br>DECLARATION OF BEN MACHOL IN SUPPORT OF UNITED STATES' MOTION TO ENFORCE CONSENT DECREE<br><br>Date: March 8, 2007<br>Time: 9:00 a.m. |

I, Ben Machol, declare:

1. I am an Environmental Protection Specialist (Senior Energy Advisor) for the Environmental Protection Agency, Region IX ("EPA"). From December 2000 to September 2006, I was an Environmental Engineer (Guam Program Manager) in EPA's Pacific Islands Office. I am also a Professional Civil Engineer, licensed in the State of California. I have personal knowledge of the matters stated herein and, if called upon to testify, could and would competently testify thereto.

2. The United States had negotiated with the Government of Guam ("GovGuam") for over a year before filing the Complaint in this case on August 7, 2002.

3. Pursuant to Paragraph 10 of the Consent Decree, GovGuam submitted its financial plan to EPA in June 2004. GovGuam revised the financial plan in response to EPA's comments and resubmitted it to EPA in October 2004.

4. On January 5, 2005, EPA assessed stipulated penalties against GovGuam in the amount of $7,250 for its failure to identify a preferred site for the new landfill, in violation of Paragraph 9.a. of the Consent Decree. EPA also assessed stipulated penalties against GovGuam in the amount of $7,500 on February 13 and March 7, 2006, for failure to submit the 90% Draft Final Plan for the new landfill pursuant to Paragraph 9.d.

5. On May 5, 2006, EPA assessed stipulated penalties against GovGuam in the amount of $51,500 for failure to submit a draft wetlands mitigation plan required under Paragraph 8.c.iii. of the Consent Decree, and in the amount of $7,000 for failure to award a construction contract for the Ordot Dump closure by April 21, 2006, as required by Paragraph 8.g. GovGuam finally submitted the wetlands plan to EPA on July 9, 2006.

Executed this 29th day of January 2007 at San Francisco, California.

I declare under penalty of perjury under the laws of the laws of the United States of America that the foregoing is true and correct.

Ben Machol

- 1 -