ORIGINAL

MATTHEW J. MCKEOWN
Acting Assistant Attorney General
Environment & Natural Resources Division
ROBERT D. MULLANEY
Environmental Enforcement Section
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
Tel: (415) 744-6483
Fax: (415) 744-6476

LEONARDO M. RAPADAS
United States Attorney
MIKEL SCHWAB
Assistant United States Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
JAN 31 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GOVERNMENT OF GUAM,<br><br>　　　　　Defendant. | CIVIL CASE NO. 02-00022<br><br>DECLARATION OF MICHAEL J. LEE IN SUPPORT OF UNITED STATES' MOTION TO ENFORCE CONSENT DECREE<br><br>Date: March 8, 2007<br>Time: 9:00 a.m. |

I, Michael J. Lee, declare:

1. I am an Environmental Engineer for the Environmental Protection Agency, Region IX ("EPA"). I began my employment for EPA as an Environmental Engineer in June 1984. I currently work in EPA's Pacific Islands Office as the Guam Water Program Lead and the Clean Water Act ("CWA") National Pollutant Discharge Elimination System ("NPDES") Compliance Lead for Guam and the Commonwealth of the Northern Mariana Islands. I have been the Guam Water Program Lead since January 2001 and the CWA NPDES Compliance Lead since June 1987. I have personal knowledge of the matters stated herein and, if called upon to testify, could and would competently testify thereto.

2. The Ordot Dump serves Guam's civilian population of about 150,000 and, based on data submitted by Guam, receives approximately 300 tons of municipal solid waste per day. It is the only municipal landfill on the Island of Guam and is already filled beyond capacity.

3. Because the Dump is unlined on its bottom and uncapped at its top, it acts like a sponge, retaining rain water and releasing it after it has percolated through the Dump and absorbed contaminants. As a direct result of these conditions, the Ordot Dump has discharged, and continues to discharge, leachate into the Lonfit River.

4. EPA issued an administrative Order under the CWA to the Guam Department of Public Works ("DPW") on March 26, 1986, directing DPW to cease the discharges of leachate from the Ordot Dump by May 1, 1987. DPW failed to comply with that 1986 Order and the Ordot Dump continued to discharge leachate into the Lonfit River.

5. EPA issued another administrative Order pursuant to the Act in July 1990, requiring DPW to cover the Ordot Dump to prevent discharges by June 30, 1992. EPA approved an extension of the cover deadline to August 15, 1992. That deadline was missed and the capping was never done. DPW continued to violate the 1990 Order by discharging leachate from the Ordot Dump. DRAFT 1-23-07

6. In April 1997, EPA amended the 1990 Order to require DPW to submit, by July 9, 1997, a schedule for the design of a cover system to eliminate the untreated leachate discharges. DPW submitted a proposed schedule. In September 1997, EPA rejected the

- 1 -

Case 1:02-cv-00022    Document 75    Filed 01/31/2007    Page 2 of 3

schedule because it lacked funding commitments to make the plan credible. DPW has continued to fail to comply with the amended 1990 Order.

Executed this 29th day of January 2007 at San Francisco, California.

I declare under penalty of perjury under the laws of the laws of the United States of America that the foregoing is true and correct.

*[signature]*
Michael J. Lee