

**Office of the Attorney General**
**Alicia G. Limtiaco**
Attorney General of Guam
**Civil Division**
287 West O'Brien Dr.
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com

Attorneys for the Government of Guam

# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL CASE NO. 02-00022 |
| Plaintiff, | ) | |
| vs. | ) | |
| GOVERNMENT OF GUAM, | ) | **DECLARATION OF BARBARA TORRES** |
| Defendant. | ) | |

I, Barbara Torres, declare of my own personal knowledge:

1. I am the Manager of the Solid Waste Management Program at the Guam Environmental Protection Agency ("Guam EPA").

2. On June 6, 2000 the United States Environmental Protection Agency granted Guam EPA full program determination of adequacy for all areas of its municipal solid waste landfill (MSWLF) permit program and its enforcement authorities under the federal solid and hazardous waste law, specifically, Subtitle D of the Resource Conservation and Recovery Act (RCRA).

Guam EPA's MSWLF permit program and its enforcement authorities include regulations of landfills and dumps on federal property to ensure compliance with federal MSWLF Criteria as established in 40 CFR Part 258.

3. On September 14, 2006 and October 17, 2006 the Solid Waste Program staff and I met with staff from Anderson Air Force Base and their contractors. At the meeting they informed us that the Landfill at the Base will be reaching its capacity by the end of 2007. The Navy does not operate a RCRA D compliant landfill.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge this 31st day of January, 2007.

Barbara Torres