

**Office of the Attorney General**
**Alicia G. Limtiaco**
Attorney General of Guam
**Civil Division**
287 West O'Brien Dr.
Hagåtña, Guam 96910 ● USA
(671) 475-3324 ● (671) 472-2493 (Fax)
www.guamattorneygeneral.com

**Attorneys for the Government of Guam**



FILED
DISTRICT COURT OF GUAM
JAN 3 1 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 02-00022 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| GOVERNMENT OF GUAM, ) | **DECLARATION OF TOR GUDMUNDSEN** |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

I, Tor Gudmundsen say and declare of my own personal knowledge:

1.     I am a Professional (Civil) Engineer licensed to practice in Guam, and the owner and

president of TG Engineers, PC a Guam corporation.

2.     TG Engineers has contracted with the Government of Guam as the prime contractor

regarding the Layon Landfill for the design and related survey and regulatory activities, and

1 regarding the Ordot dump to assist in the value engineering analysis ("VEA") on the Ordot

2 design, and as the prime contractor for developing the wetlands mitigation plan.

3 3.       In August of 2006 I participated in the VEA of the pre-final Layon landfill design. A

4 copy of the report is attached as Exhibit 1.  The VEA identified several design modifications

5 which could result in significant cost savings and/or greater value to the Government of Guam

6 ("Government").  These are summarized in the Layon VEA report.  They include changing the

7 location of the first two solid waste units, or cells, from the Northern end of the site towards the

8 Southern end, greatly decreasing the initial earthwork requirements and eliminating initial soil

9 stockpiling.  It is believed that future soil stockpiling can be accomplished over filled refuse

10 slopes.  Stockpiling over filled refuse slopes surcharges the waste, promoting settlement and

11 creating additional airspace that can be filled after the stockpile is removed, therefore the revised

12 site can accommodate more waste than the first two cells of the pre-final design.  According to

13 the study, the rough estimate of initial cost savings for this alternative was over $3.6 million.

14 4.       In October of 2005, I participated in the VEA of the pre-final Ordot closure design. A

15 copy of it is attached as Exhibit 2.  The Ordot VEA identified several design modifications

16 which could result in significant cost savings and/or greater value to the Government of Guam

17 ("Government").   These are summarized in the report, and include a change from the use of a

18 cover system consisting of a complex, multi-layered synthetic cover (high density polyethylene)

19 to a prescribed cover in accordance with federal rule 40 CFR.  The prescribed cover consists of a

20 6-inch erosion layer over an 18-inch 10E-5 cm / sec barrier layer, without needing geo-synthetic

21 layers.  According to the report, this change was roughly estimated to result in a net cost savings

22 of over $6.3 million.

23

24

25

1    I declare under penalty of perjury that the foregoing is true and correct to the best of my

2    knowledge this 29th day of January, 2007.

3

4    _____
     Tor Gudmundsen

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# *Value Engineering Report*



# Layon Municipal Sanitary Landfill, Inarajan, Guam

*January 2, 2007*





*Conducted by*

**Value Management Strategies, Inc.**

EXHIBIT 1



**VMS**
**Value Management Strategies, Inc.**

Ronald J. Tanenbaum, PhD, PE, GE, CVS
Senior Value Engineer

December 22, 2006

Mr. Tor Gudmundsen, PE
TG Engineers, PC
Sunny Plaza, Suite 303
125 TJ Crisostomo Street
Tamuning, Guam 96913-3551

Reference:    Value Engineering Study—Layon Municipal Solid Waste Landfill, Inarajan, Guam

Dear Tor:

Value Management Strategies, Inc. is pleased to transmit six hard copies plus one electronic copy of the Final Value Engineering Study Report for the referenced project.

This report summarizes the results and events of the study conducted August 14-18, 2006, in Tumon, Guam.

We enjoyed working with you and are looking forward to continuing our efforts to assist the Guam Department of Public Works and TG Engineers in their value engineering efforts.

Sincerely,

Ronald J. Tanenbaum PhD, PE, GE, CVS
VE Team Leader

| **CORPORATE OFFICE:**<br>Post Office Box 3316<br>Escondido, CA 92033<br>T: 760 741 1155<br>F: 760 741 5617 | 2150 Mariner Square Drive<br>Suite 203<br>Alameda, CA 94501<br>T: 510 769 6665<br>F: 760 741 5617 | 12721 NW Forest Spring Lane<br>Portland, OR 97229<br>T: 503 531 8864<br>F: 760 741 5617 | 1874 Deer Park Circle South<br>Grand Junction, CO 81503<br>T: 970 242 5531<br>F: 760 741 5617 | 3927 SW 109th Street<br>Seattle, WA 98146<br>T: 206 901 9548<br>F: 760 741 5617 |

# TABLE OF CONTENTS

Page No.

**1. TABLE OF CONTENTS** ........................................................................................ 1.1

**2. EXECUTIVE SUMMARY** ..................................................................................... 2.1

Introduction .............................................................................................................. 2.1
Project Description .................................................................................................... 2.1
Consent Decree Summary ......................................................................................... 2.3
Project Constraints and Issues .................................................................................. 2.3
Project Analysis ........................................................................................................ 2.4
VE Alternatives ........................................................................................................ 2.6
VE Set and Preferences ............................................................................................ 2.11
Accepted VE Alternatives ........................................................................................ 2.15
VE Team and Process ............................................................................................... 2.21

**3. VALUE ENGINEERING ALTERNATIVES** ....................................................... 3.1

Introduction .............................................................................................................. 3.1
VE Alternatives ........................................................................................................ 3.1
Evaluation of Alternatives ........................................................................................ 3.1
Design Suggestions ................................................................................................... 3.1
Performance Attributes Rating and Parameter Scales ............................................. 3.2
Summary of VE Alternatives and Sets ..................................................................... 3.6
VE Set and Preferences ............................................................................................ 3.10
Design Suggestions ................................................................................................... 3.13
VE Alternatives and Design Suggestion Review Summary Table ........................... 3.23
VE Alternative Documentation ................................................................................ 3.51

**4. PROJECT ANALYSIS** .......................................................................................... 4.1

Summary of Analysis ............................................................................................... 4.1
Project Constraints and Issues .................................................................................. 4.2
Site Visit Observations ............................................................................................. 4.3
Cost Model ............................................................................................................... 4.4
Function Analysis ..................................................................................................... 4.9

Case 1:02-cv-00022     Document 80     Filed 01/31/2007     Page 6 of 25

**5. PROJECT DESCRIPTION** ........................................................................... 5.1

Introduction ........................................................................................................ 5.1
Project Description ............................................................................................. 5.1
Consent Decree Summary .................................................................................. 5.3
Estimated Cost .................................................................................................... 5.3
Estimated Schedule ............................................................................................ 5.4

**6. IDEA EVALUATION** ................................................................................... 6.1

Introduction ........................................................................................................ 6.1
Evaluation Process ............................................................................................. 6.1
Idea Evaluation Forms ....................................................................................... 6.1

**7. VALUE ENGINEERING PROCESS** ........................................................... 7.1

General ............................................................................................................... 7.1
Pre-Study Preparation ........................................................................................ 7.1
VE Study ............................................................................................................ 7.1
Post-Study Procedures ....................................................................................... 7.3
References ........................................................................................................... 7.4
VE Study Agenda ............................................................................................... 7.5
VE Study Participants ........................................................................................ 7.6

# EXECUTIVE SUMMARY

## INTRODUCTION

This Value Engineering (VE) Report summarizes the VE Study conducted by Value Management Strategies, Inc., August 14-18, 2006, for the Guam Department of Public works (DPW). The subject of the study was the 100% design submittal for the proposed new Layon Municipal Sanitary Landfill, Inarajan, Guam.

The purpose of the VE Study was to identify viable alternatives to enhance the project's value and functionality.

## PROJECT DESCRIPTION

The purpose of this project is to design and construct a fully compliant RCRA Subtitle D Municipal Solid Waste Landfill Facility (MSWLF) on the island of Guam. This need is mandated by the Consent Decree of 2004, summarized below, mandating closure of the existing Ordot Dump and replacing it with a new MSWLF. The Government of Guam conducted a siting study for the new landfill and selected the site referred to as the Dandan Site in Inarajan, Guam. The U.S. Environmental Protection Agency (USEPA) accepted the selection of the preferred site on February 14, 2005.

Known as the Layon Site, the property is approximately 176 acres in size and is located near the village of Inarajan. Layon is located in the higher badland areas on the west side of the Dandan parcel, southwest of the former NASA tracking station. Within the landfill parcel, the proposed landfill footprint will occupy approximately 127.4 acres of the 176-acre site. The location of the site is shown in Figure 1 on the next page.



**Figure 1 – Site Map**

The construction of the Layon Municipal Sanitary Landfill at Inarajan, Guam includes the following components:

- Construct disposal cells
- Install liner system
- Construct leachate collection and management system
- Construct subdrain system
- Construct landfill gas management system.
- Construct perimeter roads and drainage facilities
- Construct a new access road and reconstruct the existing road, complete with proper signage and striping
- Install new water, power, and communication system
- Construct stormwater conveyance system
- Construct detention/sedimentation basins

- Construct scale house/administration building with weigh scale and paved parking
- Construct maintenance building with paved parking
- Install water storage tank
- Construct gas management facilities
- Construct entrance area roads
- Construct site fence
- Construct monitoring facilities for groundwater, surface water, and landfill gas
- Install diesel fuel storage tank with dispensing system

The cost estimate for the project, as developed by TG Engineers, PC, is $59,563,345. After an assessment by the VE team and the inclusion of the cost proposed for a new sewer line to the Inarajan Wastewater Treatment Plant, a final adjusted cost estimate of $59,792,000 was used in this study.


## CONSENT DECREE SUMMARY

The opening of the new landfill is mandated by the Ordot Consent Decree of February 11, 2004, signed by the Government of Guam and the United States of America (USEPA). This decree mandates that Guam must implement an Ordot Closure Plan, close the Ordot Dump, and open a new municipal solid waste landfill by September 2007. The consent decree does not identify a specific location for the new landfill site. Rather, the decree requires the Government of Guam to prepare a detailed analysis, with public input, of at least three potential sites before it identifies its preferred alternative for the landfill site. The Layon site was selected as the preferred site, and the design being reviewed in this study is based on that site.

In a 45-month period, the consent decree requires the Government of Guam to:

- Complete an environmental impact statement analyzing at least three potential new landfill locations.
- Complete design, permitting, and construction for the selected landfill location.
- Begin operations at the new landfill.
- Properly and permanently close the Ordot Dump.

The Government of Guam will also complete a $1 million supplemental environmental project to develop an island household hazardous waste diversion and management program. In addition, the Government of Guam will pay $200,000 to resolve the United States' claims.


## PROJECT CONSTRAINTS AND ISSUES

The VE team identified a number of constraints and issues to be considered with the development of possible alternatives to improve the project. These include:

**Project Constraints**

- Design in accordance with Rules and Regulations of GEPA Solid Waste Disposal, Title 22, Division 4, Chapter 23, Article 6.

- Comments from USEPA need to be addressed.

**Critical Issues**

- Construction and initial operation must meet the consent decree requirements and begin receiving waste by September 2007.

- Need to stay away from four wetlands.

- Need to minimize impacts to three rivers.

- Need to import gravel for the LCRS from off the island due to the lack of on-island non-carbonaceous gravel deposits.

- Shallow groundwater table, including a groundwater mound.

- Ancillary buildings must be designed to resist 170-mph winds.

- Other parts of landfill need to be designed for 170-mph winds, such as gas headers.

- Acquire property for new landfill by October 2006.

**PROJECT ANALYSIS**

The VE team used VE tools to analyze the project. The results of these analyses clarified the Layon Municipal Sanitary Landfill Project and identified *Satisfy Consent Decree* and *Satisfy (RECRA) Regulations* as the basic functions, with key secondary functions of *Protect Environment and Health, Sustain Operations,* and *Transport Waste,* which have a significant impact on the decisions that affect the project design decisions and costs.

The original cost model developed clearly showed the cost drivers for the project and was used to guide the VE team during the VE Study. The general cost drivers for items exceeding $1 million were:

- Landfill Facilities (Cells 1A, 1B, and 2)....................................................... $37,224,424 (62.5%)

- Roadwork (New Access Road and Dandan Road Improvements) ................. $14,802,754 (24.8%)

- Mobilization................................................................................................... $2,704,000  (4.5%)

- Site Parking and Utilities ............................................................................. $1,153,303   (2%)

- Maintenance Building.................................................................................... $1,054,983   (1%)

These items account for ~97% of the project cost.

**Performance Considerations**

The VE team identified six key performance attributes for this project. Listed below is a narrative of how the Original Concept satisfies each of the performance measures.

**Schedule (S).** The opening date to receive waste at the landfill is fixed by the Consent Decree of September 2007. The February 2006 design is phased to meet this schedule, assuming the property can be obtained from the private owner through purchase or condemnation. Manufacturing and shipping delays could negatively impact the schedule. Impacts of significant storm events and annual rainfall, as they relate to construction during the wet season, should also be considered in the design, minimized, and/or avoided. Any alternative idea that can avoid these risks, optimize the use of available airspace, and/or accelerate the construction schedule would be preferred.

**Materials/Labor Availability (MLA).** Because of the difficulties associated with obtaining materials and labor on Guam, provision for adequate time for manufacturers to produce and deliver materials to Guam is essential. Any alternative idea that creates the potential for greater difficulties providing adequate labor and/or procuring materials from on and off the island would not be preferred. In addition, any idea that allows the use of Guam resources without having to go off the island would be preferred, unless there is a financial benefit to using off-island resources.

**Construction Process (CP).** Construction complexity that will assess specific areas of construction difficulty, including planned process of installation, risk reduction, and the potential for change orders, claims and work stoppages, logistics, adverse geotechnical conditions, etc. Any option that simplifies the construction process while reducing risks is preferred.

**Impacts to Adjacent Property (IAP).** The presence of the landfill can be considered by owners and the public as a negative impact to adjacent property, though this may not be the case from an appraisal viewpoint. The provision of an upgraded road and new utilities is considered an asset to adjacent property and the community as a whole. Alternatives should consider whether the impacts will improve or degrade if implemented.

**Environmental Impacts (EI).** The design for the landfill should take steps to improve and/or protect the existing environment, including existing wetlands, the Tinago, Fintasa and Fensol rivers, and groundwater. Any idea that will minimize impacts to environmental conditions of the immediate area and groundwater would be preferred. This attribute includes the following areas:

- Water quality (surface versus groundwater conditions)
- Improvement to sanitation
- Socioeconomic resources
- General risk of future contamination

**Operations and Maintenance (OM)** – Ease of operation encompasses the efficiency with which waste is transported, received, and ultimately placed at the site; the number of operator decisions, complexity of instrumentation and control systems; general housekeeping requirements; ready access for routine inspection and confirmation of proper system operation; and the convenience of making process adjustments to system performance. Alternatives that are easy to operate are strongly preferred. Maintenance requirements are related to the frequency of routine maintenance procedures, access to equipment and control systems, spare parts inventory requirements, the simplicity of system

configurations, and the need for special equipment to complete anticipated maintenance activities. Lower maintenance requirements are strongly preferred. Like any key operating system, preventive maintenance will be an important consideration to keep the landfill and equipment operating at its required reliability level—and one of the keys to good preventive maintenance is an easy-to-maintain system.

## VE ALTERNATIVES

The VE team developed 35 alternatives for improvement of the project. Twenty-seven of these alternatives improve cost and maintain or improve functionality, three alternatives add cost to improve functionality of the project, and six alternatives were found to increase project costs without significantly improving performance. Thirty-six design suggestions were also developed to improve the project—the cost impact of these items being either insignificant or not possible to be quantified. In addition, three Estimate Corrections were documented to address items that were not adequately included in the initial cost estimate. Summary lists of the VE alternatives and design suggestions are in a following report section; descriptions of the VE alternatives are given below. The alternative numbers reference the significant project function identified by the VE team: Minimize Impacts (MI), Manage Fluids (MF), Form Barrier (FB), Create Volume (CV), Access Site (AS), Create Infrastructure (CI), Manage Soil (MS), and Miscellaneous (M).

| | SUMMARY OF VE ALTERNATIVES<br>*Diamond Valley Lake East Marina Utility Study* | | VMS |
|---|---|---|---|
| **Number** | **Description** | **Cost Savings<br>Initial /<br>*Lifecycle*** | **Change in<br>Performance** |

### MINIMIZE IMPACTS (MI)

| | | | |
|---|---|---|---|
| 1.0 | Ban Grocery-Sized Plastic Bags | $0<br>*$611,000* | +11% |
| 2.1 | Acquire Entire Lot B | ($3,781,000) | +16% |
| 2.2 | Increase Buffer Area Around Site | ($374,000) | +5% |

### MANAGE FLUIDS (MF)

| | | | |
|---|---|---|---|
| 3.0 | Reintroduce/Recirculate Leachate Into Landfill | $0<br>*$1,570,000* | +8% |
| 4.1 | Develop Constructed Wetlands in lieu of Pipeline | $2,459,000<br>*($2,529,000)* | +2% |
| 4.2 | Install Evapo-Transpiration Constructed Wetland in lieu of Pipeline | $2,357,000<br>*($2,674,000)* | +2% |
| 4.3 | Build Leachate Storage Tank and Truck to Treatment Plant During First Few Years of Operation Until Leachate Recirculation | $2,562,000<br>*($351,000)* | +6% |
| 5.0 | Incorporate Septic System and/or Chemical Toilets to Handle Sewage | ($54,000)<br>*($1,000)* | 0% |
| 6.0 | Recycle Gas Condensate Into Landfill | $0<br>*($96,000)* | +6% |
| 7.0 | Use Conventional Sideslope Riser for Leachate Removal | $4,000 | +3% |
| 8.0 | Use Untreated Leachate for Dust and Litter Control | $20,000<br>*$220,000* | 0% |
| 9.0 | Defer Construction of Gas Header System | $128,000 | 0% |

### FORM BARRIER (FB)

| | | | |
|---|---|---|---|
| 10.1 | Eliminate Bentonite Amended Soil on Sideslopes and Bottom and Replace with Double Geomembrane Liner | $3,782,000 | +19% |

| Number | Description | Cost Savings<br>Initial /<br>*Lifecycle* | Change in<br>Performance |
|--------|-------------|---------------------|--------------------------|
| 10.2 | Replace Bentonite Amended Soil Liner with Geosynthetic Clay Liner System | $3,793,000 | +29% |
| 10.3 | Replace Bentonite Amended Soil Liner with Thick Layer of Native Soil | $2,967,000 | +28% |
| 10.4 | Use Shotcrete on Sideslopes in lieu of Bentonite Amended Soil | ($90,000) | -4% |
| 10.5 | Change Geocomposite and Textured HDPE Liner to Dimpled HDPE Geomembrane and Geotextile on Floor of Cells | $681,000 | +5% |
| 11.0 | Steepen Sideslopes to 1-1/2:1; Use Thicker Geomembrane; Eliminate Soil-Bentonite Liner on Sideslopes | $386,000 | +10% |
| 12.0 | Use 60-Mil Thick HDPE in lieu of 80-Mil Thick HDPE | $134,000 | 0% |
| 13.0 | Eliminate Subdrain System if Hydrogeologic Investigation Permits | $1,917,000<br>*$1,090,000* | +19% |
| 14.0 | Delete Geocomposite in Bottom of Sump and Replace with Geotextile | $13,000 | 0% |

### CREATE VOLUME (CV) / MISCELLANEOUS (M)

| | | | |
|--------|-------------|---------------------|--------------------------|
| 15.0 | Lower Base Grades; Lower Base Grades and Monitor Subdrain System in lieu of Groundwater Monitoring Network | $1,790,000 | -5% |

### ACCESS SITE (AS)

| | | | |
|--------|-------------|---------------------|--------------------------|
| 16.0 | Use a Rigid Pavement System in lieu of Flexible Asphalt at Entrance to Landfill | ($314,000)<br>*$296,000* | +4% |
| 17.0 | Place Breakdown on One Side and Eliminate One Shoulder Lane | $151,000<br>*$50,000* | 0% |
| 18.0 | Eliminate Roadway Lighting | $63,000<br>*$79,000* | +4% |

### CREATE INFRASTRUCTURE (CI)

| | | | |
|---|---|---|---|
| 19.1 | Eliminate Water Storage Tank | $676,000 | 0% |
| 19.2 | Replace Water Storage Tank with a Pond | $602,000 | 0% |
| 20.1 | Eliminate Permanent Buildings and Leave Building Construction to Operator | $1,536,000 | +7% |
| 20.2 | Replace Maintenance Building and Roadworks with Contracted-Out Equipment Maintenance Services | $1,561,000 ($2,201,000) | +8% |
| 20.3 | Combine Administration and Maintenance Buildings Into a Single Structure; Add Standalone Scale House; Reduce Parking Requirements | $520,000 | +4% |
| 20.4 | Downsize Administration Building and Add a Standalone Scale House | $245,000 | +4% |

### MANAGE SOIL (MS)

| | | | |
|---|---|---|---|
| 21.0 | Build Soil Stockpile Area Outside of Landfill Cell Footprint | ($146,000) $2,053,000 | -6% |
| 22.1 | Reconfigure Design of Cell 1 to Reduce Volume of Initial Cut | $2,292,000 | +8% |
| 22.2 | Begin Construction at South End of Site Rather than at North End of Site | $3,695,000 | +8% |

### MISCELLANEOUS (M)

| | | | |
|---|---|---|---|
| 23.0 | Delete Green Waste Area | $406,000 $3,483,000 | +4% |

Five key VE Design Suggestions are given below:

| Design Suggestion Number | Description |
|---|---|

**M-4**    **Extend Schedule to First Receive Waste to September 2008 Pending Consent Decree Approval**

The current Consent Decree mandates the completion of the Layon Landfill and related improvements be accomplished to a level that allows the receipt of waste by September 2007. The construction of the new landfill can be broken into components as follows: the entrance road, entrance facilities, performing the earthwork in preparation of placing the liner, and constructing the liner. Each of these components has significant portions that require construction during the dry season. For example, earthwork must be performed during the dry season. The dry season in Guam is generally the months of January through June. The design engineer estimates the quantity of work necessary to begin the receipt of waste will require two dry seasons. The entrance road, entrance facilities, and on-site earthwork can likely be accomplished in one dry season. However, it is unlikely that the on-site earthwork will be completed early enough in the dry season to allow the completion of the liner system. The engineer estimates the construction of the liner will consume the majority of a dry season. Consequently, as currently designed, two dry seasons are needed to complete the initial landfill construction, inclusive of the entrance and preparatory site work.

**MF-12**    **Provide Secondary Containment for Above-Ground Fuel Tank**

The installation of secondary containment for the aboveground fuel tank is absolutely necessary to contain the fuel just in case of a leakage. In addition, the installation of a secondary containment tank is a requirement from local and federal environmental protection agencies.

**FB-1**    **Propose an Alternative Liner System to the Prescriptive Liner for Permitting by the Agency**

If an alternative liner system is desired, then the owner needs to submit a proposal for the liner system. Since the prescriptive liner system seems onerous and expensive for a remote island, a good case could be made for an alternative design. This is routine practice in California, where in the early 1990s the California Regional Water Quality Control Board realized that the prescriptive standards for the then-incoming Subtitle D Regulations would be difficult to implement in the steep canyon fills in southern California. The Guam Environmental Protection Agency (EPA) would need to do a similar approach to the USEPA.

| Design Suggestion Number | Description |
|---|---|

**MI-13/ CV-1**   **Install Waste Compactors at Transfer Stations; Compact Trash at Transfer Stations Prior to Disposal at Site**

As noted in VE Alternative 15.0 (CV 2) and elsewhere, the value of the landfill airspace is high. Also, the cost of compacting the wastes at the landfill has a similar value. The benefit of this concept is that the wastes are pre-compacted at the transfer stations, yielding a more dense waste arriving at the landfill. Therefore, the waste can be placed more densely in the landfill, conserving the airspace.

There are challenges associated with this concept. Waste compactors require maintenance, power, operators, etc. The cost/benefit of this concept should be explored prior to implementation.

**CI-2**   **Transmit Potable Water Directly to Buildings, Bypassing the Storage Tank**

Transmitting potable water directly to landfill facilities and buildings bypassing the water storage tank is advisable to remove the potential for an additional chlorination system. In this way, the water storage tank can be deleted from the landfill design.

Detailed documentation of these key alternatives, as well as the remaining ones not described above, is in the VE Alternatives section of this report.

## VE SET AND PREFERENCES

Based on a review of the 35 VE alternatives, the VE team selected 18 alternatives to present to the Government of Guam as their recommendation of a set of ideas that would produce significant value improvement, that is, project performance improvement at a reduced cost. These selected alternatives are highlighted in yellow in the following table:

Lajon Sanitary Municipa Landfill Value Engineering Alternatives and VE Set

| Order Number* | Alternative Number* | Title | Initial Savings/(Costs) | O&M Savings/(Costs) | LCC Savings/(Costs) | Initial Costs VE SET | Life Cycle Cost VE SET |
|---|---|---|---|---|---|---|---|
| 1.0 | MF-10 | Ban Grocery-Sized Plastic Bags | $ - | | $ 611,000 | $ 611,000 | $ - |
| 2.1 | MF-14 | Acquire Entire Lot B | $ (3,781,000) | | $ (3,781,000) | $ (3,781,000) | $ - |
| 2.2 | MF-37 | Increase Buffer Area Around Site | $ (374,000) | | $ (374,000) | | |
| 3.0 | MF-1 | Reintroduce/Recirculate Leachate Into Landfill | $ - | $ 1,570,000 | $ 1,570,000 | $ - | $ 1,570,000 |
| 4.1 | MF-2 | Develop Constructed Wetlands in lieu of Pipeline | $ 2,459,000 | $ (2,529,000) | $ (70,000) | | |
| 4.2 | MF-9 | Install Evapo-Transpiration Constructed Wetland in lieu of Pipeline | $ 2,357,000 | $ (2,674,000) | $ (317,000) | | |
| 4.3 | MF-11 | Build Leachate Storage Tank and Truck to Treatment Plant During First Few Years of Operation Until Leachate Recirculation | $ 2,562,000 | $ (351,000) | $ 2,211,000 | $ 2,562,000 | $ (351,000) |
| 5.0 | MF-13 | Incorporate Septic System and/or Chemical Toilets to Handle Sewage | $ (54,000) | $ (1,000) | $ (55,000) | $ (54,000) | $ (1,000) |
| 6.0 | MF-19 | Recycle Gas Condensate Into Landfill | $ - | $ (96,000) | $ (96,000) | $ - | $ (96,000) |
| 7.0 | MF-21 | Use Conventional Sideslope Riser for Leachate Removal | $ (4,000) | | $ 4,000 | | |
| 8.0 | MF-26 | Use Untreated Leachate for Dust and Litter Control | $ 20,000 | $ 220,000 | $ 240,000 | $ 20,000 | $ 220,000 |
| 9.0 | MF-30 | Defer Construction of Gas Header System | $ 128,000 | | $ 128,000 | $ 128,000 | $ - |
| 10.1 | FB-2 | Eliminate Bentonite Amended Soil on Sideslopes and Bottom and Replace with Double Geomembrane Liner | $ 3,782,000 | | $ 3,782,000 | $ 3,782,000 | $ - |
| 10.2 | FB-4 | Replace Bentonite Amended Soil Liner with Geosynthetic Clay Liner System | $ 3,793,000 | | $ 3,793,000 | | |
| 10.3 | FB-6 | Replace Bentonite Amended Soil Liner with Thick Layer of Native Soil | $ 2,967,000 | | $ 2,967,000 | | |
| 10.4 | FB-7 | Use Shotcrete on Sideslopes in lieu of Bentonite Amended Soil | $ (90,000) | | $ (90,000) | | |
| 10.5 | FB-9 | Change Geocomposite and Textured HDPE Liner to Dimpled HDPE Geomembrane and Geotextile on Floor of Cells | $ 681,000 | | $ 681,000 | $ 681,000 | $ - |
| 11.0 | FB-3 | Steepen Sideslopes to 1-1/2:1; Use Thicker Geomembrane; Eliminate Soil-Bentonite Liner on Sideslopes | $ 386,000 | | $ 386,000 | | |
| 12.0 | FB-10 | Use 60 Mil Thick HDPE in lieu of 80 Mil Thick HDPE | $ 134,000 | | $ 134,000 | | |
| 13.0 | FB-13 | Eliminate Subdrain System if Hydrogeologic Investigation Permits | $ 1,917,000 | $ 1,090,000 | $ 3,007,000 | $ 1,917,000 | $ 1,090,000 |
| 14.0 | FB-14 | Delete Geocomposite in Bottom of Sump and Replace with Geotextile | $ 13,000 | | $ 13,000 | | |
| 15.0 | CV-2/M-5 | Lower Base Grades; Lower Base Grades and Monitor Subdrain System in lieu of Groundwater Monitoring Network | $ 1,790,000 | | $ 1,790,000 | $ 1,790,000 | $ - |
| 16.0 | AS-7 | Use a Rigid Pavement System in lieu of Flexible Asphalt at Entrance to Landfill | $ (314,000) | $ 296,000 | $ (18,000) | $ (314,000) | $ 296,000 |
| 17.0 | AS-10 | Place Breakdown on One Side and Eliminate One Shoulder Lane | $ 151,000 | $ 50,000 | $ 201,000 | | |
| 18.0 | AS-13 | Eliminate Roadway Lighting | $ 63,000 | $ 79,000 | $ 142,000 | $ 63,000 | $ 79,000 |
| 19.1 | CI-3 | Eliminate Water Storage Tank | $ 676,000 | | $ 676,000 | $ 676,000 | $ - |
| 19.2 | CI-13 | Replace Water Storage Tank with a Pond | $ 602,000 | | $ 602,000 | | |
| 20.1 | CI-4 | Eliminate Permanent Buildings and Leave Building Construction to Operator | $ 1,536,000 | | $ 1,536,000 | | |
| 20.2 | CI-9 | Replace Maintenance Building and Roadworks with Contracted Out Equipment Maintenance Services | $ 1,561,000 | $ (2,201,000) | $ (640,000) | | |
| 20.3 | CI-15 | Combine Administration and Maintenance Buildings Into a Single Structure; Add Stand-Alone Scale House; Reduce Parking Requirements | $ 520,000 | | $ 520,000 | $ 520,000 | $ - |
| 20.4 | CI-17 | Downsize Administration Building and Add a Stand-Alone Scale House | $ 245,000 | | $ 245,000 | | |
| 21.0 | MS-1 | Build Soil Stockpile Area Outside of Landfill Cell Footprint | $ (146,000) | $ 2,053,000 | $ 1,907,000 | $ (146,000) | $ 2,053,000 |
| 22.1 | MS-13 | Reconfigure Design of Cell 1 to Reduce Volume of Initial Cut | $ 2,292,000 | | $ 2,292,000 | | |
| 22.2 | MS-16 | Begin Construction at South End of Site Rather Than at North End of Site | $ 3,695,000 | | $ 3,695,000 | $ 3,695,000 | $ - |
| 23.0 | M-3 | Delete Green Waste Area | $ 406,000 | | $ 406,000 | $ 406,000 | $ - |

| | | Total Savings | Savings/(Costs) | $ 3,483,000 | $ 3,889,000 | $ 11,945,000 | $ 8,343,000 |
| | | Net initial project cost with markups | | | | $ 47,847,000 | |

Net Project Direct Cost

Highlighted alternatives make up the value engineering set recommended to Guam DPW on 8-18-2006

*Executive Summary -- Page 2.12*

*Layon Municipal Sanitary Landfill, Inarajan, Guam*

At the request of the Guam DPW, the VE team also assessed which of the 19 alternatives, contained in the recommended set, were most preferred.  The team assessed a weighted ranking using a paired comparison approach and produced the following color-coded graph:

## Preferred Comparison of Alternatives
*Layon Municipal Sanitary Landfill, Inarajan, Guam*

**VMS, Inc.**



Matrix of preferred comparison of alternatives (preference comparison triangle chart).

| Alternative | TOTAL | % |
|---|---|---|
| 1.0 Ban grocery-size bags | 5.0 | 2.7% |
| B | 13.0 | |
| C | 14.0 | |
| D | 14.0 | |
| E | 14.0 | |
| 6.0 Recycle gas condensate | 7.0 | 3.7% |
| 8.0 Use leachate for dust control | 3.0 | 1.6% |
| 9.0 Defer construction of gas system | 4.0 | 2.1% |
| 10.5 Dimpled geomembrane | 19.0 | 2.7% |
| | 5.0 | |
| 16.0 Rigid pavement | 17.0 | 3.7% |
| | 15.0 | |
| 18.0 Eliminate roadway lighting | 7.0 | 1.1% |
| 19.1 Eliminate water store tank | 2.0 | 3.7% |
| 20.0 Combine admin. and maint. | 7.0 | 4.3% |
| 21.0 Soil storage stockpile | 8.0 | 5.9% |
| | 11.0 | |
| 23.0 Delete green waste | 18.0 | 2.7% |
| | 5.0 | |
| | 188.0 | 100% |

**Legend**

| | |
|---|---|
| a | Preferred |
| a/b | Equal Preferred |

- Highest Preference Alternatives
- Second Highly Preferred Alternatives
- Third Highly Preferred Alternatives
- Balance of Preferred Alternatives

*Layon Municipal Sanitary Landfill, Inarajan, Guam*

## ACCEPTED VE ALTERNATIVES

Ten VE alternatives were accepted, resulting in a net initial cost savings of $10,038,000, and additional operations and maintenance (Life Cycle Cost) savings of $8,044,000, for a total potential savings of $18,082,000 over the life of the facility. The accepted alternatives are summarized below:

### Accepted Alternatives

| Alt. No. | Description | Potential Savings Initial / O&M | Performance Change |
|---|---|---|---|
| 3.0 | **Reintroduce/Recirculate Leachate Into Landfill** | $0 *$1,570,000* | +8% |

Reintroduction of leachate is an alternative to long-term pumping of leachate to the Inarajan Wastewater Treatment Plant. This proposal assumes the pipeline would be constructed to manage leachate in the early years, and then would be largely unused thereafter, with leachate being reintroduced to the landfill by one or more of several proven methods. The pipeline, if built, would be available for sanitary sewage and for leachate under upset conditions. Other alternatives in this report address replacing the sewer pipeline, which can be used in tandem with this proposal.

The life cycle cost analysis in this study assumes two specific means of reintroducing leachate: spreading at the active face, and introduction to horizontal trenches in filled or partially filled but inactive areas of the site. Other means that have been successfully used elsewhere include vertical infiltration wells and irrigation sprinklers (limited to site areas at a distance from operations).

Benefits of reintroducing leachate may include reduction of operating costs. More significant are the benefits of adding liquids and nutrients to the biological processes within the landfill waste mass. These include:

- Acceleration of the decomposition process, inducing more rapid settling and consolidation of the refuse.
- Increasing the rate of landfill gas generation, enhancing the potential for energy recovery from a gas-to-energy system.
- As a result of an increased consolidation rate, potential increase of usable airspace during the active life of the landfill, increasing its effective capacity and life.
- Potential reduction in the length of the post-closure care period.

There are no significant disadvantages to a properly operated leachate recirculation program in a lined landfill.

| Alt. No. | Description | Potential Savings Initial / O&M | Performance Change |
|---|---|---|---|
| 4.3 | **Build Leachate Storage Tank and Truck to Treatment Plant During First Few Years of Operation Until Leachate Recirculation** | $2,562,000 ($351,000) | +6% |

Although there are other uses for the sewer line (such as providing sewerage for the facility and the residents along Dandan Road), the primary benefit is for leachate discharge. However, by trucking leachate to the wastewater treatment plant for the first few years of landfill operation, the need for constructing the 4.4 miles of sewage line can be avoided. This costly sewer pipe and its related pumping stations account for approximately $2.6 million of capital costs that can be avoided. The cost of trucking leachate (see assumptions) amounts to approximately $0.5 million for the first few years and offsets the avoided cost of the sewer system.

During the first few years when the landfill has little waste, the quantity of leachate generated is relatively small. Also at this time, since the waste volume is small, leachate should not be recirculated into the waste cell. So there is a need for disposing of leachate during the first few years. However, as the waste volume grows, it is anticipated that leachate will be reintroduced into the waste cells. At that time, (when leachate is recirculated in the waste) there is no need for the sewer line, except as a redundant discharge system (in the event leachate recirculation has to be stopped). However, trucking is also a viable redundant method of transporting leachate and could be employed on an as-needed basis.

| Alt. No. | Description | Potential Savings Initial / O&M | Performance Change |
|---|---|---|---|
| 6.0 | **Recycle Gas Condensate Into Landfill** | $0 *($96,000)* | +6% |

Landfill gas condensate is a byproduct of the removal of gas from the landfill, as well as piping gas to the flare or future energy recovery system. It is collected in sumps and piped to a point of disposal or management in PVC pipes under pressure supplied by air-operated pumps. Unless it is reintroduced to the landfill, condensate must either be piped or otherwise transported to a treatment facility, or incinerated in the landfill gas flare. Condensate is a strong wastewater and may require pre-treatment before it will be accepted at the treatment facility. Flare disposal is common, requiring a significant but reasonable expenditure for additional equipment and instrumentation. Condensate cannot be introduced to an energy recovery system, requiring some gas to continue to be flared even after installation of a gas-to-energy facility.

Reintroduction of condensate into the landfill eliminates the need for pre-treatment or incineration of condensate. Condensate is introduced by discharging it to horizontal infiltration trenches or vertical wells in the landfill, allowing the liquid to permeate into the waste. Because of its strong odor, condensate is not appropriate for introduction at the active face or by surface spreading. Its presence in the landfill tends to accelerate the biological processes in the landfill, with beneficial effects including more rapid consolidation of waste and increase in gas production for energy recovery. There are no adverse environmental impacts to condensate recirculation in a lined landfill.

Condensate would normally be reintroduced together with leachate. Condensate volume is small compared to leachate, projected conservatively at three gallons per minute, compared with up to 100 gallons per minute of leachate. Accordingly, its operational cost impact is expected to be minimal as an incidental addition to the leachate reintroduction program.

| Alt. No. | Description | Potential Savings Initial / O&M | Performance Change |
|---|---|---|---|
| 10.1 | **Eliminate Bentonite Amended Soil on Sideslopes and Bottom and Replace with Double Geomembrane Liner** | $3,782,000 | +19% |

Existing native soils are at $1 \times 10^{-6}$ centimeters/second hydraulic conductivity and will provide a low-permeability soil liner, though not meeting the prescriptive requirement, as part of a composite liner system. This replaces the bentonite-amended low permeability soil layer, which will be difficult and time-consuming to construct in the climate of Guam.

The added layer of geomembrane will provide additional protection of the environment by providing a leak detection layer as an early warning system of a possible breach of the primary liner system.

