

Office of the Attorney General
Alicia G. Limtiaco
Attorney General of Guam
Civil Division
287 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com

Attorneys for the Government of Guam

FILED
DISTRICT COURT OF GUAM
FEB - 1 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GOVERNMENT OF GUAM,<br><br>Defendant. | CIVIL CASE NO. CV 02-00022<br><br>DECLARATION OF SERVICE |

**I, FRANCISCO SANTOS,**

I am an Assistant Attorney General, and employee of the Attorney General's Office, over the age of eighteen, and not a party in interest in the above-entitled case. I served a copy of the **Motion to Modify Consent Decree, Declaration of Helen M. Kennedy, Declaration of Barbara Torres, Declaration of Lawrence Perez, Declaration of Cynthia Jackson, Declaration of Tor Gumundsen** by delivering to:

---

*Page 1*
*Declaration of Service*
*Superior Court Case No. CV*

1   Mikel Swab, U.S. Attorney's Office, Sirena Plaza Ste., 500, Hernan Cortez, Hagata, Guam.

2       I declare under penalty of perjury that the foregoing is true and correct.

3       Dated this 31ST day of January, 2007.

FRANCISCO M. SANTOS
Process Server / SP0211-89

US Attorney's Office
Districts of Guam & NMI

JAN 3 1 2007
Receiving name _____
Date keyed in Dbase _____
Entered into Dbase by: _____

---

Page 2
*Declaration of Service*
*Superior Court Case No. CV*