Signature.notice

MATTHEW J. MCKEOWN
Acting Assistant Attorney General
Environment & Natural Resources Division
ROBERT D. MULLANEY
Environmental Enforcement Section
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
Tel: (415) 744-6483
Fax: (415) 744-6476

LEONARDO M. RAPADAS
United States Attorney
MIKEL SCHWAB
Assistant United States Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
FEB -5 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 02-00022 |
| Plaintiff, | **NOTICE OF LODGING OF ORIGINAL SIGNATURES** |
| v. | |
| GOVERNMENT OF GUAM, | |
| Defendant. | |

COMES NOW the United States and lodges with the Court, the original signatures, of the Declarations of Michael K. Wolfram, Pankaj Arora, Michael J. Lee, and Ben Machol, in Support

**ORIGINAL**

| | |
|---|---|
| 1 | of United States' Motion to Enforce Consent Decree, in the above entitled case, facsimile copies |
| 2 | of which were previously filed on January 31, 2007. |
| 3 | Respectfully submitted this 5th day of February, 2007. |

Respectfully submitted this 5th day of February, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney

MATTHEW J. MCKEOWN
Acting Assistant Attorney General
Environment & Natural Resources Division
ROBERT D. MULLANEY
Environmental Enforcement Section
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
Tel: (415) 744-6483
Fax: (415) 744-6476

LEONARDO M. RAPADAS
United States Attorney
MIKEL SCHWAB
Assistant United States Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 02-00022 |
| ) | |
| Plaintiff, ) | DECLARATION OF MICHAEL K. WOLFRAM IN SUPPORT OF UNITED STATES' MOTION TO ENFORCE CONSENT DECREE |
| v. ) | |
| ) | |
| GOVERNMENT OF GUAM, ) | Date: March 8, 2007 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | |

I, Michael K. Wolfram, declare:

1. I am an Environmental Engineer for the Environmental Protection Agency, Region IX ("EPA"). I began my employment for EPA as an Environmental Engineer on September 25, 1988. I currently work in EPA's Pacific Islands Office as the Guam Program Manager. I have held this position within EPA since November 22, 2006. I have personal knowledge of the matters stated herein and, if called upon to testify, could and would competently testify thereto.

2. As demonstrated once again by the fire at the Ordot Dump in November 2006, the recurring fires at the Dump not only cause increased air pollution levels, but also lead to the trauma of emergency evacuations for nearby residents.

3. Paragraph 8.g. of the Consent Decree required the Guam Department of Public Works ("DPW") to award a contract for the Ordot Dump closure by April 21, 2006. DPW has not awarded this contract as of this date. As of January 31, 2007, the accrued stipulated penalty for this missed deadline will be $493,000, and will continue to accrue at $2,000 per day.

4. Paragraph 9.f. of the Consent Decree required DPW to submit a final plan for the design, construction, and operation of the new municipal solid waste landfill ("MSWLF") by June 5, 2006. DPW has not submitted the final plan as of this date. As of January 31, 2007, the accrued stipulated penalty for this missed deadline will be $201,500, and will continue to accrue at $1,000 per day.

5. Paragraph 9.h. of the Consent Decree required DPW to award a construction contract for the new MSWLF by October 13, 2006. DPW has not awarded this contract as of this date. As of January 31, 2007, the accrued stipulated penalty for this missed deadline will be $145,000, and will continue to accrue at $2,000 per day.

6. Paragraph 8.c. of the Consent Decree required DPW to submit a Draft Final

Closure Plan for the Ordot Dump by May 6, 2005. A revision of the closure plan at this point will result in further delays in closing the Ordot Dump.

Executed this 29th day of January 2007 at San Francisco, California.

I declare under penalty of perjury under the laws of the laws of the United States of America that the foregoing is true and correct.

_____
Michael K. Wolfram

MATTHEW J. MCKEOWN
Acting Assistant Attorney General
Environment & Natural Resources Division
ROBERT D. MULLANEY
Environmental Enforcement Section
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
Tel: (415) 744-6483
Fax: (415) 744-6476

LEONARDO M. RAPADAS
United States Attorney
MIKEL SCHWAB
Assistant United States Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GOVERNMENT OF GUAM, ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL CASE NO. 02-00022 <br><br> DECLARATION OF PANKAJ ARORA IN SUPPORT OF UNITED STATES' MOTION TO ENFORCE CONSENT DECREE <br><br> Date: March 8, 2007 <br> Time: 9:00 a.m. |

I, Pankaj Arora, declare:

1. I am an Environmental Engineer for the Environmental Protection Agency, Region IX ("EPA"). I began my employment for EPA as an Operations Research Analyst in the Office of Program evaluation for the Office of EPA's Inspector General in August 2003. Since January 23, 2006, I have worked in the EPA's Superfund Division as a Remedial Project Manager. I am currently the Remedial Project Manager for the Ordot Dump. Based on my educational background, professional experience, and review of EPA's administrative files on the Ordot Dump, I have formed a professional opinion of the matters stated herein and, if called upon to testify, could and would competently testify thereto.

