





DISTRICT COURT OF GUAM

FEB - 9 2007

MARY L.M. MORAN
CLERK OF COURT

**Office of the Attorney General**
**Alicia G. Limtiaco**
Attorney General of Guam
**Civil Division**
287 West O'Brien Dr.
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com

**Attorneys for the Government of Guam**

# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | CIVIL CASE NO. 02-00022 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **CORRECTED** |
| ) | |
| **GOVERNMENT OF GUAM,** ) | **DECLARATION OF CYNTHIA U. JACKSON** |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

I, Cynthia U. Jackson say and declare of my own personal knowledge:

1.      Copies the emails and notes to the USEPA and Department of Interior are attached as

Exhibit 2, which have been corrected so as to conform to the District Court's requirements of

one inch borders.

1  2.    Copies of the excerpts from the Environmental Impact Statement are attached as Exhibit

2  3, which have been corrected so as to conform to the District Court's requirements of one inch

3  borders.

4  3.    A copy of the table of accomplishments is attached as Exhibit 4, which has been

5  corrected so as to conform to the District Court's requirements of one inch borders.

6  4.    A copy of the Government's offer to purchase the land at Layon is attached as Exhibit 5,

7  which has been corrected so as to conform to the District Court's requirements of one inch

8  borders.

9  5.    Copies of the letters from the land owners in response to the Government's offer are

10  attached as Exhibit 6, which has been corrected so as to conform to the District Court's

11  requirements of one inch borders.

12

13      I declare under penalty of perjury that the foregoing is true and correct to the best of my

14  knowledge this _6th_ day of February, 2007.

15

16  Cynthia U. Jackson

17

18

19

20

21

22

23

24

25

# EXHIBIT 2



Carl Blas <carl.blas@gmail.com

# Request for Clarification-Final EIS for Solid Waste Landfill, Guam

2 messages

---

Lawrence P. Perez <zerepyrral@yahoo.com>                                    Thu, Apr 13, 2006 at 10:50 AI
To: Dominic Muna <dgmuna@guam.net>, Dominic Muna <dgmuna@yahoo.com>, "Cynthia U. Jackson" <carl.blas@gmail.com>
Cynthia Jackson <cujackson@mail.gov.gu>, Cynthia Jackson <dpwrow@mail.gov.gu>

Dominic / Cynthia,

On the forwarded below, I've been advised that these individuals really need to get a hold of you ASAP,
else???  They can be reached at 808.438.0512 (tel.) or 808.438.6930 (fax).

**Lawrence P. Perez**
*P.O. Box 11913, Tamuning, Guam 96931*
*671.646.3131 (Work)*
*671.482.7373 (Cell)*
*671.647.3739 (Home)*

*NOTICE: This message contains confidential and privileged information. If it has been sent to you in error, please
reply to inform the sender of the error and then delete this message.*

---

Love cheap thrills? Enjoy PC-to-Phone calls to 30+ countries for just 2¢/min with Yahoo! Messenger with Voice.

---

---------- Forwarded message ----------
From: "Lawrence P. Perez" <zerepyrral@yahoo.com>
To: Dominic Muna <dgmuna@guam.net>, Dominic Muna <dgmuna@yahoo.com>, "Cynthia U. Jackson"
<carl.blas@gmail.com>, Cynthia Jackson <cujackson@mail.gov.gu>, Cynthia Jackson <dpwrow@mail.gov.gu>
Date: Sun, 9 Apr 2006 01:13:42 -0700 (PDT)
Subject: Request for Clarification-Final EIS for Solid Waste Landfill, Guam
Dominic / Cynthia,

Please act on the forwarded communication below and ASAP ... I understand that the information being
requested will expedite the DOI grant.

**Lawrence P. Perez**
*P.O. Box 11913, Tamuning, Guam 96931*
*671.646.3131 (Work)*
*671.482.7373 (Cell)*
*671.647.3739 (Home)*

*NOTICE: This message contains confidential and privileged information. If it has been sent to you in error, please
reply to inform the sender of the error and then delete this message.*

---

Love cheap thrills? Enjoy PC-to-Phone calls to 30+ countries for just 2¢/min with Yahoo! Messenger with Voice.

---

---------- Forwarded message ----------
From: "Liberty Perez" <laperez@mail.gov.gu>

*Exhibit 2*

To: <zerepyrral@yahoo.com>
Date: Sun, 9 Apr 2006 19:10:47 -0700
Subject: Fw: Request for Clarification-Final EIS for Solid Waste Landfill, Guam

----- Original Message -----
**From:** Art Mariano
**To:** Compact - Liberty Perez (DPW) ; Compact - Liberty Perez (DPW)
**Sent:** Friday, April 07, 2006 1:35 PM
**Subject:** FW: Request for Clarification-Final EIS for Solid Waste Landfill, Guam

Liberty,

Just in case you didn't get my earlier message, I'm re-sending it. Please follow-up with Cynthia on this.

Thanks,

Art

-----Original Message-----
**From:** Art Mariano [mailto:amariano@mail.gov.gu]
**Sent:** Friday, April 07, 2006 11:14 AM
**To:** 'Tran, Uyen POH'
**Cc:** Compact - Liberty Perez (DPW) (laperez@mail.gov.gu); Compact - Liberty Perez (DPW) (laperez_pe@yahoo.com); 'Jonathan_Dunn@ios.doi.gov'; Cynthia Jackson
**Subject:** FW: Request for Clarification-Final EIS for Solid Waste Landfill, Guam

Uyen,

I'm forwarding your request to the POC for the project. Her name is Cynthia Jackson. She'll be the one to respond to your inquiry as she's been an active participant in the oversight of the project since Day 1.

Thanks,

Art

' Liberty,

Please ensure that Cynthia is informed of this inquiry. I've had some trouble getting messages through to her via email.

Thanks,

Art


-----Original Message-----
**From:** Tran, Uyen POH [mailto:Uyen.Tran@poh01.usace.army.mil]
**Sent:** Thursday, April 06, 2006 1:20 PM
**To:** Art Mariano; Jonathan_Dunn@ios.doi.gov
**Cc:** Faride_Komisar@ios.doi.gov; Yoshimoto, Milton T POH; Shun, Kanalei POH
**Subject:** Request for Clarification-Final EIS for Solid Waste Landfill, Guam


Hi Art,

Thanks for helping out with the document.


Art/Jon,

We need clarification from you both in order to better estimate our level of reviewing effort of the final EIS:


1. Since this is the final EIS, does it mean that there is supposed to be no more revision to the document?

2. You must have submitted the draft EIS to the EPA for their review, what is the rating of this document?

3. The date of the final EIS is July 2005, was there any Decision document on the preferred alternative?


Please let us know, so we can support you accordingly.


Much appreciation

Uyen

**From:** Art Mariano [mailto:amariano@mail.gov.gu]
**Sent:** Thursday, April 06, 2006 12:55 PM
**To:** Tran, Uyen POH
**Subject:** RE: Request hard copy of the FY 2006 Guam CIP Ordot Dump / New Landfill

Hi Uyen,


I've prepared a hard copy of the requested documents along with a CD which contains all documents submitted to BBMR from the lead GovGuam agency (DPW) for the Landfill project (including the document you had requested). I had tried to resend the PDF file via e-mail but with no success. The document totals around 286 pages so it would be too voluminous to fax. I guess we'll have to settle with our postal system! You should be getting them in the near future.


Let me know if you need anything else.


Thanks,

Art


-----Original Message-----
**From:** Tran, Uyen POH [mailto:Uyen.Tran@poh01.usace.army.mil]
**Sent:** Wednesday, April 05, 2006 4:35 PM
**To:** arthur mariano , bbmr
**Cc:** Jonathan_Dunn@ios.doi.gov; Faride_Komisar@ios.doi.gov; Yoshimoto, Milton T POH; Shun, Kanalei POH
**Subject:** Request hard copy of the FY 2006 Guam CIP Ordot Dump / New Landfill


Hi Art,


Per phonecon, I am sending you this e-mail to request that a hard copy of the **"Final Supplemental EIS for the Siting of a Municipal Solid Waste Landfill Facility, Guam,"** dated 15 July 2005 be sent to the following address:


U.S. Army Corps of Engineers District, Honolulu

ATTN: CEPOH-EC-E ( Ms. Uyen Tran) Bldg 230

Fort Shafter, HI 96858-5440.


As mentioned, we will be reviewing this document on behalf of the OIA office.

Thank you and it was nice talking with you.

*Uyen Tran*
*Chemical Engineer*
*USACE-Honolulu District*
*Environmental Technical Branch*
*808-438-0512*
*808-438-6930 (fax)*
*uyen.tran@usace.army.mil*

---

**Cynthia Jackson <cujackson@mail.gov.gu>**
To: carl.blas@gmail.com

Wed, Apr 19, 2006 at 10:24 AM

-------*Original Message*-------

**From:** Tran, Uyen POH
**Date:** 04/11/06 08:48:43
**To:** Cynthia Jackson
**Cc:** Art Mariano
**Subject:** RE: Request for Clarification-Final EIS for Solid Waste Landfill, Guam

Hi Cynthia,

We really need your help with the questions listed in my e-mail of Thursday 6 April (below) before we can proceed with reviewing the EIS. We are with the Army Corps of Engineers in Honolulu, and have been tasked by OIA to review NEPA documents prepared by their grantees.

Please give me a call if any questions.

Thanks
*Uyen Tran*
*Chemical Engineer*
*USACE-Honolulu District*
*Environmental Technical Branch*
*808-438-0512*
*808-438-6930 (fax)*
*uyen.tran@usace.army.mil*

**From:** Art Mariano [mailto:amariano@mail.gov.gu]
**Sent:** Friday, April 07, 2006 8:14 AM
**To:** Tran, Uyen POH
**Cc:** Jonathan_Dunn@ios.doi.gov; Cynthia Jackson
**Subject:** FW: Request for Clarification-Final EIS for Solid Waste Landfill, Guam

Uyen,

I'm forwarding your request to the POC for the project. Her name is Cynthia Jackson. She'll be the one to respond to your inquiry as she's been an active participant in the oversight of the project since Day 1.

http://mail.google.com/mail/?ik=5248b8c8b4&view=pt&th=10ac91e76f4587aa&search=query&q=NEPA...   1/30/2007



# FW: National Environmental Policy Act (NEPA) compliance forms
1 message

**Helen Kennedy** <Helen.Kennedy@guamepa.net>
To: Adrienne Loerzel <loerzela@mail.gov.gu>, carl.blas@gmail.com

Mon, May 15, 2006 at 8:54 PM

**From:** Helen Kennedy
**Sent:** Sun 4/9/2006 7:50 PM
**To:** Randy Sablan; 'Art Mariano'; Rob Mullaney (robert.mullaney@usdoj.gov); jackson.julia@epa.gov;
Mikel.Schwab@usdoj.gov
**Cc:** 'Carlos Bordallo , bbmr'; 'jose calvo , bbmr'; Shannon J Taitano
**Subject:** RE: National Environmental Policy Act (NEPA) compliance forms

Art, all this seems quite confusing from DOI. I would like the US Department of Justice attorneys in U.S. v. Government of
Guam to talk with DOI lawyers, and I would like to talk with the DOI lawyers as well so that we can understand what
DOI's requirements are all about, how DOI met the legal requirements applicable to DOI, what exactly DOI expects
Govguam to do and why and what DOI is going to do to help Govguam comply with a federal law that applies to federal
agencies and not us.

Could you please forward my message to your contact at DOI so that we could start a dialogue? In particular, I am curious as
to the legal basis for the federal government expecting NEPA documents from Govguam. Preparation of NEPA documents is
both time consuming and expensive. I do not understand how DOI can change the grant approval process after the
applications have been received and approved and without giving notice and specific instructions and explanations to the
potential applicants prior to the deadline for submitting applications.

