ORIGINAL

MATTHEW J. MCKEOWN
Acting Assistant Attorney General
Environment & Natural Resources Division
ROBERT D. MULLANEY
Environmental Enforcement Section
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
Tel: (415) 744-6483
Fax: (415) 744-6476

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant United States Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
FEB 14 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. GOVERNMENT OF GUAM, Defendant. | CIVIL CASE NO. 02-00022<br><br>UNITED STATES' MOTION TO ACCEPT FACSIMILE SIGNATURES<br><br>Date: March 8, 2007<br>Time: 9:00 a.m. |

Plaintiff, the United States of America, moves this Court to accept a facsimile copy of the Declarations of Ben Machol and Pankaj Arora in Support of the United States' Opposition to Defendant's Motion to Modify Consent Decree.

The United States requests that the Court accept a facsimile copy of these declarations and states that the original declarations will be filed with the Court as soon as they are received by this office.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

Dated: FEB 14 2007

MIKEL W. SCHWAB
Assistant U.S. Attorney

OF COUNSEL:

JULIA JACKSON
Assistant Regional Counsel
U.S. Environmental Protection Agency
75 Hawthorne Street
San Francisco, California 94105