1  MATTHEW J. MCKEOWN
   Acting Assistant Attorney General
2  Environment & Natural Resources Division
   ROBERT D. MULLANEY
3  Environmental Enforcement Section
   United States Department of Justice
4  301 Howard Street, Suite 1050
   San Francisco, California 94105
5  Tel: (415) 744-6483
   Fax: (415) 744-6476
6
   LEONARDO M. RAPADAS
7  United States Attorney
   MIKEL SCHWAB
8  Assistant United States Attorney
   Suite 500, Sirena Plaza
9  108 Hernan Cortez
   Hagåtña, Guam 96910
10 Tel: (671) 472-7332
   Fax: (671) 472-7215
11
   Attorneys for United States of America
12

**FILED**
DISTRICT COURT OF GUAM

FEB 14 2007

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CIVIL CASE NO. 02-00022 |
|---|---|
| Plaintiff, | DECLARATION OF BEN MACHOL IN SUPPORT OF UNITED STATES' OPPOSITION TO DEFENDANT'S MOTION TO MODIFY CONSENT DECREE |
| v. | |
| GOVERNMENT OF GUAM, | |
| Defendant. | Date: March 8, 2007<br>Time: 9:00 a.m. |

I, Ben Machol, declare:

1. I am an Environmental Protection Specialist (Senior Energy Advisor) for the Environmental Protection Agency, Region IX ("EPA"). From December 2000 to September 2006, I was an Environmental Engineer (Guam Program Manager) in EPA's Pacific Islands Office. I am also a Professional Civil Engineer, licensed in the State of California. I have personal knowledge of the matters stated herein and, if called upon to testify, could and would competently testify thereto.

2. The United States included the Public Utility Commission's regulatory process in the Guam Waterworks Authority Stipulated Order at the request of the Government of Guam.

3. Generally, Value Engineering Studies are planned with overall design schedule constraints in mind. If a Value Engineering Team is charged with evaluating major shifts in concept or design, the study would typically be planned at an early design phase. Thus, major delays and redesign work are avoided.

Executed this 8th day of February 2007 at San Francisco, California.

I declare under penalty of perjury under the laws of the laws of the United States of America that the foregoing is true and correct.

*[signature]*

Ben Machol

| | |
|---|---|
| 1 | MATTHEW J. MCKEOWN |
| | Acting Assistant Attorney General |
| 2 | Environment & Natural Resources Division |
| | ROBERT D. MULLANEY |
| 3 | Environmental Enforcement Section |
| | United States Department of Justice |
| 4 | 301 Howard Street, Suite 1050 |
| | San Francisco, California 94105 |
| 5 | Tel: (415) 744-6483 |
| | Fax: (415) 744-6476 |
| 6 | |
| | LEONARDO M. RAPADAS |
| 7 | United States Attorney |
| | MIKEL W. SCHWAB |
| 8 | Assistant United States Attorney |
| | Suite 500, Sirena Plaza |
| 9 | 108 Hernan Cortez |
| | Hagåtña, Guam 96910 |
| 10 | Tel: (671) 472-7332 |
| | Fax: (671) 472-7215 |
| 11 | |
| | Attorneys for United States of America |
| 12 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL CASE NO. 02-00022 |
| | ) | |
| Plaintiff, | ) | DECLARATION OF PANKAJ ARORA |
| | ) | IN SUPPORT OF UNITED STATES' |
| v. | ) | OPPOSITION TO DEFENDANT'S |
| | ) | MOTION TO MODIFY CONSENT |
| | ) | DECREE |
| GOVERNMENT OF GUAM, | ) | |
| | ) | Date: March 8, 2007 |
| Defendant. | ) | Time: 9:00 a.m. |