

Office of the Attorney General
Alicia G. Limtiaco
Attorney General of Guam
Civil Division
287 West O'Brien Dr.
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com

Attorneys for the Government of Guam



FILED
DISTRICT COURT OF GUAM

FEB 14 2007 mba

MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 02-00022 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| GOVERNMENT OF GUAM, ) | DECLARATION OF CHRISTINA GARCIA |
| ) | |
| Defendant. ) | |

I, Christina Garcia say and declare of my own personal knowledge:

1. I am the manager of public financing for the Guam Economic Development and Commerce Authority "Authority", and I worked at the Authority since May 1998.

2. The Authority has been working with the Department of Public Works on obtaining a bond, secured by solid waste tipping and user fees, to pay for construction of the Layon landfill, Ordot Closure, and the household hazardous waste facility. The bond legislation

has been drafted, and the underwriters have submitted to me a draft engineer's report. The underwriters have estimated that the solid waste operations needs an additional $16 million dollars gross annual revenues of about $9.1 million to service the debt on a $100 million bond.

    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge this 14 day of February, 2007.

_____
Christina Garcia