

Office of the Attorney General
Alicia G. Limtiaco
Attorney General of Guam
Civil Division
287 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com

Attorneys for the Government of Guam



FILED
DISTRICT COURT OF GUAM
FEB 15 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CIVIL CASE NO. CV 02-00022 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ) | AMENDED DECLARATION OF |
| GOVERNMENT OF GUAM, ) | KATHRINE B. KAKIGI |
| ) | |
| Defendant. ) | |
| ) | |

**I, Kathrine B. Kakigi,** say and declare of my own personal knowledge:

1. I am the Deputy Controller for the Government of Guam. I work in the Department of Administration ("DOA"), and I supervise the Accounting for Government of Guam line agencies. I supervise the accountants at the Department of Administration who prepare the billings to the commercial solid waste haulers ("Commercial Haulers") for the tipping fees.

2. Attached as Exhibit 1 is a list of the procedural for preparing the bills to the commercial haulers. DOA receives charge invoices from the Department of Public Works ("DPW"), which generates these for every commercial truckload of solid waste that is disposed of at the DPW facilities. Once DPW delivers all the charge invoices for a given month, then DOA prepares a bill to each hauler for that month. If there is one or more missing charge invoices, then DOA waits for DPW to locate that invoice before DOA completes the bills and hand delivers them to the haulers. Attached as Exhibit 2 is a table for Commercial tipping fees, showing the total amount billed each month and the amount collected each month for the time period January 1, 2006 through February 13, 2007.

3. Currently, DOA bills five large solid waste commercial haulers monthly: Island Waste Management, Lagu Sanitation, Mr. Rubbishman, Pacific Waste Systems, Inc., and TrashCo. Attached as Exhibit 3 is a table listing the amounts billed to each of the Commercial Haulers each month and paid by each Commercial Hauler each month for the Time period January 1, 2006 through February 13, 2007. DOA also bills about 100 active smaller, or "other", Commercial Haulers. The billing of and collection data for these is not included in Exhibit 3.

4. According to our accounting records, each of the five Commercial Haulers are in arrears for payments billed more than 120 days earlier, dating back as far as October 1, 2002 or earlier. As of February 13, 2007, our records indicate the amounts listed in the table below that were billed more that 120 days prior, but have not been paid.

|  | Current a/o 2/13/07 | 30 Days | 60 Days | 90 Days | 120 and Over | Total |
|---|---|---|---|---|---|---|
| Island Waste Management | $ 2,125 | $ 1,750 | $ 2,300 | $ 3,600 | $ 4,725 | $ 14,500 |
| Lagu Sanitation Company | 41,435 | 39,430 | 41,195 | 39,115 | 36,692 | 197,867 |
| Mr. Rubbishman | 156,045 | 169,665 | 175,725 | 171,635 | 274,276 | 947,346 |
| Pacific Waste Systems, LLC | 84,340 | 83,190 | 88,630 | 82,190 | 16,848 | 355,198 |
| Trashco | 15,945 | 14,595 | 14,930 | 16,060 | 194,783 | 256,313 |
| **TOTAL** | $ 299,890 | $ 308,630 | $ 322,780 | $ 312,600 | $ 527,324 | $ 1,771,224 |

Currently, the Guam Public Auditor is reviewing our records and will issue an audit of the records. Each bill includes an aging balance for these amounts that are over 120 days old.

5. Over the past four fiscal years (October though September), the amount of money the Government has collected from all Commercial Haulers, when compared to the amounts billed during those years, as a "percentage", has increased. This percentage figure is a working number based on total income divided by the sum of the invoices billed. It should not be mistaken for a percentage payment of each billing month or year. The information in the accounting system does not pair each invoice to payment of that invoice. Rather, the accounting system maintains a running balance wherein payments are credited against the balance due and owing. Below is a table showing the "percentage" for the fiscal years and monthly for the period October 2006 through January 2007.

| Fiscal Year - commercial haulers | $ Amount billed | $Amount collected | Percentage % |
|---|---|---|---|
| FY04 | $3,087,432 | $2,853,586.91 | 92% |
| FY05 | $3,020,876.00 | $3,052,783.52 | 101% |
| FY06 | $3,609,790.50 | $3,641,633.49 | 101% |
| October 2006 | $324,740.00 | $328,149.16 | 101% |
| November 2006 | $311,665.00 | $291,815.00 | 94% |
| December 2006 | $330,525.00 | $314,013.00 | 95% |
| January 2007 | $337,725.00 | $298,459.88 | 88% |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge this 14th day of February, 2007.

