ORIGINAL

Signature.notice

MATTHEW J. MCKEOWN
Acting Assistant Attorney General
ROBERT D. MULLANEY
Environmental Enforcement Section
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
Tel: (415) 744-6483
Fax: (415) 744

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorneys
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
FEB 20 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 02-00022 |
| Plaintiff, | **NOTICE OF LODGING OF ORIGINAL SIGNATURES** |
| v. | |
| GOVERNMENT OF GUAM, | |
| Defendant. | |

COMES NOW the United States and lodges with the Court, the original signatures, of the Declarations Pankaj Arora and Ben Machol In Support of United States' Opposition to

Defendants' Motion to Modify Consent Decree, in the above styled matter. Facsimile copies of which was previously filed on February 14th, 2007.

Respectfully submitted this 16th day of February 2007.

LEONARDO M. RAPADAS<br>
United States Attorney<br>
Districts of Guam and NMI<br><br>
By: _____<br>
MIKEL W. SCHWAB<br>
Assistant U.S. Attorney

ORIGINAL

MATTHEW J. MCKEOWN
Acting Assistant Attorney General
Environment & Natural Resources Division
ROBERT D. MULLANEY
Environmental Enforcement Section
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
Tel: (415) 744-6483
Fax: (415) 744-6476

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant United States Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> GOVERNMENT OF GUAM, ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL CASE NO. 02-00022 <br><br> DECLARATION OF PANKAJ ARORA IN SUPPORT OF UNITED STATES' OPPOSITION TO DEFENDANT'S MOTION TO MODIFY CONSENT DECREE <br><br> Date: March 8, 2007 <br> Time: 9:00 a.m. |

I, Pankaj Arora, declare:

1. I am an Environmental Engineer for the Environmental Protection Agency, Region IX ("EPA"). I began my employment for EPA as an Operations Research Analyst in the Office of Program evaluation for the Office of EPA's Inspector General in August 2003. Since January 23, 2006, I have worked in the EPA's Superfund Division as a Remedial Project Manager. I am currently the Remedial Project Manager for the Ordot Dump. Based on my educational background, professional experience, and review of EPA's administrative files on the Ordot Dump and landfill issues on Guam, I have formed a professional opinion of the matters stated herein and, if called upon to testify, could and would competently testify thereto.

Education and Background

2. I have a B.S. in Chemistry (University of Delhi 1983), an M.S. in Organic/Biochemistry (University of Delhi 1985), an M.S. in Nuclear Engineering (Indian Institute of Technology 1987), and an M.S. in Environmental Engineering (Oklahoma State University 1991).

3. I have extensive professional experience relating to both hazardous and municipal landfills, including the following projects: (i) lead design engineer and task leader for the evaluation and approval f an alternative soil monolithic final cover system for a mixed waste (nuclear and organic contaminants) Resource Conservation and Recovery Act ("RCRA") Subtitle C landfill located in Tucson, Arizona; (ii) landfill design engineer and task leader for the assessment of leachate management of two landfills located in Kern County, California; (iii) designed and negotiated approval of soil monolithic alternative final cover system for a construction and demolition waste landfill located in Phoenix, Arizona; (iv) lead design engineer and task manager for the preparation of a RCRA Solid Waste municipal landfill located in Rio Rico, Arizona; (v) lead design engineer for performing extensive Hydrologic Evaluation of Landfill Performance ("HELP") modeling for a proposed soil monolithic alternative cover design system and evaluation of groundwater impact from the leachate using Multimedia ("MULTIMED") computer model for groundwater monitoring waiver for an existing and proposed expansion area for a municipal landfill located in Apache Junction, Arizona; (vi) lead

design engineer for performing extensive HELP modeling on a proposed alternative final cover system for a municipal landfill located in Cochise County, Arizona,; (vii) engineering design member for the design of a waste/municipal landfill located in Albuquerque, New Mexico, responsible for landfill cover and leachate collection and recovery system design performance assessment; and (viii) conducted performance assessment and analysis of landfill cover and leachate collection and recovery system using HELP model for a municipal landfill located in Alamogordo, New Mexico.

4. At EPA, I am also currently working as a Remedial Project Manager on the Operating Industries Inc. ("OII") Landfill Superfund Site in Monterey Park, California. The work is focused on the closure remedy for the landfill, including the engineering design of various components related to the closure of the landfill (e.g., surface water management, leachate management, and landfill gas management). I am working on the issues involved with 45 acres of the 190-acre OII site.

## The Proposed Landfill at Layon

5. I am familiar with the Government of Guam's ("GovGuam") obligations under the Consent Decree in this case to construct a new municipal solid waste landfill ("MSWLF") and understand that GovGuam has chosen to site the landfill at Layon. I am familiar with the 100% design for construction and operation of the new MSWLF submitted by GovGuam pursuant to Paragraph 9.d.i. of the Decree.

6. GovGuam's draft design for the construction of Layon assumed that the new landfill would be constructed in stages, allowing for the construction of future landfill cells as the need arises. This design took into account a future growth in population on the Island of Guam, including residential, military, and tourist populations.

- 2 -
Case 1:02-cv-00022    Document 97    Filed 02/20/2007    Page 5 of 8

Executed this 12th day of February 2007 at San Francisco, California.

I declare under penalty of perjury under the laws of the laws of the United States of America that the foregoing is true and correct.

_____
Pankaj Arora        2/12/2007

ORIGINAL

MATTHEW J. MCKEOWN
Acting Assistant Attorney General
Environment & Natural Resources Division
ROBERT D. MULLANEY
Environmental Enforcement Section
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
Tel: (415) 744-6483
Fax: (415) 744-6476

LEONARDO M. RAPADAS
United States Attorney
MIKEL SCHWAB
Assistant United States Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GOVERNMENT OF GUAM, ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL CASE NO. 02-00022 <br><br> DECLARATION OF BEN MACHOL IN SUPPORT OF UNITED STATES' OPPOSITION TO DEFENDANT'S MOTION TO MODIFY CONSENT DECREE <br><br> Date: March 8, 2007 <br> Time: 9:00 a.m. |

I, Ben Machol, declare:

1. I am an Environmental Protection Specialist (Senior Energy Advisor) for the Environmental Protection Agency, Region IX ("EPA"). From December 2000 to September 2006, I was an Environmental Engineer (Guam Program Manager) in EPA's Pacific Islands Office. I am also a Professional Civil Engineer, licensed in the State of California. I have personal knowledge of the matters stated herein and, if called upon to testify, could and would competently testify thereto.

2. The United States included the Public Utility Commission's regulatory process in the Guam Waterworks Authority Stipulated Order at the request of the Government of Guam.

3. Generally, Value Engineering Studies are planned with overall design schedule constraints in mind. If a Value Engineering Team is charged with evaluating major shifts in concept or design, the study would typically be planned at an early design phase. Thus, major delays and redesign work are avoided.

Executed this 8th day of February 2007 at San Francisco, California.

I declare under penalty of perjury under the laws of the laws of the United States of America that the foregoing is true and correct.

Ben Machol