DISTRICT COURT OF GUAM
FEB ~~22~~ 23 2007
MARY L.M. MORAN
CLERK OF COURT

**Issued by the**

DISTRICT COURT OF GUAM

UNITED STATES
V.
GOVERNMENT OF GUAM

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] CIVIL CASE NO. 02-00022

TO:

Joseph Morcilla
JOSE P. MORCILLA, JR.

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| US DISTRICT COURT HAGATNA GUAM | MANNIBUSAN -4TH FLOOR |
| | DATE AND TIME |
| | MARCH 8, 2007 9 AM |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition
in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

ORIGINAL

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the
place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature], Assistant Attorney General, for defendant | Feb 23, 2007 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Helen M. Kennedy
287 W O'Brien Hagatña, GU 96910 475-3324 ext 130

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/07 Guam) Subpoena in a Civil Case

## PROOF OF SERVICE

SERVED — DATE Feb.23, 2007 — PLACE Superior Court of Guam, Guam Judicial Center, Hagåtña, Guam

12/23/07 9:55 A.M.

SERVED ON (PRINT NAME) JOSE P. MORCILLA Jr.

MANNER OF SERVICE

SERVED BY (PRINT NAME) FRANCISCO M. SANTOS

TITLE PROCESS OFFICER II

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on Feb. 23, 2007
DATE

SIGNATURE OF SERVER FRANCISCO M. SANTOS

ADDRESS OF SERVER OFFICE OF the ATTORNEY GENERAL
ATTORNEY GENERAL OF GUAM
CIVIL DIVISION 287 WEST O'BRIEN DRIVE
HAGATNA, GUAM 96910. USA

Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), as amended on December 1, 2006:

ORIGINAL