AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT OF GUAM
## DISTRICT OF GUAM

USA,

    Plaintiff,

        V.

Government of Guam,

    Defendant.

**NOTICE**

CASE NUMBER: 1:02-cv-00022

[X] **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| U.S. Courthouse<br>520 W. Soledad Avenue<br>Hagatna, GU 96910<br>Hon. Joaquin V.E. Manibusan, Jr. | 413 |
| | DATE AND TIME<br>Thursday, March 8, 2007 at 9:30 A.M. |

TYPE OF PROCEEDING

    Motion to Enforce Consent Decree
    Motion to Modify Consent Decree

[ ] **TAKE NOTICE** that the resentencing hearing in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

MARY L.M. MORAN, CLERK OF COURT

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

February 28, 2007          Virginia T. Kilgore

DATE          /s/ (BY) DEPUTY CLERK

TO: Office of the Attorney General      U.S. Attorney's Office