DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    vs.<br>GOVERNMENT OF GUAM,<br>    Defendant. | Civil Case No. 02-00022<br><br><br>ORDER |

On March 2, 2007, the United States filed a Motion to Quash Subpoena or for Proffer of Testimony. (Docket No. 106.) It appears that after reply briefs were due, defendant Government of Guam ("GovGuam") filed a subpoena seeking to require Joseph Morcilla, a former employee of the Department of Public Works, to appear at the upcoming hearing scheduled for March 8, 2007. The United States argued that if GovGuam believed Mr. Morcilla has information that would be relevant to the motions before the Court, then GovGuam should have presented that information in an affidavit filed at the time its briefs were due. GovGuam, however, did not file an such an affidavit. The United States asserts that if Mr. Morcilla were permitted to testify, it would be prejudiced since it had no prior opportunity to review his testimony. Accordingly, the United States requested that the subpoena be quashed or, in the alternative, that GovGuam be required to serve and file a proffer of Mr. Morcilla's testimony in affidavit form.

For good cause shown, and in order to prevent undue delay and prejudice at the

United States of America v. Government of Guam, Civil Case No. 02-00022
Order re Motion to Quash Subpoena

upcoming hearing, the Court hereby grants the alternative relief requested by the United States. GovGuam shall file a proffer of Mr. Morcilla's testimony in affidavit form no later than **Tuesday, March 6, 2007, at 12 noon.** If GovGuam fails to do so, it shall be precluded from calling Mr. Morcilla as a witness at the March 8, 2007 hearing.

SO ORDERED this 5th day of March 2007.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**