1
2
3
4
5
6
7
8

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

9
10 UNITED STATES OF AMERICA,                      Civil Case No. 02-00022

11          Plaintiff,

12                  vs.

13 GOVERNMENT OF GUAM,                                   ORDER

14          Defendant.

15

16          For good cause shown, the Court hereby grants the United States' motion to permit

17 telephonic participation by Robert Mullaney and Julie Jackson at the March 8, 2007, hearing.

18 Furthermore, if possible, the Court further permits said counsel to participate at the hearing via

19 video conference.  All logistical questions should be directed to the Court's systems manager

20 Charles White.

21          SO ORDERED this 5th day of March 2007.

22
23
24
25                                                **/s/ Joaquin V.E. Manibusan, Jr.**

26                                                **U.S. Magistrate Judge**

27
28