
**FILED**
DISTRICT COURT OF GUAM
MAR -5 2007
MARY L.M. MORAN
CLERK OF COURT

**Office of the Attorney General**
**Alicia G. Limtiaco**
Attorney General of Guam
**Civil Division**
287 West O'Brien Dr.
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com

Attorneys for the Government of Guam

# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 02-00022 |
| Plaintiff, ) | |
| vs. ) | **DECLARATION OF JOSE MORCILLA, JR.** |
| GOVERNMENT OF GUAM, ) | |
| Defendant. ) | |

I, Jose Morcilla, declare of my own personal knowledge:

1. I was the Interim Director of the Guam Department of Public Works ("DPW") from January 2003 until December 2003.

2. I and the DPW Chief Engineer, Jose Gutierrez, Jr. negotiated the terms of the Consent Decree with the United States.

3. At the time we entered into the Consent Decree, the Public Utilities Commission ("PUC") did not set the rates for tipping fees or the fees for residential garbage collection. In
ORIGINAL

developing the schedule or timeline for the Consent Decree tasks of landfill design and construction and the Ordot closure design and construction, we based the timelines on the historical process through the procurement code for capital improvement projects like highway projects, except that we added in time for the Guam Environmental Protection Agency permitting process. We did not add in any time for PUC review and approvals, as the PUC had never imposed any such requirements on DPW in the past.

4.   At the time we entered into the Consent Decree we anticipated that DPW would have sufficient staff, including staff hired as special project mangers with significant solid waste management experience, to meet the deadlines in the Decree.

5.   In 2003, we considered the future growth on Guam and the need for the military to eventually send its solid waste to the Government of Guam's landfill, but at that time we had no idea that the Military would undertake a major relocation of the U.S. Marines from Okinawa to Guam.

6.   In 2003, we also anticipated some political and neighborhood opposition to the site selected, and that the opposition might cause some delay in the schedule for the landfill, so we included some time for the political process, but we certainly did not foresee that (1) a lawsuit would be filed in an attempt to block the environmental impact statement, (2) the large number of bills that have been introduced in the Guam Legislature, or (3) that just last week, in March of 2007, the senators would still be acting as if the Dandan site was just a possibility, when it was selected in early 2005.

   I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge this 5th day of March, 2007.

_____
Jose Morcilla, Jr.