DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br>　　　　vs.<br>GOVERNMENT OF GUAM,<br>　　　Defendant. | Civil Case No. 02-00022<br><br><br>ORDER |

This matter is scheduled to come before the Court on March 8, 2007, for hearing on the United States' Motion to Enforce Consent Decree and the Government of Guam's ("GovGuam") Motion to Modify Consent Decree ("Motion to Modify"). Recent motions have been filed that necessitate the issuance of this Order as it relates to the March 8 hearing.

On March 5, 2007, the United States filed a Motion to Exclude Witnesses (Docket No. 109). Therein, the United States requested the Court to exclude certain witnesses that GovGuam anticipated it would call to testify in support of its Motion to Modify. The United States further requested the Court to clarify that the March 8 hearing is limited to oral argument only and would not be an evidentiary hearing.

On March 6, 2007, GovGuam filed a Motion for Evidentiary Hearing Either on March 8, 2007 or for a Continuance (Docket No. 113). GovGuam requested that it be permitted to present live testimony at the March 8 hearing. Alternatively, GovGuam requested that the March 8 hearing be continued to a later date at which counsel and witnesses for the United

States can attend.  Additionally, GovGuam asserted that a continuance of the March 8 hearing would give the parties time to complete depositions of both parties' witnesses.

The Court hereby DENIES the belated request to continue the March 8 hearing.  The closure of the Ordot Dump and the opening of a new conforming landfill is a priority not only for this Court but also the people of Guam.  Continuing this matter to permit personal appearance by counsel for the United States or to allow depositions of witnesses is not justified in light of the fact that this hearing was scheduled back on December 21, 2006.  If counsel believed that depositions were necessary, then counsel should have scheduled these depositions within the time frames provided by the Court almost three months ago.

As for the nature of the proceedings scheduled before the Court on March 8, the Court does not envision the March 8 hearing to be a "full-blown" evidentiary hearing, but it will permit GovGuam to present brief testimony from witnesses who have not already filed a declaration or affidavit.  The Court will also permit limited testimony from individuals who have already submitted declarations or affidavits but only for the purposes of providing supplemental information.  These witnesses will not be permitted to repeat or clarify information already contained in their respective declarations or affidavits.  The direct testimony of all witnesses will be limited to approximately ten (10) minutes per witness, unless the Court is presented with good cause to warrant a longer time for said witness.  Accordingly, the United States' Motion to Exclude Witnesses is denied, and GovGuam's request for an evidentiary hearing is granted with the limitations set forth above.

SO ORDERED this 7th day of March 2007.



**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**