

FILED
DISTRICT COURT OF GUAM
MAR - 7 2007
MARY L.M. MORAN
CLERK OF COURT

1

2

3

4

5 

**Office of the Attorney General**
**Alicia G. Limtiaco**
Attorney General of Guam
**Civil Division**
287 West O'Brien Dr.
Hagåtña, Guam 96910 ● USA
(671) 475-3324 ● (671) 472-2493 (Fax)
www.guamattorneygeneral.com

6

7

8

9 **Attorneys for the Government of Guam**

10

# IN THE DISTRICT COURT OF GUAM

11

12 # TERRITORY OF GUAM

13

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br><br>Plaintiff, )<br><br>vs. )<br><br>**GOVERNMENT OF GUAM,** )<br> ) | CIVIL CASE NO. 02-00022<br><br>**ERRATTA TO SECOND**<br>**DECLARATION OF HELEN M.**<br>**KENNEDY** |

14

15

16

17

18

    I, Helen M. Kennedy say and declare of my own personal knowledge:

19

1.    I am the lead attorney for the government of Guam in this action. Attached as Exhibit 2

20

are more legible copies the relevant sections of the Guam EPA landfill regulations.

21

    I declare under penalty of perjury that the foregoing is true and correct to the best of my

22

knowledge this 7th day of March, 2007.

23

24

       Helen M. Kennedy

25

Page 1
*ERRATA to Second Declaration of Helen M. Kennedy*
*US District of Guam - Civil Case No. CV02-00022*

ORIGINAL

# Guam Solid Waste Disposal Rules and Regulations
## Chapter 23, 22GAR



RECEIVED
FEB 2 1 2007
ATTORNEY GENERAL'S OFFICE

Exhibit 2

deposit waste after hours. The containers and the areas around them shall be maintained in a sanitary and litter-free condition. Containers shall be emptied daily unless an alternate schedule is approved by the Administrator;

(7)     traffic signs, markers or site personnel shall be provided to promote an orderly traffic pattern to and from the discharge area, maintain efficient operating conditions, and, if necessary, restrict access to hazardous areas. Drivers of manually discharging vehicles shall not hinder operation of mechanically discharging vehicles. Vehicles shall not be left unattended at the working face or along traffic routes. If a regular user persistently poses a safety hazard, he may be barred from the site and reported to the Agency.

## Article 4

### Design criteria

§23401.   Design criteria for Municipal Solid Waste Landfills.

(a) New MSWLF units and lateral expansions shall be constructed:

(1)     in accordance with a design approved by the Administrator. The design must ensure that the concentration values listed in §23403 of this Chapter will not be exceeded in the uppermost aquifer at the relevant point of compliance, as specified by the Administrator under Subsection (d) of this §23401, or

(2)     with a composite liner, as defined in Subsection (b) of this §23401 and a leachate collection system that is designed and constructed to maintain less than a Thirty centimeter (30cm) (Twelve inches (12")) depth of leachate over the liner.

(3)     So as not to cause or contribute to the taking of any endangered or

50

threatened species of plant, fish or wildlife, and not cause the destruction of critical habitat of endangered or threatened species.

(b)    For purposes of this section, 'composite liner' means a system consisting of two components; the upper component must consist of a minimum 30-mil flexible membrane liner (FML), and the lower component must consist of at least a two-foot layer of compacted soil with a hydraulic conductivity of no more than $1 \times 10^{-7}$ cm/sec. FML components consisting of High Density Polyethylene (HDPE) shall be at least 60-mil thick. The FML component must be installed in direct and uniform contact with the compacted soil component.

(c)    When approving a design that complies with Item (1) of Subsection (a) of this §23401, the Administrator shall consider at least the following factors:

(1)    The hydrogeologic characteristics of the facility and surrounding land;

(2)    The climatic factors of the area;

(3)    The volume and physical and chemical characteristics of the leachate;

(4)    The types and quantities of solid waste expected to be disposed of at the facility. Survey methods and results shall be incorporated in the design of the facility;

(5)    Land use and zoning within one-quarter mile of the site including location of all residences, buildings, wells, water courses, historical sites, recreational areas and roads;

(6)    Facilities for employee convenience and equipment maintenance;

(7)    Litter control program proposed by applicant; and

(8)    Site operation and maintenance plan.

