# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CIVIL MINUTES
# GENERAL

CASE NO.: CV-02-00022  DATE: March 08, 2007
CAPTION: U.S.A. -vs- Government of Guam

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori  Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez  Electronically Recorded: 9:57:10 - 12:55:25
CSO: B. Benavente

**APPEARANCES:**

Counsel for Plaintiff(s)  Counsel for Defendant(s)
Mikel Schwab  Helen Kennedy
Robert Mullaney  Elizabeth Cruz - Governor's Office
Julie Jackson  Ray Haddock - Governor's Office

**PROCEEDINGS: Motion to Enforce Consent Decree (USA) / Motion to Modify Consent Decree (GovGuam)**
- Motion(s) argued by <u>Plaintiff and Defendant</u>.
- Motion(s) taken <u>under advisement</u>. Report and Recommendation to be issued.
- Plaintiff's oral motion to file sur-reply brief to the testimonies of defendant's witnesses was granted.

NOTES: Witnesses sworn and examined - see attached Exhibit and Witness List.

# UNITED STATES DISTRICT COURT

DISTRICT OF     **GUAM**

| United States of America | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| Government of Guam | Case Number: **CV-02-00022** |

| PRESIDING JUDGE<br>**JOAQUIN V.E. MANIBUSAN, JR.** | PLAINTIFF'S ATTORNEY<br>**M. Schwab / R. Mullaney / J. Jackson** | DEFENDANT'S ATTORNEY<br>**H. Kennedy / R. Haddock / E. Cruz** |
|---|---|---|
| HEARING DATE (S)<br>March 8, 2007 | COURT REPORTER<br>WANDA MILES | COURTROOM DEPUTY<br>LEILANI TOVES HERNANDEZ |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | **Cynthia Untalan Jackson, called and sworn** |
| | | | | | | DX by Ms. Kennedy |
| | | A | 3/8/07 | 3/8/07 | 3/8/07 | U.S. EPA letter dated May 4, 2006 |
| | | B | 3/8/07 | 3/8/07 | 3/8/07 | U.S. EPA letter to Larry Perez, Dept. of Public Works, dated May 4, 2006 |
| | | C | 3/8/07 | 3/8/07 | 3/8/07 | Guam EPA Inter-Agency Memorandum to Acting Director, Dept of Public Works, dated Aug 9, 2006 |
| | | D | 3/8/07 | 3/8/07 | 3/8/07 | Work Plan for Hydrogeologic Assessment, dated January 17, 2007 |
| | | E | 3/8/07 | 3/8/07 | 3/8/07 | GovGuam Consent Decree Schedule, dated March 8, 2007 |
| | | | | | | CX by Mr. Mullaney |
| | | | | | | 11:26:27 Witness excuse |
| | | | | | | **Tor Gudmundsen, called and sworn** |
| | | | | | | DX by Ms. Kennedy |
| | | D | 3/8/07 | 3/8/07 | 3/8/07 | Work Plan for Hydrogeologic Assessment, dated January 17, 2007 |
| | | | | | | 11:33:30 End DX |
| | | | | | | CX by Mr. Mullaney |
| | | B | 3/8/07 | 3/8/07 | 3/8/07 | U.S. EPA letter to Larry Perez, Dept. of Public Works, dated May 4, 2006 |
| | | | | | | 11:42:13 End CX; Witness excused |