| | |
|---|---|
| AO435 (Rev. 1/90) **ORIGINAL** | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS |

# TRANSCRIPT ORDER

*Read Instructions on Back.*

**FOR COURT USE ONLY**
**DUE DATE:**

| 1. NAME | 2. PHONE NUMBER | 3. DATE | | |
|---|---|---|---|---|
| MIKEL W. SCHWAB | 479-4119 | 3/9/07 | | |
| 4. MAILING ADDRESS Sirena Plaza, Ste 500, 108 Hernan Cortez Ave, Hagatna, Guam 96910 | 5. CITY | | 6. STATE | 7. ZIP CODE |
| 8. CASE NUMBER | 9. JUDICIAL OFFICIAL | DATES OF PROCEEDINGS | | |
| CV02-00022 | Manibusan | 10. FROM 3/8/07 | 11. TO 03/08/07 | |
| 12. CASE NAME | | LOCATION OF PROCEEDINGS | | |
| UNITED STATES v. GOVERNMENT OF GUAM | 13. CITY Hagatna | | 14. STATE Gu | |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

All of court hearing proceedings on March 8, 2007

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17 ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [x] | [ ] | NO. OF COPIES | | |
| EXPEDITED | XXX | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |

**FILED**
DISTRICT COURT OF GUAM
MAR 12 2007
MARY L.M. MORAN
CLERK OF COURT

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

| 18. SIGNATURE MIKEL W. SCHWAB | ESTIMATE TOTAL | |
| 19. DATE | PROCESSED BY | |
| TRANSCRIPT TO BE PREPARED BY | PHONE NUMBER | |
| | COURT ADDRESS | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | 3/12/07 | cm | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

Case 1:02-cv-00022   Document 120   Filed 03/12/2007   Page 1 of 1

(Previous editions of this form may still be used)    ORIGINAL - COURT COPY    YELLOW - TRANSCRIPTION COPY    GREEN - ORDER RECEIPT    PINK - ORDER COPY