Office of the Attorney General
Alicia G. Limtiaco
Attorney General of Guam
Civil Division
287 West O'Brien Dr.
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com

Attorneys for the Government of Guam

FILED
DISTRICT COURT OF GUAM
APR 24 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GOVERNMENT OF GUAM,<br><br>Defendant. | CIVIL CASE NO. 02-00022<br><br>**GOVERNMENT OF GUAM'S SUBMITTAL OF HEAVY EQUIPMENT STATUS REPORT** |

The United States in its Motion to Enforce Consent Decree at page 17, requested that this Court order the Government of Guam ("Government") to do the following:

> ...GovGuam shall provide an Operations Report to the Court and the United States identifying all equipment and supplies necessary to properly operate residential waste collection service, the transfer stations, and the Ordot Dump, including, but not limited to, packer trucks, heavy equipment needed at the transfer stations and at Ordot Dump to perform required tasks (such as providing daily cover at the Ordot Dump), and a source of material for the daily cover. For all identified equipment and supplies that are currently either out of service or unavailable, GovGuam's Operations Report shall provide a schedule for repairing or replacing the equipment and providing the supplies by May 31, 2007.

Attachment 1 is a Status Report of most of the Heavy Equipment used for residential solid waste collection, at the Ordot Dump, and the roll-off trucks for the roll off containers at the transfer stations. The report, which is dated April 10, 2007, was received by the Attorney General's office on April 23, 2007.

Respectfully submitted this 24th day of April, 2007.

OFFICE OF THE ATTORNEY GENERAL
**Alicia G. Limtiaco, Attorney General**

_____
**HELEN M. KENNEDY**
Assistant Attorney General

# SOLID WASTE DIVISION HEAVY EQUIPMENT STATUS REPORT

April 10, 2007

All repair cost estimates from DPW Paul Cepeda, unless otherwise noted.

## SUMMARY

- Packer trucks: Three in service, of the twelve we have. Repairs estimated at $8,200.
  - No change in the last month

- 'Baby' packer: Out of service indefinitely. Parts not ordered.
  - No change in the last month

- Roll-off trucks: Only one in service, of the five we have. Repairs estimated at $8,000.
  - No change in the last month

- Water tankers: We have none functioning – but have a PO to rent one as needed.
  - No change in the last month

- Dump-trucks: Only three of five in service. Repairs estimated at $200.
  - No change in the last month

- Compactor: Cannot be repaired for less than $10,000 (pending Hawthorne review).
  - No change in the last month

- D8RII bull-dozer: awaiting repair, estimated at $20,000 (pending Hawthorne review).
  - No change in the last month

- D9R bull-dozer: awaiting repair, estimated at $10,000 (pending Hawthorne review).
  - No change in the last month

- Track-loader 963C: awaiting repair, estimated at $21,855 (Hawthorne: pending payment).
  - No change in the last month

- Excavator R360LC-7: awaiting repair, estimated at $1,000 (pending Hawthorne review).
  - No change in the last month

**Estimated cost to repair all of the above equipment is: $79,255**

Based on current PO's, it would cost us roughly $5.5 Million to rent the above for a year.

