Office of the Attorney General
Alicia G. Limtiaco
Attorney General of Guam
Civil Division
287 West O'Brien Dr.
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com
**Attorneys for the Government of Guam**

FILED
DISTRICT COURT OF GUAM
MAY - 8 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 02-00022 |
| Plaintiff, | |
| vs. | NOTICE OF APPEARANCE OF SUBSTITUTE COUNSEL |
| GOVERNMENT OF GUAM, | |
| Defendant. | |

The Office of the Attorney General hereby enters its appearance of a substitute counsel of record for the defendant in the above matter. Please send all notices, correspondence and pleadings in the above caption to: J. Patrick Mason, Deputy Attorney General, at the above address.

Dated this 7th day of May, 2007.

Helen M. Kennedy
Assistant Attorney General
Counsel for Defendant, Government of Guam