ORIGINAL

RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division
ROBERT D. MULLANEY
Environmental Enforcement Section
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
Tel: (415) 744-6483
Fax: (415) 744-6476

LEONARDO M. RAPADAS
United States Attorney
MIKEL SCHWAB
Assistant United States Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
JUL 03 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 02-00022 |
| Plaintiff, | UNITED STATES' REQUEST FOR STATUS HEARING |
| v. | |
| GOVERNMENT OF GUAM, | Date: August 10, 2007<br>Time: 9:00 a.m. |
| Defendant. | |

The United States respectfully requests a hearing to determine the status of the above-entitled case. The United States further requests that the hearing not take place between July 5th and July 26th, 2007, when U.S. Department of Justice attorney Robert Mullaney will not be available.

1     The Defendant has been consulted and is agreeable to the requested date. Due to
2 the time difference between Guam and California, the parties propose that the Court set
3 the hearing at 9 a.m. on August 10, 2007.
4     Respectfully submitted this July 3, 2007.

```
                                LEONARDO M. RAPADAS
                                United States Attorney
                                Districts of Guam and NMI

                            BY: _____
                                MIKEL W. SCHWAB
                                Assistant U.S. Attorney
```

# CERTIFICATE OF SERVICE

I, FRANCES B. LEON GUERRERO, Legal Assistant, working in the U.S. Attorney's Office, in the District of Guam, hereby certify that a copy of the " United States Request for Status Hearing", Civil Case No. 02-00022, United States v. Government of Guam, was served by personal service to the following:

David C. Sullivan
Assistant Attorney General
Office of the Attorney General for
    The Territory of Guam
287 W. O'Brien Avenue
Hagatna, Guam 96910

Dated: July 3, 2007

*[signature]*
FRANCES B. LEON-GUERRERO
Legal Assistant