Office of the Attorney General
Alicia G. Limtiaco
Attorney General of Guam
Civil Division
287 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com

Attorneys for the Government of Guam

FILED
DISTRICT COURT OF GUAM
JUL 23 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CIVIL CASE NO. 02-00022 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **THIRD DECLARATION** |
| ) | **OF** |
| GOVERNMENT OF GUAM, ) | **CYNTHIA U. JACKSON** |
| ) | |
| Defendant. ) | |
| ) | |

I, **CYNTHIA U. JACKSON**, declare as follows:

1.  I am employed by the Department of Public Works ("DPW"). I am the delegate for DPW to the Ordot Consent Compliance Team. I have been the DPW Project Manager for the Consent Degree since June of 2004. In May of 2006, I became the Manager of the DPW Solid Waste Operations Division. I supervise the Solid Waste Superintendent, all supervisors and management analysts within the division and I directly supervise the two Consent Degree

Page 1
Third Declaration of Cynthia Jackson
District Court of Guam Case No. CV02-00022

employees. Before becoming Manager of Solid Waste Division, I was the DPW Rights-of-Way Supervisor.

2. I am familiar with DPW's outsourcing of certain functions related to trash collection and billing for trash collection and all other DPW matters related to the closing of the Ordot Dump and the opening of a new landfill.

3. DPW has begun the process of procuring the services of a private company to do the residential trash collection services that are currently being done by DPW. DPW has prepared a draft Invitation for Bids ("IFB") to outsource its residential trash collection. The draft IFB has been reviewed by other government agencies and is being finalized. DPW has targeted July 30, 2007 as date to begin advertising the IFB.

4. DPW has already outsourced its residential billing process. Attached hereto as Attachment I is a true and correct copy of a purchase order for those services.

5. Currently, the Department of Administration is handling DPW's billings to private trash haulers. DPW will take over this function effective October 1, 2007. This will help eliminate past problems resulting from having two separate government agencies involved in the billing process. DPW intends to outsource the function of billing private trash haulers as it has done for its residential trash collection.

6. DPW is currently coordinating with the Office of the Attorney General to assist in the collection of receivables from commercial trash haulers. As a result, one law suit was filed on July 16, 2007. Attached hereto as Attachment II is a true and correct copy of the complaint in that law suit. DPW believes that this action will help send a message to haulers that DPW is serious about collecting delinquent accounts.

7. Design plans for contraction of the new landfill and hydrogeological data were submitted to the Guam Environmental Protection Agency ("GEPA"). However, GEPA needed

additional verification of water flow. As a result, the plans were not approved. GEPA has required a nine month analysis of the hydrology n the area, as a prerequisite to approval of the plans. This study is current underway. It is scheduled to be completed in December 2007.

8. DPW is presently complying with a GEPA permit requirement to provide monthly trash cover reports. DPW currently sends quarterly financial reports to the Public Utilities Commission and the United States Environmental Protection Agency.

9. Government of Guam has already prepared a draft Executive Order for the formation of a Law Review Committee.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge this 23rd day of July, 2007.



CYNTHIA U. JACKSON

SUBSCRIBED and SWORN to before me this 23rd day of July, 2007, a Notary Public in and for the Territory of Guam.





Notary Public

JANET L. ROSARIO
NOTARY PUBLIC
In & for Guam U.S.A.
My Commission Expires: Sept. 11, 2010
Suite 902, Pacific News Building
238 AFC Flores Street Hagatna, Guam 96910

Attachment I: Purchase Order
Attachment II: Complaint re: *Government of Guam vs. Commercial Sanitation, Inc.*; Superior Court of Guam CV0833-07 filed July 16, 2007

Page 3
Third Declaration of Cynthia Jackson
District Court of Guam Case No. CV02-00022

FILED
SUPERIOR COURT
OF GUAM

2007 JUL 16 AM 11: 49

CLERK OF COURT

BY:_____



Office of the Attorney General
**Alicia G. Limtiaco**
Attorney General of Guam
Civil Division
287 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com

Attorneys for the Government of Guam

# IN THE SUPERIOR COURT OF GUAM
## HAGÅTÑA, GUAM

| | |
|---|---|
| GOVERNMENT OF GUAM, ) | Civil Case No. |
| Plaintiff, ) | CV 0833-07 |
| vs. ) | COMPLAINT |
| COMMERCIAL SANITATION, INC., ) | |
| Defendant. ) | |

**COMES NOW THE GOVERNMENT OF GUAM, DEPARTMENT OF PUBLIC WORKS** by and through the Office of the Attorney General and would show,

1) Jurisdiction is vested in this Court by 7 GCA§4104.

