ORIGINAL

FILED
DISTRICT COURT OF GUAM
JUL 27 2007
MARY L.M. MORAN
CLERK OF COURT

RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division
ROBERT D. MULLANEY
Environmental Enforcement Section
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
Tel: (415) 744-6483
Fax: (415) 744-6476

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant United States Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GOVERNMENT OF GUAM, ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL CASE NO. 02-00022 <br><br> UNITED STATES' RESPONSE TO MOTION AND SUPPORTING MEMORANDUM TO TAKE JUDICIAL NOTICE |

On July 12, 2007, the Government of Guam ("GovGuam") filed a motion for leave to request this Court to take judicial notice of an appeal of a long-standing case entitled <u>Rossana San Miguel, et al. v. Department of Public Works, et al.</u>, CV0892-04, which was originally filed in the Superior Court of Guam ("Superior Court"). A notice of appeal to the Supreme Court of Guam ("Supreme Court") was filed on October 19, 2005. That appeal relates to two companion decisions in which the Superior Court rejected plaintiffs' argument that GovGuam improperly failed to consider selecting Guatali or Malaa as landfill sites and found: 1) Guatali is owned by the federal government and GovGuam cannot acquire ownership of the property; and 2) GovGuam appropriately considered and rejected Malaa based upon a technical screening process. GovGuam Mem. Appendix A at 3, 8, 10; Appendix B at 3 - 6.

In its motion, GovGuam requests the Court to take notice that the Superior Court's decisions and orders in <u>Rossana San Miguel</u> are currently on appeal. GovGuam claims that if the Supreme Court reversed <u>Rossana San Miguel</u> on appeal, such a decision could possibly impact the validity of the consent decree between the United States and GovGuam that was approved by this Court on February 11, 2004 ("Consent Decree"). However, the Superior Court comprehensively rejected plaintiffs' arguments in <u>Rossana San Miguel</u>. Moreover, GovGuam has reiterated its belief that a Supreme Court reversal of the underlying decisions "is not likely and it would be contrary to the position taken by the Attorney General in the trial court and on appeal." GovGuam Mem. at 4; Appendices A and B.

Based upon GovGuam's submission to this Court, the United States does not presently need to address the possibility that an unlikely unfavorable Supreme Court decision in <u>Rossana San Miguel</u> could impact the validity of the Consent Decree. Likewise, the United States believes it is premature for this Court to take judicial notice of <u>Rossana San Miguel</u>. However, if the Court seeks future briefing on the applicability of this appeal to the Consent Decree, the

United States will provide further briefing at that time.

Respectfully submitted,

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

Dated: 7-26-07

MIKEL W. SCHWAB
Assistant United States Attorney

OF COUNSEL:

JULIA JACKSON
Assistant Regional Counsel
U.S. Environmental Protection Agency
75 Hawthorne Street
San Francisco, California 94105