

Office of the Attorney General
**Alicia G. Limtiaco**
Attorney General of Guam
**Civil Division**
287 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com

Attorneys for the Government of Guam

**FILED**
DISTRICT COURT OF GUAM
JUL 31 2007
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CIVIL CASE NO. 02-00022 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **DECLARATION OF SERVICE** |
| ) | |
| GOVERNMENT OF GUAM, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**I, FRANCISCO M. SANTOS**, declares:

I am an employee of the Attorney General's Office, over the age of eighteen, and not a party in interest in the above-entitled case. I served a copy of **1) Government of Guam's Objection to Report and Recommendation; and 2) Third Declaration of Cynthia U. Jackson** by delivering to:

---

Page 1
Declaration of Service
District Court of Guam Case No. CV02-00022

**ORIGINAL**

| NAME | WHERE SERVED | DATE - TIME |
|---|---|---|
| Legal Office (Chris Chargualaf) | Office of the Governor Adelupe, Guam | 07/24/07 - 1:53 p.m. |
| Guam Environmental Protection Agency (L. Santos) | Tiyan, Guam | 07/24/07 - p.m. |

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 25th day of July, 2007.

_____
FRANCISCO M. SANTOS
Process Officer

Page 2
Declaration of Service
District Court of Guam Case No. CV02-00022