

Office of the Attorney General
**Alicia G. Limtiaco**
Attorney General of Guam
**Civil Division**
287 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com

**Attorneys for the Government of Guam**

# UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CIVIL CASE NO. 02-00022 |
| Plaintiff, | ) | |
| vs. | ) | **DECLARATION OF SERVICE** |
| GOVERNMENT OF GUAM, | ) | |
| Defendant. | ) | |

I, SHARON C. RODRIGUEZ, declares:

I am an employee of the Attorney General's Office, over the age of eighteen, and not a party in interest in the above-entitled case. I served a copy of **Third Declaration of Cynthia U. Jackson** by delivering to:

//

//

Page 1
Declaration of Service
District Court of Guam Case No. CV02-00022

**ORIGINAL**

| **NAME** | **WHERE SERVED** | **DATE & TIME** |
|---|---|---|
| Director, Department of Public Works (Cynthia U. Jackson) | Office of the Attorney General Hagatna, Guam | 07/23/07 – 3:20 p.m. |
| Cynthia U. Jackson Department of Public Works | Office of the Attorney General | 07/23/07 – 3:20 p.m. |

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 25th day of July, 2007.

_Sharon C. Rodrgz_
**SHARON C. RODRIGUEZ**