CRIGINAL

1  RONALD J. TENPAS
   Acting Assistant Attorney General
2  Environment & Natural Resources Division
   ROBERT D. MULLANEY
3  Environmental Enforcement Section
   United States Department of Justice
4  301 Howard Street, Suite 1050
   San Francisco, California 94105
5  Tel: (415) 744-6483
   Fax: (415) 744-6476
6
   LEONARDO M. RAPADAS
7  United States Attorney
   MIKEL SCHWAB
8  Assistant United States Attorney
   Suite 500, Sirena Plaza
9  108 Hernan Cortez
   Hagåtña, Guam 96910
10 Tel: (671) 472-7332
   Fax: (671) 472-7215
11
   Attorneys for United States of America
12

**FILED**
DISTRICT COURT OF GUAM

OCT 1 1 2007

JEANNE G. QUINATA
Clerk of Court

13              DISTRICT COURT OF GUAM

14

15 UNITED STATES OF AMERICA,      )    CIVIL CASE NO. 02-00022
                                  )
16            Plaintiff,          )    UNITED STATES'REQUEST
                                  )    FOR STATUS HEARING
17       v.                       )
                                  )
18                                )
                                  )
19 GOVERNMENT OF GUAM,            )    Date: _____, 2007
                                  )    Time: 9:00 A.M.
20            Defendant.          )
   _____)
21

22       The United States respectfully requests a hearing to determine the status of this

23  case.  On July 6, 2007, Magistrate Judge Manibusan issued a Report & Recommendation

24  in this case.  The Consent Decree, which was entered by the Court on February 11, 2004,

25  set the following deadlines: the Government of Guam ("GovGuam") was required to

26  begin operation of a new landfill on September 23, 2007, to complete closure of the Ordot

27  Dump on October 23, 2007, and to cease all discharges from the Ordot Dump to waters of

28  the United States on October 23, 2007.  GovGuam has not opened a new landfill.  It will

1  not close the Ordot Dump or cease its illegal discharges to the waters of the United States
2  by the deadline of October 23, 2007.
3          GovGuam has been consulted and is agreeable to any of the dates of October 16th
4  or the 18th for the status hearing.  Due to the time difference between Guam and
5  California, the parties propose that the Court set the hearing at 9:00 a.m.
6          Respectfully submitted this 11th day of October 2007.

8                                    LEONARDO M. RAPADAS
                                     United States Attorney
9                                    Districts of Guam and NMI

10                       BY: _____
11                                   MIKEL W. SCHWAB
                                     Assistant U.S. Attorney