ORIGINAL

RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division
ROBERT MULLANEY
Environmental Enforcement Section
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94105
TEL: (415) 744-6483
FAX: (415) 744-6476

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza
108 Hernan Cortez, Suite 500
Agana, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

FILED
DISTRICT COURT OF GUAM

OCT 1 1 2007

JEANNE G. QUINATA
Clerk of Court

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GOVERNMENT OF GUAM, ) <br> ) <br> Defendant. ) | CIVIL CASE NO. 02-00022 <br><br><br> CERTIFICATE OF SERVICE |

I, FRANCES B. LEON GUERRERO, Legal Assistant, working in the U.S. Attorney's Office, in the District of Guam hereby certify that on the 11th day of October, 2007, I caused to be served by personal service a copy of the "United States' Request for Status Hearing", in the above entitled case to the following attorneys of record:

Alicia Limtiaco
Attorney General
Office of the Attorney General
  for Guam for the Territory of Guam
287 W. O'Brien Dr.
Hagatna, Guam 96910

Patrick Mason
Assistant Attorney General
Office of the Attorney General for
  Guam for the Territory of Guam
287 W. O'Brien Dr.
Hagatna, Guam 96910

FRANCES B. LEON GUERRERO
Legal Assistant