1  RONALD J. TENPAS
   Acting Assistant Attorney General
2  Environment & Natural Resources Division
   ROBERT D. MULLANEY
3  Environmental Enforcement Section
   United States Department of Justice
4  301 Howard Street, Suite 1050
   San Francisco, California 94105
5  Tel: (415) 744-6483
   Fax: (415) 744-6476
6
   LEONARDO M. RAPADAS
7  United States Attorney
   MIKEL SCHWAB
8  Assistant United States Attorney
   Suite 500, Sirena Plaza
9  108 Hernan Cortez
   Hagåtña, Guam 96910
10 Tel: (671) 472-7332
   Fax: (671) 472-7215
11
   Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 02-00022 |
| Plaintiff, | |
| vs. | **O R D E R** |
| GOVERNMENT OF GUAM, | |
| Defendant. | |

The court HEREBY GRANTS the United States Request for a Status Hearing, to be set for the 23rd day of October, 2007 at 9:00 a.m. The court notes that the Magistrate Judge issued his Report and Recommendation on July 6, 2007, and the parties filed their Response and Objection to the Report and Recommendation thereafter, with

////

the last filing on August 10, 2007. The court is currently reviewing the Report and Recommendation and the related filings and hopes to issue its order on the matter shortly.

SO ORDERED.



/s/ **Frances M. Tydingco-Gatewood**
    **Chief Judge**
**Dated: Oct 15, 2007**