ORIGINAL

RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division
ROBERT D. MULLANEY
Environmental Enforcement Section
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
Tel: (415) 744-6483
Fax: (415) 744-6476

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
OCT 16 2007
JEANNE G. QUINATA
Clerk of Court

UNITED STATES DISTRICT COURT

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 02-00022 |
| Plaintiff, | |
| vs. | MOTION REQUESTING FOR TELEPHONIC PARTICIPATION BY UNITED STATES COUNSEL ROBERT MULLANEY |
| GOVERNMENT OF GUAM, | |
| Defendant. | DATE: October 23, 2007<br>TIME: 9:00 a.m. |

The United States of America submits this Motion to allow Robert Mullaney, attorney for the United States to participate by telephone in the hearing scheduled for October 23, 2007, at 9:00 a.m. His number is 415- 744-6483.

//
//

1

1  Assistant United States Attorney Mikel Schwab will appear in the courtroom and assist.
2  The attorneys thank the Court for the courtesy of considering this request.
3  Dated: October 15, 2007.

Respectfully submitted,

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

BY: /s/
MIKEL SCHWAB
Assistant U.S. Attorney

- 2 -

# CERTIFICATION

I, FRANCES B. LEON GUERRERO, working in the United States Attorneys Office, hereby certify that a copy of the Motion Requesting for Telephonic Participation by United States Counsel Robert Mullaney was served by personal service to the attorneys of record at the following address:

| | |
|---|---|
| Alicia G. Limtiaco<br>Attorney General of Guam<br>Office of the Attorney General for the<br>Territory of Guam<br>287 W. O'Brien Drive<br>Hagatna, Guam 96910 | Patrick Mason<br>Assist Attorney General<br>Office of the Attorney General for<br>the Territory of Guam<br>287 W. O'Brien Drive<br>Hagatna, Guam 96910 |

DATED: October 16, 2007.

*Frances B. Leon Guerrero*
FRANCES B. LEON GUERRERO
Legal Assistant