1  RONALD J. TENPAS
   Acting Assistant Attorney General
2  Environment & Natural Resources Division
3  ROBERT D. MULLANEY
   Environmental Enforcement Section
4  United States Department of Justice
   301 Howard Street, Suite 1050
5  San Francisco, California 94105
6  Tel: (415) 744-6483
   Fax: (415) 744-6476
7
8  LEONARDO M. RAPADAS
   United States Attorney
9  MIKEL W. SCHWAB
   Assistant U.S. Attorney
10 Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
11 Hagatna, Guam 96910
12 Tel: (671) 472-7332
   Fax: (671) 472-7215
13
   Attorneys for the United States of America
14

15                    UNITED STATES DISTRICT COURT
16                    FOR THE TERRITORY OF GUAM
17

18 UNITED STATES OF AMERICA,          )    CIVIL CASE NO. 02-00022
19                                    )
                          Plaintiff,  )
20                                    )    **O R D E R**
21              vs.                   )
                                      )
22 GOVERNMENT OF GUAM,                )
                                      )
23                        Defendant   )    DATE:   October 23, 2007
                                      )    TIME:   9:00 a.m.
24 _____)
25

26     This matter came before the Court on the Motion of the United States for an Order

27 allowing counsel for the United States to Participate in the hearing by telephone. After

28 reviewing the submission, IT IS HEREBY ORDERED THAT:

1   Robert Mullaney  may participate by telephone in the hearing for a Status Hearing.

2

3

4
                                     /s/ Frances M. Tydingco-Gatewood
5                                                             Chief Judge
6                                                         Dated: Oct 19, 2007

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28