IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CIVIL MINUTES
GENERAL

CASE NO.: CV-02-00022  DATE: October 23, 2007
CAPTION: U.S.A. -vs- Government of Guam

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

Law Clerk: Sara Weber  Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez  Electronically Recorded: 9:11:39 - 11:42:40
CSO: B. Pereda / D. Quinata / J. McDonald  1:32:00 - 2:10:00

**APPEARANCES:**

Counsel for Plaintiff(s)  Counsel for Defendant(s)
Mikel Schwab  Patrick Mason - Office of the Attorney General
Robert Mullaney (telephonic)  Ray Haddock - Office of the Governor

**PROCEEDINGS: Status Hearing**

- Parties provided status to the Court regarding closure of the Ordot Dump. Court Ordered Governor Camacho, Acting Speaker Calvo, Senator Espaldon, Director Larry Perez, and all counsel to be present at the on-site visit/field trip set for 1:30 p.m. today.
- Court also stated that there will be monthly status hearings and field trips to designated sites. The next field trip set for 11/19/2007 at 8:00 a.m.
- Plaintiff ordered to submit a brief regarding federal receivership by 10/29/2007; Defendant's response due by 11/5/2007; and Plaintiff's reply due by 11/9/2007.
- Status Hearing, Hearing on Federal Receivership, and Hearing on the Objections to the Magistrate Judge's Report and Recommendations set for: November 19, 2007 at 11:00 a.m.

NOTES: Defendant's Exhibit A submitted. Court's Exhibit AA created for record purposes.