# IN THE DISTRICT COURT OF GUAM
# HAGÅTÑA, GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Civil Case No. 02-00022 |
| Plaintiff, | ) |
| vs. | ) **SCHEDULING ORDER AFTER** |
| | ) **STATUS HEARING** |
| GOVERNMENT OF GUAM, | ) |
| Defendant. | ) |

This matter came before the court for a status hearing on October 23, 2007. Following the status hearing, the court hereby issues the following scheduling order. The court will hold a status hearing every month to determine what steps have been taken to close the Ordot Dump, and what progress has been made in opening the new landfill. The court will also order monthly field trips to the Ordot Dump, the Lonfit River, the Dandan Landfill site, the military dump sites, the transfer stations, or whatever other sites the court deems to be relevant. In addition, the court also orders that the Governor of Guam, the Acting Speaker, Senator Espaldon, DPW Director Larry Perez, DPW Project Manager for the Consent Decree Cynthia U. Jackson, and the Administrator of the Guam EPA Lorilee T. Crisostomo be present at all monthly status hearings and field trips. If the Governor is unable to attend, he may designate the Lieutenant Governor to attend. If the Acting Speaker is unable to attend, he may designate the Vice-Speaker to attend.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

The next status hearing is set for November 19, 2007 at the hour of 11:00 a.m. At that hearing the court will hear arguments on objections raised and additional recommendations made to the U.S. Magistrate Judge's Report and Recommendation filed on July 6, 2007.

The court will also hear arguments at the November 19, 2007 hearing on whether a federal receivership should be ordered at this time, or in the near future. Plaintiff's brief regarding federal receivership is due by October 29, 2007. The Government of Guam's response is due by November 5, 2007. The Plaintiff's reply is due by November 9, 2007. The parties should address the associated expenses and the logistics involved in the appointment of a federal receiver. In addition, the parties shall submit recommendations as to qualified individuals or firm receivers who should be appointed in the event that a federal receiver is ordered.

On Nov. 19, 2007, the parties along with the attorneys shall attend a monthly field trip at the new Dandan landfill site. All parties will rendezvous at 07:30 a.m. at Jeff's Pirates Cove in Ipan, Talofofo to head up together to the new site in all terrain vehicles. The request to meet to meet at Jeff's Pirate Cove was made to the clerk's office on October 25, 2007, by Cynthia U. Jackson, DPW Project Manager for the Consent Decree.

IT IS SO ORDERED: This 26th day of October, 2007.



**/s/ Frances M. Tydingco-Gatewood**
**Chief Judge**

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~