RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division
ROBERT MULLANEY
Environmental Enforcement Section
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94105
TEL: (415) 744-6483
FAX: (415) 744-6476

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for United States of America

**FILED**
**DISTRICT COURT OF GUAM**

OCT 29 2007

**JEANNE G. QUINATA**
**Clerk of Court**

UNITED STATES DISTRICT COURT

FOR DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL CASE NO. 02-00022 |
| Plaintiff, | ) | |
| vs. | ) | CERTIFICATE OF SERVICE |
| GOVERNMENT OF GUAM, | ) | |
| Defendant. | ) | |

I, FRANCES B. LEON GUERRERO, Legal Assistant, working in the U.S. Attorney's Office, in the District of Guam hereby certify that on the 29th day of October, 2007, I caused to be served by personal service a copy of the "United States' Supplemental Brief in Response to Status Hearing", in the above entitled case to the following attorneys of record:

Alicia Limtiaco
Attorney General
Office of the Attorney General
   for Guam for the Territory of Guam
287 W. O'Brien Dr.
Hagatna, Guam 96910

Patrick Mason
Assistant Attorney General
Office of the Attorney General for
   Guam for the Territory of Guam
287 W. O'Brien Dr.
Hagatna, Guam 96910

FRANCES B. LEON GUERRERO
Legal Assistant