# IN THE DISTRICT COURT OF GUAM
# HAGÅTÑA, GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>GOVERNMENT OF GUAM,<br><br>        Defendant. | Civil Case No. 02-00022<br><br>**SCHEDULING ORDER** |

The status hearing currently set for November 19, 2007 is hereby vacated and moved to Tuesday, November 20, 2007 at 9:00 a.m. at the request of counsel for the United States. Counsel informed the court that because the previously scheduled time would occur on Sunday evening PST, off-island counsel would have difficulty arranging for video-teleconferencing assistance. The field trip to the Dandan landfill site will remain scheduled for November 19, 2007 at 07:30 a.m.

IT IS SO ORDERED: This 31st day of October, 2007.

/s/ Frances M. Tydingco-Gatewood
    Chief Judge
**Dated: Oct 31, 2007**