FILED
DISTRICT COURT OF GUAM

NOV - 5 2007

JEANNE G. QUINATA
Clerk of Court

**Office of the Attorney General**
**Alicia G. Limtiaco**
Attorney General of Guam
**Civil Division**
287 West O'Brien Drive
Hagåtña, Guam 96910 ● USA
(671) 475-3324 ● (671) 472-2493 (Fax)
www.guamattorneygeneral.com

**Attorneys for the Government of Guam**

## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CIVIL CASE NO. 02-00022 |
| Plaintiff, | ) | |
| vs. | ) | **DECLARATION OF LAWRENCE P.** |
| | ) | **PEREZ** |
| GOVERNMENT OF GUAM, | ) | |
| Defendant. | ) | |

I, Lawrence P. Perez, declare as follows:

1. I make this Declaration in support of the Government of Guam's brief requested by the Court at the October 23, 2007 status hearing.

2. I am the Director of the Guam Department of Public Works. I have been the Director since February 2005.

3. The Governor of Guam issued Executive Order 2007-09 establishing the Solid Waste Law Review Commission (LRC). Executive Order 2007-09 is attached hereto as "Attachment I". I am a member of the LRC. Since its inception, the LRC has been meeting at

least once a week. On many occasions it has met twice a week and has even met three times in one week.

4. The LRC has prepared draft legislation to establish a public corporation and autonomous instrumentality of the government of Guam called the "Guam Recycling And Solid Waste Authority" (RASA). The draft legislation is attached hereto as "Attachment II". RASA would have the powers and duties now exercised by SWM. RASA is under a seven member board to be appointed by the Governor with the advice and consent of the Legislature.

5. Senator Espaldon is the Chairperson for the LRC. At the first 2007 regular session of the Legislature, the Senator introduced Bill 58, a copy is attached hereto as "Attachment III". The proposed law is titled, "The Solid Waste Management Act of 2007." It is intended to address the concerns raised by the Magistrate Judge regarding the legal status of Public Laws 24-139 and 24-272 and amendments thereto.

6. In his fiscal year 2008 budget bill (Bill 143), the Governor asked for a $4 million appropriation from the general fund "to the Department of Public Works for costs associated with the Consent Decree relative to closing the Ordot Dump." However, no money was appropriated for this purpose in the fiscal year 2008 budget law.

7. The solid waste billing and collection systems for both residential and commercial customers have already been outsourced to a private company.

8. A hydrogeologic study at the Layon site is in progress and is scheduled for completion in December 2007. The study covers a nine month period and is intended to insure that a new landfill will not contaminate water sources in the area. Nine months is required in order to monitor and analyze water flow during different seasons. The study will have an impact on the design and location, or footprint, of a new landfill at Layon. Because the results of the study may affect the footprint of the landfill, acquisition of the property has been delayed. Moving forward with condemnation of property before the study is completed would

1  be putting the cart before the horse and may cause future delay and expense in order to redo the

2  appraisal and condemnation. Once the precise location of the site is determined, the

3  Government can move forward to condemn the property by first obtaining an appraisal of the

4  property after entering into a contract with an appraiser through the procurement process and

5  then beginning condemnation proceedings. The Government understands that at monthly

6  meetings, it will keep the Court appraised of the progress of the hydrogeologic study and the

7  progress toward site acquisition.

8       I declare that the foregoing is true and correct to the best of my knowledge.

9       Dated this 5th day of November, 2007

10

11                                    LAWRENCE P. PEREZ

12

13

14

15

16

17

18

19

20

21

22

23

24

25



**OFFICE OF THE GOVERNOR**
**HAGÅTÑA, GUAM 96910**
**U.S.A.**

EXECUTIVE ORDER NO. 2007-09

**RELATIVE TO ESTABLISHING THE SOLID WASTE LAW REVIEW COMMISSION WITHIN THE GOVERNMENT OF GUAM AND TO ESTABLISH COOPERATION WITHIN THE BRANCHES OF THE GOVERNMENT OF GUAM**

WHEREAS, the Organic Act of Guam provides that *I Maga'låhan Guåhan*, Governor of Guam, is tasked with the responsibility of overseeing the health and safety of the people of Guam; and

WHEREAS, U.S. Environmental Protection Agency ("US EPA") has been attempting to get the government of Guam to stop the discharge of leachate from the Ordot Dump since 1986 when it issued an administrative order under the Clean Water Act; and

WHEREAS, within months of taking office, the Administration executed a Consent Decree with the Court in December 2003 in order to start the monumental process of complying with the Clean Water Act, finally closing the Ordot Dump, and constructing a new facility to accept the solid waste of Guam; and

WHEREAS, Ordot Dump continues to pose a threat to public and environmental health and must be closed pursuant to a Consent Decree entered into by the government of Guam, the USEPA, and the United States Department of Justice (U.S. District Court Territory of Guam Civil Case No. 02-00022); and

WHEREAS, the government of Guam will be unable to timely meet the deadline to close the Ordot Dump as contained within the Consent Decree; and

WHEREAS, the government of Guam has faced numerous delays in implementing the mandates of the consent decree resulting from new oversight and regulations by regulatory bodies, shortage of qualified individuals in Solid Waste Management, delays in receiving funding; the unexpected increase in military buildup; the new requirement for extensive hydrological studies, and continued political opposition; and

WHEREAS, U.S. Magistrate Judge heard arguments on the United States of America's Motion to Enforce the Consent Decree and the government of Guam's Motion to Modify the Consent Decree on March 8, 2007; and

WHEREAS, U.S. Magistrate Judge issued his Report and Recommendation on July 6, 2007; and

WHEREAS, the U.S. Magistrate Judge surmised, on page 27 of his recommendation, that a reason why the government of Guam has not given priority to the closure of the Ordot Dump is "that there is currently no mandated legislative policy" in regards to the closure of the Ordot Dump; and

ATTACHMENT I



WHEREAS, U.S. Magistrate Judge recommended, on page 27 of his recommendation, that a Law Revision Committee should be created and "shall be tasked with developing a general legislative policy ... with regard to the closure of the Ordot Dump and the construction of a new landfill"; and

WHEREAS, U.S. Magistrate Judge recommended that a legislative review panel consist of

1.      the Governor of Guam or his designated representative;

2.      the Speaker of the Guam Legislature or his designated representative;

3.      the Attorney General of Guam or her authorized representative;

4      the Director of the Department of Public Works or his authorized representative; and

5.      the Chairperson of the PUC or his authorized representative.

WHEREAS, U.S. Magistrate Judge recommended, on page 28 of his recommendation, that the Government of Guam draft "legislation that reconstitutes SWM [the Department of Public Works, Solid Waste Management Division] as a public corporation under the oversight of the Consolidated Commission on Utilities" and "the proposed legislation must also empower and authorize the new public corporation to secure revenue bond financing for Consent Decree Capital projects"; and

WHEREAS, the U.S. District Court of Guam should not determine for the government of Guam what type of entity the Solid Waste Management Division should be converted into, but a Law Review Commission, representing the elected officials of the government of Guam, could help identify how to reform the Department of Public Works Solid Waste Management Division into an entity that can effectively handle all aspects of solid waste management without sacrificing the health and safety of the people of Guam; and

WHEREAS, the Administration does not believe it can force the Guam Legislature or the Guam Attorney General to participate in the Law Review Commission, but respectfully requests their participation to expeditiously address all outstanding solid waste issues; and

WHEREAS, further delays in the closure of the Ordot dump and the opening of a new facility to accept Guam's solid waste will violate Consent Decree timelines, and more importantly impose an unacceptable risk to the health and safety of the people of Guam .

NOW, THEREFORE, I, MICHAEL W. CRUZ, M.D., *I Maga'lāhan Guåhan, para pa go*, Acting Governor of Guam, by virtue of the authority vested in me by the Organic Act of Guam, as amended, do order:

1      Solid Waste Law Review Commission. The Solid Waste Law Review Commission is hereby established and shall consist of at least one representative from the following agencies or branches of the government of Guam:

a      the Governor of Guam or his designated representative;

b      the Speaker of the Guam Legislature or his designated representative;

c.      the Attorney General of Guam or her designated representative;



d.    the Director of the Guam Environmental Protection Agency or her designated representative;

e.    the Minority Party Leader of the Guam Legislature or her designated representative;

f.    the Director of the Department of Public Works or his designated representative, and

g.    the Chairperson of the PUC or his designated representative

The Governor of Guam or his designated representative shall chair and preside over the meetings. The above designated individuals shall, in writing directed to the Governor of Guam, acknowledge their participation in the Review Commission or designate their authorized representative within three days of this signing of this order.

The Law Review Commission should meet every two weeks or sooner in order to ensure that that the timelines contained within this Executive Order are meet.

The Law Review Commission and DPW shall draft monthly reports on their progress

2.    Purpose. The purpose of the Law Review Commission shall be to:

a.    Within 60 days draft legislation to establish the solid waste management legislative policy for the government of Guam. The legislative policy should address the three fundamental issues that have plagued the government of Guam:

1.    The closing of Ordot and the plans to stop the escape of leachate;

2    The creation of a new site to receive solid waste; and

3.    The waste to energy facility contract that is currently being addressed by the Supreme Court of Guam

b.    Within 90 days draft legislation that will support a fluid conversion of the Solid Waste Management into an entity that can efficiently manage Solid Waste Management on Guam, while ensuring that the health and safety of the people of Guam will not be adversely affected.

c    Within 120 days revise the petition and supporting legislation required for revenue bond financing necessary for the financing of solid waste management as my be required.



   d  Review and revise the provisions of Guam Law that relates to Solid Waste Management, with the assistance of the Compiler of Laws, in order to correct the provisions of the law and consolidate the relevant provisions which relate to solid waste management.

SIGNED AND PROMULGATED at Hagåtña, Guam this **23** day of July, 2007.

MICHAEL W. CRUZ, M.D.
*Maga'låhen Guåhan, para pa'go*
Acting Governor of Guam

COUNTERSIGNED:

MARK FORBES
*I Segundo na Maga'låhen Guåhan, para pa'go*
Acting Lieutenant Governor of Guam

# Solid Waste Law Review Commission
P.O. Box 2950, Hagatna, Guam 96932

October 22, 2007

The Honorable Felix P. Camacho
Governor of Guam
P.O. Box 2950
Hagatna, Guam 96932

RE: Recommended Draft Legislation for Guam Recycling and Solid Waste Authority

Dear Governor Camacho:

Pursuant to Executive Order No. 2007-09, "Relative to establishing the Solid Waste Law Review Commission ("LRC") within the Government of Guam and to establish cooperation within the branches of the Government of Guam;" and Executive Order No. 2007-10, "Relative to appointing a new member to the Solid Waste Law Review Commission," the LRC is pleased to transmit to you the attached draft bill:

> "AN ACT TO ADD A NEW CHAPTER 15 TO TITLE 12 OF THE GUAM CODE ANNOTATED TO ESTABLISH THE GUAM RECYCLING AND SOLID WASTE AUTHORITY (RASA)."

In brief summary, this draft legislation creates the Guam Recycling and Solid Waste Authority (RASA) as an autonomous instrumentality and public corporation of the Government of Guam. All of the personnel, duties, powers, responsibilities and authority of the Solid Waste Management Division of the Department of Public Works will be transferred to RASA.

The proposed new Authority will be a public utility, have the power to create and manage its own accounts, hire its own senior management personnel, seek bond financing and move forward with recycling programs. Additionally, the Authority will be empowered to enter into contractual agreements relative to all aspects of the solid waste stream, from closing and perhaps mining the Ordot Dump, to opening a new landfill and ensuring the proper disposal of solid waste. As with all public utilities, the Public Utilities Corporation will have oversight on rate setting.

Please note that this bill is still in draft form and the LRC plans to more fully address several items contained therein, including personnel issues, in the future. Even when complete, the bill will only serve as a partial solution to the critical solid waste issues facing the LRC. Although we believe this draft to be important in our common goal of fully addressing our solid waste problems, it is only a first step.

ATTACHMENT II

Page 2, Transmittal of Solid Waste Law Review Commission's Recommended Legislation, 10/22/07

Among the thorny issues that still await our consideration are site selection, meeting Consent Decree timelines, and the waste-to-energy contract. We plan to continue meeting and are determined to arrive at a consensus that will best serve the people of Guam,

Sincerely,

James V. Espaldon
LRC Chairman

Rory Respicio
LRC Member

Ray Haddock
LRC Member

Lorilee T. Crisostomo
LRC Member

Lawrence Perez
LRC Member

**ATTACHMENT**

# 10/22/07 DRAFT solid waste management legislation DRAFT

**MINA'BENTE NUEBI NA LIHESTATURAN GUÅHAN**
**2007 (FIRST) Regular Session**

Bill No. _____

Introduced by:                    COMMITTEE ON CALENDAR
                                  by request of *I Maga'lahen Guåhan*,
                                  the Governor of Guam, in accordance
                                  with the Organic Act of Guam.

### AN ACT TO ADD A NEW CHAPTER 15 TO TITLE 12 OF THE GUAM CODE ANNOTATED TO ESTABLISH THE GUAM RECYCLING AND SOLID WASTE AUTHORITY (RASA).

1  **BE IT ENACTED BY THE PEOPLE OF GUAM:**

2      **Section 1. Statement of Legislative Findings and Intent.** *I Mina Bente Nuebi Na*

3  *Liheslaturan Guåhan* finds that *I Maga'lahen Guåhan's* Executive Order 2007-09,

4  promulgated on July 23, 2007, established the Solid Waste Law Review Commission in

5  response to U.S. Magistrate Judge recommendations that such a Commission should be

6  created to be "tasked with developing a general legislative policy ... with regard to the

7  closure of the Ordot Dump and the construction of a new landfill..."

8      In his recommendation to Chief Judge Frances Tydingco-Gatewood of the U.S.

9  District Court of Guam, the Magistrate Judge recommended that the Government of

10  Guam draft legislation to create a public corporation that would assume and perform

11  the functions of the Solid Waste Management Division of the Department of Public

12  Works, and authorize this entity to secure revenue bond financing for Consent Decree

13  capital projects.

14      As noted in the recommendations of the Magistrate Judge, the U.S. District Court

15  of Guam should not determine the exact nature of this newly created entity, proposing

16  instead that it should be the Law Review Commission's function to draft legislation to

17  transform DPW's Solid Waste Management Division into an entity "that can effectively

18  handle all aspects of solid waste management without sacrificing the health and safety

19  of the people of Guam."

1

1      *I Liheslatura* finds that the Administration's response to the Magistrate Judge was

2    Executive Order 2007-09, which created the Solid Waste Law Review Commission and

3    also respectfully requested the participation of *I Liheslatura* and the Guam Attorney

4    General in this executive function. The Commission was tasked to establish solid waste

5    management policy for the Government of Guam, draft legislation to support the

6    conversion of DPW's Solid Waste Management Division into an independent entity that

7    can efficiently manage solid waste in Guam while ensuring that the health and safety of

8    the people of Guam is not adversely affected, and providing the newly created entity

9    with the ability to seek bond financing for its solid waste projects.

10      It is therefore the intent of *I Liheslatura* that the legislation proposed by the Solid

11    Waste Law Review Commission, established within the Executive Branch of the

12    Government of Guam by Executive Order 2007-09, promulgated on July 23, 2007, in

13    response to the U.S. Magistrate Judge's recommendations, shall create the Guam

14    Recycling And Solid Waste Authority (RASA) as a public corporation and autonomous

15    instrumentality of the Government of Guam, and shall have all of the powers and

16    duties formerly held and exercised by the Department of Public Works' Solid Waste

17    Management Division relative to solid waste management and recycling in Guam, shall

18    be authorized to seek bond financing for the newly created entity's solid waste projects,

19    and possess such other powers and duties as enumerated in this Act.

