Office of the Attorney General
Alicia G. Limtiaco
Attorney General of Guam
**Civil Division**
287 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com

Attorneys for the Government of Guam

**FILED**
DISTRICT COURT OF GUAM
NOV - 8 2007
JEANNE G. QUINATA
Clerk of Court

# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CIVIL CASE NO. 02-00022 |
| Plaintiff, | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| GOVERNMENT OF GUAM, | ) | |
| Defendant. | ) | |

The undersigned hereby certifies that on the 5th day of November 2007, I served via hand delivery, a true and correct copy of **GOVERNMENT OF GUAM'S SUPPLEMENTAL BRIEF IN RESPONSE TO STATUS HEARING**, and the **DECLARATION OF LAWRENCE P. PEREZ,** upon the following:

| | |
|---|---|
| **LEONARDO M. RAPADAS**<br>United States Attorney<br>U. S Attorney's Office<br>Sirena Plaza, Suite 500<br>108 Hernan Cortez<br>Hagatna, Guam 96910 | **MIKEL W. SCHWAB**<br>Assistant U. S, Attorney<br>U. S. Attorney's Office<br>Sirena Plaza, suite 500<br>108 Hernan Cortez<br>Hagatna, Guam 96910 |

| | | |
|---|---|---|
| **LEONARDO M. RAPADAS** | | **MIKEL W. SCHWAB** |
| United States Attorney | | Assistant U.S. Attorney |
| U.S. Attorney's Office | | U.S. Attorney's Office |
| Sirena Plaza, Ste. 500 | | Sirena Plaza, Ste. 500 |
| 108 Hernan Cortez | | 108 Hernan Cortez |
| Hagatna, Guam 96910 | | Hagatna, Guam 96910 |

Dated this 5th day of November, 2007.

_____
FRANCISCO M. SANTOS