**ORIGINAL**

1  RONALD J. TENPAS
   Acting Assistant Attorney General
2  Environment & Natural Resources Division
   ROBERT D. MULLANEY
3  Environmental Enforcement Section
   United States Department of Justice
4  301 Howard Street, Suite 1050
   San Francisco, California 94105
5  Tel: (415) 744-6483
   Fax: (415) 744-6476
6
   LEONARDO M. RAPADAS
7  United States Attorney
   MIKEL W. SCHWAB
8  Assistant U.S. Attorney
   Sirena Plaza, Suite 500
9  108 Hernan Cortez Avenue
   Hagatna, Guam 96910
10 Tel: (671) 472-7332
   Fax: (671) 472-7215
11
   Attorneys for the United States of America
12

FILED
DISTRICT COURT OF GUAM
NOV - 9 2007
2:45
JEANNE G. QUINATA
Clerk of Court

UNITED STATES DISTRICT COURT

TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CIVIL CASE NO. 02-00022 |
|---|---|
| Plaintiff, | ) |
| v. | ) UNITED STATES' MOTION TO ACCEPT FACSIMILE SIGNATURE |
| GOVERNMENT OF GUAM, | ) |
| Defendant. | ) |

Plaintiff, the United States of America, moves this Court to accept a facsimile copy of the Declaration of Pankaj Arora in Support of the United States' Reply Brief in Response to Status Hearing.

The United States requests that the Court accept a facsimile copy of this declaration and

//

//

1 | states that the original declaration will be filed with the Court as soon as it is received by this
2 | office.

                                    LEONARDO M. RAPADAS
                                    United States Attorney
                                    Districts of Guam and NMI

Dated: 11/9/07

                                    MIKEL W. SCHWAB
                                    Assistant U.S. Attorney