# ORIGINAL

FILED
DISTRICT COURT OF GUAM

NOV - 9 2007

JEANNE G. QUINATA
Clerk of Court

RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division
ROBERT MULLANEY
Environmental Enforcement Section
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94105
TEL: (415) 744-6483
FAX: (415) 744-6476

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## FOR DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL CASE NO. 02-00022 |
| Plaintiff, | ) | |
| vs. | ) | CERTIFICATE OF SERVICE |
| GOVERNMENT OF GUAM, | ) | |
| Defendant. | ) | |

I, FRANCES B. LEON GUERRERO, Legal Assistant, working in the U.S. Attorney's
Office, in the District of Guam hereby certify that on the 9th day of November, 2007, I caused to be
served by personal service a copy of the "United States' Reply Brief In Response To Status
Hearing, Declaration of Pankaj Arora In Support t of United States' Reply Brief In Response to

//

//

Status Hearing, and Motion to Accept Facsimile Signature", in the above entitled case to the following attorneys of record:

| | |
|---|---|
| Alicia Limtiaco<br>Attorney General<br>Office of the Attorney General<br>    for Guam for the Territory of Guam<br>287 W. O'Brien Dr.<br>Hagatna, Guam 96910 | Patrick Mason<br>Assistant Attorney General<br>Office of the Attorney General for<br>    Guam for the Territory of Guam<br>287 W. O'Brien Dr.<br>Hagatna, Guam 96910 |

_Frances B. Leon Guerrero_

FRANCES B. LEON GUERRERO
Legal Assistant