

1  RONALD J. TENPAS
   Acting Assistant Attorney General
2  Environment & Natural Resources Division
   ROBERT D. MULLANEY
3  Environmental Enforcement Section
   United States Department of Justice
4  301 Howard Street, Suite 1050
   San Francisco, California 94105
5  Tel: (415) 744-6483
   Fax: (415) 744-6476
6
   LEONARDO M. RAPADAS
7  United States Attorney
   MIKEL W. SCHWAB
8  Assistant U.S. Attorney
   Sirena Plaza, Suite 500
9  108 Hernan Cortez Avenue
   Hagatna, Guam 96910
10 Tel: (671) 472-7332
   Fax: (671) 472-7215
11
   Attorneys for the United States of America
12

**FILED**
DISTRICT COURT OF GUAM
NOV 1 4 2007
JEANNE G. QUINATA
Clerk of Court

UNITED STATES DISTRICT COURT

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 02-00022 |
| Plaintiff, ) | |
| v. ) | NOTICE OF LODGING OF ORIGINAL SIGNATURE |
| GOVERNMENT OF GUAM, ) | |
| Defendant. ) | |

COMES NOW the United States and lodges with the Court, the original signature, of the government's Declaration of Pankaj Arora In Support Of United States' Reply Brief In Response

| | |
|---|---|
| 1 | To Status Hearing, the above entitled matter, a facsimile copy of which was previously filed on |
| 2 | November 9, 2007. |
| 3 | DATED: November 14, 2007. |

LEONARD M. RAPADAS
United States Attorney
Districts of Guam and NMI

BY: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney