RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division
ROBERT D. MULLANEY
Environmental Enforcement Section
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
Tel: (415) 744-6483
Fax: (415) 744-6476

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 02-00022 |
| Plaintiff, | |
| v. | **O R D E R** |
| GOVERNMENT OF GUAM, | |
| Defendant. | |

The Court, having considered Plaintiff's Motion to File Facsimile Signature filed on November 9, 2007, hereby orders Plaintiff to lodge the document containing the original signature as soon as possible after filing it with the facsimile signature.

/s/ Frances M. Tydingco-Gatewood
Chief Judge
**Dated: Nov 15, 2007**