

**Office of the Attorney General**
**Alicia G. Limtiaco**
Attorney General of Guam
**Civil Division**
287 West O'Brien Drive
Hagåtña, Guam 96910 ● USA
(671) 475-3324 ● (671) 472-2493 (Fax)
www.guamattorneygeneral.com

**Attorneys for the Government of Guam**

# FILED
### DISTRICT COURT OF GUAM

NOV 16 2007 *nuboal*

**JEANNE G. QUINATA**
**Clerk of Court**

## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CIVIL CASE NO. 02-00022 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **GOVERNMENT OF GUAM'S REPORT** |
| | ) | **FOR NOVEMBER 20, 2007 STATUS** |
| GOVERNMENT OF GUAM, | ) | **HEARING** |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

The Magistrate Judge recommended monthly status reports to the Court. This Court has indicated that it will hold monthly status meetings and field trips. The Court has scheduled a filed trip for November 19, 2007 and a Status Hearing for November 21, 2007. The Government of Guam submits this Report and the attachments hereto to inform and update the Court prior to the field trip and status hearing, on information relevant to the selection of a new landfill site and the closure of the Ordot Landfill.

The Exhibits are as follows:

Page 1
**Government of Guam's Report for November 20, 2007 Status Hearing**
United States of America vs. Government of Guam
District Court of Guam Case No. CV02-00022

Case 1:02-cv-00022    Document 162    Filed 11/16/2007    Page 1 of 39

1    **EXHIBIT A**, attached hereto, is copy of a Memorandum dated August 27, 2007 form

2    Tony Daus of Geomatrix to Tor Gudmundson of TG Engeeniring. This is a report sent to the

3    United States Environmental Protection Agency on or about September 13, 2007. The Report is

4    relevant to the issues regarding a hydro-geological study that was mentioned in the most recent

5    briefs submitted by the United States and the Government of Guam. The Report contains maps

6    of Layon site. The Government of Guam will make Tor Gudmundson available at the

7    November 19, 2007 field trip and the November 20, 2007 hearing if the Court wishes to ask him

8    any questions about the hydro-geological study or other matters regarding groundwater

9    conditions at the Layon site.

10    **EXHIBIT B**, attached hereto, is a copy of Public Law 29-19, Chapter VI, Section 98,

11    page 122 titled: Expenditure of Public Funds for Landfill.

12    Respectfully submitted this 16th day of November, 2007.

OFFICE OF THE ATTORNEY GENERAL
**ALICIA G. LIMTIACO, Attorney General of Guam**

By: *[signature]*

**J. PATRICK MASON**
Deputy Attorney General

Page 2
**Government of Guam's Report for November 20, 2007 Status Hearing**
United States of America vs. Government of Guam
District Court of Guam Case No. CV02-00022

 Geomatrix



# Memorandum

| | | | |
|---|---|---|---|
| **TO:** | Tor Gudmundson, TG Engineers | **DATE:** | August 27, 2007 |
| **FROM:** | Tony Daus | **PROJ. NO.:** | 13028.000.0 |
| **CC:** | Jack Robinson, Geomatrix | **PROJ. NAME:** | Layon Landfill |
| | Kate Richards, Geomatrix | | |
| **SUBJECT:** | South Start Analysis – Groundwater Conditions | | |

This memorandum has been prepared at the request of the Guam Department of Public Works (DPW) to summarize the geologic and groundwater conditions in the southwestern part of the proposed landfill footprint. DPW would like to initiate the design of landfill cells 1 and 2; therefore depth to water estimates are required to determine whether a groundwater suppression system will be required under these cells. Given the current landfill design and available hydrogeologic information, we believe that there is a high likelihood that groundwater will rise above the landfill's base grades in cells 1 and 2 requiring the installation and operation of a groundwater suppression system. Based on available information, the construction of cells 1 and 2 will not have a significant impact on wetlands and streams. The basis for our conclusions is provided in this memorandum.

A groundwater model is currently being constructed that will be used to estimate the flow from the groundwater suppression system under cells 1 and 2 and prepare its final design. These estimates will be available later this fall.

## Geology

Geologic logs (Attachment 1) from recently installed monitoring wells in the southwestern part of the site, including MW-15, MW 16, and MW-18, indicate that the uppermost 15 to30 feet of geologic material is composed of the Bolanos Pyroclastic Member of the Umatac Formation, characterized by severely weathered, red to brown, lean and/or silty clay, with relic texture of fine sand to fine gravel-sized phenocrysts and lithic fragments. With increasing depth, the Bolanos transitions to a moderately weathered yellowish brown silty clay, silt, or sandy silt with relic phenocryst texture, lithic fragments, and undulating, moderately open to clay-filled vertical and horizontal fractures. Interbeds of grayish brown, hard, slightly to moderately weathered, fractured, siltstone were observed in MW-18. The location of the wells is provided in Attachment 2.

1

510 Superior Avenue. Suite 200   Tel 949.642.0245   www.geomatrix.com
Newport Beach, California 92663-3627   Fax 949.642.4474

EXHIBIT "A"



Case 1:02-cv-00022    Document 162    Filed 11/16/2007    Page 3 of 39

 Geomatrix

# Memorandum

MW-17B was installed at the southwestern corner of the planned landfill footprint. The geologic conditions encountered during drilling indicate the presence of a thick sequence of a volcanic pyroclastic flow deposit that is moderately fractured and harder than the adjacent Bolanos Formation. This sequence contains sand- to gravel-sized angular lithic fragments, which are white to tan and red to brown or black in color and which are weakly cemented within a tan to greenish-gray fine silty matrix. This unit, logged to a depth of 100 feet bgs in MW-17B (Attachment 1), is interpreted to be younger than the Bolanos Member due to its stratigraphic superposition and relatively light weathering; it possibly could be a volcanic pyroclastic flow unit of the Dandan Volcanic Flow Member. The unit appears to occupy the low-lying area located immediately south of the planned landfill footprint, and it is also exposed at a few localized low lying locations within the footprint.

Several large normal faults, fracture zones, and lineaments were identified at and around the Layon landfill footprint by Tracey, et al, from air photos and by Siegrist and Lewis from field mapping methods. There are three lineaments, the Fintasa Valley, Fensol-Laolao Valley, and the Yledigao Valley, that appear to be faults.[1] The Fintasa Valley and Fensol-Laolao Valley lineaments follow the Fintasa and Fensol Rivers and may intersect the Layon landfill footprint. Geomatrix personnel were unable to identify faults at the site. It is unclear at this time what role, if any, the material logged in groundwater monitoring well MW-17B has in relation to nearby faulting.

### Precipitation

Groundwater at the site is recharged by precipitation, and as such, water levels rise in response to rain events. The average annual rainfall for the periods of 1979 through 2000 and 2004 through 2006 as measured at the Inarajan Agricultural Station is approximately 95 inches (Attachment 3).[2] The minimum rainfall during this period was approximately 50 inches, recorded in 1998, and the maximum rainfall during this period was approximately 152 inches, recorded in 1980. The annual rainfall during 2005 was approximately 85 inches, which is below the average. Water level fluctuations observed during the 2005 rainy season represent response to below-average recharge, and thus, greater water table fluctuations are expected during years with greater precipitation.

---

[1] Dumalaing, P.G., et all (1997) Reconnaissance Geology of a Proposed Dam/Reservoir Site in Southern Guam, University of Guam Water and Energy Research institute of the Western pacific, Technical Report No. 78.
[2] The Inarajan Agricultural Station is located approximately 1.7 miles southeast of the site.

