CASE NO.: CV-02-00022  DATE: November 19, 2007
CAPTION: USA vs. Government of Guam

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber  Court Reporter Present: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore  Time: 8:05 A.M. - 8:58 A.M.

**APPEARANCES:**

Counsel for Plaintiff(s)  Counsel for Defendant(s)
Mikel Schwab  Patrick Mason

**PROCEEDINGS: On Site Visit to Dandan**

NOTES: Also present at the site were Acting Governor Michael Cruz, Acting Speaker Eddie Calvo, Ray Haddock representing the Governor's Office, Department of Public Works Director Lawrence Perez, Cynthia Jackson from Department of Public Works, Senator James V. Espaldon, Victor Wuerch from Guam EPA, Tor Gudmundsen of TG Engineering and EPA Remedial Project Manager Pankaj Arora.

Parties discussed the Dandan site and the issues surrounding the site.