CASE NO.: CV-02-00022     DATE: November 20, 2007
CAPTION: USA vs. Government of Guam

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

| | |
|---|---|
| Law Clerk: Sara Weber | Court Reporter: Wanda Miles |
| Courtroom Deputy: Virginia T. Kilgore | Electronically Recorded: 9:01:37 - 9:57:40<br>10:10:12 -12:24:10 |
| CSO: J. Lizama / N. Edrosa | |

**APPEARANCES:**

| Counsel for Plaintiff(s) | Counsel for Defendant(s) |
|---|---|
| Mikel Schwab | Patrick Mason representing the Government of Guam |
| Pankaj Arora, EPA Remedial Project Manager | Ray Haddock representing the Governor of Guam |
| Robert Mullaney and Julia Jackson, EPA (Via Video Conference) | |

**PROCEEDINGS: Status Hearing / Hearing on Federal Receivership and Hearing on Objections to Magistrate Judges Report and Recommendations**

- Further Status Hearing set for: <u>December 18, 2007 at 9:00 A.M</u>.

NOTES: Acting Governor Michael Cruz, Acting Speaker Eddie Calvo, Tor Gudmundsen of TG Engineering, Senator James V. Espaldon, Laura Lee Crisostomo, DPW Director Lawrence Perez, Department of Public Works Solid Waste Division Superintendent Dominic Muna, Cynthia Jackson of DPW were present.

Parties discussed the issue of the Ordot landfill, the Dandan site, the Magistrate Judge's Report and Recommendation and Federal Receivership.

The Court stated that the next site visit will be to the Ordot dump and Lonfit River on December 17, 2007.

Parties to submit their proposed order regarding the issues of today's hearing by Wednesday, November 28, 2007.