☐ ORIGINAL

RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division
ROBERT D. MULLANEY
Environmental Enforcement Section
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
Tel: (415) 744-6483
Fax: (415) 744-6476

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant United States Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
NOV 21 2007
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GOVERNMENT OF GUAM, ) <br> ) <br> Defendant. ) | CIVIL CASE NO. 02-00022 <br><br> UNITED STATES' STATUS REPORT ON STIPULATED PENALTIES |

At the status conference on November 20, 2007, the Court directed the United States to present information on the total stipulated penalties that have accrued for the Government of Guam's ("GovGuam") violations of the Consent Decree in this case. As of November 20, 2007, the following stipulated penalties have accrued:

| Consent Decree | Due Date | Days of Violation | Penalties |
|---|---|---|---|
| Award Construction Contract for Ordot Closure (¶8.g) | April 21, 2006 | 578 | $1,081,000 |
| Complete Closure of Ordot (¶8.h) | October 23, 2007 | 28 | $28,000 |
| Cease All Discharges to Waters of the U.S. (¶8.i) | October 23, 2007 | 28 | $28,000 |
| Final Plan for New Landfill (¶9.f) | June 5, 2006 | 533 | $495,500 |
| Issuance of Permit for New Landfill (¶9.g) | September 3, 2006 | 443 | $405,500 |
| Award Construction Contract for New Landfill (¶9.h) | October 13, 2006 | 403 | $731,000 |
| Begin Operation of New Landfill (¶9.i) | September 23, 2007 | 58 | $86,000 |
| **TOTAL STIPULATED PENALTIES:** | | | **$2,855,000** |

Although the United States is not currently demanding payment of these penalties, we reserve our right to demand them in the future.

Respectfully submitted this 21st day of November 2007,

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ MIKEL W. SCHWAB
MIKEL W. SCHWAB
Assistant U.S. Attorney

1