

RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division
ROBERT MULLANEY
Environmental Enforcement Section
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94105
TEL: (415) 744-6483
FAX: (415) 744-6476

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
NOV 21 2007
JEANNE G. QUINATA
Clerk of Court

UNITED STATES DISTRICT COURT

FOR DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 02-00022 |
| Plaintiff, | |
| vs. | CERTIFICATE OF SERVICE |
| GOVERNMENT OF GUAM, | |
| Defendant. | |

I, FRANCES B. LEON GUERRERO, Legal Assistant, working in the U.S. Attorney's Office, in the District of Guam hereby certify that on the 21st day of November, 2007, I caused to be served by personal service a copy of the "United States' Status Report on Stipulated Penalties", in the above entitled case to the following attorneys of record:

| | |
|---|---|
| Alicia Limtiaco<br>Attorney General<br>Office of the Attorney General<br>  for Guam for the Territory of Guam<br>287 W. O'Brien Dr.<br>Hagatna, Guam 96910 | Patrick Mason<br>Assistant Attorney General<br>Office of the Attorney General for<br>  Guam for the Territory of Guam<br>287 W. O'Brien Dr.<br>Hagatna, Guam 96910 |

*Frances B. Leon Guerrero* (signature)
FRANCES B. LEON GUERRERO
Legal Assistant