**IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
\*\*AMENDED \*\*  CIVIL MINUTES
GENERAL**

CASE NO.: CV-02-00022  DATE: November 20, 2007
CAPTION: USA vs. Government of Guam

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

Law Clerk: Sara Weber  Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore  Electronically Recorded:  9:01:37 - 9:57:40
 10:10:12 -12:24:10

CSO: J. Lizama / N. Edrosa

---

**APPEARANCES:**

Counsel for Plaintiff(s)  Counsel for Defendant(s)
Mikel Schwab  Patrick Mason representing the Government of Guam
Pankaj Arora, EPA Remedial Project Manager  Ray Haddock representing the Governor of Guam
Robert Mullaney and Julia Jackson, EPA (Via Video Conference)

---

**PROCEEDINGS: Status Hearing / Hearing on Federal Receivership and Hearing on Objections to Magistrate Judges Report and Recommendations**

- Further Status Hearing set for: <u>December 18, 2007 at 9:00 A.M.</u>

NOTES:  Acting Governor Michael Cruz, Acting Speaker Eddie Calvo, Tor Gudmundsen of TG Engineering, Senator James V. Espaldon, Laura Lee Crisostomo, DPW Director Lawrence Perez, Department of Public Works Solid Waste Division Superintendent Dominic Muna, Cynthia Jackson of DPW were present.

Parties discussed the issue of the Ordot landfill, the Dandan site, the Magistrate Judge's Report and Recommendation and Federal Receivership.

The Court stated that the next site visit will be to the Ordot dump and Lonfit River on December 17, 2007.

Parties to submit their proposed order regarding the issues of today's hearing by Wednesday, November 28, 2007.

   \*\*Government of Guam Exhibit A identified by Mr. Tor Gudmundsen as weather data taken from Jeff's Pirates Cove.





**Disclaimer** - Weather information is provided without warranty of any kind as to accuracy or timeliness, and should NEVER be used to make IMPORTANT decisions during a weather emergency. The user assumes the entire risk related to the use of this data. Jeff's Pirates Cove (JPC) is providing this data "as is", and JPC disclaims any and all warranties, whether express or implied, including (without limitation) any implied warranties of merchantability or fitness for a particular purpose. In NO event will JPC be liable to you or to any third party for any direct, indirect, incidental, consequential, special or exemplary damages or lost profit resulting from any use or misuse of this data.
  JPC also provides links to various weather related sites because they may contain related information of interest to you. These links DO NOT constitute an endorsement by JPC of any information, products or services found on these sites.
   Comments and/or suggestions concerning data or our webpage/s can be addressed to Jeff's Pirates Cove.

Case 1:02-cv-00022 Document 169 Filed 11/23/2007 Page 4 of 4