# TRANSCRIPT ORDER

**AO435 (Rev. 1/90)**
ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

**FOR COURT USE ONLY**
DUE DATE:

Read Instructions on Back.

| Field | Value |
|---|---|
| 1. NAME | MIKEL W. SCHWAB |
| 2. PHONE NUMBER | 479-4119 |
| 3. DATE | 11/27/2007 |
| 4. MAILING ADDRESS | Sirena Plaza, Ste 500 108 Hernan Cortez Ave |
| 5. CITY | Hagatna |
| 6. STATE | GU |
| 7. ZIP CODE | 96910 |
| 8. CASE NUMBER | CV02-00022 |
| 9. JUDICIAL OFFICIAL | |
| 10. FROM | 11/19/07 |
| 11. TO | 11/20/07 |
| 12. CASE NAME | UNITED STATES v. GOVERNMENT OF GUAM |
| 13. CITY | Ordot |
| 14. STATE | GU |

**15. ORDER FOR**
- APPEAL
- NON-APPEAL
- CRIMINAL
- [X] CIVIL
- CRIMINAL JUSTICE ACT
- IN FORMA PAUPERIS
- BANKRUPTCY
- OTHER (Specify)

**16. TRANSCRIPT REQUESTED**
Site Visit to Ordot Dump DANDAN and Status Hearing for dates 11/19 & 11/20

Portions:
- [ ] VOIR DIRE
- [ ] OPENING STATEMENT (Plaintiff)
- [ ] OPENING STATEMENT (Defendant)
- [ ] CLOSING ARGUMENT (Plaintiff)
- [ ] CLOSING ARGUMENT (Defendant)
- [ ] OPINION OF COURT
- [ ] JURY INSTRUCTIONS
- [ ] SENTENCING
- [ ] BAIL HEARING
- [ ] TESTIMONY (Specify Witness)
- [ ] PRE-TRIAL PROCEEDING (Spcy)
- [ ] OTHER (Specify)

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | [X] | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

**FILED**
DISTRICT COURT OF GUAM
NOV 27 2007
JEANNE G. QUINATA
Clerk of Court

**CERTIFICATION (18. & 19.)**
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE: /s/
19. DATE:

ESTIMATE TOTAL:
PROCESSED BY:
PHONE NUMBER:

TRANSCRIPT TO BE PREPARED BY:
COURT ADDRESS:

ORDER RECEIVED: DATE 11/27/07 BY [signature]

DEPOSIT PAID:
TRANSCRIPT ORDERED:
TRANSCRIPT RECEIVED:
ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT:
PARTY RECEIVED TRANSCRIPT:

DEPOSIT PAID:
TOTAL CHARGES:
LESS DEPOSIT:
TOTAL REFUNDED:
TOTAL DUE:

(Previous editions of this form may still be used)
ORIGINAL - COURT COPY    YELLOW - TRANSCRIPTION COPY    GREEN - ORDER RECEIPT    PINK - ORDER COPY

Case 1:02-cv-00022    Document 172    Filed 11/27/2007    Page 1 of 1