
**FILED**
DISTRICT COURT OF GUAM
DEC - 6 2007
JEANNE G. QUINATA
Clerk of Court

Rev. 5-10-2007 United States District Court, District of Guam

# DIGITAL AUDIO RECORDING ORDER

Read Instructions on Back (FOR PROCEEDINGS ON OR AFTER AUGUST 1, 2002)

| 1. NAME | 2. PHONE NUMBER | 3. DATE | | |
|---|---|---|---|---|
| MIKEL W. SCHWAB | 671-479-4119 | 12/4/2007 | | |
| 4. MAILING ADDRESS | 5. CITY | | 6. STATE | 7. ZIP CODE |
| SIRENA PLAZA, STE 500 108 Hernan Cortez | Hagatna | | GU | 96910 |
| 8. CASE NUMBER | 9. CASE NAME | DATES OF PROCEEDINGS | | |
| CV02-00022 | U.S. v. GOVGUAM | 10. FROM 11/19/2007 | 11. TO 11/19/2007 | |
| 12. PRESIDING JUDICIAL OFFICIAL | | LOCATION OF PROCEEDINGS | | |
| Judge Gatewood | | 13. CITY DanDan | 14. STATE | |

15. ORDER FOR
☐ APPEAL  ☐ CRIMINAL  ☐ CRIMINAL JUSTICE ACT  ☐ BANKRUPTCY
☐ NON-APPEAL  ☒ CIVIL  ☐ IN FORMA PAUPERIS  ☐ OTHER (Specify)

16. CD REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which duplicate CD(s) are requested.)

| PORTION(S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

17. ORDER

☐ FTR Gold Format. Free player software included on CD.
☒ Audio CD Format - This format will play in any CD player. This format is limited to an hour or less.
☐ MP3 - This format will play using Windows Media Player™ software, as well as other 3rd party software.
☐ Windows Audio Format - (wma) This format will play using Windows Media Player™ software, as well as other 3rd party software.

Media: ☐ CD  ☒ DVD

| NO. CD/DVD(s) | NO. COPIES | COSTS |
|---|---|---|
| 1 | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

ESTIMATE TOTAL

| 18. SIGNATURE | 19. DATE |
|---|---|
| MIKEL W. SCHWAB | 12/4/2007 |
| PROCESSED BY | PHONE NUMBER |
| ORDER RECEIVED | 12/4  CW | DEPOSIT PAID |
| DEPOSIT PAID | | TOTAL CHARGES |
| CD/DVD DUPLICATED | 12/4  CW | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP CD/DVD | | TOTAL REFUNDED |
| PARTY RECEIVED CD/DVD | 12/6  90 | TOTAL DUE |

RECEIVED
DEC - 4 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM