# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CIVIL MINUTES
# GENERAL

CASE NO.: CV-02-00022  DATE: December 17, 2007
CAPTION: U.S.A. -vs- Government of Guam

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

Law Clerk: Sara Weber   Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez  Electronically Recorded: 8:30 a.m. - 9:38 a.m.
CSO: F. Tenorio

**APPEARANCES:**

Counsel for Plaintiff(s)   Counsel for Defendant(s)
M. Schwab   R. Haddock
J. Cruz   P. Mason
P. Arora - US EPA

**PROCEEDINGS: On Site Visit to the Lonfit River**

NOTES: Also present were: Gov. Felix Camacho; Acting Speaker Eddie Calvo; Sen. James Espaldon; Sen. Judith Guthertz; Sen. Rory Respicio; Sen. Tina Muna-Barnes; DPW Director Larry Perez; DPW Solid Waste Division Superintendent Dominic Muna; DPW Project Manager for the Consent Decree Cynthia Jackson; Guam E.P.A. Administrator Lorilee Crisostomo; Guam E.P.A. Hydro-Geologist Victor Wuerch; Dr. Denton from the Water and Environmental Research Institute; and Dr. Golabi from the University of Guam.

Court and parties discussed the research collected and issues relating to the Lonfit River.

Exhibit 1 - Impact of Ordot Dump on water quality of Lonfit River Basin Report, received from Dr. Golabi.