**IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CIVIL MINUTES
TRIAL**

---

CASE NO.: CV-02-00022   DATE: December 18, 2007
CAPTION: U.S.A. -vs- Government of Guam

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

| | |
|---|---|
| Law Clerk: Sara Weber | Court Reporter: Wanda Miles |
| Courtroom Deputy: Leilani Toves Hernandez | Electronically Recorded: 9:05:21 - 11:00:57 |
| CSO: F. Tenorio / J. Lizama | |

---

**APPEARANCES:**

| Counsel for Plaintiff(s) | Counsel for Defendant(s) |
|---|---|
| M. Schwab | P. Mason - Government of Guam |
| J. Cruz | R. Haddock - Governor of Guam |
| R. Mullaney and J. Jackson (U.S. E.P.A.) - video teleconference | |
| Pankaj Arora, U.S. E.P.A. Remedial Project Manager | |

---

**PROCEEDINGS: Status Hearing**

- Parties sworn and testified - see attached Exhibit and Witness List.
- On-Site Visit to the Ordot Dump set for: <u>January 23, 2008 at 8:30 a.m.</u>
- Status Hearing set for: <u>January 24, 2008 at 9:00 a.m.</u>


NOTES: Also present were: Gov. Felix Camacho; Acting Speaker Eddie Calvo; Sen. James Espaldon; Sen. Judith Guthertz; Sen. Rory Respicio; DPW Director Larry Perez; DPW Solid Waste Division Superintendent Dominic Muna; DPW Project Manager for the Consent Decree Cynthia Jackson; Guam E.P.A. Administrator Lorilee Crisostomo; Dr. Denton from the Water and Environmental Research Institute; Dr. Golabi from the University of Guam.

# UNITED STATES DISTRICT COURT

DISTRICT OF     **GUAM**

| | |
|---|---|
| **United States of America** | **EXHIBIT AND WITNESS LIST** |
| **V.** | |
| **Government of Guam** | Case Number: **CV-02-00022** |

| PRESIDING JUDGE<br>Frances M. Tydingco-Gatewood | PLAINTIFF'S ATTORNEY<br>**M. Schwab / J. Cruz / R. Mullaney** | DEFENDANT'S ATTORNEY<br>**P. Mason / R. Haddock** |
|---|---|---|
| HEARING DATE (S)<br>December 18, 2007 | COURT REPORTER<br>Wanda Miles | COURTROOM DEPUTY<br>Leilani Toves Hernandez |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | Dominic Muna, sworn and testified |
| | | | | | | Dr. Denton, sworn and testified |
| | | | | | | Dr. Mohammed Golabi, sworn and testified |
| | | | | | | Victor Wuerch, sworn and testified |
| | | | | | | Felix Camacho, Governor of Guam, sworn and testified |
| | | | | | | Eddie Calvo, Acting Speaker, Guam Legislature, sworn and testified |