DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | Civil Case No. 02-00022 |
| vs. | |
| GOVERNMENT OF GUAM, | **NOTICE OF RECEIPT OF LETTER** |
| Defendant. | |

In the interest of full and complete disclosure, the court hereby advises the parties that it received the letter attached hereto from Mr. Shull, Ph.D., from Environmental Resources Management.

**/s/ Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: Jan 08, 2008**



Environmental
Resources
Management

2525 Natomas Park Drive
Suite 350
Sacramento, CA 95833
(916) 924-9378
(916) 920-9378 (fax)

**RECEIVED**

JAN - 7 2008
*CDPalacios*
CHIEF JUDGE'S CHAMBERS
DISTRICT COURT OF GUAM

31 December 2007

United States Courthouse, 4th Floor
520 West Soledad Avenue
Hagatna, GU 96910-4950
Attn: Judge Frances Tydingco-Gatewood



**ERM**®

Subject:     Ordot Dump and Solid Waste Management in Guam

Dear Judge Tydingco-Gatewood:

The purpose of this letter is to provide the court with technical information
and proposed solutions that may not have been provided for your
consideration previously.  My understanding is that the court has been
presented with only two options regarding the future solid waste
management program in Guam: *a new landfill* and *incineration-based waste-to-
energy (WTE)*.  By sending this letter, I seek to provide the court with
information on a third, more technically advanced and economically feasible
option: *WTE using high-temperature gasification*.  This option not only affords a
"sustainable" approach to solid waste management in Guam, but if
structured properly, can also generate funds to help GovGuam address the
pressing environmental problems at the Ordot Dump.  In recent years, high-
temperature gasification has emerged as a highly effective WTE method and
has proven successful in numerous commercial operations worldwide.  Later
in this letter we lay out the steps we believe should be undertaken to
successfully implement this option.

By way of background, I am a senior environmental scientist with over
32 years of experience, including experience finding solutions for treatment,
storage and disposal of both hazardous and non-hazardous wastes.  I am a
partner and practice director at Environmental Resources Management (ERM),
the largest solely environmental consulting firm in the world (approximately
3,000 scientists and engineers distributed among 142 offices in over 40
countries).  In the interest of full disclosure, please know that ERM provides a
full range of environmental services and contemplates bidding on future
environmental projects in Guam.  Over the past two years, I and others in
ERM have familiarized ourselves with the solid waste issues and challenges
facing Guam.  We are familiar with the Consent Decree and well aware of the
main environmental problems associated with the Ordot Dump.  I personally
visited the Ordot Dump and Lonfit River in the spring of 2007.  I attended the
Guam Industry Forum in August 2007 and heard Director Perez's briefing on
GovGuam's waste management plans as well as General David Bice's

Judge Tydingco-Gatewood
31 December 2007
Page 2

Environmental
Resources
Management

statements regarding the military's solid waste management plans and preferences.

Using valuable land to create a new landfill in Guam is illogical, especially in light of the fact that Guam has such limited land area and that better waste management options are available. Incineration is also not a good option for Guam. Two main reasons are that the large quantities of incinerator-generated ash would require landfill disposal, and the air quality issues caused by toxic substances called "products of incomplete combustion" are well-known environmental problems. By comparison, high-temperature gasification does not have these limitations and problems. One of the more contemporary advanced high-temperature gasification technologies is plasma arc gasification (PAG), which is successfully operating in several recently constructed WTE facilities in various countries including the continental U.S. and Japan.

How does this third option help GovGuam fund the closure of the Ordot Dump in accordance with the Consent Decree? A PAG WTE facility would use solid waste generated by both civilian and military sources in Guam as feedstock to generate revenue from the manufacture of saleable by-products, including products from both steam and synthesis gas (electricity, alternative fuels) and from the molten slag (recovered metals, construction materials, other consumer products). A portion of this generated revenue can be used to help fund the closure of the Ordot Dump. The higher operating temperature of a PAG system creates a molten slag instead of the large quantities of ash from an incinerator.

