

**Office of the Attorney General**
**Alicia G. Limtiaco**
Attorney General of Guam
**Civil Division**
287 West O'Brien Drive
Hagåtña, Guam 96910 ● USA
(671) 475-3324 ● (671) 472-2493 (Fax)
www.guamattorneygeneral.com

**Attorneys for the Government of Guam**

**FILED**
DISTRICT COURT OF GUAM

JAN 0 8 2008

**JEANNE G. QUINATA**
**Clerk of Court**

# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CIVIL CASE NO. 02-00022 |
| Plaintiff, | ) ) ) | **PROGRESS REPORT RE:** |
| vs. | ) ) | **TG ENGINEERS, PC** |
| GOVERNMENT OF GUAM, | ) ) ) | |
| Defendant. | ) ) | |

In its December 14, 2007 Order Re: Conditions To Enforce Consent Decree, the Court

ordered the government of Guam to file a written Progress Report (the "Report") on the status

of the hydrogeological study and the final design for the Dandan (Layon) landfill site (the

"site"). The Report must also include the status of payments made to TG Engineers, PC

("TGE") for the hydrogeological study and design work done.

In April 2005, the Guam Department of Public Works ("DPW") entered into a contract

with TGE. Attached hereto as **Exhibit A** is a copy of a Progress Report from TGE ("TGE

*Page 1*
*Progress Report Re: TG Engineers, PC*
*United States of America vs Government of Guam*
*District Court of Guam Case No. CV02-00022*

Case 1:02-cv-00022    Document 183    Filed 01/08/2008    Page 1 of 46

Report") showing: an historical overview of the tasks performed by TGE; the status of payments to TGE for their work (see table at end of TGE Report); a statement of the status of the hydrogeological study and report; the status of the landfill design; a list of project documents;[1] and a completion schedule for the final hydrogeological report and landfill design. Also attached as **Exhibit B** is a "Statement of Work" to be performed under the DPW/TGE contract.

The attached TGE Report refers to various tasks and amendments to the contract. The overall project was divided into two phases, each having two tasks as follows:

| Phase I: | Task I | site investigations and surveys |
| | Task II | preliminary (40%) PS&E[2] |
| | | |
| Phase II: | Task III | pre-final (100%) PS&E |
| | Task IV | final (100%) PS&E |

There were six amendments to the contract. The amendments cover necessary changes and additions as the work progresses.

The following is a summary of tasks[3] to be performed and the current status of each.

(1) TGE is to conduct a hydrogeological study and prepare a hydrogeological report on the site. The field work for the hydrogeological study has been completed. An analysis of the data from the field work and site modeling based on the data analysis is not yet complete. The

---

[1] The project documents are contained in six to eight large spiral-bound books. Due to the volume of documents, they are not included with this Report.

[2] Plans, Specifications and Estimates.

[3] The use of the word "task" here refers to general parts of the entire project contemplated by the TGE/DPW contract. TGE also uses the word "task" in its attached report. But TGE is

Page 2
Progress Report Re: TG Engineers, PC
United States of America vs Government of Guam
District Court of Guam Case No. CV02-00022

Case 1:02-cv-00022     Document 183     Filed 01/08/2008     Page 2 of 46

analysis and site modeling go into a TGE hydrogeological report to DPW. TGE estimates that the report is approximately 75% complete.

(2) TGE is to prepare a landfill design for the site. The final hydrogeological study affects the final design of the landfill. TGE estimates that the design is also approximately 75% complete.

(3) TGE is to assist DPW in preparing a request for bids for construction of a landfill at the site. Since the landfill design is not complete, TGE has not started this part of the project.

(4) TGE is to assist DPW in preparing an application to the Territorial Land Use Commission for a zoning change to allow construction of a landfill at the site. Because the aforementioned tasks are not complete, TGE cannot complete this part of the project. Again, TGE estimates that this task is approximately 75% complete.

(5) TGE is to assist DPW in obtaining the permits necessary to construct a solid waste facility at the site. At this stage of the project, TGE cannot apply for the landfill permits.

As the attached report from TGE indicates (Exhibit A at 3), DPW issued TGE a stop work order in November 2007. DPW issued the stop work order as a result of Section 98, Chapter VI of Public Law 29-19 ("Section 98"). Section 98 provides in part:

> All government of Guam agencies, departments, bureaus, boards, commissions, public corporations, autonomous and semi-autonomous agencies . . . *shall* not expend funds on site-specific preparation, design work, mitigation, infrastructure upgrade *or* installation, *or* construction of a new landfill, *unless* the government of Guam has acquired and recorded fee simple ownership of the property in question.

referring to specific parts of the work laid out in the Statement of Work for the contract and shown next to the phases of work shown above.

Page 3
*Progress Report Re: TG Engineers, PC*
*United States of America vs Government of Guam*
*District Court of Guam Case No. CV02-00022*

Case 1:02-cv-00022     Document 183     Filed 01/08/2008     Page 3 of 46

(italics in original). P.L. 29-19 at 122-24. The Legislature stated its intent and purpose in requiring ownership of a landfill site before expending any funds for site-specific preparation and design work. In part, the Legislature stated:

> *I Liheslaturan Guahan* finds that the government's proposed landfill site identified as *Dandan* or *Layon* is privately owned and that the government of Guam, upon final selection thereof, must purchase it. Failure to acquire the property before the government solicits a landfill design specific to that site will increase the market value of the property.

(italics in original) *Id.* Hence, by law, no funds can be expended for any site-specific preparation or design until GovGuam has recorded fee simple ownership of the property. Additionally, no funds have been appropriated for fiscal year 2008 for the purpose of closing the Ordot Landfill and opening a new landfill.[4] As a result, no government official or employee can certify that funds are available to pay TGE to complete its work without subjecting himself or herself to the possibility of personal liability and discharge from employment. *See* Enforcement of Proper Government Spending, 5 GCA §§ 7101 *et seq.* and Accountable Officers, 4 GCA §§ 14101 *et seq.*[5] Consequently, due to the passage of Section 98, TGE is not doing any work to complete the hydrogeological study and report or to complete the final design for a landfill at Dandan (Layon).

---

[4]   In his fiscal year 2008 budget bill (Bill 143), the Governor asked for a $4 million appropriation from the general fund "to the Department of Public Works for costs associated with the Consent Decree relative to closing the Ordot Dump." However, no money was appropriated for this purpose in the fiscal year 2008 budget law.

[5]   It has been suggested that Section 98 may violate the Contract Clause of the Organic Act. Based on the three-step inquiry for Contract Clause challenges laid out in Pangelinan v Gutierrez (Camacho), 2004 Guam 16 ¶ 39, it is far from certain that Section 98 constitutes a violation of the Contract Clause. Certainly, it would be unwise for a government official or

*Page 4*
*Progress Report Re: TG Engineers, PC*
*United States of America vs Government of Guam*
*District Court of Guam Case No. CV02-00022*

Case 1:02-cv-00022     Document 183     Filed 01/08/2008     Page 4 of 46

1    GovGuam will have a representative from TGE available at the January 24, 2008-

2    hearing to respond to any inquiries the Court may have about the TGE Report.

3    Respectfully submitted this 8th day of January, 2008.

                                    OFFICE OF THE ATTORNEY GENERAL
                                    **Alicia G. Limtiaco, Attorney General of Guam**

              By:    _____

                                    **J. PATRICK MASON**
                                    Deputy Attorney General

employee to risk personal liability and loss of a job by certifying funds based on a tenuous
Contract Clause analysis.

*Page 5*
*Progress Report Re: TG Engineers, PC*
*United States of America vs Government of Guam*
*District Court of Guam Case No. CV02-00022*

Case 1:02-cv-00022     Document 183     Filed 01/08/2008     Page 5 of 46

# EXHIBIT A

# T G  E N G I N E E R S ,  P C

January 8, 2008

Department of Public Works
Government of Guam
542 North Marine Drive
Tamuning, Guam 96913

Attn:   Mr. Lawrence P. Perez, Director

## RE:    DAN DAN LANDFILL – PROGRESS REPORT

Dear Director Perez:

We provide the following to the Department of Public Works in support of the court's request for a "Written Progress Report" regarding the status of our payments and work for the Dan Dan Landfill studies and design.

1.0     Project History Overview

March 2005 – Notice of selection for the Dan Dan Landfill design project.

May 2005 – Notice to Proceed issued for the project fieldwork and 40% design.

June 2005 – Preliminary submittal of survey maps for the Access Road and Dan Dan site.

August 2005 – 40% design submittal to DPW on schedule.

September 2005 – Notice of selection for the Amendment No. 2, Dan Dan Landfill Tasks 3 & 4 (final design) project.

October 2005 – Advance Notice to Proceed issued for the Amendment No. 2 work.

February 2006 – 90% Draft Final Plan submittal work completed.  Submittal held pending contract agreement with the Government of Guam.

March 2006 – 90% Draft Final Plan submitted to Government of Guam.

PHONE: (671) 647-0808 • FAX: (671) 647-0886
EMAIL: tor@guam.net

April 2006 – Guam EPA requests additional hydro-geology study, analysis, site modeling and reporting to be completed prior to the final design.

