# ORIGINAL

1   LEONARDO M. RAPADAS
    United States Attorney
2   MIKEL W. SCHWAB
    Assistant U.S. Attorney
3   Sirena Plaza, Suite 500
    108 Hernan Cortez Avenue
4   Hagatna, Guam 96910
    Tel: 671-472-7332
5   Fax: 671-472-7215

**FILED**
DISTRICT COURT OF GUAM

JAN 0 8 2008

**JEANNE G. QUINATA**
**Clerk of Court**

6

7   Attorneys for the United States of America

8            UNITED STATES DISTRICT COURT
             FOR THE TERRITORY OF GUAM

9

| | |
|---|---|
| 10   UNITED STATES OF AMERICA,      ) | CIVIL CASE NO. 02-00022 |
| 11           Plaintiff,      ) | |
|                   ) | |
| 12           vs.          ) | CERTIFICATE OF SERVICE |
|                   ) | |
| 13   GOVERNMENT OF GUAM,      ) | |
| 14           Defendant.    ) | |

15        I, Jacqueline O. Emmanuel, Administrative Assistant, hereby certify that on 8th day of

16

17 January 2008, I caused to be served by personal service the following document: "United States

Brief Regarding Civil Contempt Authority", Civil Case No. 02-00022, <u>United States of America</u>

18

<u>vs. Government of Guam</u>, to the following attorney of record:

19

20         Alicia G. Limtiaco
        Office of the Attorney General
21         287 West O'Brien Drive
        Hagatna, GU 96910
22

23                   LEONARDO M. RAPADAS
                  United States Attorney
24                   Districts of Guam and NMI

25                                    *Jacqueline Emmanuel*
           BY: _____
26                   JACQUELINE EMMANUEL
                  Administrative Assistant

27

28