OFFICE OF THE LEGISLATIVE COUNSEL
*Raymond L. Souza, Jr.*
*I Mina'Bente Nuebi Na Liheslaturan Guåhan*
155 Hesler Street
Hagåtña, Guam 96910
Telephone: (671) 472-3419
Facsimile: (671) 472-3317
E-mail: rsouza61@gmail.com

**FILED**
DISTRICT COURT OF GUAM

JAN 1 1 2008

JEANNE G. QUINATA
Clerk of Court

**Attorney for** *I Mina'Bente Nuebi Na Liheslaturan Guåhan*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CIVIL CASE NO. 02-00022 |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| | ) | **OF COUNSEL** |
| GOVERNMENT OF GUAM | ) | |
| Defendant. | ) | |

Notice is hereby given of the entry of the undersigned as counsel for *I Mina'Bente Nuebi Na Liheslaturan Guåhan,* the 29th Guam Legislature, in the above-entitled action. Pursuant to Fed. R.Civ. P. 5, all further notice and copies of pleadings, papers and other material relevant to this action should be directed to and served upon:

Raymond L. Souza, Jr.
Legislative Counsel
155 Hesler Street
Hagåtña, Guam 96910

DATED: January 11, 2008

RAYMOND L. SOUZA, JR.
Legislative Counsel

**ORIGINAL**