OFFICE OF THE LEGISLATIVE COUNSEL
*Raymond L. Souza, Jr.*
*I Mina'Bente Nuebi Na Liheslaturan Guåhan*
155 Hesler Street
Hagåtña, Guam 96910
Telephone: (671) 472-3419
Facsimile: (671) 472-3317
E-mail: rsouza61@gmail.com

Attorney for *I Mina'Bente Nuebi Na Liheslaturan Guåhan*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CIVIL CASE NO. 02-00022 |
| Plaintiff, | ) | |
| v. | ) | **MOTION TO SUPPLEMENT THE RECORD** |
| GOVERNMENT OF GUAM | ) | |
| Defendant. | ) | |

*I Mina'Bente Nuebi Na Lihaslaturan Guåhan*, the 29th Guam Legislature ("Legislature"), by and through its counsel, Raymond L. Souza, Jr., respectfully moves the Court for permission to supplement the record with Legislative Resolution 103, adopted by the Legislature along with supporting documents outlined in Resolution 103. The reasons for the motion are set forth below.

On December 14, 2007, this Court issued and filed its Order RE: Conditions to Enforce Consent Decree in Civil Case 02-00022. Within the order, this Court stated that "[t]here is nothing in the court's record to indicate that the selection of Dandan . . . will have a detrimental

**ORIGINAL**

impact to the population of Guam or that the GovGuam is reconsidering its selection of the Dandan site."

However, on numerous occasions, members of the Legislature have requested the Attorney General of Guam to provide information to the Court regarding the selection of Dandan. However, the Office of the Attorney General of Guam declined to do so because of differing positions taken by the Executive and Legislative branches in this matter.

All that is requested by the Legislature is that the Court have a complete record before it for review prior to making any final order.

Because the Resolution along with its supporting documents is material and may be relevant to the Court's disposition of this case, the Guam Legislature requests that the Court grant their motion to supplement the record.

DATED: January 11, 2008

_____
RAYMOND L. SOUZA, JR.
Legislative Counsel