OFFICE OF THE LEGISLATIVE COUNSEL
*Raymond L. Souza, Jr.*
*I Mina'Bente Nuebi Na Liheslaturan Guåhan*
155 Hesler Street
Hagåtña, Guam 96910
Telephone: (671) 472-3419
Facsimile: (671) 472-3317
E-mail: rsouza61@gmail.com

**FILED**
DISTRICT COURT OF GUAM

JAN 1 1 2008

JEANNE G. QUINATA
Clerk of Court

Attorney for *I Mina'Bente Nuebi Na Liheslaturan Guåhan*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CIVIL CASE NO. 02-00022 |
| Plaintiff, | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| GOVERNMENT OF GUAM | ) | |
| Defendant. | ) | |

I served the Entry of Appearance of Raymond L. Souza, Jr., Legislative Counsel, the Motion to Supplement the Record, and Supplemental Documents by delivering a true copy to the parties as follows:

United States Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910

Attorney General of Guam
Office of the Attorney General
287 West O'Brien Drive
Hagåtña, Guam 96910

**ORIGINAL**

I, the undersigned, declare under penalty of perjury that the foregoing is true and correct and that I was at the time of service, a resident of Guam over the age of 18 years and not a party to the above numbered claim.

DATED: January 11, 2008

_____
.MATTHEW R. RESPICIO
Assistant Sergeant-at-Arms
*I Mina'Bente Nuebi Na Liheslaturan Guåhan*