# ORIGINAL

1  RONALD J. TENPAS
Assistant Attorney General
2  Environment & Natural Resources Division
ROBERT D. MULLANEY
3  Environmental Enforcement Section
United States Department of Justice
4  301 Howard Street, Suite 1050
San Francisco, California 94105
5  Tel: (415) 744-6483
Fax: (415) 744-6476
6
LEONARDO M. RAPADAS
7  United States Attorney
MIKEL W. SCHWAB
8  Assistant United States Attorney
Suite 500, Sirena Plaza
9  108 Hernan Cortez
Hagåtña, Guam 96910
10  Tel: (671) 472-7332
Fax: (671) 472-7215
11
Attorneys for United States of America
12

13          IN THE UNITED STATES DISTRICT COURT
14            FOR THE TERRITORY OF GUAM
15

16

17  UNITED STATES OF AMERICA,        )   CIVIL CASE NO. 02-00022
18                                   )
                 Plaintiff,          )   UNITED STATES' COMMENTS ON
19                                   )   ORDOT DUMP CLOSURE REPORT
            v.                       )
20                                   )
                                     )
21  GOVERNMENT OF GUAM,              )
                                     )
22               Defendant.          )
                                     )
23  ─────────────────────────────── )

24

25

26

27

28

FILED
DISTRICT COURT OF GUAM

JAN 14 2008

JEANNE G. QUINATA
Clerk of Court

1   On December 14, 2007, the Court issued an "Order re: Conditions to Enforce Consent

2   Decree," requiring the Government of Guam ("GovGuam") to file an Ordot Dump Closure

3   Report by January 8, 2008, and directing the U.S. Environmental Protection Agency ("EPA") to

4   use its best efforts to review and file comments regarding the Closure Report by January 14,

5   2008. The United States submits this brief on behalf of EPA in response to the Court's Order.

6   **I.     BACKGROUND**

7   On December 14, 2005, in accordance with the requirements of Paragraph 8.e. of the

8   Consent Decree, the Guam Environmental Protection Agency ("Guam EPA") issued Solid Waste

9   Disposal Facility Permit No. 05-060LFL to the Guam Department of Public Works ("DPW") for

10  the continued operation of the Ordot Dump. Exh. A. The permit contained specific conditions

11  imposed by Guam EPA relating to: (1) proper operation of the Ordot Dump; (2) preparation of

12  the site for proper closure; and (3) the provision of additional data and documents needed for

13  closure and post-closure activities. Id. The permit's compliance schedule in Appendices D and

14  E specified deadlines for DPW to meet these conditions. Id., App. D, E.

15  DPW has failed to meet the permit conditions imposed by Guam EPA. Consequently,

16  Guam EPA issued Notices of Violation, Orders of Compliance, and Administrative Penalty

17  Orders for non-compliance with the permit's conditions. For example, on December 12, 2006,

18  Guam EPA issued a Notice of Violation for violations of permit conditions from December 14,

19  2005, to August 31, 2006, and demanded a penalty of $1,525,200. Exh. B at 4. Guam EPA's

20  enforcement actions did not bring DPW into compliance.

21  Furthermore, the permit issued by Guam EPA was intended to cover Ordot Dump

22  operations before closure. See Exh. A at 10. Because the Consent Decree in this case required

23  closure of the Ordot Dump by October 23, 2007, the permit for operations toward closure expired

24  as of that date. Id.; see also Consent Decree, ¶8.e. Guam DPW has not submitted an application

25  to Guam EPA to extend the permit. Accordingly, as of October 23 2007, DPW is operating the

26  Ordot Dump without a valid permit.

27

28                                                      1

## II. EPA'S COMMENTS ON THE ORDOT DUMP CLOSURE REPORT

### A. Introduction

The United States contends that the Ordot Dump Closure Report submitted by GovGuam does not comply with the Court's Order. The Court stated that "[t]he report shall contain a list of required actions that are needed to prepare the Ordot Dump site for closure and a schedule that corresponds to the implementation and completion of each action." We believe that the Closure Report was intended to: (1) focus GovGuam's efforts on actions that are necessary to prepare the Ordot Dump site for closure, and (2) require GovGuam to develop a corresponding schedule for those action items. Instead, the Closure Report submitted by GovGuam primarily cites the regulatory requirements to close the dump and explains various closure components in a general manner. The Closure Report does not contain sufficient specificity on the individual steps necessary for closure and omits an associated implementation schedule for the actions GovGuam will take to prepare the Ordot Dump site for closure. In addition, there are some significant problems with the information that is set forth in the Closure Report, which the United States addresses below.

### B. Specific Comments

EPA has the following comments on the Ordot Dump Closure Report.

1. Page 1 Comments

a. Installation of a temporary scale: No information is provided about the acquisition and installation date for the scale.

b. Additional waste stream resulting from delays in the opening of new solid waste facility: GovGuam has provided no rationale or analysis for using a 33-month time period as an estimate for opening working cells of the new landfill. It took approximately 12 months to construct a new landfill on neighboring Saipan after a final design was completed. GovGuam offered no explanation why it would take almost three times as long to construct a new landfill on Guam. Finally, GovGuam did not provide any analysis to support an assumption that the

2

Ordot Dump can continue to receive waste for another 33 months.

    c. Ongoing closure practices: These practices must incorporate operations to prepare the site for closure. Therefore, the mandatory word "shall" or "must" should replace "may" throughout this paragraph.

    d. Waste stream and volume reduction measures: This discussion lacks a detailed breakdown of actions and the corresponding implementation schedule that will be taken by GovGuam.

    e. Closure conditions and basis for design: The Ordot Dump continues to accept trash on a daily basis, which could affect the basis for the design. EPA would like GovGuam to confirm that the basis for the design has not changed since its development and that it adequately addresses the current existing conditions at the site. In addition, the design should address all the comments previously provided to DPW by EPA and Guam EPA.

    f. As part of preparing the site for closure, GovGuam must provide a detailed list of actions, and associated implementation dates, that are needed to address waste that extends into any public or privately owned land adjacent to the Ordot Dump.

2.    Page 4 Comments - EPA is concerned about the stability of the final cover on areas of the dump where slopes are 1 (H):1 (V) or steeper. GovGuam should provide an action plan and take any necessary mitigation actions to address steep slopes.

3.    Page 6 Comments - How does DPW prevent the disposal of hazardous waste at the Ordot Dump? Does DPW conduct inspections of the vehicles coming to Ordot Dump? What documents are available to show that vehicles are inspected for hazardous waste?

4.    Page 7 Comments

    a. Provide an implementation schedule for acquisition and installation of the scale.

    b. As mentioned earlier, the 2004 closure design needs to address detailed comments provided by EPA and Guam EPA. Furthermore, the 2004 Closure Design may not take into account the current conditions at the Ordot Dump.

3

c. The Closure Report states that the Ordot Dump may not have reached the limits of the closure design. Do recently developed profiles indicate that the filling plan is being followed to prepare the site for closure? If not, GovGuam should provide an action plan to ensure that the filling plan is consistent with the closure design.

5.    Page 8 Comments

a. Closure topography to be used for calculations should be from the top of the waste. In addition, the final cover thickness should be subtracted or the top of the waste should be used throughout the calculations.

b. GovGuam should confirm that DPW has a final filling plan (approved by Guam EPA) to prepare the Ordot Dump site for closure. GovGuam should also confirm that the approved final filling plan is being properly implemented.

c. Item 6.0 - Replace "may" with "shall."

d. Provide confirmation that daily cover is provided and that DPW maintains a sufficient stockpile of daily cover as required by the Operations Plan.

e. Item 7.0 - Provide a list of actions and an associated implementation schedule to ensure that recycling initiatives are less sporadic and more sustainable.

6.    Page 9 Comments - Provide more details to address any negative impacts on the closure design due to deep compaction or any other air-space improvement strategies. The negative impacts to the closure design should be assessed while analyzing the available options.

7.    Page 10 Comments

a. GovGuam should confirm that estimates of the landfill gas ("LFG") generation rates for the Ordot Dump site are available and that data is being collected to prepare the site for closure. If DPW has not collected such data, GovGuam should provide an action plan with an implementation schedule to address this issue.

b. GovGuam should identify any additional infrastructure/facilities that will be needed for closure of the Ordot Dump. If the identified items can be developed now, provide an action

4

plan and an associated implementation schedule for their development.

    c. GovGuam should obtain additional data needed to prepare the site for closure. For example, settlement monuments could be installed now to understand the settling rates.

8. Page 11 Comments - EPA believes that the Closure Report should include an action item and a schedule for design and installation of the necessary perimeter roads.

9. Page 20 Comments - GovGuam should confirm that a groundwater monitoring plan approved by Guam EPA is being implemented, and should provide data obtained from the groundwater monitoring plan. If DPW has not collected such data, GovGuam should provide an action plan with an implementation schedule to address this issue.

    C.    General Comments

DPW did not comply with the permit conditions imposed by Guam EPA for the Ordot Dump. Many of these conditions were directly related to proper operation of the Ordot Dump and to preparation of the site for closure. Therefore, GovGuam should provide an action plan and an associated implementation schedule to address permit conditions that are relevant for closure. In particular, DPW should take the following actions to prepare the site for closure:

1. Develop and submit to Guam EPA for approval a final filling plan to prepare the site for closure;

2. Hire a manager for the Ordot Dump that has been certified as a Manager of Landfill Operations by the Solid Waste Association of North America ("SWANA");

3. Finalize the basis of design;

4. Provide daily cover;

5. Ensure that proper equipment is available for operation (e.g., compaction equipment);

6. Implement vector control measures; and

7. Collect critical data and develop the necessary documents required to prepare the site for closure.

5

III.    **CONCLUSION**

EPA participated in a conference call with DPW and Guam EPA to discuss EPA's comments on January 10, 2008. Given the limited amount of time available for review and comments on the Closure Report, we have used our best efforts to convey our concerns to GovGuam and the Court. While the United States had hoped that the Closure Report would provide a detailed road map on the steps that GovGuam needs to take to close the Ordot Dump along with the dates on which GovGuam would accomplish these steps, it does not do so. In order to address this problem, the Ordot Dump Closure Report must be promptly revised to include a detailed action plan and an associated implementation schedule to prepare the Ordot Dump site for closure.

Respectfully submitted this 14th day of January 2008,

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney

6

EXHIBIT A
Permit No. 05-060LFL



# GUAM ENVIRONMENTAL PROTECTION AGENCY

## AHENSIAN PRUTEKSION LINA'LA GUAHAN



P.O. Box 22439 GMF • BARRIGADA, GUAM 96921 • TEL: 475-1658/9 • FAX: 477-9402

DEC 1 4 2005

Mr. Lawrence Perez
Acting Director
Guam Department of Public Works
543 North Marine Drive
Tamuning, Guam 96913

**Re: Solid Waste Disposal Facility Permit for Ordot Dump**
     **Permit No. 05-060LFL**

Dear Mr. Perez:

Enclosed for your review is the subject permit for the continued operations towards closure, closure design and construction, and post-closure maintenance and monitoring of the Ordot Dump. The public comment period began on October 4, 2005 and ended on November 17, 2005. Guam EPA has incorporated changes to address comments received during the public comment period.

Should you have any questions regarding this Permit, please contact Margaret Aguilar at 475-1658/59 to arrange a meeting.

Si Yuus Maase.

Sincerely,

RANDEL L. SABLAN
Acting Administrator

Enclosure: Guam EPA SWDF Permit No. 05-060LFL

CC:   Ben Machol, USEPA

*"ALL LIVING THINGS OF THE EARTH ARE ONE"*

**EXHIBIT**

A

# GUAM ENVIRONMENTAL PROTECTION AGENCY

# WASTE MANAGEMENT PERMIT

IS HEREBY ISSUED TO

## GOVERNMENT OF GUAM - DEPARTMENT OF PUBLIC WORKS

AUTHORIZING OPERATION OF

A SOLID WASTE DISPOSAL FACILITY – ORDOT DUMP

LOCATED AT

LOT NO. 3390 R2 AND LOT NO. 3434, DERO DRIVE, ORDOT, GUAM

THIS PERMIT IS NON-TRANSFERABLE AND CONDITIONED UPON THE HOLDER OBSERVING THE GOVERNMENT CODE OF GUAM AND ALL RULES, REGULATIONS AND ORDERS OF THE GUAM ENVIRONMENTAL PROTECTION AGENCY

NO PERSON SHALL WILLFULLY DEFACE, ALTER, FORGE, COUNTERFEIT OR FALSIFY THIS PERMIT. ANY SUCH ACTIVITY SHALL CAUSE THE IMMEDIATE REVOCATION OF THIS PERMIT.

THE RENEWAL APPLICATION FOR THIS PERMIT SHALL BE SUBMITTED TO GEPA A MINIMUM OF SIXTY (60) DAYS PRIOR TO THE EXPIRATION DATE.

