ORIGINAL

LEONARDO M. RAPADAS
United States Attroney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
JAN 16 2008
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GOVERNMENT OF GUAM ) <br> ) <br> ) <br> Defendant. ) | CIVIL CASE NO. 02-00022 <br><br> MOTION REQUESTING FOR A VIDEO TELECONFERENCE INCLUSION BY UNITED STATES COUNSEL ROBERT MULLANEY |

The United States respectfully submits this Motion to allow Robert Mullaney, Attorney for the United States to participate by video teleconference in the hearing scheduled for January 24, 2008, at 9:00 a.m. The request is made because Attorney Robert Mullaney can not travel to Guam for the hearing. (Attachment A). His number is 415-744-6483. The video teleconference contact is Chrystal Ruffin-Goshey at 415-436-6853. Also present with Mr. Mullaney will be Pankaj Arora, EPA Engineer.

Respectfully requested this 16th day of January 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

BY: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney

# CERTIFICATE OF SERVICE

I, Jacqueline Emmanuel, Administrative Assistant, working in the U.S. Attorney's Office, in the District of Guam, hereby certify that, on January 16, 2008, I caused to be served by personal service a copy of the "Motion Requesting for a Video Teleconference Inclusion by United States Counsel Robert Mullaney", in Civil Case No. 02-00022, <u>United States of America vs. Government of Guam</u>, to the following attorney of record:

> Alicia Limtiaco
> Office of the Attorney General
> 287 West O'Brien Drive
> Hagatna, Guam 96910

_____
Jacqueline Emmanuel
Administrative Assistant



U.S. Department of Justice

Environment and Natural Resources Division

90-5-1-1-06658
*Environmental Enforcement Section*   *Telephone (415) 744-6491*
*301 Howard Street*   *Facsimile (415) 744-6476*
*Suite 1050*
*San Francisco, CA 94105*

January 10, 2008

Leonardo M. Rapadas
United States Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez
Hagatna, Guam 96910

Re:   United States v. Government of Guam, Civil Case No. 02-00022

Dear Mr. Rapadas:

    Thank you for the request to come to Guam for the site visit on January 23 and the Court status hearing on January 24. As you probably know, I have worked on this case with Mikel Schwab since September 2002. The issues at Ordot remain important to the Environmental Enforcement Section and to me personally. In the past year alone, Mikel and I have spent hundreds of hours drafting our motion to enforce the consent decree, opposing the Government of Guam's ("GovGuam") motion to modify the decree, and representing the United States in this vital case.

    Unfortunately, I am not able to travel to Guam at this time. In addition to the Ordot case, I have a heavy caseload in the western United States, Hawaii, and Guam. Several of those cases are active, as is the Ordot case, and need my constant attention. For example, I have a hearing on a CERCLA case that is scheduled for January 22, which would directly conflict with travel to Guam.

    As in the past year, I will continue to dedicate my full attention and efforts to this case until we reach a successful resolution. I intend to ask the Court to allow me to participate in the January 24 hearing via video-teleconference and will also ask an EPA engineer, Pankaj Arora, to participate with me. Mr. Arora will be available to the Court to answer any technical questions that may arise at the hearing.

    At Mikel Schwab's suggestion, I have asked EPA's engineers to let me know when they are scheduled to travel to Guam. We can inform the Court of their travel schedule to allow the Court to meet with them, and GovGuam representatives, at those times.

    Please let me know if you have any further questions or concerns. You can call me at (415) 744-6483. Due to the 18-hour time difference, e-mail is often the best way to communicate. My internet e-mail address is robert.mullaney@usdoj.gov.

Sincerely,

Robert D. Mullaney
Trial Attorney

Attachment A