LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CIVIL CASE NO. 02-00022 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| vs. | ) | |
| | ) | |
| GOVERNMENT OF GUAM, | ) | DATE: January 24, 2008 |
| | ) | TIME: 9:00 a.m. |
| Defendant | ) | |

This matter came before the Court on the Motion of the United States for an Order allowing counsel for the United States to Participate in the hearing by video teleconference. After reviewing the submission, IT IS HEREBY ORDERED THAT:

Robert Mullaney and Pankaj Arora may participate by video teleconference in the hearing for a Status Hearing on January 24, 2008. The court understands that other commitments prevent Mr. Mullaney from appearing in person at this time. However, the court notes that it prefers the appearance of counsel and Mr. Arora, and in the future may require their

//

appearance for upcoming status hearings and/or site visits given the potential complexity of issues that may arise.

SO ORDERED.



/s/ Frances M. Tydingco-Gatewood
    Chief Judge
**Dated: Jan 17, 2008**