**Office of the Attorney General**
**Alicia G. Limtiaco**
Attorney General of Guam
**Civil Division**
287 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com

**Attorneys for the Government of Guam**

# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CIVIL CASE NO. 02-00022 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **REVISED ORDOT DUMP** |
| | ) | **CLOSURE REPORT** |
| GOVERNMENT OF GUAM, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

Attached hereto as required by the Court's December 14, 2007 Order, is the Government of Guam's Revised 2008 Ordot Dump Closure Report.

Respectively submitted this 17th day of January, 2008.

**OFFICE OF THE ATTORNEY GENERAL**
**ALICIA G. LIMTIACO**, Attorney General of Guam

By: _____

**J. PATRICK MASON**
Deputy Attorney General

**FILED**
DISTRICT COURT OF GUAM

JAN 17 2008

**JEANNE G. QUINATA**
**Clerk of Court**