
**Office of the Attorney General**
**Alicia G. Limtiaco**
Attorney General of Guam
**Civil Division**
287 West O'Brien Drive
Hagåtña, Guam 96910 ● USA
(671) 475-3324 ● (671) 472-2493 (Fax)
www.guamattorneygeneral.com

**Attorneys for the Government of Guam**

# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CIVIL CASE NO. 02-00022 |
| Plaintiff, | ) |
| vs. | ) **DECLARATIONS** |
| | ) **RE: TRASH COVER AT ORDOT DUMP** |
| GOVERNMENT OF GUAM, | ) |
| Defendant. | ) |

In its December 14, 2007 Order, the Court ordered the Governor of Guam and the Director of the Guam Department of Public works to file declarations regarding the covering over the Ordot Dump. The following declarations are filed in response to the Court's order.

## DECLARATION OF GOVERNOR OF GUAM

I, FELIX P. CAMACHO declare as follows:

1.      I am the Governor of Guam.

2.      I submit this Declaration in response to the Court's order filed on December 14, 2007.

Page 1
*Declarations Re: Trash Cover at Ordot Dump*
USA vs Government of Guam
District Court of Guam Case No. CV02-00022

Case 1:02-cv-00022     Document 203     Filed 01/17/2008     Page 1 of 29

ORIGINAL

3.      Pursuant to the analysis conducted by Duenas Bordallo Camacho and Associates, as reported within Section 6.4 of their Revised 2008 Closure Plan, the current amount of daily top-cover material required to cover the Ordot Dump is approximately 200 cubic yards of material.

4.      I have been informed that the Department of Public Works ("DPW") is currently unable to verify how much top-cover was previously delivered to landfill on a daily basis.

5.      I have been informed that at a site inspection conducted today there still remains portions of the dump which need more top-cover as a result of DPW moving its active waste receiving area.

6.      I have been informed that exposed areas of waste, which have recently been inactivated from receiving waste, will be covered by January 23, 2008.

I certify, under penalty of perjury, that the foregoing is true and correct.

Executed this 17th day of January 2008.

**FELIX P. CAMACHO**
Governor of Guam

## DECLARATON OF DIRECTOR OF PUBLIC WORKS

I, LAWRENCE PEREZ, declare as follows:

1.      I am currently the Director of the Department of Public Work, Government of Guam ("DPW").

2.      I submit this Declaration in response to the Court's order filed on December 14, 2007.

Page 2
*Declarations Re: Trash Cover at Ordot Dump*
USA vs Government of Guam
District Court of Guam Case No. CV02-00022

Case 1:02-cv-00022      Document 203      Filed 01/17/2008      Page 2 of 29

3.      DPW is currently unable to verify how much top cover was previously delivered to landfill on a daily basis.

4.      I have conducted a site inspection today and portions of the dump still require more top-cover.

5.      Pursuant to the analysis conducted by Duenas Bordallo Camacho and Associates, as reported within Section 6.4 of their Revised 2008 Closure Plan, the current amount of daily top-cover material required to cover the Ordot Dump is approximately 200 cubic yards of material.

6.      I have directed the staff of DPW Division of Solid Waste to immediately commence the application of top-cover as recommended by Duenas Bordallo Camacho and Associates and the Guam Environmental Protection Agency ("GEPA").

7.      DPW has obtained the needed cover material, has obtained additional equipment to provide the top-cover, and has instructed DPW employees to work overtime to insure that the top-cover recommended by Duenas Bordallo Camacho and Associates and GEPA is completed no later than January 23, 2008.

Executed this 17th day of January 2008.

_____
LAWRENCE PEREZ, Director
Department of Public Works

Respectively submitted this 17th day of January, 2008.

OFFICE OF THE ATTORNEY GENERAL
ALICIA G. LIMTIACO, Attorney General of Guam

By:     _____
J. PATRICK MASON
Deputy Attorney General

Page 3
*Declarations Re: Trash Cover at Ordot Dump*
USA vs Government of Guam
District Court of Guam Case No. CV02-00022

Case 1:02-cv-00022     Document 203     Filed 01/17/2008     Page 3 of 29

# ORDOT DUMP
# ORDOT-CHALAN PAGO, GUAM

## Final 2008 Closure Report

*Prepared for*
Department of Public Works, Government of Guam
542 North Marine Drive
Tamuning, Guam 96911

January 2008

*Prepared by*
Dueñas, Bordallo, Camacho & Associates Project Team (Dueñas, Bordallo, Camacho &
Associates, Inc. and URS Corporation)

238 E. Marine Corps Dr. Suite 201 Diamond Plaza
Hagatna, Guam 96910
(671) 477-7991

⒞COPY

1  RONALD J. TENPAS
   Assistant Attorney General
2  Environment & Natural Resources Division
   ROBERT D. MULLANEY
3  Environmental Enforcement Section
   United States Department of Justice
4  301 Howard Street, Suite 1050
   San Francisco, California 94105
5  Tel: (415) 744-6483
   Fax: (415) 744-6476
6
   LEONARDO M. RAPADAS
7  United States Attorney
   MIKEL W. SCHWAB
8  Assistant United States Attorney
   Suite 500, Sirena Plaza
9  108 Hernan Cortez
   Hagåtña, Guam 96910
10 Tel: (671) 472-7332
   Fax: (671) 472-7215
11
   Attorneys for United States of America
12

13
14                 IN THE UNITED STATES DISTRICT COURT
15                    FOR THE TERRITORY OF GUAM
16

17
18 UNITED STATES OF AMERICA,          )    CIVIL CASE NO. 02-00022
                                      )
19              Plaintiff,            )    UNITED STATES' COMMENTS ON
                                      )    ORDOT DUMP CLOSURE REPORT
20        v.                          )
                                      )
21 GOVERNMENT OF GUAM,                )
                                      )
22              Defendant.            )
                                      )
23 ─────────────────────────────────  )

24
25
26

FILED
DISTRICT COURT OF GUAM

JAN 1 4 2008

JEANNE G. QUINATA
Clerk of Court

RECEIVED

JAN 1 4 2008

9:   3:00p

ATTORNEY GENERAL'S OFFICE

02. 0112
DAG/mm

Mason

1    On December 14, 2007, the Court issued an "Order re: Conditions to Enforce Consent
2    Decree," requiring the Government of Guam ("GovGuam") to file an Ordot Dump Closure
3    Report by January 8, 2008, and directing the U.S. Environmental Protection Agency ("EPA") to
4    use its best efforts to review and file comments regarding the Closure Report by January 14,
5    2008. The United States submits this brief on behalf of EPA in response to the Court's Order.

6    I.    BACKGROUND

7    On December 14, 2005, in accordance with the requirements of Paragraph 8.e. of the
8    Consent Decree, the Guam Environmental Protection Agency ("Guam EPA") issued Solid Waste
9    Disposal Facility Permit No. 05-060LFL to the Guam Department of Public Works ("DPW") for
10   the continued operation of the Ordot Dump. Exh. A. The permit contained specific conditions
11   imposed by Guam EPA relating to: (1) proper operation of the Ordot Dump; (2) preparation of
12   the site for proper closure; and (3) the provision of additional data and documents needed for
13   closure and post-closure activities. Id. The permit's compliance schedule in Appendices D and
14   E specified deadlines for DPW to meet these conditions. Id., App. D, E.

15   DPW has failed to meet the permit conditions imposed by Guam EPA. Consequently,
16   Guam EPA issued Notices of Violation, Orders of Compliance, and Administrative Penalty
17   Orders for non-compliance with the permit's conditions. For example, on December 12, 2006,
18   Guam EPA issued a Notice of Violation for violations of permit conditions from December 14,
19   2005, to August 31, 2006, and demanded a penalty of $1,525,200. Exh. B at 4. Guam EPA's
20   enforcement actions did not bring DPW into compliance.

21   Furthermore, the permit issued by Guam EPA was intended to cover Ordot Dump
22   operations before closure. See Exh. A at 10. Because the Consent Decree in this case required
23   closure of the Ordot Dump by October 23, 2007, the permit for operations toward closure expired
24   as of that date. Id.; see also Consent Decree, ¶8.e. Guam DPW has not submitted an application
25   to Guam EPA to extend the permit. Accordingly, as of October 23 2007, DPW is operating the
26   Ordot Dump without a valid permit.

27

28                                                 1

## II. EPA'S COMMENTS ON THE ORDOT DUMP CLOSURE REPORT

### A. Introduction

The United States contends that the Ordot Dump Closure Report submitted by GovGuam does not comply with the Court's Order. The Court stated that "[t]he report shall contain a list of required actions that are needed to prepare the Ordot Dump site for closure and a schedule that corresponds to the implementation and completion of each action." We believe that the Closure Report was intended to: (1) focus GovGuam's efforts on actions that are necessary to prepare the Ordot Dump site for closure, and (2) require GovGuam to develop a corresponding schedule for those action items. Instead, the Closure Report submitted by GovGuam primarily cites the regulatory requirements to close the dump and explains various closure components in a general manner. The Closure Report does not contain sufficient specificity on the individual steps necessary for closure and omits an associated implementation schedule for the actions GovGuam will take to prepare the Ordot Dump site for closure. In addition, there are some significant problems with the information that is set forth in the Closure Report, which the United States addresses below.

### B. Specific Comments

EPA has the following comments on the Ordot Dump Closure Report.

1. Page 1 Comments

a. Installation of a temporary scale: No information is provided about the acquisition and installation date for the scale.

b. Additional waste stream resulting from delays in the opening of new solid waste facility: GovGuam has provided no rationale or analysis for using a 33-month time period as an estimate for opening working cells of the new landfill. It took approximately 12 months to construct a new landfill on neighboring Saipan after a final design was completed. GovGuam offered no explanation why it would take almost three times as long to construct a new landfill on Guam. Finally, GovGuam did not provide any analysis to support an assumption that the

2

1  Ordot Dump can continue to receive waste for another 33 months.

2       c. Ongoing closure practices: These practices must incorporate operations to prepare the
3  site for closure. Therefore, the mandatory word "shall" or "must" should replace "may"
4  throughout this paragraph.

5       d. Waste stream and volume reduction measures: This discussion lacks a detailed
6  breakdown of actions and the corresponding implementation schedule that will be taken by
7  GovGuam.

8       e. Closure conditions and basis for design: The Ordot Dump continues to accept trash on
9  a daily basis, which could affect the basis for the design. EPA would like GovGuam to confirm
10  that the basis for the design has not changed since its development and that it adequately
11  addresses the current existing conditions at the site. In addition, the design should address all the
12  comments previously provided to DPW by EPA and Guam EPA.

13       f. As part of preparing the site for closure, GovGuam must provide a detailed list of
14  actions, and associated implementation dates, that are needed to address waste that extends into
15  any public or privately owned land adjacent to the Ordot Dump.

16  2.   Page 4 Comments - EPA is concerned about the stability of the final cover on areas of the
17  dump where slopes are 1 (H):1 (V) or steeper. GovGuam should provide an action plan and take
18  any necessary mitigation actions to address steep slopes.

19  3.   Page 6 Comments - How does DPW prevent the disposal of hazardous waste at the Ordot
20  Dump? Does DPW conduct inspections of the vehicles coming to Ordot Dump? What
21  documents are available to show that vehicles are inspected for hazardous waste?

22  4.   Page 7 Comments

23       a. Provide an implementation schedule for acquisition and installation of the scale.

24       b. As mentioned earlier, the 2004 closure design needs to address detailed comments
25  provided by EPA and Guam EPA. Furthermore, the 2004 Closure Design may not take into
26  account the current conditions at the Ordot Dump.

27

28                                        3

c. The Closure Report states that the Ordot Dump may not have reached the limits of the closure design. Do recently developed profiles indicate that the filling plan is being followed to prepare the site for closure? If not, GovGuam should provide an action plan to ensure that the filling plan is consistent with the closure design.

5.     Page 8 Comments

a. Closure topography to be used for calculations should be from the top of the waste. In addition, the final cover thickness should be subtracted or the top of the waste should be used throughout the calculations.

b. GovGuam should confirm that DPW has a final filling plan (approved by Guam EPA) to prepare the Ordot Dump site for closure. GovGuam should also confirm that the approved final filling plan is being properly implemented.

c. Item 6.0 - Replace "may" with "shall."

d. Provide confirmation that daily cover is provided and that DPW maintains a sufficient stockpile of daily cover as required by the Operations Plan.

e. Item 7.0 - Provide a list of actions and an associated implementation schedule to ensure that recycling initiatives are less sporadic and more sustainable.

6.     Page 9 Comments - Provide more details to address any negative impacts on the closure design due to deep compaction or any other air-space improvement strategies. The negative impacts to the closure design should be assessed while analyzing the available options.

7.     Page 10 Comments

a. GovGuam should confirm that estimates of the landfill gas ("LFG") generation rates for the Ordot Dump site are available and that data is being collected to prepare the site for closure. If DPW has not collected such data, GovGuam should provide an action plan with an implementation schedule to address this issue.

b. GovGuam should identify any additional infrastructure/facilities that will be needed for closure of the Ordot Dump. If the identified items can be developed now, provide an action

4

1  plan and an associated implementation schedule for their development.

2      c. GovGuam should obtain additional data needed to prepare the site for closure. For
3  example, settlement monuments could be installed now to understand the settling rates.

4  8.      Page 11 Comments - EPA believes that the Closure Report should include an action item
5  and a schedule for design and installation of the necessary perimeter roads.

6  9.      Page 20 Comments - GovGuam should confirm that a groundwater monitoring plan
7  approved by Guam EPA is being implemented, and should provide data obtained from the
8  groundwater monitoring plan. If DPW has not collected such data, GovGuam should provide an
9  action plan with an implementation schedule to address this issue.

10      C.      General Comments

11      DPW did not comply with the permit conditions imposed by Guam EPA for the Ordot
12  Dump. Many of these conditions were directly related to proper operation of the Ordot Dump
13  and to preparation of the site for closure. Therefore, GovGuam should provide an action plan
14  and an associated implementation schedule to address permit conditions that are relevant for
15  closure. In particular, DPW should take the following actions to prepare the site for closure:

16  1.      Develop and submit to Guam EPA for approval a final filling plan to prepare the site for
17          closure;

18  2.      Hire a manager for the Ordot Dump that has been certified as a Manager of Landfill
19          Operations by the Solid Waste Association of North America ("SWANA");

20  3.      Finalize the basis of design;

21  4.      Provide daily cover;

22  5.      Ensure that proper equipment is available for operation (e.g., compaction equipment);

23  6.      Implement vector control measures; and

24  7.      Collect critical data and develop the necessary documents required to prepare the site for
25          closure.

5

## Responses to USEPA Comments received on January 14, 2008

### Specific Comments

### EPA has the following comments on the Ordot Dump Closure Report.

1.  Page 1 Comments

    a. Installation of a temporary scale: No information is provided about the acquisition and installation date for the scale.

    *No response required*

    b. Additional waste stream resulting from delays in the opening of new solid waste facility: GovGuam has provided no rationale or analysis for using a 33-month time period as an estimate for opening working cells of the new landfill. It took approximately 12 months to construct a new landfill on neighboring Saipan after a final design was completed. GovGuam offered no explanation why it would take almost three times as long to construct a new landfill on Guam. Finally, GovGuam did not provide any analysis to support an assumption that the Ordot Dump can continue to receive waste for another 33 months.

    *Section has been removed. Discussion of the remaining airspace and estimate capacity (in days) will be presented in Action Plan.*

    c. Ongoing closure practices: These practices must incorporate operations to prepare the site for closure. Therefore, the mandatory word "shall" or "must" should replace "may" throughout this paragraph.

    *Revision made*

    d. Waste stream and volume reduction measures: This discussion lacks a detailed breakdown of actions and the corresponding implementation schedule that will be taken by GovGuam.

    *Additional Discussion on waste stream and volume reduction measure will be provided in Action Plan. In a related matter, action on the cessation of green waste to the Dump has been added to the revised Closure REPORT, see section 6.0*

e. Closure conditions and basis for design: The Ordot Dump continues to accept trash on a daily basis, which could affect the basis for design. EPA would like GovGuam to confirm that the basis for the design has not changed since its development and that it adequately addresses the current existing conditions at the site. In addition, the design should address all the comments previously provided to DPW by EPA and Guam EPA.

*An assessment report will be conducted starting in February to address past USPEA/GEPA comments, Value engineering measures and existing conditions. Additional discussion on this matter has been added to the revise Closure REPORT, see section 8.1*

f. As part of preparing the site for closure, GovGuam must provide a detailed list of actions, and associated implementation dates, that are needed to address waste that extends into any public or privately owned land adjacent to the Ordot Dump.

*Waste in publicly owned land includes most of the Ordot Dump, and will be addressed through proper operations and final closure activities. Approximately ¼ of the Ordot dump lies on Lot 3434, which is privately owned. However, there is an ongoing case between the lot owner(s) and Government of Guam.*

2. Page 4 Comments – EPA is concerned about the stability of the final cover on areas of the dump where slopes are 1 (H):1 (V) or steeper. GovGuam should provide an action plan and take any necessary mitigation actions to address steep slopes.

*This concern has been raised in past USEPA/GEPA comments to the previously submitted closure design, and has been answered. The Ordot Dump Assessment report to be provided as part of the re-design of the closure will again consider this concern. Options and/or action regarding he 1:1 slope will be incorporated in the final closure design*

3. Page 6 Comments – How does DPW prevent the disposal of hazardous waste at the Ordot Dump? Does DPW conduct inspections of the vehicles coming to Ordot Dump? What documents are available to show that vehicles are inspected for hazardous waste?

*Additional discussion and required action by DPW has been added to the revised Closure REPORT, see section 6.2.*

4. Page 7 Comments

a. Provide an implementation schedule for acquisition and installation of the scale.

*Scale is presently in operation at the Dump Site.*

b. As mentioned earlier, the 2004 closure design needs to address detailed comments provided by EPA and Guam EPA. Furthermore, the 2004 Closure Design may not take into account the current conditions at the Ordot Dump.

*See response to Item 2 above.*

c. The Closure Report states that the Ordot Dump may not have reached the limits of the closure design. Do recently developed profiles indicate that the filling plan is being followed to prepare the site for closure? If not, GovGuam should provide an action plan to ensure that the filling plan is consistent with the closure design.

*Recent survey data used to develop updated waste profiles indicate that the anticipated 2007 capacity per the previously submitted final closure plan has not been reached. However ,filling requirements presented in the May 2004 Operations Plan have not been implemented. Additional discussion on developing standard operating procedures needed to adhere to filling plan will be developed by DPW and their consultant. Section 6.3 of the revised Closure Report provides additional information on the implementation of a filling plan*

5. Page 8 Comments

a. Closure topography to be used for calculations should be from the top of the waste. In addition, the final cover thickness should be subtracted or the top of the waste should be used throughout the calculations.

*Noted - closure cover will be added to equation presented*

b. GovGuam should confirm that DPW has a final filling plan (approved by Guam EPA) to prepare the Ordot Dump site for closure. GovGuam should also confirm that the approved final filling plan is being properly implemented.

*DPW has a filling plan which has not been approved by GEPA. The reason the filling plan has not been approved appears to be that the design comments related to the filling plan have not been addressed due to DPW contractual issues. In the absence of a GEPA approved filling plan DPW shall adhere to the previously submitted plan. The assessment report and final design modifications may result in a revision of the previously submitted filling plan.*

*Detailed discussions with GEPA will continue in a unified effort to develop a filling plan acceptable to GEPA*

c. Item 6.0 – Replace "may" with "shall."

**Revision Made**

d. Provide confirmation that daily cover is provided and that DPW maintains a sufficient stockpile of daily cover as required by the Operations Plan.

*Cover of existing exposed, non-active faces is ongoing. Daily cover shall be provided. Estimates on quantities have been included in the revised Closure Report. A 75,000 cyd stock pile has been identified as the current source for soil cover*

e. Item 7.0 – Provide a list of actions and an associated implementation schedule to ensure that recycling initiatives are less sporadic and more sustainable.

