# ORIGINAL

1    RONALD J. TENPAS
     Assistant Attorney General
2    Environment & Natural Resources Division
     ROBERT D. MULLANEY
3    Environmental Enforcement Section
     United States Department of Justice
4    301 Howard Street, Suite 1050
     San Francisco, California 94105
5    Tel: (415) 744-6483
     Fax: (415) 744-6476
6

     LEONARDO M. RAPADAS
7    United States Attorney
     MIKEL W. SCHWAB
8    Assistant United States Attorney
     Suite 500, Sirena Plaza
9    108 Hernan Cortez
     Hagåtña, Guam 96910
10   Tel: (671) 472-7332
     Fax: (671) 472-7215
11

     Attorneys for United States of America
12

**FILED**
DISTRICT COURT OF GUAM

JAN 1 8 2008

JEANNE G. QUINATA
Clerk of Court

13            IN THE UNITED STATES DISTRICT COURT

14              FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 02-00022 |
| ) | |
| Plaintiff, ) | UNITED STATES' LIST OF |
| ) | QUALIFIED RECEIVERS |
| v. ) | |
| ) | |
| GOVERNMENT OF GUAM, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

In its "Order re: Conditions to Enforce Consent Decree" issued on December 14, 2007, the Court directed the parties to submit a list of qualified receivers recommended to assume operation and control of the Solid Waste Management ("SWM") division of the Guam Department of Public Works. The United States submits this list of qualified receivers in response to the Court's Order.

The United States assumes that the purpose of the appointment of a receiver will be to close the Ordot Dump and open a new sanitary landfill at Dandan, pursuant to the terms of the Consent Decree entered by this Court on February 11, 2004. After reviewing several candidates' qualifications, the United States recommends the following three candidates, an engineering firm and two individuals, to assume operation and control of SWM.

1. <u>SCS Engineers</u>

SCS Engineers is an environmental engineering and construction firm, with expertise in solid waste management and site remediation projects. SCS Engineers' statement of qualifications is attached as Exhibit 1. The firm's contact information is as follows:

> Mr. Mark Beizer
> SCS Engineers
> 3900 Kilroy Airport Way, Suite 100
> Long Beach, CA 90806-6816
> Tel: 562-426-9544
> Fax: 562-427-0805

2. <u>Steve Hiney</u>

Mr. Hiney is currently working as a consultant for the Commonwealth of the Northern Marianas Islands ("CNMI") Department of Public Works, focusing on solid waste and recycling, including the operation of the Marpi Landfill. Mr. Hiney's resume is attached as Exhibit 2.

3. <u>John Harder</u>

Mr. Harder is currently working with Wagner Engineering, based in Kauai, Hawaii. Mr. Harder is a former employee of the CNMI, where he oversaw solid waste operations, including the design of the Marpi Landfill and a waste transfer station. He has also overseen solid waste

1

1  operations in the State of Hawaii. Mr. Harder's resume is attached as Exhibit 3.

2  U.S. Environmental Protection Agency staff recently contacted all three candidates and

3  confirmed that each candidate is interested in a possible appointment as a receiver in this case.

4  As we stated in our prior pleadings, the United States is not presently requesting the Court to

5  appoint a receiver for SWM. If GovGuam continues its noncompliance with this Court's

6  December 14, 2007 Order, however, the United States reserves its right to seek additional relief

7  from this Court.

8  Respectfully submitted this 18th day of January 2008,

9

10  LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

11

12  By:

13  MIKEL W. SCHWAB
Assistant U.S. Attorney

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT 1
SCS Engineers' Statement of Qualifications

## SOLID WASTE PLANNING

SCS Engineers has conducted more than 125 comprehensive waste characterization studies, including a study in 1972 that was one of the first of its kind in the industry, and a more recent study for New York City that was the world's largest and one of the most complex. SCS has prepared regional solid waste management master plans and related studies throughout North America. Typical services provided include:

- Comprehensive Solid Waste Management Plans
- Waste Composition and Generation Studies
- Rate Studies and Special Assessment Programs
- Special Venue Recycling Plans and Implementation
- Community Involvement



*Through its GSA contract schedule, SCS Engineers delivered as-needed assessment and engineering services for the upgrade of Washington, D.C.'s two municipal solid waste transfer stations.*

## MATERIAL RECOVERY FACILITIES AND TRANSFER STATIONS

MRFs and transfer stations are cornerstones of effective solid waste management and recycling programs. SCS Engineers has completed assignments on some of the first MRFs in the United States and Canada. And, we have a 20-year history of transfer station projects. We routinely address environmental concerns, regulatory issues, and the expansion of selected MRF and solid waste engineering assignments. Our MRF and transfer station projects range in size from 50 to over 3,500 tons per day, and operate in a wide range of conditions.

- Recycling and Processing Facilities
- Composting
- Secondary Materials Market Research
- Procurement

## RECYCLING

In major population centers, recycling at public venues poses immense challenges. SCS specializes in the design of site-specific diversion programs for public venues, including convention centers, arenas, fairgrounds, stadiums, theme parks, and zoos.

*SCS designed the Recycling Program at the L.A. Zoo. Here is a bin located near the elephant enclosure.*

---

# Solid Waste Services

Solid waste ... refuse ... trash. Whatever you call it, solid waste management engineering is the cornerstone of professional practice of SCS Engineers.

SCS Engineers was founded in 1970, and its first project involved protection of a subdivision from landfill gas (LFG) migration at the Palos Verdes Landfill in California. Thousands of projects later, SCS Engineers continues to meet the challenge of conventional solid waste services such as regional waste planning and landfill transfer stations siting and design, as well as unusual assignments such as underground fire suppression on landfills, and design of recycling facilities for theme parks. We are often called on for expert witness testimony in landfill gas and landfill valuation disputes.

SCS Engineers offers a wide range of value added services designed to serve you time, money, and headaches:

- Landfill Engineering
- Landfill Gas Control and Recovery
- Solid Waste Planning
- Material Recovery Facility and Transfer Stations
- Recycling

To discover how we can help you, please contact us at:

**1-800-767-4727**
or
visit us at:

**www.scsengineers.com**



*SCS Engineers was retained by New York City Department of Sanitation for eight years to provide engineering and environmental support for closure of the Fresh Kills Landfill (photo by Lee Roei).*



EXHIBIT

1

## BIOREACTORS



*The Outer Loop Recycling and Disposal Facility, the largest in the state of Kentucky, is the site of ongoing studies designed to evaluate the performance of bioreactor landfill bioreactor technology. SCS performs testing and field analysis at the site.*

A bioreactor landfill is a sanitary landfill that uses increased moisture addition to enhance and accelerate the microbiological processes that transform and stabilize the decomposable organic waste materials in a landfill. Implementation of bioreactor technologies results in better utilization of land resources (maximizes site disposal capacity), accelerated stabilization of the waste mass, reduced long-term environmental liabilities, and potentially shorter periods of long-term care.

