ORIGINAL

1  LEONARDO M. RAPADAS
United States Attorney
2  MIKEL W. SCHWAB
Assistant U.S. Attorney
3  Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
4  Hagatna, Guam 96910
Tel: 671-472-7332
5  Fax: 671-472-7215

Attorneys for the United States of America

UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GOVERNMENT OF GUAM,<br><br>　　　　Defendant. | CIVIL CASE NO. 02-00022<br><br>CERTIFICATE OF SERVICE |

I, Jacqueline O. Emmanuel, Administrative Assistant, hereby certify that on 18th day of January 2008, I caused to be served by personal service the following document: "United States List of Qualified Receivers", Civil Case No. 02-00022, <u>United States of America vs. Government of Guam</u>, to the following attorney of record:

　　　Alicia G. Limtiaco
　　　Office of the Attorney General
　　　287 West O'Brien Drive
　　　Hagatna, GU 96910

　　　　　　　　　　　　　LEONARDO M. RAPADAS
　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　Districts of Guam and NMI

BY: _____
　　　JACQUELINE EMMANUEL
　　　Administrative Assistant