Office of the Attorney General
Alicia G. Limtiaco
Attorney General of Guam
Civil Division
287 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com

Attorneys for the Government of Guam

FILED
DISTRICT COURT OF GUAM
JAN 18 2008
JEANNE G. QUINATA
Clerk of Court

# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 02-00022 |
| Plaintiff, ) | |
| vs. ) | GOVERNMENT OF GUAM LIST OF RECIEVERS |
| GOVERNMENT OF GUAM, ) | |
| Defendant. ) | |

In its December 14, 2007 Order, the Court ordered the parties to submit a list of qualified receivers that can assume operation and control of the solid waste management division of the Department of Public Works. In response to the Court's order, the Government of Guam submits the list of potential receivers attached hereto as Exhibit A.

///

///

Respectively submitted this 18th day of January, 2008.

**OFFICE OF THE ATTORNEY GENERAL**
ALICIA G. LIMTIACO, Attorney General of Guam

By: _____
**J. PATRICK MASON**
Deputy Attorney General

# EXHIBIT A

FELIX P. CAMACHO
Governor
MICHAEL W. CRUZ, M.D.
Lieutenant Governor



**public works**
DIPATTAMENTON CHE'CHO' PUPBLEKO

Lawrence P. Perez
Director
Andrew Leon Guerrero
Deputy Director

# RECOMMENDED LIST OF FEDERAL RECEIVERSHIP COMPANIES
## Department of Public Works

1. **AMARCOR**
   Joe Hernandez
   Guam Coordinator
   91-1051 Makahani Street
   Kapolei, Hawaii 96707
   (808) 497-1561
   joe.hernandez@amarcor.org

2. **UNITED TRANSFER**
   6548 N. Olympia
   Chicago, IL 60631
   Henry J. Taitano
   Vice President – Asia Pacific Office
   Local Representative – Sherman Consulting
   Sherman Consulting, LLC
   (671) 646-3380  Cell: (671)488-3380
   henry@shermanconsultinginc.com
   www.shermanconsultinginc.com

3. A. **Shaw Environmental Group**
     Gary Locke – District Manager
     414 West Soledad Avenue, Suite 602
     Hagatana, Guam 96910-5065
     (671) 479-5416
     Gary.locke@shawgrp.com

   B. **Shaw Environmental Liability Solutions, LLC**
     4171 Essen Lane
     Baton Rouge, LA 70809
     (225) 987-7351
     James M. Redwine
     David C. McMurtry
     Jim.redwine@shawgrp.com
     www.shawgrp.com/markets/envservices/envliabsolution

Page 2
List of Recommended Federal Receivership Companies
January 17, 2008

4. HDR Engineering (Brown, Vence and Associates, Inc.)
   2365 Iron Point Road, Ste. 300
   Folsom, CA 95630
   Timothy Raibley
   (916) 817-4700
   Tim.Raibley@hdrinc.com

5. Guam Resources Recovery Partners (GRRP)
   Sunny Plaza, Suite 306
   125 Tun Jesus Crisostomo Street
   Tamuning, Guam 96931
   Wagdy A. Guirguis, P.E. – President
   (671) 647-4467
   wguirguis@gmpassociates.com

6. Tetra Tech, Inc. (Tt)
   Suite 801, ITC Building
   590 S. Marine Corps Drive
   Tamuning, Guam 96913
   Randel L. Sablan – Director Micronesia Operations
   (671) 898-1295
   Randy.sablan@tetratech.com
   www.tetratech.com

7. Gershman, Brickner & Bratton, Inc.
   8550 Arlington Boulevard, Suite 203
   Fairfax, Virginia 22031
   Harvey W. Gershman, President
   (301) 807-2688
   hgershman@gbbinc.com
   www.gbbinc.com