**Office of the Attorney General**
**Alicia G. Limtiaco**
Attorney General of Guam
**Civil Division**
287 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com

**Attorneys for the Government of Guam**

# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

UNITED STATES OF AMERICA  ) CIVIL CASE NO. 02-00022
          )
    Plaintiff,   )
          ) **GOVERNMENT OF GUAM**
    vs.     ) **ACTION REPORT**
          )
GOVERNMENT OF GUAM,   )
          )
    Defendant.  )
          )
_____)

In the Court's Order of December 14, 2007, the Court ordered the Government of Guam to file an Action Report that would provide an estimate of the remaining airspace at the Ordot Dump and set forth a detailed explanation of the steps GovGuam intends to take concerning municipal solid waste disposal when the Ordot Dump is closed and the new landfill is not yet operational. Attached hereto as **Exhibit A** is GovGuam's Action Report.

/ / /

/ / /

ORIGINAL

2   Respectively submitted this 22nd day of January 2008.

3

4                                    **OFFICE OF THE ATTORNEY GENERAL**
5                                    **ALICIA G. LIMTIACO**, Attorney General of Guam

6                      By:        _Pat M. c_____

7                                    **J. PATRICK MASON**
                                    Deputy Attorney General

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# EXHIBIT
# A

# ORDOT DUMP
# ORDOT-CHALAN PAGO, GUAM

# Action Report

*Prepared for*
Department of Public Works, Government of Guam
542 North Marine Drive
Tamuning, Guam 96911

January 2008

*Prepared by*
Dueñas, Bordallo, Camacho & Associates Project Team (Dueñas, Bordallo, Camacho & Associates, Inc. and URS Corporation)

238 E. Marine Corps Dr. Suite 201 Diamond Plaza
Hagatna, Guam 96910
(671) 477-7991

## Table of Contents

1. Introduction...................................................................................................................... 3
2. Current Site Conditions.................................................................................................... 4
3. Waste Stream Estimates.................................................................................................... 4
4. Remaining Air-space Estimate .......................................................................................... 6
5. Operation Modifications .................................................................................................... 7
   5.1. Daily Cover.............................................................................................................. 7
   5.2. Approaches for Reducing Daily Cover Usage...................................................... 8
   5.3. Modified Soil Cover Placement Practices ............................................................ 8
   5.4. Reducing the Working Face Area.......................................................................... 9
   5.5. Reducing the Daily Cover Thickness .................................................................... 9
   5.6. Reclaiming Daily Cover ......................................................................................... 9
   5.7. Soil Separation (Screening) ................................................................................. 10
   5.8. Daily Cover Monitoring........................................................................................ 10
   5.9. Alternative Daily Cover Materials....................................................................... 11
       5.9.1. Soil Cover ............................................................................................. 11
       5.9.2. Hog Fuel................................................................................................ 12
       5.9.3. Soil Equivalent Foam............................................................................ 13
       5.9.4. Sacrificial Geosynthetics ...................................................................... 15
       5.9.5. Spray Applied Covers ........................................................................... 17
   5.10. Daily Cover and Alternative Daily Cover Recommendations...................... 21
6. Pre-Closure Action Plan .................................................................................................. 22
   6.1. Waste Diversion Measures ................................................................................... 22
       6.1.1. Cardboard Recycling ............................................................................ 22
       6.1.2. Curbside Recycling/Source Separation................................................. 24
       6.1.3. Yard Waste Diversion............................................................................ 25
       6.1.4. Material Recovery.................................................................................. 26
   6.2. Waste Volume Reduction Measures ..................................................................... 27
       6.2.1. Deep Dynamic Compaction.................................................................. 27
       6.2.2. Mobile Incineration............................................................................... 29
7. Post-Closure Action Plan................................................................................................ 30
   7.1. Alternative Sites................................................................................................... 30
   7.2. Private Landfill .................................................................................................... 31
   7.3. Ordot Dump Closure / East Valley Cell / Interim New Guam Landfill Cell.... 32
   7.4. Increased Footprint at the Ordot Dump .............................................................. 34
   7.4 Barging................................................................................................................. 35
   7.5. Dandan Site.......................................................................................................... 36
8. Recommendations............................................................................................................ 36
9. Conclusions...................................................................................................................... 40

Case 1:02-cv-00022    Document 207    Filed 01/22/2008    Page 5 of 45

## APPENDICIES

Appendix A    Airspace Calculations and Documentation
Appendix B    Operation Action Cut Sheets and Supporting Documentation
Appendix C    Pre-Closure Action Cut Sheets and Supporting Documentation

## EXHIBITS

October 2004, January 2008 and 2004 Profiles

## ABBREVIATIONS

| | |
|---|---|
| ADC | Alternative Daily Cover |
| cy | cubic yards |
| cy/d | cubic yards per day |
| DBCA | Dueñas, Bordallo, Camacho and Associates, Inc. |
| DDC | Deep Dynamic Compaction |
| DPW | Department of Public Works |
| EIS | Environmental Impact Statement |
| GCA | Guam Code Annotated |
| GEPA | Guam Environmental Protection Agency |
| ISWMP | Integrated Solid Waste Management Plan |
| lb/cy | pounds per day |
| LFG | Landfill Gas |
| MRF | Materials recovery Facility |
| MSW | Municipal Solid Waste |
| PERMIT | GEPA issued Waste Management Permit #05-060LFL |
| SOP | Standard Operating Procedure |
| tpd | tons per day |
| UOG | University of Guam |
| USEPA | United Stated Environmental Protection Agency |

# 1. Introduction

This document presents the Action Report for the Ordot Dump (the Dump) as required by Court Order (document 177-2) for case CV 02-00022. Section 6.A of the Court Order States:

*GovGuam shall file an Action Report by January 21, 2008. The report shall provide an estimate of the remaining airspace at the Ordot Dump and set forth a detailed explanation of the steps GovGuam intends to take concerning municiple solid waste disposal when the Ordot Dump is closed and the new landfill in not yet operational.*

At the time the court order was issued, the original scheduled date for closure based on the Consent Decree document (September of 2007) had come and gone. Further, the previously prepared closure design was based on this closure date. Public comments had been made that the Dump had less than 4 months of capacity. Based on these conditions, there was much concern that DPW's continued operation of the Dump was placing more waste in the Dump than it could handle. However, the original closure design, as well as more recent calculations made to determine the remaining useful life of the Dump, were all based on best available data and conservative assumptions of waste stream volumes, compaction rates, and in-place densities. This Action Report, in addition to presenting the information required by the Court Order, also presents updated waste stream information based on actual field measurements, more accurately estimates of remaining useful life and an action plan that is based on such additional information. What should be noted is that this new information illustrates that actual fill rates at the Dump have been much less than design assumptions, and as such, the remaining life of the Dump is greater than previously reported.

- ➢ Section 4 provides an estimate in cubic yards and days for the remaining airsapce at the Ordot Dump

- ➢ Section 5 provides information on operational modifications that can be utilized to enhance the useful life of the Dump

- ➢ Section 6 provides information on actions considered for Pre-Closure

- ➢ Section 7 provides information on actions considered for Post Closure (including court ordered closure)

- ➢ Section 8 provides recommendations for Actions presented

Case 1:02-cv-00022    Document 207    Filed 01/22/2008    Page 7 of 45

## 2. Current Site Conditions

Ordot Dump (Dump) remains in operation as Guam's only civilian municipal solid waste (MSW) facility. The current operating conditions of the Dump consist of the following:

1. One operable scale measures the weight of both inbound and outbound commercial and residential haulers. The outbound weight of a vehicle is subtracted from the inbound weight of that same vehicle to determine the weight of the waste tipped at the Dump.

2. One compactor, two dozers and three excavators are presently operating at the Ordot Dump according the DPW Solid Waste Superintendent, Dominic Muna.

3. Daily cover is currently being transported to the Ordot Dump from DPW's Quarry at a rate of 200 cy/day.

4. DPW is currently placing waste at the Ordot Dump and using the area fill method depicted in the 2004 Operations Manual.

5. DPW's Waste Management Permit has expired as of October 23, 2007. As such the Ordot Dump is operating without a valid Waste Management Permit.

Revisions to current operations will be undertaken based on the recommendations section of this report.

## 3. Waste Stream Estimates

In January 2008, a survey of the Dump's active areas was completed. Areas that have been historically inactive were not included in the survey limits of this most recent effort to define the Dump's topography. These inactive areas include the southern and eastern limits of waste. Topographic mapping and profile development of these areas were recently performed to confirm that filling has not occurred in these areas since the previous site survey (October 2004).

The results of the January 2008 survey were used to determine the following:

- in-place waste (and soil cover) volume between October 2004 and January 2008 in cubic yards (cy); and
- The remaining airspace of the Dump based on the 2005 Ordot Dump Closure design final filling topography (see Section 4).

The in-place waste volume was determined by determining the volume difference between the October 2004 and January 2008 topographic surfaces. The volume difference is **465,787 cy (fill).**

The approximate number of days between the October 2004 and January 2008 surveys is:

| | |
|---|---|
| October 31, 2004 to January 12, 2008 = | 1168 days |
| Total = | **1168 days** |

The number is approximate because the actual number of days between the October 2004 and January 2008 surveys is unknown, as each survey included two weeks of field activities. During the field activities, waste continued to be placed and these volumes may or may not have been captured by the field survey crew. Therefore, the total number of day between October 2004 and January 2008 of 1168 may have an error of plus or minus thirty days. The total, 1168 days, will be used. The actual incoming waste stream (in tons) will be determined once the scale is in continuous operation.

The in-place daily incoming waste stream rate between October 2004 and January 2008 is: 465,787 cy ÷ 1168 days = **399 cy/day (say 400 cy/day)**

This volume rate includes waste and daily cover (soil).

An in-situ waste density range of 800 to 1,200 lb/cy will be used as the basis for determining the daily incoming waste stream range in tons:

(400 cy/day × 800 lb/cy) ÷ (2,000 lb/ton) = **160 tons/day**
(400 cy/day × 1,200 lb/cy) ÷ (2,000 lb/ton) = **240 tons/day**

### Incoming Waste Stream Tonnage Rate Range = 160 to 240 tons/day

Below are daily incoming waste stream rate estimates (based on previous studies and forecasts):

| | |
|---|---|
| 1991 Daily Tonnage*: | 302 tons/day (993 cy/day) |
| 1995 Daily Tonnage: | 316.1 tons/day (wet season) |
| 1995 Daily Tonnage: | 210 tons/day (dry season) |
| 2000 Daily Tonnage*: | 426 tons/day (1,400 cy/day) |
| 2007 Daily Tonnage**: | 397 tons/day (886 cy/day) |
| 2010 Daily Tonnage*: | 585 tons/day (1,923 cy/day) |

*based on an in-situ waste density of 600 lb/cy
** based on an in-situ waste density of 1,000 lb/cy

The values presented above are estimates, and only the 1995 data is based on site-specific investigation. The daily incoming waste stream rate varies based on the in-situ density of waste used to determine the rate in tons. The daily tonnages of 316.1 tons/day (wet season) and 210 tons/day (dry season) are the only values computed using actual field measurements.

When the daily incoming waste stream rate (in cy), determined by the 2004 and 2008 surveys, is coupled with the 1995 daily incoming waste stream rate (in tons), the in-place waste density range is calculated to be:

$(316.1 \text{ tons/day} \div 400 \text{ cy/day}) \times (2,000 \text{lb/ton}) = 1,580 \text{ lb/cy (wet season)}$
$(210 \text{ tons/day} \div 400 \text{ cy/day}) \times (2,000 \text{lb/ton}) = 1,050 \text{ lb/cy (dry season)}$

The waste density calculation is better determined with updated values of incoming waste stream (in tons), which will be collected with the recent provision and start-up of an on-site scale. The information gathered from the use of the scale in 2008 will be used with the volume determined in the most recent survey to calculate a more accurate waste density that can be used to refine the final filling topography of the Dump.

The daily incoming waste stream for this report will be **400 cy/day.**

# 4. Remaining Air-space Estimate

The remaining airspace at the Dump is dependent on several different variables, such as the final filling topography, incoming waste stream weight or mass, compaction and daily soil cover volumes. As any one of these variables can change or be changed, the remaining airspace (and the resulting time required to utilize such airspace) as determined at any given time is valid as long as the variables remain relatively unchanged.,. Numerous claims have been made as to the expected life of the Dump, some of which have indicated that we are beyond the useful life already. To date, the Dump remains open despite such claims. The Dump, under the Consent Decree, was ordered to close in September 2007. The Department of Public Works has not been successful in opening a new landfill, which would allow for the Dump closure activities to be completed.

In May 2004, a pre-final closure design was submitted to DPW. This closure design called for a geomembrane closure capping system which took into consideration the anticipated volume of waste expected based on the best available data for solid waste generation and certain assumed waste characteristics, such as in-situ density and compaction rates. This closure cap will, for this exercise, be used as the final topography of the Dump. It should be noted, however, that an Ordot Dump Assessment is currently being performed to analyze the Dump's current site conditions, analyze the feasibility and cost-effectiveness of proposed value engineering measures, and to respond to any relevant, unresolved comments provided by the United States Environmental Protection Agency (USEPA) and the Guam Environmental Protection Agency (GEPA). The final closure cap design will likely be revised as a result of the findings of the Assessment Report, and has the potential to further extend the remaining useful capacity of the Dump.

The following equation will be used to determine the remaining air space:

*Closure topography – January 2008 topography = available airspace (cy)*

*Available airspace (cy) – daily cover (cy) – relocated waste (cy) – Final Closure Cap (cy) - improperly placed waste (cy) = Available Airspace for Solid Waste (cy)*

Daily cover will be estimated using the following ratio of 4:1 (solid waste: daily cover). This ratio is quoted in various engineering references namely, *Michael Lindeburg, Civil Engineering Reference Manual.* Improperly placed waste is waste that has, as of January 2008, exceeded the 2004 closure cap topography.

- ➤ Available Airspace = **652,960 cy**
- ➤ Daily cover = $652,960 – 135,450 – 98,210 = 419,300 \times \frac{1}{4} = $ **104,825 cy**
- ➤ Relocated Waste: **135,450 cy**
- ➤ Final 2004 Closure Cap: **98,210 cy**
- ➤ Improperly Placed Waste: **26,364 cy**

Available Airspace for Solid Waste (cy) = $652,960 – 104,825 - 135,450 – 98,210 – 26,364 = $ **288,111 cy**

Appendix A provides supporting information on the values presented above.

Using the daily incoming waste stream rate (in volume) determined above of 400 cy/day, the estimated number of days until the Dump reaches the 2004 Design Closure surface is as follows:

**288,111 cy ÷ 400 cy/day = 720 days**

The following must be noted:

1. The 2004 design cap is based on an eastern expansion of the Dump. This expansion is critical and without it the remaining airspace is limited. Section 7.3.1 provides additional discussion on this topic and potential options for Dump Operations.

2. There are outstanding comments to the 2004 design by both USEPA and GEPA. The final closure design has not been accepted. In the absence of an accepted closure cap the 2004 design was used.

# 5. Operation Modifications

## 5.1. Daily Cover

Daily cover material must be placed over the active face at the end of each day. The purpose of daily cover is to prevent rodents, flies, and other vectors from feeding on and breeding in the waste, and to control odors and blowing debris. The daily cover material consists of earthen-fill from the Government of Guam-owned quarry in Dededo, various on-going road construction projects, and select C&D waste. Coarse-grained soils are the preferred daily cover material, especially in wet-weather conditions. Their free-draining

characteristics do not confine leachate or landfill gas (LFG) movement within the waste. Finer-grained soils may also be used, but should, to the extent possible, be limited to dry-weather operations. In accordance with the Guam Code Annotated (GCA) Title 22, Division 4, Chapter 23, Section 23304, disposed solid waste shall be covered with six (6) inches of earthen material at the end of each operating day, or at more frequent intervals, if necessary.

The Revised 2008 Closure Report determined that 200 cy/d of daily cover will be required. In order to minimize volume of materials placed within the Dump and still meet the requirements of operations and permit conditions, this value can be reduced by operational approaches to reduce daily cover consumption during waste placement and with the use of alternate daily cover (ADC) materials. ADCs are discussed further in this document.

## 5.2. Approaches for Reducing Daily Cover Usage

Two general approaches can be used to reduce daily cover consumption during refuse placement operations:

- Modification of current cover-soil placement practices; and
- Use of ADC materials, other than soil.

## 5.3. Modified Soil Cover Placement Practices

In accordance with the regulations, daily cover shall be placed over the active face of the landfill at the end of each day. The soil is placed at a loose thickness of greater than 6-inches and compacted to a minimum thickness of 6-inches. It should be noted, however, that operational realities, such as uneven refuse surfaces, wet fine grained cover material, difficult working areas, and equipment limitations, may often result in a compacted cover thickness that is greater than the prescribed minimum.

Within the constraints of regulatory requirements, the quantity of soil used to cover the surface of a given lift is largely a function of geometry. That is, the surface area of the lift and the cover thickness. Soil cover quantities are also impacted by the soil quality and weather conditions.

With respect to the top surface of a given lift, the principal factors impacting cover quantities are the area of the refuse fill and the thickness of cover required for vehicle access. Both of these parameters are essentially fixed. However, with respect to the sloped, working face of the refuse, only the minimum thickness prescribed by the regulators is fixed. Therefore, the working face presents more opportunities for reducing daily cover quantities. As above, the quantity of soil used to cover the working face depends on geometry, that is:

1. The area of the refuse placement at the working face; and
2. The thickness of the soil placed over the working face.

The following sections discuss various options for varying the geometry of daily cover placement in order to reduce the quantity of daily cover used to manage the working face.

## 5.4. Reducing the Working Face Area

Reducing the width of the working face will not necessarily reduce the overall cover soil usage, because for a given refuse volume, if the width of the active face strip is reduced, the length of the strip might have to be increased. The optimum configuration, from the perspective of daily cover consumption, is to place the refuse in a square. Notwithstanding these considerations, the dimensions of the working face are limited by: the number of trucks tipping at any one time; and the equipment available to place and compact the refuse.

A reduction to the area of the working face that requires daily cover can only be achieved by increasing the slope of the working face. If refuse is currently placed at a maximum slope of 4 (horizontal) to 1 (vertical) and the slope was increased to 3(h) to 1(v), the quantity of daily cover required would be reduced by approximately 23%. However, increasing the slope will reduce the refuse compaction that is achieved and therefore reduce the quantity of refuse that is placed in the landfill. Further, increasing the slope would increase the difficulty of cover material placement and probably increase the cover thickness, effectively negating the benefit of the area reduction.

## 5.5. Reducing the Daily Cover Thickness

Reducing the thickness of daily cover would have a direct effect on the quantity of daily cover consumed during filling operations. For example, reducing the loose thickness of uncompacted daily cover from 12-inches (if that is the current practice) to 8-inches will reduce the quantity of daily cover consumed by 33%.

Reducing the daily cover thickness may require additional refuse preparation, to ensure a relatively smooth and firm surface. Further, depending on the quality of the cover material and the weather conditions, the completeness of the cover may be reduced. GCA Title 22, Division 4, Chapter 23, Section 23304 requires that the minimum thickness of daily cover be 6-inches. Therefore, regulatory authority acceptance of modifications to the daily cover thickness will be required.

## 5.6. Reclaiming Daily Cover

Refuse is typically placed directly on daily cover placed over the previous day's working face. Therefore, if a portion of this cover material was removed prior to placement of the overlying refuse, the net quantity of soil consumed could be reduced. The material removed would then be stockpiled near the working face and available to reuse as part of that day's covering operations. It is estimated that between 30% and 50% of daily cover placed on the working face could be removed and reused. Removal of any additional cover material beyond the 50% would probably impact the underlying refuse.

