IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. GOVERNMENT OF GUAM, Defendant. | CIVIL CASE NO. 02-00022<br><br>**ORDER RE: STATUS HEARING** |

The court hereby orders that the Duenas Bordallo Camacho & Associates Project Team appear at the Status Hearing scheduled for January 24, 2008 at 9:00 a.m. The team should be prepared to present the findings and conclusions of the Action Report filed with the court on January 22, 2008. In the event electronic equipment is needed for the presentation, they should contact the Court to make such arrangements.

/s/ Frances M. Tydingco-Gatewood
 Chief Judge
**Dated: Jan 22, 2008**