# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CIVIL CASE NO. 02-00022 |
|---|---|
| Plaintiff, | |
| vs. | **MINUTES** |
| GOVERNMENT OF GUAM, | |
| Defendant. | |

TELEPHONIC CONFERENCE CALL
January 22, 2008 at 2:25 p.m.

Notes: Appearing on behalf of the Plaintiff was Assistant U.S. Attorney Mikel Schwab.

Appearing on behalf of the Defendant was Assistant Attorney General Patrick Mason.

Chief Judge Tydingco-Gatewood requested that the author of the Action Report filed with the court on this date be present at the status hearing on Thursday, January 24, 2008. The court asked Mr. Mason if the action report takes the place of the closure report. Mr. Mason stated that a separate report was submitted.

The court asked the parties about the payment of the stipulated penalties imposed by the court. Mr. Mason stated that the Government of Guam will be depositing the funds on the day of the hearing. Additionally, he informed the court that the Government will be filing a motion to stay the imposition of penalties.

| | |
|---|---|
| 1 | Chief Judge Tydingco-Gatewood requested that the parties be prepared to discuss the |
| 2 | height and area of the garbage accumulated at the Ordot dump site from the first site visit to the |
| 3 | court's third site visit which is scheduled for January 23, 2008. |
| 4 | |
| 5 | Conference call concluded at 2:50 p.m. |
| 6 | |
| 7 | Prepared by Rosita P. San Nicolas, Chief Deputy Clerk |