

**FILED**
DISTRICT COURT OF GUAM

JAN 23 2008

JEANNE G. QUINATA
Clerk of Court

**Office of the Attorney General**
**Alicia G. Limtiaco**
Attorney General of Guam
**Civil Division**
287 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com

**Attorneys for the Government of Guam**

# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CIVIL CASE NO. 02-00022 |
| Plaintiff, | ) | |
| vs. | ) | **GOVERNMENT OF GUAM'S MOTION TO STAY PAYMENT OF PENALTY AND DEPOSIT FUNDS WITH THE COURT AND SUPPORTING MEMORNADUM** |
| GOVERNMENT OF GUAM, | ) | |
| Defendant. | ) | |

## MOTION

The Government of Guam ("GovGuam") moves the Court for an order staying payment of $2.855 million in penalties as provided in the Consent Decree entered in this case and allowing GovGuam to have those funds available to move forward with compliance with the Consent Decree and the Court's Order of December 14, 2007.

Pending a decision on the above motion, GovGuam moves the Court for an Order of Deposit allowing GovGuam to deposit $2.855 million dollars with the Clerk of the Court for

*Page 1*
*Government of Guam's Motion to Stay Payment*
*of Penalty and Deposit Funds with the Court and*
*Supporting Memorandum*
USA vs Government of Guam
District Court of Guam Case No. CV02-00022

deposit by the Clerk in an interest bearing account with the said funds to remain on deposit pending further order of the Court.

In support of this motion GovGuam submits a Declaration of Lawrence P. Perez. Oral argument is not requested.

**MEMORANDUM IN SUPPORT OF MOTION**

The Consent Decree in this case was entered on the Court docket on February 12, 2004. Section VI, paragraphs 12-16 of the Consent Decree provide for certain stipulated penalties for the failure of GovGuam to meet various deadlines stated in the Consent Decree. In its Order of December 14, 2007, the Court found that as of November 20, 2007, $2.855 million in stipulated penalties had accrued for GovGuam's violations of the Consent Decree. As a result, the Court ordered GovGuam to pay $2.855 million of the accrued stipulated penalties by January 24, 2008. Order (Dec. 14, 2007) at 3-4.

Although no funds were appropriated by the Legislature in the budget law for the current fiscal year to finance closure of the Ordot Dump, the Governor has limited authority to transfer funds from one budget account to another account. Perez Declaration. Using this transfer authority, the Governor has transferred $2.855 million from the Territory Education Facilities Fund to an account for payment of the $2.855 million penalty as ordered by the Court.

GovGuam has made a check for $2.855 million payable to the Clerk of this Court. With this motion, GovGuam has prepared and submitted for the Court's review an Order of Deposit which would allow the Clerk of the Court to receive the check and deposit it into an

*Page 2*
*Government of Guam's Motion to Stay Payment*
*of Penalty and Deposit Funds with the Court and*
*Supporting Memorandum*
USA vs Government of Guam
District Court of Guam Case No. CV02-00022

Case 1:02-cv-00022   Document 211   Filed 01/23/2008   Page 2 of 4

interest bearing account. The funds would remain on deposit pending further order of the Court.

The Guam Department of Public Works ("DPW") has consulted with Duenas, Bordallo, Camacho and Associates ("Duenas") to identify certain projects that need to be done in order to facilitate the closure of the Ordot Dump. Attachment to Perez Declaration. GovGuam, in consultation with Duenas, has also made an estimate of the cost of each project. *Id.* GovGuam is prepared to move forward on these projects as soon as funds to do so become available. Perez Declaration. Since no funds were appropriated for closure of the Ordot Dump in the current budget, DPW does not presently have funds to begin the projects. *Id.*

Due to the current financial condition of GovGuam and the lack of funds to do the projects described in the Perez Declaration, GovGuam asks the Court to stay payment of the $2.855 million penalty in order to allow GovGuam to use the funds to do some of the projects. The total cost to complete all the projects will be more than $2.855 million. However, if the funds for payment of the penalty are available to DPW, DPW will consult with Duenas to prioritize the projects and move forward on those that could be funded. *Id.*

If the Court makes the $2.855 million available to begin the projects, before any particular project is begun, GovGuam will submit to the Court an exact description of the work to be done on the project and how payment is to be made. Then, when invoices for payment are received by DPW, GovGuam will submit the invoice to the Court for approval and payment from funds on deposit with the Clerk of the Court. GovGuam is, of course, open to any alternative procedure suggested by the Court.

*Page 3*
*Government of Guam's Motion to Stay Payment*
*of Penalty and Deposit Funds with the Court and*
*Supporting Memorandum*
USA vs Government of Guam
District Court of Guam Case No. CV02-00022

Case 1:02-cv-00022   Document 211   Filed 01/23/2008   Page 3 of 4

In conclusion, GovGuam asks the Court to stay payment of the $2.855 million penalty that is due for payment on January 24, 2008. GovGuam further asks the Court to allow GovGuam to deposit the $2.855 million with the Clerk of the Court and then allow use of the amount on deposit to pay for projects related to the closure of the Ordot Dump as approved by the Court.

Respectively submitted this 23rd day of January, 2008.

**OFFICE OF THE ATTORNEY GENERAL**
**ALICIA G. LIMTIACO**, Attorney General of Guam

By: _____
**J. PATRICK MASON**
Deputy Attorney General

Page 4
Government of Guam's Motion to Stay Payment
of Penalty and Deposit Funds with the Court and
Supporting Memorandum
USA vs Government of Guam
District Court of Guam Case No. CV02-00022

Case 1:02-cv-00022    Document 211    Filed 01/23/2008    Page 4 of 4