

FILED
DISTRICT COURT OF GUAM

JAN 2 3 2008

JEANNE G. QUINATA
Clerk of Court

Office of the Attorney General
**Alicia G. Limtiaco**
Attorney General of Guam
**Civil Division**
287 West O'Brien Drive
Hagåtña, Guam 96910 ● USA
(671) 475-3324 ● (671) 472-2493 (Fax)
www.guamattorneygeneral.com

**Attorneys for the Government of Guam**

# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 02-00022 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **DECLARATION OF** |
| ) | **LAWRENCE P. PEREZ** |
| ) | |
| GOVERNMENT OF GUAM, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Attached hereto, is the Declaration of the Director of the Department of Public Works, Lawrence P. Perez and a Table of Projects to move forward with the closure of the Ordot Dump.

Dated this 23rd day of January, 2008.

OFFICE OF THE ATTORNEY GENERAL
**Alicia G. Limtiaco**, Attorney General

By: _____
**J. PATRICK MASON**
Deputy Attorney General

Page 1
Declaration of Taking of Lawrence Perez
Superior Court of Guam Civil Case No. CV

I, **LAWRENCE P. PEREZ**, declare as follows:

1. I am the Director of the Department of Public Works ("DPW").

2. I make this declaration in support of the Government of Guam's ("GovGuam") motion to stay payment of the $2.855 million penalty (the "Penalty") accrued through November 20, 2007, as ordered by the Court for violation of the Consent Decree in this case.

3. Based upon information and behalf, the Governor has used the limited authority, given to him by the Legislature to transfer funds from one budget account to another in the current fiscal year budget, to transfer the amount of Penalty from the Territory Education Facilitates fund to a separate account to be used to pay the Penalty as ordered by the Court.

4. DPW, working with Duenas, Bordallo, Camacho and Associates ("Duenas"), has identified certain projects related to the closure of the Ordot Dump and has estimated the costs of those projects. A list of those projects is attached hereto and incorporated herein.

5. GovGuam is prepared to have Duenas move forward and begin those projects as soon as funds become available. DPW does not currently have funds to authorize Duenas to begin the projects. Although the total combined cost of all the projects totals more than $2.855 million, if the amount of the Penalty is available for payment, DPW will work with Duenas to prioritize the projects and move forward with those that can be funded.

I certify, under penalty of perjury, that the foregoing is true and correct.

I have signed this Declaration on this 23rd day of January, 2008.

_____
**LAWRENCE P. PEREZ**
Director, Department of Public Works

# TABLE OF PROJECTS

| PROJECT DESCRIPTION | ESTIMATED AMOUNT | IMPLEMENTATION DATE |
|---|---|---|
| Continuation of Ground Waste Water Monitoring Wells for Ordot Dump (after installation by Duenas, Bordallo & Assoc.) | $25,000.00 | ASAP Upon Availability of Fund |
| Environmental Monitoring Network for Ordot | $50,000.00 | ASAP Upon Availability of Funds |
| House Hold Hazardous Waste Facility Operations (HASSO Guam) | $300,000.00 | ASAP Upon Availability of Funds |
| Procurement and distribution of compartment containers, receptacles and roll-offs containers for Recycling | $500,000.00 | ASAP Upon Availability of Funds |
| Award of Solid Waste Accounts Receivables Professional Collection Services | $200,000.00 | ASAP Upon Availability of Funds |
| Ordot Dump Closure Financial Plan Update | $60,000.00 | ASAP Upon Availability of Funds |
| Permanent Groundwater Monitoring Network for New MSWLF | $1,004,885.00 | ASAP Upon Availability of Funds |
| Gas Monitoring System for Ordot Dump Facility | $10,000.00 | ASAP Upon Availability of Funds |
| Assessment and EIS for future Green Waste Disposal System | $25,000.00 | ASAP Upon Availability of Funds |
| Storm Water Management Plan for Ordot Dump Facility | $75,000.00 | ASAP Upon Availability of Funds |
| Labels for Residential Receptacles | $75,000.00 | ASAP Upon Availability of Funds |
| Rental of heavy equipment for covered material at Ordot Dump Facility | $1,800,000.00 | ASAP Upon Availability of Funds |
| Renewal of Ordot Dump Facility Permit | $10,000.00 | ASAP Upon Availability of Funds |
| New MSLF Site Appraisal Update | $50,000.00 | ASAP Upon Availability of Funds |