# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | Civil Case No. 02-00022 |
|---|---|
| Plaintiff, | |
| vs. | **AMENDED MINUTES** |
| GOVERNMENT OF GUAM, | |
| Defendant. | |

ORDOT DUMP ON-SITE VISIT
January 23, 2008 (8:35 a.m.)

Notes: Appearing on behalf of Plaintiff was Assistant U.S. Attorney Mikel Schwab. Appearing on behalf of Defendant was Assistant Attorney General Patrick Mason. Also present: Governor Felix P. Camacho, Senators Eddie Calvo and James Espaldon, DPW Director Larry Perez, DPW Solid Waste Division Superintendent Dominic Muna, Cynthia Jackson from DPW, Guam E.P.A. Administrator Lorilee Crisostomo, Guam E.P.A. Hydro-Geologist Victor Wuerch, Michael Gawel and Barbara Torres of Guam E.P.A., and Kenneth Rekdahl of Duenas, Bordallo, Camacho & Associates.

    Mr. Rekdahl commented on the action plan submitted by his firm and summarized in part the recommendations presented in the action plan. Exhibits A, B and C presented by Mr. Rekdahl and received by Court. DPW Superintendent Dominic Muna explained the daily operations of the landfill and the measures they have taken to remain in compliance with E.P.A.

Mr. John Gerber and Mr. Angel Santos stated their concerns regarding the exposure of toxins and the closure of the landfill.

The site visit concluded at 9:30 a.m.

                                        Prepared by Virginia T. Kilgore, Deputy Clerk