DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | Civil Case No. 02-00022 |
|---|---|
| Plaintiff, vs. | **MINUTES** |
| GOVERNMENT OF GUAM, | |
| Defendant. | |

CHAMBER CONFERENCE
January 24, 2008 (9:22 a.m.)

Notes: Appearing on behalf of Plaintiff was Assistant U.S. Attorney Mikel Schwab and Assistant U.S. Attorney Jessica Cruz. Appearing on behalf of Defendant was Assistant Attorney General Patrick Mason. Also present was Ray Haddock, Legal Counsel for the Governor of Guam.[1]

The Court and counsel discussed the Government of Guam's Motion to Stay Payment of Penalty and Deposit Funds filed yesterday. Mr. Mason informed Court that a check has been prepared and is available to be deposited with the Court. They further discussed how the money is to be deposited and procedures for disbursement.

Meeting concluded at 9:38 a.m.

Prepared by: Virginia T. Kilgore and Carmen B. Santos
Deputy Clerks

---

[1] Court Reporter: Wanda M. Miles