IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CIVIL MINUTES
GENERAL

CASE NO.: CV-02-00022  DATE: January 24, 2008
CAPTION: USA vs. Government of Guam

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley / Sara Weber / Judith Hattori   Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore / Carmen B. Santos   Electronically Recorded: 9:34:35 - 10:15:45
                                                              10:35:06 - 11:45:20

CSO: F. Tenorio / J. Lizama / B. Benavente

---

**APPEARANCES:**

Counsel for Plaintiff(s)  
Mikel Schwab and Jessica Cruz  
Robert Mullaney appearing via video conference  
Appearing via video conference: Julia Jackson,  
Pankaj Arora, John McCarroll and Fred Schauffler of U.S. E.P.A.

Counsel for Defendant(s)  
Patrick Mason  
Seated at counsel table: Governor Felix P. Camacho  
Acting Speaker Eddie Calvo  
Senator James Espaldon

---

**PROCEEDINGS: Status Hearing**
- Court granted the Motion to Stay Payment of Penalty and Deposit Funds and allowed the Government of Guam to deposit the money with the Court to be placed in an interest bearing savings account. Order to be issued by Court.
- Exhibits A, B, C and D presented by Mr. Rekdahl. Mr. Rekdahl to provide certified exhibits attached to the action report and a copy of the survey report.
- U.S. E.P.A.'s Response to Action Report due: February 7, 2008. Reply due: February 21, 2008.
- Court stated that unannounced visits to the Ordot landfill will be conducted. No objections. On-site visit to U.S. Navy landfill and recycling facility set for February 27, 2008 at 8:30 AM.
  Status Hearing set for: February 28, 2008 at 9:00 A.M.

NOTES: Governor Camacho and Acting Speaker Calvo stated their concerns regarding the closing of the Ordot dump, and their interests in implementing a recycling facility.

Mr. Mason informed Court that the GRRP should be removed from the list of receivers submitted. He further informed Court that a complaint to condemn the Dandan site was filed in the Superior Court of Guam today.

Mr. Tor Gudmundsen and Mr. Kenneth Rekdahl, sworn and examined by Court.

Court invoked the supremacy clause and declared Section 98 of Public Law 29-19 unconstituional and void. Order to be issued by Court.