# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CIVIL CASE NO. 02-00022 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER RE: STAY OF IMPOSITION OF PENALTIES** |
| vs. | ) | |
| | ) | |
| GOVERNMENT OF GUAM, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

As of November 20, 2007, the Government of Guam owed stipulated penalties of $2,855,000.00 (the "penalties")[1] for its failure to meet the requirements of the Consent Decree entered in this case. On December 14, 2007, the court ordered that amount due in full and payable to the United States Government on or by January 24, 2008, for such violations.[2] (*See* Docket No. 177).

On January 23, 2008, the Government of Guam filed a Motion to Stay Payment of Penalty and Deposit Funds with the Court. (*See* Docket No. 211). In order to prevent further

---

[1] Penalties continue to accrue on a daily basis.

[2] The court notes that the United States did not move for the imposition of the stipulated penalties. Rather, the court *sua sponte* issued the order.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

delay in closing the Ordot Dump, the court **GRANTS** the Government of Guam's motion to stay the imposition of the penalties and makes the following order.

IT IS ORDERED that the court will treat the Government of Guam's Motion to Stay Payment of Penalty and Deposit Funds with the Court, as a motion for reconsideration of the imposition of penalties of $2,855,000.00. In that view, the court will grant the motion and stay the imposition of the penalties.

However, while the imposition of the penalties are held in abeyance, the court will order that the amount of $2,855,000.00 be deposited with the Clerk of Court as a good faith deposit evidencing the Government of Guam's willingness to come into compliance with the terms of the Consent Decree. A separate Order of Deposit will be issued pursuant to Rule GR 8.1 of the Local Rules of Practice.

The payment of these funds into the court's registry are separate and apart from any stipulated penalties owed under the Consent Decree. Accordingly, these funds upon motion of the Government of Guam and final approval of the court, may be used to pay for expenditures that will facilitate the enforcement of the Consent Decree, including, but not limited to the closure of the Ordot Dump and the opening of a new landfill. The United States shall have two working days following service of the Government of Guam's request for disbursement upon it, to file a response to the request. Thereafter, the court will make an expedited ruling on the request.

If the Government of Guam anticipates using the funds deposited with the court to pay for certain projects, it must, before beginning a project, submit to the court a specific description of the work to be done on the project, who will be performing the services, the estimated total cost of the project and a statement of how payment will be made; then, when

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

invoices for payment for the work are received by DPW, the Government of Guam will submit the invoice to the court for approval and payment from the funds on deposit with the Clerk of the Court. Payment from the funds on deposit shall be made only upon an order of the court.

**IT IS SO ORDERED.**



**/s/ Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: Jan 24, 2008**