DISTRICT COURT OF GUAM

TERRITORY OF GUAM

UNITED STATES OF AMERICA

    Plaintiff,

vs.

GOVERNMENT OF GUAM,

    Defendant.

Civil Case No. 02-00022

**ORDER OF DEPOSIT**

Pursuant to General Rule 8.1 Deposits in Court – Responsibility of the Clerk;

IT IS HEREBY ORDERED THAT:

1. The Clerk shall deposit the amount of TWO MILLION EIGHT HUNDRED FIFTY FIVE THOUSAND DOLLARS ($2,855,000.00), into an interest bearing savings account, said funds to remain on deposit pending further order of the court. GR 8.1(e)(1).

2. The Clerk shall deposit the money in a financial institution insured by the Federal Deposit Insurance Corporation or the Federal Savings and Loan Insurance Corporation. GR 8.1( c).

3. The Clerk shall deposit the money as soon as practicable following service of a copy of this order. GR 8.1(d).

4. Any future disbursement of these funds shall only be made pursuant to court order. The signatures of both the (1) Clerk of Court or Chief Deputy Clerk and (2) the Financial Administrator of the court are required to disburse the funds.

5. The Clerk of Court is hereby relieved from any personal liability relative to compliance with this order.

IT IS SO ORDERED.



**/s/ Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: Jan 24, 2008**