

**Office of the Attorney General**
**Alicia G. Limtiaco**
Attorney General of Guam
**Civil Division**
287 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com

**Attorneys for the Government of Guam**

FILED
DISTRICT COURT OF GUAM
JAN 24 2008 @ 2:55p
JEANNE G. QUINATA
Clerk of Court

## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL CASE NO. 02-00022 |
| Plaintiff, | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| GOVERNMENT OF GUAM, | ) | |
| Defendant. | ) | |

The undersigned hereby certifies that on the 23rd day of January 2008, I served via hand delivery, a true and correct copy of **GOVERNMENT OF GUAM'S MOTION TO STAY PAYMENT OF PENALTY AND DEPOSIT FUNDS WITH THE COURT AND SUPPORTING MEMORANDUM,** and the **DECLARATION OF LAWRENCE P. PEREZ,** upon the following:

/ / /

---
Page 1
Certificate of Service
District Court of Guam Case No. CV02-00022

| LEONARDO M. RAPADAS | MIKEL W. SCHWAB |
| --- | --- |
| United States Attorney | Assistant U.S. Attorney |
| U.S. Attorney's Office | U.S. Attorney's Office |
| Sirena Plaza, Ste. 500 | Sirena Plaza, Ste. 500 |
| 108 Hernan Cortez | 108 Hernan Cortez |
| Hagatna, Guam 96910 | Hagatna, Guam 96910 |

Dated this 23rd day of January, 2008.

*Sharon C. Rodriguez*
SHARON C. RODRIGUEZ