Office of the Attorney General
Alicia G. Limtiaco
Attorney General of Guam
Civil Division
287 West O'Brien Drive
Hagåtña, Guam 96910 ● USA
(671) 475-3324 ● (671) 472-2493 (Fax)
www.guamattorneygeneral.com

Attorneys for the Government of Guam

**FILED**
DISTRICT COURT OF GUAM
JAN 2 4 2008
JEANNE G. QUINATA
Clerk of Court

# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> GOVERNMENT OF GUAM, <br><br> Defendant. | CIVIL CASE NO. 02-00022 <br><br> **CERTIFICATE OF SERVICE** |

The undersigned hereby certifies that on the 24th day of January 2008, I served via hand delivery, a true and correct copy of **ORDER RE: PAYMENT OF PENALTY BY GOVERNMENT OF GUAM**, and the **ORDER OF DEPOSIT**, upon the following:

| | |
|---|---|
| **LEONARDO M. RAPADAS** <br> United States Attorney <br> U.S. Attorney's Office <br> Sirena Plaza, Ste. 500 <br> 108 Hernan Cortez <br> Hagatna, Guam 96910 | **MIKEL W. SCHWAB** <br> Assistant U.S. Attorney <br> U.S. Attorney's Office <br> Sirena Plaza, Ste. 500 <br> 108 Hernan Cortez <br> Hagatna, Guam 96910 |

Dated this 24th day of January, 2008.

*Sharon C. Rodriguez*
**SHARON C. RODRIGUEZ**