IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL CASE NO. 02-00022 |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF RECEIPT OF LETTER** |
| GOVERNMENT OF GUAM, | ) | |
| Defendant. | ) | |

In the interest of full and complete disclosure, the court hereby advises the parties that it received the emailed letter attached hereto from George Hatzimihalis, from Hatlar Environmental Pty Ltd. of Melbourne, Victoria, Australia.

**SO ORDERED.**

/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: Jan 25, 2008



23 January 2008

**Hon. Frances Tydingco-Gatewood**
**Chief Judge**
District Court of Guam

Cc: **Mr. Lawrence P. Perez**
**Director**
Department of Public Works

**Re: Alternate Proposal to Manage Municipal Solid Waste in Guam**

Dear Hon. Frances Tydingco-Gatewood,

My name is George Hatzimihalis and I am the Principal of Hatlar Environmental Pty Ltd (Hatlar) based out of Australia. I read with great interest a Pacific Daily News article with respect to the utilisation of Plasma arc gasification for the management of the Municipal Solid Waste in Guam. I thought it is important that you consider that there are several viable alternative options to the Ordot landfill and incineration options being proposed.

Hatlar has been working with Plasma Technology for over 8 years now and through an associated company, Globaltech Environmental, has been working on the establishment of the Startech Plasma Converter System to treat hazardous waste in China, Philippines, Australia and Thailand. Undoubtedly, Plasma is a superior technology in the destruction of hazardous waste due to the high temperatures that can be achieved. However, for an island like Guam the energy balance of such a system needs to be taken into consideration.

Hatlar, on behalf of Globaltech Environmental has undertaken several feasibility studies including an assessment of applicable alternative technology to replace the Ordot Landfill with a viable sustainable option which can also be extended to handle a significant proportion of the military waste that is also being generated. Our recommendation to Globaltech is to consider a three stage process. I have summarised this process below:

The first stage involves receiving the waste and passing the waste through an autoclave system. This has several advantages as it enables a significant amount of the recyclables to be recovered, provides as much as a 70% reduction in volume

*PROJECT MANAGEMENT • INDUSTRIAL WASTE • CLEANER PRODUCTION • RISK MANAGEMENT*



thus reducing the size of the required infrastructure downstream of the autoclave and also allows for the delamination of cans and other printed material. The autoclaved biomass material is then passed through an automated sorting process recovering glass, aluminium, tin cans, rubber, and plastic for recycling. The remaining material or biomass passes through to the gasification stage. It is important to note that all hazardous waste (around 0.5%) of the MSW is removed and treated through a smaller 10-20 ton per day plasma converter system, thus, maintaining energy efficiency in the overall system.

In the second stage the biomass and non recyclable plastic, fabric and rubber is passed through a gasification process to generate a synthesis gas that can then be converted to a variety of products. Our proposal would be to utilise the synthesis gas to generate electricity. Based on a 400 ton per day system, the system would be able to generate approximately 20MW/h of power. This system would therefore also provide the island with a substantial load of electricity which is urgently needed especially with the larger influx of US military personnel.

The by-products of the gasification process are ash, which would be cleaned as all hazardous waste, was segregated in the initial phase of the sorting process and the synthesis gas which is used to generate electricity. The ash is sent to the cement kilns for recycling.

Some of the energy generated is recycled back to the system to operate the plant and to the smaller plasma system for the treatment of the hazardous waste. On behalf of Globaltech Environmental, Hatlar has prepared a fully costed proposal for implementing the system in Guam and the proposal has shown it to be viable on the basis of current tipping fees and the Sale of electricity. Hatlar would be more than happy to make a presentation to you on the proposed option on behalf of its client Globaltech Environmental.

For your information, Globaltech is currently in the process of finalizing a conditional line financing arrangement for the project and would therefore mean that the capital required for this project would come from the private sector. Moreover, the technology being proposed is out of the US and complies in all aspects with USEPA environmental criteria.

Thank you for taking the time to read this letter and we would welcome the opportunity to present our proposed option and strategy for managing MSW for Guam at your most convenient time.


Yours sincerely


George Hatzimihalis
Director/Principal Consultant
Hatlar Environmental Pty Ltd.