DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GOVERNMENT OF GUAM,<br><br>　　　　Defendant. | Civil Case No. 02-00022<br><br>**NOTICE OF RECEIPT OF LETTER** |

　　　　In the interest of full and complete disclosure, the court hereby advises the parties that it received the letter attached hereto from Mr. Joe C. Nangauta.

　　　　So Ordered.

　　　　　　　　　　　　　　　　　　　　**/s/ Frances M. Tydingco-Gatewood**
　　　　　　　　　　　　　　　　　　　　　　**Chief Judge**
　　　　　　　　　　　　　　　　　　　　**Dated: Jan 30, 2008**

Joe C. Nangauta

PO Box 336455

Las Vegas Nevada 89033

Cell Ph: (702) 287-0678  Hm: (702) 644-6717

Dear Honorable Judge Tydingco-Gatewood,

I am humbly pleading to you to please reverse your decision in reference to the landfill in Dandan. Indeed, our political leaders (policy makers) maybe too slow in making emergency decision for this important issue that facing our island. I want to be part in making the difference to protect the livelihood of the people of Guam. If the bad odor from a volcano coming from another island can reach Guam in the past, then the landfill in Dandan will ruin the island's economy, our livelihood, agricultural, water resource, and wildlife habitat.

The transformation of undisturbed mountain land to landfill waste and the inputs and practices used to dump the island's trash on top of the mountain site can destroy wildlife habitat, pollute the air and water, degrade soil quality, and affect water supplies and the livelihood of the people of Guam. The extent and degree of the environmental problems will associate with the economy and community's livelihoods vary widely across the island of Guam.

Let us not forget that people drink and cook with the water. People bathe and children play in it. How often do people stop and think about it? Many people probably don't give water much thought. Now is a good time to consider and change that.

We must not forget that people and wildlife depend on agricultural and water to live, but if we don't make any efforts to conserve and protect this valuable resource, we may be putting all living beings at risk.

Indeed, only after the last tree has been cut down, only after the last river has been poisoned, only after the last fish has been caught, only then will we find that money can not be eaten.

Yes your Honor environmentalism can most simply be defined as the extension of the Golden Rule to include other species." "Wildlife *must* be given top priority, because they can't protect themselves from us. Indeed when we build infrastructure for hazardous on top of the beautiful mountain view, we must not forget the air pollution and downhill flows will only poison the economy and the people's livelihood.

Joe C. Nangauta

RECEIVED
JAN 29 2008
DISTRICT COURT OF GUAM
HAGATNA, GUAM