ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: 671-472-7332
Fax: 671-472-7215

**FILED**
DISTRICT COURT OF GUAM
JAN 3 1 2008
JEANNE G. QUINATA
Clerk of Court

Attorneys for the United States of America

UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 02-00022 |
| Plaintiff, ) | |
| vs. ) | CERTIFICATE OF SERVICE |
| GOVERNMENT OF GUAM, ) | |
| Defendant. ) | |

I, Jacqueline O. Emmanuel, Administrative Assistant, hereby certify that on 31st day of January 2008, I caused to be served by personal service the following document: "United States' Comments on Ordot Dump Action Report", Civil Case No. 02-00022, <u>United States of America vs. Government of Guam</u>, to the following attorney of record:

Alicia G. Limtiaco
Office of the Attorney General
287 West O'Brien Drive
Hagatna, GU 96910

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

BY: _____
JACQUELINE EMMANUEL
Administrative Assistant