# IN THE DISTRICT COURT OF GUAM
## HAGÅTÑA, GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil Case No. 02-00022 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER RE: CHANGE OF** |
| vs. | ) | **VENUE FOR SITE VISIT** |
| | ) | |
| GOVERNMENT OF GUAM, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The site visit currently scheduled for February 27, 2008, at 8:30 a.m., at the U.S. Navy Landfill and Recycling Facility, is hereby changed to occur at the Solid Waste Management Transfer Stations in Dededo, Malojloj, and Agat. Parties and attorneys shall meet at the Dededo Transfer Station at 8:30 a.m. on February 27, 2008, and afterwards will proceed to the other Transfer Stations. The status hearing will remain scheduled for February 28, 2008 at 9:00 a.m.

IT IS SO ORDERED: This 14th day of February, 2008.

**/s/ Frances M. Tydingco-Gatewood**
  **Chief Judge**