Office of the Attorney General
Alicia G. Limtiaco
Attorney General of Guam
Civil Division
287 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com

**Attorneys for the Government of Guam**

# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CIVIL CASE NO. 02-00022 |
| Plaintiff, | ) | |
| vs. | ) | GOVERNMENT OF GUAM'S RESPONSE TO PUBLIC AUDITOR'S RECOMMENDATIONS |
| GOVERNMENT OF GUAM, | ) | |
| Defendant. | ) | |

In its December 14, 2007-Order, the Court ordered that "GovGuam shall submit a Response to Performance Audit Recommendations" of the Public Auditor by February 14, 2008.

The Office of the Public Auditor ("OPA") issued a "Department of Public Works Commercial Tipping Fees Performance Audit" (the "Audit") in August 2007. Appendix 11 attached to the Audit (at page 57) is a document titled "Status of Audit Recommendations." For the Court's convenience, attached hereto as **Exhibit "A"** is a copy of the OPA's Status of

Audit Recommendations. This covers nine specific recommendations made by the OPA. Attached hereto as **Exhibit "B"** are DPW's responses to each of the nine recommendations made by the OPA. Exhibit "B" is submitted in response to the Court's Order.

Respectfully submitted this 14th day of February, 2008.

OFFICE OF THE ATTORNEY GENERAL<br>
**ALICIA G. LIMTIACO, Attorney General of Guam**

By: _____
    **J. PATRICK MASON**
    Deputy Attorney General

# EXHIBIT "A"

# Appendix 11:
# Status of Audit Recommendations

| | Audit Finding | Status | Action Required |
|---|---|---|---|
| 1 | Transfer Solid Waste Management billing function from DOA to DPW | Management Concurs. Additional information needed. | DPW and DOA coordinate the transfer of the commercial billing function from DOA Division of Accounts to DPW. We suggest that the full transition take effect by October 1, 2007. |
| 2 | Deficient billing process. | Management Concurs. Additional information needed. | DPW and DOA establish formal billing and payment cycle for commercial haulers. |
| 3 | Lack of collection follow-up efforts. | Management Concurs. Additional information needed. | DPW aggressively pursue collection from commercial haulers and OCH who are beyond the 60 day payment and restrict access to the Ordot Dump for those who have past due accounts beyond 60 days and/or for noncompliance with the law. |
| 4 | Lack of service contract agreements. | Management Concurs. Additional information needed. | DPW work with the OAG in the finalization of service contract agreements with commercial haulers to include payment terms, application of unidentified payments, minimum timeframe to dispute billings, right to audit clause, penalties for failure to comply with terms and conditions pursuant to law, and denial of access to any transfer stations or the Ordot Dump for non-payment. |
| 5 | Inoperable weigh scale. | Management Concurs. Additional information needed. | DPW secure a weigh scale using the proper procurement process. |
| 6 | Unserviced residential customers. | Management Concurs. Additional information needed. | DPW determine the number of unserviced residential customers and coordinate the servicing of these customers by either DPW or the commercial haulers. |
| 7 | Unbilled government tipping fees. | Resolved. | No Action Required. |
| 8 | Cash collection for self-haul customers. | Resolved. | No Action Required. |
| 9 | Development of residential collection district plan. | Management Concurs. Additional information needed. | DPW follow P.L. 26-99 and immediately issue a solicitation of interest to be issued for the development of a residential collection district plan IFB. |

# EXHIBIT "B"

Report No. 07-08 Audit Recommendation Status

| | Audit Finding | Status | Action Required |
|---|---|---|---|
| 1 | Transfer Solid Waste Management Billing function from DOA to DPW. | The transferring of Solid Waste Management billing function from DOA to DPW was transferred in July 2007 with full implementation in October 2007. | Oct-07 |
| 2 | Deficient Billing process. | DPW has established a billing and payment cycle not only for commercial haulers, but also for other commercial haulers (i.e., small businesses that haul their own solid waste to the Ordot Dump) and government customers. Commercial haulers, other commercial haulers and Government customers are being billed monthly. A monthly summary statement and copies of the daily invoices are hand delivered to the major commercial haulers and government customers, whereas the other commercial haulers' billing statements are mailed to them. A total shutdown policy (denial of access to any transfer stations or the Ordot Landfill) is in effect for customers that are more than 60 days delinquent in their payments. | On-Going / Monthly |
| 3 | Lack of collection of delinquent accounts | DPW has awarded a contract for collection of delinquent accounts to Solid Waste Accounts Receivables Professional Collection Services. The contract is under review for final approval. DPW expects to execute it in early March 2008. DPW will then submit delinquent customer information to the collection company for collection. | March-98 |
| 4 | Lack of service contract agreements. | DPW has submitted to the Attorney General's Office and the Office of the Public Auditor drafts of service and fee agreements for residential, commercial, government and other commercial haulers for review and approval. These agreements state trash collection and fee payment requirements for all classes of customers. Customers who do not execute an agreement will not receive collection service. | Feb-08 |

| | Audit Finding | Status | Action Required |
|---|---|---|---|
| 5 | Inoperable Weigh Scale | On August 8, 2007, DPW advertised an invitation for bids in order to provide and install a scale and to construct a scale house at the Ordot Dump. However, no bids were submitted by the September 24, 2007 closing date. Due to the lack of bidders, DPW allowed Duenas, Bordallo and Camacho, under its current contract, to place a scale at the Ordot Dump for three months to collect data regarding the weight and volume of incoming waste in order to determine the remaining airspace at the Ordot Dump and whether tipping fees should be based on tonnage or volume. DPW will again issue a request for bids in the hope of finding a vendor to install a scale and construct a scale house. | Mar-08 |
| 6 | In-service residential customers. | DPW has prepared residential customer maps by route assignment and by village. Packer truck operators are given color coded maps to assist in identifying registered and non-registered customers. Operators are instructed not to serve non-registered customers. Registration forms are available at One Stop, Mayor's Office's, the DPW Web Site, and DPW customer service. DPW will continue to make public service announcements in the local newspapers to advise customers of the registration requirement. DPW is continuously searching the island for non-registered customers. | On-Going / Daily / February 2008 |
| 7 | Unbilled government tipping fees. | Government accounts have been established since April 2007 and are being billed monthly. Shut-down letters are being sent to government customers that do not pay their fees when due. This seems to be working. | On-Going / Monthly |
| 8 | Cash collection for self-haul customers. | DPW is implementing armored car services to pick up revenues collected from customers at the Agat, Dededo, and Malojloj Transfer Stations and the Ordot Dump. | DPW will process a requisition for services to commence March 1, 2008. |
| 9 | Development of residential collection district plan. | DPW has drafted a plan to divide Guam into three solid waste collection districts to outsource residential solid waste collection services in accordance with Public Law 26-99.2. DPW is communicating with GSA's Chief Procurement Officer to finalize the procurement documents for outsourcing solid waste collection. One of the requirements for outsourced solid waste collectors will be to identify unregistered customers. | On-Going |