# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CIVIL MINUTES
# GENERAL

CASE NO.: CV-02-00022  DATE: February 19, 2008
CAPTION: United States of America vs. Government of Guam

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber                          Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore/Carmen B. Santos   Electronically Recorded: 1:00:07 - 1:10:14

CSO: J. Lizama

---

**APPEARANCES:**

Counsel for Plaintiff(s)                        Counsel for Defendant(s)
Mikel W. Schwab                                 Patrick Mason
Robert Mullaney (via teleconference)

---

**PROCEEDINGS: Status Hearing**

- Court addresses issue of the letter it received on Friday questioning its impartiality. Parties have no objections to Chief Judge Frances Tydingco-Gatewood presiding over the case. Parties further state that there are no questions or concerns regarding the issues raised by the letter and that they needed no further information or additional time to file papers relevant to this issue .
- Court vacates the status hearing scheduled for February 28, 2008 and states that the parties will be notified of the new date.

NOTES: The court states that an order after hearing will be issued memorializing today's status hearing.

Senator Benjamin J. F. Cruz
ADA PLAZA CENTER
E-MAIL: cjbjcruz@aol.com
PHONE: (671)472-3546/48 • FAX: (671)472-3547

I Mina'Bente Nuebi Na Libeslaturan Guåhan
29th Guam Legislature
155 Hesler Place, Hagåtña, Guam 96910
OFFICE: Suite 205 Aspinal Avenue, Hagåtña, Guam 96910

February 15, 2008

The Honorable Frances Tydingco-Gatewood
Chief Judge
District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910


RECEIVED
FEB 15 2008
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Dear Chief Judge Tydingco-Gatewood:

It is with great hesitancy that I write this letter, but given my years of experience and devotion to the legal system, I am compelled to bring to light this sensitive matter requiring your attention.

Last month I attended proceedings in your courtroom relative to the consent decree requirements for closing the Ordot Dump and opening a new landfill. At the hearing, I observed Ms. Kim Walmsley, a staff attorney at the U.S. District Court of Guam, sitting in the courtroom taking notes. According to the District Court's website, Ms. Walmsley is your Law Clerk. I understand she has also attended site visits conducted by the Court for the consent decree.

I would have thought that Ms. Walmsley would not be participating in this case because of the inter-relatedness between the Dandan decision and her vested interest in opposing the construction of a landfill in Guatali. If my memory is correct I believe that Ms. Walmsley was involved in a dispute that received media attention concerning a case she and her domestic partner, Ms. Tracy Michelle Christy, had filed in the Superior Court of Guam against a neighbor over property she owned in Sinifa, Santa Rita (Case # CV0872-05).

Ms. Walmsley is the registered owner of Lot 9 – 2, Tract 253, (Subdivision of Lot 9, Tract 253), Municipality of Santa Rita, (Formerly of Agat), Territory of Guam, Estate Number 17792, Suburban, as said Lot is marked and designated on Drawing Number RTDC 021203, as L.M. Check Number 098 FY 2003, as described in that Re-Subdivision Survey Map, dated May 28, 2003 and recorded June 5, 2003 at the Records Division, Department of Land Management, Government of Guam, under Document Number 676072, which overlooks the proposed Guatali landfill site. This is confirmed by a copy of the Warranty Deed filed for record as Instrument No. 683716 (attached as Exhibit #1).

Ms. Christy attended a public meeting held on January 15, 2008, hosted by Santa Rita Mayor Joseph Wesley and Senator James V. Espaldon to oppose the construction of the landfill in Guatali. She expressed this position through her signature on a petition entitled "PETITION AGAINST A LANDFILL OR INCINERATOR" (attached as Exhibit #2). Her signature dated



January 15, 2008 is the third signature affixed under the statement "I OPPOSE ANY LANDFILL OR INCINERATOR TO BE DEVELOPED AND OPERATED WHETHER BY A PRIVATE CONTRACTOR OR GOVERNMENT ENTITY IN THE VILLAGE OF SANTA RITA." A portion of Ms. Christy's participation in the meeting was captured on video, which I will make available at your request.

