# IN THE DISTRICT COURT OF GUAM
## HAGÅTÑA, GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil Case No. 02-00022 |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| GOVERNMENT OF GUAM, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Before the court is the Government of Guam's Motion to Take Judicial Notice. Therein the Government asks the court to take judicial notice of the case: *Rossana San Miguel, et al. v. Department of Public Works, et al.*, CV0892-04 and the appeal of that case pending in the Supreme Court of Guam. The court hereby Grants the motion and takes judicial notice of the fact that the local Guam Supreme Court has now issued an opinion, 2008 Guam 3, in that case. The court notes that the Supreme Court's opinion further reinforces this court's prior rulings in this matter.

IT IS SO ORDERED.

**/s/ Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: Feb 21, 2008**