

**Office of the Attorney General**
**Alicia G. Limtiaco**
Attorney General of Guam
**Civil Division**
287 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com

**Attorneys for the Government of Guam**

**FILED**
**DISTRICT COURT OF GUAM**

FEB 2 1 2008 𝒹𝒽𝓈

**JEANNE G. QUINATA**
**Clerk of Court**

# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL CASE NO. 02-00022 |
| Plaintiff, | |
| vs. | **GOVERNMENT OF GUAM REPLY TO UNITED STATES' COMMENTS ON ACTION REPORT** |
| GOVERNMENT OF GUAM, | |
| Defendant. | |

On January 22, 2008, pursuant to a Court Order, the Government of Guam ("GovGuam") filed an Ordot Dump Action Report ("Action Report"). At a status conference on January 24, 2008, the Court advised the United States that it could file comments about the Action Report ("US Comments") and GovGuam could file a reply to the US Comments by February 21, 2008. This is GovGuam's reply.

Duenas, Bordallo, Camacho and Associates ("Duenas") prepared the Action Report filed with the Court on January 22, 2007. Attached hereto as **Exhibit A** and incorporated

Page 1
Government of Guam Reply to United States'
 Comments on Action Report
USA vs Government of Guam
District Court of Guam Case No. CV02-00022

Case 1:02-cv-00022     Document 230     Filed 02/21/2008     Page 1 of 22

herein is additional information to be appended to the Duenas Action Report. Exhibit A is submitted in reply to the US Comments which relate to the Action Report. Exhibit A contains references to an attachment. The Attachment is an excerpt from the "Ordot Dump Operations Plan." This excerpt follows Exhibit A and is titled "**Exhibit A Attachment.**"

GovGuam has contracted with TG Engineers, PC to provide environmental and engineering services related to the design of a new landfill facility at the Dandan site. Consequently, TG Engineers has provided the timelines and responses to the US Comments regarding "Construction of Dandan." US Comments § E at 5-6. The responses of TG Engineers are attached hereto as **Exhibit B** and incorporated herein.

In addition to the points addressed in Exhibit B regarding construction of a new landfill at Dandan, the United States has suggested that the Solid Waste Division ("SWD") of the Department of Public Works ("DPW") have a project engineer on staff to finalize the design of the Dandan site, complete any supporting studies and provide technical direction to the SWD. US Comments § E.1. at 5-6. In response to this suggestion, DPW has assigned Marlon Leano, an Engineer III, to assist the SWD. And, as the Court knows, DPW has contracted with engineering companies to handle the design and related tasks to open a new landfill at Dandan and to close the Ordot Dump.

Duenas and TG Engineering are the two private companies employed to do the technical work required at this time to move GovGuam toward achieving the goals of the Consent Decree. As Exhibit B shows, TG Engineers is assisting DPW with procuring a construction contractor to build the landfill at Dandan. With Duenas and TG Engineering assisting DPW in moving forward to accomplishing the goals of the Consent Decree,

Page 2
Government of Guam Reply to United States'
 Comments on Action Report
USA vs Government of Guam
District Court of Guam Case No. CV02-00022

Case 1:02-cv-00022    Document 230    Filed 02/21/2008    Page 2 of 22

GovGuam does not feel that the added expense of employing another company - i.e., a receiver - is necessary, as long as DPW shows its commitment to using these private companies to expeditiously achieve the consent decree goals. Not having to pay the fees of another private company is especially important because the availability of funds is a major consideration in finally achieving the closure of Ordot Dump and opening of a new landfill at the Dandan site.

Another point raised in the Construction of Dandan section of the US Comments is the use of incentives to expedite the construction at the Dandan site. DPW will consider the use of insensitive, as allowed by Guam procurement laws.

The US Comments recommend waste diversion through recycling. US Comments § C at 4. .Guam currently has laws in place to encourage recycling and establish a recycling fund. Ch 51, 11 GCA. Attached hereto as **Exhibit C** and incorporated herein is a summary of recycling efforts form the Guam Environmental Protection Agency. The US Comments suggest that Guam set up its own recycling entity. Such a reorganization would require legislation. However, GovGuam agrees that every effort should be made to divert waste from the Ordot Dump through recycling and that the Commonwealth of the Northern Marianas Islands' model should be looked into.

