# IN THE DISTRICT COURT OF GUAM
# HAGÅTÑA, GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil Case No. 02-00022 |
| Plaintiff, | |
| vs. | **ORDER RE: SCHEDULING OF STATUS HEARING** |
| GOVERNMENT OF GUAM, | |
| Defendant. | |

Due to the scheduling needs of the court, and an ongoing medical malpractice bench trial, the status hearing in the above-entitled case is hereby rescheduled to Thursday, March 6, 2008 at 8:00 a.m. The site visit will remain scheduled for February 27, 2008 at 8:30 a.m.

IT IS SO ORDERED.

/s/ Frances M. Tydingco-Gatewood
Chief Judge
**Dated: Feb 22, 2008**