DISTRICT COURT OF GUAM

TERRITORY OF GUAM

UNITED STATES OF AMERICA,                          Civil Case No. 02-00022

                    Plaintiff,
          vs.                                      **MINUTES**

GOVERNMENT OF GUAM,

                    Defendant.

ON SITE VISIT TO DEDEDO, MALOJLOJ
AND AGAT TRANSFER STATIONS
February 27, 2008 (8:30 a.m.)

Notes: Appearing on behalf of Plaintiff was Assistant U.S. Attorney Mikel Schwab.

Appearing on behalf of Defendant was Assistant Attorney General Patrick Mason.  Also present:

DPW Solid Waste Superintendent Dominic Muna, Acting Governor Michael W. Cruz,

Governor's Legal Counsel Ray Haddock, Acting Speaker of the Legislature Ray Tenorio,

Senator James Espaldon, Guam E.P.A. Hydro-Geologist Victor Wuerch, Guam E.P.A. Acting

Administrator Elisabeth Cruz and Guam E.P.A. Solid Waste Program Manager Barbara Torres.

        Mr. Muna explained the daily operations of each of the transfer stations and that each of

the stations receive residential garbage and garbage picked up by the mayor's office.  He further

explained that the white goods and tires currently present at the transfer stations were part of the

Governor's island-wide beautification program.  The transfer stations are temporary staging sites

and are no longer receiving white goods and tires.  Mr. Muna explained the process of a

1  Materials Recovery Facility (MRF) and Source Separation (separation of garbage at home).  He

2  further stated that when the Dandan landfill opens the Malojloj and Agat transfer stations may

3  close.  Ray Haddock confirmed that a request for proposal has been submitted by DPW to GSA

4  including documents concerning source separation.

5

6          Ms. Torres stated that as part of an education outreach program, Guam E.P.A. requests

7  that residents perform their own composting and that presently Primos is the only permitted site

8  which receives green waste.

9

10         The court inquired into the recycling of cardboard.  Ms. Torres stated that Guahan Waste

11  receives corrugated cardboard and Guam Transport and Warehouse receives cardboard and

12  paper.  She further stated that there is an executive order which states that each Government of

13  Guam agency shall have a recycling coordinator.  Guam E.P.A. is in charge of providing training

14  and the implementation of the program.  Acting Speaker Ray Tenorio stated that he would check

15  if the legislature has a policy on the issue.  The court stated that it will look into whether the

16  judicial branch has an existing policy.

17

18          On-site visit concluded at 10:30 a.m.

19                                        Prepared by: Virginia T. Kilgore
                                           Deputy Clerk
20

21

22

23

24

25

26

27

28