# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 02-00022 |
| Plaintiff, | |
| v. | **ORDER RE SCHEDULING OF STATUS HEARING** |
| GOVERNMENT OF GUAM, | |
| Defendant. | |

The court continued the status hearing in this matter until March 6, 2008 due to a medical malpractice bench trial. *Rutledge v. United States*, Civil Case No. 06-00008. This medical malpractice trial is still ongoing. The court finds that it should conclude the trial as expeditiously as possible because there are several off-island witnesses testifying. Accordingly the court reschedules the status hearing until March 13, 2008 at 8:30 a.m. In addition, the court requires the attendance of those Government of Guam officials who can testify as to the progress of the Consent Decree projects and the submissions filed (including, but not limited to the Action Report pursuant to court order; Closure Report pursuant to court order and Response to Public Auditor's Report pursuant to court order).

**IT IS SO ORDERED**.

/s/ Frances M. Tydingco-Gatewood
     Chief Judge
**Dated: Mar 04, 2008**