# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CIVIL MINUTES
# GENERAL

CASE NO.: CV-02-00022　　　　　　　　　　DATE: March 13, 2008
CAPTION: United States of America vs. Government of Guam

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

| | |
|---|---|
| Law Clerk: Sara Weber / Geraldine Cepeda | Court Reporter: Wanda Miles |
| Courtroom Deputy: Virginia T. Kilgore | Electronically Recorded: 8:52:30 - 9:47:26 |
| | 10:32:06 - 10:33:57 |

CSO: D. Quinata / J. McDonald

---

**APPEARANCES:**

| Counsel for Plaintiff(s) | Counsel for Defendant(s) |
|---|---|
| Mikel Schwab | Patrick Mason |
| Robert Mullaney (via video conference) | |

---

**PROCEEDINGS: Status Hearing**

- Department of Public Works Director Lawrence Perez and Superintendent Dominic Muna sworn and examined.
- Proceedings continued to: <u>March 14, 2008 at 8:00 A.M.</u>

NOTES:　Also appearing via video conference from U.S. E.P.A. were Pankaj Arora, John McCarroll and Fred Schauffler.

　　　　　Also seated at defense table were Governor Felix Camacho and Speaker Judith Won Pat of the Guam Legislature.