# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CIVIL MINUTES

CASE NO.: CV-02-00022                    DATE: March 14, 2008
CAPTION: United States of America vs. Government of Guam

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

Law Clerk: Sara Weber / Geraldine Cepeda          Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore              Electronically Recorded: 8:18:15 - 10:27:44
CSO: F. Tenorio

**APPEARANCES:**

Counsel for Plaintiff(s)                          Counsel for Defendant(s)
Mikel Schwab                                      Patrick Mason
Robert Mullaney (via video conference)

**PROCEEDINGS: Continued Status Hearing**

- Continued examination of Lawrence Perez, Director of Public Works.
  Lorilee Crisostomo, Guam E.P.A. Administrator, sworn and examined.
  Ken Rekdahl, civil enviornmental engineer for Duenas, Bordallo, Camacho and Associates, sworn and examined.
  Tor Gudmundsen of TG Engineering, sworn and examined.

- The Governor and DPW Director, Mr. Perez to file their declarations today stating whether GovGuam has provided sufficient daily cover over the trash at the Ordot Dump.
- Mr. Mason to provide court with the percentage of residential waste and commerical waste that is being received at the Ordot Dump.
- Mr. Mason informed the Court that condemnation proceedings were filed and that the government has taken the Dandan property. He further stated that an amended complaint may be filed and another appraisal will be conducted.
- Mr. Perez to provide information to the Court on whether consultants were paid in regards to the revised action report.
- Mr. Rekdahl stated that an assessment report to prepare the closure of the Ordot Dump will be submitted in April.
- Mr. Rekdahl to provide Mr. Mason with information as to the height of the Ordot Dump from natural ground. Exhibit A received and attached.

NOTES: Also appearing via video conference from U.S. E.P.A. were Pankaj Arora and Julia Jackson.

Also seated at defense table were Governor Felix Camacho and Speaker Judith Won Pat of the Guam Legislature.

## AIRSPACE

➤ Ordot continues to fill vertically in accordance with the submitted SOP (3/4/2008).

➤ At the time the Action report was written the average top elevation was **325ft**.

➤ As of March 5, 2008 the average top elevation along the eastern portion of the deck was **330ft**. This is an average increase of **5ft** in height between January and March. The top elevation presented in the SOP is **358ft**

➤ Filling continues to move westward, once the western end is reached another 5ft lift will be developed using the procedure listed in the SOP.

➤ Operators are concurrently moving northward along lower benched to gain more top deck area.

## DAILY COVER

➤ Sufficient daily cover continues to be used at the site.

➤ DBCA has cautioned DPW to use only the required amount of soil cover and no more as this will use up critical airspace.

➤ Soil cover reduction will be in place once residential haulers are restricted from the dump mass and sent to the new on-site bins

## ALTERNTIVE DAILTY COVER

➤ ADC is recommended (section 5.2- 5.9). Sacrificial Geo-synthetics and Reclaiming Daily cover are the two methods recommended.

## WASTE DIVERSION (DPW)

➤ Cardboard recycling

➤ Green Waste

➤ Curbside recycling

## SCALE

➤ The scale has been relocated and has been operational as of March 6 2008. DPW will provide one months worth of scale data (April 6)

## RESIDENTIAL DROP OFF



EXHIBIT
A

> The residential drop off site is under construction and is project to be operating by Friday March 14

SOP

> DPW is presently following a filling plan SOP. The closure topography used in this SOP was presented in the Action Plan Response to Comments

## ASSESSEMENT REPORT

Assessment report will be submitted to DPW,GEPA on April 14, 2008