

**Office of the Attorney General**
**Alicia G. Limtiaco**
Attorney General of Guam
**Civil Division**
287 West O'Brien Drive
Hagåtña, Guam 96910 ● USA
(671) 475-3324 ● (671) 472-2493 (Fax)
www.guamattorneygeneral.com

**Attorneys for the Government of Guam**

# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CIVIL CASE NO. 02-00022 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **GOVERNMENT OF GUAM** |
| vs. | ) | **STATUS REPORTS** |
| | ) | |
| GOVERNMENT OF GUAM, | ) | |
| | ) | |
| Defendant. | ) | |

At the status hearing held on March 13 and 14, 2008, the Court instructed the Government of Guam to submit the following information: a schedule showing the tipping fee charges and collections (attached **Exhibit A**); a document showing a breakdown by waste haulers and residential customers of the waste coming into the Ordot Dump (attached **Exhibit B**); a statement of the height of the Ordot Dump from ground level to the top of the dumped material (attached **Exhibit C**); the budget bills submitted to the Legislature requesting funding to fulfill the mandate of the Consent Decree and the laws passed by the Legislature appropriating funds to fulfill the mandate of the Consent Decree.

**Exhibit A** is a three page document which is called a "Tipping Fee Transactions Summary" ("Summary"). The Summary shows monthly tipping fee charges to and collections from commercial haulers (CH), other commercial haulers, i.e., small businesses (OH), government agencies (G,) and residential users (R) (together called the "haulers and users"). The collection rate is obtained by dividing the total payments made by haulers and users by the total charges to the haulers and users. For the period October 2006 through September 2007 (pages 1 & 2 of the Summary), the collection rate is slightly over 64%. For the period October 2007 through March 2008 (page 3 of the Summary), the collection rate is a little over 82%.

**Exhibit B** shows a breakdown of the waste coming into the Ordot Dump by various categories for which the Department of Public Works has kept data.

At the March 14, 2008 part of the status hearing, the Court asked Ken Rekdahl what the height of the Ordot Dump is from ground level. Mr. Rekdahl advised the court that he did not have the information at hand, but he would submit it to the Court. In response to the Court's question, Mr. Rekdahl has provided counsel with the email and the diagram which are attached hereto as **Exhibit C**. The information provided by Mr. Rekdahl indicates that the height of the Ordot Dump as measured from the original ground level of the site to the top of the Dump is approximately 130 feet as of March 2008.

The court asked for the budget bills submitted to the Legislature requesting funding to fulfill the mandate of the Consent Decree and the laws passed by the Legislature appropriating funds to fulfill the mandate of the Consent Decree. The Department of Public Works is in the process of obtaining this information. Consequently, this status report will be supplemented to provide the information requested by the Court.

Dated this 14th day of March, 2008.

OFFICE OF THE ATTORNEY GENERAL
**ALICIA G. LIMTIACO, Attorney General of Guam**

By: _____
**J. PATRICK MASON**
Deputy Attorney General

# EXHIBIT
# A

```
Report   : DPWB065              Department of Public Works          Page no :         1
Run date:  3/13/08            Tipping Fee Transactions Summary      Run time:  7:38:03
                                     10/2006 - 09/2007
```

