Office of the Attorney General
Alicia G. Limtiaco
Attorney General of Guam
Civil Division
287 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com

**Attorneys for the Government of Guam**

FILED
DISTRICT COURT OF GUAM
MAR 17 2008
JEANNE G. QUINATA
Clerk of Court

# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CIVIL CASE NO. 02-00022 |
| Plaintiff, | ) | |
| vs. | ) | **DECLARATIONS**<br>**RE: TRASH COVER AT ORDOT DUMP** |
| GOVERNMENT OF GUAM, | ) | |
| Defendant. | ) | |

During the March 14, 2008 hearing, the Court ordered the Governor of Guam and the Director of the Guam Department of Public Works to file declarations regarding the covering over the Ordot Dump. The following declarations are filed in response to the Court's order.

**DECLARATION OF GOVERNOR OF GUAM**

I, FELIX P. CAMACHO declare as follows:

1. I am the Governor of Guam.

*Page 1*
*Declarations Re: Trash Cover at Ordot Dump*
*USA vs Government of Guam*
*District Court of Guam Case No. CV02-00022*

Case 1:02-cv-00022   Document 240   Filed 03/17/2008   Page 1 of 3

2. I submit this Declaration in response to the Court's order during the March 14, 2008 hearing.

3. I have been informed by the staff of the Department of Public Works ("DPW") that DPW has provided sufficient cover material for the Ordot Dump Facility.

I certify, under penalty of perjury, that the foregoing is true and correct.

Executed this **14** day of March, 2008.



**FELIX P. CAMACHO**
Governor of Guam

**DECLARATION OF DIRECTOR OF PUBLIC WORKS**

I, LAWRENCE PEREZ, declare as follows:

1. I am currently the Director of the Department of Public Works, Government of Guam.

2. I submit this Declaration in response to the Court's order during the March 14, 2008 hearing.

3. I have been informed by the staff of the Department of Public Works ("DPW") that DPW has provided sufficient cover material for the Ordot Dump Facility.

I certify, under penalty of perjury, that the foregoing is true and correct.

Executed this _14TH_ day of March, 2008.

_____
**LAWRENCE PEREZ**, Director
Department of Public Works

---

Page 2
*Declarations Re: Trash Cover at Ordot Dump*
*USA vs Government of Guam*
*District Court of Guam Case No. CV02-00022*

Respectively submitted this 14th day of March, 2008.

**OFFICE OF THE ATTORNEY GENERAL**
ALICIA G. LIMTIACO, Attorney General of Guam

By: _____
**J. PATRICK MASON**
Deputy Attorney General

Page 3
Declarations Re: Trash Cover at Ordot Dump
USA vs Government of Guam
District Court of Guam Case No. CV02-00022