# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagatna, Guam 96910**
**671-473-9100**

| | |
|---|---|
| USA, | Civil Case No. 02-00022 |
| Plaintiff, | |
| vs. | |
| GOVERNMENT OF GUAM, | |
| Defendant. | |

# NOTICE OF ENTRY

**NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled case the following order or judgment:

**ORDER re Second Request for Disqualification**
**signed on March 17, 2008**
**Date of Entry: March 17, 2008**

**ORDER Re: Appointment of Receiver**
**signed on March 17, 2008**
**Date of Entry: March 17, 2008**

The original orders or judgments are on file at the Clerk's Office of this court. The documents may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee. Information on the PACER system can be found on the court's web page: **www.gud.uscourts.gov**.

Date: March 17, 2008        Clerk of Court

    **/s/ Jeanne G. Quianta**