# DISTRICT COURT OF GUAM

# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GOVERNMENT OF GUAM,<br><br>Defendant. | Civil Case No. 02-00022<br><br>**MINUTES** |

ON-SITE VISITS TO ORDOT DUMP AND DANDAN
(April 24, 2008 9:35 a.m.)

Notes: Appearing on behalf of Plaintiff was Assistant U.S. Attorney Mikel Schwab. Appearing on behalf of Defendant was Assistant Attorney General Patrick Mason. Also present: DPW Solid Waste Division Superintendent Dominic Muna and Cynthia Jackson from DPW; Guam E.PA. Administrator Lorilee Crisostomo and Solid Waste Program Manager Barbara Torres; U.S. E.PA. Manager of Pacific Islands Office John McCarroll; President Harvey Gershman, Sr. Vice President Tim Bratton, Special Principal Associate David Manning, Vice President Chace Anderson, and Senior Project Engineer Chris Lund from Gershman, Brickner & Bratton, Inc.; Project Engineers Kenneth Rekdahl and Miguel Bordallo from Duenas, Bordallo, Camacho & Associates; and Steve Nelson and Cris Castro from URS Corporation. All parties present at

Dandan site with the exception of representatives from Duenas, Bordallo, Camacho & Associates and URS Corporation. Tor Gudmundsen of TG Engineering present at Dandan site only.

    Mr. Muna explained the daily operations of the Ordot Dump site and the installation of the new scale. Mr. Rekdahl discussed property boundaries and stated that he will revisit air space calculations.

    Mr. Gudmundsen presented maps of the Dandan site. He and Ms. Jackson provided information as to the temporary and permanent access roads.

    On-site visits concluded at 11:25 a.m.

Prepared by: Virginia T. Kilgore
Deputy Clerk