IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL CASE NO. 02-00022 |
| Plaintiff, | ) | |
| v. | ) | **ORDER RE: PAYMENT OF RECEIVER INVOICE FOR MARCH 2008** |
| GOVERNMENT OF GUAM, | ) | |
| Defendant. | ) | |

The court has reviewed the Receiver's invoice no. 08-04-2209, dated April 4, 2008, and finds the fees in the amount of $67,722.50 and the expenses in the amount of $102.18 to be reasonable. *See* Exhibit (GBB Invoice for Services).

Accordingly, the court **HEREBY ORDERS** the Clerk of Court to transmit payment via wire transfer to Gershman, Brickner & Bratton, Inc., General Account, as referenced in the Receiver's invoice no.08-04-2209, in the amount of $61,052.43 (representing 90% of the fees and expenses due). The funds for said payment shall be drawn from the savings account created pursuant to this court's January 24, 2008 Order of Deposit, wherein the court ordered that the amount of $2.855 million, paid by the Government of Guam, be deposited by the Clerk into an interest bearing savings account.

In accordance with the court's March 17, 2008 Order, the Clerk is **ORDERED** to retain $6,772.25 (representing 10% of the fees due) (hereinafter "10% retention"). Pursuant to General

Rule 8.1 Deposits in Court - Responsibility of the Clerk, the court **FURTHER ORDERS**, with respect to the 10% retention:

    1.    The Clerk shall deposit the 10% retention amount of SIX THOUSAND SEVEN HUNDRED SEVENTY-TWO DOLLARS and TWENTY-FIVE CENTS ($6,772.25) into an interest-bearing savings account, said funds to remain on deposit pending further order of the court. G.R. 8.1(e)(1).

    2.    The Clerk shall deposit the money in a financial institution insured by the Federal Deposit Insurance Corporation or the Federal Savings and Loan Insurance Corporation.

    3.    The Clerk shall deposit the money as soon as practicable following service of a copy of this Order. G.R. 8.1(d).

    4.    Any future disbursement of these funds shall only be made pursuant to court order. The signatures of both the (1) Clerk of Court or Chief Deputy Clerk and (2) the Financial Administrator of the court are required to disburse the funds.

The Clerk of Court is hereby relieved of any personal liability relative to compliance with this order.

**IT IS SO ORDERED.**



**/s/ Frances M. Tydingco-Gatewood**
    **Chief Judge**
**Dated: Apr 25, 2008**



**SOLID WASTE MANAGEMENT CONSULTANTS**

U.S. Federal District Court of Guam  
Chief Judge  
520 West Soledad Avenue  
Hagåtña, Guam 96910

April 4, 2008

cc: Attorney General  
    c/o Assistant Pat Mason

RE: Invoice for Services     Inv No. 08-04-2209     Job No. 07066-01

| | |
|---|---|
| **PERIOD:** | Activity from March 17, 2008 through March 31, 2008 |
| **CLIENT REFERENCE:** | **Order Re: Appointment of Receiver, Case 1:02-cv-0002 filed March 17, 2008** and ordered by the Chief Judge for the U.S. Federal District Court of Guam |
| **DESCRIPTION:** | Pursuant to the Consent Decree, GBB, acting as Receiver for the District Court of Guam, will enforce the terms of the Consent Decree, and assume all of the responsibilities, functions, duties, powers and authority of the Solid Waste Management Division of the Department of Public Works ("DPW"), and any and all departments, or other divisions of the DPW insofar as they affect the Government of Guam's compliance with the Consent Decree |
| **GBB Federal ID#:** | 52-1189668 |

| Payments Received To Date | Invoiced But not Received | Current Progress Amount | Current Fee Retainage | Cumulative Fee Retainage |
|---|---|---|---|---|
| $ 0 | $ 0 | $ 61,052.43 | $ 6,772.25 | $ 6,772.25 |

**Labor**

| | | |
|---|---|---|
| President – H. Gershman | 51.5 hours @ $ 250.00/hr | $ 12,875.00 |
| Special Principal Associate – D. Manning | 95.5 hours @ $ 250.00/hr | 23,875.00 |
| Senior Vice President – T. Bratton | 38.5 hours @ $ 210.00/hr | 8,085.00 |
| Vice President – C. Anderson | 43.25 hours @ $ 185.00/hr | 8,001.25 |
| Principal Associate – M. Atwater | 17.5 hours @ $ 165.00/hr | 2,887.50 |
| Principal Associate – K. Callen | 8.25 hours @ $ 165.00/hr | 1,361.25 |
| Principal Associate – H. Miller-Cox | 36.75 hours @ $ 165.00/hr | 6,063.75 |
| Support Director – F. Coulombe | 25.5 hours @ $ 125.00/hr | 3,187.50 |
| Support Manager - P. Ravenelle | 6.5 hours @ $ 65.00/hr | 422.50 |
| Editor – M. Howard | 7 hours @ $ 60.00/hr | 420.00 |
| Administrative Secretary – C. Chaply | 7.75 hours @ $ 60.00/hr | 465.00 |
| Clerical Support – L. Keller | 1.75 hours @ $ 45.00/hr | 78.75 |
| | **Total labor** | $ 67,722.50 |
| Less 10% Retainage for Fees held in Trust | | (6,772.25) |
| | | $ 60,950.25 |

Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Suite 203  
Fairfax, Virginia 22031-4620  
(703) 573-5800 FAX (703) 698-1306  
E-MAIL: gbb@gbbinc.com  
Printed on recycled paper

"EXHIBIT"



**Expenses**

| | | |
|---|---|---|
| Delivery (1 - 2) | | $ 77.54 |
| Duplications | 76 pages @ $0.15 each | 11.40 |
| Faxes | 3 pages @ $0.50 each | 1.50 |
| Postage | | 2.45 |
| Fee on Expenses @ 10% | | 9.29 |
| | Total Expenses | 102.18 |
| | Total Invoice Amount | $ 61,052.43 |

**TOTAL AMOUNT DUE GBB FOR THIS PERIOD . . . . . . . . . . . . . . . . . . . . . . . . $   61,052.43**

Payments should be executed via wire transfers using the following information:

Bank Account Name:         Gershman, Brickner & Bratton, Inc., General Account

Local Branch Address:      Bank of America, 8212 Lee Highway, Merrifield, VA 22031

Bank Account Number:

Bank Routing Number for incoming wires:

Swift Code (if needed):

*[signature]*
*April 4, 2008*

| TEDATE | PROJECTID |
|---|---|
| 3/1/2008 to 3/31/2008 | 07066:01 to 07066:01 |

**Chace Anderson**

<u>07066:01</u>     <u>US District Court for Guam - Receivership</u>

| | | | | | |
|---|---|---|---|---|---|
| MON | 03/17/08 | 07066:01 | 5110:VP | Vice President<br>Call from Chief Judge's staff informing GBB that the discussion between the Governor and Judge had taken place and the news of the Judge's decision had been made. I informed members of the team of the phone call, reviewed Guam media outlets for information; received email from Chief Judge on engagement letter and reviewed it again. Law Clerk provided court order of the project. Judicial Assistant to Chief Judge provided media contact information which I began an excel sheet of for contact purposes. Developed a first draft of a "to-do" list for the coming week and sent to Manning in preparation of our organization call the following day. | 1.50 |
| MON | 03/17/08 | 07066:01 | 5110:VP | Vice President<br>Phone conference with Manning on "to-do" list; reading emails from people on or associated with Guam; phone conference with Gershman and Manning: began developing a contact list; searched opportunities for downloading court documents in secured web site for GBB team members | 5.75 |
| MON | 03/17/08 | 07066:01 | 5110:VP | Vice President<br>Developed excel template for document review, sent to Manning. Provided downloading directions of court documents to team members. Reviewed drafts of Press Release on Guam project and made edits. Phone conference call of the day with Gershman and Manning to go over the tremendous out put of calls and emails that the Chief Judge's decision has created. Phone conversation with Odelle, A-mher subconsultant with TG PE in Guam; Manning and Gershman on call. | 3.50 |
| TUES | 03/18/08 | 07066:01 | 5110:VP | Vice President | 2.00 |

| | TEDATE | PROJECTID |
|---|---|---|
| | 3/1/2008 to 3/31/2008 | 07066:01 to 07066:01 |

| Day | Date | Project ID | Code | Description | Hours |
|---|---|---|---|---|---|
| | | | | Reviewed media stories on appointment; discussions on how best to respond to media and prepare for the layout of media plan; discussions on USEPA's request for a meeting with Manning, Gershman, Bratton and me; Discussion of PW Director's Perez's interview; second draft of document review sheet sent to Manning. | |
| TUES | 03/18/08 | 07066:01 | 5110:VP | Vice President<br>Conversation with Callen on host websites for three activities: media and public; contractors; gbb team; drafted outline of website ideas and sent Manning for consideration. | 1.25 |
| TUES | 03/18/08 | 07066:01 | 5110:VP | Vice President<br>Reading emails from vendors and resumes of people looking for opportunities to work in Guam on this project. | 2.00 |
| TUES | 03/18/08 | 07066:01 | 5110:VP | Vice President<br>Revised and final excel review document; Website outline from Colulombe with questions and descriptions answered and filled in; began reading court documents starting from the oldest and moving in order to the most recent; continued filling in contact names and information. | 5.00 |
| WED | 03/19/08 | 07066:01 | 5110:VP | Vice President<br>Emails with Manning and Gershman and phone conference; discussion regarding Perez's request for a video conference call. Reviewed draft letter to Governor Camacho from Manning | 2.25 |
| WED | 03/19/08 | 07066:01 | 5110:VP | Vice President<br>Website layout emails with Colulombe and Manning; review of letter to employees with edits from Manning; call with Callen on website construction; review of emails from Guam related entities | 2.00 |
| WED | 03/19/08 | 07066:01 | 5110:VP | Vice President<br>Reviewed court documents and added to contact list | 3.75 |
| THUR | 03/20/08 | 07066:01 | 5110:VP | Vice President<br>Reviewed Guam Media outlets; Reviewed unsolicited emails from unknown people on Guam topic | 1.00 |
| THUR | 03/20/08 | 07066:01 | 5110:VP | Vice President | 0.50 |

