DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>vs.<br><br>GOVERNMENT OF GUAM,<br><br>    Defendant. | Civil Case No. 02-00022<br><br>**NOTICE OF RECEIPT OF EX PARTE LETTER** |

In the interest of full and complete disclosure, the court hereby advises the parties that it received the letter attached hereto from Rolando L. Sianghio, the President and General Manager of LACTO, who mailed the letter to the chambers of the Chief Judge.

                                    **/s/ Frances M. Tydingco-Gatewood**
                                            **Chief Judge**
                                    **Dated: May 07, 2008**



**LACTO** ASIA PACIFIC CORPORATION

March 28, 2008

**MR. HARRY W. GERSHMAN**
**As Receiver for the Government of Guam**
**Solid Waste Management Project**

President
**Gershman, Brickner and Bratton, Inc.**
8550 Arlington Boulevard, Suite 203
Fairfax, Virginia 22031-4620
Email : gbb@gbbinc.com



**Dear Mr. Gershman :**

We note the landmark decision of March 17, 2008 issued by the Honorable Frances Tydingco-Gatewood, that will enable the Government of Guam to proceed with a positive direction towards an early solution of their solid waste management problems.

**This letter will serve as our Letter of Intent for consideration as an active participant in the future solutions for the Government of Guam Solid Waste problems.**

We have earlier submitted on January 3, 2008 a letter proposal to the Honorable Felix Camacho, Governor of the State of Guam, citing the possible solution packages such as:

A. The Government of Guam (GoG) to purchase our Materials Recovery and Composting Facility (MRCF) systems equipment and our company to provide the technical day-to-day management of the MRCF, with supervision from the Philippines, and workers to come from Guam and the Philippines.

We plan to charge a small management fee with a profit share for installation, commissioning, training and interim management and supervision.

B. A similar proposal as in item #A but the fee charging will be based on a fixed rate for management fee per month.

C. Lacto Asia Pacific Corporation with other local or international firms to enter into joint venture partnership to install the MRCF systems equipment under a Design-Build-Operate Tipping Fee based on volumes of waste received arrangement.

---

8469 Km. 15, West Service Road (along SLEX), Barangay Sun Valley, Parañaque City 1709
(632) 776-1511 • (632) 824-7975 • lactoasia@yahoo.com • www.lactoasia.com

The participation of the GoG in a joint venture will help facilitate the sourcing and packaging of funds required for the project. Without this, other alternatives for the private sector to pursue will include using the Purchase Order or Contract (with obligation of funds) from the GoG to serve as financial guaranties to the potential creditors of the project.

Foremost among the features, advantages and benefits of our proposal are:

1. We can install a complete MRCF within a period of 180 days but be partially operational within 120 days. Guam need not wait for July 2009 or another four years to have an operational system.

2. We shall veer away from a large Sanitary Land Fill which we feel will be a temporary solution but eventually can become a permanent problem. Eliminating a huge landfill will lessen the emotional and political as well as community objections that has characterized the selection of and use of either the Ordot or the Dandan sites.

3. Our systems design introduces a Zero Waste Program Objective. While it may use an extensive number of manpower due to a desire to do active recycling that will lead to employment, the financial feasibilities indicate that this is still a desirable and financially viable approach compared to simple landfilling and dumping.

4. Up to 95 % of the daily incoming waste will be processed, and 5 % remainder will be the only waste brought to a residuals depositary. For this residual volume, we recommend either a concrete tank encapsulation approach or further adoption of appropriate technologies such as Refuse Derived Fuel (RDF) production program.

5. We are active proponents of converting biodegradable waste, which comprise approximately 50 % of the total solid waste, into high quality Organic Compost Fertilizer or environment friendly soil amendment. We use coconut coir dust or other available carbon amendments together with our proprietary Happy Soil powder with microorganisms product for quality enhancement. This manufacturing program under a factory setting will lead to a major Clean and Green and Organic Farming Productivity Program for the island state of Guam.

    This program will simplify the logistics of asking the residents and waste generators of Guam to undertake Waste Segregation.

    This compost production program will also assist greatly in the establishment of a program to prepare for the effects of climate change, global warming and increased sea water levels.

6. The proposal will limit the immediate financial capital outlays of the Government of Guam to annual budgetary allocations.

7. A joint venture entry of the Government of Guam will also automatically allow them to reduce the effective or net Tipping Fees costs because of the profit share they can derive out of the commercially-designed business operation of solid waste processing. The GoG can make their advance payment as an equivalent equity to the venture.

8. The land area requirement for our systems design will only need six (6) hectares instead of the present large area required of the Layon SLF site. The factory MRCF operations can actually be physically installed on a portion of the Ordot site which can be easily "landscaped", which will make the site strategically accessible that will then result in less hauling and trucking costs.

9. Doing the MRCF at the Ordot site will accelerate the landscaping and rehabilitation program of the old dump site, a very vital component of any future development program on solid waste management.

It may interest you to note that Her Excellency, Philippine President Gloria Macapagal Arroyo has been apprised of this program offer, and who in turn has endorsed our proposal to the key officials of the Philippine Government. This program can be considered as part of a government-to-government relations and trade improvement program between Guam and the Philippines. With such arrangements and if we are given the contract for the waste processing, we hope that the Philippine Export Financing programs can be tapped as a fund source for the capital investment requirements of the project.

Our Guam representative is Mr. Samuel Sotelo who shall provide to you the formal copy of our proposal to the Honorable Governor. We will sincerely appreciate it if he can be provided with whatever requirements the Receiver and the DPW will require of foreign contractors/bidders like our company.

We hope to receive an acknowledgement from you of the possibility of being an accredited participant who can contribute the Philippine experiences to the solution of the Government of Guam garbage problems. We also wish to congratulate you on your selection as Receiver.

All for His Praise and Glory!

**ROLANDO L. SIANGHIO**
President and General Manager

cc. : Honorable Frances Tydingco-Gatewood, Chief Judge
District Court of Guam, 520 West Soledad Avenue
Hagatna, Guam 96910
Mr. David Manning, Receiver GBB
Mr. Chace Anderson, GBB Vice-President
Mr. Samuel Sotelo, Lacto Asia Corporation Representative in Guam (ssotelo@ite.net)

**LACTO ASIA PACIFIC CORPORATION**
8469 Km. 15, West Service Road (along SLEX), Barangay Sun Valley, Parañaque City 1709
✆ (632) 776-1511 • ℻ (632) 824-7975 • ✉ lactoasia@yahoo.com • 🌐 www.lactoasia.com

**JUDGE FRANCES TYDINGCO-GATEWOOD**
District Court of Guam
520 West Soledad Avenue
Hagatna, Guam 9610

