# UNITED STATES DISTRICT COURT

DISTRICT OF     **GUAM**

**UNITED STATES OF AMERICA**

V.

**NOTICE**

**GOVERNMENT OF GUAM**

CASE NUMBER: **CV-02-00022**

TYPE OF CASE:

**X CIVIL**     ☐ **CRIMINAL**

**X TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| U.S. Courthouse<br>520 West Soledad Avenue, Hagatna, Guam 96910<br>Honorable Frances M. Tydingco-Gatewood | 413 |
| | DATE AND TIME<br>Thursday, July 10, 2008 at 9:00 AM |

TYPE OF PROCEEDING

**STATUS HEARING**

☐ **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO DATE AND TIME |
|---|---|---|
| | | |

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

| May 14, 2008 | /s/ Carmen B. Santos |
|---|---|
| DATE | (BY) DEPUTY CLERK |

TO:     U. S. Attorney's Office
          Office of the Attorney General
          Gershman Brickner & Bratton, Inc.