1
2
3
4
5
6                    IN THE DISTRICT COURT OF GUAM

7                     FOR THE TERRITORY OF GUAM

8
9
10  UNITED STATES OF AMERICA,    )    CIVIL CASE NO. 02-00022
                                 )
11              Plaintiff,       )
                                 )
12          v.                   )    **ORDER RE: PAYMENT OF RECEIVER**
                                 )    **INVOICE FOR APRIL 2008**
13                               )
                                 )
14  GOVERNMENT OF GUAM,          )
                                 )
15              Defendant.       )
    _____ )

16

17        The court has reviewed  Invoice No. 08-05-2231, dated May 16, 2008, and recognizes the

18  hard work performed by the Receiver, Gershman, Brickner & Bratton ("GBB").  A team of

19  highly trained GBB professionals arrived on Guam in April and immediately began the

20  important work of learning about the day to day operations of the Solid Waste Division of the

21  Department of Public Works ("DPW"). In doing so, GBB implemented necessary changes.

22  These changes have resulted in noticeable improvements.  For example, when the court visited

23  the Ordot Dump on May 9, 2008, there was proper ground cover and the noxious odors   had

24  diminished.  The court also visited the Solid Waste Division of DPW and spoke to employees at

25  the maintenance yard.  It was clear that these front-line employees faced  great challenges.

26  Much of  DPW's equipment was in need of or beyond repair such that the Government of Guam

27  had to enter into expensive equipment lease agreements, costing the Government of Guam

28  hundreds of thousands of dollars.  The employees did not have the proper tools or a safe working

environment to make such repairs if possible. GBB brought these concerns and others to Governor Felix P. Camacho's attention. Thereafter, Governor Camacho issued an Executive Order declaring an emergency, thus allowing GBB to proceed with an expedited procurement of both equipment repairs and selected equipment replacement. The court notes that these repairs and procurement of equipment will result in a savings of at least $500,000 in annual rental fees.

In addition to improving the operations of the Solid Waste Division in such a short time, GBB met with governmental leaders and other key groups important to the completion of the Consent Decree projects. GBB also began discussions with the military authorities on both the United States Navy and Air Force bases about the possibility of entering into cooperative agreements for the joint disposal of solid waste and other recyclables on the island.

Finally, the court appreciates that to the extent possible, GBB exercised cost-cutting measures to minimize its expenditures. For example, all five of the GBB professionals shared accommodations while on Guam, instead of incurring costly hotel expenses for five separate rooms. Additionally, the GBB team rented and shared two economical vehicles instead of renting a vehicle for each person. Moreover, GBB has elected to itemize expenses rather than charge a daily per diem. This alone will result in the savings of thousands of dollars.

Therefore in light of the work performed, as more fully described in the attached cover letter and invoice, the court finds the fees in the amount of $185,355.00 and the expenses in the amount of $40,314.58 to be reasonable. *See* Exhibit attached hereto.

Accordingly, the court **HEREBY ORDERS** the Clerk of Court to transmit payment via wire transfer to Gershman, Brickner & Bratton, Inc., General Account, as referenced in the Receiver's Invoice No. 08-05-2231, in the amount of $207,134.08 (representing 90% of the fees and 100% of the expenses due). The funds for said payment shall be drawn from the savings account created pursuant to this court's January 24, 2008 Order of Deposit, wherein the court ordered that the amount of $2.855 million, paid by the Government of Guam, be deposited by the Clerk into an interest bearing savings account.

In accordance with the court's March 17, 2008 Order, the Clerk is **ORDERED** to retain

2

$18,535.50 (representing 10% of the fees due) (hereinafter "10% retention"). Pursuant to General Rule 8.1 Deposits in Court - Responsibility of the Clerk, the court **FURTHER ORDERS**, with respect to the 10% retention:

1.  The Clerk shall deposit the 10% retention amount of EIGHTEEN THOUSAND FIVE HUNDRED THIRTY-FIVE DOLLARS and FIFTY CENTS ($18,535.50) into the previously opened account with the Bank of Hawaii bearing the account name "District Court of Guam In Trust for Gershman, Brickner & Bratton, Inc., Re: Civil Case 02-00022 USA vs. GovGuam," said funds to remain on deposit pending further order of the court. G.R. 8.1(e)(1).

2.  The Clerk shall deposit the money as soon as practicable following service of a copy of this Order. G.R. 8.1(d).

3.  Any future disbursement of these funds shall only be made pursuant to a court order. The signatures of both the (1) Clerk of Court or Chief Deputy Clerk and (2) the Financial Administrator of the court are required to disburse the funds.

The Clerk of Court is hereby relieved of any personal liability relative to compliance with this Order.

**IT IS SO ORDERED.**



/s/ Frances M. Tydingco-Gatewood
    Chief Judge
**Dated: May 23, 2008**

3

**Gershman, Brickner & Bratton, Inc.**
**8550 Arlington Boulevard, Suite 203**
**Fairfax, Virginia 22031-4620**
**(703) 573-5800 or 800-573-5801**
**Fax: (703) 698-1306**
**E-mail: gbb@gbbinc.com**
**www.gbbinc.com**
**http://www.guamsolidwastereceiver.org/**

May 16, 2008

The Honorable Frances Tydingco-Gatewood
Chief Judge
District Court of Guam
520 West Soledad Avenue
Hagåtña, Guam 96910

Re:     Activities for the Month of April and Invoice for the Time and Expenses of the Receivership

Dear Judge Tydingco-Gatewood:

We are pleased to provide you with this summary of the work accomplished by the Receivership in the month of April. As reflected in the attached invoice, the Receivership continued its research into the issues and work required to bring Guam into compliance with the Consent Decree. We also conferred extensively with the Court and Guam's governmental leaders and the other key groups important to these vital issues. Significantly, we also began on-the-ground operations in Guam during April, which will continue without interruption until full compliance with the Consent Decree is achieved.

The operations of the Solid Waste Division were much worse than we had expected. While we found a dedicated staff of front line workers, these men and women are forced to work against tremendous obstacles to maintain basic trash collection services. Almost all of the Government's owned equipment is in a severe state of disrepair, with most of it inoperable due to a lack of parts and maintenance. This has resulted in excessive use of rental equipment at an extraordinarily high cost. In an effort to hold down such expenses, the trucks collecting trash are operated almost 24 hours a day, leaving no time for regular or preventive maintenance, thus perpetuating the cycle of high rental cost and poor service.

The cost of the rental of equipment varies from day to day, but seems to average about $11,000 per day. At this rate, the cost will exceed $4 million annually, a much greater sum than would be required to repair and replace the equipment as needed. It should be noted that when rental equipment is used, operators for the equipment are also leased, leaving employees of the Solid Waste Division underutilized at a significant cost to the customers of the Solid Waste Division. The potential savings and improvements to service to be gained by better management in this area are substantial.

Working conditions for the front line workers are also much worse than we anticipated. In addition to the poor condition of the equipment, the shower and bath facilities available to most workers are in extremely poor condition, safety hazards are extensive, and maintenance facilities damaged by storms occurring years earlier remain unrepaired.

Operations at the Ordot Dump have also been a major focus of our work this month. Costly rental equipment has also been employed extensively in the work at Ordot, and the lack of a sprinkler service to control dust has been a major problem for the workers and citizens who live in the immediate vicinity of Ordot. While a scale is finally in place and operating, the cost of the scale's delivery, installation and rental for only three months approximates the cost of a new scale. We found extensive and often unproductive use of expensive rental equipment.

We are, however, pleased to report that significant progress has been made in addressing the condition of the equipment, improving the management at Ordot and moving forward toward the construction of a new landfill.

After bringing the conditions described in this letter to the attention of the Court and the Governor, the Governor has issued an Executive Order declaring an emergency that will allow the Receivership to proceed with an expedited procurement of both equipment repairs and selected equipment replacement that will allow the performance of the Solid Waste Division to improve markedly while also saving a minimum of $500,000 in annual rental expense. We also plan to renegotiate the current "lease" for the scale at Ordot or acquire a new scale in the near future.

We have initiated an organizational realignment in the Solid Waste Division that will provide the Receivership with the management capacity and communications needed for future success. The workers of the Solid Waste Division and others within the Government of Guam have been very supportive of our efforts in this area and have facilitated the actions necessary to make the needed organizational changes.

The operations at Ordot have been improved as a result of the Court's continuous attention and regular visits. In addition, the following actions have been taken by the Receivership team:

- The residential dump area has been relocated to an area near the scale house for safety and operational reasons;
- Regular sprinkler service has been reinstated;
- Proper daily cover procedures have been initiated;
- Additional staffing has been dedicated to the operations at Ordot; and
- Increased management oversight of operations has begun.

Also, with the assistance of the Court, we are making significant progress working with the Military authorities on Guam toward joint cooperation on the new landfill that will provide significant savings for both the citizens of Guam and the Military. Joint cooperation in recycling will allow both Guam and the Military to dramatically improve the effectiveness of the Island's efforts in this vitally important area.

We look forward to providing the Court with an extensive report of our findings and progress at your July hearing. In the interim, please contact us with any questions, concerns or issues you may wish to discuss.

Thank you for your continuing support.

Sincerely,

David L. Manning
Receiver Representative

C.c.  Mr. Harvey Gershman, President
       Gershman, Brickner & Bratton, Inc.



**GBB**
SOLID WASTE
MANAGEMENT
CONSULTANTS

U.S. Federal District Court of Guam
Chief Judge
520 West Soledad Avenue
Hagåtña, Guam 96910

May 16, 2008

cc: Attorney General
    c/o Assistant Pat Mason

RE: Invoice for Services      Inv No. 08-05-2231      Job No. 07066-01

| | |
|---|---|
| **PERIOD:** | Activity from April 1, 2008 through April 30, 2008 |
| **CLIENT REFERENCE:** | **Order Re: Appointment of Receiver, Case 1:02-cv-00022 filed March 17, 2008** and ordered by the Chief Judge for the U.S. Federal District Court of Guam |
| **DESCRIPTION:** | Pursuant to the Consent Decree, GBB, acting as Receiver for the District Court of Guam, will enforce the terms of the Consent Decree, and assume all of the responsibilities, functions, duties, powers and authority of the Solid Waste Management Division of the Department of Public Works ("DPW"), and any and all departments, or other divisions of the DPW insofar as they affect the Government of Guam's compliance with the Consent Decree |
| **GBB Federal ID#:** | 52-1189668 |

| Payments Received To Date | Invoiced But not Received | Current Progress Amount | Current Fee Retainage | Cumulative Fee Retainage |
|---|---|---|---|---|
| $ 61,052.43 | $ 0 | $ 207,134.08 | $ 18,535.50 | $ 25,307.75 |

**Labor**

| | | |
|---|---|---|
| President – H. Gershman | 167.25 hours @ $ 250.00/hr | $ 41,812.50 |
| Special Principal Associate – D. Manning | 199.5 hours @ $ 250.00/hr | 49,875.00 |
| Senior Vice President – T. Bratton | 120 hours @ $ 210.00/hr | 25,200.00 |
| Vice President – C. Anderson | 159.75 hours @ $ 185.00/hr | 29,553.75 |
| Vice President – F. Bernheisel | 6 hours @ $ 185.00/hr | 1,110.00 |
| Principal Associate – M. Atwater | 17 hours @ $ 165.00/hr | 2,805.00 |
| Principal Associate – K. Callen | 2 hours @ $ 165.00/hr | 330.00 |
| Principal Associate – H. Miller-Cox | 10 hours @ $ 165.00/hr | 1,650.00 |
| Principal Associate – D. Seader | 40 hours @ $ 165.00/hr | 6,600.00 |
| Senior Project Engineer – C. Lund | 100.5 hours @ $ 160.00/hr | 16,080.00 |
| Project Manager – M. Minstrell | 5 hours @ $ 140.00/hr | 700.00 |
| Support Director – F. Coulombe | 24 hours @ $ 125.00/hr | 3,000.00 |
| Contract Administrator – J. Plutino | 4 hours @ $ 105.00/hr | 420.00 |
| Consultant II – N. Daniel | 9.5 hours @ $ 105.00/hr | 997.50 |
| Support Manager - P. Ravenelle | 22 hours @ $ 65.00/hr | 1,430.00 |
| Administrative Secretary – C. Chaply | 58.5 hours @ $ 60.00/hr | 3,510.00 |
| Clerical Support – L. Keller | 6.25 hours @ $ 45.00/hr | 281.25 |
| | **Total labor** | $ 185,355.00 |
| Less 10% Retainage for Fees held in Trust | | (18,535.50) |
| | | $ 166,819.50 |

Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Suite 203
Fairfax, Virginia 22031-4620
(703) 573-5800 FAX (703) 698-1306
E-MAIL: gbb@gbbinc.com
Printed on recycled paper

**Expenses**

| | | |
|---|---|---|
| Travel (34 – 84) | | $ 35,361.96 |
| Guam Website Hosting (85 – 86) | | 174.40 |
| Long Distance Telephone and Cell (87-96) | | 865.53 |
| Delivery (97 - 98) | | 96.73 |
| Duplications | 976 pages @ $0.15 each | 146.40 |
| Postage | | 4.60 |
| Fee on Expenses @ 10% | | 3,664.96 |
| | **Total Expenses** | |
| | **Total Invoice Amount** | $40,314.58 |

**TOTAL AMOUNT DUE GBB FOR THIS PERIOD** . . . . . . . . . . . . . . . . . . . $   **207,134.08**

*May 16, 2008*

Payments should be executed via wire transfers using the following information:

Bank Account Name:          Gershman, Brickner & Bratton, Inc., General Account

Local Branch Address:          Bank of America, 8212 Lee Highway, Merrifield, VA 22031

Bank Account Number:

Bank Routing Number for incoming wires:

Swift Code (if needed):

**Chace Anderson**

<u>07066:01</u>        <u>US District Court for Guam - Receivership</u>

| TUES | 04/01/08 | 07066:01 | 5110:VP | Vice President<br>Reviewed emails re: logs regarding no trash service in Guam; Draft work detail for Minstrell sent to Manning for review; Guam receivership website recommended changes | 2.00 |
|---|---|---|---|---|---|
| WED | 04/02/08 | 07066:01 | 5110:VP | Vice President<br>Reviewed Appendix B and prepared notes in PowerPoint. | 1.25 |
| WED | 04/02/08 | 07066:01 | 5110:VP | Vice President<br>Reviewed Appendix B and notes in PowerPoint. | 1.00 |
| WED | 04/02/08 | 07066:01 | 5110:VP | Vice President<br>Conference call on Guam issues: Bratton, Manning, Gershman | 0.50 |
| WED | 04/02/08 | 07066:01 | 5110:VP | Vice President<br>Reviewed 2006 ISWM Plan Appendix A and B review | 1.25 |
| WED | 04/02/08 | 07066:01 | 5110:VP | Vice President<br>Reviewed Appendix B. | 1.25 |
| WED | 04/02/08 | 07066:01 | 5110:VP | Vice President<br>Reviewed Appendix B and notes in PowerPoint. | 1.00 |
| WED | 04/02/08 | 07066:01 | 5110:VP | Vice President<br>Notes to Manning for the development of his PowerPoint regarding Plan of Action. | 1.00 |
| THUR | 04/03/08 | 07066:01 | 5110:VP | Vice President<br>Reviewed legal documents. | 4.00 |
| THUR | 04/03/08 | 07066:01 | 5110:VP | Vice President<br>Notes to Bratton, Manning, Gershman on Appendix B of ISWMP. | 2.00 |
| FRI | 04/04/08 | 07066:01 | 5110:VP | Vice President<br>Reviewed emails re: missed collections, scheduling for conference calls with engineering contractors. | 1.25 |
| FRI | 04/04/08 | 07066:01 | 5110:VP | Vice President<br>Read 2006 ISWMP; developed PowerPoint on notes for Manning, Gershman, Bratton. | 6.00 |
| MON | 04/07/08 | 07066:01 | 5110:VP | Vice President<br>Reviewed court documents. | 4.00 |
| MON | 04/07/08 | 07066:01 | 5110:VP | Vice President | 1.00 |

| | TEDATE | PROJECTID |
|---|---|---|
| | 4/1/2008 to 4/30/2008 | 07066:01 to 07066:01 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | Reviewed court documents. | |
| MON | 04/07/08 | 07066:01 | 5110:VP | Vice President<br>Phone conference with TG Engineering, Odel, Ahmer, Manning, Gershman, Bratton | 1.50 |
| MON | 04/07/08 | 07066:01 | 5110:VP | Vice President<br>Reviewed court documents. | 1.50 |
| TUES | 04/08/08 | 07066:01 | 5110:VP | Vice President<br>Discussion with Coulombe on email/call protocol | 0.25 |
| TUES | 04/08/08 | 07066:01 | 5110:VP | Vice President<br>Call with Muna (Guam SWD) requesting photographs. | 0.25 |
| TUES | 04/08/08 | 07066:01 | 5110:VP | Vice President<br>Supplement Manning's ppt dealing with 2006 recommendations, cost categories, diversion facts. | 0.75 |
| TUES | 04/08/08 | 07066:01 | 5110:VP | Vice President<br>Emails regarding preliminary education plan. | 0.25 |
| TUES | 04/08/08 | 07066:01 | 5110:VP | Vice President<br>Read emails on missed collections; drafted and sent communication to Muna and Perez regarding collection operations. | 0.50 |
| TUES | 04/08/08 | 07066:01 | 5110:VP | Vice President<br>Guam newspapers and emails reviewed; contact list updated | 1.75 |
| TUES | 04/08/08 | 07066:01 | 5110:VP | Vice President<br>Conference call with Seader, Manning, Bratton regarding strategic planning for project. | 2.25 |
| TUES | 04/08/08 | 07066:01 | 5110:VP | Vice President<br>Conference call with Manning, Gershman, Bratton and Duenas/URS engineers working with Ordot Dump. | 1.75 |
| TUES | 04/08/08 | 07066:01 | 5110:VP | Vice President<br>Direction email to Minstrell on data to collect: shipping logistics for post consumer items, msw; discuss with brokers current end users and price per ton | 0.25 |
| TUES | 04/08/08 | 07066:01 | 5110:VP | Vice President<br>Direction email to Minstrell on data to collect: shipping logistics for post consumer items, msw; discuss with brokers current end users and price per ton | 0.25 |

| TEDATE | PROJECTID |
|--------|-----------|
| 4/1/2008 to 4/30/2008 | 07066:01 to 07066:01 |

| WED | 04/09/08 | 07066:01 | 5110:VP | Vice President<br>Document review: landfill documents, court documents | 2.00 |
| WED | 04/09/08 | 07066:01 | 5110:VP | Vice President<br>Interview with Potential employee regarding joining Project Team. | 1.00 |
| WED | 04/09/08 | 07066:01 | 5110:VP | Vice President<br>Email to Muna with a list of questions and a map. | 0.25 |
| WED | 04/09/08 | 07066:01 | 5110:VP | Vice President<br>Reviewed Court documents: 60, 61, 62 and appendix. | 3.00 |
| WED | 04/09/08 | 07066:01 | 5110:VP | Vice President<br>Reviewed emails from Muna, Gudmundsen (TG Engineers), and Guam receivership team. | 0.25 |
| THUR | 04/10/08 | 07066:01 | 5110:VP | Vice President<br>Reviewed emails; reviewed Guam newspapers; copied article on Guam electricity costs and sent to project team. | 0.75 |
| THUR | 04/10/08 | 07066:01 | 5110:VP | Vice President<br>Slides for ppt Chief Judge. | 1.00 |
| THUR | 04/10/08 | 07066:01 | 5110:VP | Vice President<br>EPA 9: Aurora and McCarroll; GBB: Manning, Gershman, Bratton, Anderson, and Lund | 1.50 |
| THUR | 04/10/08 | 07066:01 | 5110:VP | Vice President<br>Reviewed solid waste regulations, | 1.50 |
| THUR | 04/10/08 | 07066:01 | 5110:VP | Vice President<br>Reviewed Court and landfill documents. | 1.25 |
| THUR | 04/10/08 | 07066:01 | 5110:VP | Vice President<br>Reviewed Saipan's waste management changes | 1.00 |
| THUR | 04/10/08 | 07066:01 | 5110:VP | Vice President<br>Reviewed material sent by Muna and passed to project team. | 0.50 |
| FRI | 04/11/08 | 07066:01 | 5110:VP | Vice President | 7.50 |

GBB/C07066

3

May 9, 2008

Reviewed initial plan of action; provided citations; reviewed answers from Muna and passed along to project Team; reviewed video of Court at Ordot Dump; Interviewed Grogan regarding Guam and Potential employee; viewed Court visit to transfer station; viewed Court visit to Layon; called and left messages referencing Potential employee; reviewed Court documents

| | | | | | | |
|---|---|---|---|---|---|---|
| FRI | 04/11/08 | 07066:01 | 5110:VP | Vice President | 0.75 |
| | | | | | Reviewed draft initial plan of action; provided citations | |
| SAT | 04/12/08 | 07066:01 | 5110:VP | Vice President | 0.50 |
| | | | | | Reviewed and commented on work assignments for Seader; reviewed articles on revenue enhancement plans being implemented on Jamaica and sent to Manning and Gershman. | |
| SUN | 04/13/08 | 07066:01 | 5110:VP | Vice President | 1.50 |
| | | | | | Emails and phone calls with Muna regarding photos, maps, operations; reviewed editorials in Guam publications; | |
| MON | 04/14/08 | 07066:01 | 5110:VP | Vice President | 6.00 |
| | | | | | Review of educational work topics for Guam; coordinated with Potential employee for interview; reviewed Governor's address; email and phone call with Muna regarding collections; review of scale and current weighing policies at Ordot Dump; review of initial Plan of Action ppt with suggestions for changes. | |
| TUES | 04/15/08 | 07066:01 | 5110:VP | Vice President | 6.50 |
| | | | | | Telephone conversation and emails with Muna regarding Ordot Dump data and pictures of facilities; discussion with Gershman and Manning regarding scale data, possible tip fee per ton implementation; phone conversation with Manning regarding equipment and scales; reviewed solid waste facilities map and Court documents | |
| WED | 04/16/08 | 07066:01 | 5110:VP | Vice President | 6.00 |

Emails with Muna; disaster debris management emails from Jackson were read; phone conference with Gershman and Manning regarding breakdown in trash trucks, procurement problems with leasing company for additional trash trucks; telephone discussions with Muna regarding situation of trucks, situation of contracts; telephone conversation with Manning; review of Manning's letter to DPW regarding leasing contract and collection operations; travel preparations e.g. documents to take, download; reviewed documents.

| | | | | | |
|---|---|---|---|---|---|
| WED | 04/16/08 | 07066:01 | 5110:VP | **Vice President** Received and reviewed pictures from Muna; phone conference regarding schedule for Guam trip with Gershman, Manning, Coulombe, Atwater. | 4.00 |
| FRI | 04/18/08 | 07066:01 | 5110:VP | **Vice President** Residential collection update; draft project organization chart; recycling info from Minstrell; review of equipment rental information. | 3.00 |
| SUN | 04/20/08 | 07066:01 | 5110:VP | **Vice President** Responded to Ellis' email about carts on Guam; emails with Potential employee and Manning to coordinate meeting in Honolulu. | 1.50 |
| MON | 04/21/08 | 07066:01 | 5110:VP | **Vice President** Emails with Muna regarding accident during collection involving leased truck; documents from DPW on collection contracts reviewed. | 3.50 |
| MON | 04/21/08 | 07066:01 | 5110:VP | **Vice President** Travel time. | 4.25 |
| TUES | 04/22/08 | 07066:01 | 5110:VP | **Vice President** Reviewed documents during travel from Honolulu to Guam; meeting with Manning to discuss Potential employee interview; formulating plan of activities; discussion of agenda for Thursday and Friday. | 8.00 |
| THUR | 04/24/08 | 07066:01 | 5110:VP | **Vice President** | 11.00 |

Tour of solid waste sites, meeting with SWD consultants, met with DPW Director Perez, met with Solid Waste Division drivers; Project team meeting review the days findings, discussed; updated "to-do list" based on what we saw and heard that day; mapped out activities for Friday.

FRI      04/25/08      07066:01      5110:VP      10.00

Vice President
SWD review; met with office personnel; toured facilities; met with mechanic and parts staff; reviewed procedures for SWD purchase orders; reviewed trash collection vehicles that were in disrepair; met with company owners of Mr. Rubbishman and toured new transfer station the company had built and the OCC processing facility; discussed recycling market with owners of Mr. Rubbishman. Met with Project Team to review the day's events and discuss organizational structure of SWD.

SAT      04/26/08      07066:01      5110:VP      3.00

Vice President
Meeting with Manning, Gershman and DPW staff to discuss SWD.

MON      04/28/08      07066:01      5110:VP      12.00

Vice President
Morning roll call, maintenance meeting regarding broken trucks; Ordot Dump meeting with DPW Engineers, Muna, Rekdahl regarding proper procedures to be instituted and procurement procedures; met with Cepeda and discussed strategies for trucks; meeting with Perez, Gershman and Manning; participated in tour of customer call center; breakdown in trucks; rear-end of truck out--coordinated replacement.

TUES      04/29/08      07066:01      5110:VP      12.00

Vice President
Observed truck with damaged axel; half truck goes down with flat; meet with maintenance staff; meet with Solid Waste administration staff and organizational changes; procurement issues regarding 2002 trucks that have been sitting and needing repairs but purchase orders have not been going through DPW for months; met with suppliers and mechanic service business managers to see SWD's equipment and determine what it will take in terms of money and time to get fixed.

