Meeting Exp = $11.50
Meals = $11.50

07066-01

**THE DUBLINER - WASHINGTON'S**
**FAVORITE IRISH PUB**
520 North Capitol St NW
Washington, DC 20001

Server: Meghann          DOB: 04/13/2008
12:44 PM                      04/13/2008
Table 12/1                    5/50018

AMEX                          5242890
Card #XXXXXXXXXX4009      Exp:1210
Magnetic card present: GERSHMAN HW
Approval: 525442

Amount:          19.14

+ Tip:            3.86

= Total:         23.00

Approval: 525442

THANKS FOR COMING!!
LIVE IRISH MUSIC EVERY
NIGHT!
Sorry, No Separate Checks
Maximum 3 credit cards per tab

Customer Copy

---

07066-01

meeting 48.75
meals — 146.25

671-649-5858
TUMON BAY LOBSTER&GRILL
P.O. BOX 3609
HAGATNA, GU 96932

TERMINAL I.D.:           10230757
MERCHANT #:             1520035031

AMEX                   ITEM #: 005
************4009
SWIPE
PRE-SALE
                      INVOICE: 574516
DATE: APR 26, 2008  TIME: 20:13
                      AUTH NO: 547640
Thank You!!

BASE            $178.79

TIP             16.21

TOTAL          $195.00
FOOD/BEVERAGE        00

HW GERSHMAN
X

GRATUITY GUIDELINE
15%=$26.81   20%=$35.75

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

---

(46)

07066-01

**BANK OF GUAM**
THE PEOPLE'S BANK

**WENDY'S BARRIGADA**

BARRIGADA, GUAM 96921
(671) 633-9800

BATCH No.    : 000103
TERMINAL ID  : 11778402
CARD         : AMEX
CARD No.     : XXXXXXXXXX4009 / Swiped
RREF No.     : 3356
INVOICE      : 003119
TRANS.   : CREDIT CARD SALE

AMOUNT      : $        21.02

Tran Date/Time : 04/26/06     12:00:57
APPROVAL    : 504427

Customer Copy

07066-01

COLONIAL
PARKING
LOCATION 119
THANK YOU !

04-12-2006 04:45 PM
040

SAT/SUN MAX        $10.00
TOTAL—>
$10.00
TOTAL   $10.00

---

Meal 07066-01    meeting — $27.50

HYATT REGENCY GUAM MERCH
1155 PALE SAN VITORES R
TUMON 96913, GU 96913

TERMINAL ID:
MERCHANT #:          083388840
                     1520035666

AMEX
#xxxxxxxxxx4009
SALE
BATCH: 001247
DATE: APR 27, 08
SEQ: 004

FOLIO #: 04780
TIME: 1010H
AUTH NO: 574957

HSE/SERVICES

TIP          $137.50

TOTAL        137.50

CUSTOMER COPY

Total :    $137.50

Room # :

Name :

Signature :
Thank you for dining with us!
La Mirenda Restaurant
www.hyattguam.com

---

07066-01    THAI KITCHEN
CENT TOM BLDG STE 7A
TAMUNING, GU 93913

TERMINAL ID:        003650314
MERCHANT #:       102206154998

MC
#xxxxxxxxxxxxx2687
SUR: 4
SALE
BATCH: 000689        INVOICE: 009385
DATE: APR 29, 08     TIME: 10:12
SEQ: 001             AUTH NO: 04235B

PRE-TIP AMT          $49.50

TIP                    4.50

TOTAL                54

CUSTOMER COPY

07066-01

* * * Restaurant * * *
Capricciosa III Hagatna
Hagatna Shopping Center
Hagatna, Guam
671-472-1009
Date:       Apr30'08 06:19PM
Card Type:  Amex
Acct #:     XXXXXXXXXX4009
Exp Date:   XX/XX
Auth Code:  590190
Check:      3036
Table:      84/1
Server:     1090 Edmund

Subtotal:        -117.38

                   9.62

    Tip:_____

    Total:127.00

Sign:_____
**Guest Copy**
I agree to pay above total
according to my card issuer
agreement.

---

(417)

07066-01

Rockville
11806 Rockville Pike
Date:       Apr13'08 10:10AM
Card Type:  Amex
Acct #:     XXX.XXXXXXX4009
Trans Key:  AIA000610917296
Exp Date:   XX/XX
Auth Code:  595775
Check:      1205
Table:      12/1
Server:     148 Aster K

Subtotal:        31.17
Tip:_____5.83
                 37.00
Total:_____

Signature_____

I agree to pay above total
according to my card issuer
agreement.

* * * * Customer Copy * * * *

Meals ——— $12.30
Meetings ——— $24.70

---

$180.00 - Meals
36.00 - Meetings
07066-01

BANK OF GUAM
THE PEOPLE'S BANK

GRILL AT SANTA FE

TAMUNING, GUAM 96911
(671) 647-8855

                  0003F1
MINAL ID  : 01135737
CARD      : AMEX
CARD No.  : XXXXXXXXXX4009 / Swiped
RREF No.  : 0615
INVOICE   : 000493
SERV.  No : 1
TRANS.    : CREDIT CARD SALE

AMOUNT    :            $  207.90
TIP AMOUNT:            $    8.00
           (SEE SIGN)

TOTAL AMOUNT:          $  216

Tran Date/Time : 04/24/08   20:  .26
APPROVAL  : 553531

Customer Copy
Thank you!

---

07066-01

HMSHOST
STARBUCKS COFFEE IIT
HONOLULU INT'L AIRPORT

9011 Franches
----------------------------
CHK 7962 APR30'08 6:33PM GST 2
----------------------------

1 MUFFIN            3.00
1 TALL COD T        2.30

  SUBTOTAL          5.30
  TAX               0.25
  AMOUNT PAID       5.55
  CASH             20.00
  CHANGE DUE       14.45

---

07066-01

PICK UP

**Le Tasi Bistro**
RESTAURANT & TAPAS BAR

290600

*"The pleasure of a fine table."*

Phone: (671) 472-7877   Fax: (671) 477-7875

Lunch
APR 20

| TABLE NO. | NO. PERSONS | CHECK NO. | WAITER NO. | A.M. | LUNCH | P.M. |
|-----------|-------------|-----------|------------|------|-------|------|
| DESCRIPTION | | | | | PRICE | AMOUNT |
| Out | | | | | | |
| III Salad - £11 | | | | | | |
| Bass - III | | | | 3 | 40 50 | |
| Scallop w/Potatoes | | | | | 9 00 | |
| 1 Veg / Soup | | | | | 11 75 | |
|  | | | | | TOTAL | |

THANK YOU
Personal chef/Catering/Pastry for all your occasions

# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800 Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

**Expense Details (With Memo)**

Printed on: 5/16/2008
Page 1 of 1

**Project ID:** 07066:01
**Project Name:** US District Court for Guam - Receivership
**Manager:** HWG
**Client ID:** 07066

*BRATTON*

| ELDATE | EMPLOYEEID | PROJECTID |
|--------|-----------|-----------|
| 4/1/2008 to 4/30/2008 | TJB to TJB | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|------|-------------|-------|------|----------|------|--------|---|
| 4/22/2008 | Mileage<br>Mileage to the airport using personal vehicle. 25 miles @ $0.505/mile. | 25.00 | $0.51 | $12.63 | 0.00 | $12.63 | Billable |
| 4/22/2008 | Plane<br>Travel to Guam. Royal Travel Service #27400 - Confirmation # DL1LHS | 1.00 | $5,319.16 | $5,319.16 | 0.00 | $5,319.16 | Billable |
| 4/24/2008 | Supplies<br>Supplies for apartment while in Guam | 1.00 | $58.98 | $58.98 | 0.00 | $58.98 | Billable |
| 4/25/2008 | Meals<br>The Coffee Beanery - Food for Bratton | 1.00 | $18.47 | $18.47 | 0.00 | $18.47 | Billable |
| 4/26/2008 | Supplies<br>National Office Supplies | 1.00 | $8.84 | $8.84 | 0.00 | $8.84 | Billable |
| 4/26/2008 | Supplies<br>Groceries for apartment in Guam less beer costs. | 1.00 | $51.19 | $51.19 | 0.00 | $51.19 | Billable |
| 4/26/2008 | Meals<br>Lunch at Capricciosa | 1.00 | $51.88 | $51.88 | 0.00 | $51.88 | Billable |
| 4/28/2008 | Supplies<br>Supplies - Bottled water and Gatorade | 1.00 | $4.82 | $4.82 | 0.00 | $4.82 | Billable |
| 4/28/2008 | Supplies<br>Supplies for apartment - Toilet paper, snacks, water. | 1.00 | $18.24 | $18.24 | 0.00 | $18.24 | Billable |
| 4/29/2008 | Meals<br>The Westin Resort - Coffe & Danish at meeting | 1.00 | $15.15 | $15.15 | 0.00 | $15.15 | Billable |

**Sum of Billable Expenses:** $5,559.36    $5,559.36

**Billable + Non-Billable Total:** $5,559.36    $5,559.36

Ticket Itinerary and Receipt

# Deena Guerrero of Royal Travel Services

**From:** Continental Airlines, Inc. [continentalairlines@continental.com]

**Sent:** Saturday, April 12, 2008 2:07 PM

**To:** DEENA@ITE.NET

**Subject:** eTicket Itinerary and Receipt for Confirmation DL1LHS

To ensure delivery of this e-mail please add **continentalairlines@continental.com** to your address book or approved senders list. See Instructions for adding us to your address book.



Continental Airlines

Confirmation:
## DL1LHS

Print your boarding pass
at **continental.com**
within 24 hours of your flight

Issue Date: April 12, 2008

| Traveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| BRATTON/TIMOTHY | 0055944536390 | | ---/---/---/--- |

## FLIGHT INFORMATION

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Tue, 22APR08 | CO3024[1] | Y | WASHINGTON/DULLES (IAD) 6:00AM | HOUSTON BUSH INTL (IAH) 8:17AM | ERJ-145 | Snack |
| Tue, 22APR08 | CO1 | Z | HOUSTON BUSH INTL (IAH) 9:35AM | GUAM IS SW PAC (GUM) 5:40PM (23APR) | 767-400 | Lunch |
| Thu, 01MAY08 | CO2[2] | Z | GUAM IS SW PAC (GUM) 6:25AM | HOUSTON BUSH INTL (IAH) 7:30AM | 767-400 | Breakfast |
| Thu, 01MAY08 | CO3147[3] | Y | HOUSTON BUSH INTL (IAH) 1:04PM | WASHINGTON/DULLES (IAD) 5:14PM | ERJ-145 | Snack |

Operated by EXPRESSJET AIRLINES INC doing business as CONTINENTAL EXPRESS doing business as CONTINENTAL EXPRESS
[1]Aircraft change in HONOLULU HI to 767-400
[3]Operated by EXPRESSJET AIRLINES INC doing business as CONTINENTAL EXPRESS doing business as CONTINENTAL EXPRESS

## FARE INFORMATION

| Fare Breakdown | | Form of Payment: |
|---|---|---|
| Airfare: | 5,108.00 USD | AMERICAN EXPRESS |
| U.S. Security Service Fee: | 10.00 | Last Four Digits 6002 |
| Guam Inspection Service Charges: | 6.36 | |
| U.S. Federal Transportation Tax: | 15.40 | |
| U.S. Federal Transportation Tax: | 15.40 | |
| U.S. APHIS User Fee: | 5.00 | |
| U.S. Passenger Facility Charge: | 9.00 | |
| Per Person Total: | 5,169.16 USD | |
| **eTicket Total:** | **5,169.16 USD** | |

Fare Rules:     Additional charges may apply for changes in addition to any fare rules listed.
REFUNDABLE

### International eTicket Travel Reminders

• **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 60 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be canceled if this condition is not met.
• **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 30 minutes prior to scheduled departure.

# Continental Airlines

**50** Continental Airlines

A708

12APR08
54720831 /

DUPLICATE
BRATTON/TIMOTHY
**NOT VALID FOR******RETAIN THIS RECEIPT***
**TRANSPORTATION***THROUGHOUT YOUR JOURNEY**
REFUNDABLE

YDZBR6

WAS CO X/HOU CO GUM Q135.00 1349.00CO X/HOU Q135.00CO WAS1349.00D HOUGUM1070.00D
HOUGUM1070.00NUC5108.00END ROE1.000000XT15.40US15.40US5.00XA9.00XF IAD4.56UN4.5

| | |
|---|---|
| USD | 5108.00 |
| AY | 10.00 |
| GU | 6.36 |
| XT | 44.80 |
| USD | 5169.16 |

FP AXXXXXXXXXXX36002/XXXX/105176

D 005 5444536390 1

BRATTON/TIMOTHY

0

WASHINGTON/DULLES
CO 3024 V 22APR V
HOUSTON BUSH INTL
CO 1 Z 22APR    Z
GUAM IS SW PAC
CO 2 Z 01MAY    Z
HOUSTON BUSH INTL
CO 3147 V 01MAY V
WASHINGTON/DULLES
*************************
NOT VALID FOR TRAVEL
005 5904536390 1

---

## Washington Dulles Int'l Airport

hift #: 172
ransaction #: 24418
ntry (22): 2008/Apr/22 04:18:00
yment (16): 2008/May/01 17:58:41
it Before: 2008/May/02 04:38:00

**Amount: $150.00**

edit: $150.00
Master Card XXXXXXXXXXXX7577
Authorization: 070154

---

DNC TRAVEL HOSPITALITY
**George Bush Intercontinental**
***** Schlotzsky *****

1008 ESTHER

3580  MAY01'08 12:04PM

- - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| 1 Original Sand Sm | 3.89 |
| 1 Water Sm | 1.75 |
| Subtotal | 5.64 |
| Total Tax | 0.32 |
| Total Paid...... | 5.96 |
| Cash (PRT) | 20.00 |
| Change Owed..... | 14.04 |

***************************
CREATING SPECIAL EXPERIENCES
ONE GUEST AT A TIME
***************************

*Coffee + Danish at meeting*

*Supplies for apt.*

| | |
|---|---|
| CHECK: | |
| TABLE: | |
| SERVER: | |
| DATE: | |
| CARD TYPE: | MasterCard |
| ACCT #: | |
| EXP DATE: | |
| AUTH CODE: | 041745 |

*mileage —*
*$25.26*

*Travel From Airport*

07066-06

# NATIONAL OFFICE SUPPLY (51)

Tel.: (671) 734-0312 / 734-0314 / 734-0316 / 646-5115
Fax: (671) 734-0317 / 649-2640

P.O. Box 3767
Hagåtña, Guam 96932

Groceries for
apartment in Guam
63.17
- 11.98
$51.19

## CASH INVOICE
## BC- 106729

04-26-0.

1   14:55
    57.94

01    8.84

DATE 04-26-08

| CASH & CARRY | C.O.D. | REFUND PAID OUT | CREDIT MEMO |
|---|---|---|---|
| ARTICLE | | UNIT PRICE | AMOUNT |
| | | | 8·84 |

-8.?? TL
-20.04 CH TD
-11.20 CG

| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| Thanks for your kind Patronage | | TOTAL | 8 84 |

All Claims & returned goods must be accompanied by this bill. Returned merchandise is subject to a 10% handling charge, and will not be accepted after 15 days from the date of purchase.

