DISTRICT COURT OF GUAM

TERRITORY OF GUAM

UNITED STATES OF AMERICA

    Plaintiff,

vs.

GOVERNMENT OF GUAM,

    Defendant.

Civil Case No. 02-00022

**ORDER RE: STATUS HEARING**

The court hereby sets this matter for a status hearing on July 10, 2008 at 9:00 a.m. At that time the Receiver, Gershman, Brickner & Bratton ("GBB") will present its quarterly report in accordance with the court's appointment order. *See* Docket No. 239. In addition, GBB will outline its Initial Plan of Action. The court reiterates its previous order requiring the Governor of Guam, Speaker, DPW Larry Perez and DPW Project Manager for the Consent Decree Cynthia U. Jackson to be in attendance for the hearing. Again, however, if the Governor is unable to attend, he may designate the Lieutenant Governor to attend. And if the Speaker is unable to attend, she may designate the Vice-Speaker to attend.

**SO ORDERED**.

/s/ **Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: May 23, 2008**