DISTRICT COURT OF GUAM

TERRITORY OF GUAM

UNITED STATES OF AMERICA

      Plaintiff,

      vs.

GOVERNMENT OF GUAM,

      Defendant.

Civil Case No. 02-00022

**ORDER RE: STATUS HEARING**

      The court has set this matter for a status hearing on July 10, 2008 at 9:00 a.m. As noted in a prior court order (*see* Docket No. 248) the Receiver, Gershman, Brickner & Bratton ("GBB") will present its quarterly report in accordance with the court's appointment order. *See* Docket No. 239. It is likewise expected that the appropriate representatives of the Guam Environmental Protection Agency and the United States Environmental Protection Agency will be in attendance and be prepared to discuss the progress of the various Consent Decree projects. It is further ordered that the Department of Public Works Director, Larry Perez, be prepared to discuss the progress of the road and bridge projects affecting the Consent Decree.

      **SO ORDERED**.

**/s/ Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: Jun 17, 2008**