**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CIVIL MINUTES**
**GENERAL**

---

CASE NO.: CV-02-00022                                        DATE: July 10, 2008
CAPTION: USA vs. Government of Guam

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

| | |
|---|---|
| Law Clerk: Kim R. Walmsley/Sara Weber/Geraldine Cepeda | Court Reporter: Wanda Miles |
| Courtroom Deputy: Virginia T. Kilgore | Electronically Recorded: 9:10:28 - 10:47:40 |
| CSO: B. Benavente/F. Tenorio | 10:59:52 - 12:38:05 |

---

**APPEARANCES:**

| Counsel for Plaintiff(s) | Counsel for Defendant(s) |
|---|---|
| Mikel Schwab | Alicia Limtiaco, Attorney General |
| Robert Mullaney - video conference | Thomas Keeler, Assistant Attorney General |
| John McCarroll, U.S. EPA - video conference | Seated at counsel table - Governor Felix P. Camacho |
| Karen Ueno, U.S. EPA - video conference | Legislative Speaker Judith Won-Pat |

---

**PROCEEDINGS: Status Hearing (Presentation of Quarterly Report from Federal Receiver, Gershman, Brickner & Bratton representing Government of Guam Solid Waste Division)**

- Mr. Harvey Gershman presented opening and closing remarks.

  Mr. Chace Anderson and Mr. Robert Manibusan presented their report on the status of the daily operations of the Solid Waste Division.

  Mr. David Manning presented the Receiver's initial plan of action as to the estimates of costs for Consent Decree compliance.

- Mr. Chris Lund presented the planning for the new landfill and the closing of the Ordot dump.

  Ms. Cynthia Jackson reported on bridges and road improvements. She further reported on billing and fee collection.

  Mr. Larry Perez spoke on transportation and highway funds. DPW Acting Highway Administrator Joaquin Blas and DPW Consultant Robin Shishido presented their report on the Layson site and the bridges and highways on Guam.

- Status Hearing set for: <u>October 23, 2008 at 9:00 A.M.</u>

NOTES: Also seated at counsel table for Gershman, Brickner & Stratton: David Manning, Receiver Representative and Harvey Gershman, Receiver Officer in Charge. Chris Lund, Senior Project Engineer appeared via telephone. Robert Manibusan, Guam Solid Waste Equipment Operation Leader-I.

      Also present: DPW Director Larry Perez; Cynthia Jackson from Solid Waste Management Division; Guam EPA Administrator Lorilee Crisostomo; Solid Waste Program Manager Barbara Torres; Senator James Espaldon and George Bamba, Governor's Chief of Staff.