1
2
3
4
5
6                          DISTRICT COURT OF GUAM

7                             TERRITORY OF GUAM

8
    UNITED STATES OF AMERICA,                    Civil Case No. 02-00022
9
                    Plaintiff,
10
11      vs.
                                                          **MINUTES**
12  GOVERNMENT OF GUAM,

13                  Defendant.

14
                        ON-SITE VISIT TO ORDOT DUMP
15                          (July 10, 2008 2:30 p.m.)

16
Notes: Appearing: Assistant U.S. Attorney Mikel Schwab, Receiver Officer in Charge Harvey
17
Gershman, Receiver Representative David Manning, Receiver Operations Manager Chace
18
Anderson, DPW Director Larry Perez, Solid Waste Division Superintendent Dominic Muna.
19
Other members present from DPW were Ariel Evarola and Danilo Galiza.
20
21          Mr. Muna and Mr. Anderson reported as to the upgrades to the office building, the
22
posting of safety and warning signs and the use of DPW equipment and rental equipment.
23
            Mr. Evarola and Mr. Galiza explained the daily operations.
24
            On-site visit concluded at 2:47 p.m.
25
26                                        Prepared by: Virginia T. Kilgore
                                          Deputy Clerk
27
28