IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL CASE NO. 02-00022 |
| Plaintiff, | ) | |
| v. | ) | **ORDER RE: REIMBURSEMENT OF EXPENSES FOR RECEIVER** |
| GOVERNMENT OF GUAM, | ) | |
| Defendant. | ) | |

The court hereby supplements its prior Letter of Engagement for Services/Agreement between itself and the receiver with regard to reimbursement of expenses. *See* exhibit attached hereto.

Dated this 10th day of July 2008, *nunc pro tunc* to April 4, 2008.

**IT IS SO ORDERED.**

**/s/ Frances M. Tydingco-Gatewood**
　　**Chief Judge**
**Dated: Jul 11, 2008**



July 1, 2008

RECEIVED

JUL -7 2008

CHIEF JUDGE'S CHAMBERS
DISTRICT COURT OF GUAM

Honorable Frances Tydingco-Gatewood
Chief Judge
District Court of Guam
520 West Soledad Avenue
Hagåtña, Guam 96910

Re: Amendment to Expenses and Room and Board Plan for Receiver Services

Dear Judge Tydingco-Gatewood:

The purpose of the letter is to amend our plan for charges related to the expenses Gershman, Brickner & Bratton, Inc. (GBB) will incur as Receiver pursuant to your Court Order of March 17, 2008, and pursuant to GBB's engagement letter dated March 17, 2008 as presented in my April 3, 2008 letter to you.

The following additional expense categories will be allowed under the Expense Category:

- Government of Guam Gross Receipts Tax - as incurred and per GovGuam applicable regulations and not subject to any fee on expenses; and

- Out-of-pocket expenses related to emergency purchases of parts and supplies necessary for operating critical equipment in the Solid Waste Management Division.

Separate invoices would be prepared for these items.

Please review and comment on the approach we outline here and its acceptability. If there are any questions, please do not hesitate to contact me.

Sincerely,

Gershman, Brickner & Bratton, Inc.

Harvey W. Gershman
President
Receiver Officer-In-Charge

Attachment

cc: David Manning, GBB
    Chace Anderson, GBB

Gershman, Brickner & Bratton, Inc.
8550 Arlington Blvd, Suite 203, Fairfax, Virginia 22031
Phone: 703-573-5800    Fax: 703-573-7205
www.gbbinc.com - www.GuamSolidWasteReceiver.org

"Exhibit"

Case 1:02-cv-00022   Document 293   Filed 07/11/2008   Page 2 of 3

**GBB**
SOLID WASTE
MANAGEMENT
CONSULTANTS

8550 Arlington Boulevard
Suite 203
Fairfax, Virginia 22031-4620



NO VA 220
02 JUL 2008 PM 5 L

Honorable Frances Tydingco-Gatewood
Chief Judge
District Court of Guam
520 West Soledad Avenue
Hagåtña, Guam 96910



Printed on recycled paper