1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT

7                      FOR THE TERRITORY OF GUAM

8
9
10  UNITED STATES OF AMERICA,      )        CIVIL CASE NO. 02-00022
                                   )
11             Plaintiff,          )
                                   )
12        v.                       )        **ORDER RE: PAYMENT OF RECEIVER**
                                   )        **INVOICE FOR MAY 2008**
13                                 )
                                   )
14  GOVERNMENT OF GUAM,            )
                                   )
15             Defendant.          )
    _____ )
16

17        The court has reviewed the Receiver's invoice no. 08-06-2249, dated June 30, 2008, and

18  recognizes the continued hard work performed by the Receiver, Gershman, Brickner & Bratton

19  ("GBB").  After the quarterly status hearing by GBB on July 10, 2008 the court notes that there

20  has been measurable improvements in the Solid Waste Management Operations.  For example,

21  when GBB arrived on Guam in April 2008, there was only one government owned trash truck

22  operating, which required the rental of additional trucks and the implementation of three work

23  shifts for residential refuse collection.  Additionally, all the heavy equipment used at the Ordot

24  Dump was rented because the government owned equipment was in a state of severe disrepair.[1]/

25  _____

26  [1]/At the hearing, it was reported that the costs of rented equipment ran as high as $11,000 a day.
    Leased equipment at a cost of $11,000 daily exceeds a staggering amount of $4 million annually
27  (almost two-thirds the annual budget of the Solid Waste Management Division).  Clearly those
    monies could be better spent.

1      Presently, GBB, with the assistance of the Governor's declaration of emergency, has

2 been able to make substantial progress in repairing government owned equipment. Four trash

3 trucks are now operational, with three new trucks expected to be delivered within the next sixty

4 days. Shift work has been reduced from three to two, and it is anticipated that a normal working

5 schedule of one shift should be restored shortly. GBB also has much of the equipment used at

6 the Ordot Dump up and running now. The court finds the work GBB has done in the last quarter

7 to be significant.

8      Therefore in light of the work performed, as more fully described in the attached cover

9 letter and invoice, the court finds the fees in the amount of $216,063.75 and the expenses in the

10 amount of $16,700.87 to be reasonable. *See* Exhibit (GBB Invoice for Services).

11      Accordingly, the court **HEREBY ORDERS** the Clerk of Court to transmit payment via wire

12 transfer to Gershman, Brickner & Bratton, Inc., General Account, as referenced in the Receiver's

13 invoice no.08-06-2249, in the amount of $211,158.24 (representing 90% of the fees and

14 expenses due). The funds for said payment shall be drawn from the savings account created

15 pursuant to this court's January 24, 2008 Order of Deposit, wherein the court ordered that the

16 amount of $2.855 million, paid by the Government of Guam, be deposited by the Clerk into an

17 interest bearing savings account.

18      In accordance with the court's March 17, 2008 Order, the Clerk is **ORDERED** to retain

19 $21,606.38 (representing 10% of the fees due) (hereinafter "10% retention"). Pursuant to

20 General Rule 8.1 Deposits in Court - Responsibility of the Clerk, the court **FURTHER ORDERS**,

21 with respect to the 10% retention:

22     1.    The Clerk shall deposit the 10% retention amount of TWENTY-ONE

23 THOUSAND SIX HUNDRED SIX DOLLARS and THIRTY-EIGHT CENTS

24 ($21,606.38) into an interest-bearing savings account, said funds to remain on deposit

25 pending further order of the court. G.R. 8.1(e)(1).

26     2.    The Clerk shall deposit the money in a financial institution insured by the Federal

27 Deposit Insurance Corporation or the Federal Savings and Loan Insurance Corporation.

2

1    3.    The Clerk shall deposit the money as soon as practicable following service of a
2    copy of this Order.  G.R. 8.1(d).

3    4.    Any future disbursement of these funds shall only be made pursuant to court
4    order.  The signatures of both the (1) Clerk of Court or Chief Deputy Clerk and (2) the
5    Financial Administrator of the court are required to disburse the funds.

6    The Clerk of Court is hereby relieved of any personal liability relative to compliance with
7    this order.

8    **IT IS SO ORDERED.**



**/s/ Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: Jul 11, 2008**

3



**GBB**

SOLID WASTE

MANAGEMENT

CONSULTANTS

RECEIVER

June 30, 2008

The Honorable Frances Tydingco-Gatewood
Chief Judge
District Court of Guam
520 West Soledad Avenue
Hagåtña, Guam 96910

Re:     Activities for the Month of May and Invoice for the Time and Expenses of the
        Receivership

Dear Judge Tydingco-Gatewood:

Work continued at a rapid pace during May. We have maintained a presence on Guam throughout the period and continued to improve operations and develop plans to achieve compliance with the Consent Decree. I will briefly summarize the work performed during May in this letter, and we will plan to outline our work in detail in our report and presentation to the Court on July 10th.

During May, there has been slow but steady progress in getting some of the repairable equipment of the Solid Waste Division back into service. Following repair, equipment that has been out of commission for months often incurs additional problems when first put back into service due to brittle belts and hoses that break when put under operating conditions. This has been the case with the equipment of the Solid Waste Management Division, but persistence on the part of the staff and Mr. Anderson is showing positive results that we hope will continue to improve.

The emergency purchases authorized by Governor Camacho's Executive Order are in process and should soon result in some new equipment to begin replacing a few critical pieces of the equipment of the Solid Waste Management Division that is beyond repair. Additional repairs on the repairable equipment of the Solid Waste Management Division should also be accelerated by the emergency purchase process.

We have also secured the services of Mr. Jack Tucker to work with Mr. Anderson in Guam and to assure GBB's continuous management presence in Guam when Mr. Anderson is unable to be present. Mr. Tucker is a knowledgeable and skilled solid waste professional with over twenty-seven years of experience at all levels of environmental service operations including: Director of Operations for Metro Public Works in Nashville, TN, and Plant Manager of a permitted hazardous waste Transfer Storage and Disposal Facility (TSDF) and Solid Waste and Recycling Superintendent.

Gershman, Brickner & Bratton, Inc.
8550 Arlington Blvd, Suite 203, Fairfax, Virginia 22031
Phone: 703-573-5800    Fax: 703-698-1306
www.gbbinc.com - www.GuamSolidWasteReceiver.org

Case 1:02-cv-00022     Document 254     Filed 07/11/2008     Page 4 of 42

In addition to our continuing focus on the operations of the Solid Waste Management Division, we have performed in-depth reviews in the following areas during the month of May:

- Billing and Collection;
- The financial condition of the Solid Waste Management Division;
- Recycling activity on Guam; and
- Alternative disposal/recycling locations for green and inert waste.

We have also retained the services of Public Financial Management, Inc. to assist us in evaluating alternatives for obtaining the capital financing that will be required to complete the Consent Decree projects.

Layon Landfill design/construction progress has focused on several tasks which include: the continued resolution of EPA/GEPA design and operation comments in support of the Landfill Operating Permit Application; development of construction bidding and sequencing scenarios to expedite the process and make judicious use of available funding; and development of a comprehensive Tasking and Scheduling Spreadsheet to track progress and define the project needs. For Ordot, the effort has focused on the development of the Draft Assessment Report which provides the latest estimate of available airspace and the generation of a draft remedial investigation plan to characterize contaminants at the dump.

We continued our work with the Military in May, discussing a basis for a mutually beneficial solid waste management system that could reduce future cost for both the Government of Guam and the Military. We also had a productive discussion of these issues with David F. Bice, Executive Director of the Joint Guam Program Office in Washington.

We look forward to meeting with you and the other interested parties at the status hearing on July 10th. In the interim, please contact us with any questions, concerns or issues you may wish to discuss.

Thank you for your continuing support.

Sincerely,

David L. Manning
Receiver Representative

cc: Mr. Harvey Gershman, President
Gershman, Brickner & Bratton, Inc.



U.S. Federal District Court of Guam
Chief Judge
520 West Soledad Avenue
Hagåtña, Guam 96910

cc: Attorney General
c/o Assistant Pat Mason

June 30, 2008

## SOLID WASTE MANAGEMENT CONSULTANTS

RE: Invoice for Services            Inv No. 08-06-2249            Job No. 07066-01

---

**PERIOD:** Activity from May 1, 2008 through May 31, 2008

**CLIENT REFERENCE:** **Order Re: Appointment of Receiver, Case 1:02-cv-00022 filed March 17, 2008** and ordered by the Chief Judge for the U.S. Federal District Court of Guam

**DESCRIPTION:** Pursuant to the Consent Decree, GBB, acting as Receiver for the District Court of Guam, will enforce the terms of the Consent Decree, and assume all of the responsibilities, functions, duties, powers and authority of the Solid Waste Management Division of the Department of Public Works ("DPW"), and any and all departments, or other divisions of the DPW insofar as they affect the Government of Guam's compliance with the Consent Decree

**GBB Federal ID#:**

| Payments Received To Date | Invoiced But not Received | Current Progress Amount | Current Fee Retainage | Cumulative Fee Retainage |
|---|---|---|---|---|
| $ 268,186.51 | $ 0 | $ 211,158.24 | $ 21,606.38 | $ 46,914.13 |

**Labor**

| | | |
|---|---|---|
| President – H. Gershman | 89.75 hours @ $ 250.00/hr | $ 22,437.50 |
| Special Principal Associate – D. Manning | 229 hours @ $ 250.00/hr | 57,250.00 |
| Senior Vice President – T. Bratton | 90.5 hours @ $ 210.00/hr | 19,005.00 |
| Vice President – C. Anderson | 302.5 hours @ $ 185.00/hr | 55,962.50 |
| Vice President – F. Bernheisel | 21 hours @ $ 185.00/hr | 3,885.00 |
| Principal Associate – M. Atwater | 2.5 hours @ $ 165.00/hr | 412.50 |
| Principal Associate – H. Miller-Cox | 4.25 hours @ $ 165.00/hr | 701.25 |
| Principal Associate – D. Seader | 106 hours @ $ 165.00/hr | 17,490.00 |
| Senior Project Engineer – C. Lund | 196.5 hours @ $ 160.00/hr | 31,440.00 |
| Support Director – F. Coulombe | 13.25 hours @ $ 125.00/hr | 1,656.25 |
| Contract Administrator – J. Plutino | 15 hours @ $ 105.00/hr | 1,575.00 |
| Support Manager - P. Ravenelle | 6 hours @ $ 65.00/hr | 390.00 |
| Administrative Secretary – C. Chaply | 27.75 hours @ $ 60.00/hr | 1,665.00 |
| Clerical Support – L. Keller | 10.5 hours @ $ 45.00/hr | 472.50 |
| Research Assistant – C. Restrepo | 38.25 hours @ $ 45.00/hr | 1,721.25 |

|  | **Total labor** | $ 216,063.75 |
|---|---|---|
| Less 10% Retainage for Fees held in Trust | | (21,606.38) |
| | | $ 194,457.37 |

Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Suite 203
Fairfax, Virginia 22031-4620
(703) 573-5800 FAX (703) 698-1306
E-MAIL gbb@gbbinc.com
Printed on recycled paper

**Expenses**

| | | |
|---|---|---:|
| Travel  (36 – 61) | | $ 12,704.10 |
| Guam Maps  (62 – 64) | | 90.75 |
| Forum One –  ProjectSpace  (65-67) | | 774.00 |
| Boingo Wireless Monthly Service  (68 - 69) | | 7.95 |
| Long Distance Telephone and Cell (70-76) | | 1,028.82 |
| Delivery  (77 - 80) | | 384.59 |
| Duplications | 1,252 pages @ $0.15 each | 187.80 |
| Postage | | 4.60 |
| Fee on Expenses @ 10% | | 1,518.26 |

| | |
|---|---:|
| **Total Expenses** | $  16,700.87 |
| **Total Invoice Amount** | $211,158.24 |

**TOTAL AMOUNT DUE GBB FOR THIS PERIOD** . . . . . . . . . . . .. . . . . . . $    **211,158.24**

*June 30, 2008*

Payments should be executed via wire transfers using the following information:

Bank Account Name:          Gershman, Brickner & Bratton, Inc., General Account

Local Branch Address:        Bank of America, 8212 Lee Highway, Merrifield, VA 22031

Bank Account Number:

Bank Routing Number for incoming wires:

Swift Code (if needed):

| TEDATE | PROJECTID |
|---|---|
| 5/1/2008 to 5/31/2008 | 07066:01 to 07066:01 |

**Chace Anderson**

<u>**07066:01**</u>    <u>**US District Court for Guam - Receivership**</u>

| THUR | 05/01/08 | 07066:01 | 5110:VP | Vice President | 12.00 |
|---|---|---|---|---|---|
| | | | | Met with Collection section to review condition of routes given breakdown in equipment; visited Ordot Dump to review implementation of new procedures regarding cover material; met with maintenance crew to review getting parts to put trucks back on the road for collection; administrative actions; discussion with rental equipment company to delay removal of Ordot Dump equipment because of GovGuam's lack of payment. | |

| FRI | 05/02/08 | 07066:01 | 5110:VP | Vice President | 10.00 |
|---|---|---|---|---|---|
| | | | | Met with Collections section to discuss collection needs with regards to trucks and human resources; visited Ordot Dump to review operations; administrative details; meeting with Manning and administrative staff on how billing, purchasing, human resource management work conducted within GovGuam; planning details regarding training with Guam EPA for diversion efforts; | |

| SAT | 05/03/08 | 07066:01 | 5110:VP | Vice President | 10.00 |
|---|---|---|---|---|---|
| | | | | Visited Ordot Dump before opening time; discussion with Ordot Dump weekend staff regarding what needs to be done at closing; met contractors at DPW SWD offices for maintenance needs; reviewed material; summarized administrative changes made the week before in memo; discussed personnel matters with Manning and Gershman; began to construct operational scenario table; discussed financial model of new SWD with Manning; reviewed financial model of SWD operations on other islands. | |

| SUN | 05/04/08 | 07066:01 | 5110:VP | Vice President | 4.00 |
|---|---|---|---|---|---|
| | | | | Visited Ordot Dump before it opened, walked the site, reviewed closure from the day before; edited and added to PowerPoint for presentation to the Governor; performed general review of topics to research for the upcoming week. | |

| MON | 05/05/08 | 07066:01 | 5110:VP | Vice President | 10.00 |

| TEDATE | PROJECTID |
|--------|-----------|
| 5/1/2008 to 5/31/2008 | 07066:01 to 07066:01 |

|  |  |  |  |  |  |
|------|----------|----------|---------|------|------|
|  |  |  |  | Informed that rental collection vehicles down; worked to get two SWD on the collection routes; administrative actions related to purchase orders; met with owners of local garbage hauler. |  |
| TUES | 05/06/08 | 07066:01 | 5110:VP | Vice President<br>Reviewed emails; met with Manning to discuss the day's plans; met with chief purchasing director of Guam; prepared for meeting with Governor of Guam and participated in presenting information; assisted in the coordination of the response to a fire just off site of the Ordot Dump that came onto the landfill property. | 13.00 |
| WED | 05/07/08 | 07066:01 | 5110:VP | Vice President<br>Met with SWD collection supervisor to discuss the day's routes and personnel situation; meeting with Ordot Dump SWD engineers; walked site active face and below; purchase order review; met with Manning, Seader, and Director of Personnel for the Government of Guam to review personnel processes; reviewed emails. | 10.00 |
| THUR | 05/08/08 | 07066:01 | 5110:VP | Vice President<br>Met with Cepeda regarding work survey of equipment to be incorporated in emergency procurement; with Seader, reviewed SWD billings with Borja; administrative and personnel duties; meeting with representatives of the Navy and Air Force regarding disposal and recycling opportunities; met with a firm renting SWD equipment at Ordot Dump who had not been paid by SWD for the past 60 days; met with Chief Judge to review progress of work. | 10.50 |
| FRI | 05/09/08 | 07066:01 | 5110:VP | Vice President<br>Met with early morning SWD collections crew; reviewed work survey from Transportation Management; review operations at Ordot Dump; met with Neighbor of Ordot Dump about lack of dust control at Ordot Dump; conducted tour of SWD for Chief Judge and Court Staff; met with Duenas engineering firm to review process of work, work controls and protocol; met with SWD engineers to assess work of Duenas engineering firm; phone conversations with Bratton and Lund about filling plan for Ordot Dump; dealt with personnel matters. | 12.00 |
| SAT | 05/10/08 | 07066:01 | 5110:VP | Vice President | 8.00 |

| TEDATE | PROJECTID |
|---|---|
| 5/1/2008 to 5/31/2008 | 07066:01 to 07066:01 |

|  |  |  |  | Advanced emergency procurement activity; phone discussions with Gershman and Tucker regarding staffing of Guam Solid Waste Division; email review and responses. |  |
|---|---|---|---|---|---|
| SUN | 05/11/08 | 07066:01 | 5110:VP | Vice President<br><br>Site visit of landfill; discussed scale house operations with scale attendant; edited emergency procurement document. | 4.00 |
| MON | 05/12/08 | 07066:01 | 5110:VP | Vice President<br>Collections: review of trucks up and running; review of rental trucks operating; met with Cepeda to discuss vehicle specifications for the emergency procurement; met with Cepeda to discuss the potential of taking a surveyed water truck's tanker and fabricating a water tanker for SWD's existing roll off truck; payroll review; purchase requests review; conversations with companies that have been banned from using the dump for lack of paying their disposal invoices; tour of Andersen Air Force Base and discussions with managing officials of the Base who are responsible for waste diversion. | 10.00 |
| TUES | 05/13/08 | 07066:01 | 5110:VP | Vice President<br>Reviewed personnel activities; met with SWD Collections supervisor on status of refuse collections; meeting with Toves and Cruz from Guam Economic Development and Commerce Authority; met with McCarroll manager of USEPA Pacific Islands Office; toured Andersen Air Force Base and met with managing officials over the waste stream. | 10.00 |
| WED | 05/14/08 | 07066:01 | 5110:VP | Vice President<br>Reviewed collection activities for the day; discussion with Seader regarding billing and routing; attended JGPO meeting. | 10.00 |
| THUR | 05/15/08 | 07066:01 | 5110:VP | Vice President<br>Site visit to TOMSON LLC (Tire Recycling Facility); site visit to Guam Transport and Warehouse - Paper Recycling; site visit to UNITEK Environmental - Hazardous Waste; site visit to GRESCO - Hazardous Waste (Santa Rita). | 10.00 |
| FRI | 05/16/08 | 07066:01 | 5110:VP | Vice President<br>Site visit to Primo's- Northern hardfill (green waste and hardfill); SWD collection crew review; meeting with SWD customer service and SWD collections supervisor; meeting at Ordot Dump with engineers and supervisory staff. | 10.00 |
| SUN | 05/18/08 | 07066:01 | 5110:VP | Vice President | 4.00 |

| TEDATE | PROJECTID |
| --- | --- |
| 5/1/2008 to 5/31/2008 | 07066:01 to 07066:01 |

Site visit to Ordot Dump; review of emails; reviewed and commented on MOU to Military re: future services.

| MON | 05/19/08 | 07066:01 | 5110:VP | | 13.00 |
| --- | --- | --- | --- | --- | --- |

Vice President
Meeting with SWD landfill employees to discuss new plans for active face; staff meeting with SWD administration; meeting with all members of SWD collection crews to discuss active face protocol and pre and post trip activities with vehicles; meeting with Jackson and Suaraz to discuss emergency procurement; meeting with Chief Judge and Court Staff; met with Borja to discuss budget.

| TUES | 05/20/08 | 07066:01 | 5110:VP | | 13.00 |
| --- | --- | --- | --- | --- | --- |

Vice President
Reviewed and read emails; commented on Military MOU further; commented on ISWMP; phone conference with Seader, Lund, Manning, Bratton, Gershman; personnel matters within SWMD; meeting at Guam EPA to discuss use of property at Polaris Point, Coral Pit, recycling tires, active face management, green waste recycling; meeting with SWD staff to discuss emergency procurement; meeting with Guam Peggy Denny of Business Partners for Recycling.

| WED | 05/21/08 | 07066:01 | 5110:VP | | 14.00 |
| --- | --- | --- | --- | --- | --- |

Vice President
Ordot Dump site visit and meeting; meeting with Dededo Mayor at his office; Xiongs Family Scrap Yard for tour and discussion; FSM Recycling Scrap yard for tour and discussion;  met with recycling advocate group at Dededo Transfer station; worked on specifications for emergency procurement; prepared draft memo on materials entering Ordot Dump; personnel matters; conference call with Lund, Bratton, Gershman, Manning; conference call with Manning and Jackson.

| THUR | 05/22/08 | 07066:01 | 5110:VP | | 12.00 |
| --- | --- | --- | --- | --- | --- |

Vice President
Visited Finagayen School's I Recycle Program; Triple Star Recycling scrap yard tour and meeting; Balli steel meeting and tour; specification development for emergency procurement; SWD personnel matters and collection program update; advanced memo on Ordot Dump material; read and respond to emails.

