# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

(-36)

**Project ID:** 07066:01
**Project Name:** US District Court for Guam - Receivership
**Manager:** HWG
**Client ID:** 07066

D. MANNING

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 5/1/2008 to 5/31/2008 | DM to DM | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 5/1/2008 | Miscellaneous Travel Expenses | 1.00 | $35.27 | $35.27 | 0.00 | $35.27 | Billable |
| | Fuel for rental vehicle. | | | | | | |
| 5/1/2008 | Meals | 1.00 | $10.44 | $10.44 | 0.00 | $10.44 | Billable |
| | Lunch for myself. | | | | | | |
| 5/2/2008 | Meals | 1.00 | $8.96 | $8.96 | 0.00 | $8.96 | Billable |
| | Groceries for the apartment.  This is per diem related. | | | | | | |
| 5/2/2008 | Meals | 1.00 | $18.24 | $18.24 | 0.00 | $18.24 | Billable |
| | Groceries for the apartment.  This is per diem related. | | | | | | |
| 5/3/2008 | Meals | 1.00 | $12.37 | $12.37 | 0.00 | $12.37 | Billable |
| | Lunch for Chace Anderson and myself.  Thhis is per diem related. | | | | | | |
| 5/3/2008 | Meals | 1.00 | $9.78 | $9.78 | 0.00 | $9.78 | Billable |
| | Groceries for the apartment.  This is per diem related. | | | | | | |
| 5/4/2008 | Meals | 1.00 | $35.30 | $35.30 | 0.00 | $35.30 | Billable |
| | Lunch for Chace Anderson and myself.  This is per diem related. | | | | | | |
| 5/5/2008 | Meals | 1.00 | $6.50 | $6.50 | 0.00 | $6.50 | Billable |
| | Lunch for myself. Per deim related. | | | | | | |
| 5/5/2008 | Meals | 1.00 | $107.06 | $107.06 | 0.00 | $107.06 | Billable |
| | Dinner for Anderson and myself.  Per deim related. | | | | | | |
| 5/6/2008 | Meals | 1.00 | $40.70 | $40.70 | 0.00 | $40.70 | Billable |
| | Dinner for Anderson and Manning. Per deim related. | | | | | | |
| 5/6/2008 | Parking | 1.00 | $2.00 | $2.00 | 0.00 | $2.00 | Billable |
| | Airport parking to pick up Seader. | | | | | | |
| 5/7/2008 | Meals | 1.00 | $29.90 | $29.90 | 0.00 | $29.90 | Billable |
| | Lunch for Seader and Manning.  Per deim relatred. | | | | | | |
| 5/7/2008 | Meals | 1.00 | $23.49 | $23.49 | 0.00 | $23.49 | Billable |
| | Dinner for Seader, Anderson and Manning.  This is per deim related. | | | | | | |
| 5/7/2008 | Meals | 1.00 | $10.27 | $10.27 | 0.00 | $10.27 | Billable |
| | Groceries for apartment. Per deim related. | | | | | | |
| 5/8/2008 | Meals | 1.00 | $30.06 | $30.06 | 0.00 | $30.06 | Billable |
| | Lunch for Seader, Anderson and Manning.  Total bill was $50.06. Capt Fulgni paid $20 for the Military personnel.  This is per deim related. | | | | | | |
| 5/8/2008 | Meals | 1.00 | $11.56 | $11.56 | 0.00 | $11.56 | Billable |
| | Groceries for apartment. Per deim related. | | | | | | |
| 5/8/2008 | Meals | 1.00 | $2.28 | $2.28 | 0.00 | $2.28 | Billable |
| | Food for Manning at Airport Mobile Service Station, Guam | | | | | | |

# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com



**Project ID:** 07066:01
**Project Name:** US District Court for Guam - Receivership
**Project Manager:** HWG
**Client ID:** 07066

*DAVID MANNING*

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|------|-------------|-------|------|----------|------|--------|---|
| 5/1/2008 | Miscellaneous Travel Expenses | 1.00 | $35.27 | $35.27 | 0.00 | $35.27 | Billable |
| 5/1/2008 | Meals | 1.00 | $10.44 | $10.44 | 0.00 | $10.44 | Billable |
| 5/2/2008 | Meals | 1.00 | $18.24 | $18.24 | 0.00 | $18.24 | Billable |
| 5/2/2008 | Meals | 1.00 | $8.96 | $8.96 | 0.00 | $8.96 | Billable |
| 5/3/2008 | Meals | 1.00 | $12.37 | $12.37 | 0.00 | $12.37 | Billable |
| 5/3/2008 | Meals | 1.00 | $9.78 | $9.78 | 0.00 | $9.78 | Billable |
| 5/4/2008 | Meals | 1.00 | $35.30 | $35.30 | 0.00 | $35.30 | Billable |
| 5/5/2008 | Meals | 1.00 | $107.06 | $107.06 | 0.00 | $107.06 | Billable |
| 5/5/2008 | Meals | 1.00 | $6.50 | $6.50 | 0.00 | $6.50 | Billable |
| 5/6/2008 | Meals | 1.00 | $40.70 | $40.70 | 0.00 | $40.70 | Billable |
| 5/6/2008 | Parking | 1.00 | $2.00 | $2.00 | 0.00 | $2.00 | Billable |
| 5/7/2008 | Meals | 1.00 | $29.90 | $29.90 | 0.00 | $29.90 | Billable |
| 5/7/2008 | Meals | 1.00 | $23.49 | $23.49 | 0.00 | $23.49 | Billable |
| 5/7/2008 | Meals | 1.00 | $10.27 | $10.27 | 0.00 | $10.27 | Billable |
| 5/8/2008 | Meals | 1.00 | $2.28 | $2.28 | 0.00 | $2.28 | Billable |
| 5/8/2008 | Miscellaneous Travel Expenses | 1.00 | $37.30 | $37.30 | 0.00 | $37.30 | Billable |
| 5/8/2008 | Meals | 1.00 | $11.56 | $11.56 | 0.00 | $11.56 | Billable |
| 5/8/2008 | Meals | 1.00 | $30.06 | $30.06 | 0.00 | $30.06 | Billable |
| 5/9/2008 | Meals | 1.00 | $6.65 | $6.65 | 0.00 | $6.65 | Billable |
| 5/10/2008 | Meals | 1.00 | $6.59 | $6.59 | 0.00 | $6.59 | Billable |
| 5/11/2008 | Meals | 1.00 | $116.97 | $116.97 | 0.00 | $116.97 | Billable |
| 5/11/2008 | Meals | 1.00 | $2.99 | $2.99 | 0.00 | $2.99 | Billable |
| 5/12/2008 | Meals | 1.00 | $7.00 | $7.00 | 0.00 | $7.00 | Billable |
| 5/12/2008 | Meals | 1.00 | $6.39 | $6.39 | 0.00 | $6.39 | Billable |
| 5/13/2008 | Meals | 1.00 | $150.74 | $150.74 | 0.00 | $150.74 | Billable |
| 5/13/2008 | Car Rental | 1.00 | $1,088.80 | $1,088.80 | 0.00 | $1,088.80 | Billable |
| 5/13/2008 | Meals | 1.00 | $8.65 | $8.65 | 0.00 | $8.65 | Billable |
| 5/14/2008 | Parking | 1.00 | $3.00 | $3.00 | 0.00 | $3.00 | Billable |
| | **Sum of Billable Expenses:** | | | $1,829.26 | | $1,829.26 | |
| | **Billable + Non-Billable Total:** | | | $1,829.26 | | $1,829.26 | |

CO7066-01

Nana's Cafe / Sails BBQ
Guam Plaza Hotel
Tumon, Guam (671) 649-6262

CHECK:        6010
TABLE:        RB3/1
SERVER:       415-Tenzo
DATE:         MAY04'08 13:36
CARD TYPE:    Visa
ACCT #:       XXXXXXXXXXXXX4547
EXP DATE:     XX/XX
AUTH CODE:    035618
RESEARCH:     23587295
              DAVID MANNING

SUBTOTAL:        30.80

Svc. :            4.50

Total:           35.30

Sign: [signature]

              Thank You

---

TACO BELL 84 AGANA
CORNER OF R) 4 O'BRIEN D
AGANA, GU 96910

Merchant ID: 000000000475421
Term ID: 00587581
Server ID: 1
102168743999

**Sale**

VISA
XXXXXXXXXXXXX4547
Entry Method: Swiped
Apprvd: Online     Batch#: 000410
05/01/08              13:12:05

Inv #: 000016    Appr Code: 015228

Amount:        $      10.44
Tip:
Total:     ---------------

                   ================

              Customer Copy

SAME

---

WINCHELL'S
MANGILAO

05/10/08  7:41AM    02
811971 #8122

REG DOZ          $6.59

XXXTOTAL         $6.59
CASH            $20.00
CHANGE          $13.41

---

**BANK OF GUAM**
THE PEOPLE'S BANK

WENDY'S BARRIGADA

BARRIGADA, GUAM 96921
(671) 633-8800

BATCH No.      : 000112
TERMINAL ID    : 6716591
CARD           : VISA INT'L
CARD No.   : XXXXXXXXXXXXX4547 / Swiped
RREF No.       : 0080
INVOICE        : 010074
TRANS.   : CREDIT CARD SALE

AMOUNT     :          $     12.37

Tran Date/Time : 05/03/08    12:26:18
APPROVAL       : 025658

              Customer Copy

                          Perdiem

---

THANK YOU
FOR EATING AT
TACO BELL/LONG JOHN SILVERS
477-8226
HAVE A GREAT DAY AND COME AGAIN!!!

REG  2        ORDER  STORE
              207
5/01/08              1:13PM

  1 LJ-7              8.49
  2 LJ/FSH             .00
  8 LJ/B-SHR MP        .00
  1 REG/FRY            .00
  1 PEP-32            1.95

SUBTOTAL             10.44
TAX                    .00
EAT-IN TOTAL         10.44

CASH TEND            10.44
CHANGE                .00

---

**BANK OF GUAM**
THE PEOPLE'S BANK

SUPERMART

REG#5 MANGILAO GU
(671) 735-5278

BATCH No.      : 000176
TERMINAL ID    : 3519717
CARD           : VISA INT'L
CARD No. : XXXXXXXXXXXXX4547 / Swiped
RREF No.       : 7178
INVOICE        : 001752
TRANS.   : CREDIT CARD SALE

AMOUNT     :          $     18.24

Tran Date/Time : 05/02/08    15:15:33
APPROVAL       : 01547B

              Customer Copy

                 Thank you!

---

SHOP
PACAIR PARKING MANAGEMENT SERVICE
TEL 671 649 0793
FAX 671 649 0942
SI YUUS MA ASE
THANK YOU

Ticket #:    7508329
IN:  5/6/2008  8:09:00
OUT: 5/6/2008  8:34:02

PARKING FEE:      $2.00

TOTAL:            $2.00
VALIDATION :     -$0.00
TENDERED:         $2.00
CHANGE:           $0.00

(39)

WELCOME TO
SPPC BARRIGADA

BARRIGADA 76
112 ROUTE 10
BARRIGADA          GU
DLR# 00247395
DATE: 05/01/08

VISA             ACCT#
XXXX XXXX XXXX 4547
G1DHP6J4BBS7
INV# 093405      7D/8S
REF# 921 67-015
AUTH# 00-53551B

PUMP# 7          SELF
UNL          8.399G
PRICE/GAL    $4.199

FUEL TOTAL  $35.27

---

CUSTOMER SIGNATURE
4% GRT INCLUDED

THANK YOU

---

**BANK OF GUAM**
*THE PEOPLE'S BANK*

OUTBACK STEAK HOUSE

(BAR) TUMON, GUAM 96911
(671) 646-1543

BATCH No.      :  000293
TERMINAL ID    :  6708259
CARD           :  VISA INT'L
CARD No. :  XXXXXXXXXXX4547 / Swiped
RREF No.       :  8237
INVOICE        :  002277
SERVER No.     :  19
TRANS.   :  CREDIT CARD SALE

AMOUNT   :          $     93.06
TIP AMOUNT:        $   14.00
(IF ANY, PLEASE SIGN)

TOTAL AMOUNT:     $ 107.06
Tran Date/Time :  05/05/08    18:44:45
APPROVAL       :  045728

Customer Copy

Thank you!

