DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>vs.<br><br>GOVERNMENT OF GUAM,<br><br>    Defendant. | Civil Case No. 02-00022<br><br>**ORDER RE: QUARTERLY STATUS HEARING** |

The court hereby sets this matter for a quarterly status hearing on October 23, 2008 at 9:00 a.m. At that time the Receiver, Gershman, Brickner & Bratton ("GBB") will present its quarterly report in accordance with the court's appointment order. *See* Docket No. 239. In addition, GBB will outline the capital financing alternatives. The court reiterates its previous order requiring the Governor of Guam, the Speaker and DPW Larry Perez to be in attendance for the hearing. It is likewise expected that the appropriate representatives of the Guam Environmental Protection Agency and the United States Environmental Protection Agency will be in attendance and be prepared to discuss the progress of the various Consent Decree projects. Again, however, if the Governor is unable to attend, he may designate the Lieutenant Governor to attend. And if the Speaker is unable to attend, she may designate the Vice-Speaker to attend.

**SO ORDERED**.

/s/ **Frances M. Tydingco-Gatewood**
    **Chief Judge**
**Dated: Jul 11, 2008**