# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CIVIL CASE NO. 02-00022 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF RECEIPT OF LETTER** |
| GOVERNMENT OF GUAM, | ) | |
| Defendant. | ) | |

In the interest of full and complete disclosure, the court hereby advises the parties that it received the letter attached hereto from Angel R. Sablan, from Mayor's Council of Guam. The court has provided the Receiver with the letter.

**SO ORDERED.**

/s/ **Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: Jul 16, 2008**

# Mayors' Council of Guam
### Konsehelon Mahot Guåhan

July 15, 2008

The Honorable Frances Tydingco-Gatewood
Chief Judge
District Court of Guam
4th floor, U.S. Court
520 West Soledad Avenue
Hagåtña, Guam 96910

Subject:   Recommendations for Guam Solid Waste Receiver

Dear Chief Judge Tydingco-Gatewood,

*Buenas yan Hafa Adai!* At the request of the Mayors and Vice Mayors of Guam, this letter is transmitted to offer recommendations to GBB Solid Waste Management Consultants in reference to the materials ban at transfer facilities and Ordot Dump.

In a meeting with GBB representatives and various Mayors and Vice Mayors held today, the following recommendations were proffered to ease the problems that will arise due to the ban of materials effective July 17, 2008.

1. The Mayors and Vice Mayors are requesting for the designation of three staging areas (north, central, and south) to gather banned dump materials such as green waste, cardboard boxes, and construction debris for easier accessibility for Mayors and residents as well. At present, all vendors accepting these materials are located in the northern part of the island. Three designated staging areas where commercial haulers can come and retrieve the waste is a more viable approach and solution.
2. The Mayors and Vice Mayors are requesting GBB to seriously consider the purchase of three (3) industrial type of mulching machines for the use of various communities in properly disposing of green waste and vegetation. Mayors can then use the by-products from the machines for beautification and as planting material.
3. If staging areas are not possible, a request from GBB to commercial haulers to provide 20 ft. trash bins at various sites (to be designated by village Mayors) for the convenient use of Mayors and residents in properly disposing of banned materials is an acceptable alternative.

P. O. Box 786, Hagåtña, Guam 96932
Office: (671) 472-6940, 477-8461 • Fax: (671) 477-8777
Email: mcog.adm25@teleguam.net



RECEIVED
JUL 16 2008
DISTRICT COURT OF GUAM
HAGATNA, GUAM

We address these issues to you in hopes that you may assist us in whatever way with GBB. The Mayors are faced with a monumental problem if we do not find alternatives to get banned materials disposed of properly.

These recommendations are made only to assist our communities in actively becoming aware that recycling is a viable option we all must initiate and participate in.

Thank you for your kind attention regarding this matter, and I look forward to your expeditious action and response. If you should have any questions, please do not hesitate to call me at 472-6940 or 477-8461.

*Senseramente,*

ANGEL R. SABLAN
Executive Director

cc: Gershman, Brickner, & Bratton
Guam Environmental Protection Agency
Guam Transport and Warehouse
Guahan Waste Recycling
Primo's Heavy Equipment
All Mayors and Vice Mayors
File/Chrono

*Mayors' Council of Guam*
*Konsehelon Mahot Guåhan*

P.O. Box 786, Hagåtña, Guam 96932



RECEIVED
JUL 16 2008
DISTRICT COURT OF GUAM
HAGATNA, GUAM

The Honorable Frances Tydingco-Gatewood
Chief Judge
District Court of Guam
4th Floor, U.S. Court
520 West Soledad Avenue
Hagatna, Guam 969610