# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>vs.<br><br>GOVERNMENT OF GUAM,<br><br>    Defendant. | Civil Case No. 02-00022<br><br>**NOTICE OF<br>TELEPHONE CALLS TO THE COURT** |

    In the interest of full and complete disclosure, the court hereby advises the parties that the Chief Judge's judicial assistant received telephone calls from two Ordot residents; Mrs. Milagros Sablan and Mrs. Ama Underwood concerning the current conditions at the Ordot Dump. The court has informed the Receiver of these telephone calls and of their content.

**SO ORDERED.**



/s/ Frances M. Tydingco-Gatewood
    Chief Judge
**Dated: Jul 30, 2008**