# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| UNITED STATES OF AMERICA | |
|---|---|
| Plaintiff, | Civil Case No. 02-00022 |
| vs. | |
| GOVERNMENT OF GUAM, | **NOTICE OF RECEIPT OF LETTER** |
| Defendant. | |

In the interest of full and complete disclosure, the court hereby advises the parties that it received the letter attached hereto from Mr. David L. Manning, the Receiver representative.

**SO ORDERED.**

/s/ Frances M. Tydingco-Gatewood
    Chief Judge
**Dated: Aug 04, 2008**



**GBB**

SOLID WASTE MANAGEMENT CONSULTANTS

RECEIVER

July 21, 2008

**RECEIVED**

JUL 28 2008
*[signature] Palacios*
CHIEF JUDGE'S CHAMBERS
DISTRICT COURT OF GUAM

The Honorable Judith T. Won Pat, Ed.D
Speaker of the 29th Guam Legislature
155 Hesler Place
Hagatna, Guam 96910

Dear Speaker Won Pat:

It was good to see you again at the July 10th Status Hearing. I hope that you found the information provided at the hearing both informative and encouraging.

As you know, the Court conducted another site visit to the Ordot Dump in the afternoon following the July 10th hearing. Since neither you nor Senator Espaldon was able to be present for the site visit, I want to take this opportunity to invite you and all of your colleagues in the Guam Legislature to visit the Ordot Dump at your convenience. The improvements in the operations at the Ordot Dump are significant and we hope that all members of the Guam Legislature will find the time to visit and observe the improvements first hand. Please contact me by phone at 671-473-9149 or email at dmanninggbb@gmail.com to arrange a visit.

We look forward to hearing from you.

Sincerely,

*[signature]*

David E. Manning
Special Principal Associate,
GBB's Receiver Representative

c.c. The Honorable Frances Tydingco-Gatewood, Chief Judge
The Honorable James V. Espaldon, Senator

Government of Guam
Department of Public Works, Solid Waste Management Division
542 North Marine Corps Drive, Tamuning, Guam 96913
Phone: (671) 646-4379, Ext. 201 or 212
www.GuamSolidWasteReceiver.org
www.gbbinc.com