DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>vs.<br>GOVERNMENT OF GUAM,<br>Defendant. | Civil Case No. 02-00022<br><br>**NOTICE OF RECEIPT OF EX PARTE LETTER** |

In the interest of full and complete disclosure, the court hereby advises the parties that it received the letter attached hereto from Senator Aldolpho B. Palacios, Sr., who sent the letter by facsimile to the chambers of the Chief Judge.

**/s/ Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: Aug 05, 2008**



*OFFICE OF SENATOR*

# ADOLPHO B. PALACIOS, SR.

I MINA'BENTE NUEBI NA LIHESLATURAN GUÅHAN

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| **DATE:** | July 31, 2008 |
| **TO:** | Mr. Chace Anderson, GBB Operations Manager<br>Judge Frances Tydingco-Gatewood, U.S. District Ct.<br>Governor Felix Camacho<br>Lt. Governor Mike Cruz |
| **FROM:** | Senator Adolpho B. Palacios, Sr. |
| **SUBJECT:** | Copy of letter to Mr. Chace Anderson, GBB Operations Manager. |
| **PAGES (including this sheet):** | 2 |

☐ URGENT ☑ FOR REVIEW ☐ PLEASE COMMENT ☐ PLEASE REPLY ☐ PLEASE RECYCLE

NOTES/COMMENTS:

RECEIVED

JUL 31 2008

CHIEF JUDGE'S CHAMBERS
DISTRICT COURT OF GUAM

155 HESLER PLACE, HAGÅTÑA, GUAM 96910 ☎ (671) 472-5048 🖷 (671) 472-5022



JUL-31-2008 11:13 FROM: TO:671 473 9186 P.1/2




*Twenty-Ninth Guam Legislature*

*Vice Chairperson & Member:*

*• Committee on Calendar*

*Membership:*

*• Committee on Aviation, Federal Affairs, Labor, Housing, Banking and Insurance*

*• Committee on Agenda*

*• Committee on General Governmental Operations and Organization*

*• Committee on Public Safety, Criminal Justice, and Youth*

*• Committee on Finance, Taxation, Commerce and Economic Development*

*Office of Senator*

Adolpho B. Palacios, Sr.

*I Mina'Bente Nuebi Na Liheslaturan Guåhan*


July 31, 2008

Mr.Chase Anderson
Operations Manager, Gershman, Brickner & Bratton
542 North Marine Corps Drive
Tumon, Guam 96913

Dear Mr. Anderson:

**Buenas yan Hafa Adai!** I would like to initially extend my recognition of your ongoing efforts toward addressing one of our island's most pressing issues of realizing the timely closure of the Ordot Dump and the opening of a sanitary landfill which will better accommodate the existing needs of the community and the anticipated increase in Guam's military population. It is critical that Guam is able to accomplish the timely construction and completion of a sanitary landfill.

I would like to share a concern that I have with regards to the recent decision that your company has made in restricting the dumping of specific materials into the Ordot Dump in order to extend the lifespan use of the facility, in anticipation of the completion of the proposed landfill. Although I understand the need for the restriction on any further dumping of such materials, I have been receiving numerous complaints and concerns on the need to provide proper alternatives for the disposition of these items that are no longer being accepted into the Ordot Dump. It has been suggested by your firm that the metals, green debris, and recyclable materials may be disposed off at the businesses that presently collect these items. At issue is the limited location of these facilities to one or two sites in the Harmon area. The limited availability of sites for the disposition of these materials at this time may result in the creation of unauthorized dump sites throughout the island. Therefore, **I urge your immediate consideration for these businesses to establish a satellite receptacle that could be co-located at the Ordot Dump, and at the island's DPW transfer stations. This would provide both island residents and businesses the opportunity to appropriately dispose of these items at these locations, and thus facilitating the process for disposing of unwanted materials.**

Your consideration for a co-located receptacle at the Ordot Dump, and at the various transfer stations, would directly assist the island community in more appropriately disposing of these items which are now restricted at the Ordot Dump and may further be restricted at the future sanitary landfill. Any consideration on your part to render more direct assistance to our people on this matter would be greatly appreciated. Should you have any comments or questions on this subject, please do not hesitate to contact my office. **Un Dangkolo' Na Si Yu'os Ma'ase'.**

Respectfully,

**SENATOR ADOLPHO B. PALACIOS, SR.**
Mina Bente Nuebi Na Liheslaturan Guahan

The Honorable Judge Frances Tydingco-Gatewood, U. S. District Court of Guam
The Honorable Governor and Lt. Governor of Guam


*Office/Mailing Address: 155 Hessler Pl., Hagatña GU 96910*

*Telephone No. (671) 472-5048 • Fax No. (671) 472-5022 • Email: adolpho_palacios@hotmail.com*





JUL-31-2008 11:13 FROM: TO:671 473 9186 P.2/2