1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                        FOR THE TERRITORY OF GUAM

8

9

10   UNITED STATES OF AMERICA,    )        CIVIL CASE NO. 02-00022
                                  )
11                   Plaintiff,   )
                                  )
12          v.                    )        **ORDER RE: PAYMENT OF RECEIVER**
                                  )        **INVOICE FOR JUNE 2008**
13                                )
                                  )
14   GOVERNMENT OF GUAM,          )
                                  )
15                   Defendant.   )
     _____ )
16

17          The court has reviewed the Receiver's invoice nos. 08-07-2282, dated July 31, 2008, and

18   08-07-2283, dated July 16, 2008, and finds the fees in the amount of $193,892.50 and the

19   expenses in the amount of $23,380.48 and $787.52 to be reasonable.  *See* Exhibit I and II (GBB

20   Invoice for Services).

21          Accordingly, the court **HEREBY ORDERS** the Clerk of Court to transmit payment via wire

22   transfer to Gershman, Brickner & Bratton, Inc., General Account, as referenced in the Receiver's

23   invoice no.08-07-2282, in the amount of $197,883.73 (representing 90% of the fees and

24   expenses due) and invoice no. 08-07-2283, in the amount of $787.52.  The funds for said

25   payment shall be drawn from the savings account created pursuant to this court's January 24,

26   2008 Order of Deposit, wherein the court ordered that the amount of $2.855 million, paid by the

27   Government of Guam, be deposited by the Clerk into an interest bearing savings account.

28          In accordance with the court's March 17, 2008 Order, the Clerk is **ORDERED** to retain

$19,389.25 (representing 10% of the fees due) (hereinafter "10% retention"). Pursuant to General Rule 8.1 Deposits in Court - Responsibility of the Clerk, the court **FURTHER ORDERS**, with respect to the 10% retention:

1. The Clerk shall deposit the 10% retention amount of NINETEEN THOUSAND THREE HUNDRED EIGHTY-NINE DOLLARS and TWENTY-FIVE CENTS ($19,389.25) into an interest-bearing savings account, said funds to remain on deposit pending further order of the court. G.R. 8.1(e)(1).

2. The Clerk shall deposit the money in a financial institution insured by the Federal Deposit Insurance Corporation or the Federal Savings and Loan Insurance Corporation.

3. The Clerk shall deposit the money as soon as practicable following service of a copy of this Order. G.R. 8.1(d).

4. Any future disbursement of these funds shall only be made pursuant to court order. The signatures of both the (1) Clerk of Court or Chief Deputy Clerk and (2) the Financial Administrator of the court are required to disburse the funds.

The Clerk of Court is hereby relieved of any personal liability relative to compliance with this order.

**IT IS SO ORDERED.**



**/s/ Frances M. Tydingco-Gatewood**
        **Chief Judge**
**Dated: Aug 08, 2008**

2



**GBB**

SOLID WASTE
MANAGEMENT
CONSULTANTS
**RECEIVER**

August 6, 2008

The Honorable Frances Tydingco-Gatewood
Chief Judge
District Court of Guam
520 West Soledad Avenue
Hagåtña, Guam 96910

Re:    Activities for the Month of June and Invoice for the Time and Expenses of the Receivership

Dear Judge Tydingco-Gatewood:

In June progress continued toward improving services to the customers of the Solid Waste Management Division, conserving space at the Ordot Dump and planning for implementation of all of the requirements of the Consent Decree.  Work in June also focused on preparing for the July 10th hearing where we presented our first Quarterly Report to the Court.  Since the Quarterly Report provided a complete review of all of activities through June, I will not summarize them here.  The full report is available to the public on our website at www.guamsolidwastereceiver.org.

The entire Receivership Team is now focused on the next steps we outlined on July 10th to ensure that we are able to meet the commitments we made to the Court for progress during the current quarterly reporting period.

Please contact us with any questions, concerns or issues you may wish to discuss.

Thank you for your continuing support.

Sincerely,

David L. Manning
Receiver Representative

C.c.  Mr. Harvey Gershman, President
      Gershman, Brickner & Bratton, Inc.

Government of Guam
Department of Public Works, Solid Waste Management Division
542 North Marine Corps Drive, Tamuning, Guam  96913
Phone: (671) 646-4379, Ext. 201 or 212
www.GuamSolidWasteReceiver.org
www.gbbinc.com

EXHIBIT I



U.S. Federal District Court of Guam
Chief Judge
520 West Soledad Avenue
Hagåtña, Guam 96910

**SOLID WASTE MANAGEMENT CONSULTANTS**

July 31, 2008

cc: Attorney General
    c/o Assistant Pat Mason

RE: Invoice for Services  Inv No. 08-07-2282  Job No. 07066-01

---

| | |
|---|---|
| **PERIOD:** | Activity from June 1, 2008 through June 30, 2008 |
| **CLIENT REFERENCE:** | **Order Re: Appointment of Receiver, Case 1:02-cv-00022 filed March 17, 2008** and ordered by the Chief Judge for the U.S. Federal District Court of Guam |
| **DESCRIPTION:** | Pursuant to the Consent Decree, GBB, acting as Receiver for the District Court of Guam, will enforce the terms of the Consent Decree, and assume all of the responsibilities, functions, duties, powers and authority of the Solid Waste Management Division of the Department of Public Works ("DPW"), and any and all departments, or other divisions of the DPW insofar as they affect the Government of Guam's compliance with the Consent Decree |
| **GBB Federal ID#:** | 52-1189668 |

| Payments Received To Date | Invoiced But not Received | Current Progress Amount | Current Fee Retainage | Cumulative Fee Retainage |
|---|---|---|---|---|
| $ 479,344.75 | $ 0 | $ 197,883.73 | $ 19,389.25 | $ 66,303.38 |

**Labor**

| | | |
|---|---|---|
| President – H. Gershman | 77.5 hours @ $ 250.00/hr | $  19,375.00 |
| Special Principal Associate – D. Manning | 194.5 hours @ $ 250.00/hr | 48,625.00 |
| Senior Vice President – T. Bratton | 66 hours @ $ 210.00/hr | 13,860.00 |
| Vice President – C. Anderson | 174 hours @ $ 185.00/hr | 32,190.00 |
| Vice President – F. Bernheisel | 4 hours @ $ 185.00/hr | 740.00 |
| Principal Associate – M. Atwater | 27 hours @ $ 165.00/hr | 4,455.00 |
| Principal Associate – H. Miller-Cox | 20 hours @ $ 165.00/hr | 3,300.00 |
| Principal Associate – D. Seader | 126 hours @ $ 165.00/hr | 20,790.00 |
| Senior Project Manager – J. Tucker | 16 hours @ $ 160.00/hr | 2,560.00 |
| Senior Project Engineer – C. Lund | 231 hours @ $ 160.00/hr | 36,960.00 |
| Support Director – F. Coulombe | 35.5 hours @ $ 125.00/hr | 4,437.50 |
| Contract Administrator – J. Plutino | 14 hours @ $ 105.00/hr | 1,470.00 |
| Consultant II – N. Daniel | 1 hour @ $ 105.00/hr | 105.00 |
| Support Manager - P. Ravenelle | 5.25 hours @ $  65.00/hr | 341.25 |
| Administrative Secretary – C. Chaply | 15.25 hours @ $  60.00/hr | 915.00 |
| Clerical Support – L. Keller | 19.5 hours @ $  45.00/hr | 877.50 |
| Research Assistant – C. Restrepo | 64.25 hours @ $  45.00/hr | 2,891.25 |

|  | **Total labor** | $ 193,892.50 |
|---|---|---|
| Less 10% Retainage for Fees held in Trust | | (19,389.25) |
| | | $ 174,503.25 |

Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Suite 203
Fairfax, Virginia 22031-4620
(703) 573-5800  FAX (703) 698-1306
E-MAIL  gbb@gbbinc.com
Printed on recycled paper

**Expenses**

| | | |
|---|---|---|
| Travel (30 – 80) | | $ 20,250.63 |
| Long Distance Telephone and Cell (81-88) | | 887.02 |
| Delivery (89) | | 34.93 |
| Duplications | 537 pages @ $0.15 each | 80.55 |
| Postage | | 1.85 |
| Fee on Expenses @ 10% | | 2,125.50 |

|  |  |
|---|---|
| **Total Expenses** | $ 23,380.48 |
| **Total Invoice Amount** | $197,883.73 |

**TOTAL AMOUNT DUE GBB FOR THIS PERIOD** . . . . . . . . . . . . . . . . . . $   **197,883.73**

Payments should be executed via wire transfers using the following information:

Bank Account Name:          Gershman, Brickner & Bratton, Inc., General Account

Local Branch Address:       Bank of America, 8212 Lee Highway, Merrifield, VA 22031

Bank Account Number:

Bank Routing Number for incoming wires:

Swift Code (if needed):

| TEDATE | PROJECTID |
|---|---|
| 6/1/2008 to 6/30/2008 | 07066:01 to 07066:01 |

## Chace Anderson

<u>07066:01</u>          <u>US District Court for Guam - Receivership</u>

| SUN | 06/01/08 | 07066:01 | 5110:VP | Vice President<br>Devised list of activities for members of SWMD for the coming week; advanced travel arrangements for trip back to Guam in late June; advanced comparison of collection alternatives. | 4.00 |
|---|---|---|---|---|---|
| MON | 06/02/08 | 07066:01 | 5110:VP | Vice President<br>Visit Ordot Dump to review operations; advanced emergency procurement for equipment and services; met with packer mechanics; met with Mayor of Yona; met Garcia at Dededo Transfer Station; met with Cruz to discuss role at Ordot Dump. | 10.00 |
| TUES | 06/03/08 | 07066:01 | 5110:VP | Vice President<br>Visit Yigo and met with Mayor of Yigo; site visit and meeting with owners of Lucky One Pumping; site visit and met with Mayor of Agat; advanced emergency procurement. | 10.00 |
| WED | 06/04/08 | 07066:01 | 5110:VP | Vice President<br>Advanced emergency procurements; finalized memorandum on recycling facilities on Guam; advanced discussion on banning certain materials from Ordot Dump; allocated funding for rental equipment. | 12.00 |
| THUR | 06/05/08 | 07066:01 | 5110:VP | Vice President<br>Advanced emergency procurement; advanced discussions regarding banning; advanced travel arrangements for Guam; reviewed and provided input to personnel matters. | 12.00 |
| FRI | 06/06/08 | 07066:01 | 5110:VP | Vice President<br>Visit Ordot Dump and review operations; reviewed and dealt with personnel matters; met with Aerola and Cruz regarding enforcement of rules at Ordot Dump; advanced emergency procurement; reviewed vehicle frequency at SWMD's facilities. | 11.00 |
| SAT | 06/07/08 | 07066:01 | 5110:VP | Vice President<br>Conference call with Lund, Gershman, Bratton, and Manning to discuss recycling scenarios, banning certain items from Ordot Dump, bridges to proposed landfill, and personnel matters; wrote a transition memorandum for replacements; discussed personnel matter with Chief Judge. | 12.00 |
| SUN | 06/08/08 | 07066:01 | 5110:VP | Vice President | 3.00 |

| TEDATE | PROJECTID |
|---|---|
| 6/1/2008 to 6/30/2008 | 07066:01 to 07066:01 |

Dealt with SWMD personnel matters.

MON 06/09/08 07066:01 5110:VP

Vice President

12.00

Met with SWMD collection supervisor; advanced emergency procurement; met with vendor to see about being able to purchase parts and equipment; met with Mayor of Asan Maina; met with Mayor of Talofofo; held SWMD staff meeting to introduce Lund; read and made comments on Manning's finance memorandum; discussed operations with Lund.

TUES 06/10/08 07066:01 5110:VP

Vice President

10.50

Travel time back to Oregon: Gate to gate time = 21 hours; charge is for half of the time = 10.5 hours.

MON 06/16/08 07066:01 5110:VP

Vice President

8.00

Finalizing administrative details pertaining to previous 1.5 months in Guam; discussion with Atwater about SWMD's website update and information material about proposed ban of certain material from Ordot Dump; telephone conversation with Manning regarding emergency procurement and SWD's finances; telephone conversation with Gershman regarding possible minimization of costs while on the island of Guam; read and responded to emails.

TUES 06/17/08 07066:01 5110:VP

Vice President

4.00

Reviewed and edited draft text for Guam Receivership website update for materials ban at Ordot Dump; email exchanges with Cepeda on status of Guam packer trucks and Guam procurements; initiated policy memorandum on banning of material from SWMD facilities.

WED 06/18/08 07066:01 5110:VP

Vice President

8.00

Telephone conferences with Lund and Seader; edited draft narrative for brochure and signage; addressed emergency procurement questions regarding packer and containers; edited policy memo on banning; drafted letter to vendor asking it to lift ban on selling parts to the SWMD; reviewed draft maps for SWMD brochures.

THUR 06/19/08 07066:01 5110:VP

Vice President

8.00

Phone conference with Gershman, Bratton, Seader, and Manning re: materials ban at Ordot and comments on information related to it; phone conference with Seader and Jackson; phone conference with Manning; phone conference with Atwater; editing of banning policy memorandum and brochure.

| FRI | 06/20/08 | 07066:01 | 5110:VP | Vice President<br>Conference call with Seader, Manning, Bratton, and Gershman; Conference call with Seader and Jackson; Call with Seader; drafting and consolidating edits to the Banning Policy Memorandum, brochure, and cover letter; Conference call with Atwater and Cox; Edited memorandum on my meetings with 17 of the 19 Mayors of Guam. | 8.00 |
| SUN | 06/22/08 | 07066:01 | 5110:VP | Vice President<br>Read through bid submittals made under emergency procurements; Conference call with Seader, Cepeda, Ibanze, Manibusan, and Jackson. | 2.00 |
| MON | 06/23/08 | 07066:01 | 5110:VP | Vice President<br>Finalized brochure, memo, website, press release, and letter for banning to be released on June 27th; read more specifications sent in for the emergency procurement; email exchanges with Suarze and Cepeda on emergency procurement. | 6.00 |
| THUR | 06/26/08 | 07066:01 | 5110:VP | Vice President<br>Meetings with Manning, Gershman, and Tucker and with Daniel, PFM, on financing the Guam solid waste system, emergency procurement, banning, July 10th Quarterly Status Hearing to the Court, organizational structure of Guam SWMD, and personnel situation. | 8.00 |
| FRI | 06/27/08 | 07066:01 | 5110:VP | Vice President<br>Meetings with Manning, Gershman, and Tucker on finance, solid waste organization, and preparation for July 10th court hearing. | 5.00 |
| SAT | 06/28/08 | 07066:01 | 5110:VP | Vice President<br>Travel from Nashville to Guam: Gate to gate = 21 hours; charge for 10.5 hours. | 10.50 |
| MON | 06/30/08 | 07066:01 | 5110:VP | Vice President<br>Reviewed SWMD collection operations; met with supervisor of Transportation Maintenance to review emergency procurements, fleet status, and personnel issues; site visit to packer repair shop; met with Guam's Chief Procurement officer to discuss emergency procurement; reviewed all submittals for emergency procurement; developed spread sheet accounting for all submittals of emergency procurement. | 10.00 |

Project Total: 174.00

| TEDATE | PROJECTID |
|---|---|
| 6/1/2008 to 6/30/2008 | 07066:01 to 07066:01 |

**Employee Total:**  174.00

## Cora Chaply

<u>07066:01</u>  <u>US District Court for Guam - Receivership</u>

| MON | 06/02/08 | 07066:01 | 5120:AS | Administrative Secretary<br>Research for Project Team travel; made travel arrangements for Gershman. | 2.00 |
|---|---|---|---|---|---|
| TUES | 06/03/08 | 07066:01 | 5120:AS | Administrative Secretary<br>Made travel arrangements for Manning. | 1.00 |
| WED | 06/04/08 | 07066:01 | 5120:AS | Administrative Secretary<br>Made travel arrangements for Anderson. | 1.00 |
| THUR | 06/05/08 | 07066:01 | 5120:AS | Administrative Secretary<br>Scanned Service Agreement for Lund. | 0.50 |
| FRI | 06/06/08 | 07066:01 | 5120:AS | Administrative Secretary<br>Updated the travel schedule for the Project Team. | 0.50 |
| TUES | 06/10/08 | 07066:01 | 5120:AS | Administrative Secretary<br>Set-up of airlines for Tucker's upcoming Guam trip. Finalized Anderson's flight to Nashville for meeting with Project Team. Revised Draft Outline of RFEI for Bratton. | 1.50 |
| WED | 06/11/08 | 07066:01 | 5120:AS | Administrative Secretary<br>Made travel arrangements for Tucker. | 0.50 |
| THUR | 06/12/08 | 07066:01 | 5120:AS | Administrative Secretary<br>Revised RFEI for Bratton. | 0.50 |
| MON | 06/16/08 | 07066:01 | 5120:AS | Administrative Secretary<br>Edited Request for Expression of Interest for Bratton. | 0.50 |
| TUES | 06/17/08 | 07066:01 | 5120:AS | Administrative Secretary<br>Scanned and organized contacts from Guam for Gershman. | 1.00 |
| WED | 06/18/08 | 07066:01 | 5120:AS | Administrative Secretary<br>Edited Request for Expression of Interest for Bratton. Created spreadsheet of contacts for Coulombe. | 1.50 |
| FRI | 06/20/08 | 07066:01 | 5120:AS | Administrative Secretary<br>Edited Request for Express of Interest for Bratton. | 0.25 |
| MON | 06/23/08 | 07066:01 | 5120:AS | Administrative Secretary<br>Edits to contact spreadsheet for the Request for Expression of Interest for Bratton. | 0.50 |
| WED | 06/25/08 | 07066:01 | 5120:AS | Administrative Secretary<br>Created Quarterly Report for Bratton. Changed Gershman's travel. | 1.00 |
| FRI | 06/27/08 | 07066:01 | 5120:AS | Administrative Secretary | 1.50 |

| TEDATE | PROJECTID |
|---|---|
| 6/1/2008 to 6/30/2008 | 07066:01 to 07066:01 |

|  |  |  |  | Uploaded pictures to the ProjectSpaces Web-site. | |
|---|---|---|---|---|---|
| MON | 06/30/08 | 07066:01 | 5120:AS | Administrative Secretary<br>Prepared binders for Quarterly Report. | 1.50 |

<div align="right">

**Project Total:**    **15.25**

**Employee Total:**    **15.25**

</div>

## Christopher Lund

<u>07066:01</u>      <u>US District Court for Guam - Receivership</u>

| SUN | 06/01/08 | 07066:01 | 5110:SPE | Senior Project Engineer<br>Weekly Status Meeting with TG Engineers and calls to DBC&A on progress. | 2.00 |
|---|---|---|---|---|---|
| MON | 06/02/08 | 07066:01 | 5110:SPE | Senior Project Engineer<br>Continued review of Feasibility and Cost/Benefits analysis report. Ongoing discussion with DBC&A on review comments to Assessment Report. | 10.00 |
| TUES | 06/03/08 | 07066:01 | 5110:SPE | Senior Project Engineer<br>Review and comment on Recycling Facilities memo along with general team correspondence. Preparation of Draft Amend. No. 7 for signature by Manning. Development and Direction provided SWMD Engineers on interim filling plan. | 10.00 |
| WED | 06/04/08 | 07066:01 | 5110:SPE | Senior Project Engineer<br>Direction/Discussion to DBC&A based on comments from SWMD Engineers in discussion yesterday. Review of information provided in PB website from access obtained from DPW. Correspondence with Perez-DPW on Receiver informational needs on Roads and Bridges. Review and revision of Amend. No.7 for TG Engineers contract extension. | 8.00 |
| THUR | 06/05/08 | 07066:01 | 5110:SPE | Senior Project Engineer<br>Follow up with DBC&A on QAPP Draft and memo review on the purpose of the QAPP. Discussion and correspondence with Jackson on Route 4 turning radius needs for Haul road. Assessment Report - Ordot tonnage questions to DBC&A and responses. | 11.00 |
| FRI | 06/06/08 | 07066:01 | 5110:SPE | Senior Project Engineer | 9.00 |

| TEDATE | PROJECTID |
|---|---|
| 6/1/2008 to 6/30/2008 | 07066:01 to 07066:01 |

Continued review and clarification of Assessment Report - Ordot tonnage questions to DBC&A and responses; coordination with Andersen on operational issues for coming work in Guam; conducted telecon with DLM (Utalan), Jackson, Gudmundsen on approach for Land Use Permit/Rezoning; responded to SWMD engineers regarding a temp. fill plan; correspondence with DBC&A on invoice, scope of current work and halting of further inspections.

| | | | | | |
|---|---|---|---|---|---|
| SAT | 06/07/08 | 07066:01 | 5110:SPE | Senior Project Engineer<br>Travel - From Virginia To Guam: gate to gate time = 20 hours; charging for 10 hours | 10.00 |
| SUN | 06/08/08 | 07066:01 | 5110:SPE | Senior Project Engineer<br>Performed Solid Waste Operations oversight which consists of operational management and administration of collection, landfilling and administrative operations. | 1.00 |
| MON | 06/09/08 | 07066:01 | 5110:SPE | Senior Project Engineer<br>Performed Solid Waste Operations oversight which consists of operational management and administration of collection, landfilling and administrative operations. | 10.00 |
| TUES | 06/10/08 | 07066:01 | 5110:SPE | Senior Project Engineer<br>Performed Solid Waste Operations oversight which consists of operational management and administration of collection, landfilling and administrative operations. | 13.00 |
| WED | 06/11/08 | 07066:01 | 5110:SPE | Senior Project Engineer<br>Performed Solid Waste Operations oversight which consists of operational management and administration of collection, landfilling and administrative operations. | 11.50 |
| THUR | 06/12/08 | 07066:01 | 5110:SPE | Senior Project Engineer<br>Performed Solid Waste Operations oversight which consists of operational management and administration of collection, landfilling and administrative operations. | 11.50 |
| FRI | 06/13/08 | 07066:01 | 5110:SPE | Senior Project Engineer | 14.00 |

| TEDATE | PROJECTID |
|---|---|
| 6/1/2008 to 6/30/2008 | 07066:01 to 07066:01 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  | Performed Solid Waste Operations oversight which consists of operational management and administration of collection, landfilling and administrative operations. |  |
| SAT | 06/14/08 | 07066:01 | 5110:SPE | Senior Project Engineer<br>Ordot operational oversight. | 4.00 |
| MON | 06/16/08 | 07066:01 | 5110:SPE | Senior Project Engineer<br>Performed Solid Waste Operations oversight which consists of operational management and administration of collection, landfilling and administrative operations. | 11.00 |
| TUES | 06/17/08 | 07066:01 | 5110:SPE | Senior Project Engineer<br>Performed Solid Waste Operations oversight which consists of operational management and administration of collection, landfilling and administrative operations. | 9.00 |
| WED | 06/18/08 | 07066:01 | 5110:SPE | Senior Project Engineer<br>Performed Solid Waste Operations oversight which consists of operational management and administration of collection, landfilling and administrative operations. | 11.00 |
| THUR | 06/19/08 | 07066:01 | 5110:SPE | Senior Project Engineer<br>Performed Solid Waste Operations oversight which consists of operational management and administration of collection, landfilling and administrative operations. | 11.00 |
| FRI | 06/20/08 | 07066:01 | 5110:SPE | Senior Project Engineer<br>Travel - from Guam to Virginia: gate to gate time = 20 hours; charging for 10 hours | 10.00 |
| SUN | 06/22/08 | 07066:01 | 5110:SPE | Senior Project Engineer<br>Conducted calls to Guam to AG's office, SWD - Jackson, DBC&A and TG Engrs to check on status of work and perform coordination for design and permitting work. | 2.00 |
| MON | 06/23/08 | 07066:01 | 5110:SPE | Senior Project Engineer | 8.00 |

GBB/C07066                                         7                                      July 31, 2008

Case 1:02-cv-00022     Document 260     Filed 08/08/2008     Page 12 of 50

| TEDATE | PROJECTID |
|---|---|
| 6/1/2008 to 6/30/2008 | 07066:01 to 07066:01 |

Conducted review of banning documents; Gathered contact info on Guam companies to send RFEI ; Followed up on GRT question - response from Grant Thornton; Followed up on AG opinion for ownership of land and directed execution of Permit Application for Land Use - Zone Change; Pursued coordination and response from GEPA/EPA on Layon comments.

| TUES | 06/24/08 | 07066:01 | 5110:SPE | Senior Project Engineer | 10.00 |

Continued review of final banning documents; Continued coordination and response from GEPA/EPA on Layon comments. Contact and discussion with Odell of A-Mehr on EPA/GEPA comments and June 17 letter; Review of EPA June 17th letter for preparation of response; Comment on draft Customer Service Letter to Umatac; Coordination of new survey at Ordot with SWMD Engineers and DBC&A.

| WED | 06/25/08 | 07066:01 | 5110:SPE | Senior Project Engineer | 10.00 |

Continued review of final banning documents and email corresp.; Continued coordination and response from GEPA/EPA on Layon comments; Review of A-Mehr response to EPA June 17th letter.; Re-review of Liner Value Engineering Report by TG Engr. in preparation of review of draft A-Mehr memo dated 5/28 on Liner design; Confirmed delivery of Layon Hydro Geo report to GEPA/EPA for review this week.; Continued coordination of new survey at Ordot with SWMD Engineers and DBC&A.

| THUR | 06/26/08 | 07066:01 | 5110:SPE | Senior Project Engineer | 10.00 |

Begin review of draft Quarterly Status Report (QSR) and developed comments. Developed first draft of Ordot Status sections for QSR, reviewed by Bratton, corrected and completed Ordot draft sections for Manning.

| FRI | 06/27/08 | 07066:01 | 5110:SPE | Senior Project Engineer | 2.00 |

Review of recent correspondence (emails) on Layon EPA/GEPA response coordination, Ordot Survey work, Banning issuance, Quarterly Status Report Draft.

