**From:** Southwest Airlines [SouthwestAirlines@mail.southwest.com]
**Sent:** Wednesday, June 04, 2008 9:38 AM
**To:** Cora Chaply
**Subject:** Ticketless Confirmation - ANDERSON/RICHARD - KGZVR7



Receipt and Itinerary as of 06/04/08 8:38 AM

## Confirmation Number

Confirmation Date: 06/04/08
Received: RICHARD

**Passenger Information**

| Passenger Name | Account Number | Ticket# | Expiration[1] |
|---|---|---|---|
| ANDERSON/RICHARD | | 526-2308820933-3 | 06/04/09 |
| ANDERSON/LAWSON | - None Entered - | 526-2308820934-4 | 06/04/09 |

[1] All travel involving funds from this Confirmation Number must be completed by the expiration date.

**Itinerary**

| Date | Flight | Routing Details |
|---|---|---|
| Wed Jun 25 | 798 | Depart SEATTLE TACOMA WA (SEA) at 12:05 PM<br>Arrive in NASHVILLE TN (BNA) at 6:25 PM |
| Tue Aug 05 | 2331 | Depart NASHVILLE TN (BNA) at 4:45 PM<br>Arrive in SEATTLE TACOMA WA (SEA) at 7:30 PM |

**Cost and Payment Summary**

| | |
|---|---|
| Air | $ 913.50 |
| Tax | $ 82.50 |
| PFC Fee | $ 15.00 |
| Security Fee | $ 10.00 |

*C'7066-0)*

**Total Payment: $1,021.00**

Current payment(s)
06/04/08 VISA xxxxxxxxxxxx9540 Ref 526-2308820933-3 $510.50
06/04/08 VISA xxxxxxxxxxxx9540 Ref 526-2308820934-4 $510.50

**Fare Rule(s)**
Valid only on Southwest Airlines. NON REFUNDABLE/ STANDBY REQ UPGRADE TO YL All travel involving funds from this Confirmation Number must be completed by the expiration date. Any change to this itinerary may result in a fare increase.

Fare Calculation:

ADT- 2 SEAWNBNA Q7NR 290.00 BNAWNSEA R14NR 201.00 $491.00 ZPSEA BNA

XFSEA4.50 BNA3.00 AYSEA2.50 BNA2.50 $510.50

**Important Checkin Requirement**
Passengers who do not obtain a boarding pass and are not present and available for boarding in the departure gate area at least ten minutes prior to scheduled departure time may have their reserved space cancelled and will not be eligible for denied boarding compensation.

**Southwest Airlines Co. Notice of Incorporated Terms**
Air transportation by Southwest Airlines is subject to Southwest Airlines' Passenger Contract of Carriage, the terms of which are incorporated by reference.

<u>**Notice of Incorporated Terms**</u>



**Additional Information for Travelers**
<u>Online Checkin</u> | <u>Free Baggage Allowance</u> | <u>Checkin Requirements</u> | <u>Print Security Document</u>
<u>Inflight Service</u> | <u>Travel Tips</u> | <u>Refund Information</u> | <u>Privacy Policy</u> | <u>Southwest Airlines Destinations</u>

We can <u>notify you of flight departure or arrival status via text messages</u> on your cell phone, pager, personal digital assistant (PDA), or e-mail account. Or, use our automated phone service by calling 1-888-SWA-TRIP.

  07066-01

**Hertz**

```
RENTAL: 05-23-08 1749  GUAM INTL. AIRPORT        7730050
RETURN: 06-10-08 0440  GUAM INTL. AIRPORT        7730050
```

|  |  |
|---|---|
| EX WEEKS | 2 (NT) $ 790.00 |
| EX DAYS | 4 (NT) $ 263.40 |

```
            RICHARD ANDERSON        #1:              CDP:
HERTZ RENT A CAR
Hertz System Licensee FT:                    HG:
671-642-3210
OWN/VEH: 77300/0007740  07 MINI SUV    LIC: MER6814    VEH CLASS: C
LDW1       DECLINED AT $15.95 PER DAY
PAI        DECLINED AT  $9.95 PER DAY    MILEAGE IN:     12230
PEC        DECLINED AT  $5.95 PER DAY    MILEAGE OUT:    12172
LIS        DECLINED AT  $7.95 PER DAY    MILES DRIVEN:      58
                                         TR-X MILES DRIVEN:
FPO        DECLINED - FUEL & SVC APPLIED TOTAL MILES DRIVEN:  58
           $5.50 GL       TK CAP: 13.2   MILES ALLOWED:
           FUEL OUT: FULL  FUEL IN: FULL MILES CHARGED:
ADDITIONAL CHARGES:
FAC FEE       1 -  $.50/DAY (NT)         PLAN IN:  WIP     $65.85 / DAY
                                         PLAN OUT: WIP    $395.00 / EX WEEK
                                         RATE CLASS: C     $16.46 / EX HOUR
                                                           $65.85 / EX DAY
```

| MILEAGE CHG | $ |
|---|---|
| SUB TOTAL | 1053.40 |
| DISCOUNT 20% | $ -210.68 |
| FAC FEE (NT) | 9.00 |
| CON.FEE RECOVERY (NT) | 84.27 |

```
                                              TOTAL CHARGES    $  935.99

RENTAL FORM OF PAYMENT: AMEX  XXXXXXXXXXX2019   CC APP $936.00/744
RETURN FORM OF PAYMENT: AMEX  XXXXXXXXXXX2019   CC APP $936.00/1862

                                              NET DUE          $  935.99
                                              CHARGED ON AMEX  $  935.99
                                              BALANCE DUE      $
```

BANK OF GUAM
THE PEOPLE'S BANK
HERTZ RENT A CAR
GUAM AIRPORT, TAMUNING
(671) 646-4685

```
BATCH No.      : 000269
TERMINAL ID    : 11569601
CARD           : AMEX
CARD No.       : XXXXXXXXXXX2019 / Swiped
RREF No.       : 2803
TICKET         : 001882
TRANS.         : CREDIT CARD SALE
AMOUNT         $                  935.99
Tran Date/Time : 06-10-08  04:45:30
APPROVAL       : 513470
                 Customer Copy
                   Thank You!
```

**T H A N K   Y O U   F O R   R E N T I N G   F R O M   H E R T Z**

```
RESERVATION INFORMATION:        0 /
PREPARED BY: DMC3     COMPLETED BY: ARM2
STATEMENT OF CHARGES - NOT VALID FOR RENTAL
```

RENTAL RECORD   **A70155   G**

(49)

07066-01

Per Diem
Guam

H  OST
DEWARS CLUBHOUSE
HONOLULU INTERNATIONAL AIRPORT
CHECK:        4028
TABLE:        10/1
SERVER:       4000 LARRY
DATE:         JUN09'08  9:27PM
CARD TYPE:    MSTRCARD  A1 5#
ACCT #:       XXXXXXXXXXXX9191      *
EXP DATE:     XX/XX
AUTH CODE: 025677
        RICHARD C ANDERSON

OTAL:                21.64

IP_____ 4.00

TAL_____ 24.64

AGREE TO PAY THE ABOVE AMOUNT
 ACCORDANCE WITH THE CARD
UER'S AGREEMENT.

*Guam per diem*

Paradies Shops – Portland
PORTLAND INTERNATIONAL AIRPORT
PORTLAND, OREGON

ARROWHEAD 24 OZ      87429849000
                     1.49 T

TOTAL                        $1.49
CASH                         $2.00
CHANGE                       $0.51

ITEMS 1                   M. CYNTHIA
06/10/2008  09:20AM  0784 02 17343 4141

Thank You for Shopping at
The Paradies Shops
PORTLAND INTERNATIONAL AIRPORT

*Guam per diem*

**BANK OF GUAM**
**THE PEOPLE'S BANK**

## CALIFORNIA MART 5
TAMUNING, GUAM
(671) 649-2956

BATCH No.      :  000321
TERMINAL ID    :  3856135
CARD           :  VISA INT'L
CARD No.  : XXXXXXXXXXX9540 / Swiped
RREF No.       :  13852
INVOICE        :  003055
TRANS.  : CREDIT CARD SALE

AMOUNT    :          $     36.64
Tran Date/Time :  06/04/08      19:38:03
APPROVAL    :   03595B

Customer Copy
Thank you!

(50)

07066-Cl

*Guam per diem*

JEFFS PIRATES COVE INC
111 RT 4 IPAH
TALOFOFO , GU 96915

TERMINAL ID:              001535996
MERCHANT #:           102206821997

VISA
#xxxxxxxxxxxxx9540
SUB: 3
SALE
BATCH: 000567          INVOICE: 062216
DATE: JUN 06, 08           TIME: 12:38
SQ: 004                AUTH NO: 035808

PRE-TIP AMT            $26.40

TIP                    -------------

TOTAL                  -------------

CUSTOMER COPY

*Guam per diem*

**BANK OF GUAM**
**THE PEOPLE'S BANK**

## PAYLESS MICROMALL #6
DEDEDO, GUAM
(671) 637-7233

BATCH No.      :  000732
TERMINAL ID    :  3790409
CARD           :  MASTERCARD
CARD No.  : XXXXXXXXXXXXS191 / Swiped
RREF No.       :  5988
INVOICE        :  000556
TRANS.  : CREDIT CARD SALE

AMOUNT    :          $     19.99
Tran Date/Time :  06/06/08      42:57
APPROVAL    :   045952



GUAM P.P.Dien
## OS7
## M A R T
Mangilao
Food

06/08/2008  1:26PM   01  528335
000000#0387  CLERK01   7650995

CAN FOOD       11 $2.25 L
CAN FOOD       11 $6.50         2430100
                                  13126
ITEMS    20                     025612
CHECK           $8.75 .

TOTAL           $8.75

### CUSTOMER COPY

Guam
PerDien

**BANK OF GUAM**
THE PEOPLE'S BANK

## Truong's Restaurant
Tamuning, Guam
671 646-9126

BATCH No.      :   000596
TERMINAL ID    :   8915761
CARD           :   MASTERCARD
CARD No.  :  XXXXXXXXX9191 / Swiped

EXP DATE       :   03/10
RREF No.       :   0317
INVOICE        :   000285
SERVER No.     :   1
TRANS.  :  CREDIT CARD SALE

AMOUNT          $        8.95

TIP AMOUNT:     $_____

(IF ANY, PLEASE SIGN)

TOTAL AMOUNT:   $_____
Tran Date/Time  :  06/03/08   14:07:07
APPROVAL        :  015992
          Customer Copy



Food Chace
07-066

**BANK OF GUAM**
THE PEOPLE'S BANK

## SUPERMART
REG#4 Mangilao GU
(671) 735-6278

BATCH No.      :   000215
TERMINAL ID    :   3519756
CARD           :   MASTERCARD
CARD No.  :  XXXXXXXXX9191 / Swiped

RREF No.       :   003050
INVOICE        :
TRANS.    :  CREDIT CARD SALE

AMOUNT          $

Tran Date/Time  :  05/31/08   20:19:21
APPROVAL        :  025112

          Customer Copy  $21.86

Guam
PerDien

**BANK OF GUAM**
THE PEOPLE'S BANK

## PAYLESS MICROMALL #6
DEDEDO, GUAM
(671) 637-7233

BATCH No.      :   000732
TERMINAL ID    :   3790409
CARD           :   MASTERCARD
CARD No.  :  XXXXXXXXXX9191 / Swiped

RREF No.       :   5987
INVOICE        :   000555
TRANS.    :  CREDIT CARD SALE

AMOUNT          $        20.00

Tran Date/Time  :  06/06/08   18:40:56
APPROVAL        :  04576Z
          Customer Copy
          Thank you!



07066
Food Chace                  (51)

**BANK OF GUAM**
THE PEOPLE'S BANK

## PAYLESS SUPERMARKETS
REG.3 MICROMALL DEDEDO, GU
(671) 637-7233

BATCH No.      :   000526
TERMINAL ID    :   3788718
CARD           :   MASTERCARD
CARD No.  :  XXXXXXXXX9191 / Swiped

RREF No.       :   9169
INVOICE        :   003492
TRANS.    :  CREDIT CARD SALE  $47.24

AMOUNT          $

Tran Date/Time  :  05/30/08
APPROVAL        :  035102

          Customer Copy
          Thank you!

07066-01

Guam
PerDien

**BANK OF GUAM**
THE PEOPLE'S BANK

## SUBWAY #7972 BARRIGAD
BARRIGADA, GUAM
(671) 734-8435

BATCH No.      :   000101
TERMINAL ID    :   5507033
CARD           :   MASTERCARD
CARD No.  :  XXXXXXXXXX9191 / Swiped

RREF No.       :   0083
INVOICE        :   000783
TRANS.    :  CREDIT CARD SALE

AMOUNT          $         5.90

Tran Date/Time  :  06/07/08
APPROVAL        :  05524Z
          Customer Copy
          Thank you!



Guam
PerDien

CAPERS CAFE

Capers Cafe
Portland Airport
Date:        Jun10'08 07:43AM
Card Type:   MASTERCARD
Acct #:      XXXXXXXXXX9191
Exp Date:    XX/XX
Auth Code:   04537Z
Check:       4753
Check ID:    62
Server:      29 Vickie

Subtotal:            11.20
Tip:          _____

Total:_____



Signature

I agree to pay above total
according to my card issuer
agreement.

