# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 02-00022 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER RE: PAYMENT OF RETAINAGE** |
| ) | **FEES** |
| ) | |
| GOVERNMENT OF GUAM, ) | |
| ) | |
| Defendant. ) | |

The court has reviewed the Receiver's invoice no. 08-07-2300 dated August 6, 2008, requesting the payment of retainage fees in the amount of $46,914.13. The court is very satisfied with the work performed during the first quarter and finds the request reasonable. *See* Exhibit (GBB Invoice for Services).

Accordingly, the court **HEREBY ORDERS** the Clerk of Court to transmit payment via wire transfer to Gershman, Brickner & Bratton, Inc., General Account, as referenced in the Receiver's invoice no. 08-07-2300, in the amount of $46,914.13. The funds for said payment shall be drawn from the savings account created pursuant to this court's April 25, 2008 Order. *See* Docket No. 243.

**IT IS SO ORDERED.**

/s/ Frances M. Tydingco-Gatewood
 Chief Judge
**Dated: Aug 14, 2008**



**SOLID WASTE MANAGEMENT CONSULTANTS**

U.S. Federal District Court of Guam
Chief Judge
520 West Soledad Avenue
Hagåtña, Guam 96910

cc: Attorney General
c/o Assistant Pat Mason

August 12, 2008

RE: Invoice for Services     Inv No. 08-07-2300     Job No. 07066-01

| | |
|---|---|
| **PERIOD:** | Activity from March 17, 2008 through May 31, 2008 |
| **CLIENT REFERENCE:** | **Order Re: Appointment of Receiver, Case 1:02-cv-00022 filed March 17, 2008** and ordered by the Chief Judge for the U.S. Federal District Court of Guam |
| **DESCRIPTION:** | Pursuant to the Consent Decree, GBB, acting as Receiver for the District Court of Guam, will enforce the terms of the Consent Decree, and assume all of the responsibilities, functions, duties, powers and authority of the Solid Waste Management Division of the Department of Public Works ("DPW"), and any and all departments, or other divisions of the DPW insofar as they affect the Government of Guam's compliance with the Consent Decree |
| **GBB Federal ID#:** | 52-1189668 |

| | |
|---|---|
| Fee Retainage for March 2008: | $ 6,772.25 |
| Fee Retainage for April 2008: | $18,535.50 |
| Fee Retainage for May 2008: | $21,606.38 |

Cumulative Fee Retainage from March 17, 2008 through May 31, 2008:     $ 46,914.13

**TOTAL AMOUNT REQUESTED BY GBB FOR THIS PERIOD** .......... **$ 46,914.13**

Payments should be executed via wire transfers using the following information:

Bank Account Name:     Gershman, Brickner & Bratton, Inc., General Account

Local Branch Address:     Bank of America, 8212 Lee Highway, Merrifield, VA 22031

Bank Account Number:

Bank Routing Number for incoming wires:

Swift Code (if needed):

Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Suite 203
Fairfax, Virginia 22031-4620
(703) 573-5800 FAX (703) 698-1306
E-MAIL: gbb@gbbinc.com
Printed on recycled paper

EXHIBIT