# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 02-00022 |
| Plaintiff, ) | |
| v. ) | **ORDER RE: Reimbursement of Payment of Gross Receipts Tax (GRT)** |
| GOVERNMENT OF GUAM, ) | |
| Defendant. ) | |

The court has reviewed the Receiver's invoice no. 08-08-2323, dated August 14, 2008, requesting reimbursement for its payment of Monthly Gross Receipts Tax in the amount of $11,127.46. The court has determined the request to be reasonable. *See* Exhibit (GBB Invoice for Services).

Accordingly, the court **HEREBY ORDERS** the Clerk of Court to transmit payment via wire transfer to Gershman, Brickner & Bratton, Inc., General Account, as referenced in the Receiver's invoice no. 08-08-2323, in the amount of $11,127.46. The funds for said payment, and bank processing fee(s) if any, shall be drawn from the savings account created pursuant to this court's January 24, 2008 Order of Deposit, wherein the court ordered that the amount of $2.855 million, paid by the Government of Guam, be deposited by the Clerk into an interest bearing savings account.

The Clerk of Court is hereby relieved of any personal liability relative to compliance with this order.

**IT IS SO ORDERED.**

**/s/ Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: Aug 22, 2008**



**SOLID WASTE MANAGEMENT CONSULTANTS**

U.S. Federal District Court of Guam  
Chief Judge  
520 West Soledad Avenue  
Hagåtña, Guam 96910  

August 14, 2008

cc: Attorney General  
    c/o Assistant Pat Mason

RE: Invoice for Services      Inv No. 08-08-2323      Job No. 07066-03

| | |
|---|---|
| **PERIOD:** | Activity from April 1, 2008 through May 31, 2008 |
| **CLIENT REFERENCE:** | **Order Re: Appointment of Receiver, Case 1:02-cv-00022 filed March 17, 2008** and ordered by the Chief Judge for the U.S. Federal District Court of Guam |
| **DESCRIPTION:** | Pursuant to the Consent Decree, GBB, acting as Receiver for the District Court of Guam, will enforce the terms of the Consent Decree, and assume all of the responsibilities, functions, duties, powers and authority of the Solid Waste Management Division of the Department of Public Works ("DPW"), and any and all departments, or other divisions of the DPW insofar as they affect the Government of Guam's compliance with the Consent Decree; **Monthly Gross Receipts Tax reimbursement** |
| **GBB Federal ID#:** | 52-1189668 |

| Payments Received To Date | Invoiced But not Received | Current Progress Amount |
|---|---|---|
| $ 0 | $ 0 | $ 11,127.46 |

**Expenses**

Gross Receipts Tax – April and May (1 – 4)      $ 11,127.46

                                                    **Total Expenses**      $ 11,127.46

**TOTAL AMOUNT DUE GBB FOR THIS PERIOD** . . . . . . . . . . . . . . . . . . . $ **11,127.46**

Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Suite 203  
Fairfax, Virginia 22031-4620  
(703) 573-5800 FAX (703) 698-1306  
E-MAIL: gbb@gbbinc.com  
Printed on recycled paper

"EXHIBIT"

Payments should be executed via wire transfers using the following information:

Bank Account Name:	Gershman, Brickner & Bratton, Inc., General Account

Local Branch Address:	Bank of America, 8212 Lee Highway, Merrifield, VA 22031

Bank Account Number:

Bank Routing Number for incoming wires:

Swift Code (if needed):



**DEPARTMENT OF REVENUE AND TAXATION**
GOVERNMENT OF GUAM

**FORM GRT** — MONTHLY GROSS RECEIPTS, USE, OCCUPANCY, LIQUID FUEL, AUTOMOTIVE SURCHARGES, TOBACCO AND ALCOHOLIC BEVERAGES TAX RETURN

**NAME OF LICENSEE:** GERSHMAN, BRICKNER & BRATTON, INC.
**MONTH ENDING:** 04 2008
[X] ORIGINAL RETURN
[ ] AMENDED RETURN