This liner system exceeds Subtitle D requirements for a single-liner system. An added option is to use a dimpled top and smooth underside (Supergrip HDPE liner by Agru) geomembrane on the top primary liner and dimpled top and spiked underside on the secondary bottom layer. The uppermost dimpled geomembrane and geotextile would form the drainage layer for the primary liner system. The lower dimpled geomembrane between the two layers would form a leak detection layer.

Case 1:02-cv-00022     Document 80     Filed 01/31/2007     Page 24 of 25

| Alt. No. | Description | Potential Savings Initial / O&M | Performance Change |
|---|---|---|---|
| 13.0 | **Eliminate Subdrain System if Hydrogeologic Investigation Permits** | $1,917,000 *$1,090,000* | +19% |

The current design proposes to use a subdrain system to manage high groundwater levels experienced during the rainy season to maintain a five-foot distance between the high groundwater level and the liner system. The alternative concept is to verify the high groundwater level by performing additional hydrogeologic investigations and modeling. If the hydrogeologic investigations find that the groundwater levels are less than originally anticipated, it may allow for the elimination of the subdrain system.

Eliminating the subdrain system will also shorten the construction schedule and reduce the amount of materials and labor required for construction. In addition, subdrain monitoring costs will be eliminated over the 30-year life of the landfill and 30-year post-closure period.

Eliminating the subdrain system will not impact the natural flow of groundwater. This will negate the current concerns regarding environmental impacts to existing water sources (i.e., wetlands, rivers, and streams).

| Alt. No. | Description | Potential Savings | Performance Change |
|---|---|---|---|
| 15.0 | **Lower Base Grades; Lower Base Grades and Monitor Subdrain System in lieu of Groundwater Monitoring Network** | $1,790,000 | -5% |

A landfill is like a huge sandwich. The bread is the bottom and top liner, the meat, or filling, is like the waste. Imagine the bread is really expensive. The goal would be to put more meat (filling) in between the layers of bread. At a landfill, there are several ways to put more filling, but the most common is to make the landfill higher or the base lower. This is the crux of this idea. By lowering the base grades, more waste can be placed in-between these expensive containment devices (bottom liner and top cover), thereby increasing the usefulness of these systems (i.e., the expensive bread layers). Hydrogeologic modeling will need to be completed to verify if this option can be allowed.

| Alt. No. | Description | Potential Savings Initial / O&M | Performance Change |
|---|---|---|---|
| 16.0 | **Use a Rigid Pavement System in lieu of Flexible Asphalt at Entrance to Landfill** | ($314,000) *$296,000* | +4% |

Trucks entering the landfill decelerate and come to a full stop on the scale at the administrative building. Trucks leaving the landfill go through the exit lane first at a low speed and then accelerate. Some exiting trucks may turn around and go through the scale again.

Due to the speed-changing operation of heavy vehicles in the entrance lanes and exit lanes, flexible pavement deterioration, including washboard (corrugation), rutting, and bleeding, occurs relatively quickly. The rigid pavement provides high resistance to these kinds of deterioration. This is generally the standard practice for heavily loaded pavements.

| Alt. No. | Description | Potential Savings Initial / O&M | Performance Change |
|---|---|---|---|
| 21.0 | **Build Soil Stockpile Area Outside of Landfill Cell Footprint** | ($146,000) *$2,053,000* | -6% |

There are two functions happening nearly continually during the life of the landfill:

♦ Landfill Operations, which is like making a layered cake. The two primary ingredients are the waste (cake) and cover soil (frosting), each of which are placed daily throughout the landfill life.
♦ Landfill Construction, which requires soils to be excavated to prepare a hole for placing the base liner, or soils to be placed as cover capping material.

Insomuch as the landfill is under continual construction and operations at the same time (except the first cell construction), occasionally these two activities conflict. Without this proposal, at various times throughout the landfill's life soils will need to be moved from one location to another to allow either operations or construction to occur (this process is called "double handling"). This proposal is to provide a space off of the landfill footprint to store soils until such time they are needed. The soils may be needed for either operations or construction. By not double handling the soil stockpiles, operations can be improved. Soil management requires heavy equipment to perform. Heavy equipment operations is one of the most expensive aspects of landfill operations cost. Minimizing double handling can provide significant savings over the life of the landfill.

Based on the site maps, there appear to be several areas on the northerly portion of the site (within the site boundary, but outside of the landfill cell boundary) where soil may be stockpiled, yet not interfere with wetlands or other environmental issues.

| Alt. No. | Description | Potential Savings Initial / O&M | Performance Change |
|---|---|---|---|
| 22.2 | **Begin Construction at South End of Site Rather than at North End of Site** | $3,695,000 | +8% |

The existing design begins construction at the northerly end of the site, nearest the scale house and other facilities. This location provides the shortest access to Cells 1 and 2, and minimizes initial construction costs for roads, drainage, and the gas header. However, it requires extensive earthwork to excavate into the highest elevation terrain on the site, producing a large volume of soil to be stockpiled.

By reversing the order of cell construction and beginning operations in what is currently termed Cell 11, the project can drastically cut the initial earthwork and eliminate soil stockpiling. Stockpile requirements will increase as future cells are constructed toward the north. Although the VE team has not evaluated the stockpile plan in detail, we believe that the revised cell sequencing will better facilitate future stockpiling over filled refuse slopes than the present plan. Stockpiling over filled refuse slopes surcharges the waste, promoting settlement and creating additional airspace capacity that can be filled after the stockpile is removed.

An additional benefit of the revised plan would be to begin operations at the greatest distance from the residential areas along Dandan Road. Traffic and operations would be largely screened by the higher terrain along the east property line. This is in contrast to the present plan, which would immediately begin altering the high terrain in the viewshed from the east.

Ancillary construction required by the reversed sequencing plan includes a greater length of permanent perimeter road, roadside drainage channel, landfill gas header, and if required, a leachate transfer line to the entrance area.

| Alt. No. | Description | Potential Savings Initial / O&M | Performance Change |
|---|---|---|---|
| 23.0 | **Delete Green Waste Area** | $406,000 *$3,483,000* | +4% |

The current design proposes to designate and develop a green waste processing area within the landfill footprint. The alternative concept is to delete the green waste processing area from the landfill by incorporating green waste processing at transfer stations.

Eliminating the green waste area will have negligible impact on the construction schedule and materials and labor required for construction. The bulk of the cost savings will be experienced over the 10-year operations of this area which requires, at a minimum, two laborers and one driver.

Green waste processing should be performed in areas other than the landfill, such as transfer stations or areas designated for this activity. This will be consistent with recommendations made in the 2006 Guam Integrated Solid Waste Management Plan.

## VE TEAM AND PROCESS

The five-day study was performed during the period of August 14-18, 2006 on Guam. Ron Tanenbaum, CVS, of Value Management Strategies, Inc., led the VE Study. The VE team members are listed below:

| | | |
|---|---|---|
| Ron Tanenbaum, CVS | Value Management Strategies, Inc. | Facilitator |
| Mick Williams | The Shaw Group | Landfill and Civil Design |
| Marcus Hu | Moffatt & Nichol | Civil Design |
| Tim Raibley | Brown, Vence, & Associates | Civil Design |
| Glen Odell | A-Mehr | Landfill Design |
| Omar Damian | Guam EPA | Environmental |
| Erwin Cruz | Guam DPW | Civil/Environmental |
| Rico Arceo | TG Engineers, PC | Cost Estimator |
| Travece Cruz | TG Engineers, PC | Administrative Support |
| Tor Gudmundsen | TG Engineers, PC | Team Coordinator |

Throughout the VE session, several members of Guam DPW and the Guam EPA supported the VE team.

The VE Job was followed to gather information and perform a site visit, create and evaluate ideas for change, and develop and present alternatives to the project team. The study concluded with an informal presentation of the VE alternatives and design suggestions to the agency managers.

# VE ALTERNATIVES AND DESIGN SUGGESTIONS

## INTRODUCTION

The results of this study are presented as individual alternatives to the original concept. In addition, design suggestions for improving the project are included for consideration by the stakeholders.

## VE ALTERNATIVES

Each alternative consists of a summary of the original concept, a description of the suggested change, a cost comparison, a listing of its advantages and disadvantages, and a brief narrative comparing the original design with the alternative. Sketches, calculations, and benefits are also presented. The cost comparisons reflect the comparable level of detail as the original estimate. A life cycle benefit-cost analysis for major alternatives is included where appropriate. Design suggestions are written summaries of partially developed ideas without supporting documentation. A summary of the VE Alternatives and Design Suggestions follow this page and precedes the documentation of each alternative. The process by which the VE team decided which ideas would be developed as alternatives and suggestions, and which would be dropped from further discussion, is presented in Section 7 -- VE Process of this report.

## EVALUATION OF ALTERNATIVES

The alternatives presented by the VE team represent viable alternatives to the current design, which represent items the VE Team would suggest to their own clients based on the information available at the time of the VE Study. The project stakeholders are encouraged to evaluate all VE alternatives based on their individual merit, selecting the ones, in whole or in part, to be implemented to further improve the project. The documentation provided as part of the VE alternative is structured to provide the rationale and justification for each alternative.

## DESIGN SUGGESTIONS

The VE team also developed a series of design suggestions. These suggestions represent ideas generated by the team that are felt to add value to the project. The VE team encourages the design team and stakeholders to carefully review these suggestions for opportunities to improve the quality of the project. The reader may also find that a review of the suggestions presented herein will awaken new and/or modified ideas that they may wish to investigate further or implement.

Presented later in this section, in the general order in which they appear in the Idea Evaluation form found in the Idea Evaluation section of this report, are the value engineering alternatives and design suggestions put forth by the VE team. They are numbered sequentially, with the speculation idea numbers also presented in parentheses for clarity. It should be noted that, where commonality of thought prevails, speculation ideas have been combined into a single alternative or comment. They are also grouped according to the major function category under which they fall – Minimize Impacts (MI), Manage Fluids

Case 1:02-cv-00022    Document 80-2    Filed 01/31/2007    Page 4 of 25

(MF), Form Barrier (FB), Create Volume (CV), Access Site (AS), Create Infrastructure (CI), Manage Soil (MS), and Miscellaneous (M). These function categories were established by the VE team during the Function Analysis phase of the study with the development of the Function Analysis System Technique (FAST) Diagram (see Section 4 – Project Analysis), in tandem with the VE team's assessment of the budget and major cost drivers.

**It is the recommendation of the VE team that the reviewers assess all 71 of the VE alternatives and design suggestions to determine which should be implemented, which may be set aside, and what combination of VE recommendations and/or suggestions will best serve this project.**

## PERFORMANCE ATTRIBUTES RATING AND PARAMETER SCALES

In the course of developing each VE alternative, the team evaluated the effect of the VE alternative on overall project performance (see the Performance Measures form included with each alternative). The rating scales associated with the 1 to 10 ratings used by the team are shown on the next page.

This analysis is accomplished by asking the study participants to decide the relative importance of each attribute. For example, in this case, Environmental Impacts was considered more important than Schedule; Schedule was deigned more important than either Operations and Maintenance or Construction Process. Materials/Labor Availability and Impacts to Adjacent Property was considered less important than Construction Process. These decisions are then mathematically weighted to produce the results in the matrix.

### Performance Attribute Matrix

The following matrix analysis is used to compare each of the performance measures to each of the others to establish a weighted rating for each measure that can be used to calculate the performance value.

| PERFORMANCE ATTRIBUTE MATRIX<br>*Layon Municipal Sanitary Landfill, Inarajan, Guam* | | | | | | | **VMS, Inc.** |
|---|---|---|---|---|---|---|---|

| | | | | | | | **TOTAL** | **%** |
|---|---|---|---|---|---|---|---|---|
| Schedule | **A** | a | a | a | e | a | 5.0 | 24% |
| Impacts to Adjacent Property | | **B** | c | d | e | f | 1.0 | 5% |
| Materials/Labor Availability | | | **C** | d | e | f | 2.0 | 9.5% |
| Construction Process | | | | **D** | e | f | 3.0 | 14% |
| Environmental Impacts | | | | | **E** | e | 6.0 | 28.6% |
| Operations and Maintenance | | | | | | **F** | 4.0 | 19% |

| | |
|---|---|
| a | Preferred |
| a/b | Equal Preferred |

| | |
|---|---|
| 21.0 | 100% |

With this matrix, the VE team completed its evaluation of the original design as it relates to the performance measures defined above using the ranking table below. The rationale for the rating selected was developed and is also presented below.

| PERFORMANCE ATTRIBUTE SCALES<br>*Layon Municipal Sanitary Landfill, Inarajan, Guam* | | | | | | VMS |
|---|---|---|---|---|---|---|
| **Perfomance Attribute Scales** | | | | | | |
| **Rating** | **Schedule (S)** | **Impacts to Adjacent Property (IAP)** | **Materials/Labor Availability (MLA)** | **Construction Process (CP)** | **Environmental Impacts (EI)** | **Operations and Maintenance (OM)** |
| 10 | Alternative Concept is extremely preferred. | | | | | |
| 9 | Alternative Concept is very strongly preferred. | | | | | |
| 8 | Alternative Concept is strongly preferred. | | | | | |
| 7 | Alternative Concept is moderately preferred. | | | | | |
| 6 | Alternative Concept is slightly preferred. | | | | | |
| 5 | Concepts are equally preferred. | | | | | |
| 4 | Baseline Concept is slightly preferred. | | | | | |
| 3 | Baseline Concept is moderately preferred. | | | | | |
| 2 | Baseline Concept is strongly preferred. | | | | | |
| 1 | Baseline Concept is very strongly preferred. | | | | | |
| 0 | Baseline Concept is very strongly preferred. | | | | | |

Case 1:02-cv-00022    Document 80-2    Filed 01/31/2007    Page 6 of 25

| Baseline Concept Evaluation | |
|---|---|
| Performance Attribute | Performance Rationale for Baseline Concept |
| Schedule (S) | Current design allows for construction to proceed so that the landfill can begin receiving waste on or before September 2008. |
| Impacts to Adjacent Property (IAP) | Current design places landfill in a new location where adjacent property may be impacted by being near the site and/or benefit from receiving access to upgraded roads and utilities. |
| Materials/Labor Availability (MLA) | Some materials for construction are derived on the island and some from off the island. Local labor is anticipated to be tight and off-island contractors/labor are likely required to complete the project. |
| Construction Process (CP) | The construction of the project may be hampered by poor soil conditions made poorer during the rainy season. Documents are prepared to minimize risk to the owner from contractor claims, and construction is planned primarily for the dry seasons. |
| Environmental Impacts (EI) | The designed footprint is laid out to avoid nearby wetlands and impacts to three rivers; groundwater is protected through the liner design and leachate collection system; surface drainage is diverted to ponds and detention basins prior to discharge to surface water courses. |
| Operations and Maintenance (OM) | Operations and maintenance of the landfill is assumed to be typical for such facilities. |

## Performance Rating Matrix

When the weighted percentage and the numerical ratings are combined to determine the total performance value, the results can be presented graphically for the original design. The VE Team, in reviewing the alternatives and VE sets, assessed how each set may alter the value of the performance criteria (increase or decrease) as related to the entire project. These assessments can then be compared to the original design.

The project cost for the VE sets is determined by adding up all of the cost savings (and losses, if appropriate) for the alternatives contained in the set, and subtracting the savings from the original project cost to find the total cost for the set. By calculating the total performance for the original design and VE set, and dividing the total performance by the total cost, the value index may be determined. An increase in the value index indicates potential improvement to the project design. This improvement can be represented as a percent. For the alternative set developed in this workshop by the VE team, a value improvement to the project design of 68% was estimated. This information is summarized graphically on the following page.

It should be noted that a reconciled cost estimate of about $59,800,000 was used in this analysis. A reconciled estimate was developed by the VE team during the study, the basis of which is discussed in the Project Analysis section of this report.

| Attribute | Attribute Weight | Concept | Performance Rating 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | Total Performance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Schedule | 24 | Original Concept | | | | | 5 | | | | | | 120 |
| | | VE Set | | | | | | 6 | | | | | 144 |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| Impacts to Adjacent Property | 5 | Original Concept | | | | | 5 | | | | | | 25 |
| | | VE Set | | | | | | 6 | | | | | 30 |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| Materials/Labor Availability | 9.5 | Original Concept | | | | | 5 | | | | | | 47.5 |
| | | VE Set | | | | | | 6 | | | | | 57 |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| Construction Process | 14 | Original Concept | | | | | 5 | | | | | | 70 |
| | | VE Set | | | | | | | 7 | | | | 98 |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| Environmental Impacts | 28.5 | Original Concept | | | | | 5 | | | | | | 142.5 |
| | | VE Set | | | | | | 6 | | | | | 171 |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| Operations and Maintenance | 19 | Original Concept | | | | | 5 | | | | | | 95 |
| | | VE Set | | | | | | 6 | | | | | 171 |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

| OVERALL PERFORMANCE | Total Performance | % Perf. Improve. | Total Cost ($ Mil.) | Value Index (Performance / Cost) | % Value Improvement |
|---|---|---|---|---|---|
| Original Concept  (Includes Proposed Sewer Line) | 500 | ✕ | 59.8 | 8.36 | ✕ |
| VE Set | 671 | 34% | 47.8 | 14.04 | 68% |

## SUMMARY OF VE ALTERNATIVES AND SETS

VE sets are established by the VE team as their "best value" solutions, based on improved performance, likelihood of implementation, least community impact, cost savings, or any combination of criteria. A VE set may contain one or more alternatives, and each set is typically mutually exclusive of other sets (i.e., implementing VE Set 1 precludes implementation of VE Set 2, VE Set 3 and/or VE Set 4).

VE sets are selected alternatives combined from mutually exclusive groups that can compete in whole, or in part, against the original design concept. This requires additional performance rating and totaling of costs for the sets.

The VE team developed a single set of alternatives to illustrate a potential combination that may be chosen for implementation. The 18 alternatives included in the set are those deemed by the team to represent the best value when considering the alternatives' impact on project performance and cost. The VE set has the following general components:

- Acquire entire Lot B parcel (MI-14)
- Recirculate/reintroduce leachate into landfill (MF-1)
- Build a leachate storage tank and truck to treatment plant during the first few years of operation until leachate recirculation in lieu of pipeline (MF-11)
- Incorporate septic system and/or chemical toilets to handle sewage in lieu of pipeline (Note: This is required with MF-11) (MF-13)
- Recycle gas condensate into landfill (MF-19)
- Use untreated leachate for dust and litter control (MF-26)
- Defer construction of gas header system (MF-30)
- Eliminate the bentonite amended soil on sideslopes and bottom, and replace with a double geomembrane liner (FB-2)
- Delete the geocomposite and HDPE liner, and replace with dimpled HDPE geomembrane and geotextile on floor of cells (FB-9)
- Eliminate the subdrain system if hydrogeologic investigation permits (FB-13)
- Lower base grades: Lower base grades and monitor the subdrain system in lieu of a groundwater monitoring network (CV-2/M-5)
- Use a rigid pavement system in lieu of flexible asphalt at entrance to landfill (AS-7)
- Eliminate some roadway lighting (AS-13)
- Eliminate water storage tank (CI-3)
- Combine administration and maintenance building into a single structure; add a standalone scale house; reduce parking requirements (CI-15)
- Build a soil storage and stockpile area outside cell footprint (MS-1)
- Begin construction at south end of site rather than at north end of site (MS-16)
- Delete green waste area (M-3)

The VE set described above is summarized at the end of the table on the following pages.

### MINIMIZE IMPACTS (MI)

| | | | |
|---|---|---|---|
| 1.0 | Ban Grocery-Sized Plastic Bags | $0<br>*$611,000* | +11% |
| 2.1 | Acquire Entire Lot B | ($3,781,000) | +16% |
| 2.2 | Increase Buffer Area Around Site | ($374,000) | +5% |

### MANAGE FLUIDS (MF)

| | | | |
|---|---|---|---|
| 3.0 | Reintroduce/Recirculate Leachate Into Landfill | $0<br>*$1,570,000* | +8% |
| 4.1 | Develop Constructed Wetlands in lieu of Pipeline | $2,459,000<br>*($2,529,000)* | +2% |
| 4.2 | Install Evapo-Transpiration Constructed Wetland in lieu of Pipeline | $2,357,000<br>*($2,674,000)* | +2% |
| 4.3 | Build Leachate Storage Tank and Truck to Treatment Plant During First Few Years of Operation Until Leachate Recirculation | $2,562,000<br>*($351,000)* | +6% |
| 5.0 | Incorporate Septic System and/or Chemical Toilets to Handle Sewage | ($54,000)<br>*($1,000)* | 0% |
| 6.0 | Recycle Gas Condensate Into Landfill | $0<br>*($96,000)* | +6% |
| 7.0 | Use Conventional Sideslope Riser for Leachate Removal | $4,000 | +3% |
| 8.0 | Use Untreated Leachate for Dust and Litter Control | $20,000<br>*$220,000* | 0% |
| 9.0 | Defer Construction of Gas Header System | $128,000 | 0% |

### FORM BARRIER (FB)

| | | | |
|---|---|---|---|
| 10.1 | Eliminate Bentonite Amended Soil on Sideslopes and Bottom and Replace with Double Geomembrane Liner | $3,782,000 | +19% |

| Number | Description | Savings: Initial Cost *Lifecycle Cost* | Change in Performance |
|--------|-------------|-----------------------------------------|------------------------|

| Number | Description | Savings: Initial Cost *Lifecycle Cost* | Change in Performance |
|--------|-------------|-----------------------------------------|------------------------|
| 10.2 | Replace Bentonite Amended Soil Liner with Geosynthetic Clay Liner System | $3,793,000 | +29% |
| 10.3 | Replace Bentonite Amended Soil Liner with Thick Layer of Native Soil | $2,967,000 | +28% |
| 10.4 | Use Shotcrete on Sideslopes in lieu of Bentonite Amended Soil | ($90,000) | -4% |
| 10.5 | Change Geocomposite and Textured HDPE Liner to Dimpled HDPE Geomembrane and Geotextile on Floor of Cells | $681,000 | +5% |
| 11.0 | Steepen Sideslopes to 1-1/2:1; Use Thicker Geomembrane; Eliminate Soil-Bentonite Liner on Sideslopes | $386,000 | +10% |
| 12.0 | Use 60-Mil Thick HDPE in lieu of 80-Mil Thick HDPE | $134,000 | 0% |
| 13.0 | Eliminate Subdrain System if Hydrogeologic Investigation Permits | $1,917,000 *$1,090,000* | +19% |
| 14.0 | Delete Geocomposite in Bottom of Sump and Replace with Geotextile | $13,000 | 0% |

### CREATE VOLUME (CV) / MISCELLANEOUS (M)

| Number | Description | Savings | Change in Performance |
|--------|-------------|---------|------------------------|
| 15.0 | Lower Base Grades; Lower Base Grades and Monitor Subdrain System in lieu of Groundwater Monitoring Network | $1,790,000 | -5% |

### ACCESS SITE (AS)

| Number | Description | Savings | Change in Performance |
|--------|-------------|---------|------------------------|
| 16.0 | Use a Rigid Pavement System in lieu of Flexible Asphalt at Entrance to Landfill | ($314,000) *$296,000* | +4% |
| 17.0 | Place Breakdown on One Side and Eliminate One Shoulder Lane | $151,000 *$50,000* | 0% |
| 18.0 | Eliminate Roadway Lighting | $63,000 *$79,000* | +4% |

### CREATE INFRASTRUCTURE (CI)

| 19.1 | Eliminate Water Storage Tank | $676,000 | 0% |
|---|---|---|---|
| 19.2 | Replace Water Storage Tank with a Pond | $602,000 | 0% |
| 20.1 | Eliminate Permanent Buildings and Leave Building Construction to Operator | $1,536,000 | +7% |
| 20.2 | Replace Maintenance Building and Roadworks with Contracted-Out Equipment Maintenance Services | $1,561,000 *($2,201,000)* | +8% |
| 20.3 | Combine Administration and Maintenance Buildings Into a Single Structure; Add Standalone Scale House; Reduce Parking Requirements | $520,000 | +4% |
| 20.4 | Downsize Administration Building and Add a Standalone Scale House | $245,000 | +4% |

### MANAGE SOIL (MS)

| 21.0 | Build Soil Stockpile Area Outside of Landfill Cell Footprint | ($146,000) *$2,053,000* | -6% |
|---|---|---|---|
| 22.1 | Reconfigure Design of Cell 1 to Reduce Volume of Initial Cut | $2,292,000 | +8% |
| 22.2 | Begin Construction at South End of Site Rather than at North End of Site | $3,695,000 | +8% |

### MISCELLANEOUS (M)

| 23.0 | Delete Green Waste Area | $406,000 *$3,483,000* | +4% |
|---|---|---|---|

## SUMMARY OF VE SET

| Set No. | Summary Description | Cost Savings Initial | Change in Performance | Change in Value |
|---------|---------------------|----------------------|------------------------|-----------------|
| 1 | Use alternative double HDPE liner; begin at the south end; recirculate leachate/gas condensate; eliminate subdrain, green waste, and water tank; acquire all of Lot B; combine maintenance and administration buildings | $11,945,999 | +34% | +68% |

Detailed written presentations of each VE alternative, including order-of-magnitude cost estimates, are presented at the end of this section of the report.

## VE SET AND PREFERENCES

Based on a review of the 35 VE alternatives, the VE team members selected 18 alternatives to present to the Government of Guam as their recommendation of a set of ideas that would produce significant value improvement; that is, project performance improvement at a reduced cost. These selected alternatives are highlighted in yellow in the table on the following page.

At the request of the Guam Department of Public Works (DPW), the VE team also assessed which of the 19 alternatives, contained in the recommended set, were most preferred. The team assessed a weighted ranking using a paired comparison approach and produced a color-coded graph. This graph follows the summary table of selected alternatives for the VE set. This paired comparison produced four groupings of alternative preferences: Highest Preference Alternatives, Second Highly Preferred Alternatives, Third Highly Preferred Alternatives, and Balance of Preferred Alternatives.

**Layon Sanitary Municipal Landfill Value Engineering Alternatives and VE Set**

| Order Number* | Alternative Number | Title | Initial Savings/(Costs) | O&M Savings/(Costs) | LCC Savings/(Costs) | Initial Costs VE SET | Life Cycle Cost VE SET |
|---|---|---|---|---|---|---|---|
| 1.0 | M1-10 | Ban Grocery-Sized Plastic Bags | 611,000 | 611,000 | 611,000 | | |
| 2.1 | M1-14 | Acquire Entire Lot B | (3,781,000) | | (3,781,000) | (3,781,000) | – |
| 2.2 | M1-37 | Increase Buffer Area Around Site | (374,000) | | (374,000) | | |
| 3.0 | MF-1 | Reintroduce/Recirculate Leachate Into Landfill | 1,570,000 | 1,570,000 | 1,570,000 | | 1,570,000 |
| 4.1 | MF-2 | Develop Constructed Wetlands in lieu of Pipeline | 2,459,000 | (2,529,000) | (70,000) | | |
| 4.2 | MF-9 | Install Evapo-Transpiration Constructed Wetland in lieu of Pipeline | 2,357,000 | (2,674,000) | (317,000) | | |
| 4.3 | MF-11 | Build Leachate Storage Tank and Truck to Treatment Plant During First Few Years of Operation Until Leachate Recirculation | 2,562,000 | (351,000) | 2,211,000 | 2,562,000 | (351,000) |
| 5.0 | MF-13 | Incorporate Septic System and/or Chemical Toilets to Handle Sewage | (54,000) | (1,000) | (55,000) | (54,000) | (1,000) |
| 6.0 | MF-19 | Recycle Gas Condensate Into Landfill | | (96,000) | (96,000) | | (96,000) |
| 7.0 | MF-21 | Use Conventional Sideslope River for Leachate Removal | 4,000 | | 4,000 | | |
| 8.0 | MF-26 | Use Untreated Leachate for Dust and Litter Control | 20,000 | 220,000 | 240,000 | 20,000 | 220,000 |
| 9.0 | MF-30 | Defer Construction of Gas Header System | 128,000 | | 128,000 | 128,000 | – |
| 10.1 | FB-2 | Eliminate Bentonite Amended Soil on Sideslopes and Bottom and Replace with Double Geomembrane Liner | 3,782,000 | – | 3,782,000 | 3,782,000 | – |
| 10.2 | FB-4 | Replace Bentonite Amended Soil Liner with Geosynthetic Clay Liner System | 3,793,000 | | 3,793,000 | | |
| 10.3 | FB-6 | Replace Bentonite Amended Soil Liner with Thick Layer of Native Soil | 2,967,000 | | 2,967,000 | | |
| 10.4 | FB-7 | Use Shotcrete on Sideslopes in lieu of Bentonite Amended Soil | (90,000) | | (90,000) | | |
| 10.5 | FB-9 | Change Geocomposite and Textured HDPE Liner to Dimpled HDPE Geomembrane and Geotextile on Floor of Cells | 681,000 | – | 681,000 | 681,000 | – |
| 11.0 | FB-3 | Steepen Sideslopes to 1-1/2:1; Use Thicker Geomembrane; Eliminate Soil-Bentonite Liner on Sideslopes | 386,000 | | 386,000 | | |
| 12.0 | FB-10 | Use 60 Mil Thick HDPE in lieu of 80 Mil Thick HDPE | 134,000 | | 134,000 | | |
| 13.0 | FB-13 | Eliminate Subdrain System if Hydrogeologic Investigation Permits | 1,917,000 | 1,090,000 | 3,007,000 | 1,917,000 | 1,090,000 |
| 14.0 | FB-14 | Delete Geocomposite in Bottom of Sump and Replace with Geotextile | 13,000 | | 13,000 | | |
| 15.0 | CV-2/M-5 | Lower Base Grades; Lower Base Grades and Monitor Subdrain System in lieu of Groundwater Monitoring Network | 1,790,000 | – | 1,790,000 | 1,790,000 | – |
| 16.0 | AS-7 | Use a Rigid Pavement System in lieu of Flexible Asphalt at Entrance to Landfill | (314,000) | 296,000 | (18,000) | (314,000) | 296,000 |
| 17.0 | AS-10 | Place Breakdown on One Side and Eliminate One Shoulder Lane | 151,000 | 50,000 | 201,000 | | |
| 18.0 | AS-13 | Eliminate Roadway Lighting | 63,000 | 79,000 | 142,000 | 63,000 | 79,000 |
| 19.1 | CI-3 | Eliminate Water Storage Tank | 676,000 | | 676,000 | 676,000 | – |
| 19.2 | CI-13 | Replace Water Storage Tank with a Pond | 602,000 | | 602,000 | | |
| 20.1 | CI-4 | Eliminate Permanent Buildings and Leave Building Construction to Operator | 1,536,000 | | 1,536,000 | | |
| 20.2 | CI-9 | Replace Maintenance Building and Roadworks with Contracted Our Equipment Maintenance Services | (1,561,000) | (2,701,000) | (640,000) | | |
| 20.3 | CI-15 | Combine Administration and Maintenance Buildings Into a Single Structure; Add Stand-Alone Scale House; Reduce Parking Requirements | 520,000 | | 520,000 | 520,000 | – |
| 20.4 | CI-17 | Downsize Administration Building and Add a Stand-Alone Scale House | 245,000 | | 245,000 | | |
| 21.0 | MS-1 | Build Soil Stockpile Area Outside of Landfill Cell Footprint | (146,000) | 2,053,000 | 1,907,000 | (146,000) | 2,053,000 |
| 22.1 | MS-13 | Reconfigure Design of Cell 1 to Reduce Volume of Initial Cut | 2,292,000 | | 2,292,000 | | |
| 22.2 | MS-16 | Begin Construction at South End of Site Rather Than at North End of Site | 3,695,000 | – | 3,695,000 | 3,695,000 | – |
| 23.0 | M-3 | Delete Green Waste Area | 406,000 | | 406,000 | 406,000 | – |
| | | **Total Savings** | | 3,483,000 | 3,889,000 | 11,945,000 | 3,483,000 |
| | | Savings/(Costs) | | | | 11,945,000 | 8,343,000 |
| | | Net Project Direct Cost | | | | 47,847,000 | |

Net initial project cost with markups

Net initial project cost recommended to Guam DPW on 8-18-2006

Highlighted alternatives make up the value engineering set recommended to Guam DPW on 8-18-2006

## Preferred Comparison of Alternatives
### Layon Municipal Sanitary Landfill, Inarajan, Guam

| | A | b | c | d | e | f | a | i | a | k | l | m | a | o | p | q | r | s | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.0 Ban grocery-size bags | A | b | c | d | e | f | a | i | a | k | l | m | a | o | p | q | r | s | 5.0 | 2.7% |
| | | B | c | d | e | f | b | i | b | k | b | b | b | b | b | q | r | b | 13.0 | |
| | | | C | c/d | c/e | c | c | i | c | k | l | c | c | c | c | c | r | c | 14.0 | |
| 6.0 Recycle gas condensate | | | | D | d/e | d | d | i | d | k | l | d | d | d | d | d | r | d | 14.0 | |
| | | | | | E | e | e | i | e | k | e | e | e | e | e | e | r | e | 14.0 | |
| 8.0 Use leachate for dust control | | | | | | F | f | i | f | k | l | f | f | f | f | q | r | s | 7.0 | 3.7% |
| 9.0 Defer construction of gas system | | | | | | | G | H | i | g | k | l | m | g | h | q | g | r | s | 3.0 | 1.6% |
| | | | | | | | | H | i | h | k | l | h | h | o | p | q | r | s | 4.0 | 2.1% |
| | | | | | | | | | i | i | i | i | i | i | i | i | i | i | 19.0 | 2.7% |
| 10.5 Dimpled geomembrane | | | | | | | | | | J | k | l | m | j | o | p | q | r | s | 5.0 | |
| | | | | | | | | | | | K | L | k | k | k | k | k | k | 17.0 | 3.7% |
| 16.0 Rigid pavement | | | | | | | | | | | | L | l | l | l | l | r | 15.0 | | |
| | | | | | | | | | | | | | M | m | m | m | q | r | m | 7.0 | 1.1% |
| 18.0 Eliminate roadway lighting | | | | | | | | | | | | | | N | o | n | q | r | s | 2.0 | 3.7% |
| 19.1 Eliminate water store tank | | | | | | | | | | | | | | | O | o | o | q | r | s | 7.0 | 3.7% |
| 20.3 Combine admin. and maint. | | | | | | | | | | | | | | | | P | q | r | p | 8.0 | 4.3% |
| 21.0 Soil storage stockpile | | | | | | | | | | | | | | | | | Q | q | q | 11.0 | 5.9% |
| | | | | | | | | | | | | | | | | | | R | r | 18.0 | 2.7% |
| 23.0 Delete green waste | | | | | | | | | | | | | | | | | | | S | 5.0 | 2.7% |

Legend:

| a | Preferred |
|---|---|
| a/b | Equal Preferred |

- Highest Preference Alternatives
- Second Highly Preferred Alternatives
- Third Highly Preferred Alternatives
- Balance of Preferred Alternatives

Layon Municipal Sanitary Landfill, Inarajan, Guam

**DESIGN SUGGESTIONS**

The VE team developed 36 design suggestions that are submitted to the Guam DPW for their review and consideration. The design suggestions are presented below.

**Implement Waste Diversion Program (Creative Idea No. MI-1)**

With the advent of the new sanitary landfill and its associated costs, the value of airspace within the landfill will become a premium. Materials which have value and which can be diverted from the landfill to other uses provides two benefits: (1) conserves valuable natural resources (metals, trees, etc.), and (2) avoids consuming valuable landfill airspace, thereby conserving a newly made resource. A waste diversion program should be implemented, which at a minimum diverts materials that can develop revenues that offset the waste transfer and disposal rates. In addition to these types of materials, bulky wastes such as shrubbery should be diverted from the landfill to leave room for municipal solid waste (MSW).

Implementing such a program is beneficial, because by doing so expensive airspace in the landfill (a new resource) is conserved for wastes that have no other or possible destination.

**Employ MSW Composting (Creative Idea Nos. MI-11/MI-38)**

Some portions of MSW consists primarily of organic matter and can be degraded in an aerobic (air-rich environment) using a compost process. The benefit of processing MSW in this manner is that the process can result in low-grade compost that does not require landfilling. While this concept could be a good idea, there are some challenges. MSW composting typically has odor and stormwater runoff challenges. Also, the final compost product typically includes fragments of broken glass and film plastics, which make the product not useful for commercial, retail, or residential purposes. Some agencies have used this material for subsurface applications, while others have reverted to using the material as daily cover in landfills. Before employing such a program, consideration of the usefulness of the final compost product should be resolved. Also, the compost facility would need to be located in an area with minimal downwind potential receptors.

**Provide Host-Community Benefits (Creative Idea No. MI-12)**

The siting of a new landfill on Guam has been very controversial and sensitive to the people of Guam, more especially the Inarajan host community. During the landfill site selection process, the host community has voiced their concerns about the siting of the landfill in the Dandan area, and they have brought up concerns regarding host community benefits. Some options for host community benefits include creation or improvements to the infrastructure such as road improvements, installation of sanitary sewer system and underground power, village gymnasium, medical clinic or small scale hospital, waiver or discount of solid waste tipping fee rates, improvement of water availability/distribution, schools, etc.

In order to provide host-community benefits, there must be open communication between the host community or its representative council, the Government of Guam, which includes mayors, politicians/legislators, and Guam Department of Public Works (DPW), and perhaps also the landfill operator. First of all, the host community must come up with a list of agreeable benefits it would like to have as a result of siting the landfill in their area. Then there needs to be an initial meeting with the host community or its representatives and the Government of Guam and/or landfill operator to present and initially discuss these potential benefits. From then on there has to be constant communication, such as

follow-up meetings/conferences and public hearings, between the host community and the Government of Guam and/or landfill operator to decide on what benefits to provide and how such benefits should be planned for implementation.

Providing host benefits to the community to the people of Inarajan would greatly improve their relationship with the Government of Guam and would ease the impact of the presence of the landfill in their community. However, with the opening of a new landfill comes the closing of the old waste disposal facility (the Ordot Dump) and their community. The residents of Ordot have housed the Ordot Dump Facility for nearly half a century without any host-community benefits. If residents of Inarajan are compensated for housing the new landfill, the Government of Guam could potentially receive a negative reaction from the residents of Ordot, and also a demand for post host-community benefits. There could also be significant costs for provide host-community benefits. Nevertheless, there must open and constant communication between the host community and the Government of Guam in order for this suggestion to work.

### Install Waste Compactors at Transfer Stations; Compact Trash at Transfer Stations Prior to Disposal at Site (Creative Idea Nos. MI-13/CV-1)

As noted in VE Alternative 15.0 (CV 2) and elsewhere, the value of the landfill airspace is high. Also, the cost of compacting the wastes at the landfill has a similar value. The benefit of this concept is that the wastes are pre-compacted at the transfer stations, yielding a more dense waste arriving at the landfill. Therefore, the waste can be placed more densely in the landfill, conserving the airspace.