## Education and Background

2. I have a B.S. in Chemistry (University of Delhi 1983), an M.S. in Organic/Biochemistry (University of Delhi 1985), an M.S. in Nuclear Engineering (Indian Institute of Technology 1987), and an M.S. in Environmental Engineering (Oklahoma State University 1991).

3. I have extensive professional experience relating to both hazardous and municipal landfills, including the following projects: (i) lead design engineer and task leader for the evaluation and approval f an alternative soil monolithic final cover system for a mixed waste (nuclear and organic contaminants) Resource Conservation and Recovery Act ("RCRA") Subtitle C landfill located in Tucson, Arizona; (ii) landfill design engineer and task leader for the assessment of leachate management of two landfills located in Kern County, California; (iii) designed and negotiated approval of soil monolithic alternative final cover system for a construction and demolition waste landfill located in Phoenix, Arizona; (iv) lead design engineer and task manager for the preparation of a RCRA Solid Waste municipal landfill located in Rio Rico, Arizona; (v) lead design engineer for performing extensive Hydrologic Evaluation of Landfill Performance ("HELP") modeling for a proposed soil monolithic alternative cover design system and evaluation of groundwater impact from the leachate using Multimedia ("MULTIMED") computer model for groundwater monitoring waiver for an existing and proposed expansion area for a municipal landfill located in Apache Junction, Arizona; (vi) lead

design engineer for performing extensive HELP modeling on a proposed alternative final cover system for a municipal landfill located in Cochise County, Arizona,; (vii) engineering design member for the design of a waste/municipal landfill located in Albuquerque, New Mexico, responsible for landfill cover and leachate collection and recovery system design performance assessment; and (viii) conducted performance assessment and analysis of landfill cover and leachate collection and recovery system using HELP model for a municipal landfill located in Alamogordo, New Mexico.

4.  At EPA, I am also currently working as a Remedial Project Manager on the Operating Industries Inc. ("OII") Landfill Superfund Site in Monterey Park, California. The work is focused on the closure remedy for the landfill, including the engineering design of various components related to the closure of the landfill (e.g., surface water management, leachate management, and landfill gas management). I am working on the issues involved with 45 acres of the 190-acre OII site.

### The Ordot Dump

5.  I am familiar with the Government of Guam's ("GovGuam") obligations under the Consent Decree in this case to complete the closure of the Ordot Dump. I am familiar with the Closure Plan submitted by GovGuam pursuant to Consent Decree requirements. EPA's contractor reviewed this Closure Plan in depth and provided comments to GovGuam. I am familiar with the proposed design for the landfill cover and the leachate collection and recovery system.

6.  The Ordot Dump is currently in operation as the only municipal landfill for the Island of Guam. The Ordot Dump does not have a liner at its bottom and is uncapped at its top.

7.  The Consent Decree requires the closure of Ordot Dump by October 22, 2007. The Closure Plan requires the construction of an impermeable cover to cap the Dump as well as a leachate capture and disposal system. I understand that GovGuam proposes to change its obligations to perform closure of the Ordot Dump pursuant to the requirements of the Consent Decree. According to Guam Department of Public Work's November 10, 2006 letter to EPA, GovGuam proposes to delay the performance of its obligation to close the Ordot Dump and to

1 delay placing a cover over the Dump. The Ordot Dump will remain in operation for some
2 extended period of time past October 2007. Without the cover required by the Consent Decree's
3 Closure Plan, the Ordot Dump will remain open to the elements and rain will continue to
4 percolate through it. The rainwater will continue to seep through the Dump, mix with the solid
5 and liquid wastes contained in the Dump, and generate additional leachate. This leachate will
6 discharge pollutants directly to the Lonfit River.

7     8.     Failure to close the Ordot Dump will cause other environmental and health
8 problems in addition to the continued discharge of leachate. During the Department of Public
9 Work's operation of the Ordot Dump, the Dump has continued to pose a vector issue (i.e., flies,
10 rodents, and other pests), an odor problem, and a fire hazard.

11     Executed this 30th day of January 2007 at San Francisco, California.

12     I declare under penalty of perjury under the laws of the laws of the United States
13 of America that the foregoing is true and correct.