Also, I do not know if Randel told you, but one requirement of the federal court order, the landfill Consent Decree, was for
GovGuam had to prepare an environmental impact statement, which is very similar to the NEPA requiements both in content
and in public participation. It is aviable at guamlandfill.org and I suggest you ask your contact at DOI to look at it and then
tell you what exactly what else DOI's needs from Govguam before it can release the money for the design project.

Further, unless the attonreys at USEPA and the Department of Justice, and/or the federal Disrtict Court inform me otherwise
and to what degree, that environemntal impact statement is sufficient for what ever the United States is demanding with
respect to NEPA and the Layon landfill design project. To presume that is not, as far as I can tell is without legal
justification and raises the possibility that DOI is delaying compliance with the federal court order. I have every reason to
believe was approved before DOI started this "new" NEPA requirement. The United States cannot very well sue us and
demand deadlines when ahlf way thorugh the project it starts witholding federal funds that are needed to comply with the
federal court order, and Govguam has reasonable relied would be available last October.

Hopefully, the USEPA and the DOJ attorneys can help us clear this matter up -- at least as to the Layon Landfill
money. I have copied them on this email.


Thanks, Helen



**From:** Randy Sablan [mailto:rlsablan@guamepa.govguam.net]
**Sent:** Wed 4/5/2006 6:05 PM
**To:** 'Art Mariano'
**Cc:** 'Carlos Bordallo , bbmr'; 'jose calvo , bbmr'; Helen Kennedy
**Subject:** RE: National Environmental Policy Act (NEPA) compliance forms

Dear Art,

Sorry for taking so long responding. No, nothing at GEPA to facilitate the federal process in the way of forms, procedures etc.

DPW should facilitate by providing clear project descriptions, scopes of work, linkages to other mandates and the Consent Decree with the historical background, etc.

FYI, only about 12 states even have what is referred to as "Mini NEPAs".

Randy

----------------------------------------------------------------------
Randel L. Sablan

Acting Administrator
Guam Environmental Protection Agency
Tel: +1-671-475-1658/22  Fax: +1-671-477-9402
E-mail: Randel.Sablan@guamepa.net
http://www.guamepa.govguam.net

**PLEASE NOTE:** All Guam EPA e-mail addresses are changing as of January 30, 2006. My new address is Randel.Sablan@guamepa.net. Please update your address book.

**From:** Art Mariano [mailto:amariano@mail.gov.gu]
**Sent:** Wednesday, April 05, 2006 3:32 PM
**To:** rlsablan@guamepa.govguam.net
**Cc:** Carlos Bordallo , bbmr; jose calvo , bbmr
**Subject:** FW: National Environmental Policy Act (NEPA) compliance forms

Hi Randy,

I've been asked by my Director, Carlos Bordallo, to follow up on my initial inquiry (see my February email to you below) re. a standard form / format for NEPA clearances. There has been a lot of discussion recently about Guam CIP projects that are pending Dept. of Interior OIA approval. Currently DOI is reviewing grant packages more stringently to ensure NEPA compliance so our goal is to attain or facilitate the process locally (by garnering GEPA clearance) to expedite clearance at the federal level.

We appreciate your assistance in the matter.

Thanks,

Art


-----Original Message-----
**From:** Arthur Mariano [mailto:amariano@mail.gov.gu]
**Sent:** Monday, February 06, 2006 5:42 PM
**To:** 'Randy Sablan'
**Subject:** National Environmental Policy Act (NEPA) compliance forms


Good Morning Randy.


As you might already know, I handle DOI Compact Impact Assistance and CIP grant projects for GovGuam. In recent months, DOI has impressed upon the need for environmental protection assurances as outlined in the subject Act. As such, as a condition for final project approval, Guam and other DOI funding recipients are required to provide evidence of NEPA compliance for proposed grant projects.


My inquiry to you is this . . . is there a standard form / format that must be completed by government departments / agencies that must be remitted to GEPA and / or the federal EPA to meet NEPA criteria? If so, can I please be provided a copy of the forms (preferably in electronic format)? Although it seems that local (gov't) recipients are on top of this requirement (since I haven't been approached directly by them), I would like to have this information (and forms) readily available for those that are new to the process. It would also be of great use to myself as well.


Thanks for your help,

Art Mariano



# DOI Grant-NEPA Req.

3 messages

---

**Cynthia U. Jackson <carl.blas@gmail.com>**                        Thu, May 18, 2006 at 5:17 PM
To: Uyen Tran <Uyen.Tran@poh01.usace.army.mil>

Hi Uyen,
Just a follow-up request for status of your review on the NEPA req. for DPW's Solid Waste grant award.

Best Regards,
Cynthia

---

**Tran, Uyen POH <Uyen.Tran@poh01.usace.army.mil>**                Tue, May 23, 2006 at 6:43 AM
To: "Cynthia U. Jackson" <carl.blas@gmail.com>

Hi Cynthia,

We have completed our review of the EIS on the new LF, and I really would like to discuss some specifics with you before
forwarding the review and comments.
Can you please give me a call?

Thanks
Uyen
808-438-0512

---

**From:** Cynthia U. Jackson [mailto:carl.blas@gmail.com]
**Sent:** Wednesday, May 17, 2006 9:17 PM
**To:** Tran, Uyen POH
**Subject:** DOI Grant-NEPA Req.

[Quoted text hidden]

---

**Cynthia U. Jackson <carl.blas@gmail.com>**                       Tue, May 23, 2006 at 7:10 AM
To: "Tran, Uyen POH" <Uyen.Tran@poh01.usace.army.mil>

Hi Uyen,
I'm going into a conf. call in the next 30 minutes, that should last an hour. I can speak with you afterwards, however would it
be possible if you call me at home, so it won't be on my personal dime. My no. is (671) 653-8080.  If it's not going to take very
long, you can call me now.

Best Regards,
Cynthia
[Quoted text hidden]

---

Case 1:02-cv-00022    Document 85    Filed 02/09/2007    Page 12 of 32



Carl Blas <carl.blas@gmail.com>

# DOI Grant Monies

1 message

**Helen Kennedy <Helen.Kennedy@guamepa.net>**        Sun, May 21, 2006 at 11:56 AM
To: Machol.Ben@epamail.epa.gov, jackson.julia@epa.gov
Cc: Adrienne Loerzel <loerzela@mail.gov.gu>, carl.blas@gmail.com

As we discussed Friday, we would appreciate it if you could contact the Department of Interior regarding the FY06 Grant Money that has been withheld due to NEPA procedural concerns.   We have two Projects under the CIP grant. Neither is construction.
One is $1.5  million for landfill design. We would like this amount released ASAP.
The other is $1.318 million for Ordot Closure, which we will be requesting to reprogram this week because the design work is done.  We do not want the reprogramming request to hold up the release of the landfill design project.   We would like expedited review of the proposed reprogramming.

Thank you,

Helen.



# FW: NEPA compliance determination- Guam LF Project.

6 messages

**Tran, Uyen POH <Uyen.Tran@poh01.usace.army.mil>**          Sat, Jun 10, 2006 at 8:43 AM
To: Charlene_Leizear@ios.doi.gov, carl.blas@gmail.com

Charlene/Cynthia,

Oops on my part!  Forgot to cc you two.

Thanks
Uyen

-----Original Message-----
From: Tran, Uyen POH
Sent: Friday, June 09, 2006 12:36 PM
To: 'Jonathan_Dunn@ios.doi.gov'; amariano@mail.gov.gu;
Faride_Komisar@ios.doi.gov
Cc: Arakaki, Mark K POH
Subject: NEPA compliance determination- Guam LF Project.

Jon,

1.  We have received the faxed copy of the Office of the Governor of Guam
from you. We reviewed it and found that the impact analysis of the Land
Acquisition and Wetland Mitigation is already included in the EIS.  It seems
that the proposed action did not change, only the order of the funding.

2.  Attached is our determination memo stating that Guam has satisfied the
requirements under NEPA.  We still do not know who is supposed to be the
responsible person for the EIS so we put Art's name right now.  Art-Please
review and change/add name to that line as you see fit. Jon/Faride-Based on
our review, we are recommending issuance of the ATP to the Government of
Guam.

3.  I'll be out of the office from 12 June to 16 June.  Will be back at work
on Monday 19 June.  Please contact Mark Arakaki (808-438-6929) in my absence
if you have specific question on the memo or our review of the EIS.

Thanks
Uyen

-----Original Message-----
From: Jonathan_Dunn@ios.doi.gov [mailto:Jonathan_Dunn@ios.doi.gov]
Sent: Friday, June 09, 2006 10:48 AM
To: Tran, Uyen POH
Cc: Faride_Komisar@ios.doi.gov; amariano@mail.gov.gu
Subject: Guam Landfill (Virus checked)

Uyen,

Attached is the memo and Scope of Work Amendment letter from Guam for the
new landfill.  As you stated in your email earlier today, you are currently

preparing a determination on this project's NEPA documentation. I guess
what we need to know is whether or not the project documentation you are
using as a basis for your determination already encompasses the items that
the Governor is proposing we fund in this letter.

Thanks,

Jon


Jonathan Dunn
1849 C St.
MS-4311A
Washington, DC 20240
Phone  (202)208-6971
Fax     (202)208-7585
Jonathan_Dunn@ios.doi.gov(See attached file: Guam Landfill SOW
Ammendment.pdf)

---

 REC for EA and EIS Dandan Landfill.doc
40K

**Cynthia U. Jackson** <carl.blas@gmail.com>                     **Sat, Jun 10, 2006 at 9:29 AM**
To: Adrienne Loerzel <mrsmeno@yahoo.com>, Helen Kennedy <Helen.Kennedy@guamepa.net>, Carlos Bordallo
<cbordallo@mail.gov.gu>, cbordallo@netpci.com, Randel Sablan <Randel.Sablan@guamepa.net>, rlsgepa401@yahoo.com

Hi All,
Finally some closure to the NEPA issue that hindered the release of the DOI '06 grant money. Now that this is in, Adrienne
and Carlos, can we move on the release of funds into the CD account ? I desperately need immediate cash infusion to
execute TG's Amendment #4 by Wed/Thurs of next week.

The attached form needs to be signed. Helen and Adrienne, Randy will sign as the Environmental Coordinator and is it the
Gov or Larry that signs on as the Responsible Official ? Would like to process this form on Mon.

Cynthia
[Quoted text hidden]

---

REC for EA and EIS Dandan Landfill.doc
40K

**Helen Kennedy** <Helen.Kennedy@guamepa.net>                   **Sat, Jun 10, 2006 at 10:02 AM**
To: "Cynthia U. Jackson" <carl.blas@gmail.com>, Adrienne Loerzel <mrsmeno@yahoo.com>, Carlos Bordallo
<cbordallo@mail.gov.gu>, cbordallo@netpci.com, Randel Sablan <Randel.Sablan@guamepa.net>, rlsgepa401@yahoo.com
Cc: Uyen.Tran@poh01.usace.army.mil

Hi all and Uyen. Great news. I want to clarify something: does COE and DOI need signatures from Guam? the name for
the point of contract can be Art. That is fine.

If you need Guam officials to sign the form you sent, then we will do so. Should we sign it? If so, where should we send it?

Please advise me and Cynthia.

Case 1:02-cv-00022     Document 85     Filed 02/09/2007     Page 15 of 32

**From:** Cynthia U. Jackson [mailto:carl.blas@gmail.com]
**Sent:** Sat 6/10/2006 9:29 AM
**To:** Adrienne Loerzel; Helen Kennedy; Carlos Bordallo; cbordallo@netpci.com; Randel Sablan; rlsgepa401@yahoo.com
**Subject:** Fwd: FW: NEPA compliance determination- Guam LF Project.