Kathrine B. Kakigi

EXHIBIT 1

## PROCEDURAL STEPS

The following are the procedural guidelines in processing Solid Waste Tipping Fee charge invoices and billing procedures.

1. Upon receipt of the Solid Waste Tipping Fee charge invoices, cross check each against the transmittal schedule listing and then verify each charge invoice for the accuracy of mathematical calculations and for other pertinent information.

2. Separate the charge invoices by color. Sort the yellow copies numerically for filing. Sort the white copies chronologically and numerically per commercial hauler.

3. Execute the data entry of all white copies in the AS400 system consecutively into each commercial hauler's account.

4. Add all white copies of all invoices per commercial hauler and reconcile with the data entry result.

5. When all charge invoices for a particular month are inputted into the AS400 system, generate a billing statement for each commercial hauler for delivery.

6. Make a photo copy of each billing statement. Put the original in an envelope and staple the photo copy.

7. Upon delivery of billing statement, have the photo copy signed as an acknowledgment of receipt and return the same to the accounts receivable technician for filing.

EXHIBIT 2

**Department of Administration**
**Division of Accounts**
**Commercial Haulers**
**January 2006 – February 13, 2007**

| Month    | Billed       | Collected    |
|----------|--------------|--------------|
| Jan '06  | $ 297,564    | $ 362,740    |
| Feb '06  | 278,315      | 235,015      |
| Mar '06  | 317,953      | 259,705      |
| Apr '06  | 302,555      | 245,197      |
| May '06  | 313,645      | 274,283      |
| Jun '06  | 299,435      | 332,760      |
| Jul '06  | 289,650      | 264,554      |
| Aug '06  | 310,570      | 138,550      |
| Sep '06  | 342,955      | 286,311      |
| Oct '06  | 324,740      | 328,149      |
| Nov '06  | 311,665      | 118,720      |
| Dec '06  | 330,525      | 314,013      |
| Jan '07  | 337,725      | 298,460      |
| 02/09/07 | -            | 239,307      |
| 02/13/07 |              | 441,720      |
|          | $ 4,057,297  | $ 4,139,484  |

Department of Administration
Division of Accounts
Commercial Haulers
Monthly Summary (January 2006 - February 13, 2007)

EXHIBIT 3

### MR. RUBBISHMAN

| Month | Amount Billed | Amount Collected |
|---|---|---|
| Jan '06 | $ 173,280.00 | $ 160,452.00 |
| Feb '06 | 161,710.00 | 135,668.00 |
| Mar '06 | 184,452.50 | 134,488.00 |
| Apr '06 | 171,075.00 | 133,852.00 |
| May '06 | 179,460.00 | 170,860.00 |
| Jun '06 | 173,945.00 | 169,765.00 |
| Jul '06 | 167,985.00 | 173,280.00 |
| Aug '06 | 180,330.00 | - |
| Sep '06 | 172,240.00 | 161,710.00 |
| Oct '06 | 178,260.00 | 184,077.50 |
| Nov '06 | 173,095.00 | - |
| Dec '06 | 178,550.00 | 171,075.00 |
| Jan '07 | 182,050.00 | 130,000.00 |
| 02/09/07 | - | 130,000.00 |
| 02/13/07 |  | 441,720.00 * |
|  | $ 2,276,432.50 | $ 2,296,947.50 |

* Relates to payments for August 2006 and November 2006.