(d)    The relevant point of compliance specified by the Administrator shall be no more

51

than 150 meters from the waste management unit boundary and shall be located on land owned by the owner of the MSWLF unit. In determining the relevant point of compliance, the Administrator shall consider at least the following factors:

    (1)    the hydrogeologic characteristics of the facility and surrounding land;

    (2)    the volume and physical and chemical characteristics of the leachate;

    (3)    the quantity, quality, and detection, of flow of ground-water;

    (4)    the proximity and withdrawal rate of the ground-water users;

    (5)    the availability of alternative drinking water supplies;

    (6)    the existing quality of the ground-water, including other sources of contamination and their cumulative impacts on the ground-water and whether ground-water is currently used or reasonably expected to be used for drinking water;

    (7)    public health, safety, and welfare effects; and

    (8)    practicable capability of the owner or operator.

§23402.    **Design criteria for Solid Waste Management Facilities other than MSWLF.**    (a) Plans for the design, construction, and operation of solid waste management sites or modifications to existing sites shall be prepared or approved by a professional engineer and submitted to the Administrator for approval.

(b)    The types and quantities of all solid wastes expected to be at the facility should be determined by survey and analysis to form a basis for design. The survey methods and results shall be incorporated with the application for a permit for the facility.

(c)    Site development plans shall include the following design factors:

    (1)    initial and final topographies at contour intervals of Ten (10) feet or less;

52

(2)     land use and zoning within One-quarter (1/4) mile of the site including location of all residences, buildings, wells, water courses, historical sites, recreational areas and roads. All airports within Two (2) miles of the site shall be identified to aid in assessing the potential hazard of birds to aircraft;

(3)     location of all utilities within Five Hundred (500) feet of the site;

(4)     facilities for employee convenience and equipment maintenance;

(5)     narrative description, with associated drawings, indicating site development and operation procedures.

(d)     The construction operation of a solid waste management facility other than a MSWLF shall not cause or contribute to the taking of any endangered or threatened species of plant, fish, or wildlife and shall not cause the destruction of the critical habitat of endangered or threatened species.

(e)     The design, construction, and operation of a solid waste management facility other than a MSWLF shall not restrict the flow of the base flood, reduce the temporary water storage capacity of the floodplain, or result in a washout of solid waste so as to pose a hazard to human life, wildlife, or land or water resources.

(f)     The solid waste management facility, other than a MSWLF, shall not be located, constructed, or operated so that birds attracted to the facility pose a hazard to aircraft approaching or leaving any airport.

§23403.     Table of maximum contaminant levels (MCL) for constituents at the relevant point of compliance.

Chemical                                        MCL (mg/l)

| | |
|---|---|
| Arsenic | 0.05 |
| Barium | 1.0 |
| Benzene | 0.005 |
| Cadmium | 0.01 |
| Carbon tetrachloride | 0.005 |
| Chromium (hexavalent) | 0.05 |
| 2,4-Dichlorophenoxy acetic acid | 0.1 |
| 1,4-Dichlorobenzene | 0.075 |
| 1,2-Dichloroethane | 0.005 |
| 1,1-Dichloroethylene | 0.007 |
| Endrin | 0.0002 |
| Fluoride | 4.0 |
| Lindane | 0.004 |
| Lead | 0.05 |
| Mercury | 0.002 |
| Methoxychlor | 0.1 |
| Nitrate | 10.0 |
| Selenium | 0.01 |
| Silver | 0.05 |
| Toxaphene | 0.005 |
| 1,1,1-Trichloromethane | 0.2 |
| Trichloroethylene | 0.005 |

| | |
|---|---|
| 2,4,5-Trichlorophenoxy acetic acid | 0.01 |
| Vinyl Chloride | 0.002 |

## Article 5

## Ground-water monitoring and corrective action

§23501.     **Applicability.**     (a) The requirements in this part apply to MSWLF units, except as provided in Subsection (b) of this §23501.

(b)     Ground-water monitoring requirements under §§23502 through 506 of this Chapter may be suspended by the Administrator for a MSWLF unit if the owner or operator can demonstrate that there is no potential for migration of hazardous constituents from that MSWLF unit to the uppermost aquifer (as defined in §23102 of this Chapter) during the active life of the unit and the post-closure care period.  This demonstration must be certified by a qualified ground-water scientist and approved by the Administrator, and must be based upon:

(1)     site-specific field collected measurements, sampling, and analysis of physical, chemical, and biological processes affecting contaminant fate and transport; and

(2)     contaminant fate and transport predictions that maximize contaminant migration and consider impacts on human health and environment.