## NOTES

1. The scope of work for all repairs will be forthcoming from the Transportation Maintenance Division Superintendent.

2. Please see the attached spreadsheet for a breakdown with more details.

**ATTACHMENT 1**

# Solid Waste Div. Heavy Equipment Status Log

Update As Of: 4/20/2007
Ref.: Paul Cepeda

## Packer Trucks (PRIORITY)

| # | Cont.No. | Off. No. | Make | Year | Nature of Defect | Est. Repair Time (once parts avail) | Est. Cost of Repair | Remarks |
|---|---|---|---|---|---|---|---|---|
| 1 | P-1 | 731 | Kenworth | 1993 | | | | In service |
| 2 | P-2 | 730 | Kenworth | 1993 | | | | Surveyed (surplused) |
| 3 | P-3 | 729 | Kenworth | 1993 | Container assembly | | | Proposed for survey |
| 4 | P-4 | 697 | Kenworth | 1993 | Front suspension | 16 hrs | $1,000.00 | In progress |
| 5 | P-5 | 695 | Kenworth | 1993 | | | | Surveyed (surplused) |
| 6 | P-6 | 827 | Kenworth | 1992 | | | | Used by Parks & Recreation Dept. |
| 7 | P-8 | 4302 | Kenworth | 1992 | PTO leak | 4 hrs | $400.00 | Pending Repairs |
| 8 | P-10 | 4303 | Kenworth | 1992 | engine repairs | 40 hrs | | Pending Repairs (used engine) |
| 9 | P-12 | 907 | Kenworth | 1992 | | | | Proposed for survey |
| 10 | P-13 | 1213 | Kenworth | 1992 | | | | Proposed for survey |
| 11 | P-15 | 4301 | Kenworth | 1992 | engine assembly | 40 hrs | | Pending Repairs (used engine) |
| 12 | P-17 | 905 | Kenworth | 1992 | | | | Proposed for survey |
| 13 | P-26 | 789 | Ottawa | 1988 | | | | Used by Parks & Recreation Dept. |
| 14 | | 3475 | Sterling | 2002 | | | | In service |
| 15 | | 4026 | Sterling | 2002 | transmission | 24 hrs | $2,500.00 | Pending Repairs |
| 16 | | 3477 | Sterling | 2002 | | | | In service |
| 17 | P-7 | 3478 | Sterling | 2002 | Accident damage | | | Out of Service; used for parts |
| 18 | P-11 | 3479 | Sterling | 2002 | transmission & cylinder | 24 hrs | $2,500.00 | on order |
| 19 | P-19 | 3480 | Sterling | 2002 | | | | In service |
| 20 | P-20 | 3481 | Sterling | 2002 | Tires | 2 hrs | $1,800.00 | In progress |
| 21 | P-22 | 3482 | Sterling | 2002 | Diagnostic repair | | | Fleet SVC (Contractual Repairs) |
| 22 | P-23 | 3483 | Sterling | 2002 | engine assemb. (not avail) | | | Out of Service; used for parts |

Total Est. Cost to Repair: $8,200.00

**Packer Truck Summary**
- 3 In service
- 9 Awaiting repair / being repaired
- 2 Used elsewhere
- 2 Out of Service
- 4 Proposed for survey (surplus)
- 2 Surveyed (surplus)
- 22

## Baby Packer Truck

| # | Cont.No. | Off. No. | Make | Year | Nature of Defect | | | Remarks |
|---|---|---|---|---|---|---|---|---|
| 1 | BP-6 | 2998 | Ford | 1993 | Transmission assembly | | | Not ordered yet |

## Roll-Off Trucks (haul roll-off containers)

| # | Cont.No. | Off. No. | Make | Year | Nature of Defect | | | Remarks |
|---|---|---|---|---|---|---|---|---|
| 1 | RO-1 | 1738 | Kenworth | | Transmission problems | 24 hrs | $2,000.00 | On order - repairs pending |
| 2 | RO-2 | 783 | Kenworth | 1992 | | | | In service |
| 3 | RO-3 | 3472 | Kenworth | 1992 | Transmission problems | 24 hrs | $2,000.00 | On order - repairs pending |
| 4 | RO-4 | 908 | Kenworth | 1992 | Transmission problems | 24 hrs | $2,000.00 | On order - repairs pending |
| 5 | RO-5 | 4040 | Kenworth | 1992 | Transmission problems | 24 hrs | $2,000.00 | Warranty - repairs pending |

Total Est. Cost to Repair: $8,000.00

**Roll-Off Truck Summary**
- 1 In service
- 4 Awaiting repair / being repaired
- 5

## Water Tankers

| # | Cont.No. | Off. No. | Make | Year | Nature of Defect | | | Remarks |
|---|---|---|---|---|---|---|---|---|
| 1 | WT-1 | 781 | Kenworth | 1992 | | | | Surveyed (surplused) |
| 2 | WT-2 | 782 | Kenworth | 1992 | | | | Surveyed (surplused) |

**Water Tanker Summary**
(all surveyed)

## Dump Trucks

| # | Cont.No. | Off. No. | Make | Year | Nature of Defect | | | Remarks |
|---|---|---|---|---|---|---|---|---|
| 1 | DT-1 | 612 | Kenworth | 1992 | | | | Used by Highways Dept. |
| 2 | DT-2 | 813 | Kenworth | 1992 | | | | Used by Highways Dept. |
| 3 | DT-3 | 3613 | Freightliner | 2004 | Fan belt | 2 hrs | $100.00 | On order - repairs pending |
| 4 | DT-4 | 3614 | Freightliner | 2004 | | | | In Service |
| 5 | DT-5 | 3615 | Freightliner | 2004 | Minor oil leak | 3 hrs | $100.00 | In Service, pending parts arrival |
| 6 | DT-6 | 3616 | Freightliner | 2004 | | | | In Service |
| 7 | DT-7 | 3675 | Freightliner | 2004 | | | | In Service |