2) The Department of Public Works is and was at all relevant times the government agency charged with the responsibility of operating the solid waste disposal facility commonly referred to as the Ordot dump. (hereinafter Ordot)

Page 1
Complaint
GovGuam vs Commercial Sanitation, Inc.
CV

Attachment I

3) Defendant Commercial Sanitation, Inc. is a Guam company headquartered in Guam and whose address is 31 Anaco Lane, Nimitz Hill Estates, Piti, Guam. At all relevant times the Defendant was charged by law with the responsibility for collecting from its customers the charges incurred when solid waste is disposed of at Ordot and remitting them to the Government of Guam. Department of Public Works Division of Solid Waste Management Rules and Regulations, Sections 105 (m) and (n). The Defendant both collected such tipping fees and failed to remit them and ignored its duty to collect such fees from its customers. It did not provide any notice to Department of Public Works of any delinquent accounts nor did it terminate accounts on the basis of delinquent tipping fees. Instead of collecting such fees, it functioned at best as a passive recipient of payments.

4) Commercial Sanitation, Inc. was engaged at all relevant times in the business of hauling solid waste from residential and commercial customers to Ordot. Pursuant to Guam law, haulers who are permitted to dispose of solid waste at Ordot incur a charge which is set be law.

5) The relevant charge for disposing of solid waste at Ordot beginning on December 29, 1999 was $8.00 per month for each residential dwelling, $4.00 per cubic yard for uncompacted solid waste collected from commercial waste generators and $4.00 per cubic yard times the compaction ratio of the waste vehicle waste for solid waste that had been compacted. Subsequent to October 27, 2005, the applicable rates were $10.00 per residential dwelling, $5.00 per cubic yard of uncompacted solid waste, and $20.00 per cubic yard for compacted solid waste.

6) Deliveries to Ordot by Commercial Sanitation, Inc and other commercial haulers were monitored and records showing the cubic yardage of solid waste disposed of. No record was kept of the number of residential customers being serviced so the Department of Public Works did not know if or how many residential accounts were being serviced as well.

7) Based on the cubic yardage disposed of at Ordot, Commercial Sanitation, Inc. was billed $3,893,951.00 between August 1, 1999 and May 31, 2007. During the same period of time Commercial Sanitation, Inc. paid a total of $2,556,915.59 resulting in an amount of $1,286,731.76 due and owing. The history of billings and delinquent payments is set forth in Exhibit A attached hereto, and incorporated at this point for all purposes as if set forth in full.

8) On knowledge and belief, the Government of Guam alleges that an amount over and above the above amount is due and owing for tipping fees chargeable to solid waste from residential customers disposed of at Ordot but unbilled and unreported by Commercial Sanitation, Inc.

9) The relationship between the Government of Guam and Commercial Sanitation, Inc. was that of a trust with Commercial Sanitation, Inc under a fiduciary duty to exert its best efforts to collect tipping fees from its customers and to faithfully remit all amounts collected.

10) Commercial Sanitation, Inc. failed in both these duties.

**WHEREFORE**, the Plaintiff respectfully requests from this Court the following relief:

1) That Commercial Sanitation, Inc. account to the Government of Guam for all tipping fees it derived or could have derived from its solid waste disposal operations, and as to the number and revenue derived from residential customers;

2) That a judgment in the amount of $1,286,731.76 or such amount as the evidence my show be entered against Commercial Sanitation, Inc.;

Page 3
Complaint
GovGuam vs Commercial Sanitation, Inc.
CV

Case 1:02-cv-00022    Document 132    Filed 07/23/2007    Page 6 of 10

3) That the Government of Guam be granted its court costs;

4) And such further relief as it may show itself entitled.

Dated this 16th day of July, 2007.

OFFICE OF THE ATTORNEY GENERAL
**Alicia G. Limtiaco, Attorney General**

By: _____
**DAVID CHARLES SULLIVAN**
Assistant Attorney General

## VERIFICATION

I, Lawrence P. Perez, in my official capacity as Director, Department of Public Works, Government of Guam, have read the foregoing complaint and do hereby verify the contents to be true and accurate as to the best of my knowledge.

Dated this 16th day of July, 2007.