20      **Section 2. Guam Recycling And Solid Waste Authority (RASA).** A new

21    Chapter 15 is added to Title 12 of the Guam Code Annotated to read as follows:

22                  "**Chapter 15**

23        **GUAM RECYCLING AND SOLID WASTE AUTHORITY (RASA)**

24        Article 1.    General Provisions

25        Article 2.    Guam Recycling And Solid Waste Authority (RASA)

26    Revenue Bonds.

27                   **ARTICLE 1**

28              **GENERAL PROVISIONS**

29        § 15101.    Short title.

2

1    § 15102.    Definitions.
2    § 15103.    Authority and Board of Directors.
3    § 15104.    Powers.
4    § 15105.    Governance of Authority.
5    § 15106.    General Manager.
6    § 15107.    Chief Financial Officer.
7    § 15108.    Other officers.
8    S 15109.    Employees.
9    § 15110.    Acquisition of Existing Systems.
10   § 15111.    Exemption from Taxation and In-Lieu Payments.
11   § 15112.    Accounts and Expenditures.
12   § 15113.    Guam Recycling And Solid Waste Authority Fund.
13   § 15114.    Recycling Revolving Fund.
14   § 15115.    Levy and Collection of Recycling Fees.
15   § 15116.    Recycling Fees.
16   § 15117.    Adjustment of Recycling Fees.

17   **§ 15101. Short Title**. This Chapter may be cited as the Guam Recycling

18   And Solid Waste Authority Act.

19   **§ 15102. Definitions.** As used in this Chapter, unless otherwise indicated:

20   (a)    *'AAA'* means the Administrative Adjudication Act.

21   (b)    *'Authority'* means the Guam Recycling And Solid Waste Authority.

22   (c)    *'Board"* means the Guam Recycling And Solid Waste Authority

23          Board of Directors.

24   (d)    *'DPW'* means the Department of Public Works within the

25          Executive branch of the government of Guam.

26   (e)    *'General Manager'* means the chief executive officer of the Authority.

27   (f)    *'Person'* means any individual, partnership, co-partnership, firm,

28          company, corporation, association, joint stock company or any

3

1        agency, department or instrumentality of the Federal or local

2        government or any other legal representative, agent or assigned.

3    (g)    *'PUC'* means the Guam Public Utilities Commission.

4    (h)    *'RASA'* means the Guam Recycling and Solid Waste Authority.

5    (i)    *'Recyclables'* means solid waste that can be recycled, including

6        aluminum, glass, tin cans, plastic, paper and any other solid waste

7        identified by the Authority or the Integrated Solid Waste

8        Management Plan.

9    (j)    *'Solid Waste'* means any garbage, refuse or sludge from a waste

10       treatment plant, water supply treatment plant, or air pollution

11       control facility and other discarded and/or spilled materials,

12       including solid, liquid, semisolid or contained gaseous material

13       resulting from industrial, mining, commercial, and agriculture

14       operations, and from community activities, but does not include

15       solid or dissolved material in domestic sewage, or solid or

16       dissolved materials in irrigation return flows or industrial

17       discharges which are point sources subject to permits under §402 of

18       the Federal Water Pollution Control Act, as amended (68 Stat. 880),

19       or source, special nuclear, or by-product material as defined by the

20       Atomic Energy Act of 1954, as amended (68 Stat. 923).

21    (k)    *'Solid Waste Management System'* or *'System'* means the entire

22       system covered in the Solid Waste Management Plan or the

23       Integrated Solid Waste Management Plan prepared and adopted by

24       the Guam Environmental Protection Agency in accordance with the

25       Administrative Adjudication Law.

26    **§ 15103. Authority and Board of Directors.**

27    (a)    There is hereby established the Guam Recycling And Solid Waste

28       Authority (RASA) as a public corporation and autonomous

29       instrumentality of the government of Guam, which shall ensure

4

1             that all waste streams, including recyclables as identified by the
2             Authority or contained in the Integrated Solid Waste Management
3             Plan, are handled in accordance with law, rules, and regulations.

4      (b)      The Authority shall have perpetual succession unless sooner
5             terminated by law and shall adopt a seal and sue and be sued in its
6             own corporate name.

7      (c)      All powers vested in the Guam Recycling And Solid Waste
8             Authority, except as provided herein shall be exercised by the
9             Guam Solid Waste Management Authority Board of Directors.

10      (d)      The Board shall consist of seven (7) members, called directors, all
11             seven (7) who shall be nominated and appointed by *I Magalahen*
12             *Guåhan* with the advice and consent of *I Liheslaturan Guåhan*. One
13             (1) director shall be appointed to represent the northern district and
14             shall be a resident of that district; one (1) director shall be
15             appointed to represent the central district and shall be a resident of
16             that district; one (1) director shall be appointed to represent the
17             southern district and shall be a resident of that district. The
18             remaining four (4) directors shall be members of the general public.
19             For the initial appointments to the Board, three trustees shall be
20             appointed to terms of three (3) years, four (4) trustees shall be
21             appointed to terms of five (5) years. Successors shall be appointed
22             each for a term of five (5) years.

23      (e)      All vacancies occurring in the office of director shall be filled by *I*
24             *Magalahen Guåhan* in the same manner as for full-term
25             appointments, but only for the unexpired term of the director
26             whose vacancy is being filled.

27      (f)      No person may serve as a director if their service would amount to
28             a conflict of interest pursuant to the Procurement Code and other
29             applicable statutes.

(g)    The geographical divisions ("northern district," "central district," and "southern district") shall mean those divisions as specified in the memorandum of the Department of Public Works dated September 17, 2007, and submitted to *I Liheslaturan Guåhan*. The Authority may realign such districts from time to time following the AAA process.

(h)    Representatives from the Guam Environmental Protection Agency and the Department of Public Health and Social Services, selected by the head of their respective agencies, shall serve as *ex-officio* members of the Board. A representative of the Commander Naval Forces Marianas shall be invited by the Board to serve as an *ex-officio* member.

(i)    The General manager shall serve as the Secretariat of the Board.

(j)    The concurrence of four (4) voting members of the Board at a duly called and noticed regular or special meeting of the Board, which is open to the public in accordance with law, shall be necessary to the validity of its acts.

(k)    The directors shall elect the chairperson and such other officers as it deems necessary from among their members.

(l)    The Board shall adopt its articles and by-laws.

§ 15104. Powers. The Authority shall have the following powers:

(a)    To provide for the collection and disposal of all solid waste streams in Guam through private and/or public contractual services or a franchise agreement or agreements for such services, and for the collection, recycling, disposal, and processing, or any combination thereof, of automobiles, buses, heavy equipment, trucks, batteries, tires, white goods, and other recyclable materials in accordance with this Chapter and shall promulgate necessary rules and

6

1               regulations to accomplish these purposes in accordance with the

2               Administrative Adjudication Law;

3     (b)    to determine and contract such solid waste management and

4               operational activities including closure and post-closure

5               management of the *Ordot* dump, operations and maintenance of a

6               new municipal solid waste landfill, transfer stations, household

7               hazardous waste materials and resource recovery activities, and all

8               other related activities and facilities;

9     (c)    to implement and manage the Solid Waste Management System in

10              accordance with Guam and Federal law;

11     (d)    to develop and implement recycling programs and regulations for

12              all contributors to waste streams managed by the Authority

13              including but not limited to requiring separation of solid waste and

14              implementation of container deposits;

15     (e)    to acquire in accordance with 5 GCA Chapter 5 *[Guam Procurement*

16              *Law]* and all applicable laws, by grant, purchase, gift, devise or

17              lease, or by the exercise of the right of eminent domain in

18              accordance with the provisions of 21 GCA Chapter 15, and hold

19              and use any real or personal property necessary or convenient for

20              the carrying on of any of these enumerated powers;

21     (f)    to establish its own internal organization and management, and to

22              adopt rules and regulations for the administration of its operations;

23     (g)    at the Board's discretion to enter into contracts with consultants

24              and/or the PUC to establish and modify from time to time,

25              reasonable rates, charges, terms, conditions and service rules for:

26          (i)     its solid waste collection, including a targeted lifeline solid

27                waste collection fee under low income eligibility criteria;

7

1      (ii)    solid waste disposal services - the income from such
2            collection and disposal services being adequate to recover
3            the full cost of providing such services; and
4      (iii)    for the collection of money from customers using such
5            services;
6    (h)    to enter into contracts consistent with its annual budget, and
7         pursuant to the laws of Guam and to execute all instruments
8         necessary for the exercise of its powers;
9    (i)    to incur indebtedness from time to time pursuant to Article 2 of this
10        Chapter;
11    (j)    to enter into contracts with the Government of Guam, the Federal
12        Government and other entities for loans, grants and/or technical
13        assistance in accordance with all applicable laws;
14    (k)    to employ, retain or contract, in accordance with applicable
15        procurement laws and its annual budget, the services of qualified
16        persons to act as specialists and experts to advise and assist the
17        Board, officers and employees;
18    (l)    to do all things reasonably necessary to the full and convenient
19        exercise of its powers;
20    (m)    to promulgate rules and regulations governing selection,
21        compensation, promotion, performance evaluation, disciplinary
22        action and other terms and conditions of employment affecting its
23        personnel, in accordance with Civil Service rules and regulations,
24        and subject to the provisions of the Administrative Adjudication
25        Act; and
26    (n)    to enter into collaborative management and operational support
27        arrangements with other government entities, under terms
28        established by the Board, in furtherance of the efficient discharge of
29        these powers.

8

1     **§ 15105. Governance of the Authority.** All powers vested in the Authority
2 shall be exercised by the Board, except as provided herein.

3     **§ 15106. General Manager.**

4   (a)     The Board shall appoint a General Manager, who shall be its chief
5         executive officer and who shall serve at the Board's pleasure. The
6         Board shall establish guidelines and criteria for the position of
7         General Manager, which shall include a component combining
8         relevant education and/or relevant equivalent managerial
9         experience consistent with the needs of the Authority. The Board
10        shall fix the General Manager's compensation.

11   (b)     The powers and duties of the General Manager shall include the
12         following:

13       (i)     to see that all rules and regulations of the Authority are
14           observed and enforced;

15       (ii)    to attend all Board meetings, and to submit a general report
16           of the Authority's affairs as required by the board;

17       (iii)   to keep the Board fully advised as the Authority's needs, to
18           approve demands for the payment of the Authority's
19           obligations and to approve expenditures and collection of
20           revenue within the purposes and amounts authorized by the
21           annual budget;

22       (iv)   to prepare, or cause to be prepared, all plans and
23           specifications for the construction of works by the Authority;

24       (v)    to select and appoint the Authority's employees, except as
25           otherwise provided by this Chapter; and to plan, organize,
26           coordinate and control the services of such employees in the
27           exercise of the Authority's powers under the Board's general
28           direction;

9

1          (vi)    To cause to be published within one hundred twenty (120)
2                days from the end of each fiscal year a financial report
3                showing the result of operations for the preceding fiscal year
4                and the financial status of the Authority on the last day
5                thereof, and cause to be published all other statutorily
6                required reports and any reports as required by the Board;
7                and
8          (vii)   to perform such other and additional duties as the Board
9                may require.

10 **§ 15107. Chief Financial Officer, Trustee.**

11          (a)    The Board shall appoint a Chief Financial Officer who
12 shall serve at the Board's pleasure. The Chief Financial Officer shall
13 be a Certified Public Accountant. The Board shall fix the chief
14 financial officer's compensation which shall not be limited by Title
15 4 GCA § 6103 or other laws which may conflict herewith. The Chief
16 Financial Officer shall be responsible for the Authority's fiscal
17 business and accounting operations, subject to the Board's
18 supervision and shall be the Treasurer of the Authority as
19 necessary for the issuance of bonds or other long term debt.

20   (b)    The Board shall appoint the Administrator of the Guam Economic
21      Development and Commerce Authority or any agent designated by
22      him as its trustee for the payment of bonds issued by it as provided
23      by Article 2 of this Chapter, and for any related purposes as the
24      Board may provide.

25 **§ 15108. Other Officers.**

26   (a)    The Board may also appoint such other officers, including without
27      limitation a Secretary of the Board, Treasurer and an Attorney
28      and/or a law firm, who shall all serve at the Board's pleasure and

10

| | | |
|---|---|---|
| 1 | | whose duties and compensation shall be fixed by the Board. Any of |
| 2 | | such offices may be consolidated in one person. |
| 3 | (b) | The Secretary of the Board shall have charge of all Board records |
| 4 | | and minutes. |
| 5 | (c) | The Attorney, who must have been admitted to practice in Guam, |
| 6 | | shall advise the Board and the General Manager on all legal matters |
| 7 | | to which the Authority is a party or in which the Authority is |
| 8 | | legally interested and may represent the Authority in connection |
| 9 | | with legal matters and litigation before the courts of Guam, the |
| 10 | | Legislature, boards and other agencies of the government of Guam. |

§ 15109. Employees.

| | | |
|---|---|---|
| 12 | (a) | All employees of the Authority shall be eligible for all insurance |
| 13 | | including health insurance, retirement, workmen's compensation |
| 14 | | and other benefits as extended to employees of the government of |
| 15 | | Guam, and shall be employees of the government of Guam for the |
| 16 | | purposes of the application of all civil service laws and personnel |
| 17 | | rules and regulations that apply to the government of Guam |
| 18 | | employees, inclusive of all scales, tables and schedules for |
| 19 | | compensation. |
| 20 | (b) | Classified employees of the Authority shall be members of the |
| 21 | | government of Guam Retirement Fund ['Fund']. The Authority |
| 22 | | shall contribute to the Fund on the basis of annual billings as |
| 23 | | determined by the Fund's Board of Trustees, for the government's |
| 24 | | share of the cost of the retirement benefits applicable to the |
| 25 | | Authority's employees and their beneficiaries. The Authority shall |
| 26 | | also contribute to the Worker's Compensation Fund on the basis of |
| 27 | | annual billings as determined by the Worker's Compensation |
| 28 | | Commissioner, for the benefit payments made from such Fund on |
| 29 | | account of the Authority's employees. |

11

1       (c)     Notwithstanding any law to the contrary, the Authority's officers
2               shall not be within the classified service of the government of
3               Guam, but shall be hired, compensated and employed under terms
4               and conditions fixed by the Board and shall serve at its pleasure.

5       (d)     Each employee of the government of Guam and assigned to DPW's
6               Solid Waste Management Division on the effective date of this Act
7               shall be laterally transferred to the Authority. All existing classified
8               employees shall remain classified.

9     **§ 15110. Acquisition of Existing Systems.** On the effective date of this
10 Act, the Authority shall assume from the government of Guam and from DPW:

11       (a)     All real property, leases, easements and rights of way under DPW's
12               administration relating to its solid waste management system
13               operations, including without limitation transfer stations and the
14               *Ordot* Dump and all items of property, materials, vehicles, office
15               equipment, and supplies which DPW owns or controls for its solid
16               waste management system operations, as delineated in the attached
17               appendices, including all construction work in progress; and

18       (b)     All working capital, cash, accounts payable and receivable,
19               deposits, advances payable and receivable, all books, records, maps
20               and all other rights, obligations, assets, liabilities, contracts,
21               agreements, and privileges of DPW relating to its solid waste
22               management system.