South Start Analysis
K:\13028.000.0\Report\Preliminary Design Memorandum\South Start Design Analysis - Final Draft 2.doc

518 Superior Avenue, Suite 200   Tel 949.642.0245   www.geomatrix.com
Newport Beach, California 97663-3627   Fax 949.642.4474

 Geomatrix

# Memorandum

**Hydrogeology**

Attachment 4 presents a water table map of the hydrogeologic assessment study area prepared using dry-season water levels recorded on June 1, 2007. Within the landfill footprint, a groundwater mound exists beneath the topographic uplands that occupy the central and southern portions of the landfill footprint. Groundwater flows away from the mound in a radial pattern and is directed toward local discharge areas; the Fintasa, Fensol and Tinaga rivers and associated wetlands bounding the footprint on the west, east, south and north.

Groundwater in the southern portion of the landfill footprint remains mounded beneath a topographic ridge extending from the central portion of the site. The groundwater gradient along the top of this ridge remains relatively flat; the gradient steepens on the flanks of the ridge to the east and west toward the Fensol and Fintasa rivers. At the southern corner of the landfill footprint, both the topography and the groundwater gradient steepen rather abruptly. In this area, the lithology changes from pyroclastic deposits characteristic of the Bolanos to a thick sequence of relatively hard and moderately fractured volcanic pyroclastic rock. Response to hydraulic testing of this unit, conducted in shallow well MW-17A, was indicative of low-permeability fracture flow as opposed to the intergranular flow response recorded during hydraulic testing conducted elsewhere in the Bolanos. During hydraulic testing of MW-17A, no hydraulic response was noted in its deeper companion MW-17B. Post-well-development water levels in MW-17B were very slow to recover, indicating that the overall permeability of this unit, at depth, is significantly less than in the shallower interval or that of other areas of the site underlain by the Bolanos.[3] A downward-vertical hydraulic gradient of 0.3 was calculated using May 17, 2007 water level measurements (pre-aquifer testing) from the MW-17A/B well pair, indicating a relatively high degree of hydraulic isolation between apparently discrete shallow and deeper fracture networks.

The presence of this unit in the southwestern corner of the landfill also might contribute to the abrupt steepening of the hydraulic gradient as the inflection point occurs at the location where contact between the two units is inferred.

**Water Level Trends**

Groundwater levels were measured during a period encompassing both the dry and rainy seasons in wells MW-1 through MW-11 (formerly TG-1 through 11) and B-1A, in 2005. Over that timeframe, water levels in MW-10, located in the south-central portion of the landfill footprint,

---

[3] MW-17B required 7days to recover approximately 27% of its original drawdown.

South Start Analysis
K:\13028.000.0\Report\Preliminary Design Memorandum\South Start Design Analysis - Final Draft 2.doc

3

510 Superior Avenue, Suite 200    Tel 949 642 0245    www.geomatrix.com
Newport Beach, California 92663-3627    Fax 949 642 4474

 Geomatrix

# Memorandum

fluctuated approximately 23 feet between measured low (July) and high (September) water levels, with a corresponding rise from approximately 36 to 13 feet below the ground surface. During that same period, water levels in MW-11, located in the central portion of the landfill footprint, fluctuated approximately 19 feet, with a corresponding rise from approximately 37 to 18 feet below the ground surface (Attachment 5).

Water table fluctuations are greatest during the rainy season. The origin of the mound in the central portion of the site is currently under investigation. Measured water levels in the 2005 rainy season indicate that the water table fluctuates most in the central portion of the site, which is apparent at MW-8 where the water table fluctuated approximately 25 feet. There are no measured water levels in the southern corner of the site during the wet season. Therefore, water level behavior in the southwestern portion of the site can only be estimated based on 2005 water levels recorded in the closest wells, MW-10 and MW-11.

During 2007, groundwater and surface water levels were measured site-wide during the dry season in wells MW-1 through MW-24 and B-1A. Wells MW-10, MW-11, MW-15, and MW-18 are located in the southern portion of the landfill footprint, and the MW-17A/B pair is located in the southwestern corner. Between April and July 2007, dry season water levels in these wells have decreased approximately 1 to 6 feet, depending on location, with the greatest decrease recorded beneath the central portion of the site. Water level measurements are being continuously recorded using transducers located in monitoring wells MW-12, MW-14A, MW-14B, MW-17A, and MW-19A. These data will be used to further assess trends in water levels during the current wet season.

**Groundwater Suppression System**

Attachment 6 is a contour map that shows the depth of groundwater recorded on June 1, 2007, relative to the planned base grade of the landfill. In the southwestern portion of the landfill, dry-season groundwater levels were less than 10 feet beneath the base grade. As illustrated in Attachment 5, water levels for nearby monitoring wells MW-10 and MW-11 rose by approximately 23 and 19 feet, respectively, between July 2005 (dry season) and September 2005 (wet season), and 2005 precipitation was slightly lower than the long term average during the 1979 through 2000 and 2004 through 2006 time frame. These water level data indicate that groundwater could be expected to rise above the landfill base grade during an average wet season. A groundwater suppression system, therefore, will be necessary beneath Cells 1 and 2 in the south-start area of the landfill.

4

South Start Analysis
K:\13028.000.0\Report\Preliminary Design Memorandum\South Start Design Analysis - Final Draft 2.doc

510 Superior Avenue, Suite 200       Tel 949.642.0245       www.geomatrix.com
Newport Beach, California 92663-3627  Fax 949.642.4474

Case 1:02-cv-00022      Document 162      Filed 11/16/2007      Page 6 of 39

 Geomatrix

# Memorandum

Groundwater entering the suppression system will be comprised of groundwater that has risen above the elevation of the drains as well as groundwater flowing into the drain under the influence of an induced upward hydraulic gradient. The overall rate of groundwater entering the drain system, however, will be limited by the permeability of the relatively fine-grained native materials surrounding the suppression system. The groundwater model currently under development will be used to estimate the flow from the groundwater suppression system and its impact on groundwater elevation.

**Potential Impacts on Nearby Wetlands and Streams**

Under natural conditions, the area of the land surface underlying the planned location of Cells 1 and 2 provide some groundwater recharge that results in mounding in the southern portion of the landfill footprint (Attachment 7). This mounding contributes base flow to the adjacent Fintasa and Fensol Rivers and associated wetlands. The rivers converge approximately 3000 feet south of the site to form the Laolao River before entering the Inarajan River (Attachment 7). When the cells are fully constructed, it is expected that this recharge pattern will be altered as stormwater is directed to adjacent retention ponds. In addition, the groundwater suppression system will remove some groundwater from storage beneath Cells 1 and 2 (groundwater that would be above the landfill base grade). This suppression system will likely discharge to the adjacent Fintasa River.

The area of Cells 1 and 2 represent only 2.6% of the sub-basin area comprising the Fintasa, Fensol, and Laolao Rivers. On a larger scale, the area of the two southern cells represents less than 1% (0.8%) of the total area of the Inarajan River Basin, north of the historical USGS Inarajan River gauging station (Attachment 8). The area of cells 1 and 2 represent only a small fraction of the total surface area of the basin system; therefore, the eventual capping of this small area is estimated to have a minimal affect on surface water flows resulting from base flow.