In summary, a sustainable WTE approach using high-temperature gasification (third option) is the best waste management option for Guam for many reasons:

(1) Attracts the business interest of the private sector compared to the traditional landfill business because of the greater revenue-generating potential;

(2) Provides an additional, much-needed source of electricity for the island;

(3) Eliminates the many environmental problems associated with land disposal of solid waste;

(4) Eliminates the high cost of construction of a new landfill and the associated infrastructure (*e.g.*, roads);

(5) Frees up valuable land for more beneficial societal uses;

Judge Tydingco-Gatewood
31 December 2007
Page 3

Environmental
Resources
Management

(6) Affords an opportunity for controlling emissions of greenhouse gases that would otherwise be emitted from landfilled solid waste; and

(7) If structured properly, provides a source of funding for addressing the most serious environmental problems at the Ordot Dump.

This third option can be successfully implemented in Guam if certain key steps are undertaken. *First*, the entire solid waste management program should be privatized, including closure of the Ordot Dump and collection and disposal of both civilian and military waste for a minimum of 20 years. Certain guarantees would need to be negotiated and established including an equitable power purchase agreement and tipping fees. *Second*, the life of the Ordot Dump should be extended by three years for temporary waste storage during which time a high-temperature gasification WTE facility would be designed, permitted, constructed and made operational. Extending the life of the Ordot Dump by three years can be accomplished by installing a leachate collection trench around the dump to prevent pollutant discharges to the Lonfit River and by instituting proper waste cover and compaction. These actions are intended to address the primary environmental issues called out in the Consent Decree and the need to bring the Ordot Dump into compliance with the Clean Water Act. The collected leachate would be disposed of in an environmentally safe manner. *Third*, following startup of the WTE facility, the Ordot Dump could be mined and the deposited waste used as feedstock in the WTE facility. *Fourth*, as funds become available from the WTE facility as well as other sources and some or all of the deposited waste is removed and processed, the Ordot Dump can be officially closed.

If you find these ideas and suggestions useful, I welcome the opportunity to answer any questions or engage in further discussions regarding the ideas presented in this letter. My telephone number in Sacramento, California, is (916) 924-9378 and my email address is lee.shull@erm.com.

With kindest regards,

Lee Shull, Ph.D.
*Partner*

**Lee Shull, PhD**
*Partner*
*Director of Risk Services*

Email: lee.shull@erm.com

Environmental
Resources
Management

2525 Natomas Park Drive
Suite 350
Sacramento, CA 95833
(916) 924-9378
(916) 920-9378 (fax)
(916) 335-6858 (cell)



**ERM**

# ERM Services and Locations

How can we help you?

 

## ERM's staff of environmental experts includes professionals in the following disciplines:

- Engineering (environmental, agricultural, civil, industrial, structural, chemical, mechanical, traffic, geotechnical, construction)
- Geology
- Geophysics
- Health and safety/industrial hygiene
- Regulatory analysis
- Planning
- Economics
- Hydrogeology
- Biology
- Toxicology
- Chemistry
- Law
- Political Science
- Conflict resolution
- Community planning
- Business management
- Computer science

### Air Quality Management
Accidental release programs
Air permitting
Atmospheric dispersion/deposition modeling
Control technology evaluations
Emission inventory plans
Exposure assessments
MON implementation
New Source Review
State and national regulatory assessments

### Construction and O&M Services
Construction management
Soil and ground water remediation systems
Storm water collection and treatment systems
Underground and aboveground storage tanks
Wastewater collection, conveyance and treatment systems

### Contaminated Land/Remediation
Advanced remediation technologies, such as in-situ chemical oxidation, advanced biological treatment, and thermal, SVE and sparging technologies
Conceptual, process, and engineering design
Exposure analyses
Risk assessments
Site investigations
Strategic remediation services
Total cost management

### Corporate Advisory Services
Corporate environmental reporting
Product stewardship
Life cycle analysis

### Ecological Sciences
Biodegradation treatment alternatives
Habitat surveys
Natural resources damage assessments
Toxicology and bioassays
Wetland delineation, mitigation, and creation

### EHS Compliance Auditing
Audit training
Corporate audit programs
Initial reviews
Liability and due diligence
Reporting
Risk ranking

### Energy
Energy modeling, forecasts, and sector planning
Least cost planning and demand site management
Regulation, restructuring, and privatization

### Engineering
Chemical process engineering
Design services
Facility design, construction, operation, and maintenance
Geotechnical services
Preparedness plans
Siting and permitting
Storm water management
System expansions
Thermal treatment processes
Waste minimization