June 2006 – Contract Amendment and Notice to Proceed issued for Amendment No. 3 including Surveys, Design Revisions, Regulatory Plan Documents, Permits, Bid Phase Services, Value Engineering and other consulting as appropriate for the Dan Dan site.

July 2006 – Contract Amendment and Notice to Proceed issued for Amendment No. 4 including the revised access road alignment to remove the road from the Ugum River Watershed.

August 2006 – Value Engineering Study and Draft Report completed for the Dan Dan Landfill project.

September 2006 – Contract Amendment and Notice to Proceed issued for Amendment No. 5 including the hydrogeology fieldwork, analysis, site modeling and reporting.

October 2006 – DPW selection of Value Engineering Alternatives to be included in the project.

January 2007 – Hydrogeology Work Plan completed and submitted to Guam EPA.

February 2007 – Hydrogeology Work Plan approved by GEPA.

March 2007 – Start Hydrogeology fieldwork at the Dan Dan site.

April 2007 – Contract Amendment and Notice to Proceed for Amendment No. 6, with design revisions based on the Value Engineering Alternatives selected for the Dan Dan site.

May 2007 – Task 1, Completed and submitted the Alternative Liner Design submittal.

June 2007 – Task 2, Completed and submitted the Engineering Review of the Value Engineering Study Alternatives.

July 2007 – Hydrogeology fieldwork completed at the Dan Dan site.

August 2007 – Completed and submitted the Revised Alternative Liner Design Submittal.

A conference call was held with DPW, USEPA, Guam EPA and the design team to review the Task 1 & 2 documents. It was agreed to gather additional hydrogeology field data to incorporate into the site review.

Gather field data with additional groundwater elevations for review.

Complete and issue the South Start Analysis – Groundwater Conditions Memorandum.

September 2007 – Gather field data with additional groundwater elevations for review.

October 2007 – A conference call was held with DPW, USEPA, Guam EPA and the design team to review the Task 1 & 2 documents. It was agreed to proceed with the final design and incorporate the hydrogeology report recommendations when they would become available in December.

November 2007 – Stop Work Order issued by DPW for the project.

2.0    Payment Status

Please see the Table 1 Billing Status Summary, attached with the current project billing status. We have been unable to get assistance for processing invoices and payments since October 01, 2007 due to Public Law 29-19.

With the contracted work at approximately 70% complete for the project, we also request a release and payment of the retainage withheld to date for Amendment Nos. 3 - 6. This will result in full payment to the team for the work completed and enable us to stop work indefinitely while a decision is being made regarding the project status.

3.0    Hydrogeology Study and Report Status (Amendment No. 5)

The hydrogeology fieldwork was completed in March – July 2007. The data review, evaluation, analysis, site modeling and report preparation has been ongoing since the field data started to be received at the team offices in April.

The work was on track for a Draft Report Submittal in Mid-December 2007 until the work was stopped with the stop work order received from the Department of Public Works in November 2007.

4.0    Dan Dan Final Design Status (Amendment Nos. 3, 4 & 6)

The Final Design work was restarted with the Notice to Proceed issued from DPW to TG Engineers on April 13, 2007. Task 1 included the revised liner design submittal; this was submitted in May 2007. Task 2 included the

Engineering review of the Value Engineering Alternatives and was submitted in June 2007.

Following the submittals, the work was on hold pending review comments and acceptance of the 2-submittals. Preliminary reviews were completed with DPW and GEPA in August 2007 and then conference calls were held with USEPA, DPW, GEPA and the design team in August and October 2007. In the October call, agreement was confirmed with USEPA and all to proceed with the final design and incorporate the appropriate recommendations from the hydrogeology report when they would be available. The design team was mobilizing and restarting the work when the stop work order was received from DPW.

## 5.0    Project Document Status

The following documents have been submitted to DPW in multiple copies through the project submittals.

- ➢ Access Road, Entrance Area and Landfill Drawing and Document Set from August 2005 – 40% Submittal
- ➢ Access Road, Entrance Area and Landfill Drawing and Document Set from Feb 2006 – 90% Draft Final Submittal
- ➢ Landfill – Value Engineering Report
- ➢ Landfill Access Road – Drawing and Document Set Final Submittal
- ➢ Hydrogeology Work Plan
- ➢ Task 1 Alternative Liner Submittal
- ➢ Task 2 Engineering Review of the Value Engineering Study Alternatives

The 2007 Hydrogeology Field Data and partial Draft Report (incomplete) could be submitted at this time.

## 6.0    Completion Schedule

If a Notice to Proceed is issued within 1-2 months we estimate the planned design revisions can be completed within 4-months and the Draft Final Submittal issued. The Draft Final Submittal with design revisions would be sufficiently complete to issue for bids. Following the Draft Final Submittal, we estimate 2-3 months for the GEPA and USEPA approval and then an additional 1-2 months for the final submittal.

If a Notice to Proceed is issued after March 01, 2008 we would need to discuss the project re-mobilization with the design team and develop a proposed schedule.

We appreciate the opportunity to submit our status report and look forward to receiving the Full Payment for work completed and finishing the project Hydrogeology Study and Final Design. Please call me at 647-0808 with any comments or questions.

Si Yu'os Ma'ase,
TG Engineers, PC

Tor Gudmundsen, PE
President

Attachment:
Table 1 – Billing Status Summary (1/8/08)

Table 1 - Billing Status Summary

| Amend No. 3 Invoice Number | Invoice Date | FY 2007 Invoice Totals as of 9/30/07 | FY 2008 Invoice Totals as of 11/13/07 | Status | Retainage |
|---|---|---|---|---|---|
| 06-056-01 | 10/31/06 | 165,336.00 | | paid | 18,371.00 |
| 06-056-02 | 01/31/07 | 151,980.16 | | paid | 16,886.69 |
| 06-056-03 | 03/05/07 | 22,277.23 | | paid | 2,474.92 |
| 06-056-04 | 04/20/07 | 55,862.70 | | paid | 6,206.96 |
| 06-056-05 | 05/30/07 | 285,120.90 | | paid | 31,680.10 |
| 06-056-06 | 09/14/07 | 37,056.60 | | unpaid | 4,117.40 |
| 06-056-07 | 01/04/08 | 41,756.40 | | unpaid | 4,639.60 |
| Sub-total | | 759,389.99 | - | | 84,376.67 |
| Contract Total | | 1,612,051.00 | | | |
| Percent Complete | | 52.34% | | | |

| Amend No. 4 Invoice Number | Invoice Date | FY 2007 Invoice Totals as of 9/30/07 | FY 2008 Invoice Totals as of 11/13/07 | Status | Retainage |
|---|---|---|---|---|---|
| 06-065-01 | 08/25/06 | 23,337.00 | | paid | 2,593.00 |
| 06-065-02 | 10/06/06 | 19,987.00 | | paid | 2,221.00 |
| 06-065-03 | 11/10/06 | 8,828.00 | | paid | 981.00 |
| 06-065-04 | 03/05/07 | 1,139.00 | | paid | 126.00 |
| Sub-total | | 53,291.00 | - | | 5,921.00 |
| Contract Total | | 64,968.00 | | | |
| Percent Complete | | 91.14% | | | |

| Amend No. 5 Invoice Number | Invoice Date | FY 2007 Invoice Totals as of 9/30/07 | FY 2008 Invoice Totals as of 11/13/07 | Status | Retainage |
|---|---|---|---|---|---|
| 07-015-01 | 03/05/07 | 60,607.00 | | paid | 6,734.00 |
| 07-015-02 | 04/20/07 | 133,299.43 | | paid | 14,811.16 |
| 07-015-03 | 05/25/07 | 258,021.88 | | paid | 28,669.10 |
| 07-015-04 | 06/18/07 | 125,627.13 | | paid | 13,958.57 |
| 07-015-05 | 09/14/07 | 403,242.77 | | unpaid | 44,804.75 |
| 07-015-06 | 01/04/08 | 94,546.44 | | unpaid | 10,505.16 |
| 07-015-07 | 01/04/08 | | 133,119.23 | unpaid | 14,791.03 |
| Sub-total | | 1,075,344.65 | 133,119.23 | | 134,273.77 |
| Contract Total | | 1,565,469.00 | | | |
| Percent Complete | | 85.77% | | | |

| Amend No. 6 Invoice Number | Invoice Date | FY 2007 Invoice Totals as of 9/30/07 | FY 2008 Invoice Totals as of 11/13/07 | Status | Retainage |
|---|---|---|---|---|---|
| 07-052-01 | 06/18/07 | 130,259.74 | | paid | 14,473.31 |
| 07-052-02 | 01/04/08 | 125,886.60 | | unpaid | 13,987.40 |
| 07-052-03 | 01/04/08 | | 35,967.60 | unpaid | 3,996.40 |
| Sub-total | | 256,146.34 | 35,967.60 | | 32,457.11 |
| Contract Total | | 416,083.00 | | | |
| Percent Complete | | 78.01% | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Invoice Grand Total** | | $ 2,144,171.98 | $ 169,086.83 | | $ 257,028.55 |
| **Contract Grand Total** | | $ 3,658,571.00 | | | |
| **Percent Complete** | | 70.25% | | | |

# EXHIBIT B

# STATEMENT OF WORK

### ENVIRONMENTAL & ENGINEERING SERVICES
### FOR
### DESIGN OF THE NEW MUNICIPAL SOLID WASTE LANDFILL FACILITY
### (MSWLF)

### PROJECT NO. DPW-SW-2004 (003)

## I.  INTRODUCTION

This Statement of Work describes the Scope of Work required of the Consultant in providing environmental and engineering services for the preparation of 40% design plans, specifications, and estimates (PS&E), and other supporting data for the design of a municipal solid waste landfill facility (MSWLF) for the U.S. Territory of Guam, which must comply with the federal Resource Conservation and Recovery Act ("RCRA") and applicable Guam laws and regulations. This also provides the schedules for the different tasks, items to be submitted by the Consultant and other contractual obligations of the Government and the Consultant.