05-060LFL
PERMIT NUMBER

05-060LFL
APPLICATION NUMBER

October 23, 2007
EXPIRATION DATE

12.14.05
ISSUANCE DATE

RANDEL L. SABLAN
AUTHORIZING OFFICIAL

SIGNATURE

"ALL LIVING THINGS OF THE EARTH ARE ONE"

# GUAM EPA
# SOLID WASTE DISPOSAL FACILITY
# PERMIT NO. 05-060LFL

**FACILITY AND PHYSICAL LOCATION:**

**ORDOT DUMP**
**LOT 3390 R2 & LOT 3434**
**DERO DRIVE, ORDOT**

**NAME AND MAILING ADDRESS OF OWNER:**

**GOVERNMENT OF GUAM**
**DEPARTMENT OF PUBLIC WORKS**
**542 NORTH MARINE CORPS DRIVE**
**TAMUNING, GUAM 96913**

**NAME AND MAILING ADDRESS OF OPERATOR:**

**GOVERNMENT OF GUAM**
**DEPARTMENT OF PUBLIC WORKS**
**542 NORTH MARINE CORPS DRIVE**
**TAMUNING, GUAM 96913**

**CONTACT NOS.:**

**Facility Phone No.: 472-2710**
**Operator Phone No.: 646-3131**
**Owner Phone No.: 646-3131**

_____
**RANDEL L. SABLAN**
**ACTING ADMINISTRATOR**

12/2/05

12.14.05
_____
DATE

# GUAM EPA
## SOLID WASTE DISPOSAL FACILITY
## PERMIT NO. 05-060LFL

**FACILITY AND PHYSICAL LOCATION:**

ORDOT DUMP
LOT 3390 R2 & LOT 3434
DERO DRIVE, ORDOT

**NAME AND MAILING ADDRESS OF OWNER:**

GOVERNMENT OF GUAM
DEPARTMENT OF PUBLIC WORKS
542 NORTH MARINE CORPS DRIVE
TAMUNING, GUAM 96913

**NAME AND MAILING ADDRESS OF OPERATOR:**

GOVERNMENT OF GUAM
DEPARTMENT OF PUBLIC WORKS
542 NORTH MARINE CORPS DRIVE
TAMUNING, GUAM 96913

**CONTACT NOS.:**

Facility Phone No.: 472-2710
Operator Phone No.: 646-3131
Owner Phone No.: 646-3131

_____
**RANDEL L. SABLAN**
**ACTING ADMINISTRATOR**

_____
**DATE**

12/2/05

# GUAM EPA
# SOLID WASTE DISPOSAL FACILITY
# PERMIT NO. 05-060LFL

**SPECIFICATIONS:**

PERMITTED OPERATIONS:

Solid Waste Management Disposal Facility Authorization for Continued Operations towards Closure, Closure, and Post Closure Maintenance and Monitoring of the Ordot Dump

## KEY DESIGN PARAMETERS:

Permitted Area (in acres):

47.1 acres (currently at 45.1 acres) additional filling to the east of the dump between 2005 – 2007

Design Capacity: 4,400,000 yards$^3$ (estimated)

Current Capacity (late 2004): 3,202,593 yards$^3$ (estimated)

Available Capacity to Closure: 1,170,000 yards$^3$ (estimated)

Maximum Elevation: (Ft.MSL): 360 Feet above MSL

Maximum Depth: (Ft. MSL): 175 Feet MSL

## SCHEDULE OF ACTIVITIES:

Last day to receive waste:

The earlier of September 23, 2007 or the opening of a permitted municipal solid waste landfill.

Closure Date and Year: October 23, 2007

Implementation of Post – Closure Plans and Post Closure Conditions: October 23, 2007

Liability through:

Later of October 23, 2037 or 30 years after the expiration of the permit or any subsequently issued permit, or permit extension

2

12/2/05

# AUTHORIZATIONS OF CONTINUE OPERATION AND CLOSURE OF THE ORDOT DUMP

## TABLE OF CONTENTS

**PART I - GENERAL PERMIT CONDITIONS** ................................................................ 8

I.A.     GENERAL REQUIREMENTS ............................................................................ 8

I.A.I.     Effect of Permit ................................................................................................ 8

I.A.2.    Permit Modification, Suspension, Revocation and Termination ...................... 8

I.A.3.    Permit Renewal .............................................................................................. 8

I.A.4.    Severability ..................................................................................................... 9

I.A.5.    Definitions ....................................................................................................... 9

I.A.6.    Duty to Comply ............................................................................................... 9

I.A.7.    Duty to Reapply .............................................................................................. 9

I.A.8.    Permit Expiration .......................................................................................... 10

I.A.9.    Need to Halt or Reduce Activity Not a Defense ........................................... 10

I.A.10.   Duty to Mitigate ........................................................................................... 10

I.A.11.   Proper Operation and Maintenance ............................................................ 10

I.A.12.   Duty to Provide Information ......................................................................... 11

I.A.13.   Inspection and Entry ................................................................................... 11

I.A.14.   Monitoring and Records .............................................................................. 11

I.A.15.   Reporting Planned Changes ........................................................................ 12

I.A.16.   Reporting Anticipated Noncompliance ........................................................ 12

I.A.17.   Certification of Final Operation to Close ...................................................... 12

I.A.18.   Transfer of Permit ....................................................................................... 13

I.A.19.   Twenty-Four Hour Reporting ....................................................................... 13

I.A.20.   Other Noncompliance ................................................................................. 14

3

12/2/05

I.A.21. Other Information .................................................................................................. 14

I.B. SIGNATORY REQUIREMENT ........................................................................... 14

I.C. QUARTERLY REPORTING REQUIREMENTS ................................................. 15

I.D. FINANCIAL ASSURANCE ................................................................................ 16

I.E. INCAPACITY OF OWNERS OR OPERATORS, GUARANTORS, OR FINANCIAL INSTITUTIONS ............ 17

I.F. CONFIDENTIAL INFORMATION ...................................................................... 17

I.G. COMPLIANCE SCHEDULE .............................................................................. 17

I.H. DOCUMENTS TO BE MAINTAINED AT THE FACILITY DURING OPERATIONS ................. 17

PART II – OPERATIONS TOWARDS CLOSURE ........................................ 19

II.A. OPERATING CONDITIONS ............................................................................. 19

II.A.1. Design and Operation Facility ...................................................................... 19

II.A.2. Solid Waste Accepted ................................................................................... 19

II.A.3. Solid Waste Excluded ................................................................................... 20

II.A.4. Scale Requirements ...................................................................................... 20

II.A.5. Procedures for Excluding the Receipt of Hazardous Waste ........................ 21

II.A.6. General Waste Placement and Lift Development Requirements ................... 21

II.A.7. Cover Material Requirements ....................................................................... 23

II.A.8. Vector, Bird, Odors, Noise, Dust, and Litter Control ................................... 23

II.A.9. Explosive Gases Control ............................................................................... 24

II.A.10. Air Criteria .................................................................................................... 24

II.A.11. Access Requirements ................................................................................... 24

II.A.12. Leachate Management Requirements .......................................................... 25

II.A.13. Surface Water Run-on and Run-off Control Systems .................................. 25

II.A.14. Liquid Restrictions ....................................................................................... 25

II.A.15. Record Keeping and Reporting Requirements ............................................ 25

II.A.16. Safety ........................................................................................................... 26

4

12/2/05

II.A.17.  General Inspection Requirements ................................................................................26

II.A.18.  Personnel Training ..........................................................................................................26

II.A.19.  Emergency Response and Contingency Plan..................................................................27

II.B.  GROUND-WATER MONITORING AND CORRECTIVE ACTION .................................................28

PART III.  CLOSURE DESIGN AND CONSTRUCTION ........................................... 29

III.A.  SPECIAL CLOSURE DESIGN AND CONSTRUCTION REQUIREMENTS........................................29

III.B.  CLOSURE DESIGN REPORT AND CLOSURE PLAN - REVISIONS...............................................29

III.B.1.  LEACHATE SYSTEM ...........................................................................................................29

III.B.2.  SURFACE WATER MANAGEMENT ........................................................................................30

III.B.3.  GROUND-WATER MONITORING SYSTEM ............................................................................31

III.B.4.  LANDFILL GAS MANAGEMENT SYSTEM...............................................................................33

PART IV.  POST-CLOSURE CARE AND MAINTENANCE ....................................... 35

IV.A.  SPECIAL POST-CLOSURE CARE AND MAINTENANCE REQUIREMENTS....................................35

IV.B.  POST-CLOSURE CARE AND MAINTENANCE-PLAN - REVISIONS .............................................35

5

12/2/05

# APPENDICES

## A    OPERATIONS PLAN

| Permit Attachment | Plan or Document |
|---|---|
| II-1 | *Final Filling Plan* (Reserved-Pending Revisions and Final Approval) |
| II-2 | *Summary of Ordot Dump's Solid Waste Acceptance Policy* (Guam EPA Revisions, December 2005) |
| II-3 | *Hazardous Waste Exclusion Program* (July 2005) |
| II-4 | *Ordot Dump Procedures for Responding to Citizen Complaints* (July 2005) |
| II-5 | *Safety Program* (Guam EPA Revision, December 2005) |
| II-6 | *Emergency Contingency Plan* (Guam EPA Revisions December 2005) |
| II-7 | *Groundwater Monitoring Plan* (See Permit Condition Part III) |
| II-8 | *Operations & Monitoring Plan for the Ordot Dump* (Reserved-Pending Revisions and Final Approval) |
| II-9 | *Solid Waste Diversion Program Plan* (Reserved-Pending Submittal and Final Approval) |
| II-10 | *Personnel Training Program Plan* (Reserved-Pending Submittal and Final Approval) |
| II-11 | *Inspection Plan* (Reserved-Pending Submittal and Final Approval) |
| II-12 | *Vector Control Monitoring and Deterrence Program Plan* (Reserved-Pending Submittal and Final Approval) |

6

12/2/05

## APPENDICES CONTINUED

**B**     CLOSURE PLAN

**C**     POST-CLOSURE MAINTENANCE AND MONITORING PLAN

**D**     COMPLIANCE SCHEDULE ON DOCUMENT SUBMITTAL

**E**     COMPLIANCE SCHEDULE ON ACTIVITIES

12/2/05

# PART I - GENERAL PERMIT CONDITIONS

## I.A. GENERAL REQUIREMENTS

### I.A.I. Effect of Permit

a. The Permittee is allowed to dispose solid waste within the permitted area in accordance with the conditions of this Permit. Any disposal of solid waste not authorized in this Permit is prohibited. Subject to the 10 GCA, Chapter 51, Solid Waste Management and Litter Control (SWMLC), §51104(a), compliance with this Permit generally constitutes compliance, for the purposes of enforcement, with the Guam Solid Waste Disposal Rules and Regulations (GSWDRR).

b. Issuance of this Permit does not convey any property rights of any sort or any exclusive privilege; nor does it authorize any injury to persons or property, any invasion of other private rights, or any infringement of federal or local law or regulations.

c. Compliance with the terms of this Permit does not constitute a defense to any order issued or any action brought under 10 GCA, Chapter 51, SWMLC and Section 7003 of Resource Conservation and Recovery Act (RCRA); or any other law providing for protection of public health or the environment.

d. Issuance of this Permit does not provide approval of other applicable permit requirements of the federal or local government including but not limited to Guam air permits, and erosion control permits.

e. The Permittee and all contractors of the Permittee shall be bound by this Permit and all laws and regulations, including financial assurance and insurance requirements.

### I.A.2. Permit Modification, Suspension, Revocation and Termination

This Permit may be modified, suspended, revoked, reissued, or terminated for cause, as specified in SWMLC §51104(f) and GSWDRR §23104. The filing of a request for a permit action, or the notification of planned changes or anticipated noncompliance by the Permittee does not stay the applicability or enforceability of any permit requirement or condition.

### I.A.3. Permit Renewal

Parts I and IV of this Permit may be renewed as specified in GSWDRR §23104(k), Permit Condition I.A.7, and shall be consistent with I.A.8. Review of any application for a Permit renewal shall consider improvements in the state of control and measurement technology, as well

Case 1:02-cv-00022     Document 191-2     Filed 01/14/2008     Page 12 of 45

as changes in applicable law or regulations.

## I.A.4.    Severability

The provisions of this Permit are severable, and if any provision of this Permit, or the application of any provision of this Permit to any circumstance is held invalid, the application of such provision to other circumstances and the remainder of this Permit shall not be affected.

## I.A.5.    Definitions

For purposes of this Permit, terms used herein shall have the same meaning as those in 10 GCA, Chapter 51 (SWMLC), GSWDRR, and the Consent Decree, unless this Permit specifically provides otherwise; where terms are not defined in the regulations or the Permit, the meaning associated with such terms shall be defined by a standard dictionary reference or the generally accepted scientific or industrial meaning of the term. The following words used herein which are not defined in the SWMLC, GSWDRR, and the Consent Decree, are defined below:

   a. *Consent Decree* means the decree in the *United States of America v. Government of Guam, Civil Case No. 02-00022, issued* on February 11, 2004.
   b. *Issued date* means the date the Administrator signs this permit. The date is also on the cover page.
   c. *Permittee* means the Department of Public Works (DPW), or its designee, including the contractor(s) who operate(s) the Ordot Dump on behalf of the Department of Public Works.

## I.A.6.    Duty to Comply

The Permittee shall comply with all conditions of this Permit, except to the extent and for the duration the Administrator has issued prior authorization for such noncompliance. Any Permit noncompliance, other than noncompliance which has received prior authorization from the Administrator, constitutes a violation of the SWMLC and the GSWDRR and is grounds for enforcement action; for Permit termination, revocation, suspension, or modification; or for denial of a Permit renewal application.