*Information on waste stream reduction measures (to include recycling) will be provided in the Action Plan.*

6. Page 9 Comments – Provide more details to address any negative impacts on the closure design due to deep compaction or any other air-space improvement strategies. The negative impacts to the closure design should be assessed while analyzing the available options.

*Additional discussion on waste volume reduction measures (to include deep compaction) will be provided in the Action Plan. Impacts to the Final Closure Design resulting from any implemented volume reduction measures by DPW will be determined after completion of the Ordot Dump Assessment Report.*

7. Page 10 Comments

a. GovGuam should confirm that estimates of the landfill gas ("LFG") generation rates for the Ordot Dump site are available and that data is being collected to prepare the site for closure. If DPW has not collected such data, GovGuam should provide an action plan with an implementation schedule to address this issue.

*Estimate for landfill gas (LFG) have been conducted and are presented in 2004 Design Documents under Volume II of the Environmental Baseline Study. The previously submitted closure design includes measures to address LFG such as, LFG wells and flair stack to account for the LFG generation during post closure of LFG.*

*In addition Ordot Dump operators will be equipped with potable gas monitors which will be used to monitor for high levels of LFG (methane). Section 6.6 of the revised Closure Report provides additional information on this topic.*

b. GovGuam should identify any additional infrastructure/facilities that will be needed for closure of the Ordot Dump. If the identified items can be developed now, provide an action plan and an associated implementation schedule for their development.

*Offsite infrastructure will be required for the proper disposal of collected leachate. DPW has authorized the design of this offsite site infrastructure as part of the recent closure design contract amendment.*

c. GovGuam should obtain additional data needed to prepare the site for closure. For example, settlement monuments could be installed now to understand the settling rates.

*Comment noted. Additional data obtained by the recently installed scale will provide useful information for both closure design and new landfill design. The comment regarding settlement monitoring will be considered in the Ordot Dump Assessment report.*

8.     Page 11 Comments – EPA believes that the Closure Report should include an action item and a schedule for design and installation of the necessary perimeter roads.

*Perimeter roads during final filling operations have been considered and will be included in the Filling Plan SOP. The closure design submitted in 2004 included perimeter and access roads. The installation of these roads will be deferred until closure Construction Phase, as the final filling plan may change depending on the results of the Ordot Dump Assessment Report*

9.     Page 20 Comments – GovGuam should confirm that the groundwater monitoring plan approved by Guam EPA is being implemented, and should provide data obtained from the groundwater monitoring plan. If DPW has not collected such date, GovGuam should provide an action plan with an implementation schedule to address the issue.

*A ground water monitor plan was submitted as part of the May 2004 Operations plan. This monitoring plan will be revised to address GEPA's permit conditions. DPW has already developed a scope of work and action items required to address the GEPA permit conditions*

*and has recently authorized the performance of this work. See Section 6.7 of the revised Closure Report for additional information*

## C. General Comments

DPW did not comply with the permit conditions imposed by Guam EPA for the Ordot Dump. Many of these conditions were directly related to proper operation of the Ordot Dump and to preparation of the site for closure. Therefore, GovGuam should provide an action plan and an associated implementation schedule to address permit conditions that are relevant for closure. In particular, DPW should take the following actions to prepare the site for closure:

1.  Develop and submit to Guam EPA for approval a final filling plan to prepare the site for closure;

    *Noted, see response above*

2.  Hire a manager for the Ordot Dump that has been certified as a Manager of Landfill Operations by the Solid Waste Association of North America ("SWANA");

    *DPW has been actively recruiting SWANA and/or MOLO certified personnel. However, it has proved difficult to secure such certified personnel on Guam. DPW will continue to recruit and will expand their recruiting to technical consultants.*

3.  Finalize the basis of design;

    *Basis of design will be finalized pending the outcome of the Ordot Dump Assessment Report*

4.  Provide daily cover;

    *See response above*

5.  Ensure that proper equipment is available for operation (e.g., compaction equipment);

    *DPW*

6.  Implement vector control measures; and

*The use of Daily cover will be implemented for Vector control, see Section 6.4 of the revised Closure Report*

7.    Collect critical data and develop the necessary documents required to prepare the site for closure.

   *DPW will begin logging daily waste stream information. Additional data for closure will be collected during the remedial investigation process scheduled to begin in February.*


# GUAM ENVIRONMENTAL PROTECTION AGENCY

## AHENSIAN PRUTEKSION LINA'LA GUAHAN



P.O. Box 22439 GMF • BARRIGADA, GUAM 96921 • TEL: 475-1658/9 • FAX: 477-9402

JAN 1 4 2008

Mr. Lawrence Perez
Director
Department of Public Works
542 North Marine Corps Drive
Tamuning, Guam 96913

RECEIVED
JAN 1 4 2008
2:45pm
ATTORNEY GENERAL'S OFFICE

RE:   **Comments on the Ordot Dump Closure Report**

Dear Mr. Perez,

In accordance with Item 6.C of the **Order Re: Conditions To Enforce Consent Decree** (hereinafter referred to as "ORDER") (Civil Case No. 02-00022) issued by the Chief Judge, Frances M. Tydingco-Gatewood on December 14, 2007, the Guam Environmental Protection Agency (hereinafter referred to as "Guam EPA") has reviewed and provides the following comments on the submitted **Revised 2008 Closure Plan** (hereinafter referred to as "PLAN" for the Ordot Dump dated January 2008.

Please be advised that detail discussion on the following comments were made during meetings with Guam EPA, Department of Public Works (DPW), and Duenas, Bordallo, Camacho & Associates (DBC&A) on January 10, 2008 and with US EPA, Guam EPA, DPW, and DBC&A via conference call on January 11, 2008.

## I.   General Comments:

1)   On November 23, 2005, the Guam EPA issued a **Notice of Violation, Order of Compliance, and Administrative Penalty Order (NOV/OC & APO) (SW 106-A001)** for the improper management of Ordot Dump addressing the need to provide daily cover at the end of each operating day on the entire working face and to other areas where solid waste were still exposed within the facility **(APPENDIX A)**. In addition, the NOV/OC & APO addresses the issue of providing proper safety equipments for facility operators.

2)   On December 14, 2005, the Guam EPA issued a **Solid Waste Disposal Facility Permit for Ordot Dump, Permit No. 05-006LFL** ( hereinafter referred to as "PERMIT") as required by Item 8.e of the Consent Decree (hereinafter referred to as "CD") for the Ordot Dump **(APPENDIX B)**. At the time of PERMIT issuance, the application and supporting documents were not technically adequate to ensure compliance with Guam's Solid Waste Disposal Rules and Regulations and meet current industry standards for

*"ALL LIVING THINGS OF THE EARTH ARE ONE"*

landfill operation, closure design, and post-closure maintenance and monitoring. Therefore, the PERMIT included conditions that will bring its operations, closure, and post closure designs, construction, and activities into compliance. Timeframes were established on most of these conditions to ensure compliance with the timeframes established within the CD. These timeframes were summarized and included as Appendix D and Appendix E of the PERMIT. As a result of the noncompliance of the Compliance Schedule of Document Submittal (Attachment D of the PERMIT), Guam EPA issued a **Notice of Violation, Order of Compliance, and Administrative Penalty Order (NOV/OC & APO) (SW-107-A003)** on December 12, 2006 **(APPENDIX C)**. Therefore, Guam EPA emphasizes that DPW incorporates the conditions of the PERMIT and provides a timeframe for compliance into the **Ordot Dump Closure Report** required by the ORDER. If DPW feels that a waiver is appropriate for any of the conditions identified in the permit, then Guam EPA requires DPW to petition or request such a waiver within 10 working days upon receipt of this letter.

3) The above PERMIT for Ordot Dump's operations toward closure had expired in September 23, 2007, and the closure activities had expired in October 23, 2007. These expiration dates were in line with the Consent Decree dates. To date, the DPW has not officially notified Guam EPA of its intention for continuance operation and/or a request for extension. Therefore, Guam EPA requests that DPW submits a status report and it intentions towards the operation of the dump.

4) The **Revised 2008 Closure Plan** submitted to the courts on January 14, 2008 does not clearly report the status of current activities and list details of required actions of the Ordot Dump's operations, closure, and post-closure activities that are needed to prepare the Ordot Dump site for closure and a schedule that corresponds to the implementation and completion of each action. In fact, the PLAN submitted is a revision to the **100% Submittal, Ordot Dump, Ordot-Chalan Pago, Guam, Closure Plan** dated July 2005 **(APPENDIX D)**. This document was a part of the overall supporting documents to DPW's permit application for the above PERMIT. As noted in *Part III.A. SPECIAL CLOSURE DESIGN AND CONSTRUCTION REQUIREMENTS* of the PERMIT, the Closure Design Report (July 2005) and Closure Plan was **not** to be implemented until the Administrator provides written approval of the Closure Plan. This approval was based on the need for these documents to be updated and revised to include information necessary to ascertain and/or mitigate engineering and environmental impacts of the current design. Therefore, Guam EPA recommends that DPW coordinates with the DBC&A Project Team to resubmit the required **Ordot Dump Closure Report** addressing the following:

A. **Operations Towards Closure:**
   1) Immediate implementation of the activities listed in the **Order of Compliance of the NOV/OC & APO (SW-106-A001)** dated November 23, 2005.

   2) Implementation of outstanding activities of *Part II. OPERATIONS TOWARDS CLOSURE* of the PERMIT, *Appendix A, Operations Plan*, and its Permit Attachments, if applicable, and if it has been determined that air space for

additional waste is still available as it is currently established in the current closure design. Priorities shall be made on the following:

    i.)    Immediate implementation of a large scale recycling/waste diversion (green waste, paper, cardboard, wood, aluminum, etc) to reduce waste inputs to the dump (Part II.A.2). *See also comments provided below in item II.2.b.*

    ii.)    Implementation of an efficient and effective waste placement and lift development operation ((Part II.A.6)

    iii.)    Implementation of other operational conditions needed to prevent immediate impact to public health and the environment such as soil covering, personnel safety equipments, vector control, etc.

3)    Should DPW feel that its current resources and expertise are not able to meet the demands of these activities, they should outline the process of procurement of services necessary to implement the above activities.

**B.**    **Closure Design & Construction:**
1)    Implementation of *Part III. CLOSURE DESIGN AND CONSTRUCTION* of the PERMIT, and applicable recommendations made in the **Value Engineering Report, Ordot Dump Closure, Guam** dated December 2005 to ensure that a closure design will be approved and implemented **(APPENDIX E).**

2)    Implementation of parts of the **Revised 2008 Closure Plan** activities that may have no impact to a final approved closure design.

3)    Implementation of the remedial investigation activities necessary to be incorporated in Post-Closure Monitoring & Maintenance activities.

4)    Should DPW feel that its current resources and expertise are not able to meet the demands of these activities, they should outline the process of procurement of services necessary to implement the above activities.

**C.**    **Post-Closure Monitoring & Maintenance:**
1)    Implementation of *Part IV. POST CLOSURE CARE AND MAINTENANCE* of the PERMIT, and applicable recommendations made in the **Value Engineering Report, Ordot Dump Closure, Guam** dated December 2005 to ensure that a closure design will be approved and implemented.

2)    Should DPW feel that its current resources and expertise are not able to meet the demands of these activities, they should outline the process of procurement of services necessary to implement the above activities.

## II.  Comments on the Revised 2008 Closure Plan:

As noted above, the **Revised 2008 Closure Plan** was a revision to the **100% Submittal, Ordot Dump, Ordot-Chalan Pago, Guam, Closure Plan (July 2005)** to include the following sections:
4.0   Temporary Scale
5.0   Additional Waste Stream
6.0   Ongoing Closure Practices
7.0   Waste Stream and Volume Reduction

Comments and response to other sections of the 90% design submittal Closure Plan and Post-Closure Plan were provided in the **100% Submittal – Ordot Dump, Ordot-Chalan Pago, Response To Pre-Final Documents (July 2005)** (APPENDIX F). Furthermore, the December 2005 Value Engineering Report has provided recommendation to the 100% submittals and were not address or included in this January 2008 revision. Therefore, the following comments will only address the above listed sections.

1)   In addition to some spelling and grammatical errors, references to other sections of this revised plan in the unrevised portion of the 100% design submittal may not be applicable due to the change in the numbering of sections.

2)   **Temporary Scale:**
     Provide information on the need for the temporary scale, how the information collected is to be used during the continual operation and finalization of the closure and post-closure designs and plan, personnel/contract responsible to operate the scale and for how long, training of scale operators, and on the acquisition and installation of scale.

3)   **Additional Waste Stream:**
     a)    Provide information on how a "33-month time" was determined and how the amount of additional waste generated may impact the operation of the Ordot Dump and available air space. Is the 33-month time of waste generated going to impact the current 2004 proposed design and a redesign will be conducted? Or is the 33-month time of waste generated to be used to determine how much has to be diverted to other solid waste facilities such as recycling, composting, etc.

     b)    Please note that the referenced 2004 Closure Design has not been approved by Guam EPA per the PERMIT issued, and recommendations of the Value Engineering Report has not been reviewed, approved, and incorporated into a Guam EPA / USEPA approved Final Closure Design. Therefore, in determining the available airspace, ensure that an adequate amount of additional space for the most conservative design approval is included. Ensure that the top of the waste pile of the January 2008 survey to the top of the waste pile of the current, or most conservative approved design, is used to calculate the available air space.

c)    The 2004 filling plan referenced required to be updated to address the conditions of the PERMIT. Provide information as to how the referenced 2004 filling plan will be revised and who will be responsible to ensure that the final approved filling plan will be implemented. Appendix E reference a drawing of the filling plan, please provide a write-up as to how this filling plan is to be implemented and enforced.

4)    **On-going Closure Practices:**
a)    In the first paragraph, "may" should be replaced with "shall".

b)    In addition to the listed practices, references shall be made to also implement activities required of the Guam EPA revised *Operations Plan, Appendix A* of the PERMIT and its permit attachment.

c)    How many days of daily cover will the 75,000 cubic yards of Guam International Airport soil last? Does this apply to intermediate cover needed to address existing areas of exposed waste located on slopes, benches, and in-active locations of the dump? What are other sources of daily and intermediate cover and what are the estimated volume of cover material can be produced from these sources? What are DPW's contingency plans to address potential lack of cover material throughout the continued operation of the dump?

d)    To ensure compliance with operations, what resources, personnel and equipments will be utilized?

5)    **Waste Stream and Volume Reduction:**
a)    Should the title of the section be "Waste Diversion and Volume Reduction"?

b)    In addition to comments provided above in Item I.4.A.2.i., describe and provide information of on-going efforts to divert waste from the Ordot Dump, reduce waste generation, and volume reduction. What actions will be necessary to implement the **Guam 2006 Integrated Solid Waste Management Plan,** and ensure recycling initiatives are continuous and sustainable **(APPENDIX G)**?

c)    Describe the options to increase compaction, how in-situ waste density is to be evaluated, and how the selected option will be implemented if deemed feasible.

Should you have any questions, or required additional information, please contact Ms. Barbara Torres, Solid Waste Program Manager or myself at 475-1651 or 475-1622, respectively.

**LORILEE T. CRISOSTOMO**
**Administrator**

Appendices:

<u>**Response to GEPA Comments Received on January 14, 2008**</u>

**I.**    <u>**General Comments:**</u>

**1)**    On November 23, 2005, the Guam EPA issued a <u>**Notice of Violation, Order of Compliance, and Administrative Penalty Order (NOV/OC & APO) (SW 106-A001)**</u> for the improper management of Ordot Dump addressing the need to provide daily cover at the end of each operating day on the entire working face and to other areas where solid waste were still exposed within the facility **(APPENDIX A)**. In addition, the NOV/OC & APO addresses the issue of providing proper safety equipments for facility operators.

> *Soil Cover over Non-active faces is presently ongoing. Daily cover will be conducted see section 6.4 of the revised Closure Report.*

**2)**    On December 14, 2005, the Guam EPA issued a <u>**Solid Waste Disposal Facility Permit for Ordot Dump, Permit No. 05-006LFL**</u> ( hereinafter referred to as "PERMIT") as required by Item 8.e of the Consent Decree (hereinafter referred to as "CD") for the Ordot Dump **(APPENDIX B)**. At the time of PERMIT issuance, the application and supporting documents were not technically adequate to ensure compliance with Guam's Solid Waste Disposal Rules and Regulations and meet current industry standards for landfill operation, closure design, and post-closure maintenance and monitoring. Therefore, the PERMIT included conditions that will bring its operations, closure, and post closure designs, construction, and activities into compliance. Timeframes were established on most of these conditions to ensure compliance with the timeframes established within the CD. These timeframes were summarized and included as Appendix D and Appendix E of the PERMIT. As a result of the noncompliance of the Compliance Schedule of Document Submittal (Attachment D of the PERMIT), Guam EPA issued a <u>**Notice of Violation, Order of Compliance, and Administrative Penalty Order (NOV/OC & APO) (SW-107-A003)**</u> on December 12, 2006 **(APPENDIX C)**. Therefore, Guam EPA emphasizes that DPW incorporates the conditions of the PERMIT and provides a timeframe for compliance into the <u>**Ordot Dump Closure Report**</u> required by the ORDER. If DPW feels that a waiver is appropriate for any of the conditions identified in the permit, then Guam EPA requires DPW to petition or request such a waiver within 10 working days upon receipt of this letter.

> *Required Action listed in Section II of the now expired GEPA permit will be implemented. Sections 4.0 and 6.0 of the revised Closure Report provides additional information on these actions. The Ordot Dump Assessment report will be conducted to assess the conditions in the expired permit and identify how these conditions may be implemented in the Final Closure Design. Additional discussion and coordination with GEPA will be performed to assure that ALL permit conditions are met.*

**3)** The above PERMIT for Ordot Dump's operations toward closure had expired in September 23, 2007, and the closure activities had expired in October 23, 2007. These expiration dates were in line with the Consent Decree dates. To date, the DPW has not officially notified Guam EPA of its intention for continuance operation and/or a request for extension. Therefore, Guam EPA requests that DPW submits a status report and it intentions towards the operation of the dump.

*DPW will apply for an extension of the PERMIT*

**4)** The **Revised 2008 Closure Plan** submitted to the courts on January 14, 2008 does not clearly report the status of current activities and list details of required actions of the Ordot Dump's operations, closure, and post-closure activities that are needed to prepare the Ordot Dump site for closure and a schedule that corresponds to the implementation and completion of each action. In fact, the PLAN submitted is a revision to the **100% Submittal, Ordot Dump, Ordot-Chalan Pago, Guam, Closure Plan** dated July 2005 **(APPENDIX D).** This document was a part of the overall supporting documents to DPW's permit application for the above PERMIT. As noted in *Part III.A. SPECIAL CLOSURE DESIGN AND CONSTRUCTION REQUIREMENTS* of the PERMIT, the Closure Design Report (July 2005) and Closure Plan was **not** to be implemented until the Administrator provides written approval of the Closure Plan. This approval was based on the need for these documents to be updated and revised to include information necessary to ascertain and/or mitigate engineering and environmental impacts of the current design. Therefore, Guam EPA recommends that DPW coordinates with the DBC&A Project Team to resubmit the required **Ordot Dump Closure Report** addressing the following:

**A.    Operations Towards Closure:**
1)    Immediate implementation of the activities listed in the **Order of Compliance of the NOV/OC & APO (SW-106-A001)** dated November 23, 2005.