## LANDFILL ENGINEERING

SCS Engineers has completed thousands of landfill engineering and construction assignments for municipal, industrial, and other solid waste service companies throughout the United States and abroad. Through our network of offices in North America, we have worked in nearly every state and province. We are familiar with federal, state, and local regulations for the design, permitting and construction of landfills handling municipal solid waste. Typical services include:

- Subtitle D Landfill Rule Implementation
- Siting, Design, and Permitting
- Hydrogeologic and Geotechnical Investigations
- Groundwater Monitoring, Statistical Evaluation, and Reporting
- Construction Engineering
- Liner CQA
- Corrective Action Plans
- Special Waste Landfills (Industrial Wastes, C&D)
- Bioreactors
- Closure, Post-Closure Care, and Site Reuse



*SCS Engineers provided CQA during the final cap of the Tulalip, WA (Superfund) Landfill Closure/Post-Closure project. The firm continues to provide post-closure monitoring of the site.*

## LANDFILL GAS CONTROL AND RECOVERY

SCS Engineers has been a national leader in landfill gas (LFG) management since the firm's establishment in 1970. Our LFG design are employed at hundreds of landfills around the world. In addition, through our LFG division, SCS Field Services, the firm has constructed more than 165 LFG control and recovery systems and performs O&M at more than 190 LFG systems in North America. Typical services provided include:

- Migration Monitoring and Control
- Odor Control
- LFGTE (Including Microturbines, Direct Use, Electric Generation, and High Btu)
- Clean Air Act Services (NSPS, EG, Air Toxics, PSD, NSR, MACT, BACT, Title V)
- Due Diligence for LFGTE Projects
- Operation and Maintenance





*Landfill gas projects by SCS Engineers have consistently won major awards from the Solid Waste Association of North America for their innovative design and high levels of technical excellence.*

## LANDFILL GAS TO ENERGY AND MICROTURBINES



*The Jamacha project employs four 70 kW Capstone-brand microturbines which are fired on landfill gas with a methane content as low as 35%.*

SCS Engineers is constantly seeking innovative solutions to generate optimal economic and environmental benefits. Through its specialized division, SCS Energy, the firm has successfully delivered productive and uses for landfill gas by incorporating microturbine technology. SCS Engineers is proud to design and operate the world's first commercial landfill gas to energy system utilizing microturbines at the Jamacha landfill in San Diego, California.


## MSW LANDFILLS

**SCS Engineers** provides a complete set of professional services for site owners for the life cycle of the municipal solid waste (MSW) landfill -- from initial site selection to operations analysis to closure and end-use development, and all of the engineering in-between. We offer not only technical expertise, but also the economic and regulatory experience to help site owners become "good neighbors" in their communities, while keeping an eye on the bottom line.

*...nr's leading authorities on landfill ...groundwater protection, and end-use*

## OUR LANDFILL PRACTICE



*Landfills go through various stages from planning to construction to filling to completion.*

- Planning and feasibility studies for new and modified landfills.
- Environmental impact studies.
- Permit documents for new and modified sites.
- Landfill development, grading, and construction plans.
- Landfill gas control and energy recovery.
- Groundwater investigation and remediation.
- Construction management and quality control.
- Closure plans, financial assurance, and end-use development.

## OUR CLIENTS

- Public landfill owners, such as the City of San Francisco, the City of Los Angeles, the County of San Diego, and the County of Stanislaus.
- Large private landfill owners and operators, such as Waste Management, Inc., Browning-Ferris Industries, Allied, US Waste, and Norcal.
- Federal and state agencies, such as the U.S. EPA, the California Integrated Waste Management Board, and the U.S. Army Corps of Engineers.



*SCS provides a broad vision for effective landfill development, as well as details for efficient construction.*



# LANDFILL ENGINEERING

**Developing a landfill** is a complex undertaking. Increased awareness of the environment, consequences of past practices, and public concern have triggered many regulations that now guide landfill development. Modern landfills involve long-term construction projects that must be sited, engineered, and operated to minimize costs, maximize disposal capacity, preserve water and air quality, protect public health and safety, preserve aesthetic value, gain



public support, and create beneficial use after closure. SCS is a national leader in providing planning, siting, permitting, engineering, construction quality assurance, operations, and closure services to the solid waste landfill industry. We have worked on thousands of sites worldwide for public and private clients.



## OUR LANDFILL ENGINEERING PRACTICE

- Geotechnical and groundwater investigations.
- Permit documentation.
- Environmental impact studies.
- Design plans, specifications, and estimates for modified and new landfills:
  - Liners.
  - Leachate collection and removal systems (LCRS).
- Operations planning for cell and site life projections.
- Construction Quality Assurance (CQA) to meet regulatory certification requirements.
- Litigation support for permitting, EIRs, and remedial actions.

## OUR CLIENTS

- Public landfill owners such as the City of San Francisco, the City of Los Angeles, San Diego County, and the County of Stanislaus.
- Large private landfill owners and operators such as Waste Management, Inc., Browning-Ferris Industries, Allied, Republic, and Norcal.
- Federal and state agencies that include U.S. military branches such as the U.S. Army Corps of Engineers.