The recovery of cover materials can result in the conservation of a significant quantity of valuable soils. In addition, it allows refuse-to-refuse contact between lifts, which creates a more homogeneous refuse area. The benefit of a homogeneous refuse area is that the

Action Report

cover soil barrier between lifts is nearly eliminated. This enables efficient movement of leachate downward towards the landfill base, rather than toward the outside, where it may weep out of the sideslope.

This approach would require revision of current operations practices. Refuse placement each day would need to be preceded by cover removal. Cover removal would then continue progressively through the refuse placement operations. Cover removal would require careful and skilled operation to avoid disturbing the underlying refuse. As above, acceptance by the regulators would be required.

## 5.7. Soil Separation (Screening)

Approximately 25% of the volume available, as determined in Section 4, is allocated for soil cover. An effective measure in reclaiming this valuable airspace is screening out daily cover from inactive cells. This method uses a trammel or vibrating screen and an excavator. Waste and soil cover from an inactive cell is excavated and placed on the screen and the soil is sifted out. The waste is placed back onto the waste mass, compacted and covered. The volume which was once occupied by daily soil cover is made available for waste. The sifted soil could be used for soil cover once again. This process has been accepted by the USEPA for use in landfills in other jurisdictions, and would be an effective means of volume reduction for wastes in the Ordot Dump.

This option could potentially expose hazardous material, increase gases and odors and potentially cause collapse of excavated areas. Should this process be implemented, it is recommended that it be used on areas where placed waste has been properly spotted and soil cover has routinely been used. New lifts created between January 2008 and June 2008 may be good candidates for this action.

### Action

- ➤ Conduct Site Characterization Study
- ➤ Implement Spotter training (as required in Closure report)
- ➤ Assess project cost

The estimated cost for hauling daily cover is $37,100 per week. The benefits to this action include a reduction in the soil cover cost.

Documentation on this action is provided in Appendix B.

## 5.8. Daily Cover Monitoring

A critical element of any modified soil cover placement approach will be monitoring the actual daily cover consumption. Monitoring will confirm that the theoretical reductions in daily cover usage are being realized and will allow adjustments to be made to achieve the daily cover usage goals.

It is recommended that the practice of measuring daily cover consumption be continued and if necessary, refined.

## 5.9. Alternative Daily Cover Materials

The second approach to reducing daily cover consumption during refuse placement operations is the use of materials other than soil for daily cover. The following sections discuss various ADC materials that are used at landfills elsewhere. Note that in some instances, specific products have been considered. It is intended that these products are representative of the particular advantages and disadvantages of the respective alternative daily cover technology. Other products, employing a similar technology, may be equally applicable.

### 5.9.1. Soil Cover

For the purpose of comparison, the continued use of soil cover is described in Table 1.

### Table 1 – Soil Cover

|  | Soil Cover |
|---|---|
| Company | Government of Guam |
| Product Description | Quarried limestone fill and other sources |
| Application Method | Haul from quarry to working face<br>Spread material over working face using refuse placement equipment |
| Application Rate | Greater than 6-inch uncompacted / 6-inch compacted cover over refuse |
| Advantages | • Application method is familiar to Operations<br>• Weather conditions managed by using different material types available<br>• No direct material costs or start-up costs<br>• Consistent with current regulatory authority approvals |
| Disadvantages | • Uses airspace that could be used for refuse<br>• Occasional insufficient available quantity of material or lack of operable equipment for placement to maintain continued application rate |
| Start Up Cost | Nil |
| Material Cost | Nil |
| Shipping Cost | Nil |
| Weekly Cost | • $37,100<br>• Assumes 200 cy of daily cover applied 7 days per week<br>• Assumes loading at quarry by pay loader ($80/hour) for 8 hours per day<br>• Assumes using 5 rented dump trucks ($50/hour/each) for 8 hours per day<br>• Assumes placement by dozer ($120/hour) for 3 hours per day<br>• Assumes $45/hour for operators for total of 51 hours per day |

### 5.9.2. Hog Fuel

Hog fuel consists of recycled wood waste, stumps, etc. A detailed description of the alternative, including estimated costs and primary advantages and disadvantages, is presented in Table 2.

It is understood that Operations may have difficulty in importing sufficient quantities of hog fuel for use as ADC. An alternative to importing hog fuel is to produce it. This is production alternative is discussed further in Section 6.1.2 Yard Waste Diversion.

**Table 2 – Hog Fuel**

| | Hog Fuel |
|---|---|
| Company | Not Available on Guam Commercially. May potentially be created by diverting and chipping select yard and wood waste, by procuring a tub grinder and creating on-site. |
| Product Description | Recycled wood waste (hog fuel) and 100% recycled wood (stumps) |
| Application Method | • Haul directly to working face, or stockpile on-site<br>• Spread over working face using refuse placement equipment |
| Application Rate | • Average 9-inch cover over refuse<br>• 12-inch thickness required in areas where traffic is expected |
| Advantages | • Application method is familiar to Operations, because it is similar to placing soil cover<br>• Material will degrade with time, providing additional airspace for refuse<br>• No weather constraints<br>• Material can be imported to the site using Government refuse trucks, at a potential cost saving from that shown |
| Disadvantages | • Uses short term airspace that could be used for refuse (similar to on-site soil cover)<br>• Requires import to the site, increasing traffic on local roads or requires production of material on-site<br>• May require a stockpiling area<br>• May increase settlement rates by increasing the quantities of organic materials decomposing in the landfill<br>• Susceptible to market price changes and ability of the supplier to provide required quantities. It is understood that operations may have difficulty obtaining the quantities they need commercially. |
| Start Up Cost | • $150,000 (Peterson Pacific 2400 Horizontal Grinder) to $200,000 (BEAST 2680 Horizontal Grinder) |
| Material Cost | • $0.00/cy – yard waste and untreated wood already incoming to the site |
| Shipping Cost | • $10,000 to ship either grinder (includes ship and trucking cost) |
| Weekly Cost | • $9,030 for production of hog fuel<br>• $2,500 for placement<br>• Production per day: $90/day for running grinder for 2 hours, $720/day for two operators at $45/hour for 8 hours each day to produce hog fuel, $480/day for equipment ($120/hour at 2 hours).<br>• Assumes cover is applied to a 0.5 acre area, 7 days per week<br>• Excludes stockpile preparation |

### Action

Hog Fuel is a feasible option for daily cover and may be used as a daily cover source. The following actions will be required:

1. Obtain formal approval from GEPA for use of hog fuel as ADC. A field demonstration of the hog fuel's effectiveness as an ADC may be required. A pilot trial should be conducted.

2. If the ADC is approved a dependable source of hog fuel will be required. A potential source could be select yard waste and wood waste, as discussed in Section 6.1.2 Yard Waste Diversion.

3. In order for GovGuam to produce hog fuel for use as ADC, the purchase of a grinder, a method to separate select yard waste and untreated wood waste from the incoming waste stream, a staging area, and a stockpiling area would have to be identified (on-site or near site).

4. The use of soil as daily cover will still be required where vehicle traffic is required.

The approximate capital cost is: $150,000 to $200,000 for grinder
Monthly operating costs is: $46,120

Information on

## 5.9.3. Soil Equivalent Foam

Soil Equivalent Foams as alternative daily covers consist of a foam material that is spray applied over exposed refuse surfaces at the end of daily filling operations. For the purpose of this comparison, a specific product, supplied by Rusmar Incorporated, was considered. The product is applied using a proprietary applicator that travels over the working face applying a foam layer of between 3 and 4 inches thick. A detailed description of the alternative, including estimated costs and primary advantages and disadvantages, is presented in Table 3.

### Table 3 - Foam

|  | Soil Equivalent Foam (AC-667-SE) |
|---|---|
| Company | Rusmar Incorporated |
| Product Description | • Liquid concentrate comprised of a starch modified hydrolyzed protein surfactant<br>• Concentrate is delivered in bulk quantity and diluted with water prior to application<br>• Product has a cinnamon scent |
| Application Method | • Concentrate is delivered and stored in a Bulk Storage and Dilution System (BSD) which is provided as part of the system.<br>• BSD is connected to an on-site water supply (60 gpm) and power supply. BSD automatically controls dilution of the concentrate and filling of the Pneumatic Foam Unit (PFU) used to apply the foam<br>• The operator does not need to calculate dilution ratios, and once the procedure has started, the system does not need to be monitored. Time to fill the PFU at 60 gpm is 42 minutes |

| | |
|---|---|
| | • Foam is applied via the Pneumatic Foam Unit (PFU), which is a self-propelled unit, built with Caterpillar components, and designed to be driven over the working face<br>• PFU deploys a twelve-foot wide foam blanket via a patented bi-directional manifold<br>• PFU is operated by one individual and does not require any additional personnel or support equipment<br>• Upon completion of foaming, compressed air automatically removes any foam left in the lines and no further cleaning is required. This step takes 1 to 2 minutes. It is not necessary to use all of the product that has been diluted. |
| **Application Rate** | • Recommended coverage depth is 3 to 4 inches, provided the working face has been properly compacted and groomed<br>• Coverage depth can vary depending on weather conditions and surface preparation<br>• PFU application rate is approximately 667-square feet per minute (at a 3-inch foam depth)<br>• One 2500-gallon fill of dilute will cover approximately 27,000-square feet with a foam depth of 3-inches |
| **Advantages** | • Automated system for diluting and filling PFU and one person operation reduce application costs<br>• No support equipment required (e.g. for towing)<br>• No clean-up is required<br>• It is not necessary to use all the diluted material in the PFU, therefore progressive covering is possible; however, it is recommended that dilute material not be stored in the PFU for more then 2 -3 days.<br>• Equipment is built for outdoor storage year round<br>• Thicker coverage and direct application over the refuse is less susceptible to inconsistent coverage and spray shadow than other application methods<br>• Foam will consume minimal airspace. When additional waste is dumped on top of foam blanket the following day, the blanket collapses, leaving biodegradable trace solids similar to soap scum.<br>• Foam will not interrupt the drainage of leachate through the refuse<br>• Foam blanket is reportedly unaffected by temperature, moderate wind, or moderate rain |
| **Disadvantages** | • GovGuam required to supply water and electrical power to the BSD and fuel for the PFU<br>• GovGuam required to prepare an area for BSD and PFU storage<br>• Travel time for the PFU between the BSD and the working face may slow application time, particularly if refill of the PFU is required<br>• Not suitable for heavy rainfall, therefore an alternative daily cover method must be available<br>• Additional surface preparation may be required to ensure a good surface cover is achieved<br>• Not suitable for vehicle traffic, therefore additional material required where vehicle access is necessary<br>• Regulatory authority approval required<br>• Susceptible to strong winds |
| **Start Up Cost** | • Typical Trial Period Agreement:<br>• For a three load trial, mobilization / freight charges for the PFU are partially paid by Rusmar Inc.<br>• If equipment returned after the three-load trial, GovGuam is liable for return freight only (approximately $8,000 per piece) GovGuam would be responsible for all freight charges from West Chester to Guam. Freight $ 16,000.<br>• Typical leasing agreement includes all capital equipment costs and all major service and maintenance. Rusmar will include major service, provided a contractor can be secured locally in Guam. Rusmar will send a technician to Guam for start-up and training.<br>• Product will ship in 55 gallon drums. Water will be needed to dilute the concentrate, but no electrical. It is possible that leachate could be used to dilute the concentrate, depending on pH and solids present.<br>• Proposed equipment is a PFU1600/40 trailer mounted unit, with AC-667SE concentrate to ship in drums - lots of 40 or 80. One fill of the PFU1600/40 can cover approximately 18,000 square feet. |
| **Material Cost** | • $0.62/lb plus $0.15/lb for freight and tax, if applicable, total = $0.77/lb<br>• Equivalent unit rate = $0.08 per square foot (assume 333 gallons of concentrate per 2500 gallons of solution). Per square foot cost remains the same, regardless of foam unit used for application. |
| **Shipping Cost** | • $0.15/lb for concentrate (transported in 55-gallon drums)<br>• Freight to ship PFU1600/40 = $16,000 |
| **Weekly Cost** | • $14,720<br>• Assumes cover is applied in a 3-inch lift to a 0.5 acre area, 7 days per week<br>• Excludes fuel costs |

| References | • "We are really happy with the product. We've been using the product at the site for 10-12 years. We receive 2350 tons/day of incoming daily refuse. It is important to prepare surface by compacting and smoothing the surface with tracks. We use two Pneumatic Foam Units onsite. The product is applied in a 6-inch thick foam layer. Rusmar Inc. offers great customer service. We do not suggest using the product if heavy rain is expected. Berms are constructed down slope of the area where foam is applied, in case heavy rains come after application. There have been no problems with the use of this product." (URS personal communication with Tommy Liuzzo, Commonwealth Landfill, Hegins, PA) |
|---|---|
| | • "We've been using the product for 3-5 years now. There have been no problems in using the product. The PFU experiences some normal wear and tear. When the PFU needs repair, Rusmar sends a mechanic out the next day to fix the problem. The PFU is single person operated. We use the SE Foam to cover 1200-1500 SF/day, using 1000-1500 gallons. There is not much rain outside of the 3-month monsoon season. When precipitation heavier than a drizzle is expected, a thicker layer of foam is applied. The product is great and Rusmar Inc. is a great company to work with." (URS personal communication with Larry Anduaga, City of Glendale Landfill, Glendale, AZ) |

## Action

Soil equivalent foam is a feasible option for reclaiming airspace that would otherwise be occupied by soil daily cover. The following actions will be required:

1. Obtain formal approval from GEPA for use of foam as ADC. A field demonstration of the foam's effectiveness as an ADC may be required. A pilot trial should be conducted.

2. If the ADC is approved a detailed specification will need to be prepared. The specification shall cover at minimum the following: performance guarantees, operating cost guarantees, fuel requirements, product consumption, mobilization requirements, and site training.

3. The ADC, Rusmar Incorporated, and at least two similar companies (if any) will need to be solicited once the specification is completed.

The approximate capital cost is: $16,000 (shipment of foam applicator)
Monthly operating cost is: $58,880 (excluding cost of water)

### 5.9.4. Sacrificial Geosynthetics

Sacrificial geosynthetics as alternative daily covers consist of a relatively thin geosynthetic membrane/film that is spread over exposed refuse surfaces at the end of daily filling operations. The next day's refuse is placed directly over the sacrificial geosynthetic, which subsequently breaks down due to mechanical and biological degradation. The advantage of sacrificial geosynthetics over conventional temporary tarping is that they can be mechanically applied, they do not require personnel to walk over the refuse and they do not require removal prior to the start of refuse placement.

For the purpose of this comparison, Enviro® Cover, supplied by EPI Environmental Products Inc., was considered. The product is applied using a proprietary applicator that is attached to / or towed by a dozer that travels over the working face. In addition to deploying the cover, the applicator also deposits ballast to hold the cover in place. A

detailed description of the alternative, including estimated costs and primary advantages
and disadvantages, is presented in Table 4.

## Table 4 – Sacrificial Geosynthetics

| | Enviro® Cover (1.5 mil) |
|---|---|
| Company | EPI Environmental Products Inc. |
| Product Description | • Categorized by the ASTM as a "non-reusable geosynthetic"<br>• Degradable polyethylene film that is not retrieved once deployed<br>• Available in 10-foot width rolls by 1.2-mile length |
| Application Method | • The RK610 deployer is connected to a dozer or front end loader to dispense the cover over the working face. A variety of deployers are available. Deployers are wither connected to the dozer blade, requiring the dozer to reverse over the refuse while applying the cover, or being towed behind the dozer.<br>• As the cover is laid over the refuse, material from a ballast drum is poured on top of the cover to weigh it down<br>• An overlap of 6-12 inches is suggested between panels<br>• The ballast drum capacity is 2.6 cy. Ballast drum has a screen at the top restricting ballast to 6-inch minus.<br>• An area of between 7,500 to 10,000-square feet can be covered with a full ballast drum. The area covered is dependant on speed of deployment, wind conditions and type of ballast material<br>• Cover can be cut with safety knives<br>• Care must be taken to ensure adequate soil cover (6-inches minimum) over the cover at the edges. If edges are unprotected, vectors can access under the cover |
| Application Rate | • 10,000-square feet per hour<br>• Application rate is dependent on the applicator used, roll width, speed of application and wind conditions<br>• Application rate excludes placement of additional ballast at the cover edges. |
| Advantages | • Material consumes minimal airspace<br>• Material will degrade, therefore: will not interrupt the drainage of leachate through the refuse; and does not require removal prior to placement of additional refuse<br>• Relatively simple application method, utilizes equipment already available on site<br>• No additional mechanical equipment required<br>• No additional consumption of utilities such as power and water<br>• Material is reportedly unaffected by temperature, rain, or moderate winds<br>• Less susceptible than other alternative daily covers to the quality of the underlying refuse surface<br>• No cleanup required |
| Disadvantages | • Construction of a storage area for unused rolls is required<br>• Not suitable for high winds (greater than 50 mph), therefore an alternative daily cover method must be available<br>• Vulnerable to birds picking at the cover, especially at edges<br>• Requires ballast material (i.e., soil) to weigh the cover down, additional effort is required to properly secure the edges<br>• Requires someone working on the ground to manually cut material during deployment<br>• Not suitable for vehicle traffic, therefore additional cover material required to provide for vehicle access<br>• Regulatory authority approval required<br>• Requires use of on-site equipment that could be used for other operations activities |
| Start Up Cost | • Initial mobilization = $2,000 for shipment of deployer and 3 rolls of cover<br>• Material cost for three rolls = $4,820<br>• Equipment cost for RK610 Deployer = $1,450<br>• Additional costs associated with preparation of a storage area |
| Material Cost | • $0.28/SF (based on 1.5 mil thickness, 16-foot wide by 1.5 mile long rolls) |
| Shipping Cost | • $500/roll<br>• Shipping costs may be reduced if more rolls are shipped. |
| Weekly Cost | • $8,100 |

| | Assumes cover is applied to a 0.5 acre area, 7 days per week |
|---|---|
| | • Assumes placement by equipment used for refuse placement, at $120/hour for dozer and $45/hour for operator |
| | • Includes shipping cost of role. |
| | • Excludes preparation of a storage area |
| References | "EPI is a great company to work with. They've done everything we've asked of them. The Enviro® Cover is the cheapest ADC that we have onsite." (Habib Kharrat, Puente Hills Landfill, Whittier, CA) |
| | "We've been using the Enviro® Cover to cover an area approximately 120' x 60'. The area covered with the Enviro Cover is not the active face, but a temporary dumping area at the landfill. The material requires the use of ballast (wood waste and sand). We've had to modify the deployer by welding on new feet. The deployer is heavy duty. It has been a good product for us. We've used it for 2 years." (URS personal communication with Wende Hitchcock, Short Mountain Landfill, Eugene, OR) |
| | "We've only been using the product (1.5 mil) for 4-5 days, and are using it on a pilot program. We use it to cover a working face of approximately 40' x 60'. Instead of using the ballast dispenser, we are using a 5 cy loader with clam shell. One load of soil can cover an area of 40-50' long. Birds sit on top of the enviro® cover, but don't seem to be able to break through. The coverage rate of the enviro® cover is higher than that of the conventional soil daily cover. We have not experienced high winds yet, so we don't know how it will perform. EPI has offered great customer service thus far." (URS personal communication with Jim Parvey, City of Tacoma Landfill, WA.) |

## Action

Sacrificial geosynthetics are a feasible option for reclaiming airspace for waste that would otherwise be occupied by soil daily cover. The following actions will be required:

1. Obtain formal approval from GEPA for use of sacrificial geosynthetics as ADC. A field demonstration of the sacrificial geosynthetic's effectiveness as an ADC may be required. A pilot trial should be conducted.