As a result, there appears to be a conflict of interest with regard to Ms. Walmsley and her participation in the Consent Decree filed against the government of Guam.

The judicial office, through the representations of a law clerk, could be used to promote the private interests of others in violation of Canon 2B of the Code of Judicial Conduct. Judges must require their staff "to observe the standards of fidelity and diligence that apply to him." Canon 3B(2).

The Court must disclose whether or not Ms. Walmsley has been involved in the research and the writing of any of the court's decisions in this case, including Legislative Resolution No. 103. It is also important that the Court divulges or discloses the appearance of this conflict to all parties involved.

For these reasons, I believe you must review whether the appearance of this conflict requires your recusal from this case.

Respectfully submitted,

BENJAMIN J.F. CRUZ

cc: Attorney General Alicia G. Limtiaco
U.S. Attorney Leonardo M. Rapadas

083716

(TG-E)

# WARRANTY DEED

TO ALL WHOM THESE PRESENTS MAY COME, GREETINGS:

THAT ON THIS 14th day of **October, 2003**, **MAANASARA INC.**, whose address is PMB-66, 1270 N. Marine Drive, #101, Tamuning, Guam-96913, hereinafter referred to as "GRANTOR", for and in consideration of the sum of TEN DOLLARS ($10.00) and other valuable consideration to them paid by **KIM R. WALMSLEY**, whose address is P.O. Box 326472, Hagatna, Guam 96932, and hereinafter referred to as "GRANTEE", the receipt, adequacy and sufficiency whereof is hereby acknowledged, do hereby GRANT, BARGAIN, SELL and CONVEY unto the GRANTEE, **as her sole and separate property**, the following described property:

**LOT NUMBER 9-2, TRACT NUMBER 253**, (Subdivision of Lot 9, Tract 253), **MUNICIPALITY OF SANTA RITA**, (Formerly of AGAT), TERRITORY OF GUAM, ESTATE NUMBER 17792, SUBURBAN, as said Lot is marked and designated on DRAWING NUMBER RTDC 021203, as L.M. CHECK NUMBER 098 FY 2003, as described in that Re-Subdivision Survey Map, dated MAY 28, 2003 and recorded JUNE 5, 2003 at the Records Division, Department of Land Management, Government of Guam, under Document Number 676072.

Registered Land, with the LAST REGISTERED OWNER being **P.D. HEMLANI**, and the OWNER OF RECORD being **MAANASARA INC.**, and the LAST CERTIFICATE OF TITLE REGISTRATION NUMBER being 61524.

**AREA:** 929 +/- SQUARE METERS

1 083716

TOGETHER with reversions, remainders, rents, issues and profits thereof and all of the estate, right, title and interest of the GRANTOR, both at law and in equity, therein and thereto.

TO HAVE AND TO HOLD the same, together with all buildings, improvements, rights, easements, privileges and appurtenances thereon and thereto belonging or appertaining or held and enjoyed therewith, unto GRANTEE, in fee simple, GRANTEE'S successors and assigns forever.

AND GRANTOR, for GRANTOR and GRANTORS' heirs, executors and administrators do hereby WARRANT and COVENANT with the GRANTEE, and GRANTEE'S successors and assigns, that they are lawfully seized of the above described property in fee simple; that the same is free and clear of all encumbrances excepting current real property taxes not yet due and payable.

AND GRANTEE, for GRANTEE and GRANTEE'S successors and assigns does hereby acknowledge and confirm that water and power are immediately available on the property or within 100 feet of the property described above.

IN WITNESS WHEREOF, this instrument has been executed the day and year first above written.