Dated this 21st day of February, 2008.

OFFICE OF THE ATTORNEY GENERAL
**ALICIA G. LIMTIACO, Attorney General of Guam**

By: **J. PATRICK MASON**
Deputy Attorney General

Page 3
Government of Guam Reply to United States'
 Comments on Action Report
USA vs Government of Guam
District Court of Guam Case No. CV02-00022

Case 1:02-cv-00022     Document 230     Filed 02/21/2008     Page 3 of 22

# EXHIBIT "A"

## Introduction

The Authors of the Action Report understand that the deadline (per the 2004 Consent Decree) for the closure of Ordot Dump has passed. Operation of the Dump after the ordered closure date is in essence exceeding the "life expectancy" of the Dump. GovGuam has a two-fold goal of closing the Ordot Dump immediately and opening the new landfill. The authors recognize the adverse impacts that may result if the Dump is closed before a new landfill is in operation.

The actions and information presented in the Action Report are valid and are being implemented. No revision to the Action Report will be made. The additional information provided below will be appended to the existing Action Report.

As stated in Section 8, Recommendations of the Action Report:

### Dandan Site

*The construction of the approved Dandan landfill will require at least two Guam dry seasons. This means that if the Landfill contractor mobilizes to the site by June 2008 the site will not be ready to accept waste until June 2010. This is six months past the estimated time the Dump's airspace is used up (based on the 2004 closure design). In order for the opening of new cells at the Dandan site to occur before the remaining capacity of the Ordot Dump is utilized, work on finalizing the design and other activities must begin immediately, which would require immediately lifting the prohibition against expending funds on the Dandan landfill prior to Government Acquisition of the property. If the prohibition is lifted, the acquisition could occur along a parallel track with the needed design work.*

*This is the general path that must be taken. Actions listed above (minimizing soil cover, and waste diversion) will be implemented to acquire additional airspace for waste disposal.*

Progress of the design, bid, and construction of the Dandan landfill will continue on an expedited schedule. Additional detail on the Dandan site is provided below.

## Daily Waste Stream

The methodology used to determine the daily incoming waste stream, as presented in the January 2008 Action Report, was as follows:

*(January 2008 topography − October 2004 topography) ÷ (No. of operational days between October 2004 and January 2008) = daily incoming waste stream (cy)*

This methodology for estimating the daily incoming waste stream was required in the Guam EPA Solid Waste Disposal Facility Permit section II.A.6:

*An evaluation of the current topographic survey with the topographic survey performed by Duenas & Associates in October 2004 and a determination of the volume of waste received from October 2004 to the time of the survey.*

In addition, this methodology was presented in the Closure Report, on which both GEPA and USEPA provided comment. No exception to this methodology was provided in the comments to the Closure Report. Further, a USEPA representative described this methodology in a teleconference with DPW and others as a means of coming up with waste stream data so as to avoid the installation of a scale at the Ordot dump.

**Standard Procedures for Quality Assurance and Quality Control for 2004 and 2008 surveys.** Both surveys were performed under the direct supervision of registered land surveyors licensed to practice in Guam. The Guam Board of Registration for Professional Engineers, Architects and Land Surveyors (PEALS Board) is a member of the National Council of Examiners for Engineers and Surveyors (NCEES) and licenses its registrants under the same system of education, experience and examination used by every other State and jurisdiction in the U.S.A. The licensed surveyors who are responsible for these surveys, and conducted their professional review and supervision of the work have combined experience as registered professional land surveyors in excess of 40 years. They are also licensed professionals in other jurisdictions, including the State of Nevada and the CNMI. All surveys were conducted with quality control and professional supervision normally applied for this type of work, in accordance with sound surveying practices.

Further, the initial topographic survey data completed in 2004 was reviewed and approved by DPW, Guam EPA, USEPA and their consultants, as part of the design process for the Ordot Dump Closure. At no time during this process was the quality control of the survey process ever in doubt. There has been no information or facts presented by the USEPA to demonstrate otherwise.