| Month | R/S | Charges | Debits | Credits | Payments |
|---|---|---:|---:|---:|---:|
| 10/2006 | CH | 324,740.00 | | | 328,149.16- |
| 10/2006 | OC | 7,490.00 | | | 3,735.00- |
| 10/2006 | R  | 233,026.00 | | | 127,267.57- |
| 10/2006 | Total | 565,256.00 | | | 459,151.73- |
| 11/2006 | CH | 311,665.00 | | | 118,720.00- |
| 11/2006 | OC | 4,675.00 | | | 5,055.00- |
| 11/2006 | R  | 234,054.00 | 96.00 | 96.00- | 120,241.78- |
| 11/2006 | Total | 550,394.00 | 96.00 | 96.00- | 244,016.78- |
| 12/2006 | CH | 330,525.00 | | 20.00- | 314,013.00- |
| 12/2006 | OC | 6,080.00 | 180.00 | 640.00- | 3,825.00- |
| 12/2006 | R  | 234,924.00 | 90.00 | 90.00- | 72,415.00- |
| 12/2006 | Total | 571,529.00 | 270.00 | 750.00- | 390,253.00- |
| 01/2007 | CH | 337,725.00 | 625.00 | 250.00- | 298,459.88- |
| 01/2007 | G  | 4,315.00 | | | |
| 01/2007 | OC | 5,915.00 | | | 6,438.60- |
| 01/2007 | R  | 232,100.00 | | | 68,372.58- |
| 01/2007 | Total | 580,055.00 | 625.00 | 250.00- | 373,271.06- |
| 02/2007 | | | | | |
| 02/2007 | CH | 298,295.00 | 375.00 | 495.00- | 723,496.65- |
| 02/2007 | G  | 3,055.00 | | | |
| 02/2007 | OC | 62,185.00 | 615.00 | 790.00- | 3,006.00- |
| 02/2007 | R  | 232,890.00 | | | 179,146.21- |
| 02/2007 | Total | 596,425.00 | 990.00 | 1,285.00- | 905,648.86- |
| 03/2007 | | | | | |
| 03/2007 | CH | 338,910.00 | 390.00 | 2,670.00- | 66,412.30- |
| 03/2007 | G  | 1,810.00 | | | |
| 03/2007 | OC | 23,455.00 | 2,280.00 | | 13,556.00- |
| 03/2007 | R  | 233,870.00 | 534.00 | 534.00- | 111,909.59- |
| 03/2007 | Total | 598,045.00 | 3,204.00 | 3,204.00- | 191,877.89- |
| 04/2007 | | | | | |
| 04/2007 | CH | 319,585.00 | | | 413,251.87- |
| 04/2007 | G  | 7,935.00 | | | |
| 04/2007 | OC | 5,435.00 | 135.00 | 135.00- | 59,822.00- |
| 04/2007 | R  | 234,970.00 | 414.00 | 110.00- | 403,179.58- |
| 04/2007 | Total | 567,925.00 | 549.00 | 245.00- | 876,253.45- |
| 05/2007 | | | | | |
| 05/2007 | CH | 323,000.00 | 720.00 | 2,160.00- | 394,622.21- |
| 05/2007 | G  | 6,105.00 | 25.00 | 10.00- | |
| 05/2007 | OC | 6,985.00 | 210.00 | 30.00- | 11,946.00- |
| 05/2007 | R  | 235,800.00 | 312.00 | 312.00- | 101,146.89- |
| 05/2007 | Total | 571,890.00 | 1,267.00 | 2,512.00- | 507,715.10- |
| 06/2007 | | | | | |
| 06/2007 | CH | 322,615.00 | 1,375.00 | 2,515.00- | 471,210.11- |
| 06/2007 | G  | 6,640.00 | 25.00 | 65.00- | |

page 1

Case 1:02-cv-00022   Document 237   Filed 03/14/2008   Page 5 of 12

```
Report   : DPWB065           Department of Public Works        Page no :        2
Run date:  3/13/08          Tipping Fee Transactions Summary   Run time:  7:38:03
                                   10/2006 - 09/2007
```

| Month       | R/S   | Charges      | Debits     | Credits        | Payments      |
|-------------|-------|--------------|------------|----------------|---------------|
| 06/2007     | OC    | 7,640.00     |            |                |               |
| 06/2007     | R     | 236,490.00   | 358.00     | 1,578.00-      | 5,109.00-     |
| 06/2007 Total |     | 573,385.00   | 1,758.00   | 4,158.00-      | 64,427.92-    |
|             |       |              |            |                | 540,747.03-   |
| 07/2007     |       |              |            |                |               |
| 07/2007     | CH    | 2,358,825.00 | 1,780.00   | 2,037,385.00-  | 75,447.00-    |
| 07/2007     | G     | 6,365.00     |            |                | 70.00-        |
| 07/2007     | OC    | 13,275.00    | 1,540.00   | 1,470.00-      | 5,990.00-     |
| 07/2007     | R     | 228,450.00   |            | 1,628.00-      | 68,140.00-    |
| 07/2007 Total |     | 2,606,915.00 | 3,320.00   | 2,040,483.00-  | 149,647.00-   |
| 08/2007     |       |              |            |                |               |
| 08/2007     | CH    | 339,400.00   | 850.00     | 1,315.00-      | 385,360.81-   |
| 08/2007     | G     | 4,545.00     | 45.00      | 15.00-         |               |
| 08/2007     | OC    | 5,855.00     |            | 70.00-         | 19,561.00-    |
| 08/2007     | R     | 229,850.00   | 60.00      | 60.00-         | 247,335.07-   |
| 08/2007 Total |     | 579,650.00   | 955.00     | 1,460.00-      | 652,256.88-   |
| 09/2007     |       |              |            |                |               |
| 09/2007     | CH    | 311,775.00   | 850.00     | 44,641.00-     | 337,380.63-   |
| 09/2007     | G     | 4,090.00     | 120.00     | 120.00-        | 60.00-        |
| 09/2007     | OC    | 4,010.00     | 37,653.00  | 388.00-        | 15,875.00-    |
| 09/2007     | R     | 231,880.00   | 7,396.00   | 37,748.00-     | 72,715.43-    |
| 09/2007 Total |     | 551,755.00   | 46,019.00  | 82,897.00-     | 426,031.06-   |
| Final Totals |      | 8,913,224.00 | 59,053.00  | 2,137,340.00-  | 5,716,869.84- |