| TEDATE | PROJECTID |
|---|---|
| 3/1/2008 to 3/31/2008 | 07066:01 to 07066:01 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | Phone conference among Manning, Gershman, Atwater, and Coulombe on website. | |
| THUR | 03/20/08 | 07066:01 | 5110:VP | Vice President<br>Read court documents; adding to contact list; responding to Manning's inquiry on recycling possibilities in Guam. | 5.50 |
| FRI | 03/21/08 | 07066:01 | 5110:VP | Vice President<br>Reviewed court documents | 1.50 |
| FRI | 03/21/08 | 07066:01 | 5110:VP | Vice President<br>Reviewed Guam media outlets | 0.50 |
| FRI | 03/21/08 | 07066:01 | 5110:VP | Vice President<br>Reviewed Manning's chart on time zones; read and referd to email. | 0.25 |
| FRI | 03/21/08 | 07066:01 | 5110:VP | Vice President<br>Reviewed Gershman's outline for first week and began drafting suggestions; communicated with Otto who inquired about the Guam project. | 1.50 |
| FRI | 03/21/08 | 07066:01 | 5110:VP | Vice President<br>Phone conference with Manning, Gershman, Bratton and consulting firm with Guam Public works, Madenberg with Parsons Brinckerhoff | 1.00 |
| TUES | 03/25/08 | 07066:01 | 5110:VP | Vice President<br>Conference call with Manning, Gershman, and USEPA 9 | 1.00 |
| THUR | 03/27/08 | 07066:01 | 5110:VP | Vice President<br>Conversation with Gershman, Manning, Bratton, and Shaw Group representatives. | 1.50 |

                                                          **Project Total:** 43.25

                                                         **Employee Total:** 43.25

**Cora Chaply**

<u>07066:01</u>       <u>US District Court for Guam - Receivership</u>

| | | | | | |
|---|---|---|---|---|---|
| MON | 03/17/08 | 07066:01 | 5120:AS | Administrative Secretary<br>Research on travel and lodging in Guam. | 1.00 |
| WED | 03/19/08 | 07066:01 | 5120:AS | Administrative Secretary<br>Email correspondence with prospective subcontractors. File setup and call log sheet created. | 0.50 |
| MON | 03/24/08 | 07066:01 | 5120:AS | Administrative Secretary | 1.00 |

| TEDATE | PROJECTID |
|---|---|
| 3/1/2008 to 3/31/2008 | 07066:01 to 07066:01 |

|      |          |          |           |                                                                                                                                                                                 |      |
|------|----------|----------|-----------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|
|      |          |          |           | Started printouts for Bratton. Research of travel to Guam and email to travel agent.                                                                                            |      |
| TUES | 03/25/08 | 07066:01 | 5120:AS   | Administrative Secretary<br>Finalized printouts for Bratton.                                                                                                                     | 0.25 |
| THUR | 03/27/08 | 07066:01 | 5120:AS   | Administrative Secretary<br>Scanned document for Bratton to send to Manning. Research on travel. Printed out and placed documents that Gershman needed and put on FTP site.      | 1.50 |
| FRI  | 03/28/08 | 07066:01 | 5120:AS   | Administrative Secretary<br>Copying of DVDs sent from Guam courts. Printing and copying of files to FTP site. Research of stay in Guam.                                          | 3.00 |
| MON  | 03/31/08 | 07066:01 | 5120:AS   | Administrative Secretary<br>Copying of remainder DVDs which failed. Email sent to Information Systems Manager to have copies of DVDs sent to Manning and Anderson.               | 0.50 |
|      |          |          |           | **Project Total:**                                                                                                                                                               | 7.75 |
|      |          |          |           | **Employee Total:**                                                                                                                                                              | 7.75 |