GBB/C07066

6

May 9, 2008

| WED | 04/30/08 | 07066:01 | 5110:VP | Vice President<br>Met with U.S. Military joint forces representatives; toured Navy landfill; discussion with Gershman, Manning, Lund, Bratton and Chief Judge to review week's impression. | 6.00 |

|  |  |  |  | Project Total: | 159.75 |
|  |  |  |  | Employee Total: | 159.75 |

**Cora Chaply**

07066:01      US District Court for Guam - Receivership

| TUES | 04/01/08 | 07066:01 | 5120:AS | Administrative Secretary<br>Travel for Manning to GBB HQ for meeting with Chief Judge and Law Clerk. Made time difference cards. Research on places to stay in Guam. Call to Alupang Tower for reservations. Call to Guerrero for travel arrangements for Gershman et al. | 3.50 |
| WED | 04/02/08 | 07066:01 | 5120:AS | Administrative Secretary<br>Research and printout of articles concerning Guam. Travel arrangements and call to travel agent. | 3.50 |
| THUR | 04/03/08 | 07066:01 | 5120:AS | Administrative Secretary<br>Edited Shaw Scope of Services. Email block for distribution list. Travel planning. | 5.00 |
| FRI | 04/04/08 | 07066:01 | 5120:AS | Administrative Secretary<br>Travel and distribution list. | 5.00 |
| MON | 04/07/08 | 07066:01 | 5120:AS | Administrative Secretary<br>Conference call arrangements for Bratton. Scan of documents to be sent to Anderson and Manning. Edit of Distribution list. Call to TG Engineers for conference call set-up. Call to Alupang Towers for verification and information. Back up of Project Spaces files. | 5.50 |
| TUES | 04/08/08 | 07066:01 | 5120:AS | Administrative Secretary<br>Logo put on PPT master, travel for Seader here; travel information sent to travel agent for Lund; edited distribution list. | 4.00 |
| WED | 04/09/08 | 07066:01 | 5120:AS | Administrative Secretary<br>Edit distribution list and printouts for Gershman and Bratton. Call at 7:45 PM from Guam for accommodations. | 2.00 |
| THUR | 04/10/08 | 07066:01 | 5120:AS | Administrative Secretary | 4.50 |

| TEDATE | PROJECTID |
|---|---|
| 4/1/2008 to 4/30/2008 | 07066:01 to 07066:01 |

|  |  |  |  | | |
|---|---|---|---|---|---|
|  |  |  |  | Edit to distribution list, time difference cards and call to Guam about accommodations. | |
| FRI | 04/11/08 | 07066:01 | 5120:AS | Administrative Secretary<br>Travel emails; postcards contact sheet; assembled press kits; printouts. | 5.00 |
| MON | 04/14/08 | 07066:01 | 5120:AS | Administrative Secretary<br>Edit distribution list; travel emails; draft type conference call notes with TG-Engineers. | 5.00 |
| TUES | 04/15/08 | 07066:01 | 5120:AS | Administrative Secretary<br>Draft typed conference call notes with EPA and Duenas, Bordallo & Camacho. Printout of lease agreement and Marianas CableVision. Filled and faxed CableVision agreement back. Read Ladera Towers lease agreement. | 5.50 |
| WED | 04/16/08 | 07066:01 | 5120:AS | Administrative Secretary<br>Coordination of travel. | 2.25 |
| THUR | 04/17/08 | 07066:01 | 5120:AS | Administrative Secretary<br>Travel; time difference cards; distribution list modified by Gershman. | 2.50 |
| SAT | 04/19/08 | 07066:01 | 5120:AS | Administrative Secretary<br>Called Guam travel agent and Gershman. Received and forwarded email to Gershman from travel agent. | 0.50 |
| MON | 04/21/08 | 07066:01 | 5120:AS | Administrative Secretary<br>Retrieved boarding passes for Gershman, Bratton, and Lund. Setup of laptops for travel. Edited notes for Bratton. | 2.50 |
| TUES | 04/22/08 | 07066:01 | 5120:AS | Administrative Secretary<br>Phone call with Judicial Assistant to Chief Judge and Gershman about Condo rental issue. | 0.50 |
| FRI | 04/25/08 | 07066:01 | 5120:AS | Administrative Secretary<br>Time difference conversion sheet for Gershman. | 0.75 |
| MON | 04/28/08 | 07066:01 | 5120:AS | Administrative Secretary<br>Assembled press kits to send to Guam for Gershman. | 0.50 |
| TUES | 04/29/08 | 07066:01 | 5120:AS | Administrative Secretary<br>Laminated and cropped documents to be sent to Guam. | 0.50 |

|  |  |
|---|---|
| **Project Total:** | 58.50 |
| **Employee Total:** | 58.50 |

**Christopher Lund**

| TEDATE | PROJECTID |
|--------|-----------|
| 4/1/2008 to 4/30/2008 | 07066:01 to 07066:01 |

<u>07066:01</u>        <u>US District Court for Guam - Receivership</u>

| Day | Date | Project | Code | Description | Hours |
|-----|------|---------|------|-------------|-------|
| WED | 04/09/08 | 07066:01 | 5110:SPE | Senior Project Engineer<br>Conf. Call with Gershman, Bratton, Anderson and Federal EPA. Discussed EPA views, background, and position on current design efforts for Ordot, Layon as well as how EPA technically supports GEPA with CH2MHill and future support during process. | 1.00 |
| FRI | 04/11/08 | 07066:01 | 5110:SPE | Senior Project Engineer<br>Conf. Call with Gershman & Bratton. Discussed schedule for Guam visit, specifically, meetings with TG Engrs. and DBC&A.   Direction to Lund to develop agendas for meetings in Guam. 1.0 hrs document review and response to emails | 1.50 |
| SAT | 04/12/08 | 07066:01 | 5110:SPE | Senior Project Engineer<br>Mtgs with Chief Judge, Gershman, Manning: Discussed receivership status, background on local situation and conditions wrt GovGuam, Legislature, DPW. | 8.00 |
| SUN | 04/13/08 | 07066:01 | 5110:SPE | Senior Project Engineer<br>Mtgs with Chief Judge, Gershman, Manning: Presented and discussed the draft plan of action for receivership in Guam. | 5.00 |
| TUES | 04/15/08 | 07066:01 | 5110:SPE | Senior Project Engineer<br>Conf. Call with Gudmunsen of TG Engrs. to provide background on present status with design and brief review of what has transpired since July 06 to present. Document review on landfill design. | 3.00 |
| FRI | 04/18/08 | 07066:01 | 5110:SPE | Senior Project Engineer<br>Conf. call with Crisostomo, Torres and Cruz of GEPA with prepared agenda on where design/permitting process is from GEPA perspective. Document review and response to Guam emails | 3.50 |
| MON | 04/21/08 | 07066:01 | 5110:SPE | Senior Project Engineer<br>Document review and prep. for Guam trip | 4.00 |
| TUES | 04/22/08 | 07066:01 | 5110:SPE | Senior Project Engineer | 10.50 |

Case 1:02-cv-00022    Document 247    Filed 05/23/2008    Page 16 of 52

| TEDATE | PROJECTID |
|--------|-----------|
| 4/1/2008 to 4/30/2008 | 07066:01 to 07066:01 |

Review of Layon/Ordot documentation review, such as : Govguam Action Report filed Jan 22, 2008; United States Comments to Ordot Dump Action Report filed Jan 31, 2008; Conf. call notes with TG-Engineers dated April 7, 2008; TG Engineers Progress Report to DPW dated Jan 8 2008; TG Engineers Response to US Dist. Court Brief dated Feb 21 2008; TG Engineers email to GBB dated April 8, 2008; Ordot Dump Closure Design - Response to Pre-Final Documents dated July 2005; Technical Memorandum No. 8, CH2MHill - Comments on the Design Documents for Layon Municipal Sanitary Landfill dated May 3, 2006. Discussions with Bratton on documentation, design review of Ordot, Layon and design/construction schedule. Review and discussion of consultant work, Layon Landfill design, Ordot closure design, design concepts, further developed questions and agendas for meetings with TG Engineers and DBC&A.

| | | | | | |
|---|---|---|---|---|---|
| WED | 04/23/08 | 07066:01 | 5110:SPE | Senior Project Engineer<br>Project Summary and documentation for work performed last week and this week. | 2.00 |
| WED | 04/23/08 | 07066:01 | 5110:SPE | Senior Project Engineer | 5.50 |

| TEDATE | PROJECTID |
|---|---|
| 4/1/2008 to 4/30/2008 | 07066:01 to 07066:01 |

Continued Review of Layon/Ordot documentation : Govguam Action Report filed Jan 22, 2008; United States Comments to Ordot Dump Action Report filed Jan 31, 2008; Conf. call notes with TG-Engineers dated April 7, 2008; TG Engineers Progress Report to DPW dated Jan 8 2008; TG Engineers Response to US Dist. Court Brief dated Feb 21 2008; TG Engineers email to GBB dated April 8, 2008; Ordot Dump Closure Design - Response to Pre-Final Documents dated July 2005; Technical Memorandum No. 8, CH2MHill - Comments on the Design Documents for Layon Municipal Sanitary Landfill dated May 3, 2006. Discussions with Bratton on documentation, design review of Ordot, Layon and design/construction schedule. Review and discussion of consultant work, Layon Landfill design, Ordot closure design, design concepts, further developed questions and agendas for meetings with TG Engineers and DBC&A.

| THUR | 04/24/08 | 07066:01 | 5110:SPE | Senior Project Engineer | 9.00 |
|---|---|---|---|---|---|

Chief Judge Mtg @ Court; Ordot Site Visit; Layon Landfill Site Visit; DPW Employee Visit and Meeting with Perez, DPW Director; Notes/Documentation of Site Visits - Team discussions of issues to pull together, set priorities; Discussions with Williams on project and Shaw's role at evening meeting.

| FRI | 04/25/08 | 07066:01 | 5110:SPE | Senior Project Engineer | 11.00 |
|---|---|---|---|---|---|

Continued documentation with Bratton on Design/Permitting/Schedule Issues; Technical Site Visits to Ordot Dump, Layon, Agat Transfer Sta. and future HHWF facility; Meeting with TG Engineers, EPA, GEPA @ Court. Thorough discussion of design status, permitting issues, concerns of GEPA, EPA; Discussions with Team on issues & developing priorities - developed agenda for DBC&A meeting.

| SAT | 04/26/08 | 07066:01 | 5110:SPE | Senior Project Engineer | 5.00 |
|---|---|---|---|---|---|

| TEDATE | PROJECTID |
|--------|-----------|
| 4/1/2008 to 4/30/2008 | 07066:01 to 07066:01 |

|  |  |  |  | Gather supplies for meetings and working sessions at Ladera Tower; preparation and meeting with DBC&A, EPA, and GEPA. |  |
|------|----------|----------|----------|-----------------------------------------------------------------------------|------|
| SUN | 04/27/08 | 07066:01 | 5110:SPE | Senior Project Engineer<br>Develop talking sheets for meeting with Chief Judge and prep.; mtg with Chief Judge | 4.50 |
| SUN | 04/27/08 | 07066:01 | 5110:SPE | Senior Project Engineer<br>Potential employee Mtg | 1.00 |
| MON | 04/28/08 | 07066:01 | 5110:SPE | Senior Project Engineer<br>Responding to Email and project correspondence - setup and confirm meeting dates | 2.00 |
| MON | 04/28/08 | 07066:01 | 5110:SPE | Senior Project Engineer<br>Mtg with Williams - Debrief and review of TG and DBC&A meetings - receive input from Williams on action items for design teams. | 3.00 |
| MON | 04/28/08 | 07066:01 | 5110:SPE | Senior Project Engineer<br>Site visit to Rubbishman Transfer Station; mtg with Veolia representative to discuss solid waste finance, build and operate opportunities.  Deputy General Manager provided background on Veolia presence on Guam and current Performance Management Contract with GWA.  Met with Exec. Vice President of Hawaiian Rock to develop understanding of construction methods and schedules for Highway work in Guam. | 2.50 |
| MON | 04/28/08 | 07066:01 | 5110:SPE | Senior Project Engineer<br>Site visit to the Dededo Transfer Station, Bally Steel metal yard, and tour of northern neighborhoods to evaluate access, illegal dumping and logistics. | 1.50 |
| TUES | 04/29/08 | 07066:01 | 5110:SPE | Senior Project Engineer | 8.00 |

Case 1:02-cv-00022     Document 247     Filed 05/23/2008     Page 19 of 52

| TEDATE | PROJECTID |
|---|---|
| 4/1/2008 to 4/30/2008 | 07066:01 to 07066:01 |

Email and review of WERI Technical Report No. 113. Project Summary and documentation for work performed last week and this week. Meeting with GEPA Staff - Cruz, Torres, Mafnas and Taitano to discuss Permitting requirements for Layon and Ordot. Land Use Permit Considerations, Subtitle D permit, Construction Demolition Landfills, Transfer Stations and Household Hazardous Waste needs.

| WED | 04/30/08 | 07066:01 | 5110:SPE | Senior Project Engineer | 9.00 |
|---|---|---|---|---|---|

Morning discussions with team before day's scheduled meetings; Meeting with Leighton Asia Group, messrs. Holder and Clements with Bratton on construction, finance and operational capabilities in solid waste management; Meeting with Department of Land Management Director Mortera and Act Chief Planner Untalan with respect to Layon permitting and Land Use. Untalan provided research and easement map required for condemnation processing. Working lunch with DLM Director Mortera and Bratton. Mtg with Potential employee wrt his availability to work on aspects of the Consent Decree tasks with Bratton. Debriefing meeting with Chief Judge and team - Manning, Gershman, Anderson and Bratton. Discussed findings and action items to address.

| | | |
|---|---|---|
| **Project Total:** | | 100.50 |
| **Employee Total:** | | 100.50 |

**David Seader**

07066:01          US District Court for Guam - Receivership

| THUR | 04/03/08 | 07066:01 | 5200:PRIN | Principal Associate | 1.00 |
|---|---|---|---|---|---|

Participated in Project Team conference call.

| TUES | 04/08/08 | 07066:01 | 5200:PRIN | Principal Associate | 3.00 |
|---|---|---|---|---|---|

Prepared for Project Team conference call; Participated in Project Team conference call

| THUR | 04/10/08 | 07066:01 | 5200:PRIN | Principal Associate | 2.00 |
|---|---|---|---|---|---|

Reviewed and responded to emails; Reviewed documents

| FRI | 04/11/08 | 07066:01 | 5200:PRIN | Principal Associate | 4.00 |
|---|---|---|---|---|---|

| TEDATE | PROJECTID |
|--------|-----------|
| 4/1/2008 to 4/30/2008 | 07066:01 to 07066:01 |

|  |  |  |  |  |  |
|------|----------|----------|------------|-----------------------------------------------------------------------------------------------------------------------------------------|------|
|  |  |  |  | Reviewed and responded to emails; Reviewed documents |  |
| MON | 04/14/08 | 07066:01 | 5200:PRIN | Principal Associate<br>Reviewed documents; Participated in meetings with Manning and Gershman | 8.00 |
| TUES | 04/15/08 | 07066:01 | 5200:PRIN | Principal Associate<br>Reviewed documents and accounts; Prepared memos on procurement and budget | 8.00 |
| WED | 04/23/08 | 07066:01 | 5200:PRIN | Principal Associate<br>Reviewed 2nd quarter financial reports; Reviewed documents | 2.00 |
| THUR | 04/24/08 | 07066:01 | 5200:PRIN | Principal Associate<br>Reviewed procurement law | 3.00 |
| FRI | 04/25/08 | 07066:01 | 5200:PRIN | Principal Associate<br>Reviewed procurement law | 3.00 |
| MON | 04/28/08 | 07066:01 | 5200:PRIN | Principal Associate<br>Reviewed and responded to emails | 2.00 |
| TUES | 04/29/08 | 07066:01 | 5200:PRIN | Principal Associate<br>Reviewed procurement regulations | 2.00 |
| WED | 04/30/08 | 07066:01 | 5200:PRIN | Principal Associate<br>Reviewed procurement regulations | 2.00 |

Project Total: 40.00

Employee Total: 40.00

**David Manning**

07066:01     US District Court for Guam - Receivership

|  |  |  |  |  |  |
|------|----------|----------|--------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|
| TUES | 04/01/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Drafting, reading and responding to email; communication with the Department of Administration re financial information for the DSW; drafting the initial plan of action for review with the GBB Team and Chief Judge. | 9.00 |
| WED | 04/02/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Drafting, reviewing and responding to email; call with Jackson; conference call with Project Team and review of website draft. | 5.50 |
| THUR | 04/03/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Conference call with Project team preparing an initial draft Plan of Action for review with the Chief Judge and drafting; reviewing and responding to email. | 7.50 |

GBB/C07066                                     14                                     May 9, 2008

| FRI | 04/04/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Conference call on website, document review and drafting initial plan for review with the Chief Judge.   Drafting, reviewing and responding to email. | 8.00 |
| SAT | 04/05/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Drafting, reviewing and responding to email. | 2.00 |
| SUN | 04/06/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Planning for the upcoming week and drafting, reviewing and responding to email. | 5.00 |
| MON | 04/07/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Document review; video review; conference call with TG Engineers and drafting; reviewing and responding to email. | 7.00 |
| TUES | 04/08/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Conference call with Project team; conference call with Duenas; draft plan; drafting, reviewing and responding to email and review of procurement code. | 10.50 |
| WED | 04/09/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Drafting, reviewing and responding to email; reviewing accounts receivable; conference call with Project team; drafting work order for Seader. | 7.00 |
| THUR | 04/10/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Reviewed accounts receivable; work order for Seader; conference call with USEPA; revisions to draft plan and drafting; review and responding to email. | 7.00 |
| FRI | 04/11/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Drafting, reviewing and responding to email and prep for meeting with Chief Judge. | 4.00 |
| SAT | 04/12/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Meeting with Chief Judge and Law Clerk. Reviewing and responding to email. | 7.00 |
| SUN | 04/13/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Meeting with Stillwell to discuss Guam and federal assistance to projects; meeting with the Chief Judge and Law Clerk; planning for the coming week and drafting; reviewing and responding to email. | 6.50 |
| MON | 04/14/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate | 8.00 |

GBB/C07066                                         15                                         May 9, 2008

| TEDATE | PROJECTID |
|---|---|
| 4/1/2008 to 4/30/2008 | 07066:01 to 07066:01 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  | Drafting, reviewing and responding to email. Preparation for meeting with the Chief Judge and Congresswoman Bordallo's staff; session with Seader to plan his upcoming work. |  |
| TUES | 04/15/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Drafting, reviewing and responding to email; reviewing SWD organization and reviewing potential questions from the press finalizing schedule for first week in Guam. | 6.00 |
| WED | 04/16/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Drafting, reviewing and responding to email; conference call to discuss press availability and scheduling, and document review. | 6.00 |
| THUR | 04/17/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Drafting, reviewing and responding to email; reviewing grant opportunities; developing an organizational chart for the Receivership; interview with a reporter from the Guam Business Journal. | 8.00 |
| FRI | 04/18/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Drafting, reviewing and responding to email; financial review; review of the 2008 appropriations act. | 6.00 |
| SAT | 04/19/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Reviewing, drafting and responding to email. | 1.00 |
| SUN | 04/20/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Drafting, reviewing and responding to email. Planning for the week ahead. | 2.00 |
| MON | 04/21/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Drafting, reviewing and responding to email; reviewing documents; work on budget model. | 5.00 |
| TUES | 04/22/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Drafting, reviewing and responding to email and reviewing the Accounts Receivable issue. | 8.00 |
| TUES | 04/22/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Travel time. | 1.50 |
| THUR | 04/24/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate | 14.00 |

GBB/C07066

16

May 9, 2008

| TEDATE | PROJECTID |
|--------|-----------|
| 4/1/2008 to 4/30/2008 | 07066:01 to 07066:01 |

Drafting, reviewing and responding to email.  Meetings with the Court staff, the Chief Judge and political leaders of Guam; site visits to Ordot Dump and new Layon landfill site; meeting with DPW employees and follow up with the Chief Judge.  Dinner meeting with Williams (Shaw Engineering).

| | | | | | |
|---|---|---|---|---|---|
| FRI | 04/25/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate | 12.00 |

Preparation for the day.  Meet and brief political leadership; meeting with the Chief Judge; media availability and meeting with TG Engineers.  Draft, review and respond to email and review documents.

| | | | | | |
|---|---|---|---|---|---|
| SAT | 04/26/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate | 8.00 |

Drafting, reviewing and responding to email.  Breakfast meeting with Ray and Bill Gibson; meeting with Duenas; organizational review and dinner meeting with DPW staff.

| | | | | | |
|---|---|---|---|---|---|
| SUN | 04/27/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate | 4.00 |

Drafting, reviewing and responding to email.  Breakfast meeting with Potential employee; review of week's activity and dinner meeting with the Chief Judge and Law Clerk.

| | | | | | |
|---|---|---|---|---|---|
| MON | 04/28/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate | 8.00 |

Drafting, reviewing and responding to email; meeting with the GovGuam Attorney General,  Mason and others; briefing of members of the Legislature; meeting with Perez to discuss transition and status of projects; meeting with Senator Espaldon.

| | | | | | |
|---|---|---|---|---|---|
| TUES | 04/29/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate | 8.00 |

Drafting, reviewing and responding to email; meeting with Ironbridge Capital to gain an understanding of their capacity and model for public/private partnerships in Guam; meeting with Guam Waterworks Authority to discuss the Consent Decree projects and opportunities for cooperation and mutual assistance; meeting with the Chief Judge and Law Clerk and internal reviews and discussions to compare notes and discuss findings of work to date.

| | | | | | |
|---|---|---|---|---|---|
| WED | 04/30/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate | 8.00 |

| TEDATE | PROJECTID |
|--------|-----------|
| 4/1/2008 to 4/30/2008 | 07066:01 to 07066:01 |

Drafting, reviewing and responding to email; meeting with Military re: potential mutual cooperation of solid waste infrastructure; meeting with Sanchez (CCU); and meeting with Chief Judge and Law Clerk.

|  |  |
|---|---|
| Project Total: | 199.50 |
| Employee Total: | 199.50 |

## Francois Coulombe

07066:01            US District Court for Guam - Receivership

| TUES | 04/01/08 | 07066:01 | 5140:SD | Support Director<br>Website preparation / media review / | 0.50 |
|------|----------|----------|---------|------------------------------------------------------------|------|
| WED | 04/02/08 | 07066:01 | 5140:SD | Support Director<br>Review of all website comments / map research / verify documents received for Manning / coordinate documents received - projectspaces / | 2.75 |
| THUR | 04/03/08 | 07066:01 | 5140:SD | Support Director<br>Media review | 0.25 |
| FRI | 04/04/08 | 07066:01 | 5140:SD | Support Director<br>April 4 press release email preparation / website conference call / project space area maintenance / draft protocol for incoming website inquiries / email distribution list | 4.25 |
| SUN | 04/06/08 | 07066:01 | 5140:SD | Support Director<br>Media review / email distribution list | 0.50 |
| MON | 04/07/08 | 07066:01 | 5140:SD | Support Director<br>Media review / coordinate documents received - projectspaces / website | 0.75 |
| THUR | 04/10/08 | 07066:01 | 5140:SD | Support Director<br>Press kit - Bio Doc - Fact Sheet / protocol draft finalization / Media review / training opportunities research | 3.25 |
| FRI | 04/11/08 | 07066:01 | 5140:SD | Support Director<br>Press kit - Bio Doc - Fact Sheet / coordinate documents received – project space / training opportunities research | 2.25 |
| MON | 04/14/08 | 07066:01 | 5140:SD | Support Director<br>Coordinate documents received - Project Spaces/Press Conference follow-up. | 1.25 |
| TUES | 04/15/08 | 07066:01 | 5140:SD | Support Director | 0.75 |

| TEDATE | PROJECTID |
|---|---|
| 4/1/2008 to 4/30/2008 | 07066:01 to 07066:01 |

|  |  |  |  | Project Spaces backup protocol; press conference documents preparation; website update. |  |
|---|---|---|---|---|---|
| WED | 04/16/08 | 07066:01 | 5140:SD | Support Director<br>Conference call - meeting preparation / media review | 1.50 |
| THUR | 04/17/08 | 07066:01 | 5140:SD | Support Director<br>Follow-up on press conference media inquiry / press release html preparation / coordinate documents received - project spaces | 2.00 |
| MON | 04/21/08 | 07066:01 | 5140:SD | Support Director<br>Coordinate documents received - projectspaces / media review | 0.25 |
| TUES | 04/22/08 | 07066:01 | 5140:SD | Support Director<br>Media review / coordinate documents received - project spaces | 1.00 |
| THUR | 04/24/08 | 07066:01 | 5140:SD | Support Director<br>Media review | 0.25 |
| FRI | 04/25/08 | 07066:01 | 5140:SD | Support Director<br>Media review/website update | 1.00 |
| SUN | 04/27/08 | 07066:01 | 5140:SD | Support Director<br>Media review; coordinate documents received and put in Project Spaces. | 0.75 |
| TUES | 04/29/08 | 07066:01 | 5140:SD | Support Director<br>Media review | 0.25 |
| WED | 04/30/08 | 07066:01 | 5140:SD | Support Director<br>Project Spaces server tech support | 0.50 |

| Project Total: | 24.00 |
|---|---|
| Employee Total: | 24.00 |

**Heather Miller Cox**

07066:01     US District Court for Guam - Receivership

| WED | 04/02/08 | 07066:01 | 5140:PRIN | Principal Associate<br>PowerPoint slide design and production; revisions to GBB logo from Gershman and Anderson | 3.50 |
|---|---|---|---|---|---|
| THUR | 04/03/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Make assembled website revisions from entire team.   Post for review, two more rounds of minor changes | 5.50 |
| FRI | 04/04/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Final changes; post site live | 1.00 |

| Project Total: | 10.00 |
|---|---|

| TEDATE | PROJECTID |
|---|---|
| 4/1/2008 to 4/30/2008 | 07066:01 to 07066:01 |

Employee Total: 10.00

**Harvey Gershman**

<u>07066:01</u>       <u>US District Court for Guam - Receivership</u>

| TUES | 04/01/08 | 07066:01 | 5110:PRES | President | 5.00 |
|---|---|---|---|---|---|

Review and approve activity notes from Manning, Atwater, Gershman for March 2008; finalize draft of expenses letter and send to Chief Judge; read and respond to emails; project team discussions re: contacting engineering firms; outline ideas for immediate focus of activity; filing; review Court Order and review administrative reporting requirements with Plutino; review comments on web site with Atwater

| WED | 04/02/08 | 07066:01 | 5110:PRES | President | 4.00 |
|---|---|---|---|---|---|

Review information; discuss landfill engineering work with Bratton, Anderson and Manning; plan travel; phone con with Law Clerk re: expense letter; read and reply to emails; send Manning ideas on plan of action; coordinate Seader assignment.

| THUR | 04/03/08 | 07066:01 | 5110:PRES | President | 7.00 |
|---|---|---|---|---|---|

Research Guam Solid Waste status and reports; read and respond to emails; meeting with Lund re: participation in Guam Solid Waste Receiver Team; coordinate meeting with Potential employee re: participation in Guam Solid Waste Receiver Team; review draft invoice with Plutino and finalize format; finalize and sign expense letter for Judge and email pdf; GBB Team call amongst Bratton, Manning and Anderson to discuss travel schedule and GBB Team organization; call amongst Manning, Seader and Bratton to discuss Seader's assignment; advance finalizing website with Chief Judge and Atwater; coordinate travel plans with Chaply, Manning, Bratton, Seader, and Anderson

| FRI | 04/04/08 | 07066:01 | 5110:PRES | President | 6.50 |
|---|---|---|---|---|---|

GBB/C07066                                          20                                          May 9, 2008

| TEDATE | PROJECTID |
|---|---|
| 4/1/2008 to 4/30/2008 | 07066:01 to 07066:01 |

Guam Gov and Solid Waste research; interview with Lund with Bratton; conference call to finalize web site and PPT slide format; assemble email block to send email announcing www.guamsolidwastereceiver.org; read and respond to emails; prepare work plan for Atwater and Miller-Cox; review draft invoice and sign for sending; review communications protocol sent by Coulombe

SUN    04/06/08    07066:01    5110:PRES    President    2.00
Read and respond to emails; filing; review data; project coordination with Manning.

MON    04/07/08    07066:01    5110:PRES    President    5.00
Finalize adding Lund to GBB Receiver Team; review map for adding to Q.17 on www.guamsolidwastereceiver.org; review and comment on draft Initial Plan PPT from Manning and summary PPTs from Anderson; coordinate Receiver Team call for Tuesday; review schedules for meetings with Chief Judge and those when in Guam; phone con with GRRP consultant located in MD; read and respond to emails

TUES    04/08/08    07066:01    5110:PRES    President    8.00
Review information regarding Solid Waste Division; read and respond to emails; send Gudmundsen email re: no call today; coordinate and schedule EPQ 9 conference call with GBB Receiver Team members; review map with roads and Layon location; advance draft Initial Plan and other handouts for upcoming weekend meetings with Chief Judge and Law Clerk; phone con with Anderson to discuss needs for overseeing Guam Solid Waste Division operations; review comments on invoice for March 2008 services

WED    04/09/08    07066:01    5110:PRES    President    4.00
Coordinate travel with Chaply; advance draft Initial Plan; review comments on March 2008 invoice from Financial Administrator; coordinate Gudmundsen follow up; call amongst GBB Receiver Team to prepare for call with EPA 9 next day; read and respond to emails; review Solid Waste division information regarding receivables and discuss with Anderson

GBB/C07066                          21                          May 9, 2008

| TEDATE | PROJECTID |
|---|---|
| 4/1/2008 to 4/30/2008 | 07066:01 to 07066:01 |

THUR  04/10/08  07066:01  5110:PRES

President
Review information regarding Solid Waste Division and new Layon Landfill land acquisition; advance draft Initial Plan with Manning, Anderson, Bratton, and Ravenelle; conference call amongst GBB Receiver Team and EPA 9 McCarroll, Arora and Jackson; send emails to schedule meetings with Duenas and TG on April 25 and 26th; coordinate attendance by Williams (Shaw Engineering).

6.00

FRI  04/11/08  07066:01  5110:PRES

President
Read and respond to emails; review draft Plan of Action with Lund and Manning and finalize with Ravenelle and Daniel; conference call with Bratton and Lund re: releasing Duenas and TG re: their Ordot Dump and New Layon Landfill work respectively; email Guam EPA inviting them to attend April 25 and 26 meetings with dump and landfill engineers; review information re: Solid Waste Division; review and sign invoice for March 2008 services.