PAY-LESS SUPERMARKETS INC.
AGANA - 477-7806 / 472-8346

IP   5.99
IP   5.99
YOUR BALANCE DUE IS        11.98
POTA TOL CHIPPLE    LP   4.39 F
TO 100% OHE ONLI   NP   3.99 F
GRANZ GIGS CRACK   NP   3.59 F
CA SUN 2%LF MILK   NP   4.29 F
CA SUN 2%LF MILK   NP   4.29 F
WP CHZ 6%F WRAP    NP   3.39 F
F CH AM IMPRT LTT  HP   3.19 F
RUSSER TURKEY      NP   3.89 F
ARET SLI HAM HGN   HP   3.59 F
RUSSER TURKEY      NP   3.89 F
CHRYST MARGARINE   NP   2.69 F
MUSTON SALT&PEPR   NP   1.79 F
SERLH MUSTARD      LP   1.67 F
3.12 lb @ 1.29 /lb
AT   US BANANAS    NP   4.68 F
YOUR BA ANCE DUE IS     63.17
    CASH SALES          65.00
    CHARGE              1.83

    YOUR APPROXIMATE GST IS  $ 3.43

4/26/08 14:55 0094 05 0193 437

THANK YOU FOR SHOPPING AT PAY-LESS
**   RETAIL COPY (7%GT)        *

07066-α

* * * Restaurant * * *
Capricciosa III Hagatna
Hagatna Shopping Center
Hagatna, Guam
671-472-1009

1043 Castana

Tbl 25/1      Chk 2254      Gst 4
              Apr26'08 12:34PM

2 Iced Tea                    5.00
2 Cold Water                  0.00
1 Lemonade                    2.50
2 I-3 Tuna Calamar           25.98
2 P5-Acciughe                25.50
Subtotal                     58.98
10% Gratuity                  5.90
01:22PM Total                64.88

Thank You for visiting us at.
Capricciosa III Hagatna

64.88
- 13.00
$51.88



kmart

KMART STORE 7705
404 N MARINE DR (RTE 1)
TAMUNING, GU 96911
(671)649-9878

** WELCOME TO YOUR **
** KMART STORE 7705 **

CASHIER: SUSI                    $58.98
GENERAL MERCHANDISE
03596870751   IRON BOARD      16.99
05087553172   B&D IRON        41.99
67441291456   CORD SHIRT      18.99

**** TAX        .00  BAL      77.97
XXXXXXXXXXXX7577
1C  APPROVAL 016788
/F    MC                      77.97
      CHANGE                     00

TOTAL NUMBER OF ITEMS = 3



   ØQE Z6C 589 Ø1G 82L 8H4

  RECEIPT# 07705 042408 008 15418

4/24/08  7:11 PM 7705 08 1541 0288

he Replacement Plan for
tem(s) 05087553172 was not
urchased.
f you decide within 30 days of
urchase you would like the plan,
ring this receipt to the Service
esk at your local kmart

lerchandise included in today's
ransaction may be returned or
xchanged before 07/23/08 with
his receipt.

he complete return & exchange policy
s available at the Service Desk.

       ....... ..

Bottled water
and
Gatorade                    (52)

BARIGA       123456

WELCOME TO
SPEC BARRIGADA

BARRIGADA 76
112 ROUTE 10
BARRIGADA         GU
DLR #   00247395

04/28/08      15:32
PERTNO500      $0.99
BATCLBU20      $1.49
GATERCWL20     $1.49
WESPUTRENG     $0.95
SUBTOT         $4.82
TOTAL          $4.82
CASH           $5.02

TL/NOTAX       $4.82
TAX PD         $0.00
CHANGE         $0.20
RECEIPT NO. 1-2024

----------------------
CUSTOMER SIGNATURE
4% GRT INCLUDED

   THANK YOU

THE COFFEE BEANERY
GCIC BUILDING, HAGATNA
472-5761

04/25/2008 11:49AM    02
000000#2719     SHERRIE

         2 @ $5.99
SANDWICH/PASTRY   $11.98
HAM&SWISS SAND     $6.48

ITEMS        30
***TOTAL   $18.47
CASH        $20.00
CHANGE       $1.53

 INCLUDES 4% GRT
 THANK YOU!!
 PLEASE COME AGAIN

citibank  citibank  citibank  citibank  citibank

07066-02

  Travel Service 

P.O. Box 6038, Tamuning, Guam 96931
928 N. Marine Drive 2nd floor, Upper Tumon (Aida's bldg.)
next to chuck steak house and Pia Marine
Hour: 9am to 5pm Mon-Fri
Email: deena@ite.net • Cell: 777-2014
lenith@ite.net • Cell: 787-9280
clintgman@yahoo.com • Cell: 482-3879

**INVOICE**
**27400**

C/O: Gershman, Brickner & Bratton, Inc. (GBB)

DATE ~~12April2008~~

| PASSENGER NAME | TICKET NUMBER | FLIGHT ROUTE | DEPARTURE DATE | AMOUNT |
|---|---|---|---|---|
| Bratton/Timothy | 0055944536390 | IAD IAH<br>IAH GUM<br>GUM IAH<br>IAH IAD | 22Apr | 5169.16 |
| | | | (SVC fees) | 150.00 |
| | | | | 5319.16 |

*07066-01*



| RECVD. BY: | | FORM OF PAYMENT: | CREDIT CARD | 5319.16 |
|---|---|---|---|---|
| DATE: | | | CASH/CHECK | |
| | | | RECEIPT NO. | |
| | | | CHARGE AMOUNT $ | |

**TERMS AND CONDITIONS:**
All invoices are due 7 days from date of issue, invoices over 30 days will be charged an additional 5% and will be added to unpaid balance. Royal Travel may refer unpaid invoice to an attorney or collection for payment and all fees will be charged to the purchaser. The purchaser will be charged $50.00 for any return checks. Refundable tickets and tours will asses a fee of $50.00 per person.

Please be sure to verify that the names shown on your tickets are the same as your passport/birth certificate and dates and routes are correct. Thank you for choosing Royal Travel.

Signature of Purchaser                    Date

WHITE-CUSTOMER  •  YELLOW-ACCTG  •  PINK-AGENCY FILE

*54*

ETKT                    CREDIT CARD CHARGE FORM              CUSTOMER COPY
CONTINENTAL AIRLINES             IAD/IAD           ROYAL TRAVEL SERVICE
REFUNDABLE                       12APR08           TAMUNING GU 96913
                                                   54720831    YDZBR6/1A

BRATTON/TIMOTHY
SIGNATURE X:
I ACKNOWLEDGE PURCHASE OF TRANSPORTATION RELATED SERVICES AND/OR
GOODS AND AM AWARE OF APPLICABLE RESTRICTIONS AND/OR PENALTIES
ASSOCIATED WITH THE PURCHASE AS SHOWN ON THIS RECEIPT

  USD 5108.00

  USD 10.00AY
  USD  6.36GU    AX378346389236002    0709         APVL S109176
  USD 44.80XT
  USD 5169.16    7906/    005 5944536390 1


ROYAL TRAVEL SERVICE
929 N MARINE DRIVE
TAMUNING 9671, GU 96913

TERMINAL ID:                 001162001
MERCHANT #:                1520029508

AMEX
#XXX4XXXXXXXXX6002
SALE
BATCH: 006198         INVOICE: 000035
DATE: APR 12, 08      TIME: 12:50
SEQ: 001              AUTH NO: 194755


     TOTAL           $159.00


          CUSTOMER COPY

# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com


| | |
|---|---|
| Project ID: | **07066:01** |
| Project Name: | **US District Court for Guam - Receivership** |
| Manager: | **HWG** |
| Client ID: | **07066** |

MANNING

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 4/1/2008 to 4/30/2008 | DM to DM | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 4/11/2008 | Taxi<br>Taxi from BWI to the home of Harvey Gershman. | 1.00 | $96.50 | $96.50 | 0.00 | $96.50 | Billable |
| 4/12/2008 | Plane<br>Continental Airline's for Manning - Nashville - Houston - Guam and return | 1.00 | $5,303.66 | $5,303.66 | 0.00 | $5,303.66 | Billable |
| 4/14/2008 | Parking<br>Airport Parking for 4-11 to 4/14.  Parking was higher than usual due to use of short term parking due to heavy rains. | 1.00 | $85.00 | $85.00 | 0.00 | $85.00 | Billable |
| 4/15/2008 | Plane<br>Flight from Nashville to Fairfax, VA at GBB office to discuss project requirements and prepare for trip to Guam | 1.00 | $219.50 | $219.50 | 0.00 | $219.50 | Billable |
| 4/21/2008 | Plane<br>Change in flight for stop in Hawaii on April 21. | 1.00 | $10.70 | $10.70 | 0.00 | $10.70 | Billable |
| 4/21/2008 | Lodging<br>Hotel for overnight in Honolulu. | 1.00 | $144.43 | $144.43 | 0.00 | $144.43 | Billable |
| 4/21/2008 | Meals<br>Dinner (such as it was) in Honolulu. | 1.00 | $2.35 | $2.35 | 0.00 | $2.35 | Billable |
| 4/21/2008 | Taxi<br>Taxi from airport to hotel in Honolulu. | 1.00 | $30.00 | $30.00 | 0.00 | $30.00 | Billable |
| 4/21/2008 | Meals<br>Breakfast for Chace Anderson and myself in Honolulu - this applies to the per deim. | 1.00 | $62.45 | $62.45 | 0.00 | $62.45 | Billable |
| 4/21/2008 | Meals<br>Meeting with John Harder to discuss possible engagement with the Guam Receivership Team. | 1.00 | $15.13 | $15.13 | 0.00 | $15.13 | Billable |
| 4/27/2008 | Miscellaneous Travel Expenses<br>Gasoline for rental vehicle. | 1.00 | $28.84 | $28.84 | 0.00 | $28.84 | Billable |
| 4/30/2008 | Miscellaneous Travel Expenses<br>Groceries for the apartment. | 1.00 | $25.22 | $25.22 | 0.00 | $25.22 | Billable |

|  |  |  |
|---|---|---|
| **Sum of Billable Expenses:** | $6,023.78 | $6,023.78 |
| **Billable + Non-Billable Total:** | $6,023.78 | $6,023.78 |

$56$

**From:** Southwest Airlines [SouthwestAirlines@mail.southwest.com]
**Sent:** Wednesday, April 02, 2008 9:55 AM
**To:** Cora Chaply
**Subject:** Ticketless Confirmation - MANNING/DAVID - KCAQE8



Receipt and Itinerary as of 04/02/08 8:54 AM

**Confirmation Number**

KCAQE8



Confirmation Date: 04/02/08
Received: HARVEY G          $07066-01$

### Passenger Information

| Passenger Name | Account Number | Ticket# | Expiration[1] |
|----------------|----------------|---------|------------|
| MANNING/DAVID | 00000037447793 | 526-2374300288-0 | 04/02/09 |

[1] All travel involving funds from this Confirmation Number must be completed by the expiration date.

### Itinerary

| Date | Flight | Routing Details |
|------|--------|-----------------|
| Fri Apr 11 | 505 | Depart NASHVILLE TN (BNA) at 3:10 PM<br>Arrive in BALTIMORE-WASHNTN (BWI) at 5:50 PM |
| Mon Apr 14 | 331 | Depart BALTIMORE-WASHNTN (BWI) at 9:40 PM<br>Arrive in NASHVILLE TN (BNA) at 10:30 PM |

### Cost and Payment Summary

| | |
|---|---|
| Air | $ 186.05 |
| Tax | $ 20.95 |
| PFC Fee | $ 7.50 |
| Security Fee | $ 5.00 |

**Total Payment: $219.50**

Current payment(s)
04/02/08 AMER EXPRESS xxxxxxxxxxx6002 Ref 526-2374300288-0 $219.50

### Fare Rule(s)

Valid only on Southwest Airlines. NON REFUNDABLE/ STANDBY REQ UPGRADE TO YL All travel involving funds from this Confirmation Number must be completed by the expiration date. Any change to this itinerary may result in a fare increase.

Fare Calculation:

NRF- 1 BNAWNBWI W7NR 122.00 BWIWNBNA N7NTNR 78.00 $200.00 ZP7.00 XFBNA3.00 BWI4.50 AYBNA2.50 BWI2.50 $219.50

*C07066-01 Expenses* 

57

5298523

| QUAN. | CLASS | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| | | Bathsvda | $1 | 50 |
| | | | | |

| DATE | | AUTHORIZATION | | SUB TOTAL | |
|---|---|---|---|---|---|
| REFERENCE NO. | | | REG/DEPT. | TAX | |
| FOLIO/CHECK NO. | | | SERVER | CLERK | TIPS/MISC. | 15 00 |
| **SALES SLIP** | | | | **TOTAL** | 56 50 |

CUSTOMER COPY

PURCHASER SIGN HERE

X 

Cardholder acknowledges receipt of goods and/or services in the
amount of the Total shown hereon and agrees to perform the
obligations set forth in the Cardholder's agreement with the Issuer.

**IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS**

**Central** Parking System

NASHVILLE INTERNATIONAL
AIRPORT - MUSIC CITY USA
(615) 275-1045

**CUSTOMER RECEIPT**

Toledo Ticket Co., Toledo, OH          03470036

| Tran | In Time | Out Time | Fee | CC# |
|---|---|---|---|---|

6044 04/11 14:10 04/14 23:11 $85.00 4547

Ticket Itinerary and Receipt

# Deena Guerrero of Royal Travel Services



58

**From:** Continental Airlines, Inc. [continentalairlines@continental.com]
**Sent:** Saturday, April 12, 2008 1:28 PM
**To:** DEENA@ITE.NET
**Subject:** eTicket Itinerary and Receipt for Confirmation DL1X8T

07066-01

To ensure delivery of this e-mail please add continentalairlines@continental.com to your address book or approved senders list. See instructions for adding us to your address book.