| FRI | 05/23/08 | 07066:01 | 5110:VP | | 12.00 |
| --- | --- | --- | --- | --- | --- |

Vice President

GBB/C07066      4      June 30, 2008

| TEDATE | PROJECTID |
|---|---|
| 5/1/2008 to 5/31/2008 | 07066:01 to 07066:01 |

Ordot Dump site visit, tour, and discussion with SWD engineers on new active face management, moving D9 from Coral Pit to Ordot Dump; addressed personnel issues; matters related to coordination among DPW and consent decree; organization of administrative offices; purchase order rewrite; visit to vendors to coordinate repairs to heavy equipment; email review; payroll activity.

| | | | | | |
|---|---|---|---|---|---|
| SAT | 05/24/08 | 07066:01 | 5110:VP | Vice President | 8.00 |

Site visit to Dededo Transfer Station; viewed customers' materials going into transfer station; advanced work on specifications for emergency procurement; work duties for specific office staff developed and sent out.

| | | | | | |
|---|---|---|---|---|---|
| MON | 05/26/08 | 07066:01 | 5110:VP | Vice President | 10.00 |

Review of Ordot Dump and personnel issues; met with SWD operators; procurement documents; read and responded to emails.

| | | | | | |
|---|---|---|---|---|---|
| TUES | 05/27/08 | 07066:01 | 5110:VP | Vice President | 13.00 |

Coral Pit coordination with DPW, contractor, and SWD; met with SWD engineers to discuss infill report and develop comments; personnel issues; specification development; transfer vehicle specification review; reviewed SWD accounts; reviewed SWD collection truck breakage issues; advanced procurement for some heavy equipment.

| | | | | | |
|---|---|---|---|---|---|
| WED | 05/28/08 | 07066:01 | 5110:VP | Vice President | 15.00 |

Met with Mayor Blas; phone call with Bernheisel and Bratton over specifications of equipment; review, comment and approve SWD engineers Ordot Dump active face action plan; advanced specifications; dealt with SWD collection fleet breakdown issues and transfer station white good deconstruction; conducted meeting with transfer station personnel; Coral Pit and transfer of coral coordination; reviewed scale issues.

| | | | | | |
|---|---|---|---|---|---|
| THUR | 05/29/08 | 07066:01 | 5110:VP | Vice President | 15.00 |

| TEDATE | PROJECTID |
|---|---|
| 5/1/2008 to 5/31/2008 | 07066:01 to 07066:01 |

Phone conference with Bernheisel and Bratton on specification; advanced specifications for procurement; meeting with Cepeda and Suaraz on procurement formatting and development; meeting with Perez and Garcia; collection fleet problems; purchase order issues related to collections and heavy equipment; discussion with scale owner regarding lease; email review and responses.

| FRI | 05/30/08 | 07066:01 | 5110:VP | | 12.00 |
|---|---|---|---|---|---|

Vice President
Conference call with Gershman, Bratton, Lund, Manning; conference call with Chief Judge, Court Staff, Gershman, Manning; meeting: Mongmong – Toto- Maite Mayor's Office; conference call with Lund and Bratton; reviewed SWD personnel issues and collection equipment repair issues; assessment of fleet repair shop and collection crew lavatories.

| SAT | 05/31/08 | 07066:01 | 5110:VP | | 8.00 |
|---|---|---|---|---|---|

Vice President
Reviewed and responded to emails; advanced procurement specifications for SWD roll-off trucks, roll off containers, scales, and fleet maintenance support.

| | Project Total: | 302.50 |
|---|---|---|
| | Employee Total: | 302.50 |

**Cora Chaply**

**07066:01**      **US District Court for Guam - Receivership**

| MON | 05/05/08 | 07066:01 | 5120:AS | | 3.00 |
|---|---|---|---|---|---|

Administrative Secretary
Created labels for files; ran back-up of Project Spaces files.

| TUES | 05/06/08 | 07066:01 | 5120:AS | | 3.00 |
|---|---|---|---|---|---|

Administrative Secretary
Edited Bill Quick notes for employees. Helped with bridge photos that could not be opened.

| MON | 05/12/08 | 07066:01 | 5120:AS | | 0.50 |
|---|---|---|---|---|---|

Administrative Secretary
Coordinated extended stay at the Ladera Towers.

| TUES | 05/13/08 | 07066:01 | 5120:AS | | 0.50 |
|---|---|---|---|---|---|

Administrative Secretary
Finalized Ladera Towers extended stay arrangement.

| THUR | 05/15/08 | 07066:01 | 5120:AS | | 2.00 |
|---|---|---|---|---|---|

Administrative Secretary
Prepared filing system.

| FRI | 05/16/08 | 07066:01 | 5120:AS | | 1.00 |
|---|---|---|---|---|---|

Administrative Secretary
Edited MOU between GBB Receiver and the Military.

| TEDATE | PROJECTID |
|---|---|
| 5/1/2008 to 5/31/2008 | 07066:01 to 07066:01 |

| | | | | | |
|---|---|---|---|---|---|
| MON | 05/19/08 | 07066:01 | 5120:AS | Administrative Secretary<br>Researched travel for Lund; made calls to Ladera Towers about move within the apartment; coordinated conference call with Project Team; changes to Anderson's flight reservation; filing. | 2.50 |
| TUES | 05/20/08 | 07066:01 | 5120:AS | Administrative Secretary<br>Updated travel schedule from Project Team's input; edited Terms and Conditions between PFM and GBB; printed Financial Plan; assisted with Anderson's travel; filing. | 4.50 |
| WED | 05/21/08 | 07066:01 | 5120:AS | Administrative Secretary<br>Made call to Assistant to Judicial Assistant to Chief Judge about Ladera Towers and cell phone that was purchased; finalized filing. | 2.50 |
| THUR | 05/22/08 | 07066:01 | 5120:AS | Administrative Secretary<br>Made flight reservations for Lund. | 0.25 |
| FRI | 05/23/08 | 07066:01 | 5120:AS | Administrative Secretary<br>Backed up ProjectSpaces files. | 0.50 |
| TUES | 05/27/08 | 07066:01 | 5120:AS | Administrative Secretary<br>Coordinated June travel for the Project Team. | 1.00 |
| WED | 05/28/08 | 07066:01 | 5120:AS | Administrative Secretary<br>Created Waste Stream table for Bernheisel; preparation for Anderson's travel. | 2.00 |
| THUR | 05/29/08 | 07066:01 | 5120:AS | Administrative Secretary<br>Coordination of travel for Project Team. Disputed AT&T about wireless roaming fees. | 2.00 |
| FRI | 05/30/08 | 07066:01 | 5120:AS | Administrative Secretary<br>Made reservations for Seader and Gershman; advanced travel schedule for Project Team; filing. | 2.50 |

Project Total: 27.75

Employee Total: 27.75

**Christopher Lund**

**07066:01**     **US District Court for Guam - Receivership**

| | | | | | |
|---|---|---|---|---|---|
| THUR | 05/01/08 | 07066:01 | 5110:SPE | Senior Project Engineer<br>Document review of Layon Value Engineering alternatives and selected VE changes to be incorporated into the design. | 2.00 |
| THUR | 05/01/08 | 07066:01 | 5110:SPE | Senior Project Engineer | 5.50 |

GBB/C07066      7      June 30, 2008

| TEDATE | PROJECTID |
|---|---|
| 5/1/2008 to 5/31/2008 | 07066:01 to 07066:01 |

Travel

| | | | | | |
|---|---|---|---|---|---|
| THUR | 05/01/08 | 07066:01 | 5110:SPE | Senior Project Engineer<br>Development of anticipated action plan presentation in PPT with Bratton for incorporation into presentation for Governor. | 3.00 |
| FRI | 05/02/08 | 07066:01 | 5110:SPE | Senior Project Engineer<br>Development of portion of PPT for Governor; partial preparation of scope for TG Engineers to continue evaluation of condemnation and land use permit process needed to be completed to move Layon forward. | 4.00 |
| SUN | 05/04/08 | 07066:01 | 5110:SPE | Senior Project Engineer<br>Development of discussions for review with TG engineers in telecon later in day; telecon with TG Engineers to address progress since last week's meeting on 4/25;correspondence and telecon notes prepared for emails to team; several attempts to contact GEPA Torres and DPW Jackson to discuss permitting and land condemnation and land use permit issues. | 4.00 |
| MON | 05/05/08 | 07066:01 | 5110:SPE | Senior Project Engineer<br>Discussed Layon and Ordot design team progress in the Guam meeting with team and the week's anticipated work; review of additional documents loaded to the project website including bridge docs; reviewed and responded to team correspondence including Manning plan for week of May 4 with respect to design, permitting/land condemnation and bridge issues; preparation of project documentation for work performed; prepared raincap spec/photo correspondence to TG Engineers; made calls in late evening to DBC&A, TG Engineers, Jackson (DPW) and Torres(GEPA); prepared meeting minutes of April 26th meeting with DBC&A; worked on downloading bridge photos for GJPO presentation; corresponded with Anderson on survey needs at Ordot Dump. | 10.00 |
| TUES | 05/06/08 | 07066:01 | 5110:SPE | Senior Project Engineer | 8.00 |

| TEDATE | PROJECTID |
|--------|-----------|
| 5/1/2008 to 5/31/2008 | 07066:01 to 07066:01 |

Worked on zip file of bridge photos; corresponded and replied to emails from team on various issues including land condemnation/ DBC&A draft meeting minutes; Discussion and review of landfill gas recovery and utilization with Bratton as well as O/M costs associated with Ordot Dump closure - planning cost to be prepared and used in model Manning is developing for finance; preparation of meeting minutes for TG Engineers meeting on April 25; and project documentation of work performed.

WED    05/07/08    07066:01    5110:SPE    Senior Project Engineer    10.00

Reviewed all bridge report photos and identified those sets pertaining to the bridges on Rt. 4 needing repair. Prepared responses and corresponded with design teams for preparation of teleconference with US EPA 9. Finalized approach to initial construction of Access Road and mass earthworks which included a review of the latest construction cost estimates. Met with Bratton to discuss leachate collection, gas utilization and O/M closure costs for Ordot Dump. Bratton and Lund reviewed sources of information for the development of O/M costs. Telecon with McCarroll and Arora (US EPA 9) along with Bratton to receive follow-up from US EPA 9 on permit requirements and U.S. EPA 9 role in permits for Ordot Dump and new landfill in Layon - NPDES, Title V air permits, NESHAPS, NSPS and PSD requirements. Documented meeting and sent email directions to Designers to respond with previously prepared responses to Design Review comments by US EPA 9. Evening calls to GEPA, GWA, and TG Engineers and DBC&A.

THUR    05/08/08    07066:01    5110:SPE    Senior Project Engineer    10.00

Developed Scope of work for Access Road and Mass Earthworks Bid Package. Preparation for, and Telecon with McCarroll, Arora (US EPA 9) and Bratton - discussed new landfill in Layon and Ordot Dump design review response to response to comments by US EPA 9 and GEPA. Preparation of meeting notes from Telecon. Calls to DBC&A, TG-Engineers, and GEPA in evening.

FRI    05/09/08    07066:01    5110:SPE    Senior Project Engineer    8.00

| TEDATE | PROJECTID |
|---|---|
| 5/1/2008 to 5/31/2008 | 07066:01 to 07066:01 |

Continued preparation of Bid package scope for Layon Access/Mass excavation and cost estimate evaluation to determine cost savings and appropriate phasing of work. Responded to emails and correspondence on JGPO PPT and PPT for Chief Judge. Preparation of bridge input for JGPO PPT. Review of DBC&A invoice for April.

| | | | | | |
|---|---|---|---|---|---|
| SUN | 05/11/08 | 07066:01 | 5110:SPE | Senior Project Engineer | 2.00 |

Weekly Telecon with Gudmunsen (TG-Engineers) on project status to discuss Bid packaging for Mass Excavation and Access Road. Gave direction to provide proposal for preparation of additional bid packaging documents, design, and cost est. as amendment to existing contract. Calls to Jackson (DPW) and email correspondence to DBC&A and GEPA.

| | | | | | |
|---|---|---|---|---|---|
| MON | 05/12/08 | 07066:01 | 5110:SPE | Senior Project Engineer | 11.00 |

Preparation of final draft PPT presentation for Chief Judge and JGPO meetings. Incorporated Gershman, Lund, and Atwater revisions. Conducted telecons with Arora and McCarroll (US EPA 9) with respect to US EPA 9 responses to Response to Comments by Layon engineering team. Telecons with Jackson (DPW) on Highway Bridge info/priorities, land use permit process, and AG letter to support process. Telecons with Anderson (GBB) regarding DBC&A Assessment Report field work at Ordot Dump with respect to invoicing.

| | | | | | |
|---|---|---|---|---|---|
| TUES | 05/13/08 | 07066:01 | 5110:SPE | Senior Project Engineer | 9.50 |

Initiated Review of Proposed Legislation - Bill 58 and DRAFT Solid Waste Management Authority - RASA. Prepared and assisted with PPT for JGPO presentation - reviewed and developed slides. Provided final review of PPT for Chief Judge with Gershman. Teleconference with team members Gershman and Anderson with respect to Ordot Dump and Operations schedule for June/July. Telecon and email correspondence with engineering teams - TG Engineers (Request for Proposals for Bid Packages), DBC&A (Invoicing, Ordot Dump Operations and QAPP) and Jackson ( Land Use Permitting)

| | | | | | |
|---|---|---|---|---|---|
| WED | 05/14/08 | 07066:01 | 5110:SPE | Senior Project Engineer | 8.00 |

| TEDATE | PROJECTID |
|---|---|
| 5/1/2008 to 5/31/2008 | 07066:01 to 07066:01 |

QAPP review. Telecons with US EPA 9 (Arora and McCarroll) regarding response due dates for Response to Comments by Layon engineering team. Continued review of proposed legislation to evaluate implications with Receiver process/activities.

| THUR | 05/15/08 | 07066:01 | 5110:SPE | Senior Project Engineer | 4.00 |
|---|---|---|---|---|---|

QAPP Review and email correspondence with team regarding bridge information and DBC&A invoicing. Review of Shaw comments to DBC&A invoicing and Shaw work on overall schedule.

| FRI | 05/16/08 | 07066:01 | 5110:SPE | Senior Project Engineer | 4.00 |
|---|---|---|---|---|---|

Ordot Dump QAPP Review

| SAT | 05/17/08 | 07066:01 | 5110:SPE | Senior Project Engineer | 1.50 |
|---|---|---|---|---|---|

Responded to team email correspondence from 5/16 and continued Ordot Dump QAPP Review.

| SUN | 05/18/08 | 07066:01 | 5110:SPE | Senior Project Engineer | 4.00 |
|---|---|---|---|---|---|

Conducted weekly conference call with Gudmundsen (TG-Engineers), discussed progress list/agenda items. Responded and sent email correspondence to Receiver team on invoicing. Teleconference with Anderson.

| MON | 05/19/08 | 07066:01 | 5110:SPE | Senior Project Engineer | 12.00 |
|---|---|---|---|---|---|

Preparation of Draft QAPP comments to be submitted to DBC&A via email. Meeting with Bratton to discuss status of engineering and permitting progress/issues with respect to Layon new landfill and Ordot Dump - developed agenda items to discuss at Receiver Team meeting later in day. Responded to email correspondence from TG Engineers, DBC&A, DPW and Team. Reviewed and provided comments and discussed Military MOU with Bratton. Telecon with Ueno (US EPA 9) to discuss US EPA 9 response to Response to Comments on Layon new landfill design and establish a deadline to receive response. Receiver Team meeting with Manning, Gershman, Bratton, Anderson and Seader to discuss agenda items developed by Manning. Received telecon from Torres (GEPA) and conducted extensive discussion on permitting requirements and review comments with respect to Layon new landfill and Ordot Dump.

| TUES | 05/20/08 | 07066:01 | 5110:SPE | Senior Project Engineer | 10.00 |
|---|---|---|---|---|---|

GBB/C07066

11

June 30, 2008

| TEDATE | PROJECTID |
|---|---|
| 5/1/2008 to 5/31/2008 | 07066:01 to 07066:01 |

Processing of Shaw Invoice - 308444-R8-00501 and final review of existing SOW, Contracts and processing of DBC&A Invoice - 8D-17, developed draft of cover approval sheet to Manning for review. Conducted Email Correspondence with Team regarding Draft Assessment Report submitted by DBC&A, Bridge information, Transfer Vehicles. Researched Transfer Vehicle Specifications. Conducted discussions with Bratton on invoices, land use permit process. Developed preliminary ideas/concepts for Rain Cap and Filling in mini Cell 1. Researched and provided Manufacturer information to TG Engineers on Rain Cap. Calls to DBC&A with regard to GBB/DPW comments on Draft QAPP and establish review meeting this week. Calls to GovGuam Revenue & Tax with regard to GBB business situation on Guam.

WED  05/21/08  07066:01  5110:SPE  Senior Project Engineer  10.00

Perform review of the Assessment Report - Overall review on format and contents – write-up and emailed comments to Receiver team and DBC&A. Correspondence and email to TG Engineers regarding proposals, Land Use Permit; US EPA 9/GEPA Layon review comments follow-up for deadline; respond to Shaw invoice comments. Conducted teleconference with DBC&A with regard to Receiver Team comments to Draft QAPP - direction provided to submit two supportive emails to bridge objectives from EDSR to QAPP and Remedial Investigation objectives.

THUR  05/22/08  07066:01  5110:SPE  Senior Project Engineer  9.00

| TEDATE | PROJECTID |
|---|---|
| 5/1/2008 to 5/31/2008 | 07066:01 to 07066:01 |

Developed FAQ responses regarding landfills and liners for the website using research from previous public presentations at villages on Guam. Initiated the development of Legislative binder that contains all Public Laws pertaining to solid waste. Correspondence with team and email replies. Continued review of the Assessment Report on the technical aspects of Section 3, developed comments to be emailed to DBC&A team. Conducted telecon meeting with DBC&A team as a follow-up to the 5/21 telecon with regard to the objectives of the QAPP and development of full strategy for Ordot Dump Remedial Investigation and Remedial Action approach.

FRI     05/23/08     07066:01     5110:SPE     Senior Project Engineer     8.00

Completed review and development of Assessment Report comments to be submitted to DBC&A. Provided suggested direction for Land Use Permit effort and meeting next Tuesday 5/27. Developed Draft Scope for Ordot Dump Cost Analysis. Prepared Summary of Layon new landfill and Ordot Dump present work progress for Manning. Follow-up contact with US EPA 9 to set deadline for Response to Layon Response to Comments.

TUES     05/27/08     07066:01     5110:SPE     Senior Project Engineer     7.00

Developed Preliminary Tractor/Trailer Specifications for Long-Haul Transfer Equipment to be used for hauling waste to Landfill. Developed Preliminary Routes for Long-Haul Transfer Equipment given three separate location scenarios for Transfer Station Location/MRF. Made Calls to US EPA 9 - Arora, Ueno re: deadlines for responding to Response to Comments on Layon Design. Conducted Weekly Coordination Telecon with Layon Engineering team. Responded to Receiver and Engineering Team Emails. Conducted Weekly Coordination Telecon with Ordot Dump Engineering team with regard to Draft Assessment Report and interim filling plan needs for SWD Ordot operations.