---

MicroMall    Welcome 75
02 VH    09/MAY/08 12:08

1 WhopVMi-Large    6.65
1   Diet Coke
  EATIN TOTAL      6.65

RECEIPT

---

**BANK OF GUAM**
*THE PEOPLE'S BANK*

OUTBACK STEAK HOUSE

(BAR) TUMON, GUAM 96911
(671) 646-1543

BATCH No.      :  000259
TERMINAL ID    :  6708259
CARD           :  VISA INT'L
CARD No. :  XXXXXXXXXXX4547 / Swiped
RREF No.       :  8474
INVOICE        :  002494
SERVER No.     :  92
TRANS.   :  CREDIT CARD SALE

AMOUNT   :          $    101.97
TIP AMOUNT:        $   15.00
(IF ANY, PLEASE SIGN)

TOTAL AMOUNT:     $ 116.57
Tran Date/Time :  05/11/08    19:04:37
APPROVAL       :  00575B

Customer Copy

---

**BANK OF GUAM**
*THE PEOPLE'S BANK*

SUPERMART
REG#4 MANGILAO GU
(671) 735-6278

BATCH No.      :  000186
TERMINAL ID    :  3519766
CARD           :  VISA INT'L
CARD No. :  XXXXXXXXXXX4547 / Swiped
RREF No.       :  8373
INVOICE        :  002821
TRANS.   :  CREDIT CARD SALE

AMOUNT   :          $     11.56
Tran Date/Time :  05/08/08    20:26:12
APPROVAL       :  025968

Customer Copy

Thank you!

---

**Central**
Parking System

NASHVILLE INTERNATIONAL
AIRPORT - MUSIC CITY USA
(615) 275-1045

Toledo Ticket Co., Toledo, OH         03470036

**CUSTOMER RECEIPT**

| Tran | In Time | Out Time | Fee | CC# |
|------|---------|----------|-----|-----|
| 7632 | 05/14 10:49 | 05/14 11:54 | $3.00 | 4547 |

McDonald's Corporation
Thank you for eating at McDonald's

389 ROUTE 4
AGANA, GU 96910

THANK YOU

AGANA-ROUTE 4    TEL# (671)477-9133

91  KS#01   **S#1**    May.05'08(Mon)12:21
STORE# 6468        MER#KB43632025001

# Order #191     EAT IN

| | |
|---|---|
| 1 QTR CHEESE MEAL | 3.90 |
| 2 1 COOKIE | 0.90 |
| 2 OATMEAL COOKIE | 0.00 |
| 1 MED COKE | 1.70 |
| | |
| SUB TOTAL | 6.50 |
| EAT IN TAX | 0.00 |
| | 6.50 |

CARD ISSUER    ACCOUNT #
VISA SALE       ***********4547
TRANSACTION AMOUNT              6.50
AUTH CODE 01372B SEQ# 1719

CASH TENDERED                   0.00

CHANGE                          0.00

---

* * * * * RECEIPT IS REPRINTED * * * * *
   05/08/08    12:01:02

(40)

SALE RECEIPT
Store #7972    tko 05/08/08 11:31:44
Subway Sandwiches & Salads
Barrigada
Barrigada           GU
(671) 734-8455
 Trans# 43 Clerk 7  Dwr 1 TRDT 050808
 Receipt # 0000209074 Reg-ID REG-MAIN
  ITEM —— QTY       PRICE MEMO PLU
* * * * RECEIPT IS REPRINTED * * * *

| | | | | |
|---|---|---|---|---|
| FTYPLAT | 2 | 1 $ | 31.72 | 13011 |
| CHIPS | 6 | 1 $ | 0.95 | 10020 |
| | | $ | 5.70 | |
| | 8 | 1 $ | 1.34 | 10049 |
| | | =$ | 10.72 | |

SUBTOTAL $    48.14
Guam GRT $     1.92

TAKE OUT #TOTAL $   50.06
 CardAMT TEND $     50.06

CHANGE DUE$     0.00

Over 24,000 Restaurants Worldwide
www.subwaypacific.com

* * * * * RECEIPT IS REPRINTED * * * *

*Less $20 paid*
*cupt. Fuligni*
*$30.06*

---

BANK OF GUAM
THE PEOPLE'S BANK

SUPERMART
REG#5 MANGILAO GU
(671) 735-6278

BATCH No.     : 000181
TERMINAL ID   : 3519717
CARD          : VISA INT'L
CARD No.      : XXXXXXXXXXXX4547  Swiped

RREF No.      : 7582
INVOICE       : 002063

TRANS.  : CREDIT CARD SALE

AMOUNT  :            $    10.27

Tran Date/Time : 05/07/08    18:31:34
APPROVAL       : 025018

Customer Copy

Thank you!

Q07066-01

SUPER MART
TEL 735-6278
FAX 735-6280
THANK YOU  COME AGAIN

CHKR#: 202    NAME:MARISA

BEVERAGE                    2.99

TOTAL            2.99
CASH             3.00
CHANGE           $.0i

      1    ITEMS

0004 2127-0004 SUN   5/11/08   1:39PM 020

---

OLD HAGATNA GRILL

41

CO7066-01

TIP             4.00
TOTAL          29.00

---

* * * Restaurant * * *
Old Hagatna Bar and Grill
Phone:472-5885

3 Boboy
---
Tbl 36/1    Chk 486    Gst 2
       May07'08 12:48PM
***** DEMONSTRATION MODE *****

  1 Soda              3.00
    Diet Pepsi
  1 French Dip       11.75
    Fries
  1 BBQ Burger       10.95
    Med Rare
    A Vinaigrette
    See Me

01:25 Total
       Gratuity
    Not Included

Thank you for joining us today.

---

Airport Mobil Service Station
PO BOX EU
Agana Guam 96910
671-649-0052

*** Duplicate ***
POS: 1        Transaction #:32047969
              Tax Invoice #:105191
Store No.: 543              Nelia
05/08/08    8:44:27 AM

Fuel Sale
  Pump # 6 Syn Regular
    8.884 Gallons @ $ 4.199/Gal     37.30

    Total $:                        37.30

    Visa:                           37.30
    Change                           0.00

Visa
CARD NUM   : XXXXXXXXXXXX4547
EXP. DATE  : 08/09

TERMINAL   : 543001
APPROVAL # : 04547B
RECEIPT #  : I55280
SALES RPT # : 160
SEQUENCE # : 129

```
Wendy's Old Fashioned Hamburgers
          Route #10
        Barigada, GU 96913
      Ticket #: 14

Register 1              472234814
Mon, May 12 2008        07:53:17 PM
Cashier: SHIRLEY S
------------------- -----------------
            To Go
1 CHK CL COMBO          6.39
  HOMESTYLE
  ADD MUSTARD
  SM COMBO
  NO DRINK
------------------- -----------------

Subtotal:      6.39
     Tax:      0.00
   Total:      6.39
```

```
        WELCOME TO
        KFC ANIGUA

Reg. 2        ORDER    STORE # 2
               228
5/13/08                  12:12PM


  1 3pc.DIN.
    ORG.          6.90
   BISCUIT         .00
  1 PEPSI
    LARGE         1.75

SUBTOTAL          8.65
                   .00
TAKE-OUT TOTAL    8.65

CASH TEND        20.00
CHANGE           11.35
```

42

C070060-01

```
       DOMINO'S PIZZA MANGILAO
          LOT 5360-2 NEW
        MANGILAO, GUAM 96921
           (671) 734-3030


MERCHANT  :  2000 000010201969 501
REF NO.   :  644 009 000000024017356
DATE      :  05/07/08  18:07
ACCT NO.  :  XXXXXXXXXXXX4547
TYPE      :  VISA
AUTH NO.  :  825400 066128302479800
SERVER    :  0001

SALE          $     23.49

TIP           $  _____

TOTAL         $    23.49

X_____
           SIGNATURE

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER
```

671-649-5856
TUMON BAY LOBSTER&GRILL
P.O. BOX 3609
HAGATNA, GU 96932

TERMINAL I.D.#                    8519
MERCHANT #:                      21789

VISA                    ITEM #: 001
****************4547

SWIPE
PRE-SALE

DATE: MAY 17, 2008  TIME: 18:30
              AUTH NO: 03501B

BASE          $130.74

TIP            20.00

TOTAL         150.74

DAVID MANNING
X David L. Mann

---

McDonald's Corporation
Thank you for eating at McDonald's

43

C070666-01

389 ROUTE 4
AGANA, GU 96910

THANK YOU

AGANA-ROUTE 4          TEL# (671)477-9133
83  KS#02   **S#1**
STORE#  6468    May.12'08(Mon)12:22
                       MER# KB43632025001

# Order #283      EAT IN

| | |
|---|---|
| 1 QTR CHEESE MEAL | 3.90 |
| 1 3 PACK OF COOKIES | 1.30 |
| 1 OATMEAL COOKIE | 0.00 |
| 1 LRG FRUIT PUNCH | 1.80 |
| SUB TOTAL | 7.00 |
| EAT IN TAX | 0.00 |
| | ------ |
| | 7.00 |

CARD ISSUER    ACCOUNT #
VISA SALE      ************4547
TRANSACTION AMOUNT              7.00
AUTH CODE 02293B SEQ# 1596

CASH TENDERED                   0.00

CHANGE                          0.00

44

CO7066-01

**Airport Mobil Service Station**
PO BOX EU
Agana Guam 96910
671-649-0052

POS:  1          Transaction #:32048283
                 Tax Invoice #:105420
Store No.:  543            Kipwon kim
05/08/08    3:00:08 PM


1  M&M PNT KS 3OZ              1.39
1  COKE DIET CN 12            0.89

   Total $:                   2.28

   Cash                      20.00
   Change                    17.72

Thank You - Please Come Again Soon



**From:** Elmina C Placiente [ecp@htzgum.vs.carsplusnet.com]
**Sent:** Tuesday, June 17, 2008 8:49 AM
**To:** hertzspvr@triplejguam.com
**Subject:** CARS+ Report

```
RENTAL: 04-23-08 1800  GUAM INTL. AIRPORT      7730050
RETURN: 05-13-08 0850  GUAM INTL. AIRPORT      7730050
▓(1Q▓(s1p36.0v0s0b0TL▓(8U▓(s0p4099T
                                                        EX WEEKS
3(NT) $1185.00
               DAVID MANNING          #1:        CDP:
HERTZ RENT A CAR
Hertz System Licensee FT:                  HG:
671-642-3210                                            MILEAGE CHG
$
OWN/VEH: 77300/0007294  07 KIA RIO    LIC: MER4257   VEH CLASS: C   SUB TOTAL
1185.00
LDW1    DECLINED AT $15.95 PER DAY                      DISCOUNT 20%
$ -237.00
PAI     DECLINED AT  $9.95 PER DAY   MILEAGE IN:      10944   FUEL & SVC
(NT) $   32.73
PEC     DECLINED AT  $5.95 PER DAY   MILEAGE OUT:     10264   FAC FEE
(NT)   10.00
LIS     DECLINED AT  $7.95 PER DAY   MILES DRIVEN:      680   CON.FEE
RECOVERY (NT)   98.07
                                    TR-X MILES DRIVEN:
FPO     DECLINED -  FUEL & SVC APPLIED  TOTAL MILES DRIVEN:  680
        $5.50 GL    TK CAP: 11.9    MILES ALLOWED:
        FUEL OUT: FULL  FUEL IN: HALF   MILES CHARGED:
ADDITIONAL CHARGES:
FAC FEE    1 -   $.50/DAY (NT)      PLAN IN:  WIP    $65.85 / DAY
                                   PLAN OUT: WIP    $395.00 / EX WEEK
                                   RATE CLASS: C    $16.46 / EX HOUR
                                                    $65.85 / EX DAY



                                                        TOTAL CHARGES
$ 1088.80

RENTAL FORM OF PAYMENT: VISA   XXXXXXXXXXXX4547    CC APP$1055.00/1111
RETURN FORM OF PAYMENT: VISA   XXXXXXXXXXXX4547    CC APP$1089.00/1111

                                                        NET DUE
$ 1088.80
                                                        CHARGED ON

VISA       $ 1088.80                                     BALANCE DUE

$
```



# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

Project ID: **07066:01**
Project Name: **US District Court for Guam - Receivership**
Project Manager: **HWG**
Client ID: **07066**

DAVID SEADER

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|------|-------------|-------|------|----------|------|--------|---|
| 5/5/2008 | Local Transportation | 1.00 | $57.00 | $57.00 | 0.00 | $57.00 | Billable |
| 5/5/2008 | Plane | 1.00 | $5,580.16 | $5,580.16 | 0.00 | $5,580.16 | Billable |
| 5/9/2008 | Meals | 1.00 | $6.00 | $6.00 | 0.00 | $6.00 | Billable |
| 5/10/2008 | Meals | 1.00 | $23.53 | $23.53 | 0.00 | $23.53 | Billable |
| 5/12/2008 | Meals | 1.00 | $7.08 | $7.08 | 0.00 | $7.08 | Billable |
| 5/15/2008 | Local Transportation | 1.00 | $43.00 | $43.00 | 0.00 | $43.00 | Billable |
| | Sum of Billable Expenses: | | | $5,716.77 | | $5,716.77 | |
| | Billable + Non-Billable Total: | | | $5,716.77 | | $5,716.77 | |