| MON | 06/30/08 | 07066:01 | 5110:SPE | Senior Project Engineer | 12.00 |

| TEDATE | PROJECTID |
|---|---|
| 6/1/2008 to 6/30/2008 | 07066:01 to 07066:01 |

Preparation and submission of the June 30 response letter to EPA; Development of material and text for the Quarterly Status Report; Conducted weekly status meeting with TG Engineers;  Calls to Daus (Geomatrix) to discuss Exec. Summary of Draft Integrated Hydrogeologic Assessment. Review of June 30 memo from DBC&A on Ordot remaining airspace and correspondence with DBC&A.  Review of May 28 Letter from A-Mehr on Liner Design - Layon Landfill.

| | |
|---|---|
| **Project Total:** | 231.00 |
| **Employee Total:** | 231.00 |

## Camilo Restrepo

<u>07066:01</u>          <u>US District Court for Guam - Receivership</u>

| | | | | | |
|---|---|---|---|---|---|
| MON | 06/02/08 | 07066:01 | 5120:SS | Support Staff | 6.75 |

Prepared collected data to meet with Bernheisel to review it; met with Bernheisel and reviewed data; searched the internet for a "Guam General Plan Document" to compare the government's data with the statistics gathered so far for the single stream vs. mixed waste recycling comparison project; extracted data from the Guam Fact book from the CIA website; wrote e-mail to Anderson asking for the optimal truck size for the island; reviewed population estimates and growth rates on calculations and compared them to the Water Resources Master Plan; met with Callen to discuss conversion factors of waste: curbside to truck conversion; discussed some of the inputs to the model for comparing GHG emissions in the single stream vs. mixed waste recycling comparison; performed calculations for density for single stream recyclables and non-recyclables; performed calculations for total number of trips, using the per capita generation index, the number of collections per week, the days per week; reviewed other calculations on waste generation.

| | | | | | |
|---|---|---|---|---|---|
| TUES | 06/03/08 | 07066:01 | 5120:SS | Support Staff | 9.25 |

Case 1:02-cv-00022     Document 260     Filed 08/08/2008     Page 14 of 50

Modified the Waste Generation calculations performed for the model to take only data from a single sheet; reviewed data on daily waste generation from the Assessment Report; met with Lund to inform about the fact that data were only from commercial haulers; wrote e-mail to Lund explaining a possible problem with the daily generation calculation; developed graphs for daily and weekly generation, based on the data and recalculated the daily average; corrected the calculations for volume based and weight based trips per truck per day for mixed waste; performed calculations for single stream recyclables and non-recyclables; met with Bernheisel to go over data and calculations worksheet; wrote e-mail to Anderson requesting information on routes, number of DPW customers, distances on collection routes.

| | | | | | |
|---|---|---|---|---|---|
| WED | 06/04/08 | 07066:01 | 5120:SS | Support Staff<br>Gather data and choose options for the plant setup. | 1.50 |
| WED | 06/04/08 | 07066:01 | 5120:SS | Support Staff<br>Reviewed information on route maps sent by Anderson; discussed information needs with Bernheisel; started on Excel Plant Sizing Model for Mixed Waste; worked on the elaboration of diagram flow sheet for Mixed Waste Plant; met with Callen to request info on routes, agreed to work with GIS software to process information; downloaded Census Tiger Line Shape Files for Guam. | 4.00 |
| THUR | 06/05/08 | 07066:01 | 5120:SS | Support Staff<br>Gather data and choose options for the plant setup; requested free ArcView 60 day trial for possible work on routes distances for emissions calculations. | 4.50 |
| THUR | 06/05/08 | 07066:01 | 5120:SS | Support Staff<br>Finished going over calculations to use in the model for the single stream vs. mixed waste recycling comparison. | 0.75 |
| MON | 06/09/08 | 07066:01 | 5120:SS | Support Staff<br>Advanced on the materials balance for the mixed waste stream; developed a spreadsheet with interrelated formulas to obtain materials recovered and materials sent to landfill, by material type. | 4.50 |
| MON | 06/09/08 | 07066:01 | 5120:SS | Support Staff | 3.25 |

| TEDATE | PROJECTID |
|---|---|
| 6/1/2008 to 6/30/2008 | 07066:01 to 07066:01 |

Inserted other military population data projections for Guam on the data sheet; searched for information on plant layout and equipment; worked on the materials balance.

| | | | | | |
|---|---|---|---|---|---|
| THUR | 06/12/08 | 07066:01 | 5120:SS | Support Staff | 4.00 |

Gather data on tonnage, costs, energy consumption and operating staff to develop indexes to implement in calculations; gathered information on the effect on compaction on out coming material quality, equipment separation efficiency, and operational techniques to improve quality of end product in MRFs; gathered data on capture rate, recovery rate and recycling rate; gathered information on recovery rates of key commodities.

| | | | | | |
|---|---|---|---|---|---|
| FRI | 06/13/08 | 07066:01 | 5120:SS | Support Staff | 6.00 |

Researched CO2 emission factors; downloaded data from the National Renewable Energy Laboratory NREL U.S. Life-Cycle Inventory Database for HDPE, PET, crude oil extraction, diesel combustion, diesel ocean freight, electricity generation in US, petroleum refining, primary and secondary aluminum production.

| | | | | | |
|---|---|---|---|---|---|
| WED | 06/25/08 | 07066:01 | 5120:SS | Support Staff | 6.75 |

Commenced gathering data on longitude and latitude for provinces centers; advanced gathering data on longitude and latitude for each of the provinces and other points of interest for the calculation of travel distances for collection trucks; created a map of Guam using Tiger Line Shape Files; added data for provinces city center, latitude and longitude and other attributes, as well as other points of interest; sent file to Callen for comments; advanced in the materials balance for the single stream model; advanced in documenting the assumptions used in the calculations.

| | | | | | |
|---|---|---|---|---|---|
| THUR | 06/26/08 | 07066:01 | 5120:SS | Support Staff | 6.75 |

| TEDATE | PROJECTID |
|--------|-----------|
| 6/1/2008 to 6/30/2008 | 07066:01 to 07066:01 |

Met with Lund and identified points of interest for distance calculations in truck trips: transfer stations and landfills/dumps, registered the data in the point database and included it in the map of Guam; advanced in calculations for the single stream materials balance and in documenting assumptions for calculations; finished model for the materials balance for the single stream recycling, advanced in documenting assumptions for calculations.

| FRI | 06/27/08 | 07066:01 | 5120:SS | Support Staff<br>Extracted information from the EPA Waste Reduction Model (WARM), for use in green house gas GHG emissions calculations; compiled information on GHG to the excel sheet; Analyzed other previously gathered data on GHG emissions and energy consumption for materials production; for use in the energy budget and GHG emissions calculations; developed basis for the GHG calculation sheet, initiated calculation of GHG emissions for current practices. | 6.25 |
|---|---|---|---|---|---|

**Project Total:** 64.25

**Employee Total:** 64.25

**David Seader**

<u>07066:01</u>     <u>US District Court for Guam - Receivership</u>

| MON | 06/02/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Worked on CIS records; reviewed and responded to emails. | 2.00 |
|---|---|---|---|---|---|
| MON | 06/09/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Reviewed and responded to emails; reviewed operations memo preparing for site visit. | 3.00 |
| TUES | 06/10/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Reviewed financial status memo | 4.00 |
| THUR | 06/12/08 | 07066:01 | 5140:PRIN | Principal Associate<br>revised tip fee revenue analysis; participated in team conference call. | 4.00 |
| MON | 06/16/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Travel time on 6/16-6/17. Calculated as follows: Total gate to gate is 22 hours, making 11 hours eligible for travel time. | 11.00 |
| TUES | 06/17/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Briefed on operations by Lund. | 3.00 |
| WED | 06/18/08 | 07066:01 | 5140:PRIN | Principal Associate | 10.00 |

| TEDATE | PROJECTID |
|---|---|
| 6/1/2008 to 6/30/2008 | 07066:01 to 07066:01 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  | Monitored vehicle maintenance and collection operations; toured Ordot and got briefed by engineers and operators; monitored operations. |  |
| THUR | 06/19/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Coordinated operations; met with Next Generation and DMR on CIS issues; processed payroll; reviewed and approved purchase orders. | 10.00 |
| FRI | 06/20/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Participated in team conference call; participated in meeting with court and GBB mgmt; coordinated operations; helped prepared banning materials; coordinated production of banning materials. | 10.00 |
| SAT | 06/21/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Reviewed and revised banning materials; visited four SWMD sites and briefed personnel. | 6.00 |
| SUN | 06/22/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Reviewed packer truck bids; reviewed quarterly report draft. | 3.00 |
| MON | 06/23/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Monitored vehicle maintenance; conducted staff meeting; participated in conference call with Anderson, Suarez and Cepeda on emergency procurements; revised banning brochure; conducted CS meeting with Benavente; processed P/Os. | 10.00 |
| TUES | 06/24/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Coordinated operations; monitored vehicle maintenance; coordinated production of banning materials; processed P/Os; reviewed customer complaints. | 9.00 |
| WED | 06/25/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Coordinated operations; monitored vehicle maintenance; produced banning materials; processed P/Os. | 10.00 |
| THUR | 06/26/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Coordinated operations; worked with engineers on Ordot survey; held meeting on collections with Benavente and Jackson; monitored vehicle maintenance; prepared materials for Umatac mapping program. | 10.00 |
| FRI | 06/27/08 | 07066:01 | 5140:PRIN | Principal Associate | 11.00 |

| TEDATE | PROJECTID |
|---|---|
| 6/1/2008 to 6/30/2008 | 07066:01 to 07066:01 |

|  |  |  |  | Participated in team conference call; participated in meeting with Court and GBB mgmt; distributed banning materials to four SWMD facilities and briefed staff on program; processed P/Os; held weekly meeting on CS; responded to Bamba concerns. |  |
|---|---|---|---|---|---|
| SAT | 06/28/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Travel time on 6/28. Calculated as follows: Total gate to gate is 20 hours, making 10 hours eligible for travel time. | 10.00 |

**Project Total:** 126.00

**Employee Total:** 126.00

**David Manning**

| 07066:01 | | **US District Court for Guam - Receivership** | | | |
|---|---|---|---|---|---|
| SUN | 06/01/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Drafting, reviewing and responding to email. Planning for the ensuing week. | 4.00 |
| MON | 06/02/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Reviewing, responding and drafting email. Communicating on emergency purchases, conference call with PFM and financial review of the SWMD. | 8.00 |
| TUES | 06/03/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Drafting, reviewing and responding to email. Review of the financial condition of the SWMD. | 5.50 |
| WED | 06/04/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Drafting, reviewing and responding to email. Conference call with GBB and review of the financial condition of the SWMD. | 8.00 |
| THUR | 06/05/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Review, drafting and responding to email. Conference call with the Judge and Law Clerks and review of the financial condition of the SWMD. | 9.00 |
| FRI | 06/06/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Reviewing, drafting and responding to email. Conference call with GBB team and review of capital financing alternatives. | 8.00 |
| SAT | 06/07/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Reviewing, responding and drafting email. | 1.00 |
| SUN | 06/08/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate | 4.00 |

| TEDATE | PROJECTID |
|--------|-----------|
| 6/1/2008 to 6/30/2008 | 07066:01 to 07066:01 |

Reviewing, responding and drafting email, planning for the ensuing week, review of the status of emergency purchases and research on capital financing alternatives.

| MON | 06/09/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate | 8.00 |

Review, drafting and responding to email. Review of Shaw invoices. Review of CA comments on financial memo. Draft letter for May invoice and drafting of quarterly report to Court.

| TUES | 06/10/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate | 4.00 |

Reviewing, drafting and responding to email, review of comments on financial email and work on the Quarterly report to the Court.

| WED | 06/11/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate | 9.00 |

Reviewing, drafting and responding to email. Drafting Quarterly report, research on financing options and redraft of financial memo.

| THUR | 06/12/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate | 8.00 |

Drafting, reviewing and responding to email. Work on quarterly report to court. Conference call with GBB Team and conference call with Judge.

| FRI | 06/13/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate | 7.00 |

Drafting, reviewing and responding to email. Work on the quarterly report to the Court.

| SAT | 06/14/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate | 1.00 |

Reviewing, drafting and responding to email.

| SUN | 06/15/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate | 3.00 |

Reviewing, drafting and responding to email. Planning for the ensuing week.

| MON | 06/16/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate | 8.00 |

Drafting, reviewing and responding to email. Work on banning materials and work on quarterly report to Court.

| TUES | 06/17/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate | 8.00 |

Drafting, reviewing and responding to email. Work on banning issue and quarterly report to court.

| WED | 06/18/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate | 8.00 |

Drafting, reviewing and responding to email. Working on banning issue and quarterly report to Court.

| THUR | 06/19/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate | 8.00 |

| TEDATE | PROJECTID |
|---|---|
| 6/1/2008 to 6/30/2008 | 07066:01 to 07066:01 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  | Drafting, reviewing and responding to email. Reviewing banning materials, conference call with the GBB Team and conference call with the Judge. |  |
| FRI | 06/20/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Reviewing, responding and drafting email. Reviewing banning material and work on quarterly review of Court. | 7.00 |
| SAT | 06/21/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Reviewing, drafting and responding to email. | 3.00 |
| SUN | 06/22/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Drafting, reviewing and responding to email and planning for ensuing week. | 3.00 |
| MON | 06/23/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Reviewing, drafting and responding to email. Reviewing emergency purchases and preparing for 7/10 Status Hearing. | 8.00 |
| TUES | 06/24/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Reviewing, drafting and responding to email. Reviewing emergency purchases and preparing for the 7/10 Status Hearing. | 8.00 |
| WED | 06/25/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Reviewing, drafting and responding to email. Reviewing emergency purchases and preparing for the 7/10 Status Hearing. | 9.00 |
| THUR | 06/26/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Reviewing, responding and drafting email. Meeting with PFM, reviewing Military suggestions for revising the proposed MOU, GBB weekly call and weekly call with the Court. | 8.00 |
| FRI | 06/27/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Reviewing, drafting and responding to email. Discussions with Jack Tucker about Guam assignment and detailed review with GBB team of presentation for 7/10 hearing. | 9.00 |
| SAT | 06/28/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Reviewing, drafting and responding to email and work on presentation for 7/10 status hearing. | 6.00 |
| SUN | 06/29/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Review, draft and respond to email and work on presentation for 7/10 hearing. | 5.00 |
| SUN | 06/29/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Reviewing, drafting and responding to email. Preparing and revising the drafts for the 7/10 Status hearing. | 9.00 |

|  |  |
|---|---|
| Project Total: | 194.50 |

| TEDATE | PROJECTID |
|---|---|
| 6/1/2008 to 6/30/2008 | 07066:01 to 07066:01 |

Employee Total: **194.50**

## Francois Coulombe

<u>07066:01</u>        <u>US District Court for Guam - Receivership</u>

| MON | 06/09/08 | 07066:01 | 5140:SD | Support Director<br>Review and make recommendations for SWMD website. | 0.75 |
|---|---|---|---|---|---|
| TUES | 06/10/08 | 07066:01 | 5140:SD | Support Director<br>Review and make recommendations for SWMD website. | 2.00 |
| WED | 06/11/08 | 07066:01 | 5140:SD | Support Director<br>Website - prepare SWMD section. | 1.25 |
| THUR | 06/12/08 | 07066:01 | 5140:SD | Support Director<br>Manage website email alerts; reply to email; Website - SWMD section - review draft text; media review. | 1.25 |
| FRI | 06/13/08 | 07066:01 | 5140:SD | Support Director<br>Media review. | 0.25 |
| MON | 06/16/08 | 07066:01 | 5140:SD | Support Director<br>Media review. | 0.25 |
| TUES | 06/17/08 | 07066:01 | 5140:SD | Support Director<br>Media review; website alert request; website update. | 0.75 |
| WED | 06/18/08 | 07066:01 | 5140:SD | Support Director<br>Media review; Receiver-SWMD Website update; update contact database. | 0.75 |
| THUR | 06/19/08 | 07066:01 | 5140:SD | Support Director<br>Receiver-SWMD Website update; review draft brochure; ban press release. | 3.25 |
| FRI | 06/20/08 | 07066:01 | 5140:SD | Support Director<br>Receiver-SWMD Website update. | 4.50 |
| SAT | 06/21/08 | 07066:01 | 5140:SD | Support Director<br>Media review. | 0.25 |
| SUN | 06/22/08 | 07066:01 | 5140:SD | Support Director<br>Receiver-SWMD Website update. | 2.00 |
| MON | 06/23/08 | 07066:01 | 5140:SD | Support Director<br>Prepare and post RFEI on website; website update. | 3.00 |
| TUES | 06/24/08 | 07066:01 | 5140:SD | Support Director<br>RFEI distribution; website update; press release; review media. | 4.75 |
| WED | 06/25/08 | 07066:01 | 5140:SD | Support Director<br>Website update; RFEI distribution; ProjectSpaces server support. | 2.75 |
| THUR | 06/26/08 | 07066:01 | 5140:SD | Support Director | 3.50 |

| TEDATE | PROJECTID |
|--------|-----------|
| 6/1/2008 to 6/30/2008 | 07066:01 to 07066:01 |

Website update; review media.

| | | | | | |
|------|---------|----------|-----------|-----|------|
| FRI | 06/27/08 | 07066:01 | 5140:SD | Support Director<br>Media review. | 0.25 |
| SUN | 06/29/08 | 07066:01 | 5140:SD | Support Director<br>ProjectSpaces server support; review media. | 1.75 |
| MON | 06/30/08 | 07066:01 | 5140:SD | Support Director<br>Quarterly report graphics. | 2.25 |

**Project Total:** 35.50

**Employee Total:** 35.50

## Heather Miller Cox

**07066:01**  **US District Court for Guam - Receivership**

| | | | | | |
|------|---------|----------|-------------|-----|------|
| WED | 06/18/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Re-format Receiver logo for printed letterhead for Ravenelle. | 1.00 |
| THUR | 06/19/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Re-format Receiver logo for a variety of applications for internal use and for professional output. | 3.00 |
| SUN | 06/22/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Meeting with Atwater to layout 2-sided recycling materials flyer. Worked on Guam SWMD logo and Guam seal logo; cleanup and convert logos to black and white. | 3.00 |
| MON | 06/23/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Recreate four maps into vector format, combine and update maps. Convert truck image to format that would be visually appealing in black and white at low-resolution. Add maps to flyer. | 6.00 |
| MON | 06/23/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Made changes to maps, text edits; prepare final PDF file. | 5.00 |
| TUES | 06/24/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Convert maps and truck image to web format. | 2.00 |

**Project Total:** 20.00

**Employee Total:** 20.00

## Harvey Gershman

**07066:01**  **US District Court for Guam - Receivership**

| | | | | | |
|------|---------|----------|-------------|-----------|------|
| MON | 06/02/08 | 07066:01 | 5110:PRES | President | 2.00 |

| TEDATE | PROJECTID |
|---|---|
| 6/1/2008 to 6/30/2008 | 07066:01 to 07066:01 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  | Read, reply, and file emails and attachments; advance scheduling JGPO meeting for later in the week; advance hiring new team member. |  |
| TUES | 06/03/08 | 07066:01 | 5110:PRES | President<br>Read, reply, and file emails; filing; review Manning plan for the week; project team coordination; advance hiring new team member. | 2.00 |
| WED | 06/04/08 | 07066:01 | 5110:PRES | President<br>Read, reply, and file emails; conference call with Manning and Lund to review status of Layon and roads/bridges on Rt. 4; review PB PPT on same; advance scheduling meeting with JGPO. | 4.00 |
| THUR | 06/05/08 | 07066:01 | 5110:PRES | President<br>Prepare for meeting with JGPO with Lund; participate in meeting with JGPO; phone con with Manning to review same; read, reply and file emails; complete hiring new team member to start in July for Operations in Guam. | 6.00 |
| FRI | 06/06/08 | 07066:01 | 5110:PRES | President<br>Read, reply, and file emails; team conference call; follow up with Anderson concerning personnel matter; email to JGPO summarizing previous day meeting; filing; admin update to Chief Judge . | 6.00 |
| SUN | 06/08/08 | 07066:01 | 5110:PRES | President<br>Read and respond to emails; track security concerns with SWMD employee; review and comment on Manning financial memo; administrative coordination. | 4.00 |
| TUES | 06/10/08 | 07066:01 | 5110:PRES | President<br>Read and respond to emails; review and advance monthly report to the Court to accompany invoice for May 2008 services. | 2.00 |
| WED | 06/11/08 | 07066:01 | 5110:PRES | President<br>Read and respond to emails; review and advance monthly report to the Court to accompany invoice for May 2008 services; input to Bratton on Layon Landfill RFEI. | 2.00 |
| THUR | 06/12/08 | 07066:01 | 5110:PRES | President<br>Read and respond to emails; review and advance monthly report to the Court to accompany invoice for May 2008 services; further input to RFEI to Bratton; review SWMD organization issues with Anderson; review and comment on Manning financial analysis of SWMD; input to Guam Solid Waste Receiver web site to Coulombe; Guam Receiver Team Call; participate in weekly call with Court. | 6.00 |

| TEDATE | PROJECTID |
|---|---|
| 6/1/2008 to 6/30/2008 | 07066:01 to 07066:01 |

| | | | | | |
|---|---|---|---|---|---|
| TUES | 06/17/08 | 07066:01 | 5110:PRES | President<br>Read and respond to emails; continue review of draft RFEI; filing. | 2.00 |
| WED | 06/18/08 | 07066:01 | 5110:PRES | President<br>Read, respond and file emails; general filing; finalize Tucker press release; coordinate meetings for next week with Manning and others; continue review of Draft RFEI for Layon Landfill. | 4.00 |
| THUR | 06/19/08 | 07066:01 | 5110:PRES | President<br>Review and comment on ban of materials for disposal at Ordot; review and comment on draft MOU back from Fuligni, USN and send to Manning; start assembling email addresses for sending RFEI for Layon Landfill; read and respond to emails concerning Receivership. | 4.00 |
| FRI | 06/20/08 | 07066:01 | 5110:PRES | President<br>Read, respond and file emails; call with Seader and Atwater re: disposal ban communications; assemble contacts to receive for RFEI and forward to Bratton; review and comment on Military MOU received back from Military. | 3.50 |
| MON | 06/23/08 | 07066:01 | 5110:PRES | President<br>Read and respond to emails; send RFEI to inform other parties. | 1.00 |
| WED | 06/25/08 | 07066:01 | 5110:PRES | President<br>Read and respond to emails regarding Receivership; assemble supplies for Tucker and take to Nashville to give to Tucker; review Receiver web site changes; further input to ban efforts; review Manning draft written report for Receiver Quarterly Report. | 6.00 |
| THUR | 06/26/08 | 07066:01 | 5110:PRES | President<br>Meeting with Manning to go over status of all work; meeting with Daniel, Tucker, Anderson, and Manning to review PFM analysis of financing alternatives for Guam Solid Waste capital needs; meeting amongst Manning, Anderson, and Tucker to go Receivership status; weekly call with Chief Judge group to review the past week; read and respond to emails regarding the Receivership; review Manning draft PPT for Receiver Quarterly Report. | 8.00 |
| FRI | 06/27/08 | 07066:01 | 5110:PRES | President | 8.00 |

| TEDATE | PROJECTID |
|---|---|
| 6/1/2008 to 6/30/2008 | 07066:01 to 07066:01 |

Read and respond to emails concerning Receivership; meeting amongst Manning, Tucker, and Anderson to go over draft PPT for Receiver Quarterly Status hearing; send Manning comments on written report for Receiver Quarterly Status hearing; coordinate Lund input to Quarterly report.

| SUN | 06/29/08 | 07066:01 | 5110:PRES | President | 2.00 |
|---|---|---|---|---|---|

President
Read, respond and file emails; advance setting up Project Space site for Court-Receiver documents exchanging; review drafts of Court Status hearing documents.

| MON | 06/30/08 | 07066:01 | 5110:PRES | President | 5.00 |
|---|---|---|---|---|---|

President
Meet with Lund re: input to Court Status Hearing; meeting with Ravenelle and Daniel on preparing documents for Court Status Hearing; assemble draft Status Hearing document; call with Manning and Lund to discuss input to Court Status Hearing; read, respond, and file emails; review and approve final invoice for services for May 2008; phone con with Manning to coordinate Court Status Hearing documentation.

|  |  |
|---|---|
| **Project Total:** | 77.50 |
| **Employee Total:** | 77.50 |

### Jim Plutino

**07066:01**     **US District Court for Guam - Receivership**

| TUES | 06/10/08 | 07066:01 | 5110:CA | Contract Administrator | 4.00 |
|---|---|---|---|---|---|

Contract Administrator
Coordinated preparation of draft invoice including verification of GBB and Associates' billable hours; verified and assembled support documentation for reimbursable expenditures in accordance with contract requirements.

| WED | 06/11/08 | 07066:01 | 5110:CA | Contract Administrator | 4.50 |
|---|---|---|---|---|---|

Contract Administrator
Performed administrative duties necessary to confirm accuracy and completeness of invoice processing and contract diligence; continued assembling support documentation for reimbursable expenditures.

| FRI | 06/13/08 | 07066:01 | 5110:CA | Contract Administrator | 1.50 |
|---|---|---|---|---|---|

Contract Administrator
Finalized draft invoice and notes; created copies of invoice and documentation for e-mail of PDF copy to the Court for review.

| MON | 06/30/08 | 07066:01 | 5110:CA | Contract Administrator | 4.00 |
|---|---|---|---|---|---|

| TEDATE | PROJECTID |
|---|---|
| 6/1/2008 to 6/30/2008 | 07066:01 to 07066:01 |

Reconciled and corrected some discrepancies for notes and expense charges; reassembled and repaginated expense receipt documentation and advanced to finalize invoice; created scanned PDF file of May services invoice for distribution to Court and designated parties; made copies of invoice and documentation to deliver to Court by e-mail and FedEx; prepared second copy of invoice to mail to Attorney General Office.