* * * * Customer Copy * * * *

Fuel Guam
$47.57

Fuel Guam
$32.00

52

07066-01

WELCOME TO SPPC
AIRPORT

AIRPORT
CLERK NR IC 06
PUMPTON          GU
LL 3C OC PSTN
DATE  04 06 08

ACCT#
9191
SPLIT RUB
52/MM
T 007
AUTH 007

PUMP           SELF
UNL        10.5756
PRICE/GAL    $4.495

FUEL TOTL    $47.57

CUSTOMER SIGNATURE
RECPT   INCLUDED

THANK YOU

WELCOME
PUMBA CO

AIRPORT
CLERK
AIRPORT          GU
LL 0C
TS

ACCT#
9191
DISCNT
52/MM
92
S

PUMP           SELF
UNL           LG
PRICE/GAL   $4.29

FUEL TOTL

CUSTOMER SIGNATURE
RECPT   INCLUDED

THANK YOU

*Chace Anderson June '08*

**THRIFTY CAR RENTAL-BNA AIRPORT 430202**
**BURGNER ENTERPRISES INC.**
**1201 BRILEY PARKWAY**
**NASHVILLE, TN 37217**
**(615) 275-4257**

*CHARGED O 7066.01 GUAM CIA*

Open Emp.#: 1199

| Customer Information | Rental Expiry Information | Rental Agreement Number |
|---|---|---|
| | | |

RICHARD ANDERSON    Bluechip #:   BQ4HT5

Cust No:   734430

DL#:   7919040

OR   11/09/2015

- NO ADDITIONAL DRIVERS -

RA Out: 06/25/2008   19.01   BNA
RA Due: 06/28/2008   5.00   BNA

### Vehicle Information

Veh.#:   28609

Lic.#:   356TMJ

2008   6-6-08    FORENZA

Fuel Out:   8/8   Odom Out:   2,200

N1415057

### Rate Information

| | | | | Est. Charges |
|---|---|---|---|---|
| Hourly | | 13.98 | hour | .00 |
| Daily | 3 | 38.43 | day | 115.29 |
| Weekly | | 179.95 | week | .00 |
| | | | | 115.29 |
| Convention Center Tax | | 1.000 | % | 1.15 |
| Contract Facility Charge | 3 | 4.00 | day | 12.00 |
| Concession Fee Recovery | | 10.190 | % | 11.75 |
| STATE SURCHARGE BNA | | 3.000 | % | 4.17 |
| Tax 1- BNA | | 9.250 | % | 12.86 |
| REFUELING CHARGE | | 6.49 | gal | |
| | | | | 41.93 |
| | | | | 157.22 |

Destination:   WILLLIAMSON COUNTY    (800) 573-5801

Source:   201

Miles Driven:

### Coverages

| | | |
|---|---|---|
| I have | DECLINED | LDW |
| I have | DECLINED | PAC/PEC |
| I have | DECLINED | SLI |
| I have | DECLINED | Prepaid Fuel |

### Deposit/Auth Information

AX 37XXXXXXXX2019    257.22

Total Deposits/Payments    .00    .00

I certify that I have a valid driver's license with the appropriate class to drive the vehicle rented.
Vehicle is restricted to TN,AL,GA,KY,MS,NC,VA,WV,OH,IL,AR,SC,FL,LA,IN,MD,DE,MO and TX unless otherwise noted in writing.
Failure to comply will be considered a violation of Your rental contract and additional charges may apply.
Only an Authorized Renter may drive the car. Rates are subject to change if the vehicle is not returned as stated above, or the Car is
driven outside of TN or contiguous states.
Minimum one day rental charge.
I authorize Thrifty to process a credit card voucher in my name for charges, if any, for unpaid traffic and parking fines.

By signature below, I acknowledge that I have read and agree to the terms and conditions, both printed and written, that appear on this
rental statement and on the separate rental jacket, which is incorporated herein. All the information provided by Me is true. I know that if I
decline the option LDW, I am responsible for all loss regardless of fault. I AUTHORIZE THRIFTY TO PROCESS OR SUBMIT A CHARGE
CARD FOR THE ESTIMATED CHARGES FOR THIS RENTAL UPON SIGNING THIS RENTAL STATEMENT AND FOR ALL ADDITIONAL
CHARGES UPON RETURN OF THE VEHICLE.

_____
Customer Signature

_____
Additional Driver Signature

*Chace Anderson*
*June '08*

TRAVEL/GUAM
*per Diem*
*O 7066.01*

**PTS** 000002397092     Store # 1

## Las Palmas # 3   *CA*

15560 Old Hickory Blvd.
NASHVILLE, TN 37211
(615) 831-0432

Date:                6/25/2008 8:41:07 PM
Server:                        #8 YESENIA
--------------------------------------
Acct # XXXXXXXXXXXX9191      Exp XX/XX
Mastercard          ANDERSON/RICHARD C
--------------------------------------

### $$$ SALES $$$

RESULT CAPTURED
TroutD #: 217300
AUTH. # 04518Z
REF. # 817701007300
ORDER # 45472

PURCHASE:              $40.91

ENTER TIP HERE:          *6.00*

PLEASE TOTAL:          *# 46.91*

### ### ### DUPLICATE COPY ### ###
Signature On Original Copy

### ### ### Additional Copy ### ###

*** Restaurant Mode ***

*Guam:*
*O7066.c*
*CA = # 17.91*

WELCOME
TO K&J MAR
SALES REC
91 002 7384
SHELL
351 HARDING P
NASHVILLE
TN 37211

*Fuel*

DATE06/28/08
INVOICE# 9256
AUTH#    0356
MASTERCARD
ACCOUNT NUMB
XXXX XXXX XXX
ANDERSON/RICH

PUMP PRODUCT
05   UNLD

GALLONS      FUE
4.524

THANK
COME BACK S

Printed in 2008
...tral Parking System

(55)

Groceries for
APARTMENT

June '08

Per Diem
07-066:01
CA
Coffee Coffee for

Per Diem
07-066:01 $4.92
CA

Chace Andersen

Horsley's
VISA
FOR Rent (lodging)
Normal

07066.01 Lodging

---

**GEN MERCHANDISE**
**GEN MERCHANDISE**
**GEN MERCHANDISE**

P O S T
M A R T
Mansfield
CA
Per Diem

05004040000000
2008/08/30/90

CLERK10
10 MAM 4:34PM

65.61
52.53
65.29

ITEMS    30
CASH    $7.83

---

07066.01

LADERA TOWER
318 LADERA LANE
MANGILLAO,GUAM 969613
(671) 735-1111

Ref #: 0001

Merchant ID: 000001020000372
Term ID: 00372375

Phone Order

XXXXXXXXXXXX877

VISA                Entry Method: Manual

Total:          $    3,000.00

06/30/08          08:35:41

Inv #: 000001     Appr/Code: 055500

Apprvl: Online    Batch#: 000005

CVV2 Code: NOT PROCESSED

Customer Copy
THANK YOU
PLEASE COME AGAIN

---

** STARBUCKS COFFEE COMPANY **   #08370

OLD HICKORY @ EDM    TN37211
NASHVILLE

1 VT CAPPUCCINO          3.85
1 TL BREWED COFFEE       1.65
SUBTOTAL                 5.30
  TAX 9.25               0.49
TOTAL                    5.79    + $1.00 Tip
MASTERCARD               5.79    = $6.79
CARD#: XXXXXXXXXX9191
CHANGE DUE               0.00

08370 02A1 7O0B28  00149S423E
06/27/08                 09:05
Get a free beverage and more
with Starbucks Card rewards.
To join, just register your
loaded Starbucks card online
at Starbucks.com

---

HMSHOST
STARBUCKS COFFEE
HONOLULU INT'L AIRPORT

595 Jane

HK 2662 JUN28'08 12:47PM GST 1

1 VNTI CAPPUCCINO        4.70

SUBTOTAL                 4.70
TAX                      0.22
AMOUNT PAID      4.92
XXXXXXXXXXXXXX1
MSTRCARD A1 5*           4.92

---

LIBRARY GARAGE           CA
CENTRAL PARKING SYSTEMS
ED NORTH MANAGER
PHONE 254 1741           $6.00

06/26/03 12:22    LH 1 AH 12    Txn# 59303
06/26/03 09:55 In   06/26/03 12:22 Out
Tkt# 494978
Fee 1                    $6.00
Total Fee                $6.00
Cash Tender              $6.00
Cash Paid                $6.00-
Change Due               $0.00
THANK YOU
PLEASE COME AGAIN

# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com



56

| Project ID: | 07066:01 |
|---|---|
| Project Name: | US District Court for Guam - Receivership |
| Manager: | HWG |
| Client ID: | 07066 |

D. SEADER

| ELDATE | PROJECTID | EMPLOYEEID |
|---|---|---|
| 6/1/2008 to 6/30/2008 | 07066:01 to 07066:01 | DLS to DLS |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 6/16/2008 | Local Transportation<br>Car to airport | 1.00 | $57.00 | $57.00 | 0.00 | $57.00 | Billable |
| 6/16/2008 | Plane<br>Continental Airlines, Confirmation #BG2HFY - EWR to<br>Houston Bush Intl to Guam & return HNL to EWR. | 1.00 | $5,837.20 | $5,837.20 | 0.00 | $5,837.20 | Billable |
| 6/18/2008 | Phone<br>Refill I-connect phone | 1.00 | $20.00 | $20.00 | 0.00 | $20.00 | Billable |
| 6/18/2008 | Meals<br>Dinner with Lund | 1.00 | $26.00 | $26.00 | 0.00 | $26.00 | Billable |
| 6/19/2008 | Meals<br>Allocated cost of meal (per diem) for lunch | 1.00 | $16.00 | $16.00 | 0.00 | $16.00 | Billable |
| 6/19/2008 | Copy & Reproduction<br>Reimbursed engineers for copies of drawings | 1.00 | $27.00 | $27.00 | 0.00 | $27.00 | Billable |
| 6/19/2008 | Meals<br>dinner | 1.00 | $43.00 | $43.00 | 0.00 | $43.00 | Billable |
| 6/19/2008 | Meeting Expenses<br>Lunch meeting with Jackson | 1.00 | $16.00 | $16.00 | 0.00 | $16.00 | Billable |
| 6/20/2008 | Phone<br>Refill I-connect phone | 1.00 | $20.75 | $20.75 | 0.00 | $20.75 | Billable |
| 6/20/2008 | Meals<br>Groceries | 1.00 | $49.88 | $49.88 | 0.00 | $49.88 | Billable |
| 6/21/2008 | Meals<br>Lunch | 1.00 | $18.45 | $18.45 | 0.00 | $18.45 | Billable |
| 6/22/2008 | Meals<br>Groceries | 1.00 | $10.43 | $10.43 | 0.00 | $10.43 | Billable |
| 6/23/2008 | Meals<br>Groceries | 1.00 | $6.59 | $6.59 | 0.00 | $6.59 | Billable |
| 6/24/2008 | Postage<br>postage | 1.00 | $67.20 | $67.20 | 0.00 | $67.20 | Billable |
| 6/24/2008 | Supplies<br>Recycled paper | 1.00 | $60.00 | $60.00 | 0.00 | $60.00 | Billable |
| 6/25/2008 | Meals<br>Groceries | 1.00 | $6.29 | $6.29 | 0.00 | $6.29 | Billable |
| 6/26/2008 | Miscellaneous Travel Expenses<br>gas | 1.00 | $65.51 | $65.51 | 0.00 | $65.51 | Billable |
| 6/26/2008 | Meeting Expenses<br>Lunch with Jackson and Kamal | 2.00 | $10.50 | $21.00 | 0.00 | $21.00 | Billable |
| 6/26/2008 | Phone | 1.00 | $10.00 | $10.00 | 0.00 | $10.00 | Billable |

# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

Project ID:      **07066:01**
Project Name:    **US District Court for Guam - Receivership**
Manager:         **HWG**
Client ID:       **07066**

| ELDATE | PROJECTID | EMPLOYEEID |
|--------|-----------|------------|
| 6/1/2008 to 6/30/2008 | 07066:01 to 07066:01 | DLS to DLS |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|------|-------------|-------|------|----------|------|--------|--|
| | Refill I-connect phone | | | | | | |
| 6/26/2008 | Meals | 1.00 | $10.50 | $10.50 | 0.00 | $10.50 | Billable |
| | Lunch allocated cost (per diem) | | | | | | |
| 6/27/2008 | Meals | 1.00 | $11.50 | $11.50 | 0.00 | $11.50 | Billable |
| | lunch | | | | | | |
| 6/27/2008 | Miscellaneous Travel Expenses | 1.00 | $23.00 | $23.00 | 0.00 | $23.00 | Billable |
| | gas | | | | | | |
| 6/28/2008 | Car Rental | 1.00 | $532.50 | $532.50 | 0.00 | $532.50 | Billable |
| | Car rental | | | | | | |
| 6/28/2008 | Local Transportation | 1.00 | $46.00 | $46.00 | 0.00 | $46.00 | Billable |
| | car from airport | | | | | | |
| | **Sum of Billable Expenses:** | | | **$7,001.80** | | **$7,001.80** | |
| | **Billable + Non-Billable Total:** | | | **$7,001.80** | | **$7,001.80** | |


D70944ET    /HOUSTON

SEADER/DAVIDL                                      SEADER/DAVIDL                          I

**NOT VALID FOR******RETAIN THIS RECEIPT***      NEWARK EWR                              (58)
**TRANSPORTATION***THROUGHOUT YOUR JOURNEY*        CO 611 A 16JUN  Z
REFUNDABLE                                         HOUSTON BUSH INTL
                                    BG2HFY         CO 1 Z 16JUN   Z
                                                   GUAM IS SW PAC
/FC 16JUN08EWR CO X/HOU CO GUM Q135.00 2623.00Z CO X/E/HNL CO EWR Q135.00    CO 2 D 28JUN  D1
2880.00D1NUC5773.00END ROE1.00 XT5.00XA30.80US10.00AY6.40GU12.00XF          HONOLULU HNL
EWR4.50GUM4.50HNL3.00                              CO 14 D 27JUN  D1
USD 5773.00               FP   AXXXXXXXXXXX36002/XXXX/N220207    NEWARK EWR
   XT 64.20                                        *******************
                                                   NOT VALID FOR TRAVEL
                     0 005 2166304090 S            005 2166304090 S

USD 5837.20

---

**A PLUS LIMO & CAR SERVICE**

Courteous & Dependable Service to All
_Thank You For Choosing Us!_

Airport - NYC - Local & Long Distance Etc.
Personal & Company Account Welcome
Date: 6/28/08

24 Hr. Dispatch
All Major Credit Cards Accepted
**Phone: 973. 275. 0660**

| SUB TOTAL | 40 |
| --- | --- |
| Tips | 6 |
| Total | 46 |

---

ANIGUA    123456

WELCOME TO SPPC
ANIGUA.