**DOING BUSINESS AS:**
**TYPE OF FIRM:** [ ] SOLE PROP. [ ] PARTNERSHIP [X] CORPORATION

**ADDRESS:** STE 203 ARLINGTON BLVD, FAIRFAX, VA 22031-0000
**EIN/SSN:** 521189668
**ACCOUNT NO.:**
**METHOD OF REPORTING:** [X] CASH [ ] ACCRUAL [ ] OTHER
**TELEPHONE NO.:**

[ ] Election under 11 GCA Section 26201(c). (VISIBLE GRT) [If the election is applicable only to specific activities, please attach a list of these activities.]

| SCHEDULES | BUSINESS ACTIVITY OR KIND OF TAX | (A) GROSS RECEIPT VALUE OR QUANTITY | (B) EXEMPTION OR DEDUCTION | (C) TAXABLE AMOUNT VALUE OR QUANTITY | (D) RATES | (E) TAX DUE |
|---|---|---|---|---|---|---|
| (1) GROSS RECEIPTS TAX | 1. WHOLESALING | | | | | |
| | 2. RETAILING | | | | 4% | |
| | 3. SERVICE | 61,052.43 | 0.00 | 61,052.43 | 4% | 2,442.10 |
| | 4. RENTAL REAL PROP. | | | | 4% | |
| | 5. RENTAL OTHERS | | | | 4% | |
| | 6. PROFESSION | | | | 4% | |
| | 7. COMMISSION | | | | 4% | |
| | 8. INSURANCE PREMIUM | | | | 4% | |
| | 9. CONTRACTING (LOCAL) | | | | 4% | |
| | 10. CONTRACTING (US) | | | | 4% | |
| | 11. INTEREST | | | | 4% | |
| | 12. AMUSEMENT | | | | 4% | |
| | 13. OTHERS | | | | 4% | |
| | 14. GRT TOTAL | | | | | |
| (2) USE TAX | 15. IMPORTATION | | | | 4% | |
| | 16. LOCAL PURCHASES | | | | 4% | |
| | 17. INVENTORY USED | | | | 4% | |
| | 18. USE TAX TOTAL | | | | | |
| (3) OCCUPANCY | 19. HOTEL/MOTEL | | | | see item 9 on reverse side 11% | |
| | 20. OTHERS | | | | see item 9 on reverse side 10% | |
| | 21. OCCUPANCY TOTAL | | | | | |
| (4) LIQUID FUEL TAX & AUTOMOTIVE SURCHARGES | 22. DIESEL FUEL | | | | $0.10 @ gal | |
| | 23. SURCHARGE | | | | $0.04 @ gal | |
| | 24. GASOLINE | | | | $0.11 @ gal | |
| | 25. SURCHARGE | | | | $0.04 @ gal | |
| | 26. OTHERS | | | | $0.11 @ gal | |
| | 27. AVIATION | | | | $0.04 @ gal | |
| | 28. COMMERCIAL AVIATION | | | | $0.04 @ gal | |
| | 29. L.F.T. & A.S. TOTAL | | | | | |
| (5) TOBACCO TAX | 30. CIGARETTES | | | | $5.00 @ 100 | |
| | 31. CIGARS (Mini) Eff. March 24, 2000 | | | | $0.20 @ Cigar | |
| | 32. CIGARS (Standard) Eff. March 24, 2000 | | | | $0.22 @ Cigar | |
| | 33. CIGARS (Large) Eff. March 24, 2000 | | | | $0.25 @ Cigar | |
| | 34. CIGARS Eff. March 24, 2000 | | | | $0.22 @ Cigar | |
| | 35. CIGARS Prior to Mar | | | | 40% of Cost | |
| | 36. OTH (Other Tob. Prod) | | | | $3.50 @ lb. | |
| | 37. TOBACCO TAX TOTAL | | | | | |
| (6) ALCOHOLIC BEVERAGES | 38. DISTILLED | | | | $18.00 @ gal. | |
| | 39. VINOUS BEVERAGES | | | | $4.95 @ gal. | |
| | 40. MALTED FERMENTED | | | | $0.07 @ 12 oz | |
| | 41. ALCOHOLIC BEVERAGES TOTAL | | | | | |

Under the penalties of perjury, I declare that I have examined this return, including accompanying schedule and statements, and to the best of my knowledge and belief it is true, correct and complete. If prepared by a person other than taxpayer, his declaration is based on all information of which he has any knowledge.