There are challenges associated with this concept. Waste compactors require maintenance, power, operators, etc. The cost/benefit of this concept should be explored prior to implementation.

### Accept Only Civilian Waste; Plan for Accepting Military Waste (Creative Idea Nos. MI-20/MI-21)

These two mutually exclusive suggestions address the issues associated with impending expansion of military facilities on Guam, concurrently with likely closure of existing solid waste landfills at military bases. If only civilian waste is accepted at the Layon Landfill, waste volumes are likely to be consistent with the projections of waste volumes on which the landfill design is based, and the landfill will achieve the projected 30-year life. Waste types would be generally the same as those currently being handled at the Ordot Dump.

If existing military landfills are closed and military waste is not accepted at Layon, the military will be required to site and develop new disposal facilities, creating a potential environmental impact on the island. On the other hand, if military waste is accepted at Layon Landfill, substantial volumes of it could significantly reduce the life of the site as currently designed. Although military regulations would prohibit disposal of hazardous materials, implementation of an enhanced hazardous materials exclusion program would be appropriate.

It is highly recommended that the Government of Guam and the military develop a joint waste management plan to establish their respective responsibilities for waste disposal.

### Acquire NASA Site for Incorporation into Landfill as Future Expansion (Creative Idea No. MI-25)

Located approximately 1,625 feet north of the Layon Landfill site is the former NASA tracking station property that is currently owned by the federal government. The NASA property is approximately 161 acres, is primarily flat land, and currently has a couple of facilities, perimeter fencing, and some

satellite/antenna structures. The acquisition of this property would provide space for potential landfill operation expansion, such as the placement of the maintenance building, administration building, staging areas, green waste storage, composting facility, etc., with a minimum amount of site preparation work. The land could also provide a shorter access road and utility route to the landfill site, which would provide a capital cost savings. However, it will take a capital cost to acquire this land. In order to provide a capital cost savings on the access road and site utilities, the acquisition of this property would have to be immediate, and given that the federal government owns this land, acquisition could be a very time-consuming process.

## Receive Non-Contaminated Dredged Material from Apra Harbor for Cover or Capping Material (Creative Idea No. MI-26)

It is estimated the landfill will need 100,000 cubic yards of soil for daily cover. While the U.S. Navy is carrying out maintenance dredging in the Apra Harbor, the dredged material, upon being tested and found clean, can be made free of charge and used at the landfill for daily cover. The land transportation distance is estimated at about 15 miles. Another method of transportation is via barge to a nearby shore and then trucking to the site.

## Implement Curbside Recycling (Creative Idea No. MI-27)

As described in MI-1 above, the value of the newly developed landfill airspace is a premium. Materials which have value, particularly fibers (cardboard, paper, newspaper, paperboard, etc.), and some containers (various types of plastics such as HDPE, PET, aluminum, etc.) can be diverted from the landfill due to their resale value. Doing so conserves valuable natural resources, as well as the newly developed landfill resource. To the extent these materials can be diverted from the landfill at costs which are less than the cost of waste collection, transfer, and disposal, such a program should be implemented.

## Utilize Pit Burners to Reduce Green Waste Volume (Creative Idea No. MI-31)

A pit burner consists of a refractory lined box with a power source, either electric motor or diesel power unit, which drives a fan, which in turn creates an air curtain by forcing air through a plenum and nozzle. This high velocity air travels across the top of the pit in which a fire has been started.

The air curtain traps smoke and small particles and recirculates them to enhance combustion and reduce smoke. The very large volume of air accelerates combustion and provides for high pit temperatures between 1800°F and 2500°F. Underfire air at the bottom of the pit (available only on refractory-lined pits) introduces air underneath the air curtain to ensure complete combustion and to minimize opacity at startup.

The refractory pit provides a safe combustion chamber. Specially designed refractory panels prevent excess heat from escaping. Refractory pits are ideal for use in areas with high water tables and sandy soil conditions, or where opacity must be kept to a minimum.



http://www.mcphersys.com/over.htm

**Provide Aesthetic Barrier around Landfill Perimeter (Creative Idea No. MI-32)**

Providing a vegetative "landscaped" barrier around the landfill perimeter will help to shield landfill operations from neighboring properties. The cost associated with developing this natural barrier is minimal and will also provide some noise mitigation for the site.

**Vegetate Stockpiles (Creative Idea No. MI-35)**

The sideslopes of temporary stockpiles can be vegetated using hydroseeding to prevent loss of stockpile volume due to erosion caused by rain and wind. Some stockpiles or part of the stockpiles that are not used immediately should be protected.

**Use Landfill Gas as a Fuel to Evaporate Leachate and Condensate (Creative Idea No. MF-3)**

In the event recirculation of leachate and condensate is not implemented, it may be managed in whole or in part by incineration in the landfill gas flare. Treatment in the flare would reduce or eliminate costs to transport liquids to a wastewater treatment plant. Incineration of condensate is a fairly common practice, although some special equipment and materials are required to adapt the flare to liquids incineration. Leachate volumes are likely to be greater than is practical to incinerate. The method is generally not compatible with an energy recovery system, since the incineration process would consume all the available energy of landfill gas combustion.

**Optimize Storm Drain Channels (Creative Idea No. MF-8)**

The VE team observed that a uniform size is used for the entire length of the concrete perimeter storm drain channel. A more detailed hydrologic analysis of site runoff would likely justify a smaller channel in significant sections of the channel and result in reduced construction costs.

**Treat Leachate on Site with Package Treatment Plant (Creative Idea No. MF-6)**

Package treatment plants are available on skid mounts or larger to treat leachate. These package treatment plants can be upgraded as additional flow occurs. The package plant needs to be sized for the appropriate flow and characteristics of the actual leachate. Since Guam does not have an existing leachate flow, similar leachate characteristics from nearby islands, such as Hawaii, might be appropriate for design purposes.

- Eliminates conveyance system for leachate
- Uses proven technology
- Can discharge to surface water courses
- No longer available for recirculation
- Requires Certified Operator

The package treatment plant would be kept on site and would eliminate the need for a conveyance system to a publicly owned wastewater treatment facility. The main problem with this small package plant is that it would require specialized training of a few operators for proper operation and maintenance and at least one Certified Operator.

**Provide Secondary Containment for Aboveground Fuel Tank (Creative Idea No. MF-12)**

The installation of secondary containment for the aboveground fuel tank is absolutely necessary to contain the fuel, just in case of a leakage. In addition, the installation of a secondary containment tank is a requirement from local and federal environmental protection agencies.

**Pre-treat Leachate Utilizing Trickling Filters (Creative Idea No. MF-15)**

Pretreatment of leachate could be required if it is being sent to the Inarajan Treatment Plant, and the effluent strength exceeds that which the plant is capable of managing. Pre-treatment could also be considered if the operator wishes to use it for construction water or dust control in areas of the site outside the lined landfill footprint. Trickling filters are a proven means of wastewater treatment that may be incorporated in a pre-assembled package treatment plant. Selection of this alternative would be part of a comprehensive leachate management program developed after full analysis of system costs, including the trickling filter system.

**Distribute Subdrain Water to Wetlands and Rivers from Subdrain Based on Hydrogeologic Model (Creative Idea No. MF-17)**

Distributing subdrain water to surrounding wetlands and rivers based on the hydrogeologic model will help to minimize impacts to these water sources and will be required as part of the permitted landfill design.

**Propose an Alternative Liner System to the Prescriptive Liner for Permitting by the Agency (Creative Idea No. FB-1)**

If an alternative liner system is desired, then the owner needs to submit a proposal for the liner system. Since the prescriptive liner system seems onerous and expensive for a remote island, a good case could be made for an alternative design. This is routine practice in California, where in the early 1990s the California Regional Water Quality Control Board realized that the prescriptive standards for the then-incoming Subtitle D Regulations would be difficult to implement in the steep canyon fills in southern California. The Guam Environmental Protection Agency (EPA) would need to do a similar approach to the USEPA.

**Steepen Trash Slopes to 3:1 (Creative Idea No. CV-4)**

The current final grades plan indicates an intent to construct refuse slopes at a relatively flat grade of 4:1 (horizontal:vertical). Steepening the slopes to a more common 3:1 grade will increase site capacity. Implementation of this change would require consideration of potential erosion and installation of additional erosion control measures. It should also be noted that slopes initially filled at 3:1 would settle during subsequent years to something closer to 4:1.

**Use an Alternative Daily Cover (e.g., Foams, Green Waste or Tarps) (Creative Idea No CV-5)**

In the case of insufficient quantity of cover material, a common practice is to use tarps. Green waste including yard clips is an inexpensive material for daily cover. Foams are considered an optional material, but additional cost and equipment are involved.

**Increase Top Elevation (Creative Idea No. CV-7)**

This design suggestion proposes to increase the top elevation of the landfill from its current designed 460-foot top elevation. The final top elevation only extends approximately 60 feet above existing grades.

The landfill designer would have to determine how much the current designed top elevation could increase based on the available airspace and how the top deck could be configured. One of the major advantages of this idea is that it utilizes and optimizes free airspace available onsite, thereby increasing the capacity of the landfill and extending its life. With an increase in life and capacity also comes an increase in life cycle revenue which can be attractive to potential landfill operators. However, an increase in the size of the landfill calls for an increase in capping material, daily cover material, an increase in operations, leachate and landfill gas collection and management, etc., which all add up to additional operational costs.

The main disadvantage of this suggestion is that a higher landfill would be more visible to the public and less aesthetically pleasing to the community.

**Oversteepen Sideslopes (Creative Idea No. CV-10)**

Operators often fill refuse slopes at substantially steeper slopes than those indicated by final grading plans. For example, experience has shown that slopes filled at 2:1 generally fall back to 3:1. This practice is recommended for inclusion in the site's operating plan, in order to receive approval in advance by the regulatory agency.

**Ban Some Materials (e.g. Green Waste) from the Landfill (Creative Idea No. CV-16)**

With the advent of the new sanitary landfill and its associated costs, the value of airspace within the landfill will become a premium. Bulky wastes such as green waste (shrubbery) should be diverted from the landfill to leave room for municipal solid waste (MSW).

Implementing such a program is beneficial because by doing so it conserves the expensive airspace in the landfill (a new resource) for wastes that have no other or possible destination.

**Use Dewatered Sewage Sludge as Alternative Daily Cover (Creative Idea No. CV-17)**

Dewatered sewage sludge meeting regulatory standards for pathogen content may be disposed in a municipal solid waste landfill. It may also be used for alternative daily cover if blended with soil or processed green waste. Sludge should be discharged near the working face. Soil or green waste is stockpiled adjacent to it and mixed into the sludge by a bulldozer. Once mixed, the sludge mixture is spread over the working face in the same manner as other daily cover. Experience with the process in Southern California has demonstrated that it does not create odor problems on the site. The process provides a beneficial use for a revenue-producing waste stream and provides additional cover material. Sewage sludge is also beneficial by promoting decomposition processes and settlement of the landfill.

**Realign Road to Shortest Distance to Site and Acquire Needed Easement (Creative Idea No. AS-1)**

The realignment of the proposed access road to the shortest distance to the site will save the government a significant amount of money. However, considering the process and the time involved in the acquisition of easement, the realignment to shortest distance is not practical at this point.

It will definitely delay the construction of the access road and eventually the landfill. In addition, the cost savings that could be obtained from this realignment (to the shortest distance) of the access road might not be sufficient to fund the acquisition of private properties and anticipated penalties the local government will be obligated to pay due to this delay.

## Reduce Design Speed and Curve Radii from the Talofofo Falls Turnoff to the Site (Creative Idea No. AS-12)

The designer communicated the need for modifying the entrance road to maintain the road within the previously designated right-of-way. By reducing the design speed, the road alignment would likely fit within the right-of-way. Also, a lower design speed has other benefits, including less wear on the driving surface (pavement). The disadvantage of a slower design speed is that driving this length of road would take more time. The distance of this section of road is inconsequential to the cost of operations (for the added drive time to the site).

## Transmit Potable Water Directly to Buildings, Bypassing the Storage Tank (Creative Idea No. CI-2)

Transmitting potable water directly to landfill facilities and buildings bypassing the water storage tank is advisable to remove the potential for an additional chlorination system. In this way, the water storage tank can be deleted from the landfill design.

## Replace Toll Booth with Automatic Gate and Card Reader (Creative Idea No. CI-18)

The Environmental Impact Report stipulates that self-haul wastes will not be allowed at the site. Since all vehicles bringing trash to the site will be either commercial or franchised, they may be equipped with radio frequency identification (RFID) cards. This allows the entrance scale to be operated via an automatic system. Namely, arriving vehicles would be equipped with a scan card placed on the vehicle. Upon arriving, a scanner would read the card using RFID technology. This would raise an entrance arm (or gate) and record the vehicle, its owner, the time, the vehicle weight, and other relevant information. Other means of recording, such as video cameras, are often used in such applications.

The disadvantage of this system is that mechanical failures are inevitable, requiring occasional manual management. Also, relying on such a system would prohibit variations to the prohibition of self-haul or other unrecognized vehicles. One slight version to this concept, often used in high-volume facilities elsewhere, includes a dedicated scale equipped with RFID technology, to be used by specific users, and a second scale manually operated for the public.

## Replace Chain Link Fence with Barbed Wire (Creative Idea No. CI-23)

The design calls for a chain link fence around the entire landfill perimeter. Due to the rolling terrain and inaccessibility to the site along the perimeter, the chain link fence may be replaced with a barbed wire fence with a significant amount of savings. Repairs to barbed wire are also easier to perform.

## Utilize Small Stockpiles in Each Cell to Control Moisture Content (Creative Idea No. MS-2)

The design calls for a centralized stockpile of soil. Small stockpiles strategically located in the cells provide closer storage and quicker drying of the soil after rain.

**Import from Coral Quarries for Wet Weather Operations; Import Daily Cover from Coral Quarries; Amend Existing Native Soils to Improve Wet Weather Performance; Crush Construction Waste for Daily Cover (Creative Idea Nos. (MS-4/MS-5/MS-7/MS-8)**

The on-site material consists of fine-grain silty clay, clayish sand, and silty sand with a high percentage of material passing the #200 sieve. The fine material becomes yielding and difficult to handle when the moisture content is high during the wet season. It is recommended that arrangements be made to bring less silty, clayish, or sandy material to the site to be used, or blended with the on-site soil, for covering or temporary roads. A crushing plant to process construction debris or hardfill debris can produce a low-cost daily cover material.

**Provide Incentives/Policy for Contractors to Provide Concrete and Asphalt Rubble for Use as Wet Weather Deck (Creative Idea No. MS-9)**

The new landfill will be in continual need of road construction materials to build and maintain an all-weather access road and wet-weather unloading pad during the wet weather. Concrete and asphalt rubble are ideal materials when constructing these types of facilities. One common way to secure these materials is to implement a policy that directs these materials to the landfill. Establishing an executive order or policy that mandates all construction concrete and asphalt rubble would generate these materials at no additional governmental cost.

Also, as described in MI-1 above, with the advent of the new sanitary landfill and its associated costs, the value of airspace within the landfill will become a premium. Inert materials such as concrete and asphalt should not consume valuable landfill airspace. Implementing such a program is beneficial, because by doing so it both conserves the expensive airspace in the landfill (a new resource) for wastes that have no other or possible destination and directs needed construction materials to the facility.

**Establish Contaminated Soil Remediation Area on Site to Attract Cover Material (Creative Idea No. MS-10)**

Soils contaminated with petroleum products can be remediated by storage for an extended period with occasional turning to expose the soil to atmospheric evaporation. Once remediated to acceptable levels, the soil may be used for daily and intermediate cover. A petroleum-contaminated soil remediation area on the landfill could attract an additional revenue source and provide an alternative source of cover soil to supplement on-site native soils for cover.

**Implement Vertical Waste Cell Construction (Creative Idea No. MS-11)**

The newly developed valuable landfill airspace should be carefully managed. However, approximately one-fifth of the entire airspace will be consumed with daily cover soils. One method of minimizing the use of daily cover includes an operations practice of placing waste on top of waste, vertically. By doing so the quantity of daily cover may be minimized if allowed by the local health agency. The practice includes placing daily cover soils only on the perimeter sloped areas and densely compacting the top deck. The following day, additional waste is placed on the top deck and daily cover soils on the perimeter sloped areas. This practice is continued until the vertical sequence reaches the intended grade (typically about a week), at which time cover soil is placed on the top deck, and a new sequence is started on an adjacent area.

Some research elsewhere has shown that a densely compacted top deck surface deters vectors. As a variation to this theme, some operators use a tarp on the top deck, which complies with daily cover soil placement requirements.

## Import and Use Scrapers to Move Soils (Creative Idea No. MS-15)

Current cost estimates are based on the use of excavators and dump trucks for excavation and stockpiling. The resulting unit costs are substantially higher (on the order of 50% to 75% higher) than those achievable using scrapers, which are commonly used in many areas of the mainland United States. If the initial construction contractor could be influenced to import and use scrapers for the project, the landfill operator would have the opportunity to purchase several of the machines after completion of construction, and thereby benefit by having a more efficient means of transporting and applying cover soil. Before implementing this measure, consideration should be given to the availability of parts and maintenance for scrapers on Guam.

## Extend Schedule to First Receive Waste to September 2008 Pending Consent Decree Approval (Creative Idea No. M-4)

The current Consent Decree mandates the completion of the Layon Landfill and related improvements be accomplished to a level that allows the receipt of waste by September 2007. Construction of the new landfill can be broken into components as follows: the entrance road, entrance facilities, performing the earthwork in preparation of placing the liner, and constructing the liner. Each of these components has significant portions that require construction during the dry season. For example, earthwork must be performed during the dry season. The dry season in Guam is generally the months of January through June. The design engineer estimates the quantity of work necessary to begin the receipt of waste will require two dry seasons. The entrance road, entrance facilities, and on-site earthwork can likely be accomplished in one dry season. However, it is unlikely that the on-site earthwork will be completed early enough in the dry season to allow completion of the liner system. The engineer estimates the construction of the liner will consume the majority of a dry season. Consequently, as currently designed, two dry seasons are needed to complete the initial landfill construction, inclusive of the entrance and preparatory site work.

It should be noted that some of the concepts raised by this VE exercise provide for accelerated construction methods. For example, FB-2, "Eliminate the bentonite amended soil and replace with double membrane liner," could substantially accelerate the schedule, possibly allowing the liner to be placed partially in the wet weather season. Although these schedule accelerating concepts are useful, until such time that they have been adopted, the extension of the schedule remains a necessity.

**VE ALTERNATIVES AND DESIGN SUGGESTION REVIEW SUMMARY TABLE**

In order to assist Government of Guam in their review of the recommended VE alternatives and design suggestions, as an aid to their implementation, a summary table has been developed that can be distributed to reviewers for the use and comments. This table is reproduced on the following pages.


## VALUE ENGINEERING ALTERNATIVES

**1.0**     1     **Ban Grocery-Sized Plastic Bags**        Rejected

The savings of a reduced labor force and the benefit of a clean site are significant improvements, especially when applied over the decades of the landfill life. This proposal bans the use of grocery-sized plastic bags in the community. By doing so, the need for laborers to pick up wind-borne litter will be significantly reduced. Wind-borne litter is one of the most common landfill related complaints. Collecting the wind-borne litter, primarily grocery-sized plastic bags, from along the entrance road at the active face wind fencing and especially downwind of the site will require at least two full-time workers year round. By banning grocery-sized plastic bags, this unsightly and costly nuisance can be avoided.

It should be noted that such a ban may be politically difficult to promote and enforce.


| 2.1 | 2 | **Acquire Entire Lot B** | Rejected |
|---|---|---|---|

The presence of the Layon Landfill site is considered by the private property owner(s) as a negative impact to their adjacent properties. This being the case, this proposed alternative to purchase the entire Lot B parcel (3,291 acres) would remove from the private owners' possession the property that they claim would be negatively impacted by the presence of the Layon Landfill, and as a result, potentially enhance the Government of Guam's chances of acquiring the property needed for the Layon Landfill, in a minimum amount of time and without adverse opposition from the property owner(s) or condemnation. Minimizing the land acquisition process could assist the Government of Guam in meeting Consent Decree schedule to construct and operate the new landfill.

This proposed alternative provides a significant increase in the buffer zone between the landfill facility and other neighboring private properties, therefore minimizing potential negative impacts to such properties. The significant increase of the buffer zone could also be utilized to support landfill operations, such as providing off-cell soil stockpile areas or being used as a staging area for aesthetically pleasing features. Given that Guam is an island with limited sites for a landfill facility, the proposed alternative provides a significant area for future expansion of the landfill facility and/or other solid waste activities and facilities, and future environmental mitigation if necessary, perhaps as a result of landfill facility expansion.

However, a disadvantage of purchasing the property and potentially utilizing it for landfill expansion is that the Government of Guam would be going back on its earlier statement to the community made during the site selection process that this landfill will only occupy a small portion of the larger Dandan parcel, thereby further degrading the Government of Guam's relation with the host community. In addition, the community would also not be appreciative of housing Guam's landfill for several more years. The Government of Guam also would have to spend a significant amount of money to purchase a large area that is currently not needed. Such advantages and disadvantages must be weighed during consideration of this proposal to decide if such a proposal offers an increase in value to the project.


| 2.2 | 3 | **Increase Buffer Area Around Site** | Rejected |

Currently, there is a maximum 700-foot buffer area planned between the landfill waste footprint and the adjacent properties, with adjacent wetland areas in this buffer area. The increase in buffer area could be utilized to support landfill operations that, with the current 700-foot buffer and sensitive wetland areas surrounding the site, could require more planning and possible environmental mitigation. Some examples of supporting landfill operations include, but are not limited to, providing an off-cell area to stockpile daily cover, or providing a staging area for aesthetically pleasing features, such as vegetation or berms, along access roads to block the view of the landfill site. This proposed alternative also provides land for future environmental mitigation and increases the distance between the landfill facility and other neighboring private properties, thereby minimizing potential negative impacts to such properties.

However, with the increase in the buffer area, there is the need to acquire more land from private property owners around the site, which would be an added cost. The increase in buffer area also reduces the size of the adjacent private properties. By increasing the buffer area of the landfill, there is also a potential to amend the 2005 Final Supplemental Environmental Impact Statement.

| 3.0 | 4 | **Reintroduce/Recirculate Leachate Into Landfill** | Accepted |

Reintroduction of leachate is an alternative to long-term pumping of leachate to the Inarajan Wastewater Treatment Plant. This proposal assumes the pipeline would be constructed to manage leachate in the early years, and then would be largely unused thereafter, with leachate being reintroduced to the landfill by one or more of several proven methods. The pipeline, if built, would be available for sanitary sewage and for leachate under upset conditions. Other alternatives in this report address replacing the sewer pipeline, which can be used in tandem with this proposal.

The life cycle cost analysis in this study assumes two specific means of reintroducing leachate: spreading at the active face, and introduction to horizontal trenches in filled or partially filled but inactive areas of the site. Other means that have been successfully used elsewhere include vertical infiltration wells and irrigation sprinklers (limited to site areas at a distance from operations).

Benefits of reintroducing leachate may include reduction of operating costs. More significant are the benefits of adding liquids and nutrients to the biological processes within the landfill waste mass. These include:

♦ Acceleration of the decomposition process, inducing more rapid settling and consolidation of the refuse.
♦ Increasing the rate of landfill gas generation, enhancing the potential for energy recovery from a gas-to-energy system.
♦ As a result of an increased consolidation rate, potential increase of usable airspace during the active life of the landfill, increasing its effective capacity and life.
♦ Potential reduction in the length of the post-closure care period.

There are no significant disadvantages to a properly operated leachate recirculation program in a lined landfill.


| 4.1 | 5 | **Develop Constructed Wetlands in lieu of Pipeline** | Rejected |

The current design proposes to transfer leachate as the primary means of leachate treatment and disposal. Leachate will be sent to a sanitary sewer via forcemain from the landfill along Dandan Road to Route 4, then via gravity sewer line and lift stations along Route 4 to the Inarajan Wastewater Treatment Plant.

The alternative concept is to develop constructed wetlands to treat leachate prior to disposal. A constructed wetland is a natural means of improving water quality. This technology is proven and feasible in tropical climates. The Marpi Landfill on Saipan utilizes this technology for leachate treatment and disposes of treated leachate via leaching field.

Implementing this alternative will decrease performance slightly with very minimal cost savings over the 30-year life of the landfill. However, if the Government of Guam wants to decrease the initial cost of the project, it should consider this option. This is attractive, since operations of the landfill will be privatized and the contracted operator will need to perform all maintenance and monitoring of the constructed wetland over the landfill's 30-year life. Discharge of treated wastewater into adjacent rivers or wetlands will require an NPDES permit and sampling and monitoring. These costs again will be deferred to the operator.

The constructed wetland can be designed to accommodate Guam's heavy rainfall and increased flows during the rainy season to ensure that the constructed wetland will not overflow or discharge untreated leachate to surrounding water sources.

Public opposition to discharging treated wastewater into these water sources may be an issue. If this is experienced, an alternative means of storage and disposal (trucking), recirculation back into the landfill, or other innovative uses may be considered.


| Alt No. | Order No. | Title/Comments | Decision |
|---|---|---|---|
| 4.2 | 6 | **Install Evapo-Transpiration Constructed Wetland in lieu of Pipeline** | Rejected |

The current design proposes to transfer leachate as the primary means of leachate treatment and disposal. Leachate will be sent to a sanitary sewer via forcemain from the landfill along Dandan Road to Route 4, then via gravity sewer line and lift stations along Route 4 to the Inarajan Wastewater Treatment Plant.

The alternative concept is to develop a larger area and shallow depth (evapo-transpiration) constructed wetlands to treat leachate prior to disposal. A constructed wetland is a natural means of improving water quality. This technology is proven and feasible in tropical climates. The Marpi Landfill on Saipan utilizes this technology for leachate treatment and disposes of treated leachate via leaching field.

Implementing this alternative will decrease performance slightly and incur an additional cost of $176,000 over the 30-year life of the landfill. However, if the Government of Guam wants to decrease the initial cost of the project, it should consider this option. This is attractive, since operations of the landfill will be privatized and the contracted operator will need to perform all maintenance and monitoring of the constructed wetland over the landfill's 30-year life. Discharge of treated wastewater into adjacent rivers or wetlands will require an NPDES permit and sampling and monitoring. These costs again will be deferred to the operator.

The shallow depth (evapo-transpiration) constructed wetland requires more surface area than a conventional constructed wetland and can be designed to accommodate Guam's heavy rainfall with increased flows during the rainy season to ensure that the constructed wetland will not overflow or discharge untreated leachate to surrounding water sources.

Public opposition to discharging treated wastewater into these water sources may be an issue. If this is experienced, an alternative means of storage and disposal (trucking), recirculation back into the landfill, or other innovative uses may be considered.

Case 1:02-cv-00022     Document 80-3     Filed 01/31/2007     Page 5 of 25


| 4.3 | 7 | **Build Leachate Storage Tank and Truck to Treatment Plant During First Few Years of Operation Until Leachate Recirculation** | Accepted |

Although there are other uses for the sewer line (such as providing sewerage for the facility and the residents along Dandan Road), the primary benefit is for leachate discharge. However, by trucking leachate to the wastewater treatment plant for the first few years of landfill operation, the need for constructing the 4.4 miles of sewage line can be avoided. This costly sewer pipe and its related pumping stations account for approximately $2.6 million of capital costs that can be avoided. The cost of trucking leachate (see assumptions) amounts to approximately $0.5 million for the first few years and offsets the avoided cost of the sewer system.

During the first few years when the landfill has little waste, the quantity of leachate generated is relatively small. Also at this time, since the waste volume is small, leachate should not be recirculated into the waste cell. So there is a need for disposing of leachate during the first few years. However, as the waste volume grows, it is anticipated that leachate will be reintroduced into the waste cells. At that time, (when leachate is recirculated in the waste) there is no need for the sewer line, except as a redundant discharge system (in the event leachate recirculation has to be stopped). However, trucking is also a viable redundant method of transporting leachate and could be employed on an as-needed basis.

| 5.0 | 8 | **Incorporate Septic System and/or Chemical Toilets to Handle Sewage** | Rejected |

Although there are other uses for the sewer line (such as providing sewerage for the facility and the residents along Dandan Road), the primary benefit is for leachate discharge. One of the minimal uses is the conveyance of septic sewage from the facility. However, the common on-island practice is the use of septic leach field. Therefore, if VE Alternative 4.1, 4.2, or 4.3 is used (wherein the sewer line is not constructed), there is a need for an alternative method of managing the septic sewage. The cost for building and operating the leach field is approximately $55,000, which offsets a small portion of the savings of these other alternatives.


| 6.0 | 9 | **Recycle Gas Condensate Into Landfill** | Accepted |

Landfill gas condensate is a byproduct of the removal of gas from the landfill, as well as piping gas to the flare or future energy recovery system. It is collected in sumps and piped to a point of disposal or management in PVC pipes under pressure supplied by air-operated pumps. Unless it is reintroduced to the landfill, condensate must either be piped or otherwise transported to a treatment facility, or incinerated in the landfill gas flare. Condensate is a strong wastewater and may require pre-treatment before it will be accepted at the treatment facility. Flare disposal is common, requiring a significant but reasonable expenditure for additional equipment and instrumentation. Condensate cannot be introduced to an energy recovery system, requiring some gas to continue to be flared even after installation of a gas-to-energy facility.

Reintroduction of condensate into the landfill eliminates the need for pre-treatment or incineration of condensate. Condensate is introduced by discharging it to horizontal infiltration trenches or vertical wells in the landfill, allowing the liquid to permeate into the waste. Because of its strong odor, condensate is not appropriate for introduction at the active face or by surface spreading. Its presence in the landfill tends to accelerate the biological processes in the landfill, with beneficial effects including more rapid consolidation of waste and increase in gas production for energy recovery. There are no adverse environmental impacts to condensate recirculation in a lined landfill.

Condensate would normally be reintroduced together with leachate. Condensate volume is small compared to leachate, projected conservatively at three gallons per minute, compared with up to 100 gallons per minute of leachate. Accordingly, its operational cost impact is expected to be minimal as an incidental addition to the leachate reintroduction program.

| 7.0 | 10 | **Use Conventional Sideslope Riser for Leachate Removal** | Rejected |

Sideslope riser is built into the sideslope liner and tucked away from construction and waste hauling equipment and is less likely to get damaged. Additionally, modification is simple to add a leak detection riser if a secondary liner system is chosen.

This has the disadvantage of the load-out area for leachate needs secondary containment. Alternatively, the discharge line could be piped directly to the leachate holding tank, eliminating the need for a load-out area at the head of the riser.


| 8.0 | 11 | **Use Untreated Leachate for Dust and Litter Control** | Rejected |

The current design proposes that Layon Landfill personnel use a water truck during the dry season (six months/year) to control dust on access roads and other areas. The alternative concept is to minimize fresh water use and use untreated leachate in the water truck for dust control.

The only drawback in using this technology may require the purchase of another 5,000-gallon water tanker to provide dust control in all unlined areas within the landfill footprint, such as unpaved access roads, soil stockpile areas, etc.

| 9.0 | 12 | **Defer Construction of Gas Header System** | Rejected |

The gas collection system will not be needed in the first three to four years of landfill operation. Install four-inch perforated pipes only. The operator can design and install the pipes, sumps, and pumps as the waste fill builds up.

| 10.1 | 13 | **Eliminate Bentonite Amended Soil on Sideslopes and Bottom and Replace with Double Geomembrane Liner** | Accepted |

Existing native soils are at $1 \times 10^{-6}$ centimeters/second hydraulic conductivity and will provide a low-permeability soil liner, though not meeting the prescriptive requirement, as part of a composite liner system. This replaces the bentonite-amended low permeability soil layer, which will be difficult and time-consuming to construct in the climate of Guam.

The added layer of geomembrane will provide additional protection of the environment by providing a leak detection layer as an early warning system of a possible breach of the primary liner system.

This liner system exceeds Subtitle D requirements for a single-liner system. An added option is to use a dimpled top and smooth underside (Supergrip HDPE liner by Agru) geomembrane on the top primary liner and dimpled top and spiked underside on the secondary bottom layer. The uppermost dimpled geomembrane and geotextile would form the drainage layer for the primary liner system. The lower dimpled geomembrane between the two layers would form a leak detection layer.

Case 1:02-cv-00022     Document 80-3     Filed 01/31/2007     Page 8 of 25


**10.2** | **14** | **Replace Bentonite Amended Soil Liner with Geosynthetic Clay Liner System** | Rejected

The original concept of blending bentonite with native high- to low-plasticity silts at high moisture contents with specialty, off-island equipment, such as a pugmill, could greatly exceed cost estimates, and wet weather could unexpectedly extend the construction schedule. Compounding the problem, the quality control of the blended soil liner may be spotty and some test results may not meet design requirements. Costs of bentonite and installation of such a system would be high, and it may be difficult to entice a pugmill operator to come to Guam for a relatively small project.

The GCL would be provided as rolls in moisture-proof covering and deployed quickly and covered immediately with geomembrane liner, welded in place, and then followed by a protective soil cover. Liner deployment could proceed at about an acre per day, depending on the crew size.

Slope stability concerns would be alleviated by the manufacturer-engineered design using high-strength carrier geotextiles with inter-stitching between the layers sandwiching the sodium bentonite and greatly adding to the GCL's shear strength. Materials are usually readily available.

**10.3** | **15** | **Replace Bentonite Amended Soil Liner with Thick Layer of Native Soil** | Rejected

The concept here is that the transmission of leachate through a soil liner in a given period of time is the important factor. The required $1 \times 10^{-7}$ centimeters/second permeability soil would allow a waterfront of leachate to pass through in a given period of time. A soil layer of lower permeability could be constructed in a thicker layer to result in the same period of time for the wave front to pass through, thus providing equivalent transmissivity and protection. This alternative will require engineering modeling to show equivalency of two feet of soil-bentonite liner designed for $1 \times 10^{-7}$ centimeters/second permeability versus a thick layer (assume five feet) of $1 \times 10^{-6}$ cm/second permeability of native soil.

**10.4** | **16** | **Use Shotcrete on Sideslopes in lieu of Bentonite Amended Soil** | Rejected

The use of shotcrete allows steeper sideslopes at 1.5:1. Shotcrete of six-inch thickness provides a firm under layer for the 80-mil HDPE liner. Due to the abrasive nature of the shotcrete surface, a cushion layer of four-ounce/square yard non-woven geotextile fabric is laid on the shotcreted slope prior to laying the HDPE liner. The protective cover over the HDPE liner, including the 16-ounce/square yard non-woven fabric and the three-foot thick protective cover soil, remains the same as the current design of the slope.

Case 1:02-cv-00022     Document 80-3     Filed 01/31/2007     Page 9 of 25


| 10.5 | 17 | **Change Geocomposite and Textured HDPE Liner to Dimpled HDPE Geomembrane and Geotextile on Floor of Cells** | Rejected |

This option is to use a dimpled top and smooth underside (Supergrip HDPE liner by Agru) geomembrane on the top primary liner and dimpled top and a spiked underside on the secondary bottom layer. The uppermost dimpled geomembrane and geotextile would form the drainage layer for the primary liner system. The lower dimpled geomembrane creates a space between the two layers that would form a leak detection layer. This alternative can be deployed along with VE Alternative 10.1.

| 11.0 | 18 | **Steepen Sideslopes to 1-1/2:1; Use Thicker Geomembrane; Eliminate Soil-Bentonite Liner on Sideslopes** | Rejected |

Excavation at 1½:1 is in accordance with soil type stability and Occupational Safety and Health Association (OSHA) requirements. HDPE geomembrane liner is regularly deployed on 1½:1 or steeper sideslopes. This alternative will create more waste airspace and additional excavation soil that can be used for daily cover or stockpiled for interim or final cover construction.

Steeper sideslopes will minimize the potential for leachate leaking through the liner system. The native soil permeability of $1 \times 10^{-6}$ centimeters/second is the regulatory standard prescriptive permeability requirement for soil liners in California.

The California Regional Water Quality Control Board recognized that construction of composite soil liners (geomembrane and low permeability soil) on steep canyon-fill landfills was difficult and expensive. Accordingly, the California Regional Water Quality Control Board issued waste discharge requirements allowing a thicker geomembrane (80-mil versus 60-mil) on steep sideslopes without an underlying soil liner component.

| 12.0 | 19 | **Use 60 Mil Thick HDPE in lieu of 80 Mil Thick HDPE** | Rejected |

The 60-mil thick HDPE also meets prescriptive requirements for the liner system. In addition, the 60-mil thick would be cheaper to purchase, transport, and install; therefore, a cost reduction could be achieved with this change. However, the 60-mil thick, being thinner than 80-mil, is more susceptible to damage during construction. Considering this risk and the insignificant amount of savings for this change, it appears that the original design of 80-mil thick HDPE for the liner system is more practical to use for this project.


| 13.0 | 20 | **Eliminate Subdrain System if Hydrogeologic Investigation Permits** | Accepted |

The current design proposes to use a subdrain system to manage high groundwater levels experienced during the rainy season to maintain a five-foot distance between the high groundwater level and the liner system. The alternative concept is to verify the high groundwater level by performing additional hydrogeologic investigations and modeling. If the hydrogeologic investigations find that the groundwater levels are less than originally anticipated, it may allow for the elimination of the subdrain system.

Eliminating the subdrain system will also shorten the construction schedule and reduce the amount of materials and labor required for construction. In addition, subdrain monitoring costs will be eliminated over the 30-year life of the landfill and 30-year post-closure period.

Eliminating the subdrain system will not impact the natural flow of groundwater. This will negate the current concerns regarding environmental impacts to existing water sources (i.e., wetlands, rivers, and streams).

| 14.0 | 21 | **Delete Geocomposite in Bottom of Sump and Replace with Geotextile** | Rejected |

The current drawings show the geocomposite drainage layer on the cell floor extending across the floor of the leachate collection sump. The sump is filled with non-calcareous gravel, and the geonet component of the geocomposite serves no purpose. The proposed alternative would terminate the geocomposite at the floor of the sump and protect the sump liner system using geotextile. The geotextile is 16-ounce per square yard material used in the LCRS trench bottoms and on the sideslopes.

This is a minor design modification and clarification.

| 15.0 | 22 | **Lower Base Grades; Lower Base Grades and Monitor Subdrain System in lieu of Groundwater Monitoring Network** | Accepted |

A landfill is like a huge sandwich. The bread is the bottom and top liner, the meat, or filling, is like the waste. Imagine the bread is really expensive. The goal would be to put more meat (filling) in between the layers of bread. At a landfill, there are several ways to put more filling, but the most common is to make the landfill higher or the base lower. This is the crux of this idea. By lowering the base grades, more waste can be placed in-between these expensive containment devices (bottom liner and top cover), thereby increasing the usefulness of these systems (i.e., the expensive bread layers). Hydrogeologic modeling will need to be completed to verify if this option can be allowed.