_____
Pankaj Arora    1/30/07.

MATTHEW J. MCKEOWN
Acting Assistant Attorney General
Environment & Natural Resources Division
ROBERT D. MULLANEY
Environmental Enforcement Section
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
Tel: (415) 744-6483
Fax: (415) 744-6476

LEONARDO M. RAPADAS
United States Attorney
MIKEL SCHWAB
Assistant United States Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>GOVERNMENT OF GUAM,<br><br>      Defendant. | CIVIL CASE NO. 02-00022<br><br>DECLARATION OF MICHAEL J. LEE IN SUPPORT OF UNITED STATES' MOTION TO ENFORCE CONSENT DECREE<br><br>Date: March 8, 2007<br>Time: 9:00 a.m. |

I, Michael J. Lee, declare:

1.  I am an Environmental Engineer for the Environmental Protection Agency, Region IX ("EPA"). I began my employment for EPA as an Environmental Engineer in June 1984. I currently work in EPA's Pacific Islands Office as the Guam Water Program Lead and the Clean Water Act ("CWA") National Pollutant Discharge Elimination System ("NPDES") Compliance Lead for Guam and the Commonwealth of the Northern Mariana Islands. I have been the Guam Water Program Lead since January 2001 and the CWA NPDES Compliance Lead since June 1987. I have personal knowledge of the matters stated herein and, if called upon to testify, could and would competently testify thereto.

2.  The Ordot Dump serves Guam's civilian population of about 150,000 and, based on data submitted by Guam, receives approximately 300 tons of municipal solid waste per day. It is the only municipal landfill on the Island of Guam and is already filled beyond capacity.

3.  Because the Dump is unlined on its bottom and uncapped at its top, it acts like a sponge, retaining rain water and releasing it after it has percolated through the Dump and absorbed contaminants. As a direct result of these conditions, the Ordot Dump has discharged, and continues to discharge, leachate into the Lonfit River.

4.  EPA issued an administrative Order under the CWA to the Guam Department of Public Works ("DPW") on March 26, 1986, directing DPW to cease the discharges of leachate from the Ordot Dump by May 1, 1987. DPW failed to comply with that 1986 Order and the Ordot Dump continued to discharge leachate into the Lonfit River.

5.  EPA issued another administrative Order pursuant to the Act in July 1990, requiring DPW to cover the Ordot Dump to prevent discharges by June 30, 1992. EPA approved an extension of the cover deadline to August 15, 1992. That deadline was missed and the capping was never done. DPW continued to violate the 1990 Order by discharging leachate from the Ordot Dump. DRAFT 1-23-07

6.  In April 1997, EPA amended the 1990 Order to require DPW to submit, by July 9, 1997, a schedule for the design of a cover system to eliminate the untreated leachate discharges. DPW submitted a proposed schedule. In September 1997, EPA rejected the

schedule because it lacked funding commitments to make the plan credible. DPW has continued to fail to comply with the amended 1990 Order.

Executed this 29th day of January 2007 at San Francisco, California.

I declare under penalty of perjury under the laws of the laws of the United States of America that the foregoing is true and correct.

*[signature]*

Michael J. Lee

MATTHEW J. MCKEOWN
Acting Assistant Attorney General
Environment & Natural Resources Division
ROBERT D. MULLANEY
Environmental Enforcement Section
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
Tel: (415) 744-6483
Fax: (415) 744-6476

LEONARDO M. RAPADAS
United States Attorney
MIKEL SCHWAB
Assistant United States Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 02-00022 |
| Plaintiff, | DECLARATION OF BEN MACHOL IN SUPPORT OF UNITED STATES' MOTION TO ENFORCE CONSENT DECREE |
| v. | |
| GOVERNMENT OF GUAM, | Date: March 8, 2007 |
| Defendant. | Time: 9:00 a.m. |

I, Ben Machol, declare:

1. I am an Environmental Protection Specialist (Senior Energy Advisor) for the Environmental Protection Agency, Region IX ("EPA"). From December 2000 to September 2006, I was an Environmental Engineer (Guam Program Manager) in EPA's Pacific Islands Office. I am also a Professional Civil Engineer, licensed in the State of California. I have personal knowledge of the matters stated herein and, if called upon to testify, could and would competently testify thereto.

2. The United States had negotiated with the Government of Guam ("GovGuam") for over a year before filing the Complaint in this case on August 7, 2002.

3. Pursuant to Paragraph 10 of the Consent Decree, GovGuam submitted its financial plan to EPA in June 2004. GovGuam revised the financial plan in response to EPA's comments and resubmitted it to EPA in October 2004.

4. On January 5, 2005, EPA assessed stipulated penalties against GovGuam in the amount of $7,250 for its failure to identify a preferred site for the new landfill, in violation of Paragraph 9.a. of the Consent Decree. EPA also assessed stipulated penalties against GovGuam in the amount of $7,500 on February 13 and March 7, 2006, for failure to submit the 90% Draft Final Plan for the new landfill pursuant to Paragraph 9.d.

5. On May 5, 2006, EPA assessed stipulated penalties against GovGuam in the amount of $51,500 for failure to submit a draft wetlands mitigation plan required under Paragraph 8.c.iii. of the Consent Decree, and in the amount of $7,000 for failure to award a construction contract for the Ordot Dump closure by April 21, 2006, as required by Paragraph 8.g. GovGuam finally submitted the wetlands plan to EPA on July 9, 2006.

Executed this 29th day of January 2007 at San Francisco, California.

I declare under penalty of perjury under the laws of the laws of the United States of America that the foregoing is true and correct.

Ben Machol