[Quoted text hidden]

---

**Tran, Uyen POH <Uyen.Tran@poh01.usace.army.mil>**                    Sat, Jun 10, 2006 at 11:06 AM
To: Helen Kennedy <Helen.Kennedy@guamepa.net>, "Cynthia U. Jackson" <carl.blas@gmail.com>, Adrienne Loerzel
<mrsmeno@yahoo.com>, Carlos Bordallo <cbordallo@mail.gov.gu>, cbordallo@netpci.com, Randel Sablan
<Randel.Sablan@guamepa.net>, rlsgepa401@yahoo.com
Cc: "Arakaki, Mark K POH" <Mark.K.Arakaki@poh01.usace.army.mil>

Helen/Cynthia,

The Environmental Coordinator (EC) is the one who takes care of environmental issues and regs in the proponent's office. So
whoever that person might be, please make sure that he/she reviews what we have listed in the memo, agrees with it; then
signs it.

The EC usually is part of the Responsible Official's ( RO) staff. Almost always the RO is the proponent (the one that proposes
the project). The RO signs the memo based on the EC's recommendation . After the two signatures, it should go back to OIA
for their final approval.

So sorry, if I am not clear on who is supposed whom: I do not know your organizational structure.
The main thing is please have it signed by Guam and sent to OIA, copy furnished me for my file.

Mark Arakaki 808-438-6929 (mark.k.arakaki@usace.army.mil) is your POC for thir project during my absence next week.

Thank you and why are you working on a Saturday?
Uyen

---

**From:** Helen Kennedy [mailto:Helen.Kennedy@guamepa.net]
**Sent:** Friday, June 09, 2006 2:02 PM
**To:** Cynthia U. Jackson; Adrienne Loerzel; Carlos Bordallo; cbordallo@netpci.com; Randel Sablan; rlsgepa401@yahoo.com
**Cc:** Tran, Uyen POH
**Subject:** RE: FW: NEPA compliance determination- Guam LF Project.

[Quoted text hidden]

---

**Helen Kennedy <Helen.Kennedy@guamepa.net>**                    Sat, Jun 10, 2006 at 4:52 PM
To: "Cynthia U. Jackson" <carl.blas@gmail.com>, Adrienne Loerzel <mrsmeno@yahoo.com>, Carlos Bordallo
<cbordallo@mail.gov.gu>, cbordallo@netpci.com, Randel Sablan <Randel.Sablan@guamepa.net>, rlsgepa401@yahoo.com

Good news.
The responsible environmental person is the person from DPW who is responsible for environmental (NEPA) compliance on
the project Here that is Consent Decree and should be Cynthia as  the environmental official. She should review the
document to see if anything is missing and that the references are correct in spelling etc.  Randy can review on Sunday and
advise Cynthia, or he can ask Mike Gawel to review and advise Cynthia on Monday.  DPW is the lead agency for the EIS,
and the contract for the EIS was from DPW.   For the Responsible Official, I think either Larry, Joe ( he was the Director when
the EIS was completed), or Adrienne (based on Larry's delegation and the EO) can sign.

Thanks all .

**From:** Cynthia U. Jackson [mailto:carl.blas@gmail.com]
**Sent:** Sat 6/10/2006 9:29 AM
**To:** Adrienne Loerzel; Helen Kennedy; Carlos Bordallo; cbordallo@netpci.com; Randel Sablan; rlsgepa401@yahoo.com

**Subject:** Fwd: FW: NEPA compliance determination- Guam LF Project.

[Quoted text hidden]

**Cynthia U. Jackson <carl.blas@gmail.com>**                                    Sat, Jun 10, 2006 at 5:00 PM
To: Helen Kennedy <Helen.Kennedy@guamepa.net>
Cc: Adrienne Loerzel <mrsmeno@yahoo.com>, Carlos Bordallo <cbordallo@mail.gov.gu>, cbordallo@netpci.com, Randel Sablan <Randel.Sablan@guamepa.net>, rlsgepa401@yahoo.com

Okay, I'll review the document for errors during this weekend and if Randy or Mike Gawel can complete review by Mon., then I'll sign on Mon. and I suggest that it be Adrienne to sign, since this is a Consent Decree Project.

Cynthia

[Quoted text hidden]



**Carl Blas <carl.blas@gmail.com>**

# Re: Fwd: record of consideration scan (Virus checked)
4 messages

---

**Jonathan_Dunn@ios.doi.gov <Jonathan_Dunn@ios.doi.gov>**　　　　Wed, Jun 28, 2006 at 5:38 AM
To: "Cynthia U. Jackson" <carl.blas@gmail.com>
Cc: Art Mariano <amariano@mail.gov.gu>, Carlos Bordallo <cbordallo@mail.gov.gu>, Helen Kennedy
<Helen.Kennedy@guamepa.net>, "Mark K. Arakaki" <mark.k.arakaki@usace.army.mil>, Adrienne Loerzel
<mrsmeno@yahoo.com>, Uyen Tran <Uyen.Tran@poh01.usace.army.mil>


Cynthia,

Could you send the 6 documents cited in the "Record of Consideration" to me in DC. I think that I might have a couple of the
documents but I'm not sure if they were what was actually reviewed.

Thanks,

Jon

Jonathan Dunn
1849 C St. NW
MS-4311A
Washington, DC 20240
Phone (202)208-6971
Fax (202)208-7585
Jonathan_Dunn@ios.doi.gov


> "Cynthia U. Jackson"
> <carl.blas@gmail.com>
>
> 06/12/2006 06:17 AM

To:　"Art Mariano" <amariano@mail.gov.gu>, Jonathan Dunn/OIA/OS/DOI@DOI, "Mark K. Arakaki"
<mark.k.arakaki@usace.army.mil>, "Uyen Tran" <Uyen.Tran@poh01.usace.army.mil>
cc:　"Helen Kennedy" <Helen.Kennedy@guamepa.net>, "Adrienne Loerzel" <mrsmeno@yahoo.com>, "Carlos
Bordallo" <cbordallo@mail.gov.gu>
Subject:　Fwd: record of consideration scan


Hi All,
Forwarded below is the executed " Record of Consideration" document. I hope this is all that is needed to release
the DOI grant award money. Pls. advise immediately on the next steps until the money is accessible for
GovGuam's use.

Thank you all for your concerted effort on the release of this funding.

Best Regards,
Cynthia

---------- Forwarded message ----------
From: **Michael Mann** <Michael.Mann@guamepa.net>
Date: Jun 12, 2006 6:01 PM
Subject: record of consideration scan
To: carl.blas@gmail.com

Attached.

---

Mike

--------------------------------------------------------------------

Michael Mann
Special Assistant to the Administrator
Chief Information Officer
Guam Environmental Protection Agency
Tel: +1-671-475-1623   Fax: +1-671-477-9402
E-mail: Michael.Mann@guamepa.net
http://www.guamepa.govguam.net

PLEASE NOTE: All Guam EPA e-mail addresses are changing as of January 30,
2006. My new address is Michael.Mann@guamepa.net. Please update your address
book.

📄 **record_of_consideration.pdf**
   530K

---

**Cynthia U. Jackson <carl.blas@gmail.com>**                          Wed, Jun 28, 2006 at 6:05 AM
To: "Jonathan_Dunn@ios.doi.gov" <Jonathan_Dunn@ios.doi.gov>
Cc: Art Mariano <amariano@mail.gov.gu>, Carlos Bordallo <cbordallo@mail.gov.gu>, Helen Kennedy
<Helen.Kennedy@guamepa.net>, "Mark K. Arakaki" <mark.k.arakaki@usace.army.mil>, Adrienne Loerzel
<mrsmeno@yahoo.com>, Uyen Tran <Uyen.Tran@poh01.usace.army.mil>

Jon,
Will do.
Cynthia
[Quoted text hidden]

---

**Cynthia U. Jackson <carl.blas@gmail.com>**                          Wed, Jun 28, 2006 at 6:12 AM
To: DPW Consent Decree <aaconsentdecree@yahoo.com>

Tina,
Pls. send the 6 documents that are identified in the ROC. to Jon Dunn, this morning.

Thanks,
Cynthia
[Quoted text hidden]

📄 **record_of_consideration.pdf**
   530K

---

**Cynthia U. Jackson <carl.blas@gmail.com>**                          Wed, Jun 28, 2006 at 6:17 AM
To: Adrienne Loerzel <mrsmeno@yahoo.com>, Helen Kennedy <Helen.Kennedy@guamepa.net>

Good Morning Ladies,
I spoke with Uyen this morning, and she is helping Jon Dunn with an ATP for our grant. She also informed Jon, that he
doesn't need these documents before he  proceeds with the ATP, these documents are for his records.
Have a good day!
Cynthia

---------- Forwarded message ----------
From: **Jonathan_Dunn@ios.doi.gov** < Jonathan_Dunn@ios.doi.gov>
Date: Jun 28, 2006 5:38 AM

[Quoted text hidden]

[Quoted text hidden]

---

record_of_consideration.pdf
530K

# Record of Environmental Consideration
## (use for documentation of available EA/EIS)

**Proponent:** Guam Department of Public Works
Government of Guam
542 N. Marine Corps Drive
Tamuning, Guam 96913

**Date:** 7 June 2006

**Purpose:** To satisfy the requirements for environmental review as required by the National Environmental Policy Act, 42 U.S.C. 4321, et seq. (NEPA), Council on Environmental Quality Regulations 40 CFR 1500-1508, Department of Interior, Office of Environmental Policy and Compliance DM 516, and Office of Insular Affairs NEPA Guidance (Draft).

**1. Official Project Title:** New Guam Municipal Solid Waste Landfill (MSWLF)

**2. Date of Proposed Action (approx. ok):** TBD

**3. Description of Proposed Action:** The Government of Guam, through the Guam Department of Public Works and Guam Environmental Protection Agency, is proposing to construct a Municipal Solid Waste Landfill Facility (MSWLF) to manage Guam's solid waste and to close the existing Ordot Dump. These actions are based on a settlement agreement between the U.S. Government and the Government of Guam. The details of the agreement is set forth in the Ordot Consent Decree, Filed February 11, 2004.

**4. Completed Environmental Documentation:**

Item #1: Ordot Consent Decree, Filed February 11, 2004, Civil Case No. 02-00022, United States of America vs. Gov't of Guam. Document Summary: The Ordot Dump did not have an NPDES permit to discharge to waters of the U.S. Commence closure process of Ordot Dump and stop discharges. Initiate the process of constructing a new landfill compliant with applicable requirements.

Item #2: Preliminary Landfill Site Suitability Report, March 2004. Document Summary: Three candidate locations were identified using MSWLF Location Restrictions and other screening criteria. The three candidate locations were Dandan, Sabanan Batea, and Lonfit.

Item #3: Preliminary Site Selection Report, March 2004. Document Summary: Provides further characterization of the three candidate locations.

Item #4: MSWLF Site Evaluation Report, January 28, 2005 and USEPA approval letter, February 14, 2005. Document Summary: Discusses the site selection process.

Item #5:  Final Site Selection Report EIS for the Siting of a MSWLF, March 14, 2005.  Document Summary:  Provides details on the process and methods used to determine a final recommended landfill site.

Item #6:  Final Supplemental Environmental Impact Statement for the siting of a Municipal Solid Waste Landfill Facility, Guam, July 15, 2005.  Document Summary: This EIS covers the closure of the Ordot Dump and analyzes three potential landfill sites plus the no action alternative.  The consent decree, site evaluation report, USEPA approval letter, draft SEIS comment summary, and agency consultation letters are included in its appendices.