### TRASHCO

| Month | Amount Billed | Amount Collected |
|---|---|---|
| Jan '06 | $ 17,910.00 | $ 20,322.00 |
| Feb '06 | 18,105.00 | 14,886.00 |
| Mar '06 | 20,220.00 | 12,108.00 |
| Apr '06 | 21,405.00 | 14,445.00 |
| May '06 | 12,670.00 | 11,575.00 |
| Jun '06 | 11,385.00 | 2,424.00 |
| Jul '06 | 17,850.00 | 15,160.00 |
| Aug '06 | 14,525.00 | 5,805.00 |
| Sep '06 | 13,735.00 | 11,750.00 |
| Oct '06 | 16,135.00 | 34,690.00 |
| Nov '06 | 14,920.00 | 14,220.00 |
| Dec '06 | 15,635.00 | 740.00 |
| Jan '07 | 18,500.00 | 33,559.00 |
| 02/09/07 | - | 1,690.00 |
|  | $ 212,995.00 | $ 193,374.00 |

Exhibit 3 - Page 1 of 3

Department of Administration
Division of Accounts
Commercial Haulers
Monthly Summary (January 2006 - February 13, 2007)

EXHIBIT 3

### LAGU SANITATION COMPANY

| Month | Amount Billed | Amount Collected |
|---|---|---|
| Jan '06 | $ 16,690.00 | $ 35,028.00 |
| Feb '06 | 16,625.00 | - |
| Mar '06 | 22,195.00 | 16,690.00 |
| Apr '06 | 26,815.00 | 16,625.00 |
| May '06 | 29,655.00 | - |
| Jun '06 | 23,300.00 | 22,515.00 |
| Jul '06 | 18,975.00 | - |
| Aug '06 | 22,975.00 | 56,800.00 |
| Sep '06 | 66,530.00 | - |
| Oct '06 | 39,460.00 | 29,640.00 |
| Nov '06 | 38,315.00 | 29,775.00 |
| Dec '06 | 43,960.00 | 34,985.00 |
| Jan '07 | 43,210.00 | 36,820.00 |
| 2/9/2007 | - | - |
| | $ 408,705.00 | $ 278,878.00 |

### PACIFIC WASTE SYSTEMS, LLC.

| Month | Amount Billed | Amount Collected |
|---|---|---|
| Jan '06 | $ 89,159.00 | $ 146,937.63 |
| Feb '06 | 79,625.00 | 84,160.64 |
| Mar '06 | 89,135.00 | 95,594.28 |
| Apr '06 | 81,010.00 | 79,625.00 |
| May '06 | 90,260.00 | 90,322.51 |
| Jun '06 | 88,830.00 | 135,756.08 |
| Jul '06 | 82,690.00 | 75,713.94 |
| Aug '06 | 89,245.00 | 75,945.45 |
| Sep '06 | 86,825.00 | 108,825.78 |
| Oct '06 | 87,060.00 | 76,771.66 |
| Nov '06 | 83,060.00 | 68,900.00 |
| Dec '06 | 89,480.00 | 107,138.00 |
| Jan '07 | 92,565.00 | 97,580.88 |
| 02/09/07 | - | 107,616.65 |
| | $ 1,128,944.00 | $ 1,350,888.50 |

Exhibit 3 - Page 2 of 3

Department of Administration  
Division of Accounts  
Commercial Haulers  
Monthly Summary (January 2006 - February 13, 2007)

EXHIBIT 3

| Month | Amount Billed | Amount Collected |
|---|---|---|
| **ISLAND WASTE MANAGEMENT** | | |
| Jan '06 | $ 525.00 | $ - |
| Feb '06 | 2,250.00 | 300.00 |
| Mar '06 | 1,950.00 | 825.00 |
| Apr '06 | 2,250.00 | 650.00 |
| May '06 | 1,600.00 | 1,525.00 |
| Jun '06 | 1,975.00 | 2,300.00 |
| Jul '06 | 2,150.00 | 400.00 |
| Aug '06 | 3,495.00 | - |
| Sep '06 | 3,625.00 | 4,025.00 |
| Oct '06 | 3,825.00 | 2,970.00 |
| Nov '06 | 2,275.00 | 5,825.00 |
| Dec '06 | 2,900.00 | 75.00 |
| Jan '07 | 1,400.00 | 500.00 |
| 02/09/07 | - | - |
|  | $ 30,220.00 | $ 19,395.00 |