(c)     Owners and operators of MSWLF units must comply with the ground-water monitoring requirements of this Chapter according to the following schedule unless an alternative schedule is specified as discussed in Article 6 of this Chapter.

(1)     Existing MSWLF units and lateral expansions less than One (1) mile from a drinking water intake (surface or subsurface) must be in compliance with the ground-

55

water monitoring requirements specified in §§23502 through 23506 of this Chapter;

(2)     Existing MSWLF units and lateral expansions greater than one mile but less than Two (2) miles from a drinking water intake (surface or subsurface) must be in compliance with the ground-water monitoring requirements specified in §§23502 through 23506 of this Chapter;

(3)     Existing MSWLF units and lateral expansions greater than Two (2) miles from a drinking water intake (surface or subsurface) must be in compliance with the ground-water monitoring requirements specified in §§23502 through 23506 of this Chapter.

(4)     New MSWLF units must be in compliance with the ground-water monitoring requirements specified in §§23502 through 23506 of this Chapter before waste can be placed in the unit.

(d)     Once established at a MSWLF unit, ground-water monitoring shall be conducted throughout the active life and post-closure care period of that MSWLF unit as specified in §23602 of this Chapter.

(e)     For the purposes of Article 5 of this Chapter, a 'qualified ground-water scientist' is a scientist or engineer who has received a baccalaureate or post-graduate degree in the natural sciences or engineering and has sufficient training and experience in ground-water hydrology and related fields as may be demonstrated by state or territorial registration, professional certifications, or completion of accredited university programs that enable that individual to make sound professional judgements regarding ground-water monitoring, contaminant fate and transport, and corrective-action.

56

(f)     The Administrator may establish alternative schedules for demonstrating compliance with Item (2) of Subsection (d), §23502, pertaining to notification of placement of certification in operating record; Item (1) of Subsection (c), §23505, pertaining to notification that statistically significant increase (SSI) notice is in operating record; Items (2) and (3) of Subsection (c), §23506, pertaining to an assessment monitoring program; Subsection (b) of §23506, pertaining to sampling and analyzing Appendix II constituents; Item (1) of Subsection (d), §23506, pertaining to placement of notice (Appendix II constituents detected) in record and notification of notice in record; Item (2) of Subsection (d), §23506, pertaining to sampling for Appendix I and II; Item (2) of Subsection (g) of §23506, pertaining to notification (and placement of notice in record) of SSI above ground-water protection standard; Item (4) of Subsection (g), §23506 and Subsection (a) of §23507 pertaining to assessment of corrective measures; Subsection (a) of §23508, pertaining to selection of remedy and notification of placement in record; Item (4) of Subsection (c), §23509, pertaining to notification of placement in record (alternative corrective action measures); and Subsection (f) of §23509, pertaining to notification of placement in record (certification of remedy completed), all of this Chapter.

§23502.     **Ground-water monitoring systems.**  (a)  A ground-water monitoring system must be installed that consists of a sufficient number of wells, installed at appropriate locations and depths, to yield ground-water samples from the uppermost aquifer (as defined in §23102 of this Chapter) that:

(1)     represent the quality of background ground-water that has not been affected by leakage from a unit. A determination of background quality may include sampling of wells that are not hydraulically upgradient of the waste management area

57

where:

      (A)    hydrogeologic conditions do not allow the owner or operator to determine what wells are hydraulically upgradient; or

      (B)    sampling at other wells will provide an indication of background ground-water quality that is as representative or more representative than that provided by the upgradient wells; and

    (2)    represent the quality of ground-water passing the relevant point of compliance specified by the Administrator under Subsection (d) of §23401 of this Chapter. The downgradient monitoring system must be installed at the relevant point of compliance specified by the Administrator under Subsection (d) of §23401 that ensures detection of ground-water contamination in the uppermost aquifer. When physical obstacles preclude installation of ground-water monitoring wells at the relevant point of compliance at existing units, the down-gradient monitoring system may be installed at the closest practicable distance hydraulically down-gradient from the relevant point of compliance specified by the Administrator under §23401 of this Chapter that ensure detection of groundwater contamination in the uppermost aquifer.