Total Est. Cost to Repair: $200.00

**Dump Truck Summary**
- 4 In service with Solid Waste Dept.
- 2 Awaiting repair / being repaired
- 4 Available to Solid Waste
- 2 Used elsewhere

## Compactor

| # | Cont.No. | Off. No. | Make | Year | Nature of Defect | | | Remarks |
|---|---|---|---|---|---|---|---|---|
| 1 | C-1 | EQ-15 | CAT | 2003 | (see attached Scope of Work) | 40 hrs | $10,000.00 | Recommended for Hawthorne repair contract |

Total Est. Cost to Repair: $10,000.00

## Dozer D8N

| # | Cont.No. | Off. No. | Make | Year | Nature of Defect | | | Remarks |
|---|---|---|---|---|---|---|---|---|
| 1 | D-3 | EQ-3 | CAT | 2003 | (see attached Scope of Work) | 40 hrs | $20,000.00 | Recommended for Hawthorne repair contract |

Total Est. Cost to Repair: $20,000.00

## Dozer D9R

| # | Cont.No. | Off. No. | Make | Year | Nature of Defect | | | Remarks |
|---|---|---|---|---|---|---|---|---|
| 1 | D-2 | EQ-2 | CAT | 2003 | (see attached Scope of Work) | 40 hrs | $10,000.00 | At DPW Compound - next to go to Hawthorne |

Total Est. Cost to Repair: $10,000.00

## Trackloader 953C

| # | Cont.No. | Off. No. | Make | Year | Nature of Defect | | | Remarks |
|---|---|---|---|---|---|---|---|---|
| 1 | TL-1 | EQ-13 | CAT | 2003 | (Hawthorne Quote attached) | 40 hrs | $21,055.00 | Contractor Hawthorne repairing now |

Total Est. Cost to Repair: $21,055.00

## Excavator R360LC-7

| # | Cont.No. | Off. No. | Make | Year | Nature of Defect | | | Remarks |
|---|---|---|---|---|---|---|---|---|
| 1 | EX-1 | EQ-22 | Hyundai | 2004 | Pulleys | 8 hrs | $1,000.00 | Hawthorne: on order - pending payment |

Total Est. Cost to Repair: $1,000.00

**EST. COST TO REPAIR ALL: $79,255.00**

# DEPARTMENT OF PUBLIC WORKS
## SCOPE OF WORK

| DATE: | 6-Apr-07 | | | | | |
|---|---|---|---|---|---|---|
| OFFICIAL | MODEL | YEAR | MAKE | MODEL | VIN. NUMBER | ENG. NUMBER |
| 731 | Refuse Truck | 1993 | Kenworth | T-800B | 1NKDH58X2PJ612084 | 34687923 |

| | WORK DESCRIPTION | QUANTITY | COST(PARTS) | COST(LABOR) | | TOTAL COST |
|---|---|---|---|---|---|---|
| | Repair or replace as per following: | | | | | |
| 1 | Replace engine new Cummins LT10-260 with Turbocharger complete with all related parts | | | | | |
| 2 | Replace radiator assembly to include hoses and related parts | | | | | |
| 3 | Replace drivers and passenger seats and related parts | | | | | |
| 4 | Replace all air valves | | | | | |
| 5 | Replace all tires | | | | | |
| 6 | Perform PM service on Transmission and Hydraulic system replace filters and oil, refill to proper level | | | | | |
| 7 | Replace batteries | | | | | |
| 8 | Road test for proper operation | | | | | |
| 9 | In the event vendor encounters other repairs needed TMD personnel must be notified prior to performing repairs. | | | | | |
| | | | | | | |
| | WARRANTY: | | | | Concurred By: | |
| | Engine - vendor must warranty for a minimum of one (1) year from defects and workmanship. Or manufactures warranty but not less than mentioned above | | | | Date: | |
| | All other repairs - vendor must warranty for a minimum of ninety (90) days from defects and workmanship. Or manufactures warranty but not less than mentioned above | | | | | |