_____
LAWRENCE P. PEREZ
Director, Department of Public Works

Attachment:
Exhibit A

Page 4
Complaint
GovGuam vs Commercial Sanitation, Inc.
CV

# DEPARTMENT OF PUBLIC WORKS

## Solid Waste Management Division
## Summary of TF Accounts by Fiscal Year
## Commercial Hauler

Commercial Sanitation Systems, Inc.
Account No. T1999026502

| Fiscal Year | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| FY 2000 | | | | |
| 08/01/99 - 09/30/00 | Billed | 1,284,684.00 | | 1,284,684.00 |
| | Debit Memo | 10,116.00 | | 1,294,800.00 |
| | Credit Memo | | 3,156.00 | 1,291,644.00 |
| | Payment | | 834,016.56 | 457,627.44 |
| FY 2001 | | | | 457,627.44 |
| 10/01/00 - 09/30/01 | Billed | 1,049,279.00 | | 1,506,906.44 |
| | Debit Memo | 0.00 | | 1,506,906.44 |
| | Credit Memo | | 0.00 | 1,506,906.44 |
| | Payment | | 675,365.07 | 831,541.37 |
| FY 2002 | | | | 831,541.37 |
| 10/01/01 - 09/30/02 | Billed | 1,044,412.00 | | 1,875,953.37 |
| | Debit Memo | 0.00 | | 1,875,953.37 |
| | Credit Memo | | 600.00 | 1,875,353.37 |
| | Payment | | 644,460.40 | 1,230,892.97 |
| FY 2003 | | | | 1,230,892.97 |
| 10/01/02 - 09/30/03 | Billed | 515,576.00 | | 1,746,468.97 |
| | Debit Memo | 2,792.00 | | 1,749,260.97 |
| | Credit Memo | | 2,792.00 | 1,746,468.97 |
| | Payment | | 403,073.56 | 1,343,395.41 |
| FY 2004 | | | | 1,343,395.41 |
| 10/01/03 - 09/30/04 | Billed | 0.00 | | 1,343,395.41 |
| | Debit Memo | 0.00 | | 1,343,395.41 |
| | Credit Memo | | 0.00 | 1,343,395.41 |
| | Payment | | 0.00 | 1,343,395.41 |
| FY 2005 | | | | 1,343,395.41 |
| 10/01/04 - 09/30/05 | Billed | 0.00 | | 1,343,395.41 |
| | Debit Memo | 0.00 | | 1,343,395.41 |
| | Credit Memo | | 56,663.65 | 1,286,731.76 |
| | Payment | | 0.00 | 1,286,731.76 |
| FY 2006 | | | | 1,286,731.76 |
| 10/01/05 - 09/30/06 | Billed | 0.00 | | 1,286,731.76 |
| | Debit Memo | 0.00 | | 1,286,731.76 |
| | Credit Memo | | 0.00 | 1,286,731.76 |
| | Payment | | 0.00 | 1,286,731.76 |
| FY 2007 | | | | 1,286,731.76 |
| 10/01/06 - 05/31/07 | Billed | 0.00 | | 1,286,731.76 |
| | Debit Memo | 0.00 | | 1,286,731.76 |
| | Credit Memo | | 0.00 | 1,286,731.76 |
| | Payment | | 0.00 | 1,286,731.76 |
| | | | | 1,286,731.76 |
| | Summary Breakdown | | | |
| | Total Billed | 3,893,951.00 | | |
| | Total Debit Memo | 12,908.00 | | |
| | Total Credit Memo | | 63,211.65 | |
| | Total Payment | | 2,556,915.59 | |
| | Total | 3,906,859.00 | 2,620,127.24 | 1,286,731.76 |

Prepared by Administration/Fiscal Section
Date Prepared 06/07/2007

**EXHIBIT A**

# PURCHASE ORDER



GENERAL SERVICES AGENCY
DEPARTMENT OF ADMINISTRATION
GOVERNMENT OF GUAM

148 Route 1
Marine Drive
Piti, Guam 96925

| TRAN CODE | |
|---|---|
| THIS PURCHASE ORDER NUMBER | |
| **No.** F076A05618 | |
| MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES, B/L, CORRESPONDENCE ETC. | |
| DATE | JOB ORDER NO | OBJCT |
| 7/03/2007 | 105007401230 | 230 |