23     **§ 15111. Exemption from Taxation and In-Lieu Payments.** As an
24 instrumentality of Guam, the Authority and all property acquired by the
25 Authority and all revenues and income therefrom are exempt from taxation by
26 Guam or any political subdivision or public corporation thereof and from all
27 taxes imposed under the authority of the Guam Legislature, or with respect to
28 which the Legislature is authorized to grant exemption.

29     **§ 15112. Accounts and Expenditures.**

Case 1:02-cv-00022    Document 153    Filed 11/05/2007    Page 21 of 50

(a)     The Board shall adopt and maintain a system of accounting which is in accordance with generally accepted accounting principles.

(b)     The Board shall employ a firm of independent certified public accountants who shall examine and report to the Board, at least annually, upon the status of the financial records and accounts maintained by the Authority. Copies of any such reports shall be furnished to *I Maga'lahen Guåhan* and *I Liheslaturan Guåhan*.

(c)     The Board shall report to *I Maga'lahen Guåhan* and *I Liheslaturan Guåhan* concerning the administration of the affairs of the Authority. It shall present an annual report within one hundred twenty (120) days after the end of each fiscal year and, if requested by *I Maga'lahen Guåhan* or *I Liheslaturan Guåhan*, shall present special reports within thirty (30) days after the end of each intervening quarter. The financial information presented in such reports shall be in accordance with the system of accounts adopted by the Board.

(d)     On the effective date of this Act the Authority shall assume in writing from the Government of Guam and the Department of Public Works all working capital, cash, accounts payable and receivable, deposits, advances payable and receivable of the Solid Waste Division of DPW.

(e)     The Board shall authorize, by means of an annual budget, payment of demands against the Authority resulting from the exercise of its powers under this Act, if the purposes and amounts of such demands are projected in the Board approved budget in terms of major account groups of the Uniform System of Accounts and if the specific demands, which are made, are approved by the Board before payment.

13

1       **§ 15113. Guam Recycling And Solid Waste Authority Fund.** There is
2   established a fund to be known as the "Guam Recycling And Solid Waste
3   Authority Fund," in eligible banks as defined in §6311 of the Government Code.
4   The Authority shall maintain the Guam Recycling And Solid Waste Authority
5   Fund separate and apart from other funds of the Government of Guam, and
6   independent records and accounts shall be maintained in connection therewith.

7       (a)     Except as provided in this section, all monies received by the
8               Authority and all payments made to the Authority, including
9               tipping fees, shall be deposited into the Guam Recycling And Solid
10               Waste Authority Fund.

11       (b)     All expenditures, except as otherwise provided by law, shall be
12               made from said Guam Recycling And Solid Waste Authority Fund.

13       **§ 15114. Recycling Revolving Fund.** There is established a fund to be
14   known as the "Recycling Revolving Fund," in eligible banks as defined in §6311
15   of the Government Code. The Authority shall maintain the Recycling Revolving
16   Fund separate and apart from other funds of the Government of Guam, and
17   independent records and accounts shall be maintained in connection therewith.

18       (a)     All revenue generated from recycling fees collected pursuant to this
19               Article, including interest earned, shall be deposited into the
20               "Recycling Revolving Fund."

21       (b)     The Board shall administer the Fund and shall encumber all
22               amounts available in the Fund as expeditiously as possible for the
23               purposes of assisting and encouraging recycling of recyclable
24               materials to be recycled or otherwise disposed according to the
25               following priority:

26           i.     First Priority - junk vehicles, tires, batteries, waste oil, white
27                  goods/appliances;

28           ii.    Second Priority - paper, cardboard, plastic, and glass;

14

iii. Third Priority - other recyclable materials as determined by the Board.

(c) No later than ten (10) days after the end of each fiscal year, the Board shall transfer from the Recycling Revolving Fund to the Guam Environmental Protection Agency three percent (3%) of the total amount collected during that fiscal year to fund one (1) FTE employee at GEPA.

(d) The Fund shall be subject to audits by the Public Auditor.

§ 15115. **Levy and Collection of Recycling Fees.** The Director of Revenue and Taxation is hereby authorized to levy a Recycling Fee on individuals who are renewing their annual motor vehicle registration with the Department of Revenue and Taxation Division of Motor Vehicles, through the vehicle registration system. The Director of Revenue and Taxation shall collect the Recycling Fees mandated by this Article and transmit the fees to the General Manager of the Guam Recycling And Solid Waste Authority for deposit in the Recycling Revolving Fund.

§ 15116. **Recycling Fees.** The Recycling Fees authorized in § 15115 are hereby imposed as follows:

(a) Twenty Five Dollars ($25.00) annually for each automobile, bus and truck registered by the Department of Revenue and Taxation through the annual vehicle registration system.

(b) Three Dollars ($3.00) for each motorcycle and trailer registered by the Department of Revenue and Taxation through the annual vehicle registration system.

(c) Thirty Dollars ($30.00) for each piece of heavy equipment registered by the Department of Revenue and Taxation through the annual vehicle registration system.

§ 15117. **Adjustment of Recycling Fees.** The Board shall review the fees authorized by § 15116, supra, every twenty four (24) months and is authorized to

15

1  adjust the fee by not more than twenty-five percent (25%) in accordance with the
2  Administrative Adjudication Law.

3  **Article 2.**

4  **GUAM RECYCLING AND SOLID WASTE AUTHORITY REVENUE BOND**

5  **ACT OF 2007**

6  § 15201. Short Title.

7  § 15202. Definitions.

8  § 15203. Powers of Board; Incurring Indebtedness.

9  § 15204. Amounts of Rates and Charges; Refunds.

10  § 15205. Validity of Authorization and Issuance of Bond.

11  § 15206. Board to Determine Issuance of Bonds and Incurring of Other
12  Indebtedness; Territory Not Liable for Indebtedness; Board Only Liable as
13  Provided by Indenture or Contract.

14  § 15207. Board to Declare Purpose and Maximum Amount of Bonds to be
15  Issued.

16  § 15208. Indenture Providing Terms and Conditions of Bonds.

17  § 15209. Issues of Bonds.

18  § 15210. Covenants and Agreements That May Be Contained in Indenture.

19  § 15211. Director of Administration as Trustee for Board and Holders of
20  Bonds.

21  § 15212. Duties and Powers of Trustee.

22  § 15213. Issuance and Interchange of Coupon and Registered Bonds.

23  § 15214. Interest on Bonds.

24  § 15214. Redemption of Bonds Prior to Maturity.

25  § 15215. Places of Payment.

26  § 15216. Execution and Authentication of Bonds.

27  § 15217. Dates and Maturities of Bonds.

28  § 15218. Preparation of Bonds and Documents by Treasurer.

29  § 15219. Sale of Bonds; Maximum Discount.

16

1       § 15220. Payment of Bonds From Sources Other Than Revenues.

2       § 15221. Payments Which May be Made Out of Proceeds of Sale of Bonds.

3       § 15222. Bonds May be Secured by Revenues of System.

4       § 15223. Temporary Bonds.

5       § 15224. Replacement of Bonds or Coupons.

6       § 15225. Tax Exemptions.

7       § 15226. Bonds as Legal Investments and as Security For Performance of

8   Any Act.

9       § 15227. Refunding Bonds.

10      § 15228. Principal Amount in Which Refunding Bonds May be Issued.

11      § 15229. Bonds Negotiable Except When Registered.

12      § 15230. Title in Authority Subject to Trust in Favor of Bondholders.

13      § 15231. Use of Other Funds for System.

14      § 15232. Insurance.

15      § 15233. Limitations as to Competitive Project.

16      § 15234. Right of Bondholders to Bring Action.

17      § 15235. RASA Construction Fund.

18      § 15236. RASA Revenue Fund.

19      § 15237. Investment of Money in Funds.

20      § 15238. Use of Balances of Funds and of Surplus Money in Funds.

21      § 15239. Appropriation of Money in Funds.

22      § 15240. Short Term Borrowing.

23      § 15241. Construction of Article.

24      **§ 15201. Short Title.** This Article may be cited as the Guam Recycling and

25  Solid Waste Authority Revenue Bond Act of 2007.

26      **§ 15202. Definitions.** The following terms wherever used or referred to in

27  this Article 2 or in any indenture entered into pursuant hereto, shall have the

28  following meanings, respectively, unless a different meaning appears from the

29  context:

17

1          (a)    *'Authority'* means RASA as provided in the Guam Recycling And
2                 Solid Waste Authority Act.

3          (b)    *'Board'* means the Board of Directors of RASA. The *'Board'* also
4                 means the Governor, the Director of Administration or any other
5                 officer or agency of Guam whenever any action which this Article
6                 or any indenture requires or permits the Board to take can, under
7                 the Organic Act or any provision of this Code or any other statute
8                 of Guam, be taken for, or on behalf of, or in lieu of the Board only
9                 by the Governor, the Director of Administration or such other
10                officer or agency.

11        (c)    *'Bonds'* or *'Revenue Bonds'* means the written evidence or any
12                obligation issued by the Board with the approval of the Governor
13                pursuant to § 15203, payment of which is secured by a pledge of
14                revenues or any part of revenues, as provided in this Chapter, in
15                order to raise funds for any of the purposes authorized § 15203,
16                irrespective of the form of such obligations.

17        (d)    *'Bondholder'* or *'holder of bonds'* or any similar term means any
18                person who shall be:

19             (i)     the bearer of any outstanding bond or bond registered to
20                   bearer or not registered; or

21             (ii)    the registered owner of any such outstanding bond or bond
22                   which shall at the time be registered other than to bearer.

23        (e)    *'Director of Administration'* means the Director of Administration,
24                head of the Department of Administration, within the Executive
25                Branch of the government of Guam or any agent designated by him
26                as trustee pursuant to any provision of this Article or of any
27                indenture.

28        (f)     *'General Manager'* means the General Manager of RASA.

29        (g)    *'Governor'* means the Governor of Guam.

18

1    (h)    *'Indenture'* means an agreement entered into and approved or
2    adopted by a majority of all the members of the Board, with the
3    approval of the Governor, pursuant to which bonds are issued,
4    regardless of whether such agreement is expressed in the form of a
5    resolution of the Board or by other instrument.

6    (i)    *'Organic Act'* means the Organic Act of Guam as amended and in
7    effect on the effective date of this Article. (64 Stat. 384, Title 48,
8    §1421 et seq. U.S. Code.)

9    (j)    *'Person'* includes any individual, firm, corporation, association,
10    copartnership, trust, business trust or receiver or trustee or
11    conservator for any thereof, and also includes the United States,
12    Guam or any public corporation, political subdivision, city, county
13    or district or any agency or instrumentality of the United States or
14    of Guam.

15    (k)    *'Revenue'* means and includes:

16    (i)    any and all rates and charges received or receivable in
17    connection with, and any and all other income and receipts
18    of whatever kind and character derived by the Authority
19    from the operation of or arising from the system;

20    (ii)    any such revenues or any proceeds of sale of bonds or any
21    other moneys of the Authority that may have been or may
22    be impounded or deposited in any fund or account created
23    or authorized by this Article and held by the Board or the
24    Treasurer or the Director of Administration for the security
25    of any bonds issued hereunder or for the purpose of
26    providing for the payment thereof or the interest thereon;

27    (iii)    any moneys received or receivable by the Authority
28    pursuant to any contract between the Authority and any

19

person, which moneys are designated as revenues (as herein defined) in such contract; and

(iv)  all earnings on any investment of any revenues.

(m)  *'System'* means the recycling and solid waste operations of the Authority.

(n)  *'System operation and maintenance costs'* means:

(i)  the reasonable costs of operating and maintaining the system, including refunds authorized by § 15204, and all reasonable repairs, renewals, replacements, system insurance costs and costs of insurance or other provision for retirement of officers and employees of the Authority, but (notwithstanding any system of accounts maintained by the Board) without any allowance for depreciation; and

(ii)  all revenues required by any indenture to be deposited in any one or more reserve funds or accounts in lieu of insurance or in any working capital fund or account or contingency fund or account relating to the system.

(o)  *'Treasurer'* means the Chief Financial Officer of the Authority as provided in § 15107 of this Chapter.

§ 15203. **Powers of Board; Incurring Indebtedness.** The Board has power and is hereby authorized, in addition to and in amplification of all other powers conferred upon the Board by the Guam Recycling and Solid Waste Authority Act or any other provision of this Code or by any statute of Guam or of the United States, to exercise any or all of the powers granted to the Board by this Article. The Board may at any time or from time to time incur indebtedness:

(a)  pursuant to § 15241;

(b)  for a period not exceeding ten (10) years, payable only from the RASA Construction Fund created by § 15236 and incurred only for a purpose for which moneys in said Fund may be expended;

20

1          (c)     for a period not exceeding ten (10) years, payable only from the

2                 RASA Revenue Fund created by § 15237 and incurred only to pay

3                 system operation and maintenance costs, subject and subordinate

4                 to any contractual obligation of the Board to the holders of any

5                 bonds;

6          (d)     by the issuance of revenue bonds, with the approval of the

7                 Governor, to raise funds for the purpose of establishing the system,

8                 or of acquiring lands for the system, or of acquiring, constructing,

9                 improving, equipping, maintaining, repairing, renewing, replacing,

10                 reconstructing or insuring the system, or any part thereof, or for the

11                 purpose of refunding any such bonds, or for any combination of

12                 such purposes which bonds shall be issued and secured as

13                 provided in this Article; or

14          (e)     for any other lawful purpose for a period not exceeding fifty (50)

15                 years pursuant to a contract of indebtedness, repayment of which is

16                 subject and subordinate to any contractual obligation of the Board

17                 to the holders of any bonds.

18                 The maximum rate and times of payment of interest on any

19                 indebtedness incurred pursuant to this Section are subject to the

20                 limitations of § 15214 (relating to interest on bonds). It is hereby

21                 declared that the system is and shall be a public improvement or

22                 undertaking as that term is used in Section 11 of the Organic Act.

23                 (§1423a, Title 48, U.S. Code.) All indebtedness incurred by the

24                 Board pursuant to this § 15203 shall be repayable only from funds

25                 of the Authority available therefor or solely from revenues of the

26                 system and, therefore, will not be and shall not be deemed to be

27                 public indebtedness of Guam as that term is used in Section 11 of

28                 the Organic Act.

§ 15204. Amounts of Rates and Charges; Refunds. Except to the extent otherwise permitted or required by an indenture or any contract relating to indebtedness incurred by the Board, all rates and charges shall at all times be fixed to yield annual revenues equal to the annual principal payments and interest charges and reserve fund requirements on all bonds at any time issued and outstanding hereunder, the annual system operation and maintenance costs and the annual principal payments and interest charges on all other outstanding indebtedness incurred by the Board. An indenture or contract of indebtedness may provide for payment from revenues of refunds of rates and charges that are collected in error and that are refundable by the Board in accordance with regulations prescribed by it.

§ 15205. Validity of Authorization and Issuance of Bonds. The validity of the authorization and issuance of any bonds by the Board, with the approval of the Governor, is not dependent on nor affected in any way by:

(a)     Proceedings taken by the Board for the acquisition, construction or completion of the system or any part thereof;

(b)     Any contracts made by the Board in connection with the acquisition, construction or completion of the system or any part thereof; or

(c)     The failure to complete the system or any part thereof for which bonds are authorized to be issued.

§ 15206. Board to Determine Issuance of Bonds and Incurring of Other Indebtedness; Guam Not Liable for Indebtedness; Board Only Liable as Provided by Indenture or Contract.

(a)     The Board, with the approval of the Governor, shall determine the time, form and manner of issuance of bonds and shall issue bonds in the name of the Authority and as its obligations and shall also, subject to the limitations of this Article, determine the time, form and manner of incurring other indebtedness.