**Attachments**

| Attachment 1 | Boring Logs |
|---|---|
| Attachment 2 | Shallow and Deep Monitoring Wells |
| Attachment 3 | Annual Inarajan Agricultural Station Precipitation |
| Attachment 4 | Groundwater Contour Map – June 1, 2007 |
| Attachment 5 | 2005 and 2007 Water Level and Inarajan Agricultural Station Precipitation Data |
| Attachment 6 | Contour Map of June 1, 2007 Groundwater Elevations Relative to Conceptual Landfill Base Grade Elevations |

South Start Analysis
K:\13028.000.0\Report\Preliminary Design Memorandum\South Start Design Analysis - Final Draft 2.doc

5

510 Superior Avenue, Suite 200    Tel 949.642.0245    www.geomatrix.com
Newport Beach, California 92663-3627    Fax 949.642.4474

 Geomatrix

# Memorandum

Attachment 7    Fintasa River, Fensol River, and Laolao River Sub-Basin
Attachment 8    Inarajan River Drainage Basin

South Start Analysis
K:\13028.000.0\Report\Preliminary Design Memorandum\South Start Design Analysis - Final Draft 2.doc

6

516 Superior Avenue, Suite 200      Tel  949.642.0245      www.geomatrix.com
Newport Beach, California 92663-3627      Fax 949.642.4474

# EXPLANATION OF BORING LOGS

## LAYON MUNICIPAL SANITARY LANDFILL
### Inarajan, Guam

| MAJOR DIVISIONS | | LTR | DESCRIPTION | MAJOR DIVISIONS | | LTR | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| COARSE GRAINED SOILS | GRAVEL | GW | Well-graded gravels or gravel-sand mixtures, little or no fines | FINE GRAINED SOILS | SILTS AND CLAYS LL<50 | ML | Inorganic silts and very fine sand, rock flour, silty or clayey fine sands, or clayey silts with slight plasticity |
| | | GP | Poorly-graded gravels or gravel-sand mixture, little or no fines | | | CL | Inorganic clays of low to medium plasticity, gravelly clays, sandy clays, silty clays, lean clays |
| | | GM | Silty gravels, gravel-sand-silt mixtures | | | | |
| | | GC | Clayey gravels, gravel-sand-clay mixtures | | | OL | Organic silts and organic silt-clays of low plasticity |
| | SAND | SW | Well-graded sands or sand with gravel, little or no fines | | SILTS AND CLAYS LL>50 | MH | Inorganic silts, micaceous or diatomaceous fine sandy or silty soils, elastic silts |
| | | SP | Poorly-graded sands or sand with gravel, little or no fines | | | CH | Inorganic clays of high plasticity, fat clays |
| | | SM | Silty sands, sand-silt mixtures | | | OH | Organic clays of medium to high plasticity |
| | | SC | Clayey sands, sand-clay mixtures | HIGHLY ORGANIC SOILS | | PT | Peat and other highly organic soils |

## SAMPLE COLUMN SYMBOLS

▯ Standard penetration test (SPT) sample      ⧆ Split-spoon drive sample      ▮ Continuous soil or rock core

Ⓖ Grab sample from air rotary cyclone      NR No recovery

## DESCRIPTION COLUMN SYMBOLS

– – – Dashed lines separating soil strata represent inferred boundaries between sampled intervals or no recovery intervals and may be distinct or gradual transitions

——— Solid lines represent distinct or gradual boundaries observed within sampled intervals

⌐ Description right of bracket symbol represents soil conditions within the depth interval defined by the bracket length

▼ Description right of arrow symbol represents soil conditions to the next deeper boundary line unless otherwise noted

## DESCRIPTIONS OF PHYSICAL CONDITION OF ROCK

**Fracturing**
(VC) Very closely spaced (crushed)
(Cl) Closely spaced
(Mo) Moderately spaced
(Wi) Widely spaced
(VW) Very widely spaced
(Ex) Extremely wide

**Spacing (true spacing)**
Less than 0.1 ft (<30 mm)
0.1 to 0.3 ft (30 to 100 mm)
0.3 to 1 ft (100 to 300 mm)
1 to 3 ft (300 mm to 1 m)
3 to 10 ft (1 to 3 m)
Greater than 10 ft (<3 m)

**Openness/Thickness Descriptor**
Tight
Slightly open
Moderately open
Open
Moderately wide
Wide

**Fracture Openness or Filling Thickness**
No visible separation
Less than 0.003 ft [1/32 in] (<1 mm)
0.003 to 0.01 ft [1/32 to 1/8 in] (1 to 3 mm)
0.01 to 0.03 ft [1/8 to 3/8 in] (3 to 10 mm)
0.03 [3/8 in] to 0.1 ft (10 to 30 mm)
Greater than 0.1 ft (>30 mm)

**Bedding or Flow Texture**
(La) Laminated
(VTn) Very thinly
(Tn) Thinly
(Mo) Moderately
(Tk) Thickly
(VTk) Very thickly
(Ma) Massive

**Thickness/Spacing**
Less than 0.03 ft [3/8 in] (<10 mm)
0.03 ft [3/8 in] to 0.1 ft (10 to 30 mm)
0.1 ft to 0.3 ft (30 to 100 mm)
0.3 to 1 ft (100 to 300 mm)
1 to 3 ft (300 mm to 1 m)
3 to 10 ft (1 to 3 m)
Greater than 10 ft (<3 m)

P:\13028.000.0\ADMINISTRATIVE RECORDS\10000 BORING LOGS\LOGS.GPJ

| Project No. 13028.000.0 | Geomatrix | Attachment 1 Page 1 of 2 |
|---|---|---|



## DESCRIPTIONS OF PHYSICAL CONDITION OF ROCK

**Weathering**

| Descriptor | Decomposition | Discoloration | Fractures |
|---|---|---|---|
| Fresh (Fr) | Unaltered; cleavage surfaces glistening | No discoloration | No stains or coatings |
| Slight (Sl) | No megascopic alteration of minerals; no grain separations | Slight and localized | Few stains on fracture surfaces |
| Moderate (Mo) | Slight alternation of minerals; cleavage surfaces lusterless/stained; partial separation of grains visible | Moderate discoloration, usually throughout | Thin coatings or stains |
| Severe (Se) | Moderate to complete alteration of minerals; feldspars to clay, etc.; rock is friable | Discolored throughout | Extensively coated with oxides, carbonate, or clay |

**Surface shape**
(Ir)   Irregular
(Pl)   Planar
(Wa)   Wavy or undulating

## NOTES

1. Soil descriptions are in general accordance with the USCS as set forth by ASTM D2488-90 "Standard Practice for Description and Identification of Soil (Visual-Manual Procedure)."
2. Soil color described according to Munsell Soil Color Chart. Rock color described according to Munsell Rock-Color Chart.
3. Soil descriptions in these borings are generalized representations and based upon visual classification of cuttings and/or samples during drilling. Descriptions and related information in these borings depict subsurface conditions at the specific location and at the time of drilling only. Soil conditions at other locations may differ from conditions observed at the boring locations. Also, soil and groundwater conditions may change with time at these locations.

Case 1:02-cv-00022     Document 162     Filed 11/16/2007     Page 10 of 39

| PROJECT: LAYON MUNICIPAL SANITARY LANDFILL | Log of Well No. MW-15 |
|---|---|
| Inarajan, Guam | |

| BORING LOCATION: N: 582702.4521; E: 321930.6332 GGN 1993 | GROUND SURFACE ELEVATION AND DATUM: 356.12 MSL |
|---|---|

| DRILLING CONTRACTOR: Marianas Drilling, Inc. | DATE STARTED: 5/7/07 | DATE FINISHED: 5/8/07 |
|---|---|---|

| DRILLING METHOD: Hollow-stem auger | TOTAL DEPTH (ft.): 69.0 | SCREEN INTERVAL (ft.): 35.3-64.9 |
|---|---|---|

| DRILLING EQUIPMENT: Mobile B-61 | DEPTH TO WATER AT D: 46.75' | CASING: 2" Sch. 40 PVC |
|---|---|---|

| SAMPLING METHOD: Split-spoon drive sampler [24" x 2.5"] | LOGGED BY: J. Carolan |
|---|---|

| HAMMER WEIGHT: 140 lbs | DROP: 30 in | RESPONSIBLE PROFESSIONAL: J. Carolan | REG. NO. CHG 589 |
|---|---|---|---|



DESCRIPTION
NAME (USCS): color, moist, % by wt., plast. density, structure, cementation, react. w/HCl, geo. inter.