### Health, Safety, and Toxicology
Chemical exposure assessments
Ergonomics
Indoor air quality
Material safety data sheets and labeling
Noise monitoring control strategies and design
Process hazards
Safety and risk evaluation
Training and information services
Worker right-to-know

### Human Health and Ecological Risk Assessment
Computerized risk assessment
Exposure assessment
Toxicity assessment

### Hydrogeology
Aquifer restoration
Geophysical investigations
Ground water monitoring/remediation
Soil testing and data interpretation
Subsurface contamination investigations
Surface/ground water planning
Water quality, hydrologic simulation
Well field design/wellhead protection

### Information Management
Environmental management information systems
Geographical information systems
Hands-on client training
System integration
Technical data management

### Management Systems
Community right-to-know
ISO 14000 certification and verification
International incident management program
Regulatory awareness and training
Training
Worldwide environmental standards of practice

### Risk Management
Catastrophic risk assessment
Insurance portfolio assessment
Integrated risk and liability management

### Solid and Hazardous Waste Management
Facility assessments
Long-term monitoring
Pollution control and abatement
Siting and permitting
Transport
Waste processing and recovery

### Transaction Services
Acquisition and divestiture evaluation
Cost-benefit analysis
Environmental due diligence
Financial risk guidelines
Phase I & II environmental site assessments

### Water/Wastewater
Conceptual, process, and design
Discharge permits and emergency plans
In-plant source reduction
Industrial pretreatment
Land treatment programs
Operations troubleshooting
Operator training and start-up assistance
Treatability studies

*Delivering sustainable solutions in a more competitive world*



ERM

# ERM's worldwide accessibility spans 38 countries.



# ERM North American Locations

Alabama
Mobile (334) 380-0046

Arizona
Scottsdale (480) 998-2401

California
Bakersfield (661) 326-6770
Fresno (559) 452-8010
Santa Ana (714) 430-1476
Sacramento (916) 444-9378
San Diego (619) 574-0620
Walnut Creek (925) 946-0455

Canada
Toronto (416) 646-3608
Vancouver (604) 681-7277

Colorado
Denver (303) 741-5050

Connecticut
Hartford (860) 524-5678

District of Columbia
Washington, DC (202) 466-9090

Florida
Jacksonville (904) 296-0434
Miami (305) 267-6667
Tampa (813) 622-8727

Georgia
Atlanta (770) 590-8383

Hawaii
Honolulu (808) 521-4404

Illinois
Chicago (Vernon Hills) (847) 932-1300

Indiana
Indianapolis (317) 706-2000

Iowa
Des Moines (515) 223-8225

Kansas
Kansas City (913) 661-0770

Kentucky
Louisville (270) 683-3020

Louisiana
Baton Rouge (225) 292-3001
New Orleans (504) 831-6700

Maryland
Annapolis (410) 266-0006

Massachusetts
Boston (617) 646 7800

Mexico
Mexico City 011 525 211 0090
Monterrey 011 528 348 0051

Michigan
Holland (616) 399-3500

Minnesota
St. Paul (651) 225-4554

Missouri
St. Louis (636) 928-0300

Montana
Missoula (406) 251-0106

New Jersey
Princeton (609) 895-0050

New Mexico
Albuquerque (305) 243-3330

New York
Long Island (631) 756-8900
New York (212) 447-1900
Rochester (716) 387-0510
Syracuse (315) 445-2554

North Carolina
Charlotte (704) 541-8345

Ohio
Cincinnati (513) 791-3000
Cleveland (440) 542-0750
Columbus (614) 433-7900

Oregon
Portland (503) 542-8007

Pennsylvania
Philadelphia (610) 524-3500
Pittsburgh (724) 933-5444

Puerto Rico
San Juan (787) 622-0808

South Carolina
Beaufort (843) 521-0717
Charleston (843) 856-4270
Columbia (803) 798-7222

Tennessee
Memphis (901) 767-5268
Nashville (615) 373-3350

Texas
Austin (512) 459-4700
Beaumont (409) 833-7755
El Paso (915) 775-3271
Houston (281) 600-1000

Utah
Salt Lake City (801) 595-8400

Virginia
Norfolk (804) 819-7445
Richmond (804) 819-7448

Washington
Seattle (425) 462-8591

Wisconsin
Madison (608) 441-2580
Milwaukee (414) 289-9505



ERM Consulting and ... www.erm.com



ERM