## II.  PROJECT DESCRIPTION AND LOCATION

The Department of Public Works (DPW), Government of Guam, is ordered under a Consent Decree, U.S. Civil Case No. 02-00022, issued by the U.S. District Court to comply with applicable local and federal environmental regulations relating to the closure of Guam's existing dump and opening of a MSWLF. The court order contains specific deadlines for the design, construction, and opening of a MSWLF.

The Consent Decree requires submittal to US EPA on or before August 4, 2005 a Draft Plan for the design, construction and operation of the new MSWLF. The Draft Plan must include, at a minimum, surveying, mapping; site investigations of hydrogeology, the subsurface and the like; a 40% design for the construction and operation of the MSWLF; and any other measures required by Guam's solid waste laws and regulations.

In compliance with the mandated Consent Decree, DPW intends to engage a professionally qualified firm or consortium of firms to collect the required data, incorporate data from other projects, and prepare the 40% design for MSWLF construction and operation and to write the Draft Plan. These are described in more detail below.

Time is of the essence. Delays in meeting the Consent Decree deadlines will result in stipulated penalties. The consultant will share the risk of any stipulated penalties resulting from any delays to which it contributes.

The new MSWLF will be situated on Lot No. B, Estate No. 16, Suburban in the Municipality of Inarajan. The project involves the delivery of preliminary, pre-final, and final design documents of the MSWLF, permitting documents, and other supporting documents necessary to complete the work.

**Phase I: Tasks I, and II, Site Surveys and Investigations, and Preliminary (40%) PS&E,** of the project involves those investigative and study requirements, which must be undertaken to adequately assess the existing condition of the site and form the basis of subsequent design cost and modeling activities.

The work for tasks I, and II shall include but not be limited to the following: a.) Project coordination and management with respective government agencies and departments to include review of applicable requirements for the Solid Waste Management Facility Permit Application for a landfill as well as other local permitting requirements; b.) Schedule development of design, construction, and post construction phases; c.) Data compilation and review of existing information; d.) Establish design criteria of key elements that must be considered and addressed; e.) Conduct site investigations and surveys to obtain necessary design data; f.) Preparation of preliminary layout and design of key elements of the entire landfill site; g.) Preparation of complete survey plats of affected properties; h.) Preparation of cost, revenue and privatization models for the construction and operations of the new MSWLF.

**Phase II (Optional Phase): Tasks III and IV, Pre-Final and Final PS&E (100%),** of the project involves the finalization of the Preliminary PS&E and other required documents developed under Tasks I and II. Tasks III and IV work will establish and develop the various elements of the operations and maintenance, closure, and post closure plans.

The work for Tasks III and IV shall include but not be limited to the following: a.) Preparation of pre-final and final design plans, specifications, and engineering cost estimates (PS&E) and supporting documents for the entire landfill site including required mitigation plans; b.) Develop preliminary, pre-final and final operations, maintenance, and post closure plans; c.) Develop pre-final and final Solid Waste Facility Permit Application; d.) Prepare approved survey plats of affected property for the development of the landfill requiring acquisition.

III.    **SCOPE OF WORK**

The Consultant shall provide the engineering services and perform the different tasks as described below and furnish the required reports or documents and the PS&E for the project.

## PHASE I

The Scope of Work for Phase I includes the preparation of the preliminary design for the Waste Management Area, Refuse Area 1, initial facility development, and other geotechnical and hydrogeological investigations necessary for regulatory compliance and initiation of the engineering design. The initial design phase will also be used to establish consensus among the Technical Advisory Committee and the CONSULTANT Team on key design elements. Following the completion of Phase I, a final design and contract documents will be included as part of a comprehensive Solid Waste Management Development contract to finance, design, build and operate the Landfill and other solid waste management facilities.

## TASK I – Site Survey and Investigations

### I.A.    Initial Preparation

#### 1.  Project Management and Coordination

The CONSULTANT shall perform the functions necessary to manage the Phase I work and coordinate work efforts among the project team, DPW, Guam EPA and Consultants working on other aspects of the project. The functions shall be performed through the following sub-tasks. For budgeting purposes it shall be assumed that Phase I will be complete within 120 days from Notice To Proceed (NTP).

a.  Technical Advisory Committee/Design Team Coordination

Key members of the project team shall meet with DPW/Guam EPA staff and other Consultants tri-weekly to review progress and address project issues. These meetings shall be attended by the project manager and additional staff from the project team as appropriate for the items to be addressed at the coordination meetings held at the DPW Chief of Engineering Conference Room. Consultant will prepare and distribute a summary of the meeting discussion and results to all participants. For the purposes of this project, the Technical Advisory Committee will consist primarily of DPW/Guam EPA staff, their consultants not under this project contract, and other Government of Guam entities that would be required to review the Phase I design documents as part of permitting review and approval for the project to go forth.

b.  Internal Design Team Coordination

Key members of the Consultant's project team shall meet on an on-going basis to review progress and address project issues, content and approach.

c. Schedule Development, Updating & Maintenance

Project scheduling shall be developed and maintained using Microsoft Project or Suretrak Software. The Consultant must provide the Suretrak Software to DPW and Guam EPA. The project schedule shall be updated and furnished on a tri-weekly basis and is to be provided to DPW/Guam EPA at the progress meetings. Tri-weekly progress reports shall be prepared in accordance with DPW format requirements and will include status of work completed and schedule. Potential delays to the Consent Decree deadlines will be assessed and submitted with progress reports on a tri-weekly basis. The Consultant shall also prepare a Consent Decree quarterly status report that will be due by August 1, 2005, and shall be in accordance with DPW format requirements. The progress report format will be provided to the Consultant with the NTP.

d. Data Compilation and Maintenance

The CONSULTANT shall update and maintain the project library and files to add documents as they are produced by the design team and other consultants working on other projects at the Landfill site. Also, under this task electronic design files shall be transferred electronically between the various design team firms' offices on as needed basis.

The Consultant shall establish an FTP site, in accordance with DPW requirements, that will be used to communicate and transmit project files between the Consultant, DPW, U.S. EPA and Guam EPA. DPW's FTP site requirements will be provided to the Consultant with the NTP. The Consultant must provide all electronic word processing files in Corel WordPerfect 12 format or Microsoft Word format. All electronic project drawings and plans must be provided in AutoCAD 2005 format and/or GIS Archview 9.1 format. The Consultant must transmit all reports, documents, drawings, plans, specifications and other files under this project to DPW upon completion of the project. Hard copies of up to date design drawings are to be kept at the Consultant's office and made available to various design team offices as needed. In addition, all equipment purchased under this project are also to be transmitted to DPW upon completion of the project.

*Deliverables:*
1. Tri-weekly progress reports with invoices.
2. Tri-weekly coordination meetings with DPW/Guam EPA, including preparation of minutes.
3. Consent Decree Status Report due by August 1, 2005
4. Maintained project library and associated electronic file.
5. Establish FTP site

## 2. Review Existing Data and Information

There is existing information available to the Consultant that is necessary for implementing the tasks of this initial design phase. The Consultant must acknowledge the availability of this information and incorporate or disregard as deemed necessary. Copies of all recent site specific reports shall be provided to the Consultant. Consultant shall also be aware of Guam standards in the design for roadways, power, water, sewer and telephone utilities as well as storm drainage design criteria.

## 3. Solid Waste Management Permit Application Requirements

The objective of this task is to coordinate the design development with appropriate regulatory agency staff. Agencies or Departments with regulatory or permitting authority that may affect the project include Department of Parks and Recreation, Department of Agriculture, Bureau of Planning and Statistics, Department of Land Management and Guam Environmental Protection Agency.

Pursuant to Public Law, Guam EPA issues permits for all operators and solid waste management facilities. Partial preparation of a Solid Waste Management Facility Permit Application for a Landfill is required as part of this 40% initial design effort. The following information is required to be submitted in a permit application for a 40% submittal of the Solid Waste Management Facility Permit Application. Section designations refer to the section of the SWMF Permit Application where the requirements are located.