## I.A.7.    Duty to Reapply

Pursuant to GSWDRR §23104(k), the Permittee shall submit a complete application for a new Permit at least 60 days prior to the Permit expiration date.

12/2/05

## I.A.8.   Permit Expiration

Pursuant to GSWDRR §23104(g) and as established within the Consent Decree, this Permit shall be effective as follows:

|  | Term |
|---|---|
| Part I – General Conditions | Every five (5) years after the issued date of this permit for a minimum of thirty (30) years. |
| Part II – Operations towards Closure | The earlier of September 23, 2007 or the opening of a permitted municipal solid waste landfill. |
| Part III – Closure Conditions | October 23, 2007 |
| Part IV – Post Closure Maintenance | Every five (5) years after the issued date and Monitoring of this permit for a minimum of thirty (30) years. |

## I.A.9.   Need to Halt or Reduce Activity Not a Defense

It shall not be a defense for the Permittee, in an enforcement action that it would have been necessary, to halt or reduce the Permitted activity in order to maintain compliance with the conditions of this Permit.

## I.A.10.   Duty to Mitigate

In the event of noncompliance with this Permit, the Permittee shall take all reasonable steps to minimize releases to the environment and shall carry out such measures, as are reasonable, to prevent significant adverse impacts on human health or the environment, and to come into compliance as rapidly as possible.

## I.A.11.   Proper Operation and Maintenance

The Permittee shall at all times properly operate and maintain all facilities, equipment, contracts, and systems of treatment and control (and related appurtenances) which are installed or used by the Permittee or its contractors to achieve compliance with the conditions of this Permit. Proper operation and maintenance includes, but is not limited to, effective performance, adequate funding, operator staffing and training, equipment, monitoring, laboratory and process controls, including appropriate quality assurance/quality control procedures. This provision requires the

operation of back-up or auxiliary facilities or similar systems only when necessary to achieve compliance with the conditions of this Permit.

## I.A.12. Duty to Provide Information

    a. The Permittee shall furnish to the Administrator, within a reasonable time, any relevant information which the Administrator may request
        i. to determine whether cause exists for modifying, revoking and reissuing, or terminating this Permit, or
        ii. to determine compliance with this Permit or any applicable environmental requirements.
    b. The Permittee shall also furnish to the Administrator, upon request, copies of records required to be kept by this Permit.

## I.A.13. Inspection and Entry

Pursuant to the SWMLC §51106 and Section VIII of the Consent Decree, the Permittee shall allow the Administrator or his designee and USEPA (including their contractors and consultants), upon the presentation of credentials to:

    a. Enter at reasonable times upon the Permittee's premises where a regulated facility or activity is located or conducted, or where records must be kept under the conditions of this Permit or regulations;
    b. Have access to and copy, at reasonable times, any records that must be kept under the conditions of this Permit or regulations;
    c. Inspect at reasonable times any facilities, equipment (including monitoring and control equipment), practices, or operations regulated or required under this Permit or regulations; and
    d. Sample or monitor, at reasonable times, for the purposes of assuring Permit compliance or as otherwise authorized by the SWMLC, any substances or parameters at any location.

## I.A.14. Monitoring and Records

    a. Samples and measurements taken for the purpose of monitoring shall be representative of the monitored activity. The methods used to obtain a representative samples of all monitoring requirements must be approved by the Administrator prior to use.
    b. Record Retention.

        i. Unless other conditions apply, the Permittee shall retain records of all monitoring information, including all calibration and maintenance records and

**11**

all original strip chart recordings for continuous monitoring instrumentation, copies of all reports and records required by this Permit, and as specified in the permit application documentations and records of all data used to complete the application for this Permit for a period of at least five (5) years from the date of the sample, measurement, report, record, certification, or application.

    ii.   These retention periods may be extended by the Administrator at any time and are automatically extended during the course of any unresolved enforcement action regarding this facility.

    iii.   The Permittee shall maintain records from all ground-water monitoring wells and associated ground-water surface elevations for the active life of the facility, and for disposal facilities throughout the post-closure care period, as required by GSWDRR §23312(a)(5).

  c.  Records of all monitoring information shall specify:

    i.   The dates, exact place, and times of sampling or measurements;

    ii.   The individuals who performed the sampling or measurements;

    iii.   The dates the analyses were performed;

    iv.   The individuals and laboratory who performed the analyses;

    v.   The analytical techniques or methods used; and

    vi.   The results of such analyses.

  c.  Any contract between the Permittee and a consultant to collect or maintain data and records shall require that all information, including any data in computer database and files, are property of the Government of Guam.

## I.A.15.    *Reporting Planned Changes*

The Permittee shall give notice to the Administrator, as soon as possible, of any planned physical alterations or additions to the Permitted facility.

## I.A.16.    *Reporting Anticipated Noncompliance*

The Permittee shall give advance notice to the Administrator of any planned changes in the permitted facility or activity which may result in noncompliance with permit requirements. In addition, the Permittee shall comply with Section IX, paragraphs 31-37 of the Consent Decree for any claim of *force majeure*.

## I.A.17.    *Certification of Final Operation to Close*

The Permittee shall not commence closure construction until the Permittee has submitted to the Administrator, by certified mail or hand delivery, a letter signed by the Permittee and a registered professional engineer stating that the facility has been operating and the Permittee has placed

**12**

solid waste and cover materials in compliance with the Permit and the Guam EPA approved Final Filling Plan; and

    a. The Administrator has inspected the final operation activities and implementation of filling plan and finds it is in compliance with the conditions of the Permit; or

    b. The Administrator has either waived the inspection or the Administrator has not, within fifteen (15) calendar days after receipt of Permittee's notification, notified the Permittee of his intent to inspect.

## I.A.18.    Transfer of Permits

    a. This Permit is not transferable, whether by operation of law or otherwise, either from one location to another, from one solid waste disposal facility to another or from one person to another, without the written approval of the Administrator. The Administrator may require suspension, termination, modification, revocation, or reissuance of the Permit as required by GSWDRR §23104(h) and §23104(j).

    b. Before transferring ownership of or contracting for the operation of the facility or implementation of closure activities or post closure care, the Permittee shall notify the new owner or operator in writing of the requirements of the Consent Decree, SWMLC, GSWDRR and this Permit.

    c. Copies of notification described in I.A.18.(b) shall be provided to the Administrator concurrent with notification to the owner or operator.

## I.A.19.    Twenty-Four Hour Reporting

    a. The Permittee shall report to the Administrator any noncompliance which may endanger human health or the environment. Any such information shall be reported orally within twenty-four (24) hours or less from the time the Permittee becomes aware of the circumstances. The report shall include the following:

        i. Information concerning release of any hazardous waste, constituents of concerns (COC), or potential constituents of concerns (PCOC) that may endanger public drinking water supplies.

        ii. Any information of a release or discharge of hazardous waste, constituents of concerns (COC), or potential constituents of concerns (PCOC) or of a fire or explosion from the solid waste management facility which could threaten the environment or human health outside the facility.

        iii. The description of the occurrence and its cause shall include:

            a. Name, address, and telephone number of the owner or operator;

            b. Name, address, and telephone number of the facility;

            c. Date, time, and type of incident;

            d. Name and quantity of materials involved;

      e. The extent of injuries, if any;

      f. An assessment of actual or potential hazards to the environment and human health outside the facility, where this is applicable; and

      g. Estimated quantity and disposition of recovered material that resulted from the incident.

  b. A written notice shall also be provided within five (5) calendar days of the time the Permittee becomes aware of the circumstances. The written notice shall contain the following:

      i. A description of the noncompliance and its cause;

      ii. The period(s) of noncompliance (including exact dates and times);

      iii. Whether the noncompliance has been corrected; and if not;

      iv. The anticipated time it is expected to continue; and

      v. Steps taken or planned to reduce, eliminate, and prevent recurrence of the non-compliance.

  c. The Administrator may waive the five (5) calendar days written notice requirement in favor of a written report within fifteen (15) calendar days.

## I.A.20.    *Other Noncompliance*

The Permittee shall report all other instances of noncompliance not otherwise required to be reported above, Permit Conditions I.A.15 - 19, at the time monitoring reports are submitted. The reports shall contain the information listed in Permit Condition I.A.19.

## I.A.21.    *Other Information*

Whenever the Permittee becomes aware that it failed to submit any relevant facts in the Permit application or in any report, notification or submission, or that it submitted incorrect information in a Permit application or in any report, notification or submission to the Administrator, the Permittee shall promptly submit such facts or information.

## I.B.  *SIGNATORY REQUIREMENT*

1. All applications, reports, or information submitted to or requested by the Administrator shall be signed and certified by the Director of DPW or his designee as required by the GSWDRR §23104(b)(3)and paragraph 42 of the Consent Decree, as applicable.

2. Except as otherwise specifically stated, all reports, notifications, or other submissions required by this Permit or requested by the Administrator shall be either sent by certified mail to:

14

12/2/05

Administrator
Guam Environmental Protection Agency
Post Office Box 22439 GMF
Barrigada, Guam 96921

Or delivered to:

Administrator
Guam Environmental Protection Agency
Building 17-3304, Mariner Ave.
Tiyan, Barrigada, Guam 96921

3. All reports, notices and other submissions to Guam EPA shall be signed and affirmed by a responsible official of the Permittee using the following certification statement:

I certify under penalty of law that I have examined and am familiar with the information submitted in this document and all attachments and that this document and its attachments were prepared either by me personally or under direction or supervision in a manner designed to ensure that qualified and knowledgeable personnel properly gathered and presented the information contained therein. I further certify, based on my personal knowledge or on my inquiry of those individuals immediately responsible for obtaining the information, that the information is true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fines and imprisonment for knowing and willful submission

## I.C. QUARTERLY REPORTING REQUIREMENTS

1. For the quarter in which this Permit is issued, the Permittee shall submit to Guam EPA a written report within ten (10) calendar days, which at a minimum includes the outline of subsection I.C.4.a-e below, and the contents required by subsection I.C.4.e below.

2. Beginning with the first quarter following the quarter in which this Permit is issued and continuing until termination of this Permit, the Permittee shall submit to Guam EPA written quarterly reports on implementing the provisions of this Permit.

3. Quarterly reports shall be published within ten (10) calendar days after the last day of each quarter, in a major newspaper or newspaper of general circulation, and on the Permittee's website.

4. Quarterly reports shall be submitted within ten (10) calendar days after the last day of each

15

12/2/05

quarter. At a minimum, these Reports shall include:

    a. All tasks required under the Permit and performed during the reporting period;
    b. All deadlines in this Permit that the Permittee was required to meet during the reporting period;
    c. A report whether the Permittee met these deadlines;
    d. The reasons for any failure to meet these deadlines and all steps taken to remedy such failure; and
    e. A projection of the tasks to be performed pursuant to this Permit during the next reporting period.

## I.D.  FINANCIAL ASSURANCE

The Guam Department of Public Works is not required to obtain financial assurance. However, financial assurance shall be required of any person, business, or company contracted by the Department of Public Works. For purposes of this section, the term "Permittee" does not include the Department of Public Works.

Financial assurance shall be provided to ensure that funds are available to pay for operation, closure, post-closure, and corrective action at the Ordot Dump. (§51104.c) The Permittee shall comply with the following conditions:

1. Prior to beginning work, provide, at a minimum, financial assurance of $10 million (Public Law 24-06, Section 4.9) to cover environmental liability, including the cost of hiring a third party to perform corrective actions and operate the facility, and financial assurance that it can comply with this Permit and with the GSWDRR. DPW may submit a request to decrease the amount of financial assurance. All requests shall include a detailed cost analysis to support the request.

2. Prior to beginning any work, obtain, at a minimum, general liability coverage for sudden and non-sudden accidental occurrences in the amount of at least $2 million per occurrence, with an annual aggregate of at least $4 million. DPW may submit a request to decrease the amount of liability. All requests shall include a detailed cost analysis to support the request.

3. Demonstrate continuous compliance with this section by providing documentation of financial assurance, if applicable, in at least the amount required by Permit Condition I.D.2.

4. Any changes in financial assurance mechanisms shall be approved by the Administrator before the changes are made.

16

12/2/05

## I.E.  INCAPACITY OF OWNERS OR OPERATORS, GUARANTORS, OR FINANCIAL INSTITUTIONS

1. The Permittee shall notify the Administrator by delivery of the commencement of a voluntary or involuntary proceeding in any bankruptcy, including bankruptcy under Title 11, U.S. Code, naming the owner or operator as debtor, within 10 days after commencement of the proceeding. A guarantor of a contractor must make such a notification if he is named as debtor.

2. The Permittee who fulfills the requirements of financial assurance by obtaining a trust fund, surety bond, letter of credit, other local approved mechanism, or insurance policy will be deemed to be without the required financial assurance or liability coverage in the event of bankruptcy of the trustee or issuing institution, or a suspension or revocation of the authority of the trustee or institution to act as trustee or of the institution issuing the surety bond, letter of credit, or insurance policy to issue such instruments. The Permittee must establish other financial assurance or liability coverage within 60 days after such an event.

## I.F.  CONFIDENTIAL INFORMATION

In accordance with 5 GCA, Chapter 10, Freedom of Information, §10108(i), the Permittee may claim confidential any information required to be submitted by this Permit.