*Items 1 through 3 shall be implemented immediately; see sections 6.3 and 6.4 of the revised Closure Report. Item 4 to 5 will be addressed by DPW on February 1.*

2)    Implementation of outstanding activities of *Part II. OPERATIONS TOWARDS CLOSURE* of the PERMIT, *Appendix A, Operations Plan,* and its Permit Attachments, if applicable, and if it has been determined that air space for additional waste is still available as it is currently established in the current closure design. Priorities shall be made on the following:
i.)    Immediate implementation of a large scale recycling/waste diversion (green waste, paper, cardboard, wood, aluminum, etc) to reduce waste inputs to the dump (Part II.A.2). *See also comments provided below in item II.2.b.*

ii.) Implementation of an efficient and effective waste placement and lift development operation ((Part II.A.6)

iii.) Implementation of other operational conditions needed to prevent immediate impact to public health and the environment such as soil covering, personnel safety equipments, vector control, etc.

*See section 6.0 of the revised Closure Report for information on the action(s) and timeframe of the required activities listed in Part II of the Permit*

3) Should DPW feel that its current resources and expertise are not able to meet the demands of these activities, they should outline the process of procurement of services necessary to implement the above activities.

*Noted*

**B.     Closure Design & Construction:**
1) Implementation of *Part III. CLOSURE DESIGN AND CONSTRUCTION* of the PERMIT, and applicable recommendations made in the **Value Engineering Report, Ordot Dump Closure, Guam** dated December 2005 to ensure that a closure design will be approved and implemented **(APPENDIX E).**

2) Implementation of parts of the **Revised 2008 Closure Plan** activities that may have no impact to a final approved closure design.

3) Implementation of the remedial investigation activities necessary to be incorporated in Post-Closure Monitoring & Maintenance activities.

4) Should DPW feel that its current resources and expertise are not able to meet the demands of these activities, they should outline the process of procurement of services necessary to implement the above activities.

*Revisions to the final closure design and construction based on outstanding USEPA comments, Value Engineering measures and recent revised Closure Report will be considered in the Ordot Dump Assessment Report. Remediation Investigation activities will begin in February. See section 8.1 of the revised Closure Report*

**C.     Post-Closure Monitoring & Maintenance:**
1) Implementation of *Part IV.    POST CLOSURE CARE AND MAINTENANCE* of the PERMIT, and applicable recommendations made in the **Value Engineering Report, Ordot Dump Closure, Guam** dated December 2005 to ensure that a closure design will be approved and implemented.

2)       Should DPW feel that its current resources and expertise are not able to meet the demands of these activities, they should outline the process of procurement of services necessary to implement the above activities.

*Revised information on Post-Closure Care will be provided upon completion of the Final Design*

## II.      Comments on the Revised 2008 Closure Plan:

As noted above, the **Revised 2008 Closure Plan** was a revision to the **100% Submittal, Ordot Dump, Ordot-Chalan Pago, Guam, Closure Plan (July 2005)** to include the following sections:
4.0      Temporary Scale
5.0      Additional Waste Stream
6.0      Ongoing Closure Practices
7.0      Waste Stream and Volume Reduction

Comments and response to other sections of the 90% design submittal Closure Plan and Post-Closure Plan were provided in the **100% Submittal – Ordot Dump, Ordot-Chalan Pago, Response To Pre-Final Documents (July 2005) (APPENDIX F)**. Furthermore, the December 2005 Value Engineering Report has provided recommendation to the 100% submittals and were not address or included in this January 2008 revision. Therefore, the following comments will only address the above listed sections.

1)       In addition to some spelling and grammatical errors, references to other sections of this revised plan in the unrevised portion of the 100% design submittal may not be applicable due to the change in the numbering of sections.

*Noted, Final Report will be cross checked. An additional section has been added to Section 8.0 of the REPORT to clarify the Basis on Design. Information presented in the section 8.0 is still applicable, but may be revised pending the outcome of the Ordot Dump Assessment Report. With regard to the Value Engineering recommendations, DPW has recently authorized a contract amendment for the final closure design to evaluate and examine the value engineering measures proposed to determine their feasibility for incorporation into the final closure design. This work will commence in February.*

2)       **Temporary Scale:**
Provide information on the need for the temporary scale, how the information collected is to be used during the continual operation and finalization of the closure and post-closure designs and plan, personnel/contract responsible to operate the scale and for how long, training of scale operators, and on the acquisition and installation of scale.

Page 4 of 7

Case 1:02-cv-00022    Document 203    Filed 01/17/2008    Page 26 of 29

*Information collected from the scale will be used to ascertain the daily waste stream (in tons/day). A compaction test will also be conducted to determine in situ densities of waste. A revised daily log form will be used by operators. A sample of the Daily log form is provided in AppendixG of the Report*

3)  **Additional Waste Stream:**
    a)  Provide information on how a "33-month time" was determined and how the amount of additional waste generated may impact the operation of the Ordot Dump and available air space. Is the 33-month time of waste generated going to impact the current 2004 proposed design and a redesign will be conducted? Or is the 33-month time of waste generated to be used to determine how much has to be diverted to other solid waste facilities such as recycling, composting, etc.

    *Section removed see response to USEPA comment.*

    b)  Please note that the referenced 2004 Closure Design has not been approved by Guam EPA per the PERMIT issued, and recommendations of the Value Engineering Report has not been reviewed, approved, and incorporated into a Guam EPA / USEPA approved Final Closure Design. Therefore, in determining the available airspace, ensure that an adequate amount of additional space for the most conservative design approval is included. Ensure that the top of the waste pile of the January 2008 survey to the top of the waste pile of the current, or most conservative approved design, is used to calculate the available air space.

    *The Ordot Dump Assessment Report has not been completed at this time, no other design cap is available. As a result the 2004 closure cap will be used. However, should any revisions to the final design in the Assessment report and/or action plan be identified, the volume will be adjusted accordingly. GEPA will be advised should a revision be made*

    c)  The 2004 filling plan referenced required to be updated to address the conditions of the PERMIT. Provide information as to how the referenced 2004 filling plan will be revised and who will be responsible to ensure that the final approved filling plan will be implemented. Appendix E reference a drawing of the filling plan, please provide a write-up as to how this filling plan is to be implemented and enforced.

    *Section 6.3 of the revised Closure Report provides information on the development of Standard Operating Procedures for filling*

4)  **On-going Closure Practices:**
    a)  In the first paragraph, "may" should be replaced with "shall".

*Noted*

b)      In addition to the listed practices, references shall be made to also implement activities required of the Guam EPA revised *Operations Plan, Appendix A* of the PERMIT and its permit attachment.

*Section 6.0 has been revised to account for the requirements listed under Part II of the PERMIT. DPW will cpmply with the requirements of the Operations Plan and Permit Conditions.*

c)      How many days of daily cover will the 75,000 cubic yards of Guam International Airport soil last? Does this apply to intermediate cover needed to address existing areas of exposed waste located on slopes, benches, and in-active locations of the dump? What are other sources of daily and intermediate cover and what are the estimated volume of cover material can be produced from these sources? What are DPW's contingency plans to address potential lack of cover material throughout the continued operation of the dump?

*See section 6.4 of the revised Closure Report.*

d)      To ensure compliance with operations, what resources, personnel and equipments will be utilized?

*DPW has secured soil and has contracted with private haulers to transport the soil to the Dump.*

5)  **Waste Stream and Volume Reduction**:
    a)      Should the title of the section be "Waste Diversion and Volume Reduction"?

*Waste Stream will be revised to Waste Diversion*

b)      In addition to comments provided above in Item I.4.A.2.i., describe and provide information of on-going efforts to divert waste from the Ordot Dump, reduce waste generation, and volume reduction. What actions will be necessary to implement the **Guam 2006 Integrated Solid Waste Management Plan,** and ensure recycling initiatives are continuous and sustainable **(APPENDIX G)**?

*The Action Report (separate Cover) will provide additional information on Waste Stream Diversion and Volume Reduction Measures.*

c) Describe the options to increase compaction, how in-situ waste density is to be evaluated, and how the selected option will be implemented if deemed feasible.

*The Action report (separate Cover) will provide additional information on Waste Stream and Volume Reduction Measure.*

# ORDOT DUMP
# ORDOT-CHALAN PAGO, GUAM

# Final 2008 Closure Report

*Prepared for*
Department of Public Works, Government of Guam
542 North Marine Drive
Tamuning, Guam 96911

January 2008

*Prepared by*
Dueñas, Bordallo, Camacho & Associates Project Team (Dueñas, Bordallo, Camacho & Associates, Inc. and URS Corporation)

238 E. Marine Corps Dr. Suite 201 Diamond Plaza
Hagatna, Guam 96910
(671) 477-7991

## TABLE OF CONTENTS

**SECTION**                                                             **PAGE**

**1.0    INTRODUCTION                                                      1**

    1.1    INTENT ....................................................................................................1
    1.2    BACKGROUND..........................................................................................2

**2.0    SITE CHARACTERISTICS                                              4**

    2.1    CLIMATE...................................................................................................4
    2.2    VEGETATION ...........................................................................................4
    2.3    TOPOGRAPHY..........................................................................................4
    2.4    GEOLOGY .................................................................................................5
    2.5    SOILS.........................................................................................................5
    2.6    HYDROGEOLOGY ....................................................................................5

**3.0    WASTE CHARACTERISTICS                                             6**

    3.1    GENERAL...................................................................................................6
    3.2    SERVICE AREA.........................................................................................6
    3.3    WASTE PROPERTIES ...............................................................................6
        3.3.1   DENSITY.......................................................................................6
        3.3.2   INCOMING WASTE QUANTITIES.......................................................7

**4.0    Scale                                                             7**

**5.0    Additional Waste Stream                                           7**

**6.0    Ongoing Closure Practices                                         8**

    6.1    STORM WATER POLLUTION PREVENTION (SWPP) ......................................8
    6.2    SOLID WASTE ACCEPTED ............................................................................8
    6.3    FILLING PLAN .........................................................................................9
    6.4    DAILY SOIL COVER ................................................................................10
    6.5    LEACHATE MANAGEMENT ....................................................................11
    6.6    EXPLOSIVE GAS CONTROL ...................................................................11
    6.7    GROUNDWATER MONITORING...............................................................11
    6.8    RECORD KEEPING ..................................................................................11

**7.0    Waste Stream DIVERSION and Volume Reduction                      12**

**8.0    CLOSURE DESIGN                                                   12**

    8.1    DUMP ASSESSMENT REPORT ..................................................................12
    8.2    ELEMENTS OF THE CLOSURE DESIGN ....................................................13
    8.3    FINAL GRADING ....................................................................................14
        8.3.1   DECK............................................................................................14
        8.3.2   COVER SIDESLOPES.....................................................................14
        8.3.3   GENERAL REQUIREMENTS FOR ACCESS ROADS .........................14
    8.4    COVER SYSTEM .....................................................................................15
        8.4.1   FINAL COVER SYSTEM................................................................16
        8.4.2   COVER SYSTEM DESIGN CRITERIA..............................................16
    8.5    SURFACE WATER MANAGEMENT ..........................................................19
        8.5.1   GENERAL DESIGN CRITERIA ......................................................19
        8.5.2   SPECIFIC DESIGN CRITERIA.......................................................19

|       | 8.6 | EROSION AND SEDIMENTATION CONTROL | 21 |
|       |     | 8.6.1 GENERAL DESIGN CRITERIA | 21 |
|       |     | 8.6.2 SPECIFIC DESIGN CRITERIA | 21 |
|       | 8.7 | LEACHATE SYSTEM | 22 |
|       | 8.8 | LANDFILL GAS SYSTEM | 22 |
|       |     | 8.8.1 GENERAL DESIGN CRITERIA | 22 |
|       | 8.9 | GROUNDWATER MONITORING SYSTEM | 23 |

**9.0   ADMINISTRATION REQUIREMENTS                                                   23**

|       | 9.1 | CLOSURE PROCEDURES | 23 |
|       | 9.2 | HEALTH AND SAFETY | 24 |
|       | 9.3 | QUALITY ASSURANCE/QUALITY CONTROL | 25 |
|       | 9.4 | CERTIFICATION OF CLOSURE | 25 |
|       | 9.5 | POST-CLOSURE MAINTENANCE | 25 |

**10.0   REFERENCES                                                                           26**

## LIST OF FIGURES

**PAGE**

FIGURE 1-1: VICINITY MAP .......................................................................................................... 2

## LIST OF APPENDICES

APPENDIX A: Title 22, Division 4, Chapter 23, Article 6 (§23601) of the Rules and Regulations for the Guam Environmental Protection Agency (GEPA) Solid Waste Disposal

APPENDIX B: Design Sheet References

APPENDIX C: Revised Closure Schedule and GEPA Compliance Schedule

APPENDIX D: Conditions to Enforce Consent Decree

APPENDIX E: Sub-Base Soil Cover

APPENDIX F: Filling Plan

APPENDIX G: Reporting Forms

## LIST OF EXHIBITS

Exhibit 1    SWPP Measures
Exhibit 2    January 2008 Ordot Dump Profiles

# 1.0 INTRODUCTION

## 1.1 INTENT

This document presents the Closure Report for the Ordot Dump (the Dump) as required by Court Order (document 177-2) for case CV 02-00022. The Closure Report was based in part on the Closure Plan previously submitted as part of the design of the closure of the Dump and prepared in accordance with Title 22, Division 4, Chapter 23, Article 6 (§23601) of the Rules and Regulations for the Guam Environmental Protection Agency (GEPA) Solid Waste Disposal (Appendix A) and Part IV of the Solid Waste Management Facility Permit Application, Landfill, at the request of the Government of Guam, Department of Public Works (DPW).

This Closure Report lists actions "that are needed to prepare the Dump site for closure." This report takes into consideration the actions and requirements needed to achieve final closure, and, in response to input from GEPA and EPA, addressess several issues which are required for compliance with previously issued permit conditions and regulatory compliance during the period leading up to cessation of waste placement and actual closure operations. Some of these issues include actions aimed at extending the remaining capacity of the Ordot Dump (as determined by the previously submitted closure design). However, the discussion presented here is intended to identify applicable concepts for analysis and evaluation as part of DPW's effort to develop the Action Report required by Court Order. The following are presented as general actions required of DPW and the Government of Guam to address the intent of the Court Order for which this plan was prepared:

1. *Installation of scale.* A truck scale to measure incoming loads and outgoing equipment weights shall be installed at the Ordot Dump site and will be operated by DPW Solid waste personnel. Results from the use of this scale will be utilized by engineers to ascertain critical waste stream data for the purposes of refining design conditions and estimates of remaining useful life of the facility. The installation of the scale will also satisfy some of the permit conditions imposed by the GEPA.

2. *Improve ongoing closure practices.* The Operators (DPW) shall incorporate operations which will achieve compliance with previously issued permit conditions and accomodate the ultimate closure of the Ordot Dump through proper waste placement in accordance with the proposed filling plan. These operations shall also include storm water pollution prevention measures and placement of soil cover over waste areas that are no longer actively used.

3. *Identify and implement waste stream and volume reduction measures.* A feasibility matrix outlining waste stream and volume reduction measures will be presented. This matrix will be the starting point for an Action Plan which will ultimately project the remaining airspace (capacity) at the Ordot Dump based on the 2004 closure design, design basis and waste stream information obtained from Item 1 above. The matrix will also identify key components available for solid waste management which will be used in reducing the waste stream and volume.

4. *Update closure conditions and basis for design.* In order to properly prepare for closure, and execute ongoing operations at the Dump leading up to the final closure activities, the previously submitted design for closure (based on a 2007 closure date) will need to be revised. DPW has issued a contract amendment for the design tasks and supporting activities needed to accomplish this revision. The work will also include the assessment of existing conditions as they relate to

the final closure design, in order to guide subsequent design revisions, as well as the examination of previously proposed value engineering measures to reduce the overall cost of closure. However, it is anticipated that the overall basis of design for the closure cap and system will follow those systems previously submitted by DPW to the USEPA/GEPA as required under the 2003 Consent Decree. DPW will ensure the final closure design takes into consideration any unresolved GEPA and EPA comments to the design that remain relevant to the re-design.

## 1.2    BACKGROUND

The starting date for the use of the site as a dump is not documented, but it is known that the Ordot Dump was in use during World War II. The Dump was used as a disposal area by the Japanese during the Japanese occupation of Guam from December 8, 1941 to July 21, 1944 (Juan C. Tenorio & Associates, Inc. 1993). Following the liberation of Guam, the U.S. Navy continued to use the site as a disposal area. Ownership of the Ordot Dump was transferred from the United States Naval Government of Guam to the Government of Guam in 1950 under the Organic Act. Since then, the Government of Guam, specifically the DPW, has been operating the Ordot Dump as a municipal solid waste disposal facility.

The Dump is located approximately 2.5 miles south of Guam's capital, Hagatna, and about 1 mile west of the Route 4-Dero Drive intersection (Figure 1-1). The area surrounding the Dump has dense brush with scattered residences. The nearest residences are approximately 200 feet from the Dump. The Dump is situated in a ravine that is a tributary to the Lonfit River, located approximately 500 feet to the south of the site.

The Dump occupies and borders Government of Guam property along its northeastern, eastern, southern, and southwestern boundary lines. The northern and western limits of the Dump border public land in the form of a road (Dero Drive) and privately-owned land, respectively.

The Dump waste footprint area has been estimated to be 46.8 acres, based on the 2004 limits of waste delineation performed by Dueñas & Associates, Inc. and projected filling footprint per the Operations Plan (Dueñas & Associates Project Team (DPT, 2005a). This waste footprint area will be reduced to approximately 45.8-acres during closure construction as waste will be relocated from the western edge of the Dump and consolidated behind a mechanically stabilized earth (MSE) wall (DPT, 2005b). The precise limits of waste will be defined as a part of the Dump closure construction. The final waste volume of the Dump at the time of closure will be approximately 4.4 million cubic yards (DPT, 2005a).

The Dump is an unlined disposal facility and has few to no control systems to manage landfill gas, leachate, surface water, erosion and sedimentation, or vectors.

Figure 1-1: Vicinity Map

## 2.0 SITE CHARACTERISTICS

### 2.1    CLIMATE

Guam has a tropical marine climate, which is primarily warm and humid throughout the year. The mean annual temperature is 81.2° F (27.3° C); the average maximum temperature is highest during the month of June (87.0° F, 30.6° C); and the average minimum temperature is lowest during the month of February (74.5° F, 23.6° C) (DPT, 2005c). Guam has northeasterly to easterly prevailing trade winds that are generally strongest during the dry season. During the wet season the wind pattern eddies and may develop into westward moving typhoons and tropical storms. One of the most damaging typhoons to ever strike Guam was Typhoon Karen, which passed over the southern part of the island in 1962. Wind gusts were estimated near 185 miles per hour (mph). During the time the Dump has been operational, Guam has suffered numerous typhoons and super-typhoons with recorded wind speeds of over 200 mph. Many of these storms have contributed to the significant waste generation and adverse conditions found at the Dump. This and other waste generation aspects are addressed in the Operations Plan (DPT, 2005a).

The wet season is from August through October. During the wet season, Guam receives 50% of its annual average 101-inch rainfall (National Climate Data Center, 2004). The dry season (December through June) experiences 30% of the annual rainfall. The remaining 20% of annual rainfall occurs during the transitional months of July and November.

### 2.2    VEGETATION

The following plant communities were identified at the Ordot Dump and its surroundings during pedestrian surveys by field biologists: disturbed vegetation, wetlands, savanna, and riparian forest. Generally, disturbed vegetation occurs within areas filled with waste. Savanna and riparian vegetation occur outside of the dump footprint and are likely indicators of the original plant community. Wetland vegetation occurs along drainage courses, low-lying areas, and river valleys. An environmental impact assessment for the expansion of the Dump reported three vegetation communities in an approximately 59.5-acre area west of the dump footprint (Juan C. Tenorio and Associates, Inc., 1993); these communities were classified as highly disturbed weedy second growth; ravine and riparian forest; and savanna grasslands.

### 2.3    TOPOGRAPHY

The topography surrounding the Dump is characterized as hilly and primarily undisturbed. The original site was a southerly flowing ravine outletting to the Lonfit River. Even though the Dump has filled in the ravine, the general slope of the area remains southward, towards the river. The current 2005 Dump topography forms a hill rising out of the ravine to an elevation of 318 feet above mean sea level (MSL). At Closure the Dump is anticipated to have a final elevation of 391 feet MSL (DPT, 2005a).