| Landfill Name/Location | Master plan/Siting | JTD/CEQA/Permit | Design or Design Review | | | | | | | | CQA/Construction Engineering |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Liner | LFG | Drainage | Final Cover | Leachate | Slope Stability | Post-Closure Care | Hydrogeology | |
| Atamont Landfill, Alameda County | | | ● | | ● | ● | | | ● | | |
| Berkeley Marina Landfill, Alameda County | | ● | | ● | ● | ● | | | ● | ● | ● |
| Bishops Canyon Landfill, Los Angeles County | | ● | | ● | ● | ● | ● | ● | ● | ● | ● |
| Central Landfill, Yolo County | ● | ● | ● | ● | | | | | | | |
| Chico Burn Dump, Butte County | | ● | | | ● | ● | ● | ● | ● | | |
| Clovis Landfill, Fresno County | | ● | ● | | ● | ● | ● | ● | ● | | |
| Cummings Road Landfill, Humboldt County | | ● | ● | ● | ● | ● | ● | ● | ● | ● | |
| Eagle Mountain Landfill, Riverside County | ● | ● | ● | ● | ● | ● | ● | | | ● | ● |
| Fink Road Landfill, Stanislaus County | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| Golden Eagle Landfill, Los Angeles County | | ● | | ● | ● | ● | ● | ● | ● | ● | ● |
| Hillsborough Landfill, San Diego County | | | | ● | ● | ● | | | ● | | |
| Imperial County Landfill, Imperial County | | ● | ● | ● | ● | ● | ● | ● | ● | ● | |
| Laguna Seca Landfill, Monterey County | | | | | ● | ● | | | ● | | ● |
| U.S. Pipe Landfill, Alameda County | ● | ● | ● | | ● | ● | ● | ● | | ● | |
| Miramar Landfill, San Diego County | | ● | | | | ● | ● | | | | |
| Mission Avenue Landfill, San Diego County | | ● | | ● | ● | ● | ● | ● | ● | ● | |
| North Chollas Landfill, San Diego County | | ● | | ● | ● | ● | ● | ● | ● | ● | |
| Operating Industries (OII), Los Angeles County | | ● | ● | | | ● | | | | ● | ● |
| Peck Road Landfill, Los Angeles County | | ● | | | ● | | | ● | ● | ● | |
| Prima Deshecha Landfill, Orange County | ● | ● | ● | ● | ● | ● | ● | | | ● | |
| Geer Road Landfill, Stanislaus County | | | ● | | ● | ● | | | ● | ● | ● |
| Sunnyvale Landfill, Santa Clara County | | | | ● | | | | ● | ● | | ● |
| Tri-Cities Landfill, Alameda County | | | ● | | ● | ● | | | ● | | |



## LANDFILL GAS

**SCS Engineers** is the national leader in providing engineering, construction, and operational services to the landfill gas (LFG) industry -- to landfill owners and LFG system developers. We have worked on literally thousands of sites around the world, both for profitable energy recovery and environmental control.



SCS staff is comprised of some of the country's leading authorities on LFG management, along with professional civil and mechanical engineers, geologists, construction managers, and operations personnel.

*SCS has specialized in the design of low-maintenance landfills since 1970.*

## OUR LFG PRACTICE

- Site investigations and pilot programs (pump tests).
- Design and permitting of LFG energy recovery facilities (collection, treatment, and utilization systems; and building protection systems), membrane barriers, vents, and automated detection systems.
- Air quality analyses, modeling, and risk assessment.
- Construction or construction oversight: CQA.
- Startup and balancing of systems.
- LFG system operation.

## OUR CLIENTS

- Major LFG developers, such as NEO, DTE Biomass, Ecogas, GSF Energy, and Zapco.
- Large private landfill owners, such as Waste Management, Inc., Allied Waste Systems, and Republic Industries.
- Municipal landfill owners -- counties, cities, and special districts.



*Final inspection of an SCS-designed gas-to-energy facility.*


# LANDFILL GAS MIGRATION CONTROL



*Operation and maintenance start with monitoring of system performance.*

**SCS Engineers** is the nation's leading consulting engineering firm in the area of landfill gas (LFG) migration control. We have conducted over a thousand LFG investigations and remedial action projects. These range from simple building protection systems to complex gas extraction and treatment facilities. With its sister company, SCS Field Services, SCS can quickly analyze any subsurface gas problem, and, if necessary, design, construct, and operate control systems to protect people and property.

## OUR LFG MIGRATION CONTROL PRACTICE

● Background research for LFG and natural gas hazards.

● Site reconnaissance and investigation: drilling, subsurface vapor sampling, extraction pump tests, and pilot programs for control.

● Design of corrective actions: LFG extraction and flaring, air injection systems, passive venting and cutoff devices, building subfloor barriers, and automated detection and alarm systems.

● Permitting and regulatory compliance.

● Health and safety planning, monitoring, and compliance.

● Construction and construction oversight.

● Ongoing system operation and maintenance.



*Housing development near landfills increases concern over gas migration and related hazards.*



maximize revenue from or power generated from environmental compliance

## OUR CLIENTS

● Municipal landfill owners and operators (San Diego, Orange, and Kern Counties; Cities of Los Angeles and San Diego).

● Private landfill owners and operators (Waste Management, Inc., and Allied Waste Services).

● Property owners (on or near landfills) and managers, such as the Bixby Ranch Company and Watson Land Company.



# AIR QUALITY ISSUES AT LANDFILLS



*SCS recommends technology appropriate to the project – from complex, automated systems to simple, passive approaches.*

**SCS Engineers** is a leader in providing air quality services at landfills. Having conducted NSPS/EG and Title V projects at over 200 sites, SCS has developed respected working relationships with both the regulatory community (EPA, local air districts) and industry.

## OUR LANDFILL AIR QUALITY PRACTICE

- Compliance with New Source Performance Standards (NSPS) and Emission Guidelines (EG) for municipal solid waste landfills.
- Title V operating permits, as well as state and local programs.
- Air emissions inventories, including alternate operating scenarios.
- California Environmental Quality Act (CEQA) air quality assessments.
- Landfill gas (LFG) utilization studies.
- Design, permitting, and construction of LFG-to-energy (LFGTE) and LFG control facilities.
- Air pollution control equipment evaluation and design, including source testing and field monitoring.
- SARA Title III, Section 312, "Tier II Form," and Sara Title III, Section 313, "Form R" preparation and submittal.
- Completion of Indoor Air Quality (IAQ) surveys.
- Air dispersion modeling and risk assessment.

...erstanding of air regulations ...trict.... and through our reputation and ...fluence state and local agencies in ...on...



## OUR CLIENTS

- Municipal landfill owners (San Diego, Orange, Sacramento, and Kern Counties; Cities of Los Angeles and San Diego).
- Private landfill owners (Waste Management, Inc., and Allied Waste Services).
- LFG System Operators (NEO Corporation, Ecogas, ZAPCO).