2. If the ADC is approved, procure the deployer and rolls. Acquire training for Operations Staff from EPI-Global personnel. Modify dozer or loader bucket to accommodate dozer.

3. At least three similar companies (if any) will need to be solicited.

The approximate capital cost is: $8,270 ($1,450 deployer, $4820 for three rolls, $2,000 for shipping)
Monthly operating cost is: $32,400

### 5.9.5. Spray Applied Covers

Spray Applied Covers consist of a substance that is sprayed over the exposed refuse surfaces at the end of daily filling operations. The next day's refuse is placed directly over the sprayed cover, which subsequently breaks down due to biodegradation. Both of the products considered include a curing agent that causes the cover to form a crust over the refuse, enhancing the resistance of the cover to damage by vectors and weather. The advantage of spray applied covers is that they can be applied without driving over the refuse (depending on the size of the working face).

For the purpose of this comparison, two products were considered:

1.  Waste Cover, supplied by EPI Southwest Environment Services, Inc.
2.  Posi-shell, supplied by Landfill Service Corporation.

Both products are applied using proprietary supplied applicators that are towed to the working face by a dozer. The Waste Cover applicator is essentially a spray mulch applicator and can also be used for seeding, hydro-mulching and watering. A detailed description of the two alternatives, including estimated costs and primary advantages and disadvantages, are presented in Tables 5 and 6.

Table 5 – Spray Applied Cover (Waste Cover)

| Alternative 5 | |
|---|---|
| | **Waste-Cover** |
| Company | Southwest Environment Services, Inc. and HMI Worldwide |
| Product Description | • An alternate daily landfill cover manufactured from recycled paper and wood, polymers, enzyme complex, biological stimulants, and other proprietary ingredients <br> • Product has an orange peel scent |
| Application Method | • Product is applied using the Enviro-seeder (Kincaid 1200 LS or Easy Lawn C125) <br> • Enviro-seeder is a standard hydro-mulching machine with a 1.200-gallon capacity. Equipment comes standard with pneumatic tires, but foam filled tires can be supplied for an additional charge <br> • Enviro-seeder is loaded with 16 x 50-pound bags of Waste-Cover and 1,120 gallons of water. Potable water or pond water can be used. The product is mixed in the Enviro-seeder <br> • Enviro-seeder is towed to the working face by a compactor, dozer or equivalent <br> • Product is sprayed, from the deck of the Enviro-seeder, onto the working face, at a minimum thickness of ½-inch. The product can be sprayed a distance of 100 feet from the nozzle <br> • Curing reportedly takes approximately 30-minutes in warm dry weather (longer in cooler damp climates) <br> • Cleanup of the equipment is required after use because the product will harden |
| Application Rate | • 1200-gallons of waste cover can cover approximately 7,200-square feet at a thickness of ½-inch <br> • Filling the 1200-gallon tank and mixing takes approximately 20 minutes (assuming 60 gpm water source). Application takes another 15 minutes, and cleanup takes another 15 minutes <br> • Application rate is estimated to be 8,640-square feet per hour, including mixing, application, and cleanup |
| Advantages | • Material consumes minimal airspace <br> • Material is non-toxic and biodegradable, and therefore will not interrupt the drainage of leachate through the refuse <br> • Simple application in a variety of weather conditions <br> • Only requires 1 or 2 employees to mix and apply <br> • Non-flammable <br> • Hydro seeding equipment can be used for other things at the landfill. For example: hydro seeding for erosion control, watering newly seeded areas, fire fighting, dust control, and washing tracked equipment |
| Disadvantages | • Application control is dependent on operator. Spray shadow is possible and may require spraying from opposite angles to get complete coverage <br> • Application is not recommended in heavy rainfall, therefore an alternate daily cover method must be available <br> • Requires water supply <br> • Material curing time is dependent on temperature and rainfall <br> • Requires post-use clean up of equipment <br> • The bags of Waste-cover need to be kept dry, therefore, a storage area protected from the elements is advised <br> • Manual handling of 50-pound bags is required as part of product mixing <br> • Equipment must be towed from the water source to the active face. At least three batches will be required to cover the working face at the Dump. Time to place daily cover will be significantly increased <br> • Requires the use of onsite equipment that could be used for other activities <br> • Additional surface preparation may be required to ensure a good surface cover is achieved <br> • Not suitable for vehicle traffic, therefore additional cover material required where vehicle access is |

| | required |
| --- | --- |
| | • Regulatory authority approval required |
| Start Up Cost | • \$36,000 for Kincaid Pro Series 1200 LF purchase (does not include shipping cost) |
| | • \$42,900 for Easy Lawn C125 Landfill Machine purchase (does not include shipping cost) |
| | • An undetermined cost for bag storage area, if desired |
| Material Cost | • \$28.06 per bag (\$19 for material and \$9.06 for shipping per bag) |
| Shipping Cost | • Equipment Shipping Cost = \$10,000 (for Easy Lawn C125 Landfill Machine) |
| | • Shipping is included in the material cost |
| | • Bags are supplied on pallets of 40 bags each. A truckload is 900 bags |
| | • |
| Weekly Cost | • \$10,065 |
| | • Assumes cover is applied to a 0.5 acre area, 7 days per week |
| | • Does not includes water supply for 3 batches per day |
| | • Excludes preparation of a storage area and fuel |
| References | • "We've been using the waste cover for 6 months. The product has a good odor. We apply it at a ¼" thickness. When it looks like it will rain significantly, we will use soil as a daily cover instead. Besides heavy rain, there are no other concerns." (URS personal communication with Jackie Darter, Wise County Landfill, Norton, VA) |
| | • "Waste cover is the only product we've used as ADC. We have not encountered any problems in applying the product. I recommend using the one bag system, because the two bag system gets dusty. It takes us a total of 1 hour to mix and apply the product on a 100' x 100' active face. We use a fire hydrant to fill the hydro-seeding machine tank. If it looks like the rain will be heavy, we don't apply the waste cover. During the rainy season, we use re-usable tarps in place of the waste cover. The product does not contain fire retardant material; therefore, we use a product called Top Fiber from Central Fiber during the summer months." (URS personal communication with Mark Melancon, City of Irving Landfill) |

## Table 6 – Spray Applied Cover (Posi-shell)

| | Posi-Shell |
| --- | --- |
| Company | Landfill Service Corporation |
| Product Description | Fibrous, stucco-like, 'cementitious' product |
| Application Method | • 15-lb bags of Posi-pak® fiber material and 50-lb bags of setting agent (finely ground bentonite with polymers and adhesive agents) and optionally portland cement are mixed in a spray applicator |
| | • A liquid base is pumped into the applicator. The liquid base can be either pond water or leachate |
| | • The Posi-pak® setting agent/ Portland cement mixture is introduced into the applicator and the three-material mixture are mixed to create posi-shell |
| | • The applicator is a pull-behind machine that is hitched to a dozer. Applicator comes with steel wheels, but is available with foam-filled rubber tires for an extra charge. Also, common hydroseeding equipment can be used. |
| | • The product is sprayed from a spray tower mounted on the applicator deck, while being pulled over the refuse area. The product can be sprayed up to 150-feet from the applicator |
| | • Thickness for daily cover is anywhere from 1/8 to 3/16 inches |
| | • Curing reportedly takes approximately 24-hours in warm dry weather and longer in cooler damp climates. Curing times can be decreased with the addition of Portland cement. |
| | • If Portland cement is used, cleanup of the equipment is required after use because the product will harden |
| Application Rate | • The material is sprayed on at a rate of 6- to 10-square feet per gallon |
| | • 1-man crew will take 60-90 minutes to mix and spray 2,000 gallons of posi-shell |
| | • 2-man crew will take 50-70 minutes to mix and spray 2,000 gallons of posi-shell |
| | • 2000 gallons of posi-shell will cover approximately 12,000 to 20,000-square feet |
| Advantages | • Material consumes minimal airspace |
| | • Material is friable, and therefore will not interrupt the drainage of leachate through the refuse |
| | • Simple application |
| | • Suitable for a variety of weather conditions, including moderate rainfall and high wind |
| | • Multiple uses possible, including use where erosion control is needed |
| Disadvantages | • Application control is dependent on operator. Spray shadow is possible and may require spraying from opposite angles to get complete coverage |

Case 1:02-cv-00022    Document 207    Filed 01/22/2008    Page 23 of 45

| | |
|---|---|
| | • Application is not recommended in heavy rainfall, therefore an alternate daily cover method must be available |
| | • Requires water supply and provision of Portland cement |
| | • Material curing time is dependent on Portland cement content, temperature, and rainfall |
| | • Requires post-use clean up of equipment |
| | • Additional equipment and staging area required |
| | • Potential longer curing time makes suitability for daily cover questionable |
| | • Equipment must be towed from the water source to the active face |
| | • Requires the use of onsite equipment that could be used for other activities |
| | • Additional surface preparation may be required to ensure a good surface cover is achieved |
| | • Not suitable for vehicle traffic, therefore additional cover material required where vehicle access is required |
| | • Regulatory authority approval required |
| Start Up Cost | • $42,900 for Easy Lawn C125 Landfill Machine purchase (does not include shipping cost) |
| Material Cost | • $19/bag (setting agent), $38/bag (fiber), $12/bag (Portland cement) (shipping cost included)<br>• Cost excludes liquid base (water or leachate) |
| Shipping Cost | • Equipment Shipping Cost = $10,000 (for Easy Lawn C125 Landfill Machine) |
| Weekly Cost | • $7,500<br>• Assumes cover is applied to a 0.5 acre area, 7 days per week<br>• Does not include water supply<br>• Excludes preparation of a storage area and fuel |
| References | *"I've been in the solid waste industry for 30 years, most of that as a manager. The great thing going for Landfill Service Corporation (LSC) is their service record. We broke an axle on the applicator. LSC had a new axle on a truck and brought it to site the following day. We receive 2400-2500 tons/day of refuse and have an active working face of 150'x80'. The required area for the silo and loading area is 100'x50'. We use kiln dust as the mineral binder, which LSC orders for us. We use a D6 dozer to pull the applicator around the site. The applicator is on solid rubber tires. Rubber tires are suggested, because the steel tires cause the equipment to take a beating when traveling on rough solid ground. A 1/8 to ¼-inch layer is applied on the working face. The working face covered with Posi-shell is left for 7 days, because of the tipping sequence. Product does a good job at odor suppressing and the birds don't like it. If the product is applied prior to the rain and allow curing for 1 hour then it will hold up against the rain. It takes approximately 1 hour to mix, spray, and clean the applicator."* (URS personal communication with Jerry Johnson, Sampson County Landfill, Roseboro, NC) |

## Action

Spray applied covers are a feasible option for reclaiming airspace that would otherwise be occupied by soil daily cover. In order to implement at the site, the following actions will be required:

1. Obtain formal approval from GEPA for use of spray applied covers as an ADC. A field demonstration of the spray applied cover's effectiveness as an ADC may be required. A pilot trial should be conducted.

2. If the ADC is approved a detailed specification will need to be prepared. The specification will have t cover at a minimum the following: performance guarantees, operating cost guarantees, fuel and power requirements, cover performance, and site training.

3. At least three similar companies (if any) will need to be solicited once the specification is completed.

Case 1:02-cv-00022    Document 207    Filed 01/22/2008    Page 24 of 45

The approximate capital cost is: $52,900 (applicator and shipping cost)
Monthly operating cost is: $30,000 to $40,000 (excluding cost of water)

## 5.10. Daily Cover and Alternative Daily Cover Recommendations

None of the ADC options considered are applicable to all daily cover applications at the Dump. Specifically, the ADC options considered are generally susceptible to particular weather conditions, for example heavy rain or high winds, and are not suitable for vehicle traffic. Therefore, the use of soil for daily cover will always be required at the Dump. Further, the objective of this investigation was not to replace soil for daily cover. Rather, the objective was to find ways by which the quantity of soil used for daily cover can be reduced to a level that is effective in extending the life of the Dump. Therefore, the following recommendations are made in the context of daily cover application that uses both soil and ADC materials.

Of the options discussed above, the only alternatives likely to reduce daily cover consumption without compromising the quantity or quality of refuse placement are, reducing the thickness of daily cover and reclaiming daily cover. It is recommended that both these options warrant further consideration. However, reclamation and reuse of the previous day's daily cover is preferred because:

- it is most easily adapted to different material quality and weather conditions, that is, the quantity of material reclaimed can be adjusted to suit the prevailing conditions;
- the quality of cover left exposed overnight will be consistent with current practices;
- the need for additional refuse surface preparation will be minimized; and
- while regulatory authority approval will likely be required, the method is consistent with the requirements of the regulations.

In general terms, **it is recommended that daily cover applied to the top of refuse lifts and to the long side of refuse strips continue to consist of soil**. But the method of soil daily cover placement should be modified based on the above recommendations. The use of ADC materials, as recommended above and if approved by the regulators, should be focused on the working face.

For many of the proprietary products, the rental cost of the equipment necessary to store and apply the product is built into the material costs. This cost structure is typically based on the assumption that a minimum quantity of material is purchased annually. The estimated costs calculated for this investigation are based on typical cost structures and agreements. Specific agreements and contracts would need to be established for use at the Dump. Depending on the actual details and terms of the individual agreements, this cost structure may not be suitable for a situation where the particular product will be used in parallel with soil. The unit or weekly costs of the alternative daily cover materials may therefore be higher than those estimated herein.

Specific products recommended for additional consideration and field trials are as follows:

- Sacrificial Geosynthetic - Enviro-cover. This option requires no additional mechanical equipment and no specific storage requirements (except for deployer). The applicator rental can be included as part of the material purchase price or paid separately. The application method is relatively simple and would not require significant training.
- Spray Applied Cover - Waste Cover. This option requires purchase of a hydroseeding machine, which can also be used for a variety of other applications at the Dump or the new landfill. The material price does not incorporate equipment rental. The application method is relatively simple and would not require significant training.
- Spray Applied Cover – Posi-shell. This option requires purchase of an applicator. The product requires Portland cement be purchased separately. The application method is relatively simple and would not require significant training.

It is anticipated that ADC, if used, would be used to cover the working face when the prevailing weather conditions are compatible with the cover method. For time periods when prevailing weather conditions do not suit the ADC, soil would be used.

# 6. Pre-Closure Action Plan

## 6.1. Waste Diversion Measures

Waste diversion is the implementation of certain measures to redirect certain materials in the waste stream away from an MSW landfill. These select materials shall be commodities in a market ready to receive them. Such commodities include recyclable materials (paper, aluminum, plastics, cardboard, metals) and compostable materials (yard waste, wood, and paper). By removing these commodity materials from the waste stream, less waste will have to be transported to the Dump for disposal. A decrease of the waste stream into the Dump can increase the life of the Dump, thereby allowing more time for the Government of Guam to construct and begin operating the new landfill.

### 6.1.1. Cardboard Recycling

The 1995 GSWC&RF Study determined that 46.8 tons per day of corrugated paper (US) waste is generated by the civilian population of Guam. This is approximately 15% of the waste stream. Recycling the waste product could remove corrugated paper (US) from the waste stream entering the Dump.

There are three companies on Guam who recycle corrugated paper (US). The companies are:

- ➢ Aliron Far East
- ➢ Guahan Waste Recycling LLC
- ➢ Guahan Waste Control

There is a market in Asia for corrugated paper (US). Local companies are able to collect and package corrugated paper (US) and ship the material off-island. Currently, it is not feasible to collect corrugated paper (US) at no charge. The logistical costs for collection, preparation, and off-island transport is more than the revenue that can be generated for the recycled product. However, the net cost when compared to the tipping fees charged by DPW to dispose of this material at the Dump are larger than the cost to recycle.

The process of recycling corrugated paper (US) is, in general, as follows:

- purchase a compactor and bailer to be placed at the site of disposal;
- compact and bail corrugated paper (US) on-site;
- vendor collects bailed/binned material;
- material is stockpiled at the vendor's lot; and
- the stockpiled material is shipped off-island to a recycling vendor (typically once a month).

Local establishments separate and bale cardboard that fill up approximately ten 40-foot containers per month.

## Action

Cardboard recycling is recommended as a waste diversion method. The following actions will be required to implement this action:

1. Identify regional locations of the placement of cardboard waste bins. Controlled locations such as schools and mayors office provide a village to village point of disposal.

2. Secure bins for cardboard disposal. Public awareness of the bins, bin location and acceptable material must be implemented prior to the placement of the bins.

3. Secure a location(s) for the placement of the compactors and bailers. Two models may be used.

4. Place several compactors and bailers at the regional sites. This will have a higher capital cost and require a larger area.

5. Place a single compactor and bailer at a central location to where collected bins are transported. It is recommended that this site be located as close to the point of shipping as possible.

6. Initial government support and subsidizing will be required.

The approximate costs are as follows:

$50,000 capital cost (bailer and compactor)
$75 per 20 cy container (include transportation and shipping)

Documentation on this action is provided in Appendix C.

## 6.1.2. Curbside Recycling/Source Separation

Curbside recycling/source separation refers to a program in which the waste generator (hotel, residential, commercial, retail, and restaurant) take it upon themselves to separate their waste, recyclable from non-recyclable materials.

A number of materials typically found in the waste stream can be recycled, but the materials that should be separated from the waste stream is dependent on whether there is a local market for the collection, management, and recycling of the material (on- or off-island). Recycling activities on Guam include the recycling of aluminum and corrugated paper (US). Aluminum and corrugated paper (US) represent 3% and 16%, respectively, of the total waste stream (by tons). Not all of these recyclable materials are currently being separated for recycling. Recycling of these materials is performed at a relatively small scale compared with communities in the U.S. mainland.

In order to implement a meaningful recycling program that would translate to an extended life of the Dump, several actions items would need to occur, including:
- create a desirable market for companies to recycle other materials;
- develop and implement a comprehensive island-wide recycling program;
- educate the public about the recycling program, which should stress reducing consumption;
- provide recycling bins for the various waste generators;
- develop the collection infrastructure (i.e., obtain automated collection trucks);
- develop a "clean" materials recovery facility (MRF) to receive, separate and prepare recyclable materials for marketing to end-user manufacturers; and
- if not privatized, provide staging areas for the collected recyclable materials prior to off-island transport.

The costs associated with implementing a comprehensive recycling program are dependent on the market development for these commodities. Start-up of such a program can be costly, but more importantly, the development and implementation could take anywhere from 3-5 years. For the objective of this Action Plan, 3-5 years may be too long to wait to get a program implemented that can divert waste from the Dump. In the long-term, an island-wide comprehensive recycling program should be implemented so that the challenges experienced by operating the Dump can be avoided.

### 6.1.3. Yard Waste Diversion

Yard waste is the portion of the waste stream composed of grass clippings, leaves, twigs, branches, and other garden refuse. Yard waste is approximately 9.3% of the total waste stream (by tons). Diversion of these materials from the Dump would occur in the same manner as recyclable materials mentioned in Section 6.1.1, except that yard waste would have their own separate collection bin.

The contents of this bin would be collected in the same manner, but would be taken to a composting facility or a chipping facility, where it would be made into mulch or wood chips.

In order to implement a meaningful yard waste recycling program that would translate to an extended life of the Dump, several actions items would need to occur, including:
- create a local market for mulch, wood chips, or compost;
- include yard waste recycling in the comprehensive island-wide recycling program;
- educate the public about yard waste recycling;
- provide yard waste bins for the waste generators likely to have yard waste in their waste stream;
- develop the collection infrastructure (i.e., obtain automated collection trucks); and
- develop the composting/wood chipping facility(ies) to compost/chip yard waste.

The development and implementation of this program should be included as part of the comprehensive island-wide recycling program.

The 2006 Integrated Solid Waste Management Plan (ISWMP) provides additional information on composting. The simplest method of composting as presented in the ISWMP is passive composted which consists of stockpiling the yard waste.