GRANTORS:
MAANASARA INC.,

_____
SUDHAKAR NARAYANASWAMY
**Authorized Representative**

GRANTEE:

_____
KIM R. WALMSLEY

GUAM U.S.A.            )
                       ) ss
CITY OF HAGATNA        )

ON THIS ___10___ day of **October, 2003**, before me, a Notary Public in and for GUAM U.S.A., personally appeared **KIM R. WALMSLEY**, and he/she acknowledged to me that he/she executed the foregoing WARRANTY DEED, as his/her free and voluntary act and deed for the purposes therein set forth.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year first above written.

_____
NOTARY PUBLIC
My commission expires:

```
CHERYL C. EVANGELISTA
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires: Jan 14, 2006
P.O. Box 1783 Hagatna, Guam 96932
```

2

GUAM U.S.A.            )
                       ) ss
CITY OF HAGATNA        )

ON THIS __14__ day of **October, 2003**, before me, a Notary Public in and for GUAM U.S.A., personally appeared _SUDHAKAR NARAYANASWAMY_, **Authorized Representative for and on behalf of MAANASARA INC.**, and he/she acknowledged to me that he/she executed the foregoing WARRANTY DEED, for and on behalf of the said corporation, as his/her free and voluntary act and deed for the purposes therein set forth.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year first above written.

_____
NOTARY PUBLIC
My commission expires:

CHERYL C. EVANGELISTA
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires: Jan 14, 2006
P.O. Box 1783 Hagatna, Guam 96932

3

# PETITION AGAINST A LANDFILL OR INCENERATOR

**I OPPOSE ANY LANDFILL OR INCENERATOR TO BE DEVELOPED AND OPERATED WHETHER BY A PRIVATE CONTRACTOR OR GOVERNMENT ENTITY IN THE VILLAGE OF SANTA RITA.**

| PRINT NAME | SIGNATURE | DATE | ADDRESS | CONTACT NO. |
|---|---|---|---|---|
| Philip Sp... | | | | |
| Arthur C. D... | | | | |
| Arsenio Salumbides | | 15 Jan 08 | #151 FC Bamba Dr. Talisay, Sta Rita | |
| Paulita Salumbides | | " | " | |
| Daryl S Dires | | 15 Jan 08 | 176 FC Babauta Dr. Cross Isl. Rd. Santa Rita | 565-1813 |
| Jean Arroyo | | 1-15-08 | 116 FC Babauta Dr. Agat Sta Rita | 565-2493 |
| Evan Dires | | | 176 Felix C Babauta | |
| Tina Dires | | 1/15/08 | Cross Island Rd Santa Rita | |
| MaryAnn Pinaula | | 1/15/08 | Cross Isd Rd. Agat Hgts | |
| Tim Clements | | 1/15/08 | 148 Ignacio St Agat Hgts | 788-7090 |
| Esther (Bita) Jennings | | 1/15/08 | 145 Bedy Olano Santa Rita | 565-2004 |
| Victoria P. Pickett | | 1/15/08 | 121 San Santa Rita | 565-9521 |
| Peter T. Terlaje | | 1/15/08 | | |
| Gieda Guile | | 1/15/08 | " | 565-2563 |
| Hernalin Avalish | | 1/15/08 | Santa Rita | |
| Forrest Harris | | 1/15/08 | SR | 475-4... |
| Carlos Concepcion | | 1/15/08 | 114 Rt E. Cruz St Santa Rita Champ | 565-2020 |
| Lee Vincel | | 1/15/08 | 150 Juan Mesesnig Santa Rita | 565-6010 |
| Roberta Perez | | 1-15-08 | PO Box 1502 Hagatna Guam | 681-0417 |
| Lorna C Quinata | | 1-15-08 | PO Box 34011 Hagatna GU | 565-3767 |
| Abraxas Mendiola | | 15 Jan 08 | Rt 7122 Agat | 565-3267 |
| Angel Santa | | 15 Jan... | PO Box 21801 | 234-929... |
| Paul Tobiason | | 15 Jan 2008 | PO Box 47 Hagatna | 477-7579 Transcripto Guam |
| Evan Leon Guerrero | | 1/15/08 | 153 Vilig... St | 868-5117 |