**Solid waste settles over time.** At the time the Action Report was submitted, no settlement monitoring points were in existence to measure settlement that has occurred between 2004 and 2008. Therefore, no settlement data was available at the time the Action Report was written. Nor was there sufficient time given in the court order for such information to be collected.

Given that the incoming waste is consistent and daily operations have not changed, the rate of settlement was assumed to be consistent over time. In addition, the settlement rate was assumed to apply to the future condition.

The airspace attributed to waste settlement should not be understated. Therefore, DPW has placed four settlement monitoring points at the four corners of recently placed waste. The survey monuments installed are similar to settlement monuments placed at other dump sites on Guam. In fact, Dueñas, Bordallo, Camacho & Associates have conducted similar settlement monitoring for Navy dump sites. The four monitoring points will be surveyed on a monthly basis to measure changes in elevation. The information obtained from this study will be used in the revised final filling topography of the revised closure design of the Dump.

**No site-specific investigation of in-situ density of waste**. No information on in-situ waste density was available at the time the report was prepared. In the absence of this information, recognized guidance was used, as is typical in standard engineering practice. The waste density range, 800 – 1,200 lbs/cy, was presented in the Action Report. The source of this range is the *Civil Engineering Reference Manual 10th edition* (Lindeburg, 2006). The same reference lists 1,500 lbs/day as the high range of compaction.

The daily incoming waste rates of 210 and 316 tons per day are from the 1995 GEPA Guam Solid Waste Weight Composition Study and Recycling Feasibility Study, which at the time the Action Report was written, were the only measured site-specific data available. These values were divided by the estimated compacted volume of 400 cy/day in order to determine the in-situ densities. The resulting 1,050 and 1,580 lbs/cy densities, presented on Page 6 of the Action Report, were intended to show that in-situ densities are on the higher end of the range from published values. Many of the past studies and estimates of in-situ densities have used values on the lower end of this range.

As stated on page 6 of the Action Report,

> *The waste density calculation is better determined with updated values of incoming waste stream (in tons), which will be collected with the recent provision and start-up of an on-site scale. The information gathered from the use of the scale in 2008 will be used with the volume determined in the most recent survey to calculate a more accurate waste density that can be used to refine the final filling topography of the Dump.*

The Action Report used 400 cy/d (compacted). This was based on the difference of the October 2004 and January 2008 surveys (see additional discussion below). Past reports from DPW have estimated daily incoming rates of 1,332 cy/d (uncompacted). This value equates to 486,180 cy/year. This value is in the same order as the values used in the 2004 closure design (see attached excerpt from 2005 operations plan).

The 2004 closure design used the following sources to predict incoming waste stream:

1. 1995 GEPA Guam Solid Waste Weight Composition Study and Recycling Feasibility Study - 480,112 cy/year (assumes an 800 lbs/cy waste density).
2. Dueñas & Associates, Inc. (D&A) (2004), Landfill EIS Projections – 360,000 cy/year (assumes an 800 lbs/cy waste density).
3. Department of Public Works (DPW) (2004), Daily Vehicle Logs – 433,377 cy/year.
4. Average of the three sources is 424,396 cy/year.

Using these estimated rates (only available information at the time), engineers projected the final filling surface for September 2007 (shown on the 2004 closure design). As of February 2008, the site has not reached this estimated topography. Based on the estimates of the 2004 closure design, the Dump should have extended to the eastern side, which to date has not occurred. This fact indicates that the projections of 424,396 and similarly 486,180 cy/year (un-compacted) were largely conservative, and not underestimated, as the USEPA suggests.

Daily Vehicle Log estimates on incoming waste volumes are based on visual inspections and do not account for the percent capacity the vehicle is actually hauling. Haul vehicles that are not filled to capacity are recorded at the gate as tipping their capacity at the Dump. This may have caused the recorded incoming waste to be higher than it actually is. The use of a scale at the site will measure incoming waste by the ton, a more accurate method of determining waste stream.