**COLLECTION RATE APPROXIMATELY 64%**

Page 2

```
Report   : DPWB065           Department of Public Works          Page no :        1
Run date:  3/13/08         Tipping Fee Transactions Summary      Run time:  7:38:18
                                  10/2007 - 03/2008
```

| Month | R/S | Charges | Debits | Credits | Payments |
|---|---|---:|---:|---:|---:|
| 10/2007 | | | | | |
| 10/2007 | CH | 322,105.00 | 250.00 | 610.00- | 308,543.29- |
| 10/2007 | G | 6,545.00 | | | |
| 10/2007 | OC | 5,915.00 | 360.00 | | 21,764.00- |
| 10/2007 | R | 218,480.00 | | 1,196.00- | 58,235.14- |
| 10/2007 | Total | 553,045.00 | 610.00 | 1,806.00- | 388,542.43- |
| 11/2007 | | | | | |
| 11/2007 | CH | 317,925.00 | 50.00 | 600.00- | 275,234.30- |
| 11/2007 | G | 6,385.00 | | 5.00- | 100.00- |
| 11/2007 | OC | 6,065.00 | | | 7,415.00- |
| 11/2007 | R | 219,480.00 | | 128.00- | 196,933.57- |
| 11/2007 | Total | 549,855.00 | 50.00 | 733.00- | 479,682.87- |
| 12/2007 | | | | | |
| 12/2007 | CH | 343,245.00 | | | 525,170.16- |
| 12/2007 | G | 5,390.00 | 35.00 | | |
| 12/2007 | OC | 3,905.00 | | | 39,253.00- |
| 12/2007 | R | 220,190.00 | | | 86,825.50- |
| 12/2007 | Total | 572,730.00 | 35.00 | | 651,248.66- |
| 01/2008 | | | | | |
| 01/2008 | CH | 339,620.00 | 450.00 | | 123,156.79- |
| 01/2008 | G | 4,790.00 | 15.00 | | 2,785.00- |
| 01/2008 | OC | 4,675.00 | | | 13,434.00- |
| 01/2008 | R | 218,080.00 | | | 57,516.00- |
| 01/2008 | Total | 567,165.00 | 465.00 | | 196,891.79- |
| 02/2008 | CH | 319,845.00 | | 480.00- | 374,971.75- |
| 02/2008 | G | 4,685.00 | | | 3,740.00- |
| 02/2008 | OC | 4,740.00 | | | 5,335.00- |
| 02/2008 | R | 218,160.00 | | | 39,300.00- |
| 02/2008 | Total | 547,430.00 | | 480.00- | 423,346.75- |
| 03/2008 | CH | 29,010.00 | | | 343,584.47- |
| 03/2008 | G | 390.00 | | | |
| 03/2008 | OC | 900.00 | | | 3,430.00- |
| 03/2008 | R | 218,610.00 | | | 17,090.00- |
| 03/2008 | Total | 248,910.00 | | | 364,104.47- |
| Final Totals | | 3,039,135.00 | 1,160.00 | 3,019.00- | 2,503,816.97- |

**COLLECTION RATE APPROXIMATELY 82%**

page 3

# EXHIBIT B




Lawrence P. Perez
Director
Andrew Leon Guerrero
Deputy Director

March 14, 2008

## MEMORANDUM

To: Pat Mason, Deputy Attorney General
Office of the Attorney General

From: Dominic G. Muna, Superintendent
Solid Waste Management Division

Subject: Incoming Waste Summary Estimate for the Ordot Dump Facility

*Buenas yan Hafa Adai!* Based on the volume of the Ordot Dump Facility's incoming waste, compiled by DPW Solid Waste Management Division the following percentages of incoming waste are as follows:

| Commercial Haulers | DPW Res. Haulers | Other Res. & Self-Hauls | Other Govt. Household (Mayors) | Green Waste | Construction and Demolition | TOTAL |
|---|---|---|---|---|---|---|
| 64% | 14% | 8% | 5% | 4% | 6% | 100% |

These are percentage representing approximate daily tonnage per day (385 tpd).

Should you have any questions please call me at 888-3789.

*Si Yu'os Ma'ase.*

# EXHIBIT C

## Marie Cruz

**From:** Ken Rekdahl [krekdahl@dnaguam.com]
**Sent:** Friday, March 14, 2008 2:55 PM
**To:** Marie Cruz
**Cc:** 'DPW Consent Decree'; 'Dominic Muna'; mcbordallo@dnaguam.com
**Subject:** Ordot Dump Depth

Marie,

Please forward the information below to Mr. Pat Mason

1. At the time of our January 2008 site visit to the Ordot Dump the average top deck (top) elevation was 325ft above sea level. This was the value present in today's Status Hearing.

2. As of March 2008 the average top deck (top) of the Ordot Dump was 330ft above sea level.

3. The approximate ground elevation of the original surface at the Ordot Dump, as determined from past topography data available was 200ft above sea level.

4. The average depth as of March 2008 at the Dump as measured from the Top Deck (top) to the Original surface is approximately 330ft – 200ft = **130ft.**

Regards,

Ken

Ken Rekdahl, P.E.
Duenas, Bordallo, Camacho & Associates, Inc.
238 E. Marine Corps. Dr.
Suite 201 Diamond Plaza
Hagatna, Guam 96910
671-477-7991
671-479-6315 (fax)