## David Manning

| 07066:01 | | US District Court for Guam - Receivership | | | |
|---|---|---|---|---|---|
| MON  | 03/17/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Planning and organization of work, initial review of the scope of documents and conference call with other team members. | 3.00 |
| MON  | 03/17/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Initial organization of the work, reviewing and responding to email and drafting correspondence. | 4.50 |
| MON  | 03/17/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Telephone calls and reviewing and responding to email. | 1.00 |
| TUES | 03/18/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Email and finalizing letter to Governor Camancho | 1.50 |
| TUES | 03/18/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Review and respond to email, review media coverage, draft correspondence phone calls and develop media strategy. | 7.50 |
| TUES | 03/18/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate | 2.00 |

| | TEDATE | | PROJECTID | | | |
|---|---|---|---|---|---|---|
| | 3/1/2008 to 3/31/2008 | | 07066:01 to 07066:01 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | Review and respond to email, phone calls and initial media interview. | |
| WED | 03/19/08 | 07066:01 | | 5140:S. PRIN | Special Principal Associate<br>Review and respond to email, reviewing press coverage, communication with the Chief Judge and document review. | 7.50 |
| WED | 03/19/08 | 07066:01 | | 5140:S. PRIN | Special Principal Associate<br>Review and respond to email, conference call with other team members and drafting letter to employees. | 2.50 |
| THUR | 03/20/08 | 07066:01 | | 5140:S. PRIN | Special Principal Associate<br>Document review, review and respond to email and media interview. | 2.00 |
| THUR | 03/20/08 | 07066:01 | | 5140:S. PRIN | Special Principal Associate<br>Document review and conversation with the Chief Judge. | 4.50 |
| THUR | 03/20/08 | 07066:01 | | 5140:S. PRIN | Special Principal Associate<br>Review and respond to email and conference call with other team members. | 2.00 |
| FRI | 03/21/08 | 07066:01 | | 5140:S. PRIN | Special Principal Associate<br>Review and respond to email and document review. | 5.00 |
| FRI | 03/21/08 | 07066:01 | | 5140:S. PRIN | Special Principal Associate<br>Review and respond to email and document review and conference call with Parsons Brinckerhoff. | 3.00 |
| SAT | 03/22/08 | 07066:01 | | 5140:S. PRIN | Special Principal Associate<br>Review and respond to email and document review. | 1.00 |
| SUN | 03/23/08 | 07066:01 | | 5140:S. PRIN | Special Principal Associate<br>Review and respond to email and planning for the ensuing week. | 3.00 |
| MON | 03/24/08 | 07066:01 | | 5140:S. PRIN | Special Principal Associate<br>Reviewing and responding to email and document review. | 5.00 |
| MON | 03/24/08 | 07066:01 | | 5140:S. PRIN | Special Principal Associate<br>Development of FAQs and document review. | 2.50 |
| MON | 03/24/08 | 07066:01 | | 5140:S. PRIN | Special Principal Associate<br>Reviewing and responding to email and document review. | 2.00 |
| TUES | 03/25/08 | 07066:01 | | 5140:S. PRIN | Special Principal Associate<br>Review and respond to email and document review and phone discussion with Chief Judge. | 2.00 |

| TEDATE | PROJECTID |
|---|---|
| 3/1/2008 to 3/31/2008 | 07066:01 to 07066:01 |

| | | | | | |
|---|---|---|---|---|---|
| TUES | 03/25/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Conference call with EPA 9, drafting letter to the Speaker and reviewing and responding to email. | 3.00 |
| TUES | 03/25/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Review and respond to email, and correspondence drafting. | 5.50 |
| WED | 03/26/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Review and respond to email, phone calls and FAQ review. | 3.00 |
| WED | 03/26/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Review and respond to email, reviewing web site and initial plan development. | 4.00 |
| THUR | 03/27/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Review and respond to email and web site review and conference call with Shaw. | 2.50 |
| THUR | 03/27/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Review and respond to email and document review. | 2.50 |
| FRI | 03/28/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Review and respond to email and document review. | 2.00 |
| SUN | 03/30/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Planning for the ensuing week. | 1.00 |
| MON | 03/31/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Plan development, phone calls and reviewing and responding to email and documentation of hours. | 3.00 |
| MON | 03/31/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Plan development and phone calls. | 2.50 |
| MON | 03/31/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Reviewing and responding to email and review correspondence. | 5.00 |
| | | | | **Project Total:** | 95.50 |
| | | | | **Employee Total:** | 95.50 |