5.00

SAT  04/12/08  07066:01  5110:PRES

President
Prepare for and participate in meetings with Chief Judge and Law Clerk to review Draft Initial Plan with Manning and Lund; read and reply to emails

8.00

SUN  04/13/08  07066:01  5110:PRES

President
Continue meetings with Chief Judge and Law Clerk with Manning and Lund to review Draft Initial Plan; advance schedule for meetings in Guam with Manning and Lund; read and reply to emails; prepare PPT for meeting with Congresswoman Bordallo and staff

8.00

MON  04/14/08  07066:01  5110:PRES

President
Prepare and finalize PPT for meeting with Congresswoman Bordallo staff with Chief Judge, Law Clerk, Clerk of Court and Manning; read and respond to emails; coordinate travel arrangements; review work assignment for Seader with Manning and Seader

8.00

TUES  04/15/08  07066:01  5110:PRES

President

5.25

| TEDATE | PROJECTID |
|---|---|
| 4/1/2008 to 4/30/2008 | 07066:01 to 07066:01 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  | Finalize Seader assignment; read and respond to emails; coordinate travel arrangements and sign apartment lease; review Solid Waste Division information with Seader and data provided; filing; review PPT needs for media opportunity with Anderson and Daniel; coordinate Duenas meeting time for April 26th; review and comment on prospective media questions |  |
| WED | 04/16/08 | 07066:01 | 5110:PRES | President | 5.00 |
|  |  |  |  | Read and respond to emails; planning for April 23rd trip; review data on SWD |  |
| THUR | 04/17/08 | 07066:01 | 5110:PRES | President | 7.00 |
|  |  |  |  | Read and respond to emails; planning for April 23rd trip; phone cons with Joint Guam Program Office (JGPO) and set up meeting; prepare folders for meeting with JGPO; review information about SWD; call with Manning and Anderson to discuss solid waste service issues; coordinate agendas for Duenas and TG Groups meetings on April 25th and 26th. |  |
| FRI | 04/18/08 | 07066:01 | 5110:PRES | President | 4.00 |
|  |  |  |  | Travel to Crystal City for meeting with JGPO to discuss military cooperation with GovGuam on solid waste management infrastructure improvements |  |
| MON | 04/21/08 | 07066:01 | 5110:PRES | President | 1.00 |
|  |  |  |  | Coordination of meetings for next week; read and respond to emails |  |
| TUES | 04/22/08 | 07066:01 | 5110:PRES | President | 6.00 |
|  |  |  |  | During travel: review documents; read and respond to emails; copy files and provide to Lund |  |
| TUES | 04/22/08 | 07066:01 | 5110:PRES | President | 4.50 |
|  |  |  |  | Travel time allowance |  |
| THUR | 04/24/08 | 07066:01 | 5110:PRES | President | 14.00 |
|  |  |  |  | Team meeting and preparation; meetings at the Court with the Chief Judge and staff; tour of SWD facilities with SWD staff and the Chief Judge and Law Clerk; meeting with SWD; meeting with Perez (DPW); dinner meeting with Williams (Shaw); prepared briefings for the next day and sent out to Court |  |

GBB/C07066

23

May 9, 2008

| TEDATE | PROJECTID |
|---|---|
| 4/1/2008 to 4/30/2008 | 07066:01 to 07066:01 |

| FRI | 04/25/08 | 07066:01 | 5110:PRES | President<br>Team meeting and preparation for the day; meeting with Guam leadership group at the Court with the Chief Judge; meeting with Chief Judge; briefing for media availability event; a second meeting with the Chief Judge, Law Clerk, and Clerk of the Court; project team dinner meeting | 8.00 |
| SAT | 04/26/08 | 07066:01 | 5110:PRES | President<br>Breakfast meeting with Gibson (Bill) and Gibson (Ray); meet with Christosomo (Guam EPA) and Senator Espladon; with Manning and Anderson, develop SWD organization concept; dinner meeting with DPW staff to discuss SWD organization and administration | 8.00 |
| SUN | 04/27/08 | 07066:01 | 5110:PRES | President<br>Breakfast meeting with Potential employee along with Manning, Lund, and Bratton; prepare review and analysis points to present to Chief Judge and Law Clerk; dinner meeting with Chief Judge and Law Clerk to discuss same. | 4.00 |
| MON | 04/28/08 | 07066:01 | 5110:PRES | President<br>Read and respond to emails; prepare agenda for meeting with Office of Attorney General; meetings (2) with representatives of the Office of Attorney General; briefing to Legislators at Senator Espladon's office; briefing by Perez (DPW) and PB infrastructure manager on roads and bridges; meeting with Perez on SWD organization realignment; tour SWD maintenance area; meeting with Senator Espladon; phone con with Chief Judge; team review of the day discussion; read and respond to emails | 8.00 |
| TUES | 04/29/08 | 07066:01 | 5110:PRES | President<br>Met with Hand and Ralston of Iron Bridge Capital Partners to discuss their interest in solid waste projects; met with Benavente and Antrobus of GWA; briefing with Chief Judge and Law Clerk; read and respond to emails; internal team debriefing | 8.00 |
| WED | 04/30/08 | 07066:01 | 5110:PRES | President | 8.00 |

GBB/C07066

May 9, 2008

| TEDATE | PROJECTID |
|--------|-----------|
| 4/1/2008 to 4/30/2008 | 07066:01 to 07066:01 |

Met with representatives of the US Military on Guam along with Chief Judge, Law Clerk and representative from Guam AG Office, with Manning and Anderson to review military plans for solid waste management; met with Sanchez of CCU with Manning; briefing with Chief Judge and Law Clerk; read and respond to emails; internal team debriefing

|  |  |
|--|--|
| Project Total: | 167.25 |
| Employee Total: | 167.25 |

**Jim Plutino**

<u>07066:01</u>        <u>US District Court for Guam - Receivership</u>

| MON | 04/07/08 | 07066:01 | 5110:CA | | 4.00 |

Contract Administrator
Coordinated preparation of invoice including verification of GBB and associates' billable hours; verified and assembled support documentation for reimbursable expenditures in accordance with contract requirements; performed administrative duties necessary to confirm accuracy and completeness of invoice processing    and contract diligence

|  |  |
|--|--|
| Project Total: | 4.00 |
| Employee Total: | 4.00 |

**Frank Bernheisel**

<u>07066:01</u>        <u>US District Court for Guam - Receivership</u>

| WED | 04/23/08 | 07066:01 | 5110:VP | | 2.00 |

Vice President
Research on grants from HUD for project financial help; telecons and email

| THUR | 04/24/08 | 07066:01 | 5110:VP | | 2.00 |

Vice President
Research on grants from HUD; telecon with Chace Anderson on Guam solid waste system and issues

| FRI | 04/25/08 | 07066:01 | 5110:VP | | 2.00 |

Vice President
Research on grants from HUD for Guam; email

|  |  |
|--|--|
| Project Total: | 6.00 |
| Employee Total: | 6.00 |

**Kevin Callen**

| TEDATE | PROJECTID |
|--------|-----------|
| 4/1/2008 to 4/30/2008 | 07066:01 to 07066:01 |

**07066:01**   US District Court for Guam - Receivership

| MON | 04/14/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Researched Guam GIS data.   Prepared and sent data needs list. | 0.75 |
| TUES | 04/15/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Reviewed cost and performance tracking needs with Seader and the use of MatTrack software. | 1.25 |

|  |  |  |  | **Project Total:** | **2.00** |
|  |  |  |  | **Employee Total:** | **2.00** |

**Lonelle Keller**

**07066:01**   US District Court for Guam - Receivership

| TUES | 04/01/08 | 07066:01 | 5120:CA | Contract Administration<br>Collected, checked and entered hours; activity notes for Guam from Atwater for March 2008. | 0.50 |
| TUES | 04/01/08 | 07066:01 | 5120:CA | Contract Administration<br>Collected, checked and entered hours; activity notes for Guam from Manning for March 2008. | 1.00 |
| TUES | 04/01/08 | 07066:01 | 5120:CA | Contract Administration<br>Collected, checked and entered hours; activity notes for Guam from Coulombe for March 2008. | 0.50 |
| FRI | 04/04/08 | 07066:01 | 5120:CA | Contract Administration<br>Collected, checked and entered hours; activity notes for Guam from Howard, Editor, for March 2008. | 0.25 |
| FRI | 04/04/08 | 07066:01 | 5120:CA | Contract Administration<br>Assist with project administration and correspondence | 0.75 |
| FRI | 04/04/08 | 07066:01 | 5120:CA | Contract Administration<br>Collected, checked and entered hours; activity notes for Miller-Cox for March 2008 Guam. | 0.50 |
| WED | 04/09/08 | 07066:01 | 5120:CA | Contract Administration<br>Worked on the Cell Phone Percentage allocation for the month of March 2008. | 0.50 |
| FRI | 04/11/08 | 07066:01 | 5120:CA | Contract Administration<br>Assist with project administration and correspondence | 0.25 |
| WED | 04/16/08 | 07066:01 | 5120:CA | Contract Administration<br>Worked on PAETEC outbound usage bill report for Guam. | 0.50 |
| WED | 04/30/08 | 07066:01 | 5120:CA | Contract Administration | 1.50 |

| TEDATE | PROJECTID |
|---|---|
| 4/1/2008 to 4/30/2008 | 07066:01 to 07066:01 |

Collected, checked and entered time;
activity notes for Guam from Gershman
and Lund for April 2008.

| | |
|---|---|
| **Project Total:** | 6.25 |
| **Employee Total:** | 6.25 |

**MaryJane Atwater**

07066:01        US District Court for Guam - Receivership

| TUES | 04/01/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Review and collate into a table the 24<br>website comments from various parties | 3.25 |
|---|---|---|---|---|---|
| WED | 04/02/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Revise table with comments/suggestions<br>and send to Chief Judge | 3.00 |
| WED | 04/02/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Review additional comments, telephone<br>call with Gershman | 0.75 |
| THUR | 04/03/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Send list of comments to Miller-Cox;<br>review revised site; further edits; final<br>check | 1.25 |
| THUR | 04/03/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Phone call with Gershman; e-mail team<br>about conference call 4/4 | 0.25 |
| FRI | 04/04/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Conference all with Guam GBB team to<br>review final changes | 0.50 |
| FRI | 04/04/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Work with Miller-Cox to make additional<br>edits; check links; e-mail to team | 1.50 |
| MON | 04/07/08 | 07066:01 | 5140:PRIN | Principal Associate<br>E-mails with Miller-Cox and Coulombe re:<br>Guam Seal and map | 0.50 |
| TUES | 04/08/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Review maps; various e-mails re: maps<br>and Guam seal | 0.25 |
| MON | 04/14/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Review PPT Action Plan & KUAM video;<br>develop list of inquiries for media<br>interviews | 1.50 |
| TUES | 04/15/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Review additional list of information<br>inquiries for media interviews | 0.25 |
| WED | 04/16/08 | 07066:01 | 5140:PRIN | Principal Associate | 2.00 |

| TEDATE | PROJECTID |
|--------|-----------|
| 4/1/2008 to 4/30/2008 | 07066:01 to 07066:01 |

|  |  |  |  | Assemble list of information inquiries in one list; send to team; conference call | |
|--|--|--|--|--|--|
| WED | 04/16/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Revise/edit final list of inquiries and responses | 2.00 |

| | Project Total: | 17.00 |
|--|--|--|
| | Employee Total: | 17.00 |

## Michelle Minstrell

07066:01      US District Court for Guam - Receivership

| TUES | 04/01/08 | 07066:01 | 5110:PM | Project Manager<br>Compile near-term actions needed document. | 0.50 |
|--|--|--|--|--|--|
| WED | 04/02/08 | 07066:01 | 5110:PM | Project Manager<br>Edits to "Near Term" document, research of solid waste and recycling haulers. | 2.50 |
| THUR | 04/03/08 | 07066:01 | 5110:PM | Project Manager<br>Project coordination w/GBB staff on Guam Solid Waste regulations information research. | 1.00 |
| FRI | 04/18/08 | 07066:01 | 5110:PM | Project Manager<br>Research recyclables shipping information for Anderson. | 1.00 |

| | Project Total: | 5.00 |
|--|--|--|
| | Employee Total: | 5.00 |

## NEIL DANIEL

07066:01      US District Court for Guam - Receivership

| FRI | 04/11/08 | 07066:01 | 5120:CON II | Consultant II<br>Made PPT presentation for Gershman. | 3.50 |
|--|--|--|--|--|--|
| TUES | 04/15/08 | 07066:01 | 5120:CON II | Consultant II<br>Made additions to the PPT Presentations. | 1.50 |
| THUR | 04/17/08 | 07066:01 | 5120:CON II | Consultant II<br>Made corrections to PowerPoint presentation and filing system. | 4.50 |

| | Project Total: | 9.50 |
|--|--|--|
| | Employee Total: | 9.50 |

## Pat Ravenelle

07066:01      US District Court for Guam - Receivership

| TEDATE | PROJECTID |
|---|---|
| 4/1/2008 to 4/30/2008 | 07066:01 to 07066:01 |

| | | | | | |
|---|---|---|---|---|---|
| THUR | 04/03/08 | 07066:01 | 5110:SM | Support Manager<br>Type Shaw scope of services and prepare FedEx. | 1.00 |
| FRI | 04/04/08 | 07066:01 | 5110:SM | Support Manager<br>Administrative support. | 0.50 |
| TUES | 04/08/08 | 07066:01 | 5110:SM | Support Manager<br>Printing for Manning; filing. | 1.00 |
| WED | 04/09/08 | 07066:01 | 5110:SM | Support Manager<br>Assist Gershman with Plan of Action PPT presentation. | 2.50 |
| THUR | 04/10/08 | 07066:01 | 5110:SM | Support Manager<br>Assist with Plan of Action PPT; start assembling packets. | 4.00 |
| FRI | 04/11/08 | 07066:01 | 5110:SM | Support Manager<br>Finish Plan of Action PPT and assemble kits; general administrative. | 5.50 |
| MON | 04/14/08 | 07066:01 | 5110:SM | Support Manager<br>Print and assemble Congressional presentation packets; print Guam media kits. | 4.00 |
| TUES | 04/15/08 | 07066:01 | 5110:SM | Support Manager<br>Work on Guam media kits; administrative support. | 1.00 |
| THUR | 04/17/08 | 07066:01 | 5110:SM | Support Manager<br>Finish media kits and prepare for shipping; file list. | 2.50 |

Project Total: 22.00

Employee Total: 22.00

**Timothy Bratton**

07066:01      US District Court for Guam - Receivership

| | | | | | |
|---|---|---|---|---|---|
| TUES | 04/01/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Internal meetings with Gershman; review e-mail; phone calls with Shaw Environmental & Infrastructure regarding assistance to GBB on Consent Decree projects; e-mail to Gudmundsen of TG Engineers to set up conference call regarding the proposed Layon Landfill; e-mail to Lund to arrange an interview; continue review of background documents | 5.00 |
| WED | 04/02/08 | 07066:01 | 5110:SVP | Senior Vice President | 4.50 |

GBB/C07066

29

May 9, 2008

| TEDATE | PROJECTID |
|---|---|
| 4/1/2008 to 4/30/2008 | 07066:01 to 07066:01 |

Receiver Team conference call; phone call with Shaw Environmental & Infrastructure; phone call with Lund; prepare draft scope of work/work order for Shaw Environmental & Infrastructure; review e-mail; review documents

THUR 04/03/08 07066:01 5110:SVP

Senior Vice President
Interview with Lund; conference call with Manning, Gershman, and Seader to discuss Consent Decree Projects and certain issues and needs to advance compliance and to coordinate GBB's initial field visit to Guam; finalize draft scope of work for Shaw Environmental & Infrastructure; phone call to TG Engineers; read and send various e-mail related to the Consent Decree Projects; phone call with Williams (Shaw); review documents

7.00

FRI 04/04/08 07066:01 5110:SVP

Senior Vice President
Phone call and e-mail with Williams (Shaw); follow-up meeting with Lund regarding employment at GBB; e-mail and phone call with Manning; review other e-mail regarding Consent Decree Projects; send e-mail to Gudmundsen in response to his e-mail to coordinate a conference call; meeting with Gershman; continue review of documents.

7.50

MON 04/07/08 07066:01 5110:SVP

Senior Vice President
Review e-mail; review GBB's draft "Plan of Action" sent by Manning and mark with comments for internal review; meeting with Lund; e-mail to Gudmundsen; conference call with TG Engineers, A-Mehr, and Geomatrix to discuss needs and status of work for getting Layon Landfill to construction stage; send e-mail to Camacho (Thomas) to confirm conference call to discuss Ordot Dump closure studies and additional study/document needs.

6.00

TUES 04/08/08 07066:01 5110:SVP Senior Vice President

6.00

GBB/C07066

30

May 9, 2008

| TEDATE | PROJECTID |
|---|---|
| 4/1/2008 to 4/30/2008 | 07066:01 to 07066:01 |

Review documents and watch DVD of hearing at Ordot Dump in preparation for conference call with Duenas, Bordallo, Camacho and Associates and URS Corporation to discuss status of studies and activities related to closure of Ordot Dump as well as current operations; conference call among Receiver Team to review draft Plan of Action and discuss revisions; review e-mail

| WED | 04/09/08 | 07066:01 | 5110:SVP | Senior Vice President | 6.00 |
| | | | | Review e-mail and attached documents in e-mail sent by Duenas et al; conference call with Receiver Team; send e-mail to Rekdahl (Duenas et al) and Gudmundsen (TG Engineers); review documents; review other Consent Decree projects-related e-mail | |

| THUR | 04/10/08 | 07066:01 | 5110:SVP | Senior Vice President | 8.00 |
| | | | | Review e-mail and send e-mail; conference call with USEPA Region 9; phone calls with Gershman and Lund; review project documents; review revised Plan of Action; internal meeting with Gershman. | |

| FRI | 04/11/08 | 07066:01 | 5110:SVP | Senior Vice President | 1.00 |
| | | | | Conference call with Gershman and Lund; review documents | |

| SAT | 04/12/08 | 07066:01 | 5110:SVP | Senior Vice President | 1.00 |
| | | | | Review e-mail regarding Consent Decree projects | |

| MON | 04/14/08 | 07066:01 | 5110:SVP | Senior Vice President | 0.50 |
| | | | | Review e-mail regarding Consent Decree projects | |

| TUES | 04/15/08 | 07066:01 | 5110:SVP | Senior Vice President | 0.50 |
| | | | | Review e-mail regarding Consent Decree projects | |

| THUR | 04/17/08 | 07066:01 | 5110:SVP | Senior Vice President | 0.50 |
| | | | | Review e-mail regarding Consent Decree projects | |

| FRI | 04/18/08 | 07066:01 | 5110:SVP | Senior Vice President | 1.00 |
| | | | | Review e-mail and documents regarding Consent Decree projects | |

| MON | 04/21/08 | 07066:01 | 5110:SVP | Senior Vice President | 4.00 |
| | | | | Review documents in preparation for travel to Guam and coordinate with Lund | |

| TUES | 04/22/08 | 07066:01 | 5110:SVP | Senior Vice President | 8.00 |

GBB/C07066

31

May 9, 2008

| TEDATE | PROJECTID |
|---|---|
| 4/1/2008 to 4/30/2008 | 07066:01 to 07066:01 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | Travel to Guam; review project documents and discuss Consent Decree Projects with Lund during flight | |
| WED | 04/23/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Continued travel to Guam; continue review of project documents and discussion of issues and needs with Lund during flight | 8.00 |
| THUR | 04/24/08 | 07066:01 | 5110:SVP | Senior Vice President<br>First full day in Guam; conduct site visits at Ordot Dump and the proposed Layon Landfill with Chief Judge and others; hold other related meetings at Guam DPW and meet staff and management; internal meetings and review of e-mail and documents related to Consent Decree projects | 8.00 |
| FRI | 04/25/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Site visit to property at Polaris Point proposed for Guam DPW's HHW Facility and MRF and re-visit to proposed site of Layon Landfill and DPW transfer station at Agat with Williams of Shaw Environmental and Lund of GBB; meeting with TG Engineers, Guam EPA, US EPA, and TG Engineers' subcontractor A-Mehr (connected via conference phone) to discuss the development and permitting activities, issues, and needs associated with the proposed Layon Landfill; meeting with Chief Judge and other GBB staff on the Receiver Team; review e-mail associated with Consent Decree projects | 8.00 |
| SAT | 04/26/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Meeting with representatives of Duenas, Bordallo, Camacho & Associates and their subcontractor URS Corporation, and representatives of USEPA and Guam EPA to discuss the Ordot Dump closure needs and ongoing and planned activities and further studies and operational issues and needs at that site prior to closure; internal meeting to discuss initial findings and observations in preparation for meeting with Chief Judge | 4.00 |
| SUN | 04/27/08 | 07066:01 | 5110:SVP | Senior Vice President | 4.00 |

| TEDATE | PROJECTID |
|--------|-----------|
| 4/1/2008 to 4/30/2008 | 07066:01 to 07066:01 |

Meeting to interview Potential employee; internal meeting with GBB Receiver Team to prepare charts; meeting with Chief Judge and counsel to review progress and discuss initial findings and needs on Consent Decree projects and related activities; review e-mail related to Consent Decree projects

MON    04/28/08    07066:01    5110:SVP      Senior Vice President      8.00

Meeting with Williams (Shaw) to discuss certain technical issues and needs associated with the proposed Layon landfill and Ordot Dump; meeting with representatives of Veolia Water; meeting with representatives of Hawaiian Rock Products; visit to transfer station site of Mr. Rubbishman; visit to Guam DPW's Dededo Transfer Station and surrounding property; internal discussions with Receiver Team on findings and observations from meetings and field visits; review e-mail related to Consent Decree projects

TUES    04/29/08    07066:01    5110:SVP      Senior Vice President      5.50

Meeting with Guam EPA; internal meetings to go over notes from meetings and to plan work activities, schedule follow-up with various parties, and develop action items and directives; review e-mail relative to Consent Decree projects

WED    04/30/08    07066:01    5110:SVP      Senior Vice President      8.00

Meeting with Leighton Contractors; meeting with Department of Land Management; internal meetings; meeting with Chief Judge and Law Clerk; review e-mail relative to Consent Decree projects.

**Project Total:**     120.00

**Employee Total:**     120.00

# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800 Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

Project ID: **07066:01**
Project Name: **US District Court for Guam - Receivership**
Manager: **HWG**
Client ID: **07066**

GERSHMAN

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 4/1/2008 to 4/30/2008 | HWG to HWG | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 4/12/2008 | Meals<br>Bistro Bis Washington, DC brunch meal Manning with CJ and LC (Per Diem) Split | 1.00 | $29.33 | $29.33 | 0.00 | $29.33 | Billable |
| 4/12/2008 | Meals<br>Postiano's Bethesda, MD - Manning, Gershman, and Gershman dinner (per diem) | 1.00 | $91.00 | $91.00 | 0.00 | $91.00 | Billable |
| 4/12/2008 | Mileage<br>Mileage to/from Bethesda MD to DC for meeting with Chief Judge and Law Clerk with Manning | 30.00 | $0.51 | $15.15 | 0.00 | $15.15 | Billable |
| 4/12/2008 | Parking<br>Colonial Parking, DC for meeting with Chief Judge and Law Clerk | 1.00 | $10.00 | $10.00 | 0.00 | $10.00 | Billable |
| 4/12/2008 | Meeting Expenses<br>Clyde's Tower Oaks Lodge, Rockville, MD - Gershman meeting expense; discuss project with Manning (split) | 1.00 | $52.00 | $52.00 | 0.00 | $52.00 | Billable |
| 4/12/2008 | Meals<br>Clyde's Tower Oaks Lodge, Rockville, MD - Manning dinner (per diem) (split) | 1.00 | $52.00 | $52.00 | 0.00 | $52.00 | Billable |
| 4/12/2008 | Meeting Expenses<br>Bistro Bis Washington, DC brunch meeting with Manning, Chief Judge and Law Clerk -- Lund and Gershman (split) | 1.00 | $58.67 | $58.67 | 0.00 | $58.67 | Billable |
| 4/13/2008 | Meeting Expenses<br>Dubliner Washington, DC meeting with Gershman to discuss project | 1.00 | $11.50 | $11.50 | 0.00 | $11.50 | Billable |
| 4/13/2008 | Meals<br>Dubliner, Washington, DC- Manning lunch (Per Diem) Split | 1.00 | $11.50 | $11.50 | 0.00 | $11.50 | Billable |
| 4/13/2008 | Meeting Expenses<br>Silver Diner Rockville, MD - Gershman and Stillwell breakfast meeting to discuss project Split | 1.00 | $24.70 | $24.70 | 0.00 | $24.70 | Billable |
| 4/13/2008 | Meals<br>Silver Diner Rockville, MD - Manning breakfast (Per Diem) split | 1.00 | $12.30 | $12.30 | 0.00 | $12.30 | Billable |
| 4/14/2008 | Meals<br>Timbuktu Hanover, MD split check - Manning and Seader dinner (per diem) | 1.00 | $63.00 | $63.00 | 0.00 | $63.00 | Billable |
| 4/14/2008 | Meals<br>Starbuck's Falls Churck, VA - Manning food (Per Diem) | 1.00 | $7.46 | $7.46 | 0.00 | $7.46 | Billable |
| 4/15/2008 | Plane | 1.00 | $5,329.86 | $5,329.86 | 0.00 | $5,329.86 | Billable |

BillQuick Standard Report Copyright 2007. Last Modified on: 5/16/2008

# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

Project ID:      **07066:01**
Project Name:    **US District Court for Guam - Receivership**
Manager:         **HWG**
Client ID:       **07066**

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 4/1/2008 to 4/30/2008 | HWG to HWG | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| | Royal Travel Service - Continental Airlines, Confirmation # DLXXJ3 - Dulles - Houston - Guam - Honolulu - Houton to Dulles | | | | | | |
| 4/18/2008 | Mileage | 40.00 | $0.51 | $20.20 | 0.00 | $20.20 | Billable |
| | Bethesda to Crystal City to Bethesda for meeting with Ludivici, JGPO | | | | | | |
| 4/18/2008 | Parking | 1.00 | $10.00 | $10.00 | 0.00 | $10.00 | Billable |
| | Colonial Parking Crystal City | | | | | | |
| 4/22/2008 | Meals | 1.00 | $3.02 | $3.02 | 0.00 | $3.02 | Billable |
| | HMS Host Bush Houston, TX Gershman food (Per Diem) | | | | | | |
| 4/22/2008 | Meals | 1.00 | $2.41 | $2.41 | 0.00 | $2.41 | Billable |
| | Starbuck's Honolulu, HI Airport - Gershman food (per diem) | | | | | | |
| 4/22/2008 | Taxi | 1.00 | $47.00 | $47.00 | 0.00 | $47.00 | Billable |
| | Barwood Taxi - Bethesda to Dulles Airport | | | | | | |
| 4/24/2008 | Lodging | 1.00 | $4,500.00 | $4,500.00 | 0.00 | $4,500.00 | Billable |
| | Ladera Tower; Guam; Lodging for Project Team; see Lease Agreement; period April 22, 2008 through May 21, 2008.  Amount Paid includes $500.00 Security Deposit. (Per Diem) | | | | | | |
| 4/24/2008 | Meals | 1.00 | $56.00 | $56.00 | 0.00 | $56.00 | Billable |
| | Jeff's Pirate's Cove Talofof, GU lunch: Manning, Bratton, Anderson, Lund and Gershman | | | | | | |
| 4/24/2008 | Meals | 1.00 | $180.00 | $180.00 | 0.00 | $180.00 | Billable |
| | Grill at Santa Fe Tamuning, GU - Gershman, Manning, Bratton, Lund, and Anderson dinner (Per Diem) | | | | | | |
| 4/24/2008 | Meeting Expenses | 1.00 | $36.00 | $36.00 | 0.00 | $36.00 | Billable |
| | Grill at Santa Fe Tamuming, GU - meeting with Williams (Shaw) to discuss project (split) | | | | | | |
| 4/25/2008 | Meals | 1.00 | $4.00 | $4.00 | 0.00 | $4.00 | Billable |
| | Central Perk Anigua, GU- Gershman and Manning food (Per Diem) | | | | | | |
| 4/25/2008 | Meals | 1.00 | $27.00 | $27.00 | 0.00 | $27.00 | Billable |
| | Le Tasi Bistro; split check; Hagatna, GU - Manning and Gershman lunch (per diem) | | | | | | |
| 4/25/2008 | Meals | 1.00 | $5.20 | $5.20 | 0.00 | $5.20 | Billable |
| | Caribou Coffee - Dulles Airport - Gershman,Bratton, and Lund food (Per Diem) | | | | | | |
| 4/25/2008 | Meals | 1.00 | $78.00 | $78.00 | 0.00 | $78.00 | Billable |

BillQuick Standard Report Copyright 2007. Last Modified on: 5/16/2008

# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

Project ID:      **07066:01**
Project Name:    **US District Court for Guam - Receivership**
Manager:         **HWG**
Client ID:       **07066**

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 4/1/2008 to 4/30/2008 | HWG to HWG | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 4/26/2008 | Jamaican Grill Agana, GU - Manning, Gershman, Lund, Bratton, and Anderson dinner (Per Diem) <br> Meals | 1.00 | $146.25 | $146.25 | 0.00 | $146.25 | Billable |
| 4/26/2008 | Tumon Bay Lobster & Grill - Gershman, Manning, Anderson (Per Diem) <br> Meals | 1.00 | $21.02 | $21.02 | 0.00 | $21.02 | Billable |
| 4/26/2008 | Wendy's Barrigada, GU - Gershman, Bratton and Manning lunch (Per Diem) <br> Meals | 1.00 | $3.50 | $3.50 | 0.00 | $3.50 | Billable |
| 4/26/2008 | Caffe Cino Guam Hilton Guam - Gershman food (per diem) <br> Dinner - Bratton | 1.00 | $18.00 | $18.00 | 0.00 | $18.00 | Billable |
| 4/26/2008 | Tumon Bay Lobster & Grill Tumon, GU - Bratton dinner (per Diem) <br> Meeting Expenses | 1.00 | $48.75 | $48.75 | 0.00 | $48.75 | Billable |
| 4/27/2008 | Tumon Bay Lobster & Grill - Jackson dinner meeting (split) <br> Meals | 1.00 | $54.00 | $54.00 | 0.00 | $54.00 | Billable |
| 4/27/2008 | Jeff's Cove Talofofo, GU - lunch Gershman, Manning, Bratton, and Lund (Per Diem) <br> Meeting Expenses | 1.00 | $27.50 | $27.50 | 0.00 | $27.50 | Billable |
| 4/27/2008 | Hyatt Regency Tumon, GU; Sablan, Tetra Tech breakfast meeting to discuss project (split) <br> Meals | 1.00 | $110.00 | $110.00 | 0.00 | $110.00 | Billable |
| 4/27/2008 | Hyatt Regency Tumon, GU - Gershman, Lund, Bratton, and Manning - breakfast (Per Diem) <br> Meals | 1.00 | $4.13 | $4.13 | 0.00 | $4.13 | Billable |
| 4/28/2008 | SPPC Agat, GU - Gershman food (per diem) <br> Meals | 1.00 | $46.00 | $46.00 | 0.00 | $46.00 | Billable |
| 4/28/2008 | Le Tasi Bistro Hagatna, GU - Gershman and Manning lunch (per diem) <br> Meals | 1.00 | $1.78 | $1.78 | 0.00 | $1.78 | Billable |
| 4/29/2008 | Mobil Agana, GU - Gershman and Manning food (per diem) <br> Meals | 1.00 | $14.96 | $14.96 | 0.00 | $14.96 | Billable |
| 4/29/2008 | Wendy's Barrigada, GU - Gershman and Manning lunch - (Per Diem) <br> Meals | 1.00 | $54.00 | $54.00 | 0.00 | $54.00 | Billable |
| 4/29/2008 | Thai Kitchen Tamuning, GU - Gershman, Manning, Bratton, and Anderson dinner (Per diem) <br> Miscellaneous Travel Expenses | 1.00 | $44.18 | $44.18 | 0.00 | $44.18 | Billable |
| | Shell Barrigada, GU - Gas for rental. | | | | | | |

BillQuick Standard Report Copyright 2007. Last Modified on: 5/16/2008

# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

Project ID:      **07066:01**
Project Name:  **US District Court for Guam - Receivership**
Manager:        **HWG**
Client ID:       **07066**

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 4/1/2008 to 4/30/2008 | HWG to HWG | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 4/29/2008 | Meals<br>Payless Supermarket Hagatna GU - food; HG, TB, DM, CA, and CL; (per diem) | 1.00 | $51.46 | $51.46 | 0.00 | $51.46 | Billable |
| 4/30/2008 | Meals<br>Taco Bell - Agat, GU; Lunch - Gershman, Anderson, and Manning (per diem) | 1.00 | $32.00 | $32.00 | 0.00 | $32.00 | Billable |
| 4/30/2008 | Meals<br>Starbuck's, Honolulu, HI; Gershman Food (Per Diem) | 1.00 | $5.55 | $5.55 | 0.00 | $5.55 | Billable |
| 4/30/2008 | Meals<br>Dinner at Capriccios III Hagtna - Gershman, Lund, Manning, Anderson & Bratton | 1.00 | $127.00 | $127.00 | 0.00 | $127.00 | Billable |

|  | | |
|---|---|---|
| **Sum of Billable Expenses:** | $11,547.38 | $11,547.38 |
| **Billable + Non-Billable Total:** | $11,547.38 | $11,547.38 |

BillQuick Standard Report Copyright 2007. Last Modified on: 5/16/2008

eTicket Itinerary and Receipt

## Deena Guerrero of Royal Travel Services

(38)

**From:** Continental Airlines, Inc. [continentalairlines@continental.com]
**Sent:** Tuesday, April 15, 2008 4:08 PM
**To:** DEENA@ITE.NET
**Subject:** eTicket Itinerary and Receipt for Confirmation DLXXJ3

To ensure delivery of this e-mail please add **continentalairlines@continental.com** to your address book or approved senders list. See Instructions for adding us to your address book.