**Continental Airlines**

Confirmation: **DL1X8T**

Print your boarding pass at **continental.com** within 24 hours of your flight

sue Date: April 12, 2008

| raveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| IANNING/DAVID | 0055944536383 | | ---/---/---/--- |

**LIGHT INFORMATION**

| ay, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| ue, 22APR08 | CO2175[1] | Y | NASHVILLE (BNA) 6:00AM | HOUSTON BUSH INTL (IAH) 8:09AM | ERJ-145 | Snack |
| ue, 22APR08 | CO1 | Z | HOUSTON BUSH INTL (IAH) 9:35AM | GUAM IS SW PAC (GUM) 5:40PM (23APR) | 767-400 | Lunch |
| led, 14MAY08 | CO2 | Z | GUAM IS SW PAC (GUM) 6:25AM | HOUSTON BUSH INTL (IAH) 7:30AM | 767-400 | Breakfast |
| ed, 14MAY08 | CO2528[2] | Y | HOUSTON BUSH INTL (IAH) 8:50AM | NASHVILLE (BNA) 10:44AM | ERJ-145 | Snack |

perated by EXPRESSJET AIRLINES INC doing business as CONTINENTAL EXPRESS doing business as
NTINENTAL EXPRESS
perated by EXPRESSJET AIRLINES INC doing business as CONTINENTAL EXPRESS doing business as
NTINENTAL EXPRESS

**ARE INFORMATION**

| are Breakdown | | Form of Payment: |
|---|---|---|
| rfare: | 5,094.00 USD | AMERICAN EXPRESS |
| S. Security Service Fee: | 10.00 | Last Four Digits 6002 |
| uam Inspection Service | 6.36 | |
| arges: | | |
| S. Federal Transportation Tax: | 15.40 | |
| S. Federal Transportation Tax: | 15.40 | |
| S. APHIS User Fee: | 5.00 | |
| S. Passenger Facility Charge: | 7.50 | |
| r Person Total: | 5,153.66 USD | |
| | | |
| icket Total: | **5,153.66 USD** | |

re Rules:     Additional charges may apply for changes in addition to any fare rules listed.
REFUNDABLE

### International eTicket Travel Reminders

**Check-in Requirement** - Bags must be checked and boarding passes obtained at least 60 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be canceled if this condition is not met.
**Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 30 minutes prior to scheduled departure.
Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding,

*attn. CORA*



07066-0(    (59)

# Royal Travel Service



P.O. Box 6038, Tamuning, Guam 96931
928 N. Marine Drive 2nd floor, Upper Tumon (Aida's bldg.)
next to chuck steak house and Pia Marine
Hour: 9am to 5pm Mon-Fri
Email:  deena@ite.net • Cell: 777-2014
         lenith@ite.net • Cell: 787-9280
C/O: _Gershman, Brickner &_      clintgman@yahoo.com • Cell: 482-3879
      _Bratton, Inc. (GBB)_

**INVOICE**

**27401**

DATE _12April2008_

| PASSENGER NAME | TICKET NUMBER | FLIGHT ROUTE | DEPARTURE DATE | AMOUNT |
|---|---|---|---|---|
| Manning/David | 0055944536383 | BNA IAH<br>IAH GUM<br>GUM IAH<br>IAH BNA | 22Apr | 5153.66 |
|  |  |  | (service fee) | 150.00 |
|  |  |  |  | 5,303.66 |



RECVD. BY: _Cora L Chaply_

DATE: _4/15/08_

FORM OF PAYMENT:  CREDIT CARD    | 5303.66 |
                  CASH/CHECK
                  RECEIPT NO.
                  CHARGE AMOUNT  $

**TERMS AND CONDITIONS:**
All invoices are due 7 days from date of issue, invoices over 30 days will be charged an additional 5% and will be added to unpaid balance. Royal Travel may refer unpaid invoice to an attorney or collection for payment and all fees will be charged to the purchaser. The purchaser will be charged $50.00 for any return checks. Refundable tickets and tours will asses a fee of $50.00 per person.

Please be sure to verify that the names shown on your tickets are the same as your passport/birth certificate and dates and routes are correct. Thank you for choosing Royal Travel.

Signature of Purchaser                                              Date



# Royal Travel Service

(60)

P.O. Box 6038, Tamuning, Guam 96931
928 N. Marine Drive 2nd floor, Upper Tumon (Aida's bldg.)
next to chuck steak house and Pia Marine
Hour: 9am to 5pm Mon-Fri
Email: deena@ite.net • Cell: 777-2014
lenith@ite.net • Cell: 787-9280
clintgman@yahoo.com • Cell: 482-3879

**INVOICE**

**27445**

C/O: _G. B.B._

DATE _4-16-08_

| PASSENGER NAME | TICKET NUMBER | FLIGHT ROUTE | DEPARTURE DATE | AMOUNT |
|---|---|---|---|---|
| Manning David | Reissue with Stop in Hawaii | | 21APR | 10 70 |
| | | PID | | |

| | |
|---|---|
| RECVD. BY: _____ | **FORM OF PAYMENT:** |
| | CREDIT CARD |
| DATE: _____ | CASH/CHECK |
| | RECEIPT NO. |
| | CHARGE AMOUNT $ |

CREDIT CARD: 10.70

**TERMS AND CONDITIONS:**
All invoices are due 7 days from date of issue, invoices over 30 days will be charged an additional 5% and will be added to unpaid balance. Royal Travel may refer unpaid invoice to an attorney or collection for payment and all fees will be charged to the purchaser. The purchaser will be charged $50.00 for any return checks. Refundable tickets and tours will asses a fee of $50.00 per person.

**Please be sure to verify that the names shown on your tickets are the same as your passport/birth certificate and dates and routes are correct. Thank you for choosing Royal Travel.**

_____ _____
Signature of Purchaser                Date



07066-01

---

ETKT                    CREDIT CARD CHARGE FORM          CUSTOMER COPY
CONTINENTAL AIRLINES                    BNA/BNA          ROYAL TRAVEL SERVICE
REFUNDABLE                              12APR08          TAMUNING GU 96913
                                                         54720831      YDZCIV/1A

MANNING/DAVID
SIGNATURE X:
I ACKNOWLEDGE PURCHASE OF TRANSPORTATION RELATED SERVICES AND/OR
GOODS AND AM AWARE OF APPLICABLE RESTRICTIONS AND/OR PENALTIES
ASSOCIATED WITH THE PURCHASE AS SHOWN ON THIS RECEIPT

USD 5094.00

USD 10.00AY
USD  6.36GU     AX378346389236002     0709          APVL 8188505
USD 43.30XT
USD 5153.66     7906/     005 5944536383 1

ROYAL TRAVEL SERVICE
928 N MARINE DRIVE
TAMUNING 7691, GU 96913

TERMINAL ID:                    461162601
MERCHANT #:                     1529429588

AMEX
#xxxxxxxxxxxx6002
SALE
BATCH: 000191          INVOICE: 691556
DATE: APR 12, 08          TIME: 12:55
SN: 501          AUTH NO: 153937

TOTAL          $5153.66

CUSTOMER COPY



# ALA MOANA HOTEL

410 ATKINSON DRIVE • HONOLULU, HAWAII 96814
PHONE: (808) 955-4811 • FAX: (808) 944-2974



NING, DAVID
) ARLINGTON BLVD.
. 203
RFAX VA 22031

07066-01

| | PAGE | 1 - A |
|---|---|---|
| | FOLIO | 95633391 |
| | ARRIVAL | 04/21/2008 |
| | DEPARTURE | 04/22/2008 |
| | TIME | 09:45 AM |
| | GROUP | AMH |
| | ROOM | 1628 |

'ACT

| | REFERENCE | | DESCRIPTION | CHARGE | CREDIT |
|---|---|---|---|---|---|
| )8 | 1628 | AMH | ROOM - AUTO POST | 129.00 | |
| )8 | 1628 | AMH | TAX | 15.43 | |
| )8 | 00536B | AMH | V I S A | | 144.43 |
| | | | *** BALANCE *** | 0.00 | |

ability for my charges is not waived and agree to be held personally liable in the event that
on, company or association fails to pay for any or the full amount of these charges. I also
rges contained in this account are correct and any disputes or request for copies of charges
n five days after my departure.

**CARD:** VI # ************4547
**EX:** 09/2008 **AMT:** 144.43
**DATE:** 04/22/2008

NING/DAVID
with us at the Ala Moana Hotel. If we can assist you with future reservations, please call
anada, Guam and Neighbor Islands at 1-800-446-8990 or 1-888-202-9485 or visit us at

# LAMONTS

LAMONTS #447
ALA MOANA HOTEL
410 ATKINSON DRIVE
HONOLULU HI 96814
(808) 944-6817

RECEIPT
04/21/08 05:54:37 PM
RECEIPT 273121 · STORE 447
REGISTER 4472 Clerk Estrella P

| Qty | Barcode | Descript | Total |
|-----|---------|----------|-------|
| 1 | 4000000032 | M&M PEAN | 1.19 |
| 1 | 415 | SINGLE S | 1.00 |
| 1 | 10013631 | BEVERAGE | 0.05 |
| 1 | 484161 | CONTAINE | 0.01 |
| | | Total Units | 2 |
| | | Subtotal | 2.25 |
| | | Tax | 0.10 |
| | | Total | 2.35 |
| 04/21/08 05:54:35 PM | CASH | | 20.00 |
| 04/21/08 05:54:36 PM | Change | | -17.65 |

*******MAHALO FOR SHOPPING******* ***AT
LAMONTS***

## BANK OF GUAM
### THE PEOPLE'S BANK

### SUPERMART
REGI: MANGILAO GU
(671) 735 6278

BATCH No. : 000187
TERMINAL ID : 3519956
CARD: VISA INT'L
CARD No. : XXXXXXXXXX4547 / Swiped
APPR No. : 6666
INVOICE : 001417
TRANS. : CREDIT CARD SALE

AMOUNT :              $    25.22

Tran Date/Time : 04-26-08     15:14:24
APPROVAL : 015568

Customer Copy
Thank you!

HMSHOST
STINGER RAYS MAIN TERMINAL
HONOLULU INTERNATIONAL AIRPORT
CHECK:      8940
TABLE:      102/1
SERVER:    4054 REYNANTE
DATE:       APR21'08  3:17PM
CARD TYPE: VISA      AO 4*
ACCT #:    XXXXXXXXXXX4547
EXP DATE:  XX/XX
AUTH CODE: 01543B

          DAVID MANNING

TOTAL:              12.13

TIP: _____ 3.00

TOTAL: _____ 15.13

X _____
I AGREE TO PAY THE ABOVE AMOU
IN ACCORDANCE WITH THE CARD
ISSUER'S AGREEMENT.

(6/3)
WELCOME TO SPPC
AGAT.

AGAT 76
788 ROUTE 2
AGAT                    GU
DLR# 00247361
DATE: 04/27/08

VISA          ACCT#
XXXX XXXX XXXX 4547
Q3PH57B6T8D8
INV# 113729     GM/GS
REF# 921 81-020
AUTH# 46-101181

PUMP# 6          SELF
UNL            6.86BG
PRICE/GAL    $4.199

FUEL TOTAL    $28.84

--------------------
CUSTOMER SIGNATURE

THANK YOU



Taxi Fare Receipt
Date: 4/21/08   Time:
From: Airport
To: Hotel Ala Moana
Fare:
Tip:
Total: 30

For Taxi Control, please call 733-2530

07066-01

# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

Project ID:       **07066:01**
Project Name:     **US District Court for Guam - Receivership**
Manager:          **HWG**
Client ID:        **07066**

*Anderson*

| ELDATE | EMPLOYEEID | PROJECTID |
|--------|-----------|-----------|
| 4/1/2008 to 4/30/2008 | CA to CA | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|------|-------------|-------|------|----------|------|--------|--|
| 4/12/2008 | Plane<br>Royal Travel Service - Continental Airlines to Guam -<br>Medford, ORE to Seattle to Honolulu to Guam and return -<br>Confirmation # DML888 | 1.00 | $5,221.36 | $5,221.36 | 0.00 | $5,221.36 | Billable |
| 4/21/2008 | Meals<br>food at sea tac while waiting for connection flight | 1.00 | $3.27 | $3.27 | 0.00 | $3.27 | Billable |
| 4/21/2008 | Meals<br>food at sea tac | 1.00 | $8.04 | $8.04 | 0.00 | $8.04 | Billable |
| 4/22/2008 | Lodging<br>lodging in honolulu | 1.00 | $144.43 | $144.43 | 0.00 | $144.43 | Billable |
| 4/22/2008 | Taxi<br>taxi cab for David and I to airport for flight to Guam. | 1.00 | $30.00 | $30.00 | 0.00 | $30.00 | Billable |
| 4/23/2008 | Meals<br>subject to per diem | 1.00 | $23.98 | $23.98 | 0.00 | $23.98 | Billable |
| 4/27/2008 | Meals<br>subject to perdiem; purchased food goods at supermarket to<br>cook at the hotel for five people. | 1.00 | $92.27 | $92.27 | 0.00 | $92.27 | Billable |
| 4/28/2008 | Meals<br>subject to perdiem | 1.00 | $6.50 | $6.50 | 0.00 | $6.50 | Billable |
| 4/30/2008 | Meals<br>Coffee Beanery - Guam | 1.00 | $3.40 | $3.40 | 0.00 | $3.40 | Billable |
| 4/30/2008 | Meals<br>subject to per diem | 1.00 | $7.25 | $7.25 | 0.00 | $7.25 | Billable |

| | | | Sum of Billable Expenses: | $5,540.50 | | $5,540.50 | |
|--|--|--|---------------------------|-----------|--|-----------|--|
| | | | Billable + Non-Billable Total: | $5,540.50 | | $5,540.50 | |





# *Royal* Travel Service

(65)

P.O. Box 6038, Tamuning, Guam 96931
928 N. Marine Drive 2nd floor, Upper Tumon (Aida's bldg.)
next to chuck steak house and Pia Marine
Hour: 9am to 5pm Mon-Fri
Email:  deena@ite.net • Cell: 777-2014
         lenith@ite.net • Cell: 787-9280
         clintgman@yahoo.com • Cell: 482-3879

**INVOICE**
**27397**

C/O: GBB-Gershman, Brickner&Bratton, Inc

DATE  12Apr

| PASSENGER NAME | TICKET NUMBER | FLIGHT ROUTE | DEPARTURE DATE | AMOUNT |
|---|---|---|---|---|
| Anderson/Richard | 0055944536386 | MFR SEA<br>SEA HNL<br>HNL GUM<br>GUM HNL<br>HNL PDX<br>PDX MFR | 21APR | 5071.36 |
|  |  |  | (Service fees) | 150.00 |
|  |  |  |  | 5221.36 |

07066-01

**PAID**

RECVD. BY: _____

DATE: _____

FORM OF PAYMENT:  CREDIT CARD
                  CASH/CHECK
                  RECEIPT NO.
                  CHARGE AMOUNT  $

| 5221.36 |
|---|
|  |
|  |

**TERMS AND CONDITIONS:**
All invoices are due 7 days from date of issue, invoices over 30 days will be charged an additional 5% and will be added to unpaid balance. Royal Travel may refer unpaid invoice to an attorney or collection for payment and all fees will be charged to the purchaser. The purchaser will be charged $50.00 for any return checks. Refundable tickets and tours will asses a fee of $50.00 per person.

Please be sure to verify that the names shown on your tickets are the same as your passport/birth certificate and dates and routes are correct. Thank you for choosing Royal Travel.

_____          _____
Signature of Purchaser              Date

*66*

ETKT
CONTINENTAL AIRLINES
VALID AS

CREDIT CARD CHARGE FORM
MFR/MFR
12APR08

CUSTOMER COPY
ROYAL TRAVEL SERVICE
TAMUNING GU 96913
54720S31      YD2LPB/1A

ANDERSON/RICHARD
SIGNATURE X:
I ACKNOWLEDGE PURCHASE OF TRANSPORTATION RELATED SERVICES AND/OR
GOODS AND AM AWARE OF APPLICABLE RESTRICTIONS AND/OR PENALTIES
ASSOCIATED WITH THE PURCHASE AS SHOWN ON THIS RECEIPT

USD 4995.00

USD 10.00AY
USD  6.36QU    AX378346389236002     0709        APVL S173754
USD 60.00XT
USD 5071.36    7906/     005 5944536386 4

ROYAL TRAVEL SERVICE
920 N MARINE DRIVE
TAMUNING 96911 GU 96913

TERMINAL ID:          961162661
MERCHANT N:          1329929446

AMEX
XXXXXXXXXXXXX6092
SALE
BATCH: 000108          INVOICE: 000533
DATE: APR 12, 08         TIME: 12:45
SEQ: 001             AUTH NO: 111206

TOTAL          $150.00

CUSTOMER COPY



**Deena Guerrero of Royal Travel Services**

**From:** Continental Airlines, Inc. [continentalairlines@continental.com]

**Sent:** Saturday, April 12, 2008 1:16 PM

**To:** DEENA@ITE.NET

**Subject:** eTicket Itinerary and Receipt for Confirmation DML888

To ensure delivery of this e-mail please add **continentalairlines@continental.com** to your address book or approved senders list. See instructions for adding us to your address book.