WED     05/28/08     07066:01     5110:SPE     Senior Project Engineer     11.00

| TEDATE | PROJECTID |
|---|---|
| 5/1/2008 to 5/31/2008 | 07066:01 to 07066:01 |

Met with GBB staff, Bernheisel and Restrepo, and worked up Guam solid waste collection scenarios associated with the evaluation of a multi stream MRF and single stream MRF. Evaluation and review of Master Consent Decree Tasking List with Bratton. Call with Shaw to discuss Ordot Dump Analysis proposal. Calls to US EPA 9- Arora, Ueno, McCarroll with regard to deadline for response to Response to Comments on Layon Design. Conducted Email/Correspondence with team. Continued review of Draft Assessment Report. Follow up on Tractor/Trailer Specifications correspondence. Conducted telecon with Perez (DPW) with regard to Haul Routes and Bridge Repair/Reconstruction coordination to establish priorities. Follow-up call to Fielder(Parsons) on Haul Roads and Bridges. Telecon with Torres (GEPA) with regard to responding to Response to Comments on Layon new landfill and Ordot Dump and coordination necessary to advance review. Telecon with Rev & Tax on GBB licensing issues/Gross Receipt Tax issues.

| | | | | | | |
|---|---|---|---|---|---|---|
| THUR | 05/29/08 | 07066:01 | 5110:SPE | Senior Project Engineer | | 11.00 |

Continued Review of Assessment Report and begin review of Feasibility, Cost-Benefit Analysis of Value Engineering recommendations for Ordot Dump Closure Design. Partial Review of Solid Waste/MRF spreadsheet prepared by Anderson. GBB Receiver Team meeting preparation and participate in meeting. Conducted email correspondence with Team. Telecon with Anderson, Bratton and DPW SWD Engineers with regard to interim filing plan and additional plan needs from DBC&A. Telecon with DBC&A with regard to Status Hearing costs, set meeting time for ongoing Draft QAPP comment discussion. Telecon with Gudmunsen with regard to Land Use Permit and DLM meeting schedule.

| | | | | | | |
|---|---|---|---|---|---|---|
| FRI | 05/30/08 | 07066:01 | 5110:SPE | Senior Project Engineer | | 10.00 |

Conducted Review of Feasibility, Cost-Benefit Analysis of the Value Engineering Recommendations for Ordot Dump Redesign.

|  | |
|---|---|
| **Project Total:** | 196.50 |

| TEDATE | PROJECTID |
|---|---|
| 5/1/2008 to 5/31/2008 | 07066:01 to 07066:01 |

**Employee Total:** 196.50

**Camilo Restrepo**

<u>**07066:01**</u>          <u>**US District Court for Guam - Receivership**</u>

| FRI | 05/23/08 | 07066:01 | 5120:SS | Support Staff<br>Reviewed Public Law listings, copied and created Word files of Legislative Sessions 24, 25, 26, 27, 28 and 29. | 3.75 |
|---|---|---|---|---|---|
| FRI | 05/23/08 | 07066:01 | 5120:SS | Support Staff<br>Edited and started printing documents. | 1.50 |
| TUES | 05/27/08 | 07066:01 | 5120:SS | Support Staff<br>Read through a memorandum on the Tour of Medina County, OH, looking for information for the Single stream vs Dirty MRF comparison.  Read and took notes of chapter 6 and 7 Guam ISWMP for comparison of single stream and dirty MRF.<br>Advanced work plan for comparison of single stream and dirty MRF. | 4.00 |
| TUES | 05/27/08 | 07066:01 | 5120:SS | Support Staff<br>Wrote e-mail requesting copies of Public Law from Legislation sessions prior to the 24th Legislation Session.<br>Printed the remainder of the Public Laws, bound and flagged each law in binder. | 3.25 |
| WED | 05/28/08 | 07066:01 | 5120:SS | Support Staff<br>Worked on work plan for comparison of single stream and dirty MRF. Did scope, objectives, expected results, time schedule.<br><br>Included Bernheisel changes to project description.  Met with Bernheisel and Lund to review data on Guam's solid waste characterization study and ISWMP. Collected data for Guam actual scenario setup in Single Stream vs. Mixed Waste Recycling. Gathered data on population, households and housing units for Guam, and started on each of the villages. | 8.00 |
| THUR | 05/29/08 | 07066:01 | 5120:SS | Support Staff | 3.00 |

Case 1:02-cv-00022     Document 254     Filed 07/11/2008     Page 22 of 42

Printed the Public Laws requested to Judicial Assistant to Chief Judge, bound and labeled the Public Laws. Read the newest laws and analyzed the relation that they could have with previous laws. Created CD, labeled binder and CD.

THUR    05/29/08    07066:01    5120:SS    Support Staff    5.25

Read through chapter 6: Population and Land Use Forecast, from the Guam Waterworks Authority, to gather data on population and forecasts for the single stream vs. mixed waste project.
Read the First Hawaiian Bank Economic Forecast 2008 for Guam. Gathered and processed data from the US Census Bureau, 2000 census, for Guam and each of its villages. Gathered data on tourist visits to the island of Guam from the GVB. Processed some of the data.

FRI    05/30/08    07066:01    5120:SS    Support Staff    5.00

Gathered information on specific wastes density. Modified the Guam Waste Stream Summary Tables to use them in the calculations. Calculated waste densities according to the 1993 Guam Solid Waste Weight Composition and Recycling Feasibility Study. Read through chapter 1.1 and 1.2 of the Guam Solid Waste Weight Composition and Recycling Feasibility Study. Gathered data on military personnel on the island from 1990 to 2007. Calculated data for waste generation, waste volume at curb, waste volume at truck, and at landfill.

FRI    05/30/08    07066:01    5120:SS    Support Staff    4.50

| TEDATE | PROJECTID |
|---|---|
| 5/1/2008 to 5/31/2008 | 07066:01 to 07066:01 |

Extracted data from the Guam Visitors Bureau
Five Year strategic plan to determine the
length of stay of tourists in the island.
Extracted law requirements for collection by
DPW in Guam from PL21-313.
Processed data from the 2000 census to
obtain household estimates in Guam for 2008.
Estimated the effect of vacancy and military
personnel to determine the universe of law
obliged collection for DPW.
Estimated the increased population in the
island due to tourism.
Gathered information on indexes for waste
generation and density for its use in waste
generation calculations.
Performed waste generation calculations.

|  |  |
|---|---|
| **Project Total:** | 38.25 |
| **Employee Total:** | 38.25 |

**David Seader**

**07066:01**      **US District Court for Guam - Receivership**

| FRI | 05/02/08 | 07066:01 | 5140:PRIN | Principal Associate | 2.00 |
|---|---|---|---|---|---|
|  |  |  |  | Prepared materials for trip; was briefed by Bratton on Guam SWD status |  |
| MON | 05/05/08 | 07066:01 | 5140:PRIN | Principal Associate | 8.00 |
|  |  |  |  | Travel time on 5/5-6/08. Calculated as follows: Total gate to gate is 24 hours, including delays, making 12 hours eligible for travel time |  |
| TUES | 05/06/08 | 07066:01 | 5140:PRIN | Principal Associate | 8.00 |
|  |  |  |  | Travel time (see 5/5/08 memo); briefed by Manning and Anderson on SWD operations and projects |  |
| WED | 05/07/08 | 07066:01 | 5140:PRIN | Principal Associate | 9.00 |
|  |  |  |  | Participated in meetings with GEDCA, Finance Team, DoA, Personnel; reviewed finance documents |  |
| THUR | 05/08/08 | 07066:01 | 5140:PRIN | Principal Associate | 9.00 |
|  |  |  |  | Met with Borja to review billing, operations; participated in meetings with Manning, Anderson and military representatives; briefed Chief Judge and team on status |  |
| FRI | 05/09/08 | 07066:01 | 5140:PRIN | Principal Associate | 8.00 |

| TEDATE | PROJECTID |
|---|---|
| 5/1/2008 to 5/31/2008 | 07066:01 to 07066:01 |

|  |  |  |  | Met with Borja and Benevente to review billing, collection and customer service operations and procedures; met with GWA/GPA on billing systems and collection methodologies |  |
|---|---|---|---|---|---|
| SAT | 05/10/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Visited Ordot Dump and reviewed gate operations; visited Dededo transfer station and observed cash management operations; reviewed collection agency procurement and contract; discussed billing system modifications with Anderson and Manning | 8.00 |
| SUN | 05/11/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Visited Ordot Dump and transfer stations; visited Layon new landfill site; visited Polaris Point site; continued billing system analysis | 6.00 |
| MON | 05/12/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Participated in SWD staff meeting; met with Jackson (DPW) on billing and collections; met with Borja (SWD) on billings and collections; drafted letter to commercial haulers on terminations; continued analysis of billing system | 8.00 |
| TUES | 05/13/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Met with Jackson (DPW) and New Generation on geographic information system; met with Jackson and DMR on AS400 customer data base; initiated draft of billing system memo; reviewed billing and collection data | 8.00 |
| WED | 05/14/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Met with Jackson and AG office on SWD rules and regulations; completed billing system memo | 8.00 |
| THUR | 05/15/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Travel time allowance | 12.00 |
| MON | 05/19/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Reviewed and responded to emails; participated in team conference call | 3.00 |
| WED | 05/21/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Followed up on Guam meetings; reviewed MOU to military | 2.00 |
| WED | 05/28/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Reviewed AG's findings on SWD questions; reviewed and responded to emails; participated in financing conference call with Manning, Gershman, Bratton and PFM; coordinated GIS implementation | 4.00 |
| THUR | 05/29/08 | 07066:01 | 5140:PRIN | Principal Associate | 3.00 |

| TEDATE | PROJECTID |
|--------|-----------|
| 5/1/2008 to 5/31/2008 | 07066:01 to 07066:01 |

Prepared for and participated in team
conference call

Project Total: 106.00

Employee Total: 106.00

**David Manning**

**07066:01**        **US District Court for Guam - Receivership**

| THUR | 05/01/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate | 8.00 |
|------|----------|----------|--------------|-----------------------------|------|

Special Principal Associate
Drafting, reviewing and responding to email.
Planning schedule for the ensuing week;
review of Guam rules and regulations re: solid
waste management and discussions with
Court staff and Chief Judge.

| FRI | 05/02/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate | 8.00 |
|-----|----------|----------|--------------|-----------------------------|------|

Special Principal Associate
Drafting, reviewing and responding to email.
Reviewing the current finances of the SWD
and the proposal from PFM to assist with debt
financing issues.  Meeting with SWD staff for
briefing and initial review of daily financial and
payroll procedures, touring DPW facilities and
meeting with the Speaker of the Guam
Legislature.

| SAT | 05/03/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate | 8.00 |
|-----|----------|----------|--------------|-----------------------------|------|

Special Principal Associate
Drafting, reviewing and responding to email.
Review of Guam SWD finances and research
on cost benchmarks for the SWD programs
and the Consent Decree projects.

| SUN | 05/04/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate | 3.00 |
|-----|----------|----------|--------------|-----------------------------|------|

Special Principal Associate
Drafting, reviewing and responding to email;
planning activities for the ensuing week and
tour of solid waste generators and facilities on
the northern part of Guam.

| MON | 05/05/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate | 9.00 |
|-----|----------|----------|--------------|-----------------------------|------|

Special Principal Associate
Drafting, reviewing and editing email, meeting
with Bertha Duenas concerning the budget of
the SWD YTD and going forward; devising an
overall financial plan based full cost
accounting study of Maui County and
discussions with Guahan Waste Control
concerning their work and suggestions for
addressing Guam's solid waste problems.

| TUES | 05/06/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate | 9.00 |
|------|----------|----------|--------------|-----------------------------|------|

Case 1:02-cv-00022    Document 254    Filed 07/11/2008    Page 26 of 42

| TEDATE | PROJECTID |
|---|---|
| 5/1/2008 to 5/31/2008 | 07066:01 to 07066:01 |

Reviewing, editing and drafting email, review of financial data, meeting with Chief Procurement Officer; briefing for Governor and Chief Judge and review of Guam's rules and regulations for Solid Waste Management.

| WED | 05/07/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate | 10.00 |
|---|---|---|---|---|---|

Drafting, reviewing and editing email; meeting with Tony Blaz, Governor and others re debt management and potential debt financing for the SWD; meeting with Lou Perez and staff at DOA concerning financial management and cash handling practices; meeting with Cecilia Martinez and staff re: HR issues.

| THUR | 05/08/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate | 10.00 |
|---|---|---|---|---|---|

Review, drafting and editing of email; meeting with Public Auditor and staff; meeting with Capt. Fuligni and others re: cooperation with the Military; meeting with Lou Lucena and others with Dick Pacific and meeting with the Chief Judge and staff.

| FRI | 05/09/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate | 8.00 |
|---|---|---|---|---|---|

Drafting, editing and reviewing email; tour of SWD and Ordot Dump with Chief Judge; preparation for GWA meeting; meeting with GWA; meeting with Cynthia Jackson regarding her role in organization and meeting with Chief Judge.

| SAT | 05/10/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate | 6.00 |
|---|---|---|---|---|---|

Drafting, editing and reviewing email; work on revised draft of Initial Plan draft for the Court.

| SUN | 05/11/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate | 12.00 |
|---|---|---|---|---|---|

Reviewing, drafting and editing email; continued work on Initial Plan draft; planning for the ensuing week; reviewing emergency purchases; and documenting cash flow and billing models.

| MON | 05/12/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate | 9.00 |
|---|---|---|---|---|---|

Drafting, reviewing and responding to email, meeting with the SWDStaff to discuss the organization going forward, meeting with the Attorney General's office to discuss follow-up on legal issues, meeting with the Governor and his staff to discuss personnel issues and emergency purchase needs.

| TUES | 05/13/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate | 10.00 |
|---|---|---|---|---|---|

| TEDATE | PROJECTID |
|---|---|
| 5/1/2008 to 5/31/2008 | 07066:01 to 07066:01 |

|  |  |  |  | Drafting, reviewing and responding to email, meeting with representative of Veolia, meeting with Chief Judge and Court Staff, meeting with General, Admiral, Chief Judge and Governor plus staffs to discuss working with Military, reviewing and editing draft MOU for assistance from DPW personnel. | |
|---|---|---|---|---|---|
| WED | 05/14/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br><br>Drafting correspondence and MOU with Military for cooperation between the SWD and the Military in the future solid waste system for Guam. | 4.00 |
| WED | 05/14/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br><br>Travel time on 5/14/08. Calculated as follows: Total gate to gate is 20 hours, making 10 hours eligible for travel time, less 4 hours worked during the gate to gate time. | 6.00 |
| THUR | 05/15/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br><br>Drafting, reviewing and responding to email, revising the MOU for personnel assistance from DPW, conference call with GBB team and call with Anderson. | 8.00 |
| FRI | 05/16/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br><br>Drafting, reviewing and responding to email, conference call with PFM and GBB Team, reviewing and revising proposed engagement agreement with PFM. | 9.00 |
| SAT | 05/17/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br><br>Drafting, reviewing and responding to email, further revision to PFM engagement draft. Review of financial documents related to previous effort to issue revenue bonds. | 6.00 |
| SUN | 05/18/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br><br>Review, draft and respond to email and planning for the ensuing week. | 5.00 |
| MON | 05/19/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br><br>Review, drafting and responding to email. Drafting and revising drafts of PFM agreement and Military MOU, conference call with GBB team. | 8.00 |
| TUES | 05/20/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br><br>Review, drafting and responding to email. Payment guaranty issue, website update, financial analysis and staff meeting. | 9.00 |
| WED | 05/21/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate | 9.00 |

Case 1:02-cv-00022     Document 254     Filed 07/11/2008     Page 28 of 42

| TEDATE | PROJECTID |
|---|---|
| 5/1/2008 to 5/31/2008 | 07066:01 to 07066:01 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  | Review, drafting and responding to email. Financial analysis and conference call with the Court. |  |
| THUR | 05/22/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Review, respond and draft email. Financial analysis. | 8.00 |
| FRI | 05/23/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Drafting, reviewing and responding to email. Financial analysis. | 6.00 |
| SAT | 05/24/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Review, draft and respond to email. Organize files. | 3.00 |
| SUN | 05/25/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Review, drafting and responding to email and planning for ensuing week. | 2.00 |
| MON | 05/26/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Review, draft and respond to email and financial analysis. | 2.00 |
| TUES | 05/27/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Reviewing, drafting and responding to email. Research and analysis on SWD financial condition. | 6.00 |
| WED | 05/28/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Review, drafting and responding to email. Review and analysis of SWD financial condition and conference call with PFM. | 9.00 |
| THUR | 05/29/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Drafting, reviewing and responding to email. Financial analysis of the SWD. Conference call with GBB team and conference call with the Chief Judge and Court Staff. | 9.00 |
| FRI | 05/30/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Drafting, reviewing and responding to email. Analysis of the financial condition of the SWD. | 8.00 |
| SAT | 05/31/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Financial analysis of the SWD. | 2.00 |

|  |  |
|---|---|
| **Project Total:** | 229.00 |
| **Employee Total:** | 229.00 |

**Francois Coulombe**

<u>**07066:01**</u>        **US District Court for Guam - Receivership**

| THUR | 05/01/08 | 07066:01 | 5140:SD | Support Director<br>Research and preparation of PPT slides for presentation to Governor | 1.00 |
|---|---|---|---|---|---|

| TEDATE | PROJECTID |
|---|---|
| 5/1/2008 to 5/31/2008 | 07066:01 to 07066:01 |

| | | | | | |
|---|---|---|---|---|---|
| SAT | 05/03/08 | 07066:01 | 5140:SD | Support Director<br>Project spaces server support | 0.25 |
| THUR | 05/08/08 | 07066:01 | 5140:SD | Support Director<br>Media Review | 0.50 |
| MON | 05/12/08 | 07066:01 | 5140:SD | Support Director<br>Media Review; modify Guam map; | 1.50 |
| TUES | 05/13/08 | 07066:01 | 5140:SD | Support Director<br>Update website; | 0.25 |
| FRI | 05/16/08 | 07066:01 | 5140:SD | Support Director<br>Media Review | 0.25 |
| MON | 05/19/08 | 07066:01 | 5140:SD | Support Director<br>Media Review | 0.25 |
| TUES | 05/20/08 | 07066:01 | 5140:SD | Support Director<br>Website update | 0.50 |
| WED | 05/21/08 | 07066:01 | 5140:SD | Support Director<br>Website update; media review | 3.25 |
| THUR | 05/22/08 | 07066:01 | 5140:SD | Support Director<br>Website update | 1.25 |
| FRI | 05/23/08 | 07066:01 | 5140:SD | Support Director<br>Media Review | 0.25 |
| TUES | 05/27/08 | 07066:01 | 5140:SD | Support Director<br>Website update / Media Review | 3.25 |
| WED | 05/28/08 | 07066:01 | 5140:SD | Support Director<br>Update to protocol for Guam-related<br>email/calls received; Website update | 0.75 |

**Project Total:** 13.25

**Employee Total:** 13.25

**Heather Miller Cox**

**07066:01**      **US District Court for Guam - Receivership**

| | | | | | |
|---|---|---|---|---|---|
| WED | 05/07/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Replace Guam seal with new one provided by the court. Review maps of Guam to determine which is most appropriate. Consult about SEO and register URL with Google. Purchase map of Guam. Modify for our purposes and create web-ready version. Research on location of Layon and Dandan and add to map. | 2.00 |
| FRI | 05/09/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Updates to map to add merge in roads. Post revised map. | 1.00 |

GBB/C07066      23      June 30, 2008

| TEDATE | PROJECTID |
|--------|-----------|
| 5/1/2008 to 5/31/2008 | 07066:01 to 07066:01 |

SAT      05/10/08      07066:01      5140:PRIN      Principal Associate      1.25
Break apart slide into pieces. Minor revisions
to format.

**Project Total:**      4.25

**Employee Total:**      4.25

**Harvey Gershman**

**07066:01**      **US District Court for Guam - Receivership**

THUR      05/01/08      07066:01      5110:PRES      President      3.75
Read and respond to emails; phone call with
Anderson and Tucker re: Tucker joining GBB
for Co-Operations Director Receiver position
in Guam; draft notes from meeting; draft
additional slides; coordinate meetings with
Perez and Manning.