 # Royal Travel Service

P.O. Box 6038, Tamuning, Guam 96931
928 N. Marine Drive 2nd floor, Upper Tumon (Aida's bldg.)
next to chuck steak house and Pia Marine
Hour: 9am to 5pm Mon-Fri
Email: deena@ite.net • Cell: 777-2014
lenith@ite.net • Cell: 787-9280
clintgman@yahoo.com • Cell: 482-3879

**INVOICE**

**27398**

DATE __12April2008__

C/O: (GBB)

Gershman, Brickner & Bratton, Inc. (GBB)

| PASSENGER NAME | TICKET NUMBER | FLIGHT ROUTE | DEPARTURE DATE | AMOUNT |
|---|---|---|---|---|
| Seader/Dave | 0055944536385 | -- | 05May | 5580.16 |
| | | EWR IAH | | |
| | | IAH GUM | | |
| | | GUM HNL | | |
| | | HNL EWR | | |
| | | | (Service fees) | 150.00 |
| | | | | 5,730.16 |

07066-01


PAID
AMEX

| RECVD. BY: _____ | FORM OF PAYMENT: | CREDIT CARD | 5730.16 |
|---|---|---|---|
| | | CASH/CHECK | |
| DATE: _____ | | RECEIPT NO. | |
| | | CHARGE AMOUNT $ | |

**TERMS AND CONDITIONS:**
All invoices are due 7 days from date of issue, invoices over 30 days will be charged an additional 5% and will be added to unpaid balance. Royal Travel may refer unpaid invoice to an attorney or collection for payment and all fees will be charged to the purchaser. The purchaser will be charged $50.00 for any return checks. Refundable tickets and tours will asses a fee of $50.00 per person.

Please be sure to verify that the names shown on your tickets are the same as your passport/birth certificate and dates and routes are correct. Thank you for choosing Royal Travel.

_____    _____
Signature of Purchaser              Date

WHITE-CUSTOMER • YELLOW-ACCTG • PINK-AGENCY FILE

eTicket Itinerary and Receipt



## Deena Guerrero of Royal Travel Services

**From:** Continental Airlines, Inc. [continentalairlines@continental.com]

**Sent:** Saturday, April 12, 2008 1:15 PM

**To:** DEENA@ITE.NET

**Subject:** eTicket Itinerary and Receipt for Confirmation AS3XCC

To ensure delivery of this e-mail please add **continentalairlines@continental.com** to your address book or approved senders list. See instructions for adding us to your address book.

**Continental Airlines** 

Confirmation: **AS3XCC**

Print your boarding pass at **continental.com** within 24 hours of your flight

Issue Date: April 12, 2008

| Traveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| SEADER/DAVE | 0055944536385 | | ---/---/---/--- |

### FLIGHT INFORMATION

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Mon, 05MAY08 | CO611 | Z | NEWARK EWR (EWR) **5:30AM** | HOUSTON BUSH INTL (IAH) **8:10AM** | 757-200 | Breakfast |
| Mon, 05MAY08 | CO1 | Z | HOUSTON BUSH INTL (IAH) **9:35AM** | GUAM IS SW PAC (GUM) **5:40PM (06MAY)** | 767-400 | Lunch |
| Thu, 15MAY08 | CO2[1] | Z | GUAM IS SW PAC (GUM) **6:25AM** | HONOLULU HNL (HNL) **5:40PM (14MAY)** | 767-400 | Breakfast |
| Wed, 14MAY08 | CO14 | Z | HONOLULU HNL (HNL) **7:55PM** | NEWARK EWR (EWR) **11:30AM (15MAY)** | 767-400 | Dinner |

[1] Operated by CONTINENTAL MICRONESIA

### FARE INFORMATION

**Fare Breakdown**

| | | |
|---|---|---|
| Airfare: | 5,516.00 USD | **Form of Payment:** |
| U.S. Security Service Fee: | 10.00 | AMERICAN EXPRESS |
| Guam Inspection Service Charges: | 6.36 | Last Four Digits 6002 |
| U.S. Federal Transportation Tax: | 15.40 | |
| U.S. Federal Transportation Tax: | 15.40 | |
| U.S. APHIS User Fee: | 5.00 | |
| U.S. Passenger Facility Charge: | 12.00 | |
| Per Person Total: | 5,580.16 USD | |

**eTicket Total:** **5,580.16 USD**

**Fare Rules:** Additional charges may apply for changes in addition to any fare rules listed.
REFUNDABLE

### International eTicket Travel Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 60 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be canceled if this condition is not met.
- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 30 minutes prior to scheduled departure.
- Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.
- Bring this eTicket Receipt along with photo identification, proof of citizenship, passport and/or visa to the ticket lobby for check-in.



KMART STORE 7705
104 N MARINE DR (RTE 1)
TAMUNING, GU 96911
(671)649-9878

** WELCOME TO YOUR **
** KMART STORE 7705 **

CASHIER: PAQUEL
GENERAL MERCHANDISE
0266165279l    M6*601SLSW1D      10.79
GROCERY
01045580001    DRNKS WATER
               3.9  1/1.59        5.07 T
               CHECKERS TWO       5.09 T
               DIET COKE
0430001916     ORANGE FONTA        .99 T

       SALE TAX      .00  BAL     23.53
              CASH                40.03
              CHANGE              16.50

TOTAL NUMBER OF ITEMS    5

Merchandise included in today's
transaction may be returned or
exchanged before 08/08/09 with
this receipt.

The complete return & exchange poli s
is available at the Service Desk

C07066-01

 **49**

EA **Continental Airlines**
NAME:SEADER/DAVE
DATE:15MAY                27
ONEPASS:
MILEAGE: 6732 MILES

FLIGHT:CO        8J

GATE:✳✳✳✳ SEAT: **9L**
DEPART: 435P
   TOKYO
ARRIVE: 430P
   NEWARK
BOARD TIME:   345P
00521656063692

EA **Continental Airlines**
Name: SEADER/DAVE
Date: 05MAY            161
OnePass:
Mileage: 1415 MILES

Flight: CO   611J

Gate: **C71** Seat: **4E**
Depart: 530A
   NEWARK
Arrive: 810A
   HOUSTON
Board Time:  445A
00559445363853

EA **Continental Airlines**
Name: SEADER/DAVE
Date: 05MAY            148
OnePass
Mileage: 7447 MILES

Flight: CO   1J

Gate: **E4** Seat: **3K**
Depart: 935A
   HOUSTON
Arrive: 540P
   GUAM
Board Time:  845A
00559445363853



# A PLUS LIMO & CAR SERVICE

Courteous & Dependable Service to All

*Thank You For Choosing Us!*

Airport - NYC - Local & Long Distance Etc.
Personal & Company Account Welcome

24 Hr. Dispatch
All Major Credit Cards Accepted

**Phone: 973. 275. 0660**

Date: 5/15/08

SUB TOTAL  50

Tips

Total  48 00

5122611

TO
Mor Airport

**PRESS FIRMLY – USE BALL POINT PEN**

DO NOT CIRCLE EXPIRATION DATE — USE BOX BELOW

| EXPIRATION | QUAN. | CLASS | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|
| ☒ DATE CHECKED | | | 5 – 5 – 08 | | 57 |
| | | | Francisco | | |

DATE
REFERENCE NO.
FOLIO/CHECK NO.
AUTHORIZATION
REG./DEPT.
SERVER
CLERK

SUB TOTAL
TAX
TIPS/MISC.

**SALES SLIP**   TOTAL  37 –

CUSTOMER COPY

PURCHASER SIGN HERE
X

Cardholder acknowledges receipt of goods and/or services in the
amount of the Total shown hereon and agrees to perform the
obligations set forth in the Cardholder's agreement with the Issuer.

**innovative**
Merchant Solutions
an INTUIT® Company

800-397-0707
www.innovativemerchant.com

---

5/12 Dinner

**Wendy's Old Fashioned Hamburgers**
Route #10
Barigada, GU 96913
**Ticket #: 11**

Register 1                      876234811
Mon, May 12 2008          07:53:31 PM
Cashier: SHIRLEY S

To Go

1 BCNATR CMB              6.59
  SM COMBO
  CMB SM PUNCH
  UPSIZE SM TO MD         0.49

Subtotal:       7.08
    Tax:        0.00
  Total:        7.08

---

5/9 Lunch

CHINA GATE
MICRONESIA MALL

09/05/2008

25        6.00
TOTAL
         6.00
CASH     6.00
1 ITEMS

7853 **1A   11:19
*** THANK YOU ***

---

**Continental Airlines ®**

Name:   SEADER/DAVE
Date:   15MAY         117
OnePass:
Mileage:   1558 MILES

Flight:   CO   961J

Gate:   08   Seat:  4L
Depart:   635A
   GUAM
Arrive:   910A
   TOKYO
Board Time:   545A
00521656063692

CO70606-01



# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

C,
ANDERSON

| Project ID: | 07066:01 |
|---|---|
| Project Name: | US District Court for Guam - Receivership |
| Manager: | HWG |
| Client ID: | 07066 |

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 5/1/2008 to 5/31/2008 | CA to CA | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 5/1/2008 | Meals<br>waters | 1.00 | $2.65 | $2.65 | 0.00 | $2.65 | Billable |
| 5/2/2008 | Meals<br>lunch for D. Manning and myself | 1.00 | $13.24 | $13.24 | 0.00 | $13.24 | Billable |
| 5/2/2008 | Meals<br>hot beverage | 1.00 | $3.40 | $3.40 | 0.00 | $3.40 | Billable |
| 5/3/2008 | Meals<br>groceries purchased to make dinner that night for D. Manning<br>and myself | 1.00 | $26.48 | $26.48 | 0.00 | $26.48 | Billable |
| 5/3/2008 | Meals<br>groceries | 1.00 | $23.77 | $23.77 | 0.00 | $23.77 | Billable |
| 5/4/2008 | Miscellaneous Travel Expenses<br>fuel | 1.00 | $45.02 | $45.02 | 0.00 | $45.02 | Billable |
| 5/5/2008 | Meals<br>coffee | 1.00 | $4.00 | $4.00 | 0.00 | $4.00 | Billable |
| 5/6/2008 | Meals<br>groceries | 1.00 | $9.37 | $9.37 | 0.00 | $9.37 | Billable |
| 5/7/2008 | Meals<br>grocery shopping for food items. | 1.00 | $27.56 | $27.56 | 0.00 | $27.56 | Billable |
| 5/8/2008 | Meals<br>Pacific Lighthouse Restaurant, Agama, Guam - Food for<br>Anderson | 1.00 | $59.00 | $59.00 | 0.00 | $59.00 | Billable |
| 5/9/2008 | Meals<br>meal | 1.00 | $5.95 | $5.95 | 0.00 | $5.95 | Billable |
| 5/9/2008 | Meals<br>grocery items | 1.00 | $55.58 | $55.58 | 0.00 | $55.58 | Billable |
| 5/10/2008 | Meals<br>grocery store for food items to cook back at the apartment. | 1.00 | $47.16 | $47.16 | 0.00 | $47.16 | Billable |
| 5/11/2008 | Meals<br>food items | 1.00 | $9.83 | $9.83 | 0.00 | $9.83 | Billable |
| 5/11/2008 | Miscellaneous Travel Expenses<br>fuel | 1.00 | $43.00 | $43.00 | 0.00 | $43.00 | Billable |
| 5/14/2008 | Meals<br>Song Huong Restaurant - Food for Anderson | 1.00 | $27.00 | $27.00 | 0.00 | $27.00 | Billable |
| 5/14/2008 | Miscellaneous Travel Expenses<br>fuel | 1.00 | $48.83 | $48.83 | 0.00 | $48.83 | Billable |
| 5/15/2008 | Meals<br>grocery shopping for food. | 1.00 | $41.09 | $41.09 | 0.00 | $41.09 | Billable |

# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

| | | |
|---|---|---|
| **Project ID:** | **07066:01** | |
| **Project Name:** | **US District Court for Guam - Receivership** | |
| **Manager:** | **HWG** | |
| **Client ID:** | **07066** | |