|  |  |
|---|---|
| **Project Total:** | **14.00** |
| **Employee Total:** | **14.00** |

## Frank Bernheisel

**07066:01**    **US District Court for Guam - Receivership**

| | | | | | |
|---|---|---|---|---|---|
| WED | 06/04/08 | 07066:01 | 5110:VP | Vice President<br>Meet with Restrepo on route data and email to Anderson concerning maps and house counts for routes. | 1.00 |
| FRI | 06/06/08 | 07066:01 | 5110:VP | Vice President<br>Meet with Restrepo to discuss model and data sources. | 2.00 |
| FRI | 06/27/08 | 07066:01 | 5110:VP | Vice President<br>Review progress on recycling alternatives model with Restrepo | 1.00 |

|  |  |
|---|---|
| **Project Total:** | **4.00** |
| **Employee Total:** | **4.00** |

## Jack Tucker

**07066:01**    **US District Court for Guam - Receivership**

| | | | | | |
|---|---|---|---|---|---|
| THUR | 06/26/08 | 07066:01 | 5110:SPM | Senior Project Manager<br>Meeting with Daniel, Gershman, Anderson, and Manning to review PFM analysis of financing alternatives for Guam Solid Waste capital needs; meeting among Manning, Anderson, and Gershman to go over Receivership status | 8.00 |
| FRI | 06/27/08 | 07066:01 | 5110:SPM | Senior Project Manager<br>Meeting among Manning, Gershman, and Anderson to go over draft PPT for Receiver Quarterly Status hearing. | 8.00 |

|  |  |
|---|---|
| **Project Total:** | **16.00** |
| **Employee Total:** | **16.00** |

| TEDATE | PROJECTID |
|---|---|
| 6/1/2008 to 6/30/2008 | 07066:01 to 07066:01 |

**Lonelle Keller**

<u>07066:01</u>          <u>US District Court for Guam - Receivership</u>

| | | | | | |
|---|---|---|---|---|---|
| MON | 06/02/08 | 07066:01 | 5120:CA | Contract Administration<br>Checked entries of expenses against receipts provided by Manning for the month of May; sent Manning an email. Made copies of receipts for Guam invoice. | 1.75 |
| MON | 06/02/08 | 07066:01 | 5120:CA | Contract Administration<br>Collected and checked entries of hours and activity notes from Coulombe for the month of May. | 1.50 |
| MON | 06/02/08 | 07066:01 | 5120:CA | Contract Administration<br>Collected, checked entries of hours, and receipts from Anderson for the month of May. Emailed Anderson with questions. | 1.75 |
| MON | 06/02/08 | 07066:01 | 5120:CA | Contract Administration<br>Collected and checked Manning's time in BillQuick entries. | 0.25 |
| WED | 06/04/08 | 07066:01 | 5120:CA | Contract Administration<br>Worked on the AT&T Cell Phone Percentage allocation for the month of May. Made copies for Guam Invoice. | 1.25 |
| WED | 06/04/08 | 07066:01 | 5120:CA | Contract Administration<br>Collected and checked entries of hours and expenses against receipts provided by Seader for the month of May; made copies of receipts for Guam invoice. | 1.25 |
| FRI | 06/06/08 | 07066:01 | 5120:CA | Contract Administration<br>Made copy of FedEx charge for Guam; made copy of conference call charges for Guam for invoicing. | 0.25 |
| MON | 06/09/08 | 07066:01 | 5120:CA | Contract Administration<br>Worked on the Verizon Cell Phone Allocation Report for Invoices for Guam. Made copies. | 1.25 |
| WED | 06/11/08 | 07066:01 | 5120:CA | Contract Administration<br>Matched/checked receipts against entered Anderson's expenses in BQ for reimbursement for May, made corrections. Entered into QB. Made copies of expenses for invoice for Guam. Edited Guam BillQuick notes for employees. | 4.25 |
| FRI | 06/13/08 | 07066:01 | 5120:CA | Contract Administration<br>Checked Gershman's June expense receipts against BillQuick entries. Made copies for invoicing. | 0.50 |
| MON | 06/16/08 | 07066:01 | 5120:CA | Contract Administration | 1.25 |

Case 1:02-cv-00022     Document 260     Filed 08/08/2008     Page 28 of 50

| TEDATE | PROJECTID |
|--------|-----------|
| 6/1/2008 to 6/30/2008 | 07066:01 to 07066:01 |

|  |  |  |  | Checked BillQuick entries against receipts from Anderson.  Sent Anderson email. |  |
|--|--|--|--|--|--|
| WED | 06/18/08 | 07066:01 | 5120:CA | Contract Administration<br>Worked on PAETEC outbound usage bill report for Guam.  Downloaded and printed for invoicing. | 0.75 |
| FRI | 06/27/08 | 07066:01 | 5120:CA | Contract Administration<br>Checked BillQuick entries against original receipts from Anderson.   Made copies for Guam for invoicing.  Checked entries and made copies of Anderson's purchases for the DPW/SWMD. | 2.00 |
| FRI | 06/27/08 | 07066:01 | 5120:CA | Contract Administration<br>Collected, checked and entered hours and activity notes for Guam from Miller-Cox for June 2008. | 0.50 |
| MON | 06/30/08 | 07066:01 | 5120:CA | Contract Administration<br>Checked Gershman's Guam June receipts against his entries.  Made copies for invoicing. | 1.00 |

Project Total: **19.50**

Employee Total: **19.50**

**MaryJane Atwater**

<u>07066:01</u>          <u>US District Court for Guam - Receivership</u>

| MON | 06/09/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Review Guam SWMD Website; draft general observations and recommendations for improving the site. | 2.25 |
|--|--|--|--|--|--|
| TUES | 06/10/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Reviewed Receiver/SWMD website update plan compiled by Coulombe; provided additional comments and suggestions; sent revised website update plan to Manning, Gershman, Bratton and Anderson; reviewed materials ban background information from Manning. | 2.00 |
| WED | 06/11/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Discuss website structure and content with Coulombe; draft content for new SWMD pages (Main Page, About the SWMD, Services, News, Contact Us). | 2.75 |
| THUR | 06/12/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Drafted additional copy for website; sent to Coulombe, Manning, Gershman, Anderson and Lund. | 1.50 |
| MON | 06/16/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Discussed website revisions and materials ban with Anderson (phone call). | 0.25 |

| TEDATE | PROJECTID |
|---|---|
| 6/1/2008 to 6/30/2008 | 07066:01 to 07066:01 |

| | | | | | |
|---|---|---|---|---|---|
| WED | 06/18/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Review and edit Ban memo from Anderson; draft flyer announcing ban; draft sign outlining banned materials; draft letter to mayors and commercial haulers regarding ban; discuss press release with Coulombe. | 3.50 |
| THUR | 06/19/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Draft brochure copy; send to Anderson and Manning for comments; discuss printing specifications and logistics with graphic designer; draft press release; discuss status of all materials ban items with Anderson during phone call; review final draft of material ban policy memorandum. | 4.25 |
| FRI | 06/20/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Make edits to materials ban brochure copy; discuss printing specs with Anderson and graphic designer; review draft of banning policy memo; once memo was finalized, edit press release, brochure copy, website content to reflect enforcement policy; discuss website changes with Coulombe; telephone conference with Seader regarding creating a flyer instead of a brochure; draft instructions for designer. | 4.25 |
| SUN | 06/22/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Review website revisions; provide written edits and comments to Coulombe and Anderson. | 1.00 |
| MON | 06/23/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Review first proofs of materials ban flyer; suggest changes to graphic designer; review second proof and suggest additional minor changes; send proof to Manning, Seader and Anderson. Review final material ban policy document and incorporate revised penalty provisions in press release and website copy; send draft release and revised website copy to Anderson, Manning and Coulombe. Incorporate changes from Manning, Bratton and Seader in materials ban flyer. Send additional website changes to Coulombe. | 3.50 |
| TUES | 06/24/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Make final change to materials ban flyer; review final proof; send to Seader with photocopying instructions. | 0.75 |
| MON | 06/30/08 | 07066:01 | 5140:PRIN | Principal Associate | 1.00 |

| TEDATE | PROJECTID |
|---|---|
| 6/1/2008 to 6/30/2008 | 07066:01 to 07066:01 |

Reviewed PowerPoint for July 10 hearing; provided edits and comments to Manning, Gershman and Anderson.

| | |
|---|---|
| **Project Total:** | **27.00** |
| **Employee Total:** | **27.00** |

## NEIL DANIEL

<u>07066:01</u>     <u>US District Court for Guam - Receivership</u>

| THUR | 06/19/08 | 07066:01 | 5120:CON II | Consultant II<br>Research solid waste and recycling facilities in Australia for Gershman. | 1.00 |
|---|---|---|---|---|---|

| | |
|---|---|
| **Project Total:** | **1.00** |
| **Employee Total:** | **1.00** |

### Pat Ravenelle

<u>07066:01</u>     <u>US District Court for Guam - Receivership</u>

| WED | 06/11/08 | 07066:01 | 5110:SM | Support Manager<br>Proofread and formatted May invoice for Plutino. | 1.00 |
|---|---|---|---|---|---|
| THUR | 06/12/08 | 07066:01 | 5110:SM | Support Manager<br>Scanned and copied PFM subcontract and email for Gershman. | 0.25 |
| FRI | 06/13/08 | 07066:01 | 5110:SM | Support Manager<br>Finalized draft letter and May invoice attachments, made pdf. | 0.50 |
| FRI | 06/20/08 | 07066:01 | 5110:SM | Support Manager<br>Assisted with developing SWMD Receiver letterhead. | 0.50 |
| MON | 06/30/08 | 07066:01 | 5110:SM | Support Manager<br>Met with Gershman to organize Quarterly Report, started to print and punch sections. | 3.00 |

| | |
|---|---|
| **Project Total:** | **5.25** |
| **Employee Total:** | **5.25** |

### Timothy Bratton

<u>07066:01</u>     <u>US District Court for Guam - Receivership</u>

| MON | 06/02/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Phone call with Manning; prepare work order for Callen; review e-mail regarding Consent Decree projects. | 2.00 |
|---|---|---|---|---|---|
| TUES | 06/03/08 | 07066:01 | 5110:SVP | Senior Vice President | 2.50 |

| TEDATE | PROJECTID |
|---|---|
| 6/1/2008 to 6/30/2008 | 07066:01 to 07066:01 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | Meeting with Lund; review memoranda and directives prepared by Lund; meet with Callen to discuss work order; review e-mail regarding Consent Decree projects. | |
| WED | 06/04/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Conference call with Manning, Gershman, and Lund; work on draft outline of Request for Expressions of Interest; review e-mail regarding Consent Decree projects. | 3.50 |
| THUR | 06/05/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Complete draft outline of Request for Expressions of Interest and e-mail to Receiver Team; review e-mail regarding Consent Decree Projects. | 2.00 |
| FRI | 06/06/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Meeting with Lund; participate in Receiver Team conference call; review e-mail regarding Consent Decree projects; review other project documents. | 4.00 |
| MON | 06/09/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Phone call with Lund (now in Guam); review various e-mail memoranda and documents relative to Consent Decree projects. | 2.00 |
| TUES | 06/10/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Send e-mail to Manning; phone call with Lund; review e-mail regarding Consent Decree projects. | 2.50 |
| WED | 06/11/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Work on draft Request for Expressions of Interest (RFEI) relative to the proposed Layon Landfill; review e-mail regarding Consent Decree projects. | 5.00 |
| THUR | 06/12/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Revise and complete first draft of RFEI for proposed Layon Landfill and send internally for review; participate in Receiver Team conference call; review e-mail regarding Consent Decree projects; send e-mail. | 4.50 |
| FRI | 06/13/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Review internal comments on draft RFEI for proposed Layon Landfill and revise document; review e-mail regarding Consent Decree projects. | 2.50 |
| MON | 06/16/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Modify draft RFEI; review e-mail regarding Consent Decree projects. | 1.50 |
| TUES | 06/17/08 | 07066:01 | 5110:SVP | Senior Vice President | 3.50 |

| TEDATE | PROJECTID |
|---|---|
| 6/1/2008 to 6/30/2008 | 07066:01 to 07066:01 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  | Phone call with Manning; phone call with Lund; make additional revisions to draft RFEI; review e-mail regarding Consent Decree projects. |  |
| WED | 06/18/08 | 07066:01 | 5110:SVP | Senior Vice President<br>E-mail with Lund, Coulombe, Manning, and Anderson; complete revisions to RFEI and e-mail to Manning to transmit for other input; review e-mail regarding Consent Decree projects. | 3.50 |
| THUR | 06/19/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Participate in Receiver Team conference call; review and comment on proposed policy for banning certain materials at Ordot Dump; review and comment on Military response to draft MOU; review e-mail regarding Consent Decree projects. | 4.50 |
| FRI | 06/20/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Review and provide additional comments on revised draft policy memo on ban of certain materials at Ordot Dump; incorporate comments by others on draft RFEI and put into final form and coordinate distribution with e-mail to Manning, Lund, and Coulombe; conference call with Gershman, Manning, and Anderson; e-mail with Manning and Anderson; review e-mail regarding Consent Decree projects. | 4.50 |
| MON | 06/23/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Meeting with Lund; review revised draft of materials ban policy for Ordot Dump and draft text for signs and flyers and comment to Receiver Team; send list of companies to receive RFEI to Coulombe for e-mailing of RFEI; review e-mail regarding Consent Decree projects. | 2.00 |
| TUES | 06/24/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Review documents for Lund and meet with Lund to discuss; review internal draft of Quarterly Receiver Report; review e-mail regarding Consent Decree projects. | 3.50 |
| WED | 06/25/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Prepare comments/edits to internal draft of Receiver's Quarterly Report; phone call with Coulombe; e-mail with Manning; review e-mail regarding Consent Decree projects. | 4.00 |
| THUR | 06/26/08 | 07066:01 | 5110:SVP | Senior Vice President | 4.50 |

| TEDATE | PROJECTID |
|---|---|
| 6/1/2008 to 6/30/2008 | 07066:01 to 07066:01 |

Meeting with Lund; participate in Receiver Team conference call; review and comment on draft text from Lund for Receiver's Quarterly Report; receive an Expression of Interest in multiple files in response to RFEI and distribute for review and start review.

FRI    06/27/08    07066:01    5110:SVP

Senior Vice President
Review daily Work Activity Forms for Ordot Dump sent by Anderson for review and prepare comments; review e-mail regarding Consent Decree projects; coordinate with support staff regarding draft report information from Lund.

2.00

MON    06/30/08    07066:01    5110:SVP

Senior Vice President
Review Expression of Interest; review e-mail regarding Consent Decree projects.

2.00

**Project Total:**    **66.00**

**Employee Total:**    **66.00**

# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800 Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

H. GERSHMAN

| | |
|---|---|
| Project ID: | 07066:01 |
| Project Name: | US District Court for Guam - Receivership |
| Manager: | HWG |
| Client ID: | 07066 |

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 6/1/2008 to 6/30/2008 | HWG to HWG | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 6/5/2008 | Mileage | 30.00 | $0.51 | $15.15 | 0.00 | $15.15 | Billable |
| | GBB to Crystal City for JGPO meeting | | | | | | |
| 6/5/2008 | Parking | 1.00 | $12.00 | $12.00 | 0.00 | $12.00 | Billable |
| | Colonial Garage Parking | | | | | | |
| 6/5/2008 | Meeting Expenses | 1.00 | $25.00 | $25.00 | 0.00 | $25.00 | Billable |
| | Meeting amongst Gershman and Lund to prepare for JGPO meeting | | | | | | |
| 6/22/2008 | Lodging | 1.00 | $3,000.00 | $3,000.00 | 0.00 | $3,000.00 | Billable |
| | Ladera Rental for lodging for GBB employees while in Guam. | | | | | | |
| 6/25/2008 | Parking | 1.00 | $20.85 | $20.85 | 0.00 | $20.85 | Billable |
| | Econopark Express; Baltimore Airport 6/25/08-6/27/08 | | | | | | |
| 6/25/2008 | Mileage | 40.00 | $0.51 | $20.20 | 0.00 | $20.20 | Billable |
| | Mileage from Bethesda to BWI Baltimore Airport for trip to Nashville | | | | | | |
| 6/25/2008 | Meals | 1.00 | $6.89 | $6.89 | 0.00 | $6.89 | Billable |
| | Gershman food (per diem); Charlie Chang's Kwai, BWI Airport | | | | | | |
| 6/25/2008 | Meals | 1.00 | $1.97 | $1.97 | 0.00 | $1.97 | Billable |
| | Gershman food (per diem); Starbucks Coffee Nashville Airport | | | | | | |
| 6/25/2008 | Taxi | 1.00 | $30.00 | $30.00 | 0.00 | $30.00 | Billable |
| | Taxi Nashville Airport to Renaissance Hotel Downtown Nashville | | | | | | |
| 6/25/2008 | Plane | 1.00 | $365.50 | $365.50 | 0.00 | $365.50 | Billable |
| | Southwest Airlines - Confirmation # KB9V86 - BWI to BNA and return | | | | | | |
| 6/26/2008 | Meeting Expenses | 1.00 | $19.00 | $19.00 | 0.00 | $19.00 | Billable |
| | Renaissance Hotel; meeting with Manning | | | | | | |
| 6/26/2008 | Meals | 1.00 | $3.82 | $3.82 | 0.00 | $3.82 | Billable |
| | Meeting amongst Manning, Daniel, Anderson, Tucker, and Gershman to discuss financing alternatives | | | | | | |
| 6/26/2008 | Meals | 1.00 | $19.00 | $19.00 | 0.00 | $19.00 | Billable |
| | Renaissance Hotel; Gershman food (per diem) | | | | | | |
| 6/26/2008 | Meals | 1.00 | $11.60 | $11.60 | 0.00 | $11.60 | Billable |
| | Swetts Restaurant; Nashville, TN; Gershman food (per diem) | | | | | | |
| 6/26/2008 | Meals | 1.00 | $11.60 | $11.60 | 0.00 | $11.60 | Billable |
| | Swetts Restaurant; Nashville, TN; Anderson food (per diem) | | | | | | |
| 6/26/2008 | Meeting Expenses | 1.00 | $23.18 | $23.18 | 0.00 | $23.18 | Billable |



# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

**Project ID:**      **07066:01**
**Project Name:**   **US District Court for Guam - Receivership**
**Manager:**      **HWG**
**Client ID:**      **07066**

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 6/1/2008 to 6/30/2008 | HWG to HWG | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| | Swetts Restaurant; Nashville, TN; Manning and Tucker meeting with Gershman and Anderson | | | | | | |
| 6/26/2008 | Lodging | 1.00 | $150.67 | $150.67 | 0.00 | $150.67 | Billable |
| | Renaissance Hotel Nashville; Geshman lodging | | | | | | |
| 6/27/2008 | Meals | 1.00 | $2.72 | $2.72 | 0.00 | $2.72 | Billable |
| | HMSHOST Nashville Airport; Gershman food (per diem) | | | | | | |
| 6/27/2008 | Mileage | 40.00 | $0.51 | $20.20 | 0.00 | $20.20 | Billable |
| | Mileage from BWI Baltimore Airport to Bethesda | | | | | | |
| 6/27/2008 | Meals | 1.00 | $14.50 | $14.50 | 0.00 | $14.50 | Billable |
| | Corky's Ribs; Brentwood, TN; Gershman food (per diem) | | | | | | |
| 6/27/2008 | Meeting Expenses | 1.00 | $29.00 | $29.00 | 0.00 | $29.00 | Billable |
| | Corky's Ribs; Brentwood, TN; Manning and Tucker with Gershman and Anderson | | | | | | |
| 6/27/2008 | Meals | 1.00 | $14.50 | $14.50 | 0.00 | $14.50 | Billable |
| | Corky's Ribs; Brentwood, TN; Anderson food (per diem) | | | | | | |
| 6/27/2008 | Meals | 1.00 | $6.21 | $6.21 | 0.00 | $6.21 | Billable |
| | Burger King; Nashville, TN; Gershman food (per diem) | | | | | | |

**Sum of Billable Expenses:**    $3,823.56      $3,823.56

**Billable + Non-Billable Total:**    $3,823.56      $3,823.56



**From:** Southwest Airlines [SouthwestAirlines@mail.southwest.com]
**Sent:** Friday, May 30, 2008 12:30 PM
**To:** Cora Chaply
**Subject:** Ticketless Confirmation - GERSHMAN/HARVEY -

07066-01



Save up to **25% OFF** & earn Triple Rapid Reward
Credit on any two day rental from Alamo.
BOOK NOW >> Use Corporate ID/Rate 7013951

Alamo

**Receipt and Itinerary as of 05/30/08 11:29 AM**

**Confirmation Number**



Confirmation Date: 05/30/08
Received: HARVEY G

### Passenger Information

| Passenger Name | Account Number | Ticket# | Expiration[1] |
|---|---|---|---|
| GERSHMAN/HARVEY | | | 05/30/09 |

[1] All travel involving funds from this Confirmation Number must be completed by the expiration date.

### Itinerary

| Date | Flight | Routing Details |
|---|---|---|
| Wed Jun 25 | 2785 | Depart BALTIMORE-WASHNTN (BWI) at 3:10 PM<br>Arrive in NASHVILLE TN (BNA) at 4:00 PM |
| Fri Jun 27 | 2893 | Depart NASHVILLE TN (BNA) at 3:25 PM<br>Arrive in BALTIMORE-WASHNTN (BWI) at 6:10 PM |

### Cost and Payment Summary

| | |
|---|---|
| Air | $ 321.86 |
| Tax | $ 31.14 |
| PFC Fee | $ 7.50 |
| Security Fee | $ 5.00 |

**Total Payment: $365.50**

Current payment(s)
05/30/08 AMER EXPRESS xxxxxxxxxxx6002 Ref 526-2307763561-2 $365.50

### Fare Rule(s)

Valid only on Southwest Airlines. NON REFUNDABLE/ STANDBY REQ UPGRADE TO YL All travel involving funds from this Confirmation Number must be completed by the expiration date. Any change to this itinerary may result in a fare increase.

Fare Calculation:

ADT- 1 BWIWNBNA Q7NR 156.00 BNAWNBWI YL 190.00 $346.00 ZPBWI BNA XFBWI4.50 BNA3.00 AYBWI2.50 BNA2.50 $365.50

1

RENAISSANCE.
HOTELS & RESORTS

| 1400 | GERSHMAN/HARVEY | 129.00 | DUPLICATE | 13:51 | ACCT# |
| Room | Name | Rate | Depart | Time | 2403 |

EK
Type

06/25/08
Arrive

Time

8550 ARLINGTON BLVD
FAIFAX     VA
AXXXXXXXXXXXXXX6002
Room
Clerk  22031
Payment

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|------|-----------|---------|---------|-------------|
| 06/25 | LOBBIES    52561400 | 17.00 | *— not Gwan charge* | |
| 06/25 | ROOM       1400, 1 | 129.00 | | |
| 06/25 | STATE TX   1400, 1 | 11.93 | | |
| 06/25 | OCC TAX    1400, 1 | 7.74 | | |
| 06/25 | CITY TAX   1400, 1 | 2.00 | | |
| 06/26 | RESTRNT    39181400 | 38.00 | | |
| 06/26 | CCARD-AX | | 205.67 | |
| | AXXXXXXXXXXXXXX6002 | | | |
| | | | | .00 |

C7C66-01

Ledging —    150.67

GERSHMAN FOOD  —   19.00
   (per Diem)

MEETING EXPENSE  —  19.00
   (MANNING)     _____
              188.67

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after checkout, you will owe us interest from the checkout date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X _____

To secure your next stay, go to renaissancehotels.com or call 800 228 9290.

Thank You for your Patronage
COLONIAL
Century I & II Garage

06/05/08 15:43   L# 1 A# 2   Txn#553252
06/05/08 13:00 In   06/05/08 15:43 Out
Fee ......1   $   12.00
Total Fee     $   12.00
CASH PAID     $   12.00
Cash Tender   $   12.00
Change Due    $    0.00
Monthly Spaces Available
Reduced Rates
CALL 202-295-8200

C07066-01

6/5/08
30 miles @ $0.515/mile
= $15.15

C07066-01

0023
Server: DIEGO D (8042)
06/05/08 13:35, Swiped

JALEO
2250A CRYSTAL DRIVE
ARLINGTON, VA 22202
(703)413-8181
MERCHANT #:

CARD TYPE     ACCOUNT NUMBER
AMERICAN EXPRES  XXXXXXXXXXXX
Name: HW GERSHMAN
DO TRANSACTION APPROVED
AUTHORIZATION #:

TRANS TYPE: Credit Card Sale

CHECK:

TIP:

TOTAL:

X

PHONE: (
CARDHOLDER WILL PAY CARD
AMOUNT PURSUANT TO CARDHOLDER
THANK YOU!
SIGNED COPY

Receipt  C07066-01 ✓                    TAXI          (35)

Date 6/25/08      Price $ 30.00

Name  Gershman

Pick Up  BNA - Nashville Airport

Drop Off  Ren Hotel Downtown

Parking ⃝36

```
ECONOPARK EXPRESS
   866-411-7275
    THANK YOU

RECEIPT        H2

ENTRY TIME:
06/25/08      13:25
EXIT TIME:
06/27/08      23:08
PARK-DUR.: HRS:MIN
            2:09:43
AMOUNT:
          $ 20.85

KIND OF PAYMENT:
AMERICAN EXPRESS
XXXXXXXXXXX6002
      XYXXX 071
AUTH. CODE

INCLUDES PARKING
TAX $.40 PER DAY
```

C07066-01

```
        HMSHOST
        PROVENCE
  NASHVILLE INT'L AIRPORT

147 SAMIA
----------------------------------
3159  JUN27'08  6:32PM
----------------------------------

1 BLCK CURNT SCONE      2.49
CASH                    5.00

  SUBTOTAL              2.49
  TAX                   0.23
  AMOUNT        2.72
  CHANGE                2.28
```

*CO7066-01*
*Gershman (Per Diem)*

```
        SWETTS RESTAURANT
        2725 CLIFTON AVENUE
        NASHVILLE, TN 37209

06/26/2008                     12:56:03
Merchant ID:         000000000214183
Terminal ID:               01455830
825191200880

          CREDIT CARD
          MC SALE

CARD #            XXXXXXXXXXX2687
INVOICE                      0036
Batch #:                   000133
Approval Code:             273718
Entry Method:              Swiped
Approved:                  Online

SALE AMOUNT              $46.38
          CUSTOMER COPY
```

*FOOD*

*$11.50 — HG Food (Per Diem)*
*11.50 — CA "  "*
*23.00  meals (AMJT)*

```
✓
```

---

```
  & & & 404 & & &
******** THE BRIDGE ********
420 KELLY
--------------------------------
TBL 1/1      4227      GST 1
    26JUN'08 11:11AM
--------------------------------
1 SOFT DRINK            1.75
1 SM COFFEE             1.75
  Sub-Total:            3.50
    Tax                 0.32
    Total:      3.82
CASH                    3.82
----420 CLOSED 26JUN 11:12AM----
```

*CO7066-01*
*Meeting Expense*

```
        HMSHOST
  STARBUCKS COFFEE C6
NASHVILLE INTERNATIONAL AIRPORT

226 BEZA
--------------------------------
CHK 2236 JUN25'08  4:21PM
--------------------------------

1 TALL COD T            1.80

  SUBTOTAL              1.80
  TAX                   0.17
  AMOUNT        1.97
  CASH                 20.00
  CHANGE               18.03


  We value your comments
  BNA.Comments@HMSHOST.COM
```

*CO7066-01*
*Gershman (Per Diem)*

**BURGER KING**

ORDER#

**57**

WITH FOOD PURCHASE.
SEE DETAILS ON BACK.
BK #16033
Nashville International Airport
Concourse C

1031 Breon H
Chk 4157          Jun27'08 06:07PM

**To Go**
1 Steak Burger            3.99
1 Md Fries                1.69
Cash                      7.00

Subtotal:                 5.68
Tax:                      0.53
Total:                    6.21
Change Due:               0.79

WITH FOOD PURCHASE.
SEE DETAILS ON BACK.