ANIGUA 76
711 W MARINE DR
ANIGUA        GU
DLR #   00247387

06/20/08    07:08
ICONNEC$20 $20.00T
PDN            $0.75T
SUBTOT       $20.75
TOTAL        $20.75
CASH         $20.75

TL/NOTAX     $20.75
TAX PD        $0.00
RECEIPT NO. 1-2633

CUSTOMER SIGNATURE
4% GRT INCLUDED

THANK YOU

---

per diem meal -- $16.00
meeting exp -   16.00
                $32.00

CHUNG GI WA REST
UPPER TUMON
671 647-4688

JUN 19, 2008    01:44 PM
EXP. DATE : 1208    TERM. # : 0918359
REF. # : 4842    BATCH # : 679
SERVER I.D. : 1
INPUT STATUS : CARD
TRANS. TYPE : CR/DB CARD SALE
CARD ISSUER : MASTERCARD INT'L
CARD NUMBER : XXXXXXXXXXX8270
APPROVAL CODE : 062451
TOTAL         : $      27.00

TIP          : $
(IF ANY, PLEASE SIGN)
GROSS TOTAL  : $       27.-
                      +5.00 Tip
SIGN:                 $32.00
I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
RETAIN THIS COPY FOR YOUR RECORDS
[ ] COPY-MERCHANT [X] COPY-CUSTOMER

THANK YOU, PLEASE COME AGAIN.

---

06/23/08  6:28AM    01
053488 #4564

REG DOZ          $6.59

***TOTAL        $6.59
CASH           $20.00
CHANGE         $13.41

**Jeffs Pirates Cove**

8013 Terry                                8008 Teka
-------------------------------------------------
Check: 6142                              Guests: 1
Table: D10-1                                 DAVID
        21-06-2008 13:13
-------------------------------------------------
1    Hot Dog                              8.00
1    Small Fries                          4.00
1    Nestea                               2.50

     SUBTOTAL                            14.50
     Tax                                  0.00
     10% SVC CH                           1.45
TOTAL DUE                              $15.95
                                      +2.50
     Thank you for visiting
     Jeffs Pirates Cove              $18.45
     Please come again
        (671) 789-1582
     www.jeffspiratescove.com

Order Number: 6142


*Thankyou!!*


**OLD HAGATNA GRILL**
239 W SOLEDAD AVE #300
HAGATNA 96910, GU 0080

TIME  11:43 AM     DATE 06/27/08
TERM# 00952954     MERN #001022108077993
TRAN TYPE SALE
#xxxxxxxxxxxxxx7008
CARD TYPE AMEX
SEQ #  005
TICKET # 000003243 SERVER ID 22
AUTH CODE 527600

BASE              $10.00

TIP                1.50
          _____

TOTAL            $11.50


CUSTOMER COPY


OV          123456

WELCOME TO SPPC OV

OCEAN VISTA 76
1464 ROUTE 16
BARRIGADA        GU
DLR #   00247445

06/26/08     21:27
CONNEC$10  $10.00
TOTAL      $10.00
CASH       $20.00

-------------------
TL/NOTAX   $10.00
TAX PD      $0.00
CHANGE     $10.00
RECEIPT NO. 1-8611
-------------------

CUSTOMER SIGNATURE
4% GRT INCLUDED

THANK YOU


DATE   23-901180166-02      TIME
06/24/08    5514703865      18:28

U S POSTAL SERVICE #1424030103
143 EDWARD CALRO NE
TAMUNING, GU 96911

TRAN #        CLERK ID        AUTH
767             11           584742

AMERICAN EXPRESS SALE

ACCT. NUMBER                   EXP
XXXXXXXXXXX7008               XXXX

             TOTAL $67.20

ALL SALES FINAL ON STAMPS AND POSTAGE
REFUNDS FOR GUARANTEED SERVICES ONLY

WE DELIVER FOR YOU

CUSTOMER COPY



(60)

RENTAL: 06-19-08 1730 GUAM INTL. AIRPORT      7730050
RETURN: 06-28-08 0423 GUAM INTL. AIRPORT      7730050

EX WEEKS    1(NT) $ 360.00
EX DAYS     2(NT) $ 120.00

              DAVID SEADER          #1:        CDP:

HERTZ RENT A CAR
Hertz System Licensee FT:                    HG:                    MILEAGE CHG        $
671-642-3210                                                        SUB TOTAL              480.00
OWN/VEH: 77300/0007542  07 EXEC SEDAN    LIC: MER4814   VEH CLASS: F    PAC FEE      (NT)     4.50
LDW1    DECLINED AT $15.95 PER DAY                                  CON.FEE RECOVERY (NT)   48.00
PAI     DECLINED AT $9.95 PER DAY     MILEAGE IN:    16012
PEC     DECLINED AT $5.95 PER DAY     MILEAGE OUT:   15596
LIS     DECLINED AT $7.95 PER DAY     MILES DRIVEN:    416
                                      TR-X MILES DRIVEN:
FPO     DECLINED - FUEL & SVC APPLIED TOTAL MILES DRIVEN:  416
        $6.50 GL     TK CAP: 16.4     MILES ALLOWED:
        FUEL OUT: FULL  FUEL IN: FULL MILES CHARGED:
ADDITIONAL CHARGES:
FAC FEE     1 -  $.50/DAY (NT)        PLAN IN:  LEI2    $60.00 / DAY
                                      PLAN OUT: LEI2   $360.00 / EX WEEK
                                      RATE CLASS: D     $15.00 / EX HOUR
                                                        $60.00 / EX DAY

                                                        TOTAL CHARGES    $ 532.50

RENTAL FORM OF PAYMENT: AMEX  XXXXXXXXXXX7008    CC APP $672.00/1986
RETURN FORM OF PAYMENT: AMEX  XXXXXXXXXXX7008    CC APP $672.00/1986

                                                        NET DUE            $ 532.50
                                                        CHARGED ON AMEX    $ 532.50
                                                        BALANCE DUE        $

T H A N K   Y O U   F O R   R E N T I N G   F R O M   H E R T Z

RESERVATION INFORMATION:        4 /
PREPARED BY: RZB1      COMPLETED BY: RZB1
STATEMENT OF CHARGES - NOT VALID FOR RENTAL

                                  RENTAL RECORD  A70543   H

37181438234 7008    5122344

61

DO NOT CIRCLE EXPIRATION DATE — 02-11 — USE BOX BELOW

81 Chesnut St

EWR

PURCHASER SIGN HERE
X
Cardholder acknowledges receipt of goods and/or services in the amount of the Total shown hereon and agrees to perform the obligations set forth in the Cardholder's agreement with the Issuer.

**PRESS FIRMLY – USE BALL POINT PEN**

| | QUAN. | CLASS | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|
| EXPIRATION DATE ☒ CHECKED | | | | | |
| DATE 06-16-08 | AUTHORIZATION | | SUB TOTAL | | |
| REFERENCE NO. | | REG./DEPT. | TAX | | |
| FOLIO/CHECK NO. | | SERVER | CLERK | TIPS / MISC. | |

**SALES SLIP**   **TOTAL** 57 —

*Innovative* Merchant Solutions an INTUIT® Company

800-397-0707
www.innovativemerchant.com

CUSTOMER COPY

---

**134008**
**CASH RECEIPT**

...SS PHOTO
...ng, Guam 96931
...y, Tumuning, Guam 96913
Fax: 671.649.1010

| CASH | CARD | CHECK |
|---|---|---|

Danny
483-5008

| DESCRIPTION | UNIT | AMOUNT |
|---|---|---|
| Rand Auto | 2.4 | 18 4 |
| | | 9 4 |

**PAID**
**COPY EXPRESS**

*SUPER QUICK COPYING & PRINTING CENTER*
PRINT YOUR NAME
☐ COPY
☐ PRINTING

| | | |
|---|---|---|
| **TOTAL** | | $27.1 |
| **DEPOSIT** | | |
| **BALANCE DUE** | | |

---

...9.09    12:25
REMARK-$20 $20.00
...0    $20.00
...l    $20.00
...

...0    $20.00
TAX PD    $0.00
RECEIPT NO. 1-1354

06/27/08    16:55
PUMP 7    UNLEADED
GALLONS    4.915
@ $4.679/GAL
FUEL    $23.00

TOTAL    $23.00
CASH    $25.00

TL/NOTAX    $23.00
TAX PD    $0.00
CHANGE    $2.00
RECEIPT NO. 1-2423

...2*27.00

1 Q
...03 TL
...

...2-09
...-7546

---

**BANK OF GUAM**
THE PEOPLE'S BANK

**PAYLESS SUPERMARKETS**
REG.3 MICROMALL DEDEDO.GU
(671) 637-7233

| | | |
|---|---|---|
| BATCH No. | : | 000609 |
| TERMINAL ID | : | 11344503 |
| CARD | : | AMEX |
| CARD No. | : | XXXXXXXXXXX7008 / Swiped |
| RREF No. | : | 11784 |
| INVOICE | : | 000089 |
| TRANS. | : | CREDIT CARD SALE |
| AMOUNT | : | $ 49.88 |

Tran Date/Time : 06/20/08    16:19:34
APPROVAL : 502404

Customer Copy

Lund

HOUSE OF CHIN FE
#620 MARIN CORPS DR
ANIGUA, GU 969100008

TERMINAL ID:    000276966
MERCHANT #:    1520034604

AMEX
#xxxxxxxxxxxx7008
SUR: 1
SALE
BATCH: 000882    INVOICE: 082034
DATE: JUN 18, 08    TIME: 19:35
AUTH NO: 501567

PRE-TIP AMT    $22.40

TIP    _____

TOTAL    26.—

CUSTOMER COPY

62

**'ING CORPORATION**
Rd. Tamuning, Guam 96913
262/5308 • Fax: (671) 649-0712
c@netpci.com

Date ___ 6/24/08

---

AMERICAN PRINTING CORP
256 CHALAN SAN ANTONIO
TAMUNING GU 96913
671-646-7873

Merchant ID: 541045000022285
Term ID: 2222

## Sale

MSTRCARD
XXXXXXXXXXXX8270
Entry Method: Swiped
Apprvd: Online          Batch#: 000002
06/24/08               10:25:46

Inv#: 00000005     Appr Code: 01571Z

Total:          $      60.00

Customer Copy

---

PH: _____

| Balance Due | Order Number |
|-------------|--------------|
|             |              |
|             | AMOUNT       |
|             |              |

---

SUPER MART
TEL 735-6278
FAX 735-6280
THANK YOU   COME AGAIN

CHK#:  303    NAME:KARLEEN

SOFITELLE TISSUE 4RO          1.79
RUFFLES ORIGINAL 6Z           3.49  F
DI REGULAR SCENT 2 5          4.59
  0.57 LB    @  1LB /  4.99
CUCUMBER LOCAL                 .56  F

TOTAL          10.43
CASH           10.50
CHANGE         $.07
   4    ITEMS

0003 2127-0003 SUN   6/22/08   6:57PM 0289

---

DOWNTOWN KIEUS
561C MARINE CORPS DR
AHTGUA, GU 969100000

TERMINAL ID:        005736103
MERCHANT #:       102206582995

MC
#xxxxxxxxxxxx8270
SUR: 1
SALE
BATCH: 000416      INVOICE: 016182
DATE: JUN 26, 08       TIME: 12:49
SQ: 008             AUTH NO: 056992

PRE-TIP             $27.00

TIP                  4.50

TOTAL             $ 31.50

CUSTOMER COPY

---

BANK OF GUAM
THE PEOPLE'S BANK

## ISSIN RESTAURANT

WESTIN HOTEL TUMON,GUAM
(671) 646-5252

BATCH No.    : 000098
TERMINAL ID  : 10541701
CARD         : AMEX
CARD No. : XXXXXXXXXXX7008 / Swiped

WRF? No.     : 077?
INVOICE      : 000714
SERVER No.   : 3

TRANS    : CREDIT CARD SALE

AMOUNT                       6. —

TOTAL          $  43. —

:line  No.19/08
:      503422

---

MEETING
EXP —  $21.00

PER
DIEM
MEAL —  $10.50

$31.50 ✓

6/26



# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

Expense Details (With Memo)

Project ID:      **07066:01**
Project Name:    **US District Court for Guam - Receivership**
Manager:         **HWG**
Client ID:       **07066**