| | |
|---|---|
| 42. TAX DUE - Column (E), Lines 14, 18, 21, 29, 37 and 41 | 2,442.10 |
| 43. PENALTY | 0.00 |
| 44. INTEREST | 0.00 |
| 45. CREDIT OR ADJ. | 0.00 |
| 46. BALANCE TAX DUE | 2,442.10 |

**SIGNATURE (TAXPAYER OR AUTHORIZED AGENT):** [ E-Filed via GuamTax.com ]
**DATE:** 11 Jul 2008

DEPARTMENT OF REVENUE AND TAXATION
FORM GRT (April 2004)

**Jim Plutino** 

---

From: PINADM@MAIL.GOV.GU
Sent: Thursday, July 24, 2008 11:30 AM
To: Jim Plutino
Subject: HERE IS YOUR CONFIRMATION RECEIPT

TREASURER OF GUAM
(671)475-1122/(671)475-1105

RECEIPTNO: 2008018977
DATE: 7/24/2008 4:22:17 AM
LOCATION: GUAMPAY.com
USERID: gbb8550
PAY METHOD: CREDIT CARD/Visa
CARD NO: xxxx-xxxx-xxxx-8377
AUTHNO: 02521C
AMOUNT: 2,836.08

------------------------------------------
REFERENCE NO: 200800845
DOCUMENT NO: 200800845
TAX TYPE: A/R TAXES
TAX YEAR: 2008
AMOUNT: 2,836.08
------------------------------------------

Less penalties not charged ($93.98)

$2,442.10 ✓

# DEPARTMENT OF REVENUE AND TAXATION
## GOVERNMENT OF GUAM



**FORM GRT**
MONTHLY GROSS RECEIPTS, USE, OCCUPANCY, LIQUID FUEL, AUTOMOTIVE SURCHARGES, TOBACCO AND ALCOHOLIC BEVERAGES TAX RETURN

**NAME OF LICENSEE:** GERSHMAN, BRICKNER & BRATTON, INC.
**MONTH ENDING:** 05 2008
[X] ORIGINAL RETURN
[ ] AMENDED RETURN

**DOING BUSINESS AS:**
**TYPE OF FIRM:** [ ] SOLE PROP. [ ] PARTNERSHIP [X] CORPORATION

**ADDRESS:** STE 203 ARLINGTON BLVD, FAIRFAX, VA 22031-0000
**EIN/SSN:** 521189668
**ACCOUNT NO.:**
**METHOD OF REPORTING:** [X] CASH [ ] ACCRUAL [ ] OTHER
**TELEPHONE NO.:**

[ ] Election under 11 GCA Section 26201(c). (VISIBLE GRT) [If the election is applicable only to specific activities, please attach a list of these activities.]