**16.0**    **23**    **Use a Rigid Pavement System in lieu of Flexible Asphalt at Entrance to Landfill**    Accepted

Trucks entering the landfill decelerate and come to a full stop on the scale at the administrative building. Trucks leaving the landfill go through the exit lane first at a low speed and then accelerate. Some exiting trucks may turn around and go through the scale again.

Due to the speed-changing operation of heavy vehicles in the entrance lanes and exit lanes, flexible pavement deterioration, including washboard (corrugation), rutting, and bleeding, occurs relatively quickly. The rigid pavement provides high resistance to these kinds of deterioration. This is generally the standard practice for heavily loaded pavements.

**17.0**    **24**    **Place Breakdown on One Side and Eliminate One Shoulder Lane**    Rejected

The eight-foot shoulder on one side of the road could be constructed with compacted base course in lieu of a paved shoulder, which would reduce construction cost. However, the EIS study recommends the construction of eight-foot paved road shoulders throughout the stretch of the access road. In addition, this change might also need the review and approval of the DPW.

**18.0**    **25**    **Eliminate Roadway Lighting**    Rejected

Eliminating roadway streetlights provides a capital and long-term cost savings, because it reduces construction and installation costs of several additional streetlights, maintenance/repair would be reduced, and the Guam Department of Public Works (DPW) bill for fees to power the streetlights for the life of the landfill would also be reduced. Streetlights are not a requirement for primary and secondary roadways. In addition, the landfill will not be operating throughout the night, so streetlights would not be necessary for landfill operations.

There are no apparent disadvantages to this proposed concept.

**19.1**    **26**    **Eliminate Water Storage Tank**    Rejected

Non-essential buildings do not require redundant fire suppression systems. The current design includes both a water supply line (10-inch diameter) that by itself will supply adequate fire suppression flow, plus a 250,000-gallon tank that would supply fire suppression in the event the water line is non-operational. This redundancy is not necessary for non-essential facilities.

**19.2**    **27**    **Replace Water Storage Tank with a Pond**    Rejected

Non-essential buildings do not require redundant fire suppression systems. The current design includes both a water supply line (10-inch diameter) that by itself will supply adequate fire suppression flow, plus a 250,000-gallon tank that would supply fire suppression in the event the water line is non-operational. This proposal provides the redundant fire storage with an inexpensive open, lined pond.


| Alt No. | Order No. | Title/Comments | Decision |
|---------|-----------|----------------|----------|
| 20.1 | 28 | **Eliminate Permanent Buildings and Leave Building Construction to Operator**<br><br>The design of the administration building and the maintenance building is based on the best judgment of the functional requirements. The design may be over-specified due to the absence of a user of the facilities. When brought on board, the operator will better define the space requirement based on the operator's staffing, office operation, data processing, type of equipment to be maintained, and level of on-site maintenance.<br><br>It is likely that the building design will be scaled down and be better defined by the operator. | Rejected |
| 20.2 | 29 | **Replace Maintenance Building and Roadworks with Contracted Out Equipment Maintenance Services**<br><br>The primary advantage for removing the maintenance building and its parking area from the landfill site is a capital cost savings because of the reduction in entrance facility construction activity. Contracting out maintenance services could also optimize land usage for equipment maintenance. The open land could also be attractive to potential landfill operators by providing them options for land use and equipment maintenance. Some operators may not need a large building to maintain equipment and like it when options are available.<br><br>On that same note, a landfill design without a maintenance building could be unattractive for potential operators because of the lack of infrastructure to support their equipment operations in a minimum amount of time. There are also very few heavy equipment maintenance and repair companies on the island, particularly for landfill related equipment, which could drive up contracted-out equipment maintenance services because of the lack of competition. In addition, it could take time for the contracted company to mobilize to landfill site for equipment repair and maintenance. | Rejected |


| 20.3 | 30 | **Combine Administration and Maintenance Buildings Into a Single Structure; Add Stand-Alone Scale House; Reduce Parking Requirements** | Rejected |

The proposed change provides benefits by consolidating the functions of two buildings into one, by improving traffic flow, and by allowing a significant reduction in paved area in the entrance facility. Incorporating the administrative functions into the maintenance building and eliminating the administration building allows common functions such as break rooms and restroom facilities to be shared, reducing overall building floor space. This in turn allows a reduction in total building floor space.

Removing the administration building from its present location between inbound and outbound truck traffic is an improvement in traffic circulation. Under the current design, trucks may cross the scales only on the inbound direction, requiring any vehicles that need to be weighed empty after discharging their loads to loop around the administration building to cross the scales and loop around again. Although most trucks are expected to have established tare weights that eliminate the need for outbound weighing, the occasional truck that does need to be weighed outbound is a potential source of disruption in traffic flow. In addition, the scale attendant in the administration building has access to only one scale; drivers using the outer scale may be required to exit their vehicles and cross over the inner scale to conduct business with the scale house. By placing a small-scale house or fee booth between the two scales, the attendant is able to deal directly with trucks on either scale and trucks can cross the scales in either direction.

The proposal also relocates the water tank and generator building. Combined with removal of the administration building, this change allows the scales and their approach roads to be moved to the east, creating a straight line of travel from the front gate, across the scales, and to the landfill perimeter road. This change has two benefits: it eliminates turns required at the approach and exit from the scales, and it allows a significant reduction in paved area along the west side of the entrance area.

The proposed new plan for the scale house and entrance area is a more conventional arrangement and provides more flexibility for future expansion than the current design.


| 20.4 | 31 | **Downsize Administration Building and Add a Stand-Alone Scale House** | Rejected |

Removing the administration building from its present location between inbound and outbound truck traffic is an improvement in traffic circulation. Under the current design, trucks may cross the scales only on the inbound direction, requiring any vehicles that need to be weighed empty after discharging their loads to loop around the administration building to cross the scales. Although most trucks are expected to have established tare weights that eliminate the need for outbound weighing, the occasional truck that does need to be weighed outbound is a potential source of disruption in traffic flow. In addition, the scale attendant in the administration building has access to only one scale; drivers using the outer scale may be required to exit their vehicles and cross over the inner scale to conduct business with the scale house. By placing a small-scale house or fee booth between the two scales, the attendant is able to deal directly with trucks on either scale, and trucks can cross the scales in either direction.

The proposal also relocates the water tank and generator building. Combined with removal of the administration building, this change allows the scales and their approach roads to be moved to the east, creating a straight line of travel from the front gate, across the scales, and to the landfill perimeter road. This change has two benefits: it eliminates turns required at the approach and exit from the scales, and it allows a significant reduction in paved area along the west side of the entrance area.

| 21.0 | 32 | **Build Soil Stockpile Area Outside of Landfill Cell Footprint** | Accepted |

There are two functions happening nearly continually during the life of the landfill:

♦ Landfill Operations, which is like making a layered cake. The two primary ingredients are the waste (cake) and cover soil (frosting), each of which are placed daily throughout the landfill life.
♦ Landfill Construction, which requires soils to be excavated to prepare a hole for placing the base liner, or soils to be placed as cover capping material.

Insomuch as the landfill is under continual construction and operations at the same time (except the first cell construction), occasionally these two activities conflict. Without this proposal, at various times throughout the landfill's life soils will need to be moved from one location to another to allow either operations or construction to occur (this process is called "double handling"). This proposal is to provide a space off of the landfill footprint to store soils until such time they are needed. The soils may be needed for either operations or construction. By not double handling the soil stockpiles, operations can be improved. Soil management requires heavy equipment to perform. Heavy equipment operations is one of the most expensive aspects of landfill operations cost. Minimizing double handling can provide significant savings over the life of the landfill.

Based on the site maps, there appear to be several areas on the northerly portion of the site (within the site boundary, but outside of the landfill cell boundary) where soil may be stockpiled, yet not interfere with wetlands or other environmental issues.


| 22.1 | 33 | **Reconfigure Design of Cell 1 to Reduce Volume of Initial Cut** | Rejected |

Reconfiguring the cells as proposed will defer approximately 300,000 cubic yards of excavation from Cell 1 to Cell 3, reducing the initial bonding requirement for the project.

| 22.2 | 34 | **Begin Construction at South End of Site Rather Than at North End of Site** | Accepted |

The existing design begins construction at the northerly end of the site, nearest the scale house and other facilities. This location provides the shortest access to Cells 1 and 2, and minimizes initial construction costs for roads, drainage, and the gas header. However, it requires extensive earthwork to excavate into the highest elevation terrain on the site, producing a large volume of soil to be stockpiled.

By reversing the order of cell construction and beginning operations in what is currently termed Cell 11, the project can drastically cut the initial earthwork and eliminate soil stockpiling. Stockpile requirements will increase as future cells are constructed toward the north. Although the VE team has not evaluated the stockpile plan in detail, we believe that the revised cell sequencing will better facilitate future stockpiling over filled refuse slopes than the present plan. Stockpiling over filled refuse slopes surcharges the waste, promoting settlement and creating additional airspace capacity that can be filled after the stockpile is removed.

An additional benefit of the revised plan would be to begin operations at the greatest distance from the residential areas along Dandan Road. Traffic and operations would be largely screened by the higher terrain along the east property line. This is in contrast to the present plan, which would immediately begin altering the high terrain in the viewshed from the east.

Ancillary construction required by the reversed sequencing plan includes a greater length of permanent perimeter road, roadside drainage channel, landfill gas header, and if required, a leachate transfer line to the entrance area.

| 23.0 | 35 | **Delete Green Waste Area** | Accepted |

The current design proposes to designate and develop a green waste processing area within the landfill footprint. The alternative concept is to delete the green waste processing area from the landfill by incorporating green waste processing at transfer stations.

Eliminating the green waste area will have negligible impact on the construction schedule and materials and labor required for construction. The bulk of the cost savings will be experienced over the 10-year operations of this area which requires, at a minimum, two laborers and one driver.

Green waste processing should be performed in areas other than the landfill, such as transfer stations or areas designated for this activity. This will be consistent with recommendations made in the 2006 Guam Integrated Solid Waste Management Plan.


## VALUE ENGINEERING DESIGN SUGGESTIONS

**MI-1**    36    **Implement Waste Diversion Program**

With the advent of the new sanitary landfill and its associated costs, the value of airspace within the landfill will become a premium. Materials which have value and can be diverted from the landfill to other uses provides two benefits: (1) conserves valuable natural resources (metals, trees, etc.), and (2) avoids consuming valuable landfill airspace, thereby conserving a newly made resource. A waste diversion program should be implemented, which at a minimum diverts materials which can develop revenues that offset the waste transfer and disposal rates. In addition to these types of materials, bulky wastes such as shrubbery should be diverted from the landfill to leave room for municipal solid waste (MSW).

Implementing such a program is beneficial because by doing so, expensive airspace in the landfill (a new resource) is conserved for wastes that have no other or possible destination.

*No Action Taken*

**MI-11/ MI-38**    37    **Employ MSW Composting**

Some portions of MSW consists primarily of organic matter and can be degraded in an aerobic (air rich environment) using a compost process. The benefit of processing MSW in this manner is that the process can result in low-grade compost that does not require landfilling. While this concept could be a good idea, there are some challenges. MSW composting typically has odor and stormwater runoff challenges. Also, the final compost product typically includes fragments of broken glass and film plastics, which make the product not useful for commercial, retail, or residential purposes. Some agencies have used this material for subsurface applications, while others have reverted to using the material as daily cover in landfills. Before employing such a program, consideration of the usefulness of the final compost product should be resolved. Also, the compost facility would need to be located in an area with minimal downwind potential receptors.

*No Action Taken*


| MI-12 | 38 | **Provide Host-Community Benefits** | No Action Taken |

The siting of a new landfill on Guam has been very controversial and sensitive to the people of Guam, more especially the Inarajan host community. During the landfill site selection process, the host community has voiced their concerns about the siting of the landfill in the Dandan area and have brought up concerns regarding host community benefits. Some examples of host community benefits are creation or improvements to infrastructure, such as road improvements, installation of sanitary sewer system and underground power, village gymnasium, medical clinic or small scale hospital, waiver or discount of solid waste tipping fee rates, improvement of water availability/distribution, schools, etc.

In order to provide host-community benefits, there must be open communication between the host community or its representative council, the Government of Guam, which includes mayors, politicians/legislators, and Guam Department of Public Works (DPW), and perhaps also the landfill operator. First of all, the host community should determine the type of benefits they would like to have as a result of siting the landfill in their community. These benefits should then be presented and discussed with the Government of Guam, and/or perhaps the new landfill operator. There must be constant communication and transparency between the host community and the government of Guam and/or landfill operator, in order to come to an agreement on what benefits to provide, and to plan the implementation of such benefits.

Providing host benefits to the community to the people of Inarajan would greatly improve their relationship with the Government of Guam and would ease the impacts of the presence of the landfill in their community. However, with the opening of a new landfill comes the closing of the old waste disposal facility (the Ordot Dump) and their community. The residents of Ordot have housed the Ordot Dump Facility for nearly half a century without any host-community benefits.

If residents of Inarajan are compensated for housing the new landfill, the Government of Guam could potentially receive a negative reaction from the residents of Ordot and also demand for post host-community benefits. There could also be significant costs for provide host-community benefits. Nevertheless, there must open and constant communication between the host community and the Government of Guam in order for this suggestion to work.


| Idea No. | Order No. | Title/Comments | Decision |
|---|---|---|---|
| MI-13/ CV-1 | 39 | **Install Waste Compactors at Transfer Stations; Compact Trash at Transfer Stations Prior to Disposal at Site**<br><br>As noted in VE Alternative 15.0 (CV 2) and elsewhere, the value of the landfill airspace is high. Also, the cost of compacting the wastes at the landfill has a similar value. The benefit of this concept is that the wastes are pre-compacted at the transfer stations, yielding a more dense waste arriving at the landfill. Therefore, the waste can be placed more densely in the landfill, conserving the airspace.<br><br>There are challenges associated with this concept. Waste compactors require maintenance, power, operators, etc. The cost/benefit of this concept should be explored prior to implementation. | No Action Taken |
| MI-20/ MI-21 | 40 | **Accept Only Civilian Waste; Plan for Accepting Military Waste**<br><br>These two mutually exclusive suggestions address the issues associated with impending expansion of military facilities on Guam, concurrently with likely closure of existing solid waste landfills at military bases. If only civilian waste is accepted at Layon Landfill, waste volumes are likely to be consistent with the projections of waste volumes on which the landfill design is based, and the landfill will achieve the projected 30-year life. Waste types would be generally the same as those currently being handled at the Ordot Dump.<br><br>If existing military landfills are closed and military waste is not accepted at Layon, the military will be required to site and develop new disposal facilities, creating a potential environmental impact on the island. On the other hand, if military waste is accepted at Layon Landfill, substantial volumes of it could significantly reduce the life of the site as currently designed. Although military regulations would prohibit disposal of hazardous materials, implementation of an enhanced hazardous materials exclusion program would be appropriate.<br><br>It is highly recommended that the Government of Guam and the military develop a joint waste management plan to establish their respective responsibilities for waste disposal. | No Action Taken |

Case 1:02-cv-00022　　Document 80-3　　Filed 01/31/2007　　Page 19 of 25


| MI-25 | 41 | **Acquire NASA Site for Incorporation into Landfill as Future Expansion** | No Action Taken |

Located approximately 1,625 feet north of the Layon Landfill site is the former NASA tracking station property that is currently owned by the federal government. The property is approximately 161 acres, is primarily flat land, and currently has a couple of facilities, perimeter fencing, and some satellite/antenna structures. The acquisition of this property would provide space for potential landfill operation expansion, such as the placement of the maintenance building, administration building, staging areas, green waste storage, composting facility, etc., with a minimum amount of site preparation work. The land could also provide a shorter access road and utility route to the landfill site, which would provide a capital cost savings. However, there would be potential capital costs to government of Guam to acquire this property. In order to provide a capital cost savings on the access road and site utilities, the acquisition of this property would have to be immediate, and given that the federal government owns this land, acquisition could be a very time-consuming process.

| MI-26 | 42 | **Receive Non-Contaminated Dredged Material from Apra Harbor for Cover or Capping Material** | No Action Taken |

It is estimated the landfill will need 100,000 cubic yards of soil for daily cover. While the U.S. Navy is carrying out maintenance dredging in the Apra Harbor, the dredged material, upon being tested and found clean, can be made free of charge and used at the landfill for daily cover. The land transportation distance is estimated at about 15 miles. Another method of transportation is via barge to a nearby shore and then trucking to the site.

| MI-27 | 43 | **Implement Curbside Recycling** | No Action Taken |

As described in MI-1 above, the value of the newly developed landfill airspace is a premium. Materials which have value, particularly fibers (cardboard, paper, newspaper, paperboard, etc.), and some containers (various types of plastics such as HDPE, PET, aluminum, etc.) can be diverted from the landfill due to their resale value. Doing so conserves valuable natural resources, as well as the newly developed landfill resource. To the extent these materials can be diverted from the landfill at costs which are less than the cost of waste collection, transfer, and disposal, such a program should be implemented.


| Idea No. | Order No. | Title/Comments | Decision |
|---|---|---|---|
| MI-31 | 44 | **Utilize Pit Burners to Reduce Green Waste Volume**<br><br>A pit burner consists of a refractory lined box with a power source, either electric motor or diesel power unit, which drives a fan, which in turn creates an air curtain by forcing air through a plenum and nozzle. This high velocity air travels across the top of the pit in which a fire has been started.<br><br>The air curtain traps smoke and small particles and recirculates them to enhance combustion and reduce smoke. The very large volume of air accelerates combustion and provides for high pit temperatures between 1800°F and 2500°F. Underfire air at the bottom of the pit (available only on refractory-lined pits) introduces air underneath the air curtain to ensure complete combustion and to minimize opacity at startup.<br><br>The refractory pit provides a safe combustion chamber. Specially designed refractory panels prevent excess heat from escaping. Refractory pits are ideal for use in areas with high water tables and sandy soil conditions, or where opacity must be kept to a minimum. | No Action Taken |
| MI-32 | 45 | **Provide Aesthetic Barrier Around Landfill Perimeter**<br><br>Providing a vegetative "landscaped" barrier around the landfill perimeter will help to shield landfill operations from neighboring properties. The cost associated with developing this natural barrier is minimal and will also provide some noise mitigation for the site. | No Action Taken |
| MI-35 | 46 | **Vegetate Stockpiles**<br><br>The sideslopes of temporary stockpiles can be vegetated using hydroseeding to prevent loss of stockpile volume due to erosion caused by rain and wind. Some stockpiles or part of the stockpiles that are not used immediately should be protected. | No Action Taken |
| MF-3 | 47 | **Use Landfill Gas as a Fuel to Evaporate Leachate and Condensate**<br><br>In the event recirculation of leachate and condensate is not implemented, it may be managed in whole or in part by incineration in the landfill gas flare. Treatment in the flare would reduce or eliminate costs to transport liquids to a wastewater treatment plant. Incineration of condensate is a fairly common practice, although some special equipment and materials are required to adapt the flare to liquids incineration. Leachate volumes are likely to be greater than is practical to incinerate. The method is generally not compatible with an energy recovery system, since the incineration process would consume all the available energy of landfill gas combustion. | No Action Taken |
| MF-8 | 48 | **Optimize Storm Drain Channels**<br><br>The VE team observed that a uniform size is used for the entire length of the concrete perimeter storm drain channel. A more detailed hydrologic analysis of site runoff would likely justify a smaller channel in significant sections of the channel and result in reduced construction costs. | No Action Taken |

*Diamond Valley Lake East Marina Utility Study*　　　　　　　　　　　　　　*VE Alternatives – Page 3.43*


| MF-6 | 49 | **Treat Leachate on Site with Package Treatment Plant** | No Action Taken |

Package treatment plants are available on skid mounts or larger to treat leachate. These package treatment plants can be upgraded as additional flow occurs. The package plant needs to be sized for the appropriate flow and characteristics of the actual leachate. Since Guam does not have an existing leachate flow, similar leachate characteristics from nearby islands, such as Hawaii, might be appropriate for design purposes.

- Eliminates conveyance system for leachate
- Uses proven technology
- Can discharge to surface water courses
- No longer available for recirculation
- Requires Certified Operator

The package treatment plant would be kept on site and would eliminate the need for a conveyance system to a publicly owned wastewater treatment facility. The main problem with this small package plant is that it would require specialized training of a few operators for proper operation and maintenance and at least one Certified Operator.

| MF-12 | 50 | **Provide Secondary Containment for Above-Ground Fuel Tank** | No Action Taken |

The installation of secondary containment for the aboveground fuel tank is absolutely necessary to contain the fuel, just in case of a leakage. In addition, the installation of a secondary containment tank is a requirement from local and federal environmental protection agencies.

| MF-15 | 51 | **Pretreat Leachate Utilizing Trickling Filters** | No Action Taken |

Pretreatment of leachate could be required if it is being sent to the Inarajan Treatment Plant, and the effluent strength exceeds that which the plant is capable of managing. Pre-treatment could also be considered if the operator wishes to use it for construction water or dust control in areas of the site outside the lined landfill footprint. Trickling filters are a proven means of wastewater treatment that may be incorporated in a pre-assembled package treatment plant. Selection of this alternative would be part of a comprehensive leachate management program developed after full analysis of system costs, including the trickling filter system.

| MF-17 | 52 | **Distribute Subdrain Water to Wetlands and Rivers from Subdrain Based on Hydrogeologic Model** | No Action Taken |

Distributing subdrain water to surrounding wetlands and rivers based on the hydrogeologic model will help to minimize impacts to these water sources and will be required as part of the permitted landfill design.


| Idea No. | Order No. | Title/Comments | Decision |
|---|---|---|---|
| FB-1 | 53 | **Propose an Alternative Liner System to the Prescriptive Liner for Permitting by the Agency**<br><br>If an alternative liner system is desired, then the owner needs to submit a proposal for the liner system. Since the prescriptive liner system seems onerous and expensive for a remote island, a good case could be made for an alternative design. This is routine practice in California, where in the early 1990s the California Regional Water Quality Control Board realized that the prescriptive standards for the then-incoming Subtitle D Regulations would be difficult to implement in the steep canyon fills in southern California. The Guam Environmental Protection Agency (EPA) would need to do a similar approach to the USEPA. | No Action Taken |
| CV-4 | 54 | **Steepen Trash Slopes to 3:1**<br><br>The current final grades plan indicates an intent to construct refuse slopes at a relatively flat grade of 4:1 (horizontal:vertical). Steepening the slopes to a more common 3:1 grade will increase site capacity. Implementation of this change would require consideration of potential erosion and installation of additional erosion control measures. It should also be noted that slopes initially filled at 3:1 would settle during subsequent years to something closer to 4:1. | No Action Taken |
| CV-5 | 55 | **Use an Alternative Daily Cover (e.g. Foams, Green Waste or Tarps)**<br><br>In the case of insufficient quantity of cover material, a common practice is to use tarps. Green waste including yard clips is an inexpensive material for daily cover. Foams are considered an optional material, but additional cost and equipment are involved. | No Action Taken |
| CV-7 | 56 | **Increase Top Elevation**<br><br>This design suggestion proposes to increase the top elevation of the landfill from its current designed 460-foot top elevation. The final top elevation only extends approximately 60 feet above existing grades.<br><br>The landfill designer would have to determine how much the current designed top elevation could increase based on the available airspace and how the top deck could be configured. One of the major advantages of this idea is that it utilizes and optimizes free airspace available onsite, thereby increasing the capacity of the landfill and extending its life. With an increase in life and capacity also comes an increase in life cycle revenue which can be attractive to potential landfill operators. However, an increase in the size of the landfill calls for an increase in capping material, daily cover material, an increase in operations, leachate and landfill gas collection and management, etc., which all add up to additional operational costs.<br><br>The main disadvantage of this suggestion is that a higher landfill would be more visible to the public and less aesthetically pleasing to the community. | No Action Taken |

Case 1:02-cv-00022　　　Document 80-3　　　Filed 01/31/2007　　　Page 23 of 25

| Idea No. | Order No. | Title/Comments | Decision |
| :---: | :---: | :--- | :---: |
| CV-10 | 57 | **Oversteepen Sideslopes**<br><br>Operators often fill refuse slopes at substantially steeper slopes than those indicated by final grading plans. For example, experience has shown that slopes filled at 2:1 generally fall back to 3:1. This practice is recommended for inclusion in the site's operating plan, in order to receive approval in advance by the regulatory agency. | No Action Taken |
| CV-16 | 58 | **Ban Some Materials (e.g. Green Waste) from the Landfill**<br><br>With the advent of the new sanitary landfill and its associated costs, the value of airspace within the landfill will become a premium. Bulky wastes such as green waste (shrubbery) should be diverted from the landfill to leave room for municipal solid waste (MSW).<br><br>Implementing such a program is beneficial because by doing so it conserves the expensive airspace in the landfill (a new resource) for wastes that have no other or possible destination. | No Action Taken |
| CV-17 | 59 | **Use Dewatered Sewage Sludge as Alternative Daily Cover**<br><br>Dewatered sewage sludge meeting regulatory standards for pathogen content may be disposed in a municipal solid waste landfill. It may also be used for alternative daily cover if blended with soil or processed green waste. Sludge should be discharged near the working face. Soil or green waste is stockpiled adjacent to it and mixed into the sludge by a bulldozer. Once mixed, the sludge mixture is spread over the working face in the same manner as other daily cover. Experience with the process in Southern California has demonstrated that it does not create odor problems on the site. The process provides a beneficial use for a revenue-producing waste stream and provides additional cover material. Sewage sludge is also beneficial by promoting decomposition processes and settlement of the landfill. | No Action Taken |
| AS-1 | 60 | **Realign Road to Shortest Distance to Site and Acquire Needed Easement**<br><br>The realignment of the proposed access road to the shortest distance to the site will save the government a significant amount of money. However, considering the process and the time involved in the acquisition of easement, the realignment to shortest distance is not practical at this point.<br><br>It will definitely delay the construction of the access road and eventually the landfill. In addition, the cost savings that could be obtained from this realignment (to the shortest distance) of the access road might not be sufficient to fund the acquisition of private properties and anticipated penalties the local government will be obligated to pay due to this delay. | No Action Taken |

| Idea No. | Order No. | Title/Comments | Decision |
|---|---|---|---|
| AS-12 | 61 | **Reduce Design Speed and Curve Radii from the Talofofo Falls Turnoff to the Site** | No Action Taken |

The designer communicated the need for modifying the entrance road to maintain the road within the previously designated right-of-way. By reducing the design speed, the road alignment would likely fit within the right-of-way. Also, a lower design speed has other benefits, including less wear on the driving surface (pavement). The disadvantage of a slower design speed is that driving this length of road would take more time. The distance of this section of road is inconsequential to the cost of operations (for the added drive time to the site).

| Idea No. | Order No. | Title/Comments | Decision |
|---|---|---|---|
| CI-2 | 62 | **Transmit Potable Water Directly to Buildings, Bypassing the Storage Tank** | No Action Taken |

Transmitting potable water directly to landfill facilities and buildings bypassing the water storage tank is advisable to remove the potential for an additional chlorination system. In this way, the water storage tank can be deleted from the landfill design.

| Idea No. | Order No. | Title/Comments | Decision |
|---|---|---|---|
| CI-18 | 63 | **Replace Toll Booth with Automatic Gate and Card Reader** | No Action Taken |

The Environmental Impact Report stipulates that self-haul wastes will not be allowed at the site. Since all vehicles bringing trash to the site will be either commercial or franchised, they may be equipped with radio frequency identification (RFID) cards. This allows the entrance scale to be operated via an automatic system. Namely, arriving vehicles would be equipped with a scan card placed on the vehicle. Upon arriving, a scanner would read the card using RFID technology. This would raise an entrance arm (or gate) and record the vehicle, its owner, the time, the vehicle weight, and other relevant information. Other means of recording, such as video cameras, are often used in such applications.

The disadvantage of this system is that mechanical failures are inevitable, requiring occasional manual management. Also, relying on such a system would prohibit variations to the prohibition of self-haul or other unrecognized vehicles. One slight version to this concept, often used in high-volume facilities elsewhere, includes a dedicated scale equipped with RFID technology, to be used by specific users, and a second scale manually operated for the public.

| Idea No. | Order No. | Title/Comments | Decision |
|---|---|---|---|
| CI-23 | 64 | **Replace Chain Link Fence with Barbed Wire** | No Action Taken |

The design calls for a chain link fence around the entire landfill perimeter. Due to the rolling terrain and inaccessibility to the site along the perimeter, the chain link fence may be replaced with a barbed wire fence with a significant amount of savings. Repairs to barbed wire are also easier to perform.

| Idea No. | Order No. | Title/Comments | Decision |
|---|---|---|---|
| MS-2 | 65 | **Utilize Small Stockpiles in Each Cell to Control Moisture Content**<br><br>The design calls for a centralized stockpile of soil. Small stockpiles strategically located in the cells provide closer storage and quicker drying of the soil after rain. | No Action Taken |
| MS-4/<br>MS-5/<br>MS-7/<br>MS-8 | 66 | **Import from Coral Quarries for Wet Weather Operations; Import Daily Cover from Coral Quarries; Amend Existing Native Soils to Improve Wet Weather Performance; Crush Construction Waste for Daily Cover**<br><br>The on-site material consists of fine-grain silty clay, clayish sand, and silty sand with a high percentage of material passing the #200 sieve. The fine material becomes yielding and difficult to handle when the moisture content is high during the wet season. It is recommended that arrangements be made to bring less silty, clayish, or sandy material to the site to be used, or blended with the on-site soil, for covering or temporary roads. A crushing plant to process construction debris or hardfill debris can produce a low-cost daily cover material. | No Action Taken |
| MS-9 | 67 | **Provide Incentives/Policy for Contractors to Provide Concrete and Asphalt Rubble for Use as Wet Weather Deck**<br><br>The new landfill will be in continual need of road construction materials to build and maintain an all-weather access road and wet-weather unloading pad during the wet weather. Concrete and asphalt rubble are ideal materials when constructing these types of facilities. One common way to secure these materials is to implement a policy that directs these materials to the landfill. Establishing an executive order or policy that mandates all construction concrete and asphalt rubble would generate these materials at no additional governmental cost.<br><br>Also, as described in MI-1 above, with the advent of the new sanitary landfill and its associated costs, the value of airspace within the landfill will become a premium. Inert materials such as concrete and asphalt should not consume valuable landfill airspace. Implementing such a program is beneficial, because by doing so it both conserves the expensive airspace in the landfill (a new resource) for wastes that have no other or possible destination and directs needed construction materials to the facility. | No Action Taken |
| MS-10 | 68 | **Establish Contaminated Soil Remediation Area on Site to Attract Cover Material**<br><br>Soils contaminated with petroleum products can be remediated by storage for an extended period with occasional turning to expose the soil to atmospheric evaporation. Once remediated to acceptable levels, the soil may be used for daily and intermediate cover. A petroleum-contaminated soil remediation area on the landfill could attract an additional revenue source and provide an alternative source of cover soil to supplement on-site native soils for cover. | No Action Taken |

| VALUE ENGINEERING COMMENTS, RESPONSES AND DECISIONS *Layon Municipal Sanitary Landfill, Inarajan, Guam* | |  VMS |
|---|---|---|

| Idea No. | Order No. | Title/Comments | Decision |
|---|---|---|---|

**MS-11**  69  **Implement Vertical Waste Cell Construction**    No Action Taken

The newly developed valuable landfill airspace should be carefully managed. However, approximately one-fifth of the entire airspace will be consumed with daily cover soils. One method of minimizing the use of daily cover includes an operations practice of placing waste on top of waste, vertically. By doing so the quantity of daily cover may be minimized if allowed by the local health agency. The practice includes placing daily cover soils only on the perimeter sloped areas and densely compacting the top deck. The following day, additional waste is placed on the top deck and daily cover soils on the perimeter sloped areas. This practice is continued until the vertical sequence reaches the intended grade (typically about a week), at which time cover soil is placed on the top deck, and a new sequence is started on an adjacent area.

Some research elsewhere has shown that a densely compacted top deck surface deters vectors. As a variation to this theme, some operators use a tarp on the top deck, which complies with daily cover soil placement requirements.

**MS-15**  70  **Import and Use Scrapers to Move Soils**    No Action Taken

Current cost estimates are based on the use of excavators and dump trucks for excavation and stockpiling. The resulting unit costs are substantially higher (on the order of 50% to 75% higher) than those achievable using scrapers, which are commonly used in many areas of the mainland United States. If the initial construction contractor could be influenced to import and use scrapers for the project, the landfill operator would have the opportunity to purchase several of the machines after completion of construction, and thereby benefit by having a more efficient means of transporting and applying cover soil. Before implementing this measure, consideration should be given to the availability of parts and maintenance for scrapers on Guam.


| M-4 | 71 | **Extend Schedule to First Receive Waste to September 2008 Pending Consent Decree Approval** | No Action Taken |
|---|---|---|---|

The current Consent Decree mandates the completion of the Layon Landfill and related improvements be accomplished to a level that allows the receipt of waste by September 2007. Construction of the new landfill can be broken into components as follows: the entrance road, entrance facilities, performing the earthwork in preparation of placing the liner, and constructing the liner. Each of these components has significant portions that require construction during the dry season. For example, earthwork must be performed during the dry season. The dry season in Guam is generally the months of January through June. The design engineer estimates the quantity of work necessary to begin the receipt of waste will require two dry seasons. The entrance road, entrance facilities, and on-site earthwork can likely be accomplished in one dry season. However, it is unlikely that the on-site earthwork will be completed early enough in the dry season to allow completion of the liner system. The engineer estimates the construction of the liner will consume the majority of a dry season. Consequently, as currently designed, two dry seasons are needed to complete the initial landfill construction, inclusive of the entrance and preparatory site work.

It should be noted that some of the concepts raised by this VE exercise provide for accelerated construction methods. For example, FB-2, "Eliminate the bentonite amended soil and replace with double membrane liner," could substantially accelerate the schedule, possibly allowing the liner to be placed partially in the wet weather season. Although these schedule-accelerating concepts are useful, until such time that they have been adopted, the extension of the schedule remains a necessity.

Case 1:02-cv-00022    Document 80-4    Filed 01/31/2007    Page 3 of 20

# PROJECT ANALYSIS

## SUMMARY OF ANALYSIS

The following tools were used to study the project and better understand where opportunities for improvement exist:

- Project Constraints and Issues
- Site Visit Observations
- Cost Model
- Function Analysis (FAST Diagram)

# PROJECT CONSTRAINTS AND ISSUES

Key constraints and issues affecting the project include:

## Project Constraints

- Design in accordance with Rules and Regulations of GEPA Solid Waste Disposal, Title 22, Division 4, Chapter 23, Article 6.
- Comments from USEPA need to be addressed.

## Critical Issues

- Construction and initial operation must meet the consent decree requirements and begin receiving waste by September 2008.
- Need to stay away from four wetlands.
- Need to minimize impacts to three rivers.
- Need to import gravel for the LCRS from off the island due to the lack of on-island non-carbonaceous gravel deposits.
- Shallow groundwater table including a groundwater mound.
- Ancillary buildings must be designed to resist 170-mph winds.
- Other parts of landfill need to be designed for 170-mph winds, such as gas headers.
- Acquire property for new landfill by October 2006.

# SITE VISIT AND OBSERVATIONS

On the afternoon of August 14th, the VE team visited a point on the paved road where the site could be observed from a distance. The site could not be accessed due to recent rains which rendered the dirt road impassable. The following observations were made during the visit:

- The existing road falls outside the available easement and may be abandoned once the new road is built.

- Electric is currently above ground (undergrounding them offered to public in public meetings) all the way to where the new road takes off.

- Site is remote, yet highly visible natural feature.

- Very low traffic volume.

- Wetlands could be mitigated (1:1).

- Dandan Road is narrow and in poor condition, supporting the need for improvement to handle increased truck loads.

- Property owners nearby will benefit from road/utility upgrades.

- Quiet, peaceful location or area.

- Could not drive into site due to muddy conditions, which illustrates the problems that will occur if construction is conducted during the rainy season.

- Cattle crossings exist on Dandan Road that need to be addressed when road is upgraded.

- New melon farm on Calvo property adjacent to and possibly encroaching on the landfill site.

# COST MODEL

The VE team leader prepared a cost model from the designer's cost estimate. The model is organized to identify major construction elements or trade categories, the designer's estimated costs, and the percent of total project cost for the significant cost items.

The original cost model developed clearly showed the cost drivers for the project, and it was used to guide the VE team during the VE Study. The general cost drivers for items exceeding $1 million were:

- ♦ Landfill Facilities (Cells 1A, 1B, and 2)..........................................................$37,224,424 (62.5%)
- ♦ Roadwork (New Access Road and Dandan Road Improvements) ................. $14,802,754 (24.8%)
- ♦ Mobilization...............................................................................................$2,704,000 (4.5%)
- ♦ Site Parking and Utilities .............................................................................$1,153,303 (2%)
- ♦ Maintenance Building..................................................................................$1,054,983 (1%)

These items account for ~97% of the project cost.

The VE team evaluated the estimate and suggested changes to bring it more in line as to what would be anticipated for this project. The review of the cost estimate by the VE team resulted in several revisions to the baseline project cost estimate dated February 5, 2005. Revisions included corrections of quantities and revisions to unit prices based on updated information. Revised totals to major project elements are:

| Area | February 5, 2005 | Current | Change |
|------|------------------|---------|--------|
| Landfill | $44,760,590 | $41,285,349 | ($3,475,241) |
| Main Access Road | $14,802,755 | $15,946,547 | $1,143,792 |
| Total Project Cost | $59,563,345 | $57,231,896 | ($2,331,449) |

The majority of revisions included the following:

- ♦ Updated unit cost for general fill
- ♦ Updated quantities for subdrain construction
- ♦ Correction of spreadsheet error in computation of Cell 2 liner costs
- ♦ Elimination of duplicate entries

The resulting reconciled cost estimate raises the total project cost to $59,800,000 when the estimated cost of a sewer pipeline is included, which the VE team used in assessing the various alternatives.

The specific relationships of the major cost elements, prior to reconciliation, are depicted in the following charts.