## 5. Document POC:

EA/EIS Contact Person/Phone #:__Mr. Art Mariano___/_____
EA/EIS Contact Person email address:  amariano@mail.gov.gu

## 6. NEPA Compliance Checklist:

a.  Purpose and need.
*Ordot Consent Decree, Civil Case No. 02-00022* establishes the purpose and need for the preparation of the EIS.

b.  Description of Proposed Action and Alternatives (DOPAA).
*Final Supplemental Environmental Impact Statement for the Siting of a Municipal Solid Waste Landfill Facility, Guam,* July 15, 2005, Section 2.0.

*Final Site Selection Report Environmental Impact Statement for the Siting of a Municipal Solid Waste Landfill Facility, Guam,* March 14, 2005, Section 4.0 and various figures.

c.  Affected environment.
*Final Supplemental Environmental Impact Statement for the Siting of a Municipal Solid Waste Landfill Facility, Guam,* July 15, 2005, Section 3.0.

*Final Site Selection Report Environmental Impact Statement for the Siting of a Municipal Solid Waste Landfill Facility, Guam,* March 14, 2005, Sections 5.0, 6.0, 7.0.

d.  Environmental Consequences.
*Final Supplemental Environmental Impact Statement for the Siting of a Municipal Solid Waste Landfill Facility, Guam,* July 15, 2005, Section 4.0.

e. Cumulative Impacts.
   *Final Supplemental Environmental Impact Statement for the Siting of a Municipal Solid Waste Landfill Facility, Guam,* July 15, 2005, Section 5.4.

f. Environmental Justice.
   *Final Supplemental Environmental Impact Statement for the Siting of a Municipal Solid Waste Landfill Facility, Guam,* July 15, 2005, Section 4.3.

g. Unavoidable adverse effects and Irreversible or Irretrievable Commitments of Resources.
   *Final Supplemental Environmental Impact Statement for the Siting of a Municipal Solid Waste Landfill Facility, Guam,* July 15, 2005, Section 5.2 and 5.3.

h. Other Regulatory Requirements.
   *Final Supplemental Environmental Impact Statement for the Siting of a Municipal Solid Waste Landfill Facility, Guam,* July 15, 2005, Section 5.5.

   *Final Site Selection Report Environmental Impact Statement for the Siting of a Municipal Solid Waste Landfill Facility, Guam,* March 14, 2005, Appendix G.

i. Agency Coordination.
   *Final Supplemental Environmental Impact Statement for the Siting of a Municipal Solid Waste Landfill Facility, Guam,* July 15, 2005, Section 6.2.

j. Public Involvement.
   *Final Site Selection Report Environmental Impact Statement for the Siting of a Municipal Solid Waste Landfill Facility, Guam,* March 14, 2005, Appendix C and Appendix M.

   *Final Supplemental Environmental Impact Statement for the Siting of a Municipal Solid Waste Landfill Facility, Guam,* July 15, 2005, Section 6.1.

**Prepared by:**

_____
**Environmental Coordinator
Cynthia U. Jackson, DPW Ordot Consent
Decree Compliance Team Delegate**

_6/12/06_
**Date**

**Approved by:**

_____
**Responsible Official
Adrienne Loerzel, Chair
Ordot Consent Decree Compliance Team**

_12 JUNE 06_
**Date**



**Carl Blas <carl.blas@gmail.com>**

# Item #3 REC

7 messages

---

**Jonathan_Dunn@ios.doi.gov <Jonathan_Dunn@ios.doi.gov>**
To: carl.blas@gmail.com, Uyen.Tran@usace.army.mil

**Wed, Jun 28, 2006 at 11:17 PM**

Cynthia,

Thank you for having those items sent to me.

Item #3 (Preliminary Site Selection Report) on the Record of Environmental Consideration document is dated March 2004.
Item #3 in the document package emailed to me last night is dated Feb. 22, 2005. Which is correct?

Jonathan Dunn
1849 C St.
MS-4311A
Washington, DC 20240
Phone (202)208-6971
Fax     (202)208-7585
Jonathan_Dunn@ios.doi.gov

---

**Cynthia U. Jackson <carl.blas@gmail.com>**
To: DPW Consent Decree <aaconsentdecree@yahoo.com>

**Thu, Jun 29, 2006 at 5:17 PM**

Tina,
Pls. verify or correct his statement.

thanks,
Cynt.
[Quoted text hidden]

---

**Cynthia U. Jackson <carl.blas@gmail.com>**
To: "Jonathan_Dunn@ios.doi.gov" <Jonathan_Dunn@ios.doi.gov>
Cc: Uyen.Tran@usace.army.mil

**Thu, Jun 29, 2006 at 5:29 PM**

Jon,
The Feb. 22, 2005 date is the correct date.

Cynthia
[Quoted text hidden]

---

**Postmaster@ios.doi.gov <Postmaster@ios.doi.gov>**
To: "Cynthia U. Jackson" <carl.blas@gmail.com>

**Thu, Jun 29, 2006 at 5:29 PM**

Your message

  Subject: Re: Item #3 REC

was not delivered to:

  Jonathan_Dunn@ios.doi.gov

because:

# Gmail
talk BETA

# Landfill
3 messages

**Jonathan_Dunn@ios.doi.gov <Jonathan_Dunn@ios.doi.gov>**     Thu, Jun 29, 2006 at 12:22 AM
To: carl.blas@gmail.com

Cynthia,

The lawyer who has been working with us is out until after the July 4th holiday. She is going to have to review the final landfill documentation as well as any ATP language since this would be our first ATP ever. I was hoping to push things through this week...oh well. I'll have everything on my end tied up for her return.

Feel free to follow up with me next week.

Thanks,

Jon

Jonathan Dunn
1849 C St.
MS-4311A
Washington, DC 20240
Phone  (202)208-6971
Fax      (202)208-7585
Jonathan_Dunn@ios.doi.gov

---

**Cynthia U. Jackson <carl.blas@gmail.com>**     Thu, Jun 29, 2006 at 5:51 AM
To: Helen Kennedy <Helen.Kennedy@guamepa.net>, Adrienne Loerzel <mrsmeno@yahoo.com>

FYI .

[Quoted text hidden]

---

**Helen Kennedy <Helen.Kennedy@guamepa.net>**     Thu, Jun 29, 2006 at 3:43 PM
To: "Cynthia U. Jackson" <carl.blas@gmail.com>, Adrienne Loerzel <mrsmeno@yahoo.com>

Hi Jonathan. This is Helen Kennedy. I am the lawyer for the Government of Guam on this project. If your lawyer has any concerns, then please ask her to contact me. Time is of the essence to unlock this grant money as the Government is under a federal court order to do the work, and the United States of America is the plaintiff in the action. We have been trying to work with your Department on this matter. We want to continue to work with your Department. Whatever we can do to expedite the matter we will do. Please keep us posted and expedite this matter.

---

Helen M. Kennedy
Attorney

Office of the Attorney General
Guam Environmental Protection Agency
Tel: +1-671-475-1680  Fax: +1-671-477-9402
E-mail: Helen.Kennedy@guamepa.net
http://www.guamepa.govguam.net

**PLEASE NOTE:** All Guam EPA e-mail addresses are changing as of January 30, 2006. My new address is

Helen.Kennedy@guamepa.net. Please update your address book.

**From:** Cynthia U. Jackson [mailto:carl.blas@gmail.com]
**Sent:** Thursday, June 29, 2006 5:52 AM
**To:** Helen Kennedy; Adrienne Loerzel
**Subject:** Fwd: Landfill

[Quoted text hidden]



# Road Realignment Task

2 messages

**DPW Consent Decree** <aaconsentdecree@yahoo.com>                    Fri, Jul 7, 2006 at 10:09 AM
To: Tor Gudmundsen <tor@guam.net>
Cc: Cynthia Jackson <carl.blas@gmail.com>, helen kennedy <helen.kennedy@guamepa.net>, Omar Damian
<omar.damian@guamepa.net>

Tor,

Regarding the Road Realignment work (Amendment No. 4), according to Helen, as a requirement of National Environmental
Policy Act (NEPA), an Environmental Assessment must be performed as part of the realignment work. You can find NEPA
requirements online. Please include an environmental assessment as part of your tasks for this amendment. Could you send
us a final Statement of Work and Fee proposal for Amendment No. 4?

What is the status of the Draft Wetland Mitigation Plan? When can we expect it to be submitted for Government of
Guam review prior to transmittal to US EPA? I will be preparing the certification letter to US EPA and Transmittal Letter so
could you provide me with a list of documents to be submitted to US EPA, DPW, Guam EPA.

I also wanted to followup on the Quarterly Report o US EPA for the new landfill project and wetland mitigation project. Please
provide it to me by end of today if not possible, then next Monday morning would be fine too.

Please let us know if you have any questions. I look forward to your response.

Thanks,

Erwin

Talk is cheap. Use Yahoo! Messenger to make PC-to-Phone calls. Great rates starting at 1¢/min.

**Tor Gudmundsen** <tor@guam.net>                                    Mon, Jul 10, 2006 at 8:49 AM
To: DPW Consent Decree <aaconsentdecree@yahoo.com>
Cc: Cynthia Jackson <carl.blas@gmail.com>, helen kennedy <helen.kennedy@guamepa.net>, Omar Damian
<omar.damian@guamepa.net>, Tor Gudmundsen PE <tor@guam.net>

Erwin,

See my comments below . .

> ----- Original Message -----
> **From:** DPW Consent Decree
> **To:** Tor Gudmundsen
> **Cc:** Cynthia Jackson ; helen kennedy ; Omar Damian
> **Sent:** Friday, July 07, 2006 10:09 AM
> **Subject:** Road Realignment Task
>
> Tor,
>
> Regarding the Road Realignment work (Amendment No. 4), according to Helen, as a requirement of National
> Environmental Policy Act (NEPA), an Environmental Assessment must be performed as part of the realignment work. You
> can find NEPA requirements online. Please include an environmental assessment as part of your tasks for this
> amendment. Could you send us a final Statement of Work and Fee proposal for Amendment No. 4?
>
> Ok . . we will include the EA and submit the updated Fee Proposal . . we are using Dan Wooster who is on our team for the

wetland mitigation.

What is the status of the Draft Wetland Mitigation Plan? When can we expect it to be submitted for Government of Guam review prior to transmittal to US EPA? I will be preparing the certification letter to US EPA and Transmittal Letter so could you provide me with a list of documents to be submitted to US EPA, DPW, Guam EPA.

We will bring over the Draft for review this morning . . it is one document . . see attached TOC for reference.  We are ready to ship it out on schedule today.

I also wanted to followup on the Quarterly Report o US EPA for the new landfill project and wetland mitigation project. Please provide it to me by end of today if not possible, then next Monday morning would be fine too.

Ok we are submitting it this morning.

Best regards,

Tor

Please let us know if you have any questions. I look forward to your response.

Thanks,

Erwin

Talk is cheap. Use Yahoo! Messenger to make PC-to-Phone calls. Great rates starting at 1¢/min.

TOC-710.pdf
19K





# Grant funds

6 messages

---

**Cynthia U. Jackson** <carl.blas@gmail.com>                          Wed, Jul 19, 2006 at 2:00
To: Jonathan Dunn <Jonathan_Dunn@ios.doi.gov>

Hi Jon,
Just wanted to check in with you if there was any word on the ATP/NTP issue ? and if you were able to provide some clue as to when the funds would be available?
I know I sound desperate, but we're moving at lightning speed, and I need some information as to when the funds would be available for contracting purposes.
HELP!!!!

waiting,
Cynthia

---

**Jonathan_Dunn@ios.doi.gov** <Jonathan_Dunn@ios.doi.gov>            Thu, Jul 20, 2006 at 6:13
To: "Cynthia U. Jackson" <carl.blas@gmail.com>, amariano@mail.gov.gu

Hey Cynthia,

Good news. The ATP is Routing for signature. I'm walking it through to speed things up so I hope to have all of the needed signatures by tomorrow. Cross your fingers.