    (b)    The Administrator may approve a multi-unit ground-water monitoring system instead of separate ground-water monitoring systems for each MSWLF unit when the facility has several units, provided the multi-unit ground-water monitoring system meets the requirement of Subsection (a) of §23502 of this Chapter and will be as protective of human health and the environment as individual monitoring systems for each MSWLF unit, based on the following factors:

58

   (1)  number, spacing, and orientation of the MSWLF units;

   (2)  hydrogeologic setting;

   (3)  site history;

   (4)  engineering design of the MSWLF units; and

   (5)  type of waste accepted at the MSWLF units.

  (c)  Monitoring wells must be cased in a manner that maintains the integrity of the monitoring well bore hole. This casing must be screened or perforated and packed with gravel or sand, where necessary, to enable collection of ground-water samples. The annular space (i.e., the space between the bore hole and well casing) above the sampling depth must be sealed to prevent contamination of samples and the ground-water.

   (1)  The owner or operator must notify the Administrator that the design, installation, development, and decommission of any monitoring wells, piezometers and other measurement, sampling, and analytical devices documentation has been placed in the operating record; and

   (2)  The monitoring wells, piezometers, and other measurement, sampling, and analytical devices must be operated and maintained so that they perform to design specifications throughout the life of the monitoring program.

  (d)  The number, spacing, and depths of monitoring systems shall be:

   (1)  determined based upon site-specific technical information that must include thorough characterization of:

    (A)  aquifer thickness, ground-water flow rate, ground-water flow direction including seasonal and temporal fluctuations in ground-water flow; and

(B)     saturated and unsaturated geologic units and fill materials overlying the uppermost aquifer, materials comprising the uppermost aquifer, and materials comprising the confining unit defining the lower boundary of the uppermost aquifer; including, but not limited to thicknesses, stratigraphy, lithology, hydraulic conductivities, porosities, and effective porosities.

(2)     certified by a qualified ground-water scientist or approved by the Administrator. Within Fourteen (14) days of this certification, the owner or operator must notify the Administrator that the certification has been placed in the operating record.

§23503.     (Reserved)

§23504.     **Ground-water sampling and analysis requirements.** (a) The ground-water monitoring program must include consistent sampling and analysis procedures that are designed to ensure monitoring results that provide an accurate representation of ground-water quality at the background and downgradient wells installed in compliance with Subsection (a) of §23502 of this Chapter. The owner or operator must notify the Administrator that the sampling and analysis program documentation has been placed in the operating record and the program must include procedures and techniques for:

(1)     sample collection;

(2)     sample preservation and shipment;

(3)     analytical procedures;

(4)     chain of custody control; and

(5)     quality assurance and quality control.

60

(b)    The ground-water monitoring program must include sampling and analytical methods that are appropriate for ground-water sampling and that accurately measure hazardous constituents and other monitoring parameters in ground-water samples. Ground-water samples shall not be field-filtered prior to laboratory analysis.

(c)    The sampling procedures and frequency must be protective of human health and the environment.

(d)    Ground-water elevations must be measured in each well immediately prior to purging, each time ground-water is sampled. The owner or operator must determine the rate and direction of ground-water flow each time ground-water is sampled. Ground-water elevations in wells which monitor the same waste management area must be measured within a period of time short enough to avoid temporal variations in ground-water flow which could preclude accurate determination of ground-water flow rate and direction.

(e)    The owner or operator must establish background ground-water quality in a hydraulically upgradient or background wells for each of the monitoring parameters or constituents required in the particular ground-water monitoring program that applies to the MSWLF unit, as determined under Subsection (a) of §23505 or Subsection (a) of §23506 of this Chapter. Background ground-water quality may be established at wells that are not located hydraulically upgradient from the MSWLF unit if it meets the requirements of Item (1) of Subsection (a), §23502 of this Chapter.

(f)    The number of samples collected to establish groundwater quality data must be consistent with the appropriate statistical procedures determined pursuant to Subsection (g) of this §23504. The sampling procedures shall be those specified under Subsection (b) of §23505

61

for detection monitoring, Subsections (b) and (d) of §23506 for assessment monitoring, and Subsection (b) of §23507 for corrective action, all of this Chapter.