## DEPARTMENT OF PUBLIC WORKS
## SCOPE OF WORK

| DATE: | 6-Apr-07 | | | | | |
|---|---|---|---|---|---|---|
| OFFICIAL | MODEL | YEAR | MAKE | MODEL | VIN. NUMBER | ENG. NUMBER |
| 1738 | Roll off Truck | 1994 | Kenworth | T-800 | 1NKDL50X8RJ629996 | 34715554 |

| | WORK DESCRIPTION | QUANTITY | COST(PARTS) | COST(LABOR) | | TOTAL COST |
|---|---|---|---|---|---|---|
| | Repair or replace as per following: | | | | | |
| 1 | Replace Transmission (new) Allison MT 654 CR or equal | | | | | |
| 2 | Replace container cable 75 ft. manufactures specification | | | | | |
| 3 | Replace 2 ea control cable | | | | | |
| 4 | Replace control valve | | | | | |
| 5 | Replace Hydraulic Pump | | | | | |
| 6 | Replace 4 batteries GP 31 12V | | | | | |
| 7 | Replace 10 tires | | | | | |
| 8 | Replace drivers and passenger seats and related parts | | | | | |
| 9 | Replace main and sub frame with Huge Hual HH-174 model | | | | | |
| 10 | Replace hyd. Steel line and hoses | | | | | |
| 11 | Replace PTO assembly and related parts | | | | | |
| 12 | Replace Hydraulic oil and filters | | | | | |
| 13 | Road test for proper operation | | | | | |
| 14 | In the event vendor encounters other repairs needed TMD personnel must be notified prior to performing repairs. | | | | | |
| | WARRANTY: | | | | Concurred By: | |
| | Transmission - vendor must warranty for a minimum of one (1) year from defects and workmanship. Or manufactures warranty but not less than mentioned above | | | | Date: | |
| | All other repairs - vendor must warranty for a minimum of ninety (90) days from defects and workmanship. Or manufactures warranty but not less than mentioned above | | | | | |

# DEPARTMENT OF PUBLIC WORKS
## SCOPE OF WORK

| DATE: | 10-Apr-07 | | | | | |
|---|---|---|---|---|---|---|
| OFFICIAL | MODEL | YEAR | MAKE | MODEL | VIN. NUMBER | ENG. NUMBER |
| EQ 22 | Excavator | 2004 | Hyundai | R360LC-7 | NA0110028 | 46295054 |

| | WORK DESCRIPTION | QUANTITY | COST(PARTS) | COST(LABOR) | TOTAL COST |
|---|---|---|---|---|---|
| | Repair or replace as per following: | | | | est. $70,000.00 |
| 1 | Replace all engine pulleys | | | | |
| 2 | Replace battery 2ea. 6D | | | | |
| 3 | Replace travel motor 2ea. | | | | |
| 4 | Replace all coolant hoses | | | | |
| 5 | Replace radiator and piping | | | | |
| 6 | Replace oil cooler assembly | | | | |
| 7 | Replace all hydraulic hoses and piping | | | | |
| 8 | Complete PM Service to include replacement of: Filters (Fuel,Oil,Air,Transmission and Hydraulic) Fluids/Oil (Brake,Steering,Engine,Differential,Transmission, Coolant,Transfer case and Hydraulic) | | | Concurred By: Date: | |
| 9 | In the event vendor encounters other repairs needed TMD personnel must be notified prior to performing repairs. | | | | |
| | WARRANTY: Vendor must warranty repairs for a minimum of one (1) year from defects and workmanship.Or manufactures warranty but not less mentioned above. | | | | |

# DEPARTMENT OF PUBLIC WORKS
## SCOPE OF WORK

| DATE: | 10-Apr-07 | | | | | | |
|---|---|---|---|---|---|---|---|
| OFFICIAL | MODEL | YEAR | MAKE | MODEL | | VIN. NUMBER | ENG. NUMBER |
| EQ 15 | Compactor | 2003 | Caterpillar | 826G II | | AYH00553 | |