| F.O.B. | *AIR FREIGHT TEL CONTACT | SHIP VIA: |
|---|---|---|

| VENDOR TO: | VENDOR 63166601 | SHIP TO | CONSIGNEE, DESTINATION & MARKING |
|---|---|---|---|
| GRAPHIC CENTER, INC<br>P O BOX 20088<br>GMF, GU 96921<br>Telephone: 671 472-3072  Fax: 671 472-3074 | | | DEPARTMENT OF PUBLIC WORKS<br>542 NORTH MARINE DRIVE<br>TAMUNING., GU 96913-0000<br><br>SOLID WASTE FUND |

| AUTHORITY | **INVITATION NO. | CONTRACT NO | TIME FOR DELIVERY | EXPIRING | DISCOUNT TERMS: |
|---|---|---|---|---|---|
| 5111(b) | | | SEE BELOW | | |

| ITEM | ARTICLES OF SERVICES | QTY. | UNIT | UNIT PRICE | AMOUNT | DOCUMENT NUMBER | FAC |
|---|---|---|---|---|---|---|---|
| 1 | PRINTING AND FULFILLMENT OF TIPPING BILLING STATEMENT INK COLOR-OPTION B: 2/1 BLACK INK W/BLUE LOGO.<br><br>DATA: TO BE SUPPLIED BY DPW-SWMD AS PER SPECIFICATIONS SUPPLIED BY GRAPHIC CENTER, INC. NDA TO BE PROVIDE BY DPW.<br><br>BINDERY: PERFORATIONS IN THREE POSITIONS TABBED/SORTER/ DELIVERY TO POST OFFICE.<br><br>PERMITS: WILL UTILIZE DPW 1ST CLASS MAIL PERMIT.<br><br>PRODUCTION: 5 WORKING DAYS UPON APPROVAL OF FINAL APPROVAL<br>NOTE:<br>THE GOVERNMENT OF GUAM WILL NOT BE RESPONSIBLE FOR 'UNAUTHORIZED' PURCHASES OF SERVICES.<br>LAYOUT MUST BE APPROVED BY DEPARTMENT BEFORE FINAL PRINTING.<br>*TO BE COORDINATED BETWEEN REQUESTING AGENCY AND VENDOR.<br>Note: Amounts due this Purchase Order may be off set for monies due the Govt. of Guam inclusive of but not limited to taxes, fees, and returned checks plus fees, interest or other damages, penalties, and attorney's fees, after failure to pay according to law.<br>ALL LATE DELIVERIES AND ACCEPTANCES ARE SUBJECT TO THE LIQUIDATED DAMAGES CLAUSE IN SECTION 5101(9)(a) OF THE GAR. | 1 | LOT | 14432.00 | 14432.00 | QD71050145 | |

SPECIAL INSTRUCTIONS TO VENDOR
B. SEND CERTIFIED ORIGINAL AND THREE (3) COPIES OF INVOICE TO DIVISION OF ACCOUNTS, DEPARTMENT OF ADMINISTRATION, GOVERNMENT OF GUAM, P.O. BOX 884, AGANA, GUAM 96910.
C. PAYMENT UPON RECEIPT OF MERCHANDISE IN GUAM IN GOOD CONDITION.
D. THIS ORDER SUBJECT TO CONDITIONS ON REVERSE SIDE
E. THIS ORDER IS SUBJECT TO THE SPECIAL PROVISIONS, AND BID GENERAL TERMS AND CONDITIONS SPECIFIED ON THIS BID.
F. ON ALL AIR SHIPMENTS HAVE AIR FREIGHT COMPANY CALL THIS NUMBER UPON ARRIVAL OF GOODS IN GUAM.

PAGE 1 OF 2

↑ TOTAL ↑

A. DO NOT FILL THIS ORDER IF YOUR TOTAL COST EXCEEDS THIS TOTAL.
INSERT CHANGES AND RETURN THIS ORDER FOR AMENDMENT.

CONTRACTOR, PLEASE SUPPLY PROMPTLY THE ABOVE ARTICLES OR SERVICES. ALL CORRESPONDENCE PERTAINING TO THIS ORDER INCLUDING INVOICES, SHIPPING DOCUMENTS AND PACKAGES MUST BEAR THE PURCHASE ORDER NUMBER SHOWN ABOVE
SEE REVERSE SIDE FOR PURCHASE ORDER TERMS AND CONDITIONS

ADVANCE PAYMENT AUTHORIZATION
PAYMENT ENCLOSED
PAGE 1 OF

SIGNATURE  for: Pedro F. San Nicolas
Claudia S. Acfalle    Chief Procurement Officer
NAME                  TITLE