22

1        (b)    No bond issued or sold pursuant to this Article shall be or become
2                  a lien, charge or liability against Guam or the Governor or against
3                  the Authority or the Board or against any property or funds of the
4                  Authority or the Board or Guam or the Governor, except to the
5                  extent of the pledge or revenues or part of revenues, as may be
6                  provided by the indenture pursuant to which such bonds are
7                  issued and every such bond shall contain a recital on its face stating
8                  that neither the payment of the principal or any part thereof, nor of
9                  any interest thereon, is a debt, liability or obligation of Guam.

10       (c)    No other indebtedness incurred pursuant to this Article shall be or
11                become a lien, charge or liability against Guam or the Governor
12                and each such indebtedness shall be payable only from the fund or
13                source from which it is authorized to be paid as provided in this
14                Article.

15     § 15207. Board to Declare Purpose and Maximum Amount of Bonds to
16   be Issued.

17       (a)    Before issuing any bond or bonds, the Board shall by indenture,
18                approved by the Governor, declare the purpose for which the
19                proceeds of the bonds proposed to be issued shall be expended and
20                shall specify the maximum amount of bonds to be issued or sold
21                for such purpose. Bonds shall not be issued or sold for such
22                purpose in an amount exceeding such specified maximum except
23                either:

24           (i)    pursuant to a provision in an indenture pursuant to §
25                    15210(l); or
26           (ii)   with the consent of bondholders, pursuant to amendment or
27                    modification of an indenture, as provided in § 15210(p).

28       (b)    Nothing contained in this Section shall be construed to prevent the
29                Board, with the approval of the Governor, from amending any such

23

1     indenture prior to the issuance of bonds authorized thereby to

2     increase or decrease the maximum amount of bonds to be issued or

3     sold. The issuance of bonds for one or more purposes may be

4     included in a single indenture.

5     § 15208. **Indenture Providing Terms and Conditions of Bonds.** The

6 Board, with the approval of the Governor, may enter into indentures providing

7 for the aggregate principal amount, date or dates, maturities, interest rates,

8 denominations, form, registration, transfer and interchange of any bonds and

9 coupons issued pursuant to this Article and the terms and conditions on which

10 the same shall be executed, issued, secured, sold, paid, redeemed, funded and

11 refunded. Reference on the face of the bonds to such indenture by its date of

12 adoption, or the apparent date on the face thereof, is sufficient to incorporate all

13 the provisions thereof and of this Article into the body of the bonds and their

14 appurtenant coupons. Each taker and subsequent holder of the bonds or

15 coupons, whether the coupons are attached to or detached from the bonds, has

16 recourse to all the provisions of the indenture and of this Article and is bound

17 thereby.

18     § 15209. **Issues of Bonds.** An indenture may provide for one or several

19 issues of bonds and that bonds may be issued in series or that any issue may be

20 divided into one or more divisions with different maturities or dates of issue,

21 different rates of interest, or different terms and conditions for the bonds of the

22 several series or divisions. It is not necessary that all bonds of the same

23 authorized issue be of the same kind or character, have the same security, or be

24 of the same interest rate, but the terms thereof shall in each case be provided for

25 by the Board, with approval of the Governor, at or prior to the issue thereof.

26     § 15210. **Covenants and Agreements That May Be Contained in**

27 **Indenture.** An indenture pursuant to which bonds are issued and which is

28 approved by legislation may include any and all such covenants and agreements

29 on the part of the Authority, the Board, Guam, the Governor, the Director of

24

1  Administration, the Treasurer, the General Manager or any other officer or
2  agency of Guam, the Authority or the Board as are authorized by this Article or
3  as the Board deems necessary or advisable for the better security of the bonds
4  issued thereunder, including without limiting the generality of the foregoing,
5  any one or more of the following:

6      (a) A provision that payments of principal and interest of bonds shall
7      be secured by all or by part of revenues and provisions creating one
8      or more funds or accounts to be held by the Director of
9      Administration into which all or any part of revenues shall be
10     deposited:

11     (i) for payment of the principal of and interest on bonds at or
12     prior to maturity; or

13     (ii) for reserve or sinking funds for the further security of bonds.
14     All moneys in any such fund or account shall be paid out by
15     the Director of Administration or his agent to pay the
16     principal of and interest on the bonds when due or when
17     redeemed or purchased prior to maturity, as provided in
18     any indenture.

19     (b) A provision requiring the Director of Administration or his agent,
20     as trustee as hereinafter provided, to pay or cause to be paid
21     punctually the principal of all such bonds and the interest thereon
22     on the date or dates, or at the place or places and in the manner
23     mentioned in such bonds and in the coupons appertaining thereto
24     in accordance with such indenture.

25     (c) A provision requiring the Board to operate the system
26     continuously, to the extent practicable under conditions as they
27     may from time to time exist, in any efficient and economical
28     manner.

25

1      (d)    A provision requiring the Board to maintain the system and to
2              make all necessary repairs, renewals and replacements to the
3              system and to keep the system at all times in good working order
4              and condition.

5      (e)    A provision requiring the Board to preserve and protect the
6              security of the bonds and the rights of the holders thereof and to
7              warrant and defend such rights.

8      (f)    A provision requiring the Board to pay and discharge or cause to
9              be paid and discharged all lawful claims for labor, materials and
10            supplies or other charges which, if unpaid, might become a lien or
11            charge upon revenues or any part thereof, or which might impair
12            the security of the bonds.

13     (g)    A provision which limits, restricts or prohibits any right, power or
14            privilege of the Board to mortgage or otherwise encumber, sell or
15            dispose of the system or any part thereof, or to enter into any lease
16            or agreement which impairs or impedes the operation of the system
17            or any part thereof necessary to secure adequate revenues or which
18            otherwise impairs or impedes the right of the holders of bonds with
19            respect to such revenues.

20     (h)    A provision requiring the Board to fix, prescribe and collect
21            annually rates or other charges in connection with the services
22            provided by the system which, together with other available
23            revenues, will be:

24          (i)    sufficient to pay the principal of and interest on the bonds as
25                they become due and payable, together with such additional
26                sums as may be required for any bond reserve fund or
27                account or other fund or account created by the indenture
28                for the security of such bonds;

26

1                 (ii)    sufficient to pay the annual system operation and
2                           maintenance costs; and

3                 (iii)   in such additional amount as shall be provided in the
4                           indenture for the further security or protection of such
5                           bonds.

6      (i)    A provision that no electric service shall be furnished free of charge
7            to any person, except to the extent permitted by the indenture.

8      (j)    A provision requiring the Board, the Treasurer and the Director of
9            Administration to hold or cause to be held in trust the revenues or
10          any part of revenues pledged to the payment of such bonds and the
11          interest thereon, or to any fund or account created by any indenture
12          relating to such bonds for the further security or protection of such
13          bonds and to apply such revenues or any part of revenues or cause
14          them to be applied only as provided in the indenture and to invest
15          all or any part of such revenues pending such application in such
16          securities and subject to such limitations as are specified in the
17          indenture.

18      (k)   A provision defining the power of the Board and the Treasurer in
19          applying the proceeds of the sale of any issue of bonds for the
20          acquiring, constructing or completing of the system or any part
21          thereof.

22      (l)    A provision permitting the board to issue additional bonds or one
23          or more additional series of bonds, equally secured with bonds
24          theretofore issued under the indenture, for the purpose of
25          acquiring, constructing or completing, improving or extending the
26          system or any part thereof; and a provision limiting the power of
27          the Board to issue any additional bonds so secured or any other
28          additional bonds for such purpose.

27

1       (m)   A provision requiring, specifying or limiting the kind, amount and character of insurance (or any reserve fund or funds in lieu of insurance) to be maintained by the Board on the system or any part thereof and the use and disposition of the proceeds of any such insurance thereafter collected or of the moneys in any such reserve fund.

7       (n)   A provision specifying the events of default and the terms and conditions upon which any or all of the bonds of the Board then or thereafter issued may become or be declared due and payable prior to maturity, and the terms and conditions upon which such declaration and its consequences may be waived.

12      (o)   A provision designating the rights, limitations, powers and duties arising upon breach by the Board of any of the covenants, conditions or obligations contained in the indenture.

15      (p)   A provision prescribing a procedure by which the terms and conditions of the indenture may be subsequently amended or modified with the consent of the Board, subject to the approval of the Governor, and the vote or written consent of the holders of a specified principal amount or specified proportion of the bonds issued and outstanding, including provisions for meetings of bondholders and for the manner in which the consent of the bondholders may be given and specifically stating the effect of such amendment or modification upon the rights of the holders of all of the bonds and interest coupons appertaining thereto, whether attached thereto or detached therefrom.

With respect to any provision relating to the modification or amendment of an indenture, the Board, with the approval of the Governor, may agree that bonds held by the Authority, Guam, the United States or any instrumentality of either thereof (including

28

1        every public corporation, political subdivision, city, county, district,
2        board, agency or instrumentality of any kind of class) shall not be
3        counted as outstanding bonds, or be entitled to vote or assent, but
4        shall, nevertheless, be subject to any such modification or
5        amendment.

6    (q)  A provision for the refunding of all or any bonds authorized by
7        such indenture, subject to the provisions and limitations of Sections
8        15228 and 15229.

9    (r)  A provision permitting the Authority, the Board or the Director of
10       Administration to purchase outstanding bonds of the Authority
11       from any moneys or funds or accounts referred to in the indenture
12       or otherwise legally available for such purpose.

13    (s)  A provision that the Governor, the Treasurer and the Director of
14       Administration and all other officers and agencies of Guam shall:

15       (i)   be bound by all of the covenants and agreements on the part
16           of the Board set forth in such indenture; and

17       (ii)  perform all such covenants and agreements which, under
18           the Organic Act or any provision of this Code or any other
19           statute of Guam, can be taken for, or on behalf of, or in lieu
20           of the Board only by the Governor, the Treasurer and the
21           Director of Administration or such other officer or agency.

22    (t)  A provision for any working capital fund or account or contingency
23       fund or account relating to the system.

24    (u)  A provision for the replacement of lost, destroyed or mutilated
25       bonds or coupons.

26    (v)  A provision or provisions relating to such other acts and matters as
27       may be necessary or convenient or desirable in order better to
28       secure the bonds or to make the bonds more marketable.

29

1     (w)    Neither the Guam Power Authority nor the Governor shall have

2          the authority to amend any Guam Power Authority bond

3          covenants, indentures or agreements as to bond issues if such bond

4          issues can be paid from, obligate, or are secured by Section 30

5          money, money or revenues owed to the Government of Guam, or

6          money or other funds belonging to or payable to the Government

7          of Guam. Any offer to make any such changes or amendments as

8          indicated above shall be subject to approval by legislation as herein

9          indicated.

10     § 15211. Director of Administration as Trustee for Board and Holders of

11 Bonds.

12     (a)    The Director of Administration or any agent designated by him

13          shall act as trustee for the Board and the holders of bonds issued

14          hereunder and the Board may authorize the trustee to act on behalf

15          of the holders of the bonds or any stated percentage thereof and to

16          exercise and prosecute on behalf of the holders of the bonds such

17          rights and remedies as may be available to the holders.

18     (b)    The Board may provide in an indenture:

19         (i)    for the deposit of all revenues with the Treasurer and for the

20            holding thereof by the Treasurer in one or more separate

21            funds or accounts in the RASA Revenue Fund created by §

22            15237; and

23         (ii)    for the transfer to such trustee of such portions of revenues

24            as are provided as security for the bonds and for the holding

25            thereof by such trustee in one or more separate funds or

26            accounts in said Revenue Fund. All money in each such fund

27            or account shall be disbursed only as provided herein and in

28            the indenture.

30

1     § 15212. **Duties and Powers of Trustee.** The Board shall prescribe in any
2 indenture the duties and powers of the trustee with respect to the issuance,
3 authentication, sale and delivery of the bonds provided for in such indenture
4 and with respect to the payment of principal of and interest on such bonds, the
5 redemption thereof, the registration and discharge from registration thereof and
6 the management of any and all funds provided as security therefor.

7     § 15213. **Issuance and Interchange of Coupon and Registered Bonds.** An
8 indenture may provide that bonds may be issued as coupon bonds or as
9 registered bonds and for the interchange of coupon bonds for registered bonds
10 and registered bonds for coupon bonds, and may provide that bonds shall be
11 registered as to principal only or as to both principal and interest or otherwise as
12 the Board may determine.

13     § 15214. **Redemption of Bonds Prior to Maturity.** An indenture may
14 provide that bonds may be redeemed prior to maturity upon such terms,
15 conditions and upon such notice as are stated in the indenture and upon the
16 payment of such premium as may be fixed by the indenture. No bond is subject
17 to call or redemption prior to its fixed maturity date unless the right to exercise
18 such call is expressly stated on the face of the bond.

19     § 15215. **Places of Payment.** An indenture may provide for the payment of
20 the principal and interest of bonds at any one or more places in Guam or in the
21 United States and in any specified coin or currency of the United States.

22     § 15216. **Execution and Authentication of Bonds.** An indenture may
23 provide for the execution and authentication of bonds by the manual,
24 lithographed or printed facsimile signature of any one or more officers of the
25 Board and by additional authentication by endorsement by the manual signature
26 or a signature stamp of the Director of Administration or of any agent designated
27 by him as trustee. If any officer or agent whose signature, countersignature or
28 endorsement appears upon the bonds or coupons ceases to be an officer or agent
29 before the delivery of the bonds or coupons, his signature, countersignature or

31

1    endorsement is nevertheless valid and of the same force and effect as if he had

2    remained such officer or agent until the delivery of the bonds and coupons.

3        **§ 15217. Dates and Maturities of Bonds.** Bonds shall bear dates prescribed

4    by the Board in the indenture providing for their issuance. Bonds may be serial

5    bonds, term bonds or sinking fund bonds with such maturities as the indenture

6    shall specify. No bond by its terms shall mature in more than fifty (50) years from

7    its own date and, in the event any authorized issue is divided into two (2) or

8    more series or divisions, the maximum maturity date herein authorized shall be

9    calculated from the date on the face of each bond separately, irrespective of the

10    fact that different dates may be prescribed for the bonds of each separate series

11    or division of any authorized issue.

12        **§ 15218. Preparation of Bonds and Documents.** Whenever an indenture,

13    adopted by the Board and approved by the Governor, directs the preparation of

14    any bonds authorized under this Article, the Treasurer shall prepare or procure

15    the requisite number of suitable bonds and appurtenant coupons of the

16    denominations and in accordance with the specifications contained in such

17    indenture. When authorized by resolution of the Board, the Treasurer shall

18    prepare or procure the printing, engrossing or publication of any indentures,

19    notices, contracts, agreements or other documents required or convenient for or

20    pertaining to the issuance or sale of bonds.

21        **§ 15219. Sale of Bonds; Maximum Discount.** Bonds authorized to be

22    issued under this Article shall be sold by the Board for cash, in accordance with

23    the provisions of a resolution providing for such sale adopted by the Board and

24    approved by the Governor. Such resolution may provide that the bonds shall be

25    sold at either public or private sale upon such notice as shall be specified in such

26    resolution, may fix terms and conditions for the sale or other disposition of the

27    bonds and may provide that the bonds shall be sold at less than their par or face

28    value, except that the discount on any bonds so sold shall not exceed five percent

29    (5%) of the par value thereof. Before any bonds are delivered to the purchaser

32

1  thereof, all coupons, if any, which have matured on or before the date of such
2  delivery shall be detached therefrom and cancelled.