Surface Elevation: 356.12 MSL

LEAN CLAY (CL): reddish brown (2.5YR 4/4), moist, ~90% fines, ~10% fine sand, low plasticity, firm

sand fraction fine to medium

WELL CONSTRUCTION DETAILS AND/OR DRILLING REMARKS

Surface completion: locking steel stovepipe set in concrete pad

Concrete

Top of casing elevation: 358.53' MSL

Neat cement grout

2" diameter Schedule 40 PVC casing

Geomatrix

Project No. 13028.000,0 | Page 1 of 4

WELL3-OVM

| DEPTH (feet) | SAMPLES | | | OVM Reading (ppm) | DESCRIPTION NAME (USCS): color, moist, % by wt., plast. density, structure, cementation, react. w/HCl, geo. inter. | WELL CONSTRUCTION DETAILS AND/OR DRILLING REMARKS |
| | Sample No. | Sample | Blows/Foot | | | |

LEAN CLAY (CL): continued

LEAN CLAY (CL): reddish brown (2.5YR 4/4), strong brown (7.5YR 5/6), and red (10R 4/8), moist, ~90% fines, ~10% fine sand, low plasticity, firm, severely weathered UMATAC FM - BOLANOS PYROCLASTIC MEMBER, relic texture of fine sand to fine gravel sized phenocrysts and lithic fragments

SILTY CLAY (CL/ML): red (2.5YR 4/6) with light brown (7.5YR 6/4), moist, ~90% fines, ~10% fine sand, nonplastic to low plasticity, firm, severely weathered UMATAC FM - BOLANOS PYROCLASTIC MEMBER, relic texture of fine sand to fine gravel sized phenocrysts and lithic fragments

thinly bedded

CLAYEY SILT (ML/CL): pinkish gray (5YR 7/2), red (2.5YR 4/6), and reddish yellow (7.5YR 6/6), moist, ~90% fines, ~10% fine sand, nonplastic to low plasticity, firm, severely weathered UMATAC FM - BOLANOS PYROCLASTIC MEMBER, relic texture of fine to coarse sand sized phenocrysts and lithic fragments, thinly bedded

Sample data:
- MW-15, 17.25, 17.75, NR, blows 9 / 15 / 17 / 21
- MW, 5 / 8 / 11 / 12, NR
- MW-15, 27.25, 27.75, NR, blows 5 / 10 / 10 / 11
- 3 / 6

Well construction remarks:
- Neat cement grout
- 2" diameter Schedule 40 PVC casing
- Hydrated bentonite chips

WELL3-OVM

| DEPTH (feet) | SAMPLES | | | OVM Reading (ppm) | DESCRIPTION NAME (USCS): color, moist, % by wt., plast. density, structure, cementation, react. w/HCl, geo. inter. | WELL CONSTRUCTION DETAILS AND/OR DRILLING REMARKS |
|---|---|---|---|---|---|---|
| | Sample No. | Sample | Blows/ Foot | | | |

CLAYEY SILT (ML/CL): continued

- #3 filter pack sand

— 2" diameter, 0.020" slot, Schedule 40 PVC screen

dark red (10R 3/6), no apparent bedding

SILT (ML): dark red (10R 3/6), moist, ~95% fines, ~5% fine sand, nonplastic, soft, severely weathered UMATAC FM - BOLANOS PYROCLASTIC MEMBER, relic texture of fine to coarse sand sized phenocrysts and lithic fragments, few undulating vertical and horizontal fractures, moderately open (1/32"-1/16"), filled with clay minerals, moderately to closely spaced

Depth to water measurement is 46.75 ft bgs at 1548 on 5/7/07. Bottom of augers at 47 ft bgs.

Sample column values:
- NR — 7, 8
- MW-15 37.5-38.0 — 4, 5, 7, 9
- MW-15 38.0-38.5
- MW-15 38.5-39.0
- 3, 3, 7, 8 (42-44)
- MW-15 47.5-48.0 — 3, 4, 8, 9
- MW-15 48.0-48.5
- MW-15 48.5-49.0

WELL-3-OVM

**Geomatrix**

Project No. 13028.000.0    Page 3 of 4

| DEPTH (feet) | SAMPLES | | | OVM Reading (ppm) | DESCRIPTION<br>NAME (USCS): color, moist, % by wt., plast. density, structure, cementation, react. w/HCl, geo. inter. | WELL CONSTRUCTION<br>DETAILS AND/OR<br>DRILLING REMARKS |
|---|---|---|---|---|---|---|
| | Sample No. | Sample | Blows/Foot | | | |

SILT (ML): continued

relic texture of fine sand to coarse gravel sized phenocrysts and lithic fragments, undulating vertical and horizontal fractures, moderately open (1/32"-1/8"), filled with clay minerals, moderately to closely spaced

- #3 filter pack sand

- 2" diameter, 0.020" slot, Schedule 40 PVC screen

SILTY CLAY (CL/ML): dark red (10R 3/6), moist, ~95% fines, 5% fine sand, nonplastic to low plasticity, firm, severely weathered UMATAC FM - BOLANOS PYROCLASTIC MEMBER, relic texture of fine sand to coarse gravel sized phenocrysts and lithic fragments

SILTY CLAY with SAND (CL/ML): dark red (10R 3/6), moist, ~80% fines, ~20% fine sand, nonplastic to low plasticity, firm, severely weathered UMATAC FM - BOLANOS PYROCLASTIC MEMBER, relic texture of fine sand to coarse gravel sized phenocrysts and lithic fragments, few undulating vertical and horizontal fractures, moderately open (1/32"-1/16"), filled with clay minerals, moderately to closely spaced

SILTY SAND (SM): wet

- 2" diameter Schedule 40 PVC end cap

SILT with SAND (ML): yellowish brown (10YR 5/4), ~80% fines, ~20% fine to medium sand, nonplastic, firm, severely weathered UMATAC FM - BOLANOS PYROCLASTIC MEMBER, relic texture of fine to medium sand sized phenocrysts and lithic fragments
@67-67.25 SILTY SAND (SM): wet

@67.75-68.25 SILTSTONE: very hard

- #3 filter pack sand

- Hydrated bentonite chips

Bottom of boring at 69 feet

Sample blows column values:
6, 6, 7, 10 (52-54)
7, 11, 13, 15 (57-59)
7, 9, 16, 26 (62-64)
17, 23, 31, 42 (67-69)

Sample labels: MW-15 57.5-58.0, MW-15 58.0-58.5, MW-15 58.5-59.0, MW-15 67.5-68.0, MW-15 68.0-68.5, MW-15 68.5-69.0

Case 1:02-cv-00022    Document 162    Filed 11/16/2007    Page 14 of 39

WELL3-OVM

| PROJECT: LAYON MUNICIPAL SANITARY LANDFILL Inarajan, Guam | **Log of Well No. MW-16** | |
|---|---|---|
| BORING LOCATION: N: 582539.0566; E:321088.0955 GGN 1993 | GROUND SURFACE ELEVATION AND DATUM: 338.18 MSL | |
| DRILLING CONTRACTOR: Marianas Drilling, Inc. | DATE STARTED: 5/9/07 | DATE FINISHED: 5/10/07 |
| DRILLING METHOD: Hollow-stem auger | TOTAL DEPTH (ft.): 69.0 | SCREEN INTERVAL (ft.): 25.8-55.4 |
| DRILLING EQUIPMENT: Mobile B-61 | DEPTH TO WATER ATD: 36.4 | CASING: 2" Sch. 40 PVC |
| SAMPLING METHOD: Split-spoon drive sampler [24" x 2.5"] | LOGGED BY: J. Carolan | |
| HAMMER WEIGHT: 140 lbs | DROP: 30 in | RESPONSIBLE PROFESSIONAL: J. Carolan | REG. NO. CHG 589 |

### DESCRIPTION

NAME (USCS): color, moist, % by wt., plast. density, structure, cementation, react. w/HCl, geo. inter.