- The landfill boundaries and the original and initial landfill topography at contours intervals of 10 feet or less
- All homes, buildings or structures within one-quarter (1/4) mile including the layout of the buildings which will comprise the proposed landfill facility
- Limits of the actual disposal operations for the overall Waste Management Area and Refuse Area 1 within the boundaries of the proposed facility

- Property Lots and Blocks taken from the most current property map for the site of the proposed facility and all contiguous properties
- Land use and zoning within one-quarter (1/4) mile of the site including location of all residences, buildings, wells water courses, historical sites, recreational areas, parks, wetland areas, monument areas, cemeteries, roads, all airports within two (2) miles and all utilities within five hundred (500) feet of the site
(Section 2, Part 1, A-1, 2, 3, 4, 5)

The Consultant will identify wetland areas within ¼ mile of the landfill site based on wetland data provided in the Final Site Selection Report (FSSR) and Final Environmental Impact Statement (EIS) Report.

The application shall contain a Certification of Compliance with zoning requirements. For zoning requirements, the certification is to take the form of a letter to the Guam EPA Administrator describing the exact location of the facility, lot number, land-use zone and a statement indicating compliance to be signed by a representative of the Department of Land Management. (Section 2, Part I, D)

40% design plans should be submitted with the application with the minimum following information:

- A title sheet indicating the project title, who prepared the plans, the person for whom the plans were prepared, a table of contents, and a location map showing the location of the site.
- An existing site conditions plan sheet indicating site conditions prior to development.
(Section 2, Part II, A & B)
- Limits of filling for each major waste type or fill area
- All temporary and permanent fencing
- Support buildings, scale, utilities, gates and signs
(Section 2, Part II, J-2, 10, 15)
- Potential inter-relationship of the land disposal site, local aquifers and surface waters
- Background or initial quality of water resources in the potential zone of influence of the land disposal site
(Section 2, Part III, E-3, 4)

The Consultant will provide background or initial quality of water resources in the potential zone of influence of the land disposal site based on data available from the FSSR and Final EIS. The landfill site is located within the S-2 Surface Water Category area. Accordingly,

stormwater discharging offsite must be routed through detention ponds and meet the S-2 water quality classification.

4. **Develop Cost, Revenue and Privatization Model**

This task will provide information for the Government to use in planning for the financing of construction and operation of the new MSWLF, including conceptual alternatives for privatizing the operation. It will include the following subtasks.

a. Estimate Operating Costs

With input from DPW, the Consultant will develop a cost model accounting for direct and indirect costs of operating the site including labor, equipment supply and maintenance, utilities, etc.

b. Development and Operating Cost Model

The Consultant will expand the operating cost model into a 20-year financial model including projected capital outlays and financing costs using public financing cost inputs. The model will provide year-by-year cash flows assuming the cell development schedule established in the staged development plan (Task II.BB.5) and appropriate inflation factors. Based on input from the Government, the model will also provide appropriate aggregated factors such as present value, levelized annual cost, etc.

c. Revenue / Cost Model

After the cost model is fully developed, it will be expanded to incorporate several alternative revenue sources, such as tipping fees, collection surcharge fees, etc.

d. Privatization Model

The Consultant will adapt the revenue / cost model to the needs of a private sector owner/operator to determine what level of tipping fees would be needed to support an attractive rate of return. This subtask would also evaluate one or more means of compensating the Government for its costs of the initial development and ongoing involvement with the landfill. At a minimum, the Consultant will evaluate a franchise fee or similar mechanism based on the waste volume going to a privatized landfill.

I.B.    **Site Surveys and Investigations**

Conduct scientific and physical assessment of the landfill site and its
vicinity. The purpose of this task is to assure soil foundation support and
establish site civil and environmental limitations for the development of
the landfill design. All work plans, investigations, and sampling analysis
shall conform to RCRA, Part D Requirements.    The surveys and
investigations shall include but not be limited to the following:

1. **Surveying**

Conduct survey works necessary to assist in facility location, base map
preparation, on-going field investigations, and preparation of plans.
The survey work shall include as-built, rights-of-way and easements,
and topographic surveys.  As-built drawings shall include existing
above-ground and below-ground utilities, public and private access
roads (paved and unpaved) leading to the site, waterways, test pit or
boring locations, and other structures currently existing at the site.
Identify public properties and descriptions, easements, and rights-of
ways. Topographic survey maps shall indicate the surface features of
the site and adjacent properties as required. Contour intervals shall be
appropriate for the development of the base map. Aerial photographs
may not be used for base map but may be used for reference purposes
only.   Maps shall be prepared at a scale of  1" = 50' and conform to
the latest surveying standards.  The Consultant shall refer the Solid
Waste Management Facility Permit Application for landfills to
determine the extent of the survey work. The topographic survey will
be developed from onsite field work for approximately 165 acres of
the landfill site. Contour data for the remaining 135 +/- acres of the
overall 300-acre site will be taken from the Department of Land
Management, BOP, Government of Guam Orthophotography Maps.

Property survey of affected lots consisting of boundary descriptions
and Lot and Track numbers. The Consultant must provide complete
survey plats of the access road easement and landfill site.

All survey maps must be stamped and ready to be submitted to
Department of Land Management for record and approval.

2. **Geotechnical Investigations**

The geotechnical investigation will cover the entire access road from
Route 4 to the site, the site facility development area, Refuse
Management area and the Refuse Area 1 landfill footprint.  The
Hydrogeologic investigation will be conducted for the Refuse Area 1
Landfill footprint and off site groundwater migration pathways. The

Hydrologic investigation will cover the entire access road from Route 4 to the site, and the entire landfill site including stormwater drainage off site to receiving water bodies adjacent to detention ponds.

a.  Soil Exploration and Laboratory Testing Plan

The Consultant shall perform the following activities:

- Review existing geotechnical information for the site documented in the FSSR and the ongoing EIS to determine to what extent additional soil exploration and laboratory testing are required to adequately characterize the site.
- Depending on the results of the above review, prepare a geotechnical investigation and testing plan for the design of the Access Road, Waste Management Area and the site facility development areas. This plan shall include details of test pit excavations, geotechnical borings, soil and rock sample collection, and laboratory testing program. The anticipated plan will identify number and approximate locations of test pits and geotechnical borings, the approximate depths of test pits and borings, the number and locations of soil samples, and the number and types of laboratory tests that will be completed.
- The CONSULTANT will submit one draft testing plan to DPW/Guam EPA for review. Following receipt of DPW/Guam EPA's review comments, the testing plan will be revised to incorporate DPW/Guam EPA's comments.
- A final geotechnical investigation and testing plan will be submitted to DPW/Guam EPA.

b.  Geotechnical Investigation and Laboratory Analysis

This task shall be completed to characterize subsurface conditions in the future access road alignment, Waste Management Area, Refuse Area 1 excavation and site facility development area. The Consultant will plan for the soil borings to be located inside and outside areas already investigated to provide additional information required for comprehensive analysis of the site. The consultant will provide the following services:

- Coordinate the approved testing plan with the drilling Contractor and complete test borings in the areas identified.
- Conduct laboratory testing for index and engineering properties for soil samples recovered from soil borings.

*Deliverables:*

Case 1:02-cv-00022    Document 183    Filed 01/08/2008    Page 22 of 46

1. The CONSULTANT will prepare a geotechnical site characterization report based on the field explorations and laboratory testing.
2. Final 40% Geotechnical Site Characterization Report incorporating review comments

3. **Hydrogeologic Investigation**

This task addresses review of existing hydrogeologic and geologic data relevant to the Layon Waste Management Area, particularly Refuse Area 1 development, meeting with DPW/Guam EPA to discuss additional data needs and development of a work plan. Implementation of the work plan and reporting will be addressed in other subtasks of this initial design phase. Field work for subsurface data collection will be conducted concurrent with the field effort for the geotechnical investigation field. Planning and reporting deliverables will be performed under separate cover and document titles.

4. **Hydrogeologic Investigation and Report**

   a. Project Coordination and Management

   The objective of this task is to manage the work performed under this investigation to meet overall project schedule and budget limitations and to coordinate work efforts among the project team, DPW/Guam EPA, and the Consultants working on other aspects of the project.

   This task includes staff scheduling, driller and other subcontractor management, telephone communications & meetings with the CONSULTANT, DPW and Regulatory Agencies.

   b. Review Existing Data/Site Visit

   Under this task, the Consultant will review existing data. Documents to be reviewed include:

   - Final Site Selection Report, March 2005
   - Environmental Impact Statement, April 2005
   - Specific reports or data identified in the above mentioned documents

   Additional reports relevant to hydrogeology of the Landfill site identified during the data review process will also be obtained and reviewed.

c. Meeting with Guam EPA regarding Hydrogeology

Following review of the existing landfill hydrogeologic data, a meeting will be held with Guam EPA to discuss the contents of the information reviewed as it pertains to site-wide related issues and Refuse Area 1 development project. Under this task, CONSULTANT shall discuss with Guam EPA any and all hydrogeologic information required for permitting of the Waste Management Area, specifically Refuse Area 1 and the site in general. Topics for discussion at this meeting include, but not limited to:

- Applicability of previous demonstrations such as background water quality, and hydraulic flow path analysis within the Waste Management Area and Refuse Area 1 and general site development;
- Liner separation from highest seasonal water table;
- Development of a detection monitoring program; and
- Waste Management Area and Refuse Area 1 borehole program.