## I.G.  COMPLIANCE SCHEDULE

1. The Permittee shall comply with the Compliance Schedule referenced in Appendix D.

2. The Permittee shall implement the Activity Schedule referenced in Appendix E.

## I.H.  DOCUMENTS TO BE MAINTAINED AT THE FACILITY DURING OPERATIONS

The Permittee shall maintain at the facility and at the Department of Public Works, Division of Solid Waste, until closure is completed and certified by an independent, registered professional engineer, and the Administrator provides written approval that the Permittee may remove them,

17

12/2/05

the following documents and all amendments, revisions and modifications to these documents:

1. Summary of Ordot Dump's Solid Waste Acceptance Plan, as required by GSWDRR §23312(a)(8) and this Permit.

2. Inspection schedules and plans, as required by GSWDRR §23312(a)(2) and this Permit.

3. Personnel Training Program Plan and personnel training documents and records, as required by GSWDRR 23312(a)(2) and this Permit.

4. Emergency Contingency Plan, as required by this Permit.

5. Hazardous Waste Exclusion Program, as required by this Permit and GSWDRR §23303.

6. Operating record, as required by GSWDRR §23312(a)(9) and this Permit.

7. Closure Plan as required by GSWDRR §23312(a)(6) and this Permit.

8. Post-Closure Care and Maintenance Plan, as required by GSWDRR §23312(a)(6) and this Permit.

9. Annually-adjusted cost estimate for facility closure and post-closure, as required by GSWDRR §23312(a)(7) and this Permit.

10. Gas Monitoring Plan and Sampling and Analysis Data, as required by GSWDRR §23312(a)(3) and this Permit.

11. Ground-water Monitoring Plan and Sampling and Analysis Data, as required by GSWDRR §23312(a)(5) and this Permit.

12. Surface Water Monitoring Plan and Sampling and Analysis Data, as required by this Permit.

13. Final Filling Plan and Ordot Dump Assessment Report, as required by this Permit.

14. Operations Plan, as required by GSWDRR §23104(b)(1)(C) and this Permit.

15. Vector Control Monitoring Plan and Deterrence Program, as required by GSWDRR §23312(a)(11) and this Permit.

**18**

12/2/05

# PART II – OPERATIONS TOWARDS CLOSURE

## II.A. OPERATING CONDITIONS

### II.A.1.     Design and Operation Facility

a.  The Permittee shall construct, maintain and operate the facility to minimize the possibility of a fire, explosion, or any unplanned, sudden or nonsudden release of solid waste constituents, including constituents dissolved or suspended in water, air, soil, surface water, or ground water which could threaten human health or the environment, including endangered or threatened species of plant, fish or wildlife, and as required by GSWDRR §23301 and §23401.

b.  No later than April 21, 2006, the Permittee shall retain the services of a contractor that includes a certified Manager of Landfill Operations (MOLO), or its equivalency, with at least five (5) years experience in landfill operations. The MOLO personnel shall be stationed at the facility to oversee and be responsible for the implementation of all operating requirements, closure design and construction.

c.  Within two (2) calendar days upon compliance with subsection (b) of this section, the Permittee shall notify Guam EPA in writing of the contractor, the MOLO certified personnel, and a copy of the MOLO personnel's certification.

### II.A.2.     Solid Waste Accepted

a.  The Permittee shall accept only those waste listed for disposal at the Ordot Dump per GSWDRR §23301. The Permittee shall implement the *Operations Plan*, Appendix A, Section 3.4-Select Waste Criteria, as amended by Guam EPA. In addition, the Permittee shall comply with the following conditions:

> i.  Within sixty (60) calendar days of the issued date, submit a detailed, comprehensive Solid Waste Diversion Program Plan and implementation schedule for recyclable or reusable materials to Guam EPA. At a minimum, the Plan shall include the following:
> > 1.  after July 1, 2006, yard waste that has not been processed through a chipper is excluded; and
> > 2.  after July 1, 2007, no yard waste.
> ii.  Within two (2) calendar days of the issued date, post a sign at the entrance of the facility that includes the waste accepted as stated in this section.

12/2/05

iii. The Summary of Ordot Dump's Solid Waste Acceptance Policy, as amended by Guam EPA (Appendix A, Permit Attachment II-2) is subject to change only upon approved by and notice from Guam EPA (i.e., yard waste and recyclable materials).

b. The Permittee shall request approval from Guam EPA in writing for any addendum or modification relating to *Summary of Ordot Dump's Solid Waste Acceptance Policy*, as amended by Guam EPA (Appendix A, Permit Attachment II-2).

## II.A.3. Solid Waste Excluded

The Permittee shall implement the *Operations Plan*, Appendix A, Section 3.4-Select Waste Criteria and §23302 of GSWDRR for those solid wastes excluded for disposal.

## II.A.4. Scale Requirements

Upon the issued date, the Permittee shall implement the *Operations Plan*, Appendix A, Section 3.1.2-Scale, as amended by Guam EPA. In addition, the Permittee shall comply with the following conditions:

a. Within one-hundred twenty (120) calendar days of the issued date, and thereafter, operate and maintain a scale to measure weight of all incoming waste.

b. Within fifteen (15) calendar days of the issued date, submit a schedule (not to exceed one-hundred twenty (120) calendar days) for the repair of the existing scale to industry standards or for the installation of a new scale to measure all incoming waste;

c. If a new scale is to be purchased, the Permittee shall have two (2) calendar days of the issued date to submit information and documentation to Guam EPA on proof of purchase, specifications, expected installation date and expected operation date of the scale;

d. For each vehicle entering the facility with waste, record the waste volume and waste weight per vehicle;

e. Within thirty (30)calendar days of the issued date, submit to Guam EPA for review and approval Incoming Waste Tonnage reporting forms for recordkeeping; and

f. Record and report weight and volume data according to the requirements as stated in GSWDRR §23312 and in this Permit.

20

12/2/05

## II.A.5.  Procedures for Excluding the Receipt of Hazardous Waste

Upon the issued date, the Permittee shall implement the *Operations Plan*, Appendix A, Section 3.3.1- Detection and Prevention of Excluded Waste Disposal and §23303 of GSWDRR. In addition, the Permittee shall comply with the following conditions:

a. Conduct random vehicle inspections of all incoming loads at least once every week for the first six (6) months after the issued date of this Permit.

b. Conduct random off-load inspections at the working faces during the off-loading of waste at least once every week for the first six (6) months after the issued date of this Permit.

c. Complete the Incident Form 1 (*Hazardous Waste Exclusion Program*, Permit Attachment II-3) for each inspection required by this section.

d. Maintain records of these inspections reports and make them available to Guam EPA upon request.

e. After the first six (6) months, unless notified otherwise by Guam EPA, conduct random vehicle inspections and off-load inspections at the working faces at least once every two (2) weeks.

## II.A.6.  General Waste Placement and Lift Development Requirements

Upon the issued date, the Permittee shall implement the *Operations Plan*, Appendix A, Section 3.2-General Waste Placement and Lift Development Plan, as amended by Guam EPA. In addition, the Permittee shall comply with the following conditions:

a. **Dump Assessment and Generation of a Final Filling Plan**

   i. Within <u>fifteen (15) calendar days</u> of the issued date, retain a registered surveyor and submit a detailed **Ordot Dump Assessment Report** to Guam EPA. The **Ordot Dump Assessment Report** shall include but not be limited to:
   1. A topographic survey of the site to reflect current dump conditions;
   2. An evaluation of the current topographic survey with the topographic survey performed by Duenas and Associates in October 2004 and a determination of the volume of waste received by the dump from October 2004 to the time of the survey; and
   3. A comparison of the final filling plan points (*Operations Plan* (July 2005),

21

12/2/05

Appendix A) to the latest topographic survey, which identifies all areas that exceed the control point limits along with waste volumes to be relocated to be within the control points.

ii. Within thirty (30) calendar days of the issued date, submit to Guam EPA a **Draft Final Filling Plan** to include but not be limited to the following:
   1. A phased filling approach that uses a grid and numbering system to divide the site and provide clear direction for the filling of active areas by lift or section;
   2. An estimated time frame for completion of each lift based on the data generated in the Ordot Dump Assessment Report;
   3. A detailed set of standard operating procedures which provide clear direction, and which include but are not limited to the following:
      A. Active Area Boundary Marking;
      B. Tipping floor preparation;
      C. Lift development;
      D. Compaction;
      E. Managing off-loading areas for commercial and residential customers;
      F. Litter control;
      G. Daily and intermediate soil cover requirements;
      H. Soil stockpile requirements;
      I. Site grading;
      J. Wet and dry season contingencies;
      K. Active Area Mapping;
      L. Progress Meetings;

iii. Schedule for filling in accordance with the deadlines in the Consent Decree.

iv. Within thirty (30) calendar days of receiving Guam EPA's written comments to the **Draft Final Filling Plan**, incorporate and address those comments and submit a **Final Filling Plan** to Guam EPA for review and approval.

b. **Implementation of the Final Filling Plan**

i. Within five (5) calendar days of receiving written notice from Guam EPA, conduct a Final Filling Plan Kick-Off Meeting with Guam EPA to discuss the implementation of the approved Final Filling Plan. At a minimum, the meeting shall have in attendance DPW Engineering and Operations personnel, any contractors involved in operations, and the registered surveyor, and members of Guam EPA.

22

12/2/05

## II.A.7.     Cover Material Requirements

The Permittee shall comply with the *Operations Plan*, Appendix A, Section 3.5-Soil Usage and §23304 of the GSWDRR. In addition, the Permittee shall comply with the following conditions:

a.  Determine the <u>daily</u> amount of soil cover required for each lift as identified in the Guam EPA approved Final Filling Plan. (3.5.2)

b.  Determine the <u>total</u> amount of soil required for daily cover as identified in the Guam EPA approved Final Filling Plan. (3.5.2)

c.  Within forty-five (45) calendar days of the issued date, the Permittee shall identify and maintain a minimum of 14-days soil stockpile quantity on site per the Guam EPA approved Final Filling Plan and for fire suppression. (3.5.1)

d.  Ensure that soil cover material meets specifications approved by Guam EPA. (3.5)

e.  Should the required minimum amount of soil stockpiled on site as determined in (c) and (d) of this Section become depleted, or is insufficient, then the following shall be immediately implemented (3.5.4):
    i.   Close the non-commercial working face;   .
    ii.  Residential haulers shall no longer enter the facility's active face;
    iii. All non-commercial waste shall be deposited into roll-off bins located outside the working face; and
    iv.  Site operators shall transport the roll-off bins to the working face.

f.  On a weekly basis, the Director of DPW, or his designee must certify in writing to the Guam EPA Administrator that an adequate supply of cover material would be provided by a defined source within 48 hours. (3.5.1)

g.  Any alternative cover material to be used on the facility shall be approved by Guam EPA.(3.5.3)


## II.A.8.     Vector, Bird, Odors, Noise, Dust, and Litter Control

The Permittee shall comply with the *Operations Plan*, Appendix A, Section 3.8-Criteria for Reduction of Vectors, Bird, Odors, Noise, Dust, and Litter, as amended by Guam EPA and §23305 of GSWDRR. In addition, the Permittee shall comply with the following conditions:

a.  Within five (5) calendar days of the issued date, place and maintain a portable fence

12/2/05

around the working face of the Dump to control litter dispersal.

b. Within thirty (30) calendar days of the issued date, provide to this Agency a *Vector Control Monitoring and Deterrence Program Plan* and Standard Operating Procedures, as described in Section 3.8.1. of the *Operations Plan*, Appendix A.

## II.A.9. Explosive Gases Control

The Permittee shall comply with the *Operations Plan*, Appendix A, Section 7.0-Landfill Gas Control, as amended by Guam EPA and §23306 of GSWDRR to monitor for the presence of methane gas.

The Permittee shall conduct within fifteen (15) calendar days of the issued date the activities described in the *Operations Plan*, Appendix A, Section 7.2-Interim Methane Gas Monitoring, as amended by Guam EPA.

## II.A.10. Air Criteria

The Permittee shall comply with the air criteria requirements, stated in GSWDRR §23307.

## II.A.11. Access Requirements

The Permittee shall comply with the access requirements, stated in GSWDRR §23308. In addition, the Permittee shall comply with the following conditions:

a. Within sixty (60) calendar days of the issued date, ensure that the facility is provided with the following:

   i. A 24-hour surveillance system (e.g., television monitoring or surveillance by guards or facility personnel) which continuously monitors and controls entry onto the active portion of the facility; or

   ii. An artificial or natural barrier (e.g., a fence in good repair or a fence combined with a cliff), which completely surrounds the active portion of the facility; and

   iii. A means to control entry, at all times, through the gates or other entrances to the active portion of the facility (e.g., an attendant, television monitors, locked entrance, or controlled roadway access to the facility).

24

## II.A.12.   Leachate Management Requirements

The Permittee shall cease the discharge of leachate into the waters of the United States, by October 23, 2007 in accordance with Section IV.8.i of the Consent Decree. In addition, the Permittee shall comply with the following conditions:

a.   Implement the Final Filling Plan that is approved by Guam EPA, as indicated in Sections II.A.6 and II.A.7 of this permit.

b.   Minimize leachate generation at all times.


## II.A.13.   Surface Water Run-on and Run-off Control Systems

The Permittee shall comply with the *Operations Plan*, Appendix A, Section 6.0-Surface Water Run-On/Run-Off Control, as amended by Guam EPA and §23306 of GSWDRR to control surface water run-on and run-off.