The 2005 Dump sideslopes are as steep as 1 horizontal to 1 vertical (1H:1V), benched at approximately every 15 feet of vertical ascent. The top and benches of the Dump are essentially flat with a minimal slope to provide drainage and prevent ponding of surface water.

More detail regarding the site topography can be found in the Environmental Baseline Survey (DPT, 2005c).

## 2.4 GEOLOGY

Guam is a volcanically derived island. The island is split geologically into two regions by the east/west Adelup-Pago fault. The surface of the northern region is primarily limestone while the southern region is primarily exposed volcanics. Ordot Dump is located just south of the fault, in the volcanic region.

The geology of the Dump region is made up of the Alutom formation and its residual surface products. The Alutom consists dominantly of tuffaceous shale and sandstone interbedded with basaltic and andesitic lava flows as well as beds of volcanic conglomerate and breccia. All of these rocks were originally deposited beneath the sea, and consequently the tuff and its derivative sediments settled in compact layers, and the lavas were quenched. Both processes are unfavorable to the creation of permeability in the rock mass. Subsequently, precipitation from hydrothermal fluids filled much of the porosity, reducing permeability even further. The final result is a sequence of layered rocks lacking intrinsic permeability. The permeability that does exist is mostly due to secondary fractures (Mink and Yuen, 2004).

More detail regarding the site geology can be found in the Environmental Baseline Survey (DPT, 2005c)

## 2.5 SOILS

The Dump is situated on volcanic soils and rocks of the Alutom formation. The site is underlain with a few inches to several feet thick of dark-brown to mottled red-orange-brown to green-grey-yellow clayey and silty soils which are the weathered products of the underlying volcanic rocks, except some alluvial soils at the low lying areas. The fine-grained, cohesive and relatively impermeable silty and clayey soils are generally firm. Underlying the silty and clayey soils are generally fine-grained, volcanic formation of tuffaceous siltstone and shale.

Additional data from the October 2004 test pitting activities at the site can be found in the Environmental Baseline Survey (DPT, 2005c).

## 2.6 HYDROGEOLOGY

The Alutom formation is a very poor medium for groundwater movement. The hydraulic conductivity is extremely small; normally less than 0.1-ft/day ($3.5 \times 10^{-5}$-cm/sec), and consequently the groundwater gradient is high, greater than 10-vertical feet to 100-horizontal feet. One of the earlier studies on the environment of the Dump (Greenleaf-Telesca-Ahn, 1970) reported hydraulic conductivities of 0.0386-ft/day ($1.36 \times 10^{-5}$-cm/sec) and 0.4535-ft/day ($1.60 \times 10^{-4}$-cm/sec) from samples taken at a depth of 10 to 15-feet in a borehole. These conductivities are so poor that ordinarily the rock mass would be considered a nearly impervious aquiclude rather than an aquifer. They are of the same magnitude as hydraulic conductivities determined from pumping tests in deep wells drilled in the Alutom formation.

Even though the permeability of the volcanics is very low, the rocks are not truly impervious. Groundwater accumulates and moves very slowly through them. In the typical volcanic terrain of Southern Guam, the water table slopes downward toward stream valleys, and groundwater discharge takes place in the stream channels and a zone on the valley walls several tens of feet above a channel. This slow, invisible seepage sustains ravine forests during the dry season.

Subsurface regional geological conditions in the vicinity of the Ordot Dump are complicated by the presence of the Adelup-Pago fault, which divides Guam into two provinces, the northern one covered by limestone and the southern one consisting chiefly of exposed volcanics. The vertical displacement caused

by the fault adjacent to the Dump is about 400 feet, which results in a down-throw of the original volcanic surface from 200 feet above MSL to 200 feet below MSL (Mink and Yuen, 2004).

## 3.0 WASTE CHARACTERISTICS

### 3.1 GENERAL

The majority of the waste received at the Dump consists of non-hazardous residential and commercial solid waste. The Dump also receives construction/demolition waste, bulky metal, and other related wastes.

DPW does not accept hazardous wastes. DPW is permitted to receive wastewater treatment sludge with prior approval from GEPA. According to Operations personnel, the receipt of sewage sludge is a rare occurrence.

The current (as of April 2005) waste volume at the Dump is 3.2 million-cubic yards. Information from the newly installed scale shall be used to determine compacted (packer trucks) and non-compacted waste volumes (tons/day) streaming into the Ordot Dump.

### 3.2 SERVICE AREA

All non-hazardous, non-designated municipal solid wastes generated on the island of Guam are currently accepted at the Dump for disposal, excluding those wastes generated at the Main Base, Ordnance Annex, Naval Computer and Telecommunications Station (NCTS), Naval Hospital Guam, and Andersen Air Force Base. The majority of the waste is delivered to the site by commercial vehicles. The Dump also accepts waste delivered by private and government vehicles.

### 3.3 WASTE PROPERTIES

### 3.3.1 DENSITY

Previous reports have assumed an *in situ* waste density of 600 pounds per cubic yard (lb/yd$^3$) (Dames & Moore, 1978 and Juan C. Tenorio & Associates, 1998). As the waste management practices at the Dump have improved via the use of a compactor it is more likely that current *in situ* waste densities are approximately 800 lb/yd$^3$ as placed. Aged waste at the bottom of the Dump that has had a chance to decompose and consolidate under the weight of ascending lifts of waste may have an *in situ* waste density on the order of 1,200 lb/yd$^3$. In this regard, it can be assumed that there is a somewhat linear relationship between the waste densities of the older, deeper waste grading up to the recently placed waste at the Dump surface.

The density of the *in situ* waste is a critical component in determining airspace. The greater the density of the *in situ* waste the longer available airspace can be utilized for filling operations. **A density of 800 lb/yd$^3$ will ultimately be used** to determine the in place density of newly placed and compacted solid waste. An *in situ* waste density 800 lb/yd$^3$ is considered conservative. This density will be adjusted accordingly should it be determined that the *in situ* waste density is greater than 800 lb/yd$^3$. Compaction assumes current practices used at the Ordot Dump. These conventional practices include the use of a mobile compactor.

### 3.3.2 INCOMING WASTE QUANTITIES

Incoming waste quantities have historically been recorded based on visible haul vehicle capacity, with no consideration to percent fullness. The volumes are recorded into daily vehicle logs that are then summarized as weekly and monthly averages, which yield an annual projection. Other annual projections have been developed by GEPA and Dueñas & Associates, Inc. The average of these annual incoming waste projections is 434,500 cubic yards.

These quantities will be revised to accurately depict existing conditions once the scale is in place and operating.

## 4.0   SCALE

As stated earlier, a scale will be installed at the Ordot Dump. This scale will be used to properly bill residential, private and government customers. The scale will also provide critical information needed for the design of the closure of the Ordot Dump and for estimating the remaining airspace at the Ordot Dump. DPW solid waste personnel will operate the scale.

As part of DPW's permit conditions listed in GEPA's Solid Waste Disposal Facility Permit No. 05-060LFL (Permit), DPW must obtain and operate a scale at the Ordot Dump. The installation of this scale will satisfy this requirement.

The new scale will be located at the existing (non-functioning) scale location.

*A copy of the scale log form shall be provided on January 17.*

## 5.0 ADDITIONAL WASTE STREAM

The 2003 Consent Decree ordered DPW to close the Ordot Dump by September 2007. DPW has not met this date and as a direct result the Ordot Dump remains in operation. DPW has stated that an additional 33 months will be required to open a new landfill site. Presently Ordot Dump remains the Government of Guam's sole dumpsite resulting in a continuous waste stream.

The 2004 closure design submitted by DPW will be used as the cap for available airspace (capacity) at the Ordot Dump. A January 2008 survey will be conducted to ascertain the existing conditions. Once the January 2008 survey is complete, the difference between the closure design cap and existing conditions will be calculated. This difference will be the remaining airspace presented in cubic yards ($yd^3$). Four cut sections have been recently developed (January 2008) using data collected from surveys of the north-south and east-west sections of the dump. These profiles were overlaid against the final closure design and 2004 survey. A review of these profiles indicates that the Ordot Dump has **not** reached the limits of the closure design. Exhibit 1 presents these profiles.

As part of DPW's permit conditions listed in GEPA's Permit and sound engineering practice, DPW will use a daily cover of soil. A ratio of 1:4 (daily cover: *in situ* waste) will be used to estimate the volume of daily cover. This volume will be subtracted from the available airspace as it does not represent the incoming waste stream.

The 2004 closure design requires the relocation of waste from the western waste boundary of the Dump. This portion of waste has encroached into a tributary stream and cannot be capped. As a result the closure

design calls for the relocation of this volume to the eastern face of the Dump. This volume will be subtracted from the available airspace as it does not represent the incoming waste stream.

In general the additional airspace will follow the following equations:

Closure topography – January 2008 topography = available airspace $(yd^3)$

Available airspace $(yd^3)$ – daily cover $(yd^3)$ – relocated waste $(yd^3)$ – Final Closure Cap $(yd^3)$ = Available Airspace for Solid Waste $(yd^3)$

The final filling plan previously provided in 2004 operations must be followed. Appendix F provides the information needed in order to follow this filling plan

## 6.0 ONGOING CLOSURE PRACTICES

Ordot Dump operators shall incorporate the following practices which will ultimately assist in the Ordot Dump's closure:

### 6.1 STORM WATER POLLUTION PREVENTION (SWPP)

Storm water generated within the boundaries of the waste mass and from run-on result in increased leachate, which is ultimately discharged to the Lonfit River. Storm Water Pollution Prevention measures shall be under taken to reduce the amount of storm water impacting the waste mass. These measures include:

1. Construction of the east perimeter ditch. This ditch will reduce the amount of the run-on impacting the waste mass. The construction of this ditch will also assists in the final closure of the Ordot Dump. Details on the construction of this ditch are provided in Exhibit 2.

   *The construction of this ditch shall begin on February 1.*

2. Continued soil cover over active faces of the Ordot dump will also minimize the amount of storm water impacting the waste mass. The 2004 operations plan previously developed for DPW provides guidelines for the placement of daily soil cover. An ongoing operations concern is the ability to obtain a constant supply of daily cover. The Guam International Airport Authority has committed to providing 75,000 cubic yards of soil. This supply shall be immediately tapped and used for daily soil cover. Daily cover from ongoing construction sites and the DPW quarry may also be used.

### 6.2 SOLID WASTE ACCEPTED

DPW shall continue to monitor incoming waste through:

- Visual spot inspections at the entrance
- Visual inspections at the point of waste disposal (residential and commercial)

A spotter will be continuously observing the residential and commercial waste disposal areas. Should a spotter identify non-acceptable waste, he/she will advise the patron to collect the non-acceptable waste

and remove the waste from the Dump Site. Hazardous Waste Exclusion inspection form will be completed by DPW personnel and kept on file at the dump site.

*Spotting activity shall continue. Reporting shall begin January 21.*

DPW operators shall be trained to properly identify non-acceptable waste (including hazardous waste). It is recommended that GEPA be consulted to jointly develop with DPW a training program for hazardous waste identification. Training shall be in accordance with Section 3.10.3 of the 2004 operations plan.

*Training shall begin on or before February 28.*

DPW shall work with GEPA to identify a single green waste disposal site. The site shall be operated by DPW and permitted by GEPA. Once the site is open, green waste will no longer be accepted at the Ordot Dump. A public notice will be issued and a sign will be erected at the Ordot Dump advising that all green waste must be taken to the approved and permitted green waste disposal site.

The public will be encouraged to make use of the mulched material. All remaining mulched material will be used to augment daily soil cover. The design engineer shall be consulted to determine the correct ratio of soil and mulched material.

*Coordination with GEPA in identifying the Green waste site shall begin February 1.*

## 6.3   FILLING PLAN

The final filling plan submitted in May 2005 will be implemented. Survey controls and points are presented in Appendix E. The survey stakes will be placed by DPW's consultant. DPW shall use these stakes as the extents on ground level of final waste placement. Once a new level is identified for waste placement and waste is placed, DPW shall begin placing daily cover in lifts on top of the initial surveyed level. Subsequent placements shall follow this procedure, in accordance with the Filling Plan.

*New limit of waste extent will be staked on February 1.*

DPW shall designate a project engineer who will be responsible for generating standard operating procedures (SOP) for the placement of waste. The SOP will cover, at a minimum, the following:

- ➤ Active Area Boundary Marking
- ➤ Tipping Floor Preparation
- ➤ Lift Development
- ➤ Compaction
- ➤ Manning off-loading areas for residential and commercial haulers
- ➤ Litter Control
- ➤ Daily and Intermediate Soil (or alternative material) Cover Requirements
- ➤ Soil Stockpiling
- ➤ Site Grading
- ➤ Wet and Dry Season Contingencies
- ➤ Active Area Mapping
- ➤ Progress Meetings

The DPW closure design consultant shall assist in the preparation of this SOP.

*SOP development shall begin in March and will be completed by March 31.*

## 6.4    DAILY SOIL COVER

No operable scale has been available at the Ordot Dump. As a result the recent information on the weight of the daily waste stream is currently not available.

The 1995 Guam Solid Waste Weight Composition and Recycling Feasibility Study prepared by GEPA presented wet season waste stream weights. The waste stream into the Ordot Dump has certainly increased between 1995 and 2008 as a result of an increase in population. Until the scale is in place, however, the waste stream value of 316.1 tons/day will be used, as wet season waste streams are larger than dry season waste streams and recycling measures, though limited, have slightly improved between 1995 and 2008. The daily weight of incoming waste listed in this report was 316.1 tons/day. This value will be used to determine the daily soil cover requirement.

| | | |
|---|---|---|
| Wet Season Civilian Waste Steam: | 316.1 tons/day | |
| Waste in situ density: | 800 lbs/yd$^3$ | (Typical Range 800-1,200 lbs/ yd$^3$) |
| Waste to Soil Ratio: | 4:1 | (Engineering reference) |

Soil requirements for wet season waste stream:

316.1 (tons/day) X 2000 lbs/ton / 800 lbs/ yd$^3$ = 790 yd$^3$/day of waste (wet season)
790/4 = **197.5 yd$^3$/day**

The exercise above indicates that 200 yd$^3$ or 16 truck loads (12 yd$^3$ each) of daily soil cover will be needed to provide a waste to soil ratio of 4:1. ***This value will provide for sufficient daily soil cover.***

The soil stock pile identified at GIAA will provide 75,000 yd$^3$ of soil. This is approximately 375 days of daily cover. Soil from this GIAA stock pile, however, will be required to immediately cover existing exposed faces of the Dump.

The 316.1 tons/day, 800 lbs/day and the 4:1 ratio will be revised once the scale is placed into service and daily waste streams are accurately measured. A compaction test with the existing compaction equipment will be conducted. The results of this test will be used to verify the in site density of waste material. The value of 800 lbs/day is considered low and conservative. The compaction test will be used to revise this value. The daily cover requirements of 200 yd$^3$/day will be revised based on the results of the waste stream measurement and compaction test.

*The waste stream measurement (weighing) will begin on January 18.*

*The compaction test will occur in the month of February. Result will be available at March 3.*

The daily soil cover requires will also be revised based on changes in operation. The May 2004 operations plan states that 350 yd$^3$/day of soil cover is used by Ordot Dump operators. This value is based on interviews with operators who stated that the 350 yd$^3$/day value is dependent on the availability of soil and dump trucks. This value was not based on calculated values or ratios.

Vector control will be accomplished by the use of daily cover or alternative daily cover. Additional discussion on daily cover is presented in Section 3.5 of the May 2004 Operations Plan.

*Daily cover shall Begin on January 15.*
*Soil cover of existing open waste faces shall begin on January 15.*

## 6.5    LEACHATE MANAGEMENT

The placement of daily cover, the eastern ditch construction and the implementation of SOP of the filling plan will reduce leachate production.

## 6.6    EXPLOSIVE GAS CONTROL

DPW shall procure a portable gas meter to measure methane levels throughout the Dump. This portable meter shall be worn by commercial and residential spotters working at the active faces of the Dump. Should a high level be detected, the measures listed in the 2004 Operations Plan Section 7.2 shall be implemented. The preset levels on the gas monitor shall be used as the "high" level alarm. These levels are in accordance with OSHA specifications.

## 6.7    GROUNDWATER MONITORING

The GEPA operation permit Section III.B.3 requires the installation of a ground waste monitoring system.

A remedial investigation (RI) will be conducted at the Ordot Dump. This RI will include the installation of new groundwater monitoring wells. These new wells, together with existing (approved) groundwater monitoring wells, will be used to conducted groundwater monitoring. The RI will begin the first phase of groundwater monitoring. The RI is scheduled to begin in February. The first round of groundwater sampling is expected to begin after the installation of the new monitoring wells (July). A groundwater monitoring plan is provided in Appendix G of the May 2004 Operation Plan.

Groundwater monitoring will be continued during dump operations and on through closure and post-closure. Groundwater monitoring after the RI and before closure shall be conducted by DPW or a DPW consultant.

Post-closure monitoring will be conducted by the Closure Contractor.

## 6.8    RECORD KEEPING

DPW shall keep the following records, and shall make them available for GEPA review upon request:

> ➢ Daily Waste Stream Log (Appendix G)
> ➢ Weekly Inspections for Hazardous Waste, Incident Form I, Weekly (Appendix G)
> ➢ Certification of Daily Soil Source
> ➢ Monthly Survey Spot Map of Active Faces, Monthly
> ➢ Monthly General Inspection, Monthly
> ➢ Progress Reports, Quarterly *(These reports will address section I.C of the PERMIT)*

*Record keeping shall begin February 1.*

## 7.0 WASTE STREAM DIVERSION AND VOLUME REDUCTION

The present waste stream into the Ordot Dump consists of typical municipal solid waste delivered by residential, commercial and government haulers. Recent efforts have been undertaken to reduce this waste stream through recycling. Although mandated by public law and set forth in the Guam Integrated Solid Waste Management Plan, recycling initiatives have been sporadic and un-sustained. Increased recycling and other volume reduction measures are encouraged but they need to be reinforced by DPW in particular and by the Government of Guam in general. Material recovery facilities (MRF) have been proposed as one option for reducing the waste stream into the Ordot Dump. Additional options are also available.

As mentioned earlier, *in situ* waste density is a critical component in available airspace. Increased compaction will result in an increase of *in situ* waste density and will, in turn, reduce the airspace requirement per ton of waste. Increased compaction options such as deep compaction, mobile compactors, and others have been researched by DPW.

The results of this research will be provided in the Ordot Dump Action Plan, which will be submitted under separate cover. *Once complete this plan will be used to complete DPW's Solid Waste Diversion Plan in accordance with Section II.A.2.a.i of the Permit.*

## 8.0 CLOSURE DESIGN

### 8.1 DUMP ASSESSMENT REPORT

DPW's consultant, Duenas, Bordallo, Camacho and Associates (DBCA), will conduct an assessment of the Ordot Dump in order to address the change in conditions since original investigations conducted as part of the closure design activities. This will include an assessment of the following Items:

- ➤ Current January 2008 Survey
- ➤ Existing Airspace
- ➤ Used Airspace between October 2004 and January 2008-01-16
- ➤ Identification of Waste Areas beyond the 2004 Design Limits of Waste

In addition to the assessment report, DBCA will review and incorporate, where feasible, the following item into the Final Dump Closure Design:

- ➤ Dump Assessment Report
- ➤ Value Engineering Alternatives
- ➤ Applicable GEPA Permit Conditions
- ➤ Filling Plan
- ➤ Off-Site Leachate Disposal System
- ➤ Un-resolved USPEA Comments

The Final Dump Closure Design will be developed in accordance with the Rules and Regulations for the GEPA Solid Waste Disposal, Title 22, Division 4, Chapter 23, Article 6. The primary purpose of the closure regulations is to minimize infiltration of surface water and erosion of the cover, as well as prevent threats to human health and the environment. The closure design is discussed below and describes the final cover system as is required by the regulations. Additionally, other aspects and control systems are

also explained to give a global understanding of the Dump closure design. A more detailed discussion of the closure design and accompanying analyses can be found in the 100% Design Report (DPT, 2005b). Closure Design Drawings supporting this plan are located in Appendix B.