# Table 1. Representative LFG Engineering Projects

| Landfill Name / Location | LFG Testing | Energy Evaluation | Master, Concept Plan | Design Services – Collection System | Design Services – Monitoring System | Design Services – Condensate Management | Blower / Flare | Const. Flare Permit | Const. Start-up Services | Operation / Maint. | NSPS-EG Title V Services |
|---|---|---|---|---|---|---|---|---|---|---|---|
| American Avenue Landfill, Fresno County | ● | ● | ● | ● | | ● | ● | ● | | | ● |
| Highway 59 Landfill, Merced County | ● | | ● | ● | ● | ● | ● | ● | ● | | ● |
| Geer Road Landfill, Stanislaus County | ● | ● | | | | | | | | ● | |
| Pacheco Pass Landfill, Santa Clara County | ● | ● | ● | ● | ● | | | ● | ● | ● | ● |
| Allied Forward Landfill, San Joaquin County | | | ● | ● | ● | ● | | ● | | | ● |
| Sunnyvale Landfill, Santa Clara County | ● | | ● | ● | ● | ● | ● | ● | ● | ● | |
| Central Landfill, Sonoma County | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| YSDI Marysville Landfill, Yuba County | ● | | ● | | | ● | ● | ● | ● | ● | ● |
| Sacramento 28th St. Landfill, Sacramento County | ● | ● | | | ● | | ● | ● | ● | | |
| Santa Cruz Landfill, Santa Cruz County | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| Mountain View Landfill, Santa Clara County | ● | ● | | ● | | | | ● | ● | ● | |
| Westport Landfill, San Mateo County | ● | | ● | ● | ● | | | ● | ● | | |
| Cummings Road Landfill, Humboldt County | ● | ● | ● | ● | ● | ● | | | ● | ● | ● |
| Union Mine Landfill, El Dorado County | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | |
| Western Regional Landfill, Placer County | ● | | | ● | | ● | ● | ● | ● | ● | |
| Milliken Landfill, San Bernardino County | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| Industry Hills Landfill, Los Angeles County | ● | | | ● | ● | ● | ● | ● | ● | ● | |
| Santiago Canyon Landfill, Orange County | | | ● | ● | ● | ● | ● | | ● | | |
| Bishops Canyon Landfill, Los Angeles County | | | | ● | ● | ● | ● | ● | ● | | |
| Hillsborough Landfill, San Diego County | ● | | ● | ● | ● | ● | ● | ● | ● | ● | |
| Prima Deshecha / Olinda Alpha Landfills, Orange County | | ● | ● | ● | ● | | | ● | ● | | |
| Ostrom Road Landfill, Yuba County | ● | | | | | | | ● | ● | ● | ● |
| Operating Industries Landfill, Los Angeles County | ● | | ● | ● | ● | ● | ● | ● | ● | | |



# GROUNDWATER REMEDIATION

**SCS Engineers** has been helping landfill owners to investigate and solve groundwater contamination problems for 30 years. We've been very active at developing new approaches to combined landfill gas and groundwater remediation. In arid areas, gas migration has been found to be the principal source of groundwater volatile organics "hits." We use standard hydrogeological methods with more advanced geochemical analyses to isolate the source of the problem, so that efficient control strategies can be put in place.

## OUR LANDFILL GROUNDWATER PRACTICE

**Well with Pump**



- Geologic mapping.
- Hydrogeologic site characterization.
- Installation and monitoring of observation wells, lysimeters, and piezometers.
- Geophysical methods -- EM, GPR, and seismic reflection and refraction.
- Chemical "fingerprinting" for source identification.
- Statistical analyses.
- Leachate versus landfill gas determinations.
- Landfill gas collection -- active and passive.
- Remedial systems -- pump-and-treat, air sparging, and bioremediation.
- Regulatory interface and permit compliance negotiations.



...experienced ...cal and civil ...al scientists with ...dressing ...ues at landfills.



## OUR CLIENTS

- Public landfill owners/operators -- Counties of San Diego, Kern, Orange, San Bernardino, Santa Barbara, and Fresno.
- Private landfill owners/operators -- Waste Management, Inc., Allied Waste (and former BFI sites), Republic, and Norcal.



# LANDFILL CLOSURE & POSTCLOSURE MAINTENANCE



*SCS has extensive experience with the multiple problems and concerns dealing with the closure of landfills and the maintenance of closed landfills.*

**SCS Engineers** is a national leader in landfill closure and postclosure maintenance. For 30 years, we've been providing a full range of services to clients, including preparation of landfill closure/closure construction documents, construction management and CQA, and maintenance monitoring. Our recent landfill projects have involved simultaneous expansion and closure of portions of landfills. Site management must consider settlement of the landfilled area, leachate control systems, groundwater monitoring, LFG control systems, and long-range plans for the site and its surrounding area. SCS has provided espertise on closure planning, financial assurance mechanisms and funding, closure design and construction, postclosure end-uses, and corrective actions. Our sister company, SCS Field Services, currently maintains numerous closed landfills.

*SCS can develop solutions to specific closure chal... entire closure and postclosure program...*

## OUR LANDFILL CLOSURE PRACTICE

- Preparation of permit documents for closure.
- Closure and postclosure maintenance plans and cost estimates.
- Investigations of depth of existing cover and limits of waste placement.
- Design plans, specifications, and estimates.
- Construction management and CQA.
- Closure certification.
- Postclosure maintenance plan implementation.
- Groundwater investigations.
  - Preparation of corrective action plans.
  - Turnkey maintenance of closed landfills.



*After closure, Bishops Canyon Landfill was developed into a variety of uses, including this baseball diamond.*

## OUR CLIENTS

- Public landfill owners such as the City of Berkeley, the City of Sacramento, Placer County, and the County of Stanislaus.
- Large private landfill owners and operators such as Waste Management, Inc., Browning-Ferris Industries, Allied, US Waste, and Norcal.
- Federal and state agencies that include U.S. military branches such as the U.S. Army Corps of Engineers.