The Aerated method which introduces oxygen to the yard waste produces increases the decomposition rate and is not much more complicated then the passive method. This aerated method is recommended for the initial startup of the yard waste site.

An alternative to a full-scale yard waste diversion program, as mentioned above, would be to separate select yard waste and untreated wood waste at the Dump and to chip these materials into a useful commodity, hog fuel. The hog fuel can be used as an ADC, pending approval by the local regulators. Select yard waste would have high wood content and low green (leaves) content. Action items that would be required to implement an alternative yard waste diversion program would include:
- obtain approval of the regulators to use hog fuel as an ADC;
- identify and prepare a location at the Dump where wood chipping can be performed, including a stockpile area;
- purchase a grinder; and
- acquire training for Operations personnel in the separation of select yard waste, wood chipping, and wood chip placement on the active face as an ADC.

The capital and operating costs for hog fuel is discussed in Section 5.4.2 Hog Fuel.

Case 1:02-cv-00022    Document 207    Filed 01/22/2008    Page 29 of 45

**Action**

The following actions may be required if a separate yard waste processing facility is desired:

1. Additional on island research. The Department of Agriculture and the University of Guam have conducted many studies and experiments on this topic. The experience and information gained by local individuals should be used in developing the yard waste site

2. An EIS may be required as the site will serve as a yard waste dump site and could potentially see 37.2 tons/day (peak) of yard waste. It is presumed that this facility will include a:
   - tipping area;
   - Grinder(s);
   - composting area (if end-product is not used as ADC at the Dump or new landfill);
   - hog fuel stockpile area; and
   - fire suppression control system.

Construction documents for this site will need to be prepared. It is recommended that a performance specification be generated as well to allow for a private operator to design, construct, and operate the facility.

Citing of this facility is critical. It is recommended that the site be in a central location or in the proximity of the new landfill.

Documentation on this action is provided in Appendix C.

### 6.1.4. Material Recovery

The activity of recovering valuable resources from the waste stream is typically performed at Materials Recovery Facilities (MRFs). A MRF is a specialized plant that receives, separates and prepares recyclable materials for marketing to end-user manufacturers. There are two types of MRFs, clean and dirty.

A clean MRF accepts recyclables that have been collected in commingled recycle bins. A dirty MRF accepts a mixed solid waste stream and then separates out designated recyclable materials through a combination of manual and mechanical sorting. The complexity of the sorting process depends on the technical specifications established by the end-user manufacturers. The remaining waste is transported to an MSW landfill for final disposal.

A properly functioning MRF (single-stream technology) may comprise the following components:

- the structure itself;
- conveyor belt, from which workers manually pull out select items;
- screening machine;
- trammel-mag;
- air classifier;
- electromagnet device to divert aluminum cans into a storage bin;
- compactor; and
- transport containers for the separated recyclables and waste.

A MRF is a designed facility and its type, capacity, location, internal equipment, ingress and egress patterns are dependent on the commodities expected to be recovered at the facility.

Similar to implementing a comprehensive recycling program, the time to design, construct, and begin operations of a MRF may take up to 3-5 years. For the objective of this Action Plan, 3-5 years may be too long to wait to operate a MRF that can divert waste from the Dump. A MRF should be included in the comprehensive recycling program.

### Action

If this option were to be implemented, the development of a MRF would require, at minimum, the following:
- site selection;
- re-zoning of the site;
- EIS ($350,000 – 400,000)/permitting (1.5 years);
- design ($220,000; 3-5 months); and
- construction ($3 to 4 million, 1.5 years including bidding phase).

The cost range for construction is highly dependent on the commodities that the MRF would be designed to separate and if the MRF is a clean or dirty MRF. A dirty MRF would require more complex materials processing.

## 6.2.  Waste Volume Reduction Measures

### 6.2.1. Deep Dynamic Compaction

Deep dynamic compaction (DDC) is a ground improvement technique used to reduce void space, increase density, and reduce long term settlement in soils. It has also been used in landfills to densify the waste for the purpose of redevelopment and in several cases to extend the life of a landfill by "reclaiming" airspace. This reclaimed airspace can be occupied by additional waste filling.

The technique involves the repeated impact loading of the ground surface by heavy steel or concrete weight (typically 10 to 40 tons) dropped from heights of up to 120 feet.

Impacting is performed in a pre-planned grid pattern, the depth and degree of improvement being dependent on the tonnage of the weight, height of the fall, and the degree and suitability of the soils/waste being compacted.

It is expected that the amount of volume reduction induced is proportional to the input energy used within a practical range. However, previous landfill case studies show significant variability in effective ranges for the relationship, possibly due to variability in initial density of wastes prior to compaction efforts (Fellows, 1995, FHWA, 1997). Density generally increases with the age of the fill, due to surcharge loading by the placement of added overlying waste fills, or "overburden", causing older waste to densify and settle by void space reduction. Younger wastes or at shallower depths without the same stress history and settlement will thus generally exhibit greater volume reduction and densification as a result of DDC.

A reliable estimate of feasibility and cost-effectiveness of DDC at the Dump for the purpose of extending its use will require collection and analysis of site specific subsurface data in greater detail than available from this conceptual desktop review. At least preliminary characterization of the nature, composition, and behavior of actual field conditions and in-place waste characterization will be critical. Also, sideslope stability would have to be analyzed, because the DDC technique may cause excess pore pressures that may create instability at the sideslopes of the mounded waste mass. However, an initial assessment of DDC feasibility can be supported by comparing limited known conditions at the site and compaction performance goals.

An example of DDC design criteria and performance is reported in a case history at a landfill in Arkansas for the purpose of constructing Highway 71 (Hayward Baker Company). The landfill had a waste depth of 20 to 38 feet, including a 2-foot soil cover. DDC was performed in three passes: primary, secondary, and tertiary. The primary pass involved the dropping of a 20-ton weight, ten times, from a height of 88 feet at 15-foot grid spacing. A settlement depth of 6.5 feet over an average crater diameter of 13 feet was achieved in the primary pass. The secondary pass involved the dropping of a 20-ton weight, ten times, from a height of 88 feet at the center point of the 15-foot primary grid. A settlement depth of 6 feet over an average crater diameter of 13 feet was achieved in the secondary pass. The tertiary pass was a repeat of the primary pass. A settlement depth of 4.5 feet over an average crater diameter of 13 feet was achieved in the tertiary pass. The average settlement depth within the created craters was approximately 10 feet, with a net compression of the sanitary landfill of some 5 to 8 feet. This settlement depth is consistent with an order of magnitude rule of thumb based upon DDC experience to estimate approximately 30% volume reduction achievable over a depth of influence of 20 to 30 feet. This equates to approximately 6 to 9 feet of settlement over the area treated by DDC.

Issues of concern in employing DDC at the Dump include:
- undocumented waste stream that may include UXOs;
- unstable sideslopes due to potential unstable initial conditions or excess pore pressure in wet areas created by DDC tamper impacts;

- shallow water (or leachate) table that could dampen the influence and depth of energy delivered by DDC; and
- potential for waste rebound if the significant portions of waste materials are not easily compacted (plastics, large furniture pieces, and other bulky materials).

Safety issues that should be considered in performing DDC include, but are not limited to:
- maintaining a safe distance from the edge or top of slope, because of the potential of sloughing at the sideslopes;
- maintaining a safe clear distance from the DDC activity in order to avoid potential projectiles (waste materials); and
- the potential to encounter and be required to manage leachate.

The cost-effectiveness of DDC at the Dump can be determined by comparing an initial budgetary cost estimate to perform DDC with the potential revenue generated by the reclaimed airspace. The current tipping fee for the Dump, effective November 1, 2005, is $5 revenue per cy of waste received (uncompacted). Using an initial unit price estimate for DDC of approximately $2 to 3 per square foot (sf) to attain an assumed 8 foot settlement (approximately 0.3 cy unit void space) achieved by DDC, results in a potential created revenue volume of $1.50 per sf. This results in a basic operational cost-benefit ratio of about 0.5 to 0.75 (A cost-benefit ratio of 1 is the break-even point, where a ratio above 1 would mean the pursuit would be beneficial for the client, which in the case of the Dump would require a compacted volume of 11 to 17 cf/sf treated to develop $2-3/sf revenue).

If costs of incidental damages prompts interest to better develop feasibility of DDC, prior to a large scale DDC program at the site, further subsurface investigation should be performed followed by a field trial at the site to validate effectiveness. The field trial would require deployment of a tracked crane to the site with drop weight and surface preparation for a stable crane pad. Results of the field trial can better define a production program and attainable DDC cost-effectiveness at the Dump.

### 6.2.2. Mobile Incineration

Mobil incinerators have been used in Europe with good success and are generally used to incinerate biological waste, wood and paper products. These units are mobile and are well suited to mobilization at active sites like the Ordot Dump. Waste would have to be separated in order to make full use the mobile incinerators. In general, capacities for readily available units range from 70 lbs to 100 lbs per hour.

These incinerators will require permitting with GEPA air and solid waste programs. Given the limited capacity of these units, when compared to a waste stream rate of 316 tons/day (wet season), multiple units will be required to provide volume reduction. **This action not considered feasible.**

# 7. Post-Closure Action Plan

## 7.1. Alternative Sites

Three sites were investigated as part of the site section report conducted in 2004. These sites were: Dandan (Preferred site), Sabana Batea and Lonfit.

Detailed information on the Dandan site is provided in Section 7.4. Site information on the remaining site evaluated is provided below.

The Sabana Batea site primarily occupies Lot nos. 177-4-R2-1 and 177-4-2NEW-1 and is located approximately 1km (0.62 miles) southeast of the existing Ordot Dump. The main access to the Sabana Batea site will be through Route 4 by way of Dero Road and the Leo Palace Resort access road. Dero Road must be upgraded to a 2-lane paved roadway with 8-ft wide shoulders. A secondary access road may be created through Pulantat, Yona and would require upgrading and widening of 1.9 miles of existing roadway from Yona Village through Pulantat Road and construction of about 2000 linear feet of new roadway extending from Chalan Teleforo, located east of the Leo Palace Resort to the Sabana Batea landfill site. The proposed landfill would have a footprint that is located south of the Leo Palace Resort access road. The dimensions of the proposed landfill footprint was approximately 1,800 feet wide by 3,000 feet long and would be sited in the eastern corner of the parcel and occupy approximately 125 acres.

The Lonfit site primarily occupies Lot No. 450-4 and a few undeveloped residential lots. The Lonfit site is located approximately 0.5 km (0.31 miles) northwest of the existing Ordot Dump. The main access to the Lonfit site will be through Route 4 by way of Dero Road. The proposed footprint would be sited in the central portion of the parcel where it is generally flat and level. The dimensions of the proposed landfill footprint was approximately 3,800 feet long with a width ranging from 940 to 2,400 feet and would occupy approximately 148 acres in area.

Several wells were drilled in the Lonfit site area by the military in the late 1940s. The wells were located near the divide separating the Lonfit-Sigua drainage. Not all of the wells showed consistent water production, the records suggest that groundwater in this area can be successfully developed.

In addition to the sites listed above, the NASA tracking station located adjacent to the Dandan site has been offered to the Government of Guam for Landfill operations, as stated by DPW (Dominic Muna). The area known as the former NASA tracking station is located directly north of the Dandan location (Lot B-3-REM) and covers a land area of approximately 159 acres. Access to this site is by way of Route 4 through Dandan Road.

There are two operating landfills (other than Ordot Dump) on Guam which are owned and used by two branches of the U.S. Military, the U.S. Navy and the U.S. Air Force.

1. The Navy operates a landfill on Naval Station. This site has strictly been used by Navy for residential and commercial waste generated by the Navy and their operations

2. The Air Force operated a landfill on Anderson Air Force Base. This site is located over a closed dump and strictly accepts Air Force residential and commercial waste generated by the Air Force and their related operations

DPW has stated that these two Military landfills are **not feasible options** for disposal of Guam's municipal solid waste, as the military intends to close these two landfills and use the new civilian landfill once open.

### Action

The sites listed above, less the Dandan site, will all require additional investigations and design work and construction. **This action is not considered feasible.** However, continued investigation of alternative sites located on Government land which could be proposed as temporary sites to be used in the event of emergency should be conducted.

## 7.2. Private Landfill

A recent development is the intention of Guam Resources Recovery Partners (GRRP) to independently develop a landfill sited on Lot 439-R1 Parcel B, in Santa Rita. The initial construction plan is for the landfill footprint to occupy a total area of 24 acres and would be comprised of two landfill cells. Initial access to the landfill site is by Route 17 and would pass through residences along Felix Babauta Street. The length of the new access road from Felix Babauta St. to the landfill site is approximately 3,500 feet. Upon complete construction of the first landfill cell, the primary access road would be through Route 5 along an access road easement located at the southeast corner of the parcel.

The initial access road through Felix Babauta St. is projected to be completed in July 2008. A hydro geological study of the area remains to be completed, along with the entire permitting process. The first landfill cell is projected to be completed and opened by September 2008 at the earliest.

The following information has been extracted from presentations given by GRRP:

| | |
|---|---|
| Estimated time for permitting: | 500 days |
| Design and construction: | 900 days |
| Total: | 1,400 days |
| | |
| Permit application submitted: | September 30, 2007 |
| Completion date: | July 31, 2011 |

GRRP has stated that the site will be able to accept waste within *six months* after the landfill permit is approved.

Information received from DPW states that the required average daily waste tonnage to the site must be 300 tons/day and not exceed 350 tons/day

### Action

This option will require an operational permit before solid waste can be accepted at the site. To date this permit has not been attained. This requirement is out of DPW's control and depends on GEPA, USEPA, and authorizing government agencies.

## 7.3. Ordot Dump Closure / East Valley Cell / Interim New Guam Landfill Cell

The January 2008 survey indicates that filling has not occurred in the eastern portion of the Dump, up to the east Final Limit of Waste. Filling in this area was previously planned, as part of the Ordot Dump Closure design. This valuable airspace can be used for additional filling at the Ordot Dump. Filling may occur prior to closure construction or it may occur after closure construction is completed. If filling were to occur prior to closure construction, it can be performed in a manner spelled out in the Operations Plan and Final Filling Plan.

If filling were to occur after closure construction is required to begin, due to a court-ordered closure, filling may be able to be performed above and adjacent to the existing waste mass. This "piggy-back" filling will occur in the existing east valley (area between naturally occurring ridge to the east and the existing waste mass). Filling will not extend beyond the Final Limit of Waste, identified in the 2005 Ordot Dump Closure design. Filling in the east valley will also only occur after a geosynthetic base liner system is installed.

The timeline of the concurrent Ordot Dump Closure and active filling of the East Valley Cell at the Ordot Dump would be as follows:

1. Ordot Dump Closure date is established.
2. Approval for East Valley Cell is granted.
3. East Valley Cell Closure date is established in advance to accommodate simultaneous design of the Ordot Dump Closure, East Valley Cell development, and East Valley Cell Closure. The date the East Valley Cell will cease receiving waste would be the same date that the new Guam landfill will begin receiving waste. Early establishment of the Ordot Dump and East Valley Cell closure dates is required so that the final filling topography of the entire site can be calculated and modeled. This final filling topography will then be used as the "existing conditions" for when the Ordot Dump Closure contractor mobilizes to the site. Waste stream reduction (recycling, composting, etc.) and on-site waste volume

reduction (daily cover use modifications, use of ADCs, dynamic compaction, etc.) measures that may be implemented must also be accounted for in the final filling plan, because these measures affect the ultimate topography of the site.
4. Simultaneous design of the Ordot Dump Closure, East Valley Cell development, and East Valley Cell Closure.
5. Design review, modification, acceptance, and permitting.
6. Advertise for construction, the Ordot Dump Closure and East Valley Cell development. Separately advertise the East Valley Cell Closure. If the government chooses, the East Valley Cell Closure can be advertised to bid at a later date. A preferred bidding scenario is to advertise for bid all three designs at once, to minimize the time occupied by the bidding process and to keep consistency between closure and development construction.
7. Lowest responsible contractor is identified, qualifications verified, bid and performance bonds accepted, and construction contract is awarded.
8. Contractor mobilizes to the site. Construction and active filling activities will likely occur in the following order:
    a. Simultaneously:
        i. Construct leachate management system (leachate collector trench and sanitary sewer line to existing sanitary sewer system adjacent to Agueda Johnston Middle School).
        ii. Construct bottom liner of East Valley Cell from east ridge (or some distance up the east ridge) to a location above the toe of the eastern slope of the existing waste mass. The bottom liner will come up the slope of the existing eastern sideslope an adequate distance, so that it can be welded to the Ordot Dump Closure cap geomembrane. The distance the liner system for the East Valley Cell is terminated is dependent on the amount of waste the East Valley Cell would have to accommodate.
        iii. Waste excavation and relocation for the MSE wall construction. Waste to be relocated to the top deck for permanent relocation and temporary staging (portion of waste to be placed behind the MSE wall when completed).
        iv. Active waste placement of incoming waste to be transported by waste haulers to the top deck. For safety reasons and space limitations at the top deck, waste haulers may be required to tip their loads below the top deck and either Operations or Contractor will transport waste to the top deck for final disposal.
        v. Construct temporary erosion and sediment control measures to protect the construction work and the adjacent areas outside of the construction zone.
        vi. Construct tie-in of East Valley Cell leachate management system with Ordot Dump Closure leachate management system.
    b. Construct Ordot Dump Closure stormwater management features.
    c. Construct Ordot Dump Closure landfill gas management features.
    d. Construct Ordot Dump Closure capping system.
    e. Place incoming waste in the East Valley Cell.

9. Obtain certification from regulators that Ordot Dump Closure activities are completed and accepted.
10. Begin Post-Closure Care and Maintenance of Ordot Dump.
11. Stop receiving waste at the East Valley Cell, when the new Guam landfill is ready to receive waste.
12. Construct East Valley Cell closure cap, landfill gas management features, and stormwater management features.
13. Obtain certification from regulators that East Valley Cell closure activities are complete and accepted.
14. Begin Post-Closure Care and Maintenance of East Valley Cell.

An alternative to developing and filling in the East Valley Cell would be to develop a "mini" cell at the new landfill site in Dandan. This "mini" cell shall be sized so that it can be constructed in a short time and must be completed prior to ceasing the acceptance of waste at the Ordot Dump.

## 7.4. Increased Footprint at the Ordot Dump

The 2004 design has the east Final Limit of Waste extending approximately 140 ft east of the Existing Limit of Waste. Based on review of historical aerial photographs, the area of expansion has been used to store waste. DPW has since relocated waste from this area to the Ordot Dump proper. The 2004 design included filling in this area to accommodate the expected incoming waste stream prior to closure construction.

GEPA has expressed concern that this horizontal expansion will require approval from both GEPA and USEPA.

### Action

- Obtain approval for expansion to the east from GEPA and USEPA.
- Prepare area for expansion by:
  - constructing the eastern stormwater run-on/run-off control ditch
  - construct temporary retention/detention pond downstream of eastern waste footprint
- Prepare the Filling Plan Standard Operating Procedure (SOP) for the placement of waste.

The SOP will be prepared by DPW with the assistance of Duenas, Bordallo, Camacho & Associates (DBCA). Once complete the SOP will be submitted to GEPA for approval.

This action may be revised based on Section 7.3 Ordot Closure /East Valley Cell/Interim New Guam Landfill Cell

## 7.4    Barging

Barging of waste is the process in which waste is collected, transported to a transfer station, compacted and loaded into seafaring containers, transported to a port facility, loaded onto a barge, transported over water to another port facility, unloaded and transported to a receiving landfill (either over road or on rail), and tipped at the receiving landfill for final disposal. Several reasons a community would barge their waste include:

- existing local landfill(s) are at or near capacity and eventual closure;
- lack of land to construct a landfill facility locally;
- inability to select an available site that would not be harmful to the local environment; or
- Development and operating costs for a local landfill are higher than the revenue that can be generated, due to either low incoming waste stream volumes or low tipping fees or a combination of the two.