# PETITION AGAINST A LANDFILL OR INCENERATOR

**I OPPOSE ANY LANDFILL OR INCENERATOR TO BE DEVELOPED AND OPERATED WHETHER BY A PRIVATE CONTRACTOR OR GOVERNMENT ENTITY IN THE VILLAGE OF SANTA RITA.**

| PRINT NAME | SIGNATURE | DATE | ADDRESS | CONTACT NO. |
|---|---|---|---|---|
| RAY TITIPASNA | | | SR | 477-9341 |
| Ken Lita Santos | | | Santa Rita | 565-4448 |
| Merque Manarite | | | Santa Rita | 565-3482 |
| Anne Brooke | | | PO Box 32... Santa Rita | 789-3551 |
| Esperanza V. Casilao | | | Felix Babauta | 565-2761 |
| Leo Guerrero A. | | | PO B 1595 | 472-8472 |
| FE MONTOYA | | | 123A FELIX BABAUTA ST | 565-1166 |
| Merly Quitano | | | 202 JE. Dizzeta St, R.R. | 565-1781 |
| Wayne Butler | | | 152 Kelaughlin, Santa Rita | 475-3530 |
| Rick Raines | | | PO BOX 1357 SANTA RITA | 475-5792 |
| RICHARD REED | | 1/15/08 | 243 Bapurta S.R. | 565-3621 |
| Elizabeth A. Reed | | 1/15/08 | 243 Bishop Apuron St Santa Rita | 565-3621 |
| James Smith | | 1/15/08 | 402 Cross Island Rd Santa Rita | 565-8261 |
| Nicole Santiago | | 1/15/08 | Santa Rita | 888-7701 |
| Anthony S. Manibosc | | 1/15/08 | Santa Rita | 565-4488 |
| Johnny Sam | | 1/15/08 | SANTA RITA | 565-2663 |
| EVAN S. DIAS | | 1/15/08 | F.C. Babauta Dr. | 565-2499 |
| Ayalle Juan | | 1/15/08 | Sta Rita | 565-2355 |
| Corazon J. Muna | | 1/15/08 | Agat | 565-7378 |
| Rebecca North | | 1/15/08 | Santa Rita | 565-1498 |
| John Boyse | | 1/15/08 | Santa Rita | 565-7468 |
| Valerie Sablan | | 1/15/08 | 120 Rita Pagan St Loyo Santa Rita | 565-7448 |
| Krista Parishinan | | 1/15/08 | 134 Juan M Cruz St Santa Rita | 965-6556 |
| Rueben D. Oliva | | 1/15/08 | #30 E.S. Piraza St. Santa Rita | 969-2452 |
| Simplicio Santos | | 1/15/08 | 372 Peaceful Valley Rd R.R. | 565-1606 |
| Berno Santos | | '' | La Cuta Santa Rita | 788-5288 |
| Antonio P. Flores | | 1/15/08 | 126 Palo Aguino SANTA RITA | 565-5288 |
| Charley G. Herndon | | 01/15/08 | 115 Camp Witek Yona | 456-4676 |

# PETITION AGAINST A LANDFILL OR INCENERATOR

**I OPPOSE ANY LANDFILL OR INCENERATOR TO BE DEVELOPED AND OPERATED WHETHER BY A PRIVATE CONTRACTOR OR GOVERNMENT ENTITY IN THE VILLAGE OF SANTA RITA.**