## Remaining Airspace

Many estimates of the Dump's remaining airspace have been made. The Action Report stated 720 days of airspace is available. The position that this is a "Best case" scenario due to eastern "expansion" of the Dump was stated in the Comments to the Action Report.

The "expansion" to the east is essential for ongoing operations at the Dump. The eastern "expansion" is required for the following reasons:

1. **Additional Airspace.** The airspace provided by this eastern expansion may be used after Ordot ceases to receive waste. 135,450 cy of waste will need to be excavated and relocated from the western side of the Dump, where the waste has come into contact with a stream and wetlands. This waste will need to be relocated prior to closure cap installation.

2. **Slope reduction.** One benefit to the high estimates of incoming waste is the airspace which will be available for additional waste relocation. This additional waste relocation may be used to reduce final closure slopes. As stated in past comments to the Pre-final Closure design slopes of 1:1 are considered high (although these 1:1 slopes were existing not designed). Additional airspace at the Dump after closure may be used to level the existing steeper slopes. Additional analysis of slope reduction will have to be revisited during the revision phase of the Ordot Dump Closure design.

3. **Operator and Patron Safety.** Current Dump operations involve Operations' heavy equipment, commercial haul vehicles, and residential haul vehicles working within close proximity of each other. DPW is currently installing bins at the site, for residential hauler use, to limit traffic at the active face.

A worst case scenario for the remaining airspace was requested in the Comments to the Action Report. The authors of the Action Report decline to provide additional/revised values for the remaining airspace as this is again an estimate. Data collected from the operation of the scale and settlement monitoring program can be used to refine the incoming waste stream rate and this refined rate can then be used to revise the final filling topography of the Dump. The final filling topography will take the operation of the Dump to a date that coincides with the opening of the new landfill, unless an alternative date is ordered for the cessation of waste receipt at the site.

The following methodology was used to determine the "worst case" scenario

*Available Airspace = January 2008 survey – "worst case" closure topography*

The "worst case" closure topography would be one that accounts for settlement. Grades for this expansion were developed using the criteria of 12 foot lifts, 1:1.5 (vertical: horizontal) slopes and a final height of 358 feet MSL (as used in the 2004 closure design), See attached.

Improperly placed waste and waste relocation used in the "best case" scenario were not included in the remaining airspace calculation for the following reasons:

1. The relocation of **135,450 cy** is a requirement of the 2004 closure design. While relocation of this waste is essential, as stated above, alternatives for this waste relocation can be explored. Such alternatives include: Placing the relocated waste at the eastern side of the Dump (with GEPA and USEPA concurrence), relocating this waste to the new landfill. The **135,450 cy taken up by this relocated waste represents a large contributor to the "best case" available airspace.**

2. The relocation of **26,364 cy** is a requirement of the 2004 closure design. The volume represents waste that exceeds the boundaries set by the 2004 design. As this design will likely be revised, this boundary no longer is applicable

3. This "worst case" scenario is based on filling the top deck of the existing site and placing waste on the existing northern decks. No design has been conducted for this scenario as a result the amount of soil cover needed for the cap is not available. Soil requirements for the closure cap will be accounted for during the closure design revisions.

Additional evaluation of the three items above will be conducted as part of the Assessment Report. The Assessment Report will be submitted for review and comment by April 14, 2008. Revisions to the final closure design will be made based on the findings of the Assessment Report.

The net remaining airspace will be determined as follows:

*Net Remaining Airspace (cy) = Gross Available Airspace (cy) – daily cover (cy)*

*Net Remaining Airspace (cy) = 355,825 (cy) – (355,825 × ¼) (cy) = 266,868 (cy)*

In order to do an equivalent comparison of the best and worst case scenarios, the daily waste stream of 400 cy/day will be used, as was used in the January 2008 Action Report.

266,868 (cy) / 400 (cy/day) = 667 days

**Range 667-720 days.** Due to the estimates used and assumptions made for this range the target date for opening the new landfill should be expedited and be no later than the end of 2009. Waste diversion and volume reduction measures listed in the Action Report will be implemented as recommended in the Action Report.