**Francois Coulombe**

<u>07066:01</u>     <u>US District Court for Guam - Receivership</u>

| | | | | | |
|---|---|---|---|---|---|
| TUES | 03/18/08 | 07066:01 | 5140:SD | Support Director<br>Interview coordination / website coordination-structure | 4.00 |
| WED | 03/19/08 | 07066:01 | 5140:SD | Support Director<br>Interview coordination / media tracking | 0.75 |

| TEDATE | PROJECTID |
|---|---|
| 3/1/2008 to 3/31/2008 | 07066:01 to 07066:01 |

| Day | Date | Project | Code | Description | Hours |
|---|---|---|---|---|---|
| THUR | 03/20/08 | 07066:01 | 5140:SD | Support Director<br>website coordination + conference call + domain purchase + template research / media tracking | 7.75 |
| FRI | 03/21/08 | 07066:01 | 5140:SD | Support Director<br>Website conference call / website hosting space purchase / media tracking | 1.50 |
| SUN | 03/23/08 | 07066:01 | 5140:SD | Support Director<br>Media tracking | 0.50 |
| MON | 03/24/08 | 07066:01 | 5140:SD | Support Director<br>Website - comments on 1st draft - FAQs review - file preparation / Press release; letters to Governor + letter to employees + new website / | 3.75 |
| TUES | 03/25/08 | 07066:01 | 5140:SD | Support Director<br>Press release; letters to Governor + letter to employees + new website / Media scan / ProjectSpaces.com FTP setup | 1.00 |
| WED | 03/26/08 | 07066:01 | 5140:SD | Support Director<br>ProjectSpaces.com FTP setup / Media scan / work order admin / | 2.75 |
| THUR | 03/27/08 | 07066:01 | 5140:SD | Support Director<br>Website - review and comments on test website / ProjectSpaces.com FTP setup / media scan | 2.00 |
| FRI | 03/28/08 | 07066:01 | 5140:SD | Support Director<br>Website - review and move to GBB test area | 1.00 |
| MON | 03/31/08 | 07066:01 | 5140:SD | Support Director<br>media scan | 0.50 |
| | | | | **Project Total:** | **25.50** |
| | | | | **Employee Total:** | **25.50** |

**Heather Miller Cox**

<u>07066:01</u>     <u>US District Court for Guam - Receivership</u>

| Day | Date | Project | Code | Description | Hours |
|---|---|---|---|---|---|
| FRI | 03/21/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Telecon, website discovery and planning, photo searches, begin to design interface | 6.50 |
| SAT | 03/22/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Telecon with Atwater; make revisions | 1.00 |
| SAT | 03/22/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Finish design and code home page | 4.00 |

| TEDATE | PROJECTID |
|---|---|
| 3/1/2008 to 3/31/2008 | 07066:01 to 07066:01 |

| | | | | | |
|---|---|---|---|---|---|
| MON | 03/24/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Begin to design and code interior page | 3.00 |
| MON | 03/24/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Telecon with Atwater; revisions from GBB Receiver Team members | 3.00 |
| TUES | 03/25/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Finish design and coding of interior page | 1.50 |
| WED | 03/26/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Build entire site | 5.50 |
| WED | 03/26/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Finalize interior template | 2.00 |
| WED | 03/26/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Create photo banners | 4.00 |
| THUR | 03/27/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Client changes | 5.75 |
| THUR | 03/27/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Add background graphic and update press release | 0.50 |

|  |  |
|---|---|
| **Project Total:** | 36.75 |
| **Employee Total:** | 36.75 |

**Harvey Gershman**

<u>07066:01</u>        <u>US District Court for Guam - Receivership</u>

| | | | | | |
|---|---|---|---|---|---|
| MON | 03/17/08 | 07066:01 | 5110:PRES | President<br>Initiate project; brief staff; coordinate research with Manning and Anderson; call with Stillwell for Guam background; read, respond, and file emails; note to Chaply re: setting up project files: work on press release, letter to Governor with Manning and Coulombe | 4.00 |
| TUES | 03/18/08 | 07066:01 | 5110:PRES | President<br>Finalize Press Release; further input on letter to Governor; coordinate responding to media with Coulombe, Anderson and Manning; phone con with Chief Judge; read and respond to emails; read background material on assignment | 6.00 |
| WED | 03/19/08 | 07066:01 | 5110:PRES | President | 5.00 |