**Confirmation:**
**DLXXJ3**

Print your boarding pass
at continental.com
within 24 hours of your flight

Issue Date: April 15, 2008

| Traveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| GERSHMAN/HARVEY | 0055944536444 | | ---/---/---/---/---/---/--- |

### FLIGHT INFORMATION

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Tue, 22APR08 | CO3024[1] | Y | WASHINGTON/DULLES (IAD) **6:00AM** | HOUSTON BUSH INTL (IAH) **8:17AM** | ERJ-145 | Snack |
| Tue, 22APR08 | CO1 | Z | HOUSTON BUSH INTL (IAH) **9:35AM** | GUAM IS SW PAC (GUM) **5:40PM (23APR)** | 767-400 | Lunch |
| Thu, 01MAY08 | CO2[2] | Z | GUAM IS SW PAC (GUM) **6:25AM** | HONOLULU HNL (HNL) **5:40PM (30APR)** | 767-400 | Breakfast |
| Fri, 02MAY08 | CO2 | Z | HONOLULU HNL (HNL) **6:55PM** | HOUSTON BUSH INTL (IAH) **7:30AM (03MAY)** | 767-400 | Dinner |
| Sat, 03MAY08 | CO3147[3] | Y | HOUSTON BUSH INTL (IAH) **1:04PM** | WASHINGTON/DULLES (IAD) **5:09PM** | ERJ-145 | Snack |

Operated by EXPRESSJET AIRLINES INC doing business as CONTINENTAL EXPRESS doing business as CONTINENTAL EXPRESS
Operated by CONTINENTAL MICRONESIA
Operated by EXPRESSJET AIRLINES INC doing business as CONTINENTAL EXPRESS doing business as CONTINENTAL EXPRESS

### FARE INFORMATION

**Fare Breakdown**

| | | |
|---|---|---|
| Airfare: | 5,108.00 USD | **Form of Payment:** |
| U.S. Security Service Fee: | 10.00 | AMERICAN EXPRESS |
| Guam Inspection Service Charges: | 6.36 | Last Four Digits 6002 |
| U.S. Federal Transportation Tax: | 23.10 | |
| U.S. Federal Transportation Tax: | 15.40 | |
| U.S. APHIS User Fee: | 5.00 | |
| U.S. Passenger Facility Charge: | 12.00 | |
| Per Person Total: | 5,179.86 USD | |

**Ticket Total:**          **5,179.86 USD**

*07 0006 01*

**Fare Rules:** Additional charges may apply for changes in addition to any fare rules listed. REFUNDABLE

### International eTicket Travel Reminders

**Check-in Requirement** - Bags must be checked and boarding passes obtained at least 60 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be canceled if this condition is not met.

Case 1:02-cv-00022   Document 247   Filed 05/23/2008   Page 45 of 52

15/2008



# *Royal* Travel Service



P.O. Box 6038, Tamuning, Guam 96931
928 N. Marine Drive 2nd floor, Upper Tumon (Aida's bldg.)
next to chuck steak house and Pia Marine
Hour: 9am to 5pm Mon-Fri
Email: deena@ite.net • Cell: 777-2014
lenith@ite.net • Cell: 787-9280
clintgman@yahoo.com • Cell: 482-3879



(3.9)

**INVOICE**

**27440**

DATE 15 APR 08

C/O: GERSHMAN, BRICKNER &
BRATTON, INC. (GBB)

| PASSENGER NAME | TICKET NUMBER | FLIGHT ROUTE | DEPARTURE DATE | AMOUNT |
|---|---|---|---|---|
| GERSHMAN/HARVEY | 005 5944536444/45 | IAD IAH GUM<br>GUM IAH IAD | 22 APR<br>(servic<br>(service fee) | 5179.86<br><br>150.00 |
| | | | | 5,329.86 |

PAID
*AMEX*

RECVD. BY: _____

DATE: _____

FORM OF PAYMENT: CREDIT CARD
CASH/CHECK
RECEIPT NO.
CHARGE AMOUNT $

| 5329.86 |
|---|
| |
| |

**TERMS AND CONDITIONS:**
All invoices are due 7 days from date of issue, invoices over 30 days will be charged an additional 5% and will be added to unpaid balance. Royal Travel may refer unpaid invoice to an attorney or collection for payment and all fees will be charged to the purchaser. The purchaser will be charged $50.00 for any return checks. Refundable tickets and tours will asses a fee of $50.00 per person.

**Please be sure to verify that the names shown on your tickets are the same as your passport/birth certificate and dates and routes are correct. Thank you for choosing Royal Travel.**

_____
Signature of Purchaser

_____
Date

*07066 - 01*



Sign Off

Search    Locations    Mail    Help    En Español ▾

**Accounts      Bill Pay      Transfers      Investments      Customer Service**

Accounts Overview      Account Details      Alerts      Open an Account          *Harvey W. Gershman*

## US Airways Signature Visa - 8377

Account: | US Airways Signature Visa - 8377 ▾ | ■

† 
**4.99%**
Act Now!

**Low APR Balance Transfer**
Transfer balances from other higher interest rate accounts and save.

**Account Activity          My Statements          Services**

**The free and easy way to protect yourself when you shop online.**
ShopSafe® is our free service for Online Banking customers that allows you to create a unique, temporary account number for online purchases.
**Use ShopSafe | Learn more about ShopSafe**

**Balance Summary**
05/05/2008

View my Rewards»

| $4,712.41 | **Current Balance** |
| $3,287.59 | **Available credit** |
| $0.00 | **Temporary Authorization (rounded)** 🔲 |

Request a credit line increase

| 05/05/2008 | **Payment due date** |
| $15.00 | **Current payment due** |
| $0.00 | **Past due amount** |
| $15.00 | **Total minimum payment due** |

**Pay now**

| $51.45 | **Balance as of your last statement** |
| $8,000.00 | **Credit Limit** |
| $0.00 | **Amount over the limit** |

▸ **Payment Summary**

**Online Banking Tip!**
Change your address or add someone to your account by using the **Services Tab!**

Go to: | Current Statement ▾ | ■          View: | All Transactions ▾ | ■

Newest  Next  Previous  Oldest

**Transaction**                                                          Printable      Download

| Posted ↴ | Transaction | Type | Amount | Balance |
|---|---|---|---|---|
| ▸ 05/01/2008 | WENDY'S BARRIGADA | 🛒 | $14.96 | $4,712.41 |
| ▸ 04/30/2008 | LE TASI BISTRO | 🛒 | $46.00 | $4,697.45 |
| ▸ 04/29/2008 | CREATIONS BY GENEREUX | 🛒 | $100.00 | $4,651.45 |
| ▾ 04/24/2008 | LADERA TOWER | 🛒 | $4,500.00 | $4,551.45 |

Transaction Date:        04/23/2008
Card Type:               Visa
Transaction Type:        Purchase
Reference Number:        2442684811417000027001 9

Beginning Balance as of 04/13/2008                                              $51.45

Icon Legend                                                          Printable      Download

Go to: | Current Statement ▾ | ■          View: | All Transactions ▾ | ■

Newest  Next  Previous  Oldest

🔒 **Secure Area**
Accounts   Bill Pay   Transfer Funds   Investments   Customer Service
Search   Privacy & Security   Locations   Alerts   Mail   Help   Site Map   Sign Off

Bank of America, N.A. Member FDIC. Equal Housing Lender 🏠
©2006 Bank of America Corporation. All rights reserved.

✶ *C07066-01*
*Apartment Rental*
*See Lien Agreement*
*1 Month*
*start 4/22/08 BC*

07066-01

```
            HMSHost
   Starbucks Coffee Terminal E-1
   BUSH INTERCONTINENTAL AIRPORT

   3023 SAMFIRA
   -----------------------------------
   CHK 5886  APR22'08  8:24    GST 1
   -----------------------------------
       S U B T O T A L

   1 TALL COFFEE OF D       1.79
   1 FRESH FRUIT            1.00

     SUBTOTAL               2.79
     TAX                    0.23
     AMOUNT PAID           3.02
     CASH                   3.05
     CHANGE DUE             0.03
```

LOOKING FOR A GREAT PLACE W/ HOT
  FOOD, COLD DRINKS, & SPORTS?
    TRY FOX SPORTS SKYBOX
    LOCATED NEAR GATE E-16!
42 TVS W/ DIRECT TV PROGRAMMING
SERVING BREAKFAST,LUNCH,&DINNER!

   QUESTIONS OR COMMENTS?
  Contact us @ HMS Host IAH
      281-233-3337 OR
   joseph.reid2@hmshost.com



07066-a

```
  ** STARBUCKS COFFEE COMPANY **

  MERRIFIELD          #07321
  FALLS CHURCH    VA22042

      --- DUPLICATE RECEIPT ---
   1 GR BREWED COFFEE      1.85
   1 MUFFIN BRAN APPLE     1.65
   1 VT BREWED COFFEE      1.95

          121905
   1 MUFFIN BLUEBERRY      1.65
   SUBTOTAL                7.10
    TAX 5.0                0.19
    TAX 5.0                0.17
   TOTAL                   7.46
   CASH                   10.00
   CHANGE DUE              2.54

  07321 0TA1 700367  001518765E
  04/14/06            07:15
      --- DUPLICATE RECEIPT ---
   Introducing Starbucks new
  daily brew - Pike Place Roast.
   It's always freshly roasted,
       freshly ground and
    freshly brewed for you.
```

07066-01

Caribou Coffee Store 48030

Table 2 #Party O
YESSENIA S SvrCk: 2 5 10 04/22/08
REG One

3 COF-COD, 1 cof-cod sm 12oz,
    1 cof-cod sm 12oz,
    1 cof-cod sm 12oz          4.95

              Sub Total    4.95
              bev          0.25
04/22 05:11 TOTAL :       **5.20**

LIFE IS SHORT ...

STAY AWAKE FOR IT !


THANK YOU...........

              AMT-TEND  CHANGE  TALLY
CASH            20.00   14.80   5.20

                                5.20
04/22/08 05:11


**07066-01**
Thank You for your Patronage
COLONIAL
Century I & II Garage


04/18/08 10:18  L# 1 A# 2  Txn#545164
04/18/08 07:33 In  04/18/08 10:18 Out
Fee ......1    $  10.00
Total Fee     $  10.00
CASH PAID     $  10.00-
Cash Tender   $  10.00
Change Due    $   0.00
Monthly Spaces Available
Reduced Rates
CALL 202-295-8200



07066-01

JAMAICAN GRILL
P.O. BOX 6
AGANA, GU 96932

TERMINAL I.D.:          10072821
MERCHANT #:          1520006669

AMEX    SRV: 3004  ITEM #: 039
************4009
SWIPE
PRE-SALE
              INVOICE: 146039
DATE: APR 25, 2008  TIME: 21:11
              AUTH NO: 598958

BASE          $65.96

TIP           12.04

TOTAL         78.00
GENERAL MERCHANDISE  00

HW GERSHMAN
X

    GRATUITY GUIDELINE
  15%=$9.89  20%=$13.19

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)


07066-01

Caffe Cino
Guam Hilton Resort & Spa
www.hiltonguamresort.com
701 Jc

:2/2        3113    GST :
     APR26'08 10:02AM

 1 Americano         3.50
   Food Sales        3.50
   Payment           3.50
   9930/MICROS
   Cash          20.00  X
   Change        16.50
-----701 CLOSED APR26 10:03AM-----

(42)



07066-01

BARWOOD TAXI
CAB #682
04/22/08  04:17
04/22/08  04:43
DELAY    00:01:23
TRIP #     7053
DIST     23.54 mi
Rate 1  $ 41.60
EXTRAS   $  1.00
TOTAL   $ 42.60
THANK YOU FOR
CHOOSING BARWOOD
FOR RESERVATIONS
TEL 301-984-1900

+Tip = $47.00



07066-01

JEFF'S PIRATE COVE
TALOFOFO, GUAM
CITIBANK N.A.

TERMINAL ID. :        90000008
MERCHANT # :    000790581213279

AMEX - CARD SWIPE
XXXXXXXXXXXX4009
SALE
INVOICE: 432664    BATCH: 000868
DATE: APR 24, 08    TIME: 12:58
RRN: 000811111157
AUTH NO: 548238

PURCHASE            $48.00
TIP                 _____
TOTAL               _____

CUSTOMER COPY

07066-01

HMSHOST
STARBUCKS COFFEE
HONOLULU INT'L AIRPORT

609 Gamaliel
-----------------------------------
MK 3373 APR22'08  1:04PM  GST 1
-----------------------------------

1 TALL COD T          2.30

  SUBTOTAL            2.30
  TAX                 0.11
  AMOUNT PAID        2.41
  CASH               5.51
  CHANGE DUE         3.10



Meals - $52.00
Meetings - $52.00

07066-08

0478
Server: KIM V            Rec:332
04/12/08 21:50, Swiped   T: 216 Trw#: 13

CLYDES TOWER OAKS LODGE
2 PRESERVE PARKWAY
ROCKVILLE, MD 20859
(301)294-0200
MERCHANT #:

CARD TYPE       ACCOUNT NUMBER
AMERICAN EXPRESS  XXXXXXXXXXXX4009
Name: HW GERSHMAN
00 TRANSACTION APPROVED
AUTHORIZATION #: 502233
Reference: 04120100000478
TRANS TYPE: Credit Card SALE

CHECK:              88.59

TIP:                15.41

TOTAL:             104.00

NONE: (
CARDHOLDER WILL PAY CARD ISSUER ABOVE
MOUNT PURSUANT TO CARDHOLDER AGREEMENT
************
OUR COMMENTS PLEASE AT WWW.CLYDES.COM

CUSTOMER

ALEXANDRIA UNION CAB (43)
(703)683-1200 - 24 Hr. Dispatch Service

07066-01

FROM: N. Albright
TO:
DATE: ST DL 08
DRIVER'S NAME
FARE$
CAB# 868

By Request, We Accept

Each Cab Independently Owned & Operated

POSITANO RISTORANO
7161 W FAIRMONT AVE.
BETHESDA, MD 20814
(301) 654-1717

Sale

Merchant ID: 542929001257775
Tera ID: LK370334

04/13/08              19:35:43
Batch#: 000278    Inv #: 000100
Server ID: 10

AMEX              Entry Method: S
XXXXXXXXXXXX4009
Seq.#: 0100    Appr Code: 515449
Amount:    $        77.38
Tip:                13.62
Total:              91.00

APPROVED

07066-01
Customer Copy

WWW.EPOSITANO.COM
WE APPRECIATE YOUR BUSINESS
GRAZIE

*07066-01*

**BANK OF GUAM**
THE PEOPLE'S BANK

**LE TASI BISTRO**
HAGATNA GUAM 96932
(671) 472-7877

BATCH No.     : 000250
TERMINAL ID   : 1074723
CARD          : VISA INT'L
CARD No.      : XXXXXXXXXX8377 / Swiped
RREF No.      : 8336
INVOICE       : 000200
SERVER No.    : 9
TRANS.        : CREDIT CARD SALE

AMOUNT        :        $      38.50

TIP AMOUNT:            $       7.50

(IF ANY, PLEASE SIGN)

TOTAL AMOUNT:          $      46.00

Trans Date/Time : 04/28/08    12:47:18
APPROVAL        : 05222C

Customer Copy

Thank you!

---

*07066-01*

**BANK OF GUAM**
THE PEOPLE'S BANK

**WENDY'S BARRIGADA**
BARRIGADA, GUAM 921
(671) ...

BATCH No.     : 000106
TERMINAL ID   : 671659?
CARD          : VISA INT'L
CARD No.      : XXXXXXXXXX8377 / Swiped
RREF No.      : 3470
INVOICE       : 003216
TRANS.        : CREDIT CARD SALE

AMOUNT        :        $      14.96

Tran Date/Time : 04/29/08    12:20:59
APPROVAL       : 02514C

Customer Copy

Thank you!

---

AGAT76     123456

WELCOME TO SFPC
AGAT.

*07066-01*

AGAT 76
788 ROUTE 2
AGAT          GU
DLR #    00247361

04/27/08     11:41
DTCOKE12OZ  $0.89T
STARBKHOCH  $1.99T
SNKCLSCASH  $1.25T
SUBTOT       $4.13
TOTAL        $4.13
CASH         $5.00

TL/NOTAX     $4.13
TAX PD       $0.00
CHANGE       $0.87
RECEIPT NO. 1-9635

--------------------

CUSTOMER SIGNATURE

THANK YOU

---

*07066-01*

SHELL BARRIGADA-REM
ROUTE 8
BARRIGADA, GU 96913
671-734-3916

XXXXXXXXXXX00680 BARR
DATE 04/29/08          TIME 05:57 PM

ITEM: 012  MC SALE         OP: 00
ACCT: XXXXXXXXXXXX2687     EXP XXXX S
RESP: AUTH/TKT  112173

TOTAL=              $44.18

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

HARVEY W GERSHMAN

---

(44)

*07066-01*

671-649-5858
TUMON BAY LOBSTER&GRILL
P.O. BOX 3609
HAGATNA, GU 96932

TERMINAL I.D.:              10230757
MERCHANT #:              1520035031

AMEX                    ITEM #  009
*************4009
SWIPE
PRE-SALE

                    INVOICE: 574517
DATE: APR 26, 2008  TIME: 20:39
                    AUTH NO: 533121

BASE              $14.95

TIP                3.05

TOTAL             18.00
FOOD/BEVERAGE        00

HW GERSHMAN
X

---

*07066-01*

Agana Mobil Service Station
PO BOX EU
Agana Guam 96910
671-472-2120
*** Phone ***

POS:  1          Transaction #:25164280
                 Tax Invoice #:410306
Store No.: 549                     ANNA
04/28/08    3:59:07 PM

1 PEPSI DIET 12OZ          0.89
1 COKE DIET CN 12          0.89

Total $:                   1.78

Cash                       2.00
Change                     0.22

Thank You - Please Come Again Soon



**TIMBUKTU**
Restaurant & Lounge
07066-01

1726 Dorsey Rd.
Hanover, Maryland 21076
(410) 796-0733

■ 04-14-2008 ■          19:52:44 ■

Check 00000195
TAMMY

Purchase
Amount              78.66

Tip                 15.34

Total

American Express
xxxxxxxxxxx4009
Approval 580008

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT

X

07066-01

CENTRAL PERK CAFE

centralperk.gu@gmail.com

04/05/2008 02:38PM

COFFEE

SUBTOTAL

TOTAL DUE

---

29.33 - meals
58.67 - Meetings

07066-01

45

BISTRO BIS
15 E STREET NW
WASHINGTON
202-661-2700

Server: ANDER IDOR   04/12/2008
01:30 PM
115/3

AMEX                 6291457
Card #XXXXXXXXXXX
Magnetic card present: gershman

Approval: 5844

Amount:              65.73

+ Tip:               12.27

Total:               88.00

X

Thank you!

07066-01

**BANK OF GUAM**
THE PEOPLE'S BANK

**PAYLESS SUPERMARKTS**

REG#2 HAGATNA GUAM
(671) 477-7006

BATCH No.     : 001333
TERMINAL ID  : 01158824
CARD         : AMEX
CARD No.     : XXXXXXXXXX4009 / Swiped
RREF No.     : 0027
INVOICE      : 000027
TRANS.       : CREDIT CARD SALE

AMOUNT       :         $    51.46

Tran Date/Time : 04/29/08    18:29:48
APPROVAL     : 515672

Customer Copy
Thank you!

---

07066-01
TACO BELL 85 SUMA.
LOT 7B-2
AGAT, GU 96928

Merchant ID: 000000000475455
Term ID: 00587627
Server ID: 1
102168744997

**Sale**

MC
XXXXXXXXXXXX2687
Entry Method: Swiped
Apprvd: Online   Batch#: 000526
04/30/08              12:08:00

Inv #: 000007  Appr Code: 697998

Amount:        $      30.39

Tip:                  1.61

Total:               32.

Customer Copy

07066-01

JEFF'S PIRATE COVE
TALOFOFO, GUAM
CITIBANK N.A.

TERMINAL ID. :
MERCHANT #:

AMEX - CARD SWIPE
************4009
**SALE**
INVOICE: 432680     BATCH: 000864
DATE: APR 27, 08    TIME: 13:16
RRN: 000021111201
AUTH NO: 526928

BASE                 $45.65
TIP                   8.35
TOTAL                54.00

CUSTOMER COPY

Meeting Exp = $11.50
Meals     = $11.50

07066-01

THE DUBLINER – WASHINGTON'S
FAVORITE IRISH PUB
520 North Capitol St NW
Washington, DC 20001

Server: Meghann          DOB: 04/13/2008
12:44 PM                  04/13/2008
Table 12/1                5/50018

AMEX                      5242890
Card #XXXXXXXXXXX4009     Exp:1210
Magnetic card present: GERSHMAN HW
Approval: 525442

Amount:          19.14

+ Tip:           3.86

= Total:         23.00

Approval: 525442

THANKS FOR COMING!!
LIVE IRISH MUSIC EVERY
NIGHT!
Sorry, No Separate Checks
Maximum 3 credit cards per tab

Customer Copy

---

07066-01

meeting— 48.75
meds — 146.25

671-649-5858
TUMON BAY LOBSTER&GRILL
P.O. BOX 3609
HAGATNA, GU 96932

TERMINAL I.D.:              10230757
MERCHANT #:              1520035031

AMEX                ITEM #: 005
************4009
SWIPE
PRE-SALE
                    INVOICE: 574516
DATE: APR 26, 2008  TIME: 20:13
                    AUTH NO: 547640

Thank You!! ★

BASE            $178.79

TIP              16.21

TOTAL
FOOD/BEVERAGE    $195.00
                 00

HW GERSHMAN
X

GRATUITY GUIDELINE
15%=$26.81  20%=$35.75

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

---

(46)

07066-01

BANK OF GUAM
THE PEOPLE'S BANK

WENDY'S BARRIGADA
BARRIGADA, GUAM 96921
(671) 633-9800

BATCH No.     : 000103
TERMINAL ID   : 11778402
CARD          : AMEX
CARD No.  : XXXXXXXXX4009 / Swiped
RREF No.      : 3356
INVOICE       : 003119
TRANS.  : CREDIT CARD SALE

AMOUNT      :      $      21.02

Tran Date/Time : 04/26/06    12:00:57
APPROVAL       : 584427

Customer Copy

07066-01

COLONIAL
PARKING
LOCATION 119
THANK YOU !

04-12-2006 04:45 PM
            040

SAT/SUN MAX       $10.00
      TOTAL—>
      $10.00
      TOTAL   $10.00

---

Meal 07066-01    meeting – $52.00    Meal 07066-01 – $10.00

HYATT REGENCY GUAM DEDOES V
1185 PALE SAN VITORES V
TUMON 96913, GU 96913

TERMINAL ID:        083388040
MERCHANT #:       1520035666

AMEX
#xxxxxxxxxxxx4009
SALE
BATCH: 001247
DATE: APR 27, 08
SQ#: 004

FOLIO #: 04780      $137.50
TIME: 10:04
AUTH NO: 574957

ROOM/SERVICES

TIP

TOTAL              137.50

CUSTOMER COPY

Total :        $137.50

Room # :

Name :

Signature :

Thank you for dining with us!
La Mirenda Restaurant
www.hyattguam.com

---

07066-01    THAI KITCHEN
CENT TAM BLDG STE 7A
TAMUNING, GU 93913

TERMINAL ID:        003650314
MERCHANT #:       102206154998

MC
#xxxxxxxxxxxxxx2687
SUR: 4
SALE
BATCH: 000689    INVOICE: 009385
DATE: APR 29, 08    TIME: 10:12
SQ# 061           AUTH NO: 04235B

PRE-TIP AMT         $49.50

TIP                  4.50

TOTAL               54

CUSTOMER COPY

07066-01

* * * Restaurant * * *
Capricciosa III Hagatna
Hagatna Shopping Center
Hagatna, Guam
671-472-1009
Date: Apr30'08 06:19PM
Card Type: Amex
Acct #: XXXXXXXXXX4009
Exp Date: XX/XX
Auth Code: 590190
Check: 3036
Table: 84/1
Server: 1090 Edmund

Subtotal: -117.38
9.62

Tip:

Total: 127.00

Sign: _____
**Guest Copy**
I agree to pay above total
according to my card issuer
agreement.

---

(4/7)

07066-01

Rockville
11806 Rockville Pike
Date: Apr13'08 10:10AM
Card Type: Amex
Acct #: XXX.XXXXXXX4009
Trans Key: AIA000610917296
Exp Date: XX/XX
Auth Code: 595775
Check: 1205
Table: 12/1
Server: 148 Aster K

Subtotal: 31.17
Tip: 5.83

Total: 37.00

Signature

I agree to pay above total
according to my card issuer
agreement.

* * * * Customer Copy * * * *

Meals — $12.30
Meetings — $24.70

---

$180.00 — Meals
36.00 — Meetings
07066-01

BANK OF GUAM
THE PEOPLE'S BANK

GRILL AT SANTA FE

TAMUNING, GUAM 96911
(671) 647-8855

TERMINAL ID : 0003F1
: 01135737
CARD : AMEX
CARD No. : XXXXXXXXXX4009 / Swiped

RREF No. : 0615
INVOICE : 000493
SERVER No : 1

TRANS. : CREDIT CARD SALE

AMOUNT : $ 207.90

TIP AMOUNT : $ 8.10

(PSE SIGN)

TOTAL AMOUNT : $ 216

Trans Date/Time : 04/26/08 20:17.20
APPROVAL : 553531

Customer Copy
Thank You!