# Continental Airlines 

Confirmation:
**DML888**

Print your boarding pass
at **continental.com**
within 24 hours of your flight

Issue Date: April 12, 2008

| Traveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| ANDERSON/RICHARD | 0055944536386 | | ---/---/---/---/---/--- |

**FLIGHT INFORMATION**

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Mon, 21APR08 | AS2452 | Y | MEDFORD ORE (MFR) 6:00AM | SEATTLE WA. (SEA) 7:20AM | | |
| Mon, 21APR08 | CO6425[1] | Z | SEATTLE WA. (SEA) 8:35AM | HONOLULU HNL (HNL) 11:31AM | | |
| Tue, 22APR08 | CO1[2] | Z | HONOLULU HNL (HNL) 2:00PM | GUAM IS SW PAC (GUM) 5:40PM (23APR) | 767-400 | Lunch |
| Wed, 21MAY08 | CO2[3] | Z | GUAM IS SW PAC (GUM) 6:25AM | HONOLULU HNL (HNL) 5:40PM (20MAY) | 767-400 | Breakfast |
| Tue, 20MAY08 | CO6424[4] | Z | HONOLULU HNL (HNL) 10:50PM | PORTLAND OR (PDX) 7:16AM | | |
| Wed, 21MAY08 | AS2009 | Y | PORTLAND OR (PDX) 9:55AM | MEDFORD ORE (MFR) 10:59AM | | |

[1]Operated by NORTHWEST AIRLINES INC
[2]Operated by CONTINENTAL MICRONESIA
[3]Operated by CONTINENTAL MICRONESIA
[4]Operated by NORTHWEST AIRLINES INC
[4]Check-in at the Northwest Ticket Counter

**FARE INFORMATION**

| Fare Breakdown | | Form of Payment: |
|---|---|---|
| Airfare: | 4,995.00 USD | AMERICAN EXPRESS |
| U.S. Security Service Fee: | 10.00 | Last Four Digits 6002 |
| Guam Inspection Service Charges: | 6.36 | |
| U.S. Federal Transportation Tax: | 23.10 | |
| U.S. Federal Transportation Tax: | 15.40 | |
| U.S. APHIS User Fee: | 5.00 | |
| U.S. Passenger Facility Charge: | 16.50 | |
| Per Person Total: | 5,071.36 USD | |
| | | |
| eTicket Total: | **5,071.36 USD** | |

Fare Rules:  Additional charges may apply for changes in addition to any fare rules listed.
VALID AS

**International eTicket Travel Reminders**



57066 0    hoel Ander  18
           G uan
                  07066-0

# ALA MOANA HOTEL

410 ATKINSON DRIVE • HONOLULU, HAWAII 96814
PHONE: (808) 955-4811 • FAX: (808) 944-2974

**NAME**   ANDERSON, RICHARD
**ADDRESS**  1575 CARTER LN

           ASHLAND OR 97520

**T/A**

| | |
|---|---|
| **PAGE** | 1 - A |
| **FOLIO** | 72633391 |
| **ARRIVAL** | 04/21/2008 |
| **DEPARTURE** | 04/22/2008 |
| **TIME** | 11:09 AM |
| **GROUP** | AMH |
| **ROOM** | 932 |

**CONTACT**

| DATE | REFERENCE | DESCRIPTION | CHARGE | CREDIT |
|---|---|---|---|---|
| 04/21/08 | 932 | AMH ROOM - AUTO POST | 129.00 | |
| 04/21/08 | 932 | AMH TAX | 15.43 | |
| 04/22/08 | 022277 | AMH NOVUS/DISCVR CRD | | 144.43 |
| | | *** **BALANCE** *** | **0.00** | |

agree that my liability for my charges is not waived and agree to be held personally liable in the event that
he indicated person, company or association fails to pay for any or the full amount of these charges. I also
gree that all charges contained in this account are correct and any disputes or request for copies of charges
ust be made within five days after my departure.

ignature: _____
         ANDERSON/R C

| | |
|---|---|
| **CARD:** DI  # | * * * * * * * * * * * * *8906 |
| **EX:** 11/2011 **AMT:** | 144.43 |
| **DATE:** 04/22/2008 | |

ahalo for staying with us at the Ala Moana Hotel. If we can assist you with future reservations, please call
s Toll Free US, Canada, Guam and Neighbor Islands at 1-800-446-8990 or 1-888-202-9485 or visit us at
ww.alamoanahotel.com



07066.01
Chace

**COFFEE BEANERY-GCIC**
HAGATNA, GUAM
CITIBANK N.A.

TERMINAL ID. : 98000075
MERCHANT #: 000798599985668

MASTERCARD - CARD SWIPE
\*\*\*\*\*\*\*\*\*\*\*\*9191
SALE
INVOICE: 523997        BATCH: 000012
DATE: APR 30, 08       TIME: 1314
RRN: 000011122751
AUTH NO: 045202

TOTAL                       $3.4

CUSTOMER COPY

---

Burger King #127
South Satellit

07066.01  Chace
Attn
Only

6.9

ORDER 61
EAT IN

WHOPPER                        2.9

        SUBTOTAL               2.99
        TAX                    0.28
                            =======
        TOTAL                  3.27
        CREDIT CARD            3.27
        CHANGE                 0.00

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
TOTAL CHARGE        3.27
M/C
ACCT # XXXXXXXXXXXX9191
AUTH 01529Z
REF 001661

I AGREE TO PAY ABOVE TOTAL
CHARGE PER CARD ISSUER AGREEMENT

_____

RETAIN THIS COPY FOR YOUR RECORDS

CUSTOMER COPY
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
==================================
HOW WAS IT?
TELL US AT
1-866-425-4745
CHECK ON BACK FOR FOOD OFFER.

OUR GOAL IS YOUR SATISFACTION!
==================================
Mon Apr 21 10:09 AM T=01 C=123

---

07066.01
Chace

07066-01

---



**Taxi Fare Receipt**

Time: 12:00

Date: 4/22
From: Enlow to Airport
To:
Fare: $30
Tip:
Total: $30

For Taxi Control, please call 733-2530

---

07066.01
Chace
APR 29 (Food)



07066.01
VEGGIE & SEAFOOD
MICRO. MALL
Chace

04/29/2008 11:31AM    01
060000#4883    CLERK01

CHOICE #2    $6.00
WATER        $1.25

ITEMS    2Q
CASH    $7.25

07066.01 4/27 GBB

07066 01
Chace Adler

07066-01

(70

**BANK OF GUAM**
THE PEOPLE'S BANK

**SUPERMART**
REG#8 MANGILAO GU
(671) 735-6278

BATCH No.     : 000188
TERMINAL ID   : 3519956
CARD          : MASTERCARD
CARD No.      : XXXXXXXXXXX5191 / Swiped
RREF No.      : 6967
INVOICE       : 001515
TRANS.        : CREDIT CARD SALE

AMOUNT        :    $    102.59

Tran Date/Time : 04/27/08    15:19:38
APPROVAL      : 02587Z

Customer Copy
Thankyou!

Less '0.32
92.27 ✓

Woody
2:PM                      04/27/2008

over                       Due
XXXXXXXXXXX8496
Card present. ANNE.JOHN R.C.
al: 021920

Amount :        8.04

Tip

= Total:

X_____
Approval: 021920

Customer Copy

SUPER MART
TEL 735-6278
FAX 735-6280
THANK YOU COME AGAIN
GBB

CLERK#: 909    NAME:ROXANN

SLAUSSEN HALVES 320Z              4.49 F
                                  5.16 F
CREST TP PPF 60Z                  3.79 F
CREST TP MATE 60Z                 3.79 F
HSH JR FRESH 420                  5.59 F
ANCHOR SALRECON 8Z                1.79 F
GLAD TALL KITCHEN                 6.79 F
ZIPLOC 3 CUPS                     3.99 F
*MEAT/FISH*                       3.49 F
COCOS CHUNK OIL                   1.39 F
ACE OF DIAMONDS            @ 1LB / $1.39
US 24.92 LB
BF LIGHT TUNA                     4.06 F
BF LIGHT                          1.39 F
SIN GHA BEER                      8.34 F
                          @ 8 QTY    $1.39
WB SPRITZERS                      2.69 F
WB BLUE CHEESE DIP16              2.79 F
*PRODUCE*                         6.31 F
*PRODUCE*                         1.66 F
  1.55 LB              @ 1LB / $.59
FUJI APPLE                        1.53 F
  2.73 LB              @ 1LB / $.89
MELON CANTALOPE                   2.43 F
  2.12 LB              @ 1LB / $.59
ORANGE                            1.25 F
  0.54 LB              @ 1LB / $.89
LETTUCE CELLO                      .48 F
  1.63 LB              @ 1LB / $2.79
MANGO 3                           7.06 F
  1.04 LB              @ 1LB / $.89
LETTUCE CELLO                      .64 F
AVACADO FRUIT         @ 1LB / $2.59
FAM OLIVES OIL 50Z                2.67 F
KETCHUP 240Z                      5.39 F
                                  1.89 F
  0.49 LB              @ 1LB / $.99
GREEN BELL PEPPER                  .49 F
BG SWEET RELISH 100Z              2.39 F
BF REAL MAYONNAISE                1.69 F

TOTAL                  102.59
CHARGE                 102.59
CHANGE                    .00

42    ITEMS

6003 2127-0003 SUN    4/27/08    3135PM 0227

# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800 Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

## Expense Details (With Memo)

Project ID:    **07066:01**
Project Name:  **US District Court for Guam - Receivership**
Manager:    **HWG**
Client ID:    **07066**

*SEADER*

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 4/1/2008 to 4/30/2008 | DLS to DLS | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 4/12/2008 | Plane<br>Service charge assessed for airfare postponed to May for Seader | 1.00 | $150.00 | $150.00 | 0.00 | $150.00 | Billable |
| 4/14/2008 | Taxi<br>Car Service | 2.00 | $45.00 | $90.00 | 0.00 | $90.00 | Billable |
| 4/14/2008 | Plane<br>Airfare - EWR - IAD - EWR | 1.00 | $699.00 | $699.00 | 0.00 | $699.00 | Billable |
| 4/15/2008 | Taxi<br>Taxi | 1.00 | $45.00 | $45.00 | 0.00 | $45.00 | Billable |
| 4/15/2008 | Meals<br>Dinner | 1.00 | $14.09 | $14.09 | 0.00 | $14.09 | Billable |
| 4/15/2008 | Taxi<br>Taxi | 1.00 | $48.00 | $48.00 | 0.00 | $48.00 | Billable |
| 4/15/2008 | Meals<br>Breakfast | 1.00 | $9.77 | $9.77 | 0.00 | $9.77 | Billable |

|  | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Sum of Billable Expenses:** | | | | $1,055.86 | | $1,055.86 | |
| **Billable + Non-Billable Total:** | | | | $1,055.86 | | $1,055.86 | |

 **Continental Airlines**  **Continental Airlines**

(72)

| y | Date | Flight | Depart | Time | Arrive | Time | Equip | Meal |
|---|------|--------|--------|------|--------|------|-------|------|
| on | 14APR08 | CO1200Y | Newark-Liberty Intl | 7:05 AM | Washington-Dulles | 8:27 AM | ERJ-135 | |
| | | | Operated by ExpressJet Airlines doing business as Continental Express | | | | | |
| e | 15APR08 | CO1211Y | Washington-Dulles | 7:15 PM | Newark-Liberty Intl | 8:55 PM | ERJ-135 | |
| | | | Operated by ExpressJet Airlines doing business as Continental Express | | | | | |

**SEADER/DAVID**                       **Confirmation Number: DEXP9S**

| EADER/DAVID | Seats 4A/4A | Ticket Number 0052163738422 | AN045560 |
|-------------|-------------|------------------------------|----------|

re: 630.70       Tax: 68.30       Per Person: 699.00       eTicket Total: 699.00       Issue Date: April 08, 2008

thod of Payment: American Express XXXXXXXXXXXX6002

re Rules Additional charges may apply for changes in addition to any fare rules listed.       This Ticket shall expire one year from date of issue

---

 **Continental Airlines**

| ne: | **SEADER/DAVID** | |
|-----|------------------|---|
| e: | **MON 14 APR 2008** | 23 |
| ePass: | **AN045560** | |
| XP9S | **500 Miles** | |
| ht: | **CO 1200 Y** | Operated by ExpressJet Airlines |

| e: | **A26a** | Seat: **4A** |
|----|----------|---------------|
| | *Shuttles Available from C71* | |

 *Access*™

**eTicket**

---

 **Continental Airlines**

| ne: | **SEADER/DAVID** | |
|-----|------------------|---|
| e: | **TUE 15 APR 2008** | 24 |
| ePass: | **AN045560** | |
| XP9S | **500 Miles** | |
| ht: | **CO 1211 Y** | Operated by ExpressJet Airlines |

| e: | **B31** | Seat: **4A** |
|----|---------|---------------|

793

*Access*™

**eTicket**

---

# RECEIPT

**Washington Dulles International Airport**
**Washington Flyer™ Taxi**

Date: 4/14/08

Name: DS

$: 45.—

From: IAD

To: GBB

Driver:

TAXICAB # 560

O7066-01

CREDIT CARD CHARGE FORM
EWR/EWR
12APR08

CUSTOMER COPY
ROYAL TRAVEL SERVICE
TAMUNING GU 96913
54720831    ZBMNTW/1A

ETKT
CONTINENTAL AIRLINES
REFUNDABLE

SEADER/DAVE
SIGNATURE X:
I ACKNOWLEDGE PURCHASE OF TRANSPORTATION RELATED SERVICES AND/OR
GOODS AND AM AWARE OF APPLICABLE RESTRICTIONS AND/OR PENALTIES
ASSOCIATED WITH THE PURCHASE AS SHOWN ON THIS RECEIPT

USD 5516.00

USD   10.00AY
USD    6.36GU      AX378346389236002     0709        APVL S161438
USD   47.80XT
USD 5580.16      7906/    005 5944536385 3

ROYAL TRAVEL SERVICE
500 N MARINE DRIVE
TAMUNING 9601 GU 96913

TERMINAL ID:           001162601
MERCHANT #:           1520007500

AMEX
*****************4002
SALE
BATCH: 000187          INVOICE: 007502
DATE: APR 12, 08          TIME: 12:42
SEQ: 004          AUTH NO: 111078