FRI      05/02/08      07066:01      5110:PRES      President      6.75
Gate to gate travel time allowance balance

SUN      05/04/08      07066:01      5110:PRES      President      1.00
Read and respond to email; advance Tucker
job description with Anderson

MON      05/05/08      07066:01      5110:PRES      President      4.75
Read and respond to email; phone with
Anderson to schedule team call; team call
with Bratton, Lund, Manning and Anderson to
review tasks for the week; review and
comment on personnel performance; review
monthly reporting for April 2008; filing; and
advance project team resources

TUES      05/06/08      07066:01      5110:PRES      President      6.00
Read and respond to emails; filing; review and
track Ordot Dump fire event with Anderson
and Manning; review work for Seader while on
Guam; coordinate JGPO and DOD Military
follow up with Perez and Fuligni; review Rt. 4
bridges information and photos; advance
Tucker joining Receiver team with phone calls
with Tucker, Anderson, and Manning; offer
letter drafted for Tucker review; respond to
inquiry re: interest in helping Receiver Team

WED      05/07/08      07066:01      5110:PRES      President      3.00

| TEDATE | PROJECTID |
|---|---|
| 5/1/2008 to 5/31/2008 | 07066:01 to 07066:01 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  | Read and respond to emails; review and approve time entries from Manning; review bridge photos; phone call with Jackson; phone call with Manning; advance Tucker joining Receiver team |  |
| THUR | 05/08/08 | 07066:01 | 5110:PRES | President<br>Read and respond to emails; advance Tucker offer; follow up with Cannon and Perez re: JGPO meetings next week; review and finalize time and expense entries for April 2008 invoicing with Keller and Plutino; filing; begin review of meeting notes to summarize follow up | 6.00 |
| FRI | 05/09/08 | 07066:01 | 5110:PRES | President<br>Read and respond to emails; review notes from meetings on Guam and prepare follow-up notes; filing; final review and signing of April 2008 invoice; phone call with Tucker re: joining Receiver Team; prepare draft Initial Plan PPT and send to Manning | 8.00 |
| SUN | 05/11/08 | 07066:01 | 5110:PRES | President<br>Read, respond, and file emails; review emergency procurement memo by Anderson and comment | 1.50 |
| MON | 05/12/08 | 07066:01 | 5110:PRES | President<br>Read, respond, and file emails; phone calls with Manning; review and comment on Jackson MOU; track PFM involvement with Manning; recruiting for additional GBB Receiver Team member; review Ladera Tower lease extension; review outcome of Layon condemnation hearing; advance draft Plan of Action PPT with Lund and Manning | 3.00 |
| TUES | 05/13/08 | 07066:01 | 5110:PRES | President<br>Read, reply, and file emails; draft PPT to send to JGPO for their meetings; emails to Perez re: supporting JGPO meetings; coordinate with Anderson his attendance at JGPO meeting in Guam and distribution of PPT there; phone call with Anderson to be debriefed on the JGPO meeting; recruiting for additional GBB Receiver Team member; review Ladera Tower lease extension; coordinate call with PFM | 5.00 |
| WED | 05/14/08 | 07066:01 | 5110:PRES | President | 5.00 |

| TEDATE | PROJECTID |
|---|---|
| 5/1/2008 to 5/31/2008 | 07066:01 to 07066:01 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  | Read, respond, and file emails; review and comment on Seader memo on revenue, billings and collections; phone call with Perez for update on schedule for JGPO meetings and offering of support; phone call with Anderson and Lund to go over July Guam schedule; phone call with Anderson regarding SWD organization reaction to changes; forward Anderson used equipment sources; review and comment on MOU with NAVFAC |  |
| THUR | 05/15/08 | 07066:01 | 5110:PRES | President<br>Read, reply, and file emails; phone call with Manning to review meetings held earlier in the week, status of MOU re: Jackson assignment to SWD; review and comment on Manning plan for week's activities; review web site update ideas from Coulombe and Atwater; email to EarthTech instructing communications should go through NAVFAC; call amongst Manning and Bratton to review comments on draft MOU with NAVFAC, and web site updates | 5.00 |
| FRI | 05/16/08 | 07066:01 | 5110:PRES | President<br>Read, reply, and file emails; conference call with Manning, Daniel (PFM), and Bratton to discuss scope of services for PFM; planning July Guam SWD coverage and scheduling for quarterly Court Status Hearing; meet with Bratton to go over Layon landfill procurement strategy and schedule; project management | 6.00 |
| SUN | 05/18/08 | 07066:01 | 5110:PRES | President<br>Read, respond and file emails | 2.00 |
| MON | 05/19/08 | 07066:01 | 5110:PRES | President<br>Read, reply and file emails. | 2.00 |
| TUES | 05/20/08 | 07066:01 | 5110:PRES | President<br>Read, reply and file emails. | 2.00 |
| WED | 05/21/08 | 07066:01 | 5110:PRES | President<br>Read, reply and file emails. | 2.00 |
| THUR | 05/22/08 | 07066:01 | 5110:PRES | President<br>Read, reply and file emails. | 2.00 |
| FRI | 05/23/08 | 07066:01 | 5110:PRES | President | 2.00 |

GBB/C07066
26
June 30, 2008

| TEDATE | PROJECTID |
|---|---|
| 5/1/2008 to 5/31/2008 | 07066:01 to 07066:01 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  | Read, respond and file emails; review and advance travel schedule for GBBers in June and July; advance Tucker joining Receiver team. |  |
| TUES | 05/27/08 | 07066:01 | 5110:PRES | President<br>Read and respond to emails; phone call with Anderson re: update on Solid Waste Operations | 1.00 |
| WED | 05/28/08 | 07066:01 | 5110:PRES | President<br>Read, respond, and file email; conference call with PFM, Manning, Bratton, and Seader; advance PFM subcontract; advance recruiting for Guam Operations | 4.00 |
| THUR | 05/29/08 | 07066:01 | 5110:PRES | President<br>Read, respond, and file email; internal GBB Team conference call to review activities and upcoming plans; conference call with Judge group, Manning and Anderson for weekly report. | 4.00 |
| FRI | 05/30/08 | 07066:01 | 5110:PRES | President<br>Read, respond, and file email; send Judge information on travel plans for June and July in Guam and resume of Guam Operations person | 4.00 |

Project Total: 89.75

Employee Total: 89.75

**Jim Plutino**

**07066:01**      **US District Court for Guam - Receivership**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| THUR | 05/08/08 | 07066:01 | 5110:CA | Contract Administrator<br>Coordinated preparation of draft invoice including verification of GBB and associates' billable hours; verified and assembled support documentation for reimbursable expenditures in accordance with contract requirements; performed administrative duties necessary to confirm accuracy and completeness of invoice processing and contract diligence. | 4.00 |
| FRI | 05/09/08 | 07066:01 | 5110:CA | Contract Administrator<br>Continued assembling support documentation for reimbursable expenditures; finalized draft invoice and notes; created copies of draft invoice and documentation for delivery to Court and Attorney General Office. | 4.00 |

| TEDATE | PROJECTID |
|---|---|
| 5/1/2008 to 5/31/2008 | 07066:01 to 07066:01 |

| | | | | | |
|---|---|---|---|---|---|
| FRI | 05/16/08 | 07066:01 | 5110:CA | Contract Administrator<br>Revised April Services draft to facilitate improved reconciliation between accounting program and time-keeping/expense logging program. Reassembled and repaginated expense receipt documentation and advanced to make final. | 6.00 |
| TUES | 05/20/08 | 07066:01 | 5110:CA | Contract Administrator<br>Created scanned PDF file of April Services invoice for distribution to Court and designated parties; finalized invoice and made copies of invoice and documentation to deliver to Court by e-mail and FedEx; prepared second copy of invoice to mail to Attorney General Office. | 1.00 |

**Project Total:** 15.00

**Employee Total:** 15.00

**Frank Bernheisel**

**07066:01**        **US District Court for Guam - Receivership**

| | | | | | |
|---|---|---|---|---|---|
| WED | 05/07/08 | 07066:01 | 5110:VP | Vice President<br>Research on HUD grants; email | 1.00 |
| THUR | 05/08/08 | 07066:01 | 5110:VP | Vice President<br>Research on grants; telecons and email | 2.00 |
| TUES | 05/13/08 | 07066:01 | 5110:VP | Vice President<br>Research on waste characterization studies and emails to Anderson on waste characterization studies. | 2.00 |
| TUES | 05/20/08 | 07066:01 | 5110:VP | Vice President<br>Assistance on emergency procurements; email | 2.00 |
| WED | 05/21/08 | 07066:01 | 5110:VP | Vice President<br>Specification assistance on emergency procurements; email | 1.00 |
| THUR | 05/22/08 | 07066:01 | 5110:VP | Vice President<br>Advance study of recycling collection and processing; research composition data for Guam solid waste; email | 2.00 |
| TUES | 05/27/08 | 07066:01 | 5110:VP | Vice President | 4.00 |

| TEDATE | PROJECTID |
|---|---|
| 5/1/2008 to 5/31/2008 | 07066:01 to 07066:01 |

Background research on the recycling collection and processing study; read composition report from 1995 and compare to California data; meet with Restrepo on study methodology; research and provide specifications for emergency procurement to Anderson; emails

| | | | | | |
|---|---|---|---|---|---|
| WED | 05/28/08 | 07066:01 | 5110:VP | Vice President | 4.00 |
| | | | | Work with Restrepo on recycling collection and processing analysis; meet with Lund and Restrepo on the background in Guam and sources of data for the study; read Guam ISWM Plan and research the composition of waste. | |
| THUR | 05/29/08 | 07066:01 | 5110:VP | Vice President | 3.00 |
| | | | | Research material and email to Anderson; discuss databases to support billing of solid waste services to customers with Gershman, email to team; meet with Restrepo on mixed waste/single stream recycling study. | |

| | |
|---|---|
| **Project Total:** | **21.00** |
| **Employee Total:** | **21.00** |

**Lonelle Keller**

**07066:01**      **US District Court for Guam - Receivership**

| | | | | | |
|---|---|---|---|---|---|
| MON | 05/05/08 | 07066:01 | 5120:CA | Contract Administration | 1.25 |
| | | | | Collected, checked and entered hours and activity notes for Guam from Coulombe for April 2008. | |
| MON | 05/05/08 | 07066:01 | 5120:CA | Contract Administration | 0.50 |
| | | | | Collected, checked and entered hours and activity notes for Guam from Atwater for April 2008. | |
| WED | 05/07/08 | 07066:01 | 5120:CA | Contract Administration | 5.00 |

| TEDATE | PROJECTID |
|--------|-----------|
| 5/1/2008 to 5/31/2008 | 07066:01 to 07066:01 |

Worked on the ATT&T Cell Phone Percentage allocation for the month of April. Sent Manning email. Entered Lund's expenses for reimbursement. Made copies of expenses for invoicing of Guam. Printed Manning expense notes and compared them to receipts given; Entered in QB for payment; made copies for invoicing. Checked and matched Seader's receipts to BQ; entered into QB. Checked BQ against receipts for Anderson.

| | | | | | |
|-----|----------|----------|----------|---|---|
| FRI | 05/09/08 | 07066:01 | 5120:CA | Contract Administration | 3.25 |

Matched/checked receipts against entered Gershman's expenses in BQ for reimbursement for April. Entered into QB. Made copies of expenses for invoice for Guam. Worked on the Cell Phone Allocation Report for Invoices for Guam.

| | | | | | |
|-----|----------|----------|----------|---|---|
| MON | 05/19/08 | 07066:01 | 5120:CA | Contract Administration | 0.50 |

Worked on PAETEC outbound usage bill report for Guam.

|  | |
|---|---|
| **Project Total:** | **10.50** |
| **Employee Total:** | **10.50** |

**MaryJane Atwater**

**07066:01**      **US District Court for Guam - Receivership**

| | | | | | |
|------|----------|----------|-----------|---|---|
| WED | 05/21/08 | 07066:01 | 5140:PRIN | Principal Associate | 2.00 |

Reviewed letter from Manning to Chief Judge; drafted copy for Latest Update section of Guam Receiver website; conferred with Gershman and Coulombe on additional FAQs for website

| | | | | | |
|-------|----------|----------|-----------|---|---|
| THUR | 05/22/08 | 07066:01 | 5140:PRIN | Principal Associate | 0.50 |

Discussed website revisions with Manning, Gershman and Bratton in phone calls and e-mails

|  | |
|---|---|
| **Project Total:** | **2.50** |
| **Employee Total:** | **2.50** |

**Pat Ravenelle**

**07066:01**      **US District Court for Guam - Receivership**

| | | | | | |
|-----|----------|----------|----------|---|---|
| FRI | 05/02/08 | 07066:01 | 5110:SM | Support Manager | 0.50 |

Revised PowerPoint slides for Lund.

| TEDATE | PROJECTID |
|---|---|
| 5/1/2008 to 5/31/2008 | 07066:01 to 07066:01 |

| MON | 05/05/08 | 07066:01 | 5110:SM | Support Manager<br>Revised memo for Anderson; Made Bratton revisions to PowerPoint slides. | 1.00 |
|---|---|---|---|---|---|
| FRI | 05/09/08 | 07066:01 | 5110:SM | Support Manager<br>Formatted and spellchecked invoice notes for Plutino. | 0.50 |
| MON | 05/12/08 | 07066:01 | 5110:SM | Support Manager<br>Proofread, edited, and formatted Action Plan PPT. | 4.00 |

|  |  |  |  | **Project Total:** | 6.00 |
|---|---|---|---|---|---|
|  |  |  |  | **Employee Total:** | 6.00 |

**Timothy Bratton**

**07066:01**      **US District Court for Guam - Receivership**

| THUR | 05/01/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Travel back to Virginia from Guam | 9.50 |
|---|---|---|---|---|---|
| THUR | 05/01/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Work with Lund to prepare Power Point slides for David Manning's presentation to Guam Governor and review action items with Lund from the previous week's field visit to Guam | 1.00 |
| FRI | 05/02/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Phone call with Dave Seader to discuss landfill related procurement needs in Guam and findings from GBB's initial field visit; update and organize files with data and notes from meetings and data gathering in Guam | 1.50 |
| MON | 05/05/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Internal meetings with Lund and Gershman; conference call with Manning, Anderson, Lund and Gershman; review new documents added to Guam Receiver file; read and send e-mail related to Consent Decree projects and ongoing activities | 5.00 |
| TUES | 05/06/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Review notes from certain meetings in Guam and discuss with Lund their inclusion in minutes being prepared by Lund; gather data from files on landfill closure and post-closure care costs and needs and provide to Lund; review-e-mail, including draft minutes of certain meetings in Guam and provide comments and edits to Lund | 4.50 |
| WED | 05/07/08 | 07066:01 | 5110:SVP | Senior Vice President | 4.00 |

GBB/C07066                                      31                                      June 30, 2008

| TEDATE | PROJECTID |
|---|---|
| 5/1/2008 to 5/31/2008 | 07066:01 to 07066:01 |

Conference call with US EPA 9 to discuss Receiver activities and follow-up actions from meetings in Guam during the previous week; internal meeting with Lund; review e-mail related to Consent Decree projects and Receiver activities

| | | | | | |
|---|---|---|---|---|---|
| THUR | 05/08/08 | 07066:01 | 5110:SVP | Senior Vice President | 2.00 |
| | | | | Phone call with Anderson to discuss Ordot Dump operations issues; review e-mail and new documents related to Consent Decree projects | |
| MON | 05/12/08 | 07066:01 | 5110:SVP | Senior Vice President | 3.50 |
| | | | | Meeting with Lund; phone call with Manning; review e-mail regarding consent Decree projects | |
| TUES | 05/13/08 | 07066:01 | 5110:SVP | Senior Vice President | 5.00 |
| | | | | Internal meetings with Lund; meeting with Gershman; review e-mail regarding Consent Decree projects; start work on draft MOU with NAVFAC; phone call with Leighton Contractors; send e-mail to Manning | |
| WED | 05/14/08 | 07066:01 | 5110:SVP | Senior Vice President | 3.50 |
| | | | | Meeting with Gershman; review e-mail on Consent Decree projects; continue work on draft MOU with NAVFAC | |
| THUR | 05/15/08 | 07066:01 | 5110:SVP | Senior Vice President | 3.00 |
| | | | | Conference call with Gershman and Manning; edit and revise draft MOU with NAVFAC; meeting with Gershman; review and respond to e-mail on Consent Decree projects | |
| FRI | 05/16/08 | 07066:01 | 5110:SVP | Senior Vice President | 5.50 |
| | | | | Conference call with Gershman, Manning, and Public Financial Management (PFM); work on refining and expanding MOU with NAVFAC and send revised draft to Manning and Gershman for review; provide input on proposed agreement between Receiver and PFM to Manning; respond to phone message from Lund; review Shaw Environmental's invoice for April services to DPW/Receiver; review and send e-mail on Consent Decree projects | |
| MON | 05/19/08 | 07066:01 | 5110:SVP | Senior Vice President | 6.50 |

| TEDATE | PROJECTID |
|---|---|
| 5/1/2008 to 5/31/2008 | 07066:01 to 07066:01 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  | Meeting with Lund; review and comment on draft agreements with PFM and MOU between Receiver and NAVFAC, participate in conference call with Receiver Team (Manning, Lund, Anderson, Gershman, and Seader) to discuss status of all activities and coordinate work; and review e-mail regarding Consent Decree projects |  |
| TUES | 05/20/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Review and revise draft agreement with PFM and send to Manning; meet with Lund; gather documents to assist Bernheisel; review new documents to the project file; review and send e-mail | 4.50 |
| WED | 05/21/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Meeting with Lund; review e-mail and send e-mail to Manning and Anderson; assist Anderson with data for weigh scales' specifications for Ordot Dump; review portions of documents from TG-Engineers and Duenas Bordallo Camacho & Associates; review other e-mail regarding Consent Decree projects; phone call with Judicial Assistant to Chief Judge of Guam District Court | 5.00 |
| THUR | 05/22/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Meeting with Lund; e-mail with Manning; gather data from landfill files for Lund; phone call and e-mail with Atwater; review draft responses to certain FAQs from Lund to place on Receiver Website and comment to Lund; review e-mail regarding Consent Decree projects | 4.00 |
| FRI | 05/23/08 | 07066:01 | 5110:SVP | Senior Vice President | 5.50 |

| TEDATE | PROJECTID |
|---|---|
| 5/1/2008 to 5/31/2008 | 07066:01 to 07066:01 |

Review and comment on draft RFP to be issued by Receiver for certain consulting services regarding Ordot Dump; meeting with Lund; review and comment to Anderson on draft specifications for emergency purchase of certain equipment for Guam DPW, SWD; review proposed draft agreements for Receiver guarantee of vendor payments by SWD sent by Manning and coordinate with GBB's Controller; review selected file data on previous financing activities for Consent Decree projects forwarded by DPW employee Jackson; review e-mail regarding Consent Decree projects

TUES    05/27/08    07066:01    5110:SVP

Senior Vice President

Conference call with Anderson and Bernheisel regarding emergency equipment procurement; send e-mail to Anderson; meet with Lund; review transfer trailer data for Lund; review e-mail regarding Consent Decree projects

4.50

WED    05/28/08    07066:01    5110:SVP

Senior Vice President

Meeting with Lund to review draft Master Schedule; conference call with Daniels of Public Financial Management (PFM), Manning, Gershman, and Seader; conference call with Williams of Shaw Environmental and Lund; review Appraisal Report for Temporary Access Road for Layon Landfill; review e-mail regarding Consent Decree projects

4.50

THUR    05/29/08    07066:01    5110:SVP

Senior Vice President

Participate in Receiver Team weekly conference call; review proposals relative to certain additional analysis at Ordot Dump in response to RFP sent by Lund and discuss with Lund; participate in conference call with Lund, Anderson, and DPW engineering staff regarding certain filling plan and survey needs at Ordot Dump; review e-mail regarding Consent Decree projects

5.00

FRI    05/30/08    07066:01    5110:SVP

Senior Vice President

Meet with Lund; review new project document; phone call with Gershman; review e-mail regarding Consent Decree projects; coordinate with GBB's Controller on project administration

3.00

| TEDATE | PROJECTID |
|--------|-----------|
| 5/1/2008 to 5/31/2008 | 07066:01 to 07066:01 |

**Project Total:** 90.50

**Employee Total:** 90.50

# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com



·36

| | |
|---|---|
| **Project ID:** | **07066:01** |
| **Project Name:** | **US District Court for Guam - Receivership** |
| **Manager:** | **HWG** |
| **Client ID:** | **07066** |

D. MANNING

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 5/1/2008 to 5/31/2008 | DM to DM | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 5/1/2008 | Miscellaneous Travel Expenses<br>Fuel for rental vehicle. | 1.00 | $35.27 | $35.27 | 0.00 | $35.27 | Billable |
| 5/1/2008 | Meals<br>Lunch for myself. | 1.00 | $10.44 | $10.44 | 0.00 | $10.44 | Billable |
| 5/2/2008 | Meals<br>Groceries for the apartment.  This is per diem related. | 1.00 | $8.96 | $8.96 | 0.00 | $8.96 | Billable |
| 5/2/2008 | Meals<br>Groceries for the apartment.  This is per diem related. | 1.00 | $18.24 | $18.24 | 0.00 | $18.24 | Billable |
| 5/3/2008 | Meals<br>Lunch for Chace Anderson and myself.  Thhis is per diem related. | 1.00 | $12.37 | $12.37 | 0.00 | $12.37 | Billable |
| 5/3/2008 | Meals<br>Groceries for the apartment.  This is per diem related. | 1.00 | $9.78 | $9.78 | 0.00 | $9.78 | Billable |
| 5/4/2008 | Meals<br>Lunch for Chace Anderson and myself.  This is per diem related. | 1.00 | $35.30 | $35.30 | 0.00 | $35.30 | Billable |
| 5/5/2008 | Meals<br>Lunch for myself.  Per deim related. | 1.00 | $6.50 | $6.50 | 0.00 | $6.50 | Billable |
| 5/5/2008 | Meals<br>Dinner for Anderson and myself.  Per deim related. | 1.00 | $107.06 | $107.06 | 0.00 | $107.06 | Billable |
| 5/6/2008 | Meals<br>Dinner for Anderson and Manning.  Per deim related. | 1.00 | $40.70 | $40.70 | 0.00 | $40.70 | Billable |
| 5/6/2008 | Parking<br>Airport parking to pick up Seader. | 1.00 | $2.00 | $2.00 | 0.00 | $2.00 | Billable |
| 5/7/2008 | Meals<br>Lunch for Seader and Manning.  Per deim relatred. | 1.00 | $29.90 | $29.90 | 0.00 | $29.90 | Billable |
| 5/7/2008 | Meals<br>Dinner for Seader, Anderson and Manning.  This is per deim related. | 1.00 | $23.49 | $23.49 | 0.00 | $23.49 | Billable |
| 5/7/2008 | Meals<br>Groceries for apartment.  Per deim related. | 1.00 | $10.27 | $10.27 | 0.00 | $10.27 | Billable |
| 5/8/2008 | Meals<br>Lunch for Seader, Anderson and Manning.  Total bill was $50.06. Capt Fulgni paid $20 for the Military personnel.  This is per deim related. | 1.00 | $30.06 | $30.06 | 0.00 | $30.06 | Billable |
| 5/8/2008 | Meals<br>Groceries for apartment.  Per deim related. | 1.00 | $11.56 | $11.56 | 0.00 | $11.56 | Billable |
| 5/8/2008 | Meals<br>Food for Manning at Airport Mobile Service Station, Guam | 1.00 | $2.28 | $2.28 | 0.00 | $2.28 | Billable |



# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

Printed on: 7/3/2008
Page 1 of 1

| | |
|---|---|
| Project ID: | 07066:01 |
| Project Name: | US District Court for Guam - Receivership |
| Project Manager: | HWG |
| Client ID: | 07066 |

*DAVID MANNING*

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 5/1/2008 | Miscellaneous Travel Expenses | 1.00 | $35.27 | $35.27 | 0.00 | $35.27 | Billable |
| 5/1/2008 | Meals | 1.00 | $10.44 | $10.44 | 0.00 | $10.44 | Billable |
| 5/2/2008 | Meals | 1.00 | $18.24 | $18.24 | 0.00 | $18.24 | Billable |
| 5/2/2008 | Meals | 1.00 | $8.96 | $8.96 | 0.00 | $8.96 | Billable |
| 5/3/2008 | Meals | 1.00 | $12.37 | $12.37 | 0.00 | $12.37 | Billable |
| 5/3/2008 | Meals | 1.00 | $9.78 | $9.78 | 0.00 | $9.78 | Billable |
| 5/4/2008 | Meals | 1.00 | $35.30 | $35.30 | 0.00 | $35.30 | Billable |
| 5/5/2008 | Meals | 1.00 | $107.06 | $107.06 | 0.00 | $107.06 | Billable |
| 5/5/2008 | Meals | 1.00 | $6.50 | $6.50 | 0.00 | $6.50 | Billable |
| 5/6/2008 | Meals | 1.00 | $40.70 | $40.70 | 0.00 | $40.70 | Billable |
| 5/6/2008 | Parking | 1.00 | $2.00 | $2.00 | 0.00 | $2.00 | Billable |
| 5/7/2008 | Meals | 1.00 | $29.90 | $29.90 | 0.00 | $29.90 | Billable |
| 5/7/2008 | Meals | 1.00 | $23.49 | $23.49 | 0.00 | $23.49 | Billable |
| 5/7/2008 | Meals | 1.00 | $10.27 | $10.27 | 0.00 | $10.27 | Billable |
| 5/8/2008 | Meals | 1.00 | $2.28 | $2.28 | 0.00 | $2.28 | Billable |
| 5/8/2008 | Miscellaneous Travel Expenses | 1.00 | $37.30 | $37.30 | 0.00 | $37.30 | Billable |
| 5/8/2008 | Meals | 1.00 | $11.56 | $11.56 | 0.00 | $11.56 | Billable |
| 5/8/2008 | Meals | 1.00 | $30.06 | $30.06 | 0.00 | $30.06 | Billable |
| 5/9/2008 | Meals | 1.00 | $6.65 | $6.65 | 0.00 | $6.65 | Billable |
| 5/10/2008 | Meals | 1.00 | $6.59 | $6.59 | 0.00 | $6.59 | Billable |
| 5/11/2008 | Meals | 1.00 | $116.97 | $116.97 | 0.00 | $116.97 | Billable |
| 5/11/2008 | Meals | 1.00 | $2.99 | $2.99 | 0.00 | $2.99 | Billable |
| 5/12/2008 | Meals | 1.00 | $7.00 | $7.00 | 0.00 | $7.00 | Billable |
| 5/12/2008 | Meals | 1.00 | $6.39 | $6.39 | 0.00 | $6.39 | Billable |
| 5/13/2008 | Meals | 1.00 | $150.74 | $150.74 | 0.00 | $150.74 | Billable |
| 5/13/2008 | Car Rental | 1.00 | $1,088.80 | $1,088.80 | 0.00 | $1,088.80 | Billable |
| 5/13/2008 | Meals | 1.00 | $8.65 | $8.65 | 0.00 | $8.65 | Billable |
| 5/14/2008 | Parking | 1.00 | $3.00 | $3.00 | 0.00 | $3.00 | Billable |
| | Sum of Billable Expenses: | | | $1,829.26 | | $1,829.26 | |
| | Billable + Non-Billable Total: | | | $1,829.26 | | $1,829.26 | |

Nana's Cafe / Sails BBQ
Guam Plaza Hotel
Tumon, Guam (671) 649-6262

CHECK: 6010
TABLE: RB3/1
SERVER: 415-Tem10
DATE: MAY04'08 13:36
CARD TYPE: Visa
ACCT #: XXXXXXXXXXXXX4547
EXP DATE: XX/XX
AUTH CODE: 035618
RESEARCH: 23587295
        DAVID MANNING

SUBTOTAL:          30.80

Svc. :              4.50

Total:             35.30

Sign: _____

        Thank You

---

TACO BELL 84 AGANA
CORNER OF R] 4/OBRIEN D
AGANA. GU 96910

Merchant ID: 000000000475421
Term ID: 00587581
Server ID: 1
102168743999

**Sale**

VISA
XXXXXXXXXXXXX4547
Entry Method: Swiped
Apprvd: Online   Batch#: 000410
05/01/08           13:12:05

Inv #: 000016   Appr Code: 015228

Amount:        $        10.44
Tip:
Total:     _____

        Customer Copy

---

WINCHELL'S
MANGILAO

05/10/08  7:41AM    02
811971 #8122

REG DOZ         $6.59

XXXTOTAL       $6.59
CASH          $20.00
CHANGE        $13.41

---

**BANK OF GUAM**
**THE PEOPLE'S BANK**

WENDY'S BARRIGADA
BARRIGADA, GUAM 96921
(671) 633-8800

BATCH No.     : 000112
TERMINAL ID   : 6716591
CARD          : VISA INT'L
CARD No.  : XXXXXXXXXXXXX4547 / Swiped
RREF No.      : 0080
INVOICE       : 010074
TRANS.    : CREDIT CARD SALE
AMOUNT    :          $     12.37
Tran Date/Time : 05/03/08    12:26:18
APPROVAL     : 025658

        Customer Copy

                        per diem

---

PACAIR PARKING MANAGEMENT
TEL 671 649 0793
FAX 671 649 0942
SI YUUS MA ASE
THANK YOU

Ticket #: 7508329

IN:  5/6/2008 8:09:00
OUT: 5/6/2008 8:34:02

PARKING FEE:       $2.00

TOTAL:          $2.00
VALIDATION :    -$0.00
TENDERED:        $2.00
CHANGE:         $0.00

---

**BANK OF GUAM**
**THE PEOPLE'S BANK**

SUPERMART

REG#5 MANGILAO GU
(671) 735-6278

BATCH No.     : 000176
TERMINAL ID   : 3519717
CARD          : VISA INT'L
CARD No.  : XXXXXXXXXXXXX4547 / Swiped
RREF No.      : 7178
INVOICE       : 001752
TRANS.    : CREDIT CARD SALE
AMOUNT    :          $     18.24
Tran Date/Time : 05/02/08    15:15:33
APPROVAL     : 01547B

        Customer Copy
        Thank you!

---

THANK YOU
FOR EATING AT
TACO BELL/LONG JOHN SILVERS
477-8226
HAVE A GREAT DAY AND COME AGAIN!!!

REG  2        ORDER  STORE
                207
5/01/08                    1:13PM

1 LJ-7              8.49
  2 LJ/FSH            .00
  8 LJ/B-SHR MP       .00
  1 REG/FRY           .00
1 PEP-32            1.95

SUBTOTAL           10.44
TAX                  .00
EAT-IN TOTAL       10.44

CASH TEND          10.44
CHANGE               .00

WELCOME TO
SPPC BARRIGADA

BARRIGADA 76
112 ROUTE 10
BARRIGADA            GU
DLR# 00247395
DATE: 05/01/08

VISA          ACCT#
XXXX XXXX XXXX 4547
G1DHP6J4BBS7
INV# 093405        7D/8S
REF# 921 67-015
AUTH# 00-53551B

PUMP# 7          SELF
UNL           8.399G
PRICE/GAL     $4.199

FUEL TOTAL   $35.27
--------------------------
CUSTOMER SIGNATURE
4% GRT INCLUDED

THANK YOU

**BANK OF GUAM**
THE PEOPLE'S BANK

OUTBACK STEAK HOUSE
(BAR) TUMON, GUAM 96911
(671) 646-1543

BATCH No.     : 000293
TERMINAL ID   : 6708259
CARD          : VISA INT'L
CARD No. : XXXXXXXXXXXX4547 / Swiped
RREF No.      : 8237
INVOICE       : 002277
SERVER No.    : 19
TRANS.  : CREDIT CARD SALE

AMOUNT   :        $    93.06
TIP AMOUNT:      $   14.00
(IF ANY, PLEASE SIGN)

TOTAL AMOUNT:    $ 107.06
Tran Date/Time : 05/05/08    18:44:45
APPROVAL       : 04572B

Customer Copy
Thank you!

---

MicroMall    Welcome 75
02 VH    09/MAY/08 12:08

1 WhopVMi-Large    6.65
1   Diet Coke
   EATIN TOTAL     6.65

RECEIPT

CO7066-01

**BANK OF GUAM**
THE PEOPLE'S BANK

OUTBACK STEAK HOUSE
(BAR) TUMON, GUAM 96911
(671) 646-1543

BATCH No.     : 000259
TERMINAL ID   : 6708259
CARD          : VISA INT'L
CARD No. : XXXXXXXXXXXX4547 / Swiped
RREF No.      : 8474
INVOICE       : 002494
SERVER No.    : 92
TRANS.  : CREDIT CARD SALE

AMOUNT   :        $   101.97
TIP AMOUNT:      $   15.00
(IF ANY, PLEASE SIGN)

TOTAL AMOUNT:    $ 116.57
Tran Date/Time : 05/11/08    19:04:37
APPROVAL       : 00575B

Customer Copy

**BANK OF GUAM**
THE PEOPLE'S BANK

SUPERMART
REGI#4 MANGILAO GU
(671) 735-6278

BATCH No.     : 000186
TERMINAL ID   : 3519766
CARD          : VISA INT'L
CARD No. : XXXXXXXXXXXX4547 / Swiped
RREF No.      : 8373
INVOICE       : 002821
TRANS.  : CREDIT CARD SALE

AMOUNT   :        $    11.56

Tran Date/Time : 05/08/08    20:26:12
APPROVAL       : 025968

Customer Copy
Thank you!

---

**Central**
Parking System

NASHVILLE INTERNATIONAL
AIRPORT - MUSIC CITY USA
(615) 275-1045

**CUSTOMER RECEIPT**

Toledo Ticket Co., Toledo, OH           03470036

| Tran | In Time | Out Time | Fee | CC# |
|------|---------|----------|-----|-----|
| 7632 | 05/14 10:49 | 05/14 11:54 | $3.00 | 4547 |

McDonald's Corporation
Thank you for eating at McDonald's

389 ROUTE 4
AGANA, GU 96910

THANK YOU

AGANA-ROUTE 4          TEL# (671)477-9133

91 KS#01  **S#1**      May.05'08(Mon)12:21
STORE# 6468            MER# KB43632025001

# Order #191    EAT IN

| | |
|---|---|
| 1 QTR CHEESE MEAL | 3.90 |
| 2 1 COOKIE | 0.90 |
| 2 OATMEAL COOKIE | 0.00 |
| 1 MED COKE | 1.70 |
| | |
| SUB TOTAL | 6.50 |
| EAT IN TAX | 0.00 |
| | 6.50 |
| | |
| CARD ISSUER   ACCOUNT # | |
| VISA SALE    ***********4547 | |
| TRANSACTION AMOUNT | 6.50 |
| AUTH CODE 01372B SEQ# 1719 | |
| | |
| CASH TENDERED | 0.00 |
| | |
| CHANGE | 0.00 |

* * * * * RECEIPT IS REPRINTED * * * * *
05/08/08    12:01:02

SALE RECEIPT
Store #7972    tko 05/08/08 11:31:44
Subway Sandwiches & Salads
Barrigada
Barrigada            GU
(671) 734-8435
Trans# 43 Clerk 7  Dwr 1 TRDT 050808
Receipt # 0000209074 Reg-ID REG-MAIN
ITEM    QTY      PRICE MEMO PLU
* * * * * RECEIPT IS REPRINTED * * * * *

| | | | |
|---|---|---|---|
| FTYPLAT | 2 T $ | 31.72 | 13011 |
| CHIPS | 6 1 $ | 0.95 | 10020 |
| | $ | 5.70 | |
| | 8 1 $ | 1.34 | 10049 |
| | =$ | 10.72 | |
| | | | |
| SUBTOTAL $ | | 48.14 | |
| Guam GRT $ | | 1.92 | |
| | | | |
| TAKE OUT ++TOTAL $ | | 50.06 | |
| CardAMT TEND $ | | 50.06 | |
| | | | |
| CHANGE DUE$ | | 0.00 | |

Over 24,000 Restaurants Worldwide
www.subwaypacific.com

* * * * * RECEIPT IS REPRINTED * * * * *

Less $20 paid
Capt. Fuligni
$30.06

40

**BANK OF GUAM**
**THE PEOPLE'S BANK**

**SUPERMART**
REG#5 MANGILAO GU
(671) 735-8278

| | | |
|---|---|---|
| BATCH No. | : | 000181 |
| TERMINAL ID | : | 3519717 |
| CARD | : | VISA INT'L |
| CARD No. | : | XXXXXXXXXXXX4547 / Swipe |
| RREF No. | : | 7502 |
| INVOICE | : | 002063 |
| TRANS. | : | CREDIT CARD SALE |
| AMOUNT | : | $ 10.27 |

Tran Date/Time : 05/07/08      18:31:34
APPROVAL      : 025018

Customer Copy

Thank you!

Q070066-01





SUPER MART
TEL 735-6278
FAX 735-6280
THANK YOU COME AGAIN

CHKR#: 202    NAME:MARISA

BEVERAGE                    2.99

TOTAL          2.99
CASH           3.00
CHANGE         $.01
    1    ITEMS

0004 2127-0004 SUN   5/11/08   1:39PM 0208

---

Airport Mobil Service Station
PO BOX EU
Agana Guam 96910
671-649-0052

**\*\*\* Duplicate \*\*\***
POS: 1
                Transaction #:32047969
                Tax Invoice #:105191
Store No.: 543                    Nelia
05/08/08    8:44:27 AM

Fuel Sale
Pump # 6 Syn Regular
   8.884 Gallons @ $ 4.199/Gal      37.30

   Total $:                         37.30

   Visa:                            37.30
   Change                            0.00

Visa
CARD NUM   : XXXXXXXXXXXX4547
EXP. DATE  : 08/09

TERMINAL   : 543001
APPROVAL # : 04547B
RECEIPT #  : I55280
SALES RPT # : 160
SEQUENCE # : 129

---

(41)

CO7O466-01

OLD HAGATNA GRILL

TIP                    4.00
TOTAL                 29.90

---

\* \* \* Restaurant \* \* \*
Old Hagatna Bar and Grill
Phone:472-5885

3 Boboy
-----------------------------------
Tbl 36/1      Chk 486       Gst 2
       May07'08 12:48PM
\*\*\*\*\* DEMONSTRATION MODE \*\*\*\*\*

  1 Soda                   3.00
    Diet Pepsi
  1 French Dip            11.75
    Fries
  1 BBQ Burger            10.95
    Med Rare
    A Vinaigrette
    See Me

01:25 Total

          Gratuity
       Not Included

Thank you for joining us today.

---

Wendy's Old Fashioned Hamburgers
Route #10
Barigada, GU 96913
## Ticket #: 14

Register 1                     472234814
Mon, May 12 2008          07:53:17 PM
Cashier: SHIRLEY S

--------------------------------------
                 To Go

1 CHK CL COMBO        6.39
   HOMESTYLE
   ADD MUSTARD
   SM COMBO
   NO DRINK
--------------------------------------

Subtotal:           6.39
     Tax:           0.00
   Total:           6.39


          WELCOME TO
          KFC ANIGUA

Reg. 2          ORDER      STORE # 2
                 228
5/13/08                    12:12PM


  1 3pc.DIN.
     ORG.               6.90
   BISCUIT               .00
1 PEPSI
     LARGE              1.75

SUBTOTAL               8.65
                        .00
TAKE-OUT TOTAL         8.65

CASH TEND             20.00
CHANGE                11.35


42

C070060-01

DOMINO'S PIZZA MANGILAO
LOT 5368-2 NEW
MANGILAO, GUAM 96921
(671) 734-3838

MERCHANT  :  2000 000010201969 501
REF NO.   :  644 009 000000024017358
DATE      :  05/07/08   18:07
ACCT NO.  :  XXXXXXXXXXXX4547
TYPE      :  VISA
AUTH NO.  :  825400 066128302479806
SERVER    :  0001

SALE           $     23.49

TIP            $ _____

TOTAL          $    23.49

X _____
              SIGNATURE

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

43

C070666-01

671-649-5858
TUMON BAY LOBSTER&GRILL
P.O. BOX 3609
HAGATNA, GU 96932

TERMINAL I.D.#               0519
MERCHANT #:                  21789

VISA                  ITEM #: 001
************4547
SWIPE
PRE-SALE

DATE: MAY 17, 2008   TIME: 18:30
          AUTH NO: 03501B

BASE          $130.74
TIP            20.00
TOTAL         150.74

DAVID MANNING
X

McDonald's Corporation
Thank you for eating at McDonald's

389 ROUTE 4
AGANA, GU 96910

THANK YOU

AGANA-ROUTE 4          TEL# (671)477-9133
83  KS#02   S#1       May.12'08(Mon)12:22
STORE#  6468          MER# KB43632025001

# Order #283      EAT IN

    1 QTR CHEESE MEAL            3.90
    1 3 PACK OF COOKIES          1.30
    1 OATMEAL COOKIE             0.00
    1 LRG FRUIT PUNCH            1.80

    SUB TOTAL                    7.00
    EAT IN TAX                   0.00
                                 ------
                                 7.00

CARD ISSUER     ACCOUNT #
VISA SALE       ************4547
TRANSACTION AMOUNT               7.00
AUTH CODE 02293B SEQ# 1596

CASH TENDERED                    0.00

CHANGE                           0.00

Airport Mobil Service Station
PO BOX EU
Agana Guam 96910
671-649-0052

CO7066-01

POS: 1          Transaction #:32048283
               Tax Invoice #:105420
Store No.: 543          Kipwon kim
05/08/08    3:00:08 PM


1  M&M PNT KS 3OZ                    1.39
1  COKE DIET CN 12                   0.89

   Total $:                         2.28

   Cash                            20.00
   Change                          17.72

Thank You - Please Come Again Soon



**From:** Elmina C Placiente [ecp@htzgum.vs.carsplusnet.com]
**Sent:** Tuesday, June 17, 2008 8:49 AM
**To:** hertzspvr@triplejguam.com
**Subject:** CARS+ Report

```
RENTAL: 04-23-08 1800  GUAM INTL. AIRPORT      7730050
RETURN: 05-13-08 0850  GUAM INTL. AIRPORT      7730050
⊡(1Q⊡(s1p36.0v0s0b0TL⊡(8U⊡(s0p4099T
                                                           EX WEEKS
3(NT) $1185.00
                  DAVID MANNING          #1:        CDP:
HERTZ RENT A CAR
Hertz System Licensee FT:                    HG:
671-642-3210                                               MILEAGE CHG
$
OWN/VEH: 77300/0007294  07 KIA RIO    LIC: MER4257   VEH CLASS: C   SUB TOTAL
1185.00
LDW1    DECLINED AT $15.95 PER DAY                         DISCOUNT 20%
$ -237.00
PAI     DECLINED AT  $9.95 PER DAY   MILEAGE IN:     10944  FUEL & SVC
(NT) $  32.73
PEC     DECLINED AT  $5.95 PER DAY   MILEAGE OUT:    10264  FAC FEE
(NT)    10.00
LIS     DECLINED AT  $7.95 PER DAY   MILES DRIVEN:     680  CON.FEE
RECOVERY (NT)    98.07
                                    TR-X MILES DRIVEN:
FPO     DECLINED -   FUEL & SVC APPLIED TOTAL MILES DRIVEN:  680
        $5.50 GL    TK CAP: 11.9     MILES ALLOWED:
        FUEL OUT: FULL   FUEL IN: HALF   MILES CHARGED:
ADDITIONAL CHARGES:
FAC FEE     1 -    $.50/DAY (NT)     PLAN IN:  WIP    $65.85 / DAY
                                    PLAN OUT: WIP    $395.00 / EX WEEK
                                    RATE CLASS: C    $16.46 / EX HOUR
                                                     $65.85 / EX DAY


                                                           TOTAL CHARGES
$ 1088.80

RENTAL FORM OF PAYMENT: VISA   XXXXXXXXXXXX4547   CC APP$1055.00/1111
RETURN FORM OF PAYMENT: VISA   XXXXXXXXXXXX4547   CC APP$1089.00/1111

                                                           NET DUE
$ 1088.80
                                                           CHARGED ON
VISA       $ 1088.80
                                                           BALANCE DUE
$
```