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 5/1/2008 to 5/31/2008 | CA to CA | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 5/16/2008 | Meals<br>coffe | 1.00 | $4.00 | $4.00 | 0.00 | $4.00 | Billable |
| 5/16/2008 | Meals<br>Haejung Mini Mart - Food Anderson | 1.00 | $15.00 | $15.00 | 0.00 | $15.00 | Billable |
| 5/17/2008 | Meals<br>grocery shopping for food. | 1.00 | $29.92 | $29.92 | 0.00 | $29.92 | Billable |
| 5/18/2008 | Meals<br>water | 1.00 | $1.29 | $1.29 | 0.00 | $1.29 | Billable |
| 5/19/2008 | Meals<br>grocery shopping | 1.00 | $38.65 | $38.65 | 0.00 | $38.65 | Billable |
| 5/22/2008 | Meals<br>dinner out | 1.00 | $6.00 | $6.00 | 0.00 | $6.00 | Billable |
| 5/22/2008 | Miscellaneous Travel Expenses<br>fuel for car | 1.00 | $48.82 | $48.82 | 0.00 | $48.82 | Billable |
| 5/22/2008 | Meals<br>Payless grocery store for food. | 1.00 | $16.47 | $16.47 | 0.00 | $16.47 | Billable |
| 5/23/2008 | Meals<br>Payless grocery store for food items. | 1.00 | $66.02 | $66.02 | 0.00 | $66.02 | Billable |
| 5/23/2008 | Car Rental<br>Hertz auto rental from 04/23 to 05/23/08 | 1.00 | $1,289.24 | $1,289.24 | 0.00 | $1,289.24 | Billable |
| 5/24/2008 | Meals<br>food from grocery store | 1.00 | $7.48 | $7.48 | 0.00 | $7.48 | Billable |
| 5/25/2008 | Meals<br>Grocery store  for food goods to take back to the apartment. | 1.00 | $16.98 | $16.98 | 0.00 | $16.98 | Billable |
| 5/25/2008 | Meals<br>Meal | 1.00 | $10.99 | $10.99 | 0.00 | $10.99 | Billable |
| 5/26/2008 | Meals<br>Meal to take back to apartment | 1.00 | $12.00 | $12.00 | 0.00 | $12.00 | Billable |
| 5/27/2008 | Copies<br>copies of active face drawings produced by engineers for<br>training of Ordot operator staff. | 1.00 | $16.00 | $16.00 | 0.00 | $16.00 | Billable |
| 5/27/2008 | Supplies<br>keys made | 1.00 | $6.00 | $6.00 | 0.00 | $6.00 | Billable |
| 5/27/2008 | Meals<br>california mart to purchase food goods to cook at apartment. | 1.00 | $26.57 | $26.57 | 0.00 | $26.57 | Billable |
| 5/28/2008 | Meals<br>coffee | 1.00 | $4.00 | $4.00 | 0.00 | $4.00 | Billable |
| 5/28/2008 | Meals | 1.00 | $3.00 | $3.00 | 0.00 | $3.00 | Billable |

# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

Project ID: **07066:01**
Project Name: **US District Court for Guam - Receivership**
Manager: **HWG**
Client ID: **07066**

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 5/1/2008 to 5/31/2008 | CA to CA | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 5/29/2008 | Coffee at Java Hut Cafe Miscellaneous Travel Expenses Fuel | 1.00 | $46.71 | $46.71 | 0.00 | $46.71 | Billable |
| | **Sum of Billable Expenses:** | | | $2,158.07 | | $2,158.07 | |
| | **Billable + Non-Billable Total:** | | | $2,158.07 | | $2,158.07 | |

**Cora Chaply**

| | |
|---|---|
| **From:** | Elmina C Placiente [ecp@htzgum.vs.carsplusnet.com] |
| **Sent:** | Tuesday, June 17, 2008 8:39 AM |
| **To:** | hertzspvr@triplejguam.com |
| **Subject:** | CARS+ Report |

```
RENTAL: 04-23-08 1749  GUAM INTL. AIRPORT      7730050
RETURN: 05-23-08 1749  GUAM INTL. AIRPORT      7730050
▯(1Q▯(s1p36.0v0s0b0TL▯(8U▯(s0p4099T
                                                              EX MO
1(NT) $1448.00
                  RICHARD ANDERSON         #1:         CDP:
HERTZ RENT A CAR
Hertz System Licensee FT:                    HG:
671-642-3210                                                  MILEAGE CHG
$
OWN/VEH: 77300/0007740  07 MINI SUV    LIC: MER6814    VEH CLASS: C   SUB TOTAL
1448.00
LDW1    DECLINED AT $15.95 PER DAY                            DISCOUNT 20%
$ -289.60
PAI     DECLINED AT  $9.95 PER DAY    MILEAGE IN:      12172   FAC FEE
(NT)    15.00
PEC     DECLINED AT  $5.95 PER DAY    MILEAGE OUT:     12171   CON.FEE
RECOVERY (NT)   115.84
LIS     DECLINED AT  $7.95 PER DAY    MILES DRIVEN:        1
                                     TR-X MILES DRIVEN:
FPO     DECLINED -  FUEL & SVC APPLIED  TOTAL MILES DRIVEN:   1
        $5.50 GL    TK CAP: 13.2     MILES ALLOWED:
        FUEL OUT: FULL  FUEL IN: FULL  MILES CHARGED:
ADDITIONAL CHARGES:
FAC FEE    1 -   $.50/DAY (NT)       PLAN IN:  WIP    $65.85 / DAY
                                     PLAN OUT: WIP   $395.00 / EX WEEK
                                     RATE CLASS: C    $16.46 / EX HOUR
                                                      $65.85 / EX DAY



                                                              TOTAL CHARGES
$ 1289.24

RENTAL FORM OF PAYMENT: AMEX    XXXXXXXXXXX2019      CC APP$2580.00/1595
RETURN FORM OF PAYMENT: AMEX    XXXXXXXXXXX2019      CC APP$1290.00/1595

                                                              NET DUE
$ 1289.24
                                                              CHARGED ON
AMEX      $ 1289.24
                                                              BALANCE DUE
$
```



THE COFFEE BEANERY
GCIC BUILDING, HAGATNA
472-5761  07066.01
05/02/2008  8:32AM  CHRISTIN
00000#3627

1 CAPPUCCINO G    11 $3.40

ITEMS           10
CHARGE          $3.40

INCLUDES 4% GRT
THANK YOU!!
PLEASE COME AGAIN

Thank you!   Thank you!   Thank you!   Thank you!

---

JCWDNT #100373
MCDONALD - DEDEDO, GUAM
(671) 637-2233

BATCH No.    : 000067
TERMINAL ID  : 5506994
CARD         : MASTERCARD
CARD No.     : XXXXXXXXXXX51 / Swiped
REF No.      : 8394
INVOICE      : 000355
TRANS.       : CREDIT CARD SALE
AMOUNT                        13.29
Tran Date/Time : 05/02/08  11:54:59
APPROVAL
            Customer Copy
               Thank you!

---

Quack
Meal

BANK OF GUAM
SONG HUONG RESTAURANT
ANIGUA, GUAM
(671) 477-2931

BATCH No.    : 000061
TERMINAL ID  : 5188002
CARD         : MASTERCARD
CARD No.     : XXXXXXXXXXX51 / Swiped
REF No.      : 2105
INVOICE      : 001969
SERVER No.   : 1
TRANS.       : CREDIT CARD SALE
AMOUNT       $        27.00    $27
TIP AMOUNT:
(IF ANY, PLEASE SIGN)
TOTAL AMOUNT:                  5/14
Tran Date/Time : 05/14/06  18:08:31
APPROVAL     : 005962
            Customer Copy
               Thank you!

---

07066.01
ASHLAND  FL  175
541-552-067

C O P Y
04.18.2008  14:21:08
SALE

XXXX                    1
************8906  DISCOVER
Entry:                 17
Batch No.             .00
Total :             25.00

Auth Code:    04906
Respon.  APPROVED 010906

CUSTOMER COPY

53

---

07066.01
Guam
copies
Guam
07066.01

BANK OF GUAM
PAYLESS SUPERMARKETS
           01:59

CARD         : MASTERCARD
CARD No      :
REF No       :
INV          :
TRANS.       : CREDIT CARD SALE   26.48
AMOUNT
Tran Date/Time : 05-07-07
APPROVAL     : 01599
            Customer Copy
               Thank you!

---

Groceries
07066.01
GUAM

BANK OF GUAM
SUPERMART
REGOM MANGILAO GU
(671) 735-6278

BATCH No.    : 000101
TERMINAL ID  : 3519766
CARD         : MASTERCARD
CARD No.     : XXXXXXXXXXX51 / Swiped
REF No.      : 7911
INVOICE      : 002398
TRANS.       : CREDIT CARD SALE
AMOUNT                        23.77
Tran Date/Time : 05/02/06  17:08:43
APPROVAL     : 015032
            Customer Copy
               Thank you!



STAR BUILDING
(671) 649 JAVA/5282
5/7 #400
05/04/2008 10:07AM 02
30MIN#07250 Nadu)
DRINKS Chance Food
ITEMS 10
***TOTAL $4.00
CASH $20.00
CHANGE $16.00

5/7 Food #400

5/4 Fuel
Chance Food

MASTERCARD NCS
CITIBANK N.A.
TERMINAL ID:
MERCHANT #:
MASTERCARD - CARD SWIPE
SALE
INVOICE 289586
DATE/TIME 05/04...
AUTH NO:
TOTAL $45.0x

CUSTOMER COPY

citibank   citibank   citibank   citibank

PUMP 1      UNLEADED
GALLONS     10.721
@ $4.199/GAL
FUEL        $45.02

SUBTOT      $45.02
TOTAL       $45.02
LOCAL_CR    $45.02
54905000314109191

TL/NGTAX    $45.02
TAX PD      $0.00
RECEIPT NO. 1-5365

Join Lucky7 and
earn 300 World
...is Miles

---

07-066 Food Chance
$9.37

BANK OF GUAM
THE PEOPLE'S BANK

SUBWAY #7972 BARRIGAD
BARRIGADA GUAM
(671) 734-8405
BATCH No.        : 000067
TERMINAL ID      : 5507033
CARD             : VISA INT'L
CARD No.         : XXXXXXXXXXX5040 / Swiped
REF No.          : 2303
INVOICE          : 040350
TRANS.           : CREDIT CARD SALE
AMOUNT           : $3.37
Tran Date/Time   : 05-06-08   12:27:44
APPROVAL         : 015708

Customer Copy
Thank you!

CreditCard#XX...    $  9 37

CHANGE DUE$         0.00

Over 24,000 Restaurants Worldwide.
www.subwaypacific.com

* * * * * RECEIPT IS REPRINTED * * * * *

---

5/10 Food
Chance   $47.16

BANK OF GUAM
THE PEOPLE'S BANK

PAYLESS MICROMALL #7
DEDEDO, GUAM
(671) 637-7233
BATCH No.        : 000229
TERMINAL ID      : 3794056
CARD             : MASTERCARD
CARD No.         : XXXXXXXXXXX5361 / Swiped
REF No.          : 2270
INVOICE          : 002074
TRANS.           : CREDIT CARD SALE
AMOUNT           : $47.16
Tran Date/Time   : 05-18-08   19:30:07
APPROVAL         : 093322

Customer Copy
Thank you!

---

5/7 Food #27.56
Chance

BANK OF GUAM
THE PEOPLE'S BANK

SUPERMART
REGMA MANGILAO GU
(671) 735-5278
BATCH No.        : 000106
TERMINAL ID      : 3519766
CARD             : MASTERCARD
CARD No.         : XXXXXXXXXXX5152 / Swiped
REF No.          : 0279
INVOICE          : 002704
TRANS.           : CREDIT CARD SALE
AMOUNT           : $27.56
Tran Date/Time   : 05-07-08   17:34:39
APPROVAL         : 035642

Customer Copy
Thank you!

---

Diner meal
07-066 5/08/08

SALE     $   49.00
TIP      $   10.00
TOTAL    $   59.00

SIGNATURE

PACIFIC LIGHTHOUSE RESTAURANT T1
CHAMORRO VILLAGE BLDG 7
AGANA, GUAM 96932
(671) 475-4242
THANK YOU!
MONDAY-SATURDAY FOR LUNCH & DINNER

MANT.   : 2000 000010365152 651
NO.     : 001 005 000000024156641
NO.     : 05/08/08   18:33
NO.     : VISA
        : XXXXXXXXXXXX5040
TOMER # : RICHARD ANDERSON
NO.     : 035238 000123907429108
VER     : 0007

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)
TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

Food Chace
07-066

5/9/05

JAVA HUT CAFE
STAR BUILDING
(671) 649-JAVA/5282

05/16/2008 10:47AM    02
000000H8867          Naomi

DRINKS              1 $4.00

ITEMS          10
***TOTAL        $4.00
CASH           $10.00
CHANGE          $6.00

07-066
Chace              Food

PAYLESS SUPERMARKETS
THE FLAVOR OF GUAM
REGL.3 MICROMAL DEDEDO,GU
(671) 637-7233

BATCH No.:       000047
TERMINAL ID:     37.6137
CARD:            190737414 Lz
REF. No.:        PAG
INVOICE:         001005
TRANS.:          CREDIT CARD SALE

AMOUNT      $~1.09
Tran Date/Time    05:45:04m
APPROVAL          055972
                Customer Copy
                Thank You!