**HOW WAS IT?**

1 - TELL US AT:

1-866-425-4745

**CHECK ON BACK**

CO706601
Gershman food (Per Diem)

---

**CHARLIE CHIANG'S KWAI**
THANK YOU
**BWI AIRPORT**

06/25/08                    000001
#1765        2:22PM      SERV.0010001

DOUBLE DELIGHT              $6.50
MDSE ST                     $6.50
TAX1                        $0.39

V/M                         $6.89

*Food*

*HG Food*
*(Per Diem)  CO7066-01*

PLEASE [ ] SERVER
CO[ ] & b60
100 Franklin Rd
Brentwood, TN 37027
615-373-1020

Server: Frankie            DOB: 06/27/2008
01:00 PM                        06/27/2008
Table 63/1                      1/10019

AMEX                          1048610
Card #XXXXXXXXXXX4009
Magnetic card present: GERSHMAN HW
Approval: 535536

Amount:           48.83

+ Tip:             9.17

= Total:          58.00

X _____

*Meeting — $29.00*
*HG — 14.50*
*CA — 14.50*

CORKY IS AN EARLY RISER!!
We can have a Party Pack ready
By 9 AM!  Give Us a Call!!
Please Write on BOTH Copies!
THIS DOES NOT COPY THRU
THANK YOU & COME AGAIN!!

# DIVIDEND MILES



**VISA SIGNATURE**

| | |
|---|---|
| Prepared for: **HARVEY W GERSHMAN** | **July 2008 Statement** |
| Account Number: | Credit Line: $15,100.00 |
| | Cash or Credit Available: $12,100.00 |

## Customer Service
For Information on Your Account Visit:
www.bankofamerica.com
Call toll-free 1-800-583-1620
TDD hearing-impaired 1-800-222-7365
Mail Payments to:
BANK OF AMERICA
P.O. BOX 17309
BALTIMORE, MD 21297-1309
Mail Billing Inquiries to:
BANK OF AMERICA
P.O. BOX 15026
WILMINGTON, DE 19850-5026

## Account Information

### Summary of Transactions

| | | |
|---|---|---|
| Previous Balance | | $3,683.69 |
| Payments and Credits | − | $3,683.69 |
| Purchases and Adjustments | + | $3,000.00 |
| Periodic Rate Finance Charges | + | $0.00 |
| Transaction Fee Finance Charges | + | $0.00 |
| New Balance Total | | $3,000.00 |

### Billing Cycle and Payment Information

| | |
|---|---|
| Days in Billing Cycle | 32 |
| Closing Date | 07/16/08 |
| Payment Due Date | 08/05/08 |
| Current Payment Due | $30.00 |
| Past Due Amount + | $0.00 |
| Total Minimum Payment Due | $30.00 |

## Transactions

### Payments and Credits

| | Promotional Offer ID | Posting Date | Transaction Date | Reference Number | Account Number | Amount |
|---|---|---|---|---|---|---|
| BA ELECTRONIC PAYMENT | | 07/01 | | | | 3,683.69 CR |

### Purchases and Adjustments

| | Promotional Offer ID | Posting Date | Transaction Date | Reference Number | Account Number | Amount |
|---|---|---|---|---|---|---|
| LADERA TOWER | 671-7351111 GU | 07/01 | 06/30 | 0016 | 8377 | 3,000.00 |

```
          US AIRWAYS VISA CREDIT CARD MILES
                 DIVIDEND MILES ACCOUNT
          3,000   MILES EARNED ON PURCHASES
              0   US AIRWAYS PURCHASE BONUS
              0   ADJUSTED CREDIT CARD MILES
          3,000   TOTAL MILES THIS CYCLE
```

## Important Information About Your Account

PAY YOUR BILL QUICKLY WITH THE PAY BY PHONE SERVICE. CALL 1-866-297-9258 TO
USE THE AUTOMATED SERVICE OR DISCUSS OTHER PAYMENT OPTIONS.

13    003000000000300000368369000414736101248B377

BANK OF AMERICA
P.O. BOX 17309
BALTIMORE, MD 21297-1309

HARVEY W GERSHMAN



□ Check here for a change of mailing address or phone number(s).
Please provide all corrections on the reverse side.

### Payment Information

ACCOUNT NUMBER:

NEW BALANCE TOTAL:
PAYMENT DUE DATE: 08/05/08

**TOTAL MINIMUM PAYMENT DUE**

Enter Payment Amount Enclosed:
$

Mail this payment coupon along with a
check or money order payable to: BANK OF AMERICA



# Gershman, Brickner & Bratton, Inc. (40)

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

| | |
|---|---|
| Project ID: | **07066:01** |
| Project Name: | **US District Court for Guam - Receivership** |
| Manager: | **HWG** |
| Client ID: | **07066** |

*D. MANNING*

| ELDATE | PROJECTID | EMPLOYEEID |
|---|---|---|
| 6/1/2008 to 6/30/2008 | 07066:01 to 07066:01 | DM to DM |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 6/26/2008 | Phone | 1.00 | $89.51 | $89.51 | 0.00 | $89.51 | Billable |
| | Data roaming charges while in Guam during period 4/23/08 to 5/2/08. | | | | | | |
| 6/26/2008 | Phone | 1.00 | $82.06 | $82.06 | 0.00 | $82.06 | Billable |
| | Roaming charges for data while in Guam during May. | | | | | | |
| 6/26/2008 | Mileage | 78.00 | $0.51 | $39.39 | 0.00 | $39.39 | Billable |
| | Mileage from home office to PFM meeting and return (24 miles), to dinner meeting and return (24 miles) and to airport and return taking HG to airport (30 miles). | | | | | | |
| 6/26/2008 | Parking | 1.00 | $6.00 | $6.00 | 0.00 | $6.00 | Billable |
| | Parking for meeting with PFM to discuss capital funding options. | | | | | | |
| | **Sum of Billable Expenses:** | | | $216.96 | | $216.96 | |
| | **Billable + Non-Billable Total:** | | | $216.96 | | $216.96 | |

*Less phone charges moved to phone costs Line item*

*(171.57)*
*$45.39*



07066-01

LIBRARY GARAGE
CENTRAL PARKING SYSTEM
ID NORTH TRANSIT?
PHONE 254 1741

06/06/03 12:22   LN 1 AR  3   INV#201100
06/26/03 08:01 IN  06/26/03 12:22 OUT
Tkt# 494892
Fee 1          $ 6.00
Total Fee      $ 6.00
CASH PAID      $ 6.00-
Cash Tender    $ 6.00
Change Due     $ 0.00
THANK YOU
PLEASE COME AGAIN


# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

Project ID:       07066:01
Project Name:   US District Court for Guam - Receivership
Manager:        HWG
Client ID:        07066

C. ANDERSON

| ELDATE | PROJECTID | EMPLOYEEID |
|---|---|---|
| 6/1/2008 to 6/30/2008 | 07066:01 to 07066:01 | CA to CA |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 6/1/2008 | Meals | 1.00 | $47.24 | $47.24 | 0.00 | $47.24 | Billable |
| | Food purchased at supermarket.  Lagging 5/30/08 receipt | | | | | | |
| 6/1/2008 | Meals | 1.00 | $21.86 | $21.86 | 0.00 | $21.86 | Billable |
| | Food good purchased at supermart to cook;  Lagging 5/31/08 receipt. | | | | | | |
| 6/2/2008 | Miscellaneous Travel Expenses | 1.00 | $47.57 | $47.57 | 0.00 | $47.57 | Billable |
| | Per Diem: fuel in Guam | | | | | | |
| 6/3/2008 | Meals | 1.00 | $8.95 | $8.95 | 0.00 | $8.95 | Billable |
| | Per Diem: lunch for Anderson at Truong's Restaurant | | | | | | |
| 6/4/2008 | Meals | 1.00 | $36.64 | $36.64 | 0.00 | $36.64 | Billable |
| | Per Diem: purchased groceries. (can not read receipt) | | | | | | |
| 6/6/2008 | Meals | 1.00 | $19.99 | $19.99 | 0.00 | $19.99 | Billable |
| | Payless Micromall - Anderson Food - Per Diem | | | | | | |
| 6/6/2008 | Meals | 1.00 | $20.00 | $20.00 | 0.00 | $20.00 | Billable |
| | Per diem: groceries | | | | | | |
| 6/6/2008 | Meals | 1.00 | $26.40 | $26.40 | 0.00 | $26.40 | Billable |
| | Jeff's Pirates Cove - Anderson Food - Per Diem | | | | | | |
| 6/7/2008 | Meals | 1.00 | $5.99 | $5.99 | 0.00 | $5.99 | Billable |
| | Subway - Anderson Food - Per Diem | | | | | | |
| 6/8/2008 | Meals | 1.00 | $8.75 | $8.75 | 0.00 | $8.75 | Billable |
| | Per Diem: groceries | | | | | | |
| 6/9/2008 | Meals | 1.00 | $24.64 | $24.64 | 0.00 | $24.64 | Billable |
| | Dewars Clubhouse honolulu Intl Airport -Per Diem Guam - Anderson Food | | | | | | |
| 6/9/2008 | Miscellaneous Travel Expenses | 1.00 | $32.00 | $32.00 | 0.00 | $32.00 | Billable |
| | Per Diem: fuel in Guam | | | | | | |
| 6/10/2008 | Meals | 1.00 | $1.49 | $1.49 | 0.00 | $1.49 | Billable |
| | Paradies Shops, Portland Intl Airport - Anderson Food - Per Diem | | | | | | |
| 6/10/2008 | Meals | 1.00 | $11.20 | $11.20 | 0.00 | $11.20 | Billable |
| | Capers Cafe - Anderson Food - Per Diem | | | | | | |
| 6/16/2008 | Car Rental | 1.00 | $935.99 | $935.99 | 0.00 | $935.99 | Billable |
| | Hertz rental car from 5/23 to 6/10 '08. | | | | | | |
| 6/24/2008 | Plane | 1.00 | $283.00 | $283.00 | 0.00 | $283.00 | Billable |
| | Alaska/Horizon Airlines, Ticket number 027-2122089384 - 6/24/08 Medford, OR to Seattle, WA (for Guam trip) & return 8/5/08 Medford, OR to Seattle, WA. | | | | | | |
| 6/25/2008 | Meals | 1.00 | $46.91 | $46.91 | 0.00 | $46.91 | Billable |

BillQuick Standard Report Copyright 2007. Last Modified on: 7/9/2008

# Gershman, Brickner & Bratton, Inc. (43)

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

Project ID: **07066:01**
Project Name: **US District Court for Guam - Receivership**
Manager: **HWG**
Client ID: **07066**

| ELDATE | PROJECTID | EMPLOYEEID |
|---|---|---|
| 6/1/2008 to 6/30/2008 | 07066:01 to 07066:01 | CA to CA |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| | Per Diem meal in Nashville where I travelled to for meetings with Manning, Gershman, and Tucker. | | | | | | |
| 6/25/2008 | Plane | 1.00 | $510.50 | $510.50 | 0.00 | $510.50 | Billable |
| | Travel to Nasvhille for meetings with Manning, Gershman, and Tucker. Receipt and Itinerary as of 06/04/08 8:38 AM Confirmation Number | | | | | | |
| | Confirmation Date: 06/04/08 Received: RICHARD Passenger Information Passenger Name Account Number Ticket# Expiration1 ANDERSON/RICHARD | | | | | | |
| 6/26/2008 | Parking | 1.00 | $6.00 | $6.00 | 0.00 | $6.00 | Billable |
| | Per Diem: parking expense while meeting with Gershman, Manning, and Tucker. | | | | | | |
| 6/27/2008 | Meals | 1.00 | $5.79 | $5.79 | 0.00 | $5.79 | Billable |
| | Per Diem: coffee for Gershman and me. | | | | | | |
| 6/28/2008 | Meals | 1.00 | $4.92 | $4.92 | 0.00 | $4.92 | Billable |
| | Per Diem: coffee | | | | | | |
| 6/28/2008 | Miscellaneous Travel Expenses | 1.00 | $17.91 | $17.91 | 0.00 | $17.91 | Billable |
| | Per Diem: fuel for rental car before returning it to rental agency. | | | | | | |
| 6/28/2008 | Car Rental | 1.00 | $157.22 | $157.22 | 0.00 | $157.22 | Billable |
| | Per Diem: Rental car for meetings in Nashville. | | | | | | |
| 6/30/2008 | Phone | 1.00 | $35.18 | $35.18 | 0.00 | $35.18 | Billable |
| | Qwest Phone allocation for June. | | | | | | |
| 6/30/2008 | Phone | 1.00 | $67.03 | $67.03 | 0.00 | $67.03 | Billable |
| | Qwest Phone Allocation for June | | | | | | |
| 6/30/2008 | Meals | 1.00 | $7.83 | $7.83 | 0.00 | $7.83 | Billable |
| | Per Diem: Groceries to take back to the apartment and cook. | | | | | | |

|  | Sum of Billable Expenses: | $2,391.00 | $2,391.00 |
|---|---|---|---|
|  | Billable + Non-Billable Total: | $2,391.00 | $2,391.00 |

Less phone costs     (102.21)

Cha... (44) O'Toole-C1

| | |
|---|---|
| **From:** | Alaska/Horizon Airlines [Alaska.IT@AlaskaAir.com] |
| **Sent:** | Monday, June 09, 2008 3:02 PM |
| **To:** | Cora Chaply |
| **Subject:** | Alaska Airlines/Horizon Air Confirmation Letter for 6/24/08 |

Thank you for choosing Alaska Airlines / Horizon Air!

For questions, changes or cancellations on an Alaska Airlines or Horizon Air purchased or Mileage Plan award ticket, please call 1-800-ALASKAAIR (1-800-252-7522) for Alaska Airlines, or 1-800-547-9308 for Horizon Air. (If calling from Mexico, precede these telephone numbers with 001.)

For questions, changes, or cancellations on an American Airlines, British Air, Continental Airlines, Delta Air Lines or Northwest Airlines Partner Award ticket, please call the Partner Desk at 1-800-307-6912.

Confirmation Code: MYRMTO

Name: ANDERSON/RICHARD
Ticket Number:
Base Fare: 243.72
Tax: 39.28
Total: 283.00
Mileage Plan: Alaska Airlines #*****453


REMINDERS AND RESTRICTIONS

This electronic ticket is not transferable. This ticket is non-refundable. If you choose to change your itinerary, any fare increases and a change fee will be collected at that time.

PAYMENT INFORMATION

The amount of $283.00 (USD) was charged to the Visa Card ***********9540 held by R C ANDERSON on 6/9/2008, using electronic ticket number        . This document is your receipt.

Name: ANDERSON/LAWSON
Ticket Number:
Base Fare: 243.72
Tax: 39.28
Total: 283.00
Mileage Plan: None


REMINDERS AND RESTRICTIONS

This electronic ticket is not transferable. This ticket is non-refundable. If you choose to change your itinerary, any fare increases and a change fee will be collected at that time.

PAYMENT INFORMATION

1

The amount of $283.00 (USD) was charged to the Visa Card *************9540 held by R C ANDERSON on 6/9/2008, using electronic ticket number _____. This document is your receipt.

ITINERARY

June 24 2008
        Alaska Airlines 2458, operated by HORIZON AIR
            Check-in with HORIZON AIR
        Depart: Medford, OR at 12:30 PM
        Arrive: Seattle, WA at 1:50 PM
        Seats: 12D, 12E,  K Class


August 05 2008
        Alaska Airlines 2461, operated by HORIZON AIR
            Check-in with HORIZON AIR
        Depart: Seattle, WA at 10:30 PM
        Arrive: Medford, OR at 11:50 PM
        Seats: 11D, 11E,  K Class


BAGGAGE

For travel prior to July 1, 2008 each ticketed passenger is allowed, free of charge, two checked bags and one carry-on bag plus one personal item, such as a purse, briefcase, or laptop computer.

Effective for travel on or after July 1, 2008, one piece of checked baggage will be allowed free of charge. Each bag can be a maximum of 62 linear inches (length + width + height) and may weigh up to 50 pounds.  Excess baggage charges apply to additional pieces, overweight pieces between 51 and 100 pounds and oversized pieces of luggage.

The carry-on bag can measure up to 10" high, 17" wide, and 24" long (25 x 43 x 60 cm). We recommend you put identification on both the outside and inside of all baggage.  At least one of your carry-on items should be stowed under the seat in front of you. The free weight allowance is 50 pounds per piece of checked baggage. Unfortunately, Alaska Airlines can not assume liability for loss, damage or delay in the delivery of fragile or perishable articles or other valuables, including but not limited to cameras and electronic equipment, medication or keys, whether with or without the knowledge of the carrier.
Visit http://www.alaskaair.com/as/www2/help/faqs/CheckedBaggage.asp to read our full baggage policy.

ALERTS

Create a Flight Status Alert within 30 days of your flight departure date and we will notify you in the event of early arrivals, delays or cancellations of Alaska Airlines or Horizon Air flights on the device of your choice(E-mail or Text Message).  Create a Flight Status Alert at http://www.alaskaair.com/dayofflight/alerts.aspx

CHECK-IN INFORMATION

Save time when you check in on the Web at www.alaskaair.com.  You may also check in when you arrive at the airport at an Instant Travel Machine or at the ticket counter.  Baggage may be checked at the ticket counter, or, where available, via an Instant Travel Machine.  Please have this document or your confirmation code available.  Check in using Web Check-In

2


| | |
|---|---|
| **From:** | Southwest Airlines [SouthwestAirlines@mail.southwest.com] |
| **Sent:** | Wednesday, June 04, 2008 9:38 AM |
| **To:** | Cora Chaply |
| **Subject:** | Ticketless Confirmation - ANDERSON/RICHARD - KGZVR7 |



Receipt and Itinerary as of 06/04/08 8:38 AM

## Confirmation Number

Confirmation Date: 06/04/08
Received: RICHARD

### Passenger Information

| Passenger Name | Account Number | Ticket# | Expiration[1] |
|---|---|---|---|
| ANDERSON/RICHARD | | 526-2308820933-3 | 06/04/09 |
| ANDERSON/LAWSON | - None Entered - | 526-2308820934-4 | 06/04/09 |

[1] All travel involving funds from this Confirmation Number must be completed by the expiration date.

### Itinerary

| Date | Flight | Routing Details |
|---|---|---|
| Wed Jun 25 | 798 | Depart SEATTLE TACOMA WA (SEA) at 12:05 PM<br>Arrive in NASHVILLE TN (BNA) at 6:25 PM |
| Tue Aug 05 | 2331 | Depart NASHVILLE TN (BNA) at 4:45 PM<br>Arrive in SEATTLE TACOMA WA (SEA) at 7:30 PM |

### Cost and Payment Summary

| | |
|---|---|
| Air | $ 913.50 |
| Tax | $ 82.50 |
| PFC Fee | $ 15.00 |
| Security Fee | $ 10.00 |

*C'7066-0)*

**Total Payment: $1,021.00**

Current payment(s)
06/04/08 VISA xxxxxxxxxxxx9540 Ref 526-2308820933-3 $510.50
06/04/08 VISA xxxxxxxxxxxx9540 Ref 526-2308820934-4 $510.50

### Fare Rule(s)

Valid only on Southwest Airlines. NON REFUNDABLE/ STANDBY REQ UPGRADE TO YL All travel involving funds from this Confirmation Number must be completed by the expiration date. Any change to this itinerary may result in a fare increase.

Fare Calculation:

ADT- 2 SEAWNBNA Q7NR 290.00 BNAWNSEA R14NR 201.00 $491.00 ZPSEA BNA

1

XFSEA4.50 BNA3.00 AYSEA2.50 BNA2.50 $510.50



**Important Checkin Requirement**
Passengers who do not obtain a boarding pass and are not present and available for boarding in the departure gate area at least ten minutes prior to scheduled departure time may have their reserved space cancelled and will not be eligible for denied boarding compensation.

**Southwest Airlines Co. Notice of Incorporated Terms**
Air transportation by Southwest Airlines is subject to Southwest Airlines' Passenger Contract of Carriage, the terms of which are incorporated by reference.

### Notice of Incorporated Terms



### Additional Information for Travelers
Online Checkin | Free Baggage Allowance | Checkin Requirements | Print Security Document
Inflight Service | Travel Tips | Refund Information | Privacy Policy | Southwest Airlines Destinations

We can notify you of flight departure or arrival status via text messages on your cell phone, pager, personal digital assistant (PDA), or e-mail account. Or, use our automated phone service by calling 1-888-SWA-TRIP.

2

  07066-01



```
RENTAL: 05-23-08 1749  GUAM INTL. AIRPORT        7730050
RETURN: 06-10-08 0440  GUAM INTL. AIRPORT        7730050
```

| | | | |
|---|---|---|---|
| EX WEEKS | 2 (NT) | $ 790.00 |

```
                  RICHARD ANDERSON        #1:           CDP:
HERTZ RENT A CAR
Hertz System Licensee FT:                  HG:
671-642-3210
OWN/VEH: 77300/0007740  07 MINI SUV   LIC: MER6814    VEH CLASS: C
LDW1      DECLINED AT $15.95 PER DAY
PAI       DECLINED AT  $9.95 PER DAY   MILEAGE IN:        12230
PEC       DECLINED AT  $5.95 PER DAY   MILEAGE OUT:       12172
LIS       DECLINED AT  $7.95 PER DAY   MILES DRIVEN:         58
                                       TR-X MILES DRIVEN:
FPO       DECLINED - FUEL & SVC APPLIED  TOTAL MILES DRIVEN:  58
          $5.50 GL     TK CAP: 13.2    MILES ALLOWED:
          FUEL OUT: FULL  FUEL IN: FULL  MILES CHARGED:
ADDITIONAL CHARGES:
FAC FEE       1 -  $.50/DAY (NT)       PLAN IN:  WIP     $65.85 / DAY
                                       PLAN OUT: WIP    $395.00 / EX WEEK
                                       RATE CLASS: C     $16.46 / EX HOUR
                                                         $65.85 / EX DAY
```

| | | |
|---|---|---|
| EX WEEKS | 2 (NT) | $ 790.00 |
| EX DAYS | 4 (NT) | $ 263.40 |
| MILEAGE CHG | | $ |
| SUB TOTAL | | 1053.40 |
| DISCOUNT 20% | | $ -210.68 |
| FAC FEE | (NT) | 9.00 |
| CON.FEE RECOVERY | (NT) | 84.27 |

```
                                       TOTAL CHARGES      $  935.99

RENTAL FORM OF PAYMENT: AMEX  XXXXXXXXXXX2019   CC APP $936.00/744
RETURN FORM OF PAYMENT: AMEX  XXXXXXXXXXX2019   CC APP $936.00/1862

                                       NET DUE            $  935.99
                                       CHARGED ON AMEX    $  935.99
                                       BALANCE DUE        $
```

BANK OF GUAM
THE PEOPLE'S BANK
HERTZ RENT A CAR
GUAM AIRPORT, TAMUNING
(671) 646-4686

```
BATCH No.    : 000269
TERMINAL ID  : 11569601
CARD         : AMEX
CARD No.     : XXXXXXXXXXXX2019 / Swiped
RREF No.     : 2003
TICKET       : 001862
TRANS.       : CREDIT CARD SALE
AMOUNT                     $      935.99
Tran Date/Time : 06-10-08  04:45:30
APPROVAL       : 513470
Customer Copy
Thank You!
```

T H A N K    Y O U    F O R    R E N T I N G    F R O M    H E R T Z

```
RESERVATION INFORMATION:            0 /
PREPARED BY: DMC3    COMPLETED BY: ARM2
STATEMENT OF CHARGES - NOT VALID FOR RENTAL
```

RENTAL RECORD  A70155  G

(49) 07066-01

Per Diem
Guam

H  OST
DEWARS CLUBHOUSE
HONOLULU INTERNATIONAL AIRPORT
CHECK:      4028
TABLE:      10/1
SERVER:     4000 LARRY
DATE:       JUN09'08  9:27PM
CARD TYPE:  MSTRCARD  A1 5#
ACCT #:     XXXXXXXXXXXX9191    *
EXP DATE:   XX/XX
AUTH CODE:  02567Z
            RICHARD C ANDERSON

OTAL:              21.64
IP_____      4.00
TAL_____     24.64

AGREE TO PAY THE ABOVE AMOUNT
ACCORDANCE WITH THE CARD
UER'S AGREEMENT.