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 6/1/2008 to 6/30/2008 | CL to CL | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 6/7/2008 | Plane | 1.00 | $5,834.20 | $5,834.20 | 0.00 | $5,834.20 | Billable |
| | Rd Trip Virginia-Guam-Virginia | | | | | | |
| 6/7/2008 | Mileage | 50.00 | $0.51 | $25.25 | 0.00 | $25.25 | Billable |
| | Travel to and return from Reagan with personal vehicle | | | | | | |
| 6/8/2008 | Car Rental | 1.00 | $665.50 | $665.50 | 0.00 | $665.50 | Billable |
| | Rental Car June 8 to June 19th on Guam - Hertz | | | | | | |
| 6/9/2008 | Miscellaneous Travel Expenses | 1.00 | $10.49 | $10.49 | 0.00 | $10.49 | Billable |
| | Gas for Rental Car | | | | | | |
| 6/9/2008 | Meals | 1.00 | $10.45 | $10.45 | 0.00 | $10.45 | Billable |
| | Stanley's Deli | | | | | | |
| 6/9/2008 | Meals | 1.00 | $53.50 | $53.50 | 0.00 | $53.50 | Billable |
| | Chace Anderson and Chris Lund Dinner | | | | | | |
| 6/9/2008 | Phone | 1.00 | $20.00 | $20.00 | 0.00 | $20.00 | Billable |
| | Prepaid Phone Card minutes | | | | | | |
| 6/9/2008 | Phone | 1.00 | $16.66 | $16.66 | 0.00 | $16.66 | Billable |
| | Car phone charger for Phone | | | | | | |
| 6/10/2008 | Meals | 1.00 | $7.96 | $7.96 | 0.00 | $7.96 | Billable |
| | Breakfast @ Mobil on the Run | | | | | | |
| 6/10/2008 | Meals | 1.00 | $20.00 | $20.00 | 0.00 | $20.00 | Billable |
| | Thai Kitchen meal with Tor Gudmundsen. Paid for my portion of bill (per diem) | | | | | | |
| 6/11/2008 | Meals | 1.00 | $5.93 | $5.93 | 0.00 | $5.93 | Billable |
| | Food | | | | | | |
| 6/11/2008 | Copies | 1.00 | $20.00 | $20.00 | 0.00 | $20.00 | Billable |
| | 24x36 Bond Copies of Topo Map for SWD Engineers to use at site | | | | | | |
| 6/12/2008 | Meals | 1.00 | $5.17 | $5.17 | 0.00 | $5.17 | Billable |
| | Breakfast Circle K Barrigada | | | | | | |
| 6/12/2008 | Meals | 1.00 | $4.59 | $4.59 | 0.00 | $4.59 | Billable |
| | Vitamin World | | | | | | |
| 6/12/2008 | Miscellaneous Expense | 1.00 | $14.76 | $14.76 | 0.00 | $14.76 | Billable |
| | Graph Paper for SWD Engineers to plot profiles | | | | | | |
| 6/13/2008 | Phone | 1.00 | $20.00 | $20.00 | 0.00 | $20.00 | Billable |
| | Phone Card usage for more minutes | | | | | | |
| 6/13/2008 | Meals | 1.00 | $22.95 | $22.95 | 0.00 | $22.95 | Billable |
| | Vitamin World | | | | | | |
| 6/14/2008 | Miscellaneous Expense | 1.00 | $17.56 | $17.56 | 0.00 | $17.56 | Billable |
| | Basic Groceries for the Apartment | | | | | | |


# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

| | |
|---|---|
| **Project ID:** | **07066:01** |
| **Project Name:** | **US District Court for Guam - Receivership** |
| **Manager:** | **HWG** |
| **Client ID:** | **07066** |

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 6/1/2008 to 6/30/2008 | CL to CL | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 6/15/2008 | Miscellaneous Expense<br>ATM Bank Fee for withdrawal of advance. | 1.00 | $2.25 | $2.25 | 0.00 | $2.25 | Billable |
| 6/16/2008 | Meals<br>Vitamin World | 1.00 | $18.36 | $18.36 | 0.00 | $18.36 | Billable |
| 6/16/2008 | Miscellaneous Travel Expenses<br>Gas for Rental Car | 1.00 | $50.00 | $50.00 | 0.00 | $50.00 | Billable |
| 6/16/2008 | Phone<br>Phone card to use for extra minutes | 1.00 | $20.00 | $20.00 | 0.00 | $20.00 | Billable |
| 6/17/2008 | Meals<br>Subway | 1.00 | $4.99 | $4.99 | 0.00 | $4.99 | Billable |
| 6/17/2008 | Parking<br>Airport Park Fee - Pickup D. Seader | 1.00 | $2.00 | $2.00 | 0.00 | $2.00 | Billable |
| 6/17/2008 | Meals<br>Carmens - partial payment of bill | 1.00 | $16.39 | $16.39 | 0.00 | $16.39 | Billable |
| 6/17/2008 | Miscellaneous Travel Expenses<br>ATM Bank Fee to access Travel Advance | 1.00 | $2.75 | $2.75 | 0.00 | $2.75 | Billable |
| 6/18/2008 | Meals<br>Breakfast with D. Seader | 1.00 | $18.49 | $18.49 | 0.00 | $18.49 | Billable |
| 6/18/2008 | Meals<br>Dinner with D. Seader | 1.00 | $27.00 | $27.00 | 0.00 | $27.00 | Billable |
| 6/19/2008 | Meals<br>Breakfast - partial payment of bill | 1.00 | $8.45 | $8.45 | 0.00 | $8.45 | Billable |
| 6/19/2008 | Meals<br>Dinner with D. Seader | 1.00 | $54.00 | $54.00 | 0.00 | $54.00 | Billable |
| 6/19/2008 | Miscellaneous Travel Expenses<br>Gas for Rental Car | 1.00 | $66.19 | $66.19 | 0.00 | $66.19 | Billable |
| 6/20/2008 | Mileage<br>Travel to and from Reagan using personal car. | 50.00 | $0.51 | $25.25 | 0.00 | $25.25 | Billable |

| | | |
|---|---|---|
| **Sum of Billable Expenses:** | $7,091.09 | $7,091.09 |
| **Billable + Non-Billable Total:** | $7,091.09 | $7,091.09 |



# Continental Airlines

**Print your boarding pass at continental.com**
24 hours before your flight

Issue Date: May 22, 2008

O7066-01

## eTicket Itinerary and Receipt

### eTicket Confirmation: **BV4RPB**

| Day | Date | Flight/ Class | | Depart | Time | Arrive | Time | Equip | Meal |
|-----|------|------|----|--------|------|--------|------|-------|------|
| Sat | 6/7/2008 | CO 559 | A | Washington-Reagan Natl | 6:00 AM | Houston-Bush Intl | 8:13 AM | | |
| Sat | 6/7/2008 | CO 1 | D | Houston-Bush Intl | 9:35 AM | Guam | 5:40 PM | | |
| Fri | 6/20/2008 | CO 2 | Z | Guam | 6:25 AM | Houston-Bush Intl | 7:30 AM | 767-400 | Breakfast |
| Fri | 6/20/2008 | CO 1058 | A | Houston-Bush Intl | 9:10 AM | Washington-Reagan Natl | 1:14 PM | 737-700 | Lunch |

| **Traveler (1)** | **Frequent Flyer** | **eTicket Number** | **Seat(s)** ➡ |
|------------------|--------------------|--------------------|----------------|
| LUND / CHRISTOPHERMR | | 0052165985044 | —/—/1D/3A |

**Fare:** $5,773.00 **Combined Tax:** $61.20 **Per Person Total:** $5,834.20 **eTicket Total:** $5,834.20

**Method of Payment:** American Express XXXXXXXXXXXX6002

**Fare Rules:** Additional charges may apply for changes in addition to any fare rules listed.
REFUNDABLE

➡ *Seats listed in flight order and subject to change*

### eTicket Travel Reminders

✈ Bring this eTicket Receipt along with photo identification to the ticket lobby for check-in

✈ The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger

✈ For up to the minute flight information call 1-800-784-4444 or try our free Flight Paging service at continental.com

✈ If flight segments are not flown in order, your reservation may be cancelled

✈ There is no need to call to reconfirm this reservation, if your travel plans change call 1-800-579-3959

✈ Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules above

✈ Flight boarding begins 35 to 50 minutes prior to departure, you must be at the boarding gate no later than 15 minutes prior to scheduled departure to retain your reservation

### IMPORTANT CONSUMER NOTICES

■ Your travel is subject to Continental's Contract of Carriage terms. The Contract is available at any CO ticketing facility, continental.com or by calling 1-800-525-0280. The Contract terms include rules about limits on liability for personal injury or death and for loss, damage, or delay of goods and baggage, check-in times, overbooking, security issues, reservations, denial of carriage, refunds, claims limits and restrictions, including time limitations for filing a claim or lawsuit, and schedule changes and irregularities.

■ On domestic flights, Continental's maximum liability limit for checked baggage is $3,000 USD per passenger and Continental excludes liability for all unchecked baggage. On international flights governed by the Warsaw Convention (including the domestic portions of the trip), maximum liability for checked baggage is approximately $640 USD per bag, and $400 USD per passenger for unchecked baggage. On international flights governed by the Montreal Convention (including domestic portions of the trip) maximum liability for baggage is 1,000 SDRs (approximately $1,460 USD) per passenger for checked and unchecked baggage. You can declare excess valuation on certain baggage at the airport, additional fees will apply. Continental excludes liability for fragile, valuable or perishable items carried in all baggage including jewelry, computers, cash, camera equipment and similar valuables. If any of these items are lost, damaged or delayed, you will not be entitled to any reimbursement.

■ For international flights, a treaty known as the Warsaw or the Montreal Convention may apply to the entire journey. When applicable, it governs, amongst other things, the liability of the carrier for baggage and death of or injury to passengers.

■ Your ticket jacket and the Contract of Carriage contain further detail of these terms.

070066-01



66



```
RENTAL: 06-08-08 1800  GUAM INTL. AIRPORT        7730050
RETURN: 06-19-08 1723  GUAM INTL. AIRPORT        7730050
```

|  |  |  |  |
|---|---|---|---|
| EX WEEKS | 1(NT) | $ 360.00 |
| EX DAYS  | 4(NT) | $ 240.00 |

```
           CHRISTOPHER LUND          #1:          CDP:
HERTZ RENT A CAR
Hertz System Licensee FT:                HG:
671-642-3210
OWN/VEH: 77300/0007542  07 EXEC SEDAN     LIC: MER4814    VEH CLASS: F
LDW1     DECLINED AT $15.95 PER DAY
PAI      DECLINED AT  $9.95 PER DAY       MILEAGE IN:     15596
PEC      DECLINED AT  $5.95 PER DAY       MILEAGE OUT:    14990
LIS      DECLINED AT  $7.95 PER DAY       MILES DRIVEN:     606
                                         TR-X MILES DRIVEN:
FPO      DECLINED - FUEL & SVC APPLIED    TOTAL MILES DRIVEN: 606
         $6.50 GL      TK CAP: 16.4       MILES ALLOWED:
         FUEL OUT: FULL  FUEL IN: FULL    MILES CHARGED:
ADDITIONAL CHARGES:
FAC FEE     1 -  $.50/DAY (NT)            PLAN IN:  LEI2    $60.00 / DAY
                                         PLAN OUT: LEI2   $360.00 / EX WEEK
                                         RATE CLASS: D     $15.00 / EX HOUR
                                                           $60.00 / EX DAY
```

```
MILEAGE CHG              $
SUB TOTAL               600.00
FAC FEE        (NT)       5.50
CON.FEE RECOVERY (NT)    60.00
```

```
                              TOTAL CHARGES      $ 665.50
RENTAL FORM OF PAYMENT: VISA  XXXXXXXXXXXX0989   CC APP $732.00/1834
RETURN FORM OF PAYMENT: VISA  XXXXXXXXXXXX0989   CC APP $732.00/1834

                              NET DUE            $ 665.50
                              CHARGED ON VISA    $ 665.50
                              BALANCE DUE        $
```



BANK OF GUAM
THE PEOPLE'S BANK

HERTZ RENT A CAR
GUAM AIRPORT, TAMUNING
(671) 646-4685

BATCH No.    : 000259
TERMINAL ID  : 65300551
CARD         : VISA INT'L
CARD No.     : XXXXXXXXXXXX0989 / Swiped
PREF No.     : 2768
TICKET       : 001634
TRANS.       : ACTUAL SALE
PRE AUTHORIZATION/SALE
APPROVAL CODE
             000014
AMOUNT OVER
APPROVAL CODE
             000014

AMOUNT   732.00
AMOUNT     0.00
TOTAL AMOUNT:   655.50

Tran Date/Time : 06-08-08   18:06:53
Customer Copy
Thank You!

T H A N K   Y O U   F O R   R E N T I N G   F R O M   H E R T Z

```
RESERVATION INFORMATION:  E0381456966 / D
PREPARED BY: JNE      COMPLETED BY: R2B1
STATEMENT OF CHARGES - NOT VALID FOR RENTAL
```

RENTAL RECORD   A70364   I

6-09-08

07066-01


67

TREASURER OF GUAM
(671)475-1122/(671)475-1105

RECEIPT NO:        2008966287
DATE:             06/09/08 13:23
LOC/STATION:      04/C2
CASHIER:          TOGCRUZD
PAY METHOD:       CASH
AMOUNT:           $62.50
--------------------------------
REFERENCE NO:     0940722
DOCUMENT NO:
TAX TYPE:         BL13
AMOUNT:           $62.50
--------------------------------
TOP COPY-MERCHANT  BOT COPY-CUSTOMER

STANLEE'S
DELI AND
LIQUOR STORE
TUMON, GUAM

06-09-2008 MON  #0

SODAS          1.95
SANDWICH       8.50
SUBTL         10.45
TOTAL         10.45
CATEND        10.50
CHANGE         0.05

ITEM    2
STAN    7501 13:04TM

## Le Tasi Bistro
### RESTAURANT & TAPAS BAR

30276

*"The pleasure of a fine table."*

Phone: (671) 472-7877      Fax: (671) 477-7875

| TABLE NO. | NO PERSONS | CHECK NO. | WAITER NO. | A.M. | LUNCH | P.M. |
|-----------|------------|-----------|------------|------|-------|------|

| DESCRIPTION | PRICE | AMOUNT |
|-------------|-------|--------|
| 1 soupdujour | | 5 00 |
|  | | 5 00 |
| lamb r | | 28 00 |
| Penne | | 15 00 |

| | TOTAL | 81 50 |

**THANK YOU**
Personal chef/Catering/Pastry for all your occasions
**NO SERVICE CHARGE**



**CLAIMED**
*iCONNECT*

Purchase

**iConnect**

Guam's Only 2Way Radio & Cell
543A Top Plaza Bldg.Tam. Guam
Agana Shopping Center

~~IN~~ICE # 29127
~~DATE~~/TIME: 6/9/2008 10:51:24 AM
~~CASH~~IER: Princess
~~STAT~~ION: 01
~~SAL~~ESPERSON: 18

$20 Reload Card
564001014    @      $20.00     $20.00
Falcon Car Charger
NB343A        @      $16.66     $16.66