| SCHEDULES | BUSINESS ACTIVITY OR KIND OF TAX | (A) GROSS RECEIPT VALUE OR QUANTITY | (B) EXEMPTION OR DEDUCTION | (C) TAXABLE AMOUNT VALUE OR QUANTITY | (D) RATES | (E) TAX DUE |
|---|---|---|---|---|---|---|
| (1) GROSS RECEIPTS TAX | 1. WHOLESALING | | | | 4% | |
| | 2. RETAILING | | | | 4% | |
| | 3. SERVICE | 207,134.08 | 0.00 | 207,134.08 | 4% | 8,285.36 |
| | 4. RENTAL REAL PROP. | | | | 4% | |
| | 5. RENTAL OTHERS | | | | 4% | |
| | 6. PROFESSION | | | | 4% | |
| | 7. COMMISSION | | | | 4% | |
| | 8. INSURANCE PREMIUM | | | | 4% | |
| | 9. CONTRACTING (LOCAL) | | | | 4% | |
| | 10. CONTRACTING (US) | | | | 4% | |
| | 11. INTEREST | | | | 4% | |
| | 12. AMUSEMENT | | | | 4% | |
| | 13. OTHERS | | | | 4% | |
| | 14. GRT TOTAL | | | | | |
| (2) USE TAX | 15. IMPORTATION | | | | 4% | |
| | 16. LOCAL PURCHASES | | | | 4% | |
| | 17. INVENTORY USED | | | | 4% | |
| | 18. USE TAX TOTAL | | | | | |
| (3) OCCUPANCY | 19. HOTEL/MOTEL | | | | see item 9 on reverse side 11% | |
| | 20. OTHERS | 4,000.00 | 0.00 | 4,000.00 | see item 9 on reverse side 10% | 400.00 |
| | 21. OCCUPANCY TOTAL | | | | | |
| (4) LIQUID FUEL TAX & AUTOMOTIVE SURCHARGES | 22. DIESEL FUEL | | | | $0.10 @ gal | |
| | 23. SURCHARGE | | | | $0.04 @ gal | |
| | 24. GASOLINE | | | | $0.11 @ gal | |
| | 25. SURCHARGE | | | | $0.04 @ gal | |
| | 26. OTHERS | | | | $0.11 @ gal | |
| | 27. (HAT) | | | | $0.04 @ gal | |
| | 28. COM. AVIATION | | | | $0.04 @ gal | |
| | 29. L.F.T. & | | | | | |
| (5) TOBACCO TAX | 30. CIGARETTES | | | | $5.00 @ 100 | |
| | 31. CIGARS (Mini) Eff. March 24, 2000 | | | | $0.20 @ Cigar | |
| | 32. CIGARS (Standard) Eff March 24, 2000 | | | | $0.22 @ Cigar | |
| | 33. CIGARS (Large) Eff. March 24, 2000 | | | | $0.25 @ Cigar | |
| | 34. CIGARS (Eff March 24, 2000) | | | | $0.22 @ Cigar | |
| | 35. CIGA. Prior to Mar | | | | 40% of Cost | |
| | 36. OTHER (Other Tob. Prod) | | | | $3.50 @ lb. | |
| | 37. TOB. TAX TOTAL | | | | | |
| (6) ALCOHOLIC BEVERAGES | 38. DISTILLED | | | | $18.00 @ gal. | |
| | 39. VINOUS BEVERAGES | | | | $4.95 @ gal. | |
| | 40. MALTED FERMENTED | | | | $0.07 @ 12 oz | |
| | 41. ALCOHOLIC BEVERAGES TOTAL | | | | | |

Under the penalties of perjury, I declare that I have examined this return, including accompanying schedule and statements, and to the best of my knowledge and belief it is true, correct and complete. If prepared by a person other than taxpayer, his declaration is based on all information of which he has any knowledge.

| | | |
|---|---|---|
| 42. TAX DUE - Column (E), Lines 14, 18, 21, 29, 37 and 41 | | 8,685.36 |
| 43. PENALTY | | 0.00 |
| 44. INTEREST | | 0.00 |
| 45. CREDIT OR ADJ. | | 0.00 |
| 46. BALANCE TAX DUE | | 8,685.36 |

**SIGNATURE (TAXPAYER OR AUTHORIZED AGENT):** [ E-Filed via GuamTax.com ]
**DATE:** 18 Jul 2008

DEPARTMENT OF REVENUE AND TAXATION
FORM GRT (April 2004)

**Jim Plutino**  ④

| | |
|---|---|
| **From:** | PINADM@MAIL.GOV.GU |
| **Sent:** | Thursday, July 24, 2008 11:30 AM |
| **To:** | Jim Plutino |
| **Subject:** | HERE IS YOUR CONFIRMATION RECEIPT |

```
TREASURER OF GUAM
(671)475-1122/(671)475-1105

RECEIPTNO: 2008018978
DATE: 7/24/2008 4:29:48 AM
LOCATION: GUAMPAY.com
USERID: gbb8550
PAY METHOD: CREDIT CARD/Visa
CARD NO: xxxx-xxxx-xxxx-8377
AUTHNO: 02597C
AMOUNT: 9,601.55

------------------------------------
REFERENCE NO: 200800845
DOCUMENT NO: 200800845
TAX TYPE: A/R TAXES
TAX YEAR: 2008
AMOUNT: 9,601.55
------------------------------------
```

Less penalties not charged (916.19)

$8,685.36 ✓