# COST HISTOGRAM- Project Cost

**PROJECT:  Layon Municipal Sanitary Landfill -  Total Project Costs (through Cell 2) - FULLY BURDENED**

| PROJECT ELEMENT | COST | PERCENT | CUMULATIVE PERCENT |
|---|---|---|---|
| Landfill Facilities | 37,224,424 | 62.50% | 62.50% |
| Roadwork (New Access Road and Dandan Road Improvements) | 14,802,754 | 24.85% | 87.35% |
| Mobilizations | 2,704,000 | 4.54% | 91.89% |
| Site Parking and Utilities | 1,153,303 | 1.94% | 93.82% |
| Maintenance Building | 1,054,983 | 1.77% | 95.59% |
| Generator Building | 693,890 | 1.16% | 96.76% |
| Water Storage Tank | 499,854 | 0.84% | 97.60% |
| Administration Building | 467,054 | 0.78% | 98.38% |
| Building Permits | 373,152 | 0.63% | 99.01% |
| Weigh Scales | 300,473 | 0.50% | 99.51% |
| Fuel Storage Tank | 155,102 | 0.26% | 99.77% |
| Construction Survey and Staking | 101,400 | 0.17% | 99.94% |
| Green Waste Process Area | 32,955 | 0.06% | 100.00% |
| **Subtotal** $ | **59,563,344** | **100.00%** | |



# COST HISTOGRAM- Project Cost

**PROJECT:  Layon Municipal Sanitary Landfill -  Total Project Costs (through Cell 2) - FULLY BURDENED**

| PROJECT ELEMENT | COST | PERCENT | CUMULATIVE PERCENT |
|---|---|---|---|
| Landfill Facilities - Cell 1A | 15,649,230 | 26.27% | 26.27% |
| Landfill Facilities - Cell 2 | 14,502,936 | 24.35% | 50.62% |
| New Access Road | 8,323,621 | 13.97% | 64.60% |
| Landfill Facilities - Cell 1B | 7,072,258 | 11.87% | 76.47% |
| Dandan Road Improvement | 6,479,133 | 10.88% | 87.35% |
| Mobilizations | 2,704,000 | 4.54% | 91.89% |
| Site Parking and Utilities | 1,153,303 | 1.94% | 93.82% |
| Maintenance Building | 1,054,983 | 1.77% | 95.59% |
| Generator Building | 693,890 | 1.16% | 96.76% |
| Water Storage Tank | 499,854 | 0.84% | 97.60% |
| Administration Building | 467,054 | 0.78% | 98.38% |
| Building Permits | 373,152 | 0.63% | 99.01% |
| Weigh Scales | 300,473 | 0.50% | 99.51% |
| Fuel Storage Tank | 155,102 | 0.26% | 99.77% |
| Construction Survey and Staking | 101,400 | 0.17% | 99.94% |
| Green Waste Process Area | 32,955 | 0.06% | 100.00% |
| **Subtotal** $ | **59,563,344** | **100.00%** | |



# COST HISTOGRAM- Project Cost

## PROJECT: Layon Municipal Sanitary Landfill - Cell 1

| PROJECT ELEMENT | | COST | PERCENT | CUMULATIVE PERCENT |
|---|---|---|---|---|
| Excavation (includes ponds and entrance) | $ | 7,090,751 | 42.18% | 42.18% |
| Structural Fill | $ | 1,978,000 | 11.77% | 53.94% |
| Bentonite Supply (8%) | $ | 1,606,000 | 9.55% | 63.50% |
| 80-mil HDPE | $ | 780,000 | 4.64% | 68.14% |
| Geocomposite | $ | 627,704 | 3.73% | 71.87% |
| Geocomposite Drainage Layer | $ | 627,704 | 3.73% | 75.60% |
| LCRS Gravel 1" minus | $ | 579,830 | 3.45% | 79.05% |
| 2 ft Bentonite Amended Soil Liner | $ | 577,395 | 3.43% | 82.49% |
| Concrete Trap Channel 4' deep and 8' bottom | $ | 560,000 | 3.33% | 85.82% |
| Perimeter Road | $ | 494,838 | 2.94% | 88.76% |
| Place Protective Cover Soil | $ | 423,000 | 2.52% | 91.28% |
| Clear and Grub | $ | 312,800 | 1.86% | 93.14% |
| Perimeter Chain Link Fence | $ | 297,750 | 1.77% | 94.91% |
| Concrete 'V' Ditches | $ | 161,700 | 0.96% | 95.87% |
| Pond 1 Riser Pipe Discharge | $ | 122,000 | 0.73% | 96.60% |
| LFG Collector 4" SDR | $ | 110,400 | 0.66% | 97.25% |
| Leachate Storage Tanks 25,000 Gal. Steel | $ | 100,000 | 0.59% | 97.85% |
| LFG Collector 10" SDR | $ | 52,170 | 0.31% | 98.16% |
| Temporary HDPE Culverts to Pond 1 | $ | 38,000 | 0.23% | 98.39% |
| Gas Monitoring Probes | $ | 37,150 | 0.22% | 98.61% |
| Access Ramps to Ponds 1 and 2 | $ | 35,712 | 0.21% | 98.82% |
| Geotextile Wrap | $ | 26,620 | 0.16% | 98.98% |
| Gravel Backfill 2' @1" minus | $ | 21,600 | 0.13% | 99.11% |
| 16 oz/sy Nonwoven Geotextile | $ | 18,750 | 0.11% | 99.22% |
| LCRS Pipe 8" SDR | $ | 17,700 | 0.11% | 99.32% |
| Condensate Sumps and Pump Stations | $ | 15,000 | 0.09% | 99.41% |
| Condensate and Air Piping | $ | 12,160 | 0.07% | 99.48% |
| Pond Overflow Structures | $ | 10,500 | 0.06% | 99.55% |
| Power Supply | $ | 10,000 | 0.06% | 99.61% |
| Concrete Channel Discharge to Pond 2 | $ | 9,800 | 0.06% | 99.66% |
| Anchor Trench Excavation/Backfill | $ | 8,534 | 0.05% | 99.72% |
| LFG Collector 16" HDPE | $ | 7,700 | 0.05% | 99.76% |
| Miscellaneous LFG Fittings | $ | 7,500 | 0.04% | 99.81% |
| Subdrain Pipe 4" HDPE | $ | 6,135 | 0.04% | 99.84% |
| Trench Excavation | $ | 6,032 | 0.04% | 99.88% |
| Submersible Pump | $ | 4,000 | 0.02% | 99.90% |
| Subdrain Pipe 8" HDPE | $ | 3,975 | 0.02% | 99.93% |
| Rip-Rap at Outfall Structures | $ | 2,925 | 0.02% | 99.94% |
| Soil Backfill | $ | 2,500 | 0.01% | 99.96% |
| Programmable Controller | $ | 2,500 | 0.01% | 99.97% |
| Leachate Distribution Pipe and Fittings | $ | 2,000 | 0.01% | 99.98% |
| Subdrain Pipe 6" HDPE | $ | 1,725 | 0.01% | 100.00% |
| Liquid Level Sensors | $ | 800 | 0.00% | 100.00% |
| Subtotal | $ | 16,811,360 | 100.00% | |
| Overhead 15% | $ | 2,521,704 | | |
| Contingency 2% | $ | 336,227 | | |
| Escalation 3% | $ | 504,341 | | |
| Profit 10% | $ | 1,681,136 | | |
| GRT 4.00% | $ | 874,191 | | |
| TOTAL | $ | 22,728,959 | Comp Mark-up: | 35.2% |



The detailed cost estimates produced for this project are available from TG Engineers, PC.

# FUNCTION ANALYSIS

Function analysis was performed, which revealed the key functional relationships for the project. This analysis provided a greater understanding of the total project and how the issues, project cost, and function requirements are related.

The Function Analysis identified *Satisfy Consent Decree* and *Satisfy (RECRA D) Regulations* as the basic functions, with key secondary functions of *Protect Environment and Health, Sustain Operations,* and *Transport Waste. Minimize Impacts (MI), Manage Fluids (MF), Form Barrier (FB), Create Volume (CV), Access Site (AS), Create Infrastructure (CI), Manage Soil (MS),* and *Miscellaneous (M)* were selected as critical project functions that have a significant impact on the decisions that affect the project design decisions and costs. Following is a Function Analysis System Technique (FAST) diagram of the project prepared by the VE team.

The following potential functions were listed by the VE team from which those used in the FAST Diagram were selected:

- Protect Environment and Health
- Minimize Impacts
- Entomb Waste
- Access Site
- Create Volume
- Form Barrier
- Invoice Users
- Store Fluids
- 
- Remove Fluids
- Collect Fluids
- Manage Runoff
- Manage Fluids
- Transport Power
- Transport Sewage/Leachate
- Transport Water
- Transport CATV
- Maintain Equipment
- House Operators

- Control Erosion
- Weigh Trucks
- Collect Fees
- Satisfy Consent Decree
- Secure Site
- Control Vectors
- Monitor Water Quality
- Monitor Air Quality
- Transport Waste
- Receive Waste
- Create Infrastructure
- Fuel Vehicles
- Process Green Waste
- Control Fires
- Control Litter
- Manage Soil
- Sustain Operations



FAST Diagram
Layon Municipal Sanitary Landfill
Inarajan, Guam

SATISFY (RECRA D) REGULATIONS

SATISFY CONSENT DECREE

SUSTAIN OPERATIONS

PROTECT ENVIRONMENT and HEALTH

TRANSPORT WASTE

REDUCE FLUIDS

STORE FLUIDS

MANAGE SIZE

CREATE VOLUME

SCOPE LINE

HOW?

WHY?

SCOPE LINE

# PROJECT DESCRIPTION

## INTRODUCTION

This Value Engineering (VE) Report summarizes the VE Study conducted by Value Management Strategies, Inc., August 14-18, 2006, for the Guam Department of Public works (DPW). The subject of the study was the 100% design submittal for the Layon Municipal Sanitary Landfill, Inarajan, Guam.

The purpose of the VE Study was to identify viable alternatives to enhance the project's value and functionality.

## PROJECT DESCRIPTION

The purpose of this project is to design and construct a fully compliant RCRA Subtitle D Municipal Solid Waste Landfill Facility (MSWLF) on the island of Guam. This need is mandated by the Consent Decree of 2004, summarized below, mandating closure of the existing Ordot Dump and replacing it with a new MSWLF. The Government of Guam conducted a siting study for the new landfill and selected the site referred to as the Dandan Site in Inarajan, Guam. The U.S. Environmental Protection Agency (USEPA) accepted the selection of the preferred site on February 14, 2005.

Known as the Layon Site, the property is approximately 176 acres in size and is located near the village of Inarajan. Layon is located in the higher badland areas on the west side of the Dandan parcel, southwest of the former NASA tracking station. Within the landfill parcel, the proposed landfill footprint will occupy approximately 127.4 acres of the 176-acre site. The location of the site is shown in Figure 1 on the following page.



**Figure 1 – Site Map**

The construction of the Layon Municipal Sanitary Landfill at Inarajan, Guam includes the following components:

- ♦ Construct disposal cells
- ♦ Install liner system
- ♦ Construct leachate collection and management system
- ♦ Construct subdrain system
- ♦ Construct landfill gas management system.
- ♦ Construct perimeter roads and drainage facilities
- ♦ Construct a new access road and reconstruct existing road, complete with proper signage and striping
- ♦ Install new water, power, and communication system
- ♦ Construct stormwater conveyance system
- ♦ Construct detention/sedimentation basins
- ♦ Construct scale house/administration building with weigh scale and paved parking
- ♦ Construct maintenance building with paved parking

Case 1:02-cv-00022     Document 80-4     Filed 01/31/2007     Page 15 of 20

- Install water storage tank
- Construct gas management facilities
- Construct entrance area roads
- Construct site fence
- Construct monitoring facilities for groundwater, surface water, and landfill gas
- Install diesel fuel storage tank with dispensing system

The cost estimate for the project, as developed by TG Engineers, PC, is $59,563,345. After an assessment by the VE team and the inclusion of the cost proposed for a new sewer line to the Inarajan Wastewater Treatment Plant, a final adjusted cost estimate of $59,792,000 was used in this study.

## CONSENT DECREE SUMMARY

The opening of the new landfill is mandated by the Ordot Consent Decree of February 11, 2004, signed by the Government of Guam and the United States of America (USEPA). This decree mandates that Guam must implement an Ordot Closure Plan, close the Ordot Dump, and open a new municipal solid waste landfill by September 2007. The consent decree does not identify a specific location for the new landfill site. Rather, the decree requires the Government of Guam to prepare a detailed analysis, with public input, of at least three potential sites before it identifies its preferred alternative for the landfill site. The Layon site was selected as the preferred site and the design being reviewed in this study is based on that site.

In a 45-month period, the consent decree requires the Government of Guam to:

- Complete an environmental impact statement analyzing at least three potential new landfill locations.
- Complete design, permitting, and construction for the selected landfill location.
- Begin operations at the new landfill.
- Properly and permanently close the Ordot Dump.

The Government of Guam will also complete a $1 million supplemental environmental project to develop an island household hazardous waste diversion and management program. In addition, the Government of Guam will pay $200,000 to resolve the United States' claims.

## ESTIMATED COST

The reconciled cost estimate for this project is about $59.8 million. This does not include all of the items anticipated to be needed and required by Guam DPW for their end use. A copy of the detailed cost estimate is available from TG Engineers, PC.

The VE Team's review of the estimate identified and questioned a number of items. A more detailed presentation of these items can be found in the Project Analysis section of this report.

**ESTIMATED SCHEDULE**

A schedule for the proposed construction of the Layon Municipal Solid Waste Landfill was provided to the VE team and is reproduced on the following page. The immediate deadlines that must be met under the Consent Decree are the following (dates approximate):

February 2006 ..................... 100% design, draft specifications, and permit application (goal met)

June 2006 ........................... Advertise for bids for construction

September 2006 .................. Receive Guam EPA MSW Landfill Permit

October 2006 ....................... Award construction contract

September 2007 .................. Commence operations of new landfill

Guam DPW anticipates submitting a request to the Guam EPA and USEPA for a one-year extension on the deadlines presented above.



| Description | Rem Dur | Early Start | Early Finish |
|---|---|---|---|
| DESIGN | 38* | 02/07/06 | 03/30/06 |
| Construction Documents | 38 | 02/07/06 | 03/30/06 |
| Final Submittal | 0 | | 03/30/06 |
| BID PHASE | 70* | 02/14/06 | 05/22/06 |
| Bid Phase | 60 | 02/14/06 | 05/08/06 |
| Bid Review | 10 | 05/09/06 | 05/22/06 |
| Notice of Award (MAY '06) | 0 | | 05/22/06 |
| PERMITTING | 148* | 02/07/06 | 08/29/06 |
| GEPA Permit Review | 80 | 02/07/06 | 05/29/06 |
| GEPA Permit Status Notice | 0 | | 05/29/06 |
| GEPA Permit Issue | 65 | 05/30/06 | 08/28/06 |
| GLUC - ARC | 65 | 02/07/06 | 05/09/06 |
| GLUC - Public Hearing | 25 | 05/09/06 | 06/12/06 |
| GLUC - Commission Approval | 65 | 06/13/06 | 08/28/06 |
| CONSTRUCT CELL 1A | 320* | 08/09/08 | 09/27/07 |
| Notice to Proceed (JUN '06) | 0 | 06/09/06 | |
| Mobilization | 70 | 06/09/06 | 09/11/06 |
| Access Road Grading | 150 | 07/11/06 | 02/06/07 |
| Earthwork (Pond 1 / Cell 1A / Perimeter Road) | 150 | 06/12/06 | 04/09/07 |
| Cell 1A Facilities | 160 | 01/02/07 | 07/30/07 |
| Entrance Area Facilities | 160 | 01/02/07 | 07/30/07 |
| Access Road | 150 | 01/02/07 | 07/30/07 |
| Substantial Completion (JUL '07) | 0 | | 07/30/07 |
| Cell 1A Begin Operations | 20 | 07/31/07 | 09/27/07 |
| CONSTRUCT CELLS 1B & 2 | 435* | 04/11/07 | 12/08/08 |
| Access Road | 175 | 07/31/07 | 03/31/08 |
| Earthwork (Pond 2 / Road / Cells) | 270 | 04/11/07 | 04/21/08 |
| Cell Facilities | 195 | 02/12/08 | 11/10/08 |
| Entrance Area Facilities | 285 | 11/00/07 | 11/10/08 |
| Substantial Completion | 0 | | 11/10/08 |
| Begin Operations (NOV '08) | 20 | 11/11/08 | 12/09/08 |
| PROJECT CLOSEOUT | 20* | 12/09/08 | 01/05/09 |
| Final Inspections | 20 | 12/09/08 | 01/05/09 |
| Project Complete (JAN '09) | 0 | | 01/05/09 |

| Start date | 02/06/06 7:00PM |
|---|---|
| Finish date | 01/05/09 4:58PM |
| Data date | 02/06/06 7:00PM |
| Run date | 02/06/09 8:00PM |
| Page number | 1A |

DEPARTMENT OF PUBLIC WORKS
CONSENT DECREE SECTION

Layon Landfill
Cell 1 & 2
Construction Schedule

100% Submittal
2/05/2006

Legend:
- Early bar
- Progress bar
- Critical bar
- Summary bar
- Progress point
- Critical point
- Summary point
- Start milestone point
- Finish milestone point

© Primavera Systems, Inc.

# VALUE ENGINEERING PROCESS

## GENERAL

This report section describes the procedures used during the Value Engineering Study. It is followed by separate write-ups and conclusions concerning the topics noted below:

- VE Study Agenda
- VE Study Participants and Daily Attendance Sheets

A systematic approach was used in the VE study and the key procedures followed were organized into three distinct parts: (1) pre-study preparation, (2) VE study, and (3) post-study procedures.

## PRE-STUDY PREPARATION

In preparation for the VE study, the facilitator (CVS) and VE team members attended an Orientation Meeting. At this meeting the Agency representatives presented an overview of the project, decisions that have influenced the development of the project, and its current status. This included an overview of the project and its operational requirements, which enhanced the VE team's knowledge and understanding of the project. This was followed by a site trip.

In the weeks between the Orientation Meeting and the start of the VE study, the VE team reviewed documents provided by the designer to become better prepared for the study.

## VE STUDY

This value engineering study was a five-day study effort. The VE job plan was followed to guide the teams in the search of high cost areas in the design and in developing alternative solutions for consideration. The job plan phases are:

- Information Phase
- Function Analysis Phase
- Creative Phase
- Evaluation Phase
- Development Phase
- Presentation Phase

**Information Phase**

At the beginning of the VE study, the design team presented a more detailed review of the design and the various systems. This included an overview of the project and its operational requirements, which further enhanced the VE team's knowledge and understanding of the project. Guam DPW officials answered questions posed by the VE team regarding the design.

**Function Analysis Phase**

Key to the VE process are the function analysis techniques used during the Function Analysis Phase. Analyzing the functional requirements in a project design is key to assuring an owner that the project has been designed to meet the stated criteria. The analysis of these functions in terms of cost and design is a primary element in a VE Study, and is used to develop alternatives without removing necessary items. This procedure is beneficial to the VE team, as it forces the participants to think in terms of functions and their related worth, and ensures that all the team members agree on the project scope. This facilitates a comprehensive analysis of the project design.

**Creative Phase**

This VE study phase involves identifying and listing creative ideas. During this phase, the VE team participates in a brainstorming session to identify as many means as possible to provide the necessary functions within the project. Judgment of the ideas is not permitted at this point. The VE team looks for a large quantity of ideas and association of ideas. The idea list is grouped by category.

The creative idea worksheets listing all ideas suggested during the study are provided in this report. These ideas should be reviewed, since they may contain ideas that are worthy of further evaluation and may be used as the design develops. These ideas could also help stimulate additional ideas by others.

**Evaluation Phase**

The purpose of the evaluation phase is to systematically reduce the large number of ideas generated during the creative phase to a number of concepts that appear promising in meeting the project objectives. The key criteria against which the ideas need to be evaluated were identified as cost, schedule, agency impact, and public impact. Each idea was tested with respect to these criteria to determine if it added or removed value from the original concept. Once each idea is fully evaluated, it is given a total rating number. This is based on a scale of 1 to 5, as indicated by the following rating index:

| | |
|---|---|
| 5 | Improves Cost & Performance—the project will benefit greatly. Significant cost and/or significant functional improvements. |
| 4 | Improves Cost or Performance—will improve the project. Some cost and/or other functional improvements. |
| 3 | Technically Feasible— but will require additional analysis to verify if cost and/or functional improvements are possible. May challenge design criteria. Needs further development. |
| 2 | Scope Reduction—will reduce cost, but at the expense of project performance. |
| 1 | Significant disadvantages – drop from consideration. |

Based upon the total rating, ideas rated positively were developed further and documented on the Value Engineering Alternative forms. Those rated as 4 or 5 were developed into alternatives. Those rated as 3 were developed as suggestions. The balance were dropped from further consideration.

**Development Phase**

During the development phase, each idea was expanded into a workable solution. The development consisted of the recommended design, life cycle cost comparisons, and a descriptive evaluation of the advantages and disadvantages of the proposed alternatives. Each alternative was written with a brief narrative to compare the original design to the proposed change. Sketches and design calculations, where appropriate, were also prepared during this part of the study. The VE alternatives are included in the VE Alternatives section of this report.

**Presentation Phase**

The VE study concludes with a preliminary presentation of the VE alternatives that have been developed. This provides others impacted by the results of the study with an opportunity to preview the alternatives and develop an understanding of the rationale behind them.

**POST-STUDY PROCEDURES**

The post-study portion of the VE Study includes the preparation of this Draft Value Engineering Study Report incorporating a description of the VE Study and the alternatives developed for consideration. The report will be reviewed by Guam Department of Public Works (DPW), and comments will be incorporated into the Final Value Engineering Study Report. An optional implementation meeting via teleconference may be scheduled with the DPW, if requested. The VE Team Leader will participate to help clarify any VE recommendations and assist in the resolution of the VE alternatives.

The proposed schedule for post-study procedures is as follows:

- Receive Draft Report ........................................................................................ September 1, 2006
- Guam DPW Review Report and Comments to VE Team ................................ September 15, 2006
- Final VE Report ............................................................................................... October 6, 2006

**REFERENCES**

The following documents, along with a complete set of drawings, were provided to the VE team for review:

| | |
|---|---|
| Book 1A | Bid and Contract Documents |
| | Technical Specifications Division 1 – 7 |
| Book 1B | Technical Specifications Division 1 – 16 |
| Book 2A | Design Narrative |
| | Appendix A – Design Drawings |
| | (Set No. 2 Entrance Area & Landfill Drawings 1-68) |
| Book 2B | Appendix B – Surface Water Management Analysis |
| | Appendix C – Landfill Gas Master Plan |
| | Appendix D – Civil Engineering Calculations |
| | Appendix E1 – Structural Engineering Calculations |
| | Appendix E2 – Mechanical Engineering Calculations |
| | Appendix E3 – Electrical Engineering Calculations |
| | Appendix F – Earthwork and Airspace Calculations |
| | Appendix G – Leachate Volume and Collection Calculations |
| | Construction Cost Estimate |
| | Construction Schedule |
| Book 3 | Operations Plan |
| | Closure and Post-Closure Plan |
| | Construction Management and Quality Assurance Plan |
| | Spill Prevention Control and Countermeasure (SPCC) Plan |
| | Stormwater Pollution Prevention (SWPP) Plan for Cells 1 and 2 Construction Phase |
| | Stormwater Pollution Prevention (SWPP) Plan for Landfill Operations |
| Book 4 | Geotechnical Report |
| Book 5 | GEPA MSW Landfill Permit Application |
| | Guam Land Use Commission Application |
| Book 6 | Work Plan/Quality Assurance and Protection Plan |
| | Groundwater and Surface Water Monitoring Plan |


**Monday, August 14**

| | |
|---|---|
| 8:00 - 8:15 | Introductions (All) |
| 8:15 - 8:45 | Brief Overviews of the VE Agenda and Process (Ron Tanenbaum) |
| 8:45 - 9:15 | Agency Comments: Issues, Objectives and Constraints (Guam DPS, Stakeholders) |
| 9:15 - 11:30 | Project Overview (Detailed Presentation by Designer Project Manager and Engineers) |
| 11:30 - 12:00 | Identify Performance Attributes and Rate Baseline (All) |
| 12:00 - 1:00 | Lunch |
| 1:00 - 4:00 | Site Visit |
| 4:00 - 5:00 | Identify Observations made on Site Visit, Critical Issues, Project Constraints |

**Tuesday, August 15**

| | |
|---|---|
| 8:00 - 8:30 | Recap of First Day/Additional Information Review |
| 8:30 - 9:00 | Cost Model – Review/Modification of Cost Estimate |
| 9:00 - 10:00 | Function Analysis/FAST Diagram |
| 10:00 - 12:00 | Team Creativity – Generation of Ideas |
| 12:00 - 1:00 | Lunch |
| 1:00 - 4:00 | Team Creativity – Generation of Ideas |
| 4:00 - 5:00 | Evaluation of Ideas |

**Wednesday, August 16**

| | |
|---|---|
| 8:00 - 12:00 | Evaluation of Ideas |
| 12:00 - 1:00 | Lunch |
| 1:00 - 2:00 | Team Assignments for Development, Review Alternative Development Process, Forms and Spreadsheets |
| 2:00 - 5:00 | Alternative Development |

**Thursday, August 17**

| | |
|---|---|
| 8:00 - 12:00 | Alternative Development |
| 12:00 - 1:00 | Lunch |
| 1:00 - 5:00 | Alternative Development |

**Friday, August 18**

| | |
|---|---|
| 8:00 - 10:00 | Complete Alternative Development/Documentation |
| 10:00 - 10:30 | Finalize Team Review of VE Alternatives |
| 10:30 - 11:30 | Group Review, Ranking VE Alternatives/Sets, and Presentation Preparation |
| 11:30 - 2:00 | Lunch – Sponsored by Guam DPW |
| | *Presentation of VE Alternatives Meeting (Presentation of VE Study Results to Management, Designers, Agencies and Stakeholders)* |
| 2:00 - 4:30 | Study Close Out and Incorporation of Comments from Presentation |

# VALUE ENGINEERING STUDY PARTICIPANTS

The following pages include the VE study attendance lists for the VE Study.

# MEETING ATTENDEES
*Layon Municipal Sanitary Landfill, Inarajan, Guam*

**VMS**

| 2006 August 14 | 15 | 16 | 17 | 18 | NAME | ORGANIZATION | POSITION | TELEPHONE / E-MAIL | FAX |
|---|---|---|---|---|---|---|---|---|---|
| X | X | X | X | X | Ron Tanenbaum, PE, PhD, CVS | Value Management Strategies, Inc. | Facilitator | 858 204-7942 ron@vms-inc.com | 760-741-1155 |
| X | X | X | X | X | Mick Williams, PE | Shaw Environmental, Inc. | Landfill Design | 619 533-7313 Mick.Williams@shawgrp.com | 239-1238 |
| X | X | X | X | X | Tim Raibley | HDR/Brown, Vence, & Associates | Civil Design | 916 768-0042 tim.raibley@hdrinc.com | 817-4747 |
| X | X | X | X | X | Marcus Hu | Moffatt & Nichol | Civil Design | 510 645-1238 Mhu@moffattnichol.com | 645-1010 |
| X | X | X | X | X | Rico Arceo | TG Engineers, PC | Cost Estimator | 671 647-0808 ricoa@tg-engr.com | 647-0886 |
| X | | X | | X | Tor Gudmundsen | TG Engineers, PC | Project Manager | 671 647-0808 tor@guam.net | 647-0886 |
| X | X | X | X | X | Irwin Cruz | Guam DPW | Engineer | 671 646-3164 aaconsentdecree@yahoo.com | 649-3777 |
| X | X | X | X | X | Glen Odell | A-Mehr, Inc. | Landfill Design | 949 206-0157 glen@amehr.com | 206-9157 |

# MEETING ATTENDEES
### Layon Municipal Sanitary Landfill, Inarajan, Guam

**VMS**  (logo)

| 2006 August | | | | | NAME | ORGANIZATION | POSITION | TELEPHONE E-MAIL | FAX |
|---|---|---|---|---|---|---|---|---|---|
| 14 | 15 | 16 | 17 | 18 | | | | | |
| X | X | X | X | X | Omar Damian | Guam EPA | Engineer | 671 475-1619 Omar.damian@guamepa.net | |
| X | X | | | X | Cynthia Jackson | Guam DPW-SW | CD Project Manager | 671 646-3239 Carl.blas@gmail.com | 649-3777 |
| | | | | X | Randel Sablan | Guam EPA | Chief Planner | 671 475-1664 Randel.sablan@guamepa.net | 898-1295 |
| | | | | X | Larry Pierce | Guam DPW | Guam DPW Director | 671 646-3131 | 482-7373 |
| | | | | X | Andy Joroanon | Governor's Office | Fiscal Advisor | 671 647-4332 | |
| | | | | X | Adrienne Loerzel | Governor's Office | Special Assistant | 671 475-9303 loerzela@mail.gov.gu | |
| | | | | X | Joe Claveria | Department of Administration | Accountant | 671 475-1140 claveria@mail.gov.gu | 475-1169 |
| | | | | | | | | | |
| | | | | | | | | | |



**Value Management Strategies, Inc.**
Offices in Escondido and Alameda, California,
Portland, Oregon, Grand Junction, Colorado, and Seattle, Washington

Case 1:02-cv-00022    Document 80-5    Filed 01/31/2007    Page 7 of 26







*Value Engineering Report*
**Layon Municipal Sanitary Landfill, Inarajan, Guam**
**Guam Department of Public Works**

December 2006

*Value Engineering Report*
**Layon Municipal Sanitary Landfill, Inarajan, Guam**
**Guam Department of Public Works**

December 2006

*Value Engineering Report*
**Layon Municipal Sanitary Landfill, Inarajan, Guam**
**Guam Department of Public Works**

December 2006

*Value Engineering Report*
**Layon Municipal Sanitary Landfill, Inarajan, Guam**
**Guam Department of Public Works**

December 2006

# *Value Engineering Report*



# Ordot Dump Closure, Guam

*December 2005*



**VMS**
Value Management Strategies, Inc.

*Conducted by*

**TG Engineers, P.C. and Value Management Strategies, Inc.**

EXHIBIT 2

# Table of Contents

# TABLE OF CONTENTS

1. **TABLE OF CONTENTS** .................................................................................. 1.1

2. **EXECUTIVE SUMMARY** ............................................................................. 2.1

Introduction .................................................................................................. 2.1
Project Description ....................................................................................... 2.1
Consent Decree Summary ............................................................................ 2.2
Project Constraints ...................................................................................... 2.2
Project Issues ............................................................................................... 2.3
Project Analysis ........................................................................................... 2.3
VE Alternatives ........................................................................................... 2.5
VE Team and Process .................................................................................. 2.13

3. **VALUE ENGINEERING ALTERNATIVES** ........................................... 3.1

Introduction .................................................................................................. 3.1
VE Alternatives ........................................................................................... 3.1
Evaluation of Alternatives ........................................................................... 3.1
Design Suggestions ...................................................................................... 3.1
Summary of VE Alternatives and Sets ........................................................ 3.2
Summary of VE Alternatives and Design Suggestions ................................ 3.4
Performance Attributes Rating and Parameter Scales .................................. 3.9
Design Suggestions ...................................................................................... 3.17
VE Alternative Documentation .................................................................... 3.31

4. **PROJECT ANALYSIS** ................................................................................ 4.1

Summary of Analysis ................................................................................... 4.1
Constraints and Project Issues ..................................................................... 4.2
Cost Model ................................................................................................... 4.3
Function Analysis ......................................................................................... 4.6

5. **PROJECT DESCRIPTION** ........................................................................ 5.1

Introduction .................................................................................................. 5.1
Project Description ....................................................................................... 5.1
Estimated Cost .............................................................................................. 5.2
Estimated Schedule ...................................................................................... 5.5

Case 1:02-cv-00022    Document 80-5    Filed 01/31/2007    Page 11 of 26

**6.   IDEA EVALUATION** ...................................................................................... 6.1

Introduction ...................................................................................................... 6.1
Evaluation Process .......................................................................................... 6.1
Idea Evaluation Forms .................................................................................... 6.2


**7.   VALUE ENGINEERING PROCESS** ..................................................... 7.1

General ............................................................................................................. 7.1
Pre-Study Preparation ................................................................................... 7.1
VE Study ........................................................................................................... 7.1
Post-Study Procedures.................................................................................... 7.1
References ........................................................................................................ 7.3
VE Study Agenda............................................................................................. 7.4
VE Study Participants ..................................................................................... 7.6

# Executive Summary

# EXECUTIVE SUMMARY

## INTRODUCTION

This Value Engineering (VE) Report summarizes the VE Study conducted by Value Management Strategies, Inc., October 24–28, 2005, for the Guam Department of Public works (DPW). The subject of the study was the 100% design submittal Closure Plan and Post-Closure Plan for the closure of the Ordot Dump, Guam.

The purpose of the VE Study was to identify viable alternatives to enhance the project's value and functionality.

## PROJECT DESCRIPTION

The Ordot Dump Closure Project is located in Ordot, Guam. The closure of this active municipal waste dump site will be performed in accordance with Title 22, Division 4, Chapter 23, Article 6 (§23601) of the Rules and Regulations for the Guam Environmental Protection Agency (GEPA) Solid Waste Disposal and Part IV of the Solid Waste Management Facility Permit Application, Landfill, at the request of the Government of Guam, Department of Public Works (DPW).

The starting date for the use of the site as a dump is not documented, but it is known that the Ordot Dump was in use during World War II. The dump was used as a disposal area by the Japanese during the Japanese occupation of Guam from December 8, 1941 to July 21, 1944. Following the liberation of Guam, the U.S. Navy continued to use the site as a disposal area. Ownership of the Ordot Dump was transferred from the United States Naval Government of Guam to the Government of Guam in 1950 under the Organic Act. Since then, the Government of Guam, specifically the DPW, has been operating the Ordot Dump as a municipal solid waste disposal facility.

The Dump is located approximately 2.5 miles south of Guam's capital, Hagatna, and about one mile west of the Route 4/Dero Drive intersection. The area surrounding the Dump is a dense brush, wooded area with scattered residences. The nearest residences are approximately 200 feet from the Dump. The Dump is situated in a ravine that is a tributary to the Lonfit River, located approximately 500 feet to the south of the site.

The Dump occupies and borders property of the Government of Guam on the northeast, east, south, and southwest boundary lines of the Dump. The north and west limits of the Dump border public land in the form of a road and privately owned land, respectively.

The Dump waste footprint area, based on the 2004 limits of waste delineation performed by Dueñas & Associates, Inc. and projected filling footprint per the Operations Plan (Dueñas & Associates Project Team (DPT, 2005a), has been estimated to be 46.8 acres. This waste footprint area will be reduced to approximately 45.8 acres during closure construction, as waste will be relocated from the western edge of the Dump and consolidated behind a mechanically stabilized earth (MSE) wall (DPT, 2005b). The precise limits of waste will be defined as a part of the Dump closure construction. The final waste volume of the Dump at the time of closure will be approximately 4.4 million cubic yards (DPT, 2005a).

Case 1:02-cv-00022     Document 80-5     Filed 01/31/2007     Page 14 of 26

The Dump is an unlined disposal facility and has few to no control systems to manage landfill gas, leachate, surface water, erosion and sedimentation, or vectors.

The Dump closure design includes the following construction elements:

- Final grading and layout of the Dump, including provision of access roads and surface drainage features, constructed over the final cover area
- A final cover system, constructed over an approximately 45.8-acre footprint area
- A leachate management system
- A surface water management system that intercepts clean surface water runoff from the closed area and conveys it to the on-site sedimentation ponds
- Erosion and sedimentation control facilities
- An active landfill gas (LFG) management system

The cost estimate for the project, as developed by URS Corporation, is $22,398,925.


## CONSENT DECREE SUMMARY

The Ordot Consent Decree of February 11, 2004, signed by the Government of Guam and the United States of America (U.S. Environmental Protection Agency), mandates that Guam must implement an Ordot Closure Plan, close the Ordot Dump, and open a new municipal solid waste landfill by September 2007. The consent decree does not identify a specific location for the new landfill site. Rather, the decree requires the Government of Guam to prepare a detailed analysis, with public input, of at least three potential sites before it identifies its preferred alternative for the landfill site.

In a 45-month period, the consent decree requires the Government of Guam to:

- Complete an environmental impact statement analyzing at least three potential new landfill locations
- Complete design, permitting, and construction for the selected landfill location
- Begin operations at the new landfill
- Properly and permanently close the Ordot Dump

The Government of Guam will also complete a $1 million dollar supplemental environmental project to develop an island household hazardous waste diversion and management program. In addition, the Government of Guam will pay $200,000 to resolve the United States' claims.


## PROJECT CONSTRAINTS

The VE team identified the following constraint to be considered with the development of possible alternatives to improve the project:

- Design in accordance with Rules and Regulations of GEPA Solid Waste Disposal, Title 22, Division 4, Chapter 23, Article 6

## PROJECT ISSUES

The VE team identified a number of issues to be considered with the development of possible alternatives to improve the project. These issues include:

- Meet requirements specified in Consent Decree of February 11, 2004, Civil Case No. 02-00022
- Need to meet the requirements of the draft permit for continued use of Ordot during closure construction
- Needs of Operations takes precedence over all aspects of closure work
- Coordination with ongoing landfill operations
- Provision of adequate anchorage for barrier against wind and water penetration; exposure of geomembrane on steep slopes to potential wind-generated uplift forces
- Limit seepage height and ensure that cover soil is not saturated
- Provision for adequate time for manufacturers to produce and deliver materials to Guam; it is imperative to the construction schedule that manufacturing and shipping delays be minimized
- Piping may be subject to clogging from biological growth, siltation, and chemical growth
- Minimize gas migration offsite and into atmosphere
- Impacts of significant storm events and annual rainfall
- Construction scheduling to avoid wet season problems
- Adequate airspace for final placement of material at Ordot and to meet the schedule for the new landfill
- Discharge of pollutants to the Lonfit River is the issue dictated by the consent decree rather than protection of groundwater
- Fire prevention
- Protection/encroachment to wetlands and private property
- Adequacy of prediction of leachate production volumes and rates, and assumptions made to HELP model
- Need for Environmental Compliance Officer
- Maximum allowable bench height and slopes
- Performance of covered dump under seismic forces
- Magnitude of future settlement of waste
- Public safety liability if access to the closed landfill is permitted

## PROJECT ANALYSIS

The VE team used VE tools to analyze the project. The results of these analyses clarified the Ordot Dump Closure Project and identified *Protect Environment and Health* as the basic function, with key secondary functions of *Satisfy (CERCLA D) Regulations,* and *Satisfy Consent Decree* as other critical project functions that have a significant impact on the decisions that affect the project design decisions and costs.