Jon

 

"Cynthia U. Jackson" <carl.blas@gmail.com>

07/19/2006 12:00 AM

[Quoted text hidden]

| | |
|---|---|
| To: | Jonathan Dunn/OIA/OS/DOI@DOI |
| cc: | |
| Subject: | Grant funds |

---

**Cynthia U. Jackson** <carl.blas@gmail.com>                          Thu, Jul 20, 2006 at 6:42
To: "Jonathan_Dunn@ios.doi.gov" <Jonathan_Dunn@ios.doi.gov>

Thank You Jon !!!
This is definitely good news. I need to ask, how much of the funding is this ATP for ? We need both the 1.5M and the 1.3M (?) amounts released.
Cynthia
[Quoted text hidden]

---

**Cynthia U. Jackson** <carl.blas@gmail.com>                          Thu, Jul 20, 2006 at 6:43
To: Helen Kennedy <Helen.Kennedy@guamepa.net>, Adrienne Loerzel <mrsmeno@yahoo.com>

Good News Ladies ! FYI

Cynthia
[Quoted text hidden]

---

**Jonathan_Dunn@ios.doi.gov** <Jonathan_Dunn@ios.doi.gov>            Thu, Jul 20, 2006 at 6:48
To: "Cynthia U. Jackson" <carl.blas@gmail.com>

This ATP should release any funding assigned to the project.

"Cynthia U. Jackson" <carl.blas@gmail.com>

07/19/2006 04:42 PM

To:      Jonathan Dunn/OIA/OS/DOI@DOI
cc:
Subject:   Re: Grant funds

Thank You Jon !!!
This is definitely good news.  I need to ask, how much of the funding is this  ATP for ?  We need both the 1.5M
and the 1.3M (?)  amounts released.
Cynthia

[Quoted text hidden]

Cynthia U. Jackson <carl.blas@gmail.com>
To: Art Mariano <amariano@mail.gov.gu>

Mon, Jul 24, 2006 at 5:05 PM

Art,
FYI
Cynthia

---------- Forwarded message ----------
From: **Jonathan_Dunn@ios.doi.gov** < Jonathan_Dunn@ios.doi.gov>
Date: Jul 20, 2006 6:48 AM
Subject: Re: Grant funds
[Quoted text hidden]

[Quoted text hidden]



# DEPARTMENT OF THE INTERIOR
# OFFICE OF INSULAR AFFAIRS

## AUTHORIZATION TO PROCEED

Date:     7/20/06

To:       Felix P. Camacho
          Governor
          P.O. Box 2950
          Hagatna, Guam 96932

cc:       Art Mariano, BBMR

From:     Nikolao I. Pula
          Director
          Office of Insular Affairs
          U.S. Department of the Interior
          MS 4311(A)
          1849 C Street, NW
          Washington D.C. 20240

**PROJECT TITLE:** **New Guam Municipal Solid Waste Landfill Facility**

Dear Governor Camacho:

The Office of Insular Affairs has reviewed the documentation submitted by GovGuam for
the New Guam Municipal Solid Waste Landfill Facility. Due to OIA's limited financial
participation in Landfill project, the DOI Solicitor's Office determined that the
construction of the landfill does not constitute a significant Federal action for the
purposes of NEPA. Therefore, Guam is hereby authorized to proceed with work and may
begin the drawdown of OIA grant funding.

OIA plans to complete the NEPA process by submitting the EIS documentation to U.S.
EPA in the event that OIA's participation in the project increases in the future.

We look forward to the successful completion of the New Guam Municipal Solid Waste
Landfill Facility. If you have any questions, please contact Jonathan Dunn at (202) 208-
6971.

                    Sincerely,

                    Nikolao I. Pula

**SOLID WASTE DISPOSAL PROJECTIONS AND ANALYSIS FOR SOURCE REDUCTION (2%) AND LANDFILL DISPOSAL WITH HIGH GENERATION RATE (2.3 POUNDS/PERSON/DAY) ABOVE NATIONAL AVERAGE**

**TABLE 1b**

| Year | Projected Population (Resident + Military) | Tourist Population (Daily Equivalent) | Projected Overall Population | Projected Generation Rate - Low (pcd) | Tons/Year Waste Generated - Low | Projected Generation Rate - High (pcd) | Tons/Year Waste Generated (High Rate) (Tons per Yr) | Percent Waste Diverted from Waste Stream (Composted & Private Recycling) | Tons/Year Waste Diverted from Waste Stream | Tons/Year Processed by the MRF (Capacity of MRF) | Tons/Year of Residual Waste from MRF (To Be Landfilled) | Tons/Year of Waste Captured for Recycling at the MRF | Total Percentage of Waste Stream Diverted and Recycled | Amount of Waste Removed from Waste Stream (composted & recycled) | C.Y./Year Waste to MSWLF from MRF (1,100 lbs/C.Y. in MSWLF) | C.Y./Year Residual to MSWLF from MRF (3,000 lbs/C.Y. in MSWLF) | C.Y./Day Waste to MSWL (1,000 lbs/C.Y. in MSWLF & 244 day/yr) | Daily Cover Volume % (Daily Cover Soil Vol.) / (Soil + Waste Volume) | Daily Cover Required C.Y./Yr | Daily Cover Accumulated Volume C.Y. | Landfill Volume Required C.Y./Yr (Waste + Soil) | Landfill Accumulated Volume C.Y. (Waste + Soil) | Remarks/Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2007 | 147,459 | 3,259 | 150,717 | 4.40 | 121,026 | 5.28 | 145,231 | 2% | 2,905 | 142,327 | 142,327 |  |  | 2% | 2,905 | 258,776 |  | 1,061 | 20% | 64,694 | 64,694 | 323,470 | 323,470 |  |
| 2008 | 150,407 | 3,451 | 153,858 | 4.40 | 123,548 | 5.28 | 148,256 | 2% | 2,965 | 145,293 | 145,293 |  |  | 2% | 2,965 | 264,169 |  | 1,083 | 20% | 130,735 | 190,736 | 330,211 | 653,681 |  |
| 2009 | 153,415 | 3,643 | 157,058 | 4.40 | 126,118 | 5.28 | 151,343 | 2% | 3,027 | 148,315 | 148,315 |  |  | 2% | 3,027 | 269,663 |  | 1,105 | 20% | 67,416 | 198,152 | 337,080 | 990,759 |  |
| 2010 | 156,464 | 3,835 | 160,310 | 4.40 | 128,730 | 5.28 | 154,483 | 2% | 3,090 | 151,393 | 151,393 |  |  | 2% | 3,090 | 275,261 |  | 1,128 | 20% | 68,816 | 266,967 | 344,078 | 1,334,837 |  |
| 2011 | 159,813 | 4,027 | 163,840 | 4.40 | 131,401 | 5.28 | 157,684 | 2% | 3,154 | 154,530 | 154,530 |  |  | 2% | 3,154 | 280,964 |  | 1,151 | 20% | 70,241 | 337,208 | 351,205 | 1,686,042 |  |
| 2012 | 162,806 | 4,279 | 167,085 | 4.40 | 134,171 | 5.28 | 160,565 | 2% | 3,219 | 157,726 | 157,726 |  |  | 2% | 3,219 | 286,774 |  | 1,175 | 20% | 71,691 | 408,902 | 358,468 | 2,044,509 |  |
| 2013 | 166,062 | 4,411 | 170,472 | 4.40 | 136,859 | 5.28 | 163,839 | 2% | 3,285 | 160,982 | 160,982 |  |  | 2% | 3,285 | 292,694 |  | 1,200 | 20% | 73,174 | 482,076 | 365,205 | 2,409,714 |  |
| 2014 | 169,391 | 4,795 | 174,186 | 4.40 | 139,710 | 5.28 | 167,652 | 2% | 3,353 | 164,299 | 164,299 |  |  | 2% | 3,353 | 298,726 |  | 1,224 | 20% | 74,682 | 556,757 | 373,408 | 2,783,122 |  |
| 2015 | 172,771 | 4,831 | 177,986 | 4.40 | 142,586 | 5.28 | 171,072 | 2% | 3,421 | 167,651 | 167,651 |  |  | 2% | 3,421 | 304,726 |  | 1,249 | 20% | 75,054 | 632,979 | 375,270 | 3,158,392 |  |
| 2016 | 176,226 | 4,932 | 181,157 | 4.40 | 145,439 | 5.28 | 174,526 | 2% | 3,491 | 171,072 | 171,072 |  |  | 2% | 3,491 | 311,040 |  | 1,275 | 20% | 77,760 | 710,738 | 388,801 | 3,547,193 |  |
| 2017 | 179,750 | 5,056 | 184,819 | 4.40 | 148,351 | 5.28 | 178,032 | 2% | 3,562 | 174,470 | 174,470 |  |  | 2% | 3,562 | 317,327 |  | 1,301 | 20% | 79,332 | 790,066 | 396,662 | 3,943,855 |  |
| 2018 | 183,345 | 5,205 | 188,551 | 4.40 | 151,336 | 5.28 | 181,646 | 2% | 3,634 | 178,013 | 178,013 |  |  | 2% | 3,634 | 323,934 |  | 1,328 | 20% | 80,934 | 871,000 | 404,668 | 4,348,523 |  |
| 2019 | 187,012 | 5,479 | 192,491 | 4.40 | 154,487 | 5.28 | 185,307 | 2% | 3,707 | 181,646 | 181,646 |  |  | 2% | 3,707 | 330,266 |  | 1,354 | 20% | 82,566 | 953,566 | 412,832 | 4,761,356 |  |
| 2020 | 190,753 | 5,616 | 196,369 | 4.40 | 157,487 | 5.28 | 188,982 | 2% | 3,782 | 185,307 | 185,307 |  |  | 2% | 3,782 | 336,922 |  | 1,381 | 20% | 84,231 | 1,037,797 | 421,128 | 5,182,484 |  |
| 2021 | 195,262 | 5,616 | 200,880 | 4.40 | 161,106 | 5.28 | 193,559 | 2% | 3,871 | 189,688 | 189,688 |  |  | 2% | 3,871 | 344,903 |  | 1,414 | 20% | 86,226 | 1,124,023 | 431,128 | 5,613,612 |  |
| 2022 | 199,881 | 5,893 | 205,563 | 4.40 | 165,124 | 5.28 | 198,149 | 2% | 3,963 | 194,186 | 194,186 |  |  | 2% | 3,963 | 353,066 |  | 1,447 | 20% | 88,266 | 1,212,289 | 441,332 | 6,054,944 |  |
| 2023 | 204,407 | 6,027 | 210,488 | 4.40 | 169,010 | 5.28 | 202,835 | 2% | 4,057 | 198,779 | 198,779 |  |  | 2% | 4,057 | 361,416 |  | 1,481 | 20% | 90,354 | 1,302,642 | 451,771 | 6,506,716 |  |
| 2024 | 209,440 | 6,164 | 215,473 | 4.40 | 173,025 | 5.28 | 207,630 | 2% | 4,153 | 203,477 | 203,477 |  |  | 2% | 4,153 | 369,959 |  | 1,516 | 20% | 92,490 | 1,395,133 | 462,451 | 6,969,167 |  |
| 2025 | 214,399 | 6,299 | 220,560 | 4.40 | 177,112 | 5.28 | 212,534 | 2% | 4,251 | 208,284 | 208,284 |  |  | 2% | 4,251 | 378,698 |  | 1,552 | 20% | 94,674 | 1,489,807 | 473,371 | 7,442,538 |  |
| 2026 | 219,381 | 6,435 | 225,813 | 4.40 | 181,340 | 5.28 | 217,561 | 2% | 4,341 | 213,220 | 213,220 |  |  | 2% | 4,341 | 387,674 |  | 1,588 | 20% | 96,918 | 1,586,725 | 484,589 | 7,927,127 |  |
| 2027 | 223,020 | 6,712 | 229,960 | 4.40 | 184,910 | 5.28 | 221,887 | 2% | 4,434 | 218,297 | 218,297 |  |  | 2% | 4,434 | 395,017 |  | 1,619 | 20% | 98,754 | 1,685,479 | 493,774 | 8,420,901 |  |
| 2028 | 228,392 | 6,984 | 235,376 | 4.40 | 189,306 | 5.28 | 227,168 | 2% | 4,528 | 222,610 | 222,610 |  |  | 2% | 4,528 | 403,430 |  | 1,653 | 20% | 100,858 | 1,786,112 | 504,288 | 8,925,190 |  |
| 2029 | 233,285 | 7,123 | 240,408 | 4.40 | 192,896 | 5.28 | 231,435 | 2% | 4,629 | 226,610 | 226,610 |  |  | 2% | 4,629 | 411,216 |  | 1,685 | 20% | 102,804 | 1,888,917 | 515,022 | 9,440,212 |  |
| 2030 | 238,226 | 7,189 | 245,415 | 4.40 | 196,917 | 5.28 | 236,015 | 2% | 4,723 | 231,233 | 231,233 |  |  | 2% | 4,723 | 420,555 |  | 1,723 | 20% | 105,139 | 1,994,056 | 525,693 | 9,965,905 |  |
| 2031 | 243,226 | 7,257 | 250,483 | 4.40 | 211,111 | 5.28 | 247,475 | 2% | 4,949 | 242,526 | 242,526 |  |  | 2% | 4,949 | 440,957 |  | 1,807 | 20% | 110,239 | 2,104,295 | 551,194 | 10,517,100 |  |
| 2032 | 248,240 | 7,325 | 255,823 | 4.40 | 206,226 | 5.28 | 247,476 | 2% | 4,949 | 242,526 | 242,526 |  |  | 2% | 4,949 | 440,957 |  | 1,807 | 20% | 112,649 | 2,212,440 | 538,442 | 11,061,203 |  |
| 2033 | 254,443 | 7,394 | 261,727 | 4.40 | 211,421 | 5.28 | 253,233 | 2% | 5,065 | 248,168 | 248,168 |  |  | 2% | 5,065 | 451,214 |  | 1,849 | 20% | 115,169 | 2,325,089 | 564,343 | 11,603,443 |  |
| 2034 | 256,651 | 7,454 | 266,982 | 4.40 | 216,385 | 5.28 | 254,142 | 2% | 5,187 | 248,267 | 248,267 |  |  | 2% | 5,187 | 451,457 |  | 1,854 | 20% | 117,649 | 2,440,708 | 588,245 | 12,191,687 |  |
| 2035 | 261,727 | 7,518 | 272,091 | 4.40 | 221,419 | 5.28 | 259,328 | 2% | 5,187 | 254,142 | 254,142 |  |  | 2% | 5,187 | 462,076 |  | 1,894 | 20% | 121,048 | 2,561,756 | 594,245 | 12,794,687 |  |
| 2036 | 267,956 | 7,611 | 275,491 | 4.40 | 226,450 | 5.28 | 265,153 | 2% | 5,309 | 260,153 | 260,153 |  |  | 2% | 5,309 | 472,600 |  | 1,934 | 20% | 121,348 | 2,679,907 | 606,230 | 13,394,843 |  |
| 2037 | 274,234 | 7,676 | 282,005 | 4.40 | 231,602 | 5.28 | 271,140 | 2% | 5,425 | 265,553 | 265,553 |  |  | 2% | 5,425 | 484,197 |  | 1,984 | 20% | 123,405 | 2,803,916 | 618,040 | 14,011,631 |  |
|  | 280,663 | 286,071 |  |  | 231,803 | 5.28 | 278,143 | 2% | 5,563 | 272,600 | 272,600 |  |  | 2% | 5,563 | 495,637 |  | 2,031 | 20% | 123,405 |  |  |  |  |