(g) The owner or operator must specify in the operating record one of the following statistical methods to be used in evaluating ground-water monitoring data for each hazardous constituent. The statistical test chosen shall be conducted separately for each hazardous constituent in each well.

(1) A parametric analysis of variance (ANOVA) followed by multiple comparisons procedures to identify statistically significant evidence of contamination. The method must include estimation and testing of the contrasts between each compliance well's mean and the background mean levels for each constituent.

(2) An analysis of variance (ANOVA) based on ranks followed by multiple comparisons procedures to identify statistically significant evidence of contamination. The method must include estimation and testing of the contrasts between each compliance well's median and the background median levels for each constituent.

(3) A tolerance or prediction interval procedure in which an interval for each constituent is established from the distribution of the background data, and the level of each constituent in each compliance well is compared to the upper tolerance or prediction limit.

(4) A control chart approach that gives control limits for each constituent.

(5) Another statistical test method that meets the performance standards of Subsection (h) of this §23504. The owner or operator must place a justification for this alternative in the operating record and notify the Administrator of the use of this

52

alternative test. The justification must demonstrate that the alternative method meets the performance standards of Subsection (h) of this §23504. Components of such demonstrations are identified in Chapter 5, Subpart E, of the EPA Solid Waste Disposal Facility Criteria, Technical Manual, published in November 1993 or as updated.

(h)   Any statistical method chosen under Subsection (g) of this §23504 shall comply with the following performance standards, as appropriate.

(1)   The statistical method used to evaluate ground-water monitoring data shall be appropriate for the distribution of chemical parameters or hazardous constituents. If the distribution of the chemical parameters or hazardous constituents is shown by the owner or operator to be inappropriate for a normal theory test, then the data should be transformed or a distribution-free theory test should be used. If the distributions for the constituents differ, more than one statistical method may be needed.

(2)   If an individual well comparison procedure is used to compare an individual compliance well constituent concentration with background constituent concentrations or a ground-water protection standard, the test shall be done at a Type I error level no less than 0.01 for each testing period. If a multiple comparisons procedure is used, the Type I experiment wise error rate for each testing period shall be no less than 0.05; however, the Type I error of no less than 0.01 for individual well comparisons must be maintained. This performance standard does not apply to tolerance intervals, prediction intervals, or control charts.

(3)   If a control chart approach is used to evaluate ground-water monitoring data, the specific type of control chart and its associated parameter values shall be

63

(2)     hydraulic conductivity of the aquifer and unsaturated zone;

(3)     ground-water flow rates;

(4)     minimum distance between upgradient edge of the MSWLF unit and downgradient monitoring well screen (minimum distance of travel); and

(5)     resource value of the aquifer.

(c)     If the owner or operator determines, pursuant to Subsection (g) of §23504, that there is a statistically significant increase over background for One (1) or more of the constituents listed in Appendix I of this Chapter, or in the alternative list approved in accordance with Item (2) of Subsection (a) of this §23505, at any monitoring well at the boundary specified under Item (2) of Subsection (a) of §23502, the owner or operator:

(1)     must within Fourteen (14) days of this finding place a notice in the operating record indicating which constituents have shown statistically significant changes from background levels, and notify the Administrator that this notice was placed in the operating record; and

(2)     must establish an assessment monitoring program meeting the requirements of §23506 within Ninety (90) days except as provided for in Item (3) of Subsection (c) of this §23505.

(3)     may demonstrate that a source other than a MSWLF unit caused the contamination or that the statistically significant increase resulted from error in sampling, analysis, statistical evaluation, or natural variation in ground-water quality. Components of such demonstrations are identified in Chapter 5, Subpart E, of the EPA Solid Waste Disposal Facility Criteria, Technical Manual, published in November 1993

67

or as updated. A report documenting this demonstration must be certified by a qualified ground-water scientist or approved by the Administrator and be placed in the operating record. If a successful demonstration is made and documented, the owner or operator may continue detection monitoring as specified in this section. If, after Ninety (90) days, a successful demonstration is not made, the owner or operator must initiate an assessment monitoring program as required in §23506 of this Chapter.

§23506. **Assessment monitoring program.** (a) Assessment monitoring is required whenever a statistically significant increase over background has been detected for one or more of the constituents listed in Appendix I or in the alternative list approved in accordance with Item (2) of Subsection (a) of §23505.