| | WORK DESCRIPTION | QUANTITY | COST(PARTS) | COST(LABOR) | TOTAL COST |
|---|---|---|---|---|---|
| | Repair or replace as per following: | | | | |
| 1 | Repalce transfer case | | | | |
| 2 | Replace U-Joints | | | | |
| 3 | Replace radiator, hose and piping | | | | |
| 4 | Replace batteries | | | | |
| 5 | Replace all hydraulic hoses and piping | | | | |
| 6 | Complete PM Service to include replacement of: Filters (Fuel,Oil,Air,Transmission and Hydraulic) Fluids/Oil (Brake,Steering,Engine,Differential,Transmission, Coolant,Transfer case and Hydraulic) | | | | |
| 7 | In the event vendor encounters other repairs needed TMD personnel must be notified prior to performing repairs. | | | | |
| | | | | Concurred By: | |
| | | | | Date: | |
| | WARRANTY: Vendor must warranty repairs for a minimum of one (1) year from defects and workmanship.Or manufactures warranty but not less mentioned above. | | | | |

# DEPARTMENT OF PUBLIC WORKS
## SCOPE OF WORK

| DATE: | 10-Apr-07 | | | | | |
|---|---|---|---|---|---|---|
| OFFICIAL | MODEL | YEAR | MAKE | MODEL | VIN. NUMBER | ENG. NUMBER |
| EQ 13 | Trackloader | 2003 | Caterpillar | 963C | 2DS03060 | |

| | WORK DESCRIPTION | QUANTITY | COST(PARTS) | COST(LABOR) | TOTAL COST |
|---|---|---|---|---|---|
| | Repair or replace as per following: | | | | |
| 1 | Repair engine oil leak | | | | |
| 2 | Replace track adjuster | | | | |
| 3 | Replace all hydraulic hoses and piping | | | | |
| 4 | Complete PM Service to include replacement of: Filters (Fuel,Oil,Air,Transmission and Hydraulic) Fluids/Oil (Brake,Steering,Engine,Differential,Transmission, Coolant,Transfer case and Hydraulic) | | | | |
| 5 | In the event vendor encounters other repairs needed TMD personnel must be notified prior to performing repairs. | | | | |
| | WARRANTY: Vendor must warranty repairs for a minimum of one (1) year from defects and workmanship. Or manufactures warranty but not less mentioned above. | | | Concurred By: | |
| | NOTE: equipment at Hawthorne Pacific pending funds unable to verify further repairs | | | Date: | |

# DEPARTMENT OF PUBLIC WORKS
## SCOPE OF WORK

| DATE: | 10-Apr-07 | | | | | |
|---|---|---|---|---|---|---|
| OFFICIAL | MODEL | YEAR | MAKE | MODEL | VIN. NUMBER | ENG. NUMBER |
| EQ 3 | Dozier | 2003 | Caterpillar | D8R | 64102322 | |

| | WORK DESCRIPTION | QUANTITY | COST(PARTS) | COST(LABOR) | | TOTAL COST |
|---|---|---|---|---|---|---|
| | Repair or replace as per following: | | | | | |
| 1 | Repalce fan blade | | | | | |
| 2 | Replace alternator and belt | | | | | |
| 3 | Replace engine oil cooler | | | | | |
| 4 | Replace fan belt | | | | | |
| 5 | Replace all hydraulic hoses and piping | | | | | |
| 6 | Complete PM Service to include replacement of: Filters (Fuel,Oil,Air,Transmission and Hydraulic) Fluids/Oil (Brake,Steering,Engine,Differential,Transmission, Coolant,Transfer case and Hydraulic) | | | | | |
| 7 | In the event vendor encounters other repairs needed TMD personnel must be notified prior to performing repairs. | | | | Concurred By: | |
| | WARRANTY: Vendor must warranty repairs for a minimum of one (1) year from defects and workmanship.Or manufactures warranty but not less mentioned above. | | | | Date: | |
| | NOTE: Equipment at Hawthorne Pacific awaiting funds unable to verify further repairs | | | | | |