Control No.              ORIGINAL/VENDOR'S COPY      Attachment II

| | | **PURCHASE ORDER** | TRAN CODE | |
| --- | --- | --- | --- | --- |
| |  | GENERAL SERVICES AGENCY<br>DEPARTMENT OF ADMINISTRATION<br>GOVERNMENT OF GUAM<br>148 Route 1<br>Marine Drive<br>Pili, Guam 96925 | THIS PURCHASE ORDER NUMBER<br>**No.** F07EAC00?? | |
| | | | MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES, B/L, CORRESPONDENCE ETC. | |
| F.O.B. | * AIR FREIGHT TEL. CONTACT | SHIP VIA: | DATE 10/01 2006 | JOB ORDER NO. | OBJ CL 330 |
| | | PREPAID-SHOW SHIPPING CHARGES AS SEPARATE ITEM ON INVOICE | | |

| VENDOR TO: | VENDOR | SHIP TO | CONSIGNEE, DESTINATION & MARKING |
| --- | --- | --- | --- |
| DATA MANAGEMENT RESOURCES<br>ATTN: MICHAEL S TAITANO<br>P O BOX 3934<br>AGANA, GU 96932<br>Telephone: 671 647-3674  Fax: 671 477-3677 | D3565001 | | DEPARTMENT OF PUBLIC WORKS<br>542 NORTH MARINE DRIVE<br>TAMUNING, GU 96913-0500<br><br>SOLID WASTE FUND |

| AUTHORITY 9112 | ** INVITATION NO. | ** CONTRACT NO. | TIME FOR DELIVERY SEE BELOW | EXPIRING | DISCOUNT TERMS: |

| ITEM | ARTICLES OF SERVICES | QTY | UNIT | UNIT PRICE | | |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | SOFTWARE MAINTENANCE OF TIPPIN FEE SYSTEM FOR FISCAL YEAR '07 Commencing October 1, 2006 to September 30, 2007<br>Reference Purchase Order#<br>F06EA02969 | 1 | LOT | 45000.00 | 45000.00 | 0071030001 |

NOTE:
THE GOVERNMENT OF GUAM WILL NOT BE RESPONSIBLE FOR 'UNAUTHORIZED' PURCHASES OR SERVICES. ALL LATE DELIVERIES AND ACCEPTANCES ARE SUBJECT TO THE LIQUIDATED DAMAGE CLAUSE IN SECTION 610119(a) OF THE GAR.

SPECIAL INSTRUCTIONS TO VENDOR:
B. SEND CERTIFIED ORIGINAL AND THREE (3) COPIES OF INVOICE TO DIVISION OF ACCOUNTS, DEPARTMENT OF ADMINISTRATION; GOVERNMENT OF GUAM, P.O. BOX 884, AGANA, GUAM 96910.
C. PAYMENT UPON RECEIPT OF MERCHANDISE IN GUAM IN GOOD CONDITION.
D. THIS ORDER SUBJECT TO CONDITIONS ON REVERSE SIDE
E. ** THIS ORDER IS SUBJECT TO THE SPECIAL PROVISIONS, AND BID GENERAL TERMS AND CONDITIONS SPECIFIED ON THIS BID.
F. * ON ALL AIR SHIPMENTS HAVE AIR FREIGHT COMPANY CALL THIS NUMBER UPON ARRIVAL OF GOODS IN GUAM

TOTAL 45000.00

A. DO NOT FILL THIS ORDER IF YOUR TOTAL COST EXCEEDS THIS TOTAL. INSERT CHANGES AND RETURN THIS ORDER FOR AMENDMENT

SIGNATURE: [signed] 10/1/06
NAME: Claudia S. Acfalle   TITLE: Chief Procurement Officer

CONTRACTOR: PLEASE SUPPLY PROMPTLY THE ABOVE ARTICLES OR SERVICES. ALL CORRESPONDENCE PERTAINING TO THIS ORDER INCLUDING INVOICES, SHIPPING DOCUMENTS AND PACKAGES MUST BEAR THE PURCHASE ORDER NUMBER SHOWN ABOVE.
SEE REVERSE SIDE FOR PURCHASE ORDER TERMS AND CONDITIONS.

ADVANCE PAYMENT AUTHORIZATION
PAYMENT ENCLOSED

Control No. _____  ORIGINAL/VENDOR'S COPY  Rec'd 10/16/06  GT