3  **§ 15220. Payment of Bonds from Sources Other Than Revenues.**

4  The Board may use and expend all or any part of any funds other than
5  revenues or proceeds of any property owned by it other than the system,
6  whether received by gift, appropriation or otherwise (if not restricted as to the
7  use of such funds or proceeds of property by the terms of gift or trust or
8  provision of law) for the payment of bonds issued pursuant to the provisions of
9  this Article and of interest due thereon.

10  **§ 15221. Payments Which May be Made out of Proceeds of Sale of**
11  **Bonds.** The proceeds of sale of any bonds may be expended for any one or more
12  of the following purposes, all as provided in the indenture relating to such
13  bonds:

14  (a)  For payment of any costs or expenses of the acquisition,
15  construction or completion of the system or any part thereof or any
16  costs or expenses incidental thereto, including payment to the
17  United States or any other public body for the portion to be borne
18  by the Board of the cost of any work done by the United States or
19  such public body for or jointly or in conjunction with the Board;

20  (b)  For payment of any engineering, inspection, legal, consultant's or
21  paying agent's fees relating or incidental to:

22  (i)  the acquisition, construction or completion of the system or
23  any part thereof; or

24  (ii)  the authorization, issue or sale of bonds;

25  (c)  For payment of any costs or expenses relating to the authorization,
26  issuance or sale of bonds;

27  (d)  For deposit in any one or more reserve funds or accounts in lieu of
28  insurance or in any working capital fund or account or contingency

33

1    fund or account relating to the system pursuant to any provision of
2    any indenture referred to in § 15210(m) or (t);

3    (e)    For payment of interest on bonds during the period of actual
4         acquisition, construction or completion of the system or any part
5         thereof for the acquisition, construction or completion of which
6         such bonds have been issued and for a period of not to exceed ten
7         (10) years thereafter;

8    (f)    For deposit in any reserve or sinking fund pursuant to any
9         provision of any indenture referred to in § 15210(a); or

10   (g)    For payment of the principal of and interest on any indebtedness
11        incurred pursuant to § 15240 that is by its terms repayable from the
12        proceeds of sale of bonds.

13   **§ 15222. Bonds May Be Secured by Revenues of System.** An indenture
14   may provide that the bonds and the interest thereon shall be secured by all or by
15   part of revenues and that the bonds shall constitute such lien upon revenues as
16   may be provided for in such indenture.

17   **§ 15223. Temporary Bonds.** An indenture may provide that pending the
18   actual issuance or delivery of definitive bonds, the Board may issue temporary or
19   interim bonds, certificates or receipts or any denomination whatsoever and with
20   or without coupons, to be exchanged for definitive bonds when ready for
21   delivery.

22   **§ 15224. Replacement of Bonds or Coupons.** The Board, with the
23   approval of the Governor, may provide for the replacement of lost, destroyed or
24   mutilated bonds or coupons.

25   **§ 15225. Tax Exemptions.** Bonds issued pursuant to the provisions of this
26   Article and the interest or income therefrom are exempt from taxation in
27   accordance with the provisions of the last sentence of Section 11 of the Organic
28   Act. (§1423a, Title 415, U.S. Code.)

34

1    § 15226. **Bonds as Legal Investments and as Security For Performance of**
2    **Any Act.** Notwithstanding any other provision of law, all bonds sold and
3    delivered pursuant to the provisions of this Article are legal investments for all
4    trust funds and for the funds of all banks, both commercial and savings and may
5    be deposited as security for the performance of any act whenever any evidence
6    of indebtedness of Guam may be so deposited and may also be used as security
7    for the deposit of public moneys in banks in Guam.

8    § 15227. **Refunding Bonds.** The Board, with the approval of the Governor,
9    may provide for the issuance, sale or exchange of refunding bonds for the
10   purpose of redeeming or retiring any bonds issued under the provisions of this
11   Article. All provisions of this Article applicable to the issuance of bonds are
12   applicable to the funding or refunding bonds and to the issuance, sale or
13   exchange thereof.

14   § 15228. **Principal Amount in Which Refunding Bonds May be Issued.**
15   Refunding bonds may be issued in a principal amount sufficient to provide
16   funds for the payment of all bonds to be refunded thereby and in addition for the
17   payment of all expenses incident to the calling, retiring or paying of such
18   outstanding bonds and the issuance of such refunding bonds. These expenses
19   include:

20   (a)   the difference in amount between the par value of the refunding
21         bonds and any amount less than par for which the refunding bonds
22         are sold;

23   (b)   any amount necessary to be made available for the payment of
24         interest upon such refunding bonds from the date of sale thereof to
25         the date of payment of the bonds to be refunded or to the date
26         upon which the bonds to be refunded will be paid pursuant to the
27         call thereof or agreement with the holders thereof; and

35

1       (c)    the premium, if any, necessary to be paid in order to call or retire

2       the outstanding bonds and the interest accruing thereon to the date

3       of the call or retirement.

4       **§ 15229. Bonds Negotiable Except When Registered.** All bonds issued

5       under the provisions of this Article are negotiable instruments, except when

6       registered in the name of a registered owner.

7       **§ 15230. Title in Authority Subject to Trust in Favor of Bondholders.**

8       Title to the system and to all property acquired by or for the Authority and the

9       revenues and income therefrom is in the Authority. The title to any moneys,

10       revenues, bond reserve funds and other funds and accounts created by this

11       Article or any indenture and the income thereof pledged to the payment of the

12       principal or interest of any bonds is subject to any trust declared in favor of the

13       bondholders.

14       **§ 15231. Use of Other Funds for System.** In addition to the proceeds of

15       any bonds issued and sold pursuant to this Article, the Board may use for the

16       payment of the costs of acquisition, construction or completion of the system or

17       any part thereof any available money or funds of the Authority and any money

18       or funds made available to the Authority by any person or provided from any

19       source which may be expended for the accomplishing of the purposes set forth in

20       this Article or in the Guam Recycling And Solid Waste Authority Act.

21       **§ 15232. Insurance.** The Board may insure against loss of revenues from

22       any cause whatsoever and the proceeds of any such insurance shall be used

23       solely for the payment of bonds and the interest thereon. The Board may insure

24       against public liability or property damage from any cause. An indenture may

25       provide for the carrying of such insurance or any other insurance in such amount

26       and of such character as shall be specified in such indenture, for the payment of

27       the premiums thereon and for the disposition of all proceeds received from any

28       such insurance. At the option of the Board, or as provided in any indenture, any

29       insurance may be provided by funded reserves or any other means.

36

§ 15233. **Limitations as to Competitive Projects.** An indenture may include such limitations as to acquisition, ownership or operation by the Authority or the Board of projects which may compete with the system as may be deemed necessary or desirable for the security of bonds issued pursuant to this Article.

§ 15234. **Right of Bondholders to Bring Action.** The holder of any bond issued pursuant to this Article may by mandamus or other appropriate proceeding require and compel the performance of any of the duties imposed upon or assumed by the Authority, the Board, the Treasurer, the General Manager, the Governor, the Director of Administration or any other officer or agency of the Authority or the Board or Guam or any employee thereof, in connection with the acquisition, construction, improvement, operation, equipment, maintenance, repair, renewal, replacement, reconstruction or insurance of the system or any part thereof, or the collection, deposit, investment, application and disbursement of all revenues or in connection with the deposit, investment and disbursement of the proceeds received from the sale of bonds issued pursuant to this Article. The enumeration of such rights and remedies does not, however, exclude the exercise or prosecution of any other rights or remedies available to the holders of bonds issued pursuant to this Article.

§ 15235. **RASA Construction Fund.** The proceeds from the sale of all bonds authorized by this Article shall be deposited forthwith by the Treasurer to the credit of a fund to be designated as the RASA Construction Fund, which fund is hereby created. The money in said Construction Fund shall be expended in the manner provided by law for any of the purposes authorized by this Article, including any or all of the purposes specified by § 15221, and for such other purposes, subject to the restrictions provided by law or by such indenture, as may be authorized by such indenture.

§ 15236. **RASA Revenue Fund.** All revenues received from the operation of the system shall be deposited by the Treasurer to the credit of the RASA

1    Revenue Fund, which fund is hereby created. Moneys in the RASA Revenue
2    Fund shall be used for the following purposes in the following order of priority:

3        (a)    to be transferred to the Director of Administration pursuant to any
4                provision of any indenture referred to in § 15210(a);

5        (b)    to pay the annual system operation and maintenance costs; and

6        (c)    for any other purposes of the Authority; all as provided in any
7                indenture or indentures and subject to any restrictions provided by
8                law or any indenture.

9    **§ 15237. Investment of Money in Funds.** Moneys in the RASA
10   Construction Fund may be invested by the Treasurer and any revenues in any
11   other fund or account held by the Treasurer or by the Director of Administration
12   or his agent may be invested by the Treasurer or Director of Administration or
13   his agent, as the case may be, subject to such limitations as may be provided in
14   any indenture providing for the issuance of bonds. All securities in which any
15   such moneys are invested and all other investments made under the provisions
16   of this Article shall be held by the Treasurer or the Director of Administration or
17   his agent, as the case may be, as custodian thereof. All interest or other earnings
18   received pursuant to such investments shall be collected by the Treasurer or the
19   Director of Administration or his agent, as the case may be, and shall be
20   deposited to the credit of the fund or account from which such interest or other
21   earnings are derived, unless otherwise provided in an indenture.

22   **§ 15238. Use of Balances of Funds and of Surplus Money in Funds.** Any
23   balance remaining in any of the funds or accounts created by this Article or any
24   indenture after payment of all costs, expenses and charges required or
25   authorized to be expended therefrom, may be allocated and used for such other
26   purposes relating to the acquisition, construction, operation and maintenance of
27   the system or to the Authority, as the Board may determine, subject to the
28   limitations and restrictions in any indenture. After all bonds shall have been fully
29   paid and discharged or provision for their payment and discharge irrevocably

1    made, any surplus moneys in any fund or account created by this Article or any

2    indenture shall, subject to the limitations and restrictions in any indenture, be

3    transferred to the Treasurer and shall be and remain available for the acquisition,

4    construction, improvement, maintenance or operation of the system or for any

5    other purposes of the Authority herein or hereafter authorized by law.

6    § 15239. **Appropriation of Money in Funds.** All money in the funds and

7    accounts created by this Article or any indenture is hereby appropriated for

8    expenditure in carrying out the purposes herein and therein provided.

9    § 15240. **Short Term Borrowing.** The Board may at any time or from time

10    to time, by resolution adopted by a majority of all the members of the Board and

11    approved by the Governor, incur indebtedness for any lawful purpose for any

12    period not exceeding five (5) years evidenced by contract with any person or by

13    one or more promissory notes executed as provided in § 15216 (relating to

14    bonds) and delivered to any person. Any such indebtedness shall be incurred

15    subject and subordinate to any contractual obligation of the Board to the holders

16    of any bonds and the principal thereof and interest thereon may be repaid:

17    (a)    from revenues; or

18    (b)    if incurred for a purpose for which bonds may be issued, from

19    revenues or from the proceeds of sale of bonds.

20    § 15241. **Construction of Article.** This Article shall be liberally construed

21    to carry out the objects and purposes and the declared policy of Guam as in this

22    Article set forth. Nothing contained in this Article shall be construed directly or

23    by implication to be in any way in derogation or limitation of powers conferred

24    upon or existing in the Authority or the Board by virtue of any provisions of the

25    Organic Act or statutes of Guam or any other provisions of this Code."

26    **Section 3.** Subsection (a) of section 12000 of Chapter 12, Title 12 of the Guam

27    Code Annotated is hereby amended to read:

28    "*(a)*    *'Public Utility'* means the Guam Power Authority, the Guam

29    Recycling And Solid Waste Authority, the Guam Waterworks

1              Authority or any duly licensed private contractor operating: (1) a

2              facility or subsystem of the community-wide water production and

3              distribution system; or (2) a facility or subsystem of the

4              community-wide waste water disposal system, or both, or any

5              private golf course management corporation leasing public

6              property providing preferential golf rates and reservations to

7              Guam residents."

8      **Section 4.** Section 6102 of Chapter Six, Title 5 of the Guam Code Annotated is

9  hereby amended to read as follows:

10     "**§ 6102. Coverage of Chapter.** This Chapter applies, except as provided

11  in section 6104 of the Chapter, to the entire government of Guam, as specifically

12  stated herein. No government agency, whether denominated as a line

13  department, an agency or a public corporation, is excluded from the scope of this

14  Chapter. The fact that an agency or instrumentality has or has not the right to sue

15  or be sued in its own name does not exclude such agency or instrumentality from

16  the scope of this Chapter. For the purposes of this Chapter, reference to an

17  'autonomous agency' shall include public corporations, autonomous and semi-

18  autonomous agencies, including the Antonio B. Won Pat International Airport;

19  the Guam Recycling And Solid Waste Authority, the Guam Power Authority; the

20  Guam Economic Development and Commerce Authority; the Guam Memorial

21  Hospital Authority; the University of Guam; the Jose D. Leon Guerrero

22  Commercial Port; the Guam Community College; the Guam Waterworks

23  Authority; the Government of Guam Retirement Fund; and the Guam Visitors

24  Bureau."

25      **Section 5. Transfer of Duties, Responsibilities, Powers and Authority.** Any and

26  all duties, responsibilities, powers and authority imposed or vested in the Department

27  of Public Works, its Division of Solid Waste Management or in its Director under 10

28  Guam Code Annotated Chapter 51 are hereby transferred and assigned to the Guam

29  Recycling And Solid Waste Authority.

40

1       **Section 6. Repeal.** §§ 51502 through 51508 of Article 5, Chapter 51, Title 10 Guam

2   Code Annotated relative to the Recycling Revolving Fund are repealed on the effective

3   date of this Act.

4       **Section 7. Effective Date.** This bill shall take effect 60 days after its enactment

5   into law. All service rules, rates and charges, which have heretofore been established

6   pursuant to 10 GCA § 511115, shall remain in full force and effect until amended,

7   replaced or appealed pursuant to either 12 GCA §12015 or pursuant to 12 GCA §

8   15104(g), as enacted herein.

41

# *I MINA'BENTE ÑUEBI NA LIHESLATURAN GUÅHAN*
## 2007 (FIRST) Regular Session

**Bill No.** 58 (FC)

Introduced by:

J. V. Espaldon

## AN ACT TO *REPEAL AND REENACT* §51101, §51102, §51103, §51104, §51110, §51111, §51118, §51119 OF ARTICLE 1, CHAPTER 51 OF DIVISION 2, TITLE 10 GUAM CODE ANNOTATED RELATIVE TO SOLID WASTE MANAGEMENT.

1  **BE IT ENACTED BY THE PEOPLE OF GUAM:**

2  **Section 1.  Legislative Findings.**  *I Liheslaturan Guåhan* finds that the

3  Supreme Court of Guam invalidated Public Law 24-272 in its Amended Opinion in

4  Pangelinan and Wesley v. Gutierrez (2004 Guam 16), including Section 9 of Public

5  Law 24-272 concerning solid waste tipping/user fees.  *I Liheslaturan Guåhan*

6  additionally finds that Section 51118 of Chapter 51 of Title 10 Guam Code Annotated

7  provides a source of revenues needed to support financing of the tasks required in the

8  Consent Decree entered in USA v. Government of Guam (District Court of Guam

9  Case No. 02-00022). *I Liheslaturan Guåhan* finds that Public Law 24-272 included

10  amendments and additions to the following provisions Article 1 of Chapter 51, Title

11  10 Guam Code Annotated: findings and purposes, definitions, powers and duties,

12  permits, and prohibited solid waste activities, that these provisions and the tipping

13  fees were in effect for over five years, and that subsequent amendments have been

14  made since 1998. *I Liheslaturan Guåhan* recognizes the need to repeal and reenact

1

1   sections of Chapter 51, and to enact a new Section 51118 of Chapter 51 of Title 10
2   Guam Code Annotated, along with related provisions in Section 51103(b)(3) and
3   51103(b)(4), to address the invalidation of PL24-272 as well as the prior invalidation
4   of PL24-139 by the Supreme Court of Guam, which changes shall be collectively
5   referred to as "The Solid Waste Management Act of 2007."