Surface Elevation: 338.18 MSL

SILTY CLAY (CL/ML): yellowish red (5YR 4/6), and dark red (2.5YR 3/6), moist. ~95% fines, ~5% fine sand, nonplastic to low plasticity, firm, severely weathered UMATAC FM - BOLANOS PYROCLASTIC MEMBER, relic texture of fine sand to boulder sized phenocrysts and lithic fragments

**SAMPLES**

| Depth | Blows/Foot |
|---|---|
| 2-3 | 5, 7, 10, 14 (NR) |
| MW-16 7.25-7.75 | 3, 5, 10, 12 (NR) |
| MW-16 7.75-8.25 | |
| 12-14 | 4, 4, 6, 8 |

### WELL CONSTRUCTION DETAILS AND/OR DRILLING REMARKS

Surface completion: locking steel stovepipe set in concrete pad

Concrete

Top of casing elevation: 339.97' MSL

Neat cement grout

2" diameter Schedule 40 PVC casing

**Geomatrix**

| Project No. 13028.000.0 | Page 1 of 4 |

WELL3-OVM

| DEPTH (feet) | SAMPLES | | | OVM Reading (ppm) | DESCRIPTION NAME (USCS): color, moist, % by wt., plast. density, structure, cementation, react. w/HCl, geo. inter. | WELL CONSTRUCTION DETAILS AND/OR DRILLING REMARKS |
|---|---|---|---|---|---|---|
| | Sample No. | Sample | Blows/Foot | | | |

SILTY CLAY (CL/ML): continued

16 —

17 —    MW-  16  17.25  18.0    4  5  6 — Neat cement grout

18 —    MW-  16  18.0  18.5    8   NR — 2" diameter Schedule 40 PVC casing

19 —

20 —

21 —   CLAYEY SILT (ML/CL): dark red (2.5YR 3/6), and yellowish brown (10YR 5/6), moist, ~90% fines, ~10% fine sand, nonplastic to low plasticity, firm, severely weathered UMATAC FM - BOLANOS PYROCLASTIC MEMBER, relic texture of fine sand to fine gravel sized, phenocrysts and lithic fragments, undulating vertical and horizontal fractures, moderately open (1/32"-1/8"), filled with clay minerals, moderately to closely spaced — Hydrated bentonite chips

22 —    7  11

23 —    12  16

24 — — #3 filter pack sand

25 —

26 —

27 —    MW-  16  27.5  28.0    6  14    yellowish brown (10YR 5/4), mottled with dark red (2.5YR 3/6) — 2" diameter, 0.020" slot, Schedule 40 PVC screen

28 —    MW-  16  28.0  28.5    19  22   NR

29 —

30 —

31 —   SILT (ML): see next page

32 —    8  10

33 —

WELL3-OVM

Geomatrix

Project No. 13028.000.0    Page 2 of 4

| DEPTH (feet) | SAMPLES | | | OVM Reading (ppm) | DESCRIPTION<br>NAME (USCS): color, moist, % by wt., plast. density, structure, cementation, react. w/HCl, geo. inter. | | WELL CONSTRUCTION<br>DETAILS AND/OR<br>DRILLING REMARKS |
|---|---|---|---|---|---|---|---|
| | Sample No. | Sample | Blows/ Foot | | | | |

Blows/Foot column values (top): 11, 15

**SILT (ML):** yellowish brown (10YR 5/4), dark red (2.5YR 3/6), reddish black (2.5YR 2.5/1), and reddish brown (5YR 4/3), moist, ~90% fines, ~10% fine to medium sand, nonplastic, firm, severely weathered UMATAC FM - BOLANOS PYROCLASTIC MEMBER, relic texture of fine sand to coarse gravel sized phenocrysts and lithic fragments, few undulating vertical and horizontal fractures, moderately open (1/32"-1/16"), filled with clay minerals, moderately to closely spaced

Well construction remarks:
- #3 filter pack sand
- 2" diameter, 0.020" slot, Schedule 40 PVC screen

Depth to water measurement is 36.4 ft bgs at 1115 on 5/9/07. Bottom of augers at 37 ft bgs.

Sample depths/blows near 37-39 ft:
MW- 16, 37.5-, 38.0, MW- 16, 38.0, 38.5, MW- 16, 16, 38.5-, 39.0
Blows: 7, 18, 28, 40

**SANDY SILT (ML):** yellowish brown (10YR 5/4), moist, ~70% fines, ~30% fine to medium sand, nonplastic, firm, severely weathered UMATAC FM - BOLANOS PYROCLASTIC MEMBER, relic texture of fine sand to coarse gravel sized phenocrysts and lithic fragments, undulating vertical and horizontal fractures, moderately open (1/32"-1/16"), filled with clay minerals, moderately to closely spaced

Blows near 42-44: 13, 23, 31, 43

**SILTY SAND (SM):** yellowish brown (10YR 5/4), wet, ~65% fine to medium sand, ~35% nonplastic fines, severely to moderately weathered UMATAC FM - BOLANOS PYROCLASTIC MEMBER, relic texture of fine sand to coarse gravel sized phenocrysts and lithic fragments, undulating vertical and horizontal fractures, moderately open (1/32"-1/16"), filled with clay minerals, moderately to closely spaced

**SILT with SAND (ML):** yellowish brown (10YR 5/4), moist, ~80% fines, ~20% fine to medium sand, nonplastic, firm, severely weathered UMATAC FM - BOLANOS PYROCLASTIC MEMBER, relic texture of fine to coarse sand sized phenocrysts and lithic fragments, undulating vertical and horizontal fractures, moderately open (1/32"-1/16"), filled with clay minerals, moderately to closely spaced

Sample depths/blows near 47-49:
MW- 16, 47.5-, 48.0, MW- 16, 16, 48.0-, 48.5, MW- 16, 16, 48.5-, 49.0
Blows: 17, 23, 29, 44

**SILTY SAND (SM):** see next page

WELL3-OVM

Case 1:02-cv-00022    Document 162    Filed 11/16/2007    Page 17 of 39

**Geomatrix**

| DEPTH (feet) | SAMPLES | | | OVM Reading (ppm) | DESCRIPTION<br>NAME (USCS): color, moist, % by wt., plast. density, structure, cementation, react. w/HCl, geo. inter. | WELL CONSTRUCTION DETAILS AND/OR DRILLING REMARKS |
|---|---|---|---|---|---|---|
| | Sample No. | Sample | Blows/Foot | | | |

SILTY SAND (SM): yellowish brown (10YR 5/4), wet, ~60% fine to coarse sand, ~40% nonplastic fines, moderately to severely weathered UMATAC FM - BOLANOS PYROCLASTIC MEMBER, relic texture of fine sand to fine gravel sized phenocrysts and lithic fragments, undulating vertical and horizontal fractures, moderately open (1/32"-1/16"), filled with clay minerals, moderately to closely spaced

~60% fine to coarse sand, ~30% nonplastic fines, ~10% fine gravel

Bottom of boring at 69 feet

Blows per foot readings:
- 52–54: 12, 16, 24, 33
- 57 (MW-16, 57.5): 19, 20, 30, 40 (MW-16, 58.0, 58.5)
- 59 (MW-16, 58.5-59.0)
- 62–64: 9, 16, 37, 57
- 65–67 (MW-16, 67.5, 68.0)
- 67 (MW-16, 68.0, 68.5): 15, 30, 45, 61 (MW-16, 68.5-69.0)

Well construction notes:
- #3 filter pack sand
- 2" diameter, 0.020" slot, Schedule 40 PVC screen
- 2" diameter Schedule 40 PVC end cap
- Hydrated bentonite chips

Case 1:02-cv-00022   Document 162   Filed 11/16/2007   Page 18 of 39

WELL3-OVM

| PROJECT: LAYON MUNICIPAL SANITARY LANDFILL Inarajan, Guam | Log of Well No. MW-17B | |
|---|---|---|