Meeting minutes will be prepared by the Consultant and distributed to all participants.

d. Prepare Work Plan for Agency Approval

Based on the Regulatory Agency Meeting, the CONSULTANT will prepare a work plan that provides procedures that will guide all aspects of the field investigation and reporting for the hydrogeologic investigation. The work plan will specify the number and locations of explorations, drilling techniques, and data collection during drilling, field and laboratory testing of hydraulic parameters residuals management, and quality assurance/quality control.

Six (6) copies of a preliminary draft of the work plan will be submitted to the DPW/Guam EPA for review. Comments on the draft work plan will be addressed and an agency review draft will be submitted for review. Final comments will be incorporated and ten (10) copies of the final work plan and an electronic copy will be submitted to the DPW/Guam EPA.

e. Hydrogeologic Field Investigations

*Objectives:* Obtain hydrogeologic and soils data at the site that are needed to complete preparation of the draft hydrogeologic report.

*Assumptions:*

- Field work for subsurface data collection will be conducted concurrently with geotechnical investigation field activities.
- Estimate of field time shall be based on an estimated drilling progress of an average rate of 40 feet per day or greater, typical of other auger/rock core drilling programs.
- Drilling operation will be 10-hour workday, 5 days on, 2 days off.
- Drilling planning shall be based on hollow-stem auger and rock core drilling methods.
- Cuttings disposal shall be at site of each borehole
- Chemical tests shall not be included for the excess samples and cuttings.
- Consultant to conduct surveying of the bore locations and elevations.
- Monitoring well(s) will be sampled by qualified consultant/ subconsultant and analytical tests performed by a qualified laboratory.
- Development water will be drummed and remain at the drill site until DPW/Guam EPA directs that the water be discharged in appropriate location.

1.  Preparation for Hydrogeologic Field Investigation

    The Consultant will observe the operation and performance of the drilling operation and observe samples while on site. The site-specific health and safety plan (HSP) shall be updated to all drilling and other field activities performed during this investigation at the site. Technical specifications will be prepared for hydrogeologic boring drilling, by the Consultant, using the hollow-stem auger and rock core method for monitoring well construction and abandonment of the stratigraphic boreholes in accordance with Guam EPA well drilling regulations and performed by a Guam licensed and qualified driller. A subcontract agreement with the driller will be prepared. One copy of the technical specification and subcontract agreement will be provided to DPW/Guam EPA.

2.  Field Investigation Program

    This task will consist of drilling, well installation, well development and sample collection and handling. Three (3) stratigraphic boreholes shall be assumed to be approved by

Guam EPA, or if the well does not go dry, then purging the well volume water until each water quality parameter stabilizes to within 10% of the previous water quality reading. This purging for well development is separate and distinct from the purging needed for water quality sampling. The borings will be advanced to provide hydrogeologic information on the thickness and composition of the unsaturated zone (if any), the locations and thickness of possible perched water-bearing zones and the depth to and composition of the regional groundwater. Sampling of wells/piezometers will include specific conductance as measured during installation. Groundwater quality sampling and testing will include dissolved oxygen (DO), pH, Eh, temperature, and major cations and anions.

After the completion of all field investigations, the Consultant must agree that all investigative work has been accomplished to support the 40% design.

Daily e-mails will be provided to the design team, DPW, GUAM EPA that summarizes field activities. Detailed daily field reports will be maintained throughout drilling and will be available upon request.

*Deliverables:*
1. Health and Safety Plan
2. Drilling technical specification and subcontract agreement
3. E-mailed daily summaries of field activities

f. Prepare Hydrogeologic Report

*Objective:*
To conduct data analysis and prepare the Hydrogeologic Report for the Waste Management Area and Refuse Area 1. This task has been broken into the following subtasks.

1. Evaluation of Geotechnical and Geologic Data

Analysis of geologic data collected from the geotechnical borings and the hydrogeologic borings will be performed under this task. Regional geologic conditions presented in the existing FSSR and EIS will be incorporated into the hydrogeologic report. Local hydrogeologic conditions will be based primarily on information obtained in this investigation. The Waste Management Area and Refuse Area 1 geologic

conditions section will build upon site geology developed in the FSSR and EIS.

Lithologic data obtained from the borings will be used to update existing stratigraphic interpretations. Geologic interpretations will be presented on geologic cross sections. Two scales of geologic cross sections will be developed and schematic in nature: regional sections that tie Refuse Area 1 into regional, off-site geologic data, and site-wide sections that show the relationship of Refuse Area 1 subsurface conditions to conditions elsewhere in the Landfill site and their relationship to the detection monitoring network. Hydrogeologic information (water levels, presence of possible perched zones, saturated and unsaturated zones, and specific conductance values measured during drilling) will be included on the cross sections.

Final boring logs will be developed. Results of physical testing (i.e., grain size and Atterburg limits) to satisfy the lithologic unit analysis required by GUAM EPA will be tabulated.

2. Evaluation of Hydrogeologic Data

Site hydrogeologic data will be analyzed. Laboratory parameters related to saturated and unsaturated flow (i.e. soil moisture and hydraulic conductivity) will be tabulated and analyzed. Soil moisture data will be compared to field capacity values to assess vertical water movement in the unsaturated zone.

Any occurrence of ground water in perched zones and in the regional groundwater will be assessed. Low water and high water potentiometric maps will be prepared that incorporate any water level data from the Refuse Area 1 Bore holes. Vertical and horizontal ground water flow paths will be interpreted including flow paths between perched zones and the regional groundwater. Estimates of horizontal and vertical ground water flow velocities (to the extent data permits) will be made. Ground water hydrographs will be developed and water level trends will be assessed. An estimate of separation distance between the highest perched zone and the Refuse Area 1 liner will be made.

A water balance will be developed for the site to specifically address Refuse Area 1.

3. Develop Detection Monitoring Network

Under this subtask, the use of a multi-unit detection monitoring network will be evaluated with respect to the ground water flow paths delineated in Refuse Area 1. The three stratigraphic boreholes will be completed as piezometers, in addition to other boreholes, and the piezometers will be within the waste footprint and therefore will not be part of the detection-monitoring network.

4. Reporting

The hydrogeologic report for Refuse Area 1 will be prepared following the requirements specified in this Scope of Work. The hydrogeologic cross-sections will be site specific to Refuse Area 1 and general for the rest of the 165 acres at the site. All basic data obtained during the field investigation will be included in the field investigation section of this report. Six (6) copies of the preliminary draft Refuse Area 1 report will be submitted for review to DPW/Guam EPA. One (1) set of complied comments on the preliminary draft will be addressed and an agency review draft will be prepared. Ten (10) copies of the agency review draft will be submitted. Comments to the agency review draft will be addressed and a final hydrogeologic report will be produced. Ten (10) copies and one (1) electronic copy of the final report will be submitted.

*Deliverables:*
1. Preliminary draft hydrogeologic report (6 copies)
2. Draft hydrogeologic report (6 copies)
3. Final hydrogeologic report (10 copies, 1 electronic copy)

**ATTACHMENT A**

Table A

Table of Contents for Waste Management Area Hydrogeologic Report for
Layon Municipal Sanitary Landfill

1.0     Introduction
        1.1 Waste Management Area and Refuse Area 1 Overview
        1.2 Previous Investigations

2.0     Regional Conditions
        2.1 Regional Surface Water
        2.2 Regional Geology
        2.3 Regional Hydrogeology
        2.4 Regional Groundwater Use

3.0     Waste Management Area and Refuse Area 1 Geology


4.0     Waste Management Area and Refuse Area 1 Hydrogeology
        4.1 Groundwater Occurrence and Hydrostratigraphic Units
        4.2 Groundwater Flow
        4.3 Groundwater Flow Path Analysis
        4.4 Site Groundwater Quality Evaluation
        4.5 Site Surface water Quality Evaluation

5.0     Site Water Balance
        5.1 Approach
        5.2 Model Input Parameters
        5.3 Results

6.0     Recommended Multi-Unit Detection Monitoring Network for Waste
        Management Area
        6.1 Overview of Multi-Unit Detection Monitoring Network
        6.2 Development of a Multi-Unit Detection Monitoring Network
        6.3 Recommended Multi-Unit Detection Monitoring Network for
            Refuse Area 1

Appendix A – Boring Logs
Appendix B - Physical Laboratory Test Results

Appendix C - Chemical Laboratory Test Results

## TASK II – 40% Plans, Specifications and Estimates for the Grading and Layout of Refuse Area 1 and associated landfill facilities including the Access Road

The goal of this task is to develop the Plans, Specifications and Estimates (PS&E) for the Access Road, and Refuse Area 1 of the Waste Management Unit (the Waste Management Unit it the overall area where refuse is to be placed within the site. Refuse Area 1 is the first area to be developed within the Waste Management Unit) and associated facilities for the initial site development. The site development and the Waste Management Unit and Refuse Area 1 are to be taken to the 40% design stage. For Refuse Area 1, the bottom grading plan will include the perimeter anchor trench alignment for the bottom liner system and grading and layout. The following elements consist of the 40% PS&E package:

- 40% Design Access road(s) from Route 4 to onsite facilities
- 40% Site layout, roads, utilities, etc.
- 40% Gas monitoring, control, and discharge facilities
- 40% Leachate storage/treatment
- 40% Permanent Stormwater
- 40% Refuse Area 1 perimeter anchor trench alignment
- 40% Layout for Waste Management Unit
- Engineering Cost Estimate based on 40% design package
- 40% Design Report

*Assumptions:*
1. Preparation of the Grading Plan and Site Layout will be based on the anticipated conceptual layout developed during the preparation of the Environmental Impact Statement (EIS) and provided by DPW.
2. The plan will include finish construction grades and will show locations of ditches, culverts, storm drains, and other facilities as needed to control stormwater run-on/runoff and minimize erosion.
3. Criteria regarding vehicle usage and access roadway design will need to be developed for Refuse Area 1 development.