The Permittee shall implement the Final Filling Plan that is approved by Guam EPA as indicated in Sections II.A.6 and II.A.7 of this permit in order to minimize the discharge of pollutants into waters of the United States as indicated in GSWRR §23310.


## II.A.14.   Liquid Restrictions

The Permittee shall comply with the liquid restriction requirements in the *Summary of Ordot Dump's Solid Waste Acceptance Policy*, Appendix A, Operations Plan, Permit Attachment II-2, as amended by Guam EPA and §23311 of GSWDRR.

## II.A.15.   Record Keeping and Reporting Requirements

The Permittee shall comply with the recordkeeping requirements in the *Operations Plan*, Appendix A, Section 10-Recordkeeping, as amended by Guam EPA and §23312 of GSWDRR. In addition, the Permittee shall comply with the recordkeeping and reporting requirements specified elsewhere in this Permit.

12/2/05

## II.A.16.  Safety

The Permittee shall comply with the recordkeeping requirements in the *Operations Plan*, Appendix A, Section 3.10–Site Safety as amended by Guam EPA and §23313 of GSWDRR.

## II.A.17.  General Inspection Requirements

Upon the issued date, the Permittee shall comply with the general inspection requirements in the *Operations Plan*, Appendix A, Section 3.9–Inspection Plan, as amended by Guam EPA. In addition the Permittee shall comply with the following conditions:

a. Within thirty (30) calendar days of the issued date, the Permittee shall submit to Guam EPA a revised Inspection Plan. (*Operations Plan*, Appendix A, Section 3.9). At a minimum, the Plan shall include the following information:

   i. A written schedule for inspecting monitoring equipment, safety and emergency equipment, security devices, and operating and structural equipment (such as dikes and sump pumps).

   ▪ This schedule shall be posted at the facility.

   ▪ The schedule shall identify the types of problems which are to be looked for during the inspection.

   ii. Inspection forms for use by the individuals performing the inspection.

b. Pending Guam EPA-approval of the revised Inspection Plan, the Permittee shall conduct interim inspections in accordance with the Operations Plan, Appendix A, Section 3.9–Inspection Plan, as amended by Guam EPA, to identify problems in time to correct them before they harm human health or the environment.

## II.A.18.  Personnel Training

The Permittee shall conduct personnel training with the following conditions:

a. Within fifteen (15) calendar days of the issued date, submit to Guam EPA a Personnel Training Program Plan for Guam EPA review and approval.

   i. At a minimum, the Plan shall include the following training and information:
      1. Safety

26

12/2/05

2. Operations
3. Emergency Response
4. Training Schedule
5. Personnel List

ii.   Within thirty (30) calendar days of the issued date, submit to Guam EPA an updated listing of employees with certification as to the training for each.

iii.   The Personnel Training Program shall be directed by a person trained in solid waste management procedures, and shall include instruction which teaches facility personnel solid waste management procedures (including contingency plan implementation) relevant to the positions in which they are employed.

iv.   The Permittee shall maintain training documents and records, as required by GSWDRR §23312(a) (2) for at least five (5) years.

v.   Facility personnel shall successfully complete the entire program required in this section within six months after the issued date of this Permit or six months after the date of their employment or assignment to this facility, or any other MSWLF, or a new position at a facility, whichever is later. Employees hired after the effective date of this Permit shall not work in unsupervised positions until they have completed the training requirements of this section.

vi.   Facility personnel shall take part in an annual review of the initial training required in this section.

vii.   Training records on current personnel shall be kept until closure of the facility; training records on former employees shall be kept for at least three years from the date the employee last worked at the facility.

b.   Pending approval of the Personnel Training Program Plan, within thirty (30) calendar days of the issued date, provide the interim training described in the *Operations Plan*, Appendix A, Section 3.14.1-Personnel Training for all employees working at the Ordot Dump.

c.   Within thirty (30) calendar days of the issued date, submit to Guam EPA an updated listing of employees with their training certifications.

## II.A.19.   *Emergency Response and Contingency Plan*

The emergency and contingency plan shall be designed to minimize hazards to human health or the environment from fires, explosions, or any unplanned sudden or non-sudden release of harmful constituents to air, soil, or surface water.

Upon issued date, the Permittee shall implement the provisions of *Operations Plan*, Appendix A, Section 3.11–Emergency Response, as amended by Guam EPA. In addition, the Permittee shall comply with the following conditions:

27

12/2/05

a. Within thirty (30) calendar days of the issued date, the Permittee shall submit to Guam EPA, a revised Emergency Contingency Plan (Appendix A, Permit Attachment II-6) to include the following:

   i. Describe the arrangements agreed to by local police departments, fire departments, hospitals, contractors, and federal and local emergency response teams to coordinate emergency services.

   ii. List names, addresses, and phone numbers (office and home) of all persons qualified to act as emergency coordinator, and this list shall be kept up to date. Where more than one person is listed, one must be named as primary emergency coordinator and others shall be listed in the order in which they will assume responsibility as alternates.

   iii. Include a list of all emergency equipment at the facility (such as fire extinguishing systems, spill control equipment, communications and alarm systems (internal and external), and decontamination equipment), where this equipment is required. This list shall be kept up to date. In addition, the plan shall include the location and a physical description of each item on the list, and a brief outline of its capabilities.

   iv. Include an evacuation plan for facility personnel which describes signal(s) to be used to begin evacuation, evacuation routes, and alternate evacuation routes (in cases where the primary routes could be blocked by releases of hazardous waste, harmful constituents, or fires).

b. The Permittee shall implement the approved revised Guam EPA Emergency Contingency Plan.

## II.B. GROUND-WATER MONITORING AND CORRECTIVE ACTION

The Permittee shall install a ground-water system which consist of a sufficient number of wells, installed at appropriate locations and depths, to yield groundwater samples from the uppermost aquifer. In addition, the groundwater samples must represent the quality of groundwater passing the relevant point of compliance specified by the Administrator to ensures detection of groundwater contamination in the uppermost aquifer (GSWDRR §23401).

Guam EPA has determined that the proposed Groundwater Monitoring Plan (*Operations Plan*, Appendix A, Section 9.0-Groundwater Monitoring and Permit Attachment II-7-Groundwater Monitoring Plan (July 2005)) does not comply with the GSWDRR §23502. Therefore, the Permittee shall conduct a two (2) phased installation of a complete Groundwater Monitoring System for the Ordot Dump to provide hydrogeologic data in an iterative approach, as indicated

28

in Part III- Closure Design and Construction of this permit.

# PART III.   CLOSURE DESIGN AND CONSTRUCTION

The Permittee shall construct, maintain and operate the facility to minimize the possibility of fire, explosion, or any unplanned, sudden or nonsudden release of solid waste constituents to air, soil, surface water, or ground water which could threaten human health or the environment, including endangered or threatened species of plant, fish or wildlife, and as required by GSWDRR §23104(a)(5) and §23401.

## III.A. SPECIAL   CLOSURE   DESIGN   AND   CONSTRUCTION REQUIREMENTS

The Permittee shall **not** implement the submitted Ordot Dump Closure Design Report (July 2005) and Closure Plan (July 2005) or begin or any related activities <u>until the Administrator provides written approval of the Closure Plan.</u> In addition, the Permittee shall comply with the following conditions:

1. No later than January 11, 2006, the Permittee shall advertise for bids to construct Guam EPA approved Ordot Dump closure plans and specifications.

2. No later than April 21, 2006, the Permittee shall award a construction contract for the Ordot Dump closure and provide a Notice to Proceed.

3. Closure shall be completed no later than October 23, 2007. The Permittee shall submit an updated schedule to comply with the requirements for approval by Guam EPA.

## III.B. CLOSURE DESIGN REPORT AND CLOSURE PLAN - REVISIONS

The Permittee shall update or revise Ordot Dump Closure Design Report (July 2005) and Closure Plan and submit the revised report and plan (Appendix B-Reserved) no later than December 30, 2005. At a minimum, the updates or revisions shall include the information described in Permit Conditions III.B.1-4.

## III.B.1.   LEACHATE SYSTEM

Case 1:02-cv-00022    Document 191-2    Filed 01/14/2008    Page 33 of 45

Upon the issued date, the Permittee shall comply with the following conditions:

a. Within sixty (60) calendar days of the issued date, the Permittee shall submit a Draft Leachate Disposal System Design and Leachate Management Plan for the discharge of leachate directly from Ordot Dump into the sanitary sewer system. The Draft Leachate Disposal System Design and Leachate Management Plan shall include a construction schedule. In addition, include an analysis of the current infrastructure and the improvements needed, if any.

b. Within thirty (30) calendar days, of receiving comments from Guam EPA, incorporate Guam EPA's comments submit the Final Leachate Disposal System Design and Final Leachate Management Plan, reflecting such comments.

c. No later than September 23, 2007, complete construction of the Guam EPA approved Final Leachate Disposal System Design and fully implement the Final Leachate Management Plan.

d. Upon Guam EPA's approval of the Final Leachate Disposal System Design and Final Leachate Management Plan, ensure all leachate is discharged at a sewage system in accordance with Guam Water Works Authority requirements. No leachate shall be located outside of the leachate collection system and any leachate and sewer discharge system.

## III.B.2.   SURFACE WATER MANAGEMENT

The Permittee shall not cause discharge of pollutants into waters of the United States, including wetlands, that violates any requirements of the Clean Water Act, including, but not limited to, the National Pollutant Discharge Elimination System (NPDES) requirements, pursuant to Section 402, or cause the discharge of a nonpoint source of pollution to waters of the United States, including wetlands, that violates any requirement of an area-wide or territorial-wide water quality management plan that has been approved under Section 208 or 319 of the Clean Water Act, as amended, as required by the GSWDRR §23310.

a. In addition, the Permittee shall comply with the following conditions:
   i.   Revise the 100% Construction Stormwater Control and Permanent Stormwater Management System to eliminate the single detention pond at the southwest corner of the dump and provide distributed flow off-site to surrounding water bodies.
   ii.  Within thirty (30) calendar days of the issued date, submit to Guam EPA a Draft Design Schedule and a Draft Revised Basis of Design for the Construction Stormwater Control and Permanent Stormwater Management System.

30

     iii.   Within fifteen (15) calendar days of receiving Guam EPA's comments, submit the Final Design Schedule and Final Revised Basis of Design for the Construction Stormwater Control and Permanent Stormwater Management System.

     iv.   Within thirty (30) calendar days of receiving Guam EPA's comments, submit a Draft Revised Stormwater Management System Design and a construction and permanent Stormwater Pollution Prevention Plan (SWPPP).

     v.   Within fifteen (15) calendar days of receiving Guam EPA's comments, submit a Final Revised Stormwater Management System Design and construction and permanent SWPPP.

  b.  Begin construction of the Guam EPA approved Final Revised Stormwater Management System Design and implement the construction and permanent SWPPP's no later than April 21, 2006.

## III.B.3.    GROUND-WATER MONITORING SYSTEM

The Permittee shall install a groundwater monitoring system which consists of a sufficient number of wells, installed at appropriate locations and depths, to yield groundwater samples from the uppermost aquifer (§23502(a) and §23102). Groundwater samples must represent the quality of groundwater passing the relevant point of compliance specified by the Administrator under subsection (d) of GSWRR §23401 that ensures detection of groundwater contamination in the uppermost aquifer (§23502(a)(2), §23502(d), §23401). In addition, the Permittee shall comply with the following conditions:

  a.  Conduct a two (2) phased, overlapping approach to establish a complete Groundwater Monitoring System for the Ordot Dump. This will provide hydrogeologic data in an iterative approach as follows:

     i.  PHASE I

        1.  Within ninety (90) calendar days of the issued date, submit to Guam EPA a detailed Draft Phase I Hydrogeologic Work Plan that includes a Sampling and Analysis Plan (SAP) and a Quality Assurance Program Plan (QAPP), and a draft Phase I Groundwater Monitoring Plan.

        2.  Within thirty (30) calendar days after receiving comments and recommendations from Guam EPA, submit to Guam EPA for review and approval the Final Phase I Hydrogeologic Work Plan and the Final Phase I Groundwater Monitoring Plan that incorporates Guam EPA's comments and recommendations.

        3.  Within fifteen (15) calendar days of receiving Guam EPA's written approval, secure all permits and clearances required prior to mobilizing equipment and implement the Final Phase I Hydrogeologic Work Plan .

**31**

4. Within one hundred five (105) calendar days of receiving written approval to implement the Final Phase I Hydrogeologic Work Plan, complete all field work, and within one hundred thirty-five (135) days submit to Guam EPA a detailed draft Phase I Hydrogeologic Report.

5. Within thirty (30) calendar days of receiving Guam EPA's comments and recommendations, submit to Guam EPA for review and approval a Final Phase I Hydrogeological Report that incorporates Guam EPA's comments and recommendations.

6. Upon written notification from Guam EPA, the Permittee shall perform groundwater monitoring in accordance with the Guam EPA approved Final Phase I Groundwater Monitoring Plan.

ii. PHASE II

1. Within ninety (90) calendar days of the issued date, submit to Guam EPA a detailed Draft Phase II Hydrogeologic Work Plan that includes a Sampling and Analysis Plan (SAP) and a Quality Assurance Program Plan (QAPP), and a draft Phase II Groundwater Monitoring Plan.