REGULATION GUIDANCE

The guidance provided in GEPA Solid Waste Disposal, Title 22, Division 4, Chapter 23, Article 6 was used for the closure design. Specific attention was given to the following:

*"§23601 Closure Criteria*

*§23601(b)_The administrator may approve an alternate final cover design that includes:*

   *(1) an infiltration that achieves an equivalent reduction as the infiltration layer specified in item (1) of subsection (a) of this §23601; and*

   *(2) an erosion layer that provides equivalent protection from wind and water erosion as the erosion layer specified in Item (1) of subsection (a) of this §23601"*

The steps necessary to comply with §23601(b) as well as the other requirements of §23601 are detailed in the following sections.

Subpart WWW-Standards of Performance for Municipal Solid Waste Landfills 61 FR 9919 was used as guidance for the active landfill gas system.

## 8.2 ELEMENTS OF THE CLOSURE DESIGN

The Dump closure design includes the following construction elements:

- Final grading and layout of the Dump, including provision of access roads and surface drainage features, constructed over the final cover area;
- A final cover system, constructed over an approximately 45.8-acre footprint area;
- A leachate management system;
- A surface water management system that intercepts clean surface water runoff from the closed area and conveys it to the on-site sedimentation ponds;
- Erosion and sedimentation control facilities; and
- An active landfill gas (LFG) management system.

Design criteria for each of these systems are presented in the following sections. These criteria are based on:

- The Rules and Regulations for the GEPA Solid Waste Disposal, Title 22, Division 4, Chapter 23, Article 6;
- Current waste management practices for landfill closure;
- Input from DPW; and
- Input from the GEPA.

## 8.3 FINAL GRADING

The overall objectives for final grading and access road design for the closure design are as follows:

- Provide access to areas and facilities requiring maintenance and inspection;
- Generate final filling levels that maximize the quantity of waste that can be placed within the Dump without compromising the landfill stability and provision of positive drainage; and
- Account for long-term settlement to promote positive drainage over time.

Proposed design criteria for the Dump closure are summarized in the following sections.

### 8.3.1 DECK

The deck is that area of the top of the Dump, for which minimum surface grades are maintained. The criteria for design of the deck include:

- The minimum surface gradient of the deck or top slopes, at the time of cover construction, will be 5 percent; and
- The final grading shall be accomplished so as to facilitate redevelopment for parkland uses.

### 8.3.2 COVER SIDESLOPES

The sideslopes of the cover system have been designed in accordance with the following criteria:

- The construction grades during closure will conform to the contours developed by Operations and according to the final filling levels prepared by the Dueñas and Associates Project Team;
- The maximum sideslope will not exceed 1:1 with intermediate benches within the sideslopes to enhance stability; and
- Liner grades at surface water runoff control berms and ditches will be benched into the Dump sideslopes.

### 8.3.3 GENERAL REQUIREMENTS FOR ACCESS ROADS

Access around, and to the top of, the closed Dump shall be maintained throughout the post-closure period. For purposes of this document, two types of roads are considered: perimeter access roads around the perimeter of the main Dump footprint; and top access roads up the sideslope benches and around the deck. Design Drawing Sheet C-1 (Appendix B) provides an illustration of the access road(s) layout.

General access road requirements include:

- LFG pipe alignments located near access roads, wherever possible, to permit access to clean-outs for inspection and maintenance;
- A 30-inch minimum vertical separation provided between the cover barrier and the road finished grade;
- A roadside ditch constructed adjacent to the cover sideslope. The roadside ditch will collect and convey surface water runoff from the road and surrounding cover surface; and
- A 3-percent minimum cross-slope grade will be provided toward a roadside ditch along the road interior.

### 8.3.3.1 PERIMETER ACCESS ROADS

The perimeter access roads around the Dump embankment provide access for maintenance and monitoring personnel. Requirements specific to perimeter access roads are as follows:

- The perimeter access roads around the Dump shall be a single lane in width;
- Service Duty: Light duty maintenance and grounds-keeping vehicles;
- The maximum longitudinal road grade shall be 6-percent;
- A geo-textile & geo-cell shall be placed beneath the crushed surface aggregate
- Perimeter access roads will have a minimum width of 15 feet for single lane roads & 24 feet for two-way traffic; and
- Perimeter access road surfacing materials shall consist of crushed surfacing aggregate.

### 8.3.3.2 TOP ACCESS ROADS

Access to the top of the Dump from the perimeter road will be provided in one location. The west top access road will continue to the center of the deck where a turn-around will be constructed. Requirements specific to the top access road are as follows:

- Top access roads shall be two-lanes wide for two-way traffic;
- Service Duty: Light duty maintenance and grounds-keeping vehicles;
- Passenger vehicles for post-closure access;
- Downslope road embankment sideslopes shall not exceed 2 (horizontal) to 1 (vertical);
- The maximum longitudinal road grade shall be 10 percent;
- A geo-textile & geo-cell shall be placed beneath the crushed surface aggregate;
- Top access roads shall have a minimum width of 24 feet, including shoulders;
- Top access road surfacing materials shall consist of crushed surfacing aggregate; and
- Barrier system to preclude off-road travel.

### 8.3.3.3 ACCESS CONTROLS

The following shall be the provided to control access to various closure components:

- Barrier system to preclude off-road travel;
- Barrier system to provide protection against steep embankments;
- Signage shall be provided where necessary;
- All critical area (LFG systems, generators) shall be fenced; and
- Padlocks shall be provided on all LFG extraction & monitoring wells, fence gates and groundwater monitoring wells.

### 8.4 COVER SYSTEM

The cover system for the Dump closure will consist of approximately 46-acres of final cover system. The area of final cover will be permanently closed.

Design Drawing Sheet C-12 (Appendix B) of the closure design provides an illustration of the infiltration layer. Design Drawing Sheets C-1, C-4, C-10 & C-11 (Appendix B) provide an illustration of the final cover system and corresponding cut sections.

## 8.4.1 FINAL COVER SYSTEM

The final cover system shall be in accordance with the Rules and Regulations for the GEPA Solid Waste Disposal, Title 22, Division 4, Chapter 23, Article 6. Specific criteria that will govern the final cover system installed as part of the Dump closure require that for the final cover system:

- The infiltration layer must have a permeability less than or equal to the permeability of any bottom liner system or natural subsoils present, or a permeability no greater than $1 \times 10^{-5}$ centimeters per second (cm/sec), whichever is less as per section §23601 (a)(1) of the GEPA Rules and Regulations;
- Minimize infiltration to the cover by the use of an infiltration layer that contains a minimum 18 inches of earthen material; and
- Minimize erosion of the final cover by the use of an erosion control layer that contains a minimum of 6 inches of earthen material that is capable of sustaining native plant growth.

### 8.4.1.1 FINAL COVER CROSS SECTION

The Dump closure final cover system for the deck and benches consists of the following components, from top to bottom:

- 6-inch thick erosion/vegetative layer (topsoil);
- 18-inch thick soil layer;
- Geocomposite infiltration collection/drainage layer to collect and convey surface water that may percolate through the 24-inch soil layers;
- 80-mil thick high density polyethylene (HDPE) geomembrane barrier layer;
- Geocomposite leachate seepage/LFG collection layer; and
- Minimum 6-inch thick soil cover layer, including the existing daily cover, above the waste, prepared to provide a suitable surface for construction of the Dump closure cover system. Additional soil cover shall be placed in localized area where waste protrudes through the 6-inch soil cover layer.

The Dump closure final cover system for the sideslopes differs from that of the deck and benches due to the potential instability of the cover material on 1:1 sideslopes. In this case, the geomembrane will be left exposed and overlain by a geogrid to facilitate vine vegetation and restrain against excessive displacement of the geomembrane under high wind conditions. The vine vegetation will partially protect the geomembrane from ultraviolet light while still allowing rapid removal of water from the geomembrane surface. The exposed geomembrane is sufficiently resistant to UV exposure to ensure long-term integrity of the system. This vine coverage will provide an aesthetic look to the closure cap. The exposed geomembrane is not subject to erosion. The exposed sideslopes are no-traffic areas.

## 8.4.2 COVER SYSTEM DESIGN CRITERIA

The design of the cover system shall conform to the requirements of the regulations. The barrier layer for the system is an alternative to the prescriptive barrier. Justification for this alternative is presented herein, based on the criteria for equivalency. The primary components of the cover system for which design criteria must be developed include:

- The top soil layer;
- The barrier layer; and
- The leachate seepage/LFG collection layer.

These components of the final cover system are described below.

### 8.4.2.1    TOP SOIL LAYER – DECK AND BENCHES

The infiltration collection system for the final cover shall consist of a geocomposite installed directly above the barrier layer and overlain by a soil layer. The vegetative/erosion layer at the surface of the cover system will be incorporated into the soil layer. This infiltration collection layer shall only be applied to the deck and benches. The purpose of the infiltration collection layer will be to protect the geomembrane, provide ballast for stability and to ensure that the seepage height above the barrier layer is maintained below the established maximum. There are no regulatory requirements governing the design of the infiltration collection system, other than provision of an infiltration layer at least 18 inches thick.

The design criteria, key components, and function of the infiltration collection layer are summarized as follows:

- The geocomposite shall be placed over the entire footprint of the final cover system deck and benches. The geocomposite will ensure the removal of water that is able to infiltrate through the cover soils above the barrier layer.
- The maximum allowable seepage height is 0.2 inches, approximately corresponding to the thickness of the geonet core of the geocomposite. The veneer stability calculations demonstrate that this restriction ensures the stability of the landfill cover. This calculation can be found in the Ordot Dump Closure 100% Design Report (2005) by the Dueñas and Associates Project Team.
- Infiltration collector pipes will collect and convey the water off the cover system by daylighting into surface water conveyance ditches.
- No clean-outs will be provided for infiltration collector pipes. Clean-outs are not considered necessary because the pipe will daylight directly into surface water ditches and are accessible from the Dump surface without penetration of the cover barrier layer.
- The soil layer will be constructed of non-granular fine-grained material. This will limit the quantity of water that is able to infiltrate through the cover soils and inhibit to the underlying geocomposite and barrier layer. The final gradation of the infiltration soil layer will be dependent on the materials available locally to the site. The surface water management system will be designed to be consistent with the limited infiltration allowed by the infiltration soil layer. This soil layer will also provide the necessary ballast needed for uplift stability.

### 8.4.2.2    EXPOSED SIDESLOPES

The sideslopes will have exposed geomembrane and will not have an infiltration collection layer. The sideslopes will remain protected because the steep 1:1 slope does not make them trafficable. UV protection will be provided by the use of HDPE geomembrane and the presence of a vegetative layer supported by a geogrid.

An articulate block matting armored ditch will be provided at the toe of each sideslope. This ditch will convey the runoff generated by the sideslopes and protect against scour.

### 8.4.2.3    BARRIER LAYER

The barrier layer is the critical component of the cover system, which inhibits the influx of precipitation into the waste after closure. This low permeability barrier may consist of a 1.5-foot thick layer of low permeability soil, having a hydraulic conductivity not greater than $1.0 \times 10^{-5}$ cm/sec. It shall be at least as impermeable as the bottom liner for the landfill. In the case of Ordot Dump, there is no bottom liner, so the $1.0 \times 10^{-5}$ cm/sec criterion applies. The regulations provide opportunity for the substitution of a

different barrier layer, provided that it can be demonstrated that the substitution has equivalent protection and performance as that of the soil barrier. This process is called an equivalency demonstration, whereby the equivalent performance of the alternative barrier is shown by technical analysis. This demonstration can be found in the Ordot Dump Closure 100% Design Report (2005), by the Dueñas and Associates Project Team.

### HDPE Geomembrane

For this application, an HDPE geomembrane material having the following properties is proposed:

- Nominal thickness of 80 milimeters;
- Textured on both sides to enhance the frictional properties of the geomembrane;
- Minimum tensile strength at break of 60 lb/in; and
- Minimum puncture resistance of 44 lb.

### HELP Model Analysis

The results of the Hydrologic Evaluation of Landfill Performance (HELP) Model analyses were utilized to compare existing leachate generation at Ordot Dump to leachate generation after closure. The results suggest that the cover system will reduce the total infiltration rate from about 119 gallons per minute (gpm), for the existing site conditions, to about 25 gpm, a decrease in volume of approximately 80 percent. Detailed results of the HELP Model analysis are presented in the Ordot Dump Closure 100% Design Report (2005) by the Dueñas and Associates Project Team (DPT, 2005b).

### 8.4.2.4    LEACHATE SEEPAGE/LFG COLLECTION LAYER

A leachate seepage/LFG collection layer will be included in the cover system to protect the cover from damage. The mechanisms by which leachate seepage could potentially damage the cover include: uplift forces and a reduction in the slope stability. LFG could similarly damage the cover via uplift forces and reduction in slope stability. There are no regulatory requirements governing the design of the leachate seepage/LFG collection layer.

Leachate collected in the seepage collection layer below the barrier layer will be collected in seepage collection pipes and conveyed to a sump at the south end of the Dump. LFG will be collected in the collection layer and actively collected with the LFG extraction wells. Standard design practice for landfill closure relies on the use of a high permeability drainage sand or geocomposite material for a leachate seepage/LFG collection layer.

Specific design criteria for the leachate seepage/LFG collection layer include the following:

- A geocomposite layer will be provided above the prepared base grading and below the cover barrier;
- Seepage collection trenches with perforated collection pipe will be installed at benches constructed in association with surface water ditches;
- LFG active extraction wells will be installed along the deck and benches; and
- The leachate seepage/LFG collection layer will also be sized to accommodate removal of LFG condensate generated.

## 8.5 SURFACE WATER MANAGEMENT

Surface water management constructed as part of the Dump closure is consistent with the operational requirements of the regulations. Specific criteria that will govern the surface water control system (Rules and Regulations for the GEPA Solid Waste Disposal, Title 22, Division 4, Chapter 23, Article 3) include:

- A run-on control system to prevent flow onto the active portion of the Dump at all times, but especially during the peak discharge from a 25-year storm; and
- A runoff control system from the active portion of the Dump to collect and control at least the water volume resulting from a 24-hour, 25-year storm.

In addition to these requirements, the surface water management design is in accordance with the guidelines provided in the Commonwealth of the Northern Mariana Islands and Guam Stormwater Management Criteria (Horsley Witten Group, 2004) as requested by the Guam Environmental Protection Agency and Guam Storm Drainage Manual (U.S. Army Corps of Engineers, 1980). The greater values produced the two referenced manuals was used in determining the storm events. Surface water management has been designed to conform to the National Pollutant Discharge Elimination System (NPDES) requirements for discharge of surface water from the Dump to the Lonfit River.

### 8.5.1 GENERAL DESIGN CRITERIA

The surface water management system was designed to collect surface water runoff from the Dump closure area. The surface water management system will convey the surface water from the Dump to an area of detention and/or a sedimentation pond. A system of runoff control berms, ditches, and culverts will be installed. The runoff will be routed via gravity drainage. Overflow from the sedimentation pond will discharge to the Lonfit River.

The required capacity and performance of the sedimentation pond was determined as part of the surface water management design. Surface water run-on controls around the perimeter of the Dump closure will be modified to ensure consistency with the appropriate regulations.

The general design criteria to be adopted include the following:

- The surface water collection and conveyance facilities shall be designed to withstand anticipated settlement. This will be achieved through the provision of a substantial freeboard allowance and construction at grades such that flow paths are maintained following the anticipated settlements.
- Erosion control measures provided as part of the surface water control ditch construction above the waste will be flexible, such that they are not compromised by the anticipated settlements. Examples of suitable erosion control measures utilized include erosion control matting, turf reinforcement matting, and armoring of ditches using Armorform. Asphalt-lined ditches may be used on native ground or structural fill.
- Rock armor reinforcement will be provided at all points of discharge from one ditch to another to deter erosion.
- Rock armor reinforcement will be provided at all culvert entrances and discharge points to deter erosion.

### 8.5.2 SPECIFIC DESIGN CRITERIA

Specific design criteria for surface water management facilities include the following considerations.

### 8.5.2.1    FLOWS

Flow within ditches and other conveyance measures shall be determined from the following:

- The peak flow resulting from a 24-hour duration, 25-year recurrence interval storm event, in accordance with the requirements specified in the regulations.
- Flow for the 100-year recurrence interval storm event will be evaluated to confirm that the surface water conveyance features will not fail.

### 8.5.2.2    DITCHES

The critical component of the surface water conveyance system is surface ditches on and around the Dump. Design criteria include:

- Ditches should be triangular or trapezoidal in shape to facilitate conveyance of both low and high flow volumes.
- Ditches shall be benched into waste, as necessary.
- Ditch sideslopes will be a maximum of 1:1.

### 8.5.2.3    RUNOFF CONTROL BERMS

Runoff control berms shall be provided as an erosion-resistant barrier to focus flows. Design criteria include:

- Adopt a minimum berm crest width of 1 foot.
- Control berms should produce ditches of triangular or trapezoidal shape, to facilitate conveyance of both low and high flow volumes.
- Sideslopes of berms should be a maximum of 2H:1V.

### 8.5.2.4    CULVERTS

Culverts shall be provided below roads and through berms, as required. Design criteria include:

- Size culverts to convey the peak flow for the 24-hour, 25-year storm event, such that the depth of headwater above the culvert invert does not exceed:
  - 1.5 times the culvert diameter for culverts larger than 18 inches in diameter; and
  - 2.0 times the culvert diameter for culverts 18 inches in diameter and smaller.
- Check that culverts will convey the peak 24-hour, 100-year flow under surcharged conditions without causing flooding or erosion problems.

### 8.5.2.5    SEDIMENTATION BASIN

The capacity of the sedimentation basin was designed such that sufficient capacity is provided to retain the surface water runoff from a 1-hour, 50-year storm event that would originate from areas designed to drain into the sedimentation pond.

All surface water runoff must go through the sedimentation basin prior to being discharged to the Lonfit River. The sedimentation pond and associated conveyance facilities will be designed to convey the excess surface water runoff resulting from a 24-hour, 100-year storm event. Excess water shall be managed by decanting from the sedimentation ponds to the Lonfit River.

## 8.6    EROSION AND SEDIMENTATION CONTROL

The objective of post-closure erosion and sedimentation control is to minimize sedimentation damage to on-site sensitive areas and off-site drainage systems. Disturbance of natural vegetation and soil conditions following closure activities increases susceptibility to erosion and sediment loading of surface water runoff, until such time as natural vegetation re-establishes. A plan for minimizing sediment-laden runoff from leaving the site after closure will be implemented. The plan incorporates the use of erosion and sedimentation control, as specified in the Guam Soil Erosion and Sediment Control Regulations.

### 8.6.1    GENERAL DESIGN CRITERIA

The erosion and sedimentation control design criteria presented herein are consistent with the methods presented in the Guam Soil Erosion and Sediment Control Regulations; and best management practices (BMPs) commonly used in similar construction. The basic principles of erosion and sedimentation control are as follows:

- Design the project to fit the natural topography, soils, and drainage patterns;
- Emphasize erosion control, rather than sedimentation control;
- Minimize the extent to which, and duration for which an area is exposed;
- Keep runoff velocities low;
- Retain sediment on-site; and
- Thoroughly monitor and maintain all erosion and sedimentation control measures.

Requirements for the control of fugitive dust will also be developed based on the Guam Air Pollution Control Standards and Regulations.