TABLE 1. LANDFILL CLOSURE MATRIX

| Name | Landfill Investigation/ Assessment | Landfill Engineering | Regulatory Compliance/ Permitting | Construction Phase Services (incl. Geotech.) | Landfill Closure/Post- closure Care | Landfill Redevelopment |
|---|:---:|:---:|:---:|:---:|:---:|:---:|
| Altamont Landfill | ● | ● | ● | ● | | |
| American Avenue Landfill | ● | ● | ● | ● | | |
| Auburn Landfill | ● | ● | ● | ● | | |
| Avondale Landfill | | | | | ● | ● |
| Berkeley Landfill | ● | ● | ● | ● | ● | ● |
| Bishops Canyon Landfill | ● | ● | ● | ● | ● | ● |
| BKK Landfill - Class I (West Covina) | ● | ● | ● | ● | ● | |
| BKK Landfill (Carson) | ● | ● | ● | | | |
| Blanchard Street Landfill | ● | ● | ● | ● | | |
| Cal-Compact Landfill | ● | ● | ● | ● | ● | |
| Chico Burn Dump | | ● | ● | ● | ● | |
| Cogen Dump | | | | ● | | |
| Cummings Road Landfill | ● | ● | ● | ● | ● | |
| Eagle Mountain Landfill | | ● | ● | ● | | |
| Fink Road Landfill | ● | ● | ● | ● | ● | |
| Geer Road Landfill | ● | ● | ● | ● | | |
| Golden Eagle Landfill | ● | ● | ● | ● | ● | |
| Imperial County Landfill | ● | ● | ● | ● | ● | |
| Industry Hills Landfill | ● | ● | ● | ● | ● | |
| La Habra Disposal Site | ● | ● | ● | ● | ● | ● |
| Lane Road Disposal Site | ● | ● | ● | ● | ● | ● |
| Maxson Street Landfill | ● | ● | ● | ● | | |
| Milliken Landfill | ● | ● | ● | ● | | |
| Mission Avenue Landfill (Oceanside) | ● | ● | ● | ● | ● | |
| Mission Bay Landfill | ● | ● | ● | ● | | |
| North Chollas Landfill | ● | ● | ● | ● | ● | |
| OII Landfill | ● | ● | ● | ● | | ● |
| Peck Road Landfill | ● | ● | ● | ● | ● | |
| Prima Deshecha Landfill | ● | ● | ● | ● | | |
| Santa Maria Landfill | ● | ● | ● | ● | | |
| South Chollas Landfill | | ● | ● | ● | | |
| Tequesquite Landfill | | ● | ● | ● | | |
| U.S. Pipe & Foundry Landfill | ● | ● | ● | ● | ● | |
| West Contra Costa Landfill | ● | ● | ● | ● | ● | |
| Westport Office Park | | ● | ● | ● | ● | ● |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT 2
Resume of Steve Hiney

# STEPHEN W. HINEY

PO# 7177, SVRB
Saipan, MP 96950
Phone: (670) 322-4463
Email: trashman@pticom.com

OBJECTIVE: To secure a position that matches my skills and abilities

## QUALIFICATIONS

Extensive management experience with integrated solid waste management systems and Capital Improvement Programs related to Solid Waste Management. Developing effective, efficient and environmentally sound programs and responsive customer service plans, drafting and negotiating contracts, responding to elected and appointed officials appropriately, and establishing innovative and progressive collection and disposal methods have been my primary tasks.

## EMPLOYMENT

**2005-Present** Principal, Steve Hiney Consulting, PO# 7177, SVRB, Saipan, MP 96950 trashman@pticom.com
Provide Oversight for CNMI Solid Waste Activities
Develop Solid Waste Strategies for Micronesian Islands
Coordinate Training for Operators of Solid Waste Systems under Department of Interior Funding
Develop and Implement Integrated Solid Waste Management Programs for Western Pacific Insular Areas
Provide Guidance in Constructing Capital Facilities

**2003-2005** Program Manager, Commonwealth of Northern Marianas Islands, PO# 7177, SVRB, Saipan, MP 96950, (670) 322-2745, Supervisor; Juan S. Reyes, Secretary of Public Works; Salary; $58,000
Manage Design, Construction, and operation of the 1st Sub-title D landfill in Pacific Region
Manage Design, Construction and operation of solid waste transfer station and material recovery facility
Develop and Implement Integrated Solid Waste Management Program
Manage closure of Puerto Rico Landfill
Directed Debris Management during Storm Events
Developed Emergency Response Plan

**1995-2002** Director of Solid Waste, City of Gainesville, Florida, PO# 490, Gainesville, FL 32601; (352) 334-5015; Supervisor; Teresa Scott, Director of Public Works; Salary; $52,000
Administer volume based solid waste and recycling collection, processing and disposal.
Implemented customer service system that reduced complaints 93% and increased service delivery.
Develop and execute ordinances, contracts, policies, and rules.
Interact with elected and appointed officials.
Debris Management during Storm Events

**1992-1995** Recycling Coordinator, Lake County, Florida, 315 W. Main St, Tavares, FL 32778; (352) 343-9596; Supervisor; Ron Roche, Director of Solid Waste; Salary; $36,500
Administer comprehensive collection program.
Prepare and administer Departmental budget.
Develop and supervise Assessment program.
Coordinate construction and operation of recycling transfer station.
Negotiate exclusive collection franchise agreements and monitor disposal contract.
Debris Management during Storm Events

**1991-1992** Recycling Coordinator, City of Delray Beach, Florida, 100 NW 1st Ave, Delray Beach, FL 33444; (561) 243-7219; Supervisor; Rich Bauer, Code Enforcement Manager; Salary; $26,500
Administer comprehensive collection contract.
Develop waste reduction strategies.
Negotiate exclusive franchise.

**1985-1991** Recycling Specialist, Broward County, Florida, 115 Andrews Ave, Ft. Lauderdale, FL 33301; (954) 357-6001; Supervisor; Jodi John, Recycling Coordinator; Salary; $22,350
Administer County facility recycling program.
Develop and implement commercial recycling programs.
Evaluate County/municipal/private recycling efforts.