Although Guam is in a situation in which the only civilian MSW facility is at or near capacity and eventual closure, the process of developing a new civilian MSW facility in Dandan, Inarajan has already begun. If waste barging were to be implemented on Guam, the potential revenue to be generated by operating the new MSW landfill may be diverted to waste barging operations; therefore in direct competition with the new landfill.

Barging of waste cannot be implemented before performing studies, securing applicable permits, and developing infrastructure for waste barging activities. Activities that would need to be performed in order to begin waste barging, at a minimum, include the following:

- locate an MSW landfill willing and able to accept the expected waste volume and waste composition in the local waste stream;
- Perform a tipping fee cost analysis to determine the required fees to be charged to waste generators. Tipping fees should pay for the collection of waste, development and operation of a transfer station(s), transportation of waste from the transfer station to the port facility, purchase/lease of seafaring waste containers, loading of containers onto a barge, transport over water, unloading of containers at the other port facility, transport to a MSW landfill, tipping fee at the MSW landfill, and the reverse transport of the empty containers to Guam;
- determine if required revenue generated by tipping fee would be acceptable to the local community;
- obtain required permits/approvals from regulators and agencies to construct and operate a transfer station and barge waste;
- Develop financial (collections) and physical (facilities, equipment, and training of waste operators) infrastructure required for waste barging.

As with any method of waste management, the operating costs may increase with time. For this reason, the tipping fee analysis should be updated regularly to determine the required change in tipping fees to ensure a positive revenue flow.

**Action**

Unless the Government of Guam is prepared to take a different approach in their waste management, waste barging is **not considered feasible**. Barging would be in direct conflict with a new landfill, one in which the Government has dedicated time and money to develop. The Government is also under court-order to open a new MSW landfill.

## 7.5. Dandan Site

The Dandan site has been evaluated by DPW and selected as the preferred site. This site has also received GEPA and USEPA approval. Sections 8 and 9 provide additional information on this action

# 8. Recommendations

The following items were considered in determining the "Action" recommendations:

1. Remaining airspace 288,111 cy or December 2009
2. Dandan site opening July 2010, based on authorizing work in January 2008
3. Compliance with the expired GEPA Operations Permit #05-060LFL
4. 2006 ISWMP
5. Feasibility of Action

Recommendations have been separated into three actions:

➤ On-going Operations
➤ Pre-Closure
➤ Post-Closure (include Court-ordered Closure)

### On-going Operations

**The continuous use of daily cover is recommended and required.** DPW shall develop an SOP for the efficient placement of soil cover. Techniques such as soil recovery, minimizing the active face, and prohibiting self-haulers from tipping at the active face shall be implemented.

**The actions stated in Sections 5.2 to 5.9 shall be evaluated during final filling SOP.** The implementation of these actions will begin once the SOP has been developed. SOP development will be completed and submitted for GEPA review by May 11, 2008

Prohibiting self-haulers from tipping at the active face will be implemented. The action will restrict self-haulers from the active face; thereby reducing its required size. A smaller active face translates directly to a smaller volume of daily cover required. **This will have a positive impact on the airspace consumed by daily cover. The conserved airspace can be used for additional waste disposal.**

Additional resources such as a central transfer station and additional bins at the remaining (3) transfer stations will be required. The proposed interim location for the central station will be the eastern portion of the Dump. Additional bins, personnel and longer operation hours, as needed, will be implemented at the three existing transfer stations. This action will be implemented once the filling plan SOP has been submitted to GEPA. The timeframe from complete implementation of this action is estimated to be 90 days.

Should additional airspace be needed, the actions listed in Section 5 may be implemented. **These actions are not recommended at this time.**

## Pre-Closure

Pre-closure activities are largely waste diversion measures. These actions include:

1. Increased Cardboard Recycling
2. Yard Waste Disposal/Composting Site
3. Curbside Recycling/Source Separation
4. MRF
5. Deep Dynamic Compaction

### Increased Cardboard Recycling

**Increase cardboard recycling is recommended.** There are vendors on-island who accept used cardboard and ship it off island for recycling. As stated in Section 6.1, cardboard recycling operations do not generate enough revenue to cover collection and shipping costs and will require either government subsidy of patron tipping fees. Two options are proposed for this action:

1. Coordinate with commercial recycling vendors and advise them that the Dump will no longer accept cardboard. Allow the vendors to modify operations to receive the influx of cardboard waste. Once this is complete, notification will be given to residential and commercial haulers that the Dump no longer accepts cardboard and it must be disposed of at one of the commercial vendors. The hauler will have to bear the cost of cardboard disposal.

2. Place cardboard bins at regional centers such as transfer stations and Mayors' offices. Commercial and residential haulers will be advised that the Dump no longer accepts cardboard and it must be disposed of at one of the regional stations. The Government will have to pickup the cost for disposing of the cardboard.

**This action will require a separate feasibility study** to determine which option (and additional options) will best be suited for cardboard waste disposal. Once implemented the action will reduce the waste stream into the Dump and will fit into the 2006 ISWMP.

## Yard Waste Disposal/Composting Site

This action is required by DPW's operations permit #05-006LFL, therefore **this action must be implemented.** As stated in Section 6.1.3 Yard Waste Diversion, this action will require an EIS. However, if an emergency be declared for solid waste management, GEPA may issue a conditional permit to allow for the immediate implementation of this action. Site selection and construction documentation will be required.

A wood chipper may be procured and mobilized to the Dump. This action will aid in decreasing the bulk volume of wood and could be used as an ADC (Hog Fuel) or as landscaping material.

## Curbside Recycling/Source Separation and MRF

These actions are listed in the 2006 ISWMP. DPW and GEPA should move toward implementing this action. However, the time needed for implementation of this action will have little to no impact on operations at the Dump.

**It is recommended that the first steps of a MRF facility be undertaken.** These steps include:

1. Potential site selection
2. Identify Funding
3. EIS

## Deep Dynamic Compaction

**This action is not recommended.** As stated in Section 6.2.1 the benefits of this action are outweighed by the costs.

## Post-Closure

Post closure actions are actions which were considered should the Dump be closed and the new landfill is not operational. These actions include:

1. Dandan Site
2. Alternative Sites
3. Private Landfill
4. Ordot Dump Closure
5. Barging

## Dandan Site

The construction of the approved Dandan landfill will require at least two Guam dry seasons. This means that if the Landfill contractor mobilizes to the site by June 2008 the site will not be ready to accept waste until June 2010. This is six months past the

estimated time the Dump's air space is used up (based on the 2004 closure design). In order for the opening of new cells at the Dandan site to occur before the remaining capacity of the Ordot Dump is utilized, work on finalizing the design and other activities must begin immediately, which would require immediately lifting the prohibition against expending funds on the Dandan landfill prior to Government Acquisition of the property. If the prohibition is lifter, the acquisition could occur along a parallel track with the needed design work.

This is the general path that must be taken. Actions listed above (minimizing soil cover, and waste diversion) will be implemented to acquire additional airspace for waste disposal.

A re-design of the Ordot Dump Closure will be required. This redesign will have to account for current conditions, implementation of approved-value engineering recommendations, and addressing outstanding comments. **An assessment report is currently underway to address these items and identify required modifications to the closure design.**

### Alternative Sites

GEPA has stated that no alternate landfill or temporary dump site will be approved. As such **this action is not recommended.**

Though listed as not feasible, the two military landfill sites will be the only sites operating should the Ordot Dump be closed and a new landfill is not open. It is recommended that the Military be engaged in further discussions in order to determine whether any options exist for disposal of either limited quantities of or select portions of Guam's municipal solid waste stream.

### Private Landfill

As stated earlier, steps are underway to open a private landfill on Guam. The opening date for this landfill is still uncertain. As such, **no recommendation is provided.** DPW should stay informed of this private pursuit, because if/when open, it will provide an alternative disposal site if the Dandan site is not to be constructed.

It shall be stated that this private landfill has been approved by the Government of Guam and if open, the Government of Guam will be required to transport 300 tons/day to the site.

### Ordot Dump Closure/ New Ordot Landfill / Interim New Landfill Cell

This action has been accomplished on Guam. The Anderson dump was capped and a new compliant landfill was active on top of the capped dump. This action will require the redesign of the 2004 closure design and the concurrent design of a compliant landfill cell

(East Valley Cell). The Ordot Dump Assessment Report will consider this action. **The action may prove to be a viable option should additional delays in the Dandan site occur. Coordination and approval by GEPA and USEPA is recommended.**

# 9. Conclusions

The primary intent of this Action Report was to address the actions DPW would have to take if the Dump were closed (presumably because of reaching final capacity) prior to the opening·of a new permitted municipal solid waste landfill. The first step in addressing such a situation is to determine when the situation will arise. Based on the recent survey data, if the Dump closure cap design is not altered and nothing is done to reduce the amount of waste being placed in the Dump, the Dump will have to be closed in 2 years. That being said, it is concluded that all possible actions should be taken to 1) adjust ongoing operations to minimize the usage of available space within the Dump; 2) divert waste prior to closure of the Dump to extend its useful life to beyond the remaining 24 months; and 3) accelerate the opening of the new landfill. If the Operation Actions and Pre-Closure Actions recommended are carried out, it is possible to extend the remaining operational life of the Dump beyond the 24 months stated herein. It is important to realize that if such can be accomplished, the technical requirements of design and construction of the new landfill (initial cells) at the Dandan site can likely be accomplished within this period, *provided that such activities be allowed to commence now. This will require the removal of the existing prohibition against expenditure of any funds for the Dandan landfill project that is currently in effect.*

If the preceding actions are not accomplished, it is then likely that the Ordot Dump will be required to close before a new permitted municipal solid waste landfill is in operation. DPW will then have to divert waste to a staging area (temporary dump site). As GEPA has stated that no temporary disposal sites will be permitted or approved, such action will be in violation of existing solid waste regulations. This will certainly call for an emergency declaration by the Governor of Guam. With this emergency declaration DPW may be able to open a staging area(s). Site preparation and construction of such a staging area should be conducted, along with coordination with GEPA, to assure the site will have the minimal impact once waste is redirected from the Ordot Dump.

Therefore, in determining the "action" that will be taken, the timing of Ordot Dump closure will dictate what direction is taken:

- ➢ Should the Ordot Dump be closed immediately (within the year), DPW will have to set up a temporary dump site. This condition may be similar to conditions encountered during post typhoon events. Delayed collections, trash pile up and potential environmental impacts to temporary site could be realized

- ➢ Should the Ordot Dump be closed at the end of two years (December 2009), DPW will have to work with the executive office to expedite the new landfill construction. Perhaps obtaining a permit from GEPA for placing waste at the Dandan site before construction completion. As stated earlier, if notice to proceed

is given this month (January) to continue design work for the new Dandan site, the optimistic target date for opening is July 2010. Two options are available to DPW for this scenario:

- Condemn the Dandan site and receive title (or in the alternative, remove the existing prohibition to continuing project funding while condemnation process is ongoing). This will allow for revenue appropriation for the continued design work needed for the Dandan site

- Send the pre-final design package out to bid and require the successful respondent to Design/Build and Finance the construction and operation of the Dandan Landfill.

➢ Should the Ordot Dump be closed and the end of two and half years (July 2010), DPW may be able to secure a proper permit for the operations of a new Dandan landfill. This is certainly the preferred option, but is dependant on proceeding with design work.

**APPENDIX A**
**Airspace Calculation Documentation**



| Index | Base Surface | Comparison Surface | Cut | Fill | Net | Net Graph |
|---|---|---|---|---|---|---|
| 1 | EG 2004 | EG 2008 | 30446.79 Cu. Yd. | 465787.46 Cu. Yd. | 435340.67 Cu. Yd. | <Fill> |
| 2 | EG 2008 | EG-ORIG | 26364.73 Cu. Yd. | 552960.96 Cu. Yd. | 526596.23 Cu. Yd. | <Fill> |
| 3 | EG 2004 | EG-ORIG | 13969.97 Cu. Yd. | 1176654.59 Cu. Yd. | 1162684.62 Cu. Yd. | <Fill> |

(1) GRADING PLAN
SCALE: 1"=50'

GOVERNMENT OF GUAM
DEPARTMENT OF PUBLIC WORKS
SOLID WASTE DIVISION

G U A M

SITE LAYOUT AND PROFILE

ORDOT DUMP CLOSURE

GUAM

| Item | Description | Unit | Unit Rate | Quantity | Cost | Source/Justification |
|---|---|---|---|---|---|---|

Case 1:02-cv-00022    Document 207-2    Filed 01/22/2008    Page 3 of 43

| Item | Description | Unit | Unit Rate | Quantity | Cost | Summary/Analysis/Basis |
|---|---|---|---|---|---|---|

**APPENDIX B**
**Operation Action Cut Sheets and Supporting Documentation**

.

United States
Environmental Protection
Agency

Solid Waste
and Emergency Response
(5306W)

EPA530-F-97-001
July 1997



# Landfill Reclamation



... updated detail of so data these sand innovative technologies and products ... and cover ... (are ... up out of ... Criteria for Municipal Solid Waste Landfills (40 CFR Part 258).

Landfill reclamation is a relatively new approach used to expand municipal solid waste (MSW) landfill capacity and avoid the high cost of acquiring additional land. Reclamation costs are often offset by the sale or use of recovered materials, such as recyclables, soil, and waste, which can be burned as fuel. Other important benefits may include avoided liability through site remediation, reductions in closure costs, and reclamation of land for other uses.

Despite its many benefits, some potential drawbacks exist to landfill reclamation. This technology may release methane and other gases, for example, that result from decomposing wastes. It may also unearth hazardous materials, which can be costly to manage. In addition, the excavation work involved in reclamation may cause adjacent landfill areas to sink or collapse. Finally, the dense, abrasive nature of reclaimed waste may shorten the life of excavation equipment. To identify potential problems, landfill operators considering reclamation activities should conduct a site characterization study.

Landfill reclamation projects have been successfully implemented at MSW facilities across the country since the 1980s. This fact sheet provides information on this technology and presents case studies of successful reclamation projects.



## The Reclamation Process

Landfill reclamation is conducted in a number of ways, with the specific approach based on project goals and objectives and site specific characteristics. The equipment used for reclamation projects is adapted primarily from technologies already in use in the mining industry, as well as in construction and other solid waste management operations. In general, landfill reclamation follows these steps:

### Excavation

An excavator removes the contents of the landfill cell. A front-end loader then organizes the excavated materials into manageable stockpiles and separates out bulky material, such as appliances and lengths of steel cable.

### Soil Separation (Screening)

A trommel (i.e., a revolving cylindrical sieve) or vibrating screens separate soil (including the cover material) from solid waste in the excavated material. The size and type of screen used depends on the end use of the recovered material. For example, if the reclaimed soil typically is used as landfill cover, a 2.5-inch screen is used for separation. If, however, the reclaimed soil is sold as construction fill, or for another end use requiring fill material with a high fraction of soil content, a smaller mesh screen is used to remove small pieces of metal, plastic, glass, and paper.

Trommel screens are more effective than vibrating screens for basic landfill reclamation. Vibrating screens, however, are smaller, easier to set up, and more mobile.

♻ Printed on paper that contains at least 20 percent postconsumer fiber.

Depending on local conditions, either the soil or the waste may be reclaimed. The separated soil can be used as fill material or as daily cover in a sanitary landfill. The excavated waste can be processed at a materials recovery facility to remove valuable components (e.g., steel and aluminum) or burned in a municipal waste combustor (MWC) to produce energy.

# Steps in Project Planning

Before initiating a landfill reclamation project, facility operators should carefully assess all aspects of such an effort.

The following is a recommended approach:

(1) Conduct a site characterization study.

(2) Assess potential economic benefits.

(3) Investigate regulatory requirements.

(4) Establish a preliminary worker health and safety plan.

(5) Assess project costs.

# Benefits and Drawbacks

Facility operators considering landfill reclamation at their facilities should prepare themselves by weighing the benefits and drawbacks associated with this waste management approach.

## Potential Benefits

### Extending landfill capacity at the current site

Landfill reclamation extends the life of the current facility by removing recoverable materials and reducing waste volume through combustion and compaction.

### Generating revenues from the sale of recyclable materials

Recovered materials, such as ferrous metals, aluminum, plastic, and glass, can be sold if markets exist for these materials.

### Lowering operating costs or generating revenues from the sale of reclaimed soil

Reclaimed soil can be used on site as daily cover material on other landfill cells, thus avoiding the cost of importing cover soil. Also, a market might exist for reclaimed soil used in other applications, such as construction fill.

### Producing energy at MWCs

Combustible reclaimed waste can be mixed with fresh waste and burned to produce energy at MWCs.

### Reducing landfill closure costs and reclaiming land for other uses

By reducing the size of the landfill "footprint" through cell reclamation, the facility operator may be able to either lower the cost of closing the landfill or make land available for other uses.

### Retrofitting liners and removing hazardous materials

Liners and leachate collection systems can be installed at older landfills. These systems can be inspected and repaired if they are already installed. Also, hazardous waste can be removed and managed in a more secure fashion.

## Potential Drawbacks

### Managing hazardous materials

Hazardous wastes that may be uncovered during reclamation operations, especially at older landfills, are subject to special handling and disposal requirements. Management costs for hazardous waste can be relatively high, but may reduce future liability.

### Controlling releases of landfill gases and odors

Cell excavation raises a number of potential problems related to the release of gases. Methane and other gases, generated by decomposing wastes, can cause explosions and fires. Hydrogen sulfide gas, a highly flammable and odorous gas, can be fatal when inhaled at sufficient concentrations.

### Controlling subsidence or collapse

Excavation of one landfill area can undermine the integrity of adjacent cells, which can sink or collapse into the excavated area.

### Increasing wear on excavation and MWC equipment

Reclamation activities shorten the useful life of equipment, such as excavators and loaders, because of the high density of waste being handled. Also, the high particulate content and abrasive nature of reclaimed waste can increase wear on MWC equipment (e.g., grates and air pollution control systems).

This planning sequence assumes that project planners will make an interim assessment of the project's feasibility after each planning step. After completion of all five steps, planners should conclude the feasibility assessment by weighing costs against benefits. A thorough final assessment should include a review of project goals and objectives and consideration of alternative approaches for achieving those ends.

## Conduct a Site Characterization Study

The first step in a landfill reclamation project calls for a thorough site assessment to establish the portion of the landfill that will undergo reclamation and estimate a material processing rate.

The site characterization should assess facility aspects, such as geological features, stability of the surrounding area, and proximity of ground water, and should determine the fractions of usable soil, recyclable material, combustible waste, and hazardous waste at the site.

## Assess Potential Economic Benefits

Information collected in the site characterization provides project planners with a basis for assessing the potential economic benefits of a reclamation project. If the planners identify likely financial benefits for the undertaking, then the assessment will provide support for further investing in project planning. Although economics are likely to serve as the principal incentive for a reclamation project, other considerations may also come into play, such as a communitywide commitment to recycling and environmental management.

Most potential economic benefits associated with landfill reclamation are indirect; however, a project can generate revenues if markets exist for recovered materials. Although the economic benefits from reclamation projects are facility-specific, they may include any or all of the following:

* Increased disposal capacity.

* Avoided or reduced costs of:

  -- Landfill closure.

  -- Postclosure care and monitoring.

  -- Purchase of additional capacity or sophisticated systems.

  -- Liability for remediation of surrounding areas.

* Revenues from:

  -- Recyclable and reusable materials (e.g., ferrous metals, aluminum, plastic, and glass).

  - Combustible waste sold as fuel.