| PRINT NAME | SIGNATURE | DATE | ADDRESS | CONTACT NO. |
|---|---|---|---|---|
| Helen (?) Dixon | Helen R Dixon | 1/15/08 | 1172 Circus St. Rt. Sta. Rita | 565-1027 |
| (illegible) | (illegible) | 1/15/08 | | |
| Ryan Diver | Ryan Diver | 1-15-08 | 1172 Cocos Island Rd. Sta. Rita | |
| Alexander Lemque (?) | (illegible) | 1-15-08 | Lighthouse Baptist Church | 565-9884 |
| Althea | | 1-15-08 | 1172 Cocos Island Sta. Rita | 565-1020 |
| Malve Lemque | M Lemque | 1-15 | Lighthouse Baptist Church | 565-9854 |
| Doris Hurst | Doris Hurst | 1/15/08 | Lighthouse Baptist Church | 565-9889 |
| Elwood Hurst | E Elwood Hurst | 1/15/08 | P.O. Box 7015 Apt GU96928 | 565-9889 |
| Sylvia Crofton | Sylvia Crofton | 1/15/08 | P.O. Box 2555 GMF, GU 96921 | 565-5152 |
| Cecilia C Brown | CCB | 1/15/08 | 119 Rita Chl. Rd Agat USA 96915 | 565-0206 |
| Dorothy C Coates | DCC | 1/15/08 | Rita Chl Rd Agat Guam | 565-1329 |
| Gene Dydasco | (illegible) | 1/15/08 | 165 J.D. Lizama St. Sta. Rita | 565-5248 |
| GREG HELM | (illegible) | 1/15/08 | 120 Alta Vista Santa Rita GU | 565-1961 |
| Philip Patricio | (illegible) | 1/15/08 | 117 Alta Vista Sta. Rita | 565-8010 |
| Tomann, J | (illegible) | 1/15/08 | (illegible) | 565-5550 |
| Marius Santos | MSS | // | // | // |
| Leah Calvo | (illegible) | 1/15/08 | 138 (illegible) St #410 | 477-6854 |
| Daisy Cullep | (illegible) | 1/15/08 | 131 Alta Ct. Santa Rita | 488-0562 |
| Michael Mend | (illegible) | 1/15/08 | Harry S. Truman Fleming Rd | 565-5195 |
| Kan Leon Guerrero | (illegible) | 1/15/08 | Any May | 687-2000 |
| Franklin Leon Guerrero | (illegible) | 1/15/08 | NAVAL (illegible) | 355-4537 |
| (illegible) | (illegible) | 1-15/08 | Santa Rita | 866-5752 |
| ANDREW (illegible) | (illegible) | 1/15/08 | 529 (illegible) | 565-1132 |
| MARTHA (illegible) HURST | Martha (illegible) | 1/15/08 | 529 (illegible) | 565-4522 |
| Emily Lumagui | EM Lumagui | 1/15/08 | 127 Alta Vista Santa Rita GU | 565-162 |
| Nancy Maestrecampo | Nancy M | 1/15/08 | 161 Felix ( Bakareta Dr Santa Rita | 565-5207 / 453-7607 |
| Helen (illegible) | (illegible) | 5/08 | (illegible) | 565-4105 |
| Maria Cornpella | M Cornpella | 1/15/08 | PO Box 72011 Santa Rita GU | 565-2037 |

# PETITION AGAINST A LANDFILL OR INCENERATOR

**I OPPOSE ANY LANDFILL OR INCENERATOR TO BE DEVELOPED AND OPERATED WHETHER BY A PRIVATE CONTRACTOR OR GOVERNMENT ENTITY IN THE VILLAGE OF SANTA RITA.**

| PRINT NAME | SIGNATURE | DATE | ADDRESS | CONTACT NO. |
|---|---|---|---|---|
| Roberto Cabrera | [sig] | 1-15-08 | 299 Juan Cruz Rd, Santa Rita, GU | |
| OLYMPIA TERLAJE | [sig] | 1-15-08 | 225 J.C. Diaz St. St. Rita | 565-3052 |
| Michelle [?] | [sig] | 1/15/08 | Santa Rita | 688-2307 |
| [?] | [sig] | 1/15/08 | Agana/Santa Rita | 777-8407 |