**Waste Diversion Measures**

The authors of the Action Report concur with the recommendation to coordinate with neighboring government agencies in order to improve existing recycling efforts here on Guam. The waste diversion measures stated in the Action Report were intended for GovGuam's Action. It was recommended to GovGuam to review private-sector practices in which they have had recent success in recycling aluminum.

Scrap metal, which makes up a small percentage of the waste stream (0.1 – 1.1%) (GEPA, 1995), is not accepted at the Dump. Although it does not represent a large percentage, GovGuam has implemented a successful scrap metal recycling program which has effectively removed junk cars and scrap metal from the Island.

GovGuam has implemented, by Executive Order, mandatory cardboard recycling as recommended in the Action Report.

**Private Landfill**

The operation of two concurrent landfills on Guam competing for solid waste receipt will indeed make bidding the new Landfill site as a Design/Build/Finance unfeasible. GovGuam is proceeding to develop a landfill at the Dandan site.

Attachments:

Preliminary Closure without eastern "expansion"
Excerpts from 2005 Operations Plan

# EXHIBIT A
# ATTACHMENT

## 2.0 CAPACITY AND EXPECTED LIFE

This section presents the required capacity of Ordot Dump, in order for it to remain in operation through the year 2007. The siting of Guam's new municipal solid waste (MSW) facility has been completed, and it is expected to be in operation by September 23, 2007. For the purpose of this Plan, we will present a final filling plan, which will accommodate the civilian population's incoming waste stream through the year 2007.

### 2.1 INCOMING WASTE TONNAGE

All non-hazardous municipal solid wastes generated on the island of Guam, excluding the wastes generated at the Naval and Air Force facilities, are currently accepted at the Dump for disposal. In 2000, the population of Guam was 154,805, including military personnel and dependents (U.S. Census, 2001). The population for the year 2007 is projected by Dueñas & Associates, Inc. (D&A) (Table 1B from the report titled *Guam MSWLF Site Selection EIS* (D&A, 2004)) to be 150,717.

A study on the composition of Guam's waste was conducted by the Rossi-Nayve Consultancy Services, Inc. (JCTA, 1993). The majority of the waste received at the Dump consists of non-hazardous residential and commercial solid waste. In the past, the Dump has received construction/demolition (C&D) waste, bulky metal, and other related wastes. Currently, C&D waste that can be used as daily cover is accepted at the Dump, but other C&D wastes are sent to hardfills and bulky metals are sent to the Dededo Transfer Station. DPW does not accept hazardous wastes. DPW is permitted to receive wastewater treatment sludge with prior approval from the Guam Environmental Protection Agency (GEPA). According to Operations personnel, sludge is rarely received at the Dump.

For the purpose of evaluating incoming waste volume and tonnage, three sources of waste data were used:

- DPW's Daily Vehicle Logs for complete months of January, June, July, and October of 2004 (data for other months were either unavailable or incomplete);

- D&A projections from the report titled *Guam MSWLF Site Selection EIS* (D&A, 2004); and

- *Guam Solid Waste Weight Composition and Recycling Feasibility Study* (GEPA, 1995).

For the purpose of collecting tipping fees, Operations personnel record a volume of waste for each hauler into their daily vehicle logs. This recorded volume takes into account the full volumetric capacity of each vehicle, and does not consider whether the vehicle is full or partially full. An analysis of the data from the daily vehicle logs yield annual volumes of 404,395 and 433,377 cubic yards, based on complete monthly averages and complete weekly averages, respectively. This translates to required volumes of 1.11 million and 1.19 million cubic yards, respectively, through the end of the Dump's life (filling in year 2007, scheduled to end in September). These volumes include both the incoming waste and the daily cover used to cover that waste, in accordance with the DPW records. It has been concluded that the complete weekly average provides a better spread of data throughout the year, and is a better source to determine the annual incoming waste stream.