| TEDATE | PROJECTID |
|---|---|
| 3/1/2008 to 3/31/2008 | 07066:01 to 07066:01 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | Coordinate media responses with Manning and Coulombe; suggest lettter to employees; brief Chaply on upcoming travel; read, respond and file emails; call with Shaw and coordinate setting up a call; call with Parsons Brinkerhoff and coordinate setting up a call; email to EPA Region 9 | |
| THUR | 03/20/08 | 07066:01 | 5110:PRES | | President<br>Read and respond to emails; continue to assist in managing media; calls with Atwater and Coulombe re: setting up web site (www.guamsolidwastereceiver.org); coordinate calls with Manning and Anderson; phone con with Shaw to set up conference call; listen to Manning radio interview | 5.00 |
| FRI | 03/21/08 | 07066:01 | 5110:PRES | | President<br>Read and respond to emails; conference call with Parsons Brinkerhoff, review background information; outline April 21 Guam trip for Manning, Anderson, Bratton and Gershman; call with Atwater, Miller and Coulombe re: www.guamsolidwastereceiver.org; print information to review; coordination call with Manning and Anderson | 4.00 |
| SAT | 03/22/08 | 07066:01 | 5110:PRES | | President<br>Read and respond to emails | 2.00 |
| SUN | 03/23/08 | 07066:01 | 5110:PRES | | President<br>Read and reply to emails; review documents | 4.00 |
| MON | 03/24/08 | 07066:01 | 5110:PRES | | President<br>Read and respond to emails; review web site outline and advance with project team; advance project/ftp site for documents | 3.00 |
| TUES | 03/25/08 | 07066:01 | 5110:PRES | | President | 3.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | Read and reply to emails; call with Atwater re: web site, conference call amongst EPA Region 9 team and GBB Guam Receiver team for background on situation and needs for coming into compliance with Consent Decree | |
| WED | 03/26/08 | 07066:01 | 5110:PRES | | President<br>Read and reploy to emails; coordinate travel with Chaply; call with Manning, Atwater and Coulombe re: general coordination and web site content and PPT format; review project documents | 3.00 |
| THUR | 03/27/08 | 07066:01 | 5110:PRES | | President<br>Read and reply to emails; review draft www.guamsolidwastereceiver.org web site and comment; conference call with Shaw and request task to assist with reviewing Ordot Dump closure plan and Layon Landfill design; review project documents; review plans for meetings in April with Chief Judge and others | 6.00 |
| FRI | 03/28/08 | 07066:01 | 5110:PRES | | President<br>Draft and send out email presenting draft of GBB Receiver web site; phone con with Chief Judge regarding web site and upcoming meetings; read and respond to emails; advance expenses letter and coordinate travel for April with Chaply | 3.50 |
| MON | 03/31/08 | 07066:01 | 5110:PRES | | President<br>Read and respond to emails; advance expense letter with Plutino, Manning and Bratton; review project information | 3.00 |

Project Total: **51.50**

Employee Total: **51.50**

### Kevin Callen

<u>07066:01</u>     <u>US District Court for Guam - Receivership</u>

| | | | | | | |
|---|---|---|---|---|---|---|
| TUES | 03/18/08 | 07066:01 | 5140:PRIN | | Principal Associate | 4.25 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | Reviewed website and project management date needs with Coulombe and Anderson. Researched technology options. Set-up and tested project website. Made recommendations to Coulombe | |
| TUES | 03/25/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Project portal set-up. | 2.25 |
| WED | 03/26/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Set-up project portal sites, transferred info and briefed Coulombe. | 1.75 |
| | | | | **Project Total:** | 8.25 |
| | | | | **Employee Total:** | 8.25 |

**Lonelle Keller**

| 07066:01 | | US District Court for Guam - Receivership | | | |
|---|---|---|---|---|---|
| THUR | 03/20/08 | 07066:01 | 5120:CA | Contract Administration<br>Assist with project administration and correspondence | 1.75 |
| | | | | **Project Total:** | 1.75 |
| | | | | **Employee Total:** | 1.75 |

**Mary Howard**

| 07066:01 | | US District Court for Guam - Receivership | | | |
|---|---|---|---|---|---|
| SAT | 03/22/08 | 07066:01 | 5140:ED | Editor<br>Review Appointment of Receivership doc. | 1.00 |
| SUN | 03/23/08 | 07066:01 | 5140:ED | Editor<br>Review Appointment of Receivership doc. | 1.00 |
| MON | 03/24/08 | 07066:01 | 5140:ED | Editor<br>Write summary of Appt. of Rec. doc | 5.00 |
| | | | | **Project Total:** | 7.00 |
| | | | | **Employee Total:** | 7.00 |

**MaryJane Atwater**

| 07066:01 | | US District Court for Guam - Receivership | | | |
|---|---|---|---|---|---|
| THUR | 03/20/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Discuss website content and needs with Cox and Howard | 0.50 |
| THUR | 03/20/08 | 07066:01 | 5140:PRIN | Principal Associate | 0.75 |