---

07066-01

HMSHOST
STARBUCKS COFFEE IIT
HONOLULU INT'L AIRPORT

9011 Franches

-----------------------
CHK 7962 APR30'08 6:33PM GST 2
-----------------------

1 MUFFIN          3.00
1 TALL COD T      2.30

  SUBTOTAL        5.30
  TAX             0.25
  AMOUNT PAID     5.55
  CASH           20.00
  CHANGE DUE     14.45

---

07066-01

PICK UP

Le Tasi Bistro
RESTAURANT & TAPAS BAR

"The pleasure of a fine table."

Phone: (671) 472-7877   Fax: (671) 477-7875

290600
Lunch
APR 30

| TABLE NO. | NO PERSONS | CHECK NO. | WAITER NO. | A.M. | LUNCH | P.M. |
|-----------|------------|-----------|------------|------|-------|------|
| | | | | | | |

| DESCRIPTION | PRICE | AMOUNT |
|-------------|-------|--------|
| Out | | |
| III Salad -2.11 | | |
| Base III | 3 | 40.50 |
| Scallop w/Potatoes | | 9.00 |
| 1 Veg / Soup | | 11.75 |

THANK YOU
Personal chef/Catering Service on/off premises
NO SERVICE CHARGE

# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

**Expense Details (With Memo)**

Printed on: 5/16/2008
Page 1 of 1

Project ID:     **07066:01**
Project Name:   **US District Court for Guam - Receivership**
Manager:        **HWG**
Client ID:      **07066**

*BRATTON*

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 4/1/2008 to 4/30/2008 | TJB to TJB | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 4/22/2008 | Mileage | 25.00 | $0.51 | $12.63 | 0.00 | $12.63 | Billable |
| | Mileage to the airport using personal vehicle. 25 miles @ $0.505/mile. | | | | | | |
| 4/22/2008 | Plane | 1.00 | $5,319.16 | $5,319.16 | 0.00 | $5,319.16 | Billable |
| | Travel to Guam. Royal Travel Service #27400 - Confirmation # DL1LHS | | | | | | |
| 4/24/2008 | Supplies | 1.00 | $58.98 | $58.98 | 0.00 | $58.98 | Billable |
| | Supplies for apartment while in Guam | | | | | | |
| 4/25/2008 | Meals | 1.00 | $18.47 | $18.47 | 0.00 | $18.47 | Billable |
| | The Coffee Beanery - Food for Bratton | | | | | | |
| 4/26/2008 | Supplies | 1.00 | $8.84 | $8.84 | 0.00 | $8.84 | Billable |
| | National Office Supplies | | | | | | |
| 4/26/2008 | Supplies | 1.00 | $51.19 | $51.19 | 0.00 | $51.19 | Billable |
| | Groceries for apartment in Guam less beer costs. | | | | | | |
| 4/26/2008 | Meals | 1.00 | $51.88 | $51.88 | 0.00 | $51.88 | Billable |
| | Lunch at Capricciosa | | | | | | |
| 4/28/2008 | Supplies | 1.00 | $4.82 | $4.82 | 0.00 | $4.82 | Billable |
| | Supplies - Bottled water and Gatorade | | | | | | |
| 4/28/2008 | Supplies | 1.00 | $18.24 | $18.24 | 0.00 | $18.24 | Billable |
| | Supplies for apartment - Toilet paper, snacks, water. | | | | | | |
| 4/29/2008 | Meals | 1.00 | $15.15 | $15.15 | 0.00 | $15.15 | Billable |
| | The Westin Resort - Coffe & Danish at meeting | | | | | | |

|  | | |
|---|---|---|
| **Sum of Billable Expenses:** | $5,559.36 | $5,559.36 |
| **Billable + Non-Billable Total:** | $5,559.36 | $5,559.36 |

## Deena Guerrero of Royal Travel Services

**From:** Continental Airlines, Inc. [continentalairlines@continental.com]

**Sent:** Saturday, April 12, 2008 2:07 PM

**To:** DEENA@ITE.NET

**Subject:** eTicket Itinerary and Receipt for Confirmation DL1LHS

To ensure delivery of this e-mail please add **continentalairlines@continental.com** to your address book or approved senders list. See instructions for adding us to your address book.

 **Continental Airlines**

Confirmation:
**DL1LHS**

Print your boarding pass
at **Continental.com**
within 24 hours of your flight

Issue Date: April 12, 2008

| Traveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| BRATTON/TIMOTHY | 0055944536390 | | ---/---/---/--- |

### FLIGHT INFORMATION

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Tue, 22APR08 | CO3024[1] | Y | WASHINGTON/DULLES (IAD) 6:00AM | HOUSTON BUSH INTL (IAH) 8:17AM | ERJ-145 | Snack |
| Tue, 22APR08 | CO1 | Z | HOUSTON BUSH INTL (IAH) 9:35AM | GUAM IS SW PAC (GUM) 5:40PM (23APR) | 767-400 | Lunch |
| Thu, 01MAY08 | CO2[2] | Z | GUAM IS SW PAC (GUM) 6:25AM | HOUSTON BUSH INTL (IAH) 7:30AM | 767-400 | Breakfast |
| Thu, 01MAY08 | CO3147[3] | Y | HOUSTON BUSH INTL (IAH) 1:04PM | WASHINGTON/DULLES (IAD) 5:14PM | ERJ-145 | Snack |

Operated by EXPRESSJET AIRLINES INC doing business as CONTINENTAL EXPRESS doing business as CONTINENTAL EXPRESS
[1]Aircraft change in HONOLULU HI to 767-400
[2]Operated by EXPRESSJET AIRLINES INC doing business as CONTINENTAL EXPRESS doing business as CONTINENTAL EXPRESS

### FARE INFORMATION

| Fare Breakdown | | Form of Payment: |
|---|---|---|
| Airfare: | 5,108.00 USD | AMERICAN EXPRESS |
| U.S. Security Service Fee: | 10.00 | Last Four Digits 6002 |
| Guam Inspection Service Charges: | 6.36 | |
| U.S. Federal Transportation Tax: | 15.40 | |
| U.S. Federal Transportation Tax: | 15.40 | |
| U.S. APHIS User Fee: | 5.00 | |
| U.S. Passenger Facility Charge: | 9.00 | |
| Per Person Total: | 5,169.16 USD | |

**eTicket Total:** **5,169.16 USD**

Fare Rules:    Additional charges may apply for changes in addition to any fare rules listed.
REFUNDABLE

### International eTicket Travel Reminders

• **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 60 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be canceled if this condition is not met.
• **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 30 minutes prior to scheduled departure.

**Continental Airlines**

DUPLICATE
BRATTON/TIMOTHY
12APR08-
54720831      /

**Continental Airlines**

BRATTON/TIMOTHY

0

**NOT VALID FOR******RETAIN THIS RECEIPT***
**TRANSPORTATION***THROUGHOUT YOUR JOURNEY*
REFUNDABLE

YDZBR6

WAS CO X/HOU CO GUM Q135.00 1349.00CO X/HOU Q135.0CO WAS1349.00D HOUGUM1070.00D
HOUGUM1070.00NUG5108.00END ROE1.000000XT15.40US15.40US5.00XA9.00XF IAD4.56UN4.5

| USD | 5108.00 |
| AY | 10.00 |
| GU | 6.36 |
| XT | 44.80 |
| USD | 5169.16 |

FP    AXXXXXXXXXXX36002/XXXX/105176

D 005 5444536390 1

WASHINGTON/DULLES
CO 3024 V 22APR V
HOUSTON BUSH INTL
CO 1 Z 22APR   Z
GUAM IS SW PAC
CO 2 Z 01MAV   Z
HOUSTON BUSH INTL
CO 3147 V 01MAV V
WASHINGTON/DULLES
*************************
NOT VALID FOR TRAVEL
005 5904536390 1

---

*Coffee + Danish at meeting*

*Supplies for apt. toiletries — sweats erroll*

Washington Dulles Int'l
Airport

hift #: 172
ransaction #: 24418
ntry (22): 2008/Apr/22 04:18:00
yment (16): 2008/May/01 17:58:41
it Before: 2008/May/02 04:38:00

**Amount: $150.00**

edit: $150.00
Master Card XXXXXXXXXXX7577
Authorization: 070154

DNC TRAVEL HOSPITALITY
**George Bush Intercontinental**
***** Schlotsky *****

1008 ESTHER

3580  MAY01'08 12:04PM

-------------------------------------

| 1 Original Sand Sm | 3.89 |
| 1 Water Sm | 1.75 |
| Subtotal | 5.64 |
| Total Tax | 0.32 |
| Total Paid..... | 5.96 |
| Cash (PRT) | 20.00 |
| Change Owed..... | 14.04 |

***************************
CREATING SPECIAL EXPERIENCES
ONE GUEST AT A TIME
***************************

TOTAL  18.24

*mileage —
$25.26*

*Travel From Airport*

07066-06

# NATIONAL OFFICE SUPPLY (51)

*Woodland, Inc.*

Tel.: (671) 734-0312 / 734-0314 / 734-0316 / 646-5115
Fax: (671) 734-0317 / 649-2640

P.O. Box 3767
Hagåtña, Guam 96932

## CASH INVOICE
## BC- 106729

04-26-08

1    14:55
     57.94

01    8.84

8.34  TL
2004 CM TD
11.20  CG

| | DATE 04-26-08 | |
|---|---|---|
| CASH & CARRY | C.O.D. | REFUND PAID OUT | CREDIT MEMO |

| ARTICLE | UNIT PRICE | AMOUNT |
|---|---|---|
| | | 8·84 |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| Thanks for your kind Patronage | TOTAL | 8 84 |

All Claims & returned goods must be accompanied by this bill. Returned merchandise is subject to a 10% handling charge, and will not be accepted after 15 days from the date of purchase.

Groceries for
apartment in Guam
63.17
- 11.98
$51.19

PAY-LESS SUPERMARKETS INC.
AGANA - 477-7898 / 472-8346

| | | |
|---|---|---|
| | NP | 5.99 |
| | NP | 5.99 |
| YOUR BALANCE DUE IS | | 11.98 |
| PUFF 140 2/DOUBLE | LP | 4.39 F |
| FP 100% GRF GRLI | NP | 3.99 F |
| CRANZ BIGS BRGRS | NP | 3.59 F |
| GA SUN 2%LF MILK | NP | 4.29 F |
| GA SUN 2%LF MILK | NP | 4.29 F |
| MP CHZ 6CT WRAP | NP | 3.39 F |
| FLRMN IMPRT LTT | NP | 3.19 F |
| RUSSER TURKEY | NP | 3.89 F |
| SWET SLI HAM HON | NP | 3.59 F |
| RUSSER TURKEY | NP | 3.89 F |
| CHRYS MARGARINE | NP | 2.69 F |
| MORTON SALT&PEPR | NP | 1.79 F |
| SCRUB SPONGE | NP | 1.67 F |
| 3.12 lb @ 1.27 /lb | | |
| LB BANANAS | NP | 3.89 F |
| YOUR BALANCE DUE IS | | 63.17 |
| CASH SALES | | 65.00 |
| CHANGE | | 1.83 |

YOUR APPROXIMATE GST IS $ 3.43

4/26/08 14:15 0094 05 0193 437

THANK YOU FOR SHOPPING AT PAY-LESS
**    PLEASE COME AGAIN    *

07066-a

* * * Restaurant * * *
Capricciosa III Hagatna
Hagatna Shopping Center
Hagatna, Guam
671-472-1009

03 Castana

25/1     Chk 2254     Gst 4
Apr26'08 12:34PM

Iced Tea          5.00
Cold Water        0.00
Lemonade          2.50
1-3 Tuna Calamar  25.98
P5-Acciughe       25.50

Subtotal          58.98
10% Gratuity       5.90
2PM Total         64.88

Thank You for visiting us at.
Capricciosa III Hagatna

64.88
- 13.00
$51.88



**kmart.**

KMART STORE 7705
404 N MARINE DR (RTE 1)
TAMUNING, GU 96911
(671)649-9878

** WELCOME TO YOUR **
** KMART STORE 7705 **

CASHIER: SUSI          $58.98
**GENERAL MERCHANDISE**
03596870751   IRON BOARD      16.99
05087553172   B&D IRON        41.99
67441291456   CORD SHIRT      18.99

    **** TAX      .00  BAL    77.97
XXXXXXXXXXXXX7577
1C   APPROVAL 016788
/F      MC                    77.97
        CHANGE                  00

TOTAL NUMBER OF ITEMS = 3



    ØQE Z6C 589 Ø1G 82L 8H4

  RECEIPT# 07705 042408 008 15418

4/24/08  7:11 PM 7705 08 1541 0288

he Replacement Plan for
tem(s) 05087553172 was not
urchased.
f you decide within 30 days of
urchase you would like the plan,
ring this receipt to the Service
esk at your local kmart

erchandise included in today's
ransaction may be returned or
xchanged before **07/23/08** with
his receipt.

he complete return & exchange policy
s available at the Service Desk.

- - - - - - - -

Bottled water
and
Gatorade

52

BARIGA        123456

WELCOME TO
SPEC BARRIGADA

BARRIGADA 76
112 ROUTE 10
BARRIGADA        GU
DLR #   00247395

04/28/08        15:32
XPERTM85400     $0.99
BATCLBLH20      $1.49
BATERCML20      $1.49
HESPUTPFNG      $0.85
SUBTOT          $4.82
TOTAL           $4.82
CASH            $5.02

TL/NOTAX        $4.82
TAX PD          $0.00
CHANGE          $0.20
RECEIPT NO. 1-2024

- - - - - - - - - -

CUSTOMER SIGNATURE
4% GRT INCLUDED

THANK YOU

THE COFFEE BEANERY
GCIC BUILDING, HAGATNA
472-5761

04/25/2008 11:49AM
000000#2719      SHERRI

              2 @ $5.99
SANDWICH/PASTRY  $11.98
HAM&SWISS SAND    $6.4

ITEMS       3Q
***TOTAL   $18.47
**CASH**    $20.00
CHANGE      $1.5

INCLUDES 4% GRT
THANK YOU!!
PLEASE COME AGAIN

07066-02



# Royal Travel Service (53)

 

P.O. Box 6038, Tamuning, Guam 96931
928 N. Marine Drive 2nd floor, Upper Tumon (Aida's bldg.)
next to chuck steak house and Pia Marine
Hour: 9am to 5pm Mon-Fri
Email: deena@ite.net • Cell: 777-2014
lenith@ite.net • Cell: 787-9280
clintgman@yahoo.com • Cell: 482-3879

**INVOICE**
**27400**



C/O: Gershman, Brickner & Bratton, Inc. (GBB)

DATE 12April2008

| PASSENGER NAME | TICKET NUMBER | FLIGHT ROUTE | DEPARTURE DATE | AMOUNT |
|---|---|---|---|---|
| Bratton/Timothy | 0055944536390 | IAD IAH<br>IAH GUM<br>GUM IAH<br>IAH IAD | 22Apr | 5169.16 |
| | | | (SVC fees) | 150.00 |
| | | | | 5319.16 |

07066-01



PAID

RECVD. BY: _____

DATE: _____

FORM OF PAYMENT:  CREDIT CARD
CASH/CHECK
RECEIPT NO.
CHARGE AMOUNT  $

| 5319.16 |
| --- |
| |
| |
| |

**TERMS AND CONDITIONS:**
All invoices are due 7 days from date of issue, invoices over 30 days will be charged an additional 5% and will be added to unpaid balance. Royal Travel may refer unpaid invoice to an attorney or collection for payment and all fees will be charged to the purchaser. The purchaser will be charged $50.00 for any return checks. Refundable tickets and tours will asses a fee of $50.00 per person.

Please be sure to verify that the names shown on your tickets are the same as your passport/birth certificate and dates and routes are correct. Thank you for choosing Royal Travel.

Signature of Purchaser                                        Date

WHITE-CUSTOMER   •   YELLOW-ACCTG   •   PINK-AGENCY FILE

54

ETKT                    CREDIT CARD CHARGE FORM              CUSTOMER COPY
CONTINENTAL AIRLINES              IAD/IAD          ROYAL TRAVEL SERVICE
REFUNDABLE                        12APR08          TAMUNING GU 96913
                                                   54720831     YDZBR6/1A

BRATTON/TIMOTHY
SIGNATURE X:
I ACKNOWLEDGE PURCHASE OF TRANSPORTATION RELATED SERVICES AND/OR
GOODS AND AM AWARE OF APPLICABLE RESTRICTIONS AND/OR PENALTIES
ASSOCIATED WITH THE PURCHASE AS SHOWN ON THIS RECEIPT


USD 5108.00

USD 10.00AY
USD  6.36GU    AX378346389236002    0709         APVL 810517.6
USD 44.80XT
USD 5169.16    7906/    005 5944536390 1


          ROYAL TRAVEL SERVICE
          929 N MARINE DRIVE
          TAMUNING 96913, GU 96913

     TERMINAL ID:              001162001
     MERCHANT #:              1520029508

     AMEX
     ****4xxxxxxxx6002
     SALE
     BATCH: 006198       INVOICE: 000635
     DATE: APR 12, 08    TIME: 12:50
     SEQ: 001            AUTH NO: 194755


          TOTAL          $152.00


          CUSTOMER COPY

# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com



Project ID:      **07066:01**
Project Name:    **US District Court for Guam - Receivership**       MANNING
Manager:         **HWG**
Client ID:       **07066**

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 4/1/2008 to 4/30/2008 | DM to DM | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 4/11/2008 | Taxi<br>Taxi from BWI to the home of Harvey Gershman. | 1.00 | $96.50 | $96.50 | 0.00 | $96.50 | Billable |
| 4/12/2008 | Plane<br>Continental Airline's for Manning - Nashville - Houston - Guam and return | 1.00 | $5,303.66 | $5,303.66 | 0.00 | $5,303.66 | Billable |
| 4/14/2008 | Parking<br>Airport Parking for 4-11 to 4/14. Parking was higher than usual due to use of short term parking due to heavy rains. | 1.00 | $85.00 | $85.00 | 0.00 | $85.00 | Billable |
| 4/15/2008 | Plane<br>Flight from Nashville to Fairfax, VA at GBB office to discuss project requirements and prepare for trip to Guam | 1.00 | $219.50 | $219.50 | 0.00 | $219.50 | Billable |
| 4/21/2008 | Plane<br>Change in flight for stop in Hawaii on April 21. | 1.00 | $10.70 | $10.70 | 0.00 | $10.70 | Billable |
| 4/21/2008 | Lodging<br>Hotel for overnight in Honolulu. | 1.00 | $144.43 | $144.43 | 0.00 | $144.43 | Billable |
| 4/21/2008 | Meals<br>Dinner (such as it was) in Honolulu. | 1.00 | $2.35 | $2.35 | 0.00 | $2.35 | Billable |
| 4/21/2008 | Taxi<br>Taxi from airport to hotel in Honolulu. | 1.00 | $30.00 | $30.00 | 0.00 | $30.00 | Billable |
| 4/21/2008 | Meals<br>Breakfast for Chace Anderson and myself in Honolulu - this applies to the per deim. | 1.00 | $62.45 | $62.45 | 0.00 | $62.45 | Billable |
| 4/21/2008 | Meals<br>Meeting with John Harder to discuss possible engagement with the Guam Receivership Team. | 1.00 | $15.13 | $15.13 | 0.00 | $15.13 | Billable |
| 4/27/2008 | Miscellaneous Travel Expenses<br>Gasoline for rental vehicle. | 1.00 | $28.84 | $28.84 | 0.00 | $28.84 | Billable |
| 4/30/2008 | Miscellaneous Travel Expenses<br>Groceries for the apartment. | 1.00 | $25.22 | $25.22 | 0.00 | $25.22 | Billable |

|  | | |
|---|---|---|
| **Sum of Billable Expenses:** | $6,023.78 | $6,023.78 |
| **Billable + Non-Billable Total:** | $6,023.78 | $6,023.78 |

**From:**         Southwest Airlines [SouthwestAirlines@mail.southwest.com]
**Sent:**         Wednesday, April 02, 2008 9:55 AM
**To:**           Cora Chaply
**Subject:**      Ticketless Confirmation - MANNING/DAVID - KCAQE8



Receipt and Itinerary as of 04/02/08 8:54 AM

**Confirmation Number**
**KCAQE8**



Confirmation Date: 04/02/08
Received: HARVEY G                    07066-01

**Passenger Information**

| Passenger Name | Account Number | Ticket# | Expiration[1] |
|---|---|---|---|
| MANNING/DAVID | 00000037447793 | 526-2374300288-0 | 04/02/09 |

[1] All travel involving funds from this Confirmation Number must be completed by the expiration date.

**Itinerary**

| Date | Flight | Routing Details |
|---|---|---|
| Fri Apr 11 | 505 | Depart NASHVILLE TN (BNA) at 3:10 PM<br>Arrive in BALTIMORE-WASHNTN (BWI) at 5:50 PM |
| Mon Apr 14 | 331 | Depart BALTIMORE-WASHNTN (BWI) at 9:40 PM<br>Arrive in NASHVILLE TN (BNA) at 10:30 PM |

**Cost and Payment Summary**

| | |
|---|---|
| Air | $ 186.05 |
| Tax | $ 20.95 |
| PFC Fee | $ 7.50 |
| Security Fee | $ 5.00 |

**Total Payment: $219.50**

Current payment(s)
04/02/08 AMER EXPRESS xxxxxxxxxxx6002 Ref 526-2374300288-0 $219.50

**Fare Rule(s)**

Valid only on Southwest Airlines. NON REFUNDABLE/ STANDBY REQ UPGRADE TO YL All
travel involving funds from this Confirmation Number must be completed by the expiration date.
Any change to this itinerary may result in a fare increase.

Fare Calculation:

NRF- 1 BNAWNBWI W7NR 122.00 BWIWNBNA N7NTNR 78.00 $200.00 ZP7.00 XFBNA3.00
BWI4.50 AYBNA2.50 BWI2.50 $219.50

1



5298523

| QUAN. | CLASS | DESCRIPTION | | PRICE | | AMOUNT | |
|---|---|---|---|---|---|---|---|
| | | *Bathasoda* | | $1 | | 50 | |
| | | | | | | | |
| | | | | | | | |

| DATE | | AUTHORIZATION | | | SUB TOTAL | |
|---|---|---|---|---|---|---|
| REFERENCE NO. | | | REG./DEPT. | | TAX | |
| FOLIO/CHECK NO. | | | SERVER | CLERK | TIPS/MISC. | 15 00 |
| **SALES SLIP** | | | | | **TOTAL** | 56 50 |

**CUSTOMER COPY**

PURCHASER SIGN HERE
X
Cardholder acknowledges receipt of goods and/or services in the
amount of the Total shown hereon and agrees to perform the
obligations set forth in the Cardholder's agreement with the Issuer.

IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS

**Central**
Parking System

NASHVILLE INTERNATIONAL
AIRPORT - MUSIC CITY USA
(615) 275-1045

**CUSTOMER RECEIPT**

Toledo Ticket Co., Toledo, OH                    03470036

| Tran | In Time | Out Time | Fee | CC# |
|---|---|---|---|---|

6044 04/11 14:10 04/14 23:11 $85.00 4547

Ticket Itinerary and Receipt



# Deena Guerrero of Royal Travel Services

**From:** Continental Airlines, Inc. [continentalairlines@continental.com]
**Sent:** Saturday, April 12, 2008 1:28 PM
**To:** DEENA@ITE.NET
**Subject:** eTicket Itinerary and Receipt for Confirmation DL1X8T

O7066-01

To ensure delivery of this e-mail please add continentalairlines@continental.com to your address book or approved senders list. See instructions for adding us to your address book.



**Continental Airlines** ®          Confirmation: **DL1X8T**          Print your boarding pass at continental.com within 24 hours of your flight

sue Date: April 12, 2008

| raveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| IANNING/DAVID | 0055944536383 | | ---/---/---/--- |

## LIGHT INFORMATION

| ay, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| ue, 22APR08 | CO2175[1] | Y | NASHVILLE (BNA) **6:00AM** | HOUSTON BUSH INTL (IAH) **8:09AM** | ERJ-145 | Snack |
| ue, 22APR08 | CO1 | Z | HOUSTON BUSH INTL (IAH) **9:35AM** | GUAM IS SW PAC (GUM) **5:40PM (23APR)** | 767-400 | Lunch |
| ʼed, 14MAY08 | CO2 | Z | GUAM IS SW PAC (GUM) **6:25AM** | HOUSTON BUSH INTL (IAH) **7:30AM** | 767-400 | Breakfast |
| ed, 14MAY08 | CO2528[2] | Y | HOUSTON BUSH INTL (IAH) **8:50AM** | NASHVILLE (BNA) **10:44AM** | ERJ-145 | Snack |

perated by EXPRESSJET AIRLINES INC doing business as CONTINENTAL EXPRESS doing business as
ONTINENTAL EXPRESS
perated by EXPRESSJET AIRLINES INC doing business as CONTINENTAL EXPRESS doing business as
ONTINENTAL EXPRESS

## ARE INFORMATION

are Breakdown

| | | Form of Payment: |
|---|---|---|
| rfare: | 5,094.00 USD | AMERICAN EXPRESS |
| S. Security Service Fee: | 10.00 | Last Four Digits 6002 |
| uam Inspection Service | 6.36 | |
| arges: | | |
| S. Federal Transportation Tax: | 15.40 | |
| S. Federal Transportation Tax: | 15.40 | |
| S. APHIS User Fee: | 5.00 | |
| S. Passenger Facility Charge: | 7.50 | |
| r Person Total: | 5,153.66 USD | |

**icket Total:** **5,153.66 USD**

re Rules:          Additional charges may apply for changes in addition to any fare rules listed.
                   REFUNDABLE

---

### International eTicket Travel Reminders

**Check-in Requirement** - Bags must be checked and boarding passes obtained at least 60 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be canceled if this condition is not met.
**Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 30 minutes prior to scheduled departure.
Failure to meet the Boarding Requirements may result in cancellation of reservations, denied boarding.

*attn. Cora*

07066-0(    59



# Royal Travel Service

International
Airlines
Travel
Agent
Network

P.O. Box 6038, Tamuning, Guam 96931
928 N. Marine Drive 2nd floor, Upper Tumon (Aida's bldg.)
next to chuck steak house and Pia Marine
Hour: 9am to 5pm Mon-Fri
Email:  deena@ite.net • Cell: 777-2014
        lenith@ite.net • Cell: 787-9280
        clintgman@yahoo.com • Cell: 482-3879

**INVOICE**
**27401**

C/O: Gershman, Brickner &
Bratton, Inc. (GBB)

DATE 12April2008

| PASSENGER NAME | TICKET NUMBER | FLIGHT ROUTE | DEPARTURE DATE | AMOUNT |
|---|---|---|---|---|
| Manning/David | 0055944536383 | BNA  IAH<br>IAH  GUM<br>GUM  IAH<br>IAH  BNA | 22Apr | 5153.66 |
|  |  |  | (service fee) | 150.00 |
|  |  |  |  | 5,303.66 |



RECVD. BY: _Cora L Chaply_

DATE: 4/15/08

FORM OF PAYMENT:  CREDIT CARD     | 5303.66 |
                  CASH/CHECK
                  RECEIPT NO.
                  CHARGE AMOUNT  $

**TERMS AND CONDITIONS:**
All invoices are due 7 days from date of issue, invoices over 30 days will be charged an additional 5% and will be added to unpaid balance. Royal Travel may refer unpaid invoice to an attorney or collection for payment and all fees will be charged to the purchaser. The purchaser will be charged $50.00 for any return checks. Refundable tickets and tours will asses a fee of $50.00 per person.

Please be sure to verify that the names shown on your tickets are the same as your passport/birth certificate and dates and routes are correct. Thank you for choosing Royal Travel.

Signature of Purchaser                                    Date



# Royal Travel Service

⟨60⟩



P.O. Box 6038, Tamuning, Guam 96931
928 N. Marine Drive 2nd floor, Upper Tumon (Aida's bldg.)
next to chuck steak house and Pia Marine
Hour: 9am to 5pm Mon-Fri
Email: deena@ite.net • Cell: 777-2014
lenith@ite.net • Cell: 787-9280
clintgman@yahoo.com • Cell: 482-3879

**INVOICE**
**27445**

C/O: _G. B. B._

DATE _4-16-08_

| PASSENGER NAME | TICKET NUMBER | FLIGHT ROUTE | DEPARTURE DATE | AMOUNT |
|---|---|---|---|---|
| Manning David | Reissue with Stop in Hawaii | | 21 APR | 1070 |

RECVD. BY: _____

DATE: _____

FORM OF PAYMENT:
CREDIT CARD _10.70_
CASH/CHECK
RECEIPT NO.
CHARGE AMOUNT $

**TERMS AND CONDITIONS:**
All invoices are due 7 days from date of issue, invoices over 30 days will be charged an additional 5% and will be added to unpaid balance. Royal Travel may refer unpaid invoice to an attorney or collection for payment and all fees will be charged to the purchaser. The purchaser will be charged $50.00 for any return checks. Refundable tickets and tours will asses a fee of $50.00 per person.