For
Dave
Seeler

TOTAL          $150.00

CUSTOMER COPY

**A PLUS LIMO & CAR SERVICE**

Courteous & Dependable Service to All

*Thank You For Choosing Us!*

Airport - NYC - Local & Long Distance Etc.
Personal & Company Account Welcome

24 Hr. Dispatch
All Major Credit Cards Accepted

Date: 4/15/08

| | |
|---|---|
| SUB TOTAL | 38 — |
| Tips | 7 — |
| Total | 15 — |

**Phone: 973. 275. 0660**

**A PLUS LIMO & CAR SERVICE**

Courteous & Dependable Service to All

*Thank You For Choosing Us!*

Airport - NYC - Local & Long Distance Etc.
Personal & Company Account Welcome

24 Hr. Dispatch
All Major Credit Cards Accepted

Date: 4/14/08

| | |
|---|---|
| SUB TOTAL | 38 — |
| Tips | 7 — |
| Total | 45 — |

**Phone: 973. 275. 0660**

DATE 4/15/08   AMOUNT $ 78. —

RECEIVED FROM _____

FROM GBB

DESTINATION IAD

CAB # _____ DRIVER I.D. # _____

DRIVERS NAME _____

HMSHOST
HARRY'S TAP
DULLES INTERNATIONAL AIRPORT
CHECK:          7356
TABLE:          49/1
SERVER:         9400 AHED
DATE:           APR15'08  6:48PM
CARD TYPE:      AMEX    A3 37*
ACCT #:         XXXXXXXXXXX7008
EXP DATE:       XX/XX
AUTH CODE:      585620
                D SEADER

TOTAL:          12.34

TIP             1.75

TOTAL           $14.09

```
MERRIFIELD          #07321
FALLS CHURCH    VA22042

 1 GR BREWED COFFEE    1.85
 1 DONUT APPLE FRITT   1.75
 1 TL HOT CHOC         2.50
 1 NP NY TIMES         1.25
             001494
 1 COOKIE 2PK BK & W   1.95
             406705
SUBTOTAL              9.30
  TAX 5.0             0.22
  TAX 5.0             0.06
  TAX 5.0             0.19
TOTAL                 9.77
MASTERCARD            9.77
  CARD#: XXXXXXXXXXXX8270
CHANGE DUE            0.00

07321 02B2 701278  001242553E
04/15/08              08:17
 Introducing Starbucks new
daily brew - Pike Place Roast.
It's always freshly roasted,
```

07066-01

X _____
I AGREE TO PAY THE ABOVE AMOUNT
IN ACI
ISSUEI          ARD

# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

**Expense Details (With Memo)**

Printed on: 5/16/2008
Page 1 of 1

Project ID: **07066:01**
Project Name: **US District Court for Guam - Receivership**
Manager: **HWG**
Client ID: **07066**

LUND

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 4/1/2008 to 4/30/2008 | CL to CL | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 4/12/2008 | Parking | 1.00 | $10.00 | $10.00 | 0.00 | $10.00 | Billable |
| | Parking for meeting place at Hotel George | | | | | | |
| 4/12/2008 | Mileage | 56.00 | $0.51 | $28.28 | 0.00 | $28.28 | Billable |
| | Mileage round trip from office to meeting place at Hotel George | | | | | | |
| 4/13/2008 | Mileage | 56.00 | $0.51 | $28.28 | 0.00 | $28.28 | Billable |
| | Mileage round trip from office to meeting place at Hotel George | | | | | | |
| 4/22/2008 | Plane | 1.00 | $5,319.16 | $5,319.16 | 0.00 | $5,319.16 | Billable |
| | Continental Airlines - IAD to Houston, TX to Honolulu to Guam - Ticket number 0055944536384 | | | | | | |
| 4/22/2008 | Taxi | 1.00 | $54.28 | $54.28 | 0.00 | $54.28 | Billable |
| | SuperShuttle service from residence to airport for Guam trip. | | | | | | |
| 4/23/2008 | Supplies | 1.00 | $70.23 | $70.23 | 0.00 | $70.23 | Billable |
| | Super Mart - For breakfast groceries and basic suplies for the apartment during the team stay in Guam at Ladera Towers. | | | | | | |
| 4/27/2008 | Meals | 1.00 | $32.72 | $32.72 | 0.00 | $32.72 | Billable |
| | Dominos Pizza for Team Dinner | | | | | | |
| 4/30/2008 | Meals | 1.00 | $10.35 | $10.35 | 0.00 | $10.35 | Billable |
| | Lunch | | | | | | |
| 4/30/2008 | Mileage | 60.00 | $0.51 | $30.30 | 0.00 | $30.30 | Billable |
| | Mileage using personal vehicle from airport to residence - 60 miles @ $0.505/mile | | | | | | |
| 4/30/2008 | Parking | 1.00 | $4.00 | $4.00 | 0.00 | $4.00 | Billable |
| | Washington Dulles Airport Parking | | | | | | |
| 4/30/2008 | Meals | 1.00 | $7.70 | $7.70 | 0.00 | $7.70 | Billable |
| | The Westin Resort - Bratton & Lund Breakfast | | | | | | |
| 4/30/2008 | Meals | 1.00 | $39.78 | $39.78 | 0.00 | $39.78 | Billable |
| | House of Brutus - Lunch - Bratton & Lund | | | | | | |

Sum of Billable Expenses: $5,635.08  $5,635.08

Billable + Non-Billable Total: $5,635.08  $5,635.08

Ticket Itinerary and Receipt

## Deena Guerrero of Royal Travel Services

76

**From:**    Continental Airlines, Inc. [continentalairlines@continental.com]

**Sent:**    Saturday, April 12, 2008 1:18 PM

**To:**    DEENA@ITE.NET

**Subject:** eTicket Itinerary and Receipt for Confirmation DFWX7P

07066-01

To ensure delivery of this e-mail please add **continentalairlines@continental.com** to your address book or approved senders list. See instructions for adding us to your address book.

 
# Continental Airlines

**Confirmation:**
## DFWX7P

**Print your boarding pass at** continental.com
**within 24 hours of your flight**

Issue Date: April 12, 2008

| Traveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| LUND/CHRISTOPHER | 0055944536384 | | ---/---/---/--- |

## FLIGHT INFORMATION

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Tue, 22APR08 | CO3024[1] | Y | WASHINGTON/DULLES (IAD) **6:00AM** | HOUSTON BUSH INTL (IAH) **8:17AM** | ERJ-145 | Snack |
| Tue, 22APR08 | CO1 | Z | HOUSTON BUSH INTL (IAH) **9:35AM** | GUAM IS SW PAC (GUM) **5:40PM (23APR)** | 767-400 | Lunch |
| Thu, 01MAY08 | CO2[2] | Z | GUAM IS SW PAC (GUM) **6:25AM** | HOUSTON BUSH INTL (IAH) **7:30AM** | 767-400 | Breakfast |
| Thu, 01MAY08 | CO3147[3] | Y | HOUSTON BUSH INTL (IAH) **1:04PM** | WASHINGTON/DULLES (IAD) **5:14PM** | ERJ-145 | Snack |

Operated by EXPRESSJET AIRLINES INC doing business as CONTINENTAL EXPRESS doing business as CONTINENTAL EXPRESS
Aircraft change in HONOLULU HI to 767-400
Operated by EXPRESSJET AIRLINES INC doing business as CONTINENTAL EXPRESS doing business as CONTINENTAL EXPRESS

## FARE INFORMATION

| Fare Breakdown | | Form of Payment: |
|---|---|---|
| Airfare: | 5,108.00 USD | AMERICAN EXPRESS |
| U.S. Security Service Fee: | 10.00 | Last Four Digits 6002 |
| Guam Inspection Service Charges: | 6.36 | |
| U.S. Federal Transportation Tax: | 15.40 | |
| U.S. Federal Transportation Tax: | 15.40 | |
| U.S. APHIS User Fee: | 5.00 | |
| U.S. Passenger Facility Charge: | 9.00 | |
| Per Person Total: | 5,169.16 USD | |

**Ticket Total:**      **5,169.16 USD**

**Fare Rules:**    Additional charges may apply for changes in addition to any fare rules listed.
REFUNDABLE

## International eTicket Travel Reminders

**Check-in Requirement** - Bags must be checked and boarding passes obtained at least 60 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be canceled if this condition is not met.
**Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 30 minutes prior to scheduled departure.



# *Royal* Travel Service 



P.O. Box 6038, Tamuning, Guam 96931
928 N. Marine Drive 2nd floor, Upper Tumon (Aida's bldg.)
next to chuck steak house and Pia Marine
Hour: 9am to 5pm Mon-Fri
Email: deena@ite.net ▪ Cell: 777-2014
          lenith@ite.net ▪ Cell: 787-9280
          clintgman@yahoo.com ▪ Cell: 482-3879

**INVOICE**
**27399**

C/O: Gershman, Brickner &
Bratton, Inc. (GBB)

DATE: 12April2008

| PASSENGER NAME | TICKET NUMBER | FLIGHT ROUTE | DEPARTURE DATE | AMOUNT |
|---|---|---|---|---|
| Lund/Christopher | 0055944536384 | IAD IAH<br>IAH GUM<br>GUM IAH<br>IAH IAD | 22Apr | 5169.16 |
| | | | (Service fees) | 150.00 |
| | | | | 5,319.16 |

O7066-01



| RECVD. BY: _____ | FORM OF PAYMENT: | CREDIT CARD | 5319.16 |
|---|---|---|---|
| | | CASH/CHECK | |
| DATE: _____ | | RECEIPT NO. | |
| | | CHARGE AMOUNT  $ | |

**TERMS AND CONDITIONS:**
All invoices are due 7 days from date of issue, invoices over 30 days will be charged an additional 5% and will be added to unpaid balance. Royal Travel may refer unpaid invoice to an attorney or collection for payment and all fees will be charged to the purchaser. The purchaser will be charged $50.00 for any return checks. Refundable tickets and tours will asses a fee of $50.00 per person.

Please be sure to verify that the names shown on your tickets are the same as your passport/birth certificate and dates and routes are correct. Thank you for choosing Royal Travel.

Signature of Purchaser                                              Date



78

O7066-01

ETKT                    CREDIT CARD CHARGE FORM          CUSTOMER COPY
CONTINENTAL AIRLINES              IAD/IAD          ROYAL TRAVEL SERVICE
REFUNDABLE                        12APR08          TAMUNING GU 96913
                                                  54720831      279DZL/1A

LUND/CHRISTOPHER
SIGNATURE X:
I ACKNOWLEDGE PURCHASE OF TRANSPORTATION RELATED SERVICES AND/OR
GOODS AND AM AWARE OF APPLICABLE RESTRICTIONS AND/OR PENALTIES
ASSOCIATED WITH THE PURCHASE AS SHOWN ON THIS RECEIPT

USD 5108.00

USD 10.00AY
USD    6.36GU    AX378346389234002    0709          APVL S104992
USD 44.80XT
USD 5169.16      7906/    005 5944536384 2

ROYAL TRAVEL SERVICE
928 N MARINE DRIVE
TAMUNING 9691, GU 96913

TERMINAL ID:          001162601
MERCHANT #:          520027599

AMEX
XXXXXXXXXXXXX6002
SALE
BATCH: 000157          INVOICE: 099534
DATE: APR 12, 08       TIME: 12:48
SEQ: 001               AUTH #DR 168764

TOTAL          $150.00

CUSTOMER COPY

cundgbb@g

Gmail  Calendar  Documents  Photos  Reader  Web  more ▼

# Gmail

### Create a Filter

Choose search criteria Specify the criteria you'd like to use for determining what to do with a message as it arrives. Use "Test Search" to see which messages would have been fil

| | | | |
|---|---|---|---|
| From: | CChaply@gtbinc.com | Has the words: | |
| To: | | Doesn't have: | |
| Subject: | | ☐ Has attachment | |

Show current filters

[ Cancel ] [ Test Search ] [ Next Step » ]

**Compose Mail**

« Back to Search Results  [ Report Spam ] [ Delete ] [ More Actions ]

07066-01

**Inbox (20)**   Flight Itineary  Inbox  x

Starred

Chris Lund   Cora Could you please send me the Flight information so I can plan accordingl ..

**Cora Chaply to me**

Chats

Chris: This is the itinerary. I normally do a word doc with all the information, but it seems I am getting piece mill con

Sent Mail

Drafts   Thank you,

All Mail   Cora

Spam

Trash

Contacts

ROYAL TRAVEL SERVICE            INVOICE 0000030027

928 NORTH MARINE DRIVE          DATE 09APRIL08

2ND FLOOR

Chat   TAMUNING GU 96913

Search, add, or Invite
Chris Lund   TELEPHONE: 671-646-6748        LUND/CHRISTOPHER
Set status here
Mary-Jane Atwater   FAX    : 671-646-6751
Chace Anderson
Cora Chaply
David L. Manning   SERVICE          DATE  FROM          TO           DEPART  ARRIVE
Francois Coulombe
Harvey Gershman
Miguel C. Bordall...
Pat Ravenelle   CONTINENTAL AIRLINES  22APR WASHINGTON DC  HOUSTON TX    600A   817A
Timothy Bretton
tor gudmundsen   CO 3024          TUESDAY DULLES INTL   G.BUSH INTERCO
Options   Add Contact   Y ECONOMY                    TERMINAL B

                                 SNACK                 NON STOP
Labels
Edit labels   RESERVATION CONFIRMED  3:17 DURATION

                     FLIGHT OPERATED BY EXPRESSJET AIRLINES IN

                 AIRCRAFT: EMBRAER RJ135/140/145
Invite a friend
Give Gmail to:   CLICK HERE FOR HOUSTON CITY INFO, TRANSFERS & EVENTS

[Send Invite] 50 left
Preview Invite   CONTINENTAL AIRLINES  22APR HOUSTON TX    GUAM        935A   540P

CO 1          TUESDAY G.BUSH INTERCO A.B WON PAT IN       23APR

Z BUSINESS           TERMINAL C

                 LUNCH                 1 STOP

                 RESERVATION CONFIRMED  17:05 DURATION

(80)

07066-01

```
COLONIAL
PARKING
LOCATION 119
THANK YOU !

04-12-2008 4:45 PM
039
SAT/SUN MAX    $10.00
TOTAL-->
$10.00
TOTAL  $10.00
```

mileage:
112 miles @ 0.505/mile
= $ 56.56

4/22/08 (8'1) 3/6

070(6-0)

# SuperShuttle Reservation Confirmation

Thank you Christopher Lund.