Case 1:02-cv-00022    Document 254-2    Filed 07/11/2008    Page 10 of 45



# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

| | |
|---|---|
| Project ID: | **07066:01** |
| Project Name: | **US District Court for Guam - Receivership** |
| Project Manager: | **HWG** |
| Client ID: | **07066** |

DAVID  SEADER

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|------|-------------|-------|------|----------|------|--------|---|
| 5/5/2008 | Local Transportation | 1.00 | $57.00 | $57.00 | 0.00 | $57.00 | Billable |
| 5/5/2008 | Plane | 1.00 | $5,580.16 | $5,580.16 | 0.00 | $5,580.16 | Billable |
| 5/9/2008 | Meals | 1.00 | $6.00 | $6.00 | 0.00 | $6.00 | Billable |
| 5/10/2008 | Meals | 1.00 | $23.53 | $23.53 | 0.00 | $23.53 | Billable |
| 5/12/2008 | Meals | 1.00 | $7.08 | $7.08 | 0.00 | $7.08 | Billable |
| 5/15/2008 | Local Transportation | 1.00 | $43.00 | $43.00 | 0.00 | $43.00 | Billable |
| | **Sum of Billable Expenses:** | | | **$5,716.77** | | **$5,716.77** | |
| | **Billable + Non-Billable Total:** | | | **$5,716.77** | | **$5,716.77** | |


47




# Royal Travel Service

P.O. Box 6038, Tamuning, Guam 96931
928 N. Marine Drive 2nd floor, Upper Tumon (Aida's bldg.)
next to chuck steak house and Pia Marine
Hour: 9am to 5pm Mon-Fri
Email: deena@ite.net • Cell: 777-2014
lenith@ite.net • Cell: 787-9280
clintgman@yahoo.com • Cell: 482-3879

**INVOICE**
**27398**

DATE  12April2008

C/O:  (GBB)

Gershman, Brickner & Bratton, Inc. (GBB)

| PASSENGER NAME | TICKET NUMBER | FLIGHT ROUTE | DEPARTURE DATE | AMOUNT |
|---|---|---|---|---|
| Seader/Dave | 0055944536385 | -- | 05May | 5580.16 |
|  |  | EWR IAH |  |  |
|  |  | IAH GUM |  |  |
|  |  | GUM HNL |  |  |
|  |  | HNL EWR | (Service fees) | 150.00 |
|  |  |  |  | 5,730.16 |

07066-01

**PAID**
AMEX

RECVD. BY: _____

DATE: _____

FORM OF PAYMENT:  CREDIT CARD
CASH/CHECK
RECEIPT NO.
CHARGE AMOUNT  $

| 5730.16 |
|---|
|  |
|  |
|  |

**TERMS AND CONDITIONS:**
All invoices are due 7 days from date of issue, invoices over 30 days will be charged an additional 5% and will be added to unpaid balance. Royal Travel may refer unpaid invoice to an attorney or collection for payment and all fees will be charged to the purchaser. The purchaser will be charged $50.00 for any return checks. Refundable tickets and tours will asses a fee of $50.00 per person.

Please be sure to verify that the names shown on your tickets are the same as your passport/birth certificate and dates and routes are correct. Thank you for choosing Royal Travel.

Signature of Purchaser                                              Date

# eTicket Itinerary and Receipt


## Deena Guerrero of Royal Travel Services

**From:** Continental Airlines, Inc. [continentalairlines@continental.com]

**Sent:** Saturday, April 12, 2008 1:15 PM

**To:** DEENA@ITE.NET

**Subject:** eTicket Itinerary and Receipt for Confirmation AS3XCC

To ensure delivery of this e-mail please add **continentalairlines@continental.com** to your address book or approved senders list. **See instructions** for adding us to your address book.

**Continental Airlines** 

**Confirmation:**
# AS3XCC

Print your boarding pass
at **continental.com**
within 24 hours of your flight

Issue Date: April 12, 2008

| Traveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| SEADER/DAVE | 0055944536385 | | ---/---/---/--- |

## FLIGHT INFORMATION

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Mon, 05MAY08 | CO611 | Z | NEWARK EWR (EWR) **5:30AM** | HOUSTON BUSH INTL (IAH) **8:10AM** | 757-200 | Breakfast |
| Mon, 05MAY08 | CO1 | Z | HOUSTON BUSH INTL (IAH) **9:35AM** | GUAM IS SW PAC (GUM) **5:40PM (06MAY)** | 767-400 | Lunch |
| Thu, 15MAY08 | CO2[1] | Z | GUAM IS SW PAC (GUM) **6:25AM** | HONOLULU HNL (HNL) **5:40PM (14MAY)** | 767-400 | Breakfast |
| Wed, 14MAY08 | CO14 | Z | HONOLULU HNL (HNL) **7:55PM** | NEWARK EWR (EWR) **11:30AM (15MAY)** | 767-400 | Dinner |

[1]Operated by CONTINENTAL MICRONESIA

## FARE INFORMATION

**Fare Breakdown**

| | | |
|---|---|---|
| Airfare: | 5,516.00 USD | **Form of Payment:** |
| U.S. Security Service Fee: | 10.00 | AMERICAN EXPRESS |
| Guam Inspection Service Charges: | 6.36 | Last Four Digits 6002 |
| U.S. Federal Transportation Tax: | 15.40 | |
| U.S. Federal Transportation Tax: | 15.40 | |
| U.S. APHIS User Fee: | 5.00 | |
| U.S. Passenger Facility Charge: | 12.00 | |
| Per Person Total: | 5,580.16 USD | |

**eTicket Total:** **5,580.16 USD**

**Fare Rules:** Additional charges may apply for changes in addition to any fare rules listed.
REFUNDABLE

## International eTicket Travel Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 60 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be canceled if this condition is not met.
- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 30 minutes prior to scheduled departure.
- Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.
- Bring this eTicket Receipt along with photo identification, proof of citizenship, passport and/or visa to the ticket lobby for check-in.

49



KMART STORE 7705
104 N MARINE DR (RTE 1)
TUMNING, GU 96911
(671)649-9878

** WELCOME TO YOUR **
** KMART STORE 7705 **

CASHIER: RAQUEL
GENERAL MERCHANDISE
0266165279I   M6'GUI6L5VID      10 79
GROCERY
01046526001   DRNKS WATER
              3 9  1/1.59          5 07 I
              CHEEROS CDO         5 69 I
              DIET COKE           
0420001916    ORANGE FANTA        99 I

SALES TAX       00  BAL          23,53
      CASH                       40.03
      CHANGE                      1 50

TOTAL NUMBER OF ITEMS   4

CO70066-01

---

EA **Continental Airlines**

NAME:SEADER/DAVE
DATE:15MAY               27
ONEPASS:
MILEAGE: 6732 MILES

FLIGHT:CO        8J

GATE: ✳✳✳✳ SEAT:  9L
DEPART: 435P
   TOKYO
ARRIVE: 430P
   NEWARK
BOARD TIME:  345P
00521656063692

---

EA **Continental Airlines**

Name: SEADER/DAVE
Date: 05MAY              161
OnePass:
Mileage: 1415 MILES

Flight:CO  611J

Gate: C71  Seat:4E
Depart: 530A
   NEWARK
Arrive: 810A
   HOUSTON
Board Time:  445A
00559445363853

---

EA **Continental Airlines**

Name: SEADER/DAVE
Date: 05MAY              148
OnePass
Mileage: 7447 MILES

Flight:CO    1J

Gate: E4  Seat:3K
Depart: 935A
   HOUSTON
Arrive: 540P
   GUAM
Board Time:  845A
00559445363853

## A PLUS LIMO & CAR SERVICE

**Courteous & Dependable Service to All**

*Thank You For Choosing Us!*

Airport - NYC - Local & Long Distance Etc.
Personal & Company Account Welcome

24 Hr. Dispatch
All Major Credit Cards Accepted

**Phone: 973. 275. 0660**

50

SUB TOTAL

Tips

Total  48 00

Date: 5/15/08

---

5122611

DO NOT CIRCLE EXPIRATION DATE — USE BOX BELOW



**PRESS FIRMLY – USE BALL POINT PEN**

| EXPIRATION | QUAN. | CLASS | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|
| ☒ DATE CHECKED | | | 5 – 5 – 08 | | 57 |
| | | | Francisco | | |

DATE    AUTHORIZATION    SUB TOTAL
REFERENCE NO.    REG/DEPT.    TAX
FOLIO/CHECK NO.    SERVER    CLERK    TIPS/MISC.

**SALES SLIP**    TOTAL  37 —

CUSTOMER COPY

TU
Mor Airport

PURCHASER SIGN HERE
X

Cardholder acknowledges receipt of goods and/or services in the
amount of the Total shown hereon and agrees to perform the
obligations set forth in the Cardholder's agreement with the Issuer.

**innovative**
Merchant Solutions
an INTUIT® Company

800-397-0707
www.innovativemerchant.com

---

5/12 Dinner

**Wendy's Old Fashioned Hamburgers**
Route #10
Barigada, GU 96913
**Ticket #: 11**

Register 1                    876234811
Mon, May 12 2008        07:53:31 PM
Cashier: SHIRLEY S
- - - - - - - - - - - - - - - - - - - - - -
To Go

1 BCNATR CMB              6.59
   SM COMBO
   CMB SM PUNCH
   UPSIZE SM TO MD       0.49

**Subtotal:**      **7.08**
**Tax:**           **0.00**
**Total:**         **7.08**

---

5/9 Lunch

CHINA GATE
MICRONESIA MALL

09/05/2008

25          6.00
TOTAL
            6.00
CASH     6.00
   1 ITEMS

7853 **1A   11:19
*** THANK YOU ***

---

## Continental Airlines ®

Name:    SEADER/DAVE
Date:    15MAY           117
OnePass:
Mileage:  1558 MILES

Flight:   CO   961J

Gate:    08  Seat:  4L
Depart:  635A
   GUAM
Arrive:  910A
   TOKYO
Board Time:    545A
00521656063692

CO70066-01

# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com



| Project ID: | 07066:01 |
|---|---|
| Project Name: | US District Court for Guam - Receivership |
| Manager: | HWG |
| Client ID: | 07066 |

C,
ANDERSON

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 5/1/2008 to 5/31/2008 | CA to CA | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 5/1/2008 | Meals<br>waters | 1.00 | $2.65 | $2.65 | 0.00 | $2.65 | Billable |
| 5/2/2008 | Meals<br>lunch for D. Manning and myself | 1.00 | $13.24 | $13.24 | 0.00 | $13.24 | Billable |
| 5/2/2008 | Meals<br>hot beverage | 1.00 | $3.40 | $3.40 | 0.00 | $3.40 | Billable |
| 5/3/2008 | Meals<br>groceries purchased to make dinner that night for D. Manning<br>and myself | 1.00 | $26.48 | $26.48 | 0.00 | $26.48 | Billable |
| 5/3/2008 | Meals<br>groceries | 1.00 | $23.77 | $23.77 | 0.00 | $23.77 | Billable |
| 5/4/2008 | Miscellaneous Travel Expenses<br>fuel | 1.00 | $45.02 | $45.02 | 0.00 | $45.02 | Billable |
| 5/5/2008 | Meals<br>coffee | 1.00 | $4.00 | $4.00 | 0.00 | $4.00 | Billable |
| 5/6/2008 | Meals<br>groceries | 1.00 | $9.37 | $9.37 | 0.00 | $9.37 | Billable |
| 5/7/2008 | Meals<br>grocery shopping for food items. | 1.00 | $27.56 | $27.56 | 0.00 | $27.56 | Billable |
| 5/8/2008 | Meals<br>Pacific Lighthouse Restaurant, Agama, Guam - Food for<br>Anderson | 1.00 | $59.00 | $59.00 | 0.00 | $59.00 | Billable |
| 5/9/2008 | Meals<br>meal | 1.00 | $5.95 | $5.95 | 0.00 | $5.95 | Billable |
| 5/9/2008 | Meals<br>grocery items | 1.00 | $55.58 | $55.58 | 0.00 | $55.58 | Billable |
| 5/10/2008 | Meals<br>grocery store for food items to cook back at the apartment. | 1.00 | $47.16 | $47.16 | 0.00 | $47.16 | Billable |
| 5/11/2008 | Meals<br>food items | 1.00 | $9.83 | $9.83 | 0.00 | $9.83 | Billable |
| 5/11/2008 | Miscellaneous Travel Expenses<br>fuel | 1.00 | $43.00 | $43.00 | 0.00 | $43.00 | Billable |
| 5/14/2008 | Meals<br>Song Huong Restaurant - Food for Anderson | 1.00 | $27.00 | $27.00 | 0.00 | $27.00 | Billable |
| 5/14/2008 | Miscellaneous Travel Expenses<br>fuel | 1.00 | $48.83 | $48.83 | 0.00 | $48.83 | Billable |
| 5/15/2008 | Meals<br>grocery shopping for food. | 1.00 | $41.09 | $41.09 | 0.00 | $41.09 | Billable |

BillQuick Standard Report Copyright 2007. Last Modified on: 6/17/2008

# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

| | |
|---|---|
| Project ID: | 07066:01 |
| Project Name: | US District Court for Guam - Receivership |
| Manager: | HWG |
| Client ID: | 07066 |

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 5/1/2008 to 5/31/2008 | CA to CA | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 5/16/2008 | Meals<br>coffe | 1.00 | $4.00 | $4.00 | 0.00 | $4.00 | Billable |
| 5/16/2008 | Meals<br>Haejung Mini Mart - Food Anderson | 1.00 | $15.00 | $15.00 | 0.00 | $15.00 | Billable |
| 5/17/2008 | Meals<br>grocery shopping for food. | 1.00 | $29.92 | $29.92 | 0.00 | $29.92 | Billable |
| 5/18/2008 | Meals<br>water | 1.00 | $1.29 | $1.29 | 0.00 | $1.29 | Billable |
| 5/19/2008 | Meals<br>grocery shopping | 1.00 | $38.65 | $38.65 | 0.00 | $38.65 | Billable |
| 5/22/2008 | Meals<br>dinner out | 1.00 | $6.00 | $6.00 | 0.00 | $6.00 | Billable |
| 5/22/2008 | Miscellaneous Travel Expenses<br>fuel for car | 1.00 | $48.82 | $48.82 | 0.00 | $48.82 | Billable |
| 5/22/2008 | Meals<br>Payless grocery store for food. | 1.00 | $16.47 | $16.47 | 0.00 | $16.47 | Billable |
| 5/23/2008 | Meals<br>Payless grocery store for food items. | 1.00 | $66.02 | $66.02 | 0.00 | $66.02 | Billable |
| 5/23/2008 | Car Rental<br>Hertz auto rental from 04/23 to 05/23/08 | 1.00 | $1,289.24 | $1,289.24 | 0.00 | $1,289.24 | Billable |
| 5/24/2008 | Meals<br>food from grocery store | 1.00 | $7.48 | $7.48 | 0.00 | $7.48 | Billable |
| 5/25/2008 | Meals<br>Grocery store  for food goods to take back to the apartment. | 1.00 | $16.98 | $16.98 | 0.00 | $16.98 | Billable |
| 5/25/2008 | Meals<br>Meal | 1.00 | $10.99 | $10.99 | 0.00 | $10.99 | Billable |
| 5/26/2008 | Meals<br>Meal to take back to apartment | 1.00 | $12.00 | $12.00 | 0.00 | $12.00 | Billable |
| 5/27/2008 | Copies<br>copies of active face drawings produced by engineers for<br>training of Ordot operator staff. | 1.00 | $16.00 | $16.00 | 0.00 | $16.00 | Billable |
| 5/27/2008 | Supplies<br>keys made | 1.00 | $6.00 | $6.00 | 0.00 | $6.00 | Billable |
| 5/27/2008 | Meals<br>california mart to purchase food goods to cook at apartment. | 1.00 | $26.57 | $26.57 | 0.00 | $26.57 | Billable |
| 5/28/2008 | Meals<br>coffee | 1.00 | $4.00 | $4.00 | 0.00 | $4.00 | Billable |
| 5/28/2008 | Meals | 1.00 | $3.00 | $3.00 | 0.00 | $3.00 | Billable |

BillQuick Standard Report Copyright 2007. Last Modified on: 6/17/2008

# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

| | |
|---|---|
| **Project ID:** | **07066:01** |
| **Project Name:** | **US District Court for Guam - Receivership** |
| **Manager:** | **HWG** |
| **Client ID:** | **07066** |

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 5/1/2008 to 5/31/2008 | CA to CA | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 5/29/2008 | Coffee at Java Hut Cafe<br>Miscellaneous Travel Expenses<br>Fuel | 1.00 | $46.71 | $46.71 | 0.00 | $46.71 | Billable |
| | **Sum of Billable Expenses:** | | | $2,158.07 | | $2,158.07 | |
| | **Billable + Non-Billable Total:** | | | $2,158.07 | | $2,158.07 | |

BillQuick Standard Report Copyright 2007. Last Modified on: 6/17/2008



| | |
|---|---|
| **From:** | Elmina C Placiente [ecp@htzgum.vs.carsplusnet.com] |
| **Sent:** | Tuesday, June 17, 2008 8:39 AM |
| **To:** | hertzspvr@triplejguam.com |
| **Subject:** | CARS+ Report |

```
RENTAL: 04-23-08 1749  GUAM INTL. AIRPORT        7730050
RETURN: 05-23-08 1749  GUAM INTL. AIRPORT        7730050
 (1Q (s1p36.0v0s0b0TL (8U (s0p4099T
                                                              EX MO
1(NT) $1448.00
                  RICHARD ANDERSON          #1:        CDP:
HERTZ RENT A CAR
Hertz System Licensee FT:                    HG:
671-642-3210                                                  MILEAGE CHG
$
OWN/VEH: 77300/0007740  07 MINI SUV      LIC: MER6814    VEH CLASS: C   SUB TOTAL
1448.00
LDW1    DECLINED AT $15.95 PER DAY                            DISCOUNT 20%
$ -289.60
PAI     DECLINED AT  $9.95 PER DAY    MILEAGE IN:     12172   FAC FEE
(NT)    15.00
PEC     DECLINED AT  $5.95 PER DAY    MILEAGE OUT:    12171   CON.FEE
RECOVERY (NT)   115.84
LIS     DECLINED AT  $7.95 PER DAY    MILES DRIVEN:        1
                                     TR-X MILES DRIVEN:
FPO     DECLINED -  FUEL & SVC APPLIED TOTAL MILES DRIVEN:   1
        $5.50 GL    TK CAP: 13.2     MILES ALLOWED:
        FUEL OUT: FULL  FUEL IN: FULL  MILES CHARGED:
ADDITIONAL CHARGES:
FAC FEE    1 -   $.50/DAY (NT)       PLAN IN:  WIP    $65.85 / DAY
                                     PLAN OUT: WIP   $395.00 / EX WEEK
                                     RATE CLASS: C    $16.46 / EX HOUR
                                                      $65.85 / EX DAY



                                                              TOTAL CHARGES
$ 1289.24

RENTAL FORM OF PAYMENT: AMEX    XXXXXXXXXXX2019    CC APP$2580.00/1595
RETURN FORM OF PAYMENT: AMEX    XXXXXXXXXXX2019    CC APP$1290.00/1595

                                                              NET DUE
$ 1289.24
                                                              CHARGED ON
AMEX      $ 1289.24
                                                              BALANCE DUE
$
```



THE COFFEE BEANERY
GCIC BUILDING, HAGATNA
472-5761  07066.01
5/02/2008  8:32AM  OP
00000#3627    CHRISTIN
CAPPUCCINO G  1 $3.40
ITEMS  1
CHARGE    $3.40
INCLUDES 4% GRT
THANK YOU!!
PLEASE COME AGAIN

C  O  P  X
ASHLAND FL
541-552-0677
04.18.2008  14:21:08
SALE
Entry: *******8906
Batch No.    1
Total:    25.00
Disc/Anous  03906
Swiped      17
            0.1906
Auth.Code:
Respn. APPROVED 019906
CUSTOMER COPY

MCDONALD #18030
MCDONALD - DEDEDO, GUAM
(671) 637-2233

BATCH No.    : 000067
TERMINAL ID  : 5506094
CARD         : MASTERCARD
CARD No.     : XXXXXXXXX5151 / Swiped
REF No.      : 0304
INVOICE      : 000355
TRANS.       : CREDIT CARD SALE
AMOUNT       :          13.29
Tran Date/Time : 05/02/08  11:54:59
APPROVAL     : 000602
Customer Copy
Thank you!