10:18:00:18
$41.09

---

07-066
Meals Chace

US 3 MART
LONG HALL ST.
MANGILAO, GU 96910

TERMINAL ID:
MERCHANT #:
#xxxxxxxxxxxxx9191
SALE
BATCH: MAY 15, 08   INVOICE: 095319100
DATE: MAY 15. 08    ITEMS: 1940
SEQ #27            AUTH NO: 035992

TOTAL              $9.83

CUSTOMER COPY

---

07-066
Meals Chace

PAY-LESS SUPERMARKETS INC.
MICRO-MALL - 637-7233/7238

3.93 lb @ .79 /lb
  US RUSSET POTATO      NP    3.10 F
WT
  US RIB STK B/I        NP    6.47 F
  US T-BONE STEAK       NP    9.04 F
  US RIB STK B/I        NP    5.51 F
  EDGE ALOE VERA      B NP    3.49
  HB SNBLK LTN #50      NP    6.65
  HB SNBLK LTN #50      NP    6.65
  PREMIUM MUSHROOM      NP    3.39 F
1.20 lb @ 1.39 /lb
  US MANGOES          A NP    1.67 F
WT
0.60 lb @ 1.99 /lb
  USREDLEAFLETTUCE      NP    1.19 F
WT
  YOUR BALANCE DUE IS        47.16
  VISA / MASTERCARD          47.16
  CHANGE                      .00

  YOUR APPROXIMATE GRT IS   $  1.81

***********************************
Ads+BonusBuy( 1%)
Savings      $  0.50
***********************************
5/10/08 19:33 0010 07 0106 1057

THANK YOU FOR SHOPPING AT PAY-LESS
    **  PLEASE COME AGAIN  **

---

SHELL - CHALAN PAGO
CHALAN PAGO, GUAM
CITITBANK U.S.A.

TERMINAL ID.:
MERCHANT #:
*MASTERCARD - CARD SWIPE
SALE
INVOICE: 2288395
DATE: MAY 11, 08
TIME: 08:44:112848
REF: 0004112848
AUTH NO.: 013892

TOTAL            $43.00

CUSTOMER COPY

TOTAL INVOICE @ 07-066

**DUPLICATE RECEIPT**

Thank You & Come Again
Made to Move
Have a Nice Day
We Appreciate Your Business



---

07-066   Chace   Food

5/9/05   Food
Chace #55,55

BANK OF GUAM
PAYLESS SUPERMARKETS
REG.3 MICROMAL DEDEDO,GU
(671) 637-7233

BATCH No.:       000455
TERMINAL ID:     3788718
CARD:            xxxxxxxxxxxxx5151 / Swiped
                 MASTERCARD
REF. No.:        5689
INVOICE:         001112
TRANS.:          CREDIT CARD SALE

AMOUNT            55.38
Tran Date/Time    05/09/08    18:31:28
APPROVAL          055142
                Customer Copy
                Thank You!

## Receipt 1

TRANS. : CREDIT CARD SALE

AMOUNT $ 28.92

Tran Date/Time : 05/17/08  19:10:37
APPROVAL

Customer Copy
Thank you!

*Food 07-066  Food Chase*

HAEJUNG MINI MART
671-735-1146
P O BOX 5006
HAGATNA, GU 96932

ITEM #: 002
0347
20347

TERMINAL I.D.:
MERCHANT #:

VISA
************9540
SWIPE
SALE 5/16

DATE: MAY 16, 2008  TIME: 18:09
AUTH NO: 005898.

15,00

TOTAL $15.00

RICHARD P ANDERSON

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

5B

## Receipt 2

(671) 637-7233.4

Batch No.    : 000111
TERMINAL ID  : 2700700
CARD         : MASTERCARD
CARD NO.     : XXXXXXXXXXXX 3752
REF #        : 002451
INVOICE      : 3752
TRANS.       : CREDIT CARD SALE
AMOUNT       $ 30.65
Tran Date/Time : 05/15/08  18:14:57
APPROVAL     : 001552

Customer Copy
Thank you.

Swiped

*Fuel Chase 07-066   8/15*

SHELL TAMUNING
100 CHALAN SAN ANTONIO
TAMUNING, GU 96913
671-649-5865

5/15/08    TIME 03:46 PM
XXXXXXXXXX00673 5730

032 MC SALE    DF: 00    EXP XXXX $
XXXXXXXXXXX9191
AUTH/TKT 045272

$48.83    $48.83

...EE TO PAY ABOVE TOTAL AMOUNT
...ING TO CARD ISSUER AGREEMENT
...ANT AGREEMENT IF CREDIT VOUCHER)

ABC C ANDERSON

...TAL:

## Receipt 3

*Food Chase 07066*

**BANK OF GUAM**

CALIFORNIA MART 6
TAMUNING, GUAM
(671) 649-2956

CH No.   : 000233
INAL ID  : 3856242
         : MASTERCARD
No.      : XXXXXXXXXXXX3191 / Swiped
No.      : 7963
CE       : 002402
         : CREDIT CARD SALE

$ 26.57

ate/Time : 05/27/08  17:34:34
L        : 035542

Customer Copy
Thank you!

*07066 Chase Water*

ABC Store #504
OPEN UNTIL 12:30 AM
Visit us at WWW.ABCSTORES.COM

07514070702  CRYSTAL GEY  1.29

SUBTOTAL  1.29
TOTAL     1.29
CASH      (5.29)
CHANGE    4.00-

Tran Code: OLO OE33 00A 0132

*OLOOE3300A0132*

40612        494  # 27
Register:10.  May 18 2008 11:06 AM

** Save your receipts for FREE GIFTS **



**GUAM LOCK & KEY**
561 B West Marine Drive
AGANA, GUAM 96910
Phone 671-477-7571
Fax 671-472-8572
www.guamlockandkey.com

59

SOLD BY ___ DATE 5/29/08

NAME

ADDRESS

| QTY | DESCRIPTION | AMOUNT |
|---|---|---|
| | | |
| 3 | 55 keys | 16.00 |
| | | |

CASH  C.O.D.  CHARGE  ON ACCT.  MDSE. RETD.

TAX

RECEIVED BY ___ TOTAL 16.00

35905     **Thank You!**

---

(Java Hut Cafe receipt — shown upside down)

07066
JAVA HUT CAFE
STAR BUILDING
(671) 649-JAVA/5282

02  2:13PM  05/28/2008  Naomi
0000000#0283

DRINKS    $1.50
DRINKS    $1.50
***TOTAL***   $3.05
ITEMS    20
CASH    $3.00
CHANGE    $0.05

---

Fuel O-vom   07066   5/29/08   $46.71

(Payless Supermarkets fuel receipt — faded)

---

(Shell Harmon receipt — shown upside down)

Fuel 07066 Chace
SHELL HARMON - 3
HARMON, GUAM
CITIBANK, N.A.

VISA - CARD SALE
SALE
INVOICE 335236
DATE: MAY 22, 08
AUTH 00063310078
SIGN NOT REQD

TERMINAL ID:
MERCHANT #:

************9540

TOTAL   $48.820

BATCH 000003
TIME1 151137

CITIBANK   CITIBANK   CITIBANK

CUSTOMER COPY

---

07066 Chace Food

**BANK OF GUAM**

PAYLESS SUPERMARKETS
MICRONESIA MALL RES #1
(671) 637-7233

BATCH No. : 000576
TERMINAL ID : 1251094
CARD : MASTERCARD
CARD No. : XXXXXXXXXXXX5151 / Swiped
REF No. : 8395
INVOICE : 002504
TRANS. : CREDIT CARD SALE
AMOUNT : $ $6.47

Tran Date/Time : 05/22/08   18:28:39
APPROVAL : 026262
   Customer Copy
   Thank You!



60

072066 Chace
— Guam Chace
BANK OF GUAM
THE PEOPLE'S BANK

PAYLESS SUPERMARKETS
REG. #3 DEDEDO, GUAM
(671) 632-9013

BATCH No.     : 000254
TERMINAL ID   : 396552
CARD          : MASTERCARD
CARD No.      : XXXXXXXXXXX93191 / Swiped
REF No.       : 6859
INVOICE       : 001228
TRANS.        : CREDIT CARD SALE
AMOUNT        : $          7.40
Tran Date/Time : 05-23-08   10:09:33
APPROVAL      : 065562
Customer Copy
Thank you!

072066 Food
Chace
Guam Chace
BANK OF GUAM
THE PEOPLE'S BANK

PAYLESS MICROMALL #2
DEDEDO, GUAM
(671) 637-7233-4

BATCH No.     : 000124
TERMINAL ID   : 3780780
CARD          : MASTERCARD
CARD No.      : XXXXXXXXXXX93191 / Swiped
REF No.       : 4607
INVOICE       : 003761
TRANS.        : CREDIT CARD SALE
AMOUNT        : $         86.02
Tran Date/Time : 05-23-08   10:23:04
APPROVAL      : 025342
Customer Copy
Thank you!

072066 Food
Chace
BANK OF GUAM
THE PEOPLE'S BANK

PAYLESS SUPERMARKETS
REG. 3 MICROMALL DEDEDO, GU
(671) 637-7233

BATCH No.     : 000509
TERMINAL ID   : 3780718
CARD          : MASTERCARD
CARD No.      : XXXXXXXXXXX93191 / Swiped
REF No.       : 9690
INVOICE       : 002563
TRANS.        : CREDIT CARD SALE
AMOUNT        : $         10.98
Tran Date/Time : 05-23-08   20:06:50
APPROVAL      : 065672
Customer Copy
Thank you!

072066 Food
Guam Chace
BANK OF GUAM
THE PEOPLE'S BANK

SUPERMART
REG#2 MANGILAO, GU
(671) 735-6278

BATCH No.     : 000208
TERMINAL ID   : 3526137
CARD          : MASTERCARD
CARD No.      : XXXXXXXXXXX93191 / Swiped
REF No.       : 0933
INVOICE       : 000064
TRANS.        : CREDIT CARD SALE
AMOUNT        : $         15.98
Tran Date/Time : 05-23-08   12:09:10
APPROVAL      : 065802
Customer Copy
Thank you!

0766. Chace
JAVA HUT CAFE
STAR BUILDING
(671) 649-JAVA/5282

05/28/2008  2:41PM     02
000000#0289        Naomi

DRINKS           1 : $4.00

ITEMS         1Q  $4.00
***TOTAL         $100.00
CASH             $96.00
CHANGE

07066.1
meal
BANK OF GUAM
THE PEOPLE'S BANK

SONG HUONG RESTAURANT
ANIGUA, GUAM
(671) 477-2331

BATCH No.     : 000073
TERMINAL ID   : 11207401
CARD          : MASTERCARD
CARD No.      : XXXXXXXXXXX93191 / Swiped
REF No.       : 0363
INVOICE       : 000322
SERVER No.    :
TRANS.        : CREDIT CARD SALE
AMOUNT        : $         12.90
TIP AMOUNT    :
(IF ANY, PLEASE SIGN)
TOTAL AMOUNT  :
Tran Date/Time : 05-25-08   19:01:50
APPROVAL      : 066272
Customer Copy
Thank you!