*Guam per dien*

Paradies Shops – Portland
PORTLAND INTERNATIONAL AIRPORT
PORTLAND, OREGON

ARROWHEAD 24 OZ       87429849000
                      1.49 T

TOTAL                      $1.49
CASH                       $2.00
CHANGE                     $0.51

ITEMS 1                  M, CYNTHIA
06/10/2008  09:20AM  0784 02 17343 4141

Thank You for Shopping at
The Paradies Shops
PORTLAND INTERNATIONAL AIRPORT

---

*Guam per dien*

**BANK OF GUAM**
**THE PEOPLE'S BANK**

### CALIFORNIA MART 5
TAMUNING, GUAM
(671) 649-2956

BATCH No.      :  000321
TERMINAL ID    :  3856135
CARD           :  VISA INT'L
CARD No.  : XXXXXXXXXXXX9540 / Swiped
RREF No.       :  13852
INVOICE        :  003855
TRANS.  : CREDIT CARD SALE

AMOUNT   :          $    36.64

Tran Date/Time :  06/04/08     19:38:03
APPROVAL       :  03595B

Customer Copy

Thank you!

---

*(50)*

*07066-01*

---

*Guam per dien*

JEFFS PIRATES COVE INC
111 RT 4 IPAN
TALOFOFO , GU 96915

TERMINAL ID:            001535996
MERCHANT #:        102206821997

VISA
#xxxxxxxxxxxxx9540
SUB: 3
SALE
BATCH: 000567         INVOICE: 062216
DATE: JUN 06, 08         TIME: 12:38
SQ: 004               AUTH NO: 035808

PRE-TIP AMT            $26.40

TIP                    -------------

TOTAL                  -------------

CUSTOMER COPY

---

*Guam per dien*

**BANK OF GUAM**
**THE PEOPLE'S BANK**

### PAYLESS MICROMALL #6
DEDEDO, GUAM
(671) 637-7233

BATCH No.      :  000732
TERMINAL ID    :  3790409
CARD           :  MASTERCARD
CARD No.  : XXXXXXXXXXXXS191 / Swiped
RREF No.       :  5988
INVOICE        :  000556
TRANS.  : CREDIT CARD SALE

AMOUNT   :          $    19.99

Tran Date/Time :  06/06/08     42:57
APPROVAL       :

*Guam P.D.ien*

# OS7
# M A R T
Mangilao

*Food*

06/08/2008  1:26PM   01  528335
000000#0387  CLERK01   7658995

CAN FOOD        T1 $2.25 L
CAN FOOD        T1 $6.50
ITEMS          2Q
CHECK              $8.75 .

TOTAL              $8.75

### CUSTOMER COPY

*Guam*
*Per Dien*

**BANK OF GUAM**
**THE PEOPLE'S BANK**

## Truong's Restaurant
Tamuning, Guam
671 646-9126

BATCH No.      :   000596
TERMINAL ID    :   8915761
CARD           :   MASTERCARD
CARD No. : XXXXXXXXXXX9191 / Swiped
EXP DATE       :   03/10
RREF No.       :   0317
INVOICE        :   000285
SERVER No.     :   1
TRANS.  : CREDIT CARD SALE

AMOUNT         :      $       8.95

TIP AMOUNT:        $_____

(IF ANY, PLEASE SIGN)

TOTAL AMOUNT:      $_____

Tran Date/Time  : 06/03/08    14:07:07
APPROVAL        :  015992

Customer Copy

---

*Food Chace*
*07-066*

**BANK OF GUAM**
**THE PEOPLE'S BANK**

## SUPERMART
REG#4 Mangilao GU
(671) 735-6278

BATCH No.      :   000215
TERMINAL ID    :   3519766
CARD           :   MASTERCARD
CARD No. : XXXXXXXXXXXX9191 / Swiped
RREF No.       :   000500
INVOICE        :
TRANS.    : CREDIT CARD SALE

Tran Date/Time : 05/31/08    20:19:21
APPROVAL       :  025112

Customer Copy  $21.85

*Guam*
*Per Dien*

**BANK OF GUAM**
**THE PEOPLE'S BANK**

## PAYLESS MICROMALL #6
DEDEDO, GUAM
(671) 637-7233

BATCH No.      :   000732
TERMINAL ID    :   3790409
CARD           :   MASTERCARD
CARD No. : XXXXXXXXXXX9191 / Swiped

RREF No.       :   5987
INVOICE        :   000555
TRANS.    : CREDIT CARD SALE

AMOUNT         :      $      20.00

Tran Date/Time : 06/06/08    18:40:56
APPROVAL       :  04576Z

Customer Copy
Thank you!

---

*07066*
*Food Chace*

( 51 )

**BANK OF GUAM**
**THE PEOPLE'S BANK**

## PAYLESS SUPERMARKETS
REG.3 MICROMALL DEDEDO GU
(671) 637-7233

BATCH No.      :   000526
TERMINAL ID    :   3788718
CARD           :   MASTERCARD
CARD No. : XXXXXXXXXXX9191 / Swiped
RREF No.       :   9169
INVOICE        :   003492
TRANS.   : CREDIT CARD SALE  $47.24

AMOUNT         :      $

Tran Date/Time : 05/30/08
APPROVAL       :  035102

Customer Copy
Thank you!

*07066-01*

*Guam*
*Per Dien*

**BANK OF GUAM**
**THE PEOPLE'S BANK**

## SUBWAY #7972 BARRIGAD
BARRIGADA, GUAM
(671) 734-8435

BATCH No.      :   000101
TERMINAL ID    :   5507033
CARD           :   MASTERCARD
CARD No. : XXXXXXXXXXX9191 / Swiped

RREF No.       :   0003
INVOICE        :   000783
TRANS.    : CREDIT CARD SALE

AMOUNT         :      $       5.90

Tran Date/Time : 06/07/08
APPROVAL       :  05524Z

Customer Copy
Thank you!

---

*Guam*
*Per Dien*





Capers Cafe
Portland Airport

Date:           Jun10'08 07:43AM
Card Type:      MASTERCARD
Acct #:         XXXXXXXXXX9191
Exp Date:       XX/XX
Auth Code:      04537Z
Check:          4753
Check ID:       62
Server:         29 Vickie

Subtotal:               11.20
Tip:            _____
Total:          _____

Signature

I agree to pay above total
according to my card issuer
agreement.

* * * * Customer Copy * * * *

Fuel GUAM
$47.57

Fuel GUAM
$32.??

52

07066-01

WELCOME TO SHELL
AIRPORT

SHELL
GUAM

AIRPORT ??
GUAM ?? ??
GUAM GU
GUAM GU
DATE: 04/06/08

ACCT#
9191
58/MM
AUTH# 490072

PUMP 2          SELF
UNL          10.5736
PRICE/GAL     $4.099

FUEL TOTAL     $47.57

CUSTOMER SIGNATURE
RECEIPT INCLUDED

Chace
Anderson
June '08

**THRIFTY CAR RENTAL-BNA AIRPORT 430202**
**BURGNER ENTERPRISES INC.**
**1201 BRILEY PARKWAY**
**NASHVILLE, TN 37217**
**(615) 275-4257**

CR Rental 07066.01
GUAM
CA

Open Emp.#: 1199

| Customer Information | Rental Expiry Information | Rental Agreement Number |
|---|---|---|

RICHARD ANDERSON

Bluechip #: 8Q4HT5
Cust No: 734430
DL#: 7919040
OR 11/09/2015

- NO ADDITIONAL DRIVERS -

RA Out: 06/25/2008  19.01  BNA
RA Due: 06/28/2008  5.00  BNA

**Rental Agreement Number**

N1415057

### Vehicle Information

Veh.#: 28609
Lic.#: 356TMJ
2008  6-6-08        FORENZA
Fuel Out: 8/8  Odom Out: 2,200

### Rate Information

|  |  |  |  | Est. Charges |
|---|---|---|---|---|
| Hourly |  | 13.98 | hour | .00 |
| Daily | 3 | 38.43 | day | 115.29 |
| Weekly |  | 179.95 | week | .00 |
|  |  |  |  | 115.29 |
| Convention Center Tax |  | 1.000 | % | 1.15 |
| Contract Facility Charge | 3 | 4.00 | day | 12.00 |
| Concession Fee Recovery |  | 10.190 | % | 11.75 |
| STATE SURCHARGE BNA |  | 3.000 | % | 4.17 |
| Tax 1- BNA |  | 9.250 | % | 12.86 |
| REFUELING CHARGE |  | 6.49 | gal |  |
|  |  |  |  | 41.93 |

Destination:  WILLLIAMSON COUNTY  (800) 573-5801
Source:  201

Miles Driven:

|  |  |  |  | 157.22 |

### Coverages

I have  DECLINED  LDW  ———
I have  DECLINED  PAC/PEC  ———
I have  DECLINED  SLI  ———
I have  DECLINED  Prepaid Fuel  ———

### Deposit/Auth Information

AX 37XXXXXXXX2019        257.22

| Total Deposits/Payments | .00 | .00 |
|---|---|---|

I certify that I have a valid driver's license with the appropriate class to drive the vehicle rented.
Vehicle is restricted to TN,AL,GA,KY,MS,NC,VA,WV,OH,IL,AR,SC,FL,LA,IN,MD,DE,MO and TX unless otherwise noted in writing.
Failure to comply will be considered a violation of Your rental contract and additional charges may apply.
Only an Authorized Renter may drive the car. Rates are subject to change if the vehicle is not returned as stated above, or the Car is
driven outside of TN or contiguous states.
Minimum one day rental charge.
I authorize Thrifty to process a credit card voucher in my name for charges, if any, for unpaid traffic and parking fines.

By signature below, I acknowledge that I have read and agree to the terms and conditions, both printed and written, that appear on this
rental statement and on the separate rental jacket, which is incorporated herein. All the information provided by Me is true. I know that if I
decline the option LDW, I am responsible for all loss regardless of fault. I AUTHORIZE THRIFTY TO PROCESS OR SUBMIT A CHARGE
CARD FOR THE ESTIMATED CHARGES FOR THIS RENTAL UPON SIGNING THIS RENTAL STATEMENT AND FOR ALL ADDITIONAL
CHARGES UPON RETURN OF THE VEHICLE.

_____          _____
Customer Signature                    Additional Driver Signature



*Chace Anderson*
*June '08*

*Travel Guam*
*per Diem*
*07066.01*

HPTS 000002397092          Store # 1

**Las Palmas # 3**   *CA*
15560 Old Hickory Blvd.
NASHVILLE, TN 37211
(615) 831-0432

Date:               6/25/2008 8:41:07 PM
Server:                    #8 YESENIA
------------------------------------------
Acct # XXXXXXXXXXXX9191      Exp XX/XX
Mastercard          ANDERSON/RICHARD C
------------------------------------------

**$$$ SALES $$$**

RESULT CAPTURED
TroutD #: 217300
AUTH. # 04518Z
REF. # 817701007300
ORDER # 45472

PURCHASE:                   $40.91

ENTER TIP HERE:              6.00

PLEASE TOTAL:             $ 46.91


**### ### DUPLICATE COPY ### ###**
Signature On Original Copy

**### ### Additional Copy ### ###**

**\*\*\* Restaurant Mode \*\*\***

*Guam:*
*07066.c*
*CA — #17.91*

**WELCOME
TO K&J MAR
SALES REC
91 002 7384
SHELL
351 HARDING P
NASHVILLE
TN 37211**

*Fuel*

**DATE 06/28/08
INVOICE# 9256
AUTH#    0356
MASTERCARD
ACCOUNT NUMB
XXXX XXXX XXX
ANDERSON/RICH**

**PUMP PRODUCT
05   UNLD**

**GALLONS    FUE
4.524**

**THANK
COME BACK S**



(55)

Groceries for
APARTMent

June '08

GEN MERCHANDISE
GEN MERCHANDISE
GEN MERCHANDISE
0506040200000000
CA
08/30/2008 4:34PM
Marisol
POST
MART
10 Pedro
CLERK: 10

ITEMS          30
CASH        $7.83

07066.01 Lodging

LADERA TOWER
318 LADERA LANE
MANGILAO,GUAM 96913
(671) 735-1111

Ref #: 0001

Merchant ID: 000001020036772
Term ID: 20372375          Phone Order

XXXXXXXXXXX3577

VISA                   Entry Method: Manual

Total:              $      3,000.00

06/30/08               08:55:41

Inv #: 000001        Apvr Code: 055502
                     BatchH: 000005

Approval: Online

CVM2 Code: NOT PROCESSED

Customer Copy
THANK YOU
PLEASE COME AGAIN

Honeley's VISA FOR rent (may) normal

Per Diem
07066.01
CA
Coffee for AG-ECH

** STARBUCKS COFFEE COMPANY **       #08370

OLD HICKORY @ EDM    TN37211
NASHVILLE

1 VT CAPPUCCINO              3.85
1 TL BREWED COFFEE           1.65
SUBTOTAL                     5.30
  TAX 9.25                   0.49
TOTAL                        5.79   + $1.00 Tip
MASTERCARD                   5.79   = $6.79
CARD#: XXXXXXXXX3191
CHANGE DUE                   0.00

08370 02A1 700828 0014954235
06/27/08                09:05
Get a free beverage and more
with Starbucks Card rewards.
To join, just register your
loaded Starbucks card online
at Starbucks.com

Chace Anderson

Per Diem
07-066:01 $4.92
CA

HMSHOST
STARBUCKS COFFEE
HONOLULU INT'L AIRPORT

595 Jane
HK 2662 JUN28'08 12:47PM GST 1

1 VNTI CAPPUCCINO           4.70

SUBTOTAL                    4.70
TAX                         0.22
AMOUNT PAID        4.92
XXXXXXXXXXXXXX1
MSTRCARD A1 5*              4.92

Printed in 2008
...ral Parking System

LIBRARY GARAGE
CENTRAL PARKING SYSTEMS
ED NORTH MANAGER
PHONE 254 1741          CA

06/26/03 12:22  LH 1 AM 12  Txn# 59303
06/26/03 09:55 In  06/26/03 12:22 Out
Tkt# 494978
Fee 1                     $6.00
Total Fee                 $6.00
CASH PAID                 $6.00
Cash Tender               $6.00
Change Due                $0.00-
THANK YOU
PLEASE COME AGAIN

$6.00

# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com



56

| Project ID: | 07066:01 |
|---|---|
| Project Name: | US District Court for Guam - Receivership |
| Manager: | HWG |
| Client ID: | 07066 |

D. SEADER

| ELDATE | PROJECTID | EMPLOYEEID |
|---|---|---|
| 6/1/2008 to 6/30/2008 | 07066:01 to 07066:01 | DLS to DLS |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 6/16/2008 | Local Transportation | 1.00 | $57.00 | $57.00 | 0.00 | $57.00 | Billable |
| | Car to airport | | | | | | |
| 6/16/2008 | Plane | 1.00 | $5,837.20 | $5,837.20 | 0.00 | $5,837.20 | Billable |
| | Continental Airlines, Confirmation #BG2HFY - EWR to Houston Bush Intl to Guam & return HNL to EWR. | | | | | | |
| 6/18/2008 | Phone | 1.00 | $20.00 | $20.00 | 0.00 | $20.00 | Billable |
| | Refill I-connect phone | | | | | | |
| 6/18/2008 | Meals | 1.00 | $26.00 | $26.00 | 0.00 | $26.00 | Billable |
| | Dinner with Lund | | | | | | |
| 6/19/2008 | Meals | 1.00 | $16.00 | $16.00 | 0.00 | $16.00 | Billable |
| | Allocated cost of meal (per diem) for lunch | | | | | | |
| 6/19/2008 | Copy & Reproduction | 1.00 | $27.00 | $27.00 | 0.00 | $27.00 | Billable |
| | Reimbursed engineers for copies of drawings | | | | | | |
| 6/19/2008 | Meals | 1.00 | $43.00 | $43.00 | 0.00 | $43.00 | Billable |
| | dinner | | | | | | |
| 6/19/2008 | Meeting Expenses | 1.00 | $16.00 | $16.00 | 0.00 | $16.00 | Billable |
| | Lunch meeting with Jackson | | | | | | |
| 6/20/2008 | Phone | 1.00 | $20.75 | $20.75 | 0.00 | $20.75 | Billable |
| | Refill I-connect phone | | | | | | |
| 6/20/2008 | Meals | 1.00 | $49.88 | $49.88 | 0.00 | $49.88 | Billable |
| | Groceries | | | | | | |
| 6/21/2008 | Meals | 1.00 | $18.45 | $18.45 | 0.00 | $18.45 | Billable |
| | Lunch | | | | | | |
| 6/22/2008 | Meals | 1.00 | $10.43 | $10.43 | 0.00 | $10.43 | Billable |
| | Groceries | | | | | | |
| 6/23/2008 | Meals | 1.00 | $6.59 | $6.59 | 0.00 | $6.59 | Billable |
| | Groceries | | | | | | |
| 6/24/2008 | Postage | 1.00 | $67.20 | $67.20 | 0.00 | $67.20 | Billable |
| | postage | | | | | | |
| 6/24/2008 | Supplies | 1.00 | $60.00 | $60.00 | 0.00 | $60.00 | Billable |
| | Recycled paper | | | | | | |
| 6/25/2008 | Meals | 1.00 | $6.29 | $6.29 | 0.00 | $6.29 | Billable |
| | Groceries | | | | | | |
| 6/26/2008 | Miscellaneous Travel Expenses | 1.00 | $65.51 | $65.51 | 0.00 | $65.51 | Billable |
| | gas | | | | | | |
| 6/26/2008 | Meeting Expenses | 2.00 | $10.50 | $21.00 | 0.00 | $21.00 | Billable |
| | Lunch with Jackson and Kamal | | | | | | |
| 6/26/2008 | Phone | 1.00 | $10.00 | $10.00 | 0.00 | $10.00 | Billable |

BillQuick Standard Report Copyright 2007. Last Modified on: 7/15/2008

# Gershman, Brickner & Bratton, Inc.

(57)

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

Project ID:       **07066:01**
Project Name:   **US District Court for Guam - Receivership**
Manager:         **HWG**
Client ID:        **07066**

| ELDATE | PROJECTID | EMPLOYEEID |
|---|---|---|
| 6/1/2008 to 6/30/2008 | 07066:01 to 07066:01 | DLS to DLS |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| | Refill I-connect phone | | | | | | |
| 6/26/2008 | Meals | 1.00 | $10.50 | $10.50 | 0.00 | $10.50 | Billable |
| | Lunch allocated cost (per diem) | | | | | | |
| 6/27/2008 | Meals | 1.00 | $11.50 | $11.50 | 0.00 | $11.50 | Billable |
| | lunch | | | | | | |
| 6/27/2008 | Miscellaneous Travel Expenses | 1.00 | $23.00 | $23.00 | 0.00 | $23.00 | Billable |
| | gas | | | | | | |
| 6/28/2008 | Car Rental | 1.00 | $532.50 | $532.50 | 0.00 | $532.50 | Billable |
| | Car rental | | | | | | |
| 6/28/2008 | Local Transportation | 1.00 | $46.00 | $46.00 | 0.00 | $46.00 | Billable |
| | car from airport | | | | | | |

|  | Sum of Billable Expenses: | $7,001.80 | $7,001.80 |
|---|---|---|---|
|  | Billable + Non-Billable Total: | $7,001.80 | $7,001.80 |



**Continental Airlines**

PASSENGER RECEIPT 1OF1
THIS TICKET SHALL EXPIRE ONE YEAR FROM DATE OF ISSUE
29MAY08          US
D70944ET    /HOUSTON

SEADER/DAVIDL

\*\*NOT VALID FOR\*\*\*\*\*\*RETAIN THIS RECEIPT\*\*\*
\*\*TRANSPORTATION\*\*\*THROUGHOUT YOUR JOURNEY\*
REFUNDABLE

                            BG2HFY

/FC 16JUN08EWR CO X/HOU CO GUM Q135.00 2623.00Z CO X/E/HNL CO EWR Q135.00
2880.00D1NUG5773.00END ROE1.00 XT5.00XA30.80US10.00AY6.40GU12.00XF
EWR4.50GUM4.50HNL3.00

USD 5773.00         FP    AXXXXXXXXXXX36002/XXXX/N220207
   XT 64.20

           0 005 2166304090 5

USD 5837.20

I

SEADER/DAVIDL

(58)

NEWARK EWR
  CO 611 A 16JUN  Z
HOUSTON BUSH INTL
  CO 1 Z 16JUN   Z
GUAM IS SW PAC
  CO 2 D 28JUN   D1
HONOLULU HNL
  CO 14 D 27JUN  D1
NEWARK EWR
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
NOT VALID FOR TRAVEL
  005 2166304090 5

---

## A PLUS LIMO & CAR SERVICE

Courteous & Dependable Service to All
*Thank You For Choosing Us!*

Airport - NYC - Local & Long Distance Etc.
Personal & Company Account Welcome

Date: 6/28/08

24 Hr. Dispatch
All Major Credit Cards Accepted

**Phone: 973. 275. 0660**

| | |
|---|---|
| SUB TOTAL | 40 |
| Tips | 6 |
| Total | 46 |

---

ANIGUA    123456

WELCOME TO SPPC
ANIGUA.

ANIGUA 76
711 W MARINE DR
ANIGUA        GU
DLR #  00247387

06/20/08    07:08
ICONNEC$20 $20.00T
PDN         $0.75T
SUBTOT     $20.75
TOTAL      $20.75
CASH       $20.75

TL/NOTAX   $20.75
TAX PD      $0.00
RECEIPT NO. 1-2633

---

CUSTOMER SIGNATURE
4% GRT INCLUDED

THANK YOU

---

*Per diem meal — $16.00*
*meeting exp — 16.00*
                  *$32.00*

CHUNG GI WA REST
UPPER TUMON
671 647-4688

JUN 19, 2008    01:44 PM
EXP. DATE : 1208   TERM. #: 0918359
REF. #   : 4842   BATCH #: 679
SERVER I.D.   : 1
INPUT STATUS  : CARD
TRANS. TYPE   : CR/DB CARD SALE
CARD ISSUER   : MASTERCARD INT'L
CARD NUMBER   : XXXXXXXXXXXX8270
APPROVAL CODE : 062452

TOTAL        : $      27.00

TIP          : $
(IF ANY, PLEASE SIGN)
GROSS TOTAL  : $      27. —
                      +5.00 Tip
SIGN:  _____    ($32.00)

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
RETAIN THIS COPY FOR YOUR RECORDS
TOP OF MERCHANT BOTTOM COPY-CUSTOMER

---

06/23/08  6:28AM    01
053488 #4564

REG DOZ           $6.59

XXXTOTAL          $6.59
CASH             $20.00
CHANGE           $13.41

---

*Jeffs Pirates Cove*

8013 Terry                    8008 Teka
-------------------------------------------
Check: 6142                   Guests: 1
Table: D10-1                         DAVID
          21-06-2008 13:13
-------------------------------------------
1    Hot Dog                   8.00
1    Small Fries               4.00
1    Nestea                    2.50

     SUBTOTAL                 14.50
     Tax                       0.00
     10% SVC CH                1.45
TOTAL DUE                    $15.95

         *tip 2.50*
    Thank you for visiting
    Jeffs Pirates Cove     *$18.45*
     Please come again
       (671) 789-1582
    www.jeffspiratescove.com

Order Number: 6142

---

OV         123456

WELCOME TO SPPC OV

OCEAN VISTA 76
1464 ROUTE 16
BARRIGADA        GU
DLR #    00247445

06/26/08    21:27
CONNEC$10   $10.00
TOTAL       $10.00
CASH        $20.00

TL/NOTAX    $10.00
TAX PD       $0.00
CHANGE      $10.00
RECEIPT NO. 1-8611

---------------------

CUSTOMER SIGNATURE
4% GRT INCLUDED

THANK YOU

---

DATE    23-901100166-02     TIME
06/24/08    5514703865      18:20

U S POSTAL SERVICE #1424030103
143 EDWARD CALRO NE
TAMUNING, GU 96911

TRAN #       CLERK ID        AUTH
767             11          584742

AMERICAN EXPRESS SALE

ACCT. NUMBER                  EXP
XXXXXXXXXXX7008              XXXX

           TOTAL $67.20

ALL SALES FINAL ON STAMPS AND POSTAGE
REFUNDS FOR GUARANTEED SERVICES ONLY

WE DELIVER FOR YOU

CUSTOMER COPY

---

*Thankyou!!*

OLD HAGATNA GRILL
239 W SOLEDAD AVE #300
HAGATNA 96910, GU 0000

TIME  11:43 AM   DATE 06/27/08
TERM# 00952954   MERH #00102210877993
TRAN TYPE SALE
#xxxxxxxxxxxxxx7008
CARD TYPE AMEX
SEQ #   005
TICKET # 0000063243 SERVER ID 22
AUTH CODE 527600

BASE          $10.00

TIP            *1.50*

TOTAL        *$11.50*

CUSTOMER COPY



**Hertz**

```
RENTAL: 06-19-08 1730  GUAM INTL. AIRPORT      7730050
RETURN: 06-28-08 0423  GUAM INTL. AIRPORT      7730050
```

|  |  |
|---|---|
| EX WEEKS | 1(NT) $ 360.00 |
| EX DAYS | 2(NT) $ 120.00 |

```
                    DAVID SEADER          #1:        CDP:
HERTZ RENT A CAR
Hertz System Licensee FT:              HG:
671-642-3210
OWN/VEH: 77300/0007542  07 EXEC SEDAN
LDW1      DECLINED AT $15.95 PER DAY    LIC: MER4814    VEH CLASS: F
PAI       DECLINED AT  $9.95 PER DAY    MILEAGE IN:     16012
PEC       DECLINED AT  $5.95 PER DAY    MILEAGE OUT:    15596
LIS       DECLINED AT  $7.95 PER DAY    MILES DRIVEN:   416
                                        TR-X MILES DRIVEN:
FPO       DECLINED -  FUEL & SVC APPLIED TOTAL MILES DRIVEN:   416
          $6.50 GL      TK CAP: 16.4     MILES ALLOWED:
          FUEL OUT: FULL  FUEL IN: FULL  MILES CHARGED:
ADDITIONAL CHARGES:
FAC FEE      1 -  $.50/DAY (NT)          PLAN IN:  LEI2    $60.00 / DAY
                                         PLAN OUT: LEI2   $360.00 / EX WEEK
                                         RATE CLASS: D     $15.00 / EX HOUR
                                                           $60.00 / EX DAY
```

|  |  |  |
|---|---|---|
| MILEAGE CHG | $ |  |
| SUB TOTAL |  | 480.00 |
| FAC FEE | (NT) | 4.50 |
| CON.FEE RECOVERY | (NT) | 48.00 |

```
                                                    TOTAL CHARGES    $ 532.50
```

```
RENTAL FORM OF PAYMENT: AMEX   XXXXXXXXXXX7008   CC APP $672.00/1986
RETURN FORM OF PAYMENT: AMEX   XXXXXXXXXXX7008   CC APP $672.00/1986
```

|  |  |
|---|---|
| NET DUE | $ 532.50 |
| CHARGED ON AMEX | $ 532.50 |
| BALANCE DUE | $ |

(rotated receipt text)
```
BANK OF GUAM
THE PEOPLE'S BANK
'Z RENT A CAR
NM AIRPORT, TAMUNING
(671) 646-4665
000321
11560601
AMEX
XXXXXXXXXX7008 / Swiped
2997
001986
CTUAL SALE
TION/SALE
OOE
ONE
: 06-19-08
Customer Copy
Thank you!
AMOUNT  533.00
AMOUNT    0.00
532.50
17:36:31
```

# T H A N K   Y O U   F O R   R E N T I N G   F R O M   H E R T Z

```
RESERVATION INFORMATION:        4 /
PREPARED BY: RZB1      COMPLETED BY: RZB1
STATEMENT OF CHARGES - NOT VALID FOR RENTAL
```

RENTAL RECORD   **A70543   H**



37181438234 7008   5122344

DO NOT CIRCLE EXPIRATION DATE 02-11 — USE BOX BELOW   (61)

87 Chesnut St

EWR

**PRESS FIRMLY – USE BALL POINT PEN**

CUSTOMER COPY

EXPIRATION | QUAN. | CLASS | DESCRIPTION | PRICE | AMOUNT
DATE CHECKED

DATE 06-16-08   AUTHORIZATION   SUB TOTAL
REFERENCE NO.   REG./DEPT.   TAX
FOLIO/CHECK NO.   SERVER   CLERK   TIPS/MISC.