~~GRAN~~D TOTAL                  $36.66

~~Cash~~ Tendered                $40.00
~~Cha~~nge due                    $3.34

Amount saved:                    $4.17

Thank you for visiting iConnect!
We appreciate your business.
Visit us on the Web @ www.choicephone.com
Tel No. 1-671-988-6666
Fax No. 1-671-647-7040
RETURNS ON ALL ITEMS ARE SUBJECT TO A 25%
RESTOCKING CHARGE!!!
**ALL SALES ON SPECIAL ITEMS ARE FINAL!!**

6-10-08

07066-01

(69)

Breakfast
@ Mobil on
the Run

THAI KITCHEN ✓

SOLD BY _____ DATE 6/10/08

NAME _____

ADDRESS _____

| REGISTER NUMBER | AMOUNT RECEIVED | ACCT. FWD. |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | 6 |
| 7 | | |
| 8 | | 1 |
| 9 | | |
| 10 | | |
| 11 | | 10 |
| 12 | | |
| 13 | 18 | |
| 14 | | |

REDIFORM 5A200

34

Partial Payment
= $20.00

6-11-08

07066-01

(70)



### COPY XPRESS PHOTO
P.O. Box 10138, Tamuning, Guam 96931
155 E.T. Calvo Memorial Parkway, Tamuning, Guam 96913
Telephone: 671.649.2679 • Fax: 671.649.1010

## 133431
CASH RECEIPT

| DATE 06/11/08 | CASH | CARD | CHECK |
|---|---|---|---|

NAME

ADDRESS

| QTY | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|
| 20 | 36 X 24    BOND    PDF | $1.00 | $20.00 |

**PAID**

JUN 1 2008

COPY EXPRESS

| | | | |
|---|---|---|---|
| SUPER QUICK COPYING & PRINTING CENTER | | TOTAL | $20.00 |
| PRINT YOUR NAME  *Chor*  ☑ COPY  ☐ PRINTING | | DEPOSIT | |
| | | BALANCE DUE | |

6-12-08　　　　07066-01　　　71



**Left receipt:**

BARIGA　　　123456

WELCOME TO
SPPC BARRIGADA

BARRIGADA 76
112 ROUTE 10
BARRIGADA　　　GU
TER #　00247395

06/12/08　　05:12
GRAPEJUICE　　$1.79
GRSPLSTRWB　　$1.69
NEW&BRGN-S　　$1.69
MARINARUTY　　$0.50
SUBTOTAL　　　$5.17
TOTAL　　　　　$5.17
CASH　　　　　$20.00

PL TAXTAX　　 $5.17
TAX PD　　　　$0.00
CHANGE　　　 $14.83
RECEIPT NO. 1-4516

─────────────

CUSTOMER SIGNATURE
AS GFT INCLUDED

THANK YOU

**Middle receipt:**

VITAMIN WORLD, INC. 38701
GUAM PREMIER OUTLETS
199 CHALAN SAN ANTONIO RD 104D
TAMUNING, GU 96911
671-647-5661

ASSOCIATE: MONETTE　6/12/08 11:21:42
RECEIPT#:8701-300017439-R3

| QTY ITEM | TAX NOTE | UNIT PRICE | EXT PRICE |
|---|---|---|---|
| 8%OF | | | |
| 1 69620 | N | | |
| LEAN BODY RTD VA 17Z | | 4.59 | 4.59 |

TOTAL # OF ITEMS... 1
TOTAL AMOUNT OF SALE.... 4.59
TOTAL SALES TAX......... .00
───────
TOTAL AMOUNT .......... 4.59

CASH　　　　　　　5.00
CHANGE DUE　　　 .41

THANK YOU FOR SHOPPING VITAMIN WORLD

LOW PRICES EVERY DAY!

RECEIPT REQUIRED FOR REFUND.
CHECK REFUNDS AFTER 10 BUSINESS DAYS

JOIN THE SAVINGS PASSPORT CLUB TODAY
AND START EARNING BONUS POINTS...
AND MEMBER ONLY DISCOUNTS

**Right receipt:**



standard office supplies

6/12/2008 9:31:34 AM　　Sales Receipt # 99392
Store: SOS

**STANDARD OFFICE SUPPLIES**
654 S. MARINE CORP DRIVE
TAMUNING, GU 96913
PH: 671-646-4825
FAX: 671-646-7757

To　CASH

er: Corina

RIPTION　　QTY　PRICE　EXT PRC
16　　　　　1　$18.45　　$18.45
h Paper 4x4 17"x22"
1 item(s)　Subtotal　　　$18.45
　　　20.00 % Disc:　　- $3.69
TAXES　0.000 % Tax　　+ $0.00
　　RECEIPT TOTAL:　　$14.76

ent Taken: $15.00
nge Given: $0.24
sh　$ 15.00

Total Savings $3.69

Merchandise may be returned or
exchanged within 30 days of this receipt.





6-13-08

07066-01

(72)

Shell Mongmong
Mongmong, Guam
Ph. 1 671 734 5866

13-June-2008 04:29 POS:1 Foreigme 5 #01223:

PHONE CARDS
2 @ 10,000 $2              $20.00

CASH                       $20.00

TOTAL INVOICE              $20.00

          Si Yu'os Ma'ase
          Have a nice day
     Shell, the Station of Choice

---

VITAMIN WORLD, INC. #8701
GUAM PREMIER OUTLETS
199 CHALAN SAN ANTONIO RD 104D
TAMUNING, GU 96911
671-647-5661

ASSOCIATE: JOSHUA        6/13/08 10:04:50
RECEIPT#:8701-100187477-R1

| QTY ITEM | TAX NOTE | UNIT PRICE | EXT PRICE |
|---|---|---|---|
| 8%DF | | | |
| 1 41860  N | | | |
| PHOSPH MENTAL CLAR B | | .00 | .00 |
| 1 62226  N | | | |
| SAVINGS PASSPORT | | .00 | .00 |
| 3 69620  N | | | |
| LEAN BODY RTD VA 17Z | | 4.59 | 13.77 |
| 2 79084  N | | | |
| LB RTD BAN & CRM 17Z | | 4.59 | 9.18 |

TOTAL # OF ITEMS...   7
TOTAL AMOUNT OF SALE....      22.95
TOTAL SALES TAX.........        .00
                         _____
TOTAL AMOUNT ...........      22.95

CASH                         23.00
CHANGE DUE                     .05

THANK YOU FOR SHOPPING VITAMIN WORLD

     LOW PRICES EVERY DAY!

   RECEIPT REQUIRED FOR REFUND.
CHECK REFUNDS AFTER 10 BUSINESS DAYS

     MEMBERSHIP # 400114365932
BONUS POINTS EARNED THIS PURCHASE    2
            TOTAL SAVINGS      $.00

6-14 - 08

07066-01

73

17.54

6-15-08

(74)

07066-01





**BANK OF GUAM**
THE PEOPLE'S BANK

BANK OF GUAM

493 SOUTH ROUTE 10
MANGILAO         GU GU

DATE    TIME    ATM
06\15\08  06:06   020

BUS. DATE 06\16\08
CARD #XXXXXXXXXXXX0989

TRAN #        0027287213
WITHDRAW  $100.00
FROM 5028
SURCHARGE:      $2.25

NEW BAL       $1771.54

A C K N O W L E D G E M E N

✓          ✓          ✓

**Triple J**
**24-HR Mobil Mart**

TRAN #:          046719
TRMI NO # :          9161

/18/2008  05:01:54

MINAL          : 539001
RROVAL #     : 015005
EIPT #       : 058824
ES RPT #: 407

IP# 12
Regula @$4.679/G
AL GAL:          10.686
AL:          50.00
AL SALE:          50.00

DATE :  09/10
D NUMBER:
XXXXXXXX0989

gree to pay the
ve Total Amount
ording to Card
uer Agreement.

nature

------------------

THANK YOU
DRIVE SAFELY

---

ANTIGUA          123456

WELCOME TO SPPC
ANTIGUA.

ANTIGUA 76
711 W MARINE DR
ANTIGUA          GU
DLR #     00247387

06/16/08     09:25
ICONNEC$20 $20.00T
TOTAL          $20.00
CASH          $20.00

TL/NOTAX     $20.00
TAX FB          $0.00
RECEIPT NO. 1-9620

------------------

CUSTOMER SIGNATURE
4% GRT INCLUDED

THANK YOU

---

VITAMIN WORLD, INC. #8701
GUAM PREMIER OUTLETS
199 CHALAN SAN ANTONIO RD 104D
TAMUNING, GU 96911
671-647-5661

ASSOCIATE: PHILIP     6/16/08 12:12:48
RECEIPT#:8701-100187633-R1

| QTY ITEM   TAX NOTE | UNIT PRICE | EXT PRICE |
|---|---|---|
| 8%DF | | |
| 2 69620     N | - | |
| LEAN BODY RTD VA 17Z | 4.59 | 9.18 |
| 2 79084     N | | |
| LB RTD BAN & CRM 17Z | 4.59 | 9.18 |

TOTAL # OF ITEMS...     4
TOTAL AMOUNT OF SALE....          18.36
TOTAL SALES TAX.........          .00

TOTAL AMOUNT ...........          18.36

CASH          20.00
CHANGE DUE          1.64

THANK YOU FOR SHOPPING VITAMIN WORLD

LOW PRICES EVERY DAY!

RECEIPT REQUIRED FOR REFUND.
CHECK REFUNDS AFTER 10 BUSINESS DAYS

CHRISTOPHER LUND
MEMBERSHIP # 400114365932
BONUS POINTS EARNED THIS PURCHASE     1
TOTAL SAVINGS          $.00

6-17-08

✓

CARMEN'S CHA-CHA LLC
192 ARCHBISHOP FLORES St
HAGATNA Gu 96910
671-472-7922

5121470289001620 1520
06-17-08          TIME 01:38 PM

020  VISA PRE SALE
xxxxxxxxxxx0939     EXP: xx/x5
AUTH/TKT #16960

AMOUNT:    $    28.50
GRATUITY:  $     4.28
TOTAL:     $    32.78

I AGREE TO PAY ABOVE TOTAL AMOUNT    16.39
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

CHRISTOPHER G LUND
TOP COPY MERCHANT BOTTOM COPY CUSTOMER

---

SALE RECEIPT
Store #23416       tko 06/17/08 18:37:52
Trans# 188 Clerk 20  Dwr 1 TRDT 061708
Receipt # 0000225007 Reg-ID REG-MAIN
Guam GRT    0.19 Tax B        0.00
Tax C       0.00 Tax D        0.00
Tax E       0.00 Tax F        0.00
                **TOTAL       4.99
AMT TEND    5.00CHANGE DUE     0.01

    CHANGE DUE$     0.01

SUBWAY Card

Card **************0025
Points Added
Rewards Balance: 5 Points
..................................

Protect the balance on your card.
Register at www.mysubwaycard.com. (c)
2008 Doctors Associates Inc. SUBWAY(R)
a registered trademark of Doctors
Associates Inc.. At participating
restaurants only.
Play the Get Smart
  Fresh Game!  You could win BIG!
More than 1 Million dollars in prizes!
Enter this secret code at
www.subwayfreshbuzz.com for a bonus
instant win play! CODE IS: SIEGFRIED
a new secret code every time you
your SUBWAY (R) card!  NO PURCHASE
NECESSARY TO PARTICIPATE OR RECEIVE
PRIZES.  Ends Aug. 10, 2008.  To play
and for Official Rules, visit
www.subwayfreshbuzz.com  Get Smart in
theatres June 20.  GET SMART (c) 2008
Warner Bros. Ent.   All Rights
Reserved.

..................................

Host Order ID: 14031236000237204b

6-17-08

77

07066-01

citibank®

PACAIR PARKING MANAGEMENT SERVICES
TEL 671 649 0793
FAX 671 649 0942
SI YUUS MA ASE
THANK YOU

Ticket #: 91009557
IN:  6/17/2008 9:36:00 PM
OUT: 6/17/2008 6:03:44 PM

PARKING FEE:    $2.00

TOTAL:    $2.00
VALIDATION :    -$0.00
TENDERED:    $10.00
CHANGE:    $8.00

No.

CARD NUMBER
XXXXXXXXXXXXX0989

ATM ID
0401

available now

Guam International Airport

DATE
06/17/2008

TIME
17:47

GOT CASH  $ 20.00
Plus Fee:  $  2.75
From Acct:  CHECKING
Balance:

6-18-08

78

07066-01

```
*******************************
*******
    King's Restaurant-Tamuning
     Guam Premier Outlets
       Tamuning, Guam
      Tel. (671) 646-5930

06/18/08   6:58 AM Order #172076
Table A4  Cust 2 Waiter 3 Crisost
omo
*******************************
*******


1 Bac & Eggs
  7.95
1 Fruity Cakes
  4.99
2 Coffee
  3.60
1 Small Orange Juice
  1.95

    -----

                Sub-total:
18.49

    -----

Total Due: 1
18.49
```

GRATUITY
NOT INCLUDED

SI YU' US MA'ASE
PLEASE COME AGAIN
d000000073820

| REGISTER NUMBER | AMOUNT RECEIVED | ACCT. FWD. |
|---|---|---|
| SOLD BY | DATE 6/17 2008 | |
| NAME | | |
| ADDRESS TAPI KITCHEN | | |

31

6/19/08

(79)

07066-01

✓

Shirley's Coffee Shop
Tamuning , Guam
(671)649-6622
**Table #48**
Trans#:  785247    Serv: CASHIER 24
6/19/2008 8:31:23 AM      # Cust:3
==========================================
Quan  Descript                  Cost
==========================================
  3 COFFEE                      $4.50
  2 PORT SAUG & EGG            $13.90
  1 OE
  1 OH
  1 T
  1 FR                         $2.00
  1 SPANISH OMELETTES          $6.50
  1 PC
==========================================
              Net Total:  $26.90
              ===============
     **TOTAL  =    $26.90**
Food: $20.40
Beverage: $4.50          $8.45
Other: $2.00
==========================================
              CASH      $50.00
              Change    $23.10
==========================================

   **<-REPRINTED->**
   **Please pay to**
   Cashier. Thanks!

*partial*
*payment*
*made*

**BANK OF GUAM**
THE PEOPLE'S BANK

## ISSIN RESTAURANT
WESTIN HOTEL TUMON,GUAM
(671) 646-5252

BATCH No.     :  000098
TERMINAL ID   :  6800206
CARD          :  VISA INT'L
CARD No. : XXXXXXXXXXX6042 / Swiped
RREF No.      :  0773
INVOICE       :  000715
SERVER No.    :  3
TRANS.  : CREDIT CARD SALE

AMOUNT    :          $    47.00

TIP AMOUNT:          $____ 7.00

(IF ANY, PLEASE SIGN)

TOTAL AMOUNT:        $  54.00

Tran Date/Time  :  06/19/08    18:53:00
APPROVAL        :  005345
          Customer Copy

6-19-08

07066-01

80

WELCOME TO SPPC
ANIGUA.