The cost model developed clearly showed the cost drivers for the project, and it was used to guide the VE team during the VE Study. The general cost drivers were:

- Capping Systems = $7,848,105 (38.6%)
- Surface Water Systems = $44,038,920 (19.9%)
- MSE Wall System = $3,303,565 (16.3%)
- Mobilization and Miscellaneous Allowances = $2,126,500 (10.5%)

These items account for ~85% of the project cost. Looking deeper into the cost estimate, the following subcategories are found to be the key significant cost drivers:

- Capping System
  - Geocomposite = $2,301,845 (10.3%)
  - HDPE Geomembrane = $1,989,375 (8.9%)
  - Geogrid = $1,301,025 (5.8%)
  - Native Fill = $1,473,180 (6.6%)

- Surface Water Systems
  - Berms = $1,574,200 (7.0%)
  - Bench Ditches = $1,157,200 (5.2%)

- MSE Wall Systems
  - Waste Excavation & Replacement Relocation = $1,354,500 (6.0%)
  - Waste Excavation & Replacement = $1,006,000 (4.5%)

- Mobilization and Miscellaneous Allowances
  - Mobilization = $2,000,000 (8.9%)

These key items account for ~63% of the project cost.

**Performance Considerations**

The VE team identified five key performance considerations for this project. Listed below is a narrative of how the Original Concept satisfies each of the performance measures.

***Operational Impacts (OI).*** Operational impacts involve how an alternative idea might interfere with the normal daily operations of the landfill at the same time that closure construction is occurring. The objective is to avoid or at least minimize such impacts, or to suggest ways to improve existing operations, recognizing that landfill operations take precedent.

***Materials Availability (MA).*** Because of the difficulties associated with obtaining materials on Guam, provision for adequate time for manufacturers to produce and deliver materials to Guam is essential. Any alternative idea that creates the potential for greater difficulties procuring materials from on- and off-

island would not be preferred. In addition, any idea that allows the use of Guam resources without having to go off-island, would be preferred.

*Schedule (S)*. In order to meet the requirements contained in the consent decree, it is imperative that the construction schedule be met. Manufacturing and shipping delays should be minimized. Impacts of significant storm events and annual rainfall, as they relate to construction during the wet season, should also be minimized or avoided. Any alternative idea that can avoid these risks, optimize use of available airspace, and/or accelerate the construction schedule would be preferred.

*Construction Process (CP)*. Construction complexity that will assess specific areas of construction difficulty, including planned process of installation, risk reduction, and the potential for change orders, claims and work stoppages; logistics; materials availability; adverse geotechnical conditions, etc. Any option that simplifies the construction process while reducing risks is preferred.

*Environmental Impacts (EI)*. The closure design, including post-closure operations and maintenance, for the dump, should take steps to improve and/or protect the existing environment, including existing wetlands, the Lonfit River, and groundwater, in addition to monitoring for future fires. Any idea that acts to improve environmental conditions of the immediate area and groundwater would be preferred.


## VE ALTERNATIVES

The VE team developed nineteen alternatives for improvement of the project. Thirteen of these alternatives improve cost and maintain or improve functionality, three alternatives add cost to improve functionality of the project, and three alternatives were found not to significantly influence the project costs, but were important to improving performance. Forty-two design suggestions were also developed to improve the project—the cost impact of these items being either insignificant or not possible to be quantified. In addition, three Estimate Corrections were documented to address items that were not adequately included in the initial cost estimate. Summary lists of the VE alternatives and design suggestions are in a following report section; descriptions the VE alternatives are given below. The alternative numbers reference the significant project function identified by the VE team: MF = Manage Fluid, ED = Enclose Dump, MS = Meet Schedule, and GI = General Ideas.

| Alternative Number | Description | Initial / *LCC* Savings Potential |
|---|---|---|
| MF-5 | **In lieu of Large Detention Pond, Use Smaller Independent Desiltation System in Various Areas (e.g., Distributive Flow)** | $23,000 |

MF-5 The proposed distribution system will result in smaller, more flexible systems. It also eliminates the need for the large detention pond. It is anticipated that such an approach would provide better distribution of water to adjacent wetlands prior to reaching the Lonfit River. This would support the wetlands and also provide the desired filtration of any remnant sediment prior to reaching the river. In addition, by not constructing the detention pond, a large area of wetlands is preserved.

Case 1:02-cv-00022     Document 80-5     Filed 01/31/2007     Page 18 of 26

| Alternative Number | Description | Initial / LCC Savings Potential |
|---|---|---|

**MF-6**  **Put Gas Collection Headers and Piping Above Barrier Layer, but Below Grade**  $26,000

Revise the design to install the LFG header and lateral collection pipes above the barrier layer (but below grade where appropriate). Access to the LFG header and collection pipes is essential during the 30-year post-closure period, particularly in areas that are subject to differential settlement. By placing the LFG collection pipes above the barrier layer, they will be readily accessible for future modification and/or repair.

**MF-7**  **Utilize a Passive Gas Collection System**  $994,000

The current design is for an active gas extraction system with gas wells, underground collection piping, headers, pump, landfill gas leachate collection, and flare. The aboveground parts of an active landfill gas system are subject to typhoon damage. Replace with a passive landfill gas system that vents directly to the atmosphere, which will be a much simpler system with less piping, gas condensate production, and monitoring.

**MF-10**  **Treat Leachate Through a Constructed Wetland**  $280,000/
*$7,082,000*

The current design does not address removal of leachate from the storage tank. This assumes that the leachate will be removed from collection tanks and trucked to the sewer system. An Industrial wastewater discharge permit will be required, with testing for disposal into the sewer system. This alternative recommends feeding collected leachate into constructed wetland or a packaged wetland system for treatment. Strength and volume of the leachate will affect the choice. Monitoring and long-term operations are required. An NPDES will be required. NPDES will already be required for stormwater discharges from the site.

**MF-12**  **Utilize Pipeline to Convey Leachate to Sanitary Sewer System**  $90,000/
*$7,241,000*

The justification for the concept to construct a piping system for the leachate from the Ordot Dump centered on finding a more cost-effective and environmentally acceptable means, other than trucking over public highways. The costs issues focused on trucking equipment, operations and maintenance, and their availability—meaning having an ample number of trucks with enough capacity for the daily haul. The need to transport the leachate without having large numbers of trucks constantly traveling the highways loaded with waste liquids was also a driving point to use piping. The potential for spills and accidents further exposing the leachate to the public needed to be minimized. If a piping system is installed, the initial costs are incurred in the construction and then forgotten. There may be periodic maintenance cleanout

Case 1:02-cv-00022    Document 80-5    Filed 01/31/2007    Page 19 of 26

**MF-14**     **Eliminate Leachate Drainage Layer (Geocomposite) on Top Deck**     $29,000

The design calls for native fill above a geogrid, which is on top of a geocomposite. Underneath the geocomposite is a geomembrane, which overlays a second geocomposite that is underlain by at least six inches of a soil layer. The alternative design calls for the removal of the second geomembrane that lies just beneath the geomembrane on the top deck. There is no other change to the original design within this detail.

**MF-15**     **Replace Articulated Block Mattress with Asphalt**     $1,183,000

The current design will construct a stormwater collection system by using articulated block mattress (ABM). This alternative will use asphalt in place of ABM. Using asphalt will be advantageous, considering not only the initial cost but maintenance cost as well. Asphalt is readily available on the island, easy to repair, and maintenance cost is minimal.

**MF-27**     **Reevaluate Input Parameters to HELP Model for Site-Specific**     N/A
              **Reasonableness to Ordot**

The existing HELP Model for the Ordot Dump Closure was provided with results for leachate generation. The VE team recommends that another HELP Model calculation be conducted using the latest version, which requires input of more accurate and representative data. A more accurate model will lead to a more accurate and efficient design, which will better protect the environment.

**MF-28**     **Hydroseed Slopes and Benches (with Tacking Compound)**     $2,163,000
              **Early in the Construction Process to Eliminate Detention Pond**

The design calls for a large detention pond at the bottom (south side of landfill) of the existing dump. The alternative calls for hydroseeding the slopes and benches with seeds and a tactifying agent early on in the construction process, which is expected to eliminate the detention pond at the south edge of the site.

**ED-1**     **Use Prescribed Cover**     $6,314,000

The current design calls for an 80-mil HDPE cap to close the Ordot Dump waste mass. The Ordot Dump is an unlined solid waste disposal facility in an area of 100 inches of rainfall. Maintenance cost for a synthetic cover is higher than for a soil cover. This alternative replaces the complex multilayered design cover with a prescribed cover in accordance with Federal rule, 40CFR. The prescribed cover consists of a 6-inch erosion layer over an 18-inch 10E-5 cm/sec barrier layer, without needing any geo-synthetic layers. The side slopes will need to be regraded in the range of 2 to 1 in order to maintain stability of the prescribed cover. The prescribed cover is completely acceptable, in accordance with the regulations, for the Ordot Dump. This application appears feasible and should be given very serious consideration.

Case 1:02-cv-00022     Document 80-5     Filed 01/31/2007     Page 20 of 26

| Alternative Number | Description | Initial / LCC Savings Potential |
|---|---|---|

**ED-2**  **Change Site Geometry with Benches at a Height of 45 to 50 Feet (or Less, as Appropriate) as in California**    $1,722,000

By flattening the side slopes, the barrier layer may be revised from the designed HDPE geo-membrane and replaced with a soil layer. The benefits of a soil layer are significant with regard to both capital cost and long-term post closure maintenance (see ED-1). The savings related to replacing the HDPE geomembrane with soil is included in ED-1. The net effect of this change is to create a simpler, more efficient design, similar to those done for landfills in California, which further enhance the application of a Prescriptive Cover described in ED-1.

**ED-4**  **Replace MSE Wall at Toe of West Edge with Shorter Soldier Beam and Concrete Lagging Wall**    $4,149,000

The un-named drainage meanders along the westerly edge of the dump. In one location, the waste encroaches on the un-named stream. The proposed project is simply to remove the waste back from the stream, approximately 15-20 feet, prevent the waste from going back into the stream, and prevent the stream from carrying waste away from the toe of the dump. This is accomplished by placing a soldier beam and concrete lagging wall about 15-20 feet from the stream's edge. The wall will protrude approximately 15 feet above the stream's elevation, it will retain the waste, and it will improve the geometry of the slope by flattening the slope.

This approach removes the necessity of installing a very costly MSE wall. In addition to a significant capital cost savings, the safety of the project is improved. The 20- to 45-foot high portions of the MSE wall pose a long-term safety risk as an attractive nuisance to the government.

**ED-5 and ED-6**  **Relocate No-Name Brook on West Side Further West**    $3,280,000

The design will construct an MSE wall (approximately 700 feet long, 20 to 45 feet high) to reduce the extent of waste footprint in order to (1) remove waste from un-named drainage and provide a setback from the un-named drainage and (2) support the waste fill embankment, which rests on the existing materials that are to be removed in Item 1 above. The alternative will relocate the un-named drainage west, further away from the toe of the existing waste toe, thereby allowing construction of an earthen embankment to support the waste fill slopes. This approach removes the necessity of installing a very costly MSE wall. In addition to a significant capital cost savings, the safety of the project is improved by eliminating the MSE wall.

| Alternative Number | Description | Initial / LCC Savings Potential |
|---|---|---|

ED-5 and ED-7    **Convey No-Name Brook Through Culvert or Pipe**    $3,350,000

The design will construct an MSE wall (approximately 700 feet long, 20 to 45 feet high) to reduce the extent of waste footprint in order to (1) remove waste from un-named drainage and provide a setback from the un-named drainage and (2) support the waste fill embankment, which rests on the existing materials that are to be removed in Item 1 above. This alternative will redirect the un-named drainage using a culvert or pipe in a region near the existing toe of waste, thereby allowing construction of an earthen embankment to support upper waste fill slopes on the west side of the dump. Eliminate MSE wall. One disadvantage of installing a pipe beneath the fill embankment is that the inlet to the pipe will require maintenance. This approach also removes the necessity of installing a very costly MSE wall. In addition to a significant capital cost savings, the safety of the project is improved by eliminating the MSE wall.

ED-9    **Replace HDPE with Geosynthetic Clay Liner on Top Deck**    $105,000

For the top deck of the site (where the slope is relatively flat and where the barrier layer is covered with soil), the design includes an HDPE geomembrane as the barrier layer throughout the site. The alternative will consider replacing the HDPE product by using a geosynthetic clay liner (GCL) as the barrier layer. GCLs are very easy to install and repair during the post-closure period when penetrating the barrier layer is necessary.

ED-13    **Use Other Flexible Material Liners in lieu of HDPE**    $1,782,000

The current design uses an HDPE geomembrane product as the barrier layer. The alternative will consider other flexible material liners as the barrier layer, such as low-density HDPE, very-low density HDPE, PVC, or geosynthetic clay liner

MS-13    **Satisfy Clean Water Issues Now (Stop Discharges of Leachate to River) and Request Modification Schedule in Consent Decree**    ($286,000)

The design will wait for the closure process to correct leachate discharges from the Ordot Dump to Lonfit River, as directed under the Consent Decree. The alternative calls for acting at the earliest possible date to the first known discharge of leachate to the Lonfit River with correction effected *prior* to the effective date in the Consent Decree. This is the pollution discharge item resulting in the Consent Decree and placement on the National Pollution Levels (NPL) list. This alternative will allow removal of Ordot Dump from open dump status.

| Alternative Number | Description | Initial / LCC Savings Potential |
|---|---|---|
| GI-7 | **Monitor/Investigate for Internal Fires Prior to and After Post-Closure** | ($33,000) |

Currently, design report information is qualitative based on last known history, which is incomplete. The alternative is to collect regular qualitative and quantitative monitoring data for analysis by knowledgeable technical personnel for accurate determination of underground fire conditions and fire mitigation actions within the landfill. This would enable early and accurate control of response action

| | | |
|---|---|---|
| GI-9 | **Replace Candlestick Flare with Enclosed Flare** | ($161,000) |

The current design employs an open candlestick flare as the destruction device for landfill gases (LFG), which does not protect the flame from the surrounding environment (i.e., prevailing winds). This alternative will install an enclosed flare as the destruction device for LFG. The enclosed flare retains the flame for a specified amount of time. As the flame rises in the enclosed flare stack, various control devices may be included, such as thermocouples that monitor the performance of the flare. These devices increase the assurance that the gases are properly destructed.

Four key VE Design Suggestions are given below:

| Design Suggestion Number | Description |
|---|---|
| ED-24 | **Negotiate Purchase Option of Soil from Property Owner to the North** |

There is a plan by the Department of Public Works to purchase soil from the owner of Lot No. 3390-2NEW-R2, which is located north of the Ordot Dump. There was also a soil investigation report issued by Geo-Engineering conducted on January 18, 1994, which states that the clayey silty soil is a cohesive and relatively impermeable material and would be suitable for use as fill for the Ordot dump area. Estimates by the VE Team indicate roughly 200,000 cubic yards of suitable cover soil may be present on this property.

The plan to negotiate a deal from the lot owner at this time is highly recommended, in order to protect this source (for several years) from being sold to other buyer by initiating a "Contract to Purchase." The prospective fill site in its proximity to the dump area will decrease the construction cost significantly for fill materials.

Upon confirmation of the "Contract to Purchase" between DPW and the lot owner, DPW could then specify in the bid documents that field materials from the site of specified quantity (Quantity to Be Determined by DPW) shall be available for contractor's use. Material cost for the fill materials from this site shall not be included in the contractors' prospective bid.

**Open/Regular Communication/Meetings Among All Stakeholders**

Whenever public projects are planned and the process proceeds forward from the start, there will be a myriad of interests that will affect the project before, during, and after. The effect will be ongoing from beginning to end. The primary reason is that there are multiple stakeholders that all have interests in the project, and they all do not necessarily agree in the interest of the outcome. The Ordot Dump Closure project, particularly, has a greater sensitivity to all stakeholders because of the nature of the project. The Dump has been in existence for over 60, years and its effect on the community has been more negative than positive. Ironically, the service the Dump provides makes public lives more convenient in that it provides a place to dispose of our waste. The Ordot Dump Closure project has become more controversial because of scheduling, costs, and environmental impacts that have been ongoing for years.

The VE Team has discussed a need that can go a long way to help meet schedules vital for the project's success. This need requires that meaningful open and regular communication and meetings among *ALL* stakeholders be conducted on a regular basis.

From a simple and basic point-of-view, human nature will always have its conflicts; however, all stakeholders must develop relationships such that they can all "agree-to-disagree." The advantage and positive outcome to regular, open communications and meetings of stakeholders is that they can provide flexibility in the closure process. The numerous interests, as mentioned earlier, tend to have needs that may come in conflict with those or other interests just as important to the process. If meetings and communications among stakeholders occur, chances are that information exchange can lead to a better understanding amongst the interests, which can lead to solutions. It takes genuine effort on the part of all stakeholders to understand this relationship and work toward making it happen, versus fearing hidden agendas and simmering mistrust. Personal feelings, especially those disguised as "business only and nothing personal," will need to be left at the door in order to move forward and prove that open and productive meetings and communications will lead to a "win-win" solution. Given this, the advantages are:

- Provides flexibility in the closure process
- Enhances the potential for success
- Supports the interests of Guam residents
- Will be in the best interest for all schedules
- Creates common interest and goals

MS-19 **Combine Dandan and Ordot as a Single Privatized Contract (Construct/Operate/Maintain)**

This conceptual function will attract qualified operator contractors because the project will have the potential to meet private business return on investment. The combination of operating two projects will provide for a bigger contract. In addition, DPW will be relieved of direct obligations to maintain, close, and provide post-closure care.

As noted in MS-15, privatization of the Ordot Dump operations and closure, and MS-18, dedicating an Environmental Compliance Officer, the involvement and the potential to turn over operations to a private interest can go a long way toward obtaining schedule flexibility and meeting the milestones. Combining the new landfill project in Dandan with the Ordot Dump operations and closure can potentially attract interest from private parties, which in turn can open up other avenues for funding/financing the initial project effort.

MS-23 **Create Separate Solid Waste Authority to Manage and Finance Landfill Closure and Operations**

An autonomous, independent solid waste authority could be more efficient in providing funding, since it would not have to respond to the whims of politicians or other self-interested parties. It would have the authority to raise funds through various taxes and/or fees in a simpler and more straightforward manner. The disadvantage, however, is that it creates, by its very existence, a new level of bureaucracy within the government.

Detailed documentation of these key alternatives, as well as the remaining ones not described above, is in the VE Alternatives section of this report. The VE Job was followed to: gather information and perform a site visit,

**VE TEAM AND PROCESS**

The five-day study was performed during the period of October 24-28, 2005 on Guam. Ron Tanenbaum, CVS, of Value Management Strategies, Inc., led the VE Study. The VE team members are listed below:

| | | |
|---|---|---|
| Ron Tanenbaum, CVS | Value Management Strategies, Inc. | Facilitator |
| Rico Arceo | TG Engineers, PC | Cost Estimator |
| Tor Gudmundsen | TG Engineers, PC | Team Coordinator |
| Joseph Hernandez | Latte Inc. | Hydrology, Landfill Gas |
| Tim Raibley | Brown, Vence, & Associates | Civil Design |
| Gary Siu | State of Hawaii - DOH | Permitting, Regulatory Issues, Landfill Design |
| Fred Otte | Otte Consultants | Geotechnical Engineering, Environmental |

Throughout the VE session, several members of Guam Department of Public Works and the Guam Environmental Protection Agency supported the VE team.

The VE Job was followed to gather information and perform a site visit, create and evaluate ideas for change, and develop and present alternatives to the project team. The study concluded with an informal presentation of the VE alternatives and design suggestions to the agency managers.

# VE Alternatives

# VE ALTERNATIVES AND DESIGN SUGGESTIONS

## INTRODUCTION

The results of this study are presented as individual alternatives to the original concept. In addition, design suggestions for improving the project are included for consideration by the stakeholders.

## VE ALTERNATIVES

Each alternative consists of a summary of the original concept, a description of the suggested change, a cost comparison, a listing of its advantages and disadvantages, and a brief narrative comparing the original design with the alternative. Sketches, calculations, and benefits are also presented. The cost comparisons reflect the comparable level of detail as the original estimate. A life cycle benefit-cost analysis for major alternatives is included where appropriate. Design suggestions are written summaries of partially developed ideas without supporting documentation. A summary of the VE Alternatives and Design Suggestions follow this page and precedes the documentation of each alternative. The process by which the VE team decided which ideas would be developed as alternatives and suggestions, and which would be dropped from further discussion, is presented in Section 7 of this report.

## EVALUATION OF ALTERNATIVES

The alternatives presented by the VE team represent viable alternatives to the current design, which represent items the VE Team would suggest to their own clients based on the information available at the time of the VE Study. The project stakeholders are encouraged to evaluate all VE alternatives based on their individual merit, selecting the ones, in whole or in part, to be implemented to further improve the project. The documentation provided as part of the VE alternative is structured to provide the rationale and justification for each alternative.

## DESIGN SUGGESTIONS

The VE team also developed a series of design suggestions. These suggestions present ideas generated by the team that are felt to add value to the project. The VE team encourages the design team and stakeholders to carefully review these suggestions for opportunities to improve the quality of the project. The reader may also find that a review of the suggestions presented herein will awaken new and/or modified ideas that they may wish to investigate further or implement.

Presented later in this section, in the general order in which they appear in the Idea Evaluation form found in the Idea Evaluation section of this report, are the value engineering alternatives and design suggestions put forth by the VE Team. They are numbered sequentially, with the speculation idea numbers also presented in parentheses for clarity. It should be noted that, where commonality of thought prevails, speculation ideas have been combined into a single alternative or comment. They are also grouped according to the major function category under which they fall – Manage Fluids (MF), Enclose Dump (ED), Meet Schedule (MS), and General Ideas (GI). These function categories were established by the VE team during the Function Analysis phase of the study. With the development of the Function Analysis System Techniques (FAST) Diagram (see Project Analysis section of this report). In tandem with the VE team's assessment of the budget and major cost drivers.

**It is the recommendation of the VE team that the reviewer assess all 62 of the constructibility recommendations and suggestions to determine which should be implemented, which may be set aside, and what combination of value engineering recommendations and/or suggestions will best serve this project.**

## SUMMARY OF VE ALTERNATIVES AND SETS

VE sets are established by the VE team as their "best value" solutions, based on improved performance, likelihood of implementation, least community impact, cost savings, or any combination of criteria. A VE set may contain one or more alternatives, and each set is typically mutually exclusive of other sets (i.e., implementing VE Set 1 precludes implementation of VE Set 2, VE Set 3 and/or VE Set 4).

VE sets are selected alternatives combined from mutually exclusive groups that can compete in whole, or in part, against the original design concept. This requires additional performance rating and totaling of costs for the sets.

The VE team developed four sets of alternatives to illustrate potential combinations that may be chosen for implementation. The alternatives included in the sets are those deemed by the team to represent the best value when considering the alternatives' impact on project performance and cost. All four VE sets have the following general components:

- Eliminate detention pond and discharge stormwater as districted flow (MF-5)
- Discharge leachate into treated wetlands (MF-10)
- Close dump using a prescribed cover (ED-1)
- Change geometry to flatten slopes and reduce benches (ED-2)
- Satisfy clean water issues now (MS-13)

VE Sets 1 and 2 also have the following general components:

- Replace MSE wall at the toe of the west edge with a shorter soldier beam and concrete lagging wall, eliminating MSE wall (ED-4)

VE Sets 3 and 4 also have the following general components:

- On the west side, shift the toe of slope further west and relocate the no-name brook on the west side further west (ED-5 and ED-6)

Case 1:02-cv-00022      Document 80-6      Filed 01/31/2007      Page 3 of 25

VE Sets 1 and 3 also have the following general components:

- Gas collection piping above barrier layer (MF-6)
- Replace candlestick flare with enclosed flare (GI-9)

VE Sets 2 and 4 also have the following general components:

- Utilize a passive gas collection system (MF-7)

The VE Sets described above are summarized at the end of the table on the following pages.

| Alt. No. | Description | Potential Cost Savings Initial /*LCC* | Change in Performance |
|---|---|---|---|

### MANAGE FLUIDS

| MF-1 | Divert Stormwater Around Landfill | Design Suggestion | |
| MF-2 | Collect Storm Water in Drains and Chutes and Take Off Landfill – Before Closure Activities | Design Suggestion | |
| MF-4 | Regrade Existing Top Deck to Better Shed Fluid | Design Suggestion | |
| MF-5 | In lieu of Large Detention Pond, Use Smaller Independent De-Siltation System in Various Areas (e.g., Distributive Flow) | $23,000 | +21.7% |
| MF-6 | Put gas collection headers and piping above barrier layer, but below grade | $26,000 | 0% |
| MF-7 | Utilize a Passive Gas Collection System | $994,000 | +8.5% |
| MF-10 | Treat Leachate Through a Constructed Wetland | $280,000 *$7,082,000* | +7.5% |
| MF-11 | Treat leachate through an aerate system | Design Suggestion | |
| MF-12 | Utilize Pipeline to Convey Leachate to Sanitary Sewer System | $90,000 *$7,214,000* | +7.5% |
| MF-14 | Eliminate Leachate Drainage Layer (Geocomposite) on Top Deck | $29,000 | 0% |
| MF-15 | Replace Articulated Block Mat with Asphalt | $1,183,000 | +8.5% |
| MF-17 | Replace Articulated Block Mat geotextile erosion mat/vegetation | Design Suggestion | |
| MF-18 | Replace concrete chutes (Articulate Block Mat) with galvanized metal chutes | Design Suggestion | |
| MF-24 | Put shingle tarps on surface | Design Suggestion | |

| Alt. No. | Description | Potential Cost Savings Initial /*LCC* | Change in Performance |
|---|---|---|---|
| MF-26 | Put a water quality monitoring system in place for leachate and surface water | Design Suggestion | |
| MF-27 | Reevaluate Input Parameters to HELP Model for Site-Specific Reasonableness to Ordot | Not Applicable | +15.1% |
| MF-28 | Hydroseed Slopes and Benches (with Tacking Compound) Early in the Construction Process to Eliminate Detention Pond | $2,163,000 | +6.6% |

### ENCLOSE DUMP

| Alt. No. | Description | Potential Cost Savings Initial /*LCC* | Change in Performance |
|---|---|---|---|
| ED-1 | Use Prescribed Cover | $6,314,000 | +49.0% |
| ED-2 | Change Site Geometry with Benches at 45- to 50-Foot Height (or Less as Appropriate) as in California | $1,722,000 | +18.9% |
| ED-4 | Replace MSE Wall at Toe of West Edge with Shorter Soldier Beam and Concrete Lagging Wall | $4,149,000 | +8.5% |
| ED-5 | On West Side, Shift Toe of Slope Further West | Included in ED-6 & ED-7 | |
| ED-6 | Relocate No-Name Brook on West Side Further West | $3,280,000 | +1% |
| ED-7 | Convey No-Name Brook Through Culvert or Pipe | $3,350,000 | +1% |
| ED-8 | Lay west slope back | Design Suggestion | |
| ED-9 | Replace HDPE with Geosynthetic Clay Liner on Top Deck | $105,000 | 0% |
| ED-13 | Use Other Flexible Material Liners in lieu of HDPE | $1,782,000 | 0% |
| ED-16 | Utilize green waste as a layer in the final cap | Design Suggestion | |
| ED-17 | Use Navy dredge spoils as cover material | Design Suggestion | |
| ED-23 | Mandate all grading projects deliver excess clean material be delivered to Ordot for cover use as daily cover | Design Suggestion | |

| Alt. No. | Description | Potential Cost Savings Initial /LCC | Change in Performance |
|---|---|---|---|
| | **SUMMARY OF VE ALTERNATIVES & DESIGN SUGGESTIONS** *Ordot Dump Closure, Guam* | **VMS** | |
| ED-24 | Negotiate Purchase Option of Soil from Property Owner to the North | Design Suggestion | |
| ED-25 | Assure safety associated with exposed waste slope created during MSE wall construction | Design Suggestion | |
| ED-26 | Relocate residents west of dump during MSE wall construction | Design Suggestion | |
| | **MEET SCHEDULE** | | |
| MS-1 | Knowingly violate with notice | Design Suggestion | |
| MS-2 | Open/Regular Communication/Meetings Among All Stakeholders | Design Suggestion | |
| MS-3 | Add incentive clause to contractor to accelerate schedule | Design Suggestion | |
| MS-4 | Stop receipt of waste by October 2007 | Design Suggestion | |
| MS-10 | Modify schedule to make it more realistic | Design Suggestion | |
| MS-11 | Accelerate development of first Dandan cell (including access road) | Design Suggestion | |
| MS-13 | Satisfy Clean Water Issues Now (Stop Discharges of Leachate to River) and Request Modification Schedule in Consent Decree | ($286,000) | +15.1% |
| MS-14 | Clarify poorly defined areas in Consent Decree that makes it difficult to meet requirements | Design Suggestion | |
| MS-15 | Privatize remaining life of Ordot | Design Suggestion | |
| MS-17 | Institute regular environmental compliance monitoring program, immediately | Design Suggestion | |
| MS-18 | Bring environmental compliance officer on board as part of interim operations and through closure | Design Suggestion | |
| MS-19 | Combine Dandan and Ordot as a Single Privatized Contract (Construct/Operate/Maintain) | Design Suggestion | |

| Alt. No. | Description | Potential Cost Savings Initial /LCC | Change in Performance |
|---|---|---|---|
| MS-21 | Get all government agencies to comply with executive order, with penalties, mandating that processing of all documents relating to consent decree occur within 5 days | Design Suggestion | |
| MS-22 | Explore other funding mechanisms such as import taxes, tourist taxes, real estate taxes, etc. | Design Suggestion | |
| MS-23 | Create Separate Solid Waste Authority to Manage and Finance Landfill Closure and Operations | Design Suggestion | |

### GENERAL IDEAS

| Alt. No. | Description | Potential Cost Savings Initial /LCC | Change in Performance |
|---|---|---|---|
| GI-1 | Develop public outreach/education program | Design Suggestion | |
| GI-3 | Don't permit future public park | Design Suggestion | |
| GI-4 | Make site safe for public access and use | Design Suggestion | |
| GI-5 | Develop training program for staff | Design Suggestion | |
| GI-6 | Install complete perimeter fence | Design Suggestion | |
| GI-7 | Monitor/Investigate for Internal Fires Prior to and After Post-Closure | ($33,000) | +7.5% |
| GI-8 | Obtain reliable heavy equipment to serve site | Design Suggestion | |
| GI-9 | Replace Candlestick Flare with Enclosed Flare | ($161,000) | +7.5% |
| GI-10 | Assure that adequate redundancy exists in design | Design Suggestion | |
| GI-11 | Identify off site location of temporary waste storage stockpile areas associated with planned MSE wall construction | Design Suggestion | |
| GI-14 | Define procedures for following the filling plan to assure that work is staying within plan and matches the final grading plan | Design Suggestion | |
| GI-15 | Confirm adequacy of guardrail design as anchored into MSE fill | Design Suggestion | |

| GI-16 | Make Navy responsible partner in closure process and funding | Design Suggestion |
| GI-17 | Encourage future political candidates to state position and plans associated with closure | Design Suggestion |
| GI-18 | Permit conditions outside of 40CFR258 are not applicable/clarify draft permit | Design Suggestion |

## SUMMARY OF VE SETS

| Set No. | Description | Cost Savings Initial | Change in Performance | Change in Value |
|---|---|---|---|---|
| 1 | Gas Collection Headers Above HDPE & Replace MSE Wall (Creative Ideas MF-5, MF-6, MF-10, ED-1, ED-2, ED-4, MS-13 and GI-9) | $12,041,000 | +31% | +219% |
| 2 | Passive Gas Collection System and Replace MSE Wall (Creative Ideas MF-5, MF-7, MF-10, ED-1, ED-2, ED-4, and MS-13) | $13,196,000 | +18% | +211% |
| 3 | Gas Collection Headers Above HDPE and Shift West Toe Slope Further West (Creative Ideas MF-5, MF-6, MF-10, ED-1, ED-2, ED-5/ED-6, MS-13 and GI-9) | $11,172,000 | +30% | +206% |
| 4 | Passive Gas Collection System and Shift West Toe Slope Further West (Creative Ideas MF-5, MF-7, MF-10, ED-1, ED-2, ED-5/ED-6, and MS-13) | $12,327,000 | +15% | +195% |

**PERFORMANCE ATTRIBUTES RATING AND PARAMETER SCALES**

In the course of developing each VE alternative, the team evaluated the effect of the VE alternative on overall project performance (see the Performance Measures form included with each alternative). The rating scales associated with the 1 to 10 ratings used by the team are shown below.

This analysis is accomplished by asking the study participants to decide the relative importance of each attribute. For example, in this case, Operational Impacts was considered more important than Materials Availability; Schedule was deigned more important that either Operational Impact or Materials Availability; Construction Process was considered less important than Schedule or Materials Availability, but of equal importance to Operational Impact; and, finally, Environment was considered more important than the other four attributes. These decisions are then mathematically weighted to produce the results in the matrix.

| Attribute | Definition | Rating Scale | Unit of Measure/Quantification |
|-----------|-----------|:---:|--------------------------------|
| Operational Impacts | The impact of the idea in terms of interference in the normal daily landfill operations during closure construction | 10 | Significantly improves and reduces interference with daily operations when compared to existing design |
| | | 9 | Greatly improves and reduces interference with daily operations when compared to existing design |
| | | 8 | Moderately improves and/or reduces interference with daily operations when compared to existing design |
| | | 7 | Slightly improves and/or reduces interference with daily operations when compared to existing design |
| | | 6 | Operational impacts are comparable to existing design |
| | | 5 | Slightly degrades operational impact when compared to existing design |
| | | 4 | Moderately degrades operational impact when compared to existing design |
| | | 3 | Frequently interferes with facility operations than might occur with the existing design |
| | | 2 | Can be operated only intermittently or with considerable resource expenditures |
| | | 1 | Facility cannot be operated during construction |

| Attribute | Definition | Rating Scale | Unit of Measure/Quantification |
|-----------|-----------|--------------|-------------------------------|
| Materials Availability | Refers to the ability of manufacturers to produce and ship required materials to Guam in a timely manner, so as not to delay construction. | 10 | Significantly improves and eases the time needed to produce and ship materials compared to existing design |
| | | 9 | Greatly improves and eases the time needed to produce and ship materials compared to existing design |
| | | 8 | Moderately improves and eases the time needed to produce and ship materials compared to existing design |
| | | 7 | Slightly improves and eases the time needed to produce and ship materials compared to existing design |
| | | 6 | The time needed to produce and ship materials are comparable to existing design |
| | | 5 | Slightly degrades and increases the time needed to produce and ship materials compared to existing facility |
| | | 4 | Moderately degrades and increases the time needed to produce and ship materials compared to existing design |
| | | 3 | Frequently increases the time needed to produce and ship materials compared to existing design |
| | | 2 | Delays in production and shipping cause severe impacts on closure construction |
| | | 1 | Delays cannot be tolerated |

| Attribute | Definition | Rating Scale | Unit of Measure/Quantification |
|---|---|---|---|
| Schedule | An approximation of how the schedule may be impacted by implementing the alternative idea, with the preferred result to shorten the construction schedule and avoid delaying impacts of inclement weather conditions | 10 | >50% reduction in schedule |
| | | 9 | 36-50% reduction in schedule |
| | | 8 | 21-35% reduction in schedule |
| | | 7 | 11-20% reduction in schedule |
| | | 6 | 1-10% |
| | | 5 | Current schedule |
| | | 4 | 1-10% increase in schedule |
| | | 3 | 11-20% increase in schedule |
| | | 2 | 21-35% increase in schedule |
| | | 1 | >35% increase in schedule |
| Construction Process | An approximation of construction difficulty, risk reduction, and potential for change orders, claims, and work stoppages; issues related to logistics and adverse geotechnical conditions. | 10 | No direct or indirect impacts. |
| | | 9 | No direct and minor indirect impacts. |
| | | 8 | Minor direct impacts. |
| | | 7 | Minor direct and indirect impacts. |
| | | 6 | Construction process comparable to existing design. |
| | | 5 | Minor direct and indirect impacts. |
| | | 4 | Minor direct impacts. |
| | | 3 | Moderate direct or indirect impacts. |
| | | 2 | Moderate direct and indirect impacts. |
| | | 1 | Major direct and indirect impacts. |

| Criteria | Definition | Rating Scale | Unit of Measure/Quantification |
|---|---|---|---|
| Environmental Impacts | An approximation of the concept's overall effect on the surrounding environment. This criterion includes the following areas:<br>• Water quality of Lonfit River and tributary brook<br>• Landfill fires<br>• Wetlands encroachment<br>• Groundwater quality | 10 | Major improvement upon existing environmental conditions |
| | | 9 | Minor improvement upon existing environmental conditions |
| | | 8 | No environmental impacts |
| | | 7 | Negligible degradation (i.e., does not require mitigation) |
| | | 6 | Minor degradation (i.e., requires limited mitigation) |
| | | 5 | Moderate degradation (i.e., requires significant mitigation in one area or limited mitigation in two) |
| | | 4 | Moderate degradation (i.e., requires significant mitigation in two areas or limited mitigation in three) |
| | | 3 | Major degradation (i.e., requires substantial mitigation in one area and limited/ significant mitigation in others) |
| | | 2 | Major degradation (i.e., requires substantial mitigation in two areas and limited/significant mitigation in others) |
| | | 1 | Severe degradation (i.e., requires substantial mitigation in multiple areas) |

## Performance Attribute Matrix

The following matrix analysis is used to compare each of the performance measures to each other to establish a weighted rating for each measure that can be used to calculate the performance value.

| PERFORMANCE ATTRIBUTE MATRIX<br>*Ordot Dump Closure, Guam* | | | | | | VMS, Inc. | |
|---|---|---|---|---|---|---|---|
| | | | | | | **TOTAL** | **%** |
| Operational Impacts | **A** | a | c | a/d | e | 1.5 | 15% |
| Materials Availability | **B** | c | b | e | | 1.0 | 10% |
| Schedule | **C** | c | e | | | 3.0 | 30% |
| Construction Process | **D** | e | | | | 0.5 | 5% |
| Environment | **E** | | | | | 4.0 | 40% |

| a | More Important | | |
|---|---|---|---|
| a/b | Equal Importance | 10.0 | 100% |

With this matrix, the VE team completed its evaluation of the original design as it relates to the performance measures defined above. The rationale for the rating selected was developed and is presented on the next page, with the numerical rating shown in bold print.

| Performance Attribute | Rationale |
|---|---|
| **Operational Impacts** | This requires that closure activities occurring during final operations of the dump not interfere with those operations. |
| **Materials Availability** | Materials and skilled labor needed for construction of the final closure of the dump come from on-island and off-island and, as the delay in the manufacture and delivery of materials may impede construction, this design considers what is required to produce and procure materials for the closure in a timely manner. |
| **Schedule** | The current mandate is to meet the schedule dates mandated in the Consent Decree, which is tied directly to the opening of the new landfill at Dandan. The construction schedule must stay on track and not be impeded by outside factors, principally weather-related conditions from normal storms during the wet season or significant storm events. |
| **Construction Process** | The construction process carries inherent risks of potential contractor claims and changes orders related to weather delays, handling of sophisticated materials, delays due to avoiding impacts to operations, the inability to obtain off-island materials, and find adequately skilled labor on island. The impacts of the proposed construction process should allow construction to occur in a manner that will reduce the risks associated with construction for the potential for change orders, work stoppages, and contractor claims. |
| **Environmental Impacts** | The current dump footprint encroaches on wetlands and contributes leachate to the Lonfit River. Natural ground underlying the dump is considered an aquiclude retarding movement down into groundwater; however, monitoring of groundwater quality has been spotty at best and leachate impacts to groundwater cannot be verified. The dump runs the risk of internal fire development following closure. The proposed closure design addresses closure by relocating waste along the western edge and constructing an MSE wall. Additional protection of groundwater below an unlined dump cannot be provided, and a monitoring program is proposed. Monitoring for internal fires is not provided for in the design. Environmental impacts carry over to post-closure operations and maintenance. |

**Performance Rating Matrix**

When the weighted percentage and the numerical ratings are combined to determine the total performance value, the results can be presented graphically for the original design. The VE Team, in reviewing the alternatives and VE sets, assess how each set may alter the value of the performance criteria (increase or decrease) as related to the entire project. These assessments can then be compared to the original design.