Notes:
- Population projections prepared by Dan Swavely, Planning Consultant. While the daily projection is not necessarily accurate, the total annual volume generation reflects a more accurate annual projection of values.
- Tourist population projections expressed in terms of daily load.
- Low generation rate uses the 2001 national average as published in Municipal Solid Waste in the U.S. 2001 Facts and Figures, Executive Summary. High generation rate = 1.2 X the 2001 national average.

Duenas and Associates, Inc.

Guam MSWLF Site Selection EIS

# EXHIBIT 3

# Final
# Site Selection Report

## Environmental Impact Statement
## For the Siting of a Municipal
## Solid Waste Landfill Facility,
## Guam

Prepared for
Guam Department of Public Works
Government of Guam
542 N. Marine Corps Drive
Tamuning, Guam 96913



**public works**
DIPATTAMENTON CHE'CHO' PUPBLEKO

http://www.guamlandfill.org

In Accordance with Civil Case No. 02-00022 Consent Decree
Filed February 11, 2004 in U.S. District Court, Territory of Guam

Prepared by
Dueñas & Associates, Inc.
155 E.T. Calvo Memorial Parkway, Suite 200
Tamuning, Guam 96913

In Association with
Black & Veatch, Mink & Yuen, Geo-Engineering, Inc.,
Micronesian Archaeological Research Services,
Paul H. Rosendahl, Ph.D., Inc., EMCE, and EA EST

March 14, 2005

Exhibit 3

Source: Final Supplemental Environmental Impact Statement
       For the Siting of a Municipal Solid Waste Landfill Facility, Guam
Prepared By: Duenas, Bordallo & Associates, Inc.
Dated:    July 15, 2005

## 2.2.2   Landfill Volume Projections

Development of the new landfill must be preceded by a reasonable estimation of the volume of municipal solid waste that is intended for disposal at the landfill facility over a minimum period of 30 years. The following waste generation and waste stream processing scenario shows the range of possible and reasonable target 30-year cumulative volumes for use in sizing the proposed MSWLF:

- Nominal source reduction at 2 percent.
- Generation rate based on 20 percent over the national average, or 5.28 pcd.
- 30-year cumulative volume = 14,019,081 cubic yards.

The solid waste landfill volume calculations are based on industry-accepted solid waste management waste conversion factors, a reasonable range of generation rates, and current population projections. The population forecast report can be found in Appendix E of the *Final Site Selection Report* (GDPW 2005).

This scenario provides the most conservative order of magnitude solid waste volume generation estimate. Thus, the volume of 14 million cubic yards would be used to size the proposed landfill for the 30-year design period. If the proposed diversion and recycling components of new solid waste management strategy are effective, the estimated life of the landfill will exceed the 30-year design capacity.

## 2.2.3   Landfill Components

The landfill would require the following general components. The quantities would vary based on the final site-specific design of the facility based on the final waste stream. Items 1 through 8 are support facilities that would be developed initially and would support the entire landfill development. The remaining items would be performed as each cell is developed.

### Table 2-3.  Landfill Component List

|    | Component | Item | Units | Quantity | Comments |
|----|-----------|------|-------|----------|----------|
| 1. | Access Road | Site Clearing | Acre | Site Specific | Asphalt Paved Two Lane |
|    |           | Excavation | CY | Site Specific | |
|    |           | Fill | CY | Site Specific | |
|    |           | Paving | LF | Site Specific | |
|    |           | Culverts | Each | Site Specific | |
| 2. | Access Control | Access Control Building | Each | 1 | |
|    |           | Fencing | LF | Site Specific | Perimeter of each cell, Maintenance office area and runoff pond |
|    |           | Vehicle Gates | Each | Site Specific | |
|    |           | Interior Roads | LF | Site Specific | Around each cell, two lane gravel/limerock surfacing |
| 3. | Fire Protection | Storage Tank | Each | Site Specific | |

Case 1:02-cv-00022     Document 85-2     Filed 02/09/2007     Page 3 of 20

services to tourism and defense, such as construction, retailing and wholesaling, and professional services; and the various secondary, yet important, business sectors which take advantage of Guam's location as well as its protection under U.S. jurisprudence. Nonetheless, the possibility of some reversal in economic growth always exists, inasmuch as recent events have dramatically proven this Territory's vulnerability to external forces. Typhoons, earthquakes and international threats to air travel are the most likely calamities to stall growth, at least temporarily. Internal threats to sustained growth for the 2004 through 2020 period include inadequate infrastructure (particularly water and wastewater service) to support development and a labor force which is not equipped with the proper skills to deliver the manpower necessary for economic development.

2.3    Population Projections for Years 2015 and 2020

The Year 2020 Guam Highway Master Plan project concluded in an earlier phase that approximately 12% of Guam's population relocated off-island since the 2000 census. Consequently, a modest growth for the remainder of this decade would be insufficient to even regain the year 2000 year population census estimate by year 2010.

For the purpose of comparison, Guam's 16.3% growth rate for the period 1990 through 1999 reflected a compounded annual growth rate of approximately 1.5% per year. In order to regain the year 2000 census after losing approximately 12 % of its population since then, the Island's census would have to grow by approximately 2% per year for the remaining years 2004 through 2010. The Guam Highway Master Plan project determined that such growth is reasonable, given the assumptions that Guam's most recent down-cycle is now over, and a moderate rebound will occur during most of the remaining years of this decade.

Table 2.3-1 computes the year 2010 population, given these assumptions.

Table 2.3-1
Population Projections, Years 2003 through 2010

| Year 2000 Census | 12% Net Loss | Year 2003 Estimate | Year | Census @ +2.0% Growth | Net Increase by Year |
|---|---|---|---|---|---|
| 154,805 | 18,577 | 136,228 | | | |
| | | | 2004 | 138,953 | 2,725 |
| | | | 2005 | 141,732 | 2,779 |
| | | | 2006 | 144,567 | 2,835 |
| | | | 2007 | 147,458 | 2,891 |
| | | | 2008 | 150,407 | 2,949 |
| | | | 2009 | 153,415 | 3,008 |
| | | | 2010 | 156,484 | 3,068 |

For the year 2015 and 2020 population estimates, the annual growth rate is retained at _° ., which computes to a 10 year increase of 21.9%.

Case 1:02-cv-00022    Document 85-2    Filed 02/09/2007    Page 4 of 20

Table 2.3-2 computes the year 2015 and year 2020 population by the Guam Highway Master Plan Update project, given those assumptions.