(b) Within Ninety (90) days of triggering an assessment monitoring program, and annually thereafter, the owner or operator must sample and analyze the ground-water for all constituents identified in Appendix II of this Chapter. A minimum of One (1) sample from each downgradient well must be collected and analyzed during each sampling event. For any constituent detected in the downgradient wells as the result of the complete Appendix II analysis, a minimum of Four (4) independent samples from each well (background and downgradient) must be collected and analyzed to establish background for the new constituents.

The Administrator may specify an appropriate subset of wells to be sampled and analyzed for Appendix II constituents during assessment monitoring. The Administrator may delete any of the Appendix II monitoring parameters for a MSWLF unit if it can be shown that the removed constituents are not reasonably expected to be in or derived from the waste contained in the unit.

68

(c)     The Administrator may specify an appropriate alternate frequency for repeated sampling and analysis for the full set of Appendix II constituents required by Subsection (b) of §23506, during the active life (including closure) and post-closure care of the unit considering the following factors:

(1)     lithology of the aquifer and unsaturated zone;

(2)     hydraulic conductivity of the aquifer and unsaturated zone;

(3)     ground-water flow rates;

(4)     minimum distance between upgradient edge of the MSWLF unit and downgradient monitoring well screen (minimum distance of travel);

(5)     resource value of the aquifer; and

(6)     nature (fate and transport) of any constituents detected in response to this §23506.

(d)     After obtaining the results from the initial or subsequent sampling events required in Subsection (b) of this §23506, the owner or operator must:

(1)     within Twenty-four (24) hours, place a notice in the operating record identifying the Appendix II constituents that have been detected and notify the Administrator that this notice has been placed in the operating record;

(2)     within Ninety (90) days, and on at least a semi-annual basis thereafter, resample all wells specified by Subsection (a) of §23502, conduct analyses for all constituents in Appendix I of this Chapter or in the alternative list approved in accordance with Item (2) of Subsection (a) of §23505, and for those constituents in Appendix II of these regulations that are detected in response to Subsection (b) of this

69

§23506, and record their concentrations in the facility operating record. At least One (1) sample from each well (background and downgradient) must be collected and analyzed during these sampling events.

The Administrator may specify an alternative monitoring frequency during the active life (including closure) and the post closure period for the constituents referred to in this paragraph. The alternative frequency for Appendix I constituents, or the alternative list approved in accordance with Item (2) of Subsection (a) of §23505, during the active life (including closure) shall be no less than annual. The alternative frequency shall be based on consideration of the factors specified in Subsection (c) of this §23506;

(3)     establish background concentrations for any constituents detected pursuant to Subsection (b) or Item (2) of Subsection (d), all of this §23506; and

(4)     establish ground-water protection standards for all constituents detected pursuant to Subsections (b) and (d) of this §23506. The ground-water protection standards shall be established in accordance with Subsections (h) or (i) of this §23506.

(e)     If the concentrations of all Appendix II constituents are shown to be at or below background values, using the statistical procedures in Subsection (g) of §23504, for Two (2) consecutive sampling events, the owner or operator must notify the Administrator of this finding and may return to detection monitoring.

(f)     If the concentrations of any Appendix II constituents are above background values, but all concentrations are below the ground-water protection standard established under Subsections (h) or (i) of this §23506, using the statistical procedures in Subsections (g) of §23504, the owner or operator must continue assessment monitoring in accordance with this

70

§23506.

(g)    If One (1) or more Appendix II constituents are detected at statistically significant levels above the ground-water protection standard established under Subsections (h) or (i) of this §23506, in any sampling event, the owner or operator must, within Fourteen (14) days of this finding, place a notice in the operating record identifying the Appendix II constituents that have exceeded the ground-water protection standard and notify the Administrator and all appropriate local government officials that the notice has been placed in the operating record. The owner or operator also:

(1)    must characterize the nature and extent of the release by installing additional monitoring wells as necessary;

(2)    must install at least One (1) additional monitoring well at the facility boundary in the direction of contaminant migration and sample this well in accordance with Item (2) of Subsection (d) of this §23506;

(3)    must notify all persons who own the land or reside on the land that directly overlies any part of the plume of contamination if contaminants have migrated off-site if indicated by sampling of wells in accordance with Item (1) of Subsection (g) of this §23506; and