# DEPARTMENT OF PUBLIC WORKS
# SCOPE OF WORK

| DATE: | 10-Apr-07 | | | | | |
|---|---|---|---|---|---|---|
| OFFICIAL | MODEL | YEAR | MAKE | MODEL | VIN. NUMBER | ENG. NUMBER |
| EQ 2 | Dozier | 2003 | Caterpillar | D9R DS | ABK00806 | |

| | WORK DESCRIPTION | QUANTITY | COST(PARTS) | COST(LABOR) | TOTAL COST |
|---|---|---|---|---|---|
| | Repair or replace as per following: | | | | |
| 1 | Replace electronic control box | | | | |
| 2 | Replace exhaust system | | | | |
| 3 | Replace all hydraulic hoses and piping | | | | |
| 4 | Complete PM Service to include replacement of: Filters (Fuel,Oil,Air,Transmission and Hydraulic) Fluids/Oil (Brake, Steering, Engine, Differential, Transmission, Coolant, Transfer case and Hydraulic) | | | | |
| 5 | In the event vendor encounters other repairs needed TMD personnel must be notified prior to performing repairs. | | | | |
| | | | | Concurred By: | |
| | | | | Date: | |
| | WARRANTY: Vendor must warranty repairs for a minimum of one (1) year from defects and workmanship.Or manufactures warranty but not less mentioned above. | | | | |

# DEPARTMENT OF PUBLIC WORKS
## SCOPE OF WORK

| DATE: | 6-Apr-07 | YEAR | MAKE | MODEL | VIN. NUMBER | ENG. NUMBER |
|---|---|---|---|---|---|---|
| OFFICIAL | MODEL | 1991 | Kenworth | T-800 | INKOL59X5NS579730 | 34659879 |
| 4040 | Roll off Truck | | | | | |

| | WORK DESCRIPTION | QUANTITY | COST(PARTS) | COST(LABOR) | | TOTAL COST |
|---|---|---|---|---|---|---|
| | Repair or replace as per following: | | | | | |
| 1 | Replace Transmission (new) Allison MT 654 CR or equal | | | | | |
| 2 | Replace engine new Cummins LT10-260 with Turbocharger complete with all related parts | | | | | |
| 3 | Replace PTO assembly | | | | | |
| 4 | Replace Hydraulic Pump | | | | | |
| 5 | Replace 4 batteries GP 31 12V | | | | | |
| 6 | Replace 10 tires | | | | | |
| 7 | Replace drivers and passenger seats and related parts | | | | | |
| 8 | Replace main and sub frame with Huge Huat HH-174 model | | | | | |
| 9 | Replace 2 ea control cable | | | | | |
| 10 | Replace control valve | | | | | |
| 11 | Replace Hydraulic oil and filters | | | | | |
| 12 | Road test for proper operation | | | | | |
| 13 | In the event vendor encounters other repairs needed TMD personnel must be notified prior to performing repairs. | | | | | |
| | | | | | Concurred By: | |
| | WARRANTY: | | | | Date: | |
| | Transmission - vendor must warranty for a minimum of one (1) year from defects and workmanship. Or manufactures warranty but not less than mentioned above | | | | | |
| | Engine - vendor must warranty for a minimum of one (1) year from defects and workmanship. Or manufactures warranty but not less than mentioned above | | | | | |
| | All other repairs - vendor must warranty for a minimum of ninety (80) days from defects and workmanship. Or manufactures warranty but not less than mentioned above | | | | | |

# DEPARTMENT OF PUBLIC WORKS
## SCOPE OF WORK

| DATE: | 6-Apr-07 | | | | | |
|---|---|---|---|---|---|---|
| OFFICIAL | MODEL | YEAR | MAKE | MODEL | VIN. NUMBER | ENG. NUMBER |
| 938 | Roll off Truck | 1991 | Kenworth | T-800 | INKOL59X9NS573381 | 34852236 |

| | WORK DESCRIPTION | QUANTITY | COST(PARTS) | COST(LABOR) | | TOTAL COST |
|---|---|---|---|---|---|---|
| | Repair or replace as per following: | | | | | |
| 1 | Replace Transmission (new) Allison MT 653 CR or equal | | | | | |
| 2 | Replace air compressor. | | | | | |
| 3 | Replace injector pump | | | | | |
| 4 | Replace PTO assembly | | | | | |
| 5 | Replace Hydraulic Pump | | | | | |
| 6 | Replace all hyd. Steel piping and hyd. Hoses | | | | | |
| 7 | Replace 4 batteries GP 31 12V | | | | | |
| 8 | Replace 10 tires | | | | | |
| 9 | Replace alternator 100 Amps. | | | | | |
| 10 | Replace starter | | | | | |
| 11 | Replace turbocharger and related parts | | | | | |
| 12 | Replace drivers and passenger seats and related parts | | | | | |
| 13 | Road test for proper operation | | | | | |
| 14 | Complete PM Service to include replacement of: | | | | | |
| | Filters (Fuel,Oil,Air,Transmission and Hydraulic) | | | | | |
| | Fluids/Oil (Brake,Steering,Engine,Differential,Transmission, | | | | Concurred By: | |
| | Coolant, Transfer case and Hydraulic) | | | | | |
| 15 | In the event vendor encounters other repairs needed TMD personnel | | | | Date: | |
| | must be notified prior to performing repairs. | | | | | |
| | | | | | | |
| | WARRANTY: | | | | | |
| | Transmission - vendor must warranty for a minimum of one (1) year from | | | | | |
| | defects and workmanship. Or manufactures warranty but not less than | | | | | |
| | mentioned above | | | | | |
| | All other repairs - vendor must warranty for a minimum of ninety (90) days | | | | | |
| | from defects and workmanship. Or manufactures warranty but not | | | | | |
| | less than mentioned above | | | | | |