6       **Section 2.**    Section 51101 of Part 2, Division 2 of Title 10 of the Guam Code
7   Annotated is hereby repealed and reenacted to read as follows:

8           **"Section 51101.    Legislative Findings.**    (a)  The Guam Legislature
9       finds:

10              (1)    The Ordot Dump continues to be a threat to the health and
11          safety of the residents of Guam, and specifically for the residents of
12          Ordot-Chalan Pago, Yona and the villages downriver and downwind;

13              (2)    Solid waste collection and disposal on Guam does not
14          adequately eliminate the threat that improperly disposed solid waste
15          poses to the health, safety, and welfare of Guam residents;

16              (3)    Under the Government of Guam Property Act, the Ordot
17          Dump shall be converted to a public park after it is closed in accordance
18          with applicable U.S. E.P.A. and government of Guam regulations. In
19          order to protect the health and welfare of the residents of Chalan Pago-
20          Ordot and the people of Guam, the Agency shall monitor the Ordot
21          Dump on an on-going basis for compliance with this Section and take
22          proper measures to mitigate environmental damage;

23              (4)    The Ordot Dump reached its capacity in the 1990's, and the
24          closure of the dump is necessary in order to eliminate this existing
25          serious environmental hazard. The dump should be converted to a public
26          park;

2

(5)     Even with closure of the Ordot Dump and construction of a new landfill, landfilling cannot continue as the sole method of waste disposal for Guam due to the shortage of land on Guam, and the general aversion of any community to the location of a landfill within their proximity;

(6)     It is in the best interest of the government to privatize through free and fair competition, the solid waste operations of the Island, from collection to disposal, without jeopardizing the job security for the employees of the Solid Waste Management Division of the Department of Public Works as well as the private businesses currently engaged in solid waste collection, recycling and other solid waste management operations;

(7)     It is in the best interest of the government to have a funding procedure or financial arrangement which will pay for operations and meet the requirements for a totally funded program for solid waste management;

(8)     Guam contains approximately 215 square miles of landmass. Thus, a source and waste disposal reduction policy shall be implemented to minimize the requirement for landfilling;

(9)     Source reduction shall include conservation and recycling programs. It shall also consider the disposal of green waste through mulching or composting, or the recovery of resources through recycling of the green waste. Construction or demolition waste and metallic debris shall be addressed alternately, and the alternate plan should include hardfilling or quarrying, recycling or disposal other than at the landfill. Rubber tires, rubber products, and batteries shall be addressed and recycled, recovered or disposed of at alternate sites;

3

1    (10) The 2006 Guam Disaster Debris Management Plan
2    addresses typhoon and other disaster recovery; it is estimated that Super
3    Typhoon Paka produced over 750,000 cubic yards of waste; Guam is in
4    the typhoon belt; in an active volcanic range; and, an active seismic zone
5    so disasters will happen on a regular basis;

6    (11) *I Liheslaturan Guåhan* further finds that while other
7    communities with alternative sites for landfilling enjoy the option of not
8    paying for source reduction and resource recovery, we must establish a
9    Guam site-specific solid waste management policy, because we have
10   very limited alternative acceptable sites for future disposal requirements;

11   (12) In 1983, the Guam Environmental Protection Agency
12   ('Agency') adopted a Solid Waste Management Plan for Guam and also
13   adopted regulations for solid waste collection and disposal; in 2000, the
14   Guam Legislature approved of the Integrated Solid Waste Management
15   Plan ("Plan") adopted in 1999 by the Agency; and in 2007 the Agency
16   updated the Integrated Solid Waste Management Plan;

17   (13) The revised and updated Integrated Solid Waste
18   Management Plan addresses the closure of the Ordot Dump, the
19   privatization of the complete solid waste operations, including landfill
20   operations and provisions for job protection for the employees of the
21   Solid Waste Division of the Department of Public Works, source
22   reduction, recycling, composting, resource recovery, waste reduction and
23   regulated landfill disposal in an integrated program for solid waste
24   collection and disposal, the funding for the Plan, implementation as well
25   as evaluations of its effectiveness and subsequent revisions and updates.
26   The Plan shall also address construction debris or demolition waste;
27   metallic debris; tires; waste oil; household hazardous waste; abandoned

4

1    vehicles and other bulky metallic waste; white goods, such as washers,
2    dryers and refrigerators; and green waste, which may be useful in some
3    form, but unnecessarily contribute to landfill volume;

4    (14) the Department of Public Works shall implement the
5    updated Integrated Solid Waste Management Plan, as approved pursuant
6    to the Administrative Adjudication Act, and regulated by the Agency;
7    and

8    (15) any and all solid waste handling and disposal contemplated
9    by and authorized under this Act shall obtain and operate under any and
10    all permits required by laws, rules and regulations applicable to Guam;
11    and

12    (16) *I Liheslaturan Guåhan* further finds that the Solid Waste
13    Management Program within the Guam Environmental Protection
14    Agency has operated for years without adequate financial resources and
15    that program funding is largely the responsibility of government of Guam
16    which can be met through a combination of permit fees and tipping/user
17    fees; and

18    (b) The purposes of this Chapter are to:

19    (1) Plan for and regulate the storage, collection, transportation,
20    separation, processing and disposal of solid waste to protect the public
21    safety, health and welfare, and to enhance the environment of the people
22    of Guam;

23    (2) Provide the authority and resources, including funding to plan
24    for, establish, finance, operate and maintain an efficient, environmentally
25    acceptable solid waste management system, privatized, but administered
26    by the Department of Public Works and regulated by Agency;

5

1           (3)     Privatize Guam's Solid Waste Management System

2         ('SWMS') subject to all applicable laws;

3           (4)     Establish the SWMS to be operated by private ventures,

4         entities or individuals, to promote land conservation by limiting

5         landfilling requirements consistent with the Integrated Solid Waste

6         Management Plan, and to establish as a limit the reusing, recycling and

7         composting of no less than twenty percent (20%) of the total solid waste

8         generated on Guam from all sources within the time frames established

9         by the Integrated Solid Waste Management Plan and a comprehensive

10       solid waste disposal and resource recovery program that ultimately will

11       minimize Guam's need for additional landfills beyond replacing the

12       Ordot Dump; quantitative factors to meet such an objective shall be

13       specified and substantiated in the Integrated Solid Waste Management

14       Plan;

15           (5)     Continue authority to regulate solid waste storage practices

16       within the Department of Public Health and Social Services pursuant to

17       Chapter 33 of this Title and, where applicable, to continue such authority

18       in the Department of Public Works to insure that such practices do not

19       constitute a danger to human health, safety and welfare;

20           (6)     Continue authority in the Agency to review the design of

21       and to issue permits for the operation of solid waste collection, transport,

22       processing and disposal activities;

23           (7)     Continue authority in the Agency to undertake a

24       comprehensive investigation of and set minimum standards for the

25       transportation, processing, storage, treatment, and disposal of hazardous

26       waste, and conduct surveys for special disposal facilities for hazardous

27       waste, to protect public health, other living organisms and the

6

environment through an effective and efficient hazardous waste management system;

(8)   Continue authority in the Agency to establish and implement an enforcement system to prevent the improper disposal of solid waste;

(9)   Promote the application of a Solid Waste Management System which preserves and enhances the quality of air, water and land resources;

(10)   Promote and assist in the development of markets for recovered and recycled materials;

(11)   Support and encourage the rapid and efficient removal, recycling, processing, or disposal of abandoned vehicles and other bulky waste, and to assure that the recovery of resources is facilitated;

(12)   Authorize the of the Ordot Dump site, and promote, assist and support the construction and operation of privatized disposal, resource recovery and other solid waste management facilities;

(13)   Require consideration and evaluation of treatment of bottom and fly ash generated from resource recovery facilities that any municipal solid waste incinerator company which operates a facility which generates bottom and fly ash or waste ash shall be responsible for the collection and disposal thereof and cost of the collection and disposal thereof; and

(14)   Authorize the Agency to establish such advisory committees as are necessary to carry out its planning and solid waste management responsibilities; the committees should include but not be limited to representatives of Agency, DPW, the Department of Public Health and Social Services, collectors, operators, applicable Federal agencies, educational/environmental groups and the public at large."

7

1    **Section 3.**   Section 51102 of Chapter 51, Part 2, Division 2 of Title 10 of the
2 Guam Code Annotated is hereby *repealed and reenacted* to read as follows:

3         **"Section 51102.**   **Definitions.**       For the purpose of this Chapter,
4 the following words and phrases shall have the meanings given herein, unless
5 their use in the text of the Chapter clearly demonstrates a different meaning.

6         (1)   'Administrator'  means  the  Administrator  of  Guam
7 Environmental Protection Agency or his designee.

8         (2)   'Agency'  means  the  Guam  Environmental  Protection
9 Agency.

10         (3)   'Best public interest' means any activity which: lessens the
11 demand for landfill sites, conserves land resources and serves to insure
12 proper, cost effective and environmentally sound disposal of solid waste;
13 and, does not pose health risks to human life or endanger plant and
14 animal life.

15         (4)   'Board' means the Board of Directors of the Agency.

16         (5)   'Business' means and includes any activity or conduct,
17 whether proprietary, partnerships, corporate or whatever form, engaged
18 in, or caused to be engaged in, with the object of gain or economic
19 benefit, either direct or indirect, but shall not include casual sales,
20 personal service contracts, fundraising activities by political candidates
21 or the activities of non-profit associations.

22         (6)   'Collection' or 'Collect' means the act of removing solid
23 waste from a generator.

24         (7)   'Collector' means any individual, governmental organization
25 or business which has received a permit to collect and transport waste in
26 accordance with applicable laws and regulations.

8

1        (8)    'Combustion' means to thermally break down certain types
2    of solid waste in an enclosed device using controlled temperatures.

3        (9)    'Composting' means the controlled degradation of organic
4    solid waste.

5        (10)   'Department' means the Department of Public Works
6    ('DPW').

7        (11)   'Director' means the Director of DPW.

8        (12)   'Disposal' means the discharge, deposit, injection, dumping,
9    spilling, leaking, or placing of any solid waste or hazardous waste into or
10   on any land or water so that such solid waste or hazardous waste or any
11   constituent thereof may enter the environment or be emitted into the air
12   or discharged into any waters, including ground water.

13       (13)   'Division' means the Division of Solid Waste Management
14   of the DPW.

15       (14)   'Dump' means a land site where solid waste is disposed
16   without a valid permit or a landfill that has historically been in regulatory
17   noncompliance.

18       (15)   'Duplex' means a residential building containing two (2)
19   separate dwelling units either side by side or one above the other.

20       (16)   'Dwelling' means a building or portion thereof designed
21   exclusively for residential occupancy by one (1) family for living and
22   sleeping purposes and not to exceed two (2) dwelling units.

23       (17)   'Dwelling unit' means one (1) or more rooms and a single
24   kitchen in a dwelling, designed as a unit for occupancy by one (1) family
25   for living and sleeping purposes.

26       (18)   'Financial assurance' means a financial guarantee assuring
27   that funds are available to pay for the design, construction, operation and

9

1    closure of a solid waste landfill facility, for rendering post-closure at a
2    solid waste landfill facility, for corrective action and to compensate third
3    parties for bodily injury and property damage caused by sudden and non-
4    sudden accidents related to the operation of a solid waste landfill facility.

5        (19)  'Generator' means any person that generates or produces
6    solid waste.

7        (20)  'Government' means the government of Guam, all of its
8    agencies, whether line or autonomous, and all public corporations.

9        (21)  'Hardfill' means a method of compaction and earth cover of
10    solid wastes other than those containing garbage or other putrescible
11    (putrescent) waste, including, but not limited to, demolition material, and
12    like materials not constituting a health or nuisance hazard, where cover
13    need not be applied on a per day used basis.  No combustible materials
14    shall be deposited in a hardfill.

15            (i) 'Combustible Materials' shall mean any solid or liquid
16        that may be ignited.

17                (A)  'Combustible Solids', as defined in Title 49 of
18            the Code of Federal Regulations, Chapter 1, Subtitle B, Part
19            173.124, are those capable of igniting and burning.

20                (B)  'Combustible Liquids', as defined in Title 29 of
21            the Code of Federal Regulations, Chapter 17, Subtitle B,
22            Part 1910.106, shall mean any materials having a flash point
23            at or above 100 degrees Fahrenheit (37.8 degrees Celsius),
24            but below 200 degrees Fahrenheit (93.3 degrees Celsius),
25            except any mixture having components with flashpoints of
26            200 degrees Fahrenheit (93.3 degrees Celsius), or higher, the

10

1   total volume of which make up ninety-nine percent (99%) or

2   more of the total volume of the mixture.

3   (22) 'Hazardous Waste' means any material or substance which,

4   by reason of its composition or characteristics,

5   (i)   is hazardous waste as defined in the Solid Waste

6   Disposal Act, 42 USC §6901, et seq., as amended, replaced or

7   superseded and the regulations implementing same,

8   (ii)   is a hazardous substance as defined by the

9   Comprehensive Environmental Response, Compensation and

10  Liability Act of 1980, 42 USC § 9601, et seq., as amended,

11  replaced or superseded and the regulations implementing same

12  (iii)   is material the disposal of which is regulated by the

13  Toxic Substances Control Act, 15 USC § 2601, et seq., as

14  amended, replaced or superseded, and the regulations

15  implementing same,

16  (iv)   is special nuclear or by-products material within the

17  meaning of the Atomic Energy Act of 1954,

18  (v)   is pathological, infectious or biological waste,

19  (vi)   is treated as hazardous waste or as a hazardous

20  substance under applicable law,

21  (vii)   requires a hazardous waste or similar permit for its

22  storage, treatment, incineration of disposal,

23  (viii) may cause or significantly contribute to an increase in

24  mortality or an increase in serious irreversible, or incapacitating

25  reversible illness, or

11

1                 (ix)   may pose a substantial present or potential hazard to

2           human health or the environment when improperly treated, stored,

3           transported or disposed of, or otherwise damaged.

4         (23)  'Highway' means the entire width between the boundary

5 lines of every right-of-way or publicly maintained travel ways when any

6 part thereof is open to the use of the public for purposes of vehicular

7 travel.

8         (24)  'Incinerator' means an enclosed device using controlled

9 flame combustion, the primary purpose of which is to thermally break

10 down solid waste.

11         (25)  'Multi-family dwelling' means a building containing three

12 (3) or more dwellings.

13         (26)  'Office' means the Office of Recycling of the Division.

14         (27)  'Operator' means any person who accepts solid waste from a

15 collector for transfer, storage, recycling, combustion, processing or

16 disposal.

17         (28)  'Performance bond' means a security for financial loss

18 caused by the act or default performance of a person or by uncontrollable

19 conditions.

20         (29)  'Person' means any individual, partnership, co-partnership,

21 firm, company, corporation, association, joint stock company, trust,

22 estate, or any agency, department, or instrumentality of the Federal or

23 local government, or any other legal representatives, agents or assigns.