**BORING LOCATION:** N: 581270.4748; E: 322141.2857 GGN 1993

**GROUND SURFACE ELEVATION AND DATUM:** 306.17 MSL

| DRILLING CONTRACTOR: Marianas Drilling, Inc. | DATE STARTED: 4/12/07 | DATE FINISHED: 4/16/07 |
|---|---|---|
| DRILLING METHOD: Air rotary | TOTAL DEPTH (ft.): 109.0 | SCREEN INTERVAL (ft.): 93.6-108.3 |
| DRILLING EQUIPMENT: Tamrock Drilltech D40K | DEPTH TO WATER ATD: -- | CASING: 2" Sch. 40 PVC |
| SAMPLING METHOD: Bulk samples | LOGGED BY: J. Carolan | |
| HAMMER WEIGHT: NA | DROP: NA | RESPONSIBLE PROFESSIONAL: J. Carolan | REG. NO. CHG 589 |

**DESCRIPTION**
NAME (USCS): color, moist, % by wt., plast. density, structure, cementation, react. w/HCl, geo. inter.

Surface Elevation: 306.17 MSL

**WELL CONSTRUCTION DETAILS AND/OR DRILLING REMARKS**

UMATEC FM - DANDAN FLOW MEMBER (?), dark greenish gray (GLEY 1 4/1), hard relative to adjacent Bolanos Formation, slightly weathered

Surface completion: locking steel stovepipe set in concrete pad

— Concrete

Top of casing elevation: 308.47 MSL

— Neat cement grout

— 2" diameter Schedule 40 PVC casing

Samples: Grab (at ~5 ft), Grab (at ~10 ft), Grab (at ~15 ft)

WELL3-OVM

| DEPTH (feet) | SAMPLES | | | OVM Reading (ppm) | DESCRIPTION NAME (USCS): color, moist, % by wt., plast. density, structure, cementation, react. w/HCl, geo. inter. | WELL CONSTRUCTION DETAILS AND/OR DRILLING REMARKS |
|---|---|---|---|---|---|---|
| | Sample No. | Sample | Blows/ Foot | | | |

UMATEC FM - DANDAN FLOW MEMBER (?):
continued

Depth markers: 16, 17, 18, 19, 20 (Grab), 21, 22, 23, 24, 25 (Grab), 26, 27, 28, 29, 30 (Grab), 31, 32, 33

Well construction details:
- Neat cement grout
- 2" diameter Schedule 40 PVC casing

WELL-3-OVM

| DEPTH (feet) | SAMPLES | | | OVM Reading (ppm) | DESCRIPTION NAME (USCS): color, moist, % by wt., plast. density, structure, cementation, react. w/HCl, geo. inter. | | WELL CONSTRUCTION DETAILS AND/OR DRILLING REMARKS |
|---|---|---|---|---|---|---|---|
| | Sample No. | Sample | Blows/Foot | | | | |

UMATEC FM - DANDAN FLOW MEMBER (?):
continued

Depth markers from 34 to 51 feet.

Grab samples at approximately 34-35, 44-45, and 49 feet.

Neat cement grout

2" diameter Schedule 40 PVC casing

WELL3-OVM

| DEPTH (feet) | SAMPLES | | | OVM Reading (ppm) | DESCRIPTION NAME (USCS): color, moist, % by wt., plast. density, structure, cementation, react. w/HCl, geo. inter. | WELL CONSTRUCTION DETAILS AND/OR DRILLING REMARKS |
|---|---|---|---|---|---|---|
| | Sample No. | Sample | Blows/ Foot | | | |

UMATEC FM - DANDAN FLOW MEMBER (?):
continued

— Neat cement grout

2" diameter Schedule 40
PVC casing

Grab (at ~55)

Grab (at ~60)

Grab (at ~65)

Case 1:02-cv-00022    Document 162    Filed 11/16/2007    Page 22 of 39

| DEPTH (feet) | SAMPLES | | | | DESCRIPTION<br>NAME (USCS): color, moist, % by wt., plast. density, structure, cementation, react. w/HCl, geo. inter. | WELL CONSTRUCTION<br>DETAILS AND/OR<br>DRILLING REMARKS |
|---|---|---|---|---|---|---|
| | Sample No. | Sample | Blows/Foot | OVM Reading (ppm) | | |
| 70— | Grab | | | | UMATEC FM - DANDAN FLOW MEMBER (?): continued | Neat cement grout |
| 71— | | | | | | |
| 72— | | | | | | 2" diameter Schedule 40 PVC casing |
| 73— | | | | | | |
| 74— | | | | | | |
| 75— | Grab | | | | | |
| 76— | | | | | | |
| 77— | | | | | | |
| 78— | | | | | | |
| 79— | | | | | | |
| 80— | Grab | | | | | |
| 81— | | | | | | |
| 82— | | | | | | |
| 83— | | | | | | |
| 84— | | | | | | |
| 85— | | | | | | |
| 86— | | | | | | |
| 87— | | | | | | |

Case 1:02-cv-00022   Document 162   Filed 11/16/2007   Page 23 of 39

WELL3-OVM

| DEPTH (feet) | SAMPLES | | | OVM Reading (ppm) | DESCRIPTION<br>NAME (USCS): color, moist, % by wt., plast, density, structure, cementation, react. w/HCl, geo. inter. | WELL CONSTRUCTION DETAILS AND/OR DRILLING REMARKS |
|---|---|---|---|---|---|---|
| | Sample No. | Sample | Blows/ Foot | | | |

UMATEC FM - DANDAN FLOW MEMBER (?):
continued

Well construction details:
- Neat cement grout
- 2" diameter Schedule 40 PVC casing
- Hydrated bentonite chips
- #3 filter pack sand
- 2" diameter, 0.020" slot, Schedule 40 PVC screen

Samples (Grab) at approximately: 89-90, 99-100, 103-104, 104-105

Case 1:02-cv-00022    Document 162    Filed 11/16/2007    Page 24 of 39

WELL3-OVM

| DEPTH (feet) | SAMPLES | | | OVM Reading (ppm) | DESCRIPTION NAME (USCS): color, moist, % by wt., plast. density, structure, cementation, react. w/HCl, geo. inter. | WELL CONSTRUCTION DETAILS AND/OR DRILLING REMARKS |
|---|---|---|---|---|---|---|
| | Sample No. | Sample | Blows/ Foot | | | |

UMATEC FM - DANDAN FLOW MEMBER (?):
continued

Bottom of boring at 109 feet

#3 filter pack sand

2" diameter, 0.020" slot, Schedule 40 PVC screen

2" diameter Schedule 40 PVC end cap

**Geomatrix**

Project No. 13028.000.0 | Page 7 of 7

WELL3-OVM

| PROJECT: LAYON MUNICIPAL SANITARY LANDFILL Inarajan, Guam | **Log of Well No. MW-18** | |
|---|---|---|
| BORING LOCATION: N: 581833.526; E: 322773.0423 GGN 1993 | GROUND SURFACE ELEVATION AND DATUM: 296.84 MSL | |
| DRILLING CONTRACTOR: Marianas Drilling, Inc. | DATE STARTED: 4/5/07 | DATE FINISHED: 4/28/07 |
| DRILLING METHOD: Hollow-stem auger/Air rotary | TOTAL DEPTH (ft.): 70.0 | SCREEN INTERVAL (ft.): 17.8-37.6 |
| DRILLING EQUIPMENT: Mobile B-61/Tamrock Drilltech D40K | DEPTH TO WATER ATD: 18.0' | CASING: 2" Sch. 40 PVC |
| SAMPLING METHOD: Split-spoon drive sampler [24" x 2.5"] | LOGGED BY: J. Carolan | |
| HAMMER WEIGHT: 140 lbs    DROP: 30 in | RESPONSIBLE PROFESSIONAL: J. Carolan | REG. NO. CHG 589 |