The following work is required under this task:

### II.A.   Evaluate Existing Information

Review the latest landfill development concepts for the Waste Management Unit development. Review and evaluate existing site

conditions, including surface information developed for the site's base map, subsurface information derived from field investigations, and subsequent geotechnical and hydrogeologic analyses, for development of a final grading plan for the Refuse Area 1 development. Obtain most recent waste disposal projections from DPW/Guam EPA through final closure. The final waste disposal projections will be provided to the Consultant with the NTP. DPW will confirm if the U.S. Military will be using the new landfill to dispose of their solid waste. Review projections of daily cover soil volumes required for Refuse Area 1 based on most recent calculated ratio of waste tonnage received to cubic yards of landfill air space consumed, and ratio of cover soil volume used to airspace volume consumed. Assume that the ratios will be obtained from existing documents and will not need to be developed by the Consultant. Identify changes to the existing development concepts based on evaluation of existing site conditions.

## II.B.  Design Criteria Evaluation

A review of existing site development design criteria prepared/documented in the EIS (if any) shall be completed and additional specific criteria needed for site grading and layout will be identified. Edit and update the existing criteria, to include determination of double or single liner concept, and provide an updated list of the design criteria to be used for developing the grading and layout plan for Refuse Area 1.

## II.BB  Landfill Master Plan

The Landfill Master Plan will consist of the following subtasks:

1.  Refine/ establish landfill footprint – If necessary, adjust the size, shape and location of the landfill footprint based on findings of the geotechnical and hydrogeolocial studies.
2.  Design base and final grades – Establish the design base and final grades of the landfill considering, at minimum, the following elements.
    a.  Soil balance considerations (excavation must be deep enough to generate sufficient soil for liner components, intermediate and final cover)
    b.  Required airspace capacity
    c.  Liner and waste grade limitations based on soil properties, liner configuration and slope stability – critical in the climate and seismic environment of Guam
    d.  Leachate collection and removal system requirements – determine the slope of the floor liner.
3.  Seismic / slope stability analyses – Perform an analysis and evaluate the proposed liner and fill configuration to demonstrate

the capability of the landfill containment system to withstand the expected seismic shaking without damage. Conduct preliminary screening analyses assuming pseudo-conditions to verify if a deformation analysis is to be performed. Perform the deformation analysis if needed as a result of the preliminary screening analyses. Based on the results of the stability analyses, revise and re-evaluate the design base and final grades.

4.  Refine / finalize footprint and grades – Once the stability analysis has confirmed a design, refine and finalize in drawings the previously prepared design, which will be used as the basis for all subsequent design work o the landfill.

5.  Staged development plan – Establish a sequencing plan for the life of the landfill site that defines the size, configuration and sequence of cell development based on a number of considerations including:

    a.  Projected disposal volumes
    b.  Expected compacted density and resulting rate of airspace consumption
    c.  The Owner's preference as to the frequency of cell construction projects
    d.  Leachate management issues – expansion of the collection system, minimizing open cell areas with no waste in place
    e.  Soil stockpile management
    f.  Operational issues related to accessibility, size and elevation of the working face

    In addition, provide a detailed phasing, fill and stockpile plans for phases needed during the first 10 years of site life, with a narrative discussion of how the remaining cells will be phased. Indicate each phase on a conceptual drawing showing base and final grades, and describe each phase in terms of its interim capacity and soil balance.

6.  Define perimeter road / drainage requirements – Define site perimeter roads and storm drainage systems, and provide the routing and sequencing of these facilities, for detail by other team members.

7.  Locate ancillary facilities – Establish the location of the scale house, recycling facilities, maintenance building and other necessary ancillary facilities that are best coordinated with landfill operations.

## II.C. Access Road Requirements

Review and evaluate access road requirements. Develop an understanding of access requirements and constraints for various operations and construction activities that must be accommodated during the development of Refuse Area 1. Careful attention must be

Case 1:02-cv-00022   Document 183   Filed 01/08/2008   Page 32 of 46

paid to the portion of the access road that passes through a residential area. This understanding will help guide development of a layout for and access road and site road network to serve the Refuse Area 1 development providing access to other portions of the site and that includes provisions for short- and long-term site development.

**II.D. Utility Requirements**

Utility Requirements will be reviewed and will include the following activities:

- Identify the location and type of existing site utilities (i.e., overhead and buried power, water, sewer and telephone) in the vicinity of the landfill site.
- Investigate how existing utilities integrate with proposed utilities included in Refuse Area 1 development.
- Coordinate with work performed in other tasks to develop a list of additional utilities that will be required to operate Refuse Area 1. Utilities to be considered include overhead and buried power, water, sewer, site lighting and telephone and telemetry systems. Additional power and communication utilities required to be brought to the site from Route 4 does not need to be shown on the plans, but must be described in the Design Report.

**II.E. Prepare Grading Plan and Site Layout**

- Develop 40% complete Access Road and utility infrastructure grading plans and specifications from Route 4 through to the site entrance. Consider spatial and geotechnical requirements within the access road corridor. Design for all Stormwater drainages, which the road may cross. Design cut and fills to mitigate any wetlands that must be crossed in the alignment. Road section shall be designed for appropriate traffic loading consistent with DPW standards as well as Stormwater controls. Utility design shall be consistent with DPW, GPA, GWA and GTA design standards. Access road plans shall include sections drawn every 200 ft.
- Develop 40% complete site layout, roads and utility infrastructure – Grading plans and specifications for the complete layout and design of site facilities, with the exception of the following facilities:

  - Site office
  - Scale house
  - Maintenance shop
  - Green waste recycling/composting area
  - Power, water, sewer, telephone
  - Fire suppression ( Tank )

- Gates
- Fences
- Security

The locations of these facilities are to be shown on a site plan with an indication as to their size, and are to be included in the cost estimate using square foot estimating methods.

- 40% Site Stormwater control and detention/sedimentation basin design (covered in a following section)
- 40% Leachate Storage and Treatment - Design shall consist of the pumping and piping system from the collection sump of Refuse Area 1 to temporary onsite storage to the removal and treatment offsite using one of several design alternatives which must be evaluated for cost effectiveness before deciding on the best design alternative to carry through as the 40% design. (covered in more detail in a following section)
- 40% Layout for Waste Management Unit – Develop conceptual layout for the entire Waste Management Unit. Consider spatial, volumetric and geotechnical requirements and limitations for the unit as well as access roads and berms, and other features.
- 40% Layout for Refuse Area 1 - Review and coordinate with preliminary design concepts (developed in other tasks) for bottom, sideslope liner designs, including the location of perimeter and intermediate anchor trenches. Review and coordinate with preliminary design concepts for collection and removal of Leachate from the bottom liner area. Coordinate development of bottom liner grading plan with surface water evaluations for control of clean Stormwater and contaminated surface water to optimize the proposed grading and drainage configuration. Develop CAD files or AutoCad compatible software for preliminary final grading contours for the bottom liner sideslope, base area, berms, stormwater drainage facilities, and access roads. Input contours into CAE and use AutoCAD 2005 software or AutoCad compatible software to create and refine the design surface (i.e., digital terrain model) of the proposed liner configuration and surrounding topography. Prepare a 3-D design surface, representing existing site conditions using topography from the site base map. Compute cut and fill volumes between the existing and design surfaces. Compute earthwork quantities associated with excavation and preparation of the bottom liner subgrade, including materials needed for construction of perimeter anchor berm and access roads. Prepare working drawings for profiles and sections showing both existing and proposed surfaces for geotechnical liner system evaluations, drainage analyses, and production of preliminary design details.

Case 1:02-cv-00022      Document 183      Filed 01/08/2008      Page 34 of 46

**II.F.  Engineering Cost Estimate based on 40% design package**

The Consultant will develop a 40% design level estimate of the construction cost for this initial site development phase which includes Refuse Area 1 development. Based on the selected preliminary design, significant elements of construction will be identified, quantities will be estimated and construction cost of each element will be estimated based previous construction costs. For those landfill elements which have not been previously constructed on-island, appropriate and adequate referencing of unit costs shall be used. Elements will include: earthwork excavation and fill volumes imported, road construction and paving, volume of granular fill material, area of geomembrane, Geosynthetic Clay Liner (GCL) construction, Stormwater and Temporary Erosion and Sediment Control facilities, Leachate and Clean Stormwater collection and conveyance facilities, and Building construction and equipment. At this level of design, the construction contingency shall be between 20 and 30 percent.