2. Within thirty (30) calendar days after receiving comments and recommendations from Guam EPA, submit to Guam EPA for review and approval the Final Phase II Hydrogeologic Work Plan and the Final Phase II Groundwater Monitoring Plan that incorporates Guam EPA's comments and recommendations.

3. Within fifteen (15) calendar days of receiving Guam EPA's written approval, secure all permits and clearances required prior to mobilizing equipment and implement the Final Phase I Hydrogeologic Work Plan.

4. Within one hundred five (105) calendar days of receiving written approval to implement the Final Phase II Hydrogeologic Work Plan, complete all field work, and within one hundred thirty-five (135) days submit to Guam EPA a detailed draft Phase II Hydrogeologic Report.

5. Within thirty (30) calendar days of receiving Guam EPA's comments and recommendations, submit to Guam EPA for review and approval a Final Phase II Hydrogeological Report that incorporated Guam EPA's comments and recommendations.

6. Upon written notification from Guam EPA, the Permittee shall perform groundwater monitoring in accordance with the Guam EPA approved Final Groundwater Monitoring Plan for Phase I wells.

b. SPECIAL CONDITIONS

1. Guam EPA or its official representative shall oversee all aspects of field work

32

performed in this effort.

2. No field work may be performed without direct oversight from Guam EPA or its official representative.

3. All changes or deviations from any Guam EPA approved Work Plan shall be approved by Guam EPA before the change or deviation is adopted or implemented.

4. Guam EPA reserves the right to review and amend any SAP or QAPP.

5. All plans must be submitted according to the EPA Requirements for Quality Assurance Project Plans (EPA QA/R-5). A guidance document is available at http://www.epa.gov/quality/qapps.html. At a minimum, the required components of any QAPP shall incorporate the USEPA's requirements.

6. The Permittee shall sample all the constituents on the comprehensive list provided by Guam EPA.

7. The Permittee shall require that all laboratories used receive prior approval and certification from Guam EPA, and maintain that certification for all samples analyzed. All laboratories are required to submit a Quality Assurance (QA) Manual along with the Standard Operating Procedures (SOP) for the target analyses as a condition to certification.

8. The Permittee may not commence sampling of the groundwater monitoring wells until the Administrator has received, by certified mail or hand delivery, a letter signed by the Permittee and a qualified ground-water hydrogeologist (one that has at least a Bachelor's degree in geological sciences from an accredited United States college or university and two (2) years of professional experience in hydrogeology) certifying under law that the ground-water monitoring wells have been constructed in compliance with the Permit, Guam regulations, and the Guam EPA approved work plan(s); and either

   A. The Administrator or his designee has inspected the ground-water monitoring wells and related logs and data, and finds the wells to be in compliance; or

   B. The Administrator has either waived the inspection or the Administrator has not notified the Permittee, within 15 calendar days his receipt of the certification, of his intent to inspect the wells, and/or the logs and/or related data.

## III.B.4. LANDFILL GAS MANAGEMENT SYSTEM

The Permittee shall comply with the Guam EPA approved Landfill Gas Management System, and as required by GSWDRR §23601. In addition, the Permittee shall comply with the following conditions:

a. Within sixty (60) calendar days of receiving comments and recommendations from Guam EPA, the Permittee shall submit a revised Landfill Gas Management System

which incorporates Guam EPA's comments and recommendations.

34

# PART IV. POST-CLOSURE CARE AND MAINTENANCE

## IV.A. SPECIAL POST-CLOSURE CARE AND MAINTENANCE REQUIREMENTS

The Permittee shall not implement the submitted Post-Closure Care and Maintenance Plan (July 2005) or begin any related activities until the Administrator provides written approval of the Post-Closure Care and Maintenance Plan.

## IV.B. POST-CLOSURE CARE AND MAINTENANCE PLAN - REVISIONS

The Permittee shall comply with the Guam EPA approved Post-Closure Care and Maintenance Plan and as required by GSWDRR §23602. In addition, the Permittee shall comply with the following conditions:

1. Within ninety (90) calendar days of receiving comments and recommendations from Guam EPA, the Permittee shall submit, for Guam EPA's review and approval, a revised Post-Closure Care and Maintenance Plan which incorporates Guam EPA's comments and recommendations, including a schedule under which the Post Closure Care and Maintenance Plan begins implementation no later than October 23, 2007.

2. Within thirty (30) calendar days of the dump ceasing to receive waste, but in no event later than October 23, 2007, implement the Guam EPA approved Post-Closure Care and Maintenance Plan.

12/2/05

**APPENDIX D**

**COMPLIANCE SCHEDULE ON DOCUMENT SUBMITTAL**

*12/2/05*

| | Document Description | Due Date (DAYS) | Permit Reference |
|---|---|---|---|
| **Part I – General Requirements** | | | |
| 1 | Progress Report | Quarterly | I.C. |
| **Part II – Operations Towards Closure** | | | |
| Solid Waste Accepted | | | |
| 1 | Solid Waste Diversion Program Plan | 60 | II.A.2.a.i. |
| 2 | Implementation Schedule for recyclables/reusable materials | 60 | II.A.2.a.i. |
| Scale Requirements | | | |
| 3 | Scale Repair Schedule; | 15 | II.A.4.a. |
| 4 | New Scale Information & Documentation | 2 | II.A.4.b. |
| 5 | Incoming Waste Tonnage Report Form | 30 | II.A.4.d. |
| General Waste Placement and Lift Development | | | |
| 6 | Ordot Dump Assessment Report | 15 | II.A.6.a.1. |
| 7 | Draft Filling Plan | 30 | II.A.6.a.2. |
| 8 | Final Filling Plan (See Permit Condition) | 30 | II.A.6.a.3. |
| Cover Material Requirements | | | |
| 9 | Certification of available daily cover on site | Weekly | II.A.7.f. |
| Vector, Bird, Odors, Noise, Dust, and Litter Control | | | |
| 10 | Vector Control Monitoring Plan and Deterrence Program | 30 | II.A.8.b. |
| General Inspection Requirements | | | |
| 11 | Inspection Plan | 30 | II.A.17. |
| Personnel Training | | | |
| 12 | Personnel Training Program Plan | 15 | II.A.18.a. |
| 13 | Updated listing of employees w/certification training | 30 | II.A.18.ii. |
| Emergency Response and Contingency Plan | | | |
| 14 | Revised Emergency Contingency Plan | 30 | II.A.19.a. |
| **Part III – Closure Design & Construction** | | | |
| Closure Design Report and Closure Plan – Revisions | | | |
| 1 | Update and revise Ordot Dump Closure Design Report (7/05) and Closure Plan | 12/30/05 | III.B. |
| Leachate System | | | |
| 2 | Draft Leachate Disposal System Design and Leachate Management Plan | 60 | III.B.1.a. |
| 3 | Final Leachate Disposal System Design and Final Leachate Management Plan (upon Guam EPA approval) | 30 | III.B.1.b. |
| Surface Water Requirements | | | |
| 4 | Draft Design Schedule and a Draft Revised Basis of Design for the Construction | 30 | III.B.2.a.ii. |
| 5 | Final Design Schedule and a Final Revised Basis of Design for the Construction (upon Guam EPA approval) | 15 | III.B.2.a.iii. |
| 6 | Draft Revised Stormwater Management System Design and a construction and permanent Stormwater Pollution Prevention Plan (SWPPP) | 30 | III.B.2.iv. |
| 7 | Final Revised Stormwater Management System Design and a construction and permanent SWPPP (upon Guam EPA approval) | 15 | III.B.2.v. |

*12/2/05*

| | Document Description | Due Date (DAYS) | Permit Reference |
|---|---|---|---|
| **Cont. Part III – Closure Design & Construction** | | | |
| **Ground-Water Monitoring System** | | | |
| 8 | Draft Phase I Hydrogeologic Work Plan to include:<br>• Quality Assurance Program Plan<br>• Sampling & Analysis Plan | 60 | III.B.3.a.i.1. |
| 9 | Final Phase I Hydrogeologic Work Plan (upon Guam EPA approval) | 30 | III.B.3.a.i.2. |
| 10 | Phase I Hydrogeologic Report | 120 | III.B.3.a.i.4. |
| 11 | Draft Phase II Hydrogeologic Work Plan | 30 | III.B.3.a.ii.1. |
| 12 | Final Phase II Hydrogeologic Work Plan (upon Guam EPA approval) | 30 | III.B.3.a.ii.2. |
| 13 | Phase II Hydrogeologic Report | 120 | III.B.3.a.ii.4. |
| 14 | Comprehensive monitoring reports | 10 day of ensuing quarter | III.B.3.a.iv.2. |
| **Landfill Gas Management System** | | | |
| 15 | Revised Landfill Gas Management System | 60 | III.B.4.a. |
| **Part IV – Post-Closure Care and Maintenance** | | | |
| **Post-Closure Care and Maintenance Plan – Revisions** | | | |
| 1 | Revised Post-Closure Care and Maintenance Plan | 90 | IV.B.1. |
| 2 | Final Revised Post-Closure Care and Maintenance Plan (upon Guam EPA approval) | 30 | IV.B.2. |

*12/2/05*

# APPENDIX E

# COMPLIANCE SCHEDULE ON ACTIVITIES

*12/2/05*

| | Activity Description | Implementation Date (DAYS) | Notification Date (DAYS) | Permit Reference |
|---|---|---|---|---|
| **Part II – Operations Towards Closure** | | | | |
| Design & Operation Facility | | | | |
| 1 | Retain contractor | 30 | 2 | II.A.1.b & c |
| 2 | Retain MOLO certified manager | 30 | 2 | II.A.1.b & c |
| Solid Waste Accepted | | | | |
| 3 | Post sign of waste accepted | 2 | | II.A.2.a.ii. |
| Solid Waste Excluded | | | | |
| 4 | Stop accepting unprocessed Yard waste | 7/1/06 | | II.A.2.a.i.1. |
| 5 | Stop accepting Yard waste | 7/1/07 | | II.A.2.a.i.2. |
| Scale Requirements | | | | |
| 6 | Operate and maintain a scale | 120 | | II.A.4.a. |
| Procedures for Excluding the Receipt of Hazardous Waste | | | | |
| 7 | Conduct random vehicle inspections for all incoming loads once every week | Immediately ( for the first 6 months) | | II.A.5.a. |
| 8 | Random Off-load Inspections at working face once every week | Immediately (for the first 6 months) | | II.A.5.b. |
| 9 | Condut random vehicle inspections and off-load inspections at working face once every 2 weeks | After the first 6 months of permit issue date | | II.A.5.e. |
| Waste Placement and Life Development | | | | |
| 9 | Retain a Registered Surveyor and perform updated topography survey assessment | 15 | | II.A.6.a.1. |
| 10 | Kick-off Meeting on Final Filling Plan (refer to Permit) | 5 | | II.A.6.b.1 |
| Cover Material | | | | |
| 11 | 14-day cover material stockpile on site | 45 | | II.A.7.c. |
| Vector, Bird, Odors, Noise, Dust, and Litter Control | | | | |
| 12 | Install litter control apparatus | 5 | | II.A.8.a. |
| Explosive Gases Control | | | | |
| 13 | Conduct the activities stated in Operations Plan, Appendix A, Section 7.2. | 15 | | II.A.9. |
| Access Requirements | | | | |
| 14 | 24-hour Surveillance System; OR | 60 | | II.A.11.a.i. |
| 15 | Barrier for active portion; AND | 60 | | II.A.11.a.ii. |
| 16 | Control Entry | 60 | | II.A.11.a.iii. |
| Leachate Management Requirements | | | | |
| 17 | Cease discharge of leachate | 10/23/07 | | II.A.12. |
| 18 | Implement Final Filling Plan | Upon approval | | II.A.12.a. |

*12/2/05*

| | Activity Description | Implementation Date (DAYS) | Notification Date (DAYS) | Permit Reference |
|---|---|---|---|---|
| **Cont. Part II – Operations Towards Closure** | | | | |
| **Run-on/Run-off Control Systems** | | | | |
| 19 | Maintain existing run-on control (as stated in Operations Plan, Appendix A, Section 6.0) | Immediately | | II.A.13. |
| 20 | Implement proper grading of the filling plan (as stated in Operations Plan, Appendix A, Section 6.0) | Immediately | | II.A.13. |
| **Safety** | | | | |
| 21 | Implement Site Safety Program | Immediately | | II.A.16. |
| **General Inspection** | | | | |
| 22 | Implement Facility Inspection Schedule | Immediately | | II.A.17. |
| 23 | Conduct Facility Inspection as stated in Permit | Immediately | | II.A.17. |
| **Personnel Training** | | | | |
| 24 | Conduct interim personnel training | 30 | | II.A.18.b. |
| **Emergency Response & Contingency Plan** | | | | |
| 25 | Implement Operations Plan, Appendix A, Section 3.11- Emergency Response | Immediately | | II.A.19. |
| 26 | Implement revised Emergency Contingency Plan | Upon Guam EPA Approval | | II.A.19.b. |
| **Part III – Closure Design and Construction** | | | | |
| **Special Closure Design and Construction Requirements** | | | | |
| 1 | Advertise for bid to construct | 1/11/06 | | III.A.1. |
| 2 | Award contract and provide Notice to Proceed | 4/21/06 | | III.A.2. |
| 3 | Ordot Dump Closure | 10/23/07 | | III.A.3. |
| **Leachate Sytem** | | | | |
| 4 | Complete construction of the Guam EPA approved Final Leachate Disposal System Design | 9/23/07 | | III.B.1.c. |
| 5 | Fully implement Final Leachate Management Plan | 9/23/07 | | III.B.1.c. |
| **Surface Water Management** | | | | |
| 6 | Begin construction of the Guam EPA approved Final Revised Stormwater Management System Design | 4/21/06 | | III.B.2.b. |
| 7 | Implement the construction and permanent SWPPP | 4/21/06 | | III.B.2.b. |
| **Ground-water Monitoring System** | | | | |
| 8 | Secure all permits and clearances (upon Guam EPA approval of Plan) | 15 | | III.B.3.a.i.3. |
| 9 | Implement the Final Phase I Hydrogeologic Work Plan (upon Guam EPA approval of Plan) | 15 | | III.B.3.a.i.3. |
| 10 | Secure all permits and clearances (upon Guam EPA approval of Plan) | 15 | | III.B.3.a.ii.3. |
| 11 | Implement the Final Phase II Hydrogeologic Work Plan (upon Guam EPA approval of Plan) | 15 | | III.B.3.a.ii.3. |
| 12 | Monitoring on Guam EPA approved groundwater | Quarterly (for 4 consecutive quarters) | | III.B.3.a.iv.1. |
| 13 | Implement Guam EPA's Long-Term Groundwater | 30 | | III.B.3.a.iv.4. |