### 8.6.2    SPECIFIC DESIGN CRITERIA

To achieve effective erosion and sedimentation control during construction, the following BMPs will be employed:

- Clearing limits will be established;
- Cover measures, including nets, blankets, hydro seeding, or plastic, will be used, as required, to reduce exposed surface erosion;
- Perimeter protection will be provided through use of silt fences;
- Surface water control measures will be provided, including runoff control berms, ditches, inlet and outlet protection, and piping;
- Sediment retention will be provided by directing surface water flows to a sedimentation pond;
- Dust control measures will be implemented to minimize wind transport of soil onto roadways, drainage ways, and surface waters;
- Maintenance of erosion and sedimentation control measures will be on a regular basis, as required, to maintain the system's effectiveness; and
- Final site stabilization will occur prior to removal of temporary erosion and sedimentation control facilities installed during construction. All disturbed areas of the site will be vegetated or otherwise permanently stabilized.

## 8.7    LEACHATE SYSTEM

Leachate is formed generally when migrating water comes in contact with waste. Secondary sources of leachate include liquids contained in the waste at the time of disposal and liquids formed during decomposition of the waste.

The Dump was constructed within a southerly flowing ravine outletting to the Lonfit River. No bottom liner system or leachate collection system was constructed as part of the development of the Dump; however, it is presumed that the existing soil is of low permeability and tends to provide a natural barrier layer. This barrier layer greatly reduces leachate flow into the natural groundwater and directs leachate flow out the southern base of the Dump. This leachate will then be collected by the closure leachate collection system, which was discussed in detail in Section 4.3.2.4 above. Once collected in a sump, leachate will be discharged to an off-site wastewater treatment plant.

## 8.8    LANDFILL GAS SYSTEM

The LFG system for the Dump closure will be designed to comply with the requirements of the regulations. Design Drawing Sheet LFG-1 (Appendix B) is provided to illustrate the locations of the landfill gas extraction and landfill gas monitoring systems. Specific criteria that will govern the LFG system installed include:

- Rules and Regulations for the GEPA Solid Waste Disposal, Title 22, Division 4, Chapter 23, Article 3; and
- Title 40, Chapter 1, Parts 51, 52, and 60 of the Code of Federal Regulations, commonly referred to as the New Source Performance Standards and Emission Guidelines (NSPS/EG).
- 61 FR 9919 Subpart WWW – Standards for Performance for Municipal Landfills

### 8.8.1    GENERAL DESIGN CRITERIA

The basic principles for the control of LFG for the Dump closure are as follows.

- Collect LFG generated in the Dump and burn it in a flare;
- Minimize gas migration, through the unlined sides and bottom of the Dump, to neighboring property;
- Minimize gas emissions through the lined top surface of the Dump.
- Ensure the concentration of methane gas generated by the facility does not exceed twenty-five percent of the lower explosive limit for methane in facility structures (excluding gas control or recovery system components;
- Ensure the concentration of methane gas does not exceed the lower explosive limit (5%) for methane at the facility property boundary;
- Meet NSPS/EG requirements;
  - Reduce non-methane organic compounds (NMOC) by at least 98% (by weight);
  - Have oxygen concentration less than 5% in LFG;
  - Landfill temperature does not exceed 131°F; and
  - Methane emissions do not exceed 500 parts per million (ppm) over the surface of the Dump; and
- Reduce landfill odors.

The LFG system will have the following major components.

- Extraction Wells: to withdraw LFG from the lower levels of the Dump.
- Interceptors: to capture LFG beneath the surface cover of the Dump.
- Piping: to collect and transport the LFG to the Flare System.
- Valve stations: to control the flow of LFG at the wells, interceptors, or other piping locations.
- Blowers: to apply vacuum to the piping system and draw LFG to the flare station.
- Flare: to combust odorous LFG and render it non-explosive.
- Instrumentation and controls: to operate the LFG system and determine LFG flow rate, pressure and temperature.

The LFG monitoring system will be provided around the perimeter of the closed Dump. This monitoring system will include:

- LFG monitoring probes
- Gas sampling ports
- Traffic barriers (as required)

A post-closure landfill gas monitoring plan is provided in the Ordot Dump Closure 100% Post-Closure Plan (2005), by the Dueñas and Associates Project Team.

## 8.9    GROUNDWATER MONITORING SYSTEM

Three investigations were performed at the site and are well documented: one analysis by Black and Veatch in 1983; one study by Camp-Dresser-McKee in 1987; and one analysis by UNITEK in 1998 (Mink & Yuen, 2004). All three investigations demonstrated the same result—that result being that there were higher concentrations of constituents localized where the leachate entered the Lonfit River, but that within a short distance downstream of the Dump, contaminant levels returned to the approximate background concentrations.

A post-closure groundwater monitoring system will be installed and implemented in accordance with the GEPA Rules and Regulations for Solid Waste Disposal, Title 22, Division 4, Chapter 23, Article 5. The groundwater monitoring system will be operated and maintained for the entire post-closure period in accordance with the GEPA Rules and Regulations for Solid Waste Disposal, Title 22, Division 4, Chapter 23, Article 6. Any damage to the groundwater monitoring system shall be repaired as soon as it is detected. These repairs shall be performed as a component of the ongoing care and maintenance of the facility. Repairs shall be carried out using the same types of materials as were damaged or destroyed. Any questions or issues that may arise with regard to the groundwater monitoring system should be addressed by the Dueñas and Associates Project Team, through DPW.

The locations of the existing and new groundwater monitoring wells may be found in Design Drawing Sheet G-1 (Appendix B).

## 9.0 ADMINISTRATION REQUIREMENTS

### 9.1    CLOSURE PROCEDURES

Closure procedures are fully documented by a set of construction documents, including the 100% Design Report, Design Drawings, Specifications, Construction Quality Assurance Plan, Construction Schedule, and Post-Closure Care and Maintenance Plan for the facility. These documents provide the minimum criteria

for work activities. All work shall conform to the regulatory requirements prescribed in 40 Code of Federal Regulations (CFR), Part 258 (Subtitle D) and the GEPA Rules and Regulations for Solid Waste Disposal, Title 22, Division 4, Chapter 23. Closure construction will be monitored by the full-time presence of a representative of the design engineer, a construction manager, and construction quality assurance personnel for the design engineer, to ensure that the intent of the design is met and that the construction documents are adhered to.

Construction work will be product-oriented with the contractor responsible for execution of the work, all forms of construction-related environmental compliance, and acceptance of the final end product. The contractor will be required to conform to 40 CFR Part 265 Subparts F through R. The important issues associated with these sections are:

- All workers, who may contact waste, are health and safety trained;
- The potential offsite migration of waste or waste products (e.g., leachate and landfill gas) will be controlled;
- Human health and the environment shall be protected;
- Safe working conditions shall be maintained;
- Safety records shall be maintained;
- Proper permits shall be obtained and maintained; and
- Emergency action plans shall be established for the event of a spill or accident.

DPW will obtain necessary approvals in accordance with the applicable regulations and provisions of the Consent Decree, and notify the Director of the GEPA before beginning closure of Ordot Dump.

## 9.2 HEALTH AND SAFETY

All engineering and contractor personnel who perform excavation, handling, sampling, and monitoring of the soils and water during the closure of the Dump will be subject to Occupational Safety and Health Administration standards for hazardous waste operations (29 CFR Part 1910). A Health and Safety Plan will be prepared describing procedures to be followed to protect all on-site personnel involved with or affected by closure activities. Of particular importance, the Health and Safety Plan will include the following information:

- Selection of adequate personal protective equipment;
- Establishment of work zones;
- Decontamination procedures;
- Emergency response procedures; and
- Personnel training program.

An on-site Safety Supervisor will be designated and be present on-site during construction. This person will be responsible for enforcing the Health and Safety Plan by conducting daily safety meetings for all on-site personnel performing closure activities, supervising all necessary workplace monitoring, documenting all health and safety related incidents, and requiring all personnel who enter the work area to wear appropriate protective clothing and follow all safety procedures.

## 9.3    QUALITY ASSURANCE/QUALITY CONTROL

Construction quality assurance and construction quality control (CQA/CQC) procedures will be implemented to ensure that closure activities are conducted in accordance with this Closure report and the contract documents.   The on-site representative of the registered professional civil engineer responsible for certifying closure will be present on a regular basis to conduct inspections and on a full-time basis at critical stages of closure.

On-site QC will be conducted by the contractor to verify the documentation of the closure activities.   An inspection of the sampling procedure will verify the sampling locations and methodology used during the collection of each sample.   The CQA manager will be responsible for providing necessary oversight and audits to ensure compliance with the plan.

## 9.4    CERTIFICATION OF CLOSURE

Following the closure of Ordot Dump, DPW will notify the Administrator of GEPA that a certification, signed by a registered professional engineer, verifying that closure has been completed in accordance with the plan, has been placed in the operating record.

DPW will record a notation on the deed to the Dump facility property notifying any potential purchaser of the property that the land has been used as a disposal facility and its use is restricted.

## 9.5    POST-CLOSURE MAINTENANCE

The construction documents will also contain requirements for the on-going maintenance of the cover system and monitoring systems following final closure.   A Post-Closure Plan has been prepared in accordance with Rules and Regulations for the GEPA Solid Waste Disposal, Title 22, Division 4, Chapter 23, Article 6.   Key items of post-closure include:

- Maintaining the integrity and effectiveness of the final cover;
- Maintaining and operating the leachate collection system;
- Monitoring groundwater and maintaining the monitoring system; and
- Maintaining the LFG control system and monitoring LFG migration.

The post-closure maintenance period is anticipated to encompass 30 years.

## 10.0 REFERENCES

CFR, Title 29, Part 1910 – Occupational Safety and Health Standards.

CFR, Title 40, Part 257 – Criteria for Classification of Solid Waste Disposal Facilities and Practices.

CFR, Title 40, Part 258 – Criteria for Municipal Solid Waste Landfills.

CFR, Title 40, Part 265 – Interim Status Standards for Owners and Operators of Hazardous Waste Treatment, Storage, and Disposal Facilities.

Dames & Moore (1978), Solid Waste Management and Resources Recovery Feasibility Study for the Territory of Guam.

DPT, 2005a, Dueñas and Associates Project Team (2005), Ordot Dump 100% Operations Plan.

DPT, 2005b, Dueñas and Associates Project Team (2005), Ordot Dump Closure 100% Design Report.

DPT, 2005c, Dueñas and Associates Project Team (2005), Environmental Baseline Survey.

DPT, 2005b, Dueñas and Associates Project Team (2005), Ordot Dump Closure 100% Post-Closure Plan.

Environmental Laboratory USAE Waterways Experiment Station (1997), Hydrologic Evaluation of Landfill Performance.

GEPA (2004), Guam Soil Erosion and Sediment Control Regulations.

GEPA, Rules and Regulations for the Guam Environmental Protection Agency Solid Waste Disposal, Title 22, Division 4, Chapter 23.

Greanleaf/Telesca Ahn (1970), Operational Plan for Solid Waste Management, Territory of Guam, December 1970.

Horsley Witten Group (2004), Commonwealth of the Northern Mariana Islands and Guam Stormwater Management Criteria.

Juan C. Tenorio & Associates (1998), Draft Environmental Impact Statement, Municipal Solid Waste Landfill for the Island of Guam, Volume I.

Mink &Yuen (2004), Geology and Hydrogeology of Ordot Dump.

National Climate Data Center (2004), www.ncdc.noaa.gov.

U.S. Army Corps of Engineers (1980), Guam Storm Drainage Manual.

USEPA Code of Federal Regulations, 1998. Title 40, Chapter 7, Parts 51, 52, and 60.

Weatherbase (2004), www.weatherbase.com/weather/weather.php3?s=121219.

**APPENDIX A**
Title 22, Division 4, Article 6 (§23601) of the Rules and Regulations for the Guam
Environmental Protection Agency (GEPA) Solid Waste Disposal

# RULES AND REGULATIONS FOR THE GUAM ENVIRONMENTAL PROTECTION AGENCY (GEPA) SOLID WASTE DISPOSAL

## Title 22

## Division 4

## Chapter 23

## Article 1

## General regulations

§23101.        Purpose, scope, and applicability..

§23102.        Definitions.

§23103.        Consideration of other federal laws.

§23104.        Solid waste management permit system.

## Article 2

## Location restrictions

§23201.        Airport safety.

§23202.        Flood plains

§23203.        Wetlands.

§23204.        Fault areas.

§23205.        Seismic impact zones.

§23206.        Unstable areas.

§23207.        Closure of existing municipal solid waste landfill units.

## Article 6

## Closure and post-closure care

§23601.     Closure criteria. (a) Owners or operators of all MSWLF units must install a final cover system that is designed to minimize infiltration and erosion. The final cover system must be comprised of an erosion layer underlain by an infiltration layer as follows:

(1)     the infiltration layer must be comprised of a minimum of Eighteen (18) inches of earthen material that has a permeability less than or equal to the permeability of any bottom liner system or natural subsoils present, or a permeability no greater than $1 \times 10^{-5}$ cm/sec, whichever is less, and

(2)     the erosion layer must consist of a minimum Six (6) inches of earthen material that is capable of sustaining native plant growth.

(b)     The Administrator may approve an alternative final cover design that includes:

(1)     an infiltration layer that achieves an equivalent reduction in infiltration as the infiltration layer specified in Item (1) of Subsection (a) of this §23601; and

(2)     an erosion layer that provides equivalent protection from wind and water erosion as the erosion layer specified in Item (2) of Subsection (a) of this §23601.

(c)     The owner or operator must prepare a written closure plan that describes the steps necessary to close all MSWLF units at any point during its active life in accordance with the cover design requirements in Subsections (a) or (b) of this §23601, as applicable. This plan must be approved by Guam EPA prior to the initiation of closure activities. The closure plan, at a minimum, must include the following information:

(1)     a description of the final cover, designed in accordance with Subsections

84

(a) of this §23601 and the methods and procedures to be used to install the cover;

(2) an estimate of the largest area of the MSWLF unit ever requiring a final cover as required under Subsections (a) of this §23601 at any time during the active life;

(3) an estimate of the maximum inventory of wastes ever on-site over the active life of the landfill facility; and

(4) a schedule for completing all activities necessary to satisfy the closure criteria in this §23601.

(d) The owner or operator must notify the Administrator that a closure plan has been prepared and placed in the operating record immediately or by the initial receipt of waste, whichever is later.

(e) Prior to beginning closure of each MSWLF unit as specified in Subsections (f) of this §23601, an owner or operator must notify the Administrator that a notice of the intent to close the unit has been placed in the operating record.

(f) The owner or operator must begin closure activities of each MSWLF unit no later than Thirty (30) days after the date on which the MSWLF unit receives the known final receipt of wastes or, if the MSWLF unit has remaining capacity and there is a reasonable likelihood that the MSWLF unit will receive additional wastes, no later than One (1) year after the most recent receipt of wastes. Extensions beyond the One (1) year deadline for beginning closure may be granted by the Administrator if the owner or operator demonstrates that the MSWLF unit has the capacity to receive additional wastes and the owner or operator has taken and will continue to take all steps necessary to prevent threats to human health and the environment from the unclosed MSWLF unit.

85

(g)   The owner or operator of all MSWLF units must complete closure activities of each MSWLF unit in accordance with the closure plan within One hundred and eighty (180) days following the beginning of closure as specified in Subsection (f) of this §23601. Extensions of the closure period may be granted by the Administrator if the owner or operator demonstrates that closure will, of necessity, take longer than One hundred and eighty (180) days and he has taken and will continue to take all steps to prevent threats to human health and the environment from the unclosed MSWLF unit.

(h)   Following closure of each MSWLF unit, the owner or operator must notify the Administrator that a certification, signed by an independent registered professional engineer and approved by the Administrator, verifying that closure has been completed in accordance with the closure plan, has been placed in the operating record.

(i)   Following closure of all MSWLF units, the owner or operator must record a notation on the deed to the landfill facility property, or some other instrument that is normally examined during title search, and notify the Administrator that the notation has been recorded and a copy has been placed in the operating record.

(j)   The notation on the deed must in perpetuity notify any potential purchaser of the property that:

(1)   the land has been used as a landfill facility; and

(2)   its use is restricted under Item (3) of Subsection (c) of this §23602.

(k)   The owner or operator may request permission from the Administrator to remove the notation from the deed if all wastes are removed from the facility.

§23602.   Post-closure care requirements.   (a)   Following closure of each

86

MSWLF unit, the owner or operator must conduct post-closure care. Post-closure care must be conducted for Thirty (30) years, except as provided under Subsection (b) of this §23602, and consist of at least the following:

(1) maintaining the integrity and effectiveness of any final cover, including making repairs to the cover as necessary to correct the effects of settlement, subsidence, erosion, or other events, and preventing run-on and run-off from eroding or otherwise damaging the final cover;

(2) maintaining and operating the leachate collection system in accordance with the requirements in §23401 of this Chapter. The Administrator may allow the owner or operator to stop managing leachate if the owner or operator demonstrates that leachate no longer poses a threat to human health and the environment;



(3) monitoring the ground-water in accordance with the requirements of Article 5 of this Chapter and maintaining the ground-water monitoring system, if applicable; and

(4) Maintaining and operating the gas monitoring system in accordance with the requirements of §23306.

(b) The length of the post-closure care period may be:

(1) decreased by the Administrator if the owner or operator demonstrates that the reduced period is sufficient to protect human health and the environment and this demonstration is approved by the Administrator; or

(2) increased by the Administrator, if the Administrator determines that the lengthened period is necessary to protect human health and the environment.

87

(c)     The owner or operator of all MSWLF units must prepare a written post-closure plan that includes, at a minimum, the following information:

(1)     a description of the monitoring and maintenance activities required in Subsection (a) of this §23602, for each MSWLF unit, and the frequency at which these activities will be performed;

(2)     name, address, and telephone number of the person or office to contact about the facility during the post-closure period; and

(3)     a description of the planned uses of the property during the post-closure period. Post-closure use of the property shall not disturb the integrity of the final cover, liner(s), or any other components of the containment system, or the function of the monitoring systems unless necessary to comply with the requirements in this Chapter.

The Administrator may approve any other disturbance if the owner or operator demonstrates that disturbance of the final cover, liner or other component of the containment system, including any removal of waste, will not increase the potential threat to human health or the environment.



(d)     The owner or operator must notify the Administrator that a post-closure plan has been prepared and placed in the operating record immediately or by the initial receipt of waste, whichever is later.