**EXHIBIT**

2

| 1984-1985 | Assistant Facilities Manager, NABANCO, 1401 NW 136ᵗʰ Ave, Sunrise, FL, 33323, (954) 785-2100;<br>Supervisor; Joe DePietro, Facilities Manager; Salary; $21,000<br>Administer Company maintenance program.<br>Security supervision.<br>Coordinate construction activities. |
|---|---|
| 1983-1984 | Waste Water/Hazardous Waste Manager, Aztec Engineering, Santa Clara, CA<br>Operations of pre-treatment filtration plant.<br>Coordinate Hazardous waste management plan.<br>Emergency Manager and first responder. |
| 1982-1983 | Environmental Technician, AMD, Santa Clara, CA<br>Operation and maintenance of pre-treatment plants.<br>Hazardous waste transportation officer.<br>Emergency response team member. |
| 1981-1982 | Power Plant Operator, PYRO-SOL, Redwood City, CA<br>Operation of 1ˢᵗ generation Waste-to-Energy facility.<br>Emergency response team leader. |
| 1978-1981 | Machinist Mate 2ⁿᵈ Class, U.S. Navy, various duty stations<br>Nuclear power field Machinist Mate.<br>Petty Officer 2ⁿᵈ Class. |

### EDUCATION

| 1990-1992 | Administrative Studies, 62 Credit Hours, Nova College, Davie, Florida |
|---|---|
| 1987-1990 | Business, 31 Credit Hours, Broward Community College, Davie, Florida |
| 1979-1980 | American Council on Education, 63 Credit Hours |
| 1979-1980 | Naval Nuclear Training Unit, Windsor Locks, CT |
| 1979-1979 | Naval Nuclear Power School, Orlando, FL |
| 1978-1978 | Naval Machinist Mate "A" School, Great Lakes, Ill |

### CURRENT ACCREDIDATIONS

SWANA Certified Manager of Landfill Operations; Certified Recycling Coordinator; Certified Manager of Integrated Municipal Solid Waste Systems; Certification in Financing Municipal Solid Waste Systems. 40-hour Hazwoper certified

ADDENDUM A

Most recent projects (1992 - present)

A) Plan and Implement Training in Solid Waste Management, under a Grant from the U.S. Department of Interior, Office of Insular Affairs, for 11 Islands in the Western Pacific.

B) Develop 5-year Integrated Solid Waste Management Plans for Island Communities.

C) Manage Solid Waste Planning and Activities for the CNMI.

D) Manage a Capital Improvement Program of $24.5 Million for the CNMI.

E) Oversee design, construction and operation of the first USEPA Sub-title D landfill in the Pacific Island Region; Saipan, Commonwealth of Northern Marianas Islands.

F) Oversee design, construction and operation of a solid waste transfer station and material recovery facility on Saipan, Commonwealth of Northern Marianas Islands.

G) Develop and implement Integrated Solid Waste Management Program for Saipan, Commonwealth of Northern Marianas Islands.

H) Develop closure plan and prepare RFP to close Puerto Rico Landfill, Saipan, Commonwealth of Northern Marianas Islands.

I) Slope stabilization/capping Old landfill: The City of Gainesville discovered an abandoned landfill directly adjacent to a creek. DEP require the slope to be stabilized and a cap installed. My responsibility was to develop specifications to hire an Engineering/Construction firm to produce a result satisfactory to DEP. Golder was secured as our principal Project Engineer.

J) Renegotiation of collection contract: I developed specifications and negotiated the continuation of the City's existing volume based collection contract in 1999.

K) Interested party representation: Alachua County: Alachua County provides the City of Gainesville with disposal capacity for all waste generated. In 1996 Alachua County was in the process of developing the next generation of disposal. I represented the City's interests in this matter and negotiated an Interlocal that continues through 2010.

L) In Lake County I developed a Capital Funding program and was involved in the construction of numerous new facilities.

M) Developed and implemented a franchised collection system in Lake County.

N) Developed and implemented a non ad-valorem system for funding solid waste services in Lake County.

1
2
3
4
5
6
7
8
9
10
11
12
13
14          EXHIBIT 3
15       Resume of John Harder
16
17
18
19
20
21
22
23
24
25
26
27
28

John D. Harder
SOLID WASTE SOLUTIONS
Planning, Program Evaluation, Design, Construction Management

PO Box 2272 Kapaa, Kauai HI 96746
808-823-6995 / 808-291-1157 (cel)
dumpdoctor@hotmail.com

**BACKGROUND:**

Since moving to Hawaii in 1969, Mr. Harder has been involved in various aspects of program development, project management, and environmental management. His experience has spanned the full range of the construction industry from project planning and design, through construction management and supervision. During the late 1980's he became increasingly involved in project coordination and management, with responsibilities ranging from the day to day administration of facilities maintenance for a 1000 acre resort development, to the coordination of planning, design and construction activities for a wide range of capital improvement projects.

In 1989, Mr. Harder was hired by the Department of Public Works, County of Kauai to start up their solid waste management program. He successfully completed the construction of the Lihue Refuse Transfer Station and initiated the closure of the existing substandard landfill at Halehaka, while implementing the state's first publicly supported recycling and composting projects.

In 1991 he was selected by the Hawaii State Department of Health to head the newly established Office of Solid Waste Management. He became a leader in promoting recycling and composting projects statewide while bringing the State's regulatory program into compliance with EPA requirements. The program's first task was to oversee the upgrading of Hawaii's landfills to full "Subtitle D" status, developing innovate locally applicable solutions to the prescriptive federal rules.

A major accomplishment of the solid waste program under his leadership, was its ability to work with the various counties in insuring that their landfills were upgraded to meet Federal standards. His oversight of the development of the program from its infancy to an effective regulatory and outreach office received recognition from the Environmental Protection Agency, state legislators, county solid waste management programs and the private sector waste management community.

From January 1999 through October 2001, Mr. Harder managed the newly established Division of Solid Waste Management for the Department of Public Works of the Commonwealth of the Northern Marianas. During that time he was successful in significantly upgrading the operations at the existing landfill (Puerto Rico Dump), and implemented a number of pilot recycling activities. His primary task was to oversee the design and construction of a fully integrated solid waste management system which when completed included a new landfill, a refuse transfer station and a recycling center.

In November 2001 Mr. Harder was selected to head the Solid Waste Division for the County of Maui. During that time he oversaw the successful implementation of the first phase of the automation of residential refuse collection and the implementation of the opening of a new, lined landfill for Central Maui. In addition, he significantly upgraded operations at the County's 4 existing landfills.

Currently Mr. Harder is working on Kauai as a land surveyor for Wagner Engineering., while continuing to stay involved in the Solid Waste field, assisting the Counties and local recyclers in implementing new projects. He has assisted Maui County development 100 ton/day Materials Recovery Facility and completed the development of an operations plan and Solid Waste permit application for SOS Metals proposed Junk Car / Scrap Metal recycling facility on Maui. Mr. Harder is currently working with local groups such as Apollo Kauai and Zero Waste Kauai in developing a Zero Waste strategy for the island

While he has focused primarily on solid waste issues over the last decade, he has retained his interest in the wider range of construction activities and environmental issues. His approach has been to focus on innovative, but economically sound alternatives which are technically appropriate for the community. Overall, Mr. Harder considers

1



EXHIBIT

3

himself to be a strong environmentalist, who looks for pragmatic, straightforward solutions to often complex problems.