  -- Reclaimed soil used as cover material, sold as construction fill, or sold for other uses.

* Land value of sites reclaimed for other uses.

Thus, this step in project planning calls for investigating the following areas:

* Current landfill capacity and projected demand.

* Projected costs for landfill closure or expansion of the site.

* Current and projected costs of future liabilities.

* Projected markets for recycled and recovered materials.

* Projected value of land reclaimed for other uses.

## Investigate Regulatory Requirements

Landfill reclamation operations are not restricted under current federal regulations. Before undertaking a reclamation project, however, state and local authorities should be consulted regarding any special requirements. Although some states have enacted general provisions concerning the beneficial use of recovered materials, as of 1996, only New York State had established specific landfill reclamation rules. In most states, officials offer assistance in project development, and they review work plans on a case-by-case basis. A few states, such as New York and New Jersey, encourage landfill reclamation by making grant money available.

## Establish a Preliminary Worker Health and Safety Plan

After project planners establish a general framework for the landfill reclamation effort, they must account for the health and safety risks the project will pose for facility workers. Once potential risks are identified from the site characterization study and historical information about facility operations, methods to mitigate or eliminate them should be developed. This information then becomes part of a comprehensive health and safety program. Before the reclamation operation begins, all workers who will be involved in the project need to be well versed in the safety plan and receive training in emergency response procedures.

3

Drawing up a safety and health plan can be particularly challenging given the difficulty of accurately characterizing the nature of material buried in a landfill. Project workers are likely to encounter some hazardous materials; therefore, the health and safety program should account for a variety of materials handling and response scenarios.

Although the health and safety program should be based on site-specific conditions and waste types, as well as project goals and objectives, a typical health and safety program might call for the following:

- Hazard communication (i.e., a "Right to Know" component) to inform personnel of potential risks.

- Respiratory protection measures, including hazardous material identification and assessment; engineering controls; written standard operating procedures; training in equipment use, respirator selection, and fit testing; proper storage of materials; and periodic reevaluation of safeguards.

- Confined workspace safety procedures, including air quality testing for explosive concentrations, oxygen deficiency, and hydrogen sulfide levels, before any worker enters a confined space (e.g., an excavation vault or a ditch deeper than 3 feet).

- Dust and noise control.

- Medical surveillance stipulations that are mandatory in certain circumstances and optional in others.

- Safety training that includes accident prevention and response procedures regarding hazardous materials.

- Recordkeeping.

The program should also cover the protective equipment workers will be required to wear, especially if hazardous wastes may be unearthed. The three categories of safety equipment used in landfill reclamation projects are:

- Standard safety equipment (e.g., hard hats, steel-toed shoes, safety glasses and/or face shields, protective gloves, and hearing protection).

- Specialized safety equipment (e.g., chemically protective overalls, respiratory protection, and self-contained breathing apparatus).

- Monitoring equipment (e.g., a combustible gas meter, a hydrogen sulfide chemical reagent diffusion tube indicator, and an oxygen analyzer).

## Assess Project Costs

Planners can use information collected from the preceding steps to analyze the estimated capital and operational costs of a landfill reclamation operation. Along with the expenses incurred in project planning, project costs may also include the following:

- Capital costs:

  - Site preparation.

  - Rental or purchase of reclamation equipment.

  - Rental or purchase of personnel safety equipment.

  - Construction or expansion of materials handling facilities.

  - Rental or purchase of hauling equipment.

- Operational costs:

  - Labor (e.g., equipment operation and materials handling).

- Equipment fuel and maintenance.

- Landfilling nonreclaimed waste or noncombustible fly and bottom ash if waste material is sent off site for final disposal.

- Administrative and regulatory compliance expenses (e.g., recordkeeping).

- Worker training in safety procedures.

- Hauling costs.

Part of the cost analysis involves determining whether the various aspects of the reclamation effort will result in reasonable costs relative to the anticipated economic benefits. If the combustible portion of the reclaimed waste will be sent to an offsite MWC, for example, planners should assess whether transportation costs will be offset by the energy recovery benefits. Planners also need to consider whether capital costs can be minimized by renting or borrowing heavy equipment, such as excavating and trommel machinery, from other departments of municipal or county governments. Long-term reclamation projects may benefit from equipment purchases.

4

# Case Studies

Table 1. Landfill Reclamation Project Summaries

| Project | Operation Start | Mined Area | Use of Recovered Material | Main Objectives |
|---|---|---|---|---|
| Naples Landfill (Collier County, Florida) | April 1986 (ongoing). | 10 acres | Cover material. | Decrease liability. Recover soil. |
| Edinburg Landfill (Edinburg, New York) | Dec. 1990 and June 1991 (both completed). | 1 acre | | Alternative to landfill closure. |
| | Aug. - Sept. 1992 (completed). | 1.6 acre | Construction fill. | Reduce landfill footprint. |
| Frey Farm Landfill (Lancaster County, Pennsylvania) | Jan. 1991 - July 1996 (completed). | 300,000 to 400,000 cubic yards | Waste-to-energy fuel. Cover material. | Recover fuel. Reuse of landfill capacity. |

Source Based on: Dickinson, 1995.

## Naples Landfill
## Collier County, Florida

In 1986, the Collier County Solid Waste Management Department at the Naples Landfill conducted one of the earliest landfill reclamation projects in the country. At that time, the Naples facility, a 33-acre unlined landfill, contained MSW buried for up to 15 years.

In an evaluation performed by the University of Florida on 38 of the state's unlined landfills, investigators discovered that the Naples Landfill (along with 27 others) posed a threat to ground water. Moreover, the high cost of complying with the state's capping regulations for unlined landfills concerned many county officials. Florida's capping regulations required the installation of a relatively impermeable cover or cap and postclosure monitoring.

Naples officials developed a reclamation plan with the following objectives: decreasing site closure costs, reducing the risk of ground-water contamination, recovering and burning combustible waste in a proposed waste-to-energy facility, recovering soil for use as landfill cover material, and recovering recyclable materials. Collier County never built the waste-to-energy plant. The project did prove successful, however, in recovering landfill cover material. The project proved less successful at recycling recovered materials (e.g., ferrous metals, plastics, and aluminum). These materials required substantial processing to upgrade their quality for sale, something the county chose not to pursue.

In 1991, the U.S. Environmental Protection Agency selected the Naples Landfill reclamation project as a demonstration project for the Municipal Solid Waste Innovative Technology Evaluation (MITE) program. The MITE program assessed the excavation and mechanical processing techniques used in the pro-

ject for reclaiming cover material to be used in ongoing landfill operations. It also assessed the capacity and performance of equipment, the environmental aspects of the project, the characteristics of recovered materials, the market acceptability of recovered materials, and the probable costs and economics of the overall project. The MITE assessment found the processing techniques used in the Naples project effective and efficient for recovering soil but not for recovering recyclables of marketable quality.

During the MITE demonstration project, Collier County effectively and efficiently recovered a soil fraction deemed environmentally safe under Florida's MSW compost regulations. The 50,000 tons of reclaimed soil were suitable for use as a landfill cover material and as a soil medium for supporting plant growth.

The mention of publications, products, or organizations in this fact sheet does not constitute or imply endorsement or approval for use by the U.S. Environmental Protection Agency.

5

Air quality monitoring indicated that landfill gas was not an issue at the reclamation site, apparently due to the high degree of waste decomposition that had already occurred. As a result of this finding, typical personnel protective gear worn during the project consisted of standard construction apparel.

Ongoing reclamation activities at the Naples facility focus exclusively on recovering soil for use as landfill cover material. All excavated materials other than the reclaimed soil and small amounts of recyclables are redisposed of in lined landfill cells. Reclamation activities are only performed on an as-needed basis. A 3-inch trommel screen is used to reclaim the soil cover material. The weight ratio of reclaimed soil to overs (i.e., materials caught by the screen), after white goods and tires are separated, is 60 to 40. This indicates that the Collier County landfill reclamation project is efficient given that 60 percent of the reclaimed material is reused as landfill cover material.

Based on 1995 prices, landfill cover material costs Collier County $3.25 per ton. According to Collier County's director of solid waste, the reclamation of cover material on an as-needed basis costs the county $2.25 per ton, a savings of $1 per ton.

According to county officials, the reclamation project yielded the following benefits: lower operating costs through reuse of cover materials, extended landfill life, reduced potential for ground-water contamination from unlined cells, and possible avoidance of future remediation costs.

## Edinburg Landfill
### Edinburg, New York

The New York State Energy Research and Development Authority (NYSERDA) and the New York State Department of Environmental Conservation sponsored projects to assess the feasibility and cost-effectiveness of undertaking landfill reclamation efforts to avoid closures and reduce the footprint of state landfills. NYSERDA established these projects in anticipation of the closure of numerous landfills in New York State, and based, in part, on the success of the Naples Landfill reclamation project.

NYSERDA's first demonstration project was conducted at a 5-acre MSW landfill in Edinburg, New York, which received waste from 1969 to 1991. NYSERDA chose the Edinburg Landfill because of its small size and lack of buried industrial waste. After NYSERDA chose to sponsor the reclamation of 1 acre of the 5-acre landfill, Edinburg town officials expanded the project to reclaim 1.6 additional acres.

NYSERDA divided the Edinburg demonstration project into three phases. The first phase, started in December 1990, included the excavation of 5,000 cubic yards of waste from a 12-year-old section of the landfill at an average depth of 20 feet. The second phase, initiated in June 1991, included the excavation of 10,000 cubic yards of waste from a 20-year-old section of the landfill at an average depth of 8 feet. The first two phases of the demonstration project cost an estimated $5 per cubic yard for excavation and processing. This cost included the inspection and supervision of a fully contracted operation and was based on an average excavation rate of 1,000 to 1,200 cubic yards per day.

The third phase of the Edinburg project occurred from August to September 1992. NYSERDA provided the majority of the project funding, with the remaining funding (primarily for phase three) provided by the town of Edinburg. This third and final phase reclaimed an additional 1.6 acres (31,000 cubic yards) in 28 days. Because the town supplied required equipment and labor, the contracted cost for this phase decreased from $5 per cubic yard excavated to $3 per cubic yard. Subsequently, the town looked into reclaiming the remaining 2.4 acres of the landfill and completely eliminating the footprint. The proposed fourth stage proved unviable, so the remaining portion of the landfill will be capped.

The Edinburg Landfill is located in a soil-rich area that provides ample amounts of landfill cover material. For this reason, officials tested and approved the reclaimed soil (75 percent of the reclaimed material) for off-site use as construction fill in nonsurface applications. A test burn performed on the reclaimed waste found the British thermal unit (Btu) value to be lower than desired because of the high degree of waste decomposition and stones remaining in the screened material.

The recovered nonsoil materials, representing 25 percent of the reclaimed waste, were hand-sorted for potential recyclables. Although 50 percent of the nonsoil material was considered recyclable, cleaning the materials to market standards was not feasible. Some tires, white goods, and ferrous metals, however, were separated and recycled. The remaining materials were sent to a nearby landfill.

6

Case 1:02-cv-00022    Document 207-2    Filed 01/22/2008    Page 11 of 43

NYSERDA officials developed a worker health and safety plan for the Edinburg project that established work zones, personnel protection requirements, and other operating procedures. The inspectors, as well as all personnel working at the site, were required to wear respirators, goggles, helmets, and protective suits. Excavation equipment was used to separate suspicious drums and other potentially hazardous material for evaluation by the safety inspector using appropriate monitoring equipment. In the event that hazardous materials were encountered, the health and safety plan provided for a project contingency plan, a segregated disposal area, and special waste handling procedures. No significant quantities of hazardous materials, however, were unearthed.

The Edinburg Landfill Reclamation Project was successful both in securing offsite uses for the reclaimed soil and in reducing the landfill footprint to decrease closure costs. The economic benefits would be enhanced further if the avoided costs for postclosure maintenance and monitoring, as well as potential remediation and the value of recovered landfill space, are also considered.

## Frey Farm Landfill Lancaster County, Pennsylvania

In 1990, the Lancaster County Solid Waste Management Authority constructed an MWC to use in reducing the volume of waste deposited in the Frey Farm Landfill, a lined site (double layers of 60-mil high density polyethylene sheeting on a 6-inch clay sub-base) containing MSW deposited for up to 5 years. After building the MWC, the quantity of waste received at the facility

declined, leaving a significant portion of the MWC capacity unused. In an effort to increase the energy production and efficiency of the MWC, officials initiated a landfill reclamation project to augment the facility's supply of fresh waste with reclaimed waste.

The reclaimed waste had a high Btu value (about 3,080 Btu per pound). To achieve a more efficient, higher heating value of 5,060 Btu per pound of waste, four parts of fresh waste, which included tires and woodchips, were mixed with one part reclaimed waste.

Between 1991 and 1993, approximately 287,000 cubic yards of MSW were excavated from the landfill. These reclamation activities processed 2,645 tons of screened refuse per week for the MWC. As a result, Lancaster County converted 56 percent of the reclaimed waste into fuel. The county also recovered 41 percent of the reclaimed material as soil during trommeling operations. The remaining 3 percent proved noncombustible and was reburied in the landfill. By the end of the project in 1996, landfill operators had reclaimed 300,000 to 400,000 cubic yards of material.

Before the reclamation work began, officials prepared a safety plan for work at the site and assigned a full-time compliance officer to oversee the operations. During reclamation, workers took precautions to avoid damaging the site's synthetic liner, since it would be reused following the reclamation operations. An initial layer of protective material surrounded the synthetic liner system, aiding worker precautions by acting as a buffer between the liner and the excavation tools. Continuous air monitoring for methane, both in the cabs of vehicles

and in the reclamation area, enhanced the operation's safety operations.

Benefits of the project at Frey Farm Landfill include: reclaimed landfill space, supplemented energy production, and recovered soil and ferrous metals. Drawbacks include: increased generation of ash caused by the high soil content found in reclaimed waste, increased odor and air emissions, increased traffic on roads between the MWC and the landfill, and increased wear on both the landfill operation and MWC equipment (i.e., due to the abrasive properties of the reclaimed waste).

Costs for the resource recovery portion of the project were relatively low for the following reasons:

- The distance for transporting both the reclaimed waste and the ash was only 18 miles each way.

- The management authority avoided commercial hauling prices by using its own trucks and employees to transport the reclaimed waste and the ash.

- The landfill and MWC were operated by the same management authority, thus no tipping fees were required. (Generally, a higher tipping fee can be charged at an MWC for reclaimed waste because of its abrasiveness and higher density, which increases the wear and tear on equipment.)

By 1996, MWC facility operators no longer needed supplemental feed materials from Frey Farm Landfill to run at full capacity. Thus, landfill officials concluded the reclamation project in July of that year.

7

Case 1:02-cv-00022    Document 207-2    Filed 01/22/2008    Page 12 of 43

# References

Dickinson, W. 1995. Landfill mining comes of age. Solid Waste Technologies, March/April:16.

Forster, G. 1994. Assessment of Landfill Mining and the Effects of Age on Combustion of Recovered Municipal Solid Waste. Landfill Reclamation Conference, Lancaster, PA.

Morelli, J. 1992. Town of Edinburg Landfill Reclamation Demonstration Project. Doc. 92-4. New York State Energy Research and Development Authority, Albany, NY.

Morelli, J. 1993. Town of Edinburg Landfill Reclamation Demonstration Project: Report Supplement. Doc. 93-7. New York State Energy Research and Development Authority, Albany, NY.

Russel, D. 1995. Director of the Solid Waste Department at Collier County, FL. Landfill. Personal communication by telephone on January 7.

Salerni, E. 1995. SSB Environmental. Primary Contractor for Edinburg Landfill. Personal communication by telephone on December 8.

Visalli, J., and J. Reis. 1993. Town of Edinburg Reclamation Demonstration Project: Report Supplement. New York State Energy Research and Development Authority. New York, NY, May, p. 5-11.

# Sources of Additional Information

Aquino, J.T. 1994. Landfill reclamation attracts attention and questions. Waste Age, December:63-65 & 68.

Bader, C.D. 1994. Beauty in landfill mining: More than skin deep. MSW Management, March/April:54-63.

Childe, D.E. 1994. Landfill Reclamation Health and Safety Issues. Landfill Reclamation Conference, Lancaster, PA.

Donegan, T.A. 1992. Landfill mining: An award-winning solution to an environmental problem. The Westchester Engineer, April:56(8).

Forster, G. 1995. Assessment of Landfill Reclamation and the Effects of Age on Combustion of Recovered Municipal Solid Waste. Golden, CO, National Renewable Energy Laboratory, January.

Gagliardo, P.E., and T.L. Steele. 1991. Taking steps to extend the life of San Diego's landfill. Solid Waste and Power, June:34-40.

Guerriero, J.R. 1994. Landfill Reclamation and Its Applicability to Solid Waste Management. Landfill Reclamation Conference, Lancaster, PA.

Guerriero, J.R., and D.E. Vollero. 1992. Landfill Mining Feasibility Study. Presented at the Second U.S. Conference on Municipal Solid Waste Management, June.

Kelly, W.R. 1990. Buried treasure. Civil Engineering, April:52-54.

LCSWMA. 1992. Landfill Reclamation. Lancaster County Solid Waste Management Authority, Lancaster PA, April.

Lucas, G.W. 1990. Landfill mining yields buried treasure. Waste Age, March: 118-120.

Magnuson, A. 1990. Cap repair leads to landfill reclamation. Waste Age, September:121-124.

Magnuson, A. 1991. Landfill reclamation at Edinburg. Waste Age, November: 75-78.

Michaels, A. 1993. Solid waste forum: Landfill recycling. Public Works, May:66-68.

Morelli, J. 1990. Landfill reuse strategies. BioCycle, March:40-43.

Morelli, J. 1990. Landfill reuse strategies. BioCycle, April:60-61.

Morelli, J. 1991. Landfill reclamation: An alternative to closure and siting. MSW Management, September/October:33-37.

Morelli, J. No date. Municipal Solid Waste Landfills: Optimization, Integration and Reclamation. New York State Energy Research and Development Authority, New York, NY.

Nutting, L.M. 1994. The Financial Aspects of Landfill Reclamation. Landfill Reclamation Conference, Lancaster, PA.

NYSERDA. 1990. Town of Edinburg Landfill Reclamation Fact Sheet. New York State Energy Research and Development Authority, New York, NY, December.

Reutterberger, G., S. Urban-Kiss, R. Schneider, and R. Gasche. 1995. German project reconverts a sanitary landfill. BioCycle, June:44-47.

RRR. 1992. NY landfill mining successful. Resource Recovery Report. September 3.

RRR. 1993. Three mining projects begun. Resource Recovery Report, December:6.

Spencer, R. 1990. Landfill space reuse. BioCycle, February:30-32.

Spencer, R. 1991. Mining landfills for recyclables. BioCycle, February:34.

SWR. 1992. New York to research landfill reclamation. Solid Waste Report, September 10, p. 321.

SWR. 1995. Excavating waste saves landfills, yet strains infrastructure. Study. Solid Waste Report, August 3, p. 248.

U.S. EPA. 1993. Evaluation of Collier County, Florida, Landfill Mining Demonstration. EPA600-R-93-163. Prepared by von Stein, E.L., and G.M. Savage for EPA Office of Research and Development, Washington, DC, September, pp. 3 and 38.

U.S. EPA. 1996. Report of 1995 Workshop on Geosynthetic Clay Liners. EPA600 R-96-149, Washington, DC, June.