In the absence of more complete, actual data, a projection developed by D&A for the landfill EIS project was also analyzed. The projections yielded an annual incoming waste tonnage of 120,000 tons or 360,000 cubic yards (assuming 800 lbs/yd$^3$ in-place density, 10% for daily cover, and 10% for contingency). This translated to a required volume of 990,000 cubic yards through the end of the Dump's life (September 2007, when the new landfill is scheduled to begin receiving waste).

Case 1:02-cv-00022    Document 230    Filed 02/21/2008    Page 12 of 22

Data collected for the *Guam Solid Waste Weight Composition and Recycling Feasibility Study* (GEPA, 1995) was performed during a 5-day period for both the wet and dry seasons. For both seasons, the weights were tallied to project the annual incoming waste. This analysis yielded an annual volume of 480,112 cubic yards, which translates to a required volume of 1.32 million cubic yards through the end of the Dump's life (filling in year 2007 scheduled to end in September).

The average of the three data sources (weekly average not monthly average used to represent the DPW daily vehicle log data set) yields an incoming waste stream volume of 1.17 million cubic yards through the end of the Dump's life. The Final Filling Plan, which is included as Appendix A, was developed to accommodate this incoming waste stream volume of 1.17 million cubic yards.

## 2.2    WASTE DENSITY

A unit waste density is typically used to convert projected incoming waste tonnage into waste volume in order to estimate landfill life. Previous reports have assumed an as-placed waste density of 600 pounds per cubic yard ($lb/yd^3$) (D&M, 1978 and JCTA, 1993). As the waste management practices at the Dump have improved via the use of a compactor, it is more likely that current as-placed waste density is approximately 800 $lb/yd^3$. Aged waste at the bottom of the Dump that has had a chance to decompose and consolidate under the weight of ascending lifts of waste may have a higher as-placed waste density (as high as 1,200 $lb/yd^3$). In this regard, it can be assumed that there is a somewhat linear relationship between the waste densities of the older, deeper waste, up through the waste, to the recently placed waste at the Dump surface.

In summary, the capacity available in the upper lifts increases as the underlying waste settles under the weight of the overlying material. Therefore, the changing waste density of the underlying waste lifts must be considered as successive lifts are placed. An average as-placed density of 800 $lb/yd^3$ has been used to determine expected capacity and dump life.

## 2.3    ORDOT DUMP EXPECTED CAPACITY

A Final Filling Plan has been prepared as part of this Plan in support of the Ordot Dump Closure design. Figure 2-1 shows the Final Filling Plan through the completion of Ordot Dump, which includes waste placement through 2007. This coincides with the continued operation of Ordot Dump until Guam's new MSW landfill is in operation, which is expected to be on September 23, 2007.

When Ordot Dump is filled to the contours presented in Figure 2-1, it will have a maximum waste depth of approximately 175 feet. Except for a few anomalies, the maximum elevation of the Ordot Dump will be approximately 360 feet above Mean Sea Level (MSL).

As of late 2004, the Ordot Dump contains approximately 3,202,593 cubic yards of waste. The approximate existing volume was calculated using the original surface (1968 USGS Geology Map of Guam) and the existing surface (2004 D&A survey). It should be noted that the accuracy of the existing waste volume is limited, because the topography from the 1968 USGS Geology Map of Guam was hand drawn with contour intervals of 40-feet. The available volume within the Ordot Dump through 2007 was calculated using the existing surface (2004 D&A survey) and the Final Filling Plan. The available volume for the Dump, through 2007 (based on the Final Filling Plan), is estimated to be 1.17 million cubic yards. The total estimated volume of the Dump after closure is 4.4 million cubic yards.

Case 1:02-cv-00022        Document 230        Filed 02/21/2008        Page 13 of 22

## 2.4    EXPECTED ORDOT DUMP LIFE

Based on an average compacted density of 800 lb/yd$^3$, the annual incoming waste will occupy approximately an additional 424,496 cubic yards for years 2005 and 2006 and 318,372 cubic yards for year 2007. The Dump will need to prepare for a volume growth of approximately 1.17 million cubic yards. If the actual density is greater than the estimated 800 lb/yd$^3$, then the expected life of Ordot Dump, based on the Final Filling Plan, could go beyond the design life of 2007.

| Table 2-1 Ordot Dump Estimated Life | | | |
|---|---|---|---|
| Year | Starting Month | Ending Month | Design Capacity (yd$^3$) |
| 2005 | January | December | 424,496 |
| 2006 | January | December | 424,496 |
| 2007 | January | September | 318,372 |
| Total | | | 1,167,364 |

### 2.4.1    Consent Decree Timeline

The Consent Decree governs the timeline of activities leading up to the closure of Ordot Dump. Table 2-2 presents the general schedule of the Consent Decree timeline.