| | TEDATE | | PROJECTID | | | |
|---|---|---|---|---|---|---|
| | 3/1/2008 to 3/31/2008 | | 07066:01 to 07066:01 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | Review court order; telephone call with GBB re: website | |
| FRI | 03/21/08 | 07066:01 | 5140:PRIN | | Principal Associate<br>Conference call with GBB team re: website | 0.50 |
| FRI | 03/21/08 | 07066:01 | 5140:PRIN | | Principal Associate<br>Review documents. Draft copy for homepage; confer with Miller-Cox | 1.50 |
| SUN | 03/23/08 | 07066:01 | 5140:PRIN | | Principal Associate<br>Listen to Manning radio interview on NewsTalk K57 | 0.25 |
| SUN | 03/23/08 | 07066:01 | 5140:PRIN | | Principal Associate<br>Call with Miller-Cox re: revised design and copy | 0.75 |
| MON | 03/24/08 | 07066:01 | 5140:PRIN | | Principal Associate<br>Phone call with Gershman on status of website; e-mails to project team | 0.75 |
| MON | 03/24/08 | 07066:01 | 5140:PRIN | | Principal Associate<br>Review Howard's summary of Court Order; make edits | 0.50 |
| MON | 03/24/08 | 07066:01 | 5140:PRIN | | Principal Associate<br>Draft website copy; confer with Miller-Cox on homepage revisions/comments | 4.50 |
| TUES | 03/25/08 | 07066:01 | 5140:PRIN | | Principal Associate<br>Incorporate team comments into FAQs; revise and send to Manning | 1.00 |
| WED | 03/26/08 | 07066:01 | 5140:PRIN | | Principal Associate<br>Phone call with Manning re: FAQs; revise; send to Miller-Cox | 1.75 |
| WED | 03/26/08 | 07066:01 | 5140:PRIN | | Principal Associate<br>Incorporate Manning comments on website text; phone call w/Gershman | 0.50 |
| THUR | 03/27/08 | 07066:01 | 5140:PRIN | | Principal Associate<br>Review website comments from GBB team; discuss with Miller-Cox; review edits | 1.50 |
| THUR | 03/27/08 | 07066:01 | 5140:PRIN | | Principal Associate<br>Proofread website before sending to team to show to Chief Judge | 1.50 |
| FRI | 03/28/08 | 07066:01 | 5140:PRIN | | Principal Associate<br>Draft letter to Chief Judge re: website | 0.50 |
| FRI | 03/28/08 | 07066:01 | 5140:PRIN | | Principal Associate<br>Review test site on GBB server; discuss edits to press release w/Coulombe | 0.75 |
| | | | | | **Project Total:** | **17.50** |

| TEDATE | PROJECTID |
|---|---|
| 3/1/2008 to 3/31/2008 | 07066:01 to 07066:01 |

Employee Total: 17.50

## Pat Ravenelle

<u>07066:01</u>     <u>US District Court for Guam - Receivership</u>

| | | | | | |
|---|---|---|---|---|---|
| MON | 03/17/08 | 07066:01 | 5110:SM | Support Manager<br>Emails; save and print documents. | 1.00 |
| WED | 03/19/08 | 07066:01 | 5110:SM | Support Manager<br>Emails; order FTP site. | 0.50 |
| THUR | 03/20/08 | 07066:01 | 5110:SM | Support Manager<br>Arrange for FTP site; general administrative. | 0.50 |
| MON | 03/24/08 | 07066:01 | 5110:SM | Support Manager<br>Email; general administrative. | 1.00 |
| TUES | 03/25/08 | 07066:01 | 5110:SM | Support Manager<br>General administrative. | 0.50 |
| WED | 03/26/08 | 07066:01 | 5110:SM | Support Manager<br>Fill out consent forms; start distribution list; emails. | 2.00 |
| THUR | 03/27/08 | 07066:01 | 5110:SM | Support Manager<br>PACER and web site arrangements; email. | 1.00 |

Project Total: 6.50

Employee Total: 6.50

## Timothy Bratton

<u>07066:01</u>     <u>US District Court for Guam - Receivership</u>

| | | | | | |
|---|---|---|---|---|---|
| MON | 03/17/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Review e-mail regarding Court Order and internal e-mail regarding work on the new project | 0.50 |
| TUES | 03/18/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Review e-mail and articles regarding GBB's assignment as Receiver and internal e-mail directives regarding work activities | 1.00 |
| WED | 03/19/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Review e-mail regarding project work;review background documents;internal meeting with Gershman | 4.00 |
| THUR | 03/20/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Review e-mail; continue review of selected background documents regarding the Consent Decree Projects | 2.00 |

| TEDATE | PROJECTID |
|---|---|
| 3/1/2008 to 3/31/2008 | 07066:01 to 07066:01 |