**Please be sure to verify that the names shown on your tickets are the same as your passport/birth certificate and dates and routes are correct. Thank you for choosing Royal Travel.**

_____  _____
Signature of Purchaser          Date

WHITE-CUSTOMER • YELLOW-ACCTG • PINK-AGENCY FILE



07066-01

ETKT                    CREDIT CARD CHARGE FORM              CUSTOMER COPY
CONTINENTAL AIRLINES                    BNA/BNA        ROYAL TRAVEL SERVICE
REFUNDABLE                              12APR08        TAMUNING GU 96913
                                                       54720831    YDZCIV/1A

MANNING/DAVID
SIGNATURE X:
I ACKNOWLEDGE PURCHASE OF TRANSPORTATION RELATED SERVICES AND/OR
GOODS AND AM AWARE OF APPLICABLE RESTRICTIONS AND/OR PENALTIES
ASSOCIATED WITH THE PURCHASE AS SHOWN ON THIS RECEIPT

  USD 5094.00

  USD 10.00AY
  USD  6.36GU      AX378346389236002    0709        APVL 8188505
  USD 43.30XT
  USD 5153.66      7906/    005 5944536383 1

                         ROYAL TRAVEL SERVICE
                           928 N MARINE DRIVE
                         TAMUNING 7691, GU 96913

                    TERMINAL ID:            401162601
                    MERCHANT #:            1529429588

                    AMEX
                    #xxxxxxxxxxxx6002
                    SALE
                    BATCH: 000191       INVOICE: 001556
                    DATE: APR 12, 08         TIME: 12:55
                    SO: 001               AUTH NO: 153937


                    TOTAL            $150.00

                         CUSTOMER COPY



# ALA MOANA HOTEL

410 ATKINSON DRIVE • HONOLULU, HAWAII 96814
PHONE: (808) 955-4811 • FAX: (808) 944-2974



NING, DAVID
) ARLINGTON BLVD.
. 203
RFAX VA 22031

07066-01

| | | | | PAGE | 1 - A |
| | | | | FOLIO | 95633391 |
| | | | | ARRIVAL | 04/21/2008 |
| | | | | DEPARTURE | 04/22/2008 |
| | | | | TIME | 09:45 AM |
| | | | | GROUP | AMH |
| | | | | ROOM | 1628 |

ACT

| | REFERENCE | | DESCRIPTION | CHARGE | CREDIT |
|---|---|---|---|---|---|
| )8 | 1628 | AMH | ROOM - AUTO POST | 129.00 | |
| )8 | 1628 | AMH | TAX | 15.43 | |
| )8 | 00536B | AMH | V I S A | | 144.43 |
| | | | *** BALANCE *** | 0.00 | |

ability for my charges is not waived and agree to be held personally liable in the event that
on, company or association fails to pay for any or the full amount of these charges. I also
rges contained in this account are correct and any disputes or request for copies of charges
n five days after my departure.

CARD: VI # ***********4547
EX:09/2008 AMT: 144.43
DATE: 04/22/2008

NING/DAVID
with us at the Ala Moana Hotel. If we can assist you with future reservations, please call
anada, Guam a...

## LAMONTS

LAMONTS #447
ALA MOANA HOTEL
410 ATKINSON DRIVE
HONOLULU HI 96814
(808) 944-6817

RECEIPT
04/21/08 05:54:37 PM
RECEIPT 273121 · STORE 447
REGISTER 4472 Clerk Estrella P

| Qty | Barcode | Descript | Total |
|---|---|---|---|
| 1 | 4000000032 | M&M PEAN | 1.19 |
| 1 | 415 | SINGLE S | 1.00 |
| 1 | 10013631 | BEVERAGE | 0.05 |
| 1 | 484161 | CONTAINE | 0.01 |
| | | Total Units | 2 |
| | | Subtotal | 2.25 |
| | | Tax | 0.10 |
| | | Total | 2.35 |
| 04/21/08 05:54:35 PM | | CASH | 20.00 |
| 04/21/08 05:54:36 PM | | Change | -17.65 |

*******MAHALO FOR SHOPPING******* ***AT
LAMONTS***

---

## BANK OF GUAM
### THE PEOPLE'S BANK

**SUPERMART**
REGH. MANGILAO GU
(671) 715 6278

BATCH No. : 100187
TERMINAL ID : 1519956
CARD : VISA INT'L
CARD No. : XXXXXXXXXX4547 / Swiped
AREA No. : 6666
INVOICE : 001417
TRANS. : CREDIT CARD SALE
AMOUNT : $ 25.22
Tran.Date/Time : 04-26-08   15:14:24
APPROVAL : 015608

Customer Copy

Thank you!

---

HMSHOST
STINGER RAYS MAIN TERMINAL
HONOLULU INTERNATIONAL AIRPORT
CHECK:      8940
TABLE:      102/1
SERVER:     4054 REYNANTE
DATE:       APR21'08  3:17PM
CARD TYPE:  VISA      AO 4*
ACCT #:     XXXXXXXXXXXX4547
EXP DATE:   XX/XX
AUTH CODE:  01543B

DAVID MANNING

TOTAL:             12.13

TIP: _____  3.00

TOTAL: _____  15.13

X _____
I AGREE TO PAY THE ABOVE AMOU
IN ACCORDANCE WITH THE CARD
ISSUER'S AGREEMENT.

---



(6B)
WELCOME TO SPPC
AGAT.

AGAT 76
788 ROUTE 2
AGAT                    GU
DLR# 00247361
DATE: 04/27/08

VISA            ACCT#
XXXX XXXX XXXX 4547
Q3PH57B6T8D8
INV# 113729     GM/GS
REF# 921 81-020
AUTH# 46-101181

PUMP# 6          SELF
UNL            6.86BG
PRICE/GAL     $4.199

FUEL TOTAL     $28.84

------------------
CUSTOMER SIGNATURE

THANK YOU

---

**Taxi Fare Receipt**

Date: 4/21/08
Time:
From: Airport
To: Hotel/Ala Moana
Fare:
Tip:
Total: 30

For Taxi Control, please call 733-2530

C7066-01

# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

**Expense Details (With Memo)**

Printed on: 5/16/2008
Page 1 of I

Project ID: **07066:01**
Project Name: **US District Court for Guam - Receivership**
Manager: **HWG**
Client ID: **07066**

*Anderson*

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 4/1/2008 to 4/30/2008 | CA to CA | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 4/12/2008 | Plane<br>Royal Travel Service - Continental Airlines to Guam - Medford, ORE to Seattle to Honolulu to Guam and return - Confirmation # DML888 | 1.00 | $5,221.36 | $5,221.36 | 0.00 | $5,221.36 | Billable |
| 4/21/2008 | Meals<br>food at sea tac while waiting for connection flight | 1.00 | $3.27 | $3.27 | 0.00 | $3.27 | Billable |
| 4/21/2008 | Meals<br>food at sea tac | 1.00 | $8.04 | $8.04 | 0.00 | $8.04 | Billable |
| 4/22/2008 | Lodging<br>lodging in honolulu | 1.00 | $144.43 | $144.43 | 0.00 | $144.43 | Billable |
| 4/22/2008 | Taxi<br>taxi cab for David and I to airport for flight to Guam. | 1.00 | $30.00 | $30.00 | 0.00 | $30.00 | Billable |
| 4/23/2008 | Meals<br>subject to per diem | 1.00 | $23.98 | $23.98 | 0.00 | $23.98 | Billable |
| 4/27/2008 | Meals<br>subject to perdiem; purchased food goods at supermarket to cook at the hotel for five people. | 1.00 | $92.27 | $92.27 | 0.00 | $92.27 | Billable |
| 4/28/2008 | Meals<br>subject to perdiem | 1.00 | $6.50 | $6.50 | 0.00 | $6.50 | Billable |
| 4/30/2008 | Meals<br>Coffee Beanery - Guam | 1.00 | $3.40 | $3.40 | 0.00 | $3.40 | Billable |
| 4/30/2008 | Meals<br>subject to per diem | 1.00 | $7.25 | $7.25 | 0.00 | $7.25 | Billable |

| | | Sum of Billable Expenses: | $5,540.50 | | $5,540.50 | |
|---|---|---|---|---|---|---|
| | | Billable + Non-Billable Total: | $5,540.50 | | $5,540.50 | |



(65)

# *Royal* Travel Service



P.O. Box 6038, Tamuning, Guam 96931
928 N. Marine Drive 2nd floor, Upper Tumon (Aida's bldg.)
next to chuck steak house and Pia Marine
Hour: 9am to 5pm Mon-Fri
Email:  deena@ite.net • Cell: 777-2014
        lenith@ite.net • Cell: 787-9280
C/O: GBB-Gershman, Brickner&Bratton, Inc  clintgman@yahoo.com • Cell: 482-3879

**INVOICE**
**27397**

DATE  12Apr

| PASSENGER NAME | TICKET NUMBER | FLIGHT ROUTE | DEPARTURE DATE | AMOUNT |
|---|---|---|---|---|
| Anderson/Richard | 0055944536386 | MFR SEA<br>SEA HNL<br>HNL GUM<br>GUM HNL<br>HNL PDX<br>PDX MFR | 21APR | 5071.36 |
| | | | (Service fees) | 150.00 |
| | | | | 5221.36 |

07066-01

**PAID**

| RECVD. BY: _____ | FORM OF PAYMENT: | CREDIT CARD | 5221.36 |
|---|---|---|---|
| | | CASH/CHECK | |
| DATE: _____ | | RECEIPT NO. | |
| | | CHARGE AMOUNT $ | |

**TERMS AND CONDITIONS:**
All invoices are due 7 days from date of issue, invoices over 30 days will be charged an additional 5% and will be added to unpaid balance. Royal Travel may refer unpaid invoice to an attorney or collection for payment and all fees will be charged to the purchaser. The purchaser will be charged $50.00 for any return checks. Refundable tickets and tours will asses a fee of $50.00 per person.

Please be sure to verify that the names shown on your tickets are the same as your passport/birth certificate and dates and routes are correct. Thank you for choosing Royal Travel.

_____          _____
Signature of Purchaser                Date



ETKT                          CREDIT CARD CHARGE FORM              CUSTOMER COPY
CONTINENTAL AIRLINES                  MFR/MFR              ROYAL TRAVEL SERVICE
VALID AS                              12APR08              TAMUNING GU 96913
                                                           54720S31      YD2LPB/1A
ANDERSON/RICHARD
SIGNATURE X:
I ACKNOWLEDGE PURCHASE OF TRANSPORTATION RELATED SERVICES AND/OR
GOODS AND AM AWARE OF APPLICABLE RESTRICTIONS AND/OR PENALTIES
ASSOCIATED WITH THE PURCHASE AS SHOWN ON THIS RECEIPT

USD 4995.00

USD 10.00AY
USD  6.36QU      AX378346389236002      0709           APVL S173754
USD 60.00XT
USD 5071.36      7906/      005 5944536386 4

ROYAL TRAVEL SERVICE
909 N MARINE DRIVE
TAMUNING 9691; GU 96913

TERMINAL ID:              961162661
MERCHANT #:              1329929749

AMEX
*X*XXXXXXXXXXX6002
SALE
BATCH: 000100          INVOICE: 000533
DATE: APR 12, 08          TIME: 12:45
SEQ: 001              AUTH NO: 111204

TOTAL              $150.00

CUSTOMER COPY

eTicket Itinerary and Receipt

**Deena Guerrero of Royal Travel Services**

| | |
|---|---|
| **From:** | Continental Airlines, Inc. [continentalairlines@continental.com] |
| **Sent:** | Saturday, April 12, 2008 1:16 PM |
| **To:** | DEENA@ITE.NET |
| **Subject:** | eTicket Itinerary and Receipt for Confirmation DML888 |

To ensure delivery of this e-mail please add **continentalairlines@continental.com** to your address book or approved senders list. See instructions for adding us to your address book.

# Continental Airlines



Confirmation:
## DML888

**Print your boarding pass at continental.com within 24 hours of your flight**

Issue Date: April 12, 2008

| Traveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| ANDERSON/RICHARD | 0055944536386 | | ---/---/---/---/---/--- |

## FLIGHT INFORMATION

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Mon, 21APR08 | AS2452 | Y | MEDFORD ORE (MFR) **6:00AM** | SEATTLE WA. (SEA) **7:20AM** | | |
| Mon, 21APR08 | CO6425[1] | Z | SEATTLE WA. (SEA) **8:35AM** | HONOLULU HNL (HNL) **11:31AM** | | |
| Tue, 22APR08 | CO1[2] | Z | HONOLULU HNL (HNL) **2:00PM** | GUAM IS SW PAC (GUM) **5:40PM (23APR)** | 767-400 | Lunch |
| Wed, 21MAY08 | CO2[3] | Z | GUAM IS SW PAC (GUM) **6:25AM** | HONOLULU HNL (HNL) **5:40PM (20MAY)** | 767-400 | Breakfast |
| Tue, 20MAY08 | CO6424[4] | Z | HONOLULU HNL (HNL) **10:50PM** | PORTLAND OR (PDX) **7:16AM** | | |
| Wed, 21MAY08 | AS2009 | Y | PORTLAND OR (PDX) **9:55AM** | MEDFORD ORE (MFR) **10:59AM** | | |

[1]Operated by NORTHWEST AIRLINES INC
[2]Operated by CONTINENTAL MICRONESIA
[3]Operated by CONTINENTAL MICRONESIA
[4]Operated by NORTHWEST AIRLINES INC
[4]Check-in at the Northwest Ticket Counter

## FARE INFORMATION

**Fare Breakdown**

| | | |
|---|---|---|
| Airfare: | 4,995.00 USD | **Form of Payment:** |
| U.S. Security Service Fee: | 10.00 | AMERICAN EXPRESS |
| Guam Inspection Service Charges: | 6.36 | Last Four Digits 6002 |
| U.S. Federal Transportation Tax: | 23.10 | |
| U.S. Federal Transportation Tax: | 15.40 | |
| U.S. APHIS User Fee: | 5.00 | |
| U.S. Passenger Facility Charge: | 16.50 | |
| Per Person Total: | 5,071.36 USD | |
| | | |
| **eTicket Total:** | **5,071.36 USD** | |

Fare Rules: Additional charges may apply for changes in addition to any fare rules listed.
VALID AS



57066'0     hace Ander (18)    G-uam    07066-0

# ALA MOANA HOTEL

410 ATKINSON DRIVE • HONOLULU, HAWAII 96814
PHONE: (808) 955-4811 • FAX: (808) 944-2974

**NAME**    ANDERSON, RICHARD
**ADDRESS**    1575 CARTER LN

      ASHLAND OR 97520

**T/A**

| | |
|---|---|
| **PAGE** | 1 - A |
| **FOLIO** | 72633391 |
| **ARRIVAL** | 04/21/2008 |
| **DEPARTURE** | 04/22/2008 |
| **TIME** | 11:09 AM |
| **GROUP** | AMH |
| **ROOM** | 932 |

**CONTACT**

| DATE | REFERENCE | DESCRIPTION | CHARGE | CREDIT |
|------|-----------|-------------|--------|--------|
| 04/21/08 | 932 | AMH ROOM - AUTO POST | 129.00 | |
| 04/21/08 | 932 | AMH TAX | 15.43 | |
| 04/22/08 | 022277 | AMH NOVUS/DISCVR CRD | | 144.43 |
| | | *** **BALANCE** *** | 0.00 | |

agree that my liability for my charges is not waived and agree to be held personally liable in the event that
he indicated person, company or association fails to pay for any or the full amount of these charges. I also
gree that all charges contained in this account are correct and any disputes or request for copies of charges
ust be made within five days after my departure.

ignature: _____
      ANDERSON/R C

**CARD:** DI # ************8906
**EX:** 11/2011 **AMT:**    144.43
**DATE:** 04/22/2008

ahalo for staying with us at the Ala Moana Hotel. If we can assist you with future reservations, please call
s Toll Free US, Canada, Guam and Neighbor Islands at 1-800-446-8990 or 1-888-202-9485 or visit us at
ww.alamoanahotel.com



**COFFEE BEANERY-GCIO**
HAGATNA, GUAM
CITIBANK N.A.

07066.01
Chace

TERMINAL ID. :        9800007
MERCHANT #:        000790599985669
MASTERCARD - CARD SWIPE
\*\*\*\*\*\*\*\*\*\*\*\*9191
SALE
INVOICE: 523997        BATCH: 000012
DATE: APR 30, 08        TIME: 1314
RRN: 000011122751
AUTH NO: 045202

TOTAL        $3.4

CUSTOMER COPY

---

Burger King #127
South Satellit

07066.01
Chace Adm
Only

6.9
07066.01
Chace

ORDER 61
EAT IN

WHOPPER        2.9

SUBTOTAL        2.99
TAX        0.28
========
TOTAL        3.27
CREDIT CARD        3.27
CHANGE        0.00

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
TOTAL CHARGE        3.27
M/C
ACCT # XXXXXXXXXXXX9191
AUTH 01529Z
REF 001661

I AGREE TO PAY ABOVE TOTAL
CHARGE PER CARD ISSUER AGREEMENT

_____

RETAIN THIS COPY FOR YOUR RECORDS

CUSTOMER COPY
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
=================================
HOW WAS IT?
TELL US AT
1-866-425-4745
CHECK ON BACK FOR FOOD OFFER.

OUR GOAL IS YOUR SATISFACTION!
=================================
Mon Apr 21 10:09 AM T=01 C=123

07066-01

---

**Taxi Fare Receipt**
Date: 4/22    Time: 12:00
From: Enter to Airport
To:
Fare: $30
Tip:
Total: $3C

For Taxi Control, please call 733-2530

---

07066.01
Chace
G-Guam
Food

Chace 07066.01
APR 29



# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800 Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

Printed on: 5/16/2008
Page 1 of 1

Project ID: **07066:01**
Project Name: **US District Court for Guam - Receivership**
Manager: **HWG**
Client ID: **07066**

*SEADER*

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 4/1/2008 to 4/30/2008 | DLS to DLS | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 4/12/2008 | Plane<br>Service charge assessed for airfare postponed to May for Seader | 1.00 | $150.00 | $150.00 | 0.00 | $150.00 | Billable |
| 4/14/2008 | Taxi<br>Car Service | 2.00 | $45.00 | $90.00 | 0.00 | $90.00 | Billable |
| 4/14/2008 | Plane<br>Airfare - EWR - IAD - EWR | 1.00 | $699.00 | $699.00 | 0.00 | $699.00 | Billable |
| 4/15/2008 | Taxi<br>Taxi | 1.00 | $45.00 | $45.00 | 0.00 | $45.00 | Billable |
| 4/15/2008 | Meals<br>Dinner | 1.00 | $14.09 | $14.09 | 0.00 | $14.09 | Billable |
| 4/15/2008 | Taxi<br>Taxi | 1.00 | $48.00 | $48.00 | 0.00 | $48.00 | Billable |
| 4/15/2008 | Meals<br>Breakfast | 1.00 | $9.77 | $9.77 | 0.00 | $9.77 | Billable |

**Sum of Billable Expenses:** $1,055.86    $1,055.86

**Billable + Non-Billable Total:** $1,055.86    $1,055.86

BillQuick Standard Report Copyright 2007. Last Modified on: 5/16/2008

 **Continental Airlines** 　　**Continental Airlines** 

| y | Date | Flight | Depart | Time | Arrive | Time | Equip | Meal |
|---|------|--------|--------|------|--------|------|-------|------|
| on | 14APR08 | CO1200Y | Newark-Liberty Intl | 7:05 AM | Washington-Dulles | 8:27 AM | ERJ-135 | |
| | | | Operated by ExpressJet Airlines doing business as Continental Express | | | | | |
| te | 15APR08 | CO1211Y | Washington-Dulles | 7:15 PM | Newark-Liberty Intl | 8:55 PM | ERJ-135 | |
| | | | Operated by ExpressJet Airlines doing business as Continental Express | | | | | |

**SEADER/DAVID**　　　　　　　　**Confirmation Number: DEXP9S**

| EADER/DAVID | 4A/4A | 0052163738422 | AN045560 |
|---|---|---|---|

re: 630.70　　Tax: 68.30　　Per Person: 699.00　　　eTicket Total: 699.00　　Issue Date: April 08, 2008

thod of Payment: American Express XXXXXXXXXXX6002

re Rules Additional charges may apply for changes in addition to any fare rules listed　This Ticket shall expire one year from date of issue

---

**Continental Airlines**

| | | |
|---|---|---|
| me: | **SEADER/DAVID** | |
| te: | **MON 14 APR 2008** | 23 |
| ePass: | **AN045560** | |
| XP9S | **500 Miles** | |
| ht: | **CO 1200 Y** | Operated by ExpressJet Airlines |

| te: | **A26a** | Seat: | **4A** |
|---|---|---|---|
| | Shuttles Available from C71 | | |

 **eTicket**

**RECEIPT**

Washington Dulles International Airport
Washington Flyer™ Taxi

Date: 4/14/08

Name: DS

$: 45. —

From: IAD

To: GBB

Driver:

TAXICAB # 560

---

**Continental Airlines**

| | | |
|---|---|---|
| me: | **SEADER/DAVID** | |
| te: | **TUE 15 APR 2008** | 24 |
| ePass: | **AN045560** | |
| XP9S | **500 Miles** | |
| ht: | **CO 1211 Y** | Operated by ExpressJet Airlines |

| te: | **B31** | Seat: | **4A** |
|---|---|---|---|

O7066-01

793

 **eTicket**



CREDIT CARD CHARGE FORM
EWR/EWR
12APR08

CUSTOMER COPY
ROYAL TRAVEL SERVICE
TAMUNING GU 96913
54720831    ZBMNTW/1A

ETKT
CONTINENTAL AIRLINES
REFUNDABLE

SEADER/DAVE
SIGNATURE X:
I ACKNOWLEDGE PURCHASE OF TRANSPORTATION RELATED SERVICES AND/OR
GOODS AND AM AWARE OF APPLICABLE RESTRICTIONS AND/OR PENALTIES
ASSOCIATED WITH THE PURCHASE AS SHOWN ON THIS RECEIPT

USD 5516.00

USD 10.00AY
USD  6.36GU      AX378346389236002    0709        APVL S161438
USD 47.80XT
USD 5580.16      7906/    005 5944536385 3

ROYAL TRAVEL SERVICE
900 N MARINE DRIVE
TAMUNING 96912 GU 96913

TERMINAL ID:          001162601
MERCHANT #:           152002730

AMEX
XXXXXXXXXXXXXX4002
SALE
BATCH: 000197         INVOICE: 007652
DATE: APR 12, 08      TIME: 12:42
SEQ: 005              AUTH NO: 111078

For
Dave
Seeler

TOTAL          $150.00

CUSTOMER COPY

## A PLUS LIMO & CAR SERVICE

Courteous & Dependable Service to All

*Thank You For Choosing Us!*

Airport - NYC - Local & Long Distance Etc.
Personal & Company Account Welcome

24 Hr. Dispatch
All Major Credit Cards Accepted

Date: 4/15/08

**Phone: 973. 275. 0660**

| | |
|---|---|
| SUB TOTAL | 38 — |
| Tips | 7 — |
| Total | 45 — |

## A PLUS LIMO & CAR SERVICE

Courteous & Dependable Service to All

*Thank You For Choosing Us!*

Airport - NYC - Local & Long Distance Etc.
Personal & Company Account Welcome

24 Hr. Dispatch
All Major Credit Cards Accepted

Date: 4/14/08

**Phone: 973. 275. 0660**

| | |
|---|---|
| SUB TOTAL | 38 — |
| Tips | 7 — |
| Total | 45 — |

---

DATE 4/15/08    AMOUNT $ 38. —

RECEIVED FROM _____

FROM GBB

DESTINATION IAD

CAB # _____ DRIVER I.D. # _____

DRIVERS NAME _____

HMSHOST
HARRY'S TAP
DULLES INTERNATIONAL AIRPORT
CHECK:        7356
TABLE:        49/1
SERVER:       9400 AHED
DATE:         APR15'08  6:48PM
CARD TYPE:    AMEX    A3 37*
ACCT #:       XXXXXXXXXXX7008
EXP DATE:     XX/XX
AUTH CODE:    585620
              D SEADER

TOTAL:        12.34

TIP _____ 1.75

TOTAL _____ $14.09

X _____
I AGREE TO PAY THE ABOVE AMOUNT
IN ACI_____ ARD
ISSUE___

MERRIFIELD         #07321
FALLS CHURCH   VA22042

1 GR BREWED COFFEE    1.85
1 DONUT APPLE FRITT   1.75
1 TL HOT CHOC         2.50
1 NP NY TIMES         1.25
        001494
1 COOKIE 2PK BK & W   1.95
        406785
SUBTOTAL              9.30
   TAX 5.0            0.22
   TAX 5.0            0.06
   TAX 5.0            0.19
TOTAL                9.77
MASTERCARD           9.77
   CARD#: XXXXXXXXXXXX8270
CHANGE DUE           0.00

07321 02B2 701278  001242553E
04/15/08              08:17
Introducing Starbucks new
daily brew - Pike Place Roast.
It's always freshly roasted,

07066-01

# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

**Expense Details (With Memo)**

Printed on: 5/16/2008
Page 1 of 1

Project ID: **07066:01**
Project Name: **US District Court for Guam - Receivership**
Manager: **HWG**
Client ID: **07066**

LUND

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 4/1/2008 to 4/30/2008 | CL to CL | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 4/12/2008 | Parking<br>Parking for meeting place at Hotel George | 1.00 | $10.00 | $10.00 | 0.00 | $10.00 | Billable |
| 4/12/2008 | Mileage<br>Mileage round trip from office to meeting place at Hotel George | 56.00 | $0.51 | $28.28 | 0.00 | $28.28 | Billable |
| 4/13/2008 | Mileage<br>Mileage round trip from office to meeting place at Hotel George | 56.00 | $0.51 | $28.28 | 0.00 | $28.28 | Billable |
| 4/22/2008 | Plane<br>Continental Airlines - IAD to Houston, TX to Honolulu to Guam - Ticket number 0055944536384 | 1.00 | $5,319.16 | $5,319.16 | 0.00 | $5,319.16 | Billable |
| 4/22/2008 | Taxi<br>SuperShuttle service from residence to airport for Guam trip. | 1.00 | $54.28 | $54.28 | 0.00 | $54.28 | Billable |
| 4/23/2008 | Supplies<br>Super Mart - For breakfast groceries and basic suplies for the apartment during the team stay in Guam at Ladera Towers. | 1.00 | $70.23 | $70.23 | 0.00 | $70.23 | Billable |
| 4/27/2008 | Meals<br>Dominos Pizza for Team Dinner | 1.00 | $32.72 | $32.72 | 0.00 | $32.72 | Billable |
| 4/30/2008 | Meals<br>Lunch | 1.00 | $10.35 | $10.35 | 0.00 | $10.35 | Billable |
| 4/30/2008 | Mileage<br>Mileage using personal vehicle from airport to residence - 60 miles @ $0.505/mile | 60.00 | $0.51 | $30.30 | 0.00 | $30.30 | Billable |
| 4/30/2008 | Parking<br>Washington Dulles Airport Parking | 1.00 | $4.00 | $4.00 | 0.00 | $4.00 | Billable |
| 4/30/2008 | Meals<br>The Westin Resort - Bratton & Lund Breakfast | 1.00 | $7.70 | $7.70 | 0.00 | $7.70 | Billable |
| 4/30/2008 | Meals<br>House of Brutus - Lunch - Bratton & Lund | 1.00 | $39.78 | $39.78 | 0.00 | $39.78 | Billable |

Sum of Billable Expenses: **$5,635.08**     **$5,635.08**

Billable + Non-Billable Total: **$5,635.08**     **$5,635.08**

Ticket Itinerary and Receipt

## Deena Guerrero of Royal Travel Services

76

**From:** Continental Airlines, Inc. [continentalairlines@continental.com]

**Sent:** Saturday, April 12, 2008 1:18 PM

**To:** DEENA@ITE.NET

**Subject:** eTicket Itinerary and Receipt for Confirmation DFWX7P

07066-01

To ensure delivery of this e-mail please add **continentalairlines@continental.com** to your address book or approved senders list. See instructions for adding us to your address book.