Your reservation with SuperShuttle has been saved.

| Confirmation Number | |
|---|---|
| To the Airport: | **3425972** |

**Itinerary**

*If you are traveling with children we strongly recommend the use of child safety seats. If federal, state or local laws require your child(ren) to be secured in a child safety seat, please bring one. If a child seat is required and not provided by you, we may not be able to provide service.*
*If you have oversized luggage, like golf clubs or a surfboard, please contact 1800 Blue Van for special instructions.*

| | |
|---|---|
| Airport: | Washington D.C. Dulles - (IAD) |
| Guests (over 3 years): | 1 |
| Guests (under 3 years, ride free): | 0 |
| Group / Online Discount Program: | |
| Accessible Service | No |

**Departure (To the Airport) Itinerary**

| | |
|---|---|
| Service: | Shared Ride Van Service (Up to 7 Passengers in Party) |
| Flight Time: | 4/22/08 6:00 AM |
| Airline: | Continental |
| Flight Number: | 3024 |
| Domestic / International: | Domestic |
| Pickup Time: | 4/22/08 3:17 AM - 3:32 AM |

**Location**

| | |
|---|---|
| Phone Number | |
| Contact Number | |
| Address: | |

**Billing**

| | |
|---|---|
| Card Type: | Visa |
| Card Number: | ***********7640 |
| Expiration: | 08/2009 |

| Total - To The Airport | |
|---|---|
| First Guest | $46.00 |
| Additional Guests (over 3 years) | N/A |
| Fuel Surcharge | N/A |
| Gratuity | $8.28 |
| Roundtrip Discount | N/A |
| Group Discount | N/A |
| Total | $54.28 |

4/23/08     (82)     4/6

07066-01

```
              SUPER MART
            TEL 735-6373
            FAX 735-6280
      THANK YOU   COME AGAIN


      CHK#: 505      NONE:SIMIKO


      *GROCERY*
      RAISIN BRAN                     2.99  F
      HONEY BUNCHES OFOAT             3.59  F
      C&H CANE SUGAR                  4.39  F
      CALIFORNIA S.U. 1.89            4.99  F
      CALIFORNIA S.U. 1.89            4.99  F
      MINUTE MAID ORIGINAL            3.35  F
      MINUTE MAID ORIGINAL            3.35  F




      *GROCERY*
      TIDE 40LOADS                    8.99  F
      CLOROX WIPES LEMON              6.99
      JOY ORANGE 16FL                 3.79
      SOFT GENTLE 4ROLLS              1.29
      SCTHBRITE SPONGE                1.89
      SCTHBRITE SPONGE                1.99  F
      SCOTCH BRITE 2PCK               1.89  F
      X LARGE EGGS DZ                 2.89
         2.84 LB    @  1LB /  $1.39   2.99  F
      US BANANA                       3.95  F
         8.74 LB    @  1LB /  $.39
      YELLOW ONION                     .45  F


        TOTAL              70.23

        CASH               80.00

        CHANGE             $9.77

          19    ITEMS



   0002 2127-0502 WED   4/23/08   9:21PM 0247
```

4/27/68   (83)   5/6

07066-01



Domino's Pizza of Guam
321 E. Harmon Industrial Park Road
Suite 6G
Harmon, Guam 96911

Tel: Tamuning   646-3030   Mangilao   734-3030
Dededo        637-3030   Yigo       653-3030

Ofc Tel: 647-3030   Fax 649-2856

**SALES INVOICE**   019664   DATE: 4-27 08

SOLD TO: CRUS   TEL #: 734-1111

ADDRESS: LATENA TOWERS

Carryout / Delivery

Payment by: Cash / Credit Card / Charge

Order Taker 6907
Driver 6907

| Qty | Item | Toppings | Price | Amount |
|-----|------|----------|-------|--------|
| 1 | 2 Litre Coke | | | 2.99 |
| 1 | 2 Sprite | | | 2.99 |
| 1 | L Meats | | | 24.99 |
| 1 | L NH | | | |
| 1 | L P | | | |
| 1 | Lrg Anchovies | | | 1.75 |
| | | | | |
| | | | | 32.72 |

Received by:

Purchaser agrees that interest of 1.5% per month shall be charged on all accounts
remaining unpaid after 30 days from date of purchase.  If the delinquent account is turned
over to collection, the purchaser shall pay the outstanding balance, interest, collector's fee,
court fee and other fees incurred.

White - Accounting     Yellow - Customer     Pink - File

HOUSE OF BRUTUS
ITC BLDG 1ST FLOOR
TAMUNING, GU 96913
671-647-0315

chant ID: 0280000640
c:h ID:H082

**Sale**

A
XXXXXXXXXX7640
ry Method: Swiped
roved: Online
ch #: 000003
30/08                12:16:00

#: 00000005
r Code: 023737

unt:        $  33.2
            6.50

el:    #39.78

Cust
PLE

---

The Westin Resort
Cha Cha Cha
671-647-1020
505 P Arauban

1/1        4971     GST 2
APR30'08  8:25AM

**Ht1 Bst**
2 REG COFFEE @ 3.50    7.00
Food Sales            7.00
10% SERVICE CHG        0.70
Payment                7.70
F&B CASH 0000067
Cash                  10.00
Change Due             2.30
----505 CLOSED APR30  8:25AM----

---

DNC TRAVEL HOSPITALITY
**George Bush Intercontinental**
** Pizzeria Uno B. **

10022 MARIAN

8432 MAY01'08 12:03PM

1 Chez & Tomato        5.49
  $ Pepperoni          0.99
     $ Sausage         0.99
     $ Olives          0.50
1 Sm Soda              1.59

  Subtotal             9.56
  Total Tax            0.79
  Total Paid.... 10.35
  Cash (PRT)          20.00
  Change Owed.....     9.65

********************************
CREATING SPECIAL EXPERIENCES
ONE GUEST AT A TIME
********************************

07066-01

---

**Washington**
**Int'l A.**

Cashier : 13  Su
License Plate : XX KCT7077
Ent : 17:03 05/01/08 Lane 5
Exit: 17:58 05/01/08 Lane 54

         FEE $    4.00
AMOUNT TEND $    4.00
        CASH $    4.00
 CREDIT CARD $    0.00
       CHECK $    0.00
 CHANGE CALC $    0.00

   PAID AT CT $   4.00
   Taxes Included
   *** Thank You ***

**Jim Plutino** 

| | |
|---|---|
| **From:** | Francois Coulombe |
| **Sent:** | Thursday, March 20, 2008 11:08 AM |
| **To:** | Jim Plutino |
| **Cc:** | Harvey Gershman |
| **Subject:** | Web Domain purchased for Guam Project |

*charge to*
*0 7066-01*

Jim,

See below - this is the invoice for the web domain purchased this morning (on GBB's Amex) for the Guam project.

Francois

**From:** invoice@register.com [invoice@register.com]
**Sent:** Thursday, March 20, 2008 11:07 AM
**To:** Francois Coulombe
**Subject:** Thank you for your business with Register.com



For 24/7/365 service, call toll free **1.877.731.4442**
Outside U.S. & Canada call **+1 902.749.5919**

Dear Harvey,

Thank you for choosing Register.com as your Web services provider. Here is confirmation of your order:

| | | | |
|---|---|---|---|
| guamsolidwastereceiver.org | 3 years | FULFILLED | $79.00 |

**Total: $79.00**

### Reminder: These services are included with each paid domain registration

Build a 1-page starter site using the Do It Myself Website Starter included with your domain name. Log in to your Account Manager and select Do It Myself Website Starter from the main menu to get started.

Or

Use Register.com's Basic Web Site Forwarding service to point a domain name to an existing site.

### Accessing your account

Your Account Manager provides the status of your account, including automatic renewal settings for your services and locking settings for your domain name(s).

**Jim Plutino**

**From:** Francois Coulombe
**Sent:** Friday, March 21, 2008 3:21 PM
**To:** Jim Plutino
**Cc:** Harvey Gershman
**Subject:** FW: Lunarpages.com - Billing Receipt - Invoice: LP-1089492-A

Jim,

To be billed to the Guam Project. This is web hosting for the www.guamsolidwastereceiver.org website

---

From: billing@lunarpages.com [billing@lunarpages.com]
Sent: Friday, March 21, 2008 2:30 PM
To: Francois Coulombe
Subject: Lunarpages.com - Billing Receipt - Invoice: LP-1089492-A

Lunarpages Hosting
A Division of:
Add2Net, Inc.
100 East La Habra Blvd.
La Habra, CA 90631

PH: 714-521-8150
FAX: 714-521-8195
Site: http://www.lunarpages.com
Email: billing@lunarpages.com

Harvey Gershman
8550 Arlington
Suite 203
Fairfax, VA 22031
US

Invoice: LP-1089492-A    2008-03-21
----------------------------------------------------------------

| Units(Cost) | Detail | Bill Period | | Product Description |
|---|---|---|---|---|
| 1 | (95.40) 95.40 | 2008-03-21 to 2009-03-21 | | 12 Months (7.95 USD/mo) Lunarpages Basic Plan |

Hosting - GuamSolidWasteReceiver.org
1    (0.00)  0.00    2008-03-21 to 2009-03-21    Apache 1.3 - GuamSolidWasteReceiver.org
                                                  Total Amount Due: 95.40
                                                  Settled by Charge: -95.40
(3783xxxxxxxxxxx)

                                                  Amount Due: 0.00

----------------------------------------------------------------

Please contact us if you have any questions concerning this receipt.

Thank you for your business.

1

# Gershman, Brickner & Bratton, Inc.
## Time by Name
## March 2008



| | Time | % of Time | Total phone cost | Phone cost by job |
|---|---|---|---|---|
| **Harvey W Gershman** | | | | |
| other | 34.25 | 0.18 | 569.02 | 102.98 |
| other | 1.25 | 0.01 | 569.02 | 3.76 |
| other | 1.50 | 0.01 | 569.02 | 4.51 |
| other | 1.00 | 0.01 | 569.02 | 3.00 |
| other | .28.00 | 0.15 | 569.02 | 84.19 |
| other | 16.25 | 0.09 | 569.02 | 48.86 |
| other | 4.25 | 0.02 | 569.02 | 12.78 |
| 07066-US District Court for Guam:01-Receivership | 51.50 | 0.27 | 569.02 | 154.85 |
| No job assigned | 51.25 | 0.27 | 569.02 | 154.10 |
| **Total Harvey W Gershman** | 189.25 | 1.00 | | 569.03 |
| | | | | |
| **Robert H Brickner** | | | | |
| other | 0.75 | 0.00 | 186.54 | 0.83 |
| other | 16.50 | 0.10 | 186.54 | 18.32 |
| other | 1.50 | 0.01 | 186.54 | 1.67 |
| other | 0.25 | 0.00 | 186.54 | 0.28 |
| other | 11.50 | 0.07 | 186.54 | 12.77 |
| other | 2.00 | 0.01 | 186.54 | 2.22 |
| other | 20.00 | 0.12 | 186.54 | 22.21 |
| other | 14.25 | 0.08 | 186.54 | 15.82 |
| other | 42.25 | 0.25 | 186.54 | 46.91 |
| other | 3.25 | 0.02 | 186.54 | 3.61 |
| other | 2.25 | 0.01 | 186.54 | 2.50 |
| No job assigned | 53.50 | 0.32 | 186.54 | 59.40 |
| **Total Robert H Brickner** | 168.00 | 1.00 | | 186.54 |
| | | | | |
| **J. Frank Bernheisel** | | | | |
| other | 42.00 | 0.25 | 60.63 | 15.16 |
| other | 2.00 | 0.01 | 60.63 | 0.72 |
| other | 16.00 | 0.10 | 60.63 | 5.77 |
| other | 1.00 | 0.01 | 60.63 | 0.36 |
| other | 24.00 | 0.14 | 60.63 | 8.66 |
| other | 11.00 | 0.07 | 60.63 | 3.97 |
| other | 3.00 | 0.02 | 60.63 | 1.08 |
| No job assigned | 69.00 | 0.41 | 60.63 | 24.90 |
| **Total J. Frank Bernheisel** | 168.00 | 1.00 | | 60.63 |
| | | | | |
| **Francois Coulombe** | | | | |
| 07066-US District Court for Guam:01-Receivership | 25.50 | 0.25 | 90.71 | 22.90 |
| No job assigned | 75.50 | 0.75 | 90.71 | 67.81 |
| **Total Francois Coulombe** | 101.00 | 1.00 | | 67.81 |
| | | | | |
| **Timothy J Bratton** | | | | |
| other | 5.00 | 0.03 | 65.46 | 1.95 |
| other | 9.50 | 0.06 | 65.46 | 3.70 |
| other | 5.00 | 0.03 | 65.46 | 1.95 |
| other | 36.50 | 0.22 | 65.46 | 14.22 |
| other | 5.00 | 0.03 | 65.46 | 1.95 |
| other | 1.00 | 0.01 | 65.46 | 0.39 |
| 07066-US District Court for Guam:01-Receivership | 4.50 | 0.03 | 65.46 | 1.75 |
| No job assigned | 38.50 | 0.23 | 65.46 | 15.00 |
| | 63.00 | 0.38 | 65.46 | 24.55 |
| **Total Timothy J Bratton** | 168.00 | 1.00 | | 65.46 |
| | | | | |
| **Total Phone Bill for MARCH 2008** | | | 972.36 | |

88

## Audio Conferencing
**March 21, 2008** — 07:45 AM - 08:16 AM

Billing Code: 0706601
Duration (Minutes): 125

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| 6783661467 | 6783661467 | N | 07:45 AM | 08:16 AM | 32 | $4.16 |
| 3019429695 | 3019429695 | N | 07:46 AM | 08:16 AM | 31 | $4.03 |
| 7035735800 | 7035735800 | N | 07:46 AM | 08:16 AM | 31 | $4.03 |
| 7036834213 | 7036834213 | N | 07:46 AM | 08:16 AM | 31 | $4.03 |
| | | | | Total | 125 | $16.25 |

## Audio Conferencing
**March 25, 2008** — 04:59 PM - 07:06 PM

Billing Code: 0706601
Duration (Minutes): 695

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| 3103953332 | 3103953332 | N | 04:59 PM | 07:06 PM | 128 | $16.64 |
| 6158301200 | 6158301200 | N | 04:59 PM | 07:06 PM | 128 | $16.64 |
| 4158962579 | 4158962579 | N | 05:02 PM | 07:06 PM | 125 | $16.25 |
| 7035735800 | 7035735800 | N | 05:02 PM | 07:06 PM | 124 | $16.12 |
| 6714727332 | 6714727332 | N | 05:03 PM | 07:06 PM | 124 | $33.48 |
| 5413243396 | 5413243396 | N | 05:09 PM | 06:15 PM | 66 | $8.58 |
| | | | | Total | 695 | $107.71 |

## Audio Conferencing
**March 27, 2008** — 02:56 PM - 04:18 PM

Billing Code: 706601
Duration (Minutes): 530

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| 5413243396 | 5413243396 | N | 02:56 PM | 04:18 PM | 82 | $10.66 |
| 7035735800 | 7035735800 | N | 02:59 PM | 04:18 PM | 79 | $10.27 |
| 8088344750 | 8088344750 | N | 02:59 PM | 03:55 PM | 56 | $7.28 |
| 6192611003 | 6192611003 | N | 03:00 PM | 03:55 PM | 56 | $7.28 |
| 4159717633 | 4159717633 | N | 03:01 PM | 03:55 PM | 55 | $7.15 |
| 6158301200 | 6158301200 | N | 03:02 PM | 04:18 PM | 77 | $10.01 |
| 9259979765 | 9259979765 | N | 03:02 PM | 03:55 PM | 53 | $6.89 |
| 6717271117 | 6717271117 | N | 03:05 PM | 03:27 PM | 23 | $6.21 |
| 8088344750 | 8088344750 | N | 04:04 PM | 04:05 PM | 1 | $0.13 |
| 9259979765 | 9259979765 | N | 04:05 PM | 04:18 PM | 14 | $1.82 |
| 4158692200 | 4158692200 | N | 04:06 PM | 04:18 PM | 12 | $1.56 |
| 8088344750 | 8088344750 | N | 04:06 PM | 04:18 PM | 12 | $1.56 |
| 6192611003 | 6192611003 | N | 04:08 PM | 04:18 PM | 10 | $1.30 |
| | | | | Total | 530 | $72.12 |