Chaile
Meal

BANK OF GUAM
SONG HUONG RESTAURANT
ANTIGA, GUAM
(671) 477-2331

BATCH No.    : 000061
TERMINAL ID  : 5108002
CARD         : MASTERCARD
CARD No.     : XXXXXXXXX5151 / Swiped
REF No.      : 2185
INVOICE      : 000969
TRANS.       : CREDIT CARD SALE
SERVER No.   :
AMOUNT       :  $  27.00
TIP AMOUNT:
(IF ANY, PLEASE SIGN)
TOTAL AMOUNT:          $27  5/14
Tran Date/Time : 05/14/06  18:08:31
APPROVAL     : 005562
Customer Copy
Thank you!

BANK OF GUAM
07066.01
PAYLESS SUPERMARKETS

CARD         : MASTERCARD
CARD No.     :
REF No.      :
INV          :
TRANS.       : CREDIT CARD SALE
AMOUNT       :          26.48
Tran Date/Time : 05-07-07  01559
APPROVAL     :
Customer Copy
Thank you!

07066.01
GUAM
BANK OF GUAM
SUPERMART
REGIM MANGILAO GU
(671) 735-6278

BATCH No.    : 000101
TERMINAL ID  : 3510766
CARD         : MASTERCARD
CARD No.     : XXXXXXXXX5151 / Swiped
REF No.      : 7311
INVOICE      : 002390
TRANS.       : CREDIT CARD SALE
AMOUNT       :          23.77
Tran Date/Time : 05-02-06  17:08:43
APPROVAL     : 015932
Customer Copy
Thank you!

Cream.



(56)

STAR BUILDING
(671) 649 JAVA/5282
5/7 #400
05/07/2008 10:07AM 02
30AM/AM#7250 Naoni
Food
DRINKS Chance $4.00
ITEMS 10
***TOTAL CASH $4.00 / $20.00
CHANGE $16.00

5/4 Fuel
Chance
citibank citibank citibank
MASTERCARD - CARD SWIPE
TERMINAL ID: NCS
MERCHANT #1 CITIBANK N.A.
INVOICE: 289586 ***9191
DATE: MAY 04, 08
RRN: 000811000262
AUTH NO: 023962
TOTAL $45.02

CUSTOMER COPY

PUMP 1    UNLEADED
GALLONS   10.721
@ $4.199/GAL
FUEL      $45.02

SUBTOT    $45.02
TOTAL     $45.02
LOCAL CR  $45.02
54905000SI409191

TL/NOTAX  $45.02
TAX PD    $0.00
RECEIPT NO. 1-5365

Join Lucky7 and
earn 300 World
aris Miles

07-066 Food Chance
$9.37 5/6
BANK OF GUAM
SUBWAY #7972 BARRIGAD
BARRIGADA, GUAM
(671) 734-8485
BATCH No.: 000067
TERMINAL ID: 5507033
CARD: VISA INT'L
CARD No.: XXXXXXXXXXXX9540 / Swiped
REF No.: 2308
INVOICE: 040350
TRANS.: CREDIT CARD SALE
AMOUNT $9.37
Tran Date/Time: 05-06-08
015708   12:27:44
Customer Copy
Thank you!

1H 1b
VAIN
PLU
10825
10113

CreditCard*** ThisN $   9.37
CHANGE DUE$      0.00

Over 24,000 Restaurants Worldwide.
www.subwaypacific.com

* * * * * RECEIPT IS REPRINTED * * * * *

5/10 Food
Chance $47.16
BANK OF GUAM
PAYLESS MICROMALL #7
DEDEDO, GUAM
(671) 637-7233
BATCH No.: 000079
TERMINAL ID: 379466
CARD: MASTERCARD
CARD No.: XXXXXXXXXXXXX3361 / Swiped
REF No.: 2270
INVOICE: 002074
TRANS.: CREDIT CARD SALE $47.16
AMOUNT
Tran Date/Time: 05-10-08
003322   19:30:07
Customer Copy
Thank you!

5/2 Food #27.56 Chance
BANK OF GUAM
SUPERMART
MEGRA MANGILAO GU
(671) 735-5278
BATCH No.: 000106
TERMINAL ID: 3519766
CARD: MASTERCARD
CARD No.: XXXXXXXXXXXX3192 / Swiped
REF No.: 0279
INVOICE: 002794
TRANS.: CREDIT CARD SALE $27.56
AMOUNT
Tran Date/Time: 05-07-08
003642   17:34:39
Customer Copy
Thank you!

Chov meal
07-066 5/08/08
PACIFIC LIGHTHOUSE RESTAURANT TI
CHAMORRO VILLAGE BLDG 7
AGANA, GUAM 96932
(671) 475-4242
THANK YOU!
MONDAY-SATURDAY FOR LUNCH & DINNER

MERCHANT #: 2000 00001 0365152 651
001 005 00000024150641
REF. NO.: 18:33
CARD NO.: XXXXXXXXXXXX9540
VISA
CUSTOMER NO.: RICHARD ANDERSON
035238 00012930742918
REF. NO.: 0007

TABLE $ 49.00
TIP 10.00
TOTAL $ 59.00

SIGNATURE

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)
'OP COPY-MERCHANT BOTTOM COPY-CUSTOMER









Entry Method: Manual

Total:              $    3,000.00

05/22/08                        07:58:29
Inv #: 000082               Appr Code: 055090
Apprvd: Online              Batch#: 000082
CVV2 Code: NO MATCH N

Customer Copy
THANK YOU!
PLEASE COME AGAIN



LADERA                          No: LT 2220
510 Ladera Lane
Mangilao Guam 96923 U.S.A.
Phone: (671) 735-1111
Fax: (671) 735-1108

OFFICIAL RECEIPT           DATE 5/22/08

R Anderson

RECEIVED WITH THANKS FROM

THE SUM OF Three Thousand Dollars        $3000.00

☐ CHEQUE              BANK
☐ CASH
☒ CREDIT CARD

BEING SETTLEMENT OF YOUR ACCOUNT AS FOLLOWS Short term lease

CREDIT TO              GEN. CASHIER
(NOT VALID UNLESS SIGNED BY GEN. CASHIER)

 

| | |
|---|---|
| **From:** | Heather Miller Cox [heather@millercox.com] |
| **Sent:** | Tuesday, May 13, 2008 9:01 PM |
| **To:** | Lonelle Keller |
| **Subject:** | One of two Map Resources Receipt |

Begin forwarded message:

> From: Map Resources <sales@mapresources.com>
> Date: April 8, 2008 7:55:23 PM EDT
> To: "heather@millercox.com" <heather@millercox.com>
> Subject: Map Resources Receipt
>
> 4/8/2008
>
> Hello Heather. Thank you for purchasing from Map Resources!
>
> You can return to our site and download the map(s) you purchased any
> time during the next 30 days.
> Simply sign in to your acccount at www.mapresources.com
>
> If you have any questions, please e-mail sales@mapresources.com.
>
> Thank You!
>
> Your purchase information appears below.
>
> Order Number: 314209
> Date: 4/8/2008 3:55:21 PM
> User Reference Number: GBB Guam
>
> BILLING INFORMATION
> First Name: Heather
> Last Name: Cox
> Company: MillerCox Design, Inc.
> Address: 3924 Rickover Road
> Address:
> City: Silver Spring
> State: Maryland
> Postal Code: 20902
> Country: USA
> Phone: 301 942 9695
> Email: heather@millercox.com
>
>
> Item Number: GUM-XX-824488
> Guam Map (GUM-XX-824488) with Capitol, Cities, Roads and Water
> Features - $49.95
> Price: $49.95
>
>
> ITEM PRICE: $49.95
> TOTAL PRICE: $49.95

1

| From: | Heather Miller Cox [heather@millercox.com] |
|---|---|
| Sent: | Tuesday, May 13, 2008 9:02 PM |
| To: | Lonelle Keller |
| Subject: | two of two map reciepts |

Begin forwarded message:

> From: "Maps.com Customer Service" <customerservice@maps.com>
> Date: April 7, 2008 5:48:04 PM EDT
> To: <heather@millercox.com>
> Subject: Maps.com Order Confirmation #187185
>
>
> Please save this receipt for your records
> Thank you for your Maps.com order.   Ref. # 187185
> Placed on: 4/7/2008
>
> Billing Information
> Name:Heather Cox
> Company:MillerCox Design, Inc.
> Billing Address:3924 Rickover Road
>
> Silver Spring , MD 20902
> Daytime Phone:301-933-4062
> Evening Phone:--
> Email Address:heather@millercox.com
> Shipping Information Email
> Name:Heather Cox
> Company:MillerCox Design, Inc.
> Shipping Address:3924 Rickover Road
>
> Silver Spring , MD 20902
> Daytime Phone:301-933-4062
> Evening Phone:--
> Email Address:heather@millercox.com
> Payment Method
> Credit Card:Mastercard
> Card Number:7808
> Name as it Appears on Card:Heather R. Miller Cox Expiration Date:0910
> Item NameItem CodeItem TypePriceQty.Total Guam Base Digital MapMDCP P
> GUMAdobe Illustrator$42.951$42.95 Shipping:$0.00 Sales Tax:
> (For orders shipped to CA)$0.00
> Promotion Discount - (5% Off Your Order Today!):-$2.15 Order
> Total:$40.80
>
> Instructions for accessing your digital map products or online
> subscriptions will be emailed separately.
>
> Questions about your order? Contact Customer Service
>
> Orders shipped via a traceable service will have updated tracking
> information within 48 hours.

1



```
> You may click here to track your order.
>
> Maps.com Customer Service
> 7AM to 4PM Pacific Time Monday through Friday.
> Tel: (800) 430-7532
> Fax: (805) 685-3330
> 120 Cremona Drive. Ste. H
> Santa Barbara, CA 93117
>
>
> Sign Up Now!
> Maps.com's Monthly Newsletter
> News, New Promotions, Discounts
>
>
>
>
>
> Maps.com :: Contact Us :: About UsCopyright © 2006 Maps.com
```



**Forum One Communications Corporation**

2200 Mount Vernon Avenue
Alexandria, VA 22301



## Invoice for Services

| BILL TO | |
| --- | --- |
| Attn: Harvey Gershan ~~mdv~~ G _ B _ B _ _ | |
| 8550 Arlington Blvd. | |
| Suite 203 C/O GBB | |
| Fairfax, , Virginia 22031 | |

| DATE | INVOICE # |
| --- | --- |
| 3/31/2008 | 5193 |

| Project Name | P.O. NUMBER | PM |
| --- | --- | --- |
| PS-gbb_01 | | JP |

| DESCRIPTION | AMOUNT |
| --- | --- |
| Annual ProjetSpace service (March 2008 - April 2009) | 774.00 |

0 70 66-01

| *Forum One tax ID 94-3261569. Any questions, please call Lourdes 703-548-1855 (x25) | **Total** | $774.00 |
| --- | --- | --- |



| | |
|---|---|
| | Francois Coulombe |
| | Friday, May 16, 2008 2:28 PM |
| | Jim Plutino; Cora Chaply |
| **ubject:** | ProjectSpaces.com - Guam |

Cora and Jim,

Things happened very quickly with Guam, when we got the contract, and that explains that approval for the projectspaces.com server space was not conveyed to Jim.

Approval is below, from Harvey (mostly verbally and then below). The cost mentioned by Cora $7?? for the year is correct. It is to be billed to the Guam project.

As for the invoice, I do not know if they were supposed to invoice GBB (and if they sent an invoice) or if it was to be billed on a credit card as Kevin Callen is the one who set up the system.

Hope that helps.

Francois

**From:** Harvey Gershman
**Sent:** Wednesday, March 26, 2008 12:28 AM
**To:** Francois Coulombe; Kevin Callen; David L. Manning; Pat Ravenelle
**Cc:** Chace Anderson
**Subject:** RE: FTP Site or Web Site

I verbally approved this to Francois earlier this evening.

**From:** Francois Coulombe
**Sent:** Tuesday, March 25, 2008 1:16 PM
**To:** Kevin Callen; David L. Manning; Pat Ravenelle
**Cc:** Chace Anderson; Harvey Gershman
**Subject:** RE: FTP Site or Web Site

Based on the backup info below and my brief test-drive of the ProjectSpaces work area, I recommend that we go ahead. Harvey?

A few suggestion should we move forward:

- To avoid confusion between files and where they are saved, all team members should put their Guam files on ProjectSpaces, NOT on GBB's server as usual.
- On GBB's server, in the Guam client area, we should only have the BACKED UP files
- Someone at GBB's office should backup (with DownThemAll) all the Guam files from ProjectSpaces to the GBB server at least weekly
- On ProjectSpaces, there should be a section accessible by a very small group of authorized people: GBBers. That would be where most files are.
- On ProjectSpaces, there should be another section with more authorized users (GBBers and outsiders) mostly for easy file exchange (upload/download). Everybody would have to be careful to avoid putting sensitive files there.

Francois

1



.evin Callen
.uesday, March 25, 2008 12:51 PM
.ancois Coulombe; David L. Manning; Pat Ravenelle
.hace Anderson; Harvey Gershman
.ject: RE: FTP Site or Web Site

.rojectSpaces says that they have daily backups of their server.

They also suggested that for us to backup the data to our own server. they could "do this service periodically, and would charge you on a hourly rate for their time ($150 per hour). If you would like to have a backup of your files, they recommend using DownThemAll which is a tool for Firefox, which quickly downloads all the files on a page, by finding their download link. You can get the tool for free here - http://www.downthemall.net/"
If you would like me to set-up the ProjectSpaces account, please advise.

**From:** Francois Coulombe
**Sent:** Tuesday, March 25, 2008 11:50 AM
**To:** David L. Manning; Pat Ravenelle; Kevin Callen
**Cc:** Chace Anderson; Harvey Gershman
**Subject:** RE: FTP Site or Web Site

Kevin,

Can you brief all on the latest about the backup issue with Project Spaces (their backups and how easy/difficult it would be for GBB to backup the data from Project Spaces on GBB's servers given how important all those files are)?

Francois

**From:** David Manning [dmanninggbb@gmail.com]
**Sent:** Tuesday, March 25, 2008 11:09 AM
**To:** Pat Ravenelle
**Cc:** Francois Coulombe; Chace Anderson; Harvey Gershman
**Subject:** Re: FTP Site or Web Site

I like the second option much better and it seems to me that it serves the purpose we have been discussing about a non-public project site. I suggest we do that but go ahead and use the FTP site to gateher the documents from Guam and then let you folks transfer them to the new project site. Seems to me that this is well worth the money.

David

On 25/03/2008, **Pat Ravenelle** <PRavenelle@gbbinc.com> wrote:
All, David's email bounced back so I'm resending. Use this to reply.

Pat Ravenelle
Support Manager
Gershman, Brickner & Bratton, Inc. (GBB)
8550 Arlington Blvd., Suite 203
Fairfax, VA 22031
(703) 663-2423; (703) 573-5800; (800) 573-5801
Fax: (703) 698-1306
pravenelle@gbbinc.com<mailto:pravenelle@gbbinc.com>; www.gbbinc.com<http://www.gbbinc.com/>

2

**Lonelle Keller** 

| | |
|---|---|
| **From:** | Harvey Gershman |
| **Sent:** | Sunday, May 04, 2008 9:49 PM |
| **To:** | Lonelle Keller; Cora Chaply |
| **Subject:** | FW: Your Boingo Wireless Hot Spot Usage Statement |

Charge to Guam...thanks.

*O7066 - 01*

Harvey W. Gershman, President

Gershman, Brickner & Bratton, Inc.

▪ 703-663-2424 direct dial office   ▪   800-573-5801 toll free office   ▪   301-807-2688 cell   ▪

*Celebrating 28 years of dedicated client service:  Planning ▪ RFQs/RFPs and Contracting ▪ Economic and Rate Analysis ▪ Collection and Disposal ▪ Route Optimization ▪ Recycling ▪ Waste-to-Energy ▪ C&D Recycling ▪ Public Education ▪ For more information please visit:  www.gbbinc.com.*

*******************************************************************************
*****************CONFIDENTIALITY NOTICE: This e-mail and any attachments are confidential and are privileged. If you are not the named recipient, please notify the sender immediately and delete the contents of this message without disclosing the contents to anyone, using them for any purpose, or storing or copying the information on any medium.*

*******************************************************************************
****************

**From:** support@boingo.com [mailto:support@boingo.com]
**Sent:** Sunday, May 04, 2008 3:04 PM
**To:** Harvey Gershman
**Subject:** Your Boingo Wireless Hot Spot Usage Statement

Dear Harvey W. Gershman :

Please find below the requested copy of your receipt for your Boingo Wireless usage.

Usage charges shall appear on your credit card statement as "Boingo Wireless".

Receipt                          118491001
Account
05/04/2008 19:03
Harvey W. Gershman

| Date (UTC) | Description | Amount |
|---|---|---|
| 05/01/2008 23:10 | AsYouGo Usage | 7.95 |

1



05/04/2008 19:03       Thank you for your payment!          - 7.95
                               Amount Due                             $ 0.00

**WE'RE HERE 24/7**
No matter where your travels take you, our Customer Care team is ready to help. You can reach us 24/7/365 at 1-800-880-4117 (US and Canada) or 00-800-2646-4646(International, in Japan 010.800-2646.4646 and in Finland 990.800.2646.4646).Or by e-mail at support@boingo.com
Don't just go. Boingo!


Warm regards,
Online Customer Care
Boingo Wireless


http://www.boingo.com


PS: For the fastest and easiest way to get online, don't forget to download our software GoBoingo! With over 100,000 hot spots in the Boingo footprint, GoBoingo simplifies the login process. Just one click and you're on!


Learn More: http://www.boingo.com/download_goboingo.html


Boingo, Boingo Wireless and the Boingo Wireless logo are registered trademarks of Boingo Wireless, Inc.

# Gershman, Brickner & Bratton, Inc.
## Time by Name
### April 2008



| | Time | % of Time | Total phone cost | Phone cost by job |
|---|---|---|---|---|
| **Harvey W Gershman** | | | | |
| other | 5.50 | 0.05 | | 0.00 |
| other | 0.50 | 0.00 | | 0.00 |
| other | 1.00 | 0.01 | | 0.00 |
| other | 0.25 | 0.00 | | 0.00 |
| other | 0.50 | 0.00 | | 0.00 |
| other | 76.50 | 0.76 | | 0.00 |
| No job assigned | 16.50 | 0.16 | | 0.00 |
| Total Harvey W Gershman | 100.75 | 1.00 | | 0.00 |
| Half month credit | | | (57.68) | |
| | | | | |
| **Robert H Brickner** | | | | |
| other | 13.75 | 0.07 | 166.10 | 12.41 |
| other | 7.25 | 0.04 | 166.10 | 6.54 |
| other | 8.00 | 0.04 | 166.10 | 7.22 |
| other | 1.00 | 0.01 | 166.10 | 0.90 |
| other | 6.00 | 0.03 | 166.10 | 5.42 |
| other | 0.50 | 0.00 | 166.10 | 0.45 |
| other | 16.00 | 0.09 | 166.10 | 14.44 |
| other | 40.00 | 0.22 | 166.10 | 36.11 |
| other | 8.00 | 0.04 | 166.10 | 7.22 |
| other | 26.25 | 0.14 | 166.10 | 23.70 |
| other | 1.50 | 0.01 | 166.10 | 1.35 |
| No job assigned | 55.75 | 0.30 | 166.10 | 50.33 |
| Total Robert H Brickner | 184.00 | 1.00 | | 166.10 |
| | | | | |
| **J. Frank Bernheisel** | | | | |
| other | 38.00 | 0.22 | 60.79 | 13.13 |
| other | 6.00 | 0.03 | 60.79 | 2.07 |
| other | 4.00 | 0.02 | 60.79 | 1.38 |
| other | 11.00 | 0.06 | 60.79 | 3.80 |
| other | 2.00 | 0.01 | 60.79 | 0.69 |
| other | 1.00 | 0.01 | 60.79 | 0.35 |
| 07066-US District Court for Guam:01-Receivership | 6.00 | 0.03 | 60.79 | 2.07 |
| other | 16.00 | 0.09 | 60.79 | 5.53 |
| No job assigned | 92.00 | 0.52 | 60.79 | 31.78 |
| Total J. Frank Bernheisel | 176.00 | 1.00 | | 60.79 |
| | | | | |
| **Francois Coulombe** | | | | |
| 07066-US District Court for Guam:01-Receivership | 24.00 | 0.20 | 58.89 | 11.58 |
| other | 19.75 | 0.16 | 58.89 | 9.53 |
| No job assigned | 78.25 | 0.64 | 58.89 | 37.77 |
| Total Francois Coulombe | 122.00 | 1.00 | | 58.89 |
| | | | | |
| **Timothy J Bratton** | | | | |
| other | 3.50 | 0.02 | 46.34 | 0.90 |
| other | 2.00 | 0.01 | 46.34 | 0.52 |
| 07066-US District Court for Guam:01-Receivership | 120.00 | 0.67 | 46.34 | 30.98 |
| No job assigned | 54.00 | 0.30 | 46.34 | 13.94 |
| Total Timothy J Bratton | 179.50 | 1.00 | | 46.34 |
| | | | | |
| Total Phone Bill for APRIL 2008 | | | 274.44 | |