VEGGIE & SEAFOOD
MAIN MALL
MICRONESIA MALL
0766 Chace
CLERK. 01
$14.00
$23.00    00.00
$6.00    00.00
CHANGE
CASH
***TOTAL
05/22/2008
0+0000000890

PYX PRESS PHOTO
P.O. Box 10138, Tamuning, Guam 96931
155 E.T. Calvo Memorial Parkway, Tamuning, Guam 96913
Telephone: 671.649.2679 • Fax: 671.649.1010

CASH RE

DATE  05/27/08    CASH    CARD    CHECK

NAME

ADDRESS  Dept. of Public Works-Solid Waste
         Upper Tamon

| QTY | DESCRIPTION | UNIT | AMOUNT |
|-----|-------------|------|--------|
| 10  | 36x48" bond copies | $1 | $10 |
|     |             |      |        |
|     |             |      |        |
|     |             |      |        |
|     |             |      |        |
|     |             |      |        |
|     |             |      |        |
|     |             |      |        |
|     |             | TOTAL | $10 |
|     |             | DEPOSIT |    |
|     |             | BALANCE DUE | |

SUPER QUICK COPYING
& PRINTING CENTER

PRINT YOUR NAME

□ COPY
□ PRINTING

Entry Method: Manual

Total:              $    3,000.00

05/22/08                      07:58:29
Inv #: 000082          Appr Code: 85589C
Apprvd: Online         Batch#: 000082
CVV2 Code: NO MATCH N

Customer Copy
THANK YOU!
PLEASE COME AGAIN

**LADERA**
510 Ladera Lane
Mangilao, Guam 96923 U.S.A.
Phone: (671) 735-1111
Fax (671) 735-1108

No. LT 2220

**OFFICIAL RECEIPT**

R Anderson          DATE 5/22/08

RECEIVED WITH THANKS FROM

THE SUM OF Three Thousand dollars          $3000.00

☐ CHEQUE                    BANK
☐ CASH
☒ CREDIT CARD

IN SETTLEMENT OF YOUR ACCOUNT AS FOLLOWS Short term lease

CREDIT TO                    GEN. CASHIER

(NOT VALID UNLESS SIGNED BY GEN. CASHIER)



| | |
|---|---|
| **From:** | Heather Miller Cox [heather@millercox.com] |
| **Sent:** | Tuesday, May 13, 2008 9:01 PM |
| **To:** | Lonelle Keller |
| **Subject:** | One of two Map Resources Receipt |

Begin forwarded message:

> From: Map Resources <sales@mapresources.com>
> Date: April 8, 2008 7:55:23 PM EDT
> To: "heather@millercox.com" <heather@millercox.com>
> Subject: Map Resources Receipt
>
> 4/8/2008
>
> Hello Heather. Thank you for purchasing from Map Resources!
>
> You can return to our site and download the map(s) you purchased any
> time during the next 30 days.
> Simply sign in to your acccount at www.mapresources.com
>
> If you have any questions, please e-mail sales@mapresources.com.
>
> Thank You!
>
> Your purchase information appears below.
>
> Order Number: 314209
> Date: 4/8/2008 3:55:21 PM
> User Reference Number: GBB Guam
>
> BILLING INFORMATION
> First Name: Heather
> Last Name: Cox
> Company: MillerCox Design, Inc.
> Address: 3924 Rickover Road
> Address:
> City: Silver Spring
> State: Maryland
> Postal Code: 20902
> Country: USA
> Phone: 301 942 9695
> Email: heather@millercox.com
>
>
> Item Number: GUM-XX-824488
> Guam Map (GUM-XX-824488) with Capitol, Cities, Roads and Water
> Features - $49.95
> Price: $49.95
>
>
> ITEM PRICE: $49.95
> TOTAL PRICE: $49.95

1

**Lonelle Keller**



| | |
|---|---|
| **From:** | Heather Miller Cox [heather@millercox.com] |
| **Sent:** | Tuesday, May 13, 2008 9:02 PM |
| **To:** | Lonelle Keller |
| **Subject:** | two of two map reciepts |

Begin forwarded message:

> From: "Maps.com Customer Service" <customerservice@maps.com>
> Date: April 7, 2008 5:48:04 PM EDT
> To: <heather@millercox.com>
> Subject: Maps.com Order Confirmation #187185
>
>
> Please save this receipt for your records
> Thank you for your Maps.com order.    Ref. # 187185
> Placed on: 4/7/2008
>
> Billing Information
> Name:Heather Cox
> Company:MillerCox Design, Inc.
> Billing Address:3924 Rickover Road
>
> Silver Spring , MD 20902
> Daytime Phone:301-933-4062
> Evening Phone:--
> Email Address:heather@millercox.com
> Shipping Information Email
> Name:Heather Cox
> Company:MillerCox Design, Inc.
> Shipping Address:3924 Rickover Road
>
> Silver Spring , MD 20902
> Daytime Phone:301-933-4062
> Evening Phone:--
> Email Address:heather@millercox.com
> Payment Method
> Credit Card:Mastercard
> Card Number:7808
> Name as it Appears on Card:Heather R. Miller Cox Expiration Date:0910
> Item NameItem CodeItem TypePriceQty.Total Guam Base Digital MapMDCP P
> GUMAdobe Illustrator$42.951$42.95 Shipping:$0.00 Sales Tax:
> (For orders shipped to CA)$0.00
> Promotion Discount - (5% Off Your Order Today!):-$2.15 Order
> Total:$40.80
>
> Instructions for accessing your digital map products or online
> subscriptions will be emailed separately.
>
> Questions about your order? Contact Customer Service
>
> Orders shipped via a traceable service will have updated tracking
> information within 48 hours.



> You may click here to track your order.
>
> Maps.com Customer Service
> 7AM to 4PM Pacific Time Monday through Friday.
> Tel: (800) 430-7532
> Fax: (805) 685-3330
> 120 Cremona Drive. Ste. H
> Santa Barbara, CA 93117
>
>
> Sign Up Now!
> Maps.com's Monthly Newsletter
> News, New Promotions, Discounts
>
>
>
>
>
> Maps.com :: Contact Us :: About UsCopyright © 2006 Maps.com

Forum One Communications Corporation

2200 Mount Vernon Avenue
Alexandria, VA 22301





FORUM ONE
C O M M U N I C A T I O N S

| BILL TO |
| --- |
| Attn: Harvey Gersham ~~~ mdv~ ~ G. B - B |
| 8550 Arlington Blvd. |
| Suite 203 C/O GBB |
| Fairfax, , Virginia 22031 |

## Invoice for Services

| DATE | INVOICE # |
| --- | --- |
| 3/31/2008 | 5193 |

| Project Name | P.O. NUMBER | PM |
| --- | --- | --- |
| PS-gbb_01 | | JP |

| DESCRIPTION | AMOUNT |
| --- | --- |
| Annual ProjetSpace service (March 2008 - April 2009) | 774.00 |
| 0 7011-01 | |

| *Forum One tax ID 94-3261569. Any questions, please call Lourdes 703-548-1855 (x25) | **Total** | $774.00 |
| --- | --- | --- |



**:** Francois Coulombe
**:** Friday, May 16, 2008 2:28 PM
Jim Plutino; Cora Chaply
**ubject:** ProjectSpaces.com - Guam

Cora and Jim,

Things happened very quickly with Guam, when we got the contract, and that explains that approval for the projectspaces.com server space was not conveyed to Jim.

Approval is below, from Harvey (mostly verbally and then below). The cost mentioned by Cora $7?? for the year is correct. It is to be billed to the Guam project.

As for the invoice, I do not know if they were supposed to invoice GBB (and if they sent an invoice) or if it was to be billed on a credit card as Kevin Callen is the one who set up the system.

Hope that helps.

Francois

**From:** Harvey Gershman
**Sent:** Wednesday, March 26, 2008 12:28 AM
**To:** Francois Coulombe; Kevin Callen; David L. Manning; Pat Ravenelle
**Cc:** Chace Anderson
**Subject:** RE: FTP Site or Web Site

I verbally approved this to Francois earlier this evening.

**From:** Francois Coulombe
**Sent:** Tuesday, March 25, 2008 1:16 PM
**To:** Kevin Callen; David L. Manning; Pat Ravenelle
**Cc:** Chace Anderson; Harvey Gershman
**Subject:** RE: FTP Site or Web Site

Based on the backup info below and my brief test-drive of the ProjectSpaces work area, I recommend that we go ahead. Harvey?

A few suggestion should we move forward:

- To avoid confusion between files and where they are saved, all team members should put their Guam files on ProjectSpaces, NOT on GBB's server as usual.
- On GBB's server, in the Guam client area, we should only have the BACKED UP files
- Someone at GBB's office should backup (with DownThemAll) all the Guam files from ProjectSpaces to the GBB server at least weekly
- On ProjectSpaces, there should be a section accessible by a very small group of authorized people: GBBers. That would be where most files are.
- On ProjectSpaces, there should be another section with more authorized users (GBBers and outsiders) mostly for easy file exchange (upload/download). Everybody would have to be careful to avoid putting sensitive files there.

Francois



.evin Callen
.uesday, March 25, 2008 12:51 PM
.ancois Coulombe; David L. Manning; Pat Ravenelle
.hace Anderson; Harvey Gershman
,ject: RE: FTP Site or Web Site

,ojectSpaces says that they have daily backups of their server.

They also suggested that for us to backup the data to our own server. they could "do this service periodically, and would charge you on a hourly rate for their time ($150 per hour). If you would like to have a backup of your files, they recommend using DownThemAll which is a tool for Firefox, which quickly downloads all the files on a page, by finding their download link. You can get the tool for free here - http://www.downthemall.net/"
If you would like me to set-up the ProjectSpaces account, please advise.

**From:** Francois Coulombe
**Sent:** Tuesday, March 25, 2008 11:50 AM
**To:** David L. Manning; Pat Ravenelle; Kevin Callen
**Cc:** Chace Anderson; Harvey Gershman
**Subject:** RE: FTP Site or Web Site

Kevin,

Can you brief all on the latest about the backup issue with Project Spaces (their backups and how easy/difficult it would be for GBB to backup the data from Project Spaces on GBB's servers given how important all those files are)?

Francois

**From:** David Manning [dmanninggbb@gmail.com]
**Sent:** Tuesday, March 25, 2008 11:09 AM
**To:** Pat Ravenelle
**Cc:** Francois Coulombe; Chace Anderson; Harvey Gershman
**Subject:** Re: FTP Site or Web Site

I like the second option much better and it seems to me that it serves the purpose we have been discussing about a non-public project site. I suggest we do that but go ahead and use the FTP site to gateher the documents from Guam and then let you folks transfer them to the new project site. Seems to me that this is well worth the money.

David

On 25/03/2008, **Pat Ravenelle** <PRavenelle@gbbinc.com> wrote:
All, David's email bounced back so I'm resending. Use this to reply.

Pat Ravenelle
Support Manager
Gershman, Brickner & Bratton, Inc. (GBB)
8550 Arlington Blvd., Suite 203
Fairfax, VA 22031
(703) 663-2423; (703) 573-5800; (800) 573-5801
Fax: (703) 698-1306
pravenelle@gbbinc.com<mailto:pravenelle@gbbinc.com>; www.gbbinc.com<http://www.gbbinc.com/>

**Lonelle Keller** 

| | |
|---|---|
| **From:** | Harvey Gershman |
| **Sent:** | Sunday, May 04, 2008 9:49 PM |
| **To:** | Lonelle Keller; Cora Chaply |
| **Subject:** | FW: Your Boingo Wireless Hot Spot Usage Statement |

Charge to Guam...thanks.

07066-01

Harvey W. Gershman, President

Gershman, Brickner & Bratton, Inc.

• 703-663-2424 direct dial office  •  800-573-5801 toll free office  •  301-807-2688 cell  •

*Celebrating 28 years of dedicated client service:  Planning • RFQs/RFPs and Contracting • Economic and Rate Analysis • Collection and Disposal • Route Optimization • Recycling • Waste-to-Energy • C&D Recycling • Public Education  • For more information please visit:  www.gbbinc.com.*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*CONFIDENTIALITY NOTICE: This e-mail and any attachments are confidential and are privileged. If you are not the named recipient, please notify the sender immediately and delete the contents of this message without disclosing the contents to anyone, using them for any purpose, or storing or copying the information on any medium.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**From:** support@boingo.com [mailto:support@boingo.com]
**Sent:** Sunday, May 04, 2008 3:04 PM
**To:** Harvey Gershman
**Subject:** Your Boingo Wireless Hot Spot Usage Statement

Dear Harvey W. Gershman :

Please find below the requested copy of your receipt for your Boingo Wireless usage.

Usage charges shall appear on your credit card statement as "Boingo Wireless".

Receipt                                118491001
Account
05/04/2008 19:03
Harvey W. Gershman

| Date (UTC) | Description | Amount |
|---|---|---|
| 05/01/2008 23:10 | AsYouGo Usage | 7.95 |

1



| 05/04/2008 19:03 | Thank you for your payment! | - 7.95 |
| | Amount Due | $ 0.00 |

**WE'RE HERE 24/7**
No matter where your travels take you, our Customer Care team is ready to help. You can reach us 24/7/365 at 1-800-880-4117 (US and Canada) or 00-800-2646-4646(International, in Japan 010.800-2646.4646 and in Finland 990.800.2646.4646).Or by e-mail at support@boingo.com
Don't just go. Boingo!