**SALES SLIP**   TOTAL  57

PURCHASER SIGN HERE
X

Cardholder acknowledges receipt of goods and/or services in the
amount of the Total shown hereon and agrees to perform the
obligations set forth in the Cardholder's agreement with the Issuer.

**Innovative** Merchant Solutions an INTUIT® Company

800-397-0707
www.innovativemerchant.com

---

SS PHOTO

ng, Guam 96931
y, Tamuning, Guam 96913
Fax: 671.649.1010

134008
CASH RECEIPT

CASH | CARD | CHECK

anny
483-5008

SCRIPTION | UNIT | AMOUNT

PAID
COPY EXPRESS

SUPER QUICK COPYING
& PRINTING CENTER
PRINT YOUR NAME    ☐ COPY   ☐ PRINTING

TOTAL $27.1
DEPOSIT
BALANCE DUE

---

06/27/08    16:55
PUMP 7    UNLEADED
GALLONS    4.915
@ $4.679/GAL
FUEL    $23.00

TOTAL    $23.00
CASH    $25.00

TL/NOTAX    $23.00
TAX PD    $0.00
CHANGE    $2.00
RECEIPT NO. 1-2423

---

BANK OF GUAM
THE PEOPLE'S BANK

PAYLESS SUPERMARKETS
REG.3 MICROMALL DEDEDO,GU
(671) 637-7233

BATCH No.    : 000609
TERMINAL ID  : 11344503
CARD         : AMEX
CARD No.     : XXXXXXXXXXX7008 / Swiped
RREF No.     : 11784
INVOICE      : 000089
TRANS.       : CREDIT CARD SALE
AMOUNT       : $    49.08
Tran Date/Time : 06/20/08    16:19:34
APPROVAL     : 502404
Customer Copy

Lund

HOUSE OF CHIN FE
#628 MARIN CORPS DR
ANIGUA, GU 96910008

TERMINAL ID:    008276966
MERCHANT #:    1520034604

AMEX
#Xxxxxxxxxxxxx7008
SUR# 1
SALE
BATCH: 000882    INVOICE: 082034
DATE: JUN 18, 08    TIME: 19:35
AUTH NO: 501567

PRE-TIP AMT    $22.40

TIP    26.—

TOTAL    26.—

CUSTOMER COPY

Circled handwritten: 62

**ING CORPORATION**
Rd. Tamuning, Guam 96913
262/5308 • Fax: (671) 649-0712
c@netpci.com

Date ___6/24/08

PH:

| Balance Due | Order Number |
| --- | --- |
| | AMOUNT |

---

AMERICAN PRINTING CORP
256 CHALAN SAN ANTONIO
TAMUNING GU 96913
671-646-7873

Merchant ID: 541045000022285
Term ID: 2222

## Sale

MSTRCARD
XXXXXXXXXXXX8270
Entry Method: Swiped
Apprvd: Online          Batch#: 000002
06/24/08                  10:25:46

Inv#: 00000005    Appr Code: 01571Z

Total:            $        60.00

Customer Copy

---

SUPER MART
TEL 735-6278
FAX 735-6280
THANK YOU   COME AGAIN

CHK#:  303    NAME:KARLEEN

SOFITELLE TISSUE 4RO        1.79
RUFFLES ORIGINAL 6Z          3.49  F
DI REGULAR SCENT 2 5         4.59
  0.57 LB    @  1LB /  $.99
CUCUMBER LOCAL               .56  F

TOTAL                  10.43
CASH                   10.50
CHANGE                 $.07

         4    ITEMS

0003 2127-0003 SUN   6/22/08   6:57PM 0289

---

DOWNTOWN KIEUS
561C MARINE CORPS DR
AHIGUA, GU 969100000

TERMINAL ID:           005736183
MERCHANT #:        102206582995

MC
#xxxxxxxxxxxx8270
SUR# 1
**SALE**
BATCH: 000416      INVOICE: 016182
DATE: JUN 26, 08       TIME: 12:49
SQ: 008           AUTH NO: 056992

PRE-TIP              $27.00

TIP                   4.50

TOTAL              $ 31.50

**CUSTOMER COPY**

---

**BANK OF GUAM**
THE PEOPLE'S BANK

## ISSIN RESTAURANT

WESTIN HOTEL TUMON,GUAM
(671) 646-5252

BATCH No.    :  000098
TERMINAL ID  :  10541701
CARD         :  AMEX
CARD No.     :  XXXXXXXXXXX7008 / Swiped
WRF# No.     :  0770
INVOICE      :  000714
SERVER No.   :  3
TRANS        :  CREDIT CARD SALE

AMOUNT                           6. —

AMOUNT       $   43. —

509422

---

*Handwritten notes:*

MEETING
EXP — $21.00

PER
DIEM
MEAL — $10.50

$31.50 ✓



# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

Printed on: 8/5/2008
Page 1 of 2

| Project ID: | 07066:01 |
|---|---|
| Project Name: | US District Court for Guam - Receivership |
| Manager: | HWG |
| Client ID: | 07066 |

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 6/1/2008 to 6/30/2008 | CL to CL | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 6/7/2008 | Plane | 1.00 | $5,834.20 | $5,834.20 | 0.00 | $5,834.20 | Billable |
| | Rd Trip Virginia-Guam-Virginia | | | | | | |
| 6/7/2008 | Mileage | 50.00 | $0.51 | $25.25 | 0.00 | $25.25 | Billable |
| | Travel to and return from Reagan with personal vehicle | | | | | | |
| 6/8/2008 | Car Rental | 1.00 | $665.50 | $665.50 | 0.00 | $665.50 | Billable |
| | Rental Car June 8 to June 19th on Guam - Hertz | | | | | | |
| 6/9/2008 | Miscellaneous Travel Expenses | 1.00 | $10.49 | $10.49 | 0.00 | $10.49 | Billable |
| | Gas for Rental Car | | | | | | |
| 6/9/2008 | Meals | 1.00 | $10.45 | $10.45 | 0.00 | $10.45 | Billable |
| | Stanley's Deli | | | | | | |
| 6/9/2008 | Meals | 1.00 | $53.50 | $53.50 | 0.00 | $53.50 | Billable |
| | Chace Anderson and Chris Lund Dinner | | | | | | |
| 6/9/2008 | Phone | 1.00 | $20.00 | $20.00 | 0.00 | $20.00 | Billable |
| | Prepaid Phone Card minutes | | | | | | |
| 6/9/2008 | Phone | 1.00 | $16.66 | $16.66 | 0.00 | $16.66 | Billable |
| | Car phone charger for Phone | | | | | | |
| 6/10/2008 | Meals | 1.00 | $7.96 | $7.96 | 0.00 | $7.96 | Billable |
| | Breakfast @ Mobil on the Run | | | | | | |
| 6/10/2008 | Meals | 1.00 | $20.00 | $20.00 | 0.00 | $20.00 | Billable |
| | Thai Kitchen meal with Tor Gudmundsen. Paid for my portion of bill (per diem) | | | | | | |
| 6/11/2008 | Meals | 1.00 | $5.93 | $5.93 | 0.00 | $5.93 | Billable |
| | Food | | | | | | |
| 6/11/2008 | Copies | 1.00 | $20.00 | $20.00 | 0.00 | $20.00 | Billable |
| | 24x36 Bond Copies of Topo Map for SWD Engineers to use at site | | | | | | |
| 6/12/2008 | Meals | 1.00 | $5.17 | $5.17 | 0.00 | $5.17 | Billable |
| | Breakfast Circle K Barrigada | | | | | | |
| 6/12/2008 | Meals | 1.00 | $4.59 | $4.59 | 0.00 | $4.59 | Billable |
| | Vitamin World | | | | | | |
| 6/12/2008 | Miscellaneous Expense | 1.00 | $14.76 | $14.76 | 0.00 | $14.76 | Billable |
| | Graph Paper for SWD Engineers to plot profiles | | | | | | |
| 6/13/2008 | Phone | 1.00 | $20.00 | $20.00 | 0.00 | $20.00 | Billable |
| | Phone Card usage for more minutes | | | | | | |
| 6/13/2008 | Meals | 1.00 | $22.95 | $22.95 | 0.00 | $22.95 | Billable |
| | Vitamin World | | | | | | |
| 6/14/2008 | Miscellaneous Expense | 1.00 | $17.56 | $17.56 | 0.00 | $17.56 | Billable |
| | Basic Groceries for the Apartment | | | | | | |

BillQuick Standard Report Copyright 2007. Last Modified on: 8/5/2008



# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

Project ID:        07066:01
Project Name:   US District Court for Guam - Receivership
Manager:          HWG
Client ID:          07066

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 6/1/2008 to 6/30/2008 | CL to CL | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 6/15/2008 | Miscellaneous Expense<br>ATM Bank Fee for withdrawal of advance. | 1.00 | $2.25 | $2.25 | 0.00 | $2.25 | Billable |
| 6/16/2008 | Meals<br>Vitamin World | 1.00 | $18.36 | $18.36 | 0.00 | $18.36 | Billable |
| 6/16/2008 | Miscellaneous Travel Expenses<br>Gas for Rental Car | 1.00 | $50.00 | $50.00 | 0.00 | $50.00 | Billable |
| 6/16/2008 | Phone<br>Phone card to use for extra minutes | 1.00 | $20.00 | $20.00 | 0.00 | $20.00 | Billable |
| 6/17/2008 | Meals<br>Subway | 1.00 | $4.99 | $4.99 | 0.00 | $4.99 | Billable |
| 6/17/2008 | Parking<br>Airport Park Fee - Pickup D. Seader | 1.00 | $2.00 | $2.00 | 0.00 | $2.00 | Billable |
| 6/17/2008 | Meals<br>Carmens - partial payment of bill | 1.00 | $16.39 | $16.39 | 0.00 | $16.39 | Billable |
| 6/17/2008 | Miscellaneous Travel Expenses<br>ATM Bank Fee to access Travel Advance | 1.00 | $2.75 | $2.75 | 0.00 | $2.75 | Billable |
| 6/18/2008 | Meals<br>Breakfast with D. Seader | 1.00 | $18.49 | $18.49 | 0.00 | $18.49 | Billable |
| 6/18/2008 | Meals<br>Dinner with D. Seader | 1.00 | $27.00 | $27.00 | 0.00 | $27.00 | Billable |
| 6/19/2008 | Meals<br>Breakfast - partial payment of bill | 1.00 | $8.45 | $8.45 | 0.00 | $8.45 | Billable |
| 6/19/2008 | Meals<br>Dinner with D. Seader | 1.00 | $54.00 | $54.00 | 0.00 | $54.00 | Billable |
| 6/19/2008 | Miscellaneous Travel Expenses<br>Gas for Rental Car | 1.00 | $66.19 | $66.19 | 0.00 | $66.19 | Billable |
| 6/20/2008 | Mileage<br>Travel to and from Reagan using personal car. | 50.00 | $0.51 | $25.25 | 0.00 | $25.25 | Billable |

|  |  |  |
|---|---|---|
| **Sum of Billable Expenses:** | $7,091.09 | $7,091.09 |
| **Billable + Non-Billable Total:** | $7,091.09 | $7,091.09 |



# Continental Airlines

Print your boarding pass
at continental.com
24 hours before your flight

(65)

Issue Date: May 22, 2008

O7066-O1

## eTicket Itinerary and Receipt

### eTicket Confirmation: **BV4RPB**

| Day | Date | Flight/Class | | Depart | Time | Arrive | Time | Equip | Meal |
|-----|------|------|------|--------|------|--------|------|-------|------|
| Sat | 6/7/2008 | CO | 559 A | Washington-Reagan Natl | 6:00 AM | Houston-Bush Intl | 8:13 AM | | |
| Sat | 6/7/2008 | CO | 1 D | Houston-Bush Intl | 9:35 AM | Guam | 5:40 PM | | |
| Fri | 6/20/2008 | CO | 2 Z | Guam | 6:25 AM | Houston-Bush Intl | 7:30 AM | 767-400 | Breakfast |
| Fri | 6/20/2008 | CO | 1058 A | Houston-Bush Intl | 9:10 AM | Washington-Reagan Natl | 1:14 PM | 737-700 | Lunch |

| **Traveler (1)** | **Frequent Flyer** | **eTicket Number** | **Seat(s)** ➡➡ |
|---|---|---|---|
| LUND / CHRISTOPHERMR | | 0052165985044 | —/—/1D/3A |

**Fare:** $5,773.00 **Combined Tax:** $61.20 **Per Person Total:** $5,834.20 **eTicket Total:** $5,834.20

**Method of Payment:** American Express XXXXXXXXXXXXX6002

**Fare Rules:** Additional charges may apply for changes in addition to any fare rules listed. REFUNDABLE

➡➡ *Seats listed in flight order and subject to change*

### eTicket Travel Reminders

- Bring this eTicket Receipt along with photo identification to the ticket lobby for check-in

- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger

- For up to the minute flight information call 1-800-784-4444 or try our free Flight Paging service at continental.com

- If flight segments are not flown in order, your reservation may be cancelled

- There is no need to call to reconfirm this reservation, if your travel plans change call 1-800-579-3959

- Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules above

- Flight boarding begins 35 to 50 minutes prior to departure, you must be at the boarding gate no later than 15 minutes prior to scheduled departure to retain your reservation

### IMPORTANT CONSUMER NOTICES

- Your travel is subject to Continental's Contract of Carriage terms. The Contract is available at any CO ticketing facility, continental.com or by calling 1-800-525-0280. The Contract terms include rules about limits on liability for personal injury or death and for loss, damage, or delay of goods and baggage, check-in times, overbooking, security issues, reservations, denial of carriage, refunds, claims limits and restrictions, including time limitations for filing a claim or lawsuit, and schedule changes and irregularities.

- On domestic flights, Continental's maximum liability limit for checked baggage is $3,000 USD per passenger and Continental excludes liability for all unchecked baggage. On international flights governed by the Warsaw Convention (including the domestic portions of the trip), maximum liability for checked baggage is approximately $640 USD per bag, and $400 USD per passenger for unchecked baggage. On international flights governed by the Montreal Convention (including domestic portions of the trip) maximum liability for baggage is 1,000 SDRs (approximately $1,460 USD) per passenger for checked and unchecked baggage. You can declare excess valuation on certain baggage at the airport, additional fees will apply. Continental excludes liability for fragile, valuable or perishable items carried in all baggage including jewelry, computers, cash, camera equipment and similar valuables. If any of these items are lost, damaged or delayed, you will not be entitled to any reimbursement.

- For international flights, a treaty known as the Warsaw or the Montreal Convention may apply to the entire journey. When applicable, it governs, amongst other things, the liability of the carrier for baggage and death of or injury to passengers.

- Your ticket jacket and the Contract of Carriage contain further detail of these terms.



```
RENTAL: 06-08-08 1800  GUAM INTL. AIRPORT         7730050
RETURN: 06-19-08 1723  GUAM INTL. AIRPORT         7730050
```

|  |  |  |
|---|---|---|
| EX WEEKS | 1(NT) | $ 360.00 |
| EX DAYS | 4(NT) | $ 240.00 |

```
           CHRISTOPHER LUND          #1:          CDP:
HERTZ RENT A CAR
Hertz System Licensee FT:                HG:
671-642-3210
OWN/VEH: 77300/0007542  07 EXEC SEDAN     LIC: MER4814     VEH CLASS: F
LDW1      DECLINED AT $15.95 PER DAY
PAI       DECLINED AT $9.95 PER DAY       MILEAGE IN:      15596
PEC       DECLINED AT $5.95 PER DAY       MILEAGE OUT:     14990
LIS       DECLINED AT $7.95 PER DAY       MILES DRIVEN:      606
                                          TR-X MILES DRIVEN:
FPO       DECLINED - FUEL & SVC APPLIED   TOTAL MILES DRIVEN:  606
          $6.50 GL    TK CAP: 16.4        MILES ALLOWED:
          FUEL OUT: FULL  FUEL IN: FULL   MILES CHARGED:
ADDITIONAL CHARGES:
FAC FEE     1 -  $.50/DAY (NT)            PLAN IN:  LEI2      $60.00 / DAY
                                          PLAN OUT: LEI2     $360.00 / EX WEEK
                                          RATE CLASS: D       $15.00 / EX HOUR
                                                              $60.00 / EX DAY
```

|  |  |  |
|---|---|---|
| MILEAGE CHG | | $ |
| SUB TOTAL | | 600.00 |
| FAC FEE | (NT) | 5.50 |
| CON.FEE RECOVERY | (NT) | 60.00 |

```
RENTAL FORM OF PAYMENT: VISA  XXXXXXXXXXXX0989     CC APP $732.00/1834
RETURN FORM OF PAYMENT: VISA  XXXXXXXXXXXX0989     CC APP $732.00/1834
```

|  |  |
|---|---|
| TOTAL CHARGES | $  665.50 |
| NET DUE | $  665.50 |
| CHARGED ON VISA | $  665.50 |
| BALANCE DUE | $ |

BANK OF GUAM
THE PEOPLE'S BANK

HERTZ RENT A CAR
GUAM AIRPORT TAMUNING
(671) 646-4685

BATCH No.    : 000259
TERMINAL ID  : 6586651
CARD         : VISA INT'L
CARD No.     : XXXXXXXXXXXXX0989 / Swiped
RREF No.     : 2768
TICKET       : 001634
TRANS. : ACTUAL SALE
PRE AUTHORIZATION-SALE
APPROVAL CODE
008014
AMOUNT OVER
APPROVAL CODE
008014

AMOUNT 732.00 $
AMOUNT 0.00 $
TOTAL AMOUNT: 655.50
Tran Date/Time : 06-08-08  18:06:53
Customer Copy
Thank you!

```
T H A N K   Y O U   F O R   R E N T I N G   F R O M   H E R T Z
```

```
RESERVATION INFORMATION:  E0381456966 / D
PREPARED BY:  JNE      COMPLETED BY:  R2B1
STATEMENT OF CHARGES - NOT VALID FOR RENTAL
```

RENTAL RECORD  **A70364   I**

6-09-08

07066-01

(67)

STANLEE'S
DELI AND
LIQUOR STORE
TUMON, GUAM

06-09-2008 MON  #0

SODAS        1.95
SANDWICH     8.50
SUBTL       10.45
TOTAL       10.45
TEND        10.50
CHANGE       0.05

ITEM   2
STAN   7501 13:04TM

TREASURER OF GUAM
(671)475-1122/(671)475-1105

RECEIPT NO:      2008966287
DATE:            06/09/08 13:23
LOC/STATION:     04/C2
CASHIER:         TOGCRUZD
PAY METHOD:      CASH
AMOUNT:          $62.50

REFERENCE NO:    0940722
DOCUMENT NO:
TAX TYPE:        BL13
AMOUNT:          $62.50

TOP COPY-MERCHANT  BOT COPY-CUSTOMER

## Le Tasi Bistro
**RESTAURANT & TAPAS BAR**  30276

*"The pleasure of a fine table."*

Phone: (671) 472-7877     Fax: (671) 477-7875

| TABLE NO. | NO PERSONS | CHECK NO. | WAITER NO. | A.M. | LUNCH | P.M. |
|---|---|---|---|---|---|---|
| | | | | | | |

| DESCRIPTION | | RRICE | AMOUNT |
|---|---|---|---|
| soupdujour | | | 5 00 |
| | | | 5 00 |
| lamb r | | | 28 00 |
| Penne | | | 15 00 |

**THANK YOU**
Personal chef/Catering/Pastry for all your occasions
NO SERVICE CHARGE

TOTAL  51 50

6-9-08

070066-01





**CLAIMED**
*iCONNECT*

Purchase

iConnect

Guam's Only 2Way Radio & Cell
543A Top Plaza Bldg.Tam. Guam
Agana Shopping Center

ICE # 29127
TIME: 6/9/2008 10:51:24 AM
IER: Princess
ION: 01
ESPERSON: 18

| | | | |
|---|---|---|---|
| $20 Reload Card | | | |
| 64001014 | @ | $20.00 | $20.00 |
| Falcon Car Charger | | | |
| N6343A | @ | $16.66 | $16.66 |

ND TOTAL $36.66

Tendered $40.00
nge due $3.34



Amount saved: $4.17

Thank you for visiting iConnect!
We appreciate your business.
Visit us on the Web @ www.choicephone.com
Tel No. 1-671-988-8888
Fax No. 1-671-647-7840
RETURNS ON ALL ITEMS ARE SUBJECT TO A 25%
RESTOCKING CHARGE!!!
**ALL SALES ON SPECIAL ITEMS ARE FINAL!!**

6-10-08

07066-07

(69)

Breakfast
@ Mobil on
the Run



THAI KITCHEN

SOLD BY _____ DATE 6/10/08

NAME _____

ADDRESS _____

Partial Payment
= $20.00



# COPY XPRESS PHOTO

P.O. Box 10138, Tamuning, Guam 96931
155 E.T. Calvo Memorial Parkway, Tamuning, Guam 96913
Telephone: 671.649.2679 • Fax: 671.649.1010

## 133431
### CASH RECEIPT

| DATE 06/11/08 | CASH | CARD | CHECK |
|---|---|---|---|

NAME

ADDRESS

| QTY | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|
| 20 | 36 X 24  BOND  PDF | $1.00 | $20.00 |

**PAID**
JUN 11 2008
COPY EXPRESS

| SUPER QUICK COPYING & PRINTING CENTER | | TOTAL | $20.00 |
|---|---|---|---|
| PRINT YOUR NAME  Chor | ☑ COPY ☐ PRINTING | DEPOSIT | |
| | | BALANCE DUE | |



**standard** office supplies

BARIGA    123456

WELCOME TO
SPPC BARRIGADA

BARRIGADA 76
112 ROUTE 10
BARRIGADA    GU
MGR #   00247395

06/12/08    05:12
GAVEGJUICE    $1.79
UBSPLSTRWK    $1.69
HENAPRUM-S    $1.69
MARIPARTY    $0.50
SUBTOTL    $5.17
TOTAL    $5.17
CASH    $20.00

PL/AUTAX    $5.17
TAX PD    $0.00
CHANGE    $14.83
RECEIPT NO. 1-4536

CUSTOMER SIGNATURE
AS GRT INCLUDED

THANK YOU

---

VITAMIN WORLD, INC. 39701
GUAM PREMIER OUTLETS
199 CHALAN SAN ANTONIO RD 104D
TAMUNING, GU 96911
671-647-5661

ASSOCIATE: MONETTE    6/12/08 11:21:42
RECEIPT#:9701-300017439-R3

| QTY ITEM | TAX NOTE | UNIT PRICE | EXT PRICE |
|---|---|---|---|
| 8X0F | | | |
| 1 69620 | N | | |
| LEAN BODY RTD VA 17Z | | 4.59 | 4.59 |

TOTAL # OF ITEMS...    1
TOTAL AMOUNT OF SALE....    4.59
TOTAL SALES TAX.........    .00

TOTAL AMOUNT ...........    4.59

CASH    5.00
CHANGE DUE    .41

THANK YOU FOR SHOPPING VITAMIN WORLD

LOW PRICES EVERY DAY!