ANIGUA 76
711 W MARINE DR
ANIGUA          GU
DLR# 00247387
DATE: 06/19/08

VISA          ACCT#
XXXX XXXX XXXX 0989
G1587GG39309
INV# 140005    81/4J
REF# 921 93-004
AUTH# 00-518104

PUMP# 2        SELF
UNL          14.147G
PRICE/GAL    $4.679

FUEL TOTAL   $66.19

------------------------
CUSTOMER SIGNATURE
4% GRT INCLUDED

    THANK YOU

# Gershman, Brickner & Bratton, Inc.
## Time by Name
## June 2008



| | Time | % of Time | Total phone cost | Phone cost by job |
|---|---|---|---|---|
| **Harvey W Gershman** | | | | |
| other | 0.25 | 0.00 | 197.70 | 0.26 |
| other | 2.50 | 0.01 | 197.70 | 2.62 |
| other | 1.50 | 0.01 | 197.70 | 1.57 |
| other | 1.50 | 0.01 | 197.70 | 1.57 |
| other | 7.00 | 0.04 | 197.70 | 7.32 |
| 07066-US District Court for Guam:01-Receivership | 78.50 | 0.42 | 197.70 | 82.11 |
| other | 0.50 | 0.00 | 197.70 | 0.52 |
| No job assigned | 97.25 | 0.51 | 197.70 | 101.73 |
| **Total Harvey W Gershman** | 189.00 | 1.00 | | 197.70 |
| | | | | |
| **Chris Lund** | | | | |
| 07066-US District Court for Guam:01-Receivership | 231.00 | 1.00 | 257.96 | 257.96 |
| No job assigned | 0.00 | 0.00 | 257.96 | 0.00 |
| **Total Chris Lund** | 231.00 | 1.00 | | 257.96 |

| | | | | |
|---|---|---|---|---|
| Total Phone Bill for June 2008 | | | 455.66 | |

# Gershman, Brickner & Bratton, Inc.
## Time by Name
## JUNE 2008
## Verizon Wireless



| | Time | % of Time | Total phone cost | Phone cost by job |
|---|---|---|---|---|
| **Robert H Brickner** | | | | |
| other | 4.00 | 0.02 | 166.15 | 3.96 |
| other | 6.00 | 0.04 | 166.15 | 5.93 |
| other | 0.50 | 0.00 | 166.15 | 0.50 |
| other | 1.00 | 0.01 | 166.15 | 0.99 |
| other | 6.00 | 0.04 | 166.15 | 5.93 |
| other | 4.00 | 0.02 | 166.15 | 3.96 |
| other | 11.00 | 0.07 | 166.15 | 10.88 |
| other | 44.00 | 0.26 | 166.15 | 43.51 |
| other | 2.00 | 0.01 | 166.15 | 1.98 |
| other | 7.00 | 0.04 | 166.15 | 6.92 |
| other | 14.50 | 0.09 | 166.15 | 14.34 |
| other | 2.00 | 0.01 | 166.15 | 1.98 |
| other | 2.50 | 0.01 | 166.15 | 2.47 |
| other | 1.00 | 0.01 | 166.15 | 0.99 |
| other | 12.00 | 0.07 | 166.15 | 11.87 |
| other | 8.00 | 0.05 | 166.15 | 7.91 |
| other | 9.00 | 0.05 | 166.15 | 8.90 |
| other | 3.00 | 0.02 | 166.15 | 2.97 |
| No job assigned | 30.50 | 0.18 | 166.15 | 30.16 |
| **Total Robert H Brickner** | 168.00 | 1.00 | | 166.15 |
| **J. Frank Bernheisel** | | | | |
| other | 3.00 | 0.02 | 453.35 | 7.35 |
| other | 2.00 | 0.01 | 453.35 | 4.90 |
| other | 6.00 | 0.03 | 453.35 | 14.70 |
| other | 11.50 | 0.06 | 453.35 | 28.18 |
| other | 9.00 | 0.05 | 453.35 | 22.06 |
| other | 18.00 | 0.10 | 453.35 | 44.11 |
| other | 13.00 | 0.07 | 453.35 | 31.86 |
| other | 14.50 | 0.08 | 453.35 | 35.53 |
| other | 1.00 | 0.01 | 453.35 | 2.45 |
| 07066-US District Court for Guam:01-Receivership | 4.00 | 0.02 | 453.35 | 9.80 |
| other | 16.00 | 0.09 | 453.35 | 39.21 |
| No job assigned | 87.00 | 0.47 | 453.35 | 213.20 |
| **Total J. Frank Bernheisel** | 185.00 | 1.00 | | 453.35 |
| **Francois Coulombe** | | | | |
| 07066-US District Court for Guam:01-Receivership | 35.50 | 0.27 | 95.72 | 26.19 |
| No job assigned | 94.25 | 0.73 | 95.72 | 69.53 |
| **Total Francois Coulombe** | 129.75 | 1.00 | | 95.72 |
| **Timothy J Bratton** | | | | |
| other | 1.00 | 0.01 | 44.68 | 0.27 |
| other | 2.00 | 0.01 | 44.68 | 0.53 |
| other | 19.00 | 0.11 | 44.68 | 5.05 |
| other | 12.50 | 0.07 | 44.68 | 3.32 |
| other | 5.00 | 0.03 | 44.68 | 1.33 |
| other | 8.00 | 0.05 | 44.68 | 2.13 |
| 07066-US District Court for Guam:01-Receivership | 66.00 | 0.39 | 44.68 | 17.55 |
| other | 2.00 | 0.01 | 44.68 | 0.53 |
| No job assigned | 52.50 | 0.31 | 44.68 | 13.96 |
| **Total Timothy J Bratton** | 168.00 | 1.00 | | 44.68 |
| **Total Phone Bill for JUNE 2008** | | | 759.90 | |

# Gershman, Brickner & Bratton, Inc.
## Time by Name
## June 2008



| | Time | % of Time | Total phone cost | Phone cost by job |
|---|---|---|---|---|
| **Chace Anderson (Sprint) - 50 % only charged** | | | | |
| other | 9.00 | 0.04 | 83.59 | 3.47 |
| C07066-US District Court for Guam:01-Receivership | 174.00 | 0.80 | 83.59 | 67.03 |
| No job assigned | 34.00 | 0.16 | 83.59 | 13.10 |
| **Total Chace Anderson** | 217.00 | 1.00 | | 83.59 |
| | | | | |
| **Chace Anderson (Qwest) - 50 % only charged** | | | | |
| other | 9.00 | 0.04 | 43.88 | 1.82 |
| C07066-US District Court for Guam:01-Receivership | 174.00 | 0.80 | 43.88 | 35.18 |
| No job assigned | 34.00 | 0.16 | 43.88 | 6.88 |
| **Total Chace Anderson** | 217.00 | 1.00 | | 43.88 |

**Total Sprint & Qwest Phone Bills for June 2008**          | 127.47 |

(84)

**Harvey Gershman (ID - 6729575) Summary**

|  | Jun Amt | Jun $ | Jul Amt | Jul $ | Total |
|---|---|---|---|---|---|

### Audio Conferencing
**June    12, 2008**              12:56 PM - 02:37 PM

Billing Code: 7006601
Duration (Minutes): 393

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
|  |  | N | 01:01 PM | 02:37 PM | 97 | $12.61 |
|  |  | N | 01:02 PM | 02:37 PM | 95 | $12.35 |
|  |  | N | 12:56 PM | 02:37 PM | 102 | $27.54 |
|  |  | N | 12:58 PM | 02:37 PM | 99 | $12.87 |
|  |  |  |  | **Total** | **393** | **$65.37** |

### Audio Conferencing
**June    19, 2008**              01:00 PM - 02:35 PM

Billing Code: 706601
Duration (Minutes): 369

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
|  |  | N | 01:00 PM | 02:34 PM | 95 | $25.65 |
|  |  | N | 01:01 PM | 02:35 PM | 95 | $12.35 |
|  |  | N | 01:06 PM | 02:35 PM | 90 | $11.70 |
|  |  | N | 01:07 PM | 02:35 PM | 89 | $11.57 |
|  |  |  |  | **Total** | **369** | **$61.27** |

### Audio Conferencing
**June    26, 2008**              01:30 PM - 02:19 PM

Billing Code: 7066601
Duration (Minutes): 179

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
|  |  | N | 01:30 PM | 02:19 PM | 50 | $13.50 |
|  |  | N | 01:32 PM | 01:33 PM | 2 | $0.26 |
|  |  | N | 01:33 PM | 02:19 PM | 46 | $5.98 |
|  |  | N | 01:34 PM | 01:36 PM | 3 | $0.39 |
|  |  | N | 01:35 PM | 02:19 PM | 45 | $5.85 |
|  |  | N | 01:36 PM | 02:09 PM | 33 | $4.29 |
|  |  |  |  |  |  | $2.12 |
|  |  |  |  | **Total** | **179** | **$32.39** |

### Harvey Gershman's Billing Code Summary

| Billing Code | Service | Item | Quantity | Cost |
|---|---|---|---|---|
| 100000 | Audio Conf. | Phone Minutes | 172 | $22.36 |
|  |  | **Tax** |  | **$0.00** |
|  |  | **Billing Code 100000 Total** |  | **$22.36** |
| 607307 | Audio Conf. | Phone Minutes | 790 | $102.70 |
|  |  | **Tax** |  | **$0.00** |
|  |  | **Billing Code 607307 Total** |  | **$102.70** |
| 7006601 | Audio Conf. | International Audio Minutes | 102 | $27.54 |
| 7006601 | Audio Conf. | Phone Minutes | 291 | $37.83 |
|  |  | **Tax** |  | **$0.00** |
|  |  | **Billing Code 7006601 Total** |  | **$65.37** |
| 706601 | Audio Conf. | International Audio Minutes | 95 | $25.65 |
| 706601 | Audio Conf. | Phone Minutes | 274 | $35.62 |
|  |  | **Tax** |  | **$0.00** |
|  |  | **Billing Code 706601 Total** |  | **$61.27** |
| 7066601 | Audio Conf. | International Audio Minutes | 50 | $13.50 |
| 7066601 | Audio Conf. | Phone Minutes | 129 | $16.77 |
|  |  | **Tax** |  | **$2.12** |
|  |  | **Billing Code 7066601 Total** |  | **$32.39** |
|  |  | **Total Tax:** |  | **$2.12** |
|  |  | **Harvey Gershman's Billing Codes Total:** |  | **$284.09** |



**85**

### Chace Anderson (ID - 1769697) Summary

| Audio Conferencing | Jun Amt | Jun $ | Jul Amt | Jul $ | Total |
|---|---|---|---|---|---|
| Phone Minutes | 226 | $29.38 | 0 | $0.00 | $29.38 |
| Total Tax | | $0.00 | | $0.00 | $0.00 |
| Chace Anderson Total | | $29.38 | | $0.00 | $29.38 |

### Chace Anderson's Meetings

**Audio Conferencing**
June    26, 2008          10:00 AM - 11:18 AM     07066-01          Duration (Minutes): 226

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| | | N | 10:00 AM | 11:18 AM | 78 | $10.14 |
| | | N | 10:03 AM | 11:18 AM | 75 | $9.75 |
| | | N | 10:06 AM | 11:18 AM | 73 | $9.49 |
| | | | | Total | 226 | $29.38 |