The project cost for the VE sets is determined by adding up all of the cost savings (and losses if appropriate) for the alternatives contained in the set, and subtracting the savings from the original project cost to find the total cost for the set. By calculating the total performance for the original design and VE set, and dividing the total performance by the total cost, the value index may be determined. An increase in the value index indicates potential improvement to the project design. This improvement can be represented as a percent. For the alternative sets developed in this workshop by the VE team, VE Sets 1, 2, 3, and 4 were estimated to provide a 219%, 211%, 206% and 195% value improvement to the project design, respectively. This information is summarized graphically on the following page.

It should be noted that a reconciled cost estimate of about $29,800,000 was used in this analysis. A reconciled estimate was developed by the VE team during the study, the basis of which is discussed in Project Analysis, Cost Model section of this report.

| PERFORMANCE RATING MATRIX | VMS, Inc. |
|---|---|
| *Ordot Dump Closure, Guam* | |

| Attribute | Attribute Weight | Concept | Performance Rating | | | | | | | | | | Total Performance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | |
| Operational Impacts | 15 | Original Concept | | | | | | 6 | | | | | 90 |
| | | VE Set 1 | | | | | | 6 | | | | | 90 |
| | | VE Set 2 | | | | | | 6 | | | | | 90 |
| | | VE Set 3 | | | | | | 6 | | | | | 90 |
| | | VE Set 4 | | | | | | 6 | | | | | 90 |
| Materials Availability | 10 | Original Concept | | | | | | 6 | | | | | 60 |
| | | VE Set 1 | | | | | | | | 8 | | | 80 |
| | | VE Set 2 | | | | | | | | | 9 | | 90 |
| | | VE Set 3 | | | | | | | | 8 | | | 80 |
| | | VE Set 4 | | | | | | | | 8 | | | 80 |
| Schedule | 30 | Original Concept | | | | | 5 | | | | | | 150 |
| | | VE Set 1 | | | | | | | 7 | | | | 210 |
| | | VE Set 2 | | | | | | | 7 | | | | 210 |
| | | VE Set 3 | | | | | | | | 8 | | | 240 |
| | | VE Set 4 | | | | | | | | 8 | | | 240 |
| Construction Process | 5 | Original Concept | | | | | | 6 | | | | | 30 |
| | | VE Set 1 | | | | | | | 7 | | | | 35 |
| | | VE Set 2 | | | | | | | 7 | | | | 35 |
| | | VE Set 3 | | | | | | | | 8 | | | 40 |
| | | VE Set 4 | | | | | | | | 8 | | | 40 |
| Environment | 40 | Original Concept | | | | | 5 | | | | | | 200 |
| | | VE Set 1 | | | | | | | 7 | | | | 280 |
| | | VE Set 2 | | | | | 5 | | | | | | 200 |
| | | VE Set 3 | | | | | | 6 | | | | | 240 |
| | | VE Set 4 | | | | 4 | | | | | | | 160 |

| OVERALL PERFORMANCE | Total Performance | % Perf. Improve. | Total Cost ($ Mil.) | Value Index (Performance / Cost) | % Value Improvement |
|---|---|---|---|---|---|
| Original Concept | 530 | | 29.8 | 17.79 | |
| VE Set 1 - Gas Headers Above HDPE + Replace MSE Wall | 695 | 31% | 17.8 | 39.04 | 219% |
| VE Set 2 - Passive Gas Collection + Replace MSE Wall | 625 | 18% | 16.6 | 37.65 | 211% |
| VE Set 3 - Gas Headers Above HDPE + Shift Toe West | 690 | 30% | 18.8 | 36.70 | 206% |
| VE Set 4 - Passive Gas Collection − Shift Toe West | 610 | 15% | 17.6 | 34.66 | 195% |

Case 1:02-cv-00022    Document 80-6    Filed 01/31/2007    Page 17 of 25

## DESIGN SUGGESTIONS

The VE Team developed 42 Design Suggestions that are submitted to Guam DPW for their review and consideration. The Design Suggestions are presented below.

### Divert off-site stormwater around landfill (Creative Idea No. MF-1)

The benefits of diverting off-site stormwater away from the waste area and around the site are significant. If surface water comes into contact with waste or its associated liquids, the surface water becomes contaminated. Consequently, it is important to prevent off-site surface water from entering the waste area.

Surface water can be directed away from the waste area by improving an existing but overgrown ditch on the north side of Dero Drive. This existing ditch should be cleaned of its vegetation, improved where necessary, and maintained to assure conveyance of surface waters away from the site.

### Collect stormwater in drains and chutes, and take off landfill before closure activities (Creative Ida No. MF-2)

Collect stormwater in drains and chutes and route off landfill with action completed before closure activities are even initiated. In other words—do it now. This action will reduce leachate production and supports early compliance. Stormwater management activity impacts to daily operations can be minimized with advance planning by knowledgeable staff. Stormwater management during the active life of the landfill is a required component of the RCRA D operations criteria to reduce leachate production. Ordot is presently being operated as an open dump, which is prohibited. This early stormwater collection system will need to be reconstructed during the closure and is subject to NPDES.

### Regrade existing cover to improve drainage (Creative Idea No. MF-4)

The benefits of reducing the infiltration of water into the waste prism are significant. If water comes into contact with waste or its associated liquids, additional leachate is generated. The presence of water also accelerates decomposition of waste, generation of methane gas, and accelerated settlement. Consequently, it is important to prevent off site surface water from entering the waste.

The top deck of the site should be graded to promote positive drainage of surface water off of the site. Existing low areas that allow water to pond should be filled. Assuming the operators follow proper waste fill sequencing, waste placement protocol, and placement of cover soils, there is no additional cost associated with this activity. Immediate action in this regard will be an excellent step toward demonstrating that the Guam DPW is taking positive action to operate the dump correctly and proceed to closure.

### Treat leachate through an aerate system (Creative Idea No. MF-11)

Treat leachate through an aeration system using biological methods. Biological methods are especially applicable for organic-type contaminates, and monitoring data is needed for method qualification. Aeration methods can eliminate the need for a sewer conveyance system (pipes and pumps) and simplify the industrial discharge process, as treated effluent may be released to the environment, provided discharge standards are met.

The applicability of method depends on the strength and composition of the leachate. Depending on the leachate strength and volume of flow, a pond or package plant may be used. For a package plant, the process is more complex and requires electricity, but it can handle larger flows and leachate strengths. Stopping the uncontrolled discharge of pollutants to the Lonfit River is the major goal of the Consent Decree.

## Replace ABM with erosion mat (Creative Idea No. MF-17)

Articulated Block Mat (ABM) is a useful but expensive erosion-resistant surface applied to the surface of various drainage ditches and chutes. Depending upon the speed of the water traveling in the drainageway, other erosive protection materials could be used. For this application, ABM provides a highly durable wear surface, in addition to being somewhat flexible to accommodate landfill settlement.

However, a wide variety of manufactured Erosion Mats have been developed which, if appropriate, could provide significant savings. Erosion mats are also flexible and may provide appropriate erosion resistance, depending upon the scouring affect of the water being transmitted. The designer should evaluate the design speed of various portions of the collection ditches. Where appropriate, the use of Erosion Mat materials should be employed.

## Replace ABM-lined chutes with metal-lined chutes (Creative Idea No. MF-18)

As described in MF-17 above, the use of ABM where necessary protects drainage ditches from erosive water scour. Down chutes collect surface water from tributary berms on the top and sides of the site and convey the water to the bottom of the site. The volume and velocity of water in these chutes is very high. Many landfill operators in the US employ a pre-manufactured metal chute for this purpose. The metal chutes are significantly less costly. However, the metal-lined chutes require additional maintenance and may deteriorate (rust) in the marine environment of Guam. The designer should evaluate the benefits and limitations of metal-lined chutes and revise the design as appropriate.

## Use tarps to shed water from the site (Creative Idea No. MF-24)

As described in MF 4 above, the benefits of reducing the infiltration of water into the waste prism are significant. If water comes into contact with waste or its associated liquids, additional leachate is generated. The presence of water also accelerates decomposition of waste, generation of methane gas, and accelerated settlement. Consequently, it is important to prevent off-site surface water from entering the waste.

If cover soils are not available, the uncovered portions of the site should be covered with tarps to promote positive drainage of surface water off of the site. Tarps can be secured to the site using waste tires, sand bags, etc. The use of tarps should be limited to a temporary application only and are generally equal to grading the site to promote surface drainage (MF 4).

**Put a water quality monitoring system in place for leachate, stormwater, surface water, and groundwater (Creative Idea No. MF-26)**

The current operations at Ordot Dump do not perform any water quality monitoring for leachate, stormwater, surface water bodies (i.e., rivers, streams, wetlands, etc), or groundwater. This lack of historical data precludes the evaluation of water quality conditions at and around the dump. Immediately establishing a consistent and approved water quality monitoring program will help to qualify and quantify current impacts to water quality, which will allow for appropriate revisions to minimize post-closure requirements. It will also demonstrate positive action by Guam DPW toward establishing acceptable operating procedures and progress toward closure while beginning to assemble essential data needed to manage the closed facility.

**Lay west slope back (Creative Idea No. ED-8)**

The un-named drainage meanders along the westerly edge of the dump. In one location, the drainage encroaches near the toe of the dump boundary. A variety of solutions to this condition are described (ED-4, ED-5&6, and ED-5&7). As an alternative, the slope above the drainage could be cut (lowered or laid back) thereby removing the steep sloping portions of waste above the drainage. The current design includes an excavation slope very similar to this alternative (see temporary excavation slope on the west side of the site, sheet C-2).

Unfortunately, the excavated waste will need to be relocated onto other portions of the site. This will consume valuable airspace that is needed for waste placement until the new landfill site is constructed and ready to receive wastes.

Once the drainage has been relocated, an earthen embankment may be installed to support a portion of the westerly toe of the dump. This approach removes the necessity of installing a very costly MSE wall. In addition to a significant capital cost savings, the safety of the project is improved. The 20-to 45-foot high portions of the MSE wall pose a long-term safety risk as an attractive nuisance to the government.

**Utilize green waste as a layer in the final cap (Creative Idea No. ED-16)**

The VE team had discussed alternative ideas to enclose the landfill dump with a variety of materials possible for use. The use of green waste was suggested as a possible alternative to liner or soil, although soil would more than likely be mixed in and be part of the cover material. The green waste reduces the volume of soil needed, as it is expected there would be a consistent and ample amount of green waste material available for disposal. Using green waste as cover to enclose the dump will also be taking up airspace, while at the same time acting as the cover layer. It is referred to as "revenue-generating-cover."

Green waste could be brought to the dump in specified sizes such that it can be spread and compacted to meet the cover layering format on the surface. Obviously, large, bulky, sizes not able to be spread can be further reduced through mulching, chipping, or cutting so that the size is reduced for ease of spread by landfill equipment.

There have been similar experiences on the use of green waste as cover material at other sites, such as the West Hawaii Landfill (although soil was also mixed in to obtain the needed effect.). The green waste was brought in by the disposer, placed and then heavy equipment compacted and broke down the material further. The effort eventually evolved into stabilizing the tipping area. Other sites, such as the Bradley Landfill used green waste as an alternative intermediate cover. The waste was chipped and mulched to obtain the desired, specified size for use.

In summary, green waste can be used as a substitute for soil on an on-going basis when the opportunity presents itself. As an ideal and completely permanent substitute, green waste will need to be processed into a specified size and also be available in ample amount to be able to meet the cover material requirement. Approval from the local regulatory agency for an alternative cover material will also have to be obtained first.

**Use Navy dredge spoils as cover material (Creative Idea No. ED-17)**

There is a potential source of daily cover that is in short supply at this point in time. The dredged soil may be appropriate for providing cover; however, the actual soil needs to be assessed for suitability. If the contractor needs to find a place for the dredged material, this could actually generate revenue or at least be a no-cost solution for DPW. It should be noted, however, that the soil/sediment may be contaminated from harbor activities over the past 60 years and that watertight trucks will be needed to transport the soil if the material is not dried out prior to transport.

**Mandate that all grading projects deliver excess soil material to the Ordot Dump for use as cover material (Creative Idea No. ED-23)**

The Ordot Dump's primary source of cover material is located at the Dededo quarry. Consistently transporting this material is costly and inefficient due to DPW's lack of resources, which results in large areas of uncovered waste and environmental non-compliance. Establishing an executive order that mandates all excess, clean material generated from grading projects be delivered to Ordot Dump for use as cover material will assist dump operators by providing one of the most essential resources for efficient and effective dump operations. Daily soil cover facilitates environmental compliance by reducing vectors, odors, and leachate generation, and improving aesthetics.

**Negotiate purchase option of soil from property owner to the north (Creative Idea No. ED-24)**

There is a plan by the Department of Public Works to purchase soil from the owner of Lot No. 3390-2NEW-R2, which is located north of the Ordot Dump. There was also a soil investigation report issued by Geo-Engineering conducted on January 18, 1994 which states that the clayey silty soil is a cohesive and relatively impermeable material and would be suitable for use as fill for the Ordot dump area. Estimates by the VE Team indicate roughly 200,000 cubic yards of suitable cover soil may be present on this property.

The plan to negotiate a deal from the lot owner at this time is highly recommended in order to protect this source (for several years) from being sold to another buyer by initiating a "Contract to Purchase." The prospective fill site in its proximity to the dump area will decrease the construction cost significantly for fill materials.

Upon confirmation of the "Contract to Purchase" between DPW and the lot owner, DPW could then specify in the bid documents that field materials from the site of specified quantity (Quantity to Be Determined by DPW) shall be available for contractor's use. Material cost for the fill materials from this site shall not be included in the contractor's prospective bid.

**Assure public safety and health associated with exposed waste slope created during MSE wall construction (Creative Idea Nos. ED-25 and ED-26)**

During the construction of the proposed MSE walls, and of the entire dump closure project, safety measures should be undertaken to prevent accidents, save lives, and avoid penalties from OSHA for safety violations. Specifically, the construction of MSE walls would generate an exposed slope of approximately 38 feet high, which would require workers' protection from falls. The placement and compaction of waste towards the MSE wall is also a hazard for personnel and equipment. The construction of scaffolds and other safety measures required, as well as the preparation of a safety plan, should be implemented prior to start of any construction activity. Part of the safety plan should be the appointment of a full-time safety manager to implement the safety program for this project.

In addition, residents to the west of the dump should be relocated during the construction of MSE walls, as the exposed waste will generate vectors and bad odors within the vicinity.

### Knowingly violate with notice (Creative Idea No. MS-1)

Knowingly violating the Consent Decree schedule with notice may be the only remaining option if available planning time has been expended. This may be the only way to provide scheduling flexibility and must be done with proper notice to Guam EPA. Operational improvements to remove Ordot from open dump status must be completed to enable this step to be successful. Written confirmation of removal from open dump status will increase success.

The notice of knowingly violating the Consent Decree Schedule must be justified with regular update reports on an agreed-upon schedule. The reports should provide the required Consent Decree schedule, a revised up-to-date schedule, task items, and explanations of task item delays, including resource limitations.

Consent Decree violations are subject to penalties. The Ordot dump is presently operated as an open dump. The operator must take steps to meet RCRA D operational criteria and manage the leachate seeps along the base of the landfill. Qualified technical staff, operations staff, and advance planning must be integrated to successfully meet operations criteria. Measures must be taken to stop pollution discharges from affecting the wetlands and reaching the Lonfit River.

Immediate steps to meet operational criteria include off-site/on-site stormwater management, daily cover, access controls, and an all-weather road to the workface, including a turnaround area. Failure to meet these minimum standards would mean that the landfill continues to operate as an open dump, which is prohibited.

**Open/regular communication/meetings among all stakeholders (Creative Idea No. MS-2)**

Whenever public projects are planned and the process proceeds forward from the start, there will be a myriad of interests that will affect the project before, during, and after. The effect will be ongoing from beginning to end. The primary reason is that there are multiple stakeholders that all have interests in the project, and they all do not necessarily agree in the interest of the outcome.

The Ordot Dump Closure project, particularly, has a greater sensitivity to all stakeholders because of the nature of the project. The Dump has been in existence for over 60 years, and its effect on the community has been more negative than positive. Ironically, the service the Dump provides makes public lives more convenient in that it provides for a place to dispose of our waste. The Ordot Dump Closure project has become more controversial because of scheduling, costs, and environmental impacts that have been ongoing for years.

The Value Engineering team has discussed a need that can go a long way to help meet schedules vital for the project's success. This need requires that meaningful open and regular communication and meetings among ALL stakeholders be conducted on a regular basis.

From a simple and basic point-of-view, human nature will always have its conflicts; however, all stakeholders must develop relationships such that they can all "agree-to-disagree". As mentioned earlier, the advantage and positive outcome to regular, open communications and meetings of stakeholders is it can provide flexibility in the closure process. The numerous interest as mentioned earlier, tend to have needs that may come in conflict with those or other interests just as important to the process. If meeting and communicating among stakeholders occur, chances are that information exchange can lead to a better understanding amongst the interests and can lead to solutions. It takes genuine effort on the part of all stakeholders to understand this relationship and work towards making it happen versus fearing hidden agendas and simmering mistrust. Personal feelings and especially those disguised as "business only and nothing personal" will need to be left at the door in order to move forward and prove that open and productive meetings and communications will lead to a "win-win" solution. Given this, the advantages are:

- Provides flexibility in closure process
- Enhances potential for success
- Supports interests of Guam residents
- Will be in the best interest for all schedules
- Creates common interest and goals

**Add incentive clause to contractor to accelerate schedule (Creative Idea No. MS-3)**

The contractor would be incentivized (depending on the incentive) to be more efficient and to increase the rate of site work. These activities and other creative ideas resulting from the incentive may well advance the schedule enough to meet the consent decree. A clause regarding the fact that safety must not be compromised in order to accelerate the schedule needs to be included in any incentive scheme.

**Stop receipt of waste by October 2007 (Creative Idea No. MS-4)**

Guam DPW would stop receipt of waste by October 2007 as a milestone to satisfy the Consent Decree, with notice to the governing agency that remaining capacity exists in a defined interim area. The governing agency has the option to extend the final closure date. If approved, this will allow more time to complete the final closure of the facility. Operations in the interim area must meet operations criteria. Outside of the interim area, intermediate cover that manages stormwater would need to be completed and maintained. A stakeholders meeting between all affected parties will need to be held to work out the details of the steps to be taken. The practical capability of Government Guam should be a consideration.

An extension of the closure date cannot be approved if operations at Ordot continue as an open dump. Operations in the defined interim area must meet the operations criteria without the release of pollutants to the environment. Operational criteria on which to focus include covering the active workface, stormwater management, leachate controls, and measures to control vectors.

**Modify Consent Decree Schedule to make it more realistic (Creative Idea No. MS-10)**

The Consent Decree (CD) schedule includes certain elements that pose challenges to implementing the Ordot closure improvements. For example, the new landfill at Dandan will not be operational until late September 2007. Yet, the CD requires the closure improvements to be complete one month later (October 2007). Insomuch as there is no other location waste may be managed on Guam, it is highly unlikely that landfill closure improvements can be completed while ongoing waste receipt and placement activities occur. As another example, the CD did not include certain necessary functions that must be completed prior to implementation of the project (securing necessary funds, acquiring property, securing easements, complying with local land use permit issues, etc.).

The Guam Department of Public Works (DPW) has expended considerable time and effort in recent months developing an alternative schedule that reflects the estimated schedule of various elements of the project. The revised schedule was submitted to the US EPA for consideration. The US EPA rejected the schedule, stating that the current CD reflected years of analysis and negotiation.

Aside from the unproductive conclusion of this effort, it remains advisable for Guam DPW to request clarification of certain undefined aspects of the CD. The key issues that should be clarified include, but not limited, to the following:

- Cease receiving waste
- Completion of the closure improvements
- Cease discharges to the Lonfit River

**Accelerate development of first Dandan cell (including access road) (Creative Idea No. MS-11)**

In order to better meet the project schedule, the VE Team recommends that the development of the first waste cell at the new proposed landfill in Dandan be accelerated. The notion behind this recommendation was to provide options and be in a better position that would assure the consent decree schedule can be met. It will also accelerate the time when the Ordot Dump will stop receiving waste.

Upon further review on the aspect of the closure project schedule and the consent decree requirements schedule, some flexibility appears to be needed. Estimates of timing for accomplishing milestones in the schedule and the reality of the work to be done and what time they need to get it done may conflict. The acceleration of the first cell development will afford a greater opportunity to modify the schedule. It would put DPW in a better position to review and pursue flexibility in meeting the schedule.

The development of the first cell and efforts to accelerate the schedule to accomplish it may meet hurdles from stakeholders and also from sufficiency of funds present. The process of modifying local land use zoning and acquiring the land can further delay any optimism for the cell development.

**Clarify poorly defined area in Consent Decree that makes it difficult to meet requirements (Creative Idea No. MS-14)**

There are some areas in the Consent Decree that require special attention. The intent of the Consent Decree is to stop pollution from discharging to the Lonfit River, and to close the Ordot dump in-order to prevent future discharges. The Consent Decree is a combined Clean Water and RCRA D action that must be satisfied.

The practical capability of the Government of Guam and resource limitations especially funding represent significant barriers that should be considered in negotiations with Guam EPA. At the present time, involved agencies appear to be having great difficulty communicating. The continued receipt of waste at Ordot remains in the public interest until the new landfill is constructed and starts operations. However, the Government of Guam is also responsible for taking reasonable action to stop the discharges of pollution to the Lonfit River and meet RCRA D operational controls.

Both parties need to negotiate with the goal of understanding each other's positions so that progress can be made. Technically knowledgeable staff is recommended for the Government of Guam with the authority for decision-making.

**Privatize remaining life of Ordot (Creative Idea No. MS-15)**

Privatizing the operations for the remaining life of the Ordot Dump was suggested. This idea relied on the proven experience that if operations of the Ordot Dump were to be privatized, the private operator would be better capable of running the landfill operations in a compliant nature and invest in resources to meet schedules required of them. The setup can be more efficient in that there would be one responsible party, which would eliminate multiple operators and any conflicts that can arise from having more than one entity operating the dump.

The current schedule and time allowed for privatizing may not provide ample time to make the privatization process complete. There is also the concern from any private entity seeking interest in the operations that any liability associated with the current operations may be inherited. From a business standpoint, the current schedule, any privatization conversion timeline, and the remaining site life may not meet the potential private entity's return on investment estimates.

**Institute regular environmental compliance monitoring program, immediately (Creative Idea No. MS-17)**

An ongoing environmental compliance monitoring program would greatly reduce the chance for Notice of Violations and fines due to non-compliance, and it would build up trust between the DPW and GEPA by being able to show compliance in the continued operations at the dump. Trust that DPW is doing the right thing (and documenting it) will lead to more flexibility in the regulatory relationship. A proactive stance in this area would go a long way in building confidence and trust between the agencies.

**Bring an Environmental Compliance Officer on board as part of interim operations and through closure (Creative Idea No. MS-18)**

The concept to create, designate, and assign a compliance officer to the Ordot Dump project and dedicate their responsibility was suggested. The Environmental Compliance Manager (ECM) will be able to oversee all compliance issues, and meet and communicate with regulatory agencies and perhaps other stakeholders. The ECM will also be tasked to assist in operational needs, such as train operations and develop programs that can nurture a culture within the operations of the Dump to a higher level of compliance and responsibility.

With the ECM in place, a respectable track record developed showing that Operations is operating efficiently and is compliant, and that open communications are ongoing, the facility can be in a better position to appeal for scheduling flexibility and perhaps show regulatory and public interests that the facility deserves consideration.

DPW may have to contend with another position to fill. If the operations are privatized, then the issue of an extra employee goes away.

**Combine Dandan and Ordot as a single privatized contract (construct/operate/maintain) (Creative Idea No. MS-19)**

This conceptual function will attract qualified operator contractors because the project will have the potential to meet private business return on investment. The combination of operating two projects will provide for a bigger contract. In addition, DPW will be relieved of direct obligations to maintain, close, and provide for post-closure care.

As noted in MS-15, privatization of the Ordot Dump operations and closure, and MS-18, dedicating an Environmental Compliance Officer, the involvement and the potential to turn over operations to a private interest can go a long way toward obtaining schedule flexibility and meeting the milestones. Combining the new landfill project in Dandan with the Ordot Dump operations and closure can potentially attract interest from private parties which, in turn, opens up other avenues for funding/financing the initial project effort.

**Get all government agencies to comply with a recent executive order, with penalties, mandating that processing of all documents relating to Consent Decree occur within 5 days (Creative Idea No. MS-21)**

Case 1:02-cv-00022     Document 80-7     Filed 01/31/2007     Page 1 of 31

This function recommended relates to MS-2, having open and regular communications and meetings with all stakeholders, but it is specific to the bureaucratic and political stakeholders. Like any project that concerns the public and tends to be controversial, politics and government can be obstacles. All stakeholders in the project will acknowledge this belief.

In order to better meet schedules in the Ordot Dump Closure project, these specific stakeholders need to do their part and comply with existing orders to process and administrate project documents, specifically relating to the Consent Decree, in the mandated timeline. If not, an enforceable penalty should be administered, in a timely manner, in order to effect results.

Everyone should do their part. Efficient administration should be a nurtured culture in government and politics. This function also has a mandated executive order. It should be enforceable.

The advantages to pursuing this function would be that progress can be accomplished for the Consent Decree schedule. Any delays can be avoided concerning the CD. The downside to this is that it will take political will and great effort not to stumble over bureaucratic hurdles.

**Explore other funding mechanisms such as import taxes, tourist taxes, real estate taxes, etc. (Creative Idea No. MS-22)**

Although many of these additional funding mechanisms have already been explored, some funding sources have not been fully explored. It would be worthwhile to spend some time ranking the most promising sources, investigate the possibilities with bureaucrats and politicians, and then create a list of those funding sources that are most likely to be acted upon *and* will also bring in the most money to the dump closure project.

**Create separate Solid Waste Authority to manage and finance landfill closure and operations (Creative Idea No. MS-23)**

An autonomous, independent solid waste authority could be more efficient in providing funding, since it would not have to respond to the whims of politicians or other self-interested parties. It would have the authority to raise funds through various taxes and/or fees in a simpler and more straightforward manner. The disadvantage, however, is that it creates, by its very existence, a new level of bureaucracy within the government.

**Develop public outreach/education program (Creative Idea No. GI-1)**

The public community interests are important stakeholders in the Ordot Dump Closure project, and communicating and keeping them up-to-date through outreach programs and educational forums is essential for the project's success.

There is a tendency to separate the public as though it is a standalone entity as a stakeholder when, in fact, we are all the public. We are only separated in terms of specific interests and agendas in relationship to the project. The community, as defined, includes those that will be affected by the process, and most likely will be everyone who will be impacted by the project.

An outreach program will need to be developed through educational forums and media. Provisions to allow for a two-way interchange of thinking and voicing concerns in a civilized manner need to be provided. This will help to facilitate understanding and to educate all those wanting to understand the project and its progress or impacts.

An outreach program can be as simple as periodic meetings, such as town hall meetings, that can present a forum for discussion. Education media, such as commercials, TV ads, radio talk show programs, and brochures, can all work towards conveying the project's details, process, and updates. These programs should be neutral and structured to inform only.

Other forms of outreach programs can be tours of the site during and after closure. In terms of the new landfill, a structured and formal tour of the site along, with all its operations and impacts, can be envisioned. Those responsible for the project should also create ongoing dialogue and schedule meetings periodically, as a forum to updating those in the surrounding areas who are directly impacted by the presence of the site.

### Delete future plans for public use of Ordot (Creative Idea No. GI-3)

As designed, the Ordot site is not conducive to public access. For example, the outer edges of the benches are constructed with a four-foot drop (MSE edge wall). Also, there are very steep slopes (1.5:1) between each of the benches. To reduce risk, the design includes a guardrail along the primary access roads. However, access to various regions of the site is not prohibited (particularly the 30-foot + high MSE wall).

In addition to the risk of falling, the site will be equipped with gas collection wells, valves, and other devices to collect and destroy these gases. Landfill gas is explosive and can contain toxic and carcinogenic materials. Also, leachate (landfill liquid) potentially contains toxic or carcinogenic materials.

Taken as a whole, the expectation of allowing public access to the site immediately after closure is not advisable. Legislation and/or policy should be revisited to restrict public access to the site.

### Make the site safe for the public (Creative Idea No. GI-4)

As described in GI-3 above, the site as designed will not be conducive for public access. This alternative addresses a brief review of the changes that need to be performed to make the site safe for public access. The changes for public access could be categorized into the following groups:

- Geometry safety issues
- Exposure to toxic, explosive or caustic materials

In order to make the site safe with respect to its site geometry, the following needs to be accomplished. The site design grades need to be flattened to prevent risk of falling. Vertical features (i.e., MSE walls) need to either be removed or secured to prevent public access. Roadways where the public are allowed to drive on the site need to be widened to allow two-way access.

In order to make the site safe with respect to exposure to toxic, explosive, or caustic materials, the following needs to be accomplished. The gas collection devices (wells, valves, pipes, etc.) need to be secured from public access. The leachate collection system (pipes, pumps, etc.) need to be secured from public access. The site will settle over time. As the site settles, the condition of the cap, gas collection system, and liquids management system will deteriorate, potentially exposing toxic, explosive, or caustic materials. A monitoring plan would need to be developed and implemented that evaluates the condition of the site prior to public access. The monitoring plan would need to identify, isolate, secure, and remove those areas from public access where emissions of gases or liquids could be exposed the public.

**Develop training program for staff (Creative Idea No. GI-5)**

One of the primary ways to enhance successful compliance and perform efficient operational activities is to develop a training program for those personnel directly involved in the daily operation and maintenance of the dump. A highly qualified maintenance or operation trainer should be hired to ensure proper and adequate training for the personnel involved. The hiring of a qualified trainer will be an additional cost, especially if hired from off island; however, the cost savings on a long-term basis will be significant. In addition, it is anticipated that this step will get a good reception from the public when improved, efficient operations of the dump are demonstrated by Guam DPW.

**Install complete perimeter fence at dump (Creative Idea No. GI-6)**

Site security is essential to prevent all access to the closed dump. The steep slopes in the current design are not safe for the public. In addition, feral animals (dogs, pigs, deer, and caribou) can damage the final cover system and greatly increase maintenance requirements.

**Obtain reliable heavy equipment to serve site (Creative Idea No. GI-8)**

The acquisition of reliable heavy equipment during operation will contribute to the efficient operation of the dump during closure. This will definitely increase the cost upfront, but with proper maintenance, the long-term cost benefit will be significant. Commonly used spare parts for this equipment should also be purchased and replenished on a regular basis to avoid disruption of operations.

**Assure that adequate redundancy exists in design (Creative Idea No. GI-10)**

In order to avoid disruption of services, standby equipment such as heavy equipment, generators, pumps, etc., should be acquired or ready for use in case of breakdowns. With continuous operation, the public health is being safeguarded and, possibly, public complaints would be minimized. This purchase of standby equipment will increase cost.

**Identify off-site location of temporary waste storage stockpile areas associated with planned MSE wall construction (Creative Idea No. GI-11)**

The cost estimate states a four-mile round trip for temporary storage of wastes during MSE wall construction. This implies the use of an off-site storage area. No further discussion of this off-site storage area is provided in the documents.

The identification of a suitable off-site location for the excavated waste resulting from the MSE wall construction is a critical path issue. The site not only needs to be physically located and approved by GEPA, but a Solid Waste Storage Permit needs to be obtained from GEPA. The siting and permitting issues are potentially long-lead items that need to be addressed as soon as possible, if the MSE wall construction is approved as a final design component.

**Define procedures for following the filling plan to assure that work is staying within plan and matches the final grading plan (Creative Idea No. GI-14)**

Define procedures for following a filling plan that directs sequential disposal activities on the top deck, which matches the final grading plan. This will minimize additional work during closure and ensure that positive drainage grades prevent the ponding of stormwater on the top deck. This will result in more effective operations and an efficient closure.

## Confirm Guardrail design is appropriate for MSE wall (Creative Idea No. GI-15)

The current design includes a four-foot high MSE wall along the primary access route that is equipped with guardrails (guardrail alignment per sheet C-4). The guardrail details (sheet C-38) demonstrate a 2-foot 6-inch deep support set in a 12-inch sonatube, backfilled with concrete. However, the Typical Bench Cover Section (sheet C-12) does not show the guardrail. The bench detail has a reinforced edge (four-foot high MSE wall) with geogrid Type 3 imbedded four feet behind the face of the wall.

It is unclear how the guardrail post will be installed with respect to interfering with the geogrid textiles. It is recommended that the designer evaluate these two details and clarify how these features should be properly constructed. The clarification should include an analysis of the anticipated resistance the guardrail post will provide in the event of a lateral load, insomuch as the post is located immediately adjacent to a nearly vertical four-foot drop (that presumably does not provide resistance if impacted by a lateral load).

## Make Navy responsible partner in closure process and funding (Creative Idea No. GI-16)

Make the Navy and Air Force responsible partners in the closure process and funding. The financial and practical capability of Gov Guam is limited. With a small population of 160,000 residents, the tax-base is limited. Of special concern are financial limits due to a primary tourist and service economy. The military has been a major, historic user of the Ordot dump bearing some responsibility for its contents, and will rely on the new landfill when it comes into service. The military must recognize that they are major stakeholders in the successful management of solid waste in Guam.

A responsible partnership should extend beyond seeking financial assistance. Other assistance may include technical, manpower, equipment, and material resources. The Government of Guam should include all major commercial and industrial parties in the solution. Assistance for materials, especially cover soils, should be requested.

**Encourage future political candidates to state position and plans associated with closure (Creative Idea No. GI-17)**

As recommended, all stakeholders need to make the effort to encourage our elected and future candidates for public office to make their position and understanding of these projects clear. Currently, future candidates seeking public office need to make it clear of their position on the Closure project. They should also strive to provide ideas toward productive processes that they can make happen for the success of the closure. With this function in mind and brought to realization, our political stakeholders can help in the process and account for their part in making the closure project a success. The project then will continue to be on the front burner and not be dragged on or ignored, which would not be in the best interest of anyone.

**Permit conditions outside 40CFR258 are not applicable/clarify draft permit (Creative Idea No. GI-18)**

The Ordot dump is an NPL site, under CERCLA. The CERCLA September 2002 Five-Year Review report makes a no-action determination, deferring corrective action to closure under RCRA D. The draft permit is designed to implement necessary environmental controls and close the dumpsite by October 2007. The Ordot dump has been in operation since the 1940s. It continues to be operated with minimal environmental controls, which qualifies it as an open dump. Open dumps are prohibited under RCRA D.

The draft RCRA D permit should be viewed as applying environmental controls under the RCRA D operations criteria that will correct the discharge of pollutants to the Lonfit River. The final goal of the draft permit is the timely final closure of Ordot dump.

The compliance history and the lack of trained knowledgeable personnel are causing Guam EPA to request privatization of the remaining life of the Ordot dump. The use of third-party technical assistance may be more effective if DPW provides a technically capable Environmental Compliance Officer counterpart. This Environmental Compliance Officer would be the appropriate staff to interface with Guam EPA. Third party assistance can provide training within DPW on the proper methods for planning and operating a solid waste landfill under RCRA D criteria. The Environmental Compliance Officer must have a technical background and decision-making authority in order to have a successful relationship with the regulatory agency. This relationship should start with the initial first step being regular delivery of sufficient soil to cover the active workface at the end of each week. The Environmental Compliance Officer should be involved with all solid waste facilities. Management, technical, and operations staff will need to be integrated within the same solid waste unit to be effective in providing the coordination for meeting the permit conditions.

Groundwater monitoring should be implemented during the permit period, and a remedial investigation of off-site contamination should be planned under EPA with input from Guam EPA. Past operations of the Ordot dump have resulted in wetlands encroachment.

# Project Analysis

# PROJECT ANALYSIS

## SUMMARY OF ANALYSIS

The following tools were used to study the project and better understand where opportunities for improvement exist:

- Project Issues
- Cost Model
- Function Analysis (FAST Diagram)
- Reconciled Cost Estimate

# PROJECT CONSTRAINTS AND ISSUES

Key constraints and issues affecting the project include:

## Project Constraint

- Design in accordance with Rules and Regulations of GEPA Solid Waste Disposal, Title 22, Division 4, Chapter 23, Article 6

## Critical Issues

- Meet requirements specified in Consent Decree of February 11, 2003, Civil Case No. 02-00022
- Need to meet the requirements of the draft permit for continued use of Ordot during closure construction
- Needs of Operations takes precedence over all aspects of closure work
- Coordination with ongoing landfill operations
- Provision of adequate anchorage for barrier against wind and water penetration, and exposure of geomembrane on steeps slopes to potential wind-generated uplift forces
- Limit seepage height and ensure that cover soil is not saturated
- Provision for adequate time for manufacturers to produce and deliver materials to Guam—it is imperative to construction schedule that manufacturing and shipping delays be minimized
- Piping may be subject to clogging from biological growth, siltation, and chemical growth
- Minimize gas migration offsite and into the atmosphere
- Impacts of significant storm events and annual rainfall
- Construction scheduling to avoid wet season problems
- Adequate airspace for final placement of material at Ordot and to meet the schedule for the new landfill
- Discharge of pollutants to the Lonfit River is the issue dictated by the consent decree rather than protection of groundwater
- Fire prevention
- Protection/encroachment to wetlands and private property
- Adequacy of prediction of leachate production volumes and rates, and assumptions made to HELP model
- Need for an Environmental Compliance Officer
- Maximum allowable bench height and slopes
- Performance of covered dump under seismic forces
- Magnitude of future settlement of waste
- Public safety liability if access to closed landfill is permitted

# COST MODEL

The VE team leader prepared a cost model from the designer's cost estimate. The model is organized to identify major construction elements or trade categories, the designer's estimated costs, and the percent of total project cost for the significant cost items.