Table 2.3-2
Population Projections, Years 2010 through 2020

| Year | Census | Annual Increase @ +2.0% Growth |
|------|--------|--------------------------------|
| 2010 | 156,484 | |
| | | 3,130 |
| 2011 | 159,614 | |
| | | 3,192 |
| 2012 | 162,806 | |
| | | 3,256 |
| 2013 | 166,062 | |
| | | 3,321 |
| 2014 | 169,383 | |
| | | 3,388 |
| **2015** | **172,771** | |
| | | 3,455 |
| 2016 | 176,226 | |
| | | 3,525 |
| 2017 | 179,751 | |
| | | 3,595 |
| 2018 | 183,346 | |
| | | 3,667 |
| 2019 | 187,013 | |
| | | 3,740 |
| **2020** | **190,753** | |

## 2.4  Population Projections by Municipality for Years 2015 and 2020

Having established the islandwide population estimate for years 2015 and 2020, it was necessary for purposes of the Guam Highway Master Plan Update project to allocate those total counts among the 157 islandwide TAZ's. This was performed in two stages: 1) allocating among all TAZ's the initial population increase of 18,577 to account for Guam's 12% loss of population between 1999 and 2003; and then 2) allocating among all 157 TAZ's the subsequent population increases to account for the remaining 17,966 population in order to reach the 2015 population estimate of 172,771 and the 17,982 population increase in order to reach the 2020 population estimate of 190,753. That allocation rationale is explained in detail in the Guam Highway Master Plan Update project report. For purposes of this report, however it is necessary to only use the resultant population projections, by municipality, for years 2015 and 2020. Those results are presented in Table 2.4-1.

# EXHIBIT 4

GOVERNMENT OF GUAM CONSENT DECREE (CD) TASK ACCOMPLISHMENTS STARTING FEBRUARY 2004
Revised: 1/30/2007

| Task Name | CD Paragraph | CD Completion Date | Acutal Completion Date |
|---|---|---|---|
| **Civil Penalties** | | | |
| $25,000 penalty due | 6.a. | | |
| $50,000 penalty due | 6.b. | 3/11/2004 | 3/11/2004 |
| $50,000 penalty due | 6.c. | 2/11/2005 | 4/1/2005 |
| $75,000 penalty due | 6.d. | 2/11/2006 | 4/1/2005 |
| | | 2/11/2007 | 4/1/2005 |
| **Closure of Ordot** | | | |
| Submit Draft Closure Plan | 8.a.i. | 12/7/2004 | 12/7/2004 |
| Submit Permit Application | 8.a.ii. | 12/7/2004 | 12/7/2004 |
| Submit 90% Closure Plan | 8.b.i | 5/6/2005 | 5/6/2005 |
| Submit Draft Post-Closure Plan | 8.b.ii | 5/6/2005 | 5/6/2005 |
| Submit Permit Supplement | 8.b.iii | 5/6/2005 | 5/6/2005 |
| Submit Final Closure Plan | 8.c.i | 9/3/2005 | 9/1/2005 |
| Submit Final Post-Closure Plan | 8.c.ii | 9/3/2005 | 9/1/2005 |
| Submit 90% Wetland Mitigation Plan | 8.c.iii | 9/3/2005 (extended to 2/5/2006) | 7/10/2006 |
| Notify of Adequacy of Permit App. | 8.d | 9/3/2005 | 7/27/2005 |
| Issue or Deny Permit | 8.e | 12/2/2005 | 12/14/2005 |
| Advertise Ordot Closure Construction | 8.f | 1/11/2006 | 1/11/2006 |
| **Opening of New Landfill** | | | |
| Submit List of at least 3 sites | 9.a | | |
| Complete Environmental Impact Statement | 9.a | 3/12/2004 | 3/11/2004 |
| Submit Draft Plan for new landfill | 9.c | 12/7/2004 | 1/31/2005 |
| Submit 90% Final Plan for new landfill | 9.d.i | 8/4/2005 | 8/1/2005 |
| Submit Permit Application | 9.d.ii | 2/5/2006 | 3/28/2006 |
| Submit 90% Wetland Mitigation Plan | 9.d.iii | 2/5/2006 | 3/28/2006 |
| Notify of Adequacy of Permit App. | 9.e | 2/5/2006 | N/A |
| | | 6/5/2006 | 4/26/2006 |
| **Financing Plan** | | | |
| | 10.a | 6/10/2004 | 6/10/2004 |

PAGE 1 OF 7

EXHIBIT 4

**Consent Decree Project Accomplishments From December 2006 to January 2007**

Date Revised: 1/30/2007

| Project | Task Description | Accomplishments | Anticipated/Date of Accomplishments | Status |
|---|---|---|---|---|
| Ordot Dump Closure | Closure Design Project: Amendment No. 2 - Closure design modifications and finalization of closure Plans, Specifications, & Estimates, based on the 1.) The anticipated additional incoming waste based on delays with the new landfill project; 2.) Value Engineering (VE) Study, Feasibility and Cost-Benefit Analysis; 3.) Field Investigations to fill in data gaps presented in the Environmental Baseline Study (EBS), Ordot Dump, dated July 2005, and 4.) Ordot Dump Solid Waste Management Permit conditions issued by Guam EPA. | DPW has received a response from Duenas, Bordallo, & Associates, Inc.(DBA) regarding Amendment No. 2 work and the resolution of contract issues. DPW has met with the DBA to resolve these issues, and has issued them a letter of intent resolving the contract issues and requesting that DPW/DBA work together to revise, and finalize negotiations on SOW for Amendment No. 2 Work. | 12/2006 - 1/2007 | DPW/DBA intends to finalize negotiations on SOW for Amendment No. 2 work by the first week of February 2007, and issue a Notice to Proceed by the third week of February 2007. |
| | Design/Build Leachate Collection and Removal System | Received approval from CDCT to move forward with project in October 2006, however based on US EPA's disagreement to this approach for the closure project, DPW has placed this project on hold. DPW has complied with US EPA's recommendation not proceed with this approach. | | Project halted |

| Project | Task Description | Accomplishments | Anticipated/Date of Accomplishments | Status |
|---|---|---|---|---|
| | Wetland Mitigation Plan | 100% Wetland Mitigation Wetland Plan was submitted to DPW, Guam EPA, US Army Corps of Engineers, and Bureau of Statistics and Planning for final review and comment | 11/1/2006 | The 100% wetland mitigation plan includes wetland permits and responses to comments on the Draft Wetland Mitigation Plan. Review comments were received from the Bureau of Planning in December 2006 and a request to issue the 100% submittal documents to other agencies for further review. The documents will be issued in January and the agency review completed. Following the review period, it is expected that meetings with the review agencies will be conducted as required and the documents will be updated and the Guam Land Use Commission (GLUC) Wetland Permit application will be prepared and submitted. Meetings have been scheduled to meet with the Bureau of Planning and the Chamorro Land Trust to discuss the project and land requirements. The GLUC process will start and continue into the 2nd Qtr of 2007. In addition to the GLUC, the following permits will be processed with the respective agencies. <br>☐ Guam EPA – 401 Water Quality Certification<br>☐ Guam Coastal Zone Management – Federal Consistency Review<br>☐ US Army Corps of Engineers – Section 404 Wetland Permit |
| | Quarterly Report No. 11 | Report Submitted | 1/22/07 (Guam Time) | |
| New Municipal Solid Waste Landfill | Amendment No 3. Complete Task IV: Final (100%) PS&E, also includes Value Engineering (VE) Study, design for leachate disposal via sanitary sewer line to Inarajan Wastewater Treatment Plan, updating of design to reflect new Guam Drainage Manual Requirements, and design & construction of temporary access road on existing dirt road | Final version of the USEPA review comments for the Layon Landfill Pre-Final 100% design submittal were issued to TG Engineers (TGE) on August 04, 2006. The response from the TGE team was issued to DPW on September 11, 2006. The response was transmitted to US EPA and Guam EPA. | | |

Case 1:02-cv-00022   Document 85-2   Filed 02/09/2007   Page 10 of 20

| Project | Task Description | Accomplishments | Anticipated/Date of Accomplishments | Status |
|---|---|---|---|---|
| | | TGE submitted temporary access road construction plans and permits for processing at DPW, building permit section. | Jan-07 | The building permit was on hold, because the lack of property owner signatures. However, the Government of Guam has recently received a signed license from the property owners of the Layon Landfill authorizing the Government of Guam to enter the land to "conduct studies, surveys, wells, assessments and such temporary construction as may be required by the Government for the design of, clearing and grading permits for, road construction permits for, and zone changes for a Municipal Solid Waste Landfill (including temporary and permanent access roads thereto)." Based on this, the permit is currently be processed at DPW. The Landfill Temporary Access Road construction will begin during the first quarter of 2007. The temporary road will provide access for fieldwork and site visits until the permanent access road is completed. |
| | | Completed VE Study on August 18, 2006. Draft VE Report issued to DPW and Guam EPA on September 1, 2006 for review and comment; DPW review comments issued to TG Engineers on November 15, 2006. Final VE report was issued to DPW on January 2, 2007. | | DPW has met with TG Engineers to discuss and finalize the scope and fee for amendment no. 6, which is the work needed to revise the current design to incorporate approved VE design alternatives. The appropriate scope revisions and fees were clarified and a proposed Design Change Order was negotiated and submitted for acceptance with a contract amendment to be issued by DPW (currently contract Amendment No. 6). DPW is currently preparing contract amendment for this work and will be processing the amendment. (see below for more information) |
| | | TGE has received final review comments from DPW, Guam Waterworks Authority (GWA), and Guam Power Authority(GPA) on the Layon Landfill Access Road 100% Design Plan, Technical Specifications and Estimates, including access road bid documents, design calculations, and schedule. The Access Road 100% Design includes the revised road alignment to shift the road outside the Ugum River Watershed. | 1/10/07 - 1/12/07 | The access road final design and preparation of construction documents started and is ongoing. The Layon Access Road final design and submittal will be completed in February 2007. |

| Project | Task Description | Accomplishments | Anticipated/Date of Accomplishments | Status |
|---|---|---|---|---|
| | | GLUC Permit and Guam EPA Solid Waste Permit will be processed | | The Guam Land Use Commission (GLUC) application for a Zone Variance will be submitted and the GLUC process will begin following landowner signatures on the application form. The Guam EPA Municipal Solid Waste Facility Permit Application will be re-submitted following landowner signatures on the application form. The Government of Guam has recently received Layon Landfill authorizing the Government of Guam to enter the land to "conduct studies, surveys, wells, assessments and such temporary construction as may be required by the Government for the design of, clearing and grading permites for, road construction permits for, and zone changes for a Municipal Solid Waste Landfill (including temporary and permanent access roads thereto)." |
| | Amendment No. 4: Access Road & Right of Way Re-alignment and associated work, based on portion of the existing Access Road and Right of Way Alignment is located on and drains to the Ugum Watershed | Right of Way and Access Road Realignment was incorporated into Layon Landfill Access Road 100% Design PS&E. | | TGE has received final review comments from DPW, GWA and GPA and will be incorporating their comments into a Final Layon Landfill Access Road Design PS&E. |
| | | Access Road and Right-of-Way Realignment Consultant also submitted a Draft Environmental Assessment (EA) (i.e. supplement to SEIS) for the portion of the access road and right of way that has been realigned. The Landfill Road EA was issued to other Government of Guam agencies for review and comment. Responses were requested by Friday 2/2/07. DPW has received comments from Guam EPA on Draft EA and has transmitted it to TGE for review and incorporation. | Jan-07 | The Landfill Road Environmental Assessment review should be completed by the government agencies and a final assessment report issued. Based on the review completed by Guam EPA it is expected that a Finding of No Significant Impact (FONSI) will be issued. |
| | Amendment No. 5 - Additional Hydrogeologic Field Investigations and Reporting/Modeling | Preparations for the hydro-geology fieldwork continued. The decisions by DPW for the VE Alternatives in October 2006 determined the final site (cell) sequence and configuration and the fieldwork planning was able to proceed. The Hydro-Geology Work Plan was finalized in December and was submitted for DPW and Guam EPA review in January 19, 2007. | | The hydro-geology fieldwork will be ongoing with soil borings, material sampling & testing and data collection. The fieldwork is expected to continue into the 2nd Qtr 2007. The hydro-geological Work Plan was completed and submitted to DPW / GEPA for review and comment. The team is ready to mobilize once the Entry Permission is granted by the property owner. Fieldwork will commence upon Guam EPA approval of the hydro-geological work plan. |