(4)    must initiate an assessment of corrective measures as required by §23507 of this Chapter within Ninety (90) days; or

(5)    may demonstrate that a source other than a MSWLF unit caused the contamination, or that the SSI resulted from error in sampling, analysis, statistical evaluation, or natural variation in ground-water quality. Components of such

71

demonstrations are identified in Chapter 5, Subpart E, of the EPA Solid Waste Disposal Facility Criteria, Technical Manual, published in November 1993 or as updated. A report documenting this demonstration must be certified by a qualified ground-water scientist or approved by the Administrator and placed in the operating record. If a successful demonstration is made, the owner or operator must continue monitoring in accordance with the assessment monitoring program pursuant to this §23506, and may return to detection monitoring if the Appendix II constituents are at or below background as specified in Subsection (e) of this §23506. Until a successful demonstration is made, the owner or operator must comply with Subsection (g) of this §23506, including initiating an assessment of corrective measures.

(h)     The owner or operator must establish a ground-water protection standard for each Appendix II constituent detected in the ground-water. The ground-water protection standard shall be:

(1)     for constituents for which a maximum contaminant level (MCL) has been promulgated under Section 1412 of the Safe Drinking Water Act (42 U.S.C. §300g) and under 40 CFR Part 141, the MCL for that constituent;

(2)     for constituents for which MCLs have not been promulgated, the background concentration for the constituent established from wells in accordance with Item (1) of Subsection (a) of §23502; or

(3)     For constituents for which the background level is higher than the MCL identified under Item (1) of Subsection (h) of this §23506 or health based levels identified under Item (1) of Subsection (i) of this §23506, the background concentration.

72

(i)    The Administrator may establish an alternative ground-water protection standard for constituents for which MCLs have not been established. These ground-water protection standards shall be appropriate health based levels that satisfy the following criteria:

(1)    the level is derived in a manner consistent with USEPA guidelines for assessing the health risks of environmental pollutants (51 FR 33992, 34006, 34014, 34028, September 24, 1986);

(2)    the level is based on scientifically valid studies conducted in accordance with the Toxic Substances Control Act Good Laboratory Practice Standards (40 CFR Part 792) or equivalent;

(3)    for carcinogens, the level represents a concentration associated with an excess lifetime cancer risk level (due to continuous lifetime exposure) with the $1 \times 10^{-4}$ to $1 \times 10^{-6}$ range; and

(4)    for systemic toxicant, the level represents a concentration to which the human population (including sensitive subgroups) could be exposed to on a daily basis that is likely to be without appreciable risk of deleterious effects during a lifetime. For purposes of this Subsection (i) of this §23506, systemic toxicant includes toxic chemicals that cause effects other than cancer or mutation.

(j)    In establishing ground-water protection standards under Subsection (i) of this §23506, the Administrator may consider the following:

(1)    multiple contaminants in the ground-water;

(2)    exposure threats to sensitive environmental receptors; and

(3)    other site-specific exposure or potential exposure to ground-water.

73

§23507.    Assessment of corrective measures. (a) Within Ninety (90) days of finding that any of the constituents listed in Appendix II have been detected at a statistically significant level exceeding the ground-water protection standards defined under Subsections (h) or (i) of §23506 of this Chapter, the owner or operator must initiate an assessment of corrective measures. Such an assessment must be completed within a reasonable period of time.

(b)    The owner or operator must continue to monitor in accordance with the assessment monitoring program as specified in §23506 of this Chapter.

(c)    The assessment shall include an analysis of the effectiveness of potential corrective measures in meeting all of the requirements and objectives of the remedy as described under §23508 of this Chapter, addressing at least the following:

(1)    the performance, reliability, ease of implementation, and potential impacts of appropriate potential remedies, including safety impacts, cross-media impacts, and control of exposure to any residual contamination;

(2)    the time required to begin and complete the remedy;

(3)    the costs of remedy implementation; and

(4)    The institutional requirements such as territorial or local permit requirements or other environmental or public health requirements that may substantially affect implementation of the remedy.

(d)    The owner or operator must discuss the results of the corrective measures assessment, prior to the selection of remedy, in a public meeting with interested and affected parties.

§23508.    Selection of remedy.    (a)    Based on the results of the corrective

74