# DEPARTMENT OF PUBLIC WORKS
## SCOPE OF WORK

| DATE: | 6-Apr-07 | | | | | |
|---|---|---|---|---|---|---|
| OFFICIAL | MODEL | YEAR | MAKE | MODEL | VIN. NUMBER | ENG. NUMBER |
| 805 | Refuse Truck | 1992 | Kenworth | T-800 | 1NKDL59XXPJ585757 | 34668934 |

| | WORK DESCRIPTION | QUANTITY | COST(PARTS) | COST(LABOR) | TOTAL COST |
|---|---|---|---|---|---|
| | Repair or replace as per following: | | | | |
| 1 | Replace Transmission (new) Allison MT 654 CR or equal | | | | |
| 2 | Replace engine new Cummins LT10-260 with Turbocharger complete with all related parts | | | | |
| 3 | Replace all air hose and piping | | | | |
| 4 | Replace all air valves | | | | |
| 5 | Replace 4 batteries GP 31 12V | | | | |
| 6 | Replace 10 tires 11R 22.5 | | | | |
| 7 | Replace drivers and passenger seats and related parts | | | | |
| 8 | Replace front axle assembly to include steering linkage, tie rod end and drag link | | | | |
| 10 | Service hydraulic system | | | | |
| 11 | Replace radiator, hoses and pipings | | | | |
| 12 | Replace rear container assembly to include tailgate 25 cu.yrd | | | | |
| 13 | Replace brake shoes, slack adjusters and brake hoses all axles | | | | |
| | If needed replace brake drums (shall be verified by TMD personnel) | | | | |
| 14 | Road test for proper operation | | | | |
| 15 | In the event vendor encounters other repairs needed TMD personnel must be notified prior to performing repairs. | | | | |

Concurred By:
Date:

CONTINUATION - Official sep 005

| WORK DESCRIPTION | QUANTITY | COST(PARTS) | COST(LABOR) | TOTAL COST |
|---|---|---|---|---|
| WARRANTY: | | | | |
| Transmission - vendor must warranty for a minimum of one (1) year from defects and workmanship. Or manufactures warranty but not less than mentioned above | | | | |
| Engine - vendor must warranty for a minimum of one (1) year from defects and workmanship. Or manufactures warranty but not less than mentioned above | | | | |
| All other repairs - vendor must warranty for a minimum of ninety (90) days from defects and workmanship. Or manufactures warranty but not less than mentioned above | | | | |
| | | | Concurred By: | |
| | | | Date: | |

## DEPARTMENT OF PUBLIC WORKS
## SCOPE OF WORK

| DATE: | 6-Apr-07 | | | | | |
|---|---|---|---|---|---|---|
| OFFICIAL | MODEL | YEAR | MAKE | MODEL | VIN. NUMBER | ENG. NUMBER |
| 907 | Refuse Truck | 1992 | Kenworth | T-800 | INKOL59X6PJ585755 | 34688258 |