24         (30)  'Plan' means the Solid Waste Management Plan or the

25 Integrated Solid Waste Management Plan prepared and adopted by the

26 Agency in accordance with the Administrative Adjudication Law.

12

1    (31) 'Plasma torch heating technology' means converting
2    electrical energy into heat energy producing clean fuel gas and recyclable
3    slag.

4    (32) 'Plasma Remediation In-Situ Materials' ('PRISM') means a
5    plasma torch technology process that melts down and converts landfill
6    material into slag and fuel gas.

7    (33) 'Pollution' means the condition caused by the presence in the
8    environment of substances of such character and in such quantities that
9    the quality of the environment is impaired or rendered offensive to life.

10   (34) 'Processing' means any method, system or other treatment
11   designed to change the physical, chemical or biological character or
12   composition of any solid waste. This includes the neutralization of any
13   hazardous waste; the rendering of any hazardous waste non-hazardous,
14   safer for transport, amenable for recovery, amenable for storage or
15   reduced in volume; or any other activity or processing designed to
16   change the physical form or chemical composition of hazardous waste so
17   as to render it non-hazardous.

18   (35) 'Recyclable materials' includes the following materials
19   discarded from households, businesses, commercial and industrial
20   establishments, hotels, government, agricultural, landscaping, yard
21   maintenance and military operations which may be reused or for which a
22   market exists:

23       (i) 'aluminum' means any product manufactured of
24       aluminum or aluminum alloy;

25       (ii) 'battery' means any lead acid battery or dry cell battery
26       discarded on Guam, independent of intended use;

13

1           (iii) 'biomass' means any large biomass source, such as trees,

2        wood, grass, hedge cuttings, jungle growth, yard waste and sewage

3        sludge;

4           (iv) 'construction debris' means the materials from building

5        construction;

6           (v) 'corrugated cardboard' means kraft, jute or test liner pulp

7        which is made by combining two (2) or more webs of paper and

8        formed or shaped into wrinkles or folds or into alternate ridges and

9        grooves;

10           (vi) 'demolition waste' means the materials obtained from

11        the demolishment or razing of buildings;

12           (vii) 'glass' means any product manufactured from a mixture

13        of silicates, borates or phosphates;

14           (viii) 'metal scrap' means any metal, in whole or in parts,

15        from buildings, equipment, machinery or vehicles;

16           (ix) 'newspaper' means a publication which is distributed and

17        contains news articles, opinions, features, and advertising and is

18        printed on impermanent wood pulp materials;

19           (x) 'office paper' means computer paper and white and

20        colored ledger paper;

21           (xi) 'used oil' means any petroleum-based, mineral, or

22        synthetic oil which through use, storage or handling has become

23        unsuitable for its original purpose due to the presence of impurities

24        or loss of original properties; and

25           (xii) such other materials which the Department determines,

26        from time to time, may be recycled.

14

1     (36) 'Recycle' or 'Recycling' means the method by which
2 recovered resources are converted for use as raw material or feedstock to
3 make new products.

4     (37) ' Recycling Officer' means the head of the Office of
5 Recycling.

6     (38) 'Resource recovery' means the process of recovering
7 recyclable materials or the recovery of energy from solid waste.

8     (39) 'Reusing' means the reintroduction of a commodity in the
9 economic stream without any changes.

10     (40) 'Sanitary landfill' means an approved site where solid waste
11 and ash are disposed using modern sanitary landfilling techniques in
12 accordance with federal and local regulations.

13     (41) 'Sanitary landfilling' means an engineered method of
14 disposing of solid waste on land in accordance with federal and local
15 regulations in a manner that protects the environment by spreading the
16 waste in thin layers, compacting it to the smallest practical volume, and
17 covering it with approved material at the end of each working day.

18     (42) 'Separation' means the systematic division of solid waste
19 into designated components.

20     (43) 'Single Family Residence' means a detached building
21 designed for and/or occupied exclusively by one (1) family, or one (1) of
22 two (2) dwelling units on a duplex.

23     (44) 'Solid waste' means any garbage, refuse or sludge from a
24 waste treatment plant, water supply treatment plant, or air pollution
25 control facility and other discarded and/or spilled materials, including
26 solid, liquid, semisolid or contained gaseous material resulting from
27 industrial, mining, commercial, and agriculture operations, and from

15

1    community activities, but does not include solid or dissolved material in
2    domestic sewage, or solid or dissolved materials in irrigation return flows
3    or industrial discharges which are point sources subject to permits under
4    §402 of the Federal Water Pollution Control Act, as amended (68 Stat.
5    880), or source, special nuclear, or by-product material as defined by the
6    Atomic Energy Act of 1954, as amended (68 Stat. 923).

7         (45)  'Solid waste management' means the purposeful, systematic
8    control of the generation, storage, collection, transportation, separation,
9    processing and disposal of solid waste.

10        (46)  'Solid waste management facilities' means any facility, or
11   any machinery, equipment, vehicles, structures or any part of accessories
12   thereof installed or acquired for the primary purpose of: collection,
13   transportation, storage, recycling, processing or disposal of solid waste,
14   and shall include sanitary landfills, resource recovery facilities, or plasma
15   torch.

16        (47)  'Solid Waste Management Plan' or "Integrated Solid Waste
17   Management Plan" means a comprehensive plan and all amendments and
18   revisions thereto for provisions of solid waste management throughout
19   Guam.

20        (48)  'Solid waste management practices' means the actions to
21   effectuate the generation, storage, collection, transportation, processing,
22   recycling, incineration, plasma torch or resource recovery or disposal of
23   solid waste.

24        (49)  'Solid Waste Management System' ('SWMS') means the
25   entire system covered in the Plan.

16

1                  (50)   'Source separated waste' means recyclable materials which

2        are set aside by the generator for segregated collection and transport to

3        solid waste management facilities.

4                  (51)   'Storage' means the interim containment of solid waste in

5        accordance with Federal and local regulations.

6                  (52)   'Transfer station' shall mean any intermediate waste facility

7        in which solid waste collected from any source is temporarily deposited

8        and stored while awaiting transportation to another solid waste

9        management facility."

10    **Section 4.**   Section 51103 of Chapter 51, Part 2, Division 2 of Title 10 of the

11  Guam Code Annotated is hereby *repealed and reenacted* to read as follows:

12      **"Section 51103.   Powers and Duties of the Agency and the**

13    **Department.**    (a)    The Agency shall have the authority under this Act

14    and other laws of Guam to:

15                (1)   Prepare and adopt in accordance with the Administrative

16    Adjudication Law an Integrated Solid Waste Management Plan,

17    consistent with the provisions of this Act;

18                (2)   The Integrated Solid Waste Management Plan shall be

19    revised and updated at least every five (5) years, or sooner as needed;

20                (3)   Administer Guam's Solid Waste Management Program

21    pursuant to provisions of this Chapter;

22                (4)   Prepare, adopt, promulgate, modify, update, and repeal rules

23    and regulations in cooperation with appropriate government agencies,

24    industries and private parties, for the collection, transportation, storage

25    and disposal of hazardous waste;

26                (5)   Prepare, adopt, promulgate, modify, update, repeal, and

27    enforce rules and regulations setting environmental standards for

1     collection, transportation, separation, processing, recycling, materials and

2     resource recovery, incineration, plasma torch and disposal of solid waste

3     in order to conserve the air, water, and land resources of Guam, protect

4     the public health, prevent environmental pollution and public nuisances,

5     and enable it and the Department to carry out the purposes and provisions

6     of this Chapter and the Plan;

7          (6)    Establish the procedures for review and issuance of permits

8     governing the design, operation, closure, and post-closure of solid waste

9     management facilities, which procedures shall be consistent with the

10    procedures used by the United States Environmental Protection Agency

11    in the issuance of similar permits;

12         (7)    Enforce compliance with any of its rules and regulations

13    issued pursuant to this Chapter and require the taking of such remedial

14    measures for solid waste management or solid waste management

15    practices as may be necessary or appropriate to implement or effectuate

16    provisions and purposes of this Chapter;

17         (8)    Prepare, adopt, promulgate, modify, update, repeal, and

18    enforce such other rules and regulations as may be necessary to maintain

19    a hazardous waste program which meets the requirements of Section

20    3006 of the Federal Resource Conservation and Recovery Act (42 U.S.C.

21    6926, et seq.) and regulations promulgated pursuant thereto;

22         (9)    Prepare, issue, modify, remove and enforce orders for

23    compliance with any of the provisions of this Chapter or of any rules and

24    regulations issued pursuant thereto and requiring the taking of such

25    remedial measures for solid waste management as may be necessary or

26    appropriate to implement or effectuate the provisions and purposes of this

27    Chapter;

18

(10) Impose and collect penalties against any person for the violation of any of its permits, rules, regulations or compliance orders issued under this Chapter;

(11) Require a financial guarantee assuring that funds are available to pay for the design, construction, operation and closure of a solid waste landfill facility, for rendering post-closure at a solid waste landfill facility, for corrective action and to compensate third parties for bodily injury and property damage caused by sudden and non-sudden accidents related to the operation of solid waste landfill facility;

(12) Serve as the official government of Guam representative for all purposes of the Federal Solid Waste Disposal Act, (P.L. No. 91-512), or as subsequently amended, and for the purpose of such other local or Federal legislation as has been or may hereafter be enacted to assist in the management of solid waste;

(13) Provide technical assistance to local and Federal agencies, and other persons, and cooperate with appropriate local agencies and private organizations in carrying out the duties under this Chapter;

(14) Encourage and recommend procedures for private financing to develop, design, construct and operate solid waste management system in accomplishing the desired objectives of this Chapter;

(15) Insure that the interest of existing permitted private entities actively engaged in solid waste management operations are duly and lawfully protected and are not unfairly jeopardized or removed;

(16) Determine the applicability, type and sum required for posting a performance bond on solid waste management facilities that are not municipal solid waste landfills;

19

1  (17)  Monitor and enforce the mandates of Public Law Number

2  21-22 (The purchasing and use of biodegradable, reusable, recyclable or

3  recycled products by the General Services Agency ("GSA") and other

4  government of Guam entities or agencies.); and

5  (18)  Implement and coordinate efforts with the Office of

6  Recycling at the Department of Public Works to:

7  (1)  Establish and manage promotional programs for

8  recycling, composting and the recovery of resources; and

9  (2)  Plan, organize, coordinate and pursue the following

10  objectives:

11  A.  Publish and disseminate guidebooks,

12  newsletters and instruction manuals to promote recycling;

13  B.  Formulate and recommend other recycling

14  demonstration projects and initiatives;

15  C.  Identify economically priced products

16  manufactured of recycled material which are usable by the

17  government in the place of products manufactured of virgin

18  material;

19  D.  Study recycling techniques to determine the

20  cost-effective manner of collecting, processing, storing,

21  marketing, transporting or reusing recyclable materials;

22  E.  Establish a recycling telephone helpline serving

23  to take inquiries and disseminate information on recycling;

24  F.  Recommend new legislation through *I*

25  *Maga'lahen Guåhan* to facilitate recycling through

26  planning, market research, source separated waste,

20

surcharges, fees, operational subsidies, tax incentives and other similar means;

  G. Identify and promote businesses that reuse or convert recyclable materials, or make every effort to reduce solid waste;

  H. Conduct media advertising, public opinion surveys, seminars, workshops and community relation campaigns to promote public awareness of the benefits and methods of recycling, composting and source reduction; and

  I. Establish a recycling, composting, and source reduction network with the Mayors, directors and school principals.

(b) The Department shall have the following powers and duties:

  (1) Adopt and enforce rules, regulations and other procedures, pursuant to the Administrative Adjudication Law for the implementation of the solid waste management system created by the Integrated Solid Waste Management Plan and such other rules and regulations as are necessary to fulfill the Department's powers and duties under this Chapter;

  (2) Privatization of the collection, transportation and disposal of solid waste from all dwellings in all villages of Guam. The Department shall not have jurisdiction over and shall not privatize the collection of solid waste from any hotels, commercial or industrial establishments, or from any multi-family dwellings.

  (3) Privatize all other solid waste management facilities and operations not addressed above in Subsection (2) and within the policy guidelines of the Integrated Solid Waste Management Plan, including the

21

1    closure and beneficial use of the Ordot Dump site, source reduction,
2    recycling, composting, resource recovery, waste reduction, new landfill
3    and transfer stations. This responsibility shall also address construction
4    debris or demolition waste, metallic debris, white goods, tires and green
5    waste; contracts with private entities shall fully encompass development,
6    financing, construction and operation of any such facilities;

7        (4)    Fulfill any of its duties under this Act and consistent with
8    the Plan by  entering into contracts with private entities after public bid
9    all such new contracts shall be entered into according to the procedures
10    of the Guam Procurement Law, Chapter 5, Division 1 of Title 5 of the
11    Guam Code Annotated, and other applicable laws of Guam;

12        (5)    Establish administrative procedures for the dissemination of
13    rates and fee schedules and the collection of fees and charges authorized
14    and duly adopted or set pursuant to this Act by the Public Utilities
15    Commission for the collection, processing, resources recovery or disposal
16    of solid waste within Guam, including, but not limited to, fees assessed to
17    owners of dwellings, fees assessed to any other generators or collectors,
18    and fees assessed for solid waste received at designated solid waste
19    management facility within Guam;

20        (6)    Administer, supervise and fulfill the responsibilities of the
21    government in any contract entered into pursuant to provisions of the
22    Guam Procurement Law (5 GCA Chapter 5 for the development,
23    construction, operation or closure of landfills, or any other solid waste
24    management facility contracted or prescribed in the Plan and legally
25    established under Guam and Federal laws, rules and regulations;

26        (7)    Organize, plan for, secure and manage resources and
27    promote the implementation of the Plan;

22

1        (8) Evaluate and promote capital improvements and maintenance

2    programs to the solid waste management system;

3        (9)   Address the necessity for a facility for the shredding of tires

4    for recycling or for use as rubberized asphalt;

5        (10)   Address the necessity for a facility for the recycling of glass,

6    including its use as glassphalt;

7        (11)   Address the necessity for a facility for the recycling of scrap

8    metals, including discarded vehicles, appliances and equipment,

9    including shredding for containerization or other shipment;

10       (12)   Require the preparation of any necessary environmental

11   impact assessments or environmental impact reports;

12       (13)   Apply for all grants-in-aid requests and administration of

13   any such programs or funds, except those established for recycling.

14   (c)   There is established within the Division of Solid Waste of the

15   Department, the Office of Recycling and the position of Recycling Officer who

16   shall head the Office. The Office shall be responsible for the following:

17       (1)   Establishing and managing in conjunction with the Agency

18   and the Integrated Solid Waste Management Plan a promotional program

19   for recycling, composting and the recovery of resources, including

20   recommendations on the size, character, location and ownership of any

21   RRF or composting facility;

22       (2)   Evaluating and insuring adequate capacities within the solid

23   waste management system for recycling;

24       (3)   Plan, organize, coordinate and pursue the following

25   objectives:

26       (i)   Publish and disseminate guidebooks, newsletters and

27   instruction manuals to promote recycling;

23

1
2       (ii)    In conjunction with the Mayors Council of Guam, conduct public outreach activities to promote recycling;

3       (iii)   Establish recycling demonstration projects and
4       implement Article VI of this Chapter;

5       (iv)    Develop a recommended program for composting of
6       biomass on government property;

7       (v)     Formulate and recommend other recycling
8       demonstration projects and initiatives;

9       (vi)    Identify economically priced products manufactured
10      of recycled material which are usable by the government in the
11      place of products manufactured of virgin material;

12      (vii)   Study recycling techniques to determine the most
13      cost-effective manner of collecting, processing, storing, marketing,
14      transporting or reusing recyclable materials;

15      (viii)  Establish a recycling telephone hotline serving to take
16      inquiries and disseminate information on recycling;

17      (ix)    Recommend the establishment or revision of
18      administrative or procurement practices which will promote
19      recycling;

20      (x)     Determine and report through the Director to the
21      Guam Legislature the costs and benefits of establishing a system
22      for source separated waste;

23      (xi)    Recommend new legislation to facilitate recycling
24      through planning, market research, source separated waste,
25      surcharges, fees, operational subsidies, tax incentives and other
26      similar means;

24

1           (xii)   Identify and promote businesses reusing or converting

2           recyclable materials

3           (xiii)  Advise and assist collectors on efficient techniques for

4           recycling; and

5           (xiv)  Conduct media advertising, public opinion surveys,

6           seminars, workshops and community relations campaigns to

7           promote public awareness of the benefits and methods of

8           recycling."

9      **Section 5.**    Section 51104 of Chapter 51, Part 2, Division 2 of Title 10 of the

10  Guam Code Annotated is hereby *repealed and reenacted* to read as follows:

11       **"Section 51104. Permits.**    (a)    The Administrator is authorized to

12      issue permits for all collectors, operators and solid waste management facilities,

13      their design, operation, maintenance, substantial alteration, modification or

14      enlargement. All such permits shall be non-transferable and conditioned upon

15      the observance of the laws of Guam and rules, compliance orders or regulations

16      authorized in this Chapter. All such permits shall include provisions to hold the

17      permittee liable during the duration of the permit and thirty (30) years after the

18      expiration of the permit for all costs related to health and environmental

19      restoration attributed to the operation of the facility.

20           (b)    Each permit holder shall apply for the renewal of each permit held,

21      upon forms provided by the Agency, not less than sixty (60) days prior to the

22      expiration date of such solid waste management permit to be renewed, or not

23      less than one hundred eighty (180) days prior to the expiration date of each

24      solid waste disposal or processing permit, hazardous waste management permit

25      to be renewed.

26           (c)    Each permit application and each permit renewal application shall

27      be submitted with proof of financial assurance, of a type and in a sum

25

1    established by the Administrator conditioned on the fulfillment by the permit
2    holder of the requirements of this Chapter and the rules and regulations
3    authorized therein. No financial assurance mechanism required under this
4    Chapter may be canceled by the guarantor unless the Administrator has
5    received written notice thereof and there has been a lapse of one hundred
6    twenty (120) days between receipt of notice and cancellation date.

7        (d)    Before issuing a solid waste management permit to any person
8    with respect to any facility for the processing, storage or disposal of solid waste,
9    the Administrator shall:

10            (1)    Cause to be published in a major local newspaper or
11        newspaper of general circulation, and broadcast over a local radio station
12        or stations, notice of the Agency's intention to issue such a permit.

13            (2)    If, within thirty (30) days for new permits and fifteen (15)
14        days for permit renewals after publication and broadcast, the Agency
15        receives written notice of opposition to the Agency's intention to issue
16        such permit and a request for a hearing is made, the Agency shall provide
17        for a hearing in accordance with the Administrative Adjudication Law, if
18        requested by a substantially affected party or an informal public meeting
19        if requested by any other person.

20        (e)    Before issuing a hazardous waste management permit to any
21    person with respect to any facility for the processing, storage or disposal of
22    hazardous waste, the Administrator shall:

23            (1)    cause to be published in a major local newspaper or
24        newspaper of general circulation, and broadcast over a local radio station
25        or stations, notice of the Agency's intention to issue such a permit; and

26            (2)    if, within thirty (30) days for new permits and fifteen (15)
27        days for permit renewals after publication and broadcast, the Agency

26

1             receives written notice of opposition to the Agency's intention to issue

2             such permit and a request for a hearing is made, the Agency shall provide

3             for a hearing in accordance with the Administrative Adjudication Law, if

4             requested by a substantially affected party or an informal public meeting

5             if requested by any other person.

6             (f)      The Administrator is authorized and directed to suspend, revoke,

7 condition, modify or terminate any permit issued under Subsection (a) of this

8 Section for non-compliance with any of the rules, compliance orders,

9 regulations or permit conditions authorized in this Chapter.

10             (g)      The Administrator shall determine the applicability for requiring a

11 performance bond for permit applications and permit renewal applications for

12 solid waste management facilities that are not landfills. Upon the determination

13 that a performance bond is required, that Administrator will decide the type and

14 sum required to ensure fulfillment by the permit holder of the requirements of

15 this Chapter and the rules and regulations authorized therein."

16      **Section 6.**      Section 51110 of Chapter 51, Part 2, Division 2 of Title 10 of the

17 Guam Code Annotated is hereby *repealed and reenacted* to read as follows:

18             **"Section 51110.    Prohibited Solid Waste Activities.**    (a)      It      shall

19 be unlawful for any person to:

20             (1)      Violate any provision of this Chapter or any permit, rule,

21 regulation, standard, or order issued pursuant to this Chapter;

22             (2)      Own, operate or use a dump for the disposal of solid waste;

23             (3)      Place, or allow to be placed, any solid waste upon the

24 highways, public or private property contrary to the provisions of this

25 Chapter;

26             (4)      Manage solid waste facilities without a permit issued

27 pursuant to this Chapter;

27

1         (5)    Store, collect, transport, process, or dispose of solid waste in

2    such a manner as to degrade the environment, create a public nuisance,

3    create a health or safety hazard, or violate any provisions of this Chapter;

4         (6)    Transport any solid waste in any vehicle in any street or

5    highway unless adequate precautions are taken to prevent such solid

6    waste from falling or from being dislodged from such vehicle upon any

7    street, highway, or any other public or private property;

8         (7)    Not immediately pick up and remove waste which has fallen

9    off the vehicle they are operating during the course of transportation

10   upon any street, highway or any other public or private property;

11        (8)    No person shall destroy or attempt to destroy by burning,

12   except as authorized by §73113 of Chapter 73, Division 3 of Title 10 of

13   the Guam Code Annotated, any garbage, dead animals or other offensive

14   substances, the burning of which may give off foul and noisome odor.

15   Nothing in this Section shall preclude the burning of trees, brush, grass

16   and other vegetable matter authorized by the Administrator;

17        (9)    Improperly manage a solid waste management facility.

18    (b)    Each day of continued violation of this section or the provisions of

19 this Chapter or rules and regulations authorized herein shall be deemed a

20 separate offense or violation."

21 **Section 7.**    Section 51111 of Chapter 51, Part 2, Division 2 of Title 10 of the

22 Guam Code Annotated is hereby *repealed and reenacted* to read as follows:

23    "**§51111.**    **Prohibited Hazardous Waste Activities.**    (a)    It    shall

24 be unlawful for any person to:

25        (1)    Violate any provision of this Chapter or any permit, rule,

26   regulation, standard, or order issued pursuant to this Chapter;

28

1    (2) Own, operate or use a dump for the disposal of hazardous

2   waste;

3    (3) Place, or allow to be placed, any hazardous waste upon the

4   highways, public or private property contrary to the provisions of this

5   Chapter;

6    (4) Manage hazardous waste facilities without a permit issued

7   pursuant to this Chapter;

8    (5) Store, collect, transport, process or dispose of hazardous

9   waste in such a manner as to degrade the environment, create a public

10   nuisance, create a health or safety hazard as determined by the Director

11   of the Department of Public Health and Social Services or the Adminis-

12   trator or violate any provision of this Chapter;

13    (6) Knowingly make any false statement or representation in

14   any hazardous waste application, label, manifest, record, report, permit or

15   other document filed, maintained, or used for purposes of compliance

16   with the provisions of this Chapter.

17    (7) Improperly manage or operate a hazardous waste management

18   facility.

19   (b) Each day of continued violation of this section or the provisions of

20  this Chapter or rules and regulations authorized herein shall be deemed a

21  separate offense or violation."

22  **Section 8.** Section 51118 of Chapter 51, Part 2, Division 2 of Title 10 of the

23 Guam Code Annotated is hereby *repealed and reenacted* to read as follows:

24   "**§51118. Tipping/User Fees and Solid Waste Operations Fund.** (a)

25   **Legislative Intent.** Tipping and user fees shall provide a financing source for

26   government of Guam costs and expenses directly related to the regulatory

27   oversight of solid waste management activities and facilities, the closure of the

29

1    Ordot Dump, the development, design, construction, operation and final closure

2    of a new sanitary landfill and the Ordot Dump, as well as other solid waste

3    management facilities that are contracted or may be established by this Act and

4    in accordance with the plan and annual fiscal year appropriation for the

5    Division of Solid Waste Management of DPW.

6    **(b)    PUC Rate-making.**    The  Public  Utilities  Commission  of

7    Guam ['PUC'] is authorized to establish and amend commercial, government

8    and residential tipping and user fees [including without limitation a self-drop

9    fee, a variable residential tipping fee and a targeted lifeline rate for residential

10   tipping fee, collectively referred to as "tipping fees"]. Tipping fees established

11   by the PUC shall be based on volume and on an actuarial analysis of costs of

12   service.   The PUC is empowered to undertake updates to its 2006 Focused

13   Management Audit of the operations of the Department of Public Works

14   Division of Solid Waste Management. In performing its duties under this

15   Section, the PUC shall have the full authority and powers conferred upon it by

16   its enabling legislation, 12 GCA 12000 et. sec., including the audit power

17   conferred upon it by Public Laws 25-05:12 and 26-78:2.

18   **(c)    Solid Waste Operations Fund.**    All tipping, user and other

19   fees authorized under this Section shall be deposited as follows:  ninety-five

20   percent (95%) to a special fund designated and hereby established as the Solid

21   Waste Operations Fund and five percent (5%) to the Solid Waste Management

22   Fund, a special fund administered by the Guam Environmental Protection

23   Agency as provided for in this Chapter. All tipping/user fees in the Solid Waste

24   Operations Fund shall be used solely for solid waste management and, pursuant

25   to PUC order, for the payment of regulatory costs and expenses as may be

26   incurred by the PUC in performing its regulatory duties under this Section. The

27   Solid Waste Operations Fund shall be non-lapsing and shall be maintained

30

1  separate and apart from any other fund of the government of Guam and shall be
2  administered by the director of the Department of Public Works. This fund
3  shall not be commingled with the General Fund and shall be kept in a separate
4  bank account to be in the name of the Department of Public Works, Solid Waste
5  Operations Fund. Independent records and accounts shall be maintained in
6  connection therewith and provided to the PUC within 21 days of the close of
7  each fiscal quarter. Nothing herein shall be construed as preventing *I*
8  *Liheslaturan Guåhan* from making additional appropriations to the Solid Waste
9  Operations Fund. *I Maga'lahen Guåhan's* transfer authority shall not apply to
10 this or any other appropriation to the Solid Waste Operations Fund, except that
11 *I Maga'lahen Guåhan* may transfer funds into the Solid Waste Operations Fund
12 to the extent permitted by law. *I Maga'lahen Guåhan* may transfer to the Solid
13 Waste Operations Fund funds in excess of the amounts appropriated to the
14 Solid Waste Operations Fund herein if he determines that an emergency has
15 created a need for such a transfer.

16    **(d)**    **Variable Residential Tipping Fees.** In recognition of the fact
17 that a flat rate for the residential tipping discourages trash reduction, penalizes
18 smaller families and subsidizes large residential generators of waste, the PUC
19 shall develop and institute a sliding scale of residential tipping fees. The sliding
20 scale shall, at minimum, charge residential generators based on the amount of
21 waste produced.

22    **(e)**    **Lifeline Rates for Tipping Fees.** The PUC shall establish
23 and thereafter modify from time to time Targeted Lifeline Rates for Residential
24 Tipping Fees covering pick-up and delivery of residential trash only that are
25 consistent with the method used by the Public Utility Commission in setting
26 lifeline rates for electricity or water.

31

1       **(f)**    **Good Citizen" Exemption Established.**    Any        individual,
2 registered non-profit organization, or other person who intends to volunteer
3 their resources for the purpose of cleaning up and collecting trash and litter
4 from public places or facilities may be granted a temporary exemption from
5 tipping and user fees by securing a written exemption from the Department of
6 Public Works in advance of their planned collection activities. The Department
7 of Public Works shall determine the manner, time limit and procedure by which
8 such an exemption may be granted and honored.

9       **(g)**    **Temporary Exemption of Tipping Fees Following a Force**
10 **Majeure.**    Following a force majeure, *I Maga'lahen Guåhan* shall be
11 authorized to suspend residential tipping fees for all residential solid waste
12 collected and transported to a landfill that is operated by the Department or its
13 contractor for a period not to exceed thirty (30) days."

14       **Section 9.**   §51119, Chapter 51, Part 2, Division 2 of Title 10 of the Guam
15 Code Annotated is hereby *repealed and reenacted* to read as follows:

16       **"Section 51119.    The Integrated Solid Waste Management Plan.**

17       **(a)**    The Plan shall include, but not be limited to, source reduction,
18 recycling, composting, resource recovery and sanitary landfilling, with the
19 objective of reducing the amount of solid waste to be processed, landfilled or
20 otherwise legally disposed of. It shall also require the application of plasma
21 torch or flame technology, if permitted and cost effective, to stabilize materials
22 at the Ordot Dump. It shall also include:

23             (1)    A program for the privatization of all solid waste operations
24             within the authorized frameworks as enacted by this Article;

25             (2)    An inventory of current residential, business, military and
26             other institutional solid waste generation;

32

1              (3)    An inventory of existing publicly available solid waste
2    management facilities and an inventory of existing collection systems
3    and routes;

4              (4)    Projections of residential, business, military and other
5    institutional solid waste that will be generated within Guam during the
6    five (5) and ten (10) year periods following the effective date of this
7    Section;

8              (5)    Projections for decrease in solid waste disposal as a result of
9    source reduction, recycling and solid waste management facilities;

10           (6)    An identification of potential sites for future sanitary
11    landfills;

12           (7)    Projections for potential requirements for monofills at future
13    sanitary landfill for special wastes, such as asbestos or ash;

14           (8)    Provide for and incorporate recycling activities required in
15    §51103 of this Article and Articles V and VI of this Chapter;

16           (9)    Provide guidelines for the orderly collection, transportation,
17    storage, separation, processing, recycling, combustion and disposal of all
18    solid waste;

19           (10)   Provide programs for the educational training of collectors,
20    operators and other solid waste management professionals;

21           (11)   Provide for a public education program encouraging
22    recycling and source reduction and explaining the Plan;

23           (12)   Suggest new legislation to improve solid waste
24    management;

25           (13)   Evaluate and determine markets for recycled materials;

33

1                        (14)   Investigate and recommend new technologies for source

2               reduction, recycling, composting, sanitary landfill and other solid waste

3               disposal; and

4                        (15)   Provide guidelines, including timeline for converting the

5               Ordot Dump to beneficial use.

6               (b)     The Plan shall be revised and updated by the Agency every five (5)

7    years."

8    **Section 10.**  Section 5 of Public Law 24-309 is hereby repealed in its entirety.

9    **Section 11. Effective Date.**    The effective date shall be upon enactment of

10  this Act.

11    **Section 12. Severability.**    *If* any provision of this Law or its application to

12  any person or circumstance is found to be invalid or contrary to law, such invalidity

13  shall *not* affect other provisions or applications of this Law which can be given effect

14  without the invalid provisions or application, and to this end the provisions of this

15  Law are severable.

34