**DESCRIPTION**
NAME (USCS): color, moist, % by wt., plast. density, structure, cementation, react. w/HCl, geo. inter.

Surface Elevation: 296.84 MSL

LEAN CLAY (CL): reddish brown (2.5YR 4/4), moist, ~90% fines, ~10% fine sand, low plasticity, firm

SILTY CLAY (CL/ML): reddish brown (2.5YR 4/4) with light brownish gray (10YR 6/2), moist, ~95% fines, ~5% fine sand, low plasticity, firm, severely weathered UMATAC FM - BOLANOS PYROCLASTIC MEMBER, relic texture of fine sand to fine gravel sized phenocrysts and lithic fragments, thinly bedded

relic texture of fine sand to coarse sand sized phenocrysts and lithic fragments, vertical and horizontal undulating fractures, moderately open (1/32"-1/16"), filled with clay minerals, moderately to closely spaced, no apparent bedding

CLAYEY SILT (ML/CL): yellowish brown (10YR 5/4) with red (2.5YR 4/6), moist, ~90% fines, ~10% fine sand, nonplastic to low plasticity, firm, severely weathered UMATAC FM - BOLANOS PYROCLASTIC MEMBER, relic texture of fine to coarse sand sized phenocrysts and lithic fragments, no apparent bedding

**WELL CONSTRUCTION DETAILS AND/OR DRILLING REMARKS**

Surface completion: locking steel stovepipe set in concrete pad

Concrete

Top of casing elevation: 299.13' MSL

Neat cement grout

2" diameter Schedule 40 PVC casing

Hydrated bentonite chips

Geomatrix

Project No. 13028.000.0    Page 1 of 5

WELL3-OVM

| DEPTH (feet) | SAMPLES | | | OVM Reading (ppm) | DESCRIPTION NAME (USCS): color, moist, % by wt., plast. density, structure, cementation, react. w/HCl, geo. inter. | WELL CONSTRUCTION DETAILS AND/OR DRILLING REMARKS |
|---|---|---|---|---|---|---|
| | Sample No. | Sample | Blows/ Foot | | | |

CLAYEY SILT (ML/CL): continued

SILTSTONE: very hard, slightly weathered, vertical and horizontal linear fractures, moderately open (1/32"-1/16"), filled with clay minerals, moderately to closely spaced

SILTY SAND (SM): light brownish gray (10YR 6/2), wet, ~65% fine to medium sand, ~35% nonplastic fines, moderately weathered UMATAC FM - BOLANOS PYROCLASTIC MEMBER, relic texture of fine to coarse sand sized phenocrysts and lithic fragments thinly bedded, few vertical and horizontal undulating fractures, modereately open to open (1/32"-3/16"), filled with clay minerals, moderately to closely spaced
@19.5-19.8 SANDY SILT (ML)

sand fraction fine to coarse, no apparent bedding or fractures

~75% fine to coarse sand, ~25% nonplastic fines

~70% fine to coarse sand, ~30% nonplastic fines, few vertical and horizontal undulating fractures, moderately open (1/32"-1/16"), filled with clay minerals
@29.5 ~60% fine to coarse sand, ~40% nonplastic fines, moderately to severely weathered
@30.0 ~60% fine to coarse sand, ~30% nonplastic fines, ~10% fine to coarse gravel, moderately weathered
@31.2-31.7 siltstone lithic fragment

Well construction/drilling remarks:

#3 filter pack sand

2" diameter, 0.020" slot, Schedule 40 PVC screen

Depth to water measurement is 20.4 ft bgs at 0954 on 5/7/07. Bottom of augers at 20 ft bgs.

Depth to water measurement is 24.2 ft bgs at 1047 on 5/7/07. Bottom of augers at 26 ft bgs.

Depth to water measurement is 19.25 ft bgs at 1306 on 5/7/07. Bottom of augers at 32 ft bgs.

Sample readings:
16, 22, 6, 13, 20, 21 (MW-18, 16.0-16.5, MW-18, 16.5-17.0)
6, 8, 12, 20, 10, 11, 14, 16, 5, 9, 12, 16, 6, 9, 14, 18, 7, 14, 20, 30 (MW-18, 26.5-27.0)
5, 12, 16, 20, 10, 10, 19, 20, 11, 20 (MW-18, 27.0-27.5, 28.0)

NR

WELL3-OVM

| DEPTH (feet) | SAMPLES | | | OVM Reading (ppm) | DESCRIPTION NAME (USCS): color, moist, % by wt., plast. density, structure, cementation, react. w/HCl, geo. inter. | WELL CONSTRUCTION DETAILS AND/OR DRILLING REMARKS |
|---|---|---|---|---|---|---|
| | Sample No. | Sample | Blows/Foot | | | |

**Description column:**

SILTY SAND (SM): continued
~60% fine to medium sand, ~40% nonplastic fines,
moderately to severely weathered

SANDY SILT (ML): light brownish gray (10YR 6/2),
moist, ~60% fines, ~40% fine to medium sand,
nonplastic, firm, moderately to severely weathered
UMATAC FM - BOLANOS PYROCLASTIC MEMBER,
relic texture of fine to coarse sand sized phenocrysts
and lithic fragments, few vertical and horizontal
undulating fractures, moderately open (1/32"-1/8"), filled
with clay minerals, moderately to closely spaced

SILTY SAND (SM): light brownish gray (10YR 6/2),
wet, ~70% fine to coarse sand, ~30% nonplastic fines,
moderately weathered UMATAC FM - BOLANOS
PYROCLASTIC MEMBER, relic texture of fine sand to
fine gravel sized phenocrysts and lithic fragments, few
vertical and horizontal undulating fractures, moderately
open (1/32"-1/8"), filled with clay minerals, moderately to
closely spaced

**Well construction column:**

#3 filter pack sand

2" diameter, 0.020" slot, Schedule 40 PVC screen

2" diameter Schedule 40 PVC end cap

Hydrated bentonite chips

**Depth / Blows data:**

| Depth | Sample | Blows/Foot |
|---|---|---|
| 34 | | 25 |
| | | 25 |
| | | 4 |
| 35 | | 8 |
| | | 14 |
| | | 17 |
| 36 | | 5 |
| 37 | MW-18 36.5-37.0 | 11 |
| | | 15 |
| 38 | MW-18 37.0- | 20 |
| | | 5 |
| 39 | MW-18 37.5-37.5 | 9 |
| | | 15 |
| 40 | MW-18 37.5-38.0 | 24 |
| | | 8 |
| 41 | | 14 |
| | | 24 |
| 42 | | 25 |
| | | 7 |
| 43 | | 11 |
| | | 15 |
| 44 | | 20 |
| | | 8 |
| 45 | | 12 |
| | | 17 |
| 46 | | 20 |
| 47 | MW-18 46.5-47.0 | 7 |
| | | 14 |
| | | 29 |
| 48 | MW-18 47.0- | 25 |
| | | 8 |
| 49 | 47.5 | 11 |
| | | 17 |
| 50 | MW-18 47.5-48.0 | 23 |
| | | 7 |
| 51 | | 25 |

WELL3-OVM

| DEPTH (feet) | SAMPLES | | | OVM Reading (ppm) | DESCRIPTION NAME (USCS): color, moist, % by wt., plast. density, structure, cementation, react. w/HCl, geo. inter. | WELL CONSTRUCTION DETAILS AND/OR DRILLING REMARKS |
|---|---|---|---|---|---|---|
| | Sample No. | Sample | Blows/ Foot | | | |

SILTY SAND (SM): continued
@51.25-51.6 SANDY SILT (ML): moderately to severely weathered
@52.0 relic texture of fine to coarse sand sized phenocrysts and lithic fragments

no fractures

SILT (ML): severely weathered

few vertical undulating fractures, moderately open (1/32"-1/16"), filled with clay minerals, moderately to closely spaced

SILTSTONE dark grayish brown (10YR 4/2), moist along fractures, very hard, slightly to moderately weathered, blocky fractures, moderately open (1/32"), filled with clay minerals, moderately to closely spaced

brown, (7.5YR 5/4)

SILTY SAND (SM)

SILT (ML)

SANDY SILT (ML): light brownish gray (10YR 6/2), moist, ~60% fines, ~40% fine to medium sand, nonplastic, firm, moderately to severely weathered
UMATAC FM - BOLANOS PYROCLASTIC MEMBER, relic texture of fine sand to coarse gravel sized phenocrysts and lithic fragments

SILTY SAND (SM): see next page

SILTSTONE lithic fragment

Hydrated bentonite chips

Depth column values (feet): 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69

Blows/Foot values: 18, 28, 9, 13, 18, 23, 10, 14, 19, 21, 11, 15, 21, 27, 10, 16, 18, 25, 9, 14, 15, 24, 9, 24, 41, 57, 15, 13, 18, 33, 13, 19, 26, 39, 13, 18, 23

Sample labels: MW-18 56.5-57.0, MW-18 57.0-57.5, MW-18 57.5-58.0, MW-18 56.5-67.0, MW-18 67.0-67.5

Geomatrix    Project No. 13028.000.0    Page 4 of 5
WELL3-OVM

| DEPTH (feet) | SAMPLES | | | | DESCRIPTION NAME (USCS): color, moist, % by wt., plast. density, structure, cementation, react. w/HCl, geo. inter. | | WELL CONSTRUCTION DETAILS AND/OR DRILLING REMARKS |
|---|---|---|---|---|---|---|---|
| | Sample No. | Sample | Blows/ Foot | OVM Reading (ppm) | | | |

18 · 67.5 · 68.0 · 33

**70** — SILTY SAND (SM): light brownish gray (10YR 6/2), wet, ~60% fine to medium sand, ~40% nonplastic fines, moderately to severely weathered UMATAC FM - BOLANOS PYROCLASTIC MEMBER, relic texture of fine sand to coarse gravel sized phenocrysts and lithic fragments
@69.5-69.75 SILTSTONE lithic fragment

Bottom of boring at 70 feet

Hydrated bentonite chips

**71**

**72**

**73**

**74**

**75**

**76**

**77**

**78**

**79**

**80**

**81**

**82**

**83**

**84**

**85**

**86**

**87**

WELL3-OVM

**Geomatrix**

Project No. 13028.000.0   Page 5 of 5



Case 1:02-cv-00022    Document 162    Filed 11/16/2007    Page 31 of 39



Annual Inarajan Agricultural Station Precipitation
Layon Landfill Site
Inarajan, Guam

By: ker | Date: 08/23/07 | Project No.: 13028

Geomatrix | Attachment 3



MW-20
296

MP-2
242.10

Tinaga River

Ugum River

MW-20

MW-23
382.39

MW-22
345.48

MW-2
290.37

MW-3
312.12

MW-4
312.24

MW-5
304.08

MW-6
304.66

B-1A
320.13

MW-1
330.04

MP-1
331.37

MW-12
322.77

MW-13
322.60

MW-10
318.51

MW-8
340.21

MP-3
304.46

MW-7
315.68

MW-24
334.9

313.14

MW-15
314.53

MW-16
301.97

MW-10B
260.27

MW-19A
260.01

MW-18
278.5

MP-4
256.28

Fenaha River

MW-17A MW-17B
227.7  227.22

MP-6
221.98

Fenaha River

MP-5
234.06

Inarajan River

Basemap from A-Mehr, June 2007.

**Explanation**

MW-12
322.77  Shallow groundwater monitoring well,
designation and water table elevation
(ft msl) from June 1, 2007

MP-5
234.06 ▲  Surface water measuring point,
designation and water table elevation
(ft msl) from June 1, 2007

·-·225·-·  Groundwater elevation contour

·-··-··-·  River

———  Landfill boundary

N

0    350    700
Approximate Scale in Feet

GROUNDWATER CONTOUR MAP
JUNE 1, 2007
Layon Landfill Site
Inarajan, Guam

| By: amy | Date: 8/27/2007 | Project No. 13028 |

**Geomatrix**

Attachment  **4**



2005 and 2007 Water Elevation and Inarajan
Agricultural Station Precipitation Data
Layon Landfill Site
Inarajan, Guam

By: ker    Date: 08/23/07    Project No.: 13028

Geomatrix    Attachment 5



Approximate locations of the landfill footprint

Cell 2

Cell 1

**Explanation**

| | | |
|---|---|---|
| ▓ -19.9 - -10 | ▓ 20.1 - 30 | |
| ▓ -9.9 - 0 | ▓ 30.1 - 40 | |
| ☐ 0.01 - 10 | ▓ 40.1 - 50 | |
| ☐ 10.1 - 20 | | |

0    200    400
━━━━━━━━ Feet

Note: Negative values indicate areas where groundwater elevations are above conceptual landfill base grade elevations. Positive values indicate areas where groundwater elevations are below conceptual landfill base grade elevations.

CONTOUR MAP OF JUNE 1, 2007
GROUNDWATER ELEVATIONS RELATIVE TO
CONCEPTUAL LANDFILL BASE GRADE ELEVATIONS

Layton Landfill Site
Inarajan, Guam

| By: SB | Date: 8/27/2007 | Project No. 013028.000 |
|---|---|---|
| ◢◣ **Geomatrix** | | Attachment 6 |

File Path: S:\13000\13028\GIS\task_2_3_082007\Attachment_6.mxd



Explanation
— Sub-basin boundary
···· River
— Landfill boundary

Basemap from A-Mehr, June 2007

FINTASA RIVER, FENSOL RIVER,
AND LAOLAO RIVER SUB-BASIN
Layon Landfill Site
Inarajan, Guam

0    700    1,400
Approximate Scale in Feet

By: amy | Date: 8/27/2007 | Project No. 13028

Attachment 7



1     of the first ninety (90) day period. A final period of thirty (30) working days
2     may be granted upon an additional certification from the attending medical
3     doctor that additional time is needed for recovery.

4            (1)    Employees of the government of Guam *shall* not transfer
5            their unused annual leave *or* sick leave to another employee in
6            exchange for any money, favors, *or* items of value. Employees
7            who transfer or receive annual *or* sick leave in violation of this
8            provision *shall* be guilty of official misconduct pursuant to Title
9            9 GCA §49.90.

10           (2)    This provision *shall* apply to all government employees
11            in the classified, appointed, elected, and unclassified positions,
12            and all branches of the government of Guam, including line
13            departments and agencies, autonomous agencies, public
14            corporations, and all other government instrumentalities."

15      **Section 97.** The appropriation in Section 24 of Chapter IV, Part II of P.L.
16   28-150, *shall* not lapse and shall continue until all sums appropriated therein are
17   expended. The Mayor of Agat may use said funds to repair and maintain the Agat
18   Basketball Court and adjacent restroom facility.

19      **Section 98. Expenditure of Public Funds for Landfill. (a) Legislative**
20   **Findings and Intent.** *I Liheslaturan Guåhan* finds that the government's proposed
21   landfill site identified as *Dandan or Layon* is privately owned and that the
22   government of Guam, upon final selection thereof, must purchase it. Failure to
23   acquire the property before the government solicits a landfill design specific to that
24   site will increase the market value of the property.

25       *I Liheslaturan Guåhan* additionally finds that a site-specific fiscal
26   plan must be prepared that describes all the costs of the landfill project, including
27   property acquisition; site mitigation requirements; infrastructure needs such as