**II.G.  Prepare Engineering Chapter of 40% Design Report**

The Engineering Chapter of the 40% Design Report will be prepared in accordance with engineering standards. The chapter will summarize data, analyses, and design criteria used to develop grading contours for the 40% grading plan. Following internal review and revision by the consultant, the preliminary draft report will be submitted to DPW/Guam EPA for review. Following this review, the Consultant will incorporate review comments and prepare a final draft report. This draft will be included in the overall 40% submittal to Federal EPA for review.

*Deliverables:*
1. A list of design criteria for grading and layout
2. One Engineering chapter of the 40% Design Report for review by Client
3. 40% Design Plans, Specifications and Cost Estimate

**II.H.  Permanent Stormwater/Erosion and Sedimentation Control Preliminary Design**

The Consultant shall develop 40% design for the permanent Stormwater and erosion and sedimentation control facilities for the Waste Management Unit and Refuse Area 1.

*Assumptions:*

- This task includes the analysis of permanent facilities for clean stormwater necessary for the site and Refuse Area 1 after the bottom

> liner has been installed. The analysis for contaminated surface water facilities associated with the filling of Refuse Area 1 will be completed during Operations Plan development.

- Stormwater and facilities described in this task are for clean Stormwater only unless otherwise stated.
- Detention facility analysis for flows discharging from the site will be performed. Investigation and analyses of the Stormwater outfalls are included.
- The Stormwater facilities will be developed based primarily on the requirements of the existing Guam Stormwater Drainage Design Manual and on the new Stormwater Design Criteria Report, dated July 30, 2004. Where these documents conflict, DPW/Guam EPA will provide clarifications.
- Erosion and sedimentation control measures will be developed based on the Guam Erosion and Sedimentation Control Regulations.

The Consultant will perform design analyses, develop design recommendations, and prepare 40% design plans and sections for Stormwater and erosion and sedimentation control facilities. Specific activities are as follows:

## II.H.1 Previous Engineering and Other Project Related Information Review

This task will entail collecting and reviewing relevant and most recent engineering reports, studies, technical memoranda, and plans of operation for similar facilities. This review will be used to identify and/or confirm appropriate Best Management Practices (BMP) measures and regulatory requirements.

## II.H.2 Develop conceptual to 40% Layouts

Prepare conceptual to 40% layouts of the Stormwater collection, conveyance, detention, and discharge facilities for the construction stage, development stage of Refuse Area 1 (i.e., immediately after the installation of the bottom liner) and for the post-closure stage of Area 1. Development of the Stormwater collection and conveyance system will be coordinated with access road layout, site grading, facility layout and Leachate collection.

## II.H.3 Develop Peak Stormwater Flows

Develop peak stormwater flows for the proposed stormwater conveyance facilities for the development stage of the site for the design storm event in accordance with Guam storm drainage design methods. Peak stormwater flows also will be determined

Case 1:02-cv-00022    Document 183    Filed 01/08/2008    Page 36 of 46

for facilities which will convey stormwater runoff from post-closure conditions and which will be constructed as part of the development of the site and Refuse Area 1.

### II.H.4 Size Stormwater Conveyance Facilities

Determine sizes of proposed stormwater conveyance facilities (e.g., ditches, culverts, storm drains) using peak flows. Facilities to convey stormwater during the development of Refuse Area 1 will be sized. Stormwater facilities which will convey runoff from post-closure condition and which will be constructed as part of the development of Refuse Area 1 also will be sized.

### II.H.5 Determine Capacity of Existing Natural Stormwater Conveyance

Determine whether the existing natural stormwater conveyance features that may receive additional stormwater flows during the development of the site have sufficient capacity to carry peak flows for the design storm. Identify modifications and mitigation measures to these features as necessary.

### II.H.6 Determine Size of Sedimentation Ponds

Determine the size of proposed sedimentation ponds necessary to achieve adequate sediment control during the development and operation of the site facilities and Refuse Area 1.

### II.H.7 Prepare 40% Design Report Chapter

The Stormwater Control Chapter of the 40% Design Report will be prepared in accordance with engineering standards. The chapter will summarize data, analyses, and design criteria used to develop stormwater and erosion controls for the 40% stormwater control. While this portion of the site design is to be completed to the 40% stage, it represents only a portion of the overall 40% PS&E document. Following internal review and revision by the consultant, the preliminary draft report will be submitted to DPW/Guam EPA for review. Following this review, the Consultant will incorporate review comments and prepare a final draft report. This draft will be included in the overall 40% submittal to Federal EPA for review.

### II.I. Overall 40% Site Development Design Report

*Objective:*

Prepare an overall design development report that documents the analyses, design recommendations, and results of Overall site design and Refuse Area 1 development design for submittal by DPW to applicable regulatory agencies for review and approval.

The CONSULTANT will prepare an Overall 40% Site Development Design Report to document the results of the Site development design and Refuse Area 1 development 40% design phase. The report will document the analyses preformed and present a detailed summary of the recommended Refuse Area 1 development design criteria. The design configuration and alternatives proposed to be carried through into final design will be clearly described in the report. The Overall 40% Site Development Design Report will also present the overall implementation schedule addressing the proposed development construction phasing and preliminary construction cost estimate.

## II.I.1 Document Setup and Coordination

The Consultant will review its document production procedures, format standards, and uniform terminology list established for previous reports before beginning work on the 40% Site Development Design Report and identify additions or revisions.

## II.I.2 Report Outline

The consultant will develop the outline for this report. Comments received from DPW/Guam EPA prior to outline approval will be incorporated into the outline.

## II.I.3 Develop Estimate on Construction Cost

The consultant will report on the Construction Cost Estimate developed for this phase.

## II.I.4 Develop Implementation Schedule

Consultant will develop an implementation schedule for Site Development. The schedule will identify when major elements of construction should occur, permits that must be secured and when applications and supporting materials should be submitted major design elements and when the designs should be prepared, bidding and contract award periods.

## II.1.5 Preliminary Draft Site Development Design Report and Internal Review

Case 1:02-cv-00022    Document 183    Filed 01/08/2008    Page 38 of 46

The consultant will compile report chapters prepared under other tasks and prepare additional chapters of the Site Development Design Report. Additional chapters will include: Executive Summary, Introduction, Estimated Costs, Project Implementation, Recommendations and Conclusions. The complied report shall be distributed to the project team for internal quality assurance review. Review comments will be addressed and a preliminary draft Report will be produced and submitted to DPW/Guam EPA for review.

### II.I.6   Check-Draft Report for DPW/Guam EPA Review

Following DPW/Guam EPA review of the preliminary draft report, the Consultant will incorporate agreed-upon changes into the report and, following an internal quality assurance review, submit one check-copy for the draft report to the DPW/Guam EPA for final review.

### II.I.7   Draft Report for Agency Review

Written comments received from DPW/Guam EPA on the check-draft will be incorporated into the report, and a report will be produced and submitted to the DPW/Guam EPA for distribution to other regulatory agencies for review.

### II.I.8   Final 40% Site Development Design Report

The Consultant will incorporate agreed-upon changes into the report. Following an internal quality assurance review, a check-copy of the final Report will be prepared and submitted to the DPW/Guam EPA for final review. Upon incorporation of comments on the check-draft, the final report will be produced, distributed to the project team, and submitted to DPW/Guam EPA for distribution.

*Deliverables:*
1. One edited and one final outline of Refuse Area 1 Development Initial Design Report for DPW/Guam EPA (6 copies, plus an electronic copy)
2. One preliminary draft Area 1 Initial Design Report for DPW/Guam EPA (6 copies each)
3. One check copy of agency draft report for DPW/Guam EPA (6 copies)

4. One draft Initial Design Report for submittal by DPW/Guam EPA to agencies for review (6 copies)
5. One check copy of final Initial Design Report addressing agency comments for DPW/Guam EPA review (6 copies)
6. Final Refuse Area 1 Development Initial Design Report (10 copies, 1 electronic copy)
7. The anticipated 40% design CAD Drawing List shall be provided by the CONSULTANT and included in the Scope of Work before contract execution.

## OPTIONAL PHASE

### PHASE II

The Government, at its option, may request the Firm to perform the Tasks III & IV as described below to complete the PS&E for the Design of the New Municipal Solid Waste Landfill Facility. An amendment to the contract shall be executed and mutually agreed when the Government opts to implement the optional tasks.

### TASK III - Pre-Final PS&E (Optional Task)

The pre-final PS&E shall be at least 100% complete incorporating all approved comments from the preliminary PS&E. The following shall be submitted:

A. **Plans**

Complete plans, including title sheet, base map, site plans, site grading plans, summary of quantities and schedules, details, cross sections, survey plat of properties, etc.;

B. **Technical Specifications**

Complete technical specifications to properly construct each item of work, including test procedures required and any special conditions to be required;

C. **Engineering Cost Estimates**

Each unit pay items shall be supported with a detailed quantity take-off computation and corresponding unit price analysis deriving the unit prices. Any lump sum pay item shall also be supported with detailed breakdown arriving to the lump sum cost;

### D. Design Analysis and Computation

Show analysis and computation to support the design of structures, utilities, access roads, soil, erosion/stormwater, etc.

### E. Critical Path Method

Develop a CPM chart to establish pre-construction and construction time.

### F. Design Narrative

The design narrative shall describe the design approach, assumption and/or basis of design and other supporting data not shown on the plans and specifications; and

### G. Operations and Maintenance Plan, Closure Plan, Post Closure Plan

Plans shall be developed and provided in accordance to the Guam Rules and Regulations for Municipal Solid Waste Landfill Facilties.

## TASK IV - Final PS&E (Optional Task)

The final PS&E shall be 100% complete incorporating all approved comments from the pre-final PS&E. After approval of the pre-final PS&E, submit five (4) copies for final review. Upon approval of the final PS&E, submit one (1) original and ten (10) sets of each of the items listed below:

A. Plans;
B. Specifications;
C. Estimates;
D. Quantity take-off and computation sheets;
E. Unit price analysis and computation;
F. CPM for construction time;
G. Design narratives;
H. Operations, Maintenance, Closure, Post Closure Plans;
I. Development schedule
J. Permit Application

## IV.    CONTRACT TIME

Case 1:02-cv-00022    Document 183    Filed 01/08/2008    Page 41 of 46

The contract time for the completion of this project shall commence upon issuance of a Notice to Proceed to the Consultant and continuing until the satisfactory completion of the project by the specified deadlines.

## V.   DUTIES AND RESPONSIBILITIES OF THE CONSULTANT

The Consultant shall be responsible for the following:

1.  The Consultant shall review all documents provided by DPW for use in the development of the new MSWLF. The documents will be provided to the consultant upon issuance of the Notice to Proceed.

2.  Consultant shall be responsible to meet all schedules and not contribute to any delay in meeting the Consent Decree deadlines. Consultant will be liable for any stipulated penalties resulting from any delays to which it contributes.

3.  The Consultant shall coordinate the design development with the appropriate regulatory agencies whether Local or Federal having jurisdiction in permit approval and review. It will be the responsibility of the Consultant to ensure that all requirements of the new MSWLF conform to the requirements of all Federal and Local laws. Agencies or Departments with regulatory or permitting authority that may affect the project include Department of Parks and Recreation, Department of Agriculture, Bureau of Planning and Statistics, Department of Land Management and Guam Environmental Protection Agency.

4.  **Tri-weekly Project Meetings.** The Consultant shall arrange progress meetings with the DPW/Guam Environmental Protection Agency (EPA) staff and other consultants on a tri-weekly basis, or as instructed by DPW, and be held throughout the Phase I project. At the meetings, the Consultant and DPW/GEPA shall review progress and address any project issues to ensure that the project is on schedule. These meetings shall be attended by the project manager and additional staff from the project team as appropriate for the items to be addressed at the coordination meetings. The Consultant shall ensure that all responsible parties involved in the team are informed of the discussions at the meetings. Development and design issues or problems shall be discussed and resolved in a timely manner. The meetings will be held at the DPW Chief of Engineering Conference Room on a mutually agreed schedule. The Consultant must notify DPW no later than 24 hours before the meeting that they are unable to attend and must reschedule the meeting as soon as possible. Progress meeting schedules are as scheduled below unless notified by DPW. The progress meetings will be scheduled as follows:

Phase I:

| | |
|---|---|
| ➢ Initial Project Meeting | Upon issuance of NTP |
| ➢ Progress Meeting No. 1 | 21 days after NTP |
| ➢ Progress Meeting No. 2 | 42 days after NTP |
| ➢ Progress Meeting No. 3 | 63 days after NTP |
| ➢ Progress Meeting No. 4 | 84 days after NTP |
| ➢ Progress Meeting No. 5 | 105 days after NTP |
| ➢ Conclusion Meeting No. 6 | 120 days after NTP |

Phase II: To be established upon determination of Optional Task.

5. Key members of the Consultant's project team shall meet on an on-going basis to review progress and address project issues, content and approach.

**Project Schedules.** The Consultant shall develop and maintain a project schedule using Microsoft Project or Suretrak Software. The Consultant must provide the Suretrak Software to DPW and Guam EPA. The project schedule shall be updated and furnished on a tri-weekly basis and is to be provided to DPW/Guam EPA at the progress meetings.

**Tri-weekly progress reports** shall be prepared in accordance with DPW format requirements, which will be provided to the Consultant with the NTP. The progress reports should be in Microsoft Excel Spreadsheet, and shall include the following:

➢ Title of the project, project number, date progress report is submitted, the appropriate progress report no., who prepared the progress report (the Consultant), who the progress report is prepared for (DPW/Guam EPA), the time period which the progress report covers.
➢ Columns of the spreadsheet should be divided into Task Description, Task Start Date, Task Completion Date, Actual Date of Completion, Status of Task Activity including percentage of task activity completed and other comments or notes on the task activities, Proposed Action To Be Taken Next Month.
➢ Rows of the spreadsheet should be divided into Tasks and under each task, there should be a brief description of the task work or activities.
➢ Attachments of work progress under those tasks that have been completed for DPW/GEPA review.

The Consultant must inform the DPW of any delays and make the necessary arrangements to ensure that the overall project deadline is not delayed. Issues that may cause anticipated delays must be resolved by the Consultant as timely as possible. The progress report scheduling can be found in the schedule below.

Phase I:

Case 1:02-cv-00022    Document 183    Filed 01/08/2008    Page 43 of 46

| | |
|---|---|
| ➢ Progress Report No. 1 | 21 days after NTP |
| ➢ Progress Report No. 2 | 42 days after NTP |
| ➢ Progress Report No. 3 | 63 days after NTP |
| ➢ Progress Report No. 4 | 84 days after NTP |
| ➢ Progress Report No. 5 | 105 days after NTP |
| ➢ Progress Report No. 6 | 120 days after NTP |

Phase II: To be established upon determination of Optional Task.

The Consultant shall also prepare a Consent Decree quarterly status report that will be due by August 1, 2005, and shall be in accordance with DPW format requirements. The quarterly status report format will be provided to the Consultant with the Notice to Proceed (NTP).

6. The Consultant shall update and maintain the project library and files to add documents as they are produced by the design team and other consultants working on other projects at the MSWLF site. Electronic design files shall be transferred electronically between the various design team firms' offices on as needed basis. The Consultant shall establish an FTP site, in accordance with DPW requirements, that will be used to communicate and transmit project files between the Consultant, DPW, U.S. EPA and Guam EPA. DPW's FTP site requirements will be provided to the Consultant with the NTP. Hard copies of the up to date versions of design drawing files shall be stored at the Consultant's office and made available to various design team offices as needed.

The Consultant must turn over all files maintained throughout the project to be submitted to DPW once the project is completed. Files shall be bounded, divided by sections, and organized in chronological order.

7. An initial project meeting will be held immediately after the Notice to Proceed has been issued to clarify or discuss aspects of the project that are significant. The meeting will be held on a mutually agreed time and location. The Consultant shall ensure that all responsible parties involved in the team are informed of the discussions at the meeting.

8. The Consultant shall be responsible for the preparation and distribution of an **approved** Minutes of Meetings within five (5) day after each meeting. Minutes of Meetings shall include the date, time, and place of meeting, name and company/agency of representative present at the meeting, list of items discussed containing a brief description of the discussion and the matters that were resolved.

## VI. SCHEDULE OF SUBMITTALS

| **Submittals** | **Deadlines** |
| --- | --- |
| Task I | June 15, 2005 |
| Task II | August 1, 2005 |

All task deliverables must be submitted within the specified time. All submittals noted to be "after NTP" may vary 1 to 2 calendar days depending on the occurrence of weekends. All submittals shall be made in ten (10 copies) and one (1) electronic file in 3.5 diskettes or CD Rom. Written documents shall be prepared on Microsoft Word format, spreadsheets on Microsoft Excel, and drawings on the latest version of AutoCAD or AutoCAD compatible software.

## VII. SCHEDULE OF FEES

The following fees for each set of Tasks shall be paid in monthly increments based on effort and submittal of deliverables for Phase I work in accordance with a payment schedule acceptable to both the Consultant and the Department of Public Works. DPW will retain 10% of the amount of each invoice. The 10% retainage for each invoice will be processed for payment on the following invoice, but only after approval and acceptance of work accomplished during the preceding invoice period.

| | |
| --- | --- |
| Task I | $ 800,000.00 |
| Task II | $ 530,003.00 |
| Total Fee for Tasks I & II = | $ 1,330,003.00 |

## VIII. RESPONSIBILITIES OF THE GOVERNMENT

The Government shall provide the Consultant with the following:

A. Right of entries to private and government lands will be provided by DPW for access into the property and areas affected by the proposed development.

B. Rights-of Way maps, drawings, reports and other relevant documents in the Government's possession.

C. Timely reviews of submittals and decisions required to advance the progress of the work.

D. The Government shall provide the following documents to the Consultant for review and use during the design of the project.

   1. Preliminary Site Selection Report, February 2005
   2. Environmental Impact Statement, April 2005

3. Specific reports or data identified in the above mentioned documents
4. Consent Decree Court Order, U.S. Civil Case No. 02-00022, February 11, 2005
5. Government of Guam Rules and Regulations regarding the Siting, Design, Construction, Operation, and Maintenance of a Municipal Solid Waste Landfill Facility