*12/2/05*

EXHIBIT B
Notice of Violation



# GUAM ENVIRONMENTAL PROTECTION AGENCY

## AHENSIAN PRUTEKSION LINA'LA GUAHAN



P.O. Box 22439 GMF • BARRIGADA, GUAM 96921 • TEL: 475-1658/9 • FAX: 477-9402

Mr. Lawrence Perez
Acting Director
Department of Public Works
542 North Marine Corps Drive
Tamuning, Guam 96913

DEC 1 2 2006

Hand Carry

Dear Mr. Perez,

RE:  **NOTICE OF VIOLATION, ORDER OF COMPLIANCE, AND ADMINISTRATIVE PENALTY ORDER FOR ORDOT DUMP WASTE MANAGEMENT PERMIT NO. 05-060LFL (SW-107-A003)**

The Guam Environmental Protection Agency (Guam EPA) is charged with the responsibility of implementing the Solid Waste Management and Litter Control Act (SWMLCA), as amended, Chapter 51 of Title 10, Guam Code Annotated (GCA), Public Law No. 23-64, and the Guam Solid Waste Disposal Rules and Regulations (GSWDRR) Chapter 23, of Title 22 Guam Administrative Rules and Regulations (GAR).

Section 51103(a) states that "The Agency shall have the authority under this Act to prepare, issue, modify, remove, and enforce orders for compliance with any of the provisions of this Chapter or of any rules and regulations issued pursuant thereto and requiring the taking of such remedial measures for solid waste management as may be necessary or appropriate to implement or effectuate the provisions and purposes of this Chapter".

On December 14, 2005, Guam EPA issued a Solid Waste Disposal Facility Permit (Permit No. 05-060LFL) to the Department of Public Works (DPW) for the Ordot Dump (hereinafter referred as Dump). As part of the Permit, specific conditions were provided to bring the Dump into compliance. These conditions, which include timeframes for the submittal of documents, are summarized in Appendix D of the Permit, *Compliance Schedule for Document Submittal*.

On December 30, 2005, DPW requested a 30-day extension to submit information. On January 19, 2006, Guam EPA approved the request and required DPW to submit the information by January 29, 2006. On March 8, 2006, Guam EPA received DPW's Progress Report dated March 8, 2006. However, the submittal did <u>not</u> include some of

*"ALL LIVING THINGS OF THE EARTH ARE ONE"*

**EXHIBIT**

B

the required information delineated in the Permit. A list of outstanding deliverables is found in Enclosure 1 (*Compliance Schedule on Document Submittal*), which summarizes their status.

## NOTICE OF VIOLATIONS

Based on the information above, the Department of Public Works (DPW) is in violation of the SWMLCA and the GSWDRR. The deficiencies and regulatory provisions that have been violated are indicated below and are the basis for this Notice of Violation and Order of Compliance (NOV/OC).

Guam Solid Waste Management and Litter Control Act

1. **10 GCA §51110(1). Prohibited Solid Waste Activities. This law states that "It shall be unlawful for any person to violate any provision of this Chapter or any rule, regulation, standard, or order issued pursuant to this Chapter."**

   DPW violated provisions in SWMLCA and GSWDRR by not complying with the conditions of the Permit.

Guam Solid Waste Disposal Rules and Regulations

1. **§23104(b)(6). Application for Permit. "The Administrator may issue to the applicant a conditional approval. Under such approval the Administrator may specify conditions which will bring the operation of the solid waste management facility described in the application within the requirement of this Chapter."**

   DPW failed to meet the specific conditions delineated in the Permit to bring the operation of the Dump to compliance.

Solid Waste Disposal Facility Permit – Ordot Dump (Permit Number 05-060LFL)

1.     **Part I, Section I.A.6 - Duty to Comply.** The Permittee shall comply with all the conditions of this Permit. Any Permit noncompliance without authorization from the Administrator constitutes a violation of the SWMLC and the GSWDRR.

   DPW failed to comply with the conditions of their Permit, specifically the documents delineated in the Appendix D, *Compliance Schedule for Document Submittal*

2.     **Part I, Section I.A.16 - Reporting Anticipated Noncompliance.** The Permittee shall give advance notice to the Administrator of any planned activity which may result in noncompliance with the permit requirements.

DPW failed to report their planned activities, which led to the noncompliance of the requirements delineated in Appendix D of the Permit, *Compliance Schedule for Document Submittal*

3.   **Part I, Section I.C - Quarterly Reporting Requirements**. The Permittee shall submit a written report for the quarter in which the Permit was issued within ten (10) calendar days after that quarter and within ten (10) calendar days after each quarter thereafter. The report shall include at a minimum the contents required by subsection I.C.4. of the Permit.

As of August 31, 2006, DPW failed to submit their 1st and 3rd quarterly report which was due on January 10, 2006, and July 10, 2006, respectively.

4.   **Part I, Section I.G.1 - Compliance Schedule on Document Submittal**. The Permittee shall comply with compliance schedule referenced in Appendix D of the Permit.

As of August 31, 2006, DPW failed to submit some of the documents within the timelines specified in Appendix D, *Compliance Schedule for Document Submittal.*

## ORDER OF COMPLIANCE

Based on the violations cited above, DPW has violated the provisions of 10 GCA Chapter 51 and 23 GAR. Therefore, Guam EPA hereby requires DPW, to take the following remedial measures within the time frame stated below from the date of receipt of this order:

1. Immediately submit to Guam EPA the outstanding documents delineated in Appendix D, *Compliance Schedule for Document Submittal.*

2. Confirm in writing, within thirty (30) calendar days of your receipt of this letter, an affidavit that the above-referenced remedial measures have been taken, the date each was taken, including supporting documentation. If any of these objectives are not accomplished, additional administrative penalties may be assessed.

This Order of Compliance (OC) is issued under the authority of the Solid Waste Management and Litter Control Act, as amended, 10 GCA § 51103(a). If any of the above objectives are not accomplished in the specified time, additional administrative penalties may be assessed. Failure to comply with the terms of this OC may subject you to an administrative or civil penalty of up to $1,000 per day for each violation under 10 GCA § 51115(e) and/or 10 GCA § 51115(a), or a criminal conviction of a third degree felony and/or a criminal fine up to $1,000 per day per violation and restitution under 10 GCA § 51115(b).

Nothing in this OC limits the ability of the Guam EPA to enforce any and all provisions of applicable Guam Laws and regulations. Guam EPA does not waive any rights or remedies available to it.

Nothing in this OC or in the Federal Ordot Consent Decree provides any excuse for you to not comply with Guam Laws and regulations. Failure to comply with Guam Laws and regulations may subject you to administrative, civil or criminal penalties.

## ADMINISTRATIVE PENALTY ORDER

In addition to this NOV/OC the Administrator of Guam EPA, pursuant to 10 GCA § 51115(e) hereby imposes an administrative penalty. Based on the violations identified above, the maximum administrative penalty would be up to $1,000 per day per solid waste violation, or **$6,259,000.00** for a total of **24** solid waste violations of up to **230** day(s) per violation through August 31, 2006.

The Administrator has used the statutory factors in assessing the amount of the penalty. The factors include, but are not limited to, the nature and history of these and prior violations, and the opportunity, difficulty and history of taking corrective action. Therefore, the Administrator hereby assess' a penalty of **$1,525,200.00**. The penalty amount is due and owing 15 days from the date of receipt of this APO.

If you believe you can meet the mitigating factors identified in the law for a lower penalty than that hereby imposed, then you may petition the Administrator for a penalty adjustment. A Petition for a Penalty Adjustment must reference the mitigating factors in the law, state the mitigating circumstance, and provide evidence (*e.g.*, documents, sworn statements, pictures) of the mitigating circumstance. The petition must be in writing and submitted to the Administrator within 15 days of receipt of this Administrative Penalty Order (APO).

You are presumed under the law to be able to pay the penalty. The burden is upon you of proving that you do not have the ability to pay the penalty. If you believe that you are unable to pay the penalty, then you may file an Inability to Pay Statement with the Administrator. The Inability to Pay Statement must be sworn under penalty of perjury and must provide the supporting financial documentation (*e.g.*, financial statement, tax returns). The Inability to Pay Statement must be submitted to the Administrator within 15 days of receipt of this APO.

As an option, you may propose a Supplemental Environmental Project (SEP) that is environmentally beneficial to the public, the value of which can be used to reduce the amount of the penalty. Such proposal must be made within 15 days of the receipt of this APO.

The penalty amount is due and owing 15 days from the date of receipt of this APO. The payment due date will be stayed upon the timely filing of a complete Petition for Penalty Adjustment or an Inability to Pay Statement until such time as the Administrator issues a decision regarding the submittal.

Failure to comply with this APO may subject you to additional administrative penalties or civil or criminal actions as described above.

You may file within fifteen (15) calendar days of the date of this NOV/OC, a Notice of Intent to Appeal with the Guam EPA's Board of Directors, setting forth in such Notice a verified petition outlining the legal and factual basis for such an appeal.

The Guam EPA's Board shall then hold a public hearing, not more than sixty (60) days after receipt of such Notice, at which time you may appear and present evidence in person or through0 counsel in support of this petition.

The Notice of Intent to Appeal may be made by mailing the Notice of Intent to Appeal with the verified petition to the following address:

> Guam Environmental Protection Agency Board of Directors
> c/o Acting Administrator
> Attn: Air & Land Division
> Guam Environmental Protection Agency
> P.O. Box 22439 Guam Main Facility
> Barrigada, Guam 96921

Or the Notice of Intent to Appeal may be delivered to Guam EPA's main office located at Building 17-3304 Mariner Avenue, Tiyan, Guam 96913.

Failure to file a Notice of Intent to Appeal within the period specified above will constitute a waiver of your right to a hearing. Without further notice to you these Order of Compliance and Administrative Penalty Orders will become final and the Agency may proceed upon the Orders without a hearing. This also applies if you fail to attend or to participate in a hearing that you have requested.

If you have any questions concerning this memorandum, please contact Ms. Barbara F. Torres or Mrs. Conchita Taitano at 475-1651 or 475-1609, respectively.

Sincerely,

JOHN M.U. JOCSON
Acting Administrator

Enclosure
CC:  Ms. Helen Kennedy, Assistant Attorney General
     Mr. Terrance Brooks, Chairman, Public Utility Commission

cc:  C-h-r-o-n-o
     ~~official file~~ AND Conchita S.N. Taitano, Administrator,
     Glenn's info          Air & Land Division

Solid Waste Disposal Permit No. 05-060LFL
Ordot Dump

Compliance Schedule on Document Submittal

| | Document Description | Due Date (DAYS) | Permit Reference | Comment | STATUS OF COMPLIANCE |
|---|---|---|---|---|---|
| **Part I: General Requirements** | | | | | |
| 1 | Progress Report | Quarterly | I.C. | March 8, 2006 - GEPA received Progress Report No. 2. GEPA has not received Progress Report No. 1 and No.3 | Per 12/30/05 memorandum, Progress Report No. 1 to have been submitted by 1/9/06. No record of Progress Report No. 1. and no record of Progress Report No.3. |
| | | 1/10/2006 | | 8/31/2006 | 2 |
| **Part II: Operational towards Closure Designated Operation Facility** | | | | | |
| 2 | Written notification of contractor | 4/23/2006 | II.A.1.c. | DPW has sent out an RFP for said Contractor but has yet to obtain one as of August 31, 2006 | Noncompliant |
| | | | | 8/31/2006 | 130 |
| 3 | Written notification of MOLO certified personnel & copy of certification | 4/23/2006 | II.A.1.c. | DPW has sent out an RFP for said Contractor but has yet to obtain one as of August 31, 2006 | Noncompliant |
| | | | | 8/31/2006 | 130 |
| **Solid Waste Accepted** | | | | | |
| 4 | Solid Waste Diversion Program Plan | 60 | II.A.2.a.i | As of March 8, 2006 Progress Report - Preparation of SW Diversion Program Plan still on-going. | Noncompliant |
| | | 2/12/2006 | | 8/31/2006 | 200 |
| 5 | Implementation Schedule for recyclables/reusable materials | 60 | II.A.2.a.i | As of March 8, 2006 Progress Report - Preparation of SW Diversion Program Plan still on-going. DPW requests GEPA to provide listing of Alternatives sites for recyclables. | Noncompliant |
| | | 2/12/2006 | | 8/31/2006 | 200 |
| **Scale Requirements** | | | | | |
| 6 | Scale Repair Schedule; OR | 12/29/2006 | II.A.4.b. | 12/30/05 DPW request extension. 1/19/06, GEPA approves extension to 1/29/06. March 8, 2006 - GEPA received Progress Report No. 2 which states that repair of scale is not cost effective. | Noncompliant until receipt of March 7, 2006 progress report. |
| | | 1/29/2006 | | 8/31/2006 | 214 |

Case 1:02-cv-00022    Document 191-3    Filed 01/14/2008    Page 7 of 13

# Solid Waste Disposal Permit No. 05-060LFL
## Ordot Dump

## Compliance Schedule on Document Submittal

| | Document Description | Due Date (DAYS) | Permit Reference | Comment | STATUS OF COMPLIANCE |
|---|---|---|---|---|---|
| 7 | New Scale Information & Documentation | 2 | II.A.4.c. | March 8, 2006 - GEPA received Progress Report No. 2 which states that DPW still obtaining data for Scale Information and Documentation. DPW also states that the selective Bidder for the Operation to Closure of the Ordot Dump will be required to purchase scale. | Noncompliant |
| | Prior to extraction request | 12/16/2005 | | | 12/30/2005 | 14 |
| | After approved extension request | 1/29/2006 | | | 8/31/2006 | 214 |
| 8 | Incoming Waste Tonnage Report Form | 30 | II.A.4.e. | March 8, 2006 - GEPA received Progress Report No. 2 with attached Report Forms | Noncompliant for 52 days from due date to March 7, 2006 |
| | | 1/13/2006 | | | 3/7/2006 | 53 |
| **General Waste Placement and Lift Development** | | | | | |
| 9 | Ordot Dump Assessment Report | 15 | II.A.6.a.i. | 12/30/05 - DPW request extension. 1/19/06 - GEPA approves extension to 1/29/06. March 8, 2006 - GEPA received Progress Report No. 2 which states that assessment will be conducted by the selective bidder for the Operation to Closure of the Ordot Dump. | Noncompliant |
| | | 1/29/2006 | | | 8/31/2006 | 214 |
| 10 | Draft Filling Plan | 30 | II.A.6.a.ii. | March 8, 2006 - GEPA received Progress Report No. 2 which states that Draft Filling Plan to be conducted by the selective bidder for the Operation to Closure of the Ordot Dump. | Noncompliant |
| | | 1/13/2006 | | | 8/31/2006 | 230 |
| 11 | Final Filling Plan (See Permit Condition) upon Guam EPA approval | 30 | II.A.6.a.iv. | | |
| **Cover Material Requirements** | | | | | |
| 12 | Certification of available daily cover on site | Weekly | II.A.7.f. | March 8, 2006 - GEPA received Progress Report No. 2 which states that DPW has been providing GEPA will copies of Daily Dump Truck Lot and will continue to provide these log sheets to GEPA on a weekly basis. However, the required certifications regarding availability of daily cover has not been submitted. | Noncompliant for a total of 2398 days cumulative for the required 37 weekly report required up to August 31, 2006. Wherein the cumulative number of days is calculated from due date for each of the 37 weekly report due after the issuance of permit up to August 31, 2006. Number of cumulative days calculated can be found in the Penalty Assessment calculation for this NOV/OC. |
| | | 12/21/2005 | | | 8/31/2006 | 2398 |

H:\Solid Waste\NOV\OC\DPW NOV-OC FY2006\Ordot Dump Permit - Status of Compliance with Compliance Schedule(8-31-06).xls, Document Submittal Compliance 10/10/2006

2 of 7

| | Document Description | Due Date (DAYS) | Permit Reference | Comment | STATUS OF COMPLIANCE |
|---|---|---|---|---|---|
| **Vector, Bird, Odors, Noise, Dust, and Litter Control** | | | | | |
| 13 | Vector Control Monitoring Plan and Deterrence Program Plan and Standard Operating Procedures | 30 | II.A.8.b. | 12/30/05 -DPW request extension. 1/19/06 GEPA approves extension to 1/29/06. March 8, 2006 - GEPA received Progress Report No. 2 which states that Plan is a compliance requirement to be conducted by the selective bidder for the Operation to Closure of the Ordot Dump. | Noncompliant |
| | | 1/29/2006 | | 8/31/2006 | 214 |
| **General Inspection Requirements** | | | | | |
| 14 | Revised Inspection Plan | 30 | II.A.17.a. | March 8, 2006 - GEPA received Progress Report No. 2 which states that Plan is a compliance requirement to be conducted by the selective bidder for the Operation to Closure of the Ordot Dump. Furthermore, DPW states that it will comply with the general inspection plan as established in Appendix A, Section 3.9 of the Operations Plan. | Noncompliant |
| | | 1/13/2006 | | 8/31/2006 | 230 |
| **Personnel Training** | | | | | |
| 15 | Personnel Training Program Plan | 15 | II.A.18.a. | 12/30/05 -DPW request extension. 1/19/06 GEPA approves extension to 1/29/06. March 8, 2006 - GEPA received Progress Report No. 2 with an attached training synopsis for SW Managers, Personnel, Technicians, and Operators. In addition, GEPA was notified that several DPW Solid Waste Personnel have become SWANA members and have attended SWANA training courses off-island. They also noted the intention to utilize SWANA's On-Demand Training PRogram and E-Training events. This update is not a training plan, but a summary of DPW's proposal to incorporate into a training plan. | Noncompliant |
| | | 1/29/2006 | | 8/31/2006 | 214 |

## Compliance Schedule on Document Submittal

| | Document Description | Due Date (DAYS) | Permit Reference | Comment | STATUS OF COMPLIANCE |
|---|---|---|---|---|---|
| 16 | Updated listing of employees w/certification training | 30 | II.A.18.c. | Per the March 8, 2006 Progress Report, DPW has developed and updated list of employees form for Solid Waste personnel and will be transmitted to GEPA. To date no list as been received. | Noncompliant |
| | | 1/13/2006 | | 8/31/2006 | 230 |
| **Emergency Response and Contingency Plan** | | | | | |
| 17 | Revised Emergency Contingency Plan | 30 | II.A.19.a. | March 8, 2006 - GEPA received Progress Report No. 2 which states that Emergency Contingency Plan is a compliance requirement to be conducted by the selective bidder for the Operation to Closure of the Ordot Dump. Furthermore, DPW states that it will comply with the Emergency Response and Contingency requirements in Appendix A, Section 3.11, Operations Plan. | Noncompliant |
| | | 1/13/2006 | | 8/31/2006 | 230 |
| **Part III - Closure Design & Construction** **Closure Design Report and Closure Plan Revisions** | | | | | |
| 18 | Update and revise Ordot Dump Closure Design Report (7/05) and Closure Plan | 12/30/2005 | III.B. | 12/30/05 - DPW request extension. 1/19/05 GEPA approves extension to 1/29/06. March 8, 2006 - GEPA received Progress Report No. 2 which states that the update and revision of the Ordot Dump Closure Design Report (7/05) and Closure Plan is a compliance requirement to be conducted by the selective bidder for the Operation to Closure of the Ordot Dump. | Noncompliant |
| | | 1/29/2006 | | 8/31/2006 | 214 |

# Solid Waste Disposal Permit No. 05-060LFL
## Ordot Dump

### Compliance Schedule on Document Submittal

| | Document Description | Due Date (DAYS) | Permit Reference | Comment | STATUS OF COMPLIANCE |
|---|---|---|---|---|---|
| **Leachate System** | | | | | |
| 19 | Draft Leachate Disposal System Design and Leachate Management Plan | 60 | III.B.1.a. | 12/30/05 -DPW request extension. 1/19/06 GEPA approves extension to 1/29/06. March 8, 2006 - GEPA received Progress Report No. 2 which states that the update and revision of the Ordot Dump Closure Design Report (7/05) and Closure Plan is a compliance requirement to be conducted by the selective bidder for the Operation to Closure of the Ordot Dump. | Noncompliant |
| | | 2/12/2006 | | 8/31/2006 | 200 |
| 20 | Final Leachate Disposal System Design and Final Leachate Management Plan *(upon Guam EPA approval)* | 30 | III.B.1.b. | | |
| **Surface Water Requirements** | | | | | |
| 21 | Draft Design Schedule and a Draft Revised Basis of Design for the Construction | 30 | III.B.2.a.ii. | March 8, 2006 - GEPA received Progress Report No. 2 which states that draft Design Schedule and Final Revised Basis of Design is to be conducted by the selective bidder for the Operation to Closure of the Ordot Dump and Final Closure. | Noncompliant |
| | | 1/13/2006 | | 8/31/2006 | 230 |
| 22 | Final Design Schedule and a Final Revised Basis of Design for the Construction *(upon Guam EPA approval)* | 15 | III.B.2.a.iii. | | |
| 23 | Draft Revised Stormwater Management System Design and a construction and permanent Stormwater Pollution Prevention Plan (SWPPP) *(upon Guam EPA approved)* | 30 | III.B.2.iv. | | |

Compliance Schedule on Document Submittal

| | Document Description | Due Date (DAYS) | Permit Reference | Comment | STATUS OF COMPLIANCE |
|---|---|---|---|---|---|
| 24 | Final Revised Stormwater Management System Design and a construction and permanent SWPPP *(upon Guam EPA approval)* | 15 | III.B.2.v. | | |
| **Ground-Water Monitoring System -- PHASE I** | | | | | |
| 25 | Draft Phase I Hydrogeologic Work Plan to include: | 90 | III.B.3.a.i.1. | March 8, 2006 - GEPA received Progress Report No. 2 which states that draft Phase I Hydrogeologic Work Plan that includes a QAPP and SAP is to be conducted by the selective bidder for the Operation to Closure of the Ordot Dump and Final Closure. | Noncompliant |
| | • Quality Assurance Program Plan | | | 8/31/2006 | |
| | • Sampling & Analysis Plan | 3/14/2006 | | 8/31/2006 | 170 |
| 26 | Draft Phase I Groundwater Monitoring Plan | 90 | III.B.3.a.i.1. | March 8, 2006 - GEPA received Progress Report No. 2 which states that draft Phase I Groudwater Monitoring Plan is to be conducted by the selective bidder for the Operation to Closure of the Ordot Dump and Final Closure. | Noncompliant |
| | | 3/14/2006 | | 8/31/2006 | 170 |
| 27 | Final Phase I Hydrogeologic Work Plan and Final Phase I Groundwater Monitoring Plan *(upon receipt of Guam EPA's comments)* | 30 | III.B.3.a.i.2. | | |
| 28 | Draft Phase I Hydrogeologic Report *(upon receipt of Guam EPA's written approval)* | 135 | III.B.3.a.i.4. | | |
| 29 | Final Phase I Hydrogeologic Work Plan *(upon receipt of Guam EPA's comments)* | 30 | III.B.3.a.i.5. | | |
| **Ground-Water Monitoring System -- PHASE II** | | | | | |
| 30 | Draft Phase II Hydrogeologic Work Plan to include: | 90 after Phase I | III.B.3.a.i.1. | | |
| | • Quality Assurance Program Plan | | | | |
| | • Sampling & Analysis Plan | | | | |

Case 1:02-cv-00022     Document 191-3     Filed 01/14/2008     Page 12 of 13

## Compliance Schedule on Document Submittal

| | Document Description | Due Date (DAYS) | Permit Reference | Comment | STATUS OF COMPLIANCE |
|---|---|---|---|---|---|
| 31 | Draft Phase II Groundwater Monitoring Plan | 90 after Phase 1 | III.B.3.a.ii.1. | | |
| 32 | Final Phase II Hydrogeologic Work Plan and Final Phase II Groundwater Monitoring Plan *(upon receipt of Guam EPA's comments)* | 30 | III.B.3.a.ii.2. | | |
| 33 | Draft Phase II Hydrogeologic Report *(upon receipt of Guam EPA's written approval)* | 135 | III.B.3.a.ii.4. | | |
| 34 | Final Phase II Hydrogeologic Work Plan *(upon receipt of Guam EPA's comments)* | 30 | III.B.3.a.ii.5. | | |
| **Landfill Gas Management System** | | | | | |
| 35 | Revised Landfill Gas Management System *(upon receipt of Guam EPA's comments)* | 60 | III.B.4.a. | | |
| **Part IV - Post-Closure Care and Maintenance Plan** **Post-Closure Care and Maintenance Plan Revisions** | | | | | |
| 36 | Revised Post-Closure Care and Maintenance Plan | 90 3/14/2006 | IV.B.1. | March 8, 2006 - GEPA received Progress Report No. 2 which states that a revised Post Closure Care and Maintenance Plan is to be conducted by the selective bidder for the Operation to Closure of the Ordot Dump and 8/31/2006 | Noncompliant 170 |
| 37 | Final Revised Post-Closure Care and Maintenance Plan *(upon dump ceasing to receive waste but no later than 10/23/04)* | 30 | IV.B.2. | | |