(e)     Following completion of the post-closure care period for each MSWLF unit, the owner or operator must notify the Administrator that a certification, signed by an independent registered professional engineer and approved by the Administrator, verifying that post-closure care has been completed in accordance with the post-closure plan, has been placed in the

**APPENDIX B**
**Design Sheet References**





Case 1:02-cv-00022    Document 203-3    Filed 01/17/2008    Page 10 of 32









**APPENDIX C**
**Revised Closure Schedule**

| Task | Duration | Start | Finish |
|---|---|---|---|

<table>
<tr><td>Closure Plan Operations</td><td></td><td>Mon 4/7/08</td><td></td></tr>
<tr><td>Phase II Post Use</td><td></td><td>Mon 8/25/08</td><td></td></tr>
<tr><td>Closure Plan</td><td>0 days</td><td>Tue 10/28</td><td>Tue 10/28</td></tr>
<tr><td>Soil Cover</td><td>0 days</td><td></td><td></td></tr>
<tr><td>Scale Operation</td><td>0 days</td><td>Fri 1/4/08</td><td>Fri 1/4/08</td></tr>
<tr><td>Action Plan</td><td>0 days</td><td>Mon 1/21/08</td><td>Mon 1/21/08</td></tr>
<tr><td>Sealing for Hazardous</td><td>0 days</td><td>Mon 1/21/08</td><td>Mon 1/21/08</td></tr>
<tr><td>Diagr SWPP Measures, Erosion Ditch</td><td>60 days</td><td>Fri 2/1/08</td><td>Thu 4/24/08</td></tr>
<tr><td>Waste Limits Staking</td><td>5 days</td><td>Fri 2/1/08</td><td>Thu 2/7/08</td></tr>
<tr><td>Green Waste Cessation Meeting</td><td>0 days</td><td>Fri 2/1/08</td><td>Fri 2/1/08</td></tr>
<tr><td>Record Keeping</td><td>0 days</td><td>Fri 2/1/08</td><td>Fri 2/1/08</td></tr>
<tr><td>Training</td><td>0 days</td><td>Thu 2/28/08</td><td>Thu 2/28/08</td></tr>
<tr><td>Completion Test</td><td>10 days</td><td>Mon 3/3/08</td><td>Fri 3/21/08</td></tr>
<tr><td>Piping Plan SOP</td><td>10 days</td><td>Mon 3/31/08</td><td>Fri 4/11/08</td></tr>
</table>

Project: Odus Closure Schedule 1-56
Date: Thu 1/17/08

Task

Progress

Milestone

Summary

Project Summary

External Tasks

External Milestone

Page 1

## Compliance Schedule on Document Submittal

| Document Description | Due Date (DAYS) | Permit Reference | Comment | STATUS OF COMPLIANCE |
|---|---|---|---|---|
| **Part I – General Requirements** | | | | |
| 1 Progress Report | Quarterly | I.C. | March 8, 2006 - GEPA received Progress Report No. 2. GEPA has not received Progress Report No. 1 and No.3 | Per 12/30/05 memorandum, Progress Report No. 1 to have been submitted by 1/9/06. No record of Progress Report No. 1, and no record of Progress Report No.3. |
| | 1/10/2006 | | 8/31/2006 | 2 |
| **Part III – Operations Towards Closure** | | | | |
| **Design and Operation Facility** | | | | |
| 2 Written notification of contractor | 4/23/2006 | II.A.1.c. | DPW has sent out an RFP for said Contractor but has yet to obtain one as of August 31, 2006 | Noncompliant |
| | | | 8/31/2006 | |
| 3 Written notification of MOLO certified personnel & copy of certification | 4/23/2006 | II.A.1.c. | DPW has sent out an RFP for said Contractor but has yet to obtain one as of August 31, 2006 | Noncompliant 130 |
| | | | 8/31/2006 | 130 |
| **Solid Waste Accepted** | | | | |
| 4 Solid Waste Diversion Program Plan | 60 | II.A.2.a.i. | As of March 8, 2006 Progress Report - Preparation of SW Diversion Program Plan still on-going. | Noncompliant |
| | 2/12/2006 | | 8/31/2006 | |
| 5 Implementation Schedule for recyclables/reusable materials | 60 | II.A.2.a.i. | As of March 8, 2006 Progress Report - Preparation of SW Diversion Program Plan still on-going. DPW requests GEPA to provide listing of Alternatives sites for recyclables. | Noncompliant 200 |
| | 2/12/2006 | | 8/31/2006 | 200 |
| **Scale Requirements** | | | | |
| 6 Scale Repair Schedule, OR | 12/29/2006 | II.A.4.b. | 12/30/05 DPW request extension. 1/19/06, GEPA approves extension to 1/29/06. March 8, 2006 - GEPA received Progress Report No. 2 which states that repair of scale is not cost effective. | Noncompliant until receipt of March 7, 2006 progress report. 200 |
| | 1/29/2006 | | 8/31/2006 | 214 |

# Solid Waste Disposal Permit No. 05-060LFL
## Ordot Dump

### Compliance Schedule on Document Submittal

| | Document Description | Due Date (DAYS) | Permit Reference | Comment | STATUS OF COMPLIANCE |
|---|---|---|---|---|---|
| 7 | New Scale Information & Documentation | | II.A.4.c. | **March 8, 2006 - GEPA received Progress Report No. 2 which states that DPW still obtaining data for Scale Information and Documentation. DPW also states that the selective Bidder for the Operation to Closure of the Ordot Dump will be required to purchase scale.** | **Noncompliant** |
| | Prior to extension request | 12/16/2005 | | 12/30/2005 | 14 |
| | After approved extension request | 1/29/2006 | | 8/31/2006 | 214 |
| 8 | Incoming Waste Tonnage Report Form | 30 | II.A.4.e. | March 8, 2006 - GEPA received Progress Report No. 2 with attached Report Forms | Noncompliant for 52 days from due date to March 7 2006. |
| | | 1/13/2006 | | 3/7/2006 | 53 |
| | **General Waste Placement and Lift Development** | | | | |
| 9 | Ordot Dump Assessment Report | 15 | II.A.6.a.i. | 12/30/2005 - DPW request extension. 1/19/06 - GEPA approves extension to 1/29/06. March 8, 2006 - GEPA received Progress Report No. 2 which states that assessment will be conducted by the selective bidder for the Operation to Closure of the Ordot Dump. | **Noncompliant** |
| | | 1/29/2006 | | 8/31/2006 | 214 |
| 10 | Draft Filling Plan | 30 | II.A.6.a.ii. | March 8, 2006 - GEPA received Progress Report No. 2 which states that Draft Filling Plan to be conducted by the selective bidder for the Operation to Closure of the Ordot Dump. | Noncompliant |
| | | 1/13/2006 | | 8/31/2006 | 230 |
| 11 | Final Filling Plan (See Permit Condition) upon Guam EPA approval | 30 | II.A.6.a.iv. | | |
| | **Cover Material Requirements** | | | | |
| 12 | Certification of available daily cover on site | Weekly | II.7.f | March 8, 2006 - GEPA received Progress Report No. 2 which states that DPW has been providing GEPA will copies of Daily Dump Truck Lof and will continue to provide these log sheets to GEPA on a weekly basis. However, the required certifications regarding availability of daily cover has not been submitted. | Noncompliant for a total of 2398 days cumulative for the required 37 weekly report cumulative up to August 3 2006. Wherein the cumulative number of days is calculated from due date for each of the 37 weekly report due after the issuance of permit up to August 3 2006. Number of cumulative days calculated cam be found in the Penalty Assessment calculation for this NOV/OC. |
| | | 12/21/2005 | | 8/31/2006 | 2398 |

H:\Solid Waste\NOVOC\DPW NOV-OC FY2006\Ordot Dump Permit - Status of Compliance with Compliance Schedule\8-31-06.xls; Document Submittal Compliance
10/19/2006
2 of 7

Case 1:02-cv-00022   Document 203-3   Filed 01/17/2008   Page 18 of 32

## Compliance Schedule on Document Submittal

| | Document Description | Due Date (DAYS) | Permit Reference | Comment | STATUS OF COMPLIANCE |
|---|---|---|---|---|---|
| | **Vector, Bird, Odors, Noise, Dust, and Litter Control** | | | | |
| 13 | Vector Control Monitoring Plan and Deterrence Program Plan and Standard Operating Procedures | 30 | II.A.8.b. | 12/30/05 -DPW request extension. 1/19/06 GEPA approves extension to 1/29/06. March 8, 2006 - GEPA received Progress Report No. 2 which states that Plan is a compliance requirement to be conducted by the selective bidder for the Operation to Closure of the Ordot Dump. | Noncompliant |
| | | 1/29/2006 | | 8/31/2006 | 214 |
| | **General Inspection Requirements** | | | | |
| 14 | Revised Inspection Plan | 30 | II.A.17.a. | March 8, 2006 - GEPA received Progress Report No. 2 which states that Plan is a compliance requirement to be conducted by the selective bidder for the Operation to Closure of the Ordot Dump. Furthermore, DPW states that it will comply with the general inspection plan as established in Appendix A, Section 3.9 of the Operations Plan. | Noncompliant |
| | | 1/13/2006 | | 8/31/2006 | 230 |
| | **Personnel Training** | | | | |
| 15 | Personnel Training Program Plan | 15 | II.A.18.a. | 1/29/2005 -DPW request extension. 1/19/06 GEPA approve extension to 1/29/06. March 8, 2006 - GEPA received Progress Report No. 2 with an attached training synopsis for SW Managers, Personnel, Technicians, and Operators. In addition, GEPA was notified that several DPW Solid Waste Personnel have become SWANA members and have attended SWANA training courses off-Island. They also noted the intention to utilize SWANA's On-Demand Training PRogram and E-Training events. This update is not a training plan, but a summary of DPW's proposal to incorporate into a training plan. | Noncompliant |
| | | 1/29/2006 | | 8/31/2006 | 214 |

## Compliance Schedule on Document Submittal

| | Document Description | Due Date (DAYS) | Permit Reference | Comment | STATUS OF COMPLIANCE |
|---|---|---|---|---|---|
| 16 | Updated listing of employees w/certification training | 30 | II.A.18.c. | Per the March 8, 2006 Progress Report, DPW has developed and updated list of employees form for Solid Waste personnel and will be transmitted to GEPA. To date no list as been received. | Noncompliant |
| | | 1/13/2006 | | 8/31/2006 | 230 |
| **Emergency Response and Contingency Plan** | | | | | |
| 17 | Revised Emergency Contingency Plan | 30 | II.A.19.a. | March 8, 2006 - GEPA received Progress Report No. 2 which states that Emergency Contingency Plan is a compliance requirement to be conducted by the selective bidder for the Operation to Closure of the Ordot Dump. Furthermore, DPW states that it will comply with the Emergency Response and Contingency requirements in Appendix A, Section 3.11, Operations Plan. | Noncompliant |
| | | 1/13/2006 | | 8/31/2006 | 230 |
| **Part III — Closure Design & Construction** | | | | | |
| **Closure Design Report and Closure Plan—Revisions** | | | | | |
| 18 | Update and revise Ordot Dump Closure Design Report (7/05) and Closure Plan | 12/30/2005 | III.B. | 12/30/05 -DPW request extension. 1/19/06 GEPA approves extension to 1/29/06. March 8, 2006 - GEPA received Progress Report No. 2 which states that the update and revision of the Ordot Dump Closure Design Report (7/05) and Closure Plan is a compliance requirement to be conducted by the selective bidder for the Operation to Closure of the Ordot Dump. | Noncompliant |
| | | 1/29/2006 | | 8/31/2006 | 214 |

H:\Solid Waste\MOVOC\DPW NOV-OC FY2006\Ordot Dump Permit - Status of Compliance with Compliance Schedule(8-31-06).xls, Document Submittal Compliance
4 of 7

10/10/2005

## Compliance Schedule on Document Submittal

| | Document Description | Due Date (DAYS) | Permit Reference | Comment | STATUS OF COMPLIANCE |
|---|---|---|---|---|---|
| **Leachate System** | | | | | |
| 19 | **Draft** Leachate Disposal System Design and Leachate Management Plan | 60 | III.B.1.a. | 12/3/2006 -DPW request extension. 1/19/06 GEPA approves extension to 1/29/06. March 8, 2006 - GEPA received Progress Report No. 2 which states that the update and revision of the Ordot Dump Closure Design Report (7/05) and Closure Plan is a compliance requirement to be conducted by the selective bidder for the Operation to Closure of the Ordot Dump. | Noncompliant |
| | | 2/12/2006 | | 8/31/2006 | 200 |
| 20 | Final Leachate Disposal System Design and Final Leachate Management Plan *(upon Guam EPA approval)* | 30 | III.B.1.b. | | |
| **Surface Water Requirements** | | | | | |
| 21 | **Draft** Design Schedule and a Draft Revised Basis of Design for the Construction | 30 | III.B.2.a.ii | March 8, 2006 - GEPA received Progress Report No. 2 which states that draft Design Schedule and Final Revised Basis of Design is to be conducted by the selective bidder for the Operation to Closure of the Ordot Dump and Final Closure. | Noncompliant |
| | | 1/13/2006 | | 8/31/2006 | 230 |
| 22 | Final Design Schedule and a Final Revised Basis of Design for the Construction *(upon Guam EPA approval)* | 15 | III.B.2.a.iii | | |
| 23 | **Draft** Revised Stormwater Management System **Design** and a construction and permanent Stormwater Pollution Prevention Plan (SWPPP) *(upon Guam EPA approval)* | 30 | III.B.2.iv. | | |

# Solid Waste Disposal Permit No. 05-060LFL
## Ordot Dump

## Compliance Schedule on Document Submittal

| | Document Description | Due Date (DAYS) | Permit Reference | Comment | STATUS OF COMPLIANCE |
|---|---|---|---|---|---|
| 24 | Final Revised Stormwater Management System Design and a construction and permanent SWPPP *(upon Guam EPA approval)* | 15 | III.B.2.v. | | |
| **Ground-Water Monitoring System – PHASE I** | | | | | |
| 25 | Draft Phase I Hydrogeologic Work Plan to include:<br><br>• Quality Assurance Program Plan<br>• Sampling & Analysis Plan | 90<br><br><br>3/14/2006 | III.B.3.a.i.1. | March 8, 2006 - GEPA received Progress Report No. 2 which states that draft Phase I Hydrogeologic Work Plan that includes a QAPP and SAP is to be conducted by the selective bidder for the Operation to Closure of the Ordot Dump and Final Closure.<br><br>8/31/2006<br>8/31/2006 | Noncompliant<br><br><br><br><br><br>170 |
| 26 | Draft Phase I Groundwater Monitoring Plan | 90<br><br><br>3/14/2006 | III.B.3.a.i.1. | March 8, 2006 - GEPA received Progress Report No. 2 which states that draft Phase I Groudwater Monitoring Plan is to be conducted by the selective bidder for the Operation to Closure of the Ordot Dump and Final Closure.<br><br>8/31/2006 | Noncompliant<br><br><br><br><br>170 |
| 27 | Final Phase I Hydrogeologic Work Plan and Final Phase I Groundwater Monitoring Plan *(upon receipt of Guam EPA's comments)* | 30 | III.B.3.a.i.2. | | |
| 28 | Draft Phase I Hydrogeologic Report *(upon receipt of Guam EPA's written approval)* | 135 | III.B.3.a.i.4. | | |
| 29 | Final Phase I Hydrogeologic Work Plan<br><br>*(upon receipt of Guam EPA's comments)* | 30 | III.B.3.a.i.5. | | |
| **Ground-Water Monitoring System – PHASE II** | | | | | |
| 30 | Draft Phase II Hydrogeologic Work Plan to include:<br><br>• Quality Assurance Program Plan<br>• Sampling & Analysis Plan | 90<br><br>after Phase I | III.B.3.a.ii.1. | | |

## Compliance Schedule on Document Submittal

| | Document Description | Due Date (DAYS) | Permit Reference | Comment | STATUS OF COMPLIANCE |
|---|---|---|---|---|---|
| 31 | Draft Phase II Groundwater Monitoring Plan | 90 after Phase 1 | III.B.3.a.ii.1. | | |
| 32 | Final Phase II Hydrogeologic Work Plan and Final Phase II Groundwater Monitoring Plan *(upon receipt of Guam EPA's comments)* | 30 | III.B.3.a.ii.2. | | |
| 33 | Draft Phase II Hydrogeologic Report *(upon receipt of Guam EPA's written approval)* | 135 | III.B.3.a.ii.4. | | |
| 34 | Final Phase II Hydrogeologic Work Plan *(upon receipt of Guam EPA's comments)* | 30 | III.B.3.a.ii.5. | | |
| **Landfill Gas Management System** | | | | | |
| 35 | Revised Landfill Gas Management System *(upon receipt of Guam EPA's comments)* | 60 | III.B.4.a. | | |
| **Part IV – Post-Closure Care and Maintenance.** **Post-Closure Care and Maintenance Plan—Revisions** | | | | | |
| 36 | Revised Post-Closure Care and Maintenance Plan | 90 | IV.B.1. | March 8, 2006 - GEPA received Progress Report No. 2 which states that a revised Post Closure Care and Maintenance Plan is to be conducted by the selective bidder for the Operation to Closure of the Ordot Dump and | Noncompliant |
| 37 | Final Revised Post-Closure Care and Maintenance Plan *(upon dump ceasing to receive waste but no later than 10/23/04)* | 3/14/2006 30 | IV.B.2. | 8/31/2005 | 170 |

**APPENDIX D**
**Conditions to Enforce Consent Decree**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CIVIL CASE NO. 02-00022 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER RE: CONDITIONS** |
| | ) | **TO ENFORCE CONSENT DECREE** |
| | ) | |
| GOVERNMENT OF GUAM, | ) | |
| Defendant. | ) | |

The court, having considered the U.S. Magistrate Judge's Report & Recommendations ("Report") filed on July 6, 2007, as well as the parties' responses to the Report, supplemental briefs, and oral argument at the status hearings on October 23, 2007 and November 20, 2007, hereby DENIES the Government of Guam's ("GovGuam") Motion to Modify the Consent Decree and GRANTS the United States Government's Motion to Enforce the Consent Decree as follows herein.

The Consent Decree required GovGuam to operate a new landfill by September 23, 2007, to complete the closure of the Ordot Dump by October 23, 2007, and to cease all discharges from the Ordot Dump to waters of the United States by October 23, 2007. GovGuam is currently in violation of the above obligations under the Consent Decree. As of November 20, 2007, $2,855,000 in stipulated penalties have accrued for GovGuam's violations of the Consent Decree, and stipulated penalties continue to accrue on a daily basis.

//

1    In light of GovGuam's failure to meet its obligations, and in particular, the failure of both
2 the executive and legislative branches of the Government of Guam to present a unified position on
3 how best to comply with the Consent Decree, this court is left with the duty and responsibility to
4 consider various options which will ultimately result in the enforcement of the Decree. Such options
5 include the imposition of fines, contempt proceedings and the appointment of a federal receiver to
6 assume management and control of the Solid Waste Management division ("SWM") of the
7 Department of Public Works ("DPW").

8    The court has carefully reviewed the U.S. Magistrate Judge's Report, which sets forth a
9 series of interim measures designed to ensure GovGuam's compliance with the Consent Decree.
10 Taking into consideration the reasons for GovGuam's current failure to timely comply with the
11 Decree's deadlines, the court agrees in part with the recommended actions as delineated in the
12 Report, and adopts such recommendations, to the extent set forth in this Order. The court notes that
13 some of the recommendations if adopted will only serve to delay the closure of the dump.
14 Accordingly, this court declines to order any measure that will prolong the closing of the Ordot
15 Dump. Time is of the essence.

16    In addition, the court addresses issues herein that, although not specifically raised in the U.S.
17 Magistrate Judge's Report, are nevertheless essential to ensure that GovGuam comes into
18 compliance with the Consent Decree.

19    1. ACQUISITION OF THE DANDAN SITE

20    After extensive studies and research compiled by USEPA and the Guam EPA, GovGuam
21 chose the Dandan site in 2005 as the best location for a landfill. According to Messrs. Tor
22 Gudmudsen, a professional civil engineer, and Pankaj Arora, an environmental engineer for the
23 USEPA Region IX, the Dandan site will pose no risk to the nearby water sources and no risk of
24 leachate as the new landfill will have a minimum of a five-foot liner. See Docket No. 170.
25 Additionally, a site visit to Dandan conducted by the court revealed the existence of monitoring
26 wells designed to further prevent the risk of contamination.

27    There is nothing in the court's record to indicate that the selection of Dandan – the landfill
28 site selected by GovGuam -- will have a detrimental impact to the population of Guam or that

GovGuam is reconsidering its selection of the Dandan site. In fact, the Governor of Guam through his counsel, Mr. Ray Haddock, assured the court on November 20, 2007 that GovGuam is "prepared to move forward with the acquisition, and we still have the money set aside for the acquisition." *See* Docket No. 170 at 12.

In light of the Governor's commitment to move forward with the acquisition, and further, that GovGuam has set aside the funds, the court hereby orders that GovGuam negotiate the purchase of the Dandan site for the new landfill, or initiate eminent domain proceedings to acquire the site, on or before January 24, 2008.[1]

## 2. THE DANDAN SITE'S HYDROGEOLOGICAL REPORT AND FINAL DESIGN

DPW has contracted with Tor Gudmundsen of TG Engineering to complete a hydrogeological study and the final design for the Dandan landfill. According to representations made to this court by GovGuam, the hydrogeological study and final design will be completed by mid-December 2007. Notwithstanding the near completion of the study, Mr. Gudmundsen has informed the court that his work has been halted due to the lack of payment by GovGuam. The resolution of this issue should be undertaken by both the executive and legislative branches of the Government of Guam. A written Progress Report on the status of payment, the study, and final design shall be filed by GovGuam no later than January 8, 2008.

To the extent that the Consent Decree remains in effect, all existing impediments to progress in constructing and operating the Dandan landfill are potentially subject to scrutiny and challenge.[2] Moreover, GovGuam will be held to answer to such impediments, whether by way of fines or contempt proceedings or similar action within the powers of this court to enforce its own orders.

## 3. FINES

As of November 20, 2007, $2,855,000 in stipulated penalties have accrued for GovGuam's

---

[1] At the November 20, 2007 Status Hearing, Dominic Muna gave this date as when the Ordot Dump will be at capacity.

[2] The court is deeply concerned that there is legislation enacted that seemingly prohibits the opening of the new landfill. It cannot be ignored that GovGuam has already contracted approximately $9.3 million in work under the Consent Decree.

3

1     violations of the Consent Decree, and stipulated penalties continue to accrue on a daily basis.[1]/

2     Accordingly, the court hereby orders this amount due in full and payable to the United States

3     Government on or by January 24, 2008, for such violations.

4         4. CONTEMPT

5     Parties shall file briefs concerning the extent of this court's civil contempt powers. In

6     particular, parties should address the entity, or the person(s) who may be held in contempt, and shall

7     discuss the appropriate sanction(s) that may be imposed. The United States Government is hereby

8     ordered to file its brief by January 8, 2008. GovGuam is ordered to file its response by January 14,

9     2008. The United States Government may file a reply by January 17, 2008.

10        5. RECEIVERSHIP

11     GovGuam's failure to abide by the mandates of the Consent Decree is disconcerting. The

12     inaction and lack of interest in giving the issue of the Ordot Dump closure the priority that it is due

13     ignores the current environmental and health concerns resulting from the failure to close the dump.

14     In light of GovGuam's failure to act, the court ordered the parties to submit a list of qualified

15     receivers recommended to assume operation and control of SWM by January 18, 2008. The court

16     still finds such submissions necessary.

17       6. OPERATIONS REPORT AND CLOSURE OF ORDOT DUMP

18     Evidence has been presented to the court by DPW Superintendent, Mr. Dominic Muna, that

19     by January 24, 2008, the Ordot Dump will have no available airspace for municipal solid waste. Mr.

20     Muna also noted that DPW currently lacks equipment to compact material at the Ordot Dump.

21     GovGuam has failed to present or offer any concrete proposals to ameliorate these problems.

22     Accordingly, the court orders, with respect to the operations and closure of Ordot Dump, the

23     following:

24       A.     GovGuam shall file an Action Report by January 21, 2008. The report shall provide

25           an estimate of the remaining airspace at the Ordot Dump and set forth a detailed

26

27

28    [1]/ This figure is based on the figure the United States submitted in its brief filed on November 21, 2007. *See* Docket No. 167. In subsequent pleadings, GovGuam did not dispute that amount.

4

1   explanation of the steps GovGuam intends to take concerning municipal solid waste
2   disposal when the Ordot Dump is closed and the new landfill is not yet operational.

3   B.   GovGuam shall file an Ordot Dump Closure Report to the court, and copies shall be
4        served to USEPA and Guam EPA, no later than January 8, 2008. The report shall
5        contain a list of required actions that are needed to prepare the Ordot Dump site for
6        closure and a schedule that corresponds to the implementation and completion of
7        each action.

8   C.   USEPA and Guam EPA shall use their best efforts to review and file comments
9        regarding the Ordot Dump Closure Report to GovGuam and this court, by January
10       14, 2008.

11  D.   Upon receipt of USEPA and Guam EPA's comments, if any, GovGuam shall
12       respond to and/or incorporate USEPA and Guam EPA's comments in a Revised
13       Ordot Dump Closure Report, which shall then be due to this court no later than
14       January 17, 2008.

15  **7. PUBLIC AUDITOR'S REPORT**

16      The Public Auditor issued a Performance Audit entitled "Department of Public Works
17  Commercial Tipping Fees," OPA Report No. 07-08 (August 2007). *See* Docket No. 138. The Public
18  Auditor identified the following deficiencies at DPW: (1) an inefficient billing and collection
19  process; (2) the commercial haulers' continued use of the Ordot Dump despite being delinquent on
20  payments to DPW; (3) DPW's loss of an estimated $4 million in revenue from October 2003 to
21  January 2007 due to DPW's inability to provide service to 12,000 residential customers; (4) the loss
22  of an undetermined amount of revenue since 1997 because of an inoperable weigh scale at the Ordot
23  Dump; (5) the loss of an undetermined amount of revenue due to the lack of procedures to bill and
24  collect from government agencies that use Ordot Dump; (6) DPW's inability to enforce penalties
25  against commercial haulers for non-payment, due to the lack of service agreements and contracts
26  for the collection and disposal of solid waste; it does not have the ability to enforce penalties such
27  as denying access to the Ordot Dump to commercial haulers for non-payment; and (7) the loss of
28  approximately $43,470 in tipping fee revenues from April 2006 to January 2007 due to payment

5

1    exemptions to all village Mayors.

2        The Performance Audit also provided a list of specific recommendations to the DPW Director

3    and the Department of Administration Director. *See* OPA Report No. 07-08 (Aug. 2007) at 21.

4        In order to ensure that GovGuam promptly assesses and/or implements the Public Auditor's

5    recommendations, the court hereby orders that GovGuam shall submit a Response to Performance

6    Audit Recommendations to the court by February 14, 2008. In the Response, GovGuam shall

7    provide details regarding the actions it has taken to implement the Public Auditor's

8    recommendations. If for some reason GovGuam has not implemented a recommendation, GovGuam

9    shall provide a schedule for its planned implementation. If GovGuam does not plan to implement any

10    recommendation in the Performance Audit, GovGuam shall also provide a detailed explanation of its

11    reasons for not implementing the recommendation and shall propose an alternate plan, together with

12    an implementation schedule, to address the underlying problem identified in the Performance Audit.

13    **8. MONTHLY STATUS HEARINGS AND SITE VISITS**

14        The court hereby gives notice that a status hearing shall be held every month to determine:

15    (1) whether GovGuam is in compliance with this Order; (2) the steps GovGuam has taken to close

16    the Ordot Dump; (3) the progress GovGuam has made in opening the new landfill at Dandan; and

17    (4) whether the court should order additional measures to ensure GovGuam's continued progress

18    toward compliance with the Consent Decree. For such time as the Ordot Dump remains operational,

19    GovGuam shall file a declaration under oath by the Governor and DPW Director that GovGuam has

20    provided sufficient daily cover over the trash at the Ordot Dump. Such declaration shall be filed one

21    week prior to the scheduled status hearing(s).[4]

22        The court also gives notice that monthly site visits will occur to the Ordot Dump, the Lonfit

23    River, the Dandan landfill site, the military landfill sites on Guam, DPW's transfer stations, or other

24    sites the court deems to be relevant to this matter. The court invites every member of the Legislature

25    to attend any of the site visits. Upon visiting the Ordot Dump, one cannot help but appreciate more

26    acutely the gravity of the situation.

27

28    [4] The filing of these declarations will no longer be required upon the closure of the Ordot Dump.

1    The court hereby orders the personal appearance of Governor of Guam,[3]/ the Acting
2    Speaker,[4]/ Senator Espaldon, DPW Director Larry Perez, DPW's Project Manager for the Consent
3    Decree, and Guam EPA Administrator Lorilee T. Crisostomo at all monthly status hearings and site
4    visits. In light of her past participation and knowledge in this matter, the court also requires that
5    Cynthia U. Jackson also personally appear at all status conferences and site visits as long as she is
6    employed by DPW.

7    ### 9. SOLID WASTE LAW REVIEW COMMISSION

8        In his Report, the U.S. Magistrate Judge recommends that GovGuam establish a Law
9    Revision Committee to address GovGuam's general legislative policy regarding the closure of the
10   Ordot Dump and the opening of a new landfill.

11       In response to the U.S. Magistrate Judge's Report, on July 23, 2007, GovGuam's Acting
12   Governor issued Executive Order 2007-09, wherein he recognized that "the Ordot Dump continues
13   to pose a threat to public and environmental health and must be closed pursuant to a Consent
14   Decree." The executive order also established a Solid Waste Law Review Commission ("LRC") to
15   address solid waste management legislative policy for the Government of Guam.

16       Thus, because of the executive branch's direct response to the U.S. Magistrate Judge's
17   recommendation regarding the Law Review Commission, the court need not address the merits of
18   the U.S. Magistrate Judge's recommendation.[2]/

19   //

20   //

21   _____

22   [3]/ If the Governor is unable to attend, he may designate the Lieutenant Governor to attend.

23   [4]/ If the Acting Speaker is unable to attend, he may designate the Vice-Speaker to attend.

24   [2]/  It should be noted that while this court's assessment of the U.S. Magistrate Judge's
25   recommendation regarding the Law Review Commission has been rendered moot by virtue of
     Executive Order 2007-09, the court would have been inclined to reject the U.S. Magistrate Judge's
26   recommendation in this regard. While the LRC has shown its commitment to the process, the court
     recognizes its inherent limitation. The LRC is without the aid of environmental and engineering
27   professionals and the actual authority to implement needed measures. With that said, it is the court's
     view that any further delegation of responsibility to the LRC only serves to remove any
28   accountability and responsibility held by the island's elected officials.

7

**10. SOLID WASTE MANAGEMENT'S RECONSTITUTION AS A PUBLIC CORPORATION**

The U.S. Magistrate Judge through his Report also recommended that DPW's SWM be reconstituted as a public corporation under the oversight of the Consolidated Commission on Utilities ("CCU"). While the court recognizes that incorporation may be a solution to accomplish the mandates of the Consent Decree and should be considered, the court can find no authority by which it may explicitly order DPW, an entity of the executive branch, to reorganize and move in this direction. Accordingly, the court declines to adopt such recommendation.[1]/

It is without a doubt the responsibility of the Governor of Guam and every member of the Guam Legislature to diligently ensure that the Ordot Dump is closed and that the new landfill at Dandan be opened. It cannot be overemphasized that, at the end of the day, it will take a commitment and concerted effort by both the executive and legislative branches of the Government of Guam to solve one of the most urgent crises facing the island and its people.

The court retains its jurisdiction to enforce both this Order and the Consent Decree, and will closely monitor GovGuam's progress in moving toward eventual compliance with the terms of the Consent Decree.[2]/

IT IS SO ORDERED.



/s/ **Frances M. Tydingco-Gatewood**
**Chief Judge**
Dated: Dec 14, 2007

---

[1]/ While the court declines to adopt the recommendation that SWM be reconstituted as a public corporation under the oversight of the CCU, it does not appear that DPW is prohibited from seeking assistance directly from the CCU. Additionally, GovGuam is cautioned that the process of any incorporation will not serve as justification for further delay.

[2]/ The January schedule is as follows: the site visit is set for January 23, 2008, at 8:30 a.m. at the Ordot Dump followed by the status hearing on January 24, 2008 at 9:00 a.m.

8

**APPENDIX E**
**GIAA Soil Cover Letter**



**A.B. WON PAT**
INTERNATIONAL AIRPORT AUTHORITY, GUAM
ATUEIDAT PORTTON BATKCH'ALEN GUAHAN ENTENASIONAT

P.O. Box 8770
Tamuning, GU 96931

**Tel** (671) 646-0300
**Fax** (671) 646-8823

www.guamairport.com

January 11, 2007

## MEMORANDUM

TO:         Lawrence P. Perez
            Director, Department of Public Works

FROM:       Jess Q. Torres
            Executive Manager

SUBJECT:    *DPW's Request for Backfill Material*

Based on your Memorandum of January 3, 2008, please be advised that GIAA has 75,000 cubic yards of backfill material available for your Agency's use. Due to its location on a secured portion of the Airport, we will require your Agency's compliance with airport security requirements and accurate tracking of the material taken off airport property. We will be contacting your office to arrange a meeting to coordinate this request.

Should you have any questions, please contact Victor Cruz, Engineer Supervisor at 646-0300.

cc: Eng/Exp/Ops/Admin/ATM






**APPENDIX F**
**Filling Plan**









GOVERNMENT OF GUAM
DEPARTMENT OF PUBLIC WORKS
SOLID WASTE DIVISION

GUAM

FINAL FILLING
CONTROL POINTS PLAN 1/2

FP-4



FP-5

GOVERNMENT OF GUAM
DEPARTMENT OF PUBLIC WORKS
SOLID WASTE DIVISION

FINAL FILLING
CONTROL POINTS PLAN 2/2

GUAM

MATCH LINE
FOR CONTINUATION, SEE FP-1

LEGEND



**APPENDIX G**
**Reporting Forms**

## DAILY WASTE STREAM RECORD FORM

### COMMERCIAL HAULERS

FACILITY: _____
DATE: _____

| | | Vehicle | Waste | | | | |
|---|---|---|---|---|---|---|---|
| No. | Lic. No. | Source-Hotel/Retail/ Rest/Civilian/Mayor/Other | Incoming Wt. | Outgoing Wt. | Est. Vol | Time | Comments |
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 22 | | | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| 25 | | | | | | | |
| 26 | | | | | | | |
| 27 | | | | | | | |
| 28 | | | | | | | |
| 29 | | | | | | | |
| 30 | | | | | | | |
| 31 | | | | | | | |
| 32 | | | | | | | |
| 33 | | | | | | | |
| 34 | | | | | | | |
| 35 | | | | | | | |
| 36 | | | | | | | |
| 37 | | | | | | | |
| 38 | | | | | | | |
| 39 | | | | | | | |
| 40 | | | | | | | |
| 41 | | | | | | | |
| 42 | | | | | | | |
| 43 | | | | | | | |
| 44 | | | | | | | |
| 45 | | | | | | | |
| 46 | | | | | | | |
| 47 | | | | | | | |
| 48 | | | | | | | |
| 49 | | | | | | | |
| 50 | | | | | | | |
| 51 | | | | | | | |
| 52 | | | | | | | |
| 53 | | | | | | | |
| 54 | | | | | | | |
| 55 | | | | | | | |
| 56 | | | | | | | |
| 57 | | | | | | | |
| 58 | | | | | | | |
| 59 | | | | | | | |
| 60 | | | | | | | |
| 61 | | | | | | | |
| 62 | | | | | | | |

# DAILY WASTE STREAM RECORD FORM

## COMMERCIAL HAULERS

FACILITY:_____

DATE:_____

| | | | | | |
|---|---|---|---|---|---|
| 63 | | | | | |
| 64 | | | | | |
| 65 | | | | | |
| 66 | | | | | |
| 67 | | | | | |
| 68 | | | | | |
| 69 | | | | | |
| 70 | | | | | |
| 71 | | | | | |
| 72 | | | | | |
| 73 | | | | | |

## DAILY WASTE STREAM RECORD FORM

### RESIDENTIAL HAULERS

FACILITY:_____
DATE:_____

| No. | Lic. No. | Source-Hotel/Retail Rest/Civilian/Mayor/Other | Incoming Wt. | Outgoing Wt. | Est. Vol | Time | Comments |
|-----|----------|------------------------------------------------|--------------|--------------|----------|------|----------|
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 22 | | | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| 25 | | | | | | | |
| 26 | | | | | | | |
| 27 | | | | | | | |
| 28 | | | | | | | |
| 29 | | | | | | | |
| 30 | | | | | | | |
| 31 | | | | | | | |
| 32 | | | | | | | |
| 33 | | | | | | | |
| 34 | | | | | | | |
| 35 | | | | | | | |
| 36 | | | | | | | |
| 37 | | | | | | | |
| 38 | | | | | | | |
| 39 | | | | | | | |
| 40 | | | | | | | |
| 41 | | | | | | | |
| 42 | | | | | | | |
| 43 | | | | | | | |
| 44 | | | | | | | |
| 45 | | | | | | | |
| 46 | | | | | | | |
| 47 | | | | | | | |
| 48 | | | | | | | |
| 49 | | | | | | | |
| 50 | | | | | | | |
| 51 | | | | | | | |
| 52 | | | | | | | |
| 53 | | | | | | | |
| 54 | | | | | | | |
| 55 | | | | | | | |
| 56 | | | | | | | |
| 57 | | | | | | | |
| 58 | | | | | | | |
| 59 | | | | | | | |
| 60 | | | | | | | |
| 61 | | | | | | | |
| 62 | | | | | | | |

# DAILY WASTE STREAM RECORD FORM

## RESIDENTIAL HAULERS

FACILITY:_____
DATE:_____

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 63 | | | | | | | |
| 64 | | | | | | | |
| 65 | | | | | | | |
| 66 | | | | | | | |
| 67 | | | | | | | |
| 68 | | | | | | | |
| 69 | | | | | | | |
| 70 | | | | | | | |
| 71 | | | | | | | |
| 72 | | | | | | | |
| 73 | | | | | | | |

**FORM 1**

**` ORDOT DUMP**
**HAZARDOUS WASTE EXCLUSION PROGRAM**
**INCIDENT FORM**

1.     Date:                                   Time:_____  a.m.
                                                               p.m.

    Location:

    ___Main Gate                   ___Random Load Check

    ___Visual Inspection of Working Face     ___Storage Area

    ___Other _____

2.     Information on vehicle that is responsible for bringing waste to the landfill.

    Driver's Name: _____
                    Last                     First                 Middle Initial

    Driver's License No.:_____

    Vehicle License Plate No.:_____

    Vehicle Owner/Agency:

        ___City (specify)

        ___Other (specify)

    Owner Telephone No.: _____

    Vehicle Type:

    ___Refuse Truck

    ___Transfer Trailer Other

    ___Other_____

**FORM 1**

**ORDOT DUMP
HAZARDOUS WASTE EXCLUSION PROGRAM
INCIDENT FORM**

**(Continued)**

3.    Description of Material Checked:

_____

_____

_____

Prohibited Materials Found or Suspected:

_____

_____

_____

Course of Action Taken:

_____

_____

_____

Contacts Made Regarding Incident:

_____

_____

_____

Driver's Signature:_____

Ordot Dump Employee Signature:_____

**FORM 2**

**ORDOT DUMP**
**HAZARDOUS WASTE EXCLUSION PROGRAM**
**STORAGE AREA**
**MONTHLY INSPECTION REPORT**

Date: _____

Inspected by: _____

1.  Check the storage area for the presence of leakage, liquid or gaseous from any drum or pail containing waste. Is there any leakage?

    Yes / No (circle and initial) _____

2.  Is/are the hazardous waste transport vehicles, properly placarded on all four sides?

    Yes / No (circle and initial) _____

3.  Is proper signage posted in the hazardous waste storage area?

    Yes / No (circle and initial) _____

4.  Are containers properly labeled with a Hazardous Waste sticker and is the sticker visible for inspection?

    Yes / No (circle and initial) _____

5.  Are containers in good condition and are those containers containing waste closed?

    Yes / No (circle and initial) _____

6.  Is the storage area structurally intact (the underlying surface, concrete or asphalt, should be void of cracks)?

    Yes / No (circle and initial) _____

**FORM 2**

**ORDOT DUMP
HAZARDOUS WASTE EXCLUSION PROGRAM**
**STORAGE AREA
MONTHLY INSPECTION REPORT**
**(Continued)**

7.      Is necessary safety equipment available and operational for use in an emergency?

Fire Extinguishers:

        Yes / No (circle and initial) _____

Portable Eyewash:

        Yes / No (circle and initial) _____

First Aid Kit

        Yes / No (circle and initial) _____

Absorbent/Spill Containment Materials:

        Yes / No (circle and initial) _____

Comments: _____
_____
_____
_____
_____
_____

**EXHIBITS**