## EMPLOYMENT EXPERIENCE

### Wagner Engineering, Hanalei, HI

Party Chief, Survey – Feb 2006 to present
- Construction and boundary surveying
- Shoreline and flood elevation certification
- Project oversight and monitoring

### Solid Waste Solutions, Honolulu, Kauai, HI

Principal, Environmental Consultant - July 2004 to present
- Assisted the Maui County recycling program in the development of an Integrated Redemption Network.
- Developed operations plan and Solid Waste Management permit for the SOS scrap metal/junk car recycling facility in Puunene, Maui.
- Completed the conceptual design and of a 50 tpd Material Recovery Facility in Puunene, Maui.
- State Coordinator, America Recycles Day
- Founder Zero Waste Kauai
- Coordinated and Presented Kauai Max 3R Conference (Feb 2007) Kauai County Council Zero Waste workshop (July 2007).

### Department of Public Works and Waste Management, County of Maui

Chief, Solid Waste Division - Nov 2001 to July 2004
- Managed a staff of 69 including the operation of 4 Municipal Solid Waste Landfills, the Olowalu refuse transfer station, refuse collection from over 22,000 single family residences, the operation of 7 recycling drop-off centers collecting nearly 2,500 tons of residential recyclables each year, and the operation of the largest biosolids co-composting facility in the state.
- Implemented the first and second Phases of automated refuse collection, automating collection for nearly 8,000 residences.
- Co-ordinated successful negotiations with the United Public Workers union amending the current refuse collection contract to allow for automated routing
- Negotiated permitting requirements for the new lined landfill at Central Maui.
- Completed the design and initiated construction of a new landfill entry facility, including recycling drop-off and refuse transfer capabilities.
- Implemented the processing of over 5,000 tons of stockpiled scrap metal from the island of Molokai.
- Initiated the design and construction of a 25 ton per day Material Recovery Facility.

### Department of Public Works, Commonwealth of the Northern Marianas:

Director, Division of Solid Waste Management - 1999 to 2001
- Established the Division of Solid Waste Management within the Department of Public Works including the implementation of Saipan's first tipping fees.
- Implemented a wide range of pilot recycling projects including, the on-island diversion of scrap tires, the recycling lead acid batteries, and the regular separation and chipping of greenwaste
- Developed the Saipan Integrated Solid Waste Management Plan including the development of a Conceptual Facilities Plan for the island.
- Design and construction oversight of the Saipan Integrated Solid Waste Management System (SISWMS) which will include, when completed, a new federally compliant lined landfill, a 35 ton per day Waste to Energy incinerator, a 100 ton per day refuse transfer station, and a 25 ton per day materials recycling facility.
- Legislation and Regulations:

    Solid Waste Tipping Fee Regulations (1999)

2

Omnibus Advance Disposal Fee Act (1999)
Beverage Container Tax Modification (2000)
CNMI Solid Waste Management Regulations (DEQ - 1999 / 2000)

## Department of Health, State of Hawaii:

Solid Waste Coordinator - 1991 to 1999

• Established the Office of Solid Waste Management, received program approval from the Environmental Protection Agency.

• Implemented the State Integrated Solid Waste Management Act

• Revised the State Solid Waste Management Control Regulations (Title 11 Chpt 58.1 HAR) in compliance with RCRA Subtitle D (40 CFR 258), including the development of functional standards for non-landfill options such as MSW incinerators, recycling and composting facilities, and special waste management.

• Legislation:

Solid Waste Management Authority - 1992
Waste Disposal Fee Surcharge - 1993
Scrap Tire Recycling - 1993
County Used Oil Recovery Fund - 1993
Glass Advance Disposal Fee - 1994
Clean Hawaii Center - 1994
State Recycling Coordinator - 1995
Waste Disposal Fee Surcharge Increase - 1996
Criminal Dumping Provision - 1996

• Promoted the establishment of numerous composting projects throughout the State including Oahu's first major greenwaste diversion program and the State's first sewage sludge composting operation on Maui.

• Provided technical and regulatory support for the expansion of recycling processing capabilities on all islands including glass processing operations on Maui and Hawaii and plastic lumber production on Maui.

• Developed standards for and assisted in the implementation of the first three petroleum contaminated soil remediation facilities in the State.

• Assisted the County of Kauai in the implementation of "Operation Garden Sweep", a program aimed at clearing the debris resulting from Hurricane Iniki while encouraging the maximum in source separation.

• Developed the conceptual State Disaster Debris Management Plan.

• Federal Grants:

Pollution Prevention Incentives for States (PPIS - USEPA), 1993-95: Hawaii Materials Exchange (HIMEX), Recreational Boaters Guide to Waste Management, Small Scale Composting ($186,000).
Residential Unit Pricing (USEPA), 1995-96: Workshops on variable rates for residential waste collection ($10,000).
PPIS, 1996-1998: Restaurant Waste Minimization Guidebook ($56,000).
Jobs Trough Recycling (USEPA), 1997-1999: Construction Demolition Salvage Exchange Facility ($200,000 - with DBEDT)
Disaster Debris Preparedness Plan (FEMA), 1998-2000: Development of a Statewide Disaster Debris Management Plan ($275,000).

## Department of Public Works, County of Kauai:

Solid Waste Coordinator - 1989 to 1991

• Established the County's first Solid Waste Program.
• Planned and implemented the design and construction of the Lihue Refuse Transfer Station.
• Coordinated the design of the Koloa Refuse Transfer Station.
• Coordinated the development of a RCRA D closure plan for Halehaka Landfill.
• Planned, developed, and implemented Kauai's first pilot drop-off recycling project.
• Planned, developed, and implemented Kauai's first pilot greenwaste composting project
• Draft County Integrated Solid Waste Management Plan.
• Developed and Implemented the State's first Residential DIY used oil recovery program.

3

#### Princeville Development Corporation, Hanalei Kauai:

Construction Project Manager - 1987 to 1989

> • Planning, design and construction of various capital improvement projects including: the Princeville Airport Expansion (design), the Makai Club Golf Cottages upgrade (design and const), the C.E.O. residence remodeling (design and const), the Shereton Hotel managers residence remodeling (design and const), the Prince Golf Course interim clubhouse construction (design and const).
>
> • Continued oversight of the resort's facilities management program.

#### Princeville Development Corporation: Hanalei, Kauai

Facilities Manager - 1985 to 1987

> • Management of various corporate properties including: the Princeville Shopping Center, the Makai Golf Course Clubhouse, the Makai Club Condominiums, the Makai Golf Cottages, the Princeville Airport.
>
> • Supervision of a five man maintenance crew: Included responsibilities for carpentry, electrical, plumbing and air conditioning maintenance / shopping center, clubhouse, condominiums and cottages, and airport.
>
> • Supervision of a six person custodial crew: Included responsibilities janitorial maintenance on the shopping center, clubhouse, and airport.
>
> • Planning and coordination of facilities and infrastructure for the Women's Kemper Golf Tournament, annually 1986 through 1989. Included electrical and communications systems, shelter, hospitality, and custodial services.

#### Princeville Development Corporation, Shereton Princeville Hotel:

Field Engineer, Quality Control Inspector - 1984 to 1985

> • Inspection and testing of all structural concrete installation
> • Inspection and approval of all construction and subcontractor work
> • Approval and final acceptance of all finish construction
> • Coordination of owners furnishing, fixture, and equipment installation.

#### Department of Public Works, County of Kauai:

Building Inspector - 1984

> • Performed construction inspection and assured code compliance of new construction (residential, commercial and resort) on the east and north sides of the island of Kauai.

#### Architectural Energy Systems, Kapaa Kauai:

Owner, Design Draftsman, Energy Systems Consultant - 1980 to 1986

> • Consultation, Planning, Design, Construction Supervision: Training services in the area of small scale energy technologies (solar thermal, solar photovoltaic, hydroelectric, bioconversion, and passive architectural systems) on the island of Kauai and the former U.S. Trust Territory of Micronesia.
>
> • Consultation, Design and Installation: Two solar photovoltaic electrical generation systems, Moloaa (4.0kw), and Anahola (2.5kw), Kauai. 1985 & 1987
>
> • Design and Construction Drawings: Two micro-hydroelectric systems, Ponape (10kw) and Kosrae (25kw), Federated States of Micronesia. 1982.
>
> • Assessment of Small Scale Hydroelectric: Federated States of Micronesia and Republic of Palau. 1981.
>
> • Hands on Construction Workshops: Solar hot water heating systems and solar food drying, Kauai. 1979.
>
> • Provided consultation, design, and architectural drafting services for energy efficient, affordable, and low cost residential construction.

#### EDUCATION

> • University of California at Berkeley, College of Engineering: Civil Engineering (1961-1964)
> • East Los Angeles Community College: Architecture (1964-1965)
> • University of California at Berkeley, College of Environmental Design: Architecture (1965-1969)
> • Kauai Community College: Various courses in Environmental Issues, Alternative Energy Systems, Personal Computers and PC Software (1972-1989)
> • Chadwick University, Alabama: Various courses in Environmental Management (1995 - 1999)

4

**PROFESSIONAL TRAINING**
- American Management Association (AMA): Project Management, Scheduling and Control (1986)
- University of Wisconsin/Extension, College of Engineering/Continuing Education:
  The Design and Management of Material Recovery Facilities (January, 1994)
  Correspondence Courses: Solid Waste Composting (1990), Solid Waste Recycling (1991),
  Collection and Transfer of Solid Waste and Recylables (1994), Waste to Energy Systems (1995),
  Solid Waste Landfills - Design and Operation (1995).
- Hawaii State Department of Health: MSW Landfill Operators Training (1994, 1995 & 1996)
- Solid Waste Association of North America (SWANA):
  Planning and Managing Integrated Solid Waste Management Systems (August, 1994)
  Processing Recyclables and Composting Operations (August, 1994)
  Managing Municipal Solid Waste & Recycling Collection Systems (September, 1996)
  Manager of Landfill Operations (MOLO) (May, 1999)
  Landfill Gas System Design and Operations (Sept, 2004)

**PROFESSIONAL CERTIFICATIONS**
- Solid Waste Association of North America (SWANA): Manager of Landfill Operations (MOLO)
- SWANA: Manger, Integrated Solid Waste Management Systems
- SWANA: Manager, Municipal Solid Waste Collection Systems
- SWANA: Manager, Municipal Solid Waste Recycling Systems

**PROFESSIONAL RECOGNITION**
- **Hawaii Society of Professional Engineers (Maui Chapter) 2004 Project of the Year**: Phase IV - Central Maui Landfill Entry Facility, including a new residential recycling drop-off center.
- **Solid Waste Association of North America (SWANA) Silver 2004 Solid Waste Management Excellence Award**: Saipan Integrated Solid Waste Management System, including a new fully Federally compliant landfill, refuse transfer station, and recycling processing facility.
- **SWANA Gold 2004 Composting Excellence Award**: Maui County / EKO Systems Inc. / Pacific Biodiesel Co-composting Project, including a 40,000 ton per year co-composting facility, and an integrated operation converting cooking oil and greasetrap waste into bio-fuels.

**PROFESSIONAL AND COMMUNITY SERVICE ORGANIZATIONS**
- Solid Waste Association of North America (SWANA)
- National Recycling Coalition (NRC)
- Sierra Club of Hawaii
- Maui Recycling Group
- Keep North Shore Beautiful (Keep America Beautiful affiliate)
- Apollo Kauai / Zero Waste Kauai

**REFERENCES**
Ron Wagner, Wagner Engineering, Hanalei, Kauai (808-826-7256)
Eric Lombardi, Eco-Cycle, Boulder CO (303-444-6634)
Patricia Young, USEPA, Pacific Islands Office, San Francisco (415-972-3775)
Ruebens Fonseca, EKO Composting Systems, Maui (808-572-8844)
Wilma Nakamura, Director, Maui Recycling Group (808-877-6666)
Steve Chang, Manager, Solid and Hazardous Waste Branch, State of Hawaii (808-586-4226)
Gail Suzuki-Jones, Clean Hawaii Center, DBEDT, Honolulu (808-587-3802)
JoAnn Yukimura, Kauai County Council (808-241-6367)
Ben Sullivan, Mobius Designworks Kauai / Chair Apollo Kauai (822-3334

5