**SEPA**

United States
Environmental Protection Agency
(5306W)
Washington, DC 20460

Official Business
Penalty for Private Use
$300

**APPENDIX C**
Pre-Closure Action Cut Sheets and Supporting Documentation

United States
Environmental Protection
Agency

Solid Waste and
Emergency Response
(5305W)

April 1999
EPA530-K-99-003
http://www.epa.gov





# State and Local Solutions to Solid Waste Management Problems



♲ Printed on paper than contains at least 30 percent postconsumer fiber

Page

An Overview............................... 3

Statewide used oil recycling program........... 8

Voluntary curbside recycling program.......... 11

Citywide wet and dry recycling program........ 13

Mandatory curbside recycling program......... 15

Hospital recycling program ................. 17

Three-phased recycling program ............. 18

Statewide mandatory recycling program ....... 20

Leaf recycling to park restoration program ..... 22

Statewide voluntary recycling program ........ 24

Residential and business unit-based cost
recycling program........................ 26

Philadelphia, Pennsylvania
Voluntary urban "block corner"
recycling program with cash incentive ......... 28

Page

Partnership recycling program employing
the mentally and physically challenged......... 30

Food scrap composting/solar energy
conversion program at a large prison system ..... 32

Demolition pilot project using
deconstruction waste diversion
and recycling techiques.................... 33

Comprehensive waste reduction program ....... 35

Multi-faceted program, including
apartment house recycling zones ............. 37

Voluntary recycling experiment utilizing
private-sector collectors ................... 39

Leaf composting program yielding
market demand........................... 41

Source separation drop-off recycling center...... 43

Multijurisdictional mandatory material
separation at drop-off center ............... 45

Notes
Footnotes for "Recycling Works:
An Overview"........................... 47

Information
List of state recycling offices................. 48

The average American produces more than 1,600 pounds of trash a year! As this proliferation of waste continues, we all must accept responsibility for reducing the amount of garbage we throw away. Recovery for recycling (including composting and yard trimmings) continues to be one of the most effective waste management techniques.

Recycling turns materials that would otherwise become waste into valuable resources. And, it yields environmental, financial, and social returns in natural resource conservation, energy conservation, pollution prevention, and economic expansion and competitiveness.

It is often the job of state and local governments to deal with our trash. Every state has at least one authority, agency, commission, or department responsible for managing the disposal of refuse generated by its citizens. Usually, local authorities handle collection and disposal, but private companies are also frequently hired to manage trash.

In some jurisdictions, trash appears to be a minor problem and is easily buried in a landfill. But, to cut down on the amount of trash requiring disposal, many communities have turned to recycling and discovered that it works!

This booklet provides information about successful recycling programs initiated by state and local agencies. It also describes private recycling efforts and public-private partnerships between government and businesses. Each success story provides basic information to help you as you consider recycling options for your community.

### The Waste Problem

As a nation, we produce an unthinkable amount of municipal trash. Our current rate of 210 million tons per year could fill a convoy of 10-ton trash trucks nearly 90,000 miles long—enough to circle the equator nearly eight times! To make matters worse, the amount of refuse generated in the United States is projected to increase by about 16% by the year 2010.

We now recycle 30% of our municipal solid waste. This is a marked increase from the 10% recycling rate

in 1990. Incineration remains between 9% and 10%. Landfilling still handles the majority of disposal at 70%, but this continues to decline from its former lion's share of 89% in 1989.[1]

It no longer makes sense to think of municipal solid waste management without considering the role of recycling. Average landfill tipping fees continue to increase nationwide.[2] More important, a sizeable portion of what we throw away contains valuable resources—metals, glass, paper, wood, and plastic—that can be reprocessed and used again as raw materials.

### The Approach to Managing Municipal Waste

Many states and local governments have taken steps to prevent waste handling problems. Some are just beginning to evaluate the adequacy of their current waste management programs. Others have implemented an integrated solid waste management approach. As state and local governments plan for and implement integrated waste management, they usually consider a hierarchy of methods: reduce, recycle, and incinerate/landfill. Reducing waste—preventing it from needing to be dealt with at all—is generally the most favored management tool. Recycling—next in order of preference—helps to divert wastes from landfills and incinerators and provides for the reuse of resources. Incinerating/landfilling are considered co-equals and are next in the waste hierarchy. Incineration reduces volume and can recover energy, but may have some risks associated with it. Landfilling, while



Total United States Waste Generated, in Millions of Tons

| 1960 | 1980 | 1996 | 2000 (projected) | 2010 (projected) |
|------|------|------|------|------|
| 88.1 | 151.6 | 210 | 222 | 253 |

necessary to handle some wastes, can be very costly and may involve some risks. In most communities, locating landfill and incinerator sites is a problem as well.

A number of agencies have recognized the value of including recycling as part of their solid waste management programs and have developed a variety of methods to do so. In fact, by 1997, approximately 51% of the U.S. population (135 million people) had access to the nation's 8,937 curbside recycling programs. In addition, there were 12,700 drop-off centers for recyclables, and 3,484 yard trimmings composting programs. There were also 142 composting projects that handled municipal biosolids, that is, "select organics" such as separated food residuals and industrial organics.[3]

Components of construction and demolition (C&D) wastes are candidates for recycling, too. Preliminary estimates indicate that approximately 1,800 C&D recycling facilities exist in the United States. To reduce waste and cut the costs associated with building demolition, more and more companies are turning to deconstruction, which is the selective dismantling or removal of materials from buildings to be sold for reuse or recycling. Results of deconstruction projects so far indicate that the practice is a cost-effective alternative to demolition, costing an estimated 30% to 50% less than demolition. In the area of residential construction waste management, the National Association of Home Builders Research Center predicts in *A Builder's Field Guide: How to Save Money and Landfill Space* that roughly 80% of a home builder's waste stream is recyclable and that waste management costs can represent as much as 5% of profit on a home.[4]



**Energy Savings of Products Made with Recovered Material**

Percent Reduction in Energy Use over Virgin Manufacturing

Products Made with Recovered Material

Source: Tellus Institute, 1992.

Recycling now plays a large role in the waste management programs. However, it can play a much larger role.

Recycling pays in a variety of ways. At the local level in some localities, recycled materials are sold, benefiting the recycling program. Additionally, the business of recycling expands U.S. manufacturing jobs and increases U.S. competitiveness. For example, a study of 10 northeastern states found that processing and remanufacturing recyclable materials in the region employed more than 103,000 people and added more than $7.2 billion to the value of the materials.[5] On a national level, the total market value for recyclables in 1995 was approximately $3.6 billion. Recycling reduces the amount of waste that needs to be buried in a landfill or incinerated. This reduction in volume may result in reduced disposal costs and add to the useful life expectancy of a landfill.

In addition to providing economic benefits, recycling offers environmental benefits. By reducing our reliance on virgin materials, recycling reduces pollution, saves energy, mitigates global climate changes, and reduces pressures on biodiversity. Here's how it works!



REDUCE the amount of waste generated

RECYCLE as much material as possible

INCINERATE/LANDFILL remaining portions of the waste stream

By decreasing the need to extract and process virgin materials, recycling helps reduce or eliminate the pollution associated with the first two stages of a product's development: material extraction and processing. Further, studies show that less energy is needed to manufacture products from recovered materials than from virgin materials.[6] Conserving natural resources, reducing pollution, and saving energy also yield a reduction in the emission of the greenhouse gases that contribute to global climate change and impact biodiversity.

Adding recycling to an existing municipal solid waste system is a challenging process. To begin, your community should consider the following approaches:

■ Analyze the quantity and composition of your waste.

■ Learn about existing waste disposal and collection systems, including their costs and capabilities.

■ Determine to what degree recycling is already being conducted in your community.

■ Identify public attitudes about recycling.

■ Study which recycling options might best meet your special needs.

■ Explore existing markets for recovered materials and the possibility of finding new ones.

Recycling programs come in many shapes and sizes. The type of recycling program you choose should be designed to meet your community's needs and must consider the potential markets for materials considered for recycling. For example, consider what kind of collection system would be the most expedient, the most convenient to citizens, and ultimately the most successful. And does it make sense in your community to target specific wastes—office paper, yard clippings, plastic soft drink bottles? Can large institutions such as hospitals be encouraged to participate?



For citizens, the most convenient kind of collection is curbside collection. To make collection even handier, some communities provide households with special containers for recyclable materials. Some neighborhood pickups are combined with regular garbage collection; others use separate collection systems. Although curbside collection may require some additional costs, the success rate may make it worthwhile, especially in populous areas. In highly urbanized areas, apartment house and office building collection systems can work well, too.

In many communities, drop-off centers work well. These centers range from landfill locations, where people or machines sort recyclables, to "exchange corners." For example, the Wellesley, Massachusetts, drop-off site has a designated area where citizens can exchange reusable items such as books, games, and furniture. Financial incentives or contributions to charities encourage participation in other places. A number of communities locate drop-off centers in convenient spots such as shopping

malls; some centers are even mobile. Often, centers are run by private groups or as joint private-public enterprises.

Obviously, most drop-off centers are less expensive to operate than curbside collection systems. However, drop-off centers typically yield less materials for reuse.

### What is in a Typical Trash Can

What is in a typical trash can in your community? If it is anything like the national average, you can expect the bulk of materials to be paper and paperboard products and yard waste. Newspapers can be recycled into a variety of materials. Yard clippings and leaves can be composted and used for landscaping. Businesses around the country are recycling computer paper and other high-grade paper, cardboard, and glass. And clean wood wastes can be processed into usable lumber or other products. Of course, metals, such as aluminum and steel, are valuable commodities as well.

### Encouraging Participation

Encouraging participation to increase the amount of recovered materials can be the greatest challenge to any recycling program. There are many ways to increase recovery and participation rates. Many communities have active promotional campaigns. Providing special containers for recyclables makes recycling more convenient. Some places have chosen mandatory over voluntary programs. Others rely on voluntary efforts, but use creative approaches to boost participation.

Incentives have been initiated in a number of communities. For instance, Philadelphia, Pennsylvania, has distributed over $150,000 of incentive money to community groups for the tons of materials they have diverted from the waste stream since 1993.

As recycling programs grow and ensure a steady volume of recovered materials, new markets have evolved. For example, Alabama's oil recycling program spurred development of a new multimillion dollar state-of-the-art refinery in south Alabama in 1995.



**Summary of Recycling Jobs in the Northeast, by Material**

Ferrous Metals 13,080
Paper 51,352
Multimaterials 9,375
Plastics 9,221
Nonferrous Metals 8,194
Glass 8,818
Textiles 1,133
Yard Trimmings 545
Tires 607

Source: Roy F. Weston, 1994.

Identifying and developing markets for recovered materials is another major challenge for state and local recycling programs. A recycling market is any source of demand for recovered materials. To find the most suitable markets, many communities develop marketing plans. A typical plan may address the availability and locations of intermediate or end-use markets and the types and grades, amounts, specifications, transportation requirements, and price-setting mechanisms for a community's recovered materials. Services, such as storage and processing, may also be factors to consider. Many communities enter into contracts with purchasers, even though prices usually fluctuate. And some programs market cooperatively with neighboring programs to cut marketing costs.

In 1987, New Jersey's Office of Recycling published a guide to marketing recyclable materials. The guide has been updated several times since and can be found at http://www.state.nj.us/dep/dshw/recycle. The guide is one of several available sources of useful information on marketing recovered materials.

Developing markets is a continuing challenge to EPA, states, communities, industries, and consumers. Demand for recyclables needs to be stimulated; marketplace gluts need to be minimized; and industries, business, and household consumers need to buy products made with recycled materials. An innovative mechanism for buying and selling recovered materials that is intended to stabilize markets is the Chicago Board of Trade Recyclables Exchange <www.cbot-recycle.com>. This centralized marketplace is designed to bring the same level of price stability and quality standards to recovered materials that have occurred with other long-standing commodities traded daily.

### Recycling Works

All around the country—in communities such as yours—recycling is working to conserve natural resources and extend landfill life. Recycling is one key part of your integrated waste management system that makes sense.



**Estimated Market Value of Major Municipal Solid Waste Materials**

Total Market Value in $ Millions

Recovered Material: Aluminum Cans, Corrugated Boxes, Ferrous Metals, Office Papers, Plastics, Yard Trimmings, Newsprint

Source: Tellus Institute, 1997.

Each community has its own unique waste management problems that call for integrated solutions. A number of successful programs are described on the following pages to give you some ideas as you plan your community's recycling program. Some of the success stories take place statewide; most are local. Two describe efforts of villages and small towns to join together, forming regional recycling programs. Some success stories highlight curbside collection, and others address unique drop-off systems. Several involve private-sector sponsorship; others are totally run by private enterprises. One of the oldest volunteer used oil collection programs in the United States is highlighted as well as a new wet-dry separation program. Don't miss the Rikers Island prison food scrap compost system that produces electricity by use of solar energy. These programs may vary in size, focus, cost, and features, but their message is the same:

RECYCLING WORKS!
RECYCLING PAYS!

Mandatory curbside pickup of separated trash.




The Village of Hamburg, a suburb of Buffalo, has a population of 10,500. Its mandatory program was enacted in 1981.

### Hamburg, New York

Hamburg's recycling effort began as a voluntary program with citizens taking separated newspapers, bottles, and cans to a recycling center. From there, local firms purchased the material they recovered.

Through the efforts of a volunteer committee, residents were surveyed and public hearings were held to determine whether to make recycling mandatory. As a result, a law was passed in 1981 that required separating and recycling of waste material. Compliance with the law after 1 month was 85%; since then, compliance has exceeded 95%.

### Program Description

Residents put out recyclables on regular garbage collection day. Newspapers are put into a paper bag, bottles and cans into another, and cardboard into a third bag. Garbage trucks pulling trailers for the recyclables collect all the trash on a single run. The trailers filled with recyclables are taken to a center operated by an association for the mentally handicapped. There, the material is sorted for dealer pickup.

Recyclables represent 49% of Hamburg's waste, by volume. Recycling has reduced the need for landfills by 49% and saved as much as $257,000 in tipping fees each year.

### Offenders Have Their Garbage Left on the Curb

Comply or else! While as many as 98% of Hamburg's residents cooperate, those who do not are penalized. If a household fails to separate all of its recyclables, it gets only one of its trash cans picked up. This one empty can is marked with an orange sticker, which serves as a reminder that garbage must be separated. If the problem persists, a warning letter is sent. If the household still does not comply, their garbage is not picked up for a week—a rare occurrence. Offenders can be summoned to court, but not having garbage picked up is considered a greater punishment.



Hamburg has been successful in finding markets. There is, however, no assurance these markets will be steady. Securing markets is a constant challenge. For instance, when the newsprint market fell, the town continued to pick up the newspapers, taking what money they could for them. Hamburg has an agreement with Browning Ferris Industries that stipulates that the town gets $10/ton for all recyclables.

For further information about Hamburg's program, contact Gerald Knoll at (716) 649-4953 or write to:

Gerald E. Knoll
Superintendent of Public Works
100 Main Street
Hamburg, NY 14075



# TECHNICAL ASSISTANCE GUIDE

SHEET NUMBER 1

# Getting into the Large-Scale Composting Business

This technical information series is designed for South Carolina businesses and local governments who operate, or would like to operate, composting facilities. This publication is an overview of the composting process. A companion document addresses day-to-day issues and regulatory concerns. "Large-Scale Composting: Getting in the Business - Day-to-Day Operations" addresses daily issues and references some regulatory concerns.

Since 1993 when yard trimmings and land-clearing debris were banned from municipal solid waste (MSW) landfills in South Carolina, thousands of tons of organics have been diverted from disposal. But the potential for turning this material into diverse products that can be efficiently marketed has not been realized.

The goal of this series is to offer information to the state's composting businesses to help achieve these goals.



*New facility operators learn about large-scale composting during a recent training seminar.*

## What is Composting?

Composting is defined as "the aerobic decomposition of organic materials by microorganisms under controlled conditions."

During composting, microorganisms consume oxygen as they feed on the carbon and nitrogen contained in organic matter. As they digest organic matter's simple and complex sugars into their own bodies, they incorporate nitrogen and carbon into proteins and produce heat, carbon dioxide and water vapor as by-products. When the food supply--the carbon and nitrogen--runs out, the microorganisms become dormant,

temperature falls and composting is complete. What's left is a fine-textured, dark, crumbly, odorless, rich material not unlike potting soil.

Currently, organics make up a large portion of materials going to landfills. This amounts to hundreds of thousands of tons of material that could be productively managed by composting.

*SOURCE: "On-Farm Composting Handbook," Ithica, NY: Natural Resources, Agriculture and Engineering Service, 1992 E-mail: NRAES@cornell.edu)*

# Composting is not difficult.

While there are situations in which the process can "go wrong," remember that farmers have used an uncomplicated form of composting since ancient times. Just placing a mixture of animal manure and bedding in a stack typically will result in a low grade of compost in a year. A pile of tree leaves, unturned and ignored, will be reduced to compost in two to three years. When farms were smaller, it was fairly typical for farmers to use this passive form of composting. In today's world of closing landfills, population pressures, deteriorating soils and countless environmental issues, farmers and local government must take advantage of nature's bounty with more efficient composting systems.

*Below are more sophisticated composting methods to achieve several objectives:*

1. **Faster composting.** Compostable materials - manure, food scraps, etc. with a carbon source (dry leaves, wood chips) - piled in windrows and turned frequently will produce finished compost in three to four months. After proper curing (storage for one to two months), the finished compost is ready for sale or spreading. This faster throughput cuts the amount of space a facility must devote to composting activities.

2. Better composting conditions. Raw manure or food scraps by themselves will not compost properly. They are usually too wet and too compact to allow air movement through the pile and digest aerobically. When oxygen is too limited, anaerobic bacteria go to work. They produce gases with noxious odors. Manure stacks turn anaerobic under most conditions.

3. Heat is beneficial. Good aeration, accomplished mostly by proper material mix and pile size, provides ideal conditions for thermophilic (heat loving) bacteria to work. Not only does this increase the speed of composting, it generates temperatures high enough (in excess of 131 degrees Fahrenheit) to kill weed seeds and pathogens.

4. More uniformity. Frequent turning results in an end product that is granular and uniform, easy to spread with lime or fertilizer spreaders. Application is faster and doesn't require large, powerful tractors. There is less moisture to transport and less power is needed than it takes to beat, propel or inject manure.

5. Simplicity and ease of operation. Investments in concrete or asphalt pads eliminate the mud and ruts that can result when weather turns ugly at the composting site. Grading the site and providing a two percent slope should divert rainwater to an infiltration area or retention pond. Some facilities go so far as to build roof-covered pads. Commercial turners take less time and do a better mixing job than front-end loaders. One recommended management practice is the use of geo-synthetic fiber "fleece blankets" to prevent rain from saturating composting windrows. And, after the active phase of composting, the piles should be covered to prevent reintroduction of pathogens.

## The Benefits of Composting

- Composting reduces the amount of solid waste managed through disposal and extends the life of landfills.

- Composting lowers the potential for environmental hazards (air emissions and groundwater contamination).

- By reducing waste, composting helps state's reach their waste reduction and recycling goals.

- Compost facilities create potential profit for the communities through sale of landscaping material (mulch and compost).

- Compost improves the water-holding capacity of soil and increases soil aeration allowing better root structure.

- Compost allows plants to absorb nutrients more effectively.

- Compost conditions the soil; it then requires less water.

- Compost has been found to reduce soil-borne plant diseases without the use of chemical control.

6. Ingredient flexibility. While some compost makers are able to control manure composition by bedding barns with straw, leaves, sawdust, wood chips or even shredded newspapers, most manure comes from the barn needing ingredient manipulation at the composting site. There, composters can be flexible and add whatever is readily available--leaves from urban yards, waste hay from barn lots, spoiled hay or silage, sawdust or wood chips, crop residues, food processing wastes and others. Shredded yard trimmings and land clearing material are the most common high carbon sources used to mix with manure and other high nitrogen feedstocks.

7. Desire for quality. Not all compost is equal in quality. The type of feedstock, the composting process and curing time all affect the quality of the final product. High dollar market - including topsoil blenders, landscapers, retail-garden centers, sports turf and nurseries - require a very stable consistent product, high in organic matter. High volume markets - including landfill cover, mine reclamation, state transportation agencies, agriculture and silviculture - may accept compost that is less stable and particle size is not as important. All markets, however, require a compost which has undergone thermophilic biostabilization.

## Managing the Composting Process

Most composters manage composting as a continuous flow process. At a farm site, manure is removed from the barns - sometimes to temporary storage - and then to windrows that are built of manure combined with carbon-source materials.

The space required depends upon how many windrows will accumulate. Some will be in the process of being built, others in various stages of completion, and some will be waiting to be spread on fields. Generally, the space required is dictated by the amount of manure produced in two to four months - the length of the composting process - plus space for storage until the compost is cured and then spread or moved off the farm. Windrows are usually 10 to 15 feet wide and five feet high.

Because the release of heat is directly related to microbial activity, temperature is a good indicator of how the composting process is going. A good thermometer is a good investment. In a windrow containing the right ingredients, temperature should rise quickly to 120 to 140 degrees Fahrenheit as readily degradable compounds are consumed. As composting slows, temperature will fall to around 100 degrees and then, gradually, to ambient air temperature.

The heating process is self-limiting. When temperatures reach about 160 degrees, even thermophilic bacteria are killed, so turn the material and release heat before it gets that hot.

As composting progresses, the heat generated will rise and oxygen will be drawn into the windrow.



*The Georgetown County Composting Facility covers windrows with large tarps made from a special fabric to ensure proper moisture levels.*

The temperature will fall when oxygen levels are depleted by the microbes as the feedstocks and bulking material decompose. Turning helps regulate the composting process and helps create the final homogenized texture of the finished compost.

In a sense, the composting process does not end until all the digestible carbon is converted to carbon dioxide gas or humus by the microbes. But before that happens, microbe activity slows and the compost becomes relatively stable.

According to the "On-Farm Composting Handbook," "Microorganisms decompose organic materials progressively, breaking them down from

*Continued on back*

complex to intermediate to simple compounds. The nutrients that become available during decomposition remain in the compost within the bodies of new microorganisms and as humus. The final product has a low rate of microbial activity but it is rich in microorganisms and the remains of microorganisms."

Composting proceeds best when the carbon to nitrogen ratio of the material is 25 or 30 to 1, but 20 to 40 to 1 is a workable range. The best moisture content is 50 to 60 percent, but 40 to 65 will work. The best pH is near neutral, but 5.5 to 9 will work. Bulk density (weight per unit volume of mixed material) should be less than 40 pounds per cubic foot.

Because composting is a flexible process, as the ranges above indicate, the recipe is flexible, too. When manure is too wet or too large a part of the mixture, nitrogen losses, such as ammonia or other gasses, will be larger. High-carbon sources like straw or sawdust capture nitrogen as it is released and slow the decomposition process.

Successful composters will maintain conditions to control the process to produce a consistent product to sell or use at their facility. Control means testing or checking a standardized table for each feedstock for moisture, carbon and nitrogen levels and then calculating the amounts of each that are needed. In general, two parts of raw manure mixed about one part of relatively dry straw or sawdust by volume will produce a compostable mixture of about the right carbon to nitrogen ratio and moisture level. To keep the moisture level right, windrows are usually covered with special fleece blankets or tarps that shed water but allow gas and heat to flow in and out.

*This techincal information sheet was adapted from the Michigan State University Extension Service publication, "Getting Started in Composting," with permission.*



*Office of Solid Waste Reduction and Recycling*
**1-800-768-7348**
www.scdhec.net/recycle

This technical information sheet is provided by DHEC's Office of Solid Waste Reduction and Recycling. The Office, which is non-regulatory, provides educational and technical assistance as well as grant funding to local governments, schools, colleges and universities.

*Printed on Recycled Paper*
OR-0333 4/02

## The Compost Site

An important part of any composting operation is the location of the site and the construction of the pad. The site should allow for year-round access if it will be used all months of the year. There are several guidelines that should be followed to provide environmental protections:

1. The compost site should have a two percent down slope and no cross slope.

2. Size the pad according to the volume of material to be handled.

3. Locate it away from surface water and away from wells that might lead to groundwater contamination.

4. Place the site close to where the materials are generated or initially received.

5. Set back the site from residential dwellings and preferably downwind.

6. Develop a filter strip or retention pond to handle the water runoff from the site.

7. Be aware of and satisfy local zoning issues.



*The diagram above shows the major components of a typical large-scale composting facility.*

# TECHNICAL ASSISTANCE GUIDE

SHEET NUMBER 2

# Large-Scale Composting:
## Getting in the Business - Day-to-Day Operations

If you are a landscaper, farmer, developer, local government or plan to be in the composting business, you may have to be registered or permitted by the S.C. Department of Health and Environmental Control (DHEC). This publication will help you prepare for the application process administered by DHEC. Requirements directly addressed in yard waste and other relevant regulations. **Some of the regulatory concerns are noted with an asterisk.**



*Pictured is Clemson University's large-scale composting facility.*

## Composting Preparation

❧ Feedstock selection. Identify the organic materials to be mulched or composted. Woody yard materials and land-clearing debris may be composted with source separated vegetative materials such as produce trimmings, grass and manures. It is more difficult to manage the moisture and control odor in the composting process with materials high in nitrogen (such as the ones listed above), but unless there is an appropriate balance of high nitrogen materials with those high in carbon, the process will be slow and inefficient.

❧ Feedstock preparation. Process incoming material such as grass or other high nitrogen material within 48 hours.* Leaves and grass can be placed immediately in windrows in predetermined proportions with ground wood waste as the first step. Attention to incoming loads and segregating them immediately will save time and money as well as increase efficiency. Large diameter tree trunks must be stored separately if they will not be processed with the other yard and land-clearing debris. In all cases, 75 percent of incoming organic material must be processed within one year.*

❧ Proper moisture, nutrient balance, porosity and oxygen set the conditions for efficient composting:

☞ Set the initial porosity of the pile at about 45 to 60 percent; porosity is determined by the particle size of the feedstocks and the bulking agents.

☞ Reduce high carbon materials such as wood and land-clearing debris to one- to two-inch chips in preparation for composting;

☞ The best initial nutrient balance in the windrow is about 30 parts carbon (C) to one part nitrogen (N) as calculated by formula. An example from the field shows a 1 (dry sawdust) : 2 (raw manure) ratio by volume will be about the right C:N and moisture;

☞ The initial moisture content of the windrow should be in the range of 50 to 55 percent (see Squeeze Test on the back page); and

☞ The initial pH should be above 5.0 (ideal 6.5-8.0).

*Continued inside*

# Compost Pile Management (active phase)

The Code of Federal Regulations, Part 503, outlines criteria to reduce disease-causing pathogens in biosolids. The Process to Further Reduce Pathogens (PFRP), has been adopted by the composting industry to apply to all other feedstocks, includes:

- Maintaining aerobic conditions;*

- Turning a minimum of five times in 15 days and maintaining a temperature of 131 degrees F (55 degrees C) for turned windrows; or

- Covering pile with six to 12 inches of insulating material (e.g., sawdust, cured compost or wood chips) and maintain a temperature of 131 degrees F (55 degrees C) for three consecutive days for aerated static windrows.

*Other pile requirements include the following:*

- The height of the pile may vary depending on the equipment available for turning but should not exceed nine feet (eight to 8.5 feet ideal).

- Moisture should be kept at about 45-60 percent throughout the composting process;

- Pile porosity should be maintained above 35 percent;

- Oxygen should be about 16 percent. The oxygen needs of the microorganisms are provided by convective aeration induced by the hot pile temperature and cooler surrounding ambient air and porosity restoration...by a



*A tractor turns a windrow at a large-scale composting facility.*

combination of coarse material and routine turning (Leege, *"Training Course for Facility Operators"*);

- Grade the site to prevent ponding.* The slope should be about two percent; and

- Direction of windrows should be parallel to slope.* In a site drawing, identify the area to contain storm runoff such as pasture, cropland, infiltration area, holding pond or proposed method.*

# Compost Pile Management (curing phase)

- Retain or add bulking material to increase porosity or use mechanical ventilation to prevent odors;

- Oxygen levels should be at least 16 percent, piles no higher than nine feet and moisture level 45 percent or higher. At this point, use only fresh water, not leachate, to remoisten.

- Allow sufficient curing time to allow for compost maturity and sufficient stability for the anticipated market; and

- Prevent bird and animal access to the material to avoid reintroduction of pathogens. For example cover the piles with tarps.



*Large tarps cover windrows at the Georgetown County Composting Facility. They are used to control moisture and reduce the risk of contamination*

# Compost Management (screening and storage phase)

- If necessary, screen compost for inert and oversize material. Markets such as nurseries require a consistent product of uniform texture and particle size. High volume agricultural markets, can tolerate more variance but all compost should be free of bits of plastic and other inert material;

- Keep moisture greater than 35 percent (dust threshold); and

- Distribute finished compost within one year (beyond this time the material loses organic value).



*Compost is screened at Georgetown County's composting facility.*

# Record Keeping

*The following information should be kept in an operations log:*

- Measurement of organic material (tons) received* daily;

- Source(s) of organic material (tons) received* daily;

- Daily temperature (degrees F), oxygen (percent), moisture (percent) and rainfall (inches). These records apply only to the active phase;

- Disposition of final product;*

- List of any complaints, including nature of complaint, date and time complaint was received, and the party registering the complaint; and

- An emergency preparedness plan for fire, leachate and other unplanned discharge(s). Include contact names and phone numbers.

| WINDROW #1 | | | | | | |
|---|---|---|---|---|---|---|
| DATE | TEMPERATURE | OXYGEN % | MOISTURE % | RAINFALL | BULK DENSITY (lbs/yds³) | FREE AIR SPACE |
| DAY 1 | | | | | | |
| DAY 2 | | | | | | |
| DAY 3 | | | | | | |
| DAY 4 | | | | | | |
| DAY 5 | | | | | | |
| DAY 6 | | | | | | |
| DAY 7 | | | | | | |
| DAY 8 | | | | | | |
| DAY 9 | | | | | | |
| DAY 10 | | | | | | |

*Adapt this chart to accommodate your composting facility. Other categories or charts may be needed to track the amount of materials accepted, processed and distributed. Track relevant data for materials everyday, from start to finish.*

## Mulch Facilities

The composting processing guidelines previously listed apply in limited ways to facilities that grind yard debris for immediate distribution (within 30 days).

* Reduce wood waste, yard debris, land-clearing debris and other high carbon material suitable for mulch to one- to two-inch chips. It is not necessary to monitor the temperature of chipped material distributed within 30 days.

* Large diameter tree trunks must be stored separately if they will not be processed with the other yard and land-clearing debris. But in all cases, 75 percent of all organic material must be processed within one year.*

* Composting guidelines outlined previously apply to materials that cannot be mulched, which include leaf debris and grass.

For more detailed information on current best management practices see the sources listed below:

* *"Training Course for Compost Facility Operators, Process Engineers, Managers and Regulators,"* by Philip B. Leege. Harrisburg, PA: The United States Composting Council, 2001. This was also the text used in several courses offered in South Carolina. E-mail: admin@compostingcouncil.org.

* *"On-Farm Composting Handbook,"* edited by Robert Rynk. Ithaca, NY: Northeast Regional Agricultural Engineering Service, 1992. E-mail: nraes@cornell.edu.

* *"Large-Scale Organic Materials Composting,"* by Rhonda Sherman. Raleigh, NC: North Carolina State University Cooperative Extension Service, 1999. E-mail: sherman@unity.ncsu.edu.



PROMOTE PROTECT PROSPER

*Office of Solid Waste*
*Reduction and Recycling*
**1-800-768-7348**
www.scdhec.net/recycle

This technical information sheet is provided by DHEC's Office of Solid Waste Reduction and Recycling. The Office, which is non-regulatory, provides educational and technical assistance as well as grant funding to local governments, schools, colleges and universities.

*Printed on Recycled Paper*
OR-0333 4/02

## The Squeeze Test

Field Measurement of Pile Moisture Percent: Pile moisture percent can be estimated by squeezing a handful of material as follows:

* Reach into the pile and take a handful of material.

* Squeeze the handful of material firmly.

* Release your grip and inspect the material you squeezed and your hand.

Interpretation of Results:

* If the material you squeezed is crumbly and doesn't stick together, and your hand is dry, the material is about 40 percent moisture or less.

* If the material you squeezed sticks together, and your hand is moist, the material is around 50 percent moisture.

* If the material you squeezed sticks together and drips, and your hand is wet and dripping, the material is around 60 percent moisture or more.

With practice you can distinguish 55 percent moisture, from 50 percent and 60 percent moisture. Researchers report that the ideal pile moisture should range from 52-58 percent. Gardening professionals report that around 50 percent is the ideal moisture of soils for planting and growing.



# Harmony
ENTERPRISES, INC.

Compactors   Indoor Packers   Outdoor Packers   Vertical Balers   Automatic Balers   Horizontal Balers

**Products**
Retail
Hospitality
Industrial
Medical
High Rise Property
Bottling
Public Buildings

Cardboard
Recycling

Plastic
Recycling

Textile
Recycling

Non-Ferrous
Recycling

Financing

704 Main Ave. N.
Harmony, MN 55939

Phone: 507-886-6666
Toll: 800-658-2320
Fax: 507-886-6706
info@harmony1.com

## V72HS



The Harmony V72HS, the fastest vertical Baler you can buy. When Speed and Efficiency are critical in high production environment, you need the V72HS

**The V72HS is Ideal for:**

- Recycling Centers
- Transfer Stations
- Department Stores
- Hotels
- Industrial Sites
- Commercial Sites
- Shopping Centers

**The V72HS 's benefits**
- Reduces waste disposal costs
- Improves your business appearance and increases workplace safety
- Saves labor and time making your operation more profitable

When speed and efficiency are critical in high production environment, you need the V72HS. By combining the awesome strength of two 5" heavy duty cylinders, with the blazing speed of a 20 horsepower motor and our unique regenerative hydraulic system, the V72HS produces cycle times other companies can only dream about. Combine this speed with the oversized feed opening, the V72HS's low operating height, and the ability to make incredibly heavy bales, and you have a formula for success that leads directly to an increase in your bottom line.

- Powerful Twin 5" Cylinders with heavy duty 3" rods for extra long life.
- Heavy duty 20 horsepower motor for extra long life
- Unique hydraulic circuit for high speed applications
- UL Listed Control Panel
- Operates under a 10 foot ceiling
- Standard retractable bale dogs for maximum material containment
- Standard voltage electrical disconnect included
- Enclosed counterbalance for upper door lifting ease
- Dual hydraulic ejection for extra dense bales
- No fluffing of material necessary
- Six slots for tying bales
- Meets or Exceeds all ANAI and OSHA safety standards.

## Features and Specs

Product Number: V72HS
Product Name: Vertical Baler

| V72HS Specifications | |
|---|---|
| Bale Size | 40" X 72" X up to 39" (102cm X 183cm X up to 99cm) |
| Bale Weight - Corrugated | 1,100 LBS. (500Kg) |
| RAM Pressure | 98,125 LBS. (44,510Kg) |
| Cycle Time | 24 Seconds |
| Cylinder | Two 5" (13cm) Bore, 3" (8cm) Rod, 28" (71cm) Stroke |

| V72HS Dimensions | |
|---|---|
| Loading Door Opening | 28" X 72" (71cm X 183cm) |
| Loading Door Height | 47" (119cm) |
| Overall Height | 111" (282cm) |
| Overall Depth | 51" (130cm) |
| Overall Width | 101" (257cm) |
| Depth with Door Open | 93" (236cm) |
| Shipping Height | 88" (224cm) |

Case 1:02-cv-00022    Document 207-2    Filed 01/22/2008    Page 32 of 43

| Motor | 20HP, TEFC |
|---|---|
| Pump | Vane Type |
| Electrical Power | 208/230/460 Volt, 3PH, 60HZ |
| Bale Ejection | Dual Hydraulic |
| Bale Tying | Wire or Banding |

| Shipping Weight | 6,340 LBS. (2,876cm) |
|---|---|
| Installation and Operating Area | 69 Sq. Ft. (6.41 Sq. Meters) |

Specifications subject to change without notice.



Top of Page

© 2007 Harmony Enterprises Inc. All Rights Reserved

Case 1:02-cv-00022    Document 207-2    Filed 01/22/2008    Page 33 of 43



**Harmony**
ENTERPRISES, INC.

Contact   About   FAQ   Selection Guide   Service & Parts   Site Map

Compactors | Indoor Packers | Outdoor Packers | Vertical Balers | Automatic Balers | Horizontal Balers

**Products**
Retail
Hospitality
Industrial
Medical
High Rise Property
Bottling
Public Buildings

Cardboard
Recycling

Plastic
Recycling

Textile
Recycling

Non-Ferrous
Recycling

Financing

704 Main Ave. N.
Harmony, MN 55939

Phone: 507-886-6666
Toll: 800-658-2320
Fax: 507-886-6706
info@harmony1.com

## C75

The C75 Compactor from Harmony Enterprises allows you to store waste in a liquid tight enclosure with the economy of a compactor!

**The C75 is ideal for:**

- Commercial Applications
- Department Stores
- Restaurants
- Manufacturing Facilities
- Motels/Hotels
- Offices
- And Many Other Industrial Applications

**The C75's benefits**
- Reduces waste disposal costs
- Improves your business appearance and increases workplace safety
- Saves labor and time making your operation more profitable

The Model C75 is a full powered space saver measuring a mere 79" in length. It saves valuable space on your property. The C75 can even be attached to a roll-off receiver box, or a front or rear loading receiver box. You owe it to yourself to look into this fine product from Harmony Enterprises.

### Features and Specs

**Product Number:** C75
**Product Name:** Stationary Compactor

**Description:** The C75 Stationary Compactor is a full powered space saver measuring a mere 79" in length. It saves valuable space on your property. It can be attached to a roll-off receiver box or a front or rear loading receiver box.

| C75 Specifications | |
|---|---|
| Charge Opening | 48" x 32" (1220mm x 813mm) |
| Ram Face | 47 3/4" x 24" with 3/8" Plate (1213mm x 610mm w/10mm) |
| Floor | 3/8" Plate (10mm) |
| Sides | 3/16" Plate with 4" Channels |
| Breaker Bar | 6" x 6" x 5/8" |
| Ram Penetration @ 1800 | 25,000 lbs. (11,340Kg) (29.5 PSI) |
| Cylinder Time | 38 Seconds |
| Cylinder | Twin 3"(76mm) Bore, 32" (812mm) Stroke |
| Motor | 2 HP |
| Pump | 5.5 GPM High/Low |
| Ram Penetration | 8" (203mm) |
| Oil Capacity | 15 Gallons (57L) |
| Loading Height | 43" (1090mm) |
| Overall Height | 49" (1250mm) |
| Length | 79" (2010mm) |

Case 1:02-cv-00022    Document 207-2    Filed 01/22/2008    Page 34 of 43

| Shipping Weight | 2,900 lbs. (1,315Kg) |
|---|---|

Specifications subject to change without notice



Top of Page

© 2007 Harmony Enterprises Inc. All Rights Reserved

Case 1:02-cv-00022    Document 207-2    Filed 01/22/2008    Page 35 of 43

**EXHIBITS**







Case 1:02-cv-00022   Document 207-2   Filed 01/22/2008   Page 39 of 43





GOVERNMENT OF GUAM
DEPARTMENT OF PUBLIC WORKS
SOLID WASTE DIVISION

SITE LAYOUT AND PROFILE

ORDOT DUMP CLOSURE

GUAM

C-5





Case 1:02-cv-00022    Document 207-2    Filed 01/22/2008    Page 43 of 43