Case 1:02-cv-00022    Document 230    Filed 02/21/2008    Page 14 of 22



# EXHIBIT "B"

# T G  E N G I N E E R S ,  P C

February 21, 2008

Department of Public Works
Government of Guam
542 North Marine Drive
Tamuning, Guam 96913

Attn:  Mr. Lawrence P. Perez, Director

## RE:  DAN DAN LANDFILL – RESPONSE TO UNITED STATES DISTRICT COURT BRIEF DATED 1/31/2008

Dear Director Perez:

We provide the following to the Department of Public Works in response to the District Court brief dated 1/31/2008.  The response provided is focused on Section E. Construction of Dandan.

1.  Immediately hire or laterally transfer a Project Engineer (Civil Engineer or an Environmental Engineer) to DPW's Solid Waste Division.

Response:  DPW

2.  Finalize the design for Dandan.

Response:  Payment was received today for the work completed.  We are prepared to move forward on the schedule proposed below, the design schedule matches the schedule approved by the court in January.  This includes 4-months to the next pre-final design submittal.  The submittal will be followed by review and approval from Guam EPA and USEPA.  A final submittal will follow that and will incorporate updates based on review comments received during the review process.

Based on the October 2007 conference call between USEPA, GEPA, DPW and the TGE Team, it was agreed to have a monthly conference call to review the progress and discuss design issues.  The calls should keep the agency review team updated and result in an accelerated review period following the pre-final submittal.

PHONE: (671) 647-0808 • FAX: (671) 647-0886
EMAIL: torg@tg-engr.com

A proposed design and bid schedule has been developed with DPW as follows.

2/21/08 – Payment received from Government of Guam.

2/25/08 – Start final design and preparation of bid documents.

3/28/08 – Issue project for bid with existing document set, continue final design. Identify 7/30/08 as the bid submittal date.

4/30/08 – Conduct pre-bid conference, continue final design.

6/30/08 – Issue Pre-Final Submittal to DPW, GEPA, USEPA and contractors.

7/30/08 – Receive bids and begin bid review.

8/29/08 – Issue Notice of Award to selected contractor.

3.    Start constructing the access roads and other infrastructure needed at Dandan immediately.

Response:    The access road design is completed and submitted to DPW. The road can be packaged with the landfill project and issued for bid on the schedule listed above.

4.    Start preparing the bid document for a "Design/Build/Finance" option for the construction and operation of the Dandan landfill.

Response:    With the design work continuing, we believe the bid format would be "Finance / Build / Operate". In accordance with the schedule presented, the bid documents will be prepared and the project issued for bid by the end of March 2008. The bid document set will include the existing design project documents and information that the next pre-final design submittal will be issued at the end of June 2008.

The TGE team is focused on the construction documents for the "Build" part of the Bid Document set. The Government of Guam will prepare the Finance and Operate sections.

5.    Start working on the procurement process now and have it ready by the time the bid document is ready.

Response:    The TGE team will be working to meet the schedule presented above.

6.    Select a contractor by July 1, 2008.

Response:    The schedule presented has the bids submitted at the end of July. If we assume a 1-month time period to review and rank the bidders, a contractor can be selected and notified of award by the end of August 2008.

Page 2 of 3

7.      Provide a performance incentive to the contractor to expedite the
        construction.

Response:    DPW

Please call me at 647-0808 with any comments or questions.

                                        Si Yu'os Ma'ase,
                                        TG Engineers, PC

                                        Tor Gudmundsen, PE
                                        President

# EXHIBIT "C"



# GUAM ENVIRONMENTAL PROTECTION AGENCY



### AHENSIAN PRUTEKSION LINA'LA GUAHAN

P.O. Box 22439 GMF • BARRIGADA, GUAM 96921 • TEL: 475-1658/9 • FAX: 477-9402

21 February 2008

**MEMORANDUM**

To:        Attorney of Guam

From:      Administrator

Subject:   <u>Guam Environmental Protection Agency - Recycling Efforts</u>

Over the years, the Guam Environmental Protection Agency has engaged in various outreach and education related activities to bring awareness to the community on the importance of recycling and waste diversion.

Since the enactment of the Ordot Consent Decree, this Agency realized that a least three (3) parallel tracks needed to occur. Aside from activities leading to the closure of the Ordot Dump and the opening of a RCRA D-compliant municipal solid waste landfill, Guam EPA initiated a pollution prevention track that would compliment and support the efforts of the aforementioned activities.

In support of this track, during 2003, Guam EPA assisted in the creation of *Executive Order 2003-17 (EO)*, which calls for the creation of a solid waste reduction and recycling program from all Government of Guam agencies and departments in accordance with Public Law 24-304 and the Integrated Solid Waste Management Plan. The Guam Environmental Protection Agency (Guam EPA) is the designated lead agency under the EO to coordinate implementation efforts. Since that time, the following efforts have been made through this Agency:

- October 2004 - *Guam EPA developed preliminary guidelines for implementation*
- August 2005 - *Guam EPA requests agencies submit names of Recycling Compliance Officials*
- September 2005 - *Nine agencies designated as pilot agencies for the GovGuam Recycles! program*
- March 2006 - *GovGuam Recycles! training is provided for all agencies.*
- February 2008 – Guam EPA Administrator provided a presentation to cabinet members of the Executive Branch. Activities associated with the EO include the following:
    - Updated recycling and reuse guidance
    - Guam EPA purchased an aluminum baler;

*"ALL LIVING THINGS OF THE EARTH ARE ONE"*

o Guam EPA purchased 200 receptacles to be distributed to GovGuam agencies and departments

In 2004, Guam EPA initiated the FUTURE (Friends United Through Understanding Recycling Efforts) Committee, which included participation from representatives from the Guam Chamber of Commerce, Guam Hotel and Restaurant Association, Guam Automotive Dealers Association, Recycling Association of Guam, Mayor's Council of Guam, Guam Economic Development and Commerce Authority, Guam Customs and Quarantine Agency, Port Authority of Guam, Department of Public Works, Senator Antoinette "Toni" D. Sanford's office, and Guam EPA Board of Directors. The objective of this Committee was to obtain input from the community on ideas and issues in implementing recycling and other waste diversion options. In addition, the Committee provided input on the initial Recycling Law, Public Law 27-38. Since that time, several revisions were made which led to the creation of Public Law 28-171. The intent of this law is to provide a sustainable system in collecting and diverting recyclable materials from the Ordot Dump and our environment to recycling markets.

In 2006, through funding from the Guam Hazardous Mitigation Office, Guam EPA developed the Guam 2006 Disaster Debris Management Plan. The Plan identifies actions to be performed by the Government of Guam for the removal and disposal options for debris created from natural disasters. Over the years, Guam EPA has been successful in diverting green wastes created from natural disasters from the Ordot Dump. Instead of disposal or curtain burning, green wastes were processed into mulch and distributed free of charge to residents.

Guam EPA continues to participate in several media events with K-57, KUAM *Next Extra*, Marianas Variety, Pacific Home & Garden, GU Magazine, and other related outlets, in support of recycling or waste diversion. This Agency has an extensive collection of brochures, posters, and other interrelated handouts that are distributed to the community.

In addition, this Agency supports community-based environmental protection projects. Most recently, Guam EPA participated in support of community efforts such as the Bank of Guam *Choose Green* and Payless Supermarket *Go Green!* Campaigns.

Thank you for this opportunity to share with you our initiatives towards protecting our island.

LORILEE T. CRISOSTOMO