| Day | Date | Project | Code | Description | Hours |
|---|---|---|---|---|---|
| FRI | 03/21/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Participate in conference call between GBB and Parsons Brinkerhoff to get updated on road construction projects/needs in Guam as they affect access to the proposed new landfill site; review e-mail regarding work activities; internal discussion with Gershman | 1.50 |
| MON | 03/24/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Review e-mail; review background documents on Ordot Dump closure and new proposed landfill | 3.00 |
| TUES | 03/25/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Review e-mail; review selected documents on Ordot Dump closure and new landfill plans and alternative liners; participate in conference call with representatives of US EPA 9 and US Dept. of Justice to discuss issues and background related to the Consent Decree and actions/inactions toward compliance by Guam Government to date | 6.50 |
| WED | 03/26/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Review documents and e-mail | 5.00 |
| THUR | 03/27/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Review documents and e-mail; participate in conference call with Shaw Environmental & Infrastructure to discuss their role for Guam DPW and certain findings from their consulting services relative to the Consent Decree projects | 5.00 |
| FRI | 03/28/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Review documents received from Shaw Environmental & Infrastructure and other studies prepared as part of the Consent Decree projects work by various consultants; review e-mail;review and comment on new draft Website for GBB as Receiver and communicate suggestions to Atwater, who is overseeing the new Website development | 5.50 |
| MON | 03/31/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Review e-mail; internal meeting with Gershman; review documents | 4.50 |

|  |  |
|---|---|
| Project Total: | 38.50 |
| Employee Total: | 38.50 |

```
                    BRENTWOOD MPO
                  BRENTWOOD, Tennessee
                       370279998
                    4761480027 -0096
   03/19/2008      (615)377-3516       03:08:16 PM
```

```
                      Sales Receipt
   Product           Sale    Unit           Final
   Description       Qty     Price          Price

   HAGATNA GU 96932 Zone-8                  $4.60
   Priority Mail Flat Rate
   Env
    1.90 oz.
    Delivery Confirmation                   $0.65
    Label #:          03070020000499890674
                                         ========
     Issue PVI:                             $5.25

   HAGATNA GU 96910 Zone-8                  $4.60
   Priority Mail Flat Rate
   Env
    1.90 oz.
    Delivery Confirmation                   $0.65
    Label #:          03070020000499890643
                                         ========
     Issue PVI:                             $5.25

   HAGATNA GU 96910 Zone-8                  $4.60
   Priority Mail Flat Rate
   Env
    1.90 oz.
    Delivery Confirmation                   $0.65
    Label #:          03070020000499890650
                                         ========
     Issue PVI:                             $5.25

   HAGATNA GU 96932 Zone-8                  $4.60
   Priority Mail Flat Rate
   Env
    1.90 oz.
    Delivery Confirmation                   $0.65
    Label #:          03070020000499890667
                                         ========
     Issue PVI:                             $5.25

   BARRIGADA GU 96913                       $4.60
   Zone-8 Priority Mail
   Flat Rate Env
    1.90 oz.
    Delivery Confirmation                   $0.65
    Label #:          03070020000499890629
                                         ========
     Issue PVI:                             $5.25

   Total:                                  $26.25

   Paid by:
   Visa                                    $26.25
     Account #:           XXXXXXXXXXXX4547
     Approval #:          005928
     Transaction #:       747
   23 903580025

   Order stamps at USPS.com/shop or call
   1-800-Stamp24.  Go to USPS.com/clicknship
   to print shipping labels with postage.
   For other information call 1-800-ASK-USPS.

   Bill#: 1000402064819
   Clerk: 15

         All sales final on stamps and postage.
         Refunds for guaranteed services only.
              Thank you for your business.
   ********************************************
   ********************************************
             HELP US SERVE YOU BETTER

        Go to: http://gx.gallup.com/pos
            TELL US ABOUT YOUR RECENT
                POSTAL EXPERIENCE
```

(1)

0706l-01




| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 2-608-24223 | Mar 25, 2008 | | 4 of 4 |

## FedEx Express Shipment Detail By Reference (Original)

**Dropped off:** Mar 18, 2008  **Cust. Ref: 07066-01 HG**  **Ref.#2:**
**Payor: Shipper**  **Ref.#1:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 18.50% to this shipment.
- Weather delay - Thunderstorm.
- Distance Based Pricing, Zone 4
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- We calculated your charges based on a dimensional weight of 6.0 lbs., 15" x 13" x 6", divided by 194.
- Package Delivered to Recipient Address - Release Authorized

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 798399203739 | Pat Ravenelle | David Manning |
| Service Type | FedEx Priority Overnight | Gershman, Brickner & Bratton | |
| Package Type | Customer Packaging | 8550 ARLINGTON BLVD | |
| Zone | 04 | FAIRFAX VA 22031 US | |
| Packages | 1 | | |
| Actual Weight | 5.0 lbs, 2.3 kgs | | |
| Rated Weight | 6.0 lbs, 2.7 kgs | Transportation Charge | 47.10 |
| Delivered | Mar 19, 2008 14:18 | Discount | -6.12 |
| Svc Area | A1 | Residential Delivery | 2.30 |
| Signed by | 9999999999999 | Fuel Surcharge | 8.01 |
| FedEx Use | 000000000/0001530/02 | **Total Charge** USD | **$51.29** |

**07066-01 HG Reference Subtotal**   USD   **$51.29**