 

Confirmation:
**DFWX7P**

**Print your boarding pass**
at continental.com
**within 24 hours of your flight**

Issue Date: April 12, 2008

| Traveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| UND/CHRISTOPHER | 0055944536384 | | ---/---/---/---/--- |

**FLIGHT INFORMATION**

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Tue, 22APR08 | CO3024[1] | Y | WASHINGTON/DULLES (IAD) 6:00AM | HOUSTON BUSH INTL (IAH) 8:17AM | ERJ-145 | Snack |
| Tue, 22APR08 | CO1 | Z | HOUSTON BUSH INTL (IAH) 9:35AM | GUAM IS SW PAC (GUM) 5:40PM (23APR) | 767-400 | Lunch |
| Thu, 01MAY08 | CO2[2] | Z | GUAM IS SW PAC (GUM) 6:25AM | HOUSTON BUSH INTL (IAH) 7:30AM | 767-400 | Breakfast |
| Thu, 01MAY08 | CO3147[3] | Y | HOUSTON BUSH INTL (IAH) 1:04PM | WASHINGTON/DULLES (IAD) 5:14PM | ERJ-145 | Snack |

Operated by EXPRESSJET AIRLINES INC doing business as CONTINENTAL EXPRESS doing business as CONTINENTAL EXPRESS

Aircraft change in HONOLULU HI to 767-400

Operated by EXPRESSJET AIRLINES INC doing business as CONTINENTAL EXPRESS doing business as CONTINENTAL EXPRESS

**FARE INFORMATION**

| Fare Breakdown | | Form of Payment: |
|---|---|---|
| Airfare: | 5,108.00 USD | AMERICAN EXPRESS |
| U.S. Security Service Fee: | 10.00 | Last Four Digits 6002 |
| Guam Inspection Service Charges: | 6.36 | |
| U.S. Federal Transportation Tax: | 15.40 | |
| U.S. Federal Transportation Tax: | 15.40 | |
| U.S. APHIS User Fee: | 5.00 | |
| U.S. Passenger Facility Charge: | 9.00 | |
| Per Person Total: | 5,169.16 USD | |

| **Ticket Total:** | **5,169.16 USD** | |

**Fare Rules:**    Additional charges may apply for changes in addition to any fare rules listed.
REFUNDABLE

### International eTicket Travel Reminders

**Check-in Requirement** - Bags must be checked and boarding passes obtained at least 60 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be canceled if this condition is not met.

**Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 30 minutes prior to scheduled departure.



# Royal Travel Service 

P.O. Box 6038, Tamuning, Guam 96931
928 N. Marine Drive 2nd floor, Upper Tumon (Aida's bldg.)
next to chuck steak house and Pia Marine
Hour: 9am to 5pm Mon-Fri
Email:   deena@ite.net • Cell: 777-2014
         lenith@ite.net • Cell: 787-9280
         clintgman@yahoo.com • Cell: 482-3879

**INVOICE**
**27399**



C/O: Gershman, Brickner &
     Bratton, Inc. (GBB)

DATE: 12April2008

| PASSENGER NAME | TICKET NUMBER | FLIGHT ROUTE | DEPARTURE DATE | AMOUNT |
|---|---|---|---|---|
| Lund/Christopher | 0055944536384 | IAD IAH<br>IAH GUM<br>GUM IAH<br>IAH IAD | 22Apr | 5169.16 |
|  |  |  | (Service fees) | 150.00 |
|  |  |  |  | 5,319.16 |

07066-01



| RECVD. BY: _____ | FORM OF PAYMENT: | CREDIT CARD | 5319.16 |
|---|---|---|---|
|  |  | CASH/CHECK |  |
| DATE: _____ |  | RECEIPT NO. |  |
|  |  | CHARGE AMOUNT $ |  |

**TERMS AND CONDITIONS:**
All invoices are due 7 days from date of issue, invoices over 30 days will be charged an additional 5% and will be added to unpaid balance. Royal Travel may refer unpaid invoice to an attorney or collection for payment and all fees will be charged to the purchaser. The purchaser will be charged $50.00 for any return checks. Refundable tickets and tours will asses a fee of $50.00 per person.

Please be sure to verify that the names shown on your tickets are the same as your passport/birth certificate and dates and routes are correct. Thank you for choosing Royal Travel.

Signature of Purchaser                                                Date
PINK-AGENCY FILE

78

O7066-01

---

ETKT                    CREDIT CARD CHARGE FORM              CUSTOMER COPY
CONTINENTAL AIRLINES              IAD/IAD          ROYAL TRAVEL SERVICE
REFUNDABLE                        12APR08          TAMUNING GU 96913
                                                   54720831      279DZL/1A

LUND/CHRISTOPHER
SIGNATURE X:
I ACKNOWLEDGE PURCHASE OF TRANSPORTATION RELATED SERVICES AND/OR
GOODS AND AM AWARE OF APPLICABLE RESTRICTIONS AND/OR PENALTIES
ASSOCIATED WITH THE PURCHASE AS SHOWN ON THIS RECEIPT


USD 5108.00

USD 10.00AY
USD  6.36GU     AX378346389234002     0709          APVL S104992
USD 44.80XT
USD 5169.16     7906/     005 5944536384 2

ROYAL TRAVEL SERVICE
928 N MARINE DRIVE
TAMUNING 9691, GU 96913

TERMINAL ID:          001162601
MERCHANT #:          1520027599

AMEX
XXXXXXXXXXXXX6002
SALE
BATCH: 000157          INVOICE: 099534
DATE: APR 12, 08       TIME: 12:46
SEQ: 001               AUTH NO: 148784


TOTAL          $150.00


CUSTOMER COPY



**Create a Filter**

Choose search criteria Specify the criteria you'd like to use for determining what to do with a message as it arrives. Use "Test Search" to see which messages would have been fil

From:  CChaply@gtbinc.com                                              Has the words:

To:                                                                    Doesn't have:

Subject:                                                               ☐ Has attachment

Show current filters                              [Cancel]  [Test Search]  [Next Step »]

**Compose Mail**

« Back to Search Results   [Report Spam]  [Delete]  [More Actions]          07066-01

**Inbox (20)**       **Flight Itineary**   Inbox  x

**Starred**              Chris Lund   Cora Could you please send me the Flight information so I can plan accordingl ..
                         **Cora Chaply to me**

**Chats**                Chris: This is the itinerary. I normally do a word doc with all the information, but it seems I am getting piece mill cor

**Sent Mail**
                     Thank you,
**Drafts**
                     Cora
**All Mail**

**Spam**

**Trash**

                     ROYAL TRAVEL SERVICE              INVOICE 0000030027
**Contacts**
                     928 NORTH MARINE DRIVE            DATE 09APRIL08

                     2ND FLOOR

Chat                 TAMUNING GU 96913
Search, add, or invite
  Chris Lund          TELEPHONE: 671-646-6749          LUND/CHRISTOPHER
  Set status here
  Mary-Jane Atwater   FAX      : 671-646-6751
  Chace Anderson
  Cora Chaply
  David L. Manning    SERVICE          DATE  FROM           TO              DEPART ARRIVE
  Francois Coulombe
  Harvey Gershman
  Miguel C. Bordall...
  Pat Ravenelle       CONTINENTAL AIRLINES  22APR WASHINGTON DC  HOUSTON TX   600A   817A
  Timothy Bretton
  tor gudmundsen      CO 3024          TUESDAY DULLES INTL    G.BUSH INTERCO
Options   Add Contact  Y ECONOMY                                TERMINAL B

                                          SNACK                          NON STOP
Labels
    Edit labels                           RESERVATION CONFIRMED          3:17 DURATION

                                          FLIGHT OPERATED BY EXPRESSJET AIRLINES IN
Invite a friend
Give Gmail to:            AIRCRAFT: EMBRAER RJ135/140/145

                     CLICK HERE FOR HOUSTON CITY INFO, TRANSFERS & EVENTS
[Send Invite] 60 left

    Preview Invite   CONTINENTAL AIRLINES  22APR HOUSTON TX    GUAM         935A   540P

                     CO 1             TUESDAY G.BUSH INTERCO A.B NON PAT IN         23APR

                     Z BUSINESS                      TERMINAL C

                                          LUNCH                          1 STOP

                                          RESERVATION CONFIRMED          17:05 DURATION

(80)

07066-01

```
COLONIAL
PARKING
LOCATION 119
THANK YOU !

04-12-2008 04:45 PM
            039

SAT/SUN MAX    $10.00
       TOTAL->
       $10.00
 TOTAL   $10.00
```

mileage:

112 miles @ 0.505/mile

= $ 56.56

4/22/08  (8'1)  3/6  

07066-01

## SuperShuttle Reservation Confirmation

Thank you Christopher Lund.

**Your reservation with SuperShuttle has been saved.**

| Confirmation Number | |
|---|---|
| To the Airport: | **3425972** |

### Itinerary

*If you are traveling with children we strongly recommend the use of child safety seats. If federal, state or local laws require your child(ren) to be secured in a child safety seat, please bring one. If a child seat is required and not provided by you, we may not be able to provide service.*

*If you have oversized luggage, like golf clubs or a surfboard, please contact 1800 Blue Van for special instructions.*

| | |
|---|---|
| Airport: | Washington D.C. Dulles - (IAD) |
| Guests (over 3 years): | 1 |
| Guests (under 3 years, ride free): | 0 |
| Group / Online Discount Program: | |
| Accessible Service | No |

#### Departure (To the Airport) Itinerary

| | |
|---|---|
| Service: | Shared Ride Van Service (Up to 7 Passengers in Party) |
| Flight Time: | 4/22/08 6:00 AM |
| Airline: | Continental |
| Flight Number: | 3024 |
| Domestic / International: | Domestic |
| Pickup Time: | 4/22/08 3:17 AM - 3:32 AM |

### Location

| | |
|---|---|
| Phone Number | |
| Contact Number | |
| Address: | |

### Billing

| | |
|---|---|
| Card Type: | Visa |
| Card Number: | ***********7640 |
| Expiration: | 08/2009 |

| Total - To The Airport | |
|---|---|
| First Guest | $46.00 |
| Additional Guests (over 3 years) | N/A |
| Fuel Surcharge | N/A |
| Gratuity | $8.28 |
| Roundtrip Discount | N/A |
| Group Discount | N/A |
| Total | $54.28 |

```
              SUPER MART
            TEL 735-6373
            FAX 735-6280
        THANK YOU   COME AGAIN


     CHK#: 505      NAME:SIMIKO


     *GROCERY*
     RAISIN BRAN                       2.99  F
     HONEY BUNCHES OFOAT               3.59  F
     C&H CANE SUGAR                    4.39  F
     CALIFORNIA S.U. 1.89              4.99  F
     CALIFORNIA S.U. 1.89              1.89  F
     MINUTE MAID ORIGINAL              2.45  F
     MINUTE MAID ORIGINAL              2.45  F




     *GROCERY*
     TIDE 40LOADS                      9.99  F
     CLOROX WIPES LEMON                5.99
     JOY ORANGE 18FL                   3.79
     SOFT GENTLE 4ROLLE                1.29
     SCTHBRITE SPONGE                  1.89
     SCTHBRITE SPONGE                  1.99  F
     SCOTCH BRITE 2PCK                 1.99  F
     X LARGE EGGS DZ                   2.89
       2.84 LB    @  1LB /  $1.39      2.99  F
     US BANANA
       8.74 LB    @  1LB /   $.59      3.95  F
     YELLOW ONION
                                        .45  F


        TOTAL            70.23

        CASH             80.00

        CHANGE          $9.77

          19     ITEMS



     0002 2127-0002 WED   4/23/08   9:21PM 0245
```

4/27/08   (83)   5/6

07066-01

Domino's Pizza of Guam
321 E. Harmon Industrial Park Road
Suite 6G
Harmon, Guam 96911

Tel: Tamuning   646-3030   Mangilao  734-3030
     Dededo     637-3030   Yigo      653-3030

Ofc Tel: 647-3030   Fax 649-2856

**SALES INVOICE**    | 019664 |    DATE: 4-27-08

SOLD TO: _CRUS_    TEL #: _734-1111_

ADDRESS: _LADERA TOWERS_

Carryout / Delivery

Order Taker _6907_
Driver _6907_

Payment by: Cash / Credit Card / Charge

| Qty | Item | Toppings | Price | Amount |
|-----|------|----------|-------|--------|
| 1 | 2 Litre Coke | | | 2.99 |
| 1 | 2. Sprite | | | 2.99 |
| 1 | Meats | | | 24.99 |
| 1 | NH | | | |
| 1 | P | | | |
| 1 | Lrg. Anchovies | | | 1.45 |
| | | | | 32.72 |

Received by: _____

Purchaser agrees that interest of 1.5% per month shall be charged on all accounts remaining unpaid after 30 days from date of purchase. If the delinquent account is turned over to collection, the purchaser shall pay the outstanding balance, interest, collector's fee, court fee and other fees incurred.

White - Accounting      Yellow - Customer      Pink - File

HOUSE OF BRUTUS
ITC BLDG 1ST FLOOR
TAMUNING, GU 96913
671-647-0315

chant ID: 0280000540
ch ID:HOB2

**Sale**

A
XXXXXXXXXX7640
ry Method: Swiped
roved: Online
ch #: 000003
30/08                    12:16:00

#: 00000005
r Code: 023737

unt:          $   33.2
                   6.50
el:        #39.78

Cust sup
PLE

---

The Westin Resort
Cha Cha Cha
671-647-1020
505 P Arauban

1/1          4971      GST 2
APR30'08  8:25AM

**Htl Gst**
2 REG COFFEE @ 3.50      7.00
Food Sales              7.00
10% SERVICE CHG         0.70
Payment                 7.70
F&B CASH 0000047
Cash                   10.00
Change Due              2.30
-----505 CLOSED APR30  8:25AM-----

---

Washington
Int'l A.

Cashier : 13  Su
License Plate : XX KCT7077
Ent : 17:03 05/01/08 Lane 5
Exit: 17:58 05/01/08 Lane 54

FEE $        4.00
AMOUNT TEND $        4.00
CASH $        4.00
CREDIT CARD $        0.00
CHECK $        0.00
CHANGE CALC $        0.00

PAID AT CT $        4.00
Taxes Included
*** Thank You ***

---

DNC TRAVEL HOSPITALITY
**George Bush Intercontinental**
** Pizzeria Uno B. **

10022 MARIAN

8432 MAY01'08 12:03PM

1 Chez & Tomato      5.49
  $ Pepperoni        0.99
    $ Sausage        0.99
    $ Olives         0.50
1 Sm Soda            1.59

Subtotal             9.56
Total Tax            0.79
Total Paid....  10.35
Cash (PRT)          20.00
Change Owed.....     9.65

************************************
CREATING SPECIAL EXPERIENCES
ONE GUEST AT A TIME
************************************

07066-01

 

**Jim Plutino**

| | |
|---|---|
| **From:** | Francois Coulombe |
| **Sent:** | Thursday, March 20, 2008 11:08 AM |
| **To:** | Jim Plutino |
| **Cc:** | Harvey Gershman |
| **Subject:** | Web Domain purchased for Guam Project |

*charge to 07066-01*

Jim,

See below - this is the invoice for the web domain purchased this morning (on GBB's Amex) for the Guam project.

Francois

**From:** invoice@register.com [invoice@register.com]
**Sent:** Thursday, March 20, 2008 11:07 AM
**To:** Francois Coulombe
**Subject:** Thank you for your business with Register.com



For 24/7/365 service, call toll free **1.877.731.4442**
Outside U.S. & Canada call **+1 902.749.5919**

Dear Harvey,

Thank you for choosing Register.com as your Web services provider. Here is confirmation of your order:

| | | | |
|---|---|---|---|
| guamsolidwastereceiver.org | 3 years | FULFILLED | $79.00 |

**Total: $79.00**

### Reminder: These services are included with each paid domain registration

Build a 1-page starter site using the Do It Myself Website Starter included with your domain name. Log in to your Account Manager and select Do It Myself Website Starter from the main menu to get started.

Or

Use Register.com's Basic Web Site Forwarding service to point a domain name to an existing site.

### Accessing your account

Your Account Manager provides the status of your account, including automatic renewal settings for your services and locking settings for your domain name(s).

**Jim Plutino**

Jim,

To be billed to the Guam Project. This is web hosting for the www.guamsolidwastereceiver.org
website

---

From: billing@lunarpages.com [billing@lunarpages.com]
Sent: Friday, March 21, 2008 2:30 PM
To: Francois Coulombe
Subject: Lunarpages.com - Billing Receipt - Invoice: LP-1089492-A

Lunarpages Hosting
A Division of:
Add2Net, Inc.
100 East La Habra Blvd.
La Habra, CA 90631

PH: 714-521-8150
FAX: 714-521-8195
Site: http://www.lunarpages.com
Email: billing@lunarpages.com


Harvey Gershman
8550 Arlington
Suite 203
Fairfax, VA 22031
US


                                    Invoice: LP-1089492-A    2008-03-21
---------------------------------------------------------------------

Units(Cost)  Detail  Bill Period           Product Description
1    (95.40) 95.40   2008-03-21 to 2009-03-21   12 Months (7.95 USD/mo) Lunarpages Basic Plan
Hosting - GuamSolidWasteReceiver.org
1    (0.00)  0.00    2008-03-21 to 2009-03-21   Apache 1.3 - GuamSolidWasteReceiver.org
                                                    Total Amount Due: 95.40
                                                    Settled by Charge: -95.40
(3783xxxxxxxxxxx)
                                                    Amount Due: 0.00


---------------------------------------------------------------------

Please contact us if you have any questions concerning this receipt.

Thank you for your business.

Gershman, Brickner & Bratton, Inc.
**Time by Name**
**March 2008**



| | Time | % of Time | Total phone cost | Phone cost by job |
|---|---|---|---|---|
| **Harvey W Gershman** | | | | |
| other | 34.25 | 0.18 | 569.02 | 102.98 |
| other | 1.25 | 0.01 | 569.02 | 3.76 |
| other | 1.50 | 0.01 | 569.02 | 4.51 |
| other | 1.00 | 0.01 | 569.02 | 3.00 |
| other | .28.00 | 0.15 | 569.02 | 84.19 |
| other | 16.25 | 0.09 | 569.02 | 48.86 |
| other | 4.25 | 0.02 | 569.02 | 12.78 |
| 07066-US District Court for Guam:01-Receivership | 51.50 | 0.27 | 569.02 | 154.85 |
| No job assigned | 51.25 | 0.27 | 569.02 | 154.10 |
| **Total Harvey W Gershman** | 189.25 | 1.00 | | 569.03 |
| | | | | |
| **Robert H Brickner** | | | | |
| other | 0.75 | 0.00 | 186.54 | 0.83 |
| other | 16.50 | 0.10 | 186.54 | 18.32 |
| other | 1.50 | 0.01 | 186.54 | 1.67 |
| other | 0.25 | 0.00 | 186.54 | 0.28 |
| other | 11.50 | 0.07 | 186.54 | 12.77 |
| other | 2.00 | 0.01 | 186.54 | 2.22 |
| other | 20.00 | 0.12 | 186.54 | 22.21 |
| other | 14.25 | 0.08 | 186.54 | 15.82 |
| other | 42.25 | 0.25 | 186.54 | 46.91 |
| other | 3.25 | 0.02 | 186.54 | 3.61 |
| other | 2.25 | 0.01 | 186.54 | 2.50 |
| No job assigned | 53.50 | 0.32 | 186.54 | 59.40 |
| **Total Robert H Brickner** | 168.00 | 1.00 | | 186.54 |
| | | | | |
| **J. Frank Bernheisel** | | | | |
| other | 42.00 | 0.25 | 60.63 | 15.16 |
| other | 2.00 | 0.01 | 60.63 | 0.72 |
| other | 16.00 | 0.10 | 60.63 | 5.77 |
| other | 1.00 | 0.01 | 60.63 | 0.36 |
| other | 24.00 | 0.14 | 60.63 | 8.66 |
| other | 11.00 | 0.07 | 60.63 | 3.97 |
| other | 3.00 | 0.02 | 60.63 | 1.08 |
| No job assigned | 69.00 | 0.41 | 60.63 | 24.90 |
| **Total J. Frank Bernheisel** | 168.00 | 1.00 | | 60.63 |
| | | | | |
| **Francois Coulombe** | | | | |
| 07066-US District Court for Guam:01-Receivership | 25.50 | 0.25 | 90.71 | 22.90 |
| No job assigned | 75.50 | 0.75 | 90.71 | 67.81 |
| **Total Francois Coulombe** | 101.00 | 1.00 | | 67.81 |
| | | | | |
| **Timothy J Bratton** | | | | |
| other | 5.00 | 0.03 | 65.46 | 1.95 |
| other | 9.50 | 0.06 | 65.46 | 3.70 |
| other | 5.00 | 0.03 | 65.46 | 1.95 |
| other | 36.50 | 0.22 | 65.46 | 14.22 |
| other | 5.00 | 0.03 | 65.46 | 1.95 |
| other | 1.00 | 0.01 | 65.46 | 0.39 |
| other | 4.50 | 0.03 | 65.46 | 1.75 |
| 07066-US District Court for Guam:01-Receivership | 38.50 | 0.23 | 65.46 | 15.00 |
| No job assigned | 63.00 | 0.38 | 65.46 | 24.55 |
| **Total Timothy J Bratton** | 168.00 | 1.00 | | 65.46 |
| | | | | |
| **Total Phone Bill for MARCH 2008** | | | 972.36 | |

**Audio Conferencing**
**March   21, 2008**                          07:45 AM - 08:16 AM

Billing Code: 0706601
Duration (Minutes): 125

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| 6783661467 | 6783661467 | N | 07:45 AM | 08:16 AM | 32 | $4.16 |
| 3019429695 | 3019429695 | N | 07:46 AM | 08:16 AM | 31 | $4.03 |
| 7035735800 | 7035735800 | N | 07:46 AM | 08:16 AM | 31 | $4.03 |
| 7036834213 | 7036834213 | N | 07:46 AM | 08:16 AM | 31 | $4.03 |
| | | | | **Total** | **125** | **$16.25** |

**Audio Conferencing**
**March   25, 2008**                          04:59 PM - 07:06 PM

Billing Code: 0706601
Duration (Minutes): 695

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| 3103953332 | 3103953332 | N | 04:59 PM | 07:06 PM | 128 | $16.64 |
| 6158301200 | 6158301200 | N | 04:59 PM | 07:06 PM | 128 | $16.64 |
| 4158962579 | 4158962579 | N | 05:02 PM | 07:06 PM | 125 | $16.25 |
| 7035735800 | 7035735800 | N | 05:02 PM | 07:06 PM | 124 | $16.12 |
| 6714727332 | 6714727332 | N | 05:03 PM | 07:06 PM | 124 | $33.48 |
| 5413243396 | 5413243396 | N | 05:09 PM | 06:15 PM | 66 | $8.58 |
| | | | | **Total** | **695** | **$107.71** |

**Audio Conferencing**
**March   27, 2008**                          02:56 PM - 04:18 PM

Billing Code: 706601
Duration (Minutes): 530

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| 5413243396 | 5413243396 | N | 02:56 PM | 04:18 PM | 82 | $10.66 |
| 7035735800 | 7035735800 | N | 02:59 PM | 04:18 PM | 79 | $10.27 |
| 8088344750 | 8088344750 | N | 02:59 PM | 03:55 PM | 56 | $7.28 |
| 6192611003 | 6192611003 | N | 03:00 PM | 03:55 PM | 56 | $7.28 |
| 4159717633 | 4159717633 | N | 03:01 PM | 03:55 PM | 55 | $7.15 |
| 6158301200 | 6158301200 | N | 03:02 PM | 04:18 PM | 77 | $10.01 |
| 9259979765 | 9259979765 | N | 03:02 PM | 03:55 PM | 53 | $6.89 |
| 6717271117 | 6717271117 | N | 03:05 PM | 03:27 PM | 23 | $6.21 |
| 8088344750 | 8088344750 | N | 04:04 PM | 04:05 PM | 1 | $0.13 |
| 9259979765 | 9259979765 | N | 04:05 PM | 04:18 PM | 14 | $1.82 |
| 4158692200 | 4158692200 | N | 04:06 PM | 04:18 PM | 12 | $1.56 |
| 8088344750 | 8088344750 | N | 04:06 PM | 04:18 PM | 12 | $1.56 |
| 6192611003 | 6192611003 | N | 04:08 PM | 04:18 PM | 10 | $1.30 |
| | | | | **Total** | **530** | **$72.12** |



# Outbound Usage Billed Report  GERSHMAN, BRICKNER & BRATTON, INC.

**Account:** 153958    **Report Period:** Apr 11, 2008    **Invoice:** 31876958

| Calling Number | Calling Location | Called Number | Called Location | Usage Category | Date/Time | Minutes | Amount | Code | Description |
|---|---|---|---|---|---|---|---|---|---|
| (703) 573-5800 | Fls Church, VA | (615) 830-1200 | Nashville, TN | 1+ Interstate | 04-04-2008 11:01:48 | 31.70 | 1.74 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (619) 437-8615 | Coronado, CA | 1+ Interstate | 04-02-2008 09:52:27 | 0.80 | 0.04 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (615) 830-1200 | Nashville, TN | 1+ Interstate | 04-09-2008 04:07:32 | 64.80 | 3.56 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (541) 324-3396 | Medford, OR | 1+ Interstate | 04-09-2008 04:06:53 | 65.50 | 3.60 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (615) 830-1200 | Nashville, TN | 1+ Interstate | 04-04-2008 02:28:44 | 7.60 | 0.42 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (671) 647-0808 | Tumon, GU | 1+ International | 04-03-2008 06:36:51 | 9.20 | 0.46 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (671) 477-7991 | Agana, GU | 1+ International | 04-07-2008 05:34:41 | 5.10 | 0.26 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (615) 830-1200 | Nashville, TN | 1+ Interstate | 04-07-2008 04:37:10 | 12.80 | 0.70 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (615) 830-1200 | Nashville, TN | 1+ Interstate | 04-03-2008 11:16:07 | 64.10 | 3.53 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (973) 376-6286 | Millburn, NJ | 1+ Interstate | 04-03-2008 11:20:19 | 44.30 | 2.44 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (203) 431-0231 | Ridgefield, CT | 1+ Interstate | 04-01-2008 03:23:49 | 10.90 | 0.60 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (671) 735-1111 | Agana, GU | 1+ International | 03-28-2008 03:17:07 | 1.20 | 0.06 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (671) 789-4027 | Agana, GU | 1+ International | 03-28-2008 02:03:04 | 40.50 | 2.03 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (671) 473-9152 | Agana, GU | 1+ International | 03-19-2008 09:05:50 | 1.20 | 0.06 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (310) 452-7399 | San Monica, CA | 1+ Interstate | 03-24-2008 05:08:34 | 0.90 | 0.05 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (310) 452-7399 | San Monica, CA | 1+ Interstate | 03-24-2008 04:57:56 | 7.30 | 0.40 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (917) 796-2125 | New York, NY | 1+ Interstate | 04-03-2008 11:15:18 | 0.40 | 0.02 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (541) 488-3320 | Ashland, OR | 1+ Interstate | 04-02-2008 10:16:36 | 28.60 | 1.57 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (615) 830-1200 | Nashville, TN | 1+ Interstate | 04-02-2008 10:15:32 | 29.60 | 1.63 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (615) 830-1200 | Nashville, TN | 1+ Interstate | 03-18-2008 04:43:56 | 1.00 | 0.06 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (973) 376-6286 | Millburn, NJ | 1+ Interstate | 04-08-2008 05:24:24 | 0.10 | 0.01 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (973) 376-6286 | Millburn, NJ | 1+ Interstate | 04-08-2008 04:53:20 | 6.70 | 0.37 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (541) 324-3396 | Medford, OR | 1+ Interstate | 04-08-2008 12:32:39 | 0.60 | 0.03 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (408) 382-5820 | Snjs SjQ1, CA | 1+ Interstate | 04-02-2008 05:31:32 | 19.60 | 1.08 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (714) 658-3805 | Santa Ana, CA | 1+ Interstate | 03-19-2008 03:53:38 | 7.20 | 0.40 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (671) 649-9666 | Tumon, GU | 1+ International | 04-03-2008 05:33:45 | 6.10 | 0.31 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (619) 533-7313 | Sn Dg Sn Dg, CA | 1+ Interstate | 04-03-2008 05:03:25 | 27.80 | 1.53 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (671) 649-9666 | Tumon, GU | 1+ International | 04-03-2008 05:27:03 | 4.10 | 0.21 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (541) 488-3320 | Ashland, OR | 1+ Interstate | 04-03-2008 05:08:09 | 17.80 | 0.98 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (541) 488-3320 | Ashland, OR | 1+ Interstate | 03-18-2008 01:00:29 | 48.10 | 2.65 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (615) 830-1200 | Nashville, TN | 1+ Interstate | 03-18-2008 01:01:55 | 46.70 | 2.57 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (541) 488-3320 | Ashland, OR | 1+ Interstate | 04-01-2008 06:05:48 | 0.30 | 0.02 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (541) 488-3320 | Ashland, OR | 1+ Interstate | 03-19-2008 08:21:35 | 32.40 | 1.78 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (615) 830-1200 | Nashville, TN | 1+ Interstate | 03-20-2008 02:45:26 | 12.30 | 0.68 | 0000706601 | Guam - Receivership |



# Outbound Usage Billed Report  GERSHMAN, BRICKNER & BRATTON, INC.

**Account:** 153958  **Report Period:** Apr 11, 2008  **Invoice:** 31876958

| Calling Number | Calling Location | Called Number | Called Location | Usage Category | Date/Time | Minutes | Amount | Code | Description |
|---|---|---|---|---|---|---|---|---|---|
| (703) 573-5800 | Fls Church, VA | (541) 488-3320 | Ashland, OR | 1+ Interstate | 03-17-2008 01:42:35 | 19.20 | 1.06 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (615) 830-1200 | Nashville, TN | 1+ Interstate | 03-17-2008 01:43:21 | 18.40 | 1.01 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (203) 431-0231 | Ridgefield, CT | 1+ Interstate | 03-17-2008 02:58:52 | 1.60 | 0.09 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (541) 324-3396 | Medford, OR | 1+ Interstate | 04-03-2008 03:05:40 | 11.70 | 0.64 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (619) 533-7313 | Sn Dg Sn Dg, CA | 1+ Interstate | 04-02-2008 01:05:37 | 2.60 | 0.14 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (671) 646-6748 | Tumon, GU | 1+ International | 04-01-2008 06:54:45 | 2.10 | 0.11 | 0000706601 | Guam - Receivership |
| | | | | | | | 38.90 | | |

**Harvey Gershman (ID - 6729575) Summary**



| Audio Conferencing | | Mar Amt | Mar $ | Apr Amt | Apr $ | Total |
|---|---|---|---|---|---|---|
| International Audio Minutes | | 147 | $39.69 | 0 | $0.00 | $39.69 |
| Phone Minutes | | 1984 | $257.92 | 0 | $0.00 | $257.92 |
| | Total Tax | | $0.00 | | $0.00 | $0.00 |
| | Harvey Gershman Total | | $297.61 | | $0.00 | $297.61 |

**Harvey Gershman's Meetings**

| Audio Conferencing | | | | | Billing Code: 706601 | |
|---|---|---|---|---|---|---|
| March 20, 2008 | | 08:28 AM - 09:00 AM | | | Duration (Minutes): 153 | |
| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
| 6783661467 | 6783661467 | N | 08:26 AM | 09:00 AM | 33 | $4.29 |
| 5414883320 | 5414883320 | N | 08:29 AM | 09:00 AM | 32 | $4.16 |
| 2023471788 | 2023471788 | N | 08:31 AM | 09:00 AM | 29 | $3.77 |
| 7035735800 | 7035735800 | N | 08:31 AM | 09:00 AM | 30 | $3.90 |
| 6158301200 | 6158301200 | N | 08:32 AM | 09:00 AM | 29 | $3.77 |
| | | | | Total | 153 | $19.89 |




## Summary for Cora Chaply: 703–785–7997

O70Q6-O)

## Your Calling Plan

**America's Choice II Familyshare Pri 1400 Any Unl N&W/In Clg $80.00 2yr 0705**
(see pg 3)

**IN Clg Nat Unl Share– Pri**
Unlimited IN Calling minutes

**Unlimited Night and Weekend Home Airtime Minutes Per Month**

## Charges

**Monthly Access Charges**

| | |
|---|---:|
| Current Calling Plan 04/11 – 05/10 | 80.00 |
| WPP Insurance – **Asurion** 04/11 – 05/10 | 4.99 |
| Mobile Web 2.0 MP $5.00 – 04/11 – 05/10 | 5.00 |
| | **$89.99** |

**Usage Charges**

| | |
|---|---:|
| Voice | 9.40 |
| Data | 11.59 |
| | **$20.99** |

**Verizon Wireless' Surcharges**

| | |
|---|---:|
| Fed Universal Service Charge | 2.81 |
| Regulatory Charge | .07 |
| Administrative Charge | .70 |
| VA Gross Receipts Surchg | .09 |
| Local Bus Lic Surchg | .27 |
| | **$3.94** |

**Taxes, Governmental Surcharges and Fees**

| | |
|---|---:|
| VA State E911 Fee | .75 |
| VA Communication Sales Tax | 5.24 |
| | **$5.99** |
| **Total Current Charges for 703–785–7997** | **$120.91** |

## Usage Charges

| Voice | | Allowance | Used | Billable | Cost |
|---|---|---|---|---|---|
| SharePlan | minutes | 1400 (shared) | 755 | ---- | ---- |
| Promotional | minutes | | 231 | ---- | ---- |
| IN Calling | minutes | unlimited | 811 | ---- | ---- |
| International Long Distance – Landline | | | | | 9.40 |
| **Total Voice** | | | | | **$9.40** |
| **Data** | | | | | |
| TXT Messaging – Sent | messages | --- | 2 | 2 | .40 |
| TXT Messaging – Rcv'd | messages | --- | 6 | 6 | 1.20 |
| Premium TXT Messaging | messages | --- | 1 | 1 | 9.99 |
| **Total Data** | | | | | **$11.59** |
| **Total Usage Charges** | | | | | **$20.99** |

View your bill and call details online for FREE. Log into My Account at www.verizonwireless.com.



## Detail for Cora Chaply: 703-785-7997

O706L~01

## Voice, continued



| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/01 | 6:44P | 571–722–7955 | Peak | PlanAllow | Fairfax VA | McLean VA | 1 | --- | --- | --- |
| 4/01 | 7:14P | 703–635–8891 | Peak | IN Allow | Fairfax VA | Wsngtnzn17 VA | 6 | --- | --- | --- |
| 4/01 | 7:23P | 571–722–7955 | Peak | PlanAllow | Falls Chur VA | McLean VA | 1 | --- | --- | --- |
| 4/01 | 7:31P | 571–722–7955 | Peak | PlanAllow | Arlington VA | Incoming CL | 2 | --- | --- | --- |
| 4/01 | 7:44P | 000–000–0086 | Peak | PlanAllow,CallVM | Mc Lean VA | Voice Mail CL | 3 | --- | --- | --- |
| 4/01 | 7:47P | 703–635–8891 | Peak | IN Allow | Vienna VA | Mobile CL | 1 | --- | --- | --- |
| 4/01 | 7:48P | 407–346–1719 | Peak | PlanAllow | Vienna VA | Kissimmee FL | 5 | --- | --- | --- |
| 4/01 | 7:57P | 571–722–7955 | Peak | PlanAllow | Herndon VA | Incoming CL | 4 | --- | --- | --- |
| 4/01 | 8:59P | 671–7772014 | Peak | PromoAllow,PlanAllow,Span | Sterling VA | Guam | 4 | --- | .80 | .80 |
| | | | | | | Landline | | | | |
| 4/01 | 9:03P | 301–807–2688 | Off–Peak | IN Allow | Sterling VA | Mobile CL | 6 | --- | --- | --- |
| 4/01 | 9:48P | 671–6466748 | Off–Peak | PromoAllow | Sterling VA | Guam | 2 | --- | .40 | .40 |
| | | | | | | Landline | | | | |
| 4/02 | 7:33A | 703–635–8891 | Peak | IN Allow | Reston VA | Mobile CL | 14 | --- | --- | --- |
| 4/02 | 7:47A | 703–228–5400 | Peak | PlanAllow | McLean VA | Arlington VA | 2 | --- | --- | --- |
| 4/02 | 8:29A | 571–722–7955 | Peak | PlanAllow | Arlington VA | McLean VA | 2 | --- | --- | --- |
| 4/02 | 12:01P | 703–403–2580 | Peak | IN Allow | Fairfax VA | Incoming CL | 2 | --- | --- | --- |
| 4/02 | 2:24P | 000–000–0086 | Peak | PlanAllow,CallVM | Fairfax VA | Voice Mail CL | 1 | --- | --- | --- |
| 4/02 | 2:26P | 571–722–7955 | Peak | PlanAllow | Fairfax VA | McLean VA | 11 | --- | --- | --- |
| 4/02 | 2:51P | 301–461–4803 | Peak | IN Allow | Vienna VA | Mobile CL | 17 | --- | --- | --- |
| 4/02 | 3:08P | 000–000–0086 | Peak | PlanAllow,CallVM | Fairfax VA | Voice Mail CL | 1 | --- | --- | --- |
| 4/02 | 3:09P | 571–722–7955 | Peak | PlanAllow | Fairfax VA | McLean VA | 6 | --- | --- | --- |
| 4/02 | 5:34P | 301–461–4803 | Peak | IN Allow | Fairfax VA | Incoming CL | 2 | --- | --- | --- |
| 4/02 | 6:11P | 703–635–8891 | Peak | IN Allow | Fairfax VA | Incoming CL | 3 | --- | --- | --- |
| 4/02 | 7:26P | 571–722–7955 | Peak | PlanAllow | Sterling VA | Incoming CL | 10 | --- | --- | --- |
| 4/02 | 7:39P | 301–865–1302 | Peak | PlanAllow | Sterling VA | New Market MD | 52 | --- | --- | --- |
| 4/02 | 9:20P | 571–722–7955 | Off–Peak | PromoAllow | Sterling VA | Incoming CL | 3 | --- | --- | --- |
| 4/02 | 9:51P | 671–7351111 | Off–Peak | PromoAllow | Sterling VA | Guam | 4 | --- | .80 | .80 |
| | | | | | | Landline | | | | |
| 4/02 | 10:49P | 671–7351111 | Off–Peak | PromoAllow | Sterling VA | Guam | 2 | --- | .40 | .40 |
| | | | | | | Landline | | | | |
| 4/03 | 7:15A | 703–635–8891 | Peak | IN Allow | Sterling VA | Mobile CL | 4 | --- | --- | --- |
| 4/03 | 7:52A | 703–228–5400 | Peak | PlanAllow | Falls Chur VA | Arlington VA | 1 | --- | --- | --- |
| 4/03 | 8:32A | 571–722–7955 | Peak | PlanAllow | Falls Chur VA | McLean VA | 6 | --- | --- | --- |
| 4/03 | 10:22A | 571–722–7955 | Peak | PlanAllow | Fairfax VA | Incoming CL | 3 | --- | --- | --- |
| 4/03 | 12:54P | 571–722–7955 | Peak | PlanAllow | Fairfax VA | McLean VA | 1 | --- | --- | --- |
| 4/03 | 1:09P | 571–722–7955 | Peak | PlanAllow | Fairfax VA | McLean VA | 3 | --- | --- | --- |
| 4/03 | 1:11P | 703–403–2580 | Peak | IN Allow | Fairfax VA | Mobile CL | 3 | --- | --- | --- |
| 4/03 | 1:16P | 301–461–4803 | Peak | IN Allow | Fairfax VA | Rockville MD | 6 | --- | --- | --- |
| 4/03 | 1:22P | 571–722–7955 | Peak | PlanAllow | Fairfax VA | McLean VA | 12 | --- | --- | --- |
| 4/03 | 4:22P | 571–722–7955 | Peak | PlanAllow | Fairfax VA | Incoming CL | 2 | --- | --- | --- |
| 4/03 | 5:00P | 703–631–0096 | Peak | PlanAllow | Fairfax VA | Incoming CL | 4 | --- | --- | --- |
| 4/03 | 6:08P | 571–722–7955 | Peak | PlanAllow | Fairfax VA | McLean VA | 1 | --- | --- | --- |
| 4/03 | 6:13P | 571–722–7955 | Peak | PlanAllow | Vienna VA | Incoming CL | 7 | --- | --- | --- |
| 4/03 | 6:20P | 703–635–8891 | Peak | IN Allow | Falls Chur VA | Mobile CL | 1 | --- | --- | --- |





## Detail for Cora Chaply: 703-785-7997

070666-01

## Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/07 | 5:25P | 571-722-7955 | Peak | PlanAllow | Fairfax VA | McLean VA | 3 | --- | --- | --- |
| 4/07 | 5:41P | 301-461-4803 | Peak | IN Allow | Fairfax VA | Incoming CL | 3 | --- | --- | --- |
| 4/07 | 5:55P | 571-722-7955 | Peak | PlanAllow | Fairfax VA | Incoming CL | 4 | --- | --- | --- |
| 4/07 | 6:11P | 703-635-8891 | Peak | IN Allow | Falls Chur VA | Mobile CL | 1 | --- | --- | --- |
| 4/07 | 6:49P | 571-722-7955 | Peak | PlanAllow | Sterling VA | Incoming CL | 7 | --- | --- | --- |
| 4/07 | 7:19P | 671-6499666 | Peak | PlanAllow | Sterling VA | Guam | 8 | --- | 1.60 | 1.60 |
| | | | | | | Landline | | | | |
| 4/07 | 10:16P | 000-000-0086 | Off-Peak | PromoAllow,CallVM | Sterling VA | Voice Mail CL | 1 | --- | --- | --- |
| 4/08 | 7:58A | 571-722-7955 | Peak | PlanAllow | Arlington VA | McLean VA | 9 | --- | --- | --- |
| 4/08 | 10:31A | 571-722-7955 | Peak | PlanAllow | Fairfax VA | Incoming CL | 3 | --- | --- | --- |
| 4/08 | 12:39P | 571-722-7955 | Peak | PlanAllow | Fairfax VA | McLean VA | 1 | --- | --- | --- |
| 4/08 | 12:40P | 571-722-7955 | Peak | PlanAllow | Fairfax VA | Incoming CL | 9 | --- | --- | --- |
| 4/08 | 1:27P | 571-722-7955 | Peak | PlanAllow | Fairfax VA | Incoming CL | 8 | --- | --- | --- |
| 4/08 | 3:53P | 703-403-2580 | Peak | IN Allow | Fairfax VA | Incoming CL | 1 | --- | --- | --- |
| 4/08 | 5:45P | 571-722-7955 | Peak | PlanAllow | Fairfax VA | Incoming CL | 4 | --- | --- | --- |
| 4/08 | 5:53P | 571-722-7955 | Peak | PlanAllow | Falls Chur VA | McLean VA | 18 | --- | --- | --- |
| 4/08 | 6:11P | 703-635-8891 | Peak | IN Allow | Arlington VA | Mobile CL | 1 | --- | --- | --- |
| 4/08 | 6:26P | 571-722-7955 | Peak | PlanAllow | Vienna VA | McLean VA | 2 | --- | --- | --- |
| 4/08 | 7:04P | 571-722-7955 | Peak | PlanAllow | Fairfax VA | McLean VA | 1 | --- | --- | --- |
| 4/08 | 7:12P | 571-722-7955 | Peak | PlanAllow | Fairfax VA | McLean VA | 1 | --- | --- | --- |
| 4/08 | 7:12P | 571-722-7955 | Peak | PlanAllow | Chantilly VA | McLean VA | 1 | --- | --- | --- |
| 4/08 | 7:13P | 571-722-7955 | Peak | PlanAllow | Fairfax VA | McLean VA | 2 | --- | --- | --- |
| 4/09 | 7:58A | 571-722-7955 | Peak | PlanAllow | Falls Chur VA | McLean VA | 1 | --- | --- | --- |
| 4/09 | 8:10A | 571-722-7955 | Peak | PlanAllow | Vienna VA | Incoming CL | 1 | --- | --- | --- |
| 4/09 | 8:11A | 571-722-7955 | Peak | PlanAllow | Vienna VA | McLean VA | 13 | --- | --- | --- |
| 4/09 | 11:16A | 571-722-7955 | Peak | PlanAllow | Fairfax VA | Incoming CL | 5 | --- | --- | --- |
| 4/09 | 12:57P | 571-722-7955 | Peak | PlanAllow | Fairfax VA | McLean VA | 15 | --- | --- | --- |
| 4/09 | 1:33P | 703-207-8513 | Peak | PlanAllow | Fairfax VA | Fls Church VA | 4 | --- | --- | --- |
| 4/09 | 3:20P | 571-722-7955 | Peak | PlanAllow | Fairfax VA | Incoming CL | 2 | --- | --- | --- |
| 4/09 | 4:08P | 703-403-2580 | Peak | IN Allow | Fairfax VA | Mobile CL | 1 | --- | --- | --- |
| 4/09 | 5:34P | 703-635-8891 | Peak | IN Allow | Fairfax VA | Incoming CL | 1 | --- | --- | --- |
| 4/09 | 6:24P | 571-722-7955 | Peak | PlanAllow | Vienna VA | McLean VA | 1 | --- | --- | --- |
| 4/09 | 6:39P | 571-722-7955 | Peak | PlanAllow | Herndon VA | Incoming CL | 9 | --- | --- | --- |
| 4/09 | 7:22P | 301-602-8191 | Peak | IN Allow | Sterling VA | Mobile CL | 9 | --- | --- | --- |
| 4/09 | 7:33P | 571-722-7955 | Peak | PlanAllow | Sterling VA | McLean VA | 1 | --- | --- | --- |
| 4/09 | 7:46P | 571-722-7955 | Peak | PlanAllow | Sterling VA | Incoming CL | 4 | --- | --- | --- |
| 4/09 | 6:02P | 000-000-0086 | Peak | PlanAllow,CallVM | Sterling VA | Voice Mail CL | 3 | --- | --- | --- |
| 4/09 | 8:05P | 671-4739200 | Peak | PlanAllow | Sterling VA | Guam | 15 | --- | 3.00 | 3.00 |
| | | | | | | Landline | | | | |
| 4/09 | 8:32P | 571-722-7955 | Peak | PlanAllow | Sterling VA | Incoming CL | 7 | --- | --- | --- |
| 4/09 | 8:38P | 301-807-2686 | Peak | IN Allow | Sterling VA | Silver Spg MD | 6 | --- | --- | --- |
| 4/09 | 8:44P | 671-4739200 | Peak | PlanAllow | Sterling VA | Guam | 2 | --- | .20 | .20 |
| | | | | | | Landline | | | | |
| 4/09 | 8:45P | 000-000-0086 | Peak | PlanAllow,CallVM | Sterling VA | Voice Mail CL | 1 | --- | --- | --- |
| 4/09 | 8:53P | 671-473-9100 | Peak | PromoAllow,PlanAllow,Span | Sterling VA | Incoming CL | 13 | --- | --- | --- |



## Detail for Cora  Chaply: 703–785–7997



## Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/09 | 9:06P | 301–807–2688 | Off–Peak | IN Allow | Sterling VA | Mobile CL | 2 | --- | --- | --- |
| 4/10 | 11:53A | 703–378–5158 | Peak | PlanAllow | Fairfax VA | Incoming CL | 1 | --- | --- | --- |
| 4/10 | 11:54A | 571–722–7955 | Peak | PlanAllow | Fairfax VA | McLean VA | 1 | --- | --- | --- |
| 4/10 | 12:09P | 571–722–7955 | Peak | PlanAllow | Fairfax VA | Incoming CL | 1 | --- | --- | --- |
| 4/10 | 12:10P | 571–722–7955 | Peak | PlanAllow | Fairfax VA | McLean VA | 1 | --- | --- | --- |
| 4/10 | 12:27P | 000–000–0086 | Peak | PlanAllow,CallVM | Fairfax VA | Voice Mail CL | 1 | --- | --- | --- |
| 4/10 | 4:07P | 000–000–0086 | Peak | PlanAllow,CallVM | Falls Chur VA | Voice Mail CL | 2 | --- | --- | --- |
| 4/10 | 4:09P | 703–635–8891 | Peak | IN Allow | Falls Chur VA | Wsngtnzn17 VA | 1 | --- | --- | --- |
| 4/10 | 4:11P | 703–635–8891 | Peak | IN Allow | Falls Chur VA | Incoming CL | 1 | --- | --- | --- |
| 4/10 | 4:15P | 301–461–4803 | Peak | IN Allow | Falls Chur VA | Rockville MD | 39 | --- | --- | --- |
| 4/10 | 8:23P | 000–000–0086 | Peak | PlanAllow,CallVM | Sterling VA | Voice Mail CL | 2 | --- | --- | --- |
| 4/10 | 8:25P | 671–7772014 | Peak | PlanAllow | Sterling VA | Guam | 11 | --- | 2.20 | 2.20 |
| | | | | | | Landline | | | | |
| 4/10 | 8:44P | 671–473–9100 | Peak | PlanAllow | Sterling VA | Incoming CL | 14 | --- | --- | --- |
| 4/10 | 8:58P | 301–807–2688 | Peak | IN Allow,Span | Sterling VA | Mobile CL | 5 | --- | --- | --- |
| 4/10 | 9:08P | 571–722–7955 | Off–Peak | PromoAllow | Sterling VA | Incoming CL | 9 | --- | --- | --- |
| 4/10 | 9:37P | 571–722–7955 | Off–Peak | PromoAllow | Sterling VA | Incoming CL | 3 | --- | --- | --- |

## Data

| Date | Time | Usage Type | Description | Min. | Application Price | Total |
|---|---|---|---|---|---|---|
| 4/09 | 8:00P | Premium TXT Messaging | PREM_SMS 654654 Predicto | --- | 9.99 | 9.99 |

### Gershman,Brickner Bratton, Inc.
## Time by Name
### April 2008



| | Time | % of Time | Total phone cost | Phone cost by job |
|---|---|---|---|---|
| **Harvey W Gershman** | | | | |
| other | 2.25 | 0.02 | 236.30 | 4.13 |
| other | 0.75 | 0.01 | 236.30 | 1.38 |
| other | 1.50 | 0.01 | 236.30 | 2.75 |
| other | 0.50 | 0.00 | 236.30 | 0.92 |
| 07066-US District Court for Guam:01-Receivership | 114.75 | 0.89 | 236.30 | 210.60 |
| No job assigned | 9.00 | 0.07 | 236.30 | 16.52 |
| **Total Harvey W Gershman** | 128.75 | 1.00 | | 236.30 |
| | | | | |
| **Christopher Lund** | | | | |
| 07066-US District Court for Guam:01-Receivership | 72.50 | 0.90 | 219.75 | 197.91 |
| no job assigned | 8.00 | 0.10 | 219.75 | 21.84 |
| **Total Christopher Lund** | 80.50 | 1.00 | | 219.75 |



## FedEx Express Shipment Detail By Reference (Original)

Dropped off: Apr 04, 2008          Cust. Ref.: C07066-01          Ref.#2:
Payor: Shipper                                 Ref.#3:

- Fuel Surcharge - FedEx has applied a fuel surcharge of 18.50% to this shipment.
- Discount applied is the greater of volume discount or dropoff discount. No additional discount applies.

| | | **Sender** | **Recipient** | |
| --- | --- | --- | --- | --- |
| Tracking ID | 790976628326 | PAT RAVENELLE | HON. FRANCES TYDINGCO-GATEWOOD | |
| Service Type | FedEx Intl Economy | GERSHMAN, BRICKNER & BRATTON | DISTRICT COURT OF GUAM | |
| Package Type | FedEx Envelope | 8550 ARLINGTON BLVD | CHIEF JUDGE, DISTRICT COURT OF GUA | |
| Orig./Dest. | ZFO/GUM | SUITE 203 | 520 WEST SOLEDAD AVENUE | |
| Zone | K | FAIRFAX VA 22031 US | HAGATNA 96910 GU | |
| Packages | 1 | | | |
| Rated Weight | 0.5 lbs | | | |
| Delivered | Apr 07, 2008 12:22 | | | |
| Signed by | B.PEREDA | Transportation Charge | | 66.65 |
| FedEx Usa | P8377/US0010/_ | Fuel Surcharge | | 11.96 |
| Customs | | Discount | | -2.00 |
| Entry Date | Apr 05, 2008 | **Total Transportation Charges** | **USD** | **$76.61** |

| | | |
| --- | --- | --- |
| **C07066-01 Reference Subtotal** | **USD** | **$76.61** |
| **Total FedEx Express** | **USD** | **$76.61** |

## FedEx Express Shipment Detail By Reference (Original)

Dropped off: Apr 03, 2008     Cust. Ref: 07066-01 HG     Ref.#2:
Payer: Shipper     Ref.#3:

- Fuel Surcharge - FedEx has applied a fuel surcharge of 18.50% to this shipment.
- Distance Based Pricing, Zone 4
- Package Delivered to Recipient Address - Release Authorized

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 790484294261 | Pat Ravenelle | David Manning | |
| Service Type | FedEx Standard Overnight | Gershman, Brickner & Bratton | | |
| Package Type | FedEx Envelope | 8550 ARLINGTON BLVD | | |
| Zone | 04 | FAIRFAX VA 22031 US | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 18.35 |
| Delivered | Apr 04, 2008 12:11 | Discount | | -3.67 |
| Svc Area | A1 | Residential Delivery | | 2.30 |
| Signed by | 9999999999999 | Fuel Surcharge | | 3.14 |
| FedEx Use | 000000000/0000222/02 | **Total Charge** | USD | **$20.12** |

| | | |
|---|---|---|
| **07066-01 HG Reference Subtotal** | **USD** | **$20.12** |
| **Total FedEx Express** | **USD** | **$20.12** |

**Gershman, Brickner & Bratton, Inc.**
**8550 Arlington Boulevard, Suite 203**
**Fairfax, Virginia 22031-4620**
**(703) 573-5800 or 800-573-5801**
**Fax: (703) 698-1306**
**E-mail: gbb@gbbinc.com**
**www.gbbinc.com**
**http://www.guamsolidwastereceiver.org/**

May 16, 2008

# RECEIVED

The Honorable Frances Tydingco-Gatewood
Chief Judge
District Court of Guam
520 West Soledad Avenue
Hagåtña, Guam 96910

MAY 2 7 2008 ,
*Palaceos*
**CHIEF JUDGE'S CHAMBERS**
**DISTRICT COURT OF GUAM**

Re:     Activities for the Month of April and Invoice for the Time and Expenses of the Receivership

Dear Judge Tydingco-Gatewood:

We are pleased to provide you with this summary of the work accomplished by the Receivership in the month of April. As reflected in the attached invoice, the Receivership continued its research into the issues and work required to bring Guam into compliance with the Consent Decree. We also conferred extensively with the Court and Guam's governmental leaders and the other key groups important to these vital issues. Significantly, we also began on-the-ground operations in Guam during April, which will continue without interruption until full compliance with the Consent Decree is achieved.

The operations of the Solid Waste Division were much worse than we had expected. While we found a dedicated staff of front line workers, these men and women are forced to work against tremendous obstacles to maintain basic trash collection services. Almost all of the Government's owned equipment is in a severe state of disrepair, with most of it inoperable due to a lack of parts and maintenance. This has resulted in excessive use of rental equipment at an extraordinarily high cost. In an effort to hold down such expenses, the trucks collecting trash are operated almost 24 hours a day, leaving no time for regular or preventive maintenance, thus perpetuating the cycle of high rental cost and poor service.

The cost of the rental of equipment varies from day to day, but seems to average about $11,000 per day. At this rate, the cost will exceed $4 million annually, a much greater sum than would be required to repair and replace the equipment as needed. It should be noted that when rental equipment is used, operators for the equipment are also leased, leaving employees of the Solid Waste Division underutilized at a significant cost to the customers of the Solid Waste Division. The potential savings and improvements to service to be gained by better management in this area are substantial.

Working conditions for the front line workers are also much worse than we anticipated. In addition to the poor condition of the equipment, the shower and bath facilities available to most workers are in extremely poor condition, safety hazards are extensive, and maintenance facilities damaged by storms occurring years earlier remain unrepaired.

Operations at the Ordot Dump have also been a major focus of our work this month. Costly rental equipment has also been employed extensively in the work at Ordot, and the lack of a sprinkler service to control dust has been a major problem for the workers and citizens who live in the immediate vicinity of Ordot. While a scale is finally in place and operating, the cost of the scale's delivery, installation and rental for only three months approximates the cost of a new scale. We found extensive and often unproductive use of expensive rental equipment.

We are, however, pleased to report that significant progress has been made in addressing the condition of the equipment, improving the management at Ordot and moving forward toward the construction of a new landfill.

After bringing the conditions described in this letter to the attention of the Court and the Governor, the Governor has issued an Executive Order declaring an emergency that will allow the Receivership to proceed with an expedited procurement of both equipment repairs and selected equipment replacement that will allow the performance of the Solid Waste Division to improve markedly while also saving a minimum of $500,000 in annual rental expense. We also plan to renegotiate the current "lease" for the scale at Ordot or acquire a new scale in the near future.

We have initiated an organizational realignment in the Solid Waste Division that will provide the Receivership with the management capacity and communications needed for future success. The workers of the Solid Waste Division and others within the Government of Guam have been very supportive of our efforts in this area and have facilitated the actions necessary to make the needed organizational changes.

The operations at Ordot have been improved as a result of the Court's continuous attention and regular visits. In addition, the following actions have been taken by the Receivership team:

- The residential dump area has been relocated to an area near the scale house for safety and operational reasons;
- Regular sprinkler service has been reinstated;
- Proper daily cover procedures have been initiated;
- Additional staffing has been dedicated to the operations at Ordot; and
- Increased management oversight of operations has begun.

Also, with the assistance of the Court, we are making significant progress working with the Military authorities on Guam toward joint cooperation on the new landfill that will provide significant savings for both the citizens of Guam and the Military. Joint cooperation in recycling will allow both Guam and the Military to dramatically improve the effectiveness of the Island's efforts in this vitally important area.

We look forward to providing the Court with an extensive report of our findings and progress at your July hearing. In the interim, please contact us with any questions, concerns or issues you may wish to discuss.

Thank you for your continuing support.

Sincerely,

David L. Manning
Receiver Representative

C.c. Mr. Harvey Gershman, President
Gershman, Brickner & Bratton, Inc.