# Outbound Usage Billed Report  GERSHMAN, BRICKNER & BRATTON, INC.

**Account:** 153958  **Report Period:** Apr 11, 2008  **Invoice:** 31876958

| Calling Number | Calling Location | Called Number | Called Location | Usage Category | Date/Time | Minutes | Amount | Code | Description |
|---|---|---|---|---|---|---|---|---|---|
| (703) 573-5800 | Fls Church, VA | (615) 830-1200 | Nashville, TN | 1+ Interstate | 04-04-2008 11:01:48 | 31.70 | 1.74 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (619) 437-8615 | Coronado, CA | 1+ Interstate | 04-02-2008 09:52:27 | 0.80 | 0.04 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (615) 830-1200 | Nashville, TN | 1+ Interstate | 04-09-2008 04:07:32 | 64.80 | 3.56 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (541) 324-3396 | Medford, OR | 1+ Interstate | 04-09-2008 04:06:53 | 65.50 | 3.60 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (615) 830-1200 | Nashville, TN | 1+ Interstate | 04-04-2008 02:28:44 | 7.60 | 0.42 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (671) 647-0808 | Tumon, GU | 1+ International | 04-03-2008 06:36:51 | 9.20 | 0.46 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (671) 477-7991 | Agana, GU | 1+ International | 04-07-2008 05:34:41 | 5.10 | 0.26 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (615) 830-1200 | Nashville, TN | 1+ Interstate | 04-07-2008 04:37:10 | 12.80 | 0.70 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (615) 830-1200 | Nashville, TN | 1+ Interstate | 04-03-2008 11:16:07 | 64.10 | 3.53 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (973) 376-6286 | Millburn, NJ | 1+ Interstate | 04-03-2008 11:20:19 | 44.30 | 2.44 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (203) 431-0231 | Ridgefield, CT | 1+ Interstate | 04-01-2008 03:23:49 | 10.90 | 0.60 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (671) 735-1111 | Agana, GU | 1+ International | 03-28-2008 03:17:07 | 1.20 | 0.06 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (671) 789-4027 | Agana, GU | 1+ International | 03-28-2008 02:03:04 | 40.50 | 2.03 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (671) 473-9152 | Agana, GU | 1+ International | 03-19-2008 09:05:50 | 1.20 | 0.06 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (310) 452-7399 | San Monica, CA | 1+ Interstate | 03-24-2008 05:08:34 | 0.90 | 0.05 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (310) 452-7399 | San Monica, CA | 1+ Interstate | 03-24-2008 04:57:56 | 7.30 | 0.40 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (917) 796-2125 | New York, NY | 1+ Interstate | 04-03-2008 11:15:18 | 0.40 | 0.02 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (541) 488-3320 | Ashland, OR | 1+ Interstate | 04-02-2008 10:16:36 | 28.60 | 1.57 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (615) 830-1200 | Nashville, TN | 1+ Interstate | 04-02-2008 10:15:32 | 29.60 | 1.63 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (615) 830-1200 | Nashville, TN | 1+ Interstate | 03-18-2008 04:43:56 | 1.00 | 0.06 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (973) 376-6286 | Millburn, NJ | 1+ Interstate | 04-08-2008 05:24:24 | 0.10 | 0.01 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (973) 376-6286 | Millburn, NJ | 1+ Interstate | 04-08-2008 04:53:20 | 6.70 | 0.37 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (541) 324-3396 | Medford, OR | 1+ Interstate | 04-08-2008 12:32:39 | 0.60 | 0.03 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (408) 382-5820 | Snjs Sj01, CA | 1+ Interstate | 04-02-2008 05:31:32 | 19.60 | 1.08 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (714) 658-3805 | Santa Ana, CA | 1+ Interstate | 03-19-2008 03:53:38 | 7.20 | 0.40 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (671) 649-9666 | Tumon, GU | 1+ International | 04-03-2008 05:33:45 | 6.10 | 0.31 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (619) 533-7313 | Sn Dg Sn Dg, CA | 1+ Interstate | 04-03-2008 05:03:25 | 27.80 | 1.53 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (671) 649-9666 | Tumon, GU | 1+ International | 04-03-2008 05:27:03 | 4.10 | 0.21 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (541) 488-3320 | Ashland, OR | 1+ Interstate | 04-03-2008 05:08:09 | 17.80 | 0.98 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (541) 488-3320 | Ashland, OR | 1+ Interstate | 03-18-2008 01:00:29 | 48.10 | 2.65 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (615) 830-1200 | Nashville, TN | 1+ Interstate | 03-18-2008 01:01:55 | 46.70 | 2.57 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (541) 488-3320 | Ashland, OR | 1+ Interstate | 04-01-2008 06:05:48 | 0.30 | 0.02 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (541) 488-3320 | Ashland, OR | 1+ Interstate | 03-19-2008 08:21:35 | 32.40 | 1.78 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (615) 830-1200 | Nashville, TN | 1+ Interstate | 03-20-2008 02:45:26 | 12.30 | 0.68 | 0000706601 | Guam - Receivership |

# Outbound Usage Billed Report  GERSHMAN, BRICKNER & BRATTON, INC.

**Account:** 153958  **Report Period:** Apr 11, 2008  **Invoice:** 31876958

| Calling Number | Calling Location | Called Number | Called Location | Usage Category | Date/Time | Minutes | Amount | Code | Description |
|---|---|---|---|---|---|---|---|---|---|
| (703) 573-5800 | Fls Church, VA | (541) 488-3320 | Ashland, OR | 1+ Interstate | 03-17-2008 01:42:35 | 19.20 | 1.06 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (615) 830-1200 | Nashville, TN | 1+ Interstate | 03-17-2008 01:43:21 | 18.40 | 1.01 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (203) 431-0231 | Ridgefield, CT | 1+ Interstate | 03-17-2008 02:58:52 | 1.60 | 0.09 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (541) 324-3396 | Medford, OR | 1+ Interstate | 04-03-2008 03:05:40 | 11.70 | 0.64 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (619) 533-7313 | Sn Dg Sn Dg, CA | 1+ Interstate | 04-02-2008 01:05:37 | 2.60 | 0.14 | 0000706601 | Guam - Receivership |
| (703) 573-5800 | Fls Church, VA | (671) 646-6748 | Tumon, GU | 1+ International | 04-01-2008 06:54:45 | 2.10 | 0.11 | 0000706601 | Guam - Receivership |

38.90

**Harvey Gershman (ID - 6729575) Summary**

| Audio Conferencing | Mar Amt | Mar $ | Apr Amt | Apr $ | Total |
|---|---|---|---|---|---|
| International Audio Minutes | 147 | $39.69 | 0 | $0.00 | $39.69 |
| Phone Minutes | 1984 | $257.92 | 0 | $0.00 | $257.92 |
| Total Tax | | $0.00 | | $0.00 | $0.00 |
| Harvey Gershman Total | | $297.61 | | $0.00 | $297.61 |

**Harvey Gershman's Meetings**

**Audio Conferencing**  Billing Code: 706601
**March   20, 2008**                08:28 AM - 09:00 AM        Duration (Minutes): 153

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| 6783661467 | 6783661467 | N | 08:26 AM | 09:00 AM | 33 | $4.29 |
| 5414883320 | 5414883320 | N | 08:29 AM | 09:00 AM | 32 | $4.16 |
| 2023471788 | 2023471788 | N | 08:31 AM | 09:00 AM | 29 | $3.77 |
| 7035735800 | 7035735800 | N | 08:31 AM | 09:00 AM | 30 | $3.90 |
| 6158301200 | 6158301200 | N | 08:32 AM | 09:00 AM | 29 | $3.77 |
| | | | | Total | 153 | $19.89 |



## Summary for Cora Chaply: 703-785-7997

O70(?6-0)

## Your Calling Plan

**America's Choice II Familyshare Pri 1400 Any Unl N&W/In Clg $80.00 2yr 0705**
(see pg 3)

**IN Clg Nat Unl Share– Pri**
Unlimited IN Calling minutes

**Unlimited Night and Weekend Home Airtime Minutes Per Month**

## Charges

**Monthly Access Charges**

| | |
|---|---|
| Current Calling Plan 04/11 – 05/10 | 80.00 |
| WPP Insurance – **Asurion** 04/11 – 05/10 | 4.99 |
| Mobile Web 2.0 MP $5.00 – 04/11 – 05/10 | 5.00 |
| | **$89.99** |

**Usage Charges**

| | |
|---|---|
| Voice | 9.40 |
| Data | 11.59 |
| | **$20.99** |

**Verizon Wireless' Surcharges**

| | |
|---|---|
| Fed Universal Service Charge | 2.81 |
| Regulatory Charge | .07 |
| Administrative Charge | .70 |
| VA Gross Receipts Surchg | .09 |
| Local Bus Lic Surchg | .27 |
| | **$3.94** |

**Taxes, Governmental Surcharges and Fees**

| | |
|---|---|
| VA State E911 Fee | .75 |
| VA Communication Sales Tax | 5.24 |
| | **$5.99** |
| **Total Current Charges for 703-785-7997** | **$120.91** |

## Usage Charges

| Voice | | Allowance | Used | Billable | Cost |
|---|---|---|---|---|---|
| SharePlan | minutes | 1400 (shared) | 755 | --- | --- |
| Promotional | minutes | | 231 | --- | --- |
| IN Calling | minutes | unlimited | 811 | --- | --- |
| International Long Distance – Landline | | | | | 9.40 |
| **Total Voice** | | | | | **$9.40** |
| **Data** | | | | | |
| TXT Messaging – Sent | messages | --- | 2 | 2 | .40 |
| TXT Messaging – Rcv'd | messages | --- | 6 | 6 | 1.20 |
| Premium TXT Messaging | messages | --- | 1 | 1 | 9.99 |
| **Total Data** | | | | | **$11.59** |
| **Total Usage Charges** | | | | | **$20.99** |

View your bill and call details online for FREE. Log into My Account at www.verizonwireless.com.



## Detail for Cora Chaply: 703-785-7997

07066-01

## Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/01 | 6:44P | 571-722-7955 | Peak | PlanAllow | Fairfax VA | McLean VA | 1 | --- | --- | --- |
| 4/01 | 7:14P | 703-635-8891 | Peak | IN Allow | Fairfax VA | Wsngtnzn17 VA | 6 | --- | --- | --- |
| 4/01 | 7:23P | 571-722-7955 | Peak | PlanAllow | Falls Chur VA | McLean VA | 1 | --- | --- | --- |
| 4/01 | 7:31P | 571-722-7955 | Peak | PlanAllow | Arlington VA | Incoming CL | 2 | --- | --- | --- |
| 4/01 | 7:44P | 000-000-0086 | Peak | PlanAllow,CallVM | Mc Lean VA | Voice Mail CL | 3 | --- | --- | --- |
| 4/01 | 7:47P | 703-635-8891 | Peak | IN Allow | Vienna VA | Mobile CL | 1 | --- | --- | --- |
| 4/01 | 7:48P | 407-346-1719 | Peak | PlanAllow | Vienna VA | Kissimmee FL | 5 | --- | --- | --- |
| 4/01 | 7:57P | 571-722-7955 | Peak | PlanAllow | Herndon VA | Incoming CL | 4 | --- | --- | --- |
| 4/01 | 8:59P | 671-7772014 | Peak | PromoAllow,PlanAllow,Span | Sterling VA | Guam | 4 | --- | .80 | .80 |
| | | | | Landline | | | | | | |
| 4/01 | 9:03P | 301-807-2688 | Off-Peak | IN Allow | Sterling VA | Mobile CL | 6 | --- | --- | --- |
| 4/01 | 9:48P | 671-6466748 | Off-Peak | PromoAllow | Sterling VA | Guam | 2 | --- | .40 | .40 |
| | | | | Landline | | | | | | |
| 4/02 | 7:33A | 703-635-8891 | Peak | IN Allow | Reston VA | Mobile CL | 14 | --- | --- | --- |
| 4/02 | 7:47A | 703-228-5400 | Peak | PlanAllow | McLean VA | Arlington VA | 2 | --- | --- | --- |
| 4/02 | 8:29A | 571-722-7955 | Peak | PlanAllow | Arlington VA | McLean VA | 2 | --- | --- | --- |
| 4/02 | 12:01P | 703-403-2580 | Peak | IN Allow | Fairfax VA | Incoming CL | 2 | --- | --- | --- |
| 4/02 | 2:24P | 000-000-0086 | Peak | PlanAllow,CallVM | Fairfax VA | Voice Mail CL | 1 | --- | --- | --- |
| 4/02 | 2:26P | 571-722-7955 | Peak | PlanAllow | Fairfax VA | McLean VA | 11 | --- | --- | --- |
| 4/02 | 2:51P | 301-461-4803 | Peak | IN Allow | Vienna VA | Mobile CL | 17 | --- | --- | --- |
| 4/02 | 3:08P | 000-000-0086 | Peak | PlanAllow,CallVM | Fairfax VA | Voice Mail CL | 1 | --- | --- | --- |
| 4/02 | 3:09P | 571-722-7955 | Peak | PlanAllow | Fairfax VA | McLean VA | 6 | --- | --- | --- |
| 4/02 | 5:34P | 301-461-4803 | Peak | IN Allow | Fairfax VA | Incoming CL | 2 | --- | --- | --- |
| 4/02 | 6:11P | 703-635-8891 | Peak | IN Allow | Fairfax VA | Incoming CL | 3 | --- | --- | --- |
| 4/02 | 7:26P | 571-722-7955 | Peak | PlanAllow | Sterling VA | Incoming CL | 10 | --- | --- | --- |
| 4/02 | 7:39P | 301-865-1302 | Peak | PlanAllow | Sterling VA | New Market MD | 52 | --- | --- | --- |
| 4/02 | 9:20P | 571-722-7955 | Off-Peak | PromoAllow | Sterling VA | Incoming CL | 3 | --- | --- | --- |
| 4/02 | 9:51P | 671-7351111 | Off-Peak | PromoAllow | Sterling VA | Guam | 4 | --- | .80 | .80 |
| | | | | Landline | | | | | | |
| 4/02 | 10:49P | 671-7351111 | Off-Peak | PromoAllow | Sterling VA | Guam | 2 | --- | .40 | .40 |
| | | | | Landline | | | | | | |
| 4/03 | 7:15A | 703-635-8891 | Peak | IN Allow | Sterling VA | Mobile CL | 4 | --- | --- | --- |
| 4/03 | 7:52A | 703-228-5400 | Peak | PlanAllow | Falls Chur VA | Arlington VA | 1 | --- | --- | --- |
| 4/03 | 8:32A | 571-722-7955 | Peak | PlanAllow | Falls Chur VA | McLean VA | 6 | --- | --- | --- |
| 4/03 | 10:22A | 571-722-7955 | Peak | PlanAllow | Fairfax VA | Incoming CL | 3 | --- | --- | --- |
| 4/03 | 12:54P | 571-722-7955 | Peak | PlanAllow | Fairfax VA | McLean VA | 1 | --- | --- | --- |
| 4/03 | 1:09P | 571-722-7955 | Peak | PlanAllow | Fairfax VA | McLean VA | 1 | --- | --- | --- |
| 4/03 | 1:11P | 703-403-2580 | Peak | IN Allow | Fairfax VA | Mobile CL | 3 | --- | --- | --- |
| 4/03 | 1:16P | 301-461-4803 | Peak | IN Allow | Fairfax VA | Rockville MD | 6 | --- | --- | --- |
| 4/03 | 1:22P | 571-722-7955 | Peak | PlanAllow | Fairfax VA | McLean VA | 12 | --- | --- | --- |
| 4/03 | 4:22P | 571-722-7955 | Peak | PlanAllow | Fairfax VA | Incoming CL | 2 | --- | --- | --- |
| 4/03 | 5:00P | 703-631-0098 | Peak | PlanAllow | Fairfax VA | Incoming CL | 4 | --- | --- | --- |
| 4/03 | 6:08P | 571-722-7955 | Peak | PlanAllow | Fairfax VA | McLean VA | 1 | --- | --- | --- |
| 4/03 | 6:13P | 571-722-7955 | Peak | PlanAllow | Vienna VA | Incoming CL | 7 | --- | --- | --- |
| 4/03 | 6:20P | 703-635-8891 | Peak | IN Allow | Falls Chur VA | Mobile CL | 1 | --- | --- | --- |





## Detail for Cora Chaply: 703–785–7997

## Voice, continued

070606-01

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|------|------|--------|------|-----------|-------------|-------------|------|-----------------|----------------------|-------|
| 4/07 | 5:25P | 571–722–7955 | Peak | PlanAllow | Fairfax VA | McLean VA | 3 | --- | --- | --- |
| 4/07 | 5:41P | 301–461–4803 | Peak | IN Allow | Fairfax VA | Incoming CL | 3 | --- | --- | --- |
| 4/07 | 5:55P | 571–722–7955 | Peak | PlanAllow | Fairfax VA | Incoming CL | 4 | --- | --- | --- |
| 4/07 | 6:11P | 703–635–8891 | Peak | IN Allow | Falls Chur VA | Mobile CL | 1 | --- | --- | --- |
| 4/07 | 6:49P | 571–722–7955 | Peak | PlanAllow | Sterling VA | Incoming CL | 7 | --- | --- | --- |
| 4/07 | 7:19P | 671–6499666 | Peak | PlanAllow | Sterling VA | Guam | 8 | --- | 1.60 | 1.60 |
|  |  |  |  |  |  | Landline |  |  |  |  |
| 4/07 | 10:16P | 000–000–0086 | Off–Peak | PromoAllow,CallVM | Sterling VA | Voice Mail CL | 1 | --- | --- | --- |
| 4/08 | 7:58A | 571–722–7955 | Peak | PlanAllow | Arlington VA | McLean VA | 9 | --- | --- | --- |
| 4/08 | 10:31A | 571–722–7955 | Peak | PlanAllow | Fairfax VA | Incoming CL | 3 | --- | --- | --- |
| 4/08 | 12:39P | 571–722–7955 | Peak | PlanAllow | Fairfax VA | McLean VA | 1 | --- | --- | --- |
| 4/08 | 12:40P | 571–722–7955 | Peak | PlanAllow | Fairfax VA | Incoming CL | 9 | --- | --- | --- |
| 4/08 | 1:27P | 571–722–7955 | Peak | PlanAllow | Fairfax VA | Incoming CL | 8 | --- | --- | --- |
| 4/08 | 3:53P | 703–403–2580 | Peak | IN Allow | Fairfax VA | Incoming CL | 1 | --- | --- | --- |
| 4/08 | 5:45P | 571–722–7955 | Peak | PlanAllow | Fairfax VA | Incoming CL | 4 | --- | --- | --- |
| 4/08 | 5:53P | 571–722–7955 | Peak | PlanAllow | Falls Chur VA | McLean VA | 18 | --- | --- | --- |
| 4/08 | 6:11P | 703–635–8891 | Peak | IN Allow | Arlington VA | Mobile CL | 1 | --- | --- | --- |
| 4/08 | 6:26P | 571–722–7955 | Peak | PlanAllow | Vienna VA | McLean VA | 2 | --- | --- | --- |
| 4/08 | 7:04P | 571–722–7955 | Peak | PlanAllow | Fairfax VA | McLean VA | 1 | --- | --- | --- |
| 4/08 | 7:12P | 571–722–7955 | Peak | PlanAllow | Fairfax VA | McLean VA | 1 | --- | --- | --- |
| 4/08 | 7:12P | 571–722–7955 | Peak | PlanAllow | Chantilly VA | McLean VA | 1 | --- | --- | --- |
| 4/08 | 7:13P | 571–722–7955 | Peak | PlanAllow | Fairfax VA | McLean VA | 2 | --- | --- | --- |
| 4/09 | 7:58A | 571–722–7955 | Peak | PlanAllow | Falls Chur VA | McLean VA | 1 | --- | --- | --- |
| 4/09 | 8:10A | 571–722–7955 | Peak | PlanAllow | Vienna VA | Incoming CL | 1 | --- | --- | --- |
| 4/09 | 8:11A | 571–722–7955 | Peak | PlanAllow | Vienna VA | McLean VA | 13 | --- | --- | --- |
| 4/09 | 11:16A | 571–722–7955 | Peak | PlanAllow | Fairfax VA | Incoming CL | 5 | --- | --- | --- |
| 4/09 | 12:57P | 571–722–7955 | Peak | PlanAllow | Fairfax VA | McLean VA | 15 | --- | --- | --- |
| 4/09 | 1:33P | 703–207–8513 | Peak | PlanAllow | Fairfax VA | Fls Church VA | 4 | --- | --- | --- |
| 4/09 | 3:20P | 571–722–7955 | Peak | PlanAllow | Fairfax VA | Incoming CL | 2 | --- | --- | --- |
| 4/09 | 4:08P | 703–403–2580 | Peak | IN Allow | Fairfax VA | Mobile CL | 1 | --- | --- | --- |
| 4/09 | 5:34P | 703–635–8891 | Peak | IN Allow | Fairfax VA | Incoming CL | 1 | --- | --- | --- |
| 4/09 | 6:24P | 571–722–7955 | Peak | PlanAllow | Vienna VA | McLean VA | 1 | --- | --- | --- |
| 4/09 | 6:39P | 571–722–7955 | Peak | PlanAllow | Herndon VA | Incoming CL | 9 | --- | --- | --- |
| 4/09 | 7:22P | 301–602–8191 | Peak | IN Allow | Sterling VA | Mobile CL | 9 | --- | --- | --- |
| 4/09 | 7:33P | 571–722–7955 | Peak | PlanAllow | Sterling VA | McLean VA | 1 | --- | --- | --- |
| 4/09 | 7:46P | 571–722–7955 | Peak | PlanAllow | Sterling VA | Incoming CL | 4 | --- | --- | --- |
| 4/09 | 6:02P | 000–000–0086 | Peak | PlanAllow,CallVM | Sterling VA | Voice Mail CL | 3 | --- | --- | --- |
| 4/09 | 8:05P | 671–4739200 | Peak | PlanAllow | Sterling VA | Guam | 15 | --- | 3.00 | 3.00 |
|  |  |  |  |  |  | Landline |  |  |  |  |
| 4/09 | 8:32P | 571–722–7955 | Peak | PlanAllow | Sterling VA | Incoming CL | 7 | --- | --- | --- |
| 4/09 | 8:38P | 301–807–2686 | Peak | IN Allow | Sterling VA | Silver Spg MD | 6 | --- | --- | --- |
| 4/09 | 8:44P | 671–4739200 | Peak | PlanAllow | Sterling VA | Guam | 2 | --- | .20 | .20 |
|  |  |  |  |  |  | Landline |  |  |  |  |
| 4/09 | 8:45P | 000–000–0086 | Peak | PlanAllow,CallVM | Sterling VA | Voice Mail CL | 1 | --- | --- | --- |
| 4/09 | 8:53P | 671–473–9100 | Peak | PromoAllow,PlanAllow,Span | Sterling VA | Incoming CL | 13 | --- | --- | --- |


## Detail for Cora  Chaply: 703–785–7997

070066-01

## Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/09 | 9:06P | 301–807–2688 | Off–Peak | IN Allow | Sterling VA | Mobile CL | 2 | --- | --- | --- |
| 4/10 | 11:53A | 703–378–5158 | Peak | PlanAllow | Fairfax VA | Incoming CL | 1 | --- | --- | --- |
| 4/10 | 11:54A | 571–722–7955 | Peak | PlanAllow | Fairfax VA | McLean VA | 1 | --- | --- | --- |
| 4/10 | 12:09P | 571–722–7955 | Peak | PlanAllow | Fairfax VA | Incoming CL | 1 | --- | --- | --- |
| 4/10 | 12:10P | 571–722–7955 | Peak | PlanAllow | Fairfax VA | McLean VA | 1 | --- | --- | --- |
| 4/10 | 12:27P | 000–000–0086 | Peak | PlanAllow,CallVM | Fairfax VA | Voice Mail CL | 1 | --- | --- | --- |
| 4/10 | 4:07P | 000–000–0086 | Peak | PlanAllow,CallVM | Falls Chur VA | Voice Mail CL | 2 | --- | --- | --- |
| 4/10 | 4:09P | 703–635–8891 | Peak | IN Allow | Falls Chur VA | Wsngtnzn17 VA | 1 | --- | --- | --- |
| 4/10 | 4:11P | 703–635–8891 | Peak | IN Allow | Falls Chur VA | Incoming CL | 1 | --- | --- | --- |
| 4/10 | 4:15P | 301–461–4803 | Peak | IN Allow | Falls Chur VA | Rockville MD | 39 | --- | --- | --- |
| 4/10 | 8:23P | 000–000–0086 | Peak | PlanAllow,CallVM | Sterling VA | Voice Mail CL | 2 | --- | --- | --- |
| 4/10 | 8:25P | 671–7772014 | Peak | PlanAllow | Sterling VA | Guam | 11 | --- | 2.20 | 2.20 |
| | | | | Landline | | | | | | |
| 4/10 | 8:44P | 671–473–9100 | Peak | PlanAllow | Sterling VA | Incoming CL | 14 | --- | --- | --- |
| 4/10 | 8:58P | 301–807–2688 | Peak | IN Allow,Span | Sterling VA | Mobile CL | 5 | --- | --- | --- |
| 4/10 | 9:08P | 571–722–7955 | Off–Peak | PromoAllow | Sterling VA | Incoming CL | 9 | --- | --- | --- |
| 4/10 | 9:37P | 571–722–7955 | Off–Peak | PromoAllow | Sterling VA | Incoming CL | 3 | --- | --- | --- |

## Data

| Date | Time | Usage Type | Description | Min. | Application Price | Total |
|---|---|---|---|---|---|---|
| 4/09 | 8:00P | Premium TXT Messaging | PREM_SMS 654654 Predicto | --- | 9.99 | 9.99 |

# Gershman, Brickner Bratton, Inc.
## Time by Name
## April 2008



| | Time | % of Time | Total phone cost | Phone cost by job |
|---|---|---|---|---|
| **Harvey W Gershman** | | | | |
| other | 2.25 | 0.02 | 236.30 | 4.13 |
| other | 0.75 | 0.01 | 236.30 | 1.38 |
| other | 1.50 | 0.01 | 236.30 | 2.75 |
| other | 0.50 | 0.00 | 236.30 | 0.92 |
| 07066-US District Court for Guam:01-Receivership | 114.75 | 0.89 | 236.30 | 210.60 |
| No job assigned | 9.00 | 0.07 | 236.30 | 16.52 |
| **Total Harvey W Gershman** | 128.75 | 1.00 | | 236.30 |
| | | | | |
| **Christopher Lund** | | | | |
| 07066-US District Court for Guam:01-Receivership | 72.50 | 0.90 | 219.75 | 197.91 |
| no job assigned | 8.00 | 0.10 | 219.75 | 21.84 |
| **Total Christopher Lund** | 80.50 | 1.00 | | 219.75 |

**Fed**

| Invoice Number | Invoice Date | Account Number |
|---|---|---|
| 8-225-43022 | Apr 08, 2008 | |

97

## FedEx Express Shipment Detail By Reference (Original)

Dropped off: Apr 04, 2008          Cust. Ref.: C07066-01          Ref.#2:
Payor: Shipper                     Ref.#3:

- Fuel Surcharge - FedEx has applied a fuel surcharge of 18.50% to this shipment.
- Discount applied is the greater of volume discount or dropoff discount. No additional discount applies.

| | | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 790976628326 | PAT RAVENELLE | HON. FRANCES TYDINGCO-GATEWOOD | |
| Service Type | FedEx Intl Economy | GERSHMAN, BRICKNER & BRATTON | DISTRICT COURT OF GUAM | |
| Package Type | FedEx Envelope | 8550 ARLINGTON BLVD | CHIEF JUDGE, DISTRICT COURT OF GUA | |
| Orig./Dest. | ZFO/GUM | SUITE 203 | 520 WEST SOLEDAD AVENUE | |
| Zone | K | FAIRFAX VA 22031 US | HAGATNA 96910 GU | |
| Packages | 1 | | | |
| Rated Weight | 0.5 lbs | | | |
| Delivered | Apr 07, 2008 12:22 | | | |
| Signed by | B.PEREDA | Transportation Charge | | 66.65 |
| FedEx Usa | P8377/US0010/_ | Fuel Surcharge | | 11.96 |
| Customs | | Discount | | -2.00 |
| Entry Date | Apr 05, 2008 | **Total Transportation Charges** | **USD** | **$76.61** |

| | | |
|---|---|---|
| **C07066-01 Reference Subtotal** | **USD** | **$76.61** |
| **Total FedEx Express** | **USD** | **$76.61** |

## FedEx Express Shipment Detail By Reference (Original)

Dropped off: Apr 03, 2008          Cust. Ref.: 07066-01 HG          Ref.#2:
Payer: Shipper                     Ref.#3:

- Fuel Surcharge - FedEx has applied a fuel surcharge of 18.50% to this shipment.
- Distance Based Pricing, Zone 4
- Package Delivered to Recipient Address - Release Authorized

| | | | | | |
|---|---|---|---|---|---|
| Automation | INET | **Sender** | | **Recipient** | |
| Tracking ID | 790484294261 | Pat Ravenelle | | David Manning | |
| Service Type | FedEx Standard Overnight | Gershman, Brickner & Bratton | | | |
| Package Type | FedEx Envelope | 8550 ARLINGTON BLVD | | | |
| Zone | 04 | FAIRFAX VA  22031  US | | | |
| Packages | 1 | | | | |
| Rated Weight | N/A | Transportation Charge | | | 18.35 |
| Delivered | Apr 04, 2008 12:11 | Discount | | | -3.67 |
| Svc Area | A1 | Residential Delivery | | | 2.30 |
| Signed by | 9999999999999 | Fuel Surcharge | | | 3.14 |
| FedEx Use | 000000000/0000222/02 | **Total Charge** | | USD | **$20.12** |

| | | |
|---|---|---|
| **07066-01 HG Reference Subtotal** | **USD** | **$20.12** |
| **Total FedEx Express** | **USD** | **$20.12** |