## Audio Conferencing
### April 07, 2008

**71**

03:28 PM - 05:07 PM

Billing Code: 0706601
Duration (Minutes): 585

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| 5413243396 | 5413243396 | N | 03:28 PM | 05:07 PM | 99 | $12.87 |
| 6158301200 | 6158301200 | N | 03:28 PM | 05:07 PM | 100 | $13.00 |
| 9492060157 | 9492060157 | N | 03:29 PM | 05:07 PM | 99 | $12.87 |
| 7035735800 | 7035735800 | N | 03:30 PM | 05:07 PM | 98 | $12.74 |
| 9492441981 | 9492441981 | N | 03:30 PM | 04:22 PM | 52 | $6.76 |
| 6716470835 | 6716470835 | N | 03:31 PM | 05:07 PM | 97 | $26.19 |
| 7034087626 | 7034087626 | N | 04:28 PM | 05:07 PM | 40 | $5.20 |
| | | | | Total | 585 | $89.63 |

## Audio Conferencing
### April 08, 2008

03:28 PM - 05:10 PM

Billing Code: 706601
Duration (Minutes): 572

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| 5414883320 | 5414883320 | N | 03:28 PM | 05:10 PM | 103 | $13.39 |
| 6158301200 | 6158301200 | N | 03:29 PM | 05:10 PM | 102 | $13.26 |
| 7035735800 | 7035735800 | N | 03:31 PM | 05:10 PM | 100 | $13.00 |
| 2067920299 | 2067920299 | N | 03:32 PM | 05:10 PM | 99 | $12.87 |
| 3017857626 | 3017857626 | N | 03:32 PM | 04:42 PM | 70 | $9.10 |
| 6714777997 | 6714777997 | N | 03:33 PM | 05:10 PM | 98 | $26.46 |
| | | | | Total | 572 | $88.08 |

## Audio Conferencing
### April 08, 2008

10:28 AM - 12:46 PM

Billing Code: 706601
Duration (Minutes): 583

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| 6158301200 | 6158301200 | N | 10:28 AM | 12:13 PM | 105 | $13.65 |
| 5414883320 | 5414883320 | N | 10:30 AM | 12:46 PM | 137 | $17.81 |
| 9733766286 | 9733766286 | N | 10:31 AM | 12:23 PM | 113 | $14.69 |
| 7035735800 | 7035735800 | N | 10:33 AM | 12:46 PM | 133 | $17.29 |
| 7034087626 | 7034087626 | N | 12:00 PM | 12:15 PM | 15 | $1.95 |
| 7034087626 | 7034087626 | N | 12:15 PM | 12:18 PM | 3 | $0.39 |
| 6153738413 | 6153738413 | N | 12:17 PM | 12:46 PM | 29 | $3.77 |
| 7034087626 | 7034087626 | N | 12:21 PM | 12:46 PM | 25 | $3.25 |
| 9177962125 | 9177962125 | N | 12:24 PM | 12:46 PM | 23 | $2.99 |
| | | | | Total | 583 | $75.79 |

## Audio Conferencing
### April 10, 2008

01:57 PM - 03:04 PM

*070606-01*

Duration (Minutes): 322

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| 7035735800 | 7035735800 | N | 01:57 PM | 03:04 PM | 67 | $8.71 |
| 5414883320 | 5414883320 | N | 01:58 PM | 03:04 PM | 66 | $8.58 |
| 7039262883 | 7039262883 | N | 02:01 PM | 03:04 PM | 64 | $8.32 |
| 4158962579 | 4158962579 | N | 02:02 PM | 03:04 PM | 62 | $8.06 |
| 6158301200 | 6158301200 | N | 02:02 PM | 03:04 PM | 63 | $8.19 |
| | | | | Total | 322 | $41.86 |

## Audio Conferencing
### April 15, 2008

04:35 PM - 05:22 PM

Billing Code: 706601
Duration (Minutes): 48

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| 3018072688 | 3018072688 | N | 04:35 PM | 05:22 PM | 48 | $6.24 |
| | | | | Total | 48 | $6.24 |

**Audio Conferencing**
April 16, 2008                    08:58 AM - 10:23 AM

Billing Code: 706601
Duration (Minutes): 408

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| 3018072688 | 3018072688 | N | 08:58 AM | 10:23 AM | 85 | $11.05 |
| 6158301200 | 6158301200 | N | 08:58 AM | 10:23 AM | 86 | $11.18 |
| 5414883320 | 5414883320 | N | 08:59 AM | 10:23 AM | 84 | $10.92 |
| 7037951968 | 7037951968 | N | 09:00 AM | 09:32 AM | 33 | $4.29 |
| 7036834213 | 7036834213 | N | 09:07 AM | 10:15 AM | 68 | $8.84 |
| 6783661467 | 6783661467 | N | 09:31 AM | 10:23 AM | 52 | $6.76 |
| | | | | Total | 408 | $53.04 |

Questions? Call 1800-878-7326

30 April 2008

**Gershman,Brickner & Bratton, Inc.**
**Time by Name**
**May 2008**



| | Time | % of Time | Total phone cost | Phone cost by job |
|---|---|---|---|---|
| **Harvey W Gershman** | | | | |
| other | 18.75 | 0.11 | 493.01 | 52.30 |
| other | 6.50 | 0.04 | 493.01 | 18.13 |
| other | 1.00 | 0.01 | 493.01 | 2.79 |
| other | 0.50 | 0.00 | 493.01 | 1.40 |
| other | 0.25 | 0.00 | 493.01 | 0.70 |
| 07066-US District Court for Guam:01-Receivership | 89.75 | 0.51 | 493.01 | 250.34 |
| other | 7.00 | 0.04 | 493.01 | 19.52 |
| other | 1.50 | 0.01 | 493.01 | 4.19 |
| No job assigned | 51.50 | 0.29 | 493.01 | 143.65 |
| **Total Harvey W Gershman** | 176.75 | 1.00 | | 493.01 |
| | | | | |
| **Chris Lund** | | | | |
| 07066-US District Court for Guam:01-Receivership | 197.50 | 0.95 | 180.70 | 171.17 |
| No job assigned | 11.00 | 0.05 | 180.70 | 9.53 |
| **Total Chris Lund** | 208.50 | 1.00 | | 180.70 |
| | | | | |
| **Total Phone Bill for MAY 2008** | | | 673.71 | |

# Gershman,Brickner & Bratton, Inc.
## Time by Name
## MAY 2008



|  | Time | % of Time | Total phone cost | Phone cost by job |
|---|---|---|---|---|
| **Robert H Brickner** | | | | |
| other | 31.00 | 0.18 | 166.68 | 29.36 |
| other | 0.75 | 0.00 | 166.68 | 0.71 |
| other | 2.00 | 0.01 | 166.68 | 1.89 |
| other | 1.00 | 0.01 | 166.68 | 0.95 |
| other | 4.25 | 0.02 | 166.68 | 4.03 |
| other | 4.50 | 0.03 | 166.68 | 4.26 |
| other | 33.50 | 0.19 | 166.68 | 31.73 |
| other | 16.00 | 0.09 | 166.68 | 15.15 |
| other | 1.50 | 0.01 | 166.68 | 1.42 |
| other | 20.50 | 0.12 | 166.68 | 19.41 |
| other | 8.00 | 0.05 | 166.68 | 7.58 |
| other | 11.00 | 0.06 | 166.68 | 10.42 |
| other | 1.00 | 0.01 | 166.68 | 0.95 |
| other | 2.00 | 0.01 | 166.68 | 1.89 |
| No job assigned | 39.00 | 0.22 | 166.68 | 36.93 |
| **Total Robert H Brickner** | 176.00 | 1.00 | | 166.68 |
| | | | | |
| **J. Frank Bernheisel** | | | | |
| other | 38.00 | 0.21 | 60.79 | 12.91 |
| other | 3.00 | 0.02 | 60.79 | 1.02 |
| other | 12.00 | 0.07 | 60.79 | 4.08 |
| other | 1.00 | 0.01 | 60.79 | 0.34 |
| 070666-US District Court for Guam:01-Receivership | 21.00 | 0.12 | 60.79 | 7.13 |
| other | 3.00 | 0.02 | 60.79 | 1.02 |
| other | 7.00 | 0.04 | 60.79 | 2.38 |
| No job assigned | 94.00 | 0.53 | 60.79 | 31.92 |
| **Total J. Frank Bernheisel** | 179.00 | 1.00 | | 60.79 |
| | | | | |
| **Francois Coulombe** | | | | |
| 070666-US District Court for Guam:01-Receivership | 13.25 | 0.14 | 42.44 | 6.06 |
| No job assigned | 79.50 | 0.86 | 42.44 | 36.38 |
| **Total Francois Coulombe** | 92.75 | 1.00 | | 42.44 |
| | | | | |
| **Timothy J Bratton** | | | | |
| other | 1.00 | 0.01 | 46.97 | 0.27 |
| other | 7.50 | 0.04 | 46.97 | 2.00 |
| 070666-US District Court for Guam:01-Receivership | 90.50 | 0.51 | 46.97 | 24.15 |
| other | 1.00 | 0.01 | 46.97 | 0.27 |
| No job assigned | 76.00 | 0.43 | 46.97 | 20.28 |
| **Total Timothy J Bratton** | 176.00 | 1.00 | | 46.97 |
| | | | | |
| **Total Phone Bill for MAY 2008** | | | | 316.88 |



## Harvey Gershman (ID - 6729575) Summary

|  | May Amt | May $ | Jun Amt | Jun $ | Total |
|---|---|---|---|---|---|
| **Audio Conferencing** | | | | | |
| Phone Minutes | 1282 | $166.66 | 0 | $0.00 | $166.66 |
| Total Tax | | $0.00 | | $0.00 | $0.00 |
| Harvey Gershman Total | | $166.66 | | $0.00 | $166.66 |

## Harvey Gershman's Meetings

### Audio Conferencing
**May 19, 2008**  02:58 PM - 04:50 PM
Billing Code: 706601
Duration (Minutes): 549

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| 5412015150 | 5412015150 | N | 02:58 PM | 04:42 PM | 105 | $13.65 |
| 7035735800 | 7035735800 | N | 02:58 PM | 04:50 PM | 112 | $14.56 |
| 6158301200 | 6158301200 | N | 03:00 PM | 04:50 PM | 111 | $14.43 |
| 9733766286 | 9733766286 | N | 03:00 PM | 04:50 PM | 111 | $14.43 |
| 2154482000 | 2154482000 | N | 03:01 PM | 04:50 PM | 110 | $14.30 |
| | | | | Total | 549 | $71.37 |

### Audio Conferencing
**May 28, 2008**  12:58 PM - 01:50 PM
Billing Code: 706601
Duration (Minutes): 204

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| 9733766286 | 9733766286 | N | 01:00 PM | 01:50 PM | 51 | $6.63 |
| 7035735800 | 7035735800 | N | 01:02 PM | 01:50 PM | 49 | $6.37 |
| 6158301200 | 6158301200 | N | 12:58 PM | 01:50 PM | 53 | $6.89 |
| 9016823025 | 9016823025 | N | 12:59 PM | 01:50 PM | 51 | $6.63 |
| | | | | Total | 204 | $26.52 |

### Audio Conferencing
**May 29, 2008**  12:57 PM - 03:12 PM
Billing Code: 706601
Duration (Minutes): 529

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| 7035735800 | 7035735800 | N | 01:00 PM | 03:12 PM | 132 | $17.16 |
| 9733766286 | 9733766286 | N | 01:00 PM | 03:12 PM | 133 | $17.29 |
| 5412015150 | 5412015150 | N | 03:09 PM | 03:12 PM | 3 | $0.39 |
| 6158301200 | 6158301200 | N | 12:57 PM | 03:12 PM | 135 | $17.55 |
| 5412015150 | 5412015150 | N | 12:58 PM | 03:04 PM | 126 | $16.38 |
| | | | | Total | 529 | $68.77 |

## Harvey Gershman's Billing Code Summary

| Billing Code | Service | Item | Quantity | Cost |
|---|---|---|---|---|
| 706601 | Audio Conf. | Phone Minutes | 1282 | $166.66 |
| | | Tax | | $0.00 |
| | | Billing Code 706601 Total | | $166.66 |
| | | Total Tax: | | $0.00 |
| | | Harvey Gershman's Billing Codes Total: | | $166.66 |



# Outbound Usage Billed Report    GERSHMAN, BRICKNER & BRATTON, INC.

**Account:** 153958    **Report Period:** May 11, 2008    **Invoice:** 32347519

| Calling Number | Calling Location | Called Number | Called Location | Usage Category | Date/Time | Minutes | Amount | Code | Description |
|---|---|---|---|---|---|---|---|---|---|
| (703) 573- | Fls Church, VA | (671) 735-1111 | Agana, GU | 1+ | 04-25-2008 05:20:29 | 2.00 | 0.10 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | (541) 324-3396 | Medford, OR | 1+ Interstate | 04-21-2008 10:46:15 | 1.00 | 0.06 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | (843) 971-6914 | MtPleasant, SC | 1+ Interstate | 04-15-2008 12:59:52 | 0.70 | 0.04 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | (615) 830-1200 | Nashville, TN | 1+ Interstate | 04-17-2008 09:44:25 | 20.00 | 1.10 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | (973) 376-6286 | Millburn, NJ | 1+ Interstate | 04-16-2008 12:40:30 | 0.20 | 0.01 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | (541) 324-3396 | Medford, OR | 1+ Interstate | 04-11-2008 04:17:59 | 0.60 | 0.03 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | (917) 796-2125 | New York, NY | 1+ Interstate | 05-02-2008 03:09:42 | 38.40 | 2.11 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | (615) 830-1200 | Nashville, TN | 1+ Interstate | 04-11-2008 09:25:11 | 0.70 | 0.04 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | (541) 488-3320 | Ashland, OR | 1+ Interstate | 04-17-2008 06:01:55 | 0.40 | 0.02 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | (541) 488-3320 | Ashland, OR | 1+ Interstate | 04-17-2008 05:17:05 | 2.40 | 0.13 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | (541) 324-3396 | Medford, OR | 1+ Interstate | 04-10-2008 01:48:45 | 5.20 | 0.29 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | (541) 324-3396 | Medford, OR | 1+ Interstate | 03-26-2008 11:45:10 | 0.10 | 0.01 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | (671) 632-1500 | Dededo, GU | 1+ | 04-15-2008 06:14:06 | 1.90 | 0.10 | 0000706601 | Guam |
| | | | | | | | 4.04 | | |


## FedEx Express Shipment Detail By Reference (Original)

**Dropped off:** May 09, 2008    **Cust. Ref.:** 07066-01    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 25.00% to this shipment.
- FedEx has audited this airbill for correct pieces, weight, and service. Any changes made are reflected in the invoice amount.
- Discount applied is the greater of volume discount or dropoff discount. No additional discount applies.

| | | | | | |
|---|---|---|---|---|---|
| Tracking ID | 799322030939 | **Sender** | **Recipient** | | |
| Service Type | FedEx Intl Economy | PAT RAVENELLE | CHIEF JUDGE FRANCES TYDINGCO-GATEW | | |
| Package Type | FedEx Envelope | GERSHMAN, BRICKNER & BRATTON | U.S. FEDERAL DISTRICT COURT OF GUA | | |
| Orig./Dest. | ZFO/GUM | 8550 ARLINGTON BLVD | 520 WEST SOLEDAD AVENUE | | |
| Zone | K | SUITE 203 | HAGATNA, GUAM 96910 GU | | |
| Packages | 1 | FAIRFAX VA 22031 US | | | |
| Rated Weight | 1.1 lbs | | | | |
| Delivered | May 12, 2008 14:43 | | | | |
| Signed by | LOGO | Transportation Charge | | | 85.37 |
| FedEx Use | P7890/US0010/_ | Fuel Surcharge | | | 20.70 |
| Customs | | Discount | | | -2.56 |
| Entry Date | May 10, 2008 | **Total Transportation Charges** | | USD | $103.51 |

| | | |
|---|---|---|
| **07066-01 Reference Subtotal** | USD | $103.51 |
| **Total FedEx Express** | USD | $103.51 |



## FedEx Express Shipment Detail By Reference (Original)

Picked up: May 14, 2008                Cust. Ref.: 07066-01                Ref.#2:
Payor: Shipper                              Ref.#3:

* Fuel Surcharge - FedEx has applied a fuel surcharge of 25.00% to this shipment.

| | | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 790506090876 | **Sender** | **Recipient** | |
| Service Type | FedEx Intl Economy | PAT RAVENELLE | ASST TO CHIEF JUDGE - C. PALACIOS | |
| Package Type | FedEx Envelope | GERSHMAN, BRICKNER & BRATTON | U.S. FEDERAL DISTRICT COURT OF GUA | |
| Orig./Dest. | ZFO/GUM | 8550 ARLINGTON BLVD | 520 WEST SOLEDAD AVENUE | |
| Zone | K | SUITE 203 | HAGATNA, GUAM 96910 GU | |
| Packages | 1 | FAIRFAX VA 22031 US | | |
| Rated Weight | 0.5 lbs | | | |
| Delivered | May 19, 2008 14:18 | Transportation Charge | | 66.65 |
| Signed by | B.BENEVENTE | Courier Pickup Charge | | 4.00 |
| FedEx Use | P7445/US0010/_ | Fuel Surcharge | | 17.16 |
| Customs | | Discount | | -2.00 |
| Entry Date | May 15, 2008 | **Total Transportation Charges** | **USD** | **$85.81** |

| | | |
|---|---|---|
| **07066-01 Reference Subtotal** | **USD** | **$85.81** |
| **Total FedEx Express** | **USD** | **$85.81** |



## FedEx Express Shipment Detail By Reference (Original)

**Dropped off:** May 20, 2008     **Cust. Ref.:** 07066-01     **Ref.#2:**
**Payor:** Shipper     **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 25.00% to this shipment.
- Discount applied is the greater of volume discount or dropoff discount. No additional discount applies.

| | | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 791903906560 | PAT RAVENELLE | CHIEF JUDGE F. TYDINGCO-GATEWOOD | |
| Service Type | FedEx Intl Economy | GERSHMAN, BRICKNER & BRATTON | U.S. FEDERAL DISTRICT COURT OF GUA | |
| Package Type | FedEx Envelope | 8550 ARLINGTON BLVD | 520 WEST SOLEDAD AVENUE | |
| Orig./Dest. | ZFO/GUM | SUITE 203 | HAGATNA, GUAM 96910 GU | |
| Zone | K | FAIRFAX VA 22031 US | | |
| Packages | 1 | | | |
| Rated Weight | 1.2 lbs | | | |
| Delivered | May 23, 2008 11:25 | | | |
| Signed by | C.PALACIOS | Transportation Charge | | 85.37 |
| FedEx Use | P5686/US0010/_ | Fuel Surcharge | | 20.70 |
| **Customs** | | Discount | | -2.56 |
| Entry Date | May 21, 2008 | **Total Transportation Charges** | **USD** | **$103.51** |

| | | |
|---|---|---|
| **07066-01 Reference Subtotal** | **USD** | **$103.51** |

| | | |
|---|---|---|
| **Total FedEx Express** | **USD** | **$168.02** |



*Letter to Judge*
*CJ & MOU*

The UPS Store - #3348
330 Franklin Rd.
Suite 135A
Brentwood, TN 37027
(615) 661-9606

05/19/08  01:42 PM

We are the one stop for all your
shipping, postal and business needs.

Present Receipt for Special:
$.29 Color Copies

001 001015 (001)          TO $  25.13
  2DA AM
  Tracking# 1ZX4W9930722368356

                    SubTotal $  25.13
                    Total    $  25.13

                    VISA  $  25.13
ACCOUNT NUMBER *    ***********3583

Receipt ID 82990663085516888213 001 Items
CSH: SHELIAH          Tran: 9968 Reg: 002

To track your packages, please visit
www.TheUPSstore.com

Whatever your business and personal
needs, we are here to serve you.

*Parsons to report*
*to ChrisLand*

---

The UPS Store - #3348
330 Franklin Rd.
Suite 135A
Brentwood, TN 37027
(615) 661-9606

05/20/08  01:13 PM

We are the one stop for all your
shipping, postal and business needs.

Present Receipt for Special:
$.29 Color Copies

002 001220 (001)          TO $  58.63
  Express Saver
  Tracking# 1ZX4W9930422712630
003 000008 (022)          TO $   8.00
  Priority Mail
  Tracking# MMWGZ2J8XZ62N

                    SubTotal $  66.63
                    Total    $  66.63

                    VISA  $  66.63
ACCOUNT NUMBER *    ***********3583

Receipt ID 82990663038820888147 002 Items
CSH: Eva            Tran: 0024 Reg: 002

To track your packages, please visit
www.TheUPSstore.com

Whatever your business and personal
needs, we are here to serve you.