Warm regards,
Online Customer Care
Boingo Wireless


http://www.boingo.com


PS: For the fastest and easiest way to get online, don't forget to download our software GoBoingo! With over 100,000 hot spots in the Boingo footprint, GoBoingo simplifies the login process. Just one click and you're on!

Learn More: http://www.boingo.com/download_goboingo.html


Boingo, Boingo Wireless and the Boingo Wireless logo are registered trademarks of Boingo Wireless, Inc.

# Gershman, Brickner & Bratton, Inc.
## Time by Name
### April 2008



| | Time | % of Time | Total phone cost | Phone cost by job |
|---|---|---|---|---|
| **Harvey W Gershman** | | | | |
| other | 5.50 | 0.05 | | 0.00 |
| other | 0.50 | 0.00 | | 0.00 |
| other | 1.00 | 0.01 | | 0.00 |
| other | 0.25 | 0.00 | | 0.00 |
| other | 0.50 | 0.00 | | 0.00 |
| other | 76.50 | 0.76 | | 0.00 |
| No job assigned | 16.50 | 0.16 | | 0.00 |
| Total Harvey W Gershman | 100.75 | 1.00 | | 0.00 |
| Half month credit | | | (57.68) | |
| | | | | |
| **Robert H Brickner** | | | | |
| other | 13.75 | 0.07 | 166.10 | 12.41 |
| other | 7.25 | 0.04 | 166.10 | 6.54 |
| other | 8.00 | 0.04 | 166.10 | 7.22 |
| other | 1.00 | 0.01 | 166.10 | 0.90 |
| other | 6.00 | 0.03 | 166.10 | 5.42 |
| other | 0.50 | 0.00 | 166.10 | 0.45 |
| other | 16.00 | 0.09 | 166.10 | 14.44 |
| other | 40.00 | 0.22 | 166.10 | 36.11 |
| other | 8.00 | 0.04 | 166.10 | 7.22 |
| other | 26.25 | 0.14 | 166.10 | 23.70 |
| other | 1.50 | 0.01 | 166.10 | 1.35 |
| No job assigned | 55.75 | 0.30 | 166.10 | 50.33 |
| Total Robert H Brickner | 184.00 | 1.00 | | 166.10 |
| | | | | |
| **J. Frank Bernheisel** | | | | |
| other | 38.00 | 0.22 | 60.79 | 13.13 |
| other | 6.00 | 0.03 | 60.79 | 2.07 |
| other | 4.00 | 0.02 | 60.79 | 1.38 |
| other | 11.00 | 0.06 | 60.79 | 3.80 |
| other | 2.00 | 0.01 | 60.79 | 0.69 |
| other | 1.00 | 0.01 | 60.79 | 0.35 |
| 07066-US District Court for Guam:01-Receivership | 6.00 | 0.03 | 60.79 | 2.07 |
| other | 16.00 | 0.09 | 60.79 | 5.53 |
| No job assigned | 92.00 | 0.52 | 60.79 | 31.78 |
| Total J. Frank Bernheisel | 176.00 | 1.00 | | 60.79 |
| | | | | |
| **Francois Coulombe** | | | | |
| 07066-US District Court for Guam:01-Receivership | 24.00 | 0.20 | 58.89 | 11.58 |
| other | 19.75 | 0.16 | 58.89 | 9.53 |
| No job assigned | 78.25 | 0.64 | 58.89 | 37.77 |
| Total Francois Coulombe | 122.00 | 1.00 | | 58.89 |
| | | | | |
| **Timothy J Bratton** | | | | |
| other | 3.50 | 0.02 | 46.34 | 0.90 |
| other | 2.00 | 0.01 | 46.34 | 0.52 |
| 07066-US District Court for Guam:01-Receivership | 120.00 | 0.67 | 46.34 | 30.98 |
| No job assigned | 54.00 | 0.30 | 46.34 | 13.94 |
| Total Timothy J Bratton | 179.50 | 1.00 | | 46.34 |
| | | | | |
| Total Phone Bill for APRIL 2008 | | | 274.44 | |

*71*

## Audio Conferencing
### April 07, 2008
03:28 PM - 05:07 PM

Billing Code: 0706601
Duration (Minutes): 585

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| 5413243396 | 5413243396 | N | 03:28 PM | 05:07 PM | 99 | $12.87 |
| 6158301200 | 6158301200 | N | 03:28 PM | 05:07 PM | 100 | $13.00 |
| 9492060157 | 9492060157 | N | 03:29 PM | 05:07 PM | 99 | $12.87 |
| 7035735800 | 7035735800 | N | 03:30 PM | 05:07 PM | 98 | $12.74 |
| 9492441981 | 9492441981 | N | 03:30 PM | 04:22 PM | 52 | $6.76 |
| 6716470835 | 6716470835 | N | 03:31 PM | 05:07 PM | 97 | $26.19 |
| 7034087626 | 7034087626 | N | 04:28 PM | 05:07 PM | 40 | $5.20 |
| | | | | Total | 585 | $89.63 |

## Audio Conferencing
### April 08, 2008
03:28 PM - 05:10 PM

Billing Code: 706601
Duration (Minutes): 572

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| 5414883320 | 5414883320 | N | 03:28 PM | 05:10 PM | 103 | $13.39 |
| 6158301200 | 6158301200 | N | 03:29 PM | 05:10 PM | 102 | $13.26 |
| 7035735800 | 7035735800 | N | 03:31 PM | 05:10 PM | 100 | $13.00 |
| 2067920299 | 2067920299 | N | 03:32 PM | 05:10 PM | 99 | $12.87 |
| 3017857626 | 3017857626 | N | 03:32 PM | 04:42 PM | 70 | $9.10 |
| 6714777997 | 6714777997 | N | 03:33 PM | 05:10 PM | 98 | $26.46 |
| | | | | Total | 572 | $88.08 |

## Audio Conferencing
### April 08, 2008
10:28 AM - 12:46 PM

Billing Code: 706601
Duration (Minutes): 583

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| 6158301200 | 6158301200 | N | 10:28 AM | 12:13 PM | 105 | $13.65 |
| 5414883320 | 5414883320 | N | 10:30 AM | 12:46 PM | 137 | $17.81 |
| 9733766286 | 9733766286 | N | 10:31 AM | 12:23 PM | 113 | $14.69 |
| 7035735800 | 7035735800 | N | 10:33 AM | 12:46 PM | 133 | $17.29 |
| 7034087626 | 7034087626 | N | 12:00 PM | 12:15 PM | 15 | $1.95 |
| 7034087626 | 7034087626 | N | 12:15 PM | 12:18 PM | 3 | $0.39 |
| 6153738413 | 6153738413 | N | 12:17 PM | 12:46 PM | 29 | $3.77 |
| 7034087626 | 7034087626 | N | 12:21 PM | 12:46 PM | 25 | $3.25 |
| 9177962125 | 9177962125 | N | 12:24 PM | 12:46 PM | 23 | $2.99 |
| | | | | Total | 583 | $75.79 |

## Audio Conferencing
### April 10, 2008
01:57 PM - 03:04 PM

*07060-01*

Duration (Minutes): 322

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| 7035735800 | 7035735800 | N | 01:57 PM | 03:04 PM | 67 | $8.71 |
| 5414883320 | 5414883320 | N | 01:58 PM | 03:04 PM | 66 | $8.58 |
| 7039262883 | 7039262883 | N | 02:01 PM | 03:04 PM | 64 | $8.32 |
| 4158962579 | 4158962579 | N | 02:02 PM | 03:04 PM | 62 | $8.06 |
| 6158301200 | 6158301200 | N | 02:02 PM | 03:04 PM | 63 | $8.19 |
| | | | | Total | 322 | $41.86 |

## Audio Conferencing
### April 15, 2008
04:35 PM - 05:22 PM

Billing Code: 706601
Duration (Minutes): 48

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| 3018072688 | 3018072688 | N | 04:35 PM | 05:22 PM | 48 | $6.24 |
| | | | | Total | 48 | $6.24 |

**Audio Conferencing**
April   16, 2008                          08:58 AM - 10:23 AM

Billing Code:  706601
Duration (Minutes):  408

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| 3018072688 | 3018072688 | N | 08:58 AM | 10:23 AM | 85 | $11.05 |
| 6158301200 | 6158301200 | N | 08:58 AM | 10:23 AM | 86 | $11.18 |
| 5414883320 | 5414883320 | N | 08:59 AM | 10:23 AM | 84 | $10.92 |
| 7037951968 | 7037951968 | N | 09:00 AM | 09:32 AM | 33 | $4.29 |
| 7036834213 | 7036834213 | N | 09:07 AM | 10:15 AM | 68 | $8.84 |
| 6783661467 | 6783661467 | N | 09:31 AM | 10:23 AM | 52 | $6.76 |
| | | | | Total | 408 | $53.04 |

# Gershman, Brickner & Bratton, Inc.
## Time by Name
## May 2008



| | Time | % of Time | Total phone cost | Phone cost by job |
|---|---|---|---|---|
| **Harvey W Gershman** | | | | |
| other | 18.75 | 0.11 | 493.01 | 52.30 |
| other | 6.50 | 0.04 | 493.01 | 18.13 |
| other | 1.00 | 0.01 | 493.01 | 2.79 |
| other | 0.50 | 0.00 | 493.01 | 1.40 |
| other | 0.25 | 0.00 | 493.01 | 0.70 |
| 07066-US District Court for Guam:01-Receivership | 89.75 | 0.51 | 493.01 | 250.34 |
| other | 7.00 | 0.04 | 493.01 | 19.52 |
| other | 1.50 | 0.01 | 493.01 | 4.19 |
| No job assigned | 51.50 | 0.29 | 493.01 | 143.65 |
| **Total Harvey W Gershman** | 176.75 | 1.00 | | 493.01 |
| | | | | |
| **Chris Lund** | | | | |
| 07066-US District Court for Guam:01-Receivership | 197.50 | 0.95 | 180.70 | 171.17 |
| No job assigned | 11.00 | 0.05 | 180.70 | 9.53 |
| **Total Chris Lund** | 208.50 | 1.00 | | 180.70 |
| | | | | |
| **Total Phone Bill for MAY 2008** | | | 673.71 | |

# Gershman, Brickner & Bratton, Inc.
## Time by Name
## MAY 2008



|  | Time | % of Time | Total phone cost | Phone cost by job |
|---|---|---|---|---|
| **Robert H Brickner** |  |  |  |  |
| other | 31.00 | 0.18 | 166.68 | 29.36 |
| other | 0.75 | 0.00 | 166.68 | 0.71 |
| other | 2.00 | 0.01 | 166.68 | 1.89 |
| other | 1.00 | 0.01 | 166.68 | 0.95 |
| other | 4.25 | 0.02 | 166.68 | 4.03 |
| other | 4.50 | 0.03 | 166.68 | 4.26 |
| other | 33.50 | 0.19 | 166.68 | 31.73 |
| other | 16.00 | 0.09 | 166.68 | 15.15 |
| other | 1.50 | 0.01 | 166.68 | 1.42 |
| other | 20.50 | 0.12 | 166.68 | 19.41 |
| other | 8.00 | 0.05 | 166.68 | 7.58 |
| other | 11.00 | 0.06 | 166.68 | 10.42 |
| other | 1.00 | 0.01 | 166.68 | 0.95 |
| other | 2.00 | 0.01 | 166.68 | 1.89 |
| No job assigned | 39.00 | 0.22 | 166.68 | 36.93 |
| **Total Robert H Brickner** | 176.00 | 1.00 |  | 166.68 |
|  |  |  |  |  |
| **J. Frank Bernheisel** |  |  |  |  |
| other | 38.00 | 0.21 | 60.79 | 12.91 |
| other | 3.00 | 0.02 | 60.79 | 1.02 |
| other | 12.00 | 0.07 | 60.79 | 4.08 |
| other | 1.00 | 0.01 | 60.79 | 0.34 |
| 070666-US District Court for Guam:01-Receivership | 21.00 | 0.12 | 60.79 | 7.13 |
| other | 3.00 | 0.02 | 60.79 | 1.02 |
| other | 7.00 | 0.04 | 60.79 | 2.38 |
| No job assigned | 94.00 | 0.53 | 60.79 | 31.92 |
| **Total J. Frank Bernheisel** | 179.00 | 1.00 |  | 60.79 |
|  |  |  |  |  |
| **Francois Coulombe** |  |  |  |  |
| 070666-US District Court for Guam:01-Receivership | 13.25 | 0.14 | 42.44 | 6.06 |
| No job assigned | 79.50 | 0.86 | 42.44 | 36.38 |
| **Total Francois Coulombe** | 92.75 | 1.00 |  | 42.44 |
|  |  |  |  |  |
| **Timothy J Bratton** |  |  |  |  |
| other | 1.00 | 0.01 | 46.97 | 0.27 |
| other | 7.50 | 0.04 | 46.97 | 2.00 |
| 070666-US District Court for Guam:01-Receivership | 90.50 | 0.51 | 46.97 | 24.15 |
| other | 1.00 | 0.01 | 46.97 | 0.27 |
| No job assigned | 76.00 | 0.43 | 46.97 | 20.28 |
| **Total Timothy J Bratton** | 176.00 | 1.00 |  | 46.97 |
|  |  |  |  |  |
| **Total Phone Bill for MAY 2008** |  |  | 316.88 |  |



## Harvey Gershman (ID - 6729575) Summary

| Audio Conferencing | May Amt | May $ | Jun Amt | Jun $ | Total |
|---|---|---|---|---|---|
| Phone Minutes | 1282 | $166.66 | 0 | $0.00 | $166.66 |
| Total Tax | | $0.00 | | $0.00 | $0.00 |
| Harvey Gershman Total | | $166.66 | | $0.00 | $166.66 |

## Harvey Gershman's Meetings

### Audio Conferencing
**May    19, 2008**          02:58 PM - 04:50 PM          Billing Code: 706601
Duration (Minutes): 549

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| 5412015150 | 5412015150 | N | 02:58 PM | 04:42 PM | 105 | $13.65 |
| 7035735800 | 7035735800 | N | 02:58 PM | 04:50 PM | 112 | $14.56 |
| 6158301200 | 6158301200 | N | 03:00 PM | 04:50 PM | 111 | $14.43 |
| 9733766286 | 9733766286 | N | 03:00 PM | 04:50 PM | 111 | $14.43 |
| 2154482000 | 2154482000 | N | 03:01 PM | 04:50 PM | 110 | $14.30 |
| | | | | Total | 549 | $71.37 |

### Audio Conferencing
**May    28, 2008**          12:58 PM - 01:50 PM          Billing Code: 706601
Duration (Minutes): 204

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| 9733766286 | 9733766286 | N | 01:00 PM | 01:50 PM | 51 | $6.63 |
| 7035735800 | 7035735800 | N | 01:02 PM | 01:50 PM | 49 | $6.37 |
| 6158301200 | 6158301200 | N | 12:58 PM | 01:50 PM | 53 | $6.89 |
| 9016823025 | 9016823025 | N | 12:59 PM | 01:50 PM | 51 | $6.63 |
| | | | | Total | 204 | $26.52 |

### Audio Conferencing
**May    29, 2008**          12:57 PM - 03:12 PM          Billing Code: 706601
Duration (Minutes): 529

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| 7035735800 | 7035735800 | N | 01:00 PM | 03:12 PM | 132 | $17.16 |
| 9733766286 | 9733766286 | N | 01:00 PM | 03:12 PM | 133 | $17.29 |
| 5412015150 | 5412015150 | N | 03:09 PM | 03:12 PM | 3 | $0.39 |
| 6158301200 | 6158301200 | N | 12:57 PM | 03:12 PM | 135 | $17.55 |
| 5412015150 | 5412015150 | N | 12:58 PM | 03:04 PM | 126 | $16.38 |
| | | | | Total | 529 | $68.77 |

### Harvey Gershman's Billing Code Summary

| Billing Code | Service | Item | Quantity | Cost |
|---|---|---|---|---|
| 706601 | Audio Conf. | Phone Minutes | 1282 | $166.66 |
| | | Tax | | $0.00 |
| | | Billing Code 706601 Total | | $166.66 |
| | | Total Tax: | | $0.00 |
| | | Harvey Gershman's Billing Codes Total: | | $166.66 |

# Outbound Usage Billed Report   GERSHMAN, BRICKNER & BRATTON, INC.

Account: 153958   Report Period: May 11, 2008   Invoice: 32347519

| Calling Number | Calling Location | Called Number | Called Location | Usage Category | Date/Time | Minutes | Amount | Code | Description |
|---|---|---|---|---|---|---|---|---|---|
| (703) 573- | Fls Church, VA | (671) 735-1111 | Agana, GU | 1+ | 04-25-2008 05:20:29 | 2.00 | 0.10 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | (541) 324-3396 | Medford, OR | 1+ Interstate | 04-21-2008 10:46:15 | 1.00 | 0.06 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | (843) 971-6914 | MtPleasant, SC | 1+ Interstate | 04-15-2008 12:59:52 | 0.70 | 0.04 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | (615) 830-1200 | Nashville, TN | 1+ Interstate | 04-17-2008 09:44:25 | 20.00 | 1.10 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | (973) 376-6286 | Millburn, NJ | 1+ Interstate | 04-16-2008 12:40:30 | 0.20 | 0.01 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | (541) 324-3396 | Medford, OR | 1+ Interstate | 04-11-2008 04:17:59 | 0.60 | 0.03 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | (917) 796-2125 | New York, NY | 1+ Interstate | 05-02-2008 03:09:42 | 38.40 | 2.11 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | (615) 830-1200 | Nashville, TN | 1+ Interstate | 04-11-2008 09:25:11 | 0.70 | 0.04 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | (541) 488-3320 | Ashland, OR | 1+ Interstate | 04-17-2008 06:01:55 | 0.40 | 0.02 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | (541) 488-3320 | Ashland, OR | 1+ Interstate | 04-17-2008 05:17:05 | 2.40 | 0.13 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | (541) 324-3396 | Medford, OR | 1+ Interstate | 04-10-2008 01:48:45 | 5.20 | 0.29 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | (541) 324-3396 | Medford, OR | 1+ Interstate | 03-26-2008 11:45:10 | 0.10 | 0.01 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | (671) 632-1500 | Dededo, GU | 1+ | 04-15-2008 06:14:06 | 1.90 | 0.10 | 0000706601 | Guam |
| | | | | | | | 4.04 | | |



## FedEx Express Shipment Detail By Reference (Original)

Dropped off: May 09, 2008      Cust. Ref.: 07066-01      Ref.#2:
Payor: Shipper      Ref.#3:

- Fuel Surcharge - FedEx has applied a fuel surcharge of 25.00% to this shipment.
- FedEx has audited this airbill for correct pieces, weight, and service. Any changes made are reflected in the invoice amount.
- Discount applied is the greater of volume discount or dropoff discount. No additional discount applies.

| | | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 799322030939 | PAT RAVENELLE | CHIEF JUDGE FRANCES TYDINGCO-GATEW | |
| Service Type | FedEx Intl Economy | GERSHMAN, BRICKNER & BRATTON | U.S. FEDERAL DISTRICT COURT OF GUA | |
| Package Type | FedEx Envelope | 8550 ARLINGTON BLVD | 520 WEST SOLEDAD AVENUE | |
| Orig./Dest. | ZFO/GUM | SUITE 203 | HAGATNA, GUAM 96910 GU | |
| Zone | K | FAIRFAX VA 22031 US | | |
| Packages | 1 | | | |
| Rated Weight | 1.1 lbs | | | |
| Delivered | May 12, 2008 14:43 | | | |
| Signed by | L.OGO | Transportation Charge | | 85.37 |
| FedEx Use | P7890/US0010/_ | Fuel Surcharge | | 20.70 |
| Customs | | Discount | | -2.56 |
| Entry Date | May 10, 2008 | **Total Transportation Charges** | **USD** | **$103.51** |

| | | |
|---|---|---|
| **07066-01 Reference Subtotal** | **USD** | **$103.51** |
| **Total FedEx Express** | **USD** | **$103.51** |


## FedEx Express Shipment Detail By Reference (Original)

Picked up: May 14, 2008          Cust. Ref.: 07066-01          Ref.#2:
Payor: Shipper                   Ref.#3:

• Fuel Surcharge - FedEx has applied a fuel surcharge of 25.00% to this shipment.

| | | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 790506090876 | PAT RAVENELLE | ASST TO CHIEF JUDGE - C. PALACIOS | |
| Service Type | FedEx Intl Economy | GERSHMAN, BRICKNER & BRATTON | U.S. FEDERAL DISTRICT COURT OF GUA | |
| Package Type | FedEx Envelope | 8550 ARLINGTON BLVD | 520 WEST SOLEDAD AVENUE | |
| Orig./Dest. | ZFO/GUM | SUITE 203 | HAGATNA, GUAM 96910 GU | |
| Zone | K | FAIRFAX VA 22031 US | | |
| Packages | 1 | | | |
| Rated Weight | 0.5 lbs | | | |
| Delivered | May 19, 2008 14:18 | Transportation Charge | | 66.65 |
| Signed by | B.BENEVENTE | Courier Pickup Charge | | 4.00 |
| FedEx Use | P7445/US0010/_ | Fuel Surcharge | | 17.16 |
| Customs | | Discount | | -2.00 |
| Entry Date | May 15, 2008 | **Total Transportation Charges** | **USD** | **$85.81** |

| | | |
|---|---|---|
| **07066-01 Reference Subtotal** | **USD** | **$85.81** |
| **Total FedEx Express** | **USD** | **$85.81** |



| Invoice Number | Invoice Date | Account Number | Page |
| --- | --- | --- | --- |
| 8-247-14802 | May 27, 2008 | | 4 of 4 |

79

## FedEx Express Shipment Detail By Reference (Original)

| | | |
| --- | --- | --- |
| Dropped off: May 20, 2008 | Cust. Ref.: 07066-01 | Ref.#2: |
| Payor: Shipper | Ref.#3: | |

- Fuel Surcharge - FedEx has applied a fuel surcharge of 25.00% to this shipment.
- Discount applied is the greater of volume discount or dropoff discount. No additional discount applies.

| | | | | |
| --- | --- | --- | --- | --- |
| Tracking ID | 791903906560 | **Sender** | **Recipient** | |
| Service Type | FedEx Intl Economy | PAT RAVENELLE | CHIEF JUDGE F. TYDINGCO-GATEWOOD | |
| Package Type | FedEx Envelope | GERSHMAN, BRICKNER & BRATTON | U.S. FEDERAL DISTRICT COURT OF GUA | |
| Orig./Dest. | ZFO/GUM | 8550 ARLINGTON BLVD | 520 WEST SOLEDAD AVENUE | |
| Zone | K | SUITE 203 | HAGATNA, GUAM 96910 GU | |
| Packages | 1 | FAIRFAX VA 22031 US | | |
| Rated Weight | 1.2 lbs | | | |
| Delivered | May 23, 2008 11:25 | | | |
| Signed by | C.PALACIOS | Transportation Charge | | 85.37 |
| FedEx Use | P5686/US0010/_ | Fuel Surcharge | | 20.70 |
| **Customs** | | Discount | | -2.56 |
| Entry Date | May 21, 2008 | **Total Transportation Charges** | **USD** | **$103.51** |

| | | |
| --- | --- | --- |
| **07066-01 Reference Subtotal** | **USD** | **$103.51** |
| **Total FedEx Express** | **USD** | **$168.02** |



The UPS Store - #3348
330 Franklin Rd.
Suite 135A
Brentwood, TN 37027
(615) 661-9606

05/19/08  01:42 PM

We are the one stop for all your
shipping, postal and business needs.

Present Receipt for Special:
$.29 Color Copies

001 001015 (001)          TO $  25.13
  2DA AM
  Tracking# 1ZX4W9930722368356

                       SubTotal  $  25.13
                          Total  $  25.13

                          VISA  $  25.13
ACCOUNT NUMBER *         ***********3583

Receipt ID 8299066308551688213 001 Items
CSH: SHELIAH          Tran: 9968 Reg: 002

To track your packages, please visit
        www.TheUPSstore.com

Whatever your business and personal
needs, we are here to serve you.

*Parsons to report
to ChrisLand*

---

*Letter to Judge*
*CJ & MOU*

The UPS Store - #3348
330 Franklin Rd.
Suite 135A
Brentwood, TN 37027
(615) 661-9606

05/20/08  01:13 PM

We are the one stop for all your
shipping, postal and business needs.

Present Receipt for Special:
$.29 Color Copies

002 001220 (001)          TO $  58.63
  Express Saver
  Tracking# 1ZX4W9930422712630
003 000008 (022)          TO $   8.00
  Priority Mail
  Tracking# MMWGZ2J8XZ62N

                       SubTotal  $  66.63
                          Total  $  66.63

                          VISA  $  66.63
ACCOUNT NUMBER *         ***********3583

Receipt ID 8299066303882088147 002 Items
CSH: Eva             Tran: 0024 Reg: 002

To track your packages, please visit
        www.TheUPSstore.com

Whatever your business and personal
needs, we are here to serve you.