RECEIPT REQUIRED FOR REFUND.
CHECK REFUNDS AFTER 10 BUSINESS DAYS

JOIN THE SAVINGS PASSPORT CLUB TODAY
AND START EARNING BONUS POINTS...
AND MEMBER ONLY DISCOUNTS

---



6/12/2008 9:31:34 AM    Sales Receipt # 99392
Store: SOS

**STANDARD OFFICE SUPPLIES**
654 S. MARINE CORP DRIVE
TAMUNING, GU 96913
PH: 671-646-4825
FAX: 671-646-7757

...To    CASH

...er: Corina

| ...RIPTION | QTY | PRICE | EXT PRC |
|---|---|---|---|
| ...16 | 1 | $18.45 | $18.45 |
| ...h Paper 4x4 17"x22" | | | |

| 1 item(s) | Subtotal | $18.45 |
|---|---|---|
| 20.00 % Disc: | | - $3.69 |
| TAXES | 0.000 % Tax: | + $0.00 |
| | RECEIPT TOTAL: | $14.76 |

...ent Taken: $15.00
...nge Given: $0.24

...sh    $ 15.00

Total Savings $3.69

Merchandise may be returned or
exchanged within 30 days of this receipt.



6-13-08

07066-01

(72)

Shell Mangilao
Mangilao, Guam
Ph. 1 671 734 5866

13-June-2008 04:29 POS:1 Foreign# 5 #91229#

FUEL CARDS
2 @ 10,000 L/          $20.00

CASH                   $20.00

TOTAL INVOICE          $20.00

Si Yu'us Ma'ase
Have a nice day
Shell, the Station of Choice

VITAMIN WORLD, INC. #8701
GUAM PREMIER OUTLETS
199 CHALAN SAN ANTONIO RD 104D
TAMUNING, GU 96911
671-647-5661

ASSOCIATE: JOSHUA       6/13/08 10:04:50
RECEIPT#:8701-100187477-R1

| QTY ITEM | TAX NOTE | UNIT PRICE | EXT PRICE |
|---|---|---|---|
| 8%OF | | | |
| 1 41860 | N | | |
| PHOSPH MENTAL CLAR B | | .00 | .00 |
| 1 62226 | N | | |
| SAVINGS PASSPORT | | .00 | .00 |
| 3 69620 | N | | |
| LEAN BODY RTD VA 17Z | | 4.59 | 13.77 |
| 2 79084 | N | | |
| LB RTD BAN & CRM 17Z | | 4.59 | 9.18 |

TOTAL # OF ITEMS...   7
TOTAL AMOUNT OF SALE....        22.95
TOTAL SALES TAX.........          .00
                              --------
TOTAL AMOUNT ...........        22.95

CASH                            23.00
CHANGE DUE                        .05

THANK YOU FOR SHOPPING VITAMIN WORLD

LOW PRICES EVERY DAY!

RECEIPT REQUIRED FOR REFUND.
CHECK REFUNDS AFTER 10 BUSINESS DAYS

MEMBERSHIP # 400114365932
BONUS POINTS EARNED THIS PURCHASE     2
TOTAL SAVINGS            $.00

6-14-08

07066-01

(73)

17,56

6-15-08

74

07066-01



**BANK OF GUAM**
THE PEOPLE'S BANK
Member FDIC

BANK OF GUAM

493 SOUTH ROUTE 10
MANGILAO          GU GU

    DATE   TIME    ATM
  06\15\08 06:06   020

BUS. DATE 06\16\08
CARD #XXXXXXXXXXXX0989

TRAN #          0027287213
WITHDRAW  $100.00
FROM 5028
SURCHARGE:        $2.25

NEW BAL        $1771.54

ACKNOWLEDGEMEN

6-16-08

07066-01

(75)

Triple J
24-HR Mobil Mart

TRAN #:        046719
TRML NO # :        9161

/16/2008  05:01:54

:MINAL
'RROVAL #  :  539001
:EIPT #   :  015005
.ES RPT #  :  058824
.ES RPT #  :  407

IP# 12
! Regula @$4.679/G
AL GAL:        10.686
AL:        50.00
AL SALE:        50.00

. DATE  :  09/10
D NUMBER :
XXXXXXXXX0989

gree to pay the
ve Total Amount
ording to Card
uer Agreement.

:nature

------------------

THANK YOU
DRIVE SAFELY

---

ANTIGUA        123456

WELCOME TO SPPC
ANTIGUA.

ANTIGUA 76
711 W MARINE DR
ANTIGUA        GU
DLR #        00247387

06/16/08        09:25
1CONNEC$20 $20.00T
TOTAL        $20.00
CASH        $20.00

TL/NOTAX        $20.00
TAX FB        $0.00
RECEIPT NO. 1-9620

------------------

CUSTOMER SIGNATURE
4% GRT INCLUDED

THANK YOU

---

VITAMIN WORLD, INC. #8701
GUAM PREMIER OUTLETS
199 CHALAN SAN ANTONIO RD 104D
TAMUNING, GU 96911
671-647-5661

ASSOCIATE: PHILIP        6/16/08 12:12:40
RECEIPT#:8701-100187633-R1

| QTY ITEM | TAX NOTE | UNIT PRICE | EXT PRICE |
|---|---|---|---|
| 8%DF | | | |
| 2 69620 | N | - | |
| LEAN BODY RTD VA 17Z | | 4.59 | 9.18 |
| 2 79084 | N | | |
| LB RTD BAN & CRM 17Z | | 4.59 | 9.18 |

TOTAL # OF ITEMS...  4
TOTAL AMOUNT OF SALE....        18.36
TOTAL SALES TAX.........        .00
                          --------
TOTAL AMOUNT ...........        18.36

CASH        20.00
CHANGE DUE        1.64

THANK YOU FOR SHOPPING VITAMIN WORLD

LOW PRICES EVERY DAY!

RECEIPT REQUIRED FOR REFUND.
CHECK REFUNDS AFTER 10 BUSINESS DAYS

CHRISTOPHER LUND
MEMBERSHIP # 400114365932
BONUS POINTS EARNED THIS PURCHASE     1
        TOTAL SAVINGS        $.00

✓

CARMEN'S CHA-CHA COR
192 ARCHBISHOP FLORES ST
HAGATNA GU 96910
671-472-7922

5121470289001620 1520
06-17-08                    TIME 01:38 PM

020  VISA CRL SALE
XXXXXXXXXXX0939   EXP: XX/X
AUTH/TKT 016904

AMOUNT:      $      28.50
GRATUITY:    $       4.28
TOTAL:       $      32.78

16.39

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

CHRISTOPHER A LUND
TOP COPY MERCHANT  BOTTOM COPY CUSTOMER

---

SALE RECEIPT
Store #23416      tko 06/17/08 18:37:52
Trans# 188 Clerk 20  Drw 1 TRDT 061708
Receipt # 0000225007 Reg ID REG-MAIN
Guam GRT     0.19 Tax B          0.00
Tax C        0.00 Tax D          0.00
Tax E        0.00 Tax F          0.00
                **TOTAL          4.99
AMT TEND     5.00 CHANGE DUE      0.01
                ------------------------
          CHANGE DUE$      0.01

SUBWAY Card

Card **************0025
Points Added
Rewards Balance: 5 Points

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Protect the balance on your card.
Register at www.mysubwaycard.com. (c)
2008 Doctors Associates Inc. SUBWAY(R)
a registered trademark of Doctors
Associates Inc.. At participating
restaurants only.
Play the Get Smart
   Fresh Game!  You could win BIG!
More than 1 Million dollars in prizes!
Enter this secret code at
www.subwayfreshbuzz.com for a bonus
instant win play!  CODE IS: SIEGFRIED
a new secret code every time you
your SUBWAY (R) card!  NO PURCHASE
NECESSARY TO PARTICIPATE OR RECEIVE
PRIZES.  Ends Aug. 10, 2008.  To play
and for Official Rules, visit
www.subwayfreshbuzz.com  Get Smart in
theatres June 20.  GET SMART (c) 2008
Warner Bros. Ent.   All Rights
Reserved.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Host Order ID: 14031236000237204D

6-17-08



07066-01

PACAIR PARKING MANAGEMENT SERVICES
TEL 671 649 0793
FAX 671 649 0942
SI YUUS MA ASE
THANK YOU

Ticket #:  91009557
IN:  6/17/2008 5:36:00 PM
OUT: 6/17/2008 6:03:44 PM

PARKING FEE:    $2.00

TOTAL:      $2.00
VALIDATION :   -$0.00
TENDERED:    $10.00
CHANGE:     $8.00

No.

citibank®

CARD NUMBER
XXXXXXXXXXXXX0989

ATM ID
0401

Guam International Airport

available now

TIME
17:47

DATE
06/17/2008

GOT CASH    $ 20.00
Plus Fee:   $ 2.75
From Asst:  CREDIT
Balance:

6-18-08

07066-01

(78)

```
***********************************
*******
        King's Restaurant-Tamuning
          Guam Premier Outlets
             Tamuning, Guam
           Tel. (671) 646-5930

06/18/08   6:58 AM Order #172076
Table A4  Cust 2 Waiter 3 Crisost
omo
***********************************
*******


 1 Bac & Eggs
   7.95
 1 Fruity Cakes
   4.99
 2 Coffee
   3.60
 1 Small Orange Juice
   1.95

                      -----

 18.49        Sub-total:

                      -----

      Total Due:  1
 8.49




          GRATUITY
        NOT INCLUDED

       SI YU' US MA'ASE
     PLEASE COME AGAIN
     d000000073820
```

SOLD BY _____ DATE 6/17 2008
NAME _____
ADDRESS ____ Topi Kitchen

| REGISTER NUMBER | AMOUNT RECEIVED | ACCT. FWD. |
|---|---|---|
| 1 | | |
| 2 | | 8 |
| 3 | | |
| 4 | | 13 |
| 5 | | |
| 6 | | 1 |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | ± 1 | 6 |
| 12 | | |
| 13 | | |
| 14 | 31 | |

REDIFORM, 5A200

6/19/08

07666-CI

Shirley's Coffee Shop
Tamuning , Guam
(671)649-6622
**Table #48**
Trans#:   785247    Serv: CASHIER 24
6/19/2008 8:31:23 AM      # Cust:3
==========================================
Quan Descript              Cost
==========================================

  3 COFFEE                  $4.50
  2 PORT SAUG & EGG        $13.90
  1 OE
  1 OH
  1 T
  1 FR                      $2.00
  1 SPANISH OMELETTES       $6.50
  1 PC
==========================================
            Net Total:   $26.90
            ==============
     **TOTAL  =   $26.90**
Food: $20.40
Beverage: $4.50            $8.45
Other: $2.00
==========================================
            CASH      $50.00
            Change    $23.10
==========================================

     **<-REPRINTED->**
     **Please pay to**
     Cashier, Thanks!

partial
payment
made

**BANK OF GUAM**
THE PEOPLE'S BANK

## ISSIN RESTAURANT
WESTIN HOTEL TUMON,GUAM
(671) 646-5252

BATCH No.   :  000098
TERMINAL ID :  6008206
CARD        :  VISA INT'L
CARD No. : XXXXXXXXXXX6842 / Swiped
RREF No.    :  0773
INVOICE     :  000715
SERVER No.  :  3
TRANS.  : CREDIT CARD SALE

AMOUNT   :           $   47.00

TIP AMOUNT:          $    7.00
(IF ANY, PLEASE SIGN)

TOTAL AMOUNT:        $  54.00
Tran Date/Time : 06/19/08    18:53:00
APPROVAL    :  005345
          Customer Copy

6-19-08

07066-01


80

WELCOME TO SPPC
ANIGUA.

ANIGUA 76
711 W MARINE DR
ANIGUA            GU
DLR# 00247387
DATE: 06/19/08

VISA           ACCT#
XXXX XXXX XXXX 0989
G1587GG39309
INV# 140005    81/4J
REF# 921 93-004
AUTH# 00-518104

PUMP# 2        SELF
UNL           14.147G
PRICE/GAL      $4.679

FUEL TOTAL     $66.19

------------------------
CUSTOMER SIGNATURE
4% GRT INCLUDED

     THANK YOU

**Gershman,Brickner & Bratton, Inc.**
**Time by Name**
**June 2008**



| | Time | % of Time | Total phone cost | Phone cost by job |
|---|---|---|---|---|
| **Harvey W Gershman** | | | | |
| other | 0.25 | 0.00 | 197.70 | 0.26 |
| other | 2.50 | 0.01 | 197.70 | 2.62 |
| other | 1.50 | 0.01 | 197.70 | 1.57 |
| other | 1.50 | 0.01 | 197.70 | 1.57 |
| other | 7.00 | 0.04 | 197.70 | 7.32 |
| 07066-US District Court for Guam:01-Receivership | 78.50 | 0.42 | 197.70 | 82.11 |
| other | 0.50 | 0.00 | 197.70 | 0.52 |
| No job assigned | 97.25 | 0.51 | 197.70 | 101.73 |
| **Total Harvey W Gershman** | 189.00 | 1.00 | | 197.70 |
| | | | | |
| **Chris Lund** | | | | |
| 07066-US District Court for Guam:01-Receivership | 231.00 | 1.00 | 257.96 | 257.96 |
| No job assigned | 0.00 | 0.00 | 257.96 | 0.00 |
| **Total Chris Lund** | 231.00 | 1.00 | | 257.96 |
| | | | | |
| Total Phone Bill for June 2008 | | | 455.66 | |

# Gershman, Brickner & Bratton, Inc.
## Time by Name
## JUNE 2008
## Verizon Wireless



|  | Time | % of Time | Total phone cost | Phone cost by job |
|---|---|---|---|---|
| **Robert H Brickner** |  |  |  |  |
| other | 4.00 | 0.02 | 166.15 | 3.96 |
| other | 6.00 | 0.04 | 166.15 | 5.93 |
| other | 0.50 | 0.00 | 166.15 | 0.50 |
| other | 1.00 | 0.01 | 166.15 | 0.99 |
| other | 6.00 | 0.04 | 166.15 | 5.93 |
| other | 4.00 | 0.02 | 166.15 | 3.96 |
| other | 11.00 | 0.07 | 166.15 | 10.88 |
| other | 44.00 | 0.26 | 166.15 | 43.51 |
| other | 2.00 | 0.01 | 166.15 | 1.98 |
| other | 7.00 | 0.04 | 166.15 | 6.92 |
| other | 14.50 | 0.09 | 166.15 | 14.34 |
| other | 2.00 | 0.01 | 166.15 | 1.98 |
| other | 2.50 | 0.01 | 166.15 | 2.47 |
| other | 1.00 | 0.01 | 166.15 | 0.99 |
| other | 12.00 | 0.07 | 166.15 | 11.87 |
| other | 8.00 | 0.05 | 166.15 | 7.91 |
| other | 9.00 | 0.05 | 166.15 | 8.90 |
| other | 3.00 | 0.02 | 166.15 | 2.97 |
| No job assigned | 30.50 | 0.18 | 166.15 | 30.16 |
| **Total Robert H Brickner** | 168.00 | 1.00 |  | 166.15 |
| **J. Frank Bernheisel** |  |  |  |  |
| other | 3.00 | 0.02 | 453.35 | 7.35 |
| other | 2.00 | 0.01 | 453.35 | 4.90 |
| other | 6.00 | 0.03 | 453.35 | 14.70 |
| other | 11.50 | 0.06 | 453.35 | 28.18 |
| other | 9.00 | 0.05 | 453.35 | 22.06 |
| other | 18.00 | 0.10 | 453.35 | 44.11 |
| other | 13.00 | 0.07 | 453.35 | 31.86 |
| other | 14.50 | 0.08 | 453.35 | 35.53 |
| other | 1.00 | 0.01 | 453.35 | 2.45 |
| 07066-US District Court for Guam:01-Receivership | 4.00 | 0.02 | 453.35 | 9.80 |
| other | 16.00 | 0.09 | 453.35 | 39.21 |
| No job assigned | 87.00 | 0.47 | 453.35 | 213.20 |
| **Total J. Frank Bernheisel** | 185.00 | 1.00 |  | 453.35 |
| **Francois Coulombe** |  |  |  |  |
| 07066-US District Court for Guam:01-Receivership | 35.50 | 0.27 | 95.72 | 26.19 |
| No job assigned | 94.25 | 0.73 | 95.72 | 69.53 |
| **Total Francois Coulombe** | 129.75 | 1.00 |  | 95.72 |
| **Timothy J Bratton** |  |  |  |  |
| other | 1.00 | 0.01 | 44.68 | 0.27 |
| other | 2.00 | 0.01 | 44.68 | 0.53 |
| other | 19.00 | 0.11 | 44.68 | 5.05 |
| other | 12.50 | 0.07 | 44.68 | 3.32 |
| other | 5.00 | 0.03 | 44.68 | 1.33 |
| other | 8.00 | 0.05 | 44.68 | 2.13 |
| 07066-US District Court for Guam:01-Receivership | 66.00 | 0.39 | 44.68 | 17.55 |
| other | 2.00 | 0.01 | 44.68 | 0.53 |
| No job assigned | 52.50 | 0.31 | 44.68 | 13.96 |
| **Total Timothy J Bratton** | 168.00 | 1.00 |  | 44.68 |
| **Total Phone Bill for JUNE 2008** |  |  | 759.90 |  |

# Gershman, Brickner & Bratton, Inc.
## Time by Name
## June 2008



| | Time | % of Time | Total phone cost | Phone cost by job |
|---|---|---|---|---|
| **Chace Anderson (Sprint) - 50 % only charged** | | | | |
| other | 9.00 | 0.04 | 83.59 | 3.47 |
| C07066-US District Court for Guam:01-Receivership | 174.00 | 0.80 | 83.59 | 67.03 |
| No job assigned | 34.00 | 0.16 | 83.59 | 13.10 |
| **Total Chace Anderson** | 217.00 | 1.00 | | 83.59 |
| | | | | |
| **Chace Anderson (Qwest) - 50 % only charged** | | | | |
| other | 9.00 | 0.04 | 43.88 | 1.82 |
| C07066-US District Court for Guam:01-Receivership | 174.00 | 0.80 | 43.88 | 35.18 |
| No job assigned | 34.00 | 0.16 | 43.88 | 6.88 |
| **Total Chace Anderson** | 217.00 | 1.00 | | 43.88 |

**Total Sprint & Qwest Phone Bills for June 2008**  |  127.47



**Harvey Gershman (ID - 6729575) Summary**

|  | Jun Amt | Jun $ | Jul Amt | Jul $ | Total |
|---|---|---|---|---|---|

### Audio Conferencing
**June    12, 2008**          12:56 PM - 02:37 PM

Billing Code: 7006601
Duration (Minutes): 393

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
|  |  | N | 01:01 PM | 02:37 PM | 97 | $12.61 |
|  |  | N | 01:02 PM | 02:37 PM | 95 | $12.35 |
|  |  | N | 12:56 PM | 02:37 PM | 102 | $27.54 |
|  |  | N | 12:58 PM | 02:37 PM | 99 | $12.87 |
|  |  |  |  | Total | 393 | $65.37 |

### Audio Conferencing
**June    19, 2008**          01:00 PM - 02:35 PM

Billing Code: 706601
Duration (Minutes): 369

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
|  |  | N | 01:00 PM | 02:34 PM | 95 | $25.65 |
|  |  | N | 01:01 PM | 02:35 PM | 95 | $12.35 |
|  |  | N | 01:06 PM | 02:35 PM | 90 | $11.70 |
|  |  | N | 01:07 PM | 02:35 PM | 89 | $11.57 |
|  |  |  |  | Total | 369 | $61.27 |

### Audio Conferencing
**June    26, 2008**          01:30 PM - 02:19 PM

Billing Code: 7066601
Duration (Minutes): 179

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
|  |  | N | 01:30 PM | 02:19 PM | 50 | $13.50 |
|  |  | N | 01:32 PM | 01:33 PM | 2 | $0.26 |
|  |  | N | 01:33 PM | 02:19 PM | 46 | $5.98 |
|  |  | N | 01:34 PM | 01:36 PM | 3 | $0.39 |
|  |  | N | 01:35 PM | 02:19 PM | 45 | $5.85 |
|  |  | N | 01:36 PM | 02:09 PM | 33 | $4.29 |
|  |  |  |  |  |  | $2.12 |
|  |  |  |  | Total | 179 | $32.39 |

### Harvey Gershman's Billing Code Summary

| Billing Code | Service | Item | Quantity | Cost |
|---|---|---|---|---|
| 100000 | Audio Conf. | Phone Minutes | 172 | $22.36 |
|  |  | Tax |  | $0.00 |
|  |  | Billing Code 100000 Total |  | $22.36 |
| 607307 | Audio Conf. | Phone Minutes | 790 | $102.70 |
|  |  | Tax |  | $0.00 |
|  |  | Billing Code 607307 Total |  | $102.70 |
| 7006601 | Audio Conf. | International Audio Minutes | 102 | $27.54 |
| 7006601 | Audio Conf. | Phone Minutes | 291 | $37.83 |
|  |  | Tax |  | $0.00 |
|  |  | Billing Code 7006601 Total |  | $65.37 |
| 706601 | Audio Conf. | International Audio Minutes | 95 | $25.65 |
| 706601 | Audio Conf. | Phone Minutes | 274 | $35.62 |
|  |  | Tax |  | $0.00 |
|  |  | Billing Code 706601 Total |  | $61.27 |
| 7066601 | Audio Conf. | International Audio Minutes | 50 | $13.50 |
| 7066601 | Audio Conf. | Phone Minutes | 129 | $16.77 |
|  |  | Tax |  | $2.12 |
|  |  | Billing Code 7066601 Total |  | $32.39 |
|  |  | Total Tax: |  | $2.12 |
|  |  | Harvey Gershman's Billing Codes Total: |  | $284.09 |



## Chace Anderson (ID - 1769697) Summary

| Audio Conferencing | Jun Amt | Jun $ | Jul Amt | Jul $ | Total |
|---|---|---|---|---|---|
| Phone Minutes | 226 | $29.38 | 0 | $0.00 | $29.38 |
| Total Tax | | $0.00 | | $0.00 | $0.00 |
| Chace Anderson Total | | $29.38 | | $0.00 | $29.38 |

## Chace Anderson's Meetings

**Audio Conferencing**
June    26, 2008                    10:00 AM - 11:18 AM      07046-01      Duration (Minutes): 226

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| | | N | 10:00 AM | 11:18 AM | 78 | $10.14 |
| | | N | 10:03 AM | 11:18 AM | 75 | $9.75 |
| | | N | 10:06 AM | 11:18 AM | 73 | $9.49 |
| | | | | Total | 226 | $29.38 |



# Outbound Usage Billed Report   GERSHMAN, BRICKNER & BRATTON, INC.

**Account:** 153958   **Report Period:** Jun 11, 2008   **Invoice:** 32733419

| Calling Number | Calling Location | Called Number | Called Location | Usage Category | Date/Time | Minutes | Amount | Code | Description |
|---|---|---|---|---|---|---|---|---|---|
| -5800 | Fls Church, VA | I-1003 | Sndg Sndg, CA | 1+ Interstate | 05-29-2008 06:24:05 | 3.00 | 0.17 | 0000706601 | USA District Court of Guam |
| -5800 | Fls Church, VA | I-7220 | Snfc sf01, CA | 1+ Interstate | 05-21-2008 03:01:11 | 4.20 | 0.23 | 0000706601 | USA District Court of Guam |
| -5800 | Fls Church, VA | I-4950 | Cockeysvl, MD | 1+ Interstate | 05-23-2008 08:45:54 | 19.60 | 1.08 | 0000706601 | USA District Court of Guam |
| -5800 | Fls Church, VA | 5-6286 | Millburn, NJ | 1+ Interstate | 06-05-2008 11:50:04 | 9.30 | 0.51 | 0000706601 | USA District Court of Guam |
| -5800 | Fls Church, VA | 5-6286 | Millburn, NJ | 1+ Interstate | 05-19-2008 04:08:58 | 0.40 | 0.02 | 0000706601 | USA District Court of Guam |
| -5800 | Fls Church, VA | 5-6286 | Millburn, NJ | 1+ Interstate | 05-28-2008 03:01:10 | 0.20 | 0.01 | 0000706601 | USA District Court of Guam |
| -5800 | Fls Church, VA | I-3080 | Buckingham, PA | 1+ Interstate | 05-13-2008 12:55:49 | 11.50 | 0.63 | 0000706601 | USA District Court of Guam |
| -5800 | Fls Church, VA | I-3396 | Medford, OR | 1+ Interstate | 05-19-2008 02:32:10 | 5.10 | 0.28 | 0000706601 | USA District Court of Guam |
| -5800 | Fls Church, VA | I-3396 | Medford, OR | 1+ Interstate | 06-06-2008 02:01:20 | 129.20 | 7.11 | 0000706601 | USA District Court of Guam |
| -5800 | Fls Church, VA | I-3396 | Medford, OR | 1+ Interstate | 05-12-2008 05:02:04 | 1.70 | 0.09 | 0000706601 | USA District Court of Guam |
| -5800 | Fls Church, VA | )-1200 | Nashville, TN | 1+ Interstate | 06-02-2008 02:02:56 | 7.40 | 0.41 | 0000706601 | USA District Court of Guam |
| -5800 | Fls Church, VA | )-1200 | Nashville, TN | 1+ Interstate | 05-16-2008 11:02:06 | 60.90 | 3.35 | 0000706601 | USA District Court of Guam |
| -5800 | Fls Church, VA | )-1200 | Nashville, TN | 1+ Interstate | 06-06-2008 02:00:13 | 1.00 | 0.06 | 0000706601 | USA District Court of Guam |
| -5800 | Fls Church, VA | )-1200 | Nashville, TN | 1+ Interstate | 06-04-2008 10:04:00 | 61.00 | 3.36 | 0000706601 | USA District Court of Guam |
| -5800 | Fls Church, VA | )-1200 | Nashville, TN | 1+ Interstate | 06-04-2008 01:10:59 | 0.80 | 0.04 | 0000706601 | USA District Court of Guam |
| -5800 | Fls Church, VA | )-1200 | Nashville, TN | 1+ Interstate | 05-15-2008 03:47:57 | 63.20 | 3.48 | 0000706601 | USA District Court of Guam |
| -5800 | Fls Church, VA | )-1200 | Nashville, TN | 1+ Interstate | 05-20-2008 02:00:28 | 2.20 | 0.12 | 0000706601 | USA District Court of Guam |
| -5800 | Fls Church, VA | )-1200 | Nashville, TN | 1+ Interstate | 05-19-2008 02:30:52 | 0.60 | 0.03 | 0000706601 | USA District Court of Guam |
| -5800 | Fls Church, VA | )-1200 | Nashville, TN | 1+ Interstate | 06-06-2008 02:02:05 | 128.40 | 7.06 | 0000706601 | USA District Court of Guam |
| -5800 | Fls Church, VA | )-1200 | Nashville, TN | 1+ Interstate | 05-12-2008 04:58:16 | 2.70 | 0.15 | 0000706601 | USA District Court of Guam |
| -5800 | Fls Church, VA | 2-8356 | Memphis, TN | 1+ Interstate | 05-16-2008 11:01:05 | 49.20 | 2.71 | 0000706601 | USA District Court of Guam |
| -5800 | Fls Church, VA | 5-1467 | Alpharetta, GA | 1+ Interstate | 05-14-2008 03:07:46 | 4.90 | 0.27 | 0000706601 | USA District Court of Guam |
| -5800 | Fls Church, VA | 3-2815 | WSNGTNZN17, VA | Local | 06-06-2008 08:11:41 | 4.00 | 0.05 | 0000706601 | USA District Court of Guam |
| | | | | | | | 31.22 | | |



# Data Roaming Detail

**User Name: DAVID MANNING**

07066-01

*Rate Period (Pd.): P=Peak, O=Off Peak, N=Nights*
*Call To: ** = International Call Terminated To Mobile*

| Item | Day | Date | Time | To/From | Type | Msg/KB/ Min | Rate Code | Fea- ture | In/ Out | Total Charge |
|------|-----|------|------|---------|------|-------------|-----------|-----------|---------|--------------|
| GPRS Charges Incurred While Roaming in Guam, GM | | | | | | | | | | |
| 1 | Wed | 04/23 | 07:29AM | Data Transfer | | 48 KB | MK12 | | Out | 0.94 |
| 2 | Wed | 04/23 | 07:29AM | Data Transfer | | 12 KB | MK12 | | Out | 0.23 |
| 3 | Tue | 04/29 | 06:18AM | Data Transfer | | 15 KB | MK12 | | Out | 0.29 |
| 4 | Tue | 04/29 | 07:58AM | Data Transfer | | 8 KB | MK12 | | Out | 0.16 |
| 5 | Sat | 05/03 | 06:31AM | Data Transfer | | 49 KB | MK12 | | Out | 0.96 |
| Charges Incurred While N | | | | | | | | | | |
| 6 | Wed | 04/23 | 07:44AM | Data Transfer | | 227 KB | MK12 | | Out | 4.43 |
| 7 | Thu | 04/24 | 01:56AM | Data Transfer | | 50 KB | MK12 | | Out | 0.98 |
| 8 | Thu | 04/24 | 05:56AM | Data Transfer | | 426 KB | MK12 | | Out | 8.31 |
| 9 | Fri | 04/25 | 06:56AM | Data Transfer | | 1123 KB | MK12 | | Out | 21.90 |
| 10 | Sat | 04/26 | 06:56AM | Data Transfer | | 270 KB | MK12 | | Out | 5.27 |
| 11 | Sun | 04/27 | 06:56AM | Data Transfer | | 262 KB | MK12 | | Out | 5.11 |
| 12 | Mon | 04/28 | 06:56AM | Data Transfer | | 257 KB | MK12 | | Out | 5.01 |

# Data Roaming Detail

**User Name: DAVID MANNING**

*Rate Period (Pd.): P=Peak, O=Off Peak, N=Nights*
*Call To: ** = International Call Terminated To Mobile*

| Item | Day | Date | Time | To/From | Type | Msg/KB/ Min | Rate Code | Fea- ture | In/ Out | Total Charge |
|------|-----|------|------|---------|------|-------------|-----------|-----------|---------|--------------|
| 13 | Mon | 04/28 | 11:18PM | Data Transfer | | 102 KB | MK12 | | Out | 1.99 |
| 14 | Tue | 04/29 | 07:58AM | Data Transfer | | 494 KB | MK12 | | Out | 9.63 |
| 15 | Wed | 04/30 | 06:58AM | Data Transfer | | 277 KB | MK12 | | Out | 5.40 |
| 16 | Wed | 04/30 | 11:17PM | Data Transfer | | 141 KB | MK12 | | Out | 2.75 |
| 17 | Thu | 05/01 | 06:17AM | Data Transfer | | 458 KB | MK12 | | Out | 8.93 |
| 18 | Fri | 05/02 | 06:17AM | Data Transfer | | 370 KB | MK12 | | Out | 7.22 |
| | Subtotal of KBs for KN | | | | | 4457 KB | | | | 86.93 |
| | Subtotal of KBs | | | | | 4589 KB | | | | 89.51 |
| Totals | | | | | | | | | | 89.51 |



# Data Roaming Detail
## User Name: DAVID MANNING

*Rate Code: MK11=INTL ROAM PPU SMS, MK12=INTL ROAM PPU GPRS*
*Rate Period (Pd.): P=Peak, O=Off Peak, N=Nights*
*Call To: ** = International Call Terminated To Mobile*

| Item | Day | Date | Time | To/From | Type | Msg/KB/ Min | Rate Code | Fea- ture | In/ Out | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| Charges Incured While Roaming in Guam, GM | | | | | | | | | | |
| 1 | Wed | 05/07 | 04:35AM | 615-310-8646 | MTM TEXT M | 1 Msg | MK11 | | Out | 0.50 |
| | | **Subtotal of Msgs** | | | | **1 Msg** | | | | **0.50** |
| | | | | | | | | | | |
| GPRS Charges Incured While Roaming in Guam, GM | | | | | | | | | | |
| 2 | Thu | 05/08 | 05:21AM | Data Transfer | | 12 KB | MK12 | | Out | 0.23 |
| 3 | Thu | 05/08 | 06:21AM | Data Transfer | | 10 KB | MK12 | | Out | 0.20 |
| 4 | Fri | 05/09 | 03:58AM | Data Transfer | | 20 KB | MK12 | | Out | 0.39 |
| 5 | Mon | 05/12 | 12:23AM | Data Transfer | | 142 KB | MK12 | | Out | 2.77 |
| 6 | Mon | 05/12 | 02:59AM | Data Transfer | | 23 KB | MK12 | | Out | 0.45 |
| 7 | Mon | 05/12 | 04:42AM | Data Transfer | | 102 KB | MK12 | | Out | 1.99 |
| 8 | Mon | 05/12 | 04:43AM | Data Transfer | | 6 KB | MK12 | | Out | 0.12 |
| | | | | | | | | | | |
| GPRS Charges Incured While Roaming in Guam, | | | | | | | | | | |
| 9 | Tue | 05/13 | 09:24AM | Data Transfer | | 10 KB | MK12 | | Out | 0.20 |
| 10 | Tue | 05/13 | 09:24AM | Data Transfer | | 5 KB | MK12 | | Out | 0.10 |
| 11 | Tue | 05/13 | 09:25AM | Data Transfer | | 5 KB | MK12 | | Out | 0.10 |
| | | | | | | | | | | |
| GPRS Charges Incured While Roaming in Guam, GM | | | | | | | | | | |
| | | | | | | | | | | |
| Charges Incured While N | | | | | | | | | | |
| 12 | Sat | 05/03 | 08:31AM | Data Transfer | | 318 KB | MK12 | | Out | 6.20 |
| 13 | Sun | 05/04 | 06:31AM | Data Transfer | | 282 KB | MK12 | | Out | 5.50 |
| 14 | Mon | 05/05 | 06:31AM | Data Transfer | | 144 KB | MK12 | | Out | 2.81 |
| 15 | Mon | 05/05 | 08:56PM | Data Transfer | | 233 KB | MK12 | | Out | 4.54 |
| 16 | Tue | 05/06 | 01:02AM | Data Transfer | | 81 KB | MK12 | | Out | 1.58 |
| 17 | Tue | 05/06 | 06:02AM | Data Transfer | | 331 KB | MK12 | | Out | 6.45 |
| 18 | Wed | 05/07 | 01:31AM | Data Transfer | | 101 KB | MK12 | | Out | 1.97 |
| 19 | Wed | 05/07 | 06:31AM | Data Transfer | | 327 KB | MK12 | | Out | 6.38 |
| 20 | Thu | 05/08 | 07:21AM | Data Transfer | | 287 KB | MK12 | | Out | 5.60 |
| 21 | Thu | 05/08 | 10:39PM | Data Transfer | | 185 KB | MK12 | | Out | 3.61 |
| 22 | Fri | 05/09 | 05:58AM | Data Transfer | | 280 KB | MK12 | | Out | 5.46 |
| 23 | Sat | 05/10 | 12:53AM | Data Transfer | | 88 KB | MK12 | | Out | 1.72 |
| 24 | Sat | 05/10 | 06:53AM | Data Transfer | | 69 KB | MK12 | | Out | 1.35 |
| 25 | Sat | 05/10 | 01:56PM | Data Transfer | | 114 KB | MK12 | | Out | 2.22 |
| 26 | Sat | 05/10 | 11:29PM | Data Transfer | | 178 KB | MK12 | | Out | 3.47 |
| 27 | Sun | 05/11 | 06:29AM | Data Transfer | | 38 KB | MK12 | | Out | 0.74 |
| 28 | Sun | 05/11 | 10:07AM | Data Transfer | | 151 KB | MK12 | | Out | 2.94 |
| 29 | Mon | 05/12 | 06:42AM | Data Transfer | | 40 KB | MK12 | | Out | 0.78 |
| 30 | Mon | 05/12 | 10:03AM | Data Transfer | | 209 KB | MK12 | | Out | 4.08 |
| 31 | Mon | 05/12 | 11:07PM | Data Transfer | | 66 KB | MK12 | | Out | 1.29 |
| 32 | Tue | 05/13 | 02:27AM | Data Transfer | | 55 KB | MK12 | | Out | 1.07 |
| 33 | Tue | 05/13 | 06:27AM | Data Transfer | | 64 KB | MK12 | | Out | 1.25 |
| 34 | Tue | 05/13 | 09:30AM | Data Transfer | | 205 KB | MK12 | | Out | 4.00 |
| | | **Subtotal of KBs for KN** | | | | **3846 KB** | | | | **75.01** |
| | | **Subtotal of KBs** | | | | **4181 KB** | | | | **81.56** |
| **Totals** | | | | | | | | | | **82.06** |





## FedEx Express Shipment Detail By Reference (Original)

**Dropped off:** Jun 24, 2008     **Cust. Ref.:** NO REFERENCE INFORMATION    **Ref.#2:** 07066-01
**Payor:** Shipper     **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 28.00% to this shipment.
- Distance Based Pricing, Zone 8
- Package sent from: 97504 zip code
- 1st attempt Jun 25, 2008 at 10:02 AM.
- Original address - 855 ARLINGTON BLVD/, 22031

| | | | | |
|---|---|---|---|---|
| Automation | USAB | **Sender** | **Recipient** | |
| Tracking ID | 862782608316 | CHACE ANDERSON | JIM PLUTINO | |
| Service Type | FedEx Priority Overnight | GERSHMAN, BRICKNER & BRATTON | GBB INC | |
| Package Type | FedEx Envelope | 8550 ARLINGTON BLVD STE 203 | 8550 ARLINGTON BLVD 203 | |
| Zone | 08 | FAIRFAX VA 22031-4620 US | FAIRFAX VA 22031 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 24.35 |
| Declared Value | USD 1.00 | Discount | | -4.87 |
| Delivered | Jun 25, 2008 10:05 | Fuel Surcharge | | 5.45 |
| Svc Area | A1 | Declared Value Charge | | 0.00 |
| Signed by | R.PAT | Address Correction | | 10.00 |
| FedEx Use | 017511981/0000252/_ | **Total Charge** | USD | **$34.93** |

**NO REFERENCE INFORMATION Reference Subtotal**     **USD**     **$34.93**



## SOLID WASTE
## MANAGEMENT
## CONSULTANTS

U.S. Federal District Court of Guam
Chief Judge
520 West Soledad Avenue
Hagåtña, Guam 96910

July 16, 2008

cc: Attorney General
c/o Assistant Pat Mason

RE: Invoice for Services     Inv No. 08-07-2283     Job No. 07066-02

| | |
|---|---|
| **PERIOD:** | Activity from June 1, 2008 through June 30, 2008 |
| **CLIENT REFERENCE:** | **Order Re: Appointment of Receiver, Case 1:02-cv-00022 filed March 17, 2008** and ordered by the Chief Judge for the U.S. Federal District Court of Guam |
| **DESCRIPTION:** | Pursuant to the Consent Decree, GBB, acting as Receiver for the District Court of Guam, will enforce the terms of the Consent Decree, and assume all of the responsibilities, functions, duties, powers and authority of the Solid Waste Management Division of the Department of Public Works ("DPW"), and any and all departments, or other divisions of the DPW insofar as they affect the Government of Guam's compliance with the Consent Decree; Out-of-pocket expenditures related to emergency purchases of parts and supplies necessary for equipment maintenance for Guam's Solid Waste Division |
| **GBB Federal ID#:** | 52-1189668 |

| Payments Received To Date | Invoiced But not Received | Current Progress Amount |
|---|---|---|
| $ 0 | $ 0 | $ 787.52 |

**Expenses**

| | | |
|---|---|---|
| Emergency Maintenance (1 – 4) | $ 715.93 | |
| Fee on Expenses @ 10% | 71.59 | |
| **Total Expenses** | | $ 787.52 |

**TOTAL AMOUNT DUE GBB FOR THIS PERIOD . . . . . . . . . . .. . . . . . . $  787.52**

Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Suite 203
Fairfax, Virginia 22031-4620
(703) 573-5800  FAX (703) 698-1306
E-MAIL: gbb@gbbinc.com
Printed on recycled paper

EXHIBIT  II

Payments should be executed via wire transfers using the following information:

Bank Account Name: Gershman, Brickner & Bratton, Inc., General Account

Local Branch Address: Bank of America, 8212 Lee Highway, Merrifield, VA 22031

Bank Account Number:

Bank Routing Number for incoming wires:

Swift Code (if needed):



# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

*CANDERSON*

| | |
|---|---|
| Project ID: | **07066:02** |
| Project Name: | **US District Court - Emergency Purchases for SWD** |
| Manager: | **HWG** |
| Client ID: | **07066** |

| ELDATE | PROJECTID | EMPLOYEEID |
|---|---|---|
| 6/1/2008 to 6/30/2008 | 07066:02 to 07066:02 | CA to CA |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 6/3/2008 | Miscellaneous Expense | 1.00 | $260.73 | $260.73 | 0.00 | $260.73 | Billable |
| | Parts for D9 dozer purchased from Hawthorne company. | | | | | | |
| 6/6/2008 | Miscellaneous Expense | 1.00 | $373.66 | $373.66 | 0.00 | $373.66 | Billable |
| | Purchased material to survey active face at Ordot Dump. | | | | | | |
| 6/9/2008 | Miscellaneous Expense | 1.00 | $31.00 | $31.00 | 0.00 | $31.00 | Billable |
| | Parts for packer truck. | | | | | | |
| 6/9/2008 | Miscellaneous Expense | 2.00 | $25.27 | $50.54 | 0.00 | $50.54 | Billable |
| | fuel filter for packer truck | | | | | | |

|  | Sum of Billable Expenses: | $715.93 | $715.93 |
|---|---|---|---|
|  | Billable + Non-Billable Total: | $715.93 | $715.93 |

# HAWTHORNE PACIFIC CORP.

**CAT**

Mailing Address:
16945 CAMINO SAN BERNARDO
SAN DIEGO, CA 92127-2499

MAIN OFFICE:
94-025 Farrington Highway
WAIPAHU, HI 96797-2201
Main: (808) 677-9111
Parts: (808) 676-0200
Fax: (808) 676-0216

HILO BRANCH:
171 Railroad Ave.
HILO, HI 96720-4511
Main: (808) 961-3437
Parts Fax: (808) 961-2551
Svc Fax: (808) 961-3715

KONA BRANCH:
74-5524 Kaiwi St.
KAILUA-KONA, HI 96740
Main: (808) 329-4521
Fax: (808) 326-2054

MAUI BRANCH:
470 South Hana Highway
KAHULUI, MAUI 96732-2323
Main: (808) 871-6537
Fax: (808) 871-4963

KAUAI BRANCH:
P.O. BOX 1528
LIHUE, KAUAI 96766-5528
Main: (808) 245-4057
Fax: (808) 245-8506

GUAM BRANCH:
196 E. Harmon Ind. Park Rd.
TAMUNING, GUAM 96913
Main: (671) 646-9118

## CUSTOMER SHIPPING LIST

**DOCUMENT NO.** 80C169698

*CASH*

**PAGE** 1

| | ACKNOWLEDGE |
|---|---|
| FILLED BY | W/C P/OS |
| W/C LOC. | |
| BILL OF LADING | |
| SHIP VIA | |

SOLD TO
DEPT OF PUBLIC WORKS1*
TRANSPORTATION MAINT. (SW)
GOVERNMENT OF GUAM
542 NORTH MARINE DR
TAMUNING, GUAM          96911

**CUSTOMER NO.** 2049310
SHIP TO
STORE
80

**ORDERED BY** PACKER SHOP
**TELEPHONE** 671 475 1151
**CUST. ORDER NO.** PACKER SHOP

**INSTRUCTIONS** CAN MAIL
**DELIVERY LOCATION**

| MAKE | MODEL | SERIAL NO. | EQUIP NO. | ARRANGEMENT NO. | DATE | TIME | EMP. | REF. NO. |
|---|---|---|---|---|---|---|---|---|
| AA | D9R | | | | 6/03/08 | 21:42:56 | JAF | |

| ITEM NO. | ----QUANTITY---- | | PART NUMBER/ | LOCATION | N/R | TR | SOS | GROSS WEIGHT | UNIT PRICE | EXTD PRICE |
|---|---|---|---|---|---|---|---|---|---|---|
| | ORDER | SHIP | B/O | DESCRIPTION | | | | | | |

PARTS SALES PERSON: Jovie Francisco -GUAM PTS

| 1 | 1 | 1 | | 1R-0749 FILTER AS FU | R00A01 | * | 000 | 2.2 | 17.75 | 17.75 |

ALTERNATE LOCATION: HPS DISPLAY

| 2 | 1 | | 1 | 6I-2507 ELEMENT AS | NON-STK | * | 62 000 | 8.0 | 87.28 | 87.28 |
| 3 | 1 | 1 | | 6I-2508 ELEMENT AS | R02C02 | * | 000 | 3.1 | 77.04 | 77.04 |
| 4 | 2 | 2 | | 1R-0716 FILTER A | R00A01 | * | 000 | 3.8 | 20.18 | 40.36 |
| 5 | 1 | 1 | | 1R-0769 FILTER A | R00B02 | * | 000 | 2.2 | 27.97 | 27.97 |
| 6 | 1 | | | 173-7126 BOWL A. | REPLACED | * | 000 | .4 | .00 | .00 |
| 6-26 | 1 | | | 270-5320 BOWL AS-FWS | L09A01 | * | 65 000 | .3 | 10.33 | 10.33 |

TOTAL GROSS WEIGHT OF ALL ITEMS          23.4

USD SELL TOTAL     260.73

PAID
JUN 04 2008
Oney
Hawthorne Pacific

**ACCEPTED BY**

RETURN POLICY
ALL ITEMS ABOVE ARE SUBJECT TO THE PARTS RETURN POLICY TERMS AND CONDITIONS SET FORTH ON THE REVERSE SIDE HEREOF.

CUSTOMER OR HIS AGENT ACKNOWLEDGES RECEIPT OF THE ITEMS INDICATED AS SHIPPED ABOVE AND AGREES THAT THE TERMS, CONDITIONS AND LIMITATIONS PRINTED ON THIS DOCUMENT WILL APPLY TO ALL ITEMS LISTED HEREIN.

TERMS:
NET CASH FOR PAYMENT ON OR BEFORE THE 10TH OF MONTH FOLLOWING DATE OF INVOICE. 1-1/2% PER MONTH SERVICE CHARGE ON BALANCE NOT PAID DURING THE MONTH FOLLOWING DATE OF INVOICE (ANNUAL PERCENTAGE RATE 18%).

**PACKING LIST**

(2)



THE HOME DEPOT 1710
295 CHALAN PASAHERU
TAMUNING, GU 96913 (671)6480440

06/06/08
02:29 PM

1710 00008 41270
SALE 11 JA391Y

*American Express Guam Parts*

032888024038 NO KINK BTBB <A>      5.94
01581277063B TAPE <A>             4.16
7228683999901 6 OTLT SURGE <A>   14.54
                                207.27
781756626019 25' ORG CORD <A>    13.72
                                206.86
046677152383 25W T8 4FT <A>      36.46
7842311837247 T8 STD WRAP <A>    31.24
825927 1/2X10' M4 <A>           109.00
                               2005.45
532888 3FT REBAR <A>
                               2001.99
106151 1/2X2 REBAR <A>           39.80
                               6001.98

SUBTOTAL                        118.80
SALES TAX                       373.66
TOTAL                             0.00
AMEX                          $373.66
AUTH CODE 553957/9087169        373.66  TA

XXXXXXXXXX2019

RETURN POLICY DEFINITIONS
POLICY ID DAYS POLICY EXPIRES ON
        1      90      09/04/2008

GET SPECIAL DEFERRED FINANCING ON
PURCHASES OF $299 OR MORE WITH THE HOME
DEPOT CONSUMER CREDIT CARD - EVERY TIME!

1710-08-41270-06/06/2008-2319

07066-02



CONTROL NO. 2742031

*American Express Parts Guam*

BANK OF GUAM
THE PEOPLE'S BANK

NAPA AUTO PARTS
ROUTE 16 HARMON, GUAM 96929
(671) 637 7844

BATCH No.      : 008389
TERMINAL ID    : 01158/83
CARD           : AMEX
CARD No.       : XXXXXXXX2019 /Swiped
APPROVAL       : 3443
INVOICE        : 003396
TRANS.         : CREDIT CARD SALE
AMOUNT                        50.54
Tran Date/Time : 06-09-08   11:27:26
APPROVAL       : 515400

Customer Copy
Thank you!

NAPA AUTO PARTS
A Division of Bisnes Mami Inc.

SPECIAL ORDER ITEMS.
...DS WITHOUT THIS
...RNED GOODS.

SPECIAL ORDERS NON-RETURNABLE

PAID

REC'D. BY X  515400   JUN 09 2008
ALL GOODS RETURNED MUST BE ACCOMPANIED BY THIS INVOICE

| QUANTITY | PART NUMBER | LINE | DESCRIPTION | PRICE | NET | TOTAL | CODE |
|---|---|---|---|---|---|---|---|
| 2.00 | 3585 | | FIL FUEL FILT | 34.660 | 25.270 | 50.54 | |

DATE 6/09/08  INVOICE NO. 040147  STORE NO. 02151 15
TIME 11:37  PURCHASE ORDER NO.  ATTENTION
INVOICE TYPE  AMER EXP

| | MISC. | TAX | TOTAL | |
|---|---|---|---|---|
| 50. | 0.00 | 0.00 | 50.54 | C06 |

96929



**BANK OF GUAM**
**THE PEOPLE'S BANK**

Mid-Pac Far East
Tamuning, Guam
671 637-7044

BATCH No.       : 000848
TERMINAL ID     : 01129472
CARD            : AMEX
CARD No.        : XXXXXXXXXXX2019 / Swiped
EXP DATE        : 04/12
RREF No.        : 4702
INVOICE         : 003771
TRANS.          : CREDIT SALE

AMOUNT      :      $      31.00

Tran Date/Time  : 06/09/08      10:43:35
APPROVAL        : 506106

Customer Copy
Thank you!

506106



20969
, GU, U.S.A. 96921
32.5160



07066-02

 **P A R T S**

parts@midpacfareast.com
www.midpacfareast.com

| Branch | | |
|---|---|---|
| MPFE | | CNNYYY |
| Date | Time | Page |
| 06/09/08 | 11:06:31 (O) | 01 |
| Account No. | Phone No. | Invoice No. |
| CASH0002 | 000  0000000 | P05492 |
| Ship Via | | Purchase Order |
| | | |
| | | Salesperson |
| | | GEC |

## PARTS INVOICE

Freight Terms:

| RIPTION | BIN | ORD | ISS | SHP | B/O | UTT | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ING | NO BIN | 4 | 4 | 4 | | * | 7.75 | 31.00 |
| | | | | | | TOTAL CREDIT CARD | | 31.00 |

## PAID

JUN 09 2008

## MID PAC FAR EAST

*American Express Guam*

Signature

### IMPORTANT TERMS & CONDITIONS

All charges not disputed by the customer in writing within THIRTY (30) DAYS shall be deemed accepted by the customer and shall be deemed valid, due and owing. Stocked parts can be returned within TEN (10) DAYS with copy of invoice, subject to a 10% restocking fee. ALL SALES ARE FINAL ON SPECIAL ORDER PARTS. All returned parts must be new, uninstalled and in original packaging. No returns on electrical components. No refunds on freight charges. Cores, if any, must be presented at the time of sale.

All payments are due upon receipt of goods or in accordance with your account terms if you are a charge account customer in good standing with no payments past due and owing. You agree to pay interest at the rate of 1.5% per month on all past due invoices and also agrees to pay reasonable attorney and court fees, if collection is necessary.