# Outbound Usage Billed Report   GERSHMAN, BRICKNER & BRATTON, INC.

**Account:** 153958   **Report Period:** Jun 11, 2008   **Invoice:** 32733419

| Calling Number | Calling Location | Called Number | Called Location | Usage Category | Date/Time | Minutes | Amount | Code | Description |
|---|---|---|---|---|---|---|---|---|---|
| -5800 | Fls Church, VA | l-1003 | Sndg Sndg, CA | 1+ Interstate | 05-29-2008 06:24:05 | 3.00 | 0.17 | 0000706601 | USA District Court of Guam |
| -5800 | Fls Church, VA | l-7220 | Snfc sf01, CA | 1+ Interstate | 05-21-2008 03:01:11 | 4.20 | 0.23 | 0000706601 | USA District Court of Guam |
| -5800 | Fls Church, VA | l-4950 | Cockeysvl, MD | 1+ Interstate | 05-23-2008 08:45:54 | 19.60 | 1.08 | 0000706601 | USA District Court of Guam |
| -5800 | Fls Church, VA | 5-6286 | Millburn, NJ | 1+ Interstate | 06-05-2008 11:50:04 | 9.30 | 0.51 | 0000706601 | USA District Court of Guam |
| -5800 | Fls Church, VA | 5-6286 | Millburn, NJ | 1+ Interstate | 05-19-2008 04:08:58 | 0.40 | 0.02 | 0000706601 | USA District Court of Guam |
| -5800 | Fls Church, VA | 5-6286 | Millburn, NJ | 1+ Interstate | 05-28-2008 03:01:10 | 0.20 | 0.01 | 0000706601 | USA District Court of Guam |
| -5800 | Fls Church, VA | l-3080 | Buckingham, PA | 1+ Interstate | 05-13-2008 12:55:49 | 11.50 | 0.63 | 0000706601 | USA District Court of Guam |
| -5800 | Fls Church, VA | l-3396 | Medford, OR | 1+ Interstate | 05-19-2008 02:32:10 | 5.10 | 0.28 | 0000706601 | USA District Court of Guam |
| -5800 | Fls Church, VA | l-3396 | Medford, OR | 1+ Interstate | 06-06-2008 02:01:20 | 129.20 | 7.11 | 0000706601 | USA District Court of Guam |
| -5800 | Fls Church, VA | l-3396 | Medford, OR | 1+ Interstate | 05-12-2008 05:02:04 | 1.70 | 0.09 | 0000706601 | USA District Court of Guam |
| -5800 | Fls Church, VA | )-1200 | Nashville, TN | 1+ Interstate | 06-02-2008 02:02:56 | 7.40 | 0.41 | 0000706601 | USA District Court of Guam |
| -5800 | Fls Church, VA | )-1200 | Nashville, TN | 1+ Interstate | 05-16-2008 11:02:06 | 60.90 | 3.35 | 0000706601 | USA District Court of Guam |
| -5800 | Fls Church, VA | )-1200 | Nashville, TN | 1+ Interstate | 06-06-2008 02:00:13 | 1.00 | 0.06 | 0000706601 | USA District Court of Guam |
| -5800 | Fls Church, VA | )-1200 | Nashville, TN | 1+ Interstate | 06-04-2008 10:04:00 | 61.00 | 3.36 | 0000706601 | USA District Court of Guam |
| -5800 | Fls Church, VA | )-1200 | Nashville, TN | 1+ Interstate | 06-04-2008 01:10:59 | 0.80 | 0.04 | 0000706601 | USA District Court of Guam |
| -5800 | Fls Church, VA | )-1200 | Nashville, TN | 1+ Interstate | 05-15-2008 03:47:57 | 63.20 | 3.48 | 0000706601 | USA District Court of Guam |
| -5800 | Fls Church, VA | )-1200 | Nashville, TN | 1+ Interstate | 05-20-2008 02:00:28 | 2.20 | 0.12 | 0000706601 | USA District Court of Guam |
| -5800 | Fls Church, VA | )-1200 | Nashville, TN | 1+ Interstate | 05-19-2008 02:30:52 | 0.60 | 0.03 | 0000706601 | USA District Court of Guam |
| -5800 | Fls Church, VA | )-1200 | Nashville, TN | 1+ Interstate | 06-06-2008 02:02:05 | 128.40 | 7.06 | 0000706601 | USA District Court of Guam |
| -5800 | Fls Church, VA | )-1200 | Nashville, TN | 1+ Interstate | 05-12-2008 04:58:16 | 2.70 | 0.15 | 0000706601 | USA District Court of Guam |
| -5800 | Fls Church, VA | 2-8356 | Memphis, TN | 1+ Interstate | 05-16-2008 11:01:05 | 49.20 | 2.71 | 0000706601 | USA District Court of Guam |
| -5800 | Fls Church, VA | 5-1467 | Alpharetta, GA | 1+ Interstate | 05-14-2008 03:07:46 | 4.90 | 0.27 | 0000706601 | USA District Court of Guam |
| -5800 | Fls Church, VA | 3-2815 | WSNGTNZN17, VA | Local | 06-06-2008 08:11:41 | 4.00 | 0.05 | 0000706601 | USA District Court of Guam |
| | | | | | | | 31.22 | | |

# Data Roaming Detail

**User Name: DAVID MANNING**

07066-01

*Rate Period (Pd.): P=Peak, O=Off Peak, N=Nights*
*Call To: ** = International Call Terminated To Mobile*

| Item | Day | Date | Time | To/From | Type | Msg/KB/ Min | Rate Code | Fea- ture | In/ Out | Total Charge |
|------|-----|------|------|---------|------|-------------|-----------|-----------|---------|--------------|
| GPRS Charges Incurred While Roaming in Guam, GM | | | | | | | | | | |
| 1 | Wed | 04/23 | 07:29AM | Data Transfer | | 48 KB | MK12 | | Out | 0.94 |
| 2 | Wed | 04/23 | 07:29AM | Data Transfer | | 12 KB | MK12 | | Out | 0.23 |
| 3 | Tue | 04/29 | 06:18AM | Data Transfer | | 15 KB | MK12 | | Out | 0.29 |
| 4 | Tue | 04/29 | 07:58AM | Data Transfer | | 8 KB | MK12 | | Out | 0.16 |
| 5 | Sat | 05/03 | 06:31AM | Data Transfer | | 49 KB | MK12 | | Out | 0.96 |
| Charges Incurred While N | | | | | | | | | | |
| 6 | Wed | 04/23 | 07:44AM | Data Transfer | | 227 KB | MK12 | | Out | 4.43 |
| 7 | Thu | 04/24 | 01:56AM | Data Transfer | | 50 KB | MK12 | | Out | 0.98 |
| 8 | Thu | 04/24 | 05:56AM | Data Transfer | | 426 KB | MK12 | | Out | 8.31 |
| 9 | Fri | 04/25 | 06:56AM | Data Transfer | | 1123 KB | MK12 | | Out | 21.90 |
| 10 | Sat | 04/26 | 06:56AM | Data Transfer | | 270 KB | MK12 | | Out | 5.27 |
| 11 | Sun | 04/27 | 06:56AM | Data Transfer | | 262 KB | MK12 | | Out | 5.11 |
| 12 | Mon | 04/28 | 06:56AM | Data Transfer | | 257 KB | MK12 | | Out | 5.01 |

# Data Roaming Detail

**User Name: DAVID MANNING**

*Rate Period (Pd.): P=Peak, O=Off Peak, N=Nights*
*Call To: ** = International Call Terminated To Mobile*

| Item | Day | Date | Time | To/From | Type | Msg/KB/ Min | Rate Code | Fea- ture | In/ Out | Total Charge |
|------|-----|------|------|---------|------|-------------|-----------|-----------|---------|--------------|
| 13 | Mon | 04/28 | 11:18PM | Data Transfer | | 102 KB | MK12 | | Out | 1.99 |
| 14 | Tue | 04/29 | 07:58AM | Data Transfer | | 494 KB | MK12 | | Out | 9.63 |
| 15 | Wed | 04/30 | 06:58AM | Data Transfer | | 277 KB | MK12 | | Out | 5.40 |
| 16 | Wed | 04/30 | 11:17PM | Data Transfer | | 141 KB | MK12 | | Out | 2.75 |
| 17 | Thu | 05/01 | 06:17AM | Data Transfer | | 458 KB | MK12 | | Out | 8.93 |
| 18 | Fri | 05/02 | 06:17AM | Data Transfer | | 370 KB | MK12 | | Out | 7.22 |
| | Subtotal of KBs for KN | | | | | 4457 KB | | | | 86.93 |
| | Subtotal of KBs | | | | | 4589 KB | | | | 89.51 |
| Totals | | | | | | | | | | 89.51 |

# Data Roaming Detail
## User Name: DAVID MANNING

*Rate Code: MK11=INTL BG AM PPU SMS, MK12=INTL ROAM PPU GPRS*
*Rate Period (Pd.): P=Peak, O=Off Peak, N=Nights*
*Call To: ** = International Call Terminated To Mobile*

| Item | Day | Date | Time | To/From | Type | Msg/KB/ Min | Rate Code | Fea- ture | In/ Out | Total Charge |
|------|-----|------|------|---------|------|-------------|-----------|-----------|---------|--------------|
| Charges Incured While Roaming in Guam, GM | | | | | | | | | | |
| 1 | Wed | 05/07 | 04:35AM | 615-310-8646 | MTM TEXT M | 1 Msg | MK11 | | Out | 0.50 |
| | | **Subtotal of Msgs** | | | | | **1 Msg** | | | **0.50** |
| | | | | | | | | | | |
| GPRS Charges Incurred While Roaming in Guam, GM | | | | | | | | | | |
| 2 | Thu | 05/08 | 05:21AM | Data Transfer | | 12 KB | MK12 | | Out | 0.23 |
| 3 | Thu | 05/08 | 06:21AM | Data Transfer | | 10 KB | MK12 | | Out | 0.20 |
| 4 | Fri | 05/09 | 03:58AM | Data Transfer | | 20 KB | MK12 | | Out | 0.39 |
| 5 | Mon | 05/12 | 12:23AM | Data Transfer | | 142 KB | MK12 | | Out | 2.77 |
| 6 | Mon | 05/12 | 02:59AM | Data Transfer | | 23 KB | MK12 | | Out | 0.45 |
| 7 | Mon | 05/12 | 04:42AM | Data Transfer | | 102 KB | MK12 | | Out | 1.99 |
| 8 | Mon | 05/12 | 04:43AM | Data Transfer | | 6 KB | MK12 | | Out | 0.12 |
| | | | | | | | | | | |
| GPRS Charges Incurred While Roaming in Guam, | | | | | | | | | | |
| 9 | Tue | 05/13 | 09:24AM | Data Transfer | | 10 KB | MK12 | | Out | 0.20 |
| 10 | Tue | 05/13 | 09:24AM | Data Transfer | | 5 KB | MK12 | | Out | 0.10 |
| 11 | Tue | 05/13 | 09:25AM | Data Transfer | | 5 KB | MK12 | | Out | 0.10 |
| | | | | | | | | | | |
| GPRS Charges Incurred While Roaming in Guam, GM | | | | | | | | | | |
| | | | | | | | | | | |
| Charges Incurred While N | | | | | | | | | | |
| 12 | Sat | 05/03 | 08:31AM | Data Transfer | | 318 KB | MK12 | | Out | 6.20 |
| 13 | Sun | 05/04 | 06:31AM | Data Transfer | | 282 KB | MK12 | | Out | 5.50 |
| 14 | Mon | 05/05 | 06:31AM | Data Transfer | | 144 KB | MK12 | | Out | 2.81 |
| 15 | Mon | 05/05 | 08:56PM | Data Transfer | | 233 KB | MK12 | | Out | 4.54 |
| 16 | Tue | 05/06 | 01:02AM | Data Transfer | | 81 KB | MK12 | | Out | 1.58 |
| 17 | Tue | 05/06 | 06:02AM | Data Transfer | | 331 KB | MK12 | | Out | 6.45 |
| 18 | Wed | 05/07 | 01:31AM | Data Transfer | | 101 KB | MK12 | | Out | 1.97 |
| 19 | Wed | 05/07 | 06:31AM | Data Transfer | | 327 KB | MK12 | | Out | 6.38 |
| 20 | Thu | 05/08 | 07:21AM | Data Transfer | | 287 KB | MK12 | | Out | 5.60 |
| 21 | Thu | 05/08 | 10:39PM | Data Transfer | | 185 KB | MK12 | | Out | 3.61 |
| 22 | Fri | 05/09 | 05:58AM | Data Transfer | | 280 KB | MK12 | | Out | 5.46 |
| 23 | Sat | 05/10 | 12:53AM | Data Transfer | | 88 KB | MK12 | | Out | 1.72 |
| 24 | Sat | 05/10 | 06:53AM | Data Transfer | | 69 KB | MK12 | | Out | 1.35 |
| 25 | Sat | 05/10 | 01:56PM | Data Transfer | | 114 KB | MK12 | | Out | 2.22 |
| 26 | Sat | 05/10 | 11:29PM | Data Transfer | | 178 KB | MK12 | | Out | 3.47 |
| 27 | Sun | 05/11 | 06:29AM | Data Transfer | | 38 KB | MK12 | | Out | 0.74 |
| 28 | Sun | 05/11 | 10:07AM | Data Transfer | | 151 KB | MK12 | | Out | 2.94 |
| 29 | Mon | 05/12 | 06:42AM | Data Transfer | | 40 KB | MK12 | | Out | 0.78 |
| 30 | Mon | 05/12 | 10:03AM | Data Transfer | | 209 KB | MK12 | | Out | 4.08 |
| 31 | Mon | 05/12 | 11:07PM | Data Transfer | | 66 KB | MK12 | | Out | 1.29 |
| 32 | Tue | 05/13 | 02:27AM | Data Transfer | | 55 KB | MK12 | | Out | 1.07 |
| 33 | Tue | 05/13 | 06:27AM | Data Transfer | | 64 KB | MK12 | | Out | 1.25 |
| 34 | Tue | 05/13 | 09:30AM | Data Transfer | | 205 KB | MK12 | | Out | 4.00 |
| | | **Subtotal of KBs for KN** | | | | **3846 KB** | | | | **75.01** |
| | | **Subtotal of KBs** | | | | **4181 KB** | | | | **81.56** |
| **Totals** | | | | | | | | | | **82.06** |




### FedEx Express Shipment Detail By Reference (Original)

| | | | |
|---|---|---|---|
| Dropped off: Jun 24, 2008 | | Cust. Ref.: NO REFERENCE INFORMATION | Ref.#2: 07066-01 |
| Payor: Shipper | | Ref.#3: | |

- Fuel Surcharge - FedEx has applied a fuel surcharge of 28.00% to this shipment.
- Distance Based Pricing, Zone 8
- Package sent from: 97504 zip code
- 1st attempt Jun 25, 2008 at 10:02 AM.
- Original address - 855 ARLINGTON BLVD/, 22031

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | USAB | CHACE ANDERSON | JIM PLUTINO | |
| Tracking ID | 862782608316 | GERSHMAN, BRICKNER & BRATTON | GBB INC | |
| Service Type | FedEx Priority Overnight | 8550 ARLINGTON BLVD STE 203 | 8550 ARLINGTON BLVD 203 | |
| Package Type | FedEx Envelope | FAIRFAX VA 22031-4620 US | FAIRFAX VA 22031 US | |
| Zone | 08 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 24.35 |
| Declared Value | USD 1.00 | Discount | | -4.87 |
| Delivered | Jun 25, 2008 10:05 | Fuel Surcharge | | 5.45 |
| Svc Area | A1 | Declared Value Charge | | 0.00 |
| Signed by | R.PAT | Address Correction | | 10.00 |
| FedEx Use | 017511981/0000252/_ | Total Charge | USD | $34.93 |

**NO REFERENCE INFORMATION Reference Subtotal**   **USD**   **$34.93**



**GBB**

SOLID WASTE
MANAGEMENT
CONSULTANTS

U.S. Federal District Court of Guam
Chief Judge
520 West Soledad Avenue
Hagåtña, Guam 96910

July 16, 2008

cc: Attorney General
    c/o Assistant Pat Mason

RE: Invoice for Services      Inv No. 08-07-2283      Job No. 07066-02

| | |
|---|---|
| **PERIOD:** | Activity from June 1, 2008 through June 30, 2008 |
| **CLIENT REFERENCE:** | **Order Re: Appointment of Receiver, Case 1:02-cv-00022 filed March 17, 2008** and ordered by the Chief Judge for the U.S. Federal District Court of Guam |
| **DESCRIPTION:** | Pursuant to the Consent Decree, GBB, acting as Receiver for the District Court of Guam, will enforce the terms of the Consent Decree, and assume all of the responsibilities, functions, duties, powers and authority of the Solid Waste Management Division of the Department of Public Works ("DPW"), and any and all departments, or other divisions of the DPW insofar as they affect the Government of Guam's compliance with the Consent Decree; Out-of-pocket expenditures related to emergency purchases of parts and supplies necessary for equipment maintenance for Guam's Solid Waste Division |
| **GBB Federal ID#:** | 52-1189668 |

| Payments Received To Date | Invoiced But not Received | Current Progress Amount |
|---|---|---|
| $ 0 | $ 0 | $ 787.52 |

**Expenses**

| | | |
|---|---|---|
| Emergency Maintenance (1 – 4) | $ 715.93 | |
| Fee on Expenses @ 10% | 71.59 | |
| **Total Expenses** | | $ 787.52 |

**TOTAL AMOUNT DUE GBB FOR THIS PERIOD** . . . . . . . . . . . . . . . . . . . . **$ 787.52**

Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Suite 203
Fairfax, Virginia 22031-4620
(703) 573-5800  FAX (703) 698-1306
E-MAIL: gbb@gbbinc.com
Printed on recycled paper

EXHIBIT II

Payments should be executed via wire transfers using the following information:

Bank Account Name:          Gershman, Brickner & Bratton, Inc., General Account

Local Branch Address:       Bank of America, 8212 Lee Highway, Merrifield, VA 22031

Bank Account Number:

Bank Routing Number for incoming wires:

Swift Code (if needed):

# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800 Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com



*C ANDERSON*

| | |
|---|---|
| Project ID: | **07066:02** |
| Project Name: | **US District Court - Emergency Purchases for SWD** |
| Manager: | **HWG** |
| Client ID: | **07066** |

| ELDATE | PROJECTID | EMPLOYEEID |
|---|---|---|
| 6/1/2008 to 6/30/2008 | 07066:02 to 07066:02 | CA to CA |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 6/3/2008 | Miscellaneous Expense | 1.00 | $260.73 | $260.73 | 0.00 | $260.73 | Billable |
| | Parts for D9 dozer purchased from Hawthorne company. | | | | | | |
| 6/6/2008 | Miscellaneous Expense | 1.00 | $373.66 | $373.66 | 0.00 | $373.66 | Billable |
| | Purchased material to survey active face at Ordot Dump. | | | | | | |
| 6/9/2008 | Miscellaneous Expense | 1.00 | $31.00 | $31.00 | 0.00 | $31.00 | Billable |
| | Parts for packer truck. | | | | | | |
| 6/9/2008 | Miscellaneous Expense | 2.00 | $25.27 | $50.54 | 0.00 | $50.54 | Billable |
| | fuel filter for packer truck | | | | | | |

|  | | |
|---|---|---|
| Sum of Billable Expenses: | $715.93 | $715.93 |
| Billable + Non-Billable Total: | $715.93 | $715.93 |

**HAWTHORNE PACIFIC CORP.** CAT

**CUSTOMER SHIPPING LIST**

*CASH*

Caterpillar
Mailing Address:
16945 CAMINO SAN BERNARDO
SAN DIEGO, CA 92127-2499

DOCUMENT NO. 80C169698

| | | | | | ACKNOWLEDGE |
|---|---|---|---|---|---|
| FILLED BY | | | | | W/C P/OS |
| W/C LOC. | | | | | |
| BILL OF LADING | | | | | |

SHIP VIA

PAGE 1

OAHU OFFICE:
94-025 Farrington Highway
WAIPAHU, HI 96797-2201
Main: (808) 677-9111
Parts: (808) 676-0200
Fax: (808) 676-0216

HILO BRANCH:
171 Railroad Ave.
HILO, HI 96720-4511
Main: (808) 961-3437
Parts Fax: (808) 961-2551
Svc Fax: (808) 961-3715

MAUI BRANCH:
470 South Hana Hwy.
KAHULUI, MAUI 96732-2323
Main: (808) 877-6537
Fax: (808) 871-4963

KONA BRANCH:
74-5524 Kaiwi St.
KAILUA-KONA, HI 96740
Main: (808) 329-4521
Fax: (808) 326-2054

KAUAI BRANCH:
P.O. BOX 1528
LIHUE, KAUAI 96766-5528
Main: (808) 245-4057
Fax: (808) 245-8506

GUAM BRANCH:
196 E. Harmon Ind. Park Rd.
TAMUNING, GUAM 96913
Main: (671) 646-9118

SOLD TO: DEPT OF PUBLIC WORKS1*
TRANSPORTATION MAINT. (SW)
GOVERNMENT OF GUAM
542 NORTH MARINE DR
TAMUNING, GUAM 96911

CUSTOMER NO. 2049310

SHIP TO: STORE 80

ORDERED BY: PACKER SHOP
TELEPHONE: 671 475 1151
CUST. ORDER NO.: PACKER SHOP

INSTRUCTIONS: CAN MAIL
DELIVERY LOCATION

| MAKE | MODEL | SERIAL NO. | EQUIP NO. | ARRANGEMENT NO. | DATE | TIME | EMP. |
|---|---|---|---|---|---|---|---|
| AA | D9R | | | | 6/03/08 | 21:42:56 | JAF |

PARTS SALES PERSON: Jovie Francisco -GUAM PTS

| ITEM | --QUANTITY-- | | PART NUMBER/ | LOCATION | N/R | TR | SOS | GROSS WEIGHT | UNIT PRICE | EXTD PRICE |
|---|---|---|---|---|---|---|---|---|---|---|
| NO. | ORDER | SHIP B/O | DESCRIPTION | | | | | | | |
| 1 | 1 | 1 | 1R-0749 FILTER AS FU | R00A01 | * | 000 | | 2.2 | 17.75 | 17.75 |

ALTERNATE LOCATION: HPS DISPLAY

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 1 | 1 | 6I-2507 ELEMENT AS | NON-STK | * | 62 000 | | 8.0 | 87.28 | 87.28 |
| 3 | 1 | 1 | 6I-2508 ELEMENT AS | R02C02 | * | 000 | | 3.1 | 77.04 | 77.04 |
| 4 | 2 | 2 | 1R-0716 FILTER A | R00A01 | * | 000 | | 3.8 | 20.18 | 40.36 |
| 5 | 1 | 1 | 1R-0769 FILTER A | R00B02 | * | 000 | | 2.2 | 27.97 | 27.97 |
| 6 | 1 | | 173-7126 BOWL A. | REPLACED | * | 000 | | .4 | .00 | .00 |
| 6-26 | 1 | | 270-5320 BOWL AS-FWS | L09A01 | * | 65 000 | | .3 | 10.33 | 10.33 |

TOTAL GROSS WEIGHT OF ALL ITEMS 23.4

USD SELL TOTAL 260.73

**RETURN POLICY**
ALL ITEMS ABOVE ARE SUBJECT
TO THE PARTS RETURN POLICY
TERMS AND CONDITIONS SET
FORTH ON THE REVERSE SIDE
HEREOF.

CUSTOMER OR HIS AGENT ACKNOWLEDGES RECEIPT OF THE ITEMS INDICATED AS
SHIPPED ABOVE AND AGREES THAT THE TERMS, CONDITIONS AND LIMITATIONS
PRINTED ON THIS DOCUMENT WILL APPLY TO ALL ITEMS LISTED HEREIN.

TERMS:
NET CASH FOR PAYMENT ON OR BEFORE THE 10TH OF MONTH FOLLOWING DATE OF
INVOICE. 1-1/2% PER MONTH SERVICE CHARGE ON BALANCE NOT PAID DURING THE
MONTH FOLLOWING DATE OF INVOICE (ANNUAL PERCENTAGE RATE 18%).

ACCEPTED BY

PACKING LIST

PAID JUN 04 2008
Hawthorne Pacific



(2)



THE HOME DEPOT 1710
295 CHALAN PASAHERU
TAMUNING, GU 96913 (671)6480440

1710 00008 41270
SALE 11 JA391Y 06/06/08 02:29 PM

American
Express Guam
Parts

032888024038 NO KINK BTBB   <A>    5.94
015812770638 TAPE  <A>              4.16
722868399901 6 OTLT SURGE  <A>     14.54
                           207.27
781756526019 25' ORG CORD  <A>     13.72
                           206.86
046677152383 25W T8 4FT  <A>       36.46
784231183724 T8 STD WRAP  <A>      31.24
829327 1/2X10 M4  <A>             109.00
                          2005.45
532888 3FT REBAR  <A>              39.80
                          2001.99
106151 1/2X2 REBAR  <A>           118.80
                          6001.98

                  SUBTOTAL         373.66
                  SALES TAX          0.00
                  TOTAL          $373.66
XXXXXXXXXXX2019   AMEX           373.66  TA
AUTH CODE 553975/9087169

RETURN POLICY DEFINITIONS
POLICY ID     DAYS   POLICY EXPIRES ON
1              90            09/04/2008

GET SPECIAL DEFERRED FINANCING ON
PURCHASES OF $299 OR MORE WITH THE HOME
DEPOT CONSUMER CREDIT CARD - EVERY TIME!

07066-02



CONTROL NO. 2742031

American
Express
Parts
Guam

SPECIAL ORDERS NON-RETURNABLE

PAID

REC'D. BY X   5154.00          JUN 09 2008

ALL GOODS RETURNED MUST BE ACCOMPANIED BY THIS INVOICE

**BANK OF GUAM**
THE PEOPLE'S BANK

NAPA AUTO PARTS
ROUTE 16 HARMON, GUAM 96929
(671) 637 7844

BATCH No.    : 000389
TERMINAL ID  : 01158/03
CARD         : AMEX
CARD No.     : XXXXXXXXX2019  /061Ped
APPROVAL     : 3443
INVOICE      : 003396
TRANS.       : CREDIT CARD SALE
AMOUNT       :              50.54
Tran Date/Time : 06-09-08   11:27:26
APPROVAL     : 515400
        Customer Copy
          Thank you!

96929

| QUANTITY | PART NUMBER | LINE | DESCRIPTION | PRICE | NET | TOTAL | CODE |
|----------|-------------|------|-------------|-------|-----|-------|------|
| 2.00 | 3585 | | FIL FUEL FILT | 34.660 | 25.270 | 50.54 | |

| | DATE | INVOICE NO. | STORE NO. | CM | SLS |
|--|------|-------------|-----------|----|----|
| | 6/09/08 | 040147 | 02151 | 15 | |
| TIME | PURCHASE ORDER NO. | | ATTENTION |
| 11:37 | | | AMER EXP |
| INVOICE TYPE | | AMER EXP |

| | MISC. | | TAX | | TOTAL | |
|--|-------|--|-----|--|-------|--|
| 50. | 0.00 | 0.0 | 0. | 50.54 | CA06 |

   

20969
, GU, U.S.A. 96921
32.5160

parts@midpacfareast.com
www.midpacfareast.com

070660-02

**BANK OF GUAM**
**THE PEOPLE'S BANK**

Mid-Pac Far East
Tamuning, Guam
671 637-7844

| | |
|---|---|
| BATCH No. | : 000848 |
| TERMINAL ID | : 01129472 |
| CARD | : AMEX |
| CARD No. | : XXXXXXXXXXX2019 / Swiped |
| EXP DATE | : 04/12 |
| RREF No. | : 4702 |
| INVOICE | : 003771 |
| TRANS. | : CREDIT SALE |

AMOUNT :        $     31.00

Tran Date/Time : 06/09/08     10:43:35
APPROVAL       : 506106

Customer Copy
Thank you!

506106

| Branch | | |
|---|---|---|
| MPFE | | CNNYYY |
| Date | Time | Page |
| 06/09/08 | 11:06:31 (O) | 01 |
| Account No. | Phone No. | Invoice No. |
| CASH0002 | 000  0000000 | P05492 |
| Ship Via | Purchase Order | |
| | | |
| | Salesperson | |
| | GEC | |

**PARTS INVOICE**

Freight Terms:

| RIPTION | BIN | ORD | ISS | SHP | B/O | UTT | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ING | NO BIN | 4 | 4 | 4 | | * | 7.75 | 31.00 |
| | | | | | TOTAL CREDIT CARD | | | 31.00 |

**PAID**

JUN 09 2008

**MID PAC FAR EAST**

American
Express
Guam

Signature

**IMPORTANT TERMS & CONDITIONS**

All charges not disputed by the customer in writing within THIRTY (30) DAYS shall be deemed accepted by the customer and shall be deemed valid, due and owing. Stocked parts can be returned within TEN (10) DAYS with copy of invoice, subject to a 10% restocking fee. ALL SALES ARE FINAL ON SPECIAL ORDER PARTS. All returned parts must be new, uninstalled and in original packaging. No returns on electrical components. No refunds on freight charges. Cores, if any, must be presented at the time of sale.

All payments are due upon receipt of goods or in accordance with your account terms if you are a charge account customer in good standing with no payments past due and owing. You agree to pay interest at the rate of 1.5% per month on all past due invoices and also agrees to pay reasonable attorney and court fees, if collection is necessary.