This cost model clearly showed the cost drivers for the project and was used to guide the VE team during the VE Study. The key cost drivers were:

- Capping Systems = $7,848,105 (38.6%)
- Surface Water Systems = $44,038,920 (19.9%)
- MSE Wall System = $3,303,565 (16.3%)
- Mobilization and Miscellaneous Allowances = $2,126,500 (10.5%)

These items account for ~85% of the project cost.

Looking deeper into the cost estimate, the following subcategories are found to be the key significant cost drivers:

- Capping System
  - Geocomposite = $2,301,845 (10.3%)
  - HDPE Geomembrane = $1,989,375 (8.9%)
  - Geogrid = $1,301,025 (5.8%)
  - Native Fill = $1,473,180 (6.6%)

- Surface Water Systems
  - Berms = $1,574,200 (7.0%)
  - Bench Ditches = $1,157,200 (5.2%)

- MSE Wall Systems
  - Waste Excavation & Replacement Relocation = $1,354,500 (6.0%)
  - Waste Excavation & Replacement = $1,006,000 (4.5%)

- Mobilization and Miscellaneous Allowances
  - Mobilization = $2,000,000 (8.9%)

These key items account for ~63% of the project cost.

The VE team evaluated the estimate and suggested changes to bring it more in line as to what would be anticipated for this project. This reconciliation consisted of the following missing items and mark-ups, without altering the unit costs used to create the estimate:

1. Building Permit/Plan Checking Fee, which is a requirement from the Department of Public Works (DPW), was not include in the Engineer's Estimate. The Building Permit Fee is

determined as $5,025 for the first $1 million, plus $2.75 for each additional $1,000 or fraction thereof, of the direct costs. The Plan Checking Fee is then 65% of the Building Permit Fee.

2. The drawings depict MSE walls on each bench. The cost for these walls could not be found in the estimate provided. The VE Team developed an estimate for the bench MSE walls of $833,530 and included this in the total cost of the project.

3. The following are not specifically mentioned as part of the estimate:

   ♦ Contractor's Overhead = 10%

   ♦ Contractor's Profit = 15%

   ♦ Contingency = 5%

The resulting reconciled cost estimate raises the total project cost from the $22,398,925 given in the cost estimate to $29,797,912 which the VE team used in assessing the various alternatives.

The specific relationships of the major cost elements, as reconciled, are depicted in the following chart.

# COST HISTOGRAM- Project Cost

**PROJECT: Ordot Dump Closure**

| PROJECT ELEMENT | | COST | PERCENT | CUMULATIVE PERCENT |
|---|---|---|---|---|
| Capping Systems | | 7,848,105 | 36.94% | 36.94% |
| Surface Water Systems | | 4,038,920 | 19.01% | 55.94% |
| MSE Wall System | | 3,303,565 | 15.55% | 71.49% |
| Mobilization and Miscellaneous Allowances | | 2,126,500 | 10.01% | 81.50% |
| Landfill Gas System | | 966,110 | 4.55% | 86.05% |
| Earthwork | | 857,190 | 4.03% | 90.08% |
| Leachate System | | 779,550 | 3.67% | 93.75% |
| Electrical System | | 210,008 | 0.99% | 94.74% |
| Erosion and Sedimentation Control | | 188,380 | 0.89% | 95.63% |
| *Construct MSE Benches* | | 833,530 | 3.92% | 99.55% |
| *Building Permit and Plan Checking Fee* | | 95,940 | 0.45% | 96.08% |
| **Subtotal** | | **$ 21,247,798** | **100.00%** | |
| Gross Receipt Tas | 4% | $ 849,912 | | |
| Cost Escalation due to Inflation Over 2 Years | 6% | $ 1,325,863 | | |
| Protection of Existing Facilities | 0% | $ - | | |
| *Contingency for Construction* | *5%* | $ 1,062,390 | | |
| *Miscellaneous Markups (O&P)* | *25%* | $ 5,311,950 | | |
| | | $ - | | |
| *Italicised items not in original cost estimate* | **TOTAL** | **$ 29,797,912** | **Comp Mark-up:** | **40%** |



The detailed costs estimates produced by Dueñas & Associates with support by URS Corporation follow:

Case 1:02-cv-00022　　　Document 80-7　　　Filed 01/31/2007　　　Page 12 of 31

# FUNCTION ANALYSIS

Function analysis was performed, which revealed the key functional relationships for the project. This analysis provided a greater understanding of the total project and how the issues, project cost, and function requirements are related.

The Function Analysis identified *Protect Environment and Health* as the basic function, with key secondary functions of *Satisfy (CRCLA D) Regulations* and *Satisfy Consent Decree* as other critical project functions that have a significant impact on the decisions that affect the project design decisions and costs. Following is a Function Analysis System Technique (FAST) diagram of the project prepared by the VE team.



FAST Diagram
Ordot Dump Closure
Guam

UNIVERSAL FUNCTIONS

REDUCE COSTS | SATISFY NEIGHBORS | IMPROVE PRODUCTIVITY | IMPROVE SITE

WHY?

HOW?

SCOPE LINE

CONTROL RUN-OFF

CONTROL RUN-ON

RESIST UPLIFT

RESIST WIND

CONTROL STORM WATER

GROW VEGETATION

MAINTAIN SLOPE STABILITY

CONVEY FLUIDS

STORE FLUIDS

DISCHARGE FLUIDS

DISPOSE FLUIDS

CEASE WASTE RECEIPT

RECLAIM WETLANDS

LIMIT O&M

MINIMIZE EROSION

ENCLOSE DUMP

MINIMIZE ODORS

SATISFY (RCRA D) REGULATORS

SATISFY CONSENT DECREE

Protect Environment & Health

$3.3M

$800K

$14.1M

$6K

$6.1M

# Project Description

# PROJECT DESCRIPTION

## INTRODUCTION

This Value Engineering (VE) Report summarizes the VE Study conducted by Value Management Strategies, Inc., October 24–28, 2005, for the Guam Department of Public works (DPW). The subject of the study was the 100% design submittal Closure Plan and Post-Closure Plan for the closure of the Ordot Dump, Guam.

The purpose of the VE Study was to identify viable alternatives to enhance the project's value and functionality.

## PROJECT DESCRIPTION

The Ordot Dump Closure Project is located in Ordot, Guam. The closure of this active municipal waste dump site will be performed in accordance with Title 22, Division 4, Chapter 23, Article 6 (§23601) of the Rules and Regulations for the Guam Environmental Protection Agency (GEPA) Solid Waste Disposal (Appendix A) and Part IV of the Solid Waste Management Facility Permit Application, Landfill, at the request of the Government of Guam, Department of Public Works (DPW).

The starting date for the use of the site as a dump is not documented, but it is known that the Ordot Dump was in use during World War II. The dump was used as a disposal area by the Japanese during the Japanese occupation of Guam from December 8, 1941 to July 21, 1944 (Juan C. Tenorio & Associates, Inc. 1993). Following the liberation of Guam, the U.S. Navy continued to use the site as a disposal area. Ownership of the Ordot Dump was transferred from the United States Naval Government of Guam to the Government of Guam in 1950 under the Organic Act. Since then, the Government of Guam, specifically the DPW, has been operating the Ordot Dump as a municipal solid waste disposal facility.

The Dump is located approximately 2.5 miles south of Guam's capital, Hagatna, and about one mile west of the Route 4/Dero Drive intersection. The area surrounding the Dump is a dense brush, wooded area with scattered residences. The nearest residences are approximately 200 feet from the Dump. The Dump is situated in a ravine that is a tributary to the Lonfit River, located approximately 500 feet to the south of the site.

The Dump occupies and borders property of the Government of Guam on the northeast, east, south, and southwest boundary lines of the Dump. The north and west limits of the Dump border public land in the form of a road and privately owned land, respectively.

The Dump waste footprint area, based on the 2004 limits of waste delineation performed by Dueñas & Associates, Inc. and projected filling footprint per the Operations Plan (Dueñas & Associates Project Team (DPT, 2005a), has been estimated to be 46.8 acres. This waste footprint area will be reduced to approximately 45.8 acres during closure construction, as waste will be relocated from the western edge of the Dump and consolidated behind a mechanically stabilized earth (MSE) wall (DPT, 2005b). The precise limits of waste will be defined as a part of the Dump closure construction. The final waste volume of the Dump at the time of closure will be approximately 4.4 million-cubic yards (DPT, 2005a).

The Dump is an unlined disposal facility and has few to no control systems to manage landfill gas, leachate, surface water, erosion and sedimentation, or vectors.

The Dump closure design includes the following construction elements:

- Final grading and layout of the Dump, including provision of access roads and surface drainage features, constructed over the final cover area;
- A final cover system, constructed over an approximately 45.8-acre footprint area;
- A leachate management system;
- A surface water management system that intercepts clean surface water runoff from the closed area and conveys it to the on-site sedimentation ponds;
- Erosion and sedimentation control facilities; and
- An active landfill gas (LFG) management system.

The cost estimate for the project, as developed by URS Corporation, is $22,398,925.

## ESTIMATED COST

The reconciled cost estimate for this project is about $29.8 million. This does not include all of the items anticipated to be needed and required by Guam DPW for their end use. A copy of the URS Corporation cost estimate follows.

The VE Team's review of the estimate identified and questioned a number of additional items that are either underestimated or missing. A more detailed presentation of these items can be found in the Project Analysis section of this report.

| Item | Description | Unit | Unit Rate | Quantity | Cost | Source/Justification |
|---|---|---|---|---|---|---|
| | **Mobilization and Miscellaneous Allowances** | | | | | |
| 1 | Mobilization | LS | 2,000,000.00 | 1 | $ 2,000,000 | Approximately 10% of total construction cost. |
| 2 | Temporary Erosion and Sediment Control Plan | LS | 7,500.00 | 1 | $ 7,500 | Based on engineer's estimate |
| 3 | Traffic Control Plan | LS | 3,000.00 | 1 | $ 3,000 | Based on engineer's estimate |
| 4 | Survey Program | LS | 5,000.00 | 1 | $ 5,000 | Based on engineer's estimate |
| 5 | Road Sweeping | LS | 50,000.00 | 1 | $ 50,000 | Based on engineer's estimate |
| 6 | Groundwater Monitoring Wells | EA | 12,000.00 | 4 | $ 48,000 | Based on previous comparable project |
| 7 | Data and Factual Predesign/Construction Plan | LS | 3,000.00 | 1 | $ 3,000 | Based on engineer's estimate |
| 8 | NPDES Permit During Construction | LS | 50,000.00 | 1 | $ 50,000 | Based on engineer's estimate |
| | **Mobilization and Miscellaneous Allowances Subtotal** | | | | $ 2,126,500 | |
| | | | | | | |
| | **Earthwork** | | | | | |
| 9 | Clearing | AC | 3,000.00 | 60.0 | $ 180,000 | Unit rate based on previous comparable project; winning bid. Quantity based on entire closure area + area of material in pond. |
| 10 | Prepared Subgrade | AC | 3,000.00 | 55.0 | $ 165,000 | Unit rate based on previous comparable project; winning bid. Quantity based on entire closure area. |
| 11 | Topsoil Stockpile | CY | 2.00 | 200,000 | $ 400,000 | Unit rate based on engineer's estimate. Includes cut and fill of 12" topsoil. 12" topsoil backfill from existing stockpile, and compaction. |
| 12 | Pond Earthwork | LF | 62.50 | 7,900 | $ 493,750 | Unit rate based on vendor quotes, including shipping and installation. Unit rate includes 3' A.C., 18' of base course, 4' depth geocast, and geocradle. |
| 13 | County Scales | TN | 32.00 | 100 | $ 3,200 | Unit rate based on previous. Hawaiian Rock fee material cost including delivery. Quantity based on 4 culverts with 2 outlets. |
| 14 | Drainage for Borrow/Excavation Safety Systems | LF | 7.20 | 4,500 | $ 32,400 | Unit rate based on previous comparable project; winning bid. Quantity based on length of absolute collector trench Type 1 & Type 2 |
| | **Earthwork Subtotal** | | | | $ 857,190 | |
| | | | | | | |
| | **Landfill Gas System** | | | | | |
| 15 | LFG Monitoring Probes | EA | 12,000.00 | 5 | $ 60,000 | Based on engineer's estimate. Includes drill, dispose work, pipe/fittings, bentonite seal |
| 16 | LFG Extraction Wells | LF | 20.00 | 6,405 | $ 128,100 | Unit rate based on previous comparable project; includes trench, backfill/placement of solids, geotextile, perforated CPE pipe/fittings, volume surface. |
| 17 | LFG Valve Station | EA | 2,500.00 | 35 | $ 87,500 | Based on engineer's estimate. Includes trench + backfill/storage solids, geotextile, HDPE pipe & fittings, valves, backfill, bentonite boots. |
| 18 | LFG Blower/Flare | LF | 125.00 | 1,810 | $ 226,250 | Based on engineer's estimate. Includes trench + backfill/storage solids, pipe/fittings, ground work, electrical wiring, bentonite seal liner, wellhead/valve station. |
| 19 | LFG Headers | LF | 32.00 | 7,650 | $ 244,150 | Based on engineer's estimate. Includes 6", 12" HDPE pipe & fittings, trenching, backfill/place solids. |
| 20 | LFG Flare Station | LS | 250,000.00 | 1 | $ 250,000 | Based on engineer's estimate. Includes flare skid, blower skid, connect to site electrical & piping concrete slabs, gravel surfacing, security fencing. |
| | **Landfill Gas System Subtotal** | | | | $ 956,110 | |
| | | | | | | |
| | **Leachate System** | | | | | |
| 21 | Leachate Collector Trench - Type 1 | LF | 64.00 | 4,400 | $ 281,600 | Unit rate based on RS Means and vendor quote. Includes three-phase HDPE geomembrane, geotextile, 12" CPE pipe, 4' HDPE pipe and 12" HDPE pipe |
| 22 | Leachate Collector Trench - Type 2 | LF | 30.00 | 1,200 | $ 36,000 | Unit rate based on RS Means and vendor quote. Includes trench + backfill/place solids, geomembrane, drain rock, geotextile, and 12" HDPE pipe. |
| 23 | Leachate Infiltration Trench | LF | 3.50 | 26,300 | $ 92,050 | Unit rate based on RS Means and vendor quote. Includes geotextile, geocomposite and drain gravel. |
| 24 | Leachate Collection Cleanout | EA | 7,000.00 | 12 | $ 84,000 | Unit rate based on previous comparable project; winning bid |
| 25 | Leachate Evacuation System | EA | 12,000.00 | 1 | $ 12,000 | Unit rate based on RS Means. Includes pipe, installation and delivery. Excavation and backfill is addressed in the "Leachate Trench" costs. |
| 26 | Leachate Storage Single-Wall Tank | EA | 87,000.00 | 1 | $ 87,000 | Unit rate based on vendor's quote. Includes steel tank, delivery, fittings, and installation |
| 27 | Secondary Containment Structure | EA | 28,400.00 | 1 | $ 28,400 | Unit rate based on RS Means. Includes tank foundation and containment wall. All concrete assumed to be reinforced. |
| 28 | Leachate Conveyance Pipe to Tank Connection | LS | 500.00 | 1 | $ 500 | Based on engineer's estimate |
| 29 | Outlet Pipe | LS | 8,000.00 | 1 | $ 8,000 | Based on vendor's quote |
| 30 | Pumping | LS | 4,000.00 | 1 | $ 4,000 | Unit rate based on previous comparable project. |
| 31 | Leachate Pump Station | EA | 155,000.00 | 1 | $ 155,000 | Based on engineer's estimate and vendor quote (Pump Trench lines) |
| 32 | Temporary Leachate Diversion | LS | 20,000.00 | 1 | $ 20,000 | Based on engineer's estimate |
| | **Leachate System Subtotal** | | | | $ 779,550 | |
| | | | | | | |
| | **Capping System** | | | | | |
| 33 | Geocomposite | SY | 9.50 | 254,100 | $ 2,301,940 | Unit rate based on quote from CQE including shipping and installation. Quantity based on entire site + 2nd layer on areas with 2.8:1 or shallower slopes. |
| 34 | HDPE Geomembrane (60 mil textured) | SY | 7.50 | 255,250 | $ 1,969,375 | Unit rate based on quote from CQE for double-sided textured HDPE. Quote includes delivery and installation. |
| 35 | Drainage Layer | SY | 7.50 | 254,500 | $ 1,831,500 | Unit rate based on RS Means and vendor quote. Includes soil/geotextile. Quantity based on entire site. |
| 36 | Native Fill | CY | 53.00 | 26,300 | $ 1,473,150 | Unit rate based on soil being imported from Leeward Property and hauling cost based on RS Means. |
| 37 | Clean Fill/Anchor | LS | 10,000.00 | 1 | $ 30,000 | Unit rate based on RS Means, assuming 6' high. Signage required. Quantity based on fence surrounding Dump on main side. |
| 38 | Vegetative Layer | CY | 32.00 | 20,100 | $ 571,700 | Unit rate based on RS Means. Includes drain gravel, geotextile, and 4" CPE pipe. |
| 39 | Drip Drains | EA | 50,000.00 | 1 | $ 50,000 | Lump sum based on previous comparable project |
| 40 | Anchor Trench | LF | 6.00 | 22,000 | $ 132,000 | Unit rate based on RS Means and vendor quote. Includes native fill and geomembrane. Quantity based on perimeter and downslope anchor trenches. |
| | **Capping System Subtotal** | | | | $ 7,444,165 | |
| | | | | | | |
| | **Surface Water Systems** | | | | | |
| 41 | ADM Perimeter Ditch | LF | 135.00 | 4,000 | $ 540,000 | Unit rate based on RS Means and vendor quote. Includes ADM and excavation. |
| 42 | TRM Perimeter Ditch | LF | 32.00 | 2900 | $ 92,800 | Unit rate based on RS Means and vendor quote. Includes TRM, excavation. Quantity based on north perimeter of ditch and ditch on north. |
| 43 | Berm (channel) | LF | 44.00 | 26,300 | $ 1,157,200 | Native fill and Open Drive |
| 44 | Chutes (Stone and Grout) | LF | 153.00 | 3,630 | $ 555,390 | Unit rate based on RS Means and vendor quote and RS Means. Includes ABM excavation. |
| 45 | Berms | LF | 340.00 | 4,630 | $ 1,574,200 | Unit rate based on RS Means and vendor quote and RS Means. Includes ABM cutive fill, and ECM. |
| 46 | Detention Pond Earthwork | LF | 10,000.00 | 1 | $ 30,000 | Unit rate based on RS Means for excavation and manufacturer of soil surrounding berms. |
| 47 | Detention Pond Structures | LS | 30,000.00 | 1 | $ 30,000 | Native fill, riser, pipe, manhole, community erosion control blanket type 1, and riprap weirs. |
| 48 | Detention Pond Liner | SY | 9.30 | 5,100 | $ 47,430 | Unit rate based on vendor quote, including HDPE geomembrane and geotextile. |
| | **Surface Water Systems Subtotal** | | | | $ 4,034,820 | |

| Item | Description | Unit | Unit Price | Quantity | Total | Notes |
|---|---|---|---|---|---|---|
| | **Mechanically Stabilized Earth (MSE) Wall System** | | | | | |
| 49 | Waste Excavation & Placement/Relocation | CY | 10.00 | 135,400 | $1,354,500 | Unit cost based on RS Means assuming bulldozer with 1 CY bucket, loading onto dump truck, and transporting waste to top of landfill |
| 50 | Waste Excavation & Replacement | CY | 20.00 | 50,000 | $1,000,000 | Unit cost based on RS Means assuming 1 CY pump truck, transportation to and from temporary stockpile, placement, and compaction |
| 51 | Reinforced Backfill | CY | 15.00 | 32,000 | $480,000 | Unit cost based on RS Means, assuming safe from Quarry in transitional deposit |
| 52 | Retaining Wall Fabric | SY | 54.00 | 2,415 | $130,410 | Unit cost based on vendor quote |
| 53 | Geogrid - Type 2 | SY | 6.00 | 36,120 | $216,720 | Unit cost based on vendor quote from Tensar for material, shipping, and installation. Quantity includes 2.5% material waste factor |
| 54 | Geogrid - Type 3 | SY | 5.50 | 15,680 | $86,240 | Unit cost based on vendor quote from Tensar for material, shipping, and installation. Includes 2.5% waste material |
| 55 | Erosion Control Blanket - Type 1 | SY | 1.90 | 6,000 | $11,860 | Unit cost based on RS Means. Assumes staple mix, hydro or as seeded with mulch and fertilizer |
| 56 | Seeding | SY | 1.00 | 2,415 | $2,415 | Unit cost based on RS Means. Assumes slope mix, hydro or as seeded with mulch and fertilizer |
| 57 | Topsoil | CY | 22.00 | 700 | $15,400 | Unit cost based on quote from Hawaiian Rock for material cost including delivery. Based on RS Means for installation |
| | **MSE Wall System Subtotal** | | | | **$3,303,585** | Reduction due to shortening soil length and reduction in wall height |
| | | | | | | |
| | **Erosion and Sedimentation Control** | | | | | |
| 58 | Soil Fence | LF | 2.00 | 18,000 | 36,000 | Based on engineer's estimate including core drilling and removal of existing electrical conduit, and patchwork |
| 59 | Riprap | AC | 3,000.00 | 30 | 90,000 | Based on engineer's estimate |
| 60 | Geogrid Matting | AC | 1,850.00 | 30 | 55,500 | Unit rate based on 2004 Means Electrical Cost Data |
| 61 | Temporary Soil Stabilization | LS | 6,000.00 | 1 | 6,000 | Based on engineer's estimate |
| 62 | Temporary Silt Fence/Check Dam | EA | 40.00 | 22 | 880 | Unit rate based on vendor quote |
| | **Erosion and Sedimentation Control Subtotal** | | | | **188,380** | |
| | | | | | | |
| | **Electrical System:** | | | | | |
| 63 | | | | | 8,375 | Based on engineer's estimate including core drilling and removal of existing electrical conduit, and patchwork |
| 64 | Substation Generator, Operations Building | EA | 8,375.00 | 1 | 500 | and removal of existing equip |
| 65 | Utility Service Charge (pad mounted transformer) | EA | 5,000.00 | 1 | 2,444 | Unit rate based on 2004 Means Electrical Cost Data |
| 66 | Transformer Pad, 80"x40"x6" | CY | 433.00 | 1 | 460 | Unit rate based on 2004 Means Heavy Construction Cost Data |
| 67 | Generator Pad, 80"x30"x18" | CY | 1,850.00 | 1 | 2,244 | Unit rate based on 2004 Means Heavy Construction Cost Data |
| 68 | Fuel Bldg, 24"x12"x12" HDPE | EA | 1,639.00 | 1 | 1,900 | Based on engineer's estimate |
| 69 | | | | | 900 | Based on engineer's estimate |
| | **Trenching, Excavation & Backfill** | | | | | |
| 70 | Chain Link Fencing | LF | 6.00 | 500 | 2,500 | Unit rate based on 2000 Means Electrical Cost Data |
| 71 | Chain Link Gate | EA | 47.00 | 2 | 1,460 | Unit rate based on 2000 Means Electrical Cost Data |
| 72 | Pavement Restoration | SY | 66.00 | 34 | 30,600 | Unit rate based on 2000 Means Electrical Cost Data |
| 73 | Concrete, Transformer | EA | 230.00 | 2 | 1,350 | Unit rate based on 2000 Means Electrical Cost Data |
| 74 | Grounding, Service | EA | 1,500.00 | 1 | 700 | Unit rate based on 2000 Means Electrical Cost Data |
| 75 | Grounding, Service | EA | 600.00 | 1 | 480 | Unit rate based on 2000 Means Electrical Cost Data |
| 76 | Conduit, 4" PVC | LF | 25.00 | 500 | 2,500 | Unit rate based on 2005 Means Electrical Cost Data |
| 77 | Conduit, 4" RGS | LF | 73.00 | 20 | 1,460 | Unit rate based on 2005 Means Electrical Cost Data |
| 78 | Conduit, 2" PVC | LF | 11.90 | 2,800 | 30,600 | Unit rate based on 2005 Means Electrical Cost Data |
| 79 | Conduit, 2" RGS | LF | 27.00 | 50 | 1,350 | Unit rate based on 2005 Means Electrical Cost Data |
| 80 | Conduit, 1" PVC | LF | 7.00 | 100 | 700 | Unit rate based on 2005 Means Electrical Cost Data |
| 81 | Conduit, 3/4" RGS | LF | 16.00 | 30 | 480 | Unit rate based on 2005 Means Electrical Cost Data |
| 82 | Conduit, 3/4" RGS | LF | 13.00 | 100 | 1,300 | Unit rate based on 2005 Means Electrical Cost Data |
| 83 | Wire, 500 copper | CLF | 404.00 | 116 | 53,814 | Unit rate based on 2005 Means Electrical Cost Data |
| 84 | Wire, 12 AWG copper | CLF | 387.00 | 7 | 2,709 | Unit rate based on 2005 Means Electrical Cost Data |
| 85 | Wire, 4 copper | CLF | 179.00 | 29 | 4,584 | Unit rate based on 2005 Means Electrical Cost Data |
| 86 | Wire, 12 awg copper | CLF | 68.00 | 4 | 544 | Unit rate based on 2005 Means Electrical Cost Data |
| 87 | Manhole, 48"x 200A | EA | 342.00 | 1 | 272 | Unit rate based on 2005 Means Electrical Cost Data |
| 88 | Mast, circuit breaker, 200A NEMA 1 enclosure | EA | 1,000.00 | 1 | 2,500 | Unit rate based on 2005 Means Electrical Cost Data |
| 89 | ATS, 200A | EA | 2,065.00 | 1 | 2,065 | Unit rate based on 2005 Means Electrical Cost Data |
| 90 | Panelboard, 480V with 3 feeder CBs, 200A | EA | 6,130.00 | 1 | 6,130 | Unit rate based on 2005 Means Electrical Cost Data |
| 91 | Generator, 25 kVA | EA | 10,545.00 | 1 | 10,545 | Unit rate based on 2005 Means Electrical Cost Data |
| 92 | Sewer engine generator set, 100 kW | EA | 6,500.00 | 1 | 6,500 | Based on engineer's estimate |
| 93 | | | | | 46,700 | Unit rate based on 2005 Means Electrical Cost Data |
| 94 | Substation fuel cost, 130 gallons | EA | 1,870.00 | 1 | 210,068 | Based on engineer's estimate |
| | **Electrical System Subtotal** | | | | **210,068** | |
| | | | | | | |
| | **Subtotal** | | | | **20,518,324** | |
| | Gross Margin/Tax @ 4% | | | | 812,733 | |
| | Total with Territorial Taxes | | | | **21,131,061** | |
| | Cost Escalation Due to Inflation over 2 Years @ 5% | | | | 1,292,864 | This value is +/- 10% of this item |
| | **Total Estimated Project Cost** | | | | **22,386,925** | |

**ESTIMATED SCHEDULE**

A schedule for the proposed construction of the closure of the Ordot Dump was provided to the VE Team and is reproduced on the following page. It calls for contractor mobilization in April 2006, with construction completion by February 2008.



Ordot Dump Closure
Guam Department of Public Works
Construction Schedule

# VE Process

# VALUE ENGINEERING PROCESS

## GENERAL

This report section describes the procedures used during the Value Engineering Study. It is followed by separate write-ups and conclusions concerning the topics noted below:

- VE Study Agenda
- VE Study Participants and Daily Attendance Sheets

A systematic approach was used in the VE study and the key procedures followed were organized into three distinct parts: (1) pre-study preparation, (2) VE study, and (3) post-study procedures.

## PRE-STUDY PREPARATION

In preparation for the VE study, the facilitator (CVS) and VE team members attended an Orientation Meeting. At this meeting the Agency representatives presented an overview of the project, decisions that have influenced the development of the project, and its current status. This included an overview of the project and its operational requirements, which enhanced the VE team's knowledge and understanding of the project. This was followed by a site trip.

In the weeks between the Orientation Meeting and the start of the VE study, the VE team reviewed documents provided by the designer to become better prepared for the study.

## VE STUDY

This value engineering study was a five-day study effort. The VE job plan was followed to guide the teams in the search of high cost areas in the design and in developing alternative solutions for consideration. The job plan phases are:

- Information Phase
- Function Analysis Phase
- Creative Phase
- Evaluation Phase
- Development Phase
- Presentation Phase

**Information Phase**

At the beginning of the VE study, the design team presented a more detailed review of the design and the various systems. This included an overview of the project and its operational requirements, which further enhanced the VE team's knowledge and understanding of the project. Guam DPW officials answered questions posed by the VE team regarding the design.

**Function Analysis Phase**

Key to the VE process are the function analysis techniques used during the Function Analysis Phase. Analyzing the functional requirements in a project design is key to assuring an owner that the project has been designed to meet the stated criteria. The analysis of these functions in terms of cost and design is a primary element in a VE study, and is used to develop alternatives without removing necessary items. This procedure is beneficial to the VE team, as it forces the participants to think in terms of functions and their related worth, and ensures that all the team members agree on the project scope. This facilitates a comprehensive analysis of the project design.

**Creative Phase**

This VE study phase involves identifying and listing creative ideas. During this phase, the VE team participates in a brainstorming session to identify as many means as possible to provide the necessary functions within the project. Judgment of the ideas is not permitted at this point. The VE team looks for a large quantity of ideas and association of ideas. The idea list is grouped by category.

The creative idea worksheets listing all ideas suggested during the study are provided in this report. These ideas should be reviewed, since they may contain ideas that are worthy of further evaluation and may be used as the design develops. These ideas could also help stimulate additional ideas by others.

**Evaluation Phase**

The purpose of the evaluation phase is to systematically reduce the large number of ideas generated during the creative phase to a number of concepts that appear promising in meeting the project objectives. The key criteria against which the ideas need to be evaluated were identified as cost, schedule, agency impact, and public impact. Each idea was tested with respect to these criteria to determine if it added or removed value from the original concept. Once each idea is fully evaluated, it is given a total rating number. This is based on a scale of 1 to 5, as indicated by the following rating index:

| | |
|---|---|
| 5 | Improves Cost & Performance—the project will benefit greatly. Significant cost and/or significant functional improvements. |
| 4 | Improves Cost or Performance—will improve the project. Some cost and/or other functional improvements. |
| 3 | Technically Feasible— but will require additional analysis to verify if cost and/or functional improvements are possible. May challenge design criteria. Needs further development. |
| 2 | Scope Reduction—will reduce cost, but at the expense of project performance. |
| 1 | Significant disadvantages – drop from consideration. |

Based upon the total rating, ideas rated positively were developed further and documented on the Value Engineering Alternative forms. Those rated as 4 or 5 were developed into alternatives. Those rated as as 3 were developed as suggestions. The balance were dropped from further consideration.

**Development Phase**

During the development phase, each idea was expanded into a workable solution. The development consisted of the recommended design, life cycle cost comparisons, and a descriptive evaluation of the advantages and disadvantages of the proposed alternatives. Each alternative was written with a brief narrative to compare the original design to the proposed change. Sketches and design calculations, where appropriate, were also prepared during this part of the study. The VE alternatives are included in the VE Alternatives section of this report.

**Presentation Phase**

The VE study concludes with a preliminary presentation of the VE alternatives that have been developed. This provides others impacted by the results of the study with an opportunity to preview the alternatives and develop an understanding of the rationale behind them.

## POST-STUDY PROCEDURES

The post-study portion of the VE study includes the preparation of this Draft Value Engineering Study Report incorporating a description of the VE study and the alternatives developed for consideration. The report will be reviewed by Guam Department of Public Works (DPW), and comments will be incorporated into the Final Value Engineering Study Report. An optional implementation meeting via teleconference may be scheduled with the DPW, if requested. The VE Team Leader will participate to help clarify any VE recommendations and assist in the resolution of the VE alternatives.

The proposed schedule for post-study procedures follows.

- Receive Draft Report ........................................................................ November 11, 2005
- MWD Review Report and Comments to VE Team.............................. November 25, 2005
- Final VE Report ............................................................................... December 13, 2005

## REFERENCES

The post-study portion of the VE study includes the preparation of this Draft Value Engineering Study

- Dueñas Project Team (DPT), 2005a Ordot Dump Operations Plan, May 2005
- Dueñas Project Team (DPT), Ordot Dump Closure, Final Environmental Baseline Survey, 2005
- USEPA Code of Federal Regulations, 1998, Title 40, Chapter 7, Parts 51, 52, and 60
- Title 22, Division 4, Chapter 23, Article 6 (§23601) of the Rules and Regulations for the Guam Environmental Protection Agency (GEPA) Solid Waste Disposal



**Day 1 – Monday, October 24, 2005**

| | |
|---|---|
| 8:00-8:15 | Introductions (All) |
| 8:15-8:45 | Brief Overviews of the VE Agenda and Process (Ron Tanenbaum) |
| 8:45-9:15 | Agency Comments: Issues, Objectives and Constraints (Guam DPS, Stakeholders) |
| 9:15-11:30 | Project Overview (Detailed Presentation by Designer Project Manager and Engineers) |
| 11:30-12:00 | Identify Performance Attributes and Rate Baseline (All) |
| 12:00-1:00 | Lunch |
| 1:00-3:00 | Site Visit |
| 3:00–5:00 | Identify Observations made on Site Visit, Critical Issues, Project Constraints |

**Day 2 – Tuesday, October 25, 2005**

| | |
|---|---|
| 8:00-8:30 | Recap of First Day/Additional Information Review |
| 8:30-9:00 | Cost Model – Review/Modification of Cost Estimate |
| 9:00-10:00 | Function Analysis/FAST Diagram – Cost/Function |
| 10:00-12:00 | Team Creativity – Generation of Ideas |
| 12:00-1:00 | Lunch |
| 1:00-4:00 | Team Creativity – Generation of Ideas |
| 4:00–5:00 | Evaluation of Ideas |

**Day 3 – Wednesday, October 26, 2005**

| | |
|---|---|
| 8:00-11:00 | Evaluation of Ideas |
| 11:00-12:00 | Team Assignments for Development, Review Alternative Development Process, Forms and Spreadsheets |
| 12:00-1:00 | Lunch |
| 1:00-5:00 | Alternative Development |

**Day 4 – Thursday, October 27, 2005**

| | |
|---|---|
| 8:00-12:00 | Alternative Development |
| 12:00-1:00 | Lunch |
| 1:00-5:00 | Alternative Development |

**Day 5 – Friday, October 28, 2005**

| | |
|---|---|
| 8:00-10:00 | Complete Alternative Development/Documentation |
| 10:00-10:30 | Finalize Team Review of VE Alternatives |
| 10:30-11:30 | Group Review, Ranking VE Alternatives/Sets, and Presentation Preparation |
| 11:30-3:00 | Lunch – sponsored by Guam DPW |
| | *Presentation of VE Alternatives Meeting (Presentation of VE Study Results to Management, Designers, Agencies, and Stakeholders)* |
| 3:00-4:30 | Study Closeout and Incorporation of Comments from Presentation |

Case 1:02-cv-00022      Document 80-7      Filed 01/31/2007      Page 26 of 31

# VALUE ENGINEERING STUDY PARTICIPANTS

The following pages include the VE study attendance lists for the VE Study.

# MEETING ATTENDEES
## *Ordot Dump Closure, Guam*

**VMS**

| 2005 October | | | | | NAME | ORGANIZATION | POSITION | TELEPHONE | E-MAIL | FAX |
|---|---|---|---|---|---|---|---|---|---|---|
| 24 | 25 | 26 | 27 | 28 | | | | | | |
| X | X | X | X | X | Ron Tanenbaum, PE, PhD, CVS | Value Management Strategies, Inc. | Facilitator | 858 | 204-7942 ron@vms-inc.com | |
| X | X | X | X | X | Rico Arceo | TG Engineers, PC | Cost Estimator | 671 | 647-0808 ricoa@tg-engr.com | 647-0886 |
| X | X | X | | X | Tor Gudmundsen | TG Engineers, PC | Project Manager | 671 | 647-0808 tor@guam.net | 647-0886 |
| X | X | X | X | X | Joseph Hernandez | Latte Inc. | Landfill Operations & Management | 808 | 674-0526 latteinc@hotmail.com | |
| X | X | X | X | X | Tim Raibley | Brown, Vence, & Associates | Civil Design | 916 | 652-2014 traibley@brownvence.com | 786-2438 |
| X | X | X | X | X | Gary Siu | State of Hawaii – DOH (Unofficial Status) | Permit Engineer | 808 | 586-4244 gsiu@ehs.health.state.hi.us | |
| X | X | X | X | X | Fred Otte | Otte Associates | Geotechnical, Environmental | 671 | 653-5100 otte@guam.net | 653-5102 |
| X | | | | | Marc Gagarin | Guam DPW | Chief Engineer | | | |

# MEETING ATTENDEES
*Ordot Dump Closure, Guam*

**VMS**

| | 2005 October | | | | NAME | ORGANIZATION | POSITION | TELEPHONE E-MAIL | | FAX |
|---|---|---|---|---|---|---|---|---|---|---|
| 24 | 25 | 26 | 27 | 28 | | | | | | |
| X | | | | X | Jesse Garcia | Guam DPW | Chief Operating Officer | | | |
| X | X | X | | X | Erwin Cruz | Guam DPW | Project Engineer | 671 646-3161 erwinc@mail.gov.gu | | |
| X | X | | | X | Dominic Muna | Guam DPW | Solid Waste Superintendent | 671 888-3789 dgmuna@gov.com @ | | |
| X | X | | | X | Cynthia Jackson | Guam DPW | Project Manager | 671 646-3289 cujackson@mail.gov.gu | | |
| X | X | X | X | X | Omar Damian | Guam EPA | CD Project Manager | 671 475-1619 odamian@guamepa.govguam.net | | |
| | | | | X | Lawrence Perez | Guam DPW | Director | 671 646-3131 649-6178 dpwdir@mail.gov.gu | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |



Value Management Strategies, Inc.

---

**Value Management Strategies, Inc.**
Offices in Escondido and Alameda, California,
Portland, Oregon, Grand Junction, Colorado, and Seattle, Washington



*Value Engineering Report*
**Ordot Dump Closure, Guam**
**Guam Department of Public Works**

**December 2005**



*Value Engineering Report*
**Ordot Dump Closure, Guam**
**Guam Department of Public Works**

**December 2005**



*Value Engineering Report*
**Ordot Dump Closure, Guam**
**Guam Department of Public Works**

**December 2005**



*Value Engineering Report*
**Ordot Dump Closure, Guam**
**Guam Department of Public Works**

**December 2005**