| Project | Task Description | Accomplishments | Anticipated/Date of Accomplishments | Status |
|---|---|---|---|---|
| | Contract Amendment No. 6 (formerly No. 7) Incorporation of approved VE design alternatives into Layon Landfill Design | DPW has met with TG Engineers to discuss and finalize the scope and fee for amendment no. 6, which is the work needed to revise the current design to incorporate approved VE design alternatives. The appropriate scope revisions and fees were clarified and a proposed Design Change Order was negotiated and submitted for acceptance with a contract amendment to be issued by DPW. | Jan-07 | DPW is currently preparing contract amendment for this work and will be processing the amendment. DPW intends to submit the amendment for processing by the first week of February 2007, and issue a Notice to Proceed by the third week of February 2007. |
| | Quarterly Report No. 11 | Report Submitted | 1/22/07 (Guam Time) | |
| Supplemental Environmental Project | Household Hazardous Waste Facility (HHWF) Design Contract with Jess T. Lizama & Associates, Inc. | DPW has processed contract agreement and issued a Notice to Proceed to Jess T. Lizama & Associates, Inc. | Contract Agreement Signed - 12/29/06; NTP issued January 4, 2007 | A kickoff meeting was held between DPW, Jess T Lizama & Associates, Inc., and Guam EPA on the design project. Based on the schedule provided by Jess T. Lizama, the Final Plans, Specifications and Estimates for the design of the HHWF will be submitted by April 3, 2007. |
| | Interim Household Hazardous Waste Collection Event | DPW has provided US EPA with a updated draft survey report based on last October 2006 collection event. | Jan-07 | DPW is planning for the next collection event, possibly in May 2007. |
| | Quarterly Report No. 11 | Report Submitted | 1/22/07 (Guam Time) | |
| Hiring of Staff | Solid Waste Technical Advisor (SWTA) | DPW has finalized negotiations with the most qualified Consultant, i.e. Shaw Environmental, Inc., and is processing their contract with the Government of Guam. | Jan-07 | DPW is currently processing the SWTA contract, and expects to have a executed contract by the last week of January 2007. SWTA will provide necessary technical support for DPW on all Consent Decree projects and other related solid waste projects |
| Procurement Advisor | Procurement Packages for outsourcing solid waste residential collections | Final Bid Packages have been developed. Decal/bag system and Mayor's services have been identified. Final Bid Packages have been submitted to the PUC's Consultant, Georgetown Consulting Group for review and comment. | | Residential Collection Route Maps and District allocations are being prepared by DPW. |
| Land Acquisition of Layon Landfill Site | | The Government of Guam has recently received a signed license authorizing the Government of Guam to enter the land to 'conduct studies, surveys, wells, assessments and such temporary construction as may be required by the Government for the design of, clearing and grading permits for, road construction permits for, and zone changes for a Municipal Solid Waste Landfill (including temporary and permanent access roads thereto).' | Jan-07 | |

| Project | Task Description | Accomplishments | Anticipated/Date of Accomplishments | Status |
|---------|------------------|-----------------|-------------------------------------|--------|
| New Transfer Station | Invitation for Bid for Design Build/Operation of new transfer stations | DPW has worked collaboratively with the legislature to drafted a bill (Bill No. 26), which is an act authorizing the Governor of Guam to exchange an undivided portion of lot no. 10170-R1, Municipality of Dededo, with Lot No. 3390-2New-R2, Ordot Municipality of Sinajana, on a value for value basis addressing neeeded resources required towards complying with the stipulated Consent Decree to closure the Ordot Dump. The bill states that the land shall be placed under the control of the Department of Public Works, and shall be utilized to meet the Ordot Landfill Consent Decree Requirements and be reserved as a transfer station in combination with a material recycling facility site. This bill will go through further revisions based on comments from DPW. | | DPW is working on preparations of bid packages, to include performance management contracts for solid waste employees. Procurement for this project is expected to be "turnkey" process. |

# EXHIBIT 5



*Office of the Governor of Guam*

P.O. Box 2950  Hagåtña, Guam 96932
TEL: (671) 472-8931 • FAX: (671) 477-4826 • EMAIL: governor@mail.gov.gu

Felix Perez Camacho
*Governor*

Kaleo Scott Moylan
*Lieutenant Governor*

July 28, 2006

Law Offices
ARRIOLA, COWAN, ARRIOLA

JUL 2 8 2006

RECEIVED
BY: _____ TIME: 4:28pm.



Oxford Properties & Finance Co., Ltd.
c/o Arriola, Cowan and Arriola
259 Martyr Street
Suite 201
C&A Professional Building
Hagåtña, Guam 96932

Mr. Paul A. Calvo
General Manager
Calvo's Insurance Underwriters, Inc.
P.O. Box CI
Hagåtña, Guam 96932

7.26.06
4:29 p.m.

Re:    Government Taking of Land in Layon for Landfill

Dear Landowners:

On behalf of the government of Guam ("Government"), pursuant to the obligation under Public Law 24-06 Section 4(f), which requires the Government to own the land on which the landfill is located, I am authorized to make the offer detailed below for the just compensation of the land in Lot B-3REM, which is needed for the landfill, and also for an offer for use value in a temporary taking of the current dirt road.

For the main landfill facility area and access road off the existing right of way, the Government will take 1,284,703 square meters and 22,277 square meters, plus or minus a square meter. The total just compensation offer, for settlement purposes only, is $1,450,748.00. This offer is to all owners, including anyone not addressed in this letter but who has a valid recorded deed or other valid claim of which you are aware. Allocation among the owners and any others is a private matter in which the Government has no position. It is up to those parties to resolve the allocation. This offer is open until August 4, 2006, at 1 p.m.

Not only does the amount of this offer amount to "just compensation" as provided by law, the amount is higher than what the Government would prove in court for a variety of reasons. First, the valuation date is later than the date the Government will maintain in

EXHIBIT J

court is the effective date of the taking of this property, and property values have been on the rise since that effective date. Second, the Government has invested openly in developing the property since the effective date, and you have been fully aware of the Government's actions.

In addition, by this letter the Government intends to improve the dirt road which it uses for access to the landfill area under the current Right of Way Agreement. It is my understanding that Ms. Cynthia Jackson outlined the plans to lay a 20-foot width of compacted shell, a few culverts and appropriate sediment control so that the Government can have unimpeded use of the existing easement during the next 18-24 months for passability by normal vehicles, to bring in drilling rigs during the wet season, and later the earth moving machines that will prepare the landfill site. The Government will abandon use of the temporary road once construction of the permanent road, which mostly follows the public right of way, is completed.

Please confirm in writing no later than 4 p.m. August 4, 2006, that you have no objections or conditions to these temporary improvements; if you have conditions please so state. We need to move forward with this important project for the benefit of the people of Guam. The Government is willing to provide just compensations for the use of the road, minus the value of improvements. If you object to the temporary improvements, however, then the Government will have no choice but to effectuate a temporary taking of the current dirt road.

One further note: We have been informed that other individuals and perhaps businesses may claim some interest in Lot B-3REM. We are in the process of determining ownership based on the records at the Department of Land Management. If there are others who have deeds that are not recorded, but for which you have no dispute, then please advise me in writing of who these individuals/entities are and also advise them to promptly record their deeds.

We hope that we can work together amicably to move this project forward and we await positive reply. If you have any questions, then please give me a call.

Sincerely,

**J. GEORGE BAMBA**
Chief of Staff

cc:    Governor's Legal Counsel
       Attorney General Douglas B. Moylan
       Assistant Attorney General Helen M. Kennedy

# EXHIBIT 6

LAW OFFICES

*Arriola, Cowan & Arriola*

JOAQUIN C. ARRIOLA
MARK E. COWAN
ANITA P. ARRIOLA
JOAQUIN C. ARRIOLA JR.

JACQUELINE T. TERLAJE

259 MARTYR STREET, SUITE 201
C & A BUILDING
HAGÁTÑA, GUAM 96910

MAILING ADDRESS:
P.O. BOX X
HAGÁTÑA, GUAM 96932
TELEPHONE
(671) 477-9730/3
TELECOPIER
(671) 477-9734
E-MAIL
acalaw@netpci.com

August 4, 2006

**Hand Deliver**

Mr. J. George Bamba
Chief of Staff
Office of the Governor of Guam
P.O. Box 2950
Hagátña, Guam 96932

Re: **Government Taking of Land in Dandan for Dump.**

Mr. Bamba:

I have your letter of July 28, 2006, regarding the Government's offer to purchase a portion of Lot B, Dandan, Inarajan, for a dump site. Your offer is rejected.

You referred to a "current Right of Way Agreement". My client is not a signatory to such Agreement.

The Government's request for permission to enter, make roadway repairs and other improvements with Lot B, Dandan, is denied.

Joaquin C. Arriola
**Counsel for Oxford Properties**
**& Finance Ltd.**

OFFICE OF THE
JCNaam    CHIEF OF S.

DATE _8/4/06_ 91

TIME _____ (   )

EXHIBIT 6

# LUJAN AGUIGUI & PEREZ LLP

## ATTORNEYS AT LAW

August 2, 2006

<u>VIA FACSIMILE 477-4826</u>

Mr. George Bamba
Chief of Staff
Office of the Governor
P.O. Box 2950
Hagåtña, Guam 96932

Re:   <u>Government Taking of Land in Layou for Landfill</u>

Dear Mr. Bamba:

We are counsel to Calvo's Insurance Underwriters, Inc. ("CIU"). CIU is in receipt of your letter of July 28, 2006 with regard to the above-referenced matter.

The principal individual in charge of the landfill issue for CIU is Mr. Leonard Calvo. Mr. Calvo is presently off-island and will not be returning until the end of this week. Consequently, we respectfully ask that CIU be granted additional time to review the substance of your letter and to respond to the Government's offer and requests. Therefore, we ask that the time to respond be extended an additional week, i.e., until 1 p.m., Friday, August 11, 2006.

Please contact me should you have any questions.

Very truly yours,

**LUJAN AGUIGUI & PEREZ LLP**

Ignacio C. Aguigui, Esq.

C-0051-2/ICA/wj

*Writer's Direct Email:* ica@lujanaguigiperez.com

PACIFIC NEWS BUILDING • SUITE 300 • 238 ARCHBISHOP FLORES STREET • HAGÅTÑA, GUAM 96910
TELEPHONE (671) 477-8064 • FACSIMILE (671) 477-5297

 *Office of the Governor of Guam*

P.O. Box 2950 Hagåtña, Guam 96932
TEL: (671) 472-8931 • FAX: (671) 477-4826 • EMAIL: governor@mail.gov.gu

**Felix Perez Camacho**
*Governor*

**Kaleo Scott Moylan**
*Lieutenant Governor*

| Post-It® Fax Note | 7671 | Date 1/31/07 | # of pages ▶ 5 |
|---|---|---|---|
| To Tina | | From George Bamba | |
| Co./Dept DPW | | Co COS | |
| Phone # | | Phone # | |
| Fax # 649-3777 | | Fax # 472-7549 | |

August 7, 2006

Ignacio C. Aguigui, Esq.
Lujan, Aguigui, & Perez, LLP
Pacific News Building Suite 300
238 Archbishop Flores St.
Hagatna, Guam 96910

Dear Attorney Aguigui:

This is in response to your letter dated August 2, 2006 re: Government Taking of Land in Layou for Landfill. Please be advised that the extension you requested of Friday, August 11, 2006 is acceptable.

Thank you for your response.

Sincerely,

**GEORGE BAMBA**
Chief of Staff