| | WORK DESCRIPTION | QUANTITY | COST(PARTS) | COST(LABOR) | TOTAL COST |
|---|---|---|---|---|---|
| | Repair or replace as per following: | | | | |
| 1 | Replace Transmission (new) Allison MT 654 CR or equal | | | | |
| 2 | Replace engine new Cummins LT10-260 with Turbocharger complete with all related parts | | | | |
| 3 | Replace PTO assembly | | | | |
| 4 | Replace Hydraulic Pump | | | | |
| 5 | Replace 4 batterise GP 31 12V | | | | |
| 6 | Replace 10 tires 11R 22.5 | | | | |
| 7 | Replace drivers and passenger seats and related parts | | | | |
| 8 | Replace front end assembly | | | | |
| 9 | Replace intermidiate axle assembly | | | | |
| 10 | Replace rear axle assembly | | | | |
| 11 | Replace radiator, hoses and pipings | | | | |
| 12 | Replace rear container assembly to include tailgate 25 cu.yrd | | | | |
| 13 | Replace brake shoes, slack adjusters and brake hoses all around | | | | |
| 14 | If needed replace brake drums (shall be verified by TMD personnel) | | | | |
| 15 | Road test for proper operation | | | | |
| 16 | In the event vendor encounters other repairs needed TMD personnel must be notified prior to performing repairs. | | | | |

Concurred By:
Date:

CONTINUATION - Official 907

| WORK DESCRIPTION | QUANTITY | COST(PARTS) | COST(LABOR) | TOTAL COST |
|---|---|---|---|---|
| WARRANTY: | | | | |
| Transmission - vendor must warranty for a minimum of one (1) year from defects and workmanship. Or manufactures warranty but not less than mentioned above | | | | |
| Engine - vendor must warranty for a minimum of one (1) year from defects and workmanship. Or manufactures warranty but not less than mentioned above | | | | |
| All other repairs - vendor must warranty for a minimum of ninety (90) days from defects and workmanship. Or manufactures warranty but not less than mentioned above | | | | |
| | | | Concurred By: | |
| | | | Date: | |

## DEPARTMENT OF PUBLIC WORKS
## SCOPE OF WORK

| DATE: | 6-Apr-07 | | | | | |
|---|---|---|---|---|---|---|
| OFFICIAL | MODEL | YEAR | MAKE | MODEL | VIN. NUMBER | ENG. NUMBER |
| 3472 | Roll off Truck | 1992 | Kenworth | T-800 | 1NKDL59X9NS579729 | 34659878 |

| | WORK DESCRIPTION | QUANTITY | COST(PARTS) | COST(LABOR) | | TOTAL COST |
|---|---|---|---|---|---|---|
| | Repair or replace as per following: | | | | | |
| 1 | Replace Transmission (new) Allison MT 654 CR or equal | | | | | |
| 2 | Replace engine new Cummins LT10-260 with Turbocharger complete with all related parts | | | | | |
| 3 | Replace PTO assembly | | | | | |
| 4 | Replace Hydraulic Pump | | | | | |
| 5 | Replace 4 batteries GP 31 12V | | | | | |
| 6 | Replace 10 tires 11R 22.5 | | | | | |
| 7 | Replace drivers and passenger seats and related parts | | | | | |
| 8 | Replace main and sub frame with Huge Hual HH-174 model | | | | | |
| 9 | Replace 2 ea control cable | | | | | |
| 10 | Replace control valve | | | | | |
| 11 | Replace Hydraulic oil and filters | | | | | |
| 12 | Replace container cable | | | | | |
| 13 | Replace hyd. Steel tubing and hoses | | | | | |
| 14 | Replace all U-Joints | | | | | |
| 15 | Replace brake shoes, slack adjusters and brake hoses all around | | | | Concurred By: | |
| | If needed replace brake drums (shall be verified by TMD personnel) | | | | Date: | |
| 16 | Replace clutch fan | | | | | |
| 17 | Road test for proper operation | | | | | |
| 18 | In the event vendor encounters other repairs needed TMD personnel must be notified prior to performing repairs. | | | | | |

CONTINUATION - Official 3472

| WORK DESCRIPTION | QUANTITY | COST(PARTS) | COST(LABOR) | TOTAL COST |
|---|---|---|---|---|
| **WARRANTY:** | | | | |
| Transmission - vendor must warranty for a minimum of one (1) year from defects and workmanship. Or manufactures warranty but not less than mentioned above | | | | |
| Engine - vendor must warranty for a minimum of one (1) year from defects and workmanship. Or manufactures warranty but not less than mentioned above | | | | |
| All other repairs - vendor must warranty for a minimum of ninety (90) days from defects and workmanship. Or manufactures warranty but not less than mentioned above | | | | |

Concurred By:
Date: