1

2

3

4

5

6                IN THE UNITED STATES DISTRICT COURT

7                    FOR THE TERRITORY OF GUAM

8

9

10   UNITED STATES OF AMERICA,    )    CIVIL CASE NO. 02-00022
                                  )
11                   Plaintiff,   )
                                  )
12          v.                    )    **ORDER RE: PAYMENT OF RECEIVER
                                  )    INVOICE FOR JULY 2008**
13                                )
                                  )
14   GOVERNMENT OF GUAM,          )
                                  )
15                   Defendant.   )
     _____ )

16

17          The court has reviewed the Receiver's invoice nos. 08-08-2324 and 08-08-2325, dated

18   August 29, 2008, and finds the fees in the amount of $234,721.94 and the expenses in the

19   amount of $2,487.73 to be reasonable.  *See* Exhibit I an II (GBB Invoice for Services).

20          Accordingly, the court **HEREBY ORDERS** the Clerk of Court to transmit payment via wire

21   transfer to Gershman, Brickner & Bratton, Inc., General Account, as referenced in the Receiver's

22   invoice no. 08-08-2324, in the amount of $197,811.00 (representing 90% of the fees and

23   expenses due) and invoice no. 08-08-2325, in the amount of $2,487.73.  The funds for said

24   payment, and bank processing fees(s) if any, shall be drawn from the savings account created

25   pursuant to this court's January 24, 2008 Order of Deposit, wherein the court ordered that the

26   amount of $2.855 million, paid by the Government of Guam, be deposited by the Clerk into an

27   interest bearing savings account.

28          In accordance with the court's March 17, 2008 Order, the Clerk is **ORDERED** to retain

1  $21,979.00 (representing 10% of the fees due) (hereinafter "10% retention").  Pursuant to

2  General Rule 8.1 Deposits in Court - Responsibility of the Clerk, the court **FURTHER ORDERS**,

3  with respect to the 10% retention:

4      1.      The Clerk shall deposit the 10% retention amount of TWENTY-ONE

5  THOUSAND NINE HUNDRED SEVENTY-NINE DOLLARS ($21,979.00) into an

6  interest-bearing savings account, said funds to remain on deposit pending further order of

7  the court. G.R. 8.1(e)(1).

8      2.      The Clerk shall deposit the money in a financial institution insured by the Federal

9  Deposit Insurance Corporation or the Federal Savings and Loan Insurance Corporation.

10     3.      The Clerk shall deposit the money as soon as practicable following service of a

11  copy of this Order.  G.R. 8.1(d).

12     4.      Any future disbursement of these funds shall only be made pursuant to court

13  order.  The signatures of both the (1) Clerk of Court or Chief Deputy Clerk and (2) the

14  Financial Administrator of the court are required to disburse the funds.

15     The Clerk of Court is hereby relieved of any personal liability relative to compliance with

16  this order.

17     **IT IS SO ORDERED.**



**/s/ Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: Sep 09, 2008**

2



**R E C E I V E R**

September 4, 2008

The Honorable Frances Tydingco-Gatewood
Chief Judge
District Court of Guam
520 West Soledad Avenue
Hagåtña, Guam 96910

Re:     Activities for the Month of July and Invoice for the Time and Expenses of the
        Receivership

Dear Judge Tydingco-Gatewood:

July was focused on providing the Court with a full report on the Receivership for the first
quarter of its activities since it was appointed, work to implement the ban on OCC, green
waste and construction waste in order to preserve space at the Ordot Dump and
continued improvements in the services to the customers of the Solid Waste
Management Division. In addition, in July we initiated the work needed to achieve the
objectives discussed with the Court for beginning construction of the new landfill and
other capital projects required by the Consent Decree.

One of the most important areas of work in July was implementation of the ban on
certain materials at the Ordot Dump. As has been noted by the Court, it is essential that
the limited space remaining at Ordot Dump be conserved to avoid running out of space
before the new landfill can be completed. The ban has now been in full effect since July
17th. We have carefully coordinated this change with the commercial waste haulers, and
we are very pleased with the results achieved to date. In addition to saving vital space
at the Ordot Dump, some of the commercial haulers are also reporting a significant
increase in recycling among their customers.

Work also continued during the month to begin measuring the change in expected
capacity resulting from the ban on certain materials discussed above. Significant work
was also performed beginning the process of redesigning the planned closure of the
Ordot Dump. The redesign is necessitated from a number of concerns expressed by both
US and Guam EPA and the significant time that has lapsed since the original closure
design was completed.

Significant progress was made in July updating the design for the new landfill at Layon.
We also made progress in revising the estimates of expected cost of the new landfill and
developing the estimates of the timing of the required progress payments for the
construction project. We also began the process of working with the Department of Land
Management to acquire the permits that will allow the construction to go forward. All of
these steps are critically important to getting the new landfill under construction in early
2009.

Gershman, Brickner & Bratton, Inc.
8550 Arlington Blvd, Suite 203, Fairfax, Virginia 22031
Phone: 703-573-5800 . Fax: 703-698-1306
www.gbbinc.com · www.GuamSolidWasteReceiver.org

Exhibit I

In July, we received responses to the Request for Expressions of Interest from eight organizations interested in financing, constructing and operating the new landfill. This was not a procurement process but, instead, an effort to better understand the level of interest, qualifications and the issues these organizations believe must be addressed to ensure the project's success if it were decided to develop the new landfill using this approach. While no decision has been made, we continue to review these responses and will consider the information obtained through this process as we work to develop our recommendations for the Court.

The initial round of emergency purchases to address the most critical needs of the Solid Waste Management Division was completed in July. We are monitoring carefully the performance of the successful bidders as they work to deliver the equipment and services procured. We have asked that the Governor keep the emergency purchase process open for the Solid Waste Management Division for several more months to assure that we are able to quickly respond to the needs of the Division as they arise. We are very appreciative of the Governor's willingness to continue the emergency purchase authority as we have requested.

Jack Tucker assumed operating responsibility in Guam for GBB in July. We have previously provided the Court with information on Mr. Tucker's experience and qualifications. We are pleased to report that he is ably performing his role, building on the improvements made by Mr. Anderson to positively affect the quality of services delivered to the customers of the Solid Waste Management Division. Mr. Tucker and Mr. Anderson will share operating responsibility for the duration of the Receivership.

Finally, in July the Receiver began to evaluate the alternative design scenarios for Guam's solid waste program going forward. The issues under consideration involve the scope and approach to both trash collection and recycling, along with household hazardous waste and consideration of the feasibility of the Legislature's several attempts to privatize all or parts of the system. This effort will continue and become an important element of our work as we develop the long-term plan to be submitted to the Court in October.

Please contact us with any questions, concerns or issues you may wish to discuss.

Thank you for your continuing support.

Sincerely,

David L. Manning
Receiver Representative

cc: Mr. Harvey Gershman, President
    Gershman, Brickner & Bratton, Inc.

**GBB**

SOLID WASTE
MANAGEMENT
CONSULTANTS

U.S. Federal District Court of Guam
Chief Judge
520 West Soledad Avenue
Hagåtña, Guam 96910

August 29, 2008

cc: Attorney General
c/o Assistant Pat Mason

RE: Invoice for Services          Inv No. 08-08-2324          Job No. 07066-01

| | |
|---|---|
| **PERIOD:** | Activity from July 1, 2008 through July 31, 2008 |
| **CLIENT REFERENCE:** | **Order Re: Appointment of Receiver, Case 1:02-cv-00022 filed March 17, 2008** and ordered by the Chief Judge for the U.S. Federal District Court of Guam |
| **DESCRIPTION:** | Pursuant to the Consent Decree, GBB, acting as Receiver for the District Court of Guam, will enforce the terms of the Consent Decree, and assume all of the responsibilities, functions, duties, powers and authority of the Solid Waste Management Division of the Department of Public Works ("DPW"), and any and all departments, or other divisions of the DPW insofar as they affect the Government of Guam's compliance with the Consent Decree |
| **GBB Federal ID#:** | 52-1189668 |

| Payments Received To Date | Invoiced But not Received | Current Progress Amount | Current Fee Retainage | Cumulative Fee Retainage |
|---|---|---|---|---|
| $ 724,142.61 | $ 0 | $ 234,721.94 | $ 21,979.00 | $ 41,368.25 |

**Labor**

| | | |
|---|---|---|
| President – H. Gershman | 114 hours @ $ 250.00/hr | $ 28,500.00 |
| Special Principal Associate – D. Manning | 212 hours @ $ 250.00/hr | 53,000.00 |
| Senior Vice President – T. Bratton | 47.5 hours @ $ 210.00/hr | 9,975.00 |
| Vice President – C. Anderson | 243 hours @ $ 185.00/hr | 44,955.00 |
| Vice President – F. Bernheisel | 18 hours @ $ 185.00/hr | 3,330.00 |
| Principal Associate – M. Atwater | 4.75 hours @ $ 165.00/hr | 783.75 |
| Principal Associate – D. Seader | 46 hours @ $ 165.00/hr | 7,590.00 |
| Principal Associate – J. Roderique | 6 hours @ $ 165.00/hr | 990.00 |
| Senior Project Manager – J. Tucker | 159 hours @ $ 160.00/hr | 25,440.00 |
| Senior Project Manager – M. Eldridge | 4.5 hours @ $ 160.00/hr | 720.00 |
| Senior Project Engineer – C. Lund | 206.75 hours @ $ 160.00/hr | 33,080.00 |
| Support Director – F. Coulombe | 18 hours @ $ 125.00/hr | 2,250.00 |
| Contract Administrator – J. Plutino | 17.25 hours @ $ 105.00/hr | 1,811.25 |
| Consultant II – N. Daniel | 3 hours @ $ 105.00/hr | 315.00 |
| Support Manager - P. Ravenelle | 18.75 hours @ $ 65.00/hr | 1,218.75 |
| Administrative Secretary – C. Chaply | 13.75 hours @ $ 60.00/hr | 825.00 |
| Clerical Support – L. Keller | 19 hours @ $ 45.00/hr | 855.00 |
| Research Assistant – C. Restrepo | 92.25 hours @ $ 45.00/hr | 4,151.25 |

| | |
|---|---|
| **Total labor** | $ 219,790.00 |
| Less 10% Retainage for Fees held in Trust | (21,979.00) |
| | $ 197,811.00 |

Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Suite 203
Fairfax, Virginia 22031-4620
(703) 573-5800  FAX (703) 698-1306
E-MAIL: gbb@gbbinc.com
Printed on recycled paper

**Expenses**

| | | |
|---|---|---:|
| Travel (32 – 84) | | $ 31,727.82 |
| Binders, tabs for Reports for meeting (85) | | 141.58 |
| Long Distance Telephone and Cell (86-94) | | 1,012.56 |
| Delivery (95 - 97) | | 512.67 |
| Duplications | 1,036 pages @ $0.15 each | 155.40 |
| Postage | | 5.37 |
| Fee on Expenses @ 10% | | 3,355.54 |

| | |
|---:|---:|
| **Total Expenses** | $ 36,910.94 |
| **Total Invoice Amount** | $234,721.94 |

## TOTAL AMOUNT DUE GBB FOR THIS PERIOD . . . . . . . . . . . . . . . . . . . $ 234,721.94

Payments should be executed via wire transfers using the following information:

Bank Account Name:     Gershman, Brickner & Bratton, Inc., General Account

Local Branch Address:     Bank of America, 8212 Lee Highway, Merrifield, VA 22031

Bank Account Number:

Bank Routing Number for incoming wires:

Swift Code (if needed):

| TEDATE | PROJECTID |
|---|---|
| 7/1/2008 to 7/31/2008 | 07066:01 to 07066:01 |

**Chace Anderson**

<u>07066:01</u>          <u>US District Court for Guam - Receivership</u>

| TUES | 07/01/08 | 07066:01 | 5110:VP | Vice President<br>Site visit to Ordot Dump; review of procedures at Ordot Dump; administrative staff meeting; Compost Meeting at University of Guam Research Site, Wusstig, Dededo; site visits to three transfer stations; met with U.S. Navy personnel regarding recycling; reviewed and responded to emails. | 11.00 |
|---|---|---|---|---|---|
| WED | 07/02/08 | 07066:01 | 5110:VP | Vice President<br>Developed spread sheet for the allocation of funds for the emergency procurement; performed administrative functions; reviewed fleet repair shop activities; purchased parts for roll-off truck; met with Cepeda of transportation maintenance; reviewed and answered emails. | 8.00 |
| THUR | 07/03/08 | 07066:01 | 5110:VP | Vice President<br>Met with Chief Judge for conference call with Gershman and Manning; met with Ordot Dump engineers, strong spotter, and supervisor to discuss procedures for tracking ban; met with 5 commercial haulers to discuss ban; responded to Council of Mayor's request for a meeting; administrative duties including preparing for skeleton crew in fleet shop for July 4th operations. | 9.00 |
| FRI | 07/04/08 | 07066:01 | 5110:VP | Vice President<br>Developed a summary of meeting with haulers; advanced spreadsheet on Ordot Dump personnel duties and analysis of Sunday operations; read and answered emails; site visit to fleet packer shop and office. | 8.00 |
| SAT | 07/05/08 | 07066:01 | 5110:VP | Vice President<br>Reviewed a week's worth of daily activity reports for Ordot Dump; advanced procedures for banning. | 5.00 |
| MON | 07/07/08 | 07066:01 | 5110:VP | Vice President<br>Site visit to Ordot Dump; met with office of Umatac Mayor; addressed personnel and payroll matters in SWMD; purchased parts for SWMD vehicle; reviewed emergency procurement matters; advanced banning procedures; read and responded to emails. | 11.00 |
| TUES | 07/08/08 | 07066:01 | 5110:VP | Vice President | 9.00 |

| TEDATE | PROJECTID |
|---|---|
| 7/1/2008 to 7/31/2008 | 07066:01 to 07066:01 |

Site visit to Ordot Dump; met with fleet packer mechanics, collection supervisor, and administrative staff; performed administrative work within SWMD.

| | | | | | |
|---|---|---|---|---|---|
| WED | 07/09/08 | 07066:01 | 5110:VP | Vice President<br>Met with collection supervisor; met with Chief Judge; met with Manning, Gershman, Jackson, Mannibusan to review court presentation; researched and developed notes for next day's presentation; discussion of project tasks with Manning and Gershman. | 12.00 |
| THUR | 07/10/08 | 07066:01 | 5110:VP | Vice President<br>Review notes; participate in presenting Quarterly Report to the Court and site visit with the Court to the Ordot Dump; general review of work to be performed going forward. | 10.00 |
| FRI | 07/11/08 | 07066:01 | 5110:VP | Vice President<br>Met with collection supervisor and went over SWMD collections; met with Military to discuss MOU; met with Senator Espladon, met with Garcia, Guerrero and Blaz to discuss financial strategies; met with Bamba to discuss grants; met with Palomo of GPUC; met with Chief Judge; reviewed and answered emails; strategy meeting with Manning and Gershman; conference call with Lund, Bratton, Manning, and Gershman. | 11.00 |
| SAT | 07/12/08 | 07066:01 | 5110:VP | Vice President<br>Reviewed and answered emails; wrote message to SWMD personnel; reviewed media representation of Court Quarterly Report. | 2.50 |
| SUN | 07/13/08 | 07066:01 | 5110:VP | Vice President<br>Began memo on integrated solid waste management strategy; administrative record keeping. | 4.00 |
| MON | 07/14/08 | 07066:01 | 5110:VP | Vice President<br>Met with Manning, Mason, and Keeler of Guam Attorney General Office; met with Manning and SWMD administrative staff to review financial procedures; met with commercial haulers to review and discuss ban of material from SWMD facilities; reviewed and responded to emails; site visit to Ordot Dump. | 11.00 |
| TUES | 07/15/08 | 07066:01 | 5110:VP | Vice President<br>Met with Council of Mayors and media; met with SWMD administrative staff; met with SWMD collection crew and supervisors. | 8.00 |

Case 1:02-cv-00022    Document 263    Filed 09/09/2008    Page 8 of 56

| TEDATE | PROJECTID |
|---|---|
| 7/1/2008 to 7/31/2008 | 07066:01 to 07066:01 |

| | | | | | |
|---|---|---|---|---|---|
| WED | 07/16/08 | 07066:01 | 5110:VP | Vice President<br>Reviewed and responded to email communication from GBB team members and Guam Recycling Group; site visit to Ordot Dump; met with engineers, spotters, and supervisory staff to prepare for Ordot materials ban; SWMD administrative activities; preparation for meeting with SWMD collection crews. | 11.00 |
| THUR | 07/17/08 | 07066:01 | 5110:VP | Vice President<br>Site visit to Ordot Dump including education of customers for the materials ban; met with Guam EPA; met with media; met with Chamber of Commerce; met with SWMD Administrative Staff; met with Cepeda regarding mechanical condition of packers. | 11.00 |
| FRI | 07/18/08 | 07066:01 | 5110:VP | Vice President<br>Reviewed and answered emails; drafted memorandum for Manning; site visit to Ordot Dump and enforcement of materials ban; met with Guam EPA; site visit to Dededo Transfer Station; met with SWMD collection crews and administrative staff to summarize GBB"s report to the Court and introduce Tucker; worked on SWMD administrative and personnel matters. | 9.00 |
| SAT | 07/19/08 | 07066:01 | 5110:VP | Vice President<br>Conference call with Tucker, Lund, Gershman, Bratton, and Manning; addressed SWMD administrative activities; reviewed and responded to emails; site visits of Ordot Dump and Transfer Stations. | 8.00 |
| SUN | 07/20/08 | 07066:01 | 5110:VP | Vice President<br>Review travel plans for leaving Guam. | 1.50 |
| MON | 07/21/08 | 07066:01 | 5110:VP | Vice President<br>Site visits to local recycling facilities; administrative activities. | 6.00 |
| TUES | 07/22/08 | 07066:01 | 5110:VP | Vice President<br>Site visit to Ordot Dump; met with SWMD landfill engineers and reviewed daily work reports; met with Talifofo Mayor; met with Guam Chamber of Commerce to discuss joint environmental education; arranged for work duties to resume at DPW coral pit. | 11.00 |
| WED | 07/23/08 | 07066:01 | 5110:VP | Vice President | 10.00 |

Case 1:02-cv-00022    Document 263    Filed 09/09/2008    Page 9 of 56

| TEDATE | PROJECTID |
|---|---|
| 7/1/2008 to 7/31/2008 | 07066:01 to 07066:01 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  | Phone conference with Jackson, Tucker, Manibusan, and Court regarding village mapping plan; discussion of collection plan coordination with Manibusan, Jackson, and Tucker; met with mechanics, advised Jackson to delegate work duties before departure; personnel matters . |  |
| THUR | 07/24/08 | 07066:01 | 5110:VP | Vice President<br>Prepared staff for my departure for the following day; reviewed organizational plan for village mapping project; recycling revolving fund allocation; site visit to Ordot Dump and met with SWMD engineers and spotter; conducted final review of operations with Tucker. | 12.00 |
| FRI | 07/25/08 | 07066:01 | 5110:VP | Vice President<br>25 hours of travel - half = 12.5 hours (of which 4 hours of work was performed on scenarios); conference call with Lund, Bratton, Gershman, Manning, Tucker; call with Tucker regarding Guam collection of trash. | 14.00 |
| MON | 07/28/08 | 07066:01 | 5110:VP | Vice President<br>Read and answered emails; met with Manning; phone conferences with Tucker to discuss collection options for trash with regards to equipment malfunctions. | 8.00 |
| TUES | 07/29/08 | 07066:01 | 5110:VP | Vice President<br>Read and answered emails; administrative activities; advanced solid waste scenario memorandum. | 6.00 |
| WED | 07/30/08 | 07066:01 | 5110:VP | Vice President<br>Conference call with Manning, Gershman, Lund, Bernheisel, and Restrepo to discuss methodology for solid waste matrix to compare waste handling strategies; read and answered emails; reviewed proposed policies for SWMD. | 8.00 |
| THUR | 07/31/08 | 07066:01 | 5110:VP | Vice President<br>Administrative matters related to SWMD operations, policies, and other activities; advanced solid waste scenario memorandum. | 8.00 |

**Project Total:** 243.00

**Employee Total:** 243.00

**Cora Chaply**

<u>07066:01</u>     <u>US District Court for Guam - Receivership</u>

| TUES | 07/01/08 | 07066:01 | 5120:AS | Administrative Secretary<br>Scanned and emailed documents to Anderson and Manning. | 0.50 |

| TEDATE | PROJECTID |
|---|---|
| 7/1/2008 to 7/31/2008 | 07066:01 to 07066:01 |

| | | | | | |
|---|---|---|---|---|---|
| WED | 07/02/08 | 07066:01 | 5120:AS | Administrative Secretary<br>Transcribed Lund's PPT notes for Quarterly Report; changed travel for Anderson. | 2.50 |
| THUR | 07/03/08 | 07066:01 | 5120:AS | Administrative Secretary<br>Assisted in Quarterly Report preparation; finalized travel for Anderson and Manning. | 1.00 |
| TUES | 07/15/08 | 07066:01 | 5120:AS | Administrative Secretary<br>Printed RFEI documents for Bratton; filed documents for Gershman. | 1.00 |
| WED | 07/16/08 | 07066:01 | 5120:AS | Administrative Secretary<br>Converted documents to a different version and resent documents to Project Team. Updated files for the Project Team. | 1.00 |
| THUR | 07/17/08 | 07066:01 | 5120:AS | Administrative Secretary<br>Created and sent contacts for Project Team. | 1.00 |
| MON | 07/21/08 | 07066:01 | 5120:AS | Administrative Secretary<br>Travel arrangements for Anderson; meeting with Gershman, Plutino and Keller to discuss tracking expenses appropriately. | 1.00 |
| TUES | 07/22/08 | 07066:01 | 5120:AS | Administrative Secretary<br>Travel arrangements for Anderson; typed notes for Gershman; and edited Per Diem spreadsheet. | 2.50 |
| WED | 07/23/08 | 07066:01 | 5120:AS | Administrative Secretary<br>Updates to the Per Diem spreadsheet. | 1.50 |
| THUR | 07/24/08 | 07066:01 | 5120:AS | Administrative Secretary<br>Travel arrangements for Anderson. | 0.25 |
| TUES | 07/29/08 | 07066:01 | 5120:AS | Administrative Secretary<br>Edits to memo for Gershman; made travel arrangements for Anderson and Manning. | 1.00 |
| THUR | 07/31/08 | 07066:01 | 5120:AS | Administrative Secretary<br>Made edits and scanned memo from Gershman. | 0.50 |

Project Total: 13.75

Employee Total: 13.75

**Christopher Lund**

<u>07066:01</u>  <u>US District Court for Guam - Receivership</u>

| | | | | | |
|---|---|---|---|---|---|
| TUES | 07/01/08 | 07066:01 | 5110:SPE | Senior Project Engineer | 9.00 |

| TEDATE | PROJECTID |
|--------|-----------|
| 7/1/2008 to 7/31/2008 | 07066:01 to 07066:01 |

Developed material and text for the Quarterly Status Report tabs 1 and 2; continued June 30 memo from DBC&A on Ordot Dump remaining airspace and correspondence with DBC&A; continued Review of May 28 Letter from A-Mehr on Liner Design - Layon Landfill and original design alternatives for liner.

| WED | 07/02/08 | 07066:01 | 5110:SPE | Senior Project Engineer | 10.00 |

Continued development of material and text for the Quarterly Status Report tabs 1 and 2.

| THUR | 07/03/08 | 07066:01 | 5110:SPE | Senior Project Engineer | 8.00 |

Preparation for and telecon with Ueno of US EPA 9 to discuss collaborative approach to resolution of design comments in detail; coordination emails to TG Engineers on restarting design by the preparation of another Pre-Final design with all comments incorporated.   Telecon with DBC&A on development of special memo on remaining capacity estimate above 2005 final design.

| MON | 07/07/08 | 07066:01 | 5110:SPE | Senior Project Engineer | 6.00 |

Performed revisions to narration of slides for quarterly report; correspondence and discussions on hauler meeting with respect to the Ordot Ban; review of daily field reports by SWD Engineers; review of GEPA/EPA design comments from May 2006.

| TUES | 07/08/08 | 07066:01 | 5110:SPE | Senior Project Engineer | 8.00 |

Performed a detailed review of US EPA 9 comments in Tech Memo No. 8, May 3, 2006 for discussions with Bratton, US EPA 9 and Odell of A-Mehr;   review of May 28 memo on liner from A-Mehr with Bratton; prepare response to US EPA 9 July 7th Letter; and review of DBC&A airspace calculations provided July 8, 2008.

| WED | 07/09/08 | 07066:01 | 5110:SPE | Senior Project Engineer | 13.75 |

| TEDATE | PROJECTID |
|--------|-----------|
| 7/1/2008 to 7/31/2008 | 07066:01 to 07066:01 |

Performed an evaluation and analysis of liner alternatives with a review of A-Mehr May 28, 2008 memo, EPA Tech Memo No. 12 and Aug. 2007 Liner Alternatives Analysis by A-Mehr; developed comments and concerns for a telecon with A-Mehr; telecon with A-Mehr, Bratton on Liners to make decision and prepare response for EPA, GEPA; prepared for, presented at, and attended Quarterly Status Hearing via telecon; conducted email correspondence with Ueno (US EPA 9) and held extensive telecon with Ueno prior to Quarterly Status Hearing to get her up to speed on issues.

| THUR | 07/10/08 | 07066:01 | 5110:SPE | Senior Project Engineer | 10.00 |

Provided direction to TG Engineers thru email for revised design/construction schedule and design services needed; participated in weekly TG Engineers progress meeting; review/checking Ordot Dump draft north side volume projections developed by SWMD Engineers; prepared portion of letter to US EPA 9/GEPA on liner design decision and response to July 7 US EPA 9 letter; conducted email correspondence with team, US EPA 9; participated in Receiver team conference call to discuss next steps and priority taskings for next 3 months before next quarterly status hearing.

| FRI | 07/11/08 | 07066:01 | 5110:SPE | Senior Project Engineer | 10.00 |

Reviewed and followed up on comments to, and outcomes of, the Status Hearing; completed the Draft Letter on response to US EPA 9 July 7 letter and direction with respect to Layon Plan resubmittal and decision on liner design; weekly telecon with TG Engineers to discuss all tasks and submittal of Land Use Permit Application; review and analysis of SWMD Engineers draft Capacity Projection Computations for Ordot Dump; coordination and email with team as well as US EPA 9 and DBC&A.

| SUN | 07/13/08 | 07066:01 | 5110:SPE | Senior Project Engineer | 2.00 |

Prepared authorization letter for TG Engineers to act on behalf of Receiver for Land Use Permit needs; coordinated with Anderson, Manning, and TG Engineers to submit Land Use Permit; prepared for telecon with Shaw on Monday to discuss Ordot services.

| MON | 07/14/08 | 07066:01 | 5110:SPE | Senior Project Engineer | 9.00 |

| TEDATE | PROJECTID |
|---|---|
| 7/1/2008 to 7/31/2008 | 07066:01 to 07066:01 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  | Continued review of Hydrogeo report; review of leachate calculations for Layon landfill; performed correspondence with team and US EPA 9; confirmed land use permit submission. |  |
| TUES | 07/15/08 | 07066:01 | 5110:SPE | Senior Project Engineer<br>Conducted email coordination/correspondence with Bratton and REFI submitters prior to deadline; conducted conference call with Ueno (US EPA 9) for regular weekly status reporting; revised and sent in Receiver letter to US EPA 9 on direction of resubmission for Layon and selection of liner design; performed team coordination and responses on email; conducted telecon with Torres (GEPA) to discuss recent submittals in June, progress of reviews and next steps in permitting of Layon landfill. | 9.00 |
| WED | 07/16/08 | 07066:01 | 5110:SPE | Senior Project Engineer<br>Prepared summary notes from correspondence with Torres - GEPA and provided to the team; completed review of SWMD Engineer computations; continued reading draft Hydrogeological Assessment; corresponded and coordinated with Bratton and RFEI submitters; conducted email correspondence with Odell (A-Mehr) on leachate and subsurface drainage design; preparation of master plan for updating with new TG schedules with help from Daniel; conducted status call with DBC&A on task progress. | 10.00 |
| THUR | 07/17/08 | 07066:01 | 5110:SPE | Senior Project Engineer<br>Work with A-Mehr on raincap concept as well as leachate generation and implications; call and coordination with US EPA 9 - Ueno on regular teleconferences; continued review of portions of Hydrogeo report; conducted weekly status telecon with DBC&A - direction forward; email correspondence with team on activities; conducted meeting at GBB offices with representative from Tetratech regarding RFEI. | 10.00 |
| FRI | 07/18/08 | 07066:01 | 5110:SPE | Senior Project Engineer<br>Begin development of revised project master schedule; revise and update tasks of schedule; continue review of Hydrogeo Report; work with A-Mehr to develop raincap concept and refine leachate generation numbers; Receiver team call. | 9.00 |
| SUN | 07/20/08 | 07066:01 | 5110:SPE | Senior Project Engineer | 2.00 |

| TEDATE | PROJECTID |
|---|---|
| 7/1/2008 to 7/31/2008 | 07066:01 to 07066:01 |

Reviewed and marked up two engineering service proposals from TG engineers for additional design and construction services not previously contacted; conducted weekly telecon status meeting with Gudmundsen (TG Engr).

| MON | 07/21/08 | 07066:01 | 5110:SPE | Senior Project Engineer | 9.00 |
|---|---|---|---|---|---|

Developed capital needs table and Military/Non-military waste stream table; worked with Gershman and Manning to review and finalize tables.

| TUES | 07/22/08 | 07066:01 | 5110:SPE | Senior Project Engineer | 10.00 |
|---|---|---|---|---|---|

Continued review of draft Hydrogeologic Assessment; worked with master schedule to make adjustments and add tasks for the work to be performed; Bi-weekly teleconference with US EPA 9 and GEPA to discuss regulatory review of Layon and Ordot documents under review; telecon with DBC&A to discuss status; review of revised leachate comps from A-Mehr.

| WED | 07/23/08 | 07066:01 | 5110:SPE | Senior Project Engineer | 9.00 |
|---|---|---|---|---|---|

Forwarded processing of DBC&A April invoice to Manning; performed review of SWMD Engineer Daily Reports on Ordot Dump operations and developed questions and comments to be addressed by the engineers;   Created a graphical representation of the daily volume usage at Ordot using daily reports prepared by SWMD engineers;   coordination with GEPA/US EPA 9 for bi-weekly telecon and conducted teleconference with Manning, Bratton and Ueno - US EPA 9, Arora - US EPA 9 and Torres - GEPA.

| THUR | 07/24/08 | 07066:01 | 5110:SPE | Senior Project Engineer | 10.00 |
|---|---|---|---|---|---|

Prepared summary of teleconf. with GEPA/EPA for review/approval; continued to provide Shaw with scope information thru emails, telecons on Ordot in preparation of submitting draft scope of work for redesign.

| FRI | 07/25/08 | 07066:01 | 5110:SPE | Senior Project Engineer | 8.00 |
|---|---|---|---|---|---|

Case 1:02-cv-00022     Document 263     Filed 09/09/2008     Page 15 of 56

Continued coordination with Shaw to provide supporting scope information for the preparation of a scope of work for Ordot Dump Redesign; finalized summary of teleconference with GEPA/US EPA 9 this week and submitted to all team; follow-up direction to DBC&A and TG Engineers based on direction provided by GEPA/US EPA 9 in bi-weekly telecon; participated in weekly GBB team telecon on progress and status; provided additional direction to TG Engineers and DBC&A with respect to design and construction schedule development.

| | | | | | |
|-----|---------|----------|----------|-----|------|
| SUN | 07/27/08 | 07066:01 | 5110:SPE | Senior Project Engineer<br>Weekly teleconference with TG Engineers. | 1.00 |
| MON | 07/28/08 | 07066:01 | 5110:SPE | Senior Project Engineer<br>Initiated review of Final Value Engineering Feasibility and Cost-Benefit Analysis Report from DBC&A by team; working on revised design and construction schedules for Layon and Ordot as well as a construction cost drawdown schedule; conducted call with Ueno - US EPA 9 for coordination on GEPA correspondence and action items of 7/24 teleconference. | 8.00 |
| TUES | 07/29/08 | 07066:01 | 5110:SPE | Senior Project Engineer<br>Continue development of master schedule; review of Shaw draft proposal; development of construction costs for drawdown schedule. | 9.00 |
| WED | 07/30/08 | 07066:01 | 5110:SPE | Senior Project Engineer<br>Updated master schedule; reviewed solid waste management system model and supporting data for team teleconf. ; participated in teleconference regarding solid waste management system model; conducted correspondence with engineering teams DBC&A, TG Engrs and SWMD Engineers; review discussions with GBB team members on VE Feasibility Cost Benefit Report. | 9.00 |
| THUR | 07/31/08 | 07066:01 | 5110:SPE | Senior Project Engineer<br>Updated and revised the master schedule to incorporate new design schedules and newly added design tasks. | 8.00 |

**Project Total:** 206.75

**Employee Total:** 206.75

**Camilo Restrepo**

__07066:01__     __US District Court for Guam - Receivership__

| TEDATE | PROJECTID |
|---|---|
| 7/1/2008 to 7/31/2008 | 07066:01 to 07066:01 |

| | | | | | |
|---|---|---|---|---|---|
| TUES | 07/01/08 | 07066:01 | 5120:SS | Support Staff<br>Advanced calculations for the Greenhouse Gas emissions for Guam scenarios analysis. | 4.00 |
| WED | 07/02/08 | 07066:01 | 5120:SS | Support Staff<br>Started progress presentation on Single Stream Vs. Mixed Waste Recycling comparison; finished organizing information for internal meeting; made changes to materials balance; finished emissions calculations for waste; prepared for presentation; presented progress on Guam Single Stream Vs. Mixed Waste Recycling to GBB staff. | 7.50 |
| TUES | 07/08/08 | 07066:01 | 5120:SS | Support Staff<br>Performed calculations for GHG emissions in CO2 equivalents. | 0.75 |
| WED | 07/09/08 | 07066:01 | 5120:SS | Support Staff<br>Wrote e-mail to Lund asking for clarification on scale data information; advanced in the calculations for GHG emissions in CO2equivalents; calculated revenue or cost for CO2 emissions; performed calculations for costs. | 2.75 |
| THUR | 07/10/08 | 07066:01 | 5120:SS | Support Staff<br>Obtained data on price for carts, calculated number of carts required, calculated cost for carts in collection system; read parts of "Solid Waste Management and Greenhouse Gases, A Life-Cycle Assessment of Emissions and Sinks" by US EPA and obtained information on energy savings related to the recycling of materials. | 7.50 |
| MON | 07/14/08 | 07066:01 | 5120:SS | Support Staff<br>Met with Bernheisel to review progress on single waste vs. mixed waste comparison. | 1.00 |
| TUES | 07/15/08 | 07066:01 | 5120:SS | Support Staff<br>Included household recovery rate for recyclables in single stream mass balance model, as indicated by Bernheisel; corrected CO2 emissions from hourly base to daily base; started calculations on costs and revenue. | 3.50 |
| WED | 07/16/08 | 07066:01 | 5120:SS | Support Staff | 8.25 |

| TEDATE | PROJECTID |
|--------|-----------|
| 7/1/2008 to 7/31/2008 | 07066:01 to 07066:01 |

|  |  |  |  |  |  |
|--|--|--|--|--|--|
|  |  |  |  | Reviewed mass balance, operation description, equipment and power requirements of an operating single stream facility to use data in model; advanced in calculations on costs and revenue for both single stream and mixed waste options; advanced in calculations on costs and revenue for both single stream and mixed waste options. |  |
| THUR | 07/17/08 | 07066:01 | 5120:SS | Support Staff<br>Advanced calculations on costs and revenue for both single stream and mixed waste options. | 0.50 |
| FRI | 07/18/08 | 07066:01 | 5120:SS | Support Staff<br>Measured distances from city centers to Ordot Dump, Layon Landfill, Transfer stations and proposed MRF location, using the GIS software; measured distances between the different waste management facilities; researched $CO_2$ emission factors for diesel engine trucks; researched information on miles/gallon index for waste collection trucks; calculated distances driven by truck by province center; calculated fuel costs; calculated emissions related to waste transportation; included both in the emissions and costs calculations; requested information on tipping fees cost to Lund. | 7.75 |
| MON | 07/21/08 | 07066:01 | 5120:SS | Support Staff<br>Advanced in documenting assumptions, calculating costs, personnel requirements. | 6.50 |
| TUES | 07/22/08 | 07066:01 | 5120:SS | Support Staff<br>Advanced in the cost calculations; advanced in documenting assumptions. | 7.00 |
| WED | 07/23/08 | 07066:01 | 5120:SS | Support Staff<br>Advanced cost calculations; advanced documenting assumptions; reviewed Ordot waste tracking information; advanced formulas in modeling; sent e-mail back to Anderson with advanced formulas; reviewed memorandum on visits to recycling facilities; analyzed data on memorandum related to the billing system and calculated an average customer base for DPW; requested information on residential customer base; updated model according to answer by Seader to include collection up to dwelling units within the 3-4 units (U.S. Census categories); requested clarification on information on active customers. | 7.75 |
| FRI | 07/25/08 | 07066:01 | 5120:SS | Support Staff | 4.50 |

| TEDATE | PROJECTID |
|---|---|
| 7/1/2008 to 7/31/2008 | 07066:01 to 07066:01 |

Advanced cost calculations; advanced documenting assumptions; received clarification from Seader on the customer base; chose methodology for identification and qualification of environmental impacts; began identifying environmental impacts; advanced in the identification of environmental impacts.

| MON | 07/28/08 | 07066:01 | 5120:SS | Support Staff | 6.50 |

Replied to e-mail by Anderson and Gershman to setup teleconference to review model; sent files for review; advanced cost calculations; printed out copy of model for Gershman review; and advanced cost calculations and continued documenting assumptions and sources of data and information.

| TUES | 07/29/08 | 07066:01 | 5120:SS | Support Staff | 6.50 |

Advanced documenting the assumptions and sources; advanced environmental impact identification and assessment.

| WED | 07/30/08 | 07066:01 | 5120:SS | Support Staff | 6.75 |

Advanced environmental impact identification and assessment; prepared for conference call to discuss model; participated in conference call.

| THUR | 07/31/08 | 07066:01 | 5120:SS | Support Staff | 3.25 |

Met with Bernheisel to review methodology being used to identify and evaluate environmental impacts; made changes to the model derived from the teleconference on 07/30/2008; advanced environmental impact assessment.

|  | **Project Total:** | 92.25 |
|---|---|---|
|  | **Employee Total:** | 92.25 |

**David Seader**

**07066:01**     **US District Court for Guam - Receivership**

| TUES | 07/01/08 | 07066:01 | 5140:PRIN | Principal Associate | 3.00 |

Reviewed, edited and added to Court Quarterly PowerPoint presentation.

| WED | 07/02/08 | 07066:01 | 5140:PRIN | Principal Associate | 2.00 |

Reviewed and responded to emails; worked on customer information system issues.

| MON | 07/07/08 | 07066:01 | 5140:PRIN | Principal Associate | 2.00 |

Worked on customer information and billing system issues.

| WED | 07/09/08 | 07066:01 | 5140:PRIN | Principal Associate | 1.00 |

Reviewed and responded to emails.

| TEDATE | PROJECTID |
|--------|-----------|
| 7/1/2008 to 7/31/2008 | 07066:01 to 07066:01 |

| | | | | | |
|-----|----------|----------|-----------|-------------------------------|------|
| THUR | 07/10/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Worked on billing and customer information system issues. | 2.00 |
| MON | 07/14/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Reviewed and responded to emails; reviewed customer information system data; led conference call with Jackson, Munoz and Naputi. | 4.00 |
| TUES | 07/15/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Worked on customer information system files; updated monthly revenue report. | 4.00 |
| WED | 07/16/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Reviewed and responded to emails; reformatted and reprogrammed monthly revenue report. | 6.00 |
| FRI | 07/18/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Reviewed and responded to emails; participated in weekly team conference call. | 2.00 |
| MON | 07/21/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Reviewed and responded to emails. | 1.00 |
| TUES | 07/22/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Analyzed escrow account reporting. | 2.00 |
| WED | 07/23/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Reviewed and responded to emails; developed mapping program; reviewed revenue statistics. | 3.00 |
| THUR | 07/24/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Reviewed and responded to emails. | 1.00 |
| FRI | 07/25/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Participated in team conference call; worked with Atwater on mapping program information. | 3.00 |
| SAT | 07/26/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Worked on billing and mapping program. | 1.00 |
| MON | 07/28/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Reviewed and responded to emails. | 1.00 |
| TUES | 07/29/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Developed tasks and schedule for mapping program. | 3.00 |
| WED | 07/30/08 | 07066:01 | 5140:PRIN | Principal Associate<br>reviewed comments on mapping program; reviewed DoA comments on escrow program. | 3.00 |
| THUR | 07/31/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Reviewed and responded to emails; reviewed comments on mapping program. | 2.00 |

**Project Total:** **46.00**

| TEDATE | PROJECTID |
|---|---|
| 7/1/2008 to 7/31/2008 | 07066:01 to 07066:01 |

Employee Total:     **46.00**

## David Manning

07066:01        **US District Court for Guam - Receivership**

| TUES | 07/01/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Reviewing, drafting and responding to email. Continuing to review and edit Quarterly report and developing capital funding memo and support. | 8.00 |
|---|---|---|---|---|---|
| WED | 07/02/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Drafting, reviewing and responding to email. Editing and making final adjustments to the Quarterly report and preparing capital financing recommendations.   Conference call with GBB and weekly call with the Court. | 9.00 |
| THUR | 07/03/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Reviewing drafting and responding to email, finalizing the Quarterly Report and preparing the capital financing options and strategy. | 9.00 |
| FRI | 07/04/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Reading, drafting and responding to email. Work on capital funding options and strategy. | 2.00 |
| SAT | 07/05/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Reviewing, drafting and responding to email. Reviewing plans for the 7/10 hearing and drafting capital financing options and strategy. | 9.00 |
| SUN | 07/06/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Preparing for hearing and drafting capital financing options and strategy.   Drafting, reviewing and responding to email. | 6.00 |
| MON | 07/07/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Travel time on 7/7/08. Calculated as follows: Total gate to gate is 21 hours, making 10.5 hours eligible for travel time, less 7 hours worked during the gate to gate time. | 3.50 |
| MON | 07/07/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Reviewing and organizing email and completing initial draft of memo and PowerPoint on capital financing options and strategy. | 7.00 |
| WED | 07/09/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate | 8.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  | Reviewing, drafting and responding to email; meeting with Court to discuss financing options and strategy and conduct a dry run through of 7/10 hearing; and visit to SWMD offices. |  |
| THUR | 07/10/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate Reviewing, drafting and responding to email. Status hearing with the Court; Court visit to Ordot; preparations for meetings next day and dinner meeting with Cynthia Jackson to discuss her areas of responsibility. | 10.00 |
| FRI | 07/11/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate Meetings with Captain Fuligini and others, Bamba and Taitano Lujan of the Governor's office, Senator Espaldon and staff, Blaz, and others of GEDCA; Palomo of GPUC, and Receiver weekly telephone conference. | 12.00 |
| SAT | 07/12/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate Reviewing, drafting and responding to email and visiting SWMD transfer stations. | 4.00 |
| SUN | 07/13/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate Reviewing, responding, and drafting email; visiting Ordot and preparing planning for the ensuing week. | 6.00 |
| MON | 07/14/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate Reviewing, drafting and responding to email; and meetings with Attorney General, Duenas (Bertha) and the SWMD staff. | 9.00 |
| TUES | 07/15/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate Drafting, reviewing and responding to email; participated in meetings with Guam Mayors, media interviews and meeting with SWMD staff. | 8.00 |
| WED | 07/16/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate Travel time on 7/16/08 calculated as follows: Total gate to gate is 21 hours, making 10.5 hours eligible for travel time, less 2 hours worked during the gate to gate time. | 8.50 |
| WED | 07/16/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate Reviewing, drafting and responding to email and regular correspondence. | 2.00 |
| THUR | 07/17/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate Reviewing, drafting and responding to email; drafting correspondence. | 6.00 |
| FRI | 07/18/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate Reviewing, drafting and responding to email; drafting correspondence; and advance financial review. | 7.00 |

| SAT | 07/19/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Drafting, reviewing and responding to email. | 4.00 |
| SUN | 07/20/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Drafting, reviewing and responding to email;<br>plan for the ensuing week. | 4.00 |
| MON | 07/21/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Reviewing, drafting and responding to email;<br>drafting correspondence; and advance<br>financial review. | 8.00 |
| TUES | 07/22/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Reviewing, drafting and responding to email;<br>and advance financial review and<br>correspondence. | 8.00 |
| WED | 07/23/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Reviewing, drafting and responding to email;<br>and advance financial review. | 9.00 |
| THUR | 07/24/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Reviewing, drafting and responding to email;<br>and advance financial review. | 8.00 |
| FRI | 07/25/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Reviewing, drafting and responding to email;<br>advance financial review; and lead GBB<br>Receiver weekly team call. | 4.00 |
| SAT | 07/26/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Reviewing, drafting and responding to email. | 2.00 |
| SUN | 07/27/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Reviewing, drafting and responding to email;<br>and planning for ensuing week. | 3.00 |
| MON | 07/28/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Drafting, reviewing and responding to email;<br>advance financial review; and met with<br>Anderson. | 5.00 |
| TUES | 07/29/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Reviewing, drafting and responding to email;<br>and review RFEI submittals. | 9.00 |
| WED | 07/30/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Drafting, reviewing and responding to email;<br>RFEI review; and participate in conference<br>call on mixed waste vs. single stream model. | 7.00 |
| THUR | 07/31/08 | 07066:01 | 5140:S. PRIN | Special Principal Associate<br>Reviewing, drafting and responding to email<br>and researching tipping fee issues. | 7.00 |

|  |  |
|---|---|
| **Project Total:** | 212.00 |
| **Employee Total:** | 212.00 |

Case 1:02-cv-00022     Document 263     Filed 09/09/2008     Page 23 of 56

| TEDATE | PROJECTID |
|---|---|
| 7/1/2008 to 7/31/2008 | 07066:01 to 07066:01 |

**Francois Coulombe**

<u>07066:01</u>        <u>US District Court for Guam - Receivership</u>

| | | | | | |
|---|---|---|---|---|---|
| TUES | 07/01/08 | 07066:01 | 5110:SD | Support Director<br>Prepared slides for quarterly report;<br>response to email inquiry concerning RFEI. | 2.25 |
| MON | 07/07/08 | 07066:01 | 5110:SD | Support Director<br>Review media; website update with quarterly<br>report. | 2.00 |
| TUES | 07/08/08 | 07066:01 | 5110:SD | Support Director<br>Media review; update contact database. | 0.25 |
| WED | 07/09/08 | 07066:01 | 5110:SD | Support Director<br>Conducted Receiver web portal<br>maintenance; media review; website update. | 1.50 |
| THUR | 07/10/08 | 07066:01 | 5110:SD | Support Director<br>Website update; review media; update<br>contact database. | 3.25 |
| MON | 07/14/08 | 07066:01 | 5110:SD | Support Director<br>Media review. | 0.75 |
| TUES | 07/15/08 | 07066:01 | 5110:SD | Support Director<br>Responded to media inquiry; Media review. | 0.50 |
| WED | 07/16/08 | 07066:01 | 5110:SD | Support Director<br>Website update; media review. | 0.50 |
| THUR | 07/17/08 | 07066:01 | 5110:SD | Support Director<br>Review media. | 0.50 |
| FRI | 07/18/08 | 07066:01 | 5110:SD | Support Director<br>Review media. | 0.25 |
| SUN | 07/20/08 | 07066:01 | 5110:SD | Support Director<br>Website update; review media. | 0.75 |
| MON | 07/21/08 | 07066:01 | 5110:SD | Support Director<br>Website update; update/add photos on<br>Receiver web site. | 2.00 |
| TUES | 07/22/08 | 07066:01 | 5110:SD | Support Director<br>Review media; answer media; update<br>contact database. | 1.00 |
| WED | 07/23/08 | 07066:01 | 5110:SD | Support Director<br>Project team server support. | 0.25 |
| MON | 07/28/08 | 07066:01 | 5110:SD | Support Director<br>Review media; website update. | 1.25 |
| WED | 07/30/08 | 07066:01 | 5110:SD | Support Director<br>Receiver website update. | 0.75 |
| THUR | 07/31/08 | 07066:01 | 5110:SD | Support Director<br>Contact database update. | 0.25 |

Project Total:        18.00

| TEDATE | PROJECTID |
|---|---|
| 7/1/2008 to 7/31/2008 | 07066:01 to 07066:01 |

Employee Total: **18.00**

## Harvey Gershman

<u>07066:01</u>        <u>US District Court for Guam - Receivership</u>

| | | | | | |
|---|---|---|---|---|---|
| TUES | 07/01/08 | 07066:01 | 5110:PRES | President<br>Review and comment on draft PPT for Quarterly Report; coordinate production with Ravenelle; review input to same by Lund; review working papers and filing; read, respond, and file emails; coordinate additional photos with Anderson for same; coordinate additional input from Coulombe for same; and phone con to Gagelin, JGPO. | 7.50 |
| WED | 07/02/08 | 07066:01 | 5110:PRES | President<br>Advance PPT for Court Status Hearing with inputs from Manning, Anderson, and Lund; coordinate production of same with Ravenelle; review memo report; participate in weekly call with Court and Chief Judge with Manning and Anderson; read, respond, and file emails; calls out to Karagawa and Gagelin. | 6.00 |
| THUR | 07/03/08 | 07066:01 | 5110:PRES | President<br>Review final Court Quarterly Status Hearing report; filing; phone con with Kawagara, DOD, re: funding studies; phone don with Gagelin re: JGPO; coordinate meeting with Guirguis, GRRP; coordinate meetings for next week with Court and Manning; meeting with Restrepo re: mixed waste and source separation analysis; read, respond, and file emails. | 5.50 |
| SUN | 07/06/08 | 07066:01 | 5110:PRES | President<br>Travel time: Chicago to Honolulu = 12 hours; 1/2 billable = 6 hours billable. | 6.00 |
| SUN | 07/06/08 | 07066:01 | 5110:PRES | President<br>Dinner meeting with Guirgus of GRRP during layover in Honolulu. | 3.00 |
| SUN | 07/06/08 | 07066:01 | 5110:PRES | President<br>Travel time Honolulu to Guam 8 hours: 1/2 = 4 hours billable; review and comment on draft financing memo by Manning and discuss with same. | 4.00 |
| WED | 07/09/08 | 07066:01 | 5110:PRES | President<br>Prepare for Court Quarterly Report with Manning and Anderson; meeting with Court to review draft memo on financing options, to discuss upcoming Ordot Dump ban, and report on other matters; dry run in Court Room to prepare for Hearing. | 8.00 |

| THUR | 07/10/08 | 07066:01 | 5110:PRES | President Review Quarterly Report to prepare for meeting; participate in presenting Quarterly Report to the Court with others from Receiver Team and SWMD; recap discussions with Court and Receiver Team; dinner meeting with Manning, Jackson, and Anderson to review SWMD, upcoming Ordot Dump ban, and true up on customers. | 10.00 |
|---|---|---|---|---|---|
| FRI | 07/11/08 | 07066:01 | 5110:PRES | President Meeting with Military to discuss and advance Military MOU; meeting with Governor's Office to discuss grant opportunities; meeting with Sen. Espladon to provide input on Guam legislation; meeting with GEDCA to review revenue bond financing thoughts and history; debriefing with Court; and discussions amongst Receiver Team to summarize follow up items. | 12.00 |
| SAT | 07/12/08 | 07066:01 | 5110:PRES | President Travel time from Guam to Washington DCA Reagan Airport 20 hours: 1/2 = 10 hours billable; outline scope for grant application to go to Military via Governor's office; outline capital projects to go to grant application for DOI via Governor's office. | 10.00 |
| TUES | 07/15/08 | 07066:01 | 5110:PRES | President Read and file emails; filing; review RFEI submissions; review Layon Landfill matters with Lund; review draft June invoice notes and go over with Plutino; review and finalize invoice for parts purchases and go over with Plutino. | 4.00 |
| WED | 07/16/08 | 07066:01 | 5110:PRES | President Read and file emails; review readiness for Ordot materials ban with Anderson and Tucker; filing; review GEDCA information on other financings. | 2.00 |
| FRI | 07/18/08 | 07066:01 | 5110:PRES | President Read and file emails; conference call with GBB Receiver Team to go over status of activities and coordinate our efforts; advance grant request outlines for Bamba; review GEDCA information provided. | 4.00 |
| MON | 07/21/08 | 07066:01 | 5110:PRES | President | 5.00 |

| TEDATE | PROJECTID |
|---|---|
| 7/1/2008 to 7/31/2008 | 07066:01 to 07066:01 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  | Prepare and finalize email to Kuwabara re: gaining Military participation; work with Lund and Manning on developing capital cost estimates for solid waste infrastructure improvements; read, respond, and file emails; meeting with Chaply and Keller re: quarterly true up of per diem costs vs. actual. |  |
| TUES | 07/22/08 | 07066:01 | 5110:PRES | President<br>Read and reply to emails. | 2.00 |
| WED | 07/23/08 | 07066:01 | 5110:PRES | President<br>Read and reply to emails. | 2.00 |
| THUR | 07/24/08 | 07066:01 | 5110:PRES | President<br>Read and reply to emails; phone con with Manning re: village receivables review; review and comment on new Receiver home page format. | 1.00 |
| FRI | 07/25/08 | 07066:01 | 5110:PRES | President<br>Review per diem quarterly true up and prepare letter for Court; read, reply and file emails; Receiver team conference call. | 4.00 |
| SUN | 07/27/08 | 07066:01 | 5110:PRES | President<br>Read, respond, and file emails. | 2.00 |
| MON | 07/28/08 | 07066:01 | 5110:PRES | President<br>Filing; review and comment on quarterly per diem comparison analysis and advance letter on same to Court; read, respond and file emails; calls with Anderson and Manning to coordinate activities. | 4.00 |
| TUES | 07/29/08 | 07066:01 | 5110:PRES | President<br>Read, file and respond to emails; call with Tucker re: odor complaint at Ordot; review processing scenarios and attend meeting/conference call on same with Receiver Team members. | 4.00 |
| WED | 07/30/08 | 07066:01 | 5110:PRES | President<br>Read, respond, and file emails; finalize and send out to Court expenses letter and package. | 4.00 |
| THUR | 07/31/08 | 07066:01 | 5110:PRES | President<br>Read, respond, and file emails; review processing scenarios with Restrepo. | 4.00 |

**Project Total:** 114.00

**Employee Total:** 114.00

**Jim Plutino**

07066:01     US District Court for Guam - Receivership

| TUES | 07/08/08 | 07066:01 | 5110:CA | Contract Administrator | 3.00 |
|---|---|---|---|---|---|

| TEDATE | PROJECTID |
|---|---|
| 7/1/2008 to 7/31/2008 | 07066:01 to 07066:01 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  | Begin preparation of draft invoice with initial time verification; gathered support documentation for reimbursable expenditures. |  |
| WED | 07/09/08 | 07066:01 | 5110:CA | Contract Administrator<br>Continued coordination of draft invoice preparation including time verification; verified and assembled support documentation for reimbursable expenditures in accordance with contract requirements. | 6.00 |
| THUR | 07/10/08 | 07066:01 | 5110:CA | Contract Administrator<br>Performed administrative duties necessary to confirm accuracy and completeness of invoice processing and contract diligence. | 2.00 |
| FRI | 07/11/08 | 07066:01 | 5110:CA | Contract Administrator<br>Continued assembling support documentation for reimbursable expenditures. | 2.00 |
| TUES | 07/15/08 | 07066:01 | 5110:CA | Contract Administrator<br>Finalizing draft invoice and notes; created copy of invoice and documentation for e-mail of PDF to the Court for review. | 1.75 |
| WED | 07/16/08 | 07066:01 | 5110:CA | Contract Administrator<br>Reconciled and corrected some discrepancies for notes and expense charges; reassembled and repaginated expense receipt documentation and advanced to finalize invoice. | 1.50 |
| THUR | 07/24/08 | 07066:01 | 5110:CA | Contract Administrator<br>Created scanned PDF file of final invoice for June services for distribution to the Court and designated parties; made copies of invoice and documentation to deliver to Court by e-mail and FedEx; prepared second copy of invoice to mail to Attorney General Office. | 1.00 |

Project Total: 17.25

Employee Total: 17.25

**Frank Bernheisel**

**07066:01**    **US District Court for Guam - Receivership**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| WED | 07/02/08 | 07066:01 | 5110:VP | Vice President<br>Reviewed life cycle model with Restepo. | 2.00 |
| THUR | 07/10/08 | 07066:01 | 5110:VP | Vice President<br>Review of life cycle model for single stream compared to mixed waste processing for Guam scenarios analysis. | 2.00 |
| TUES | 07/15/08 | 07066:01 | 5110:VP | Vice President | 2.00 |

| TEDATE | PROJECTID |
|---|---|
| 7/1/2008 to 7/31/2008 | 07066:01 to 07066:01 |

|  |  |  |  | Meet with Restrepo on recycling cost model. |  |
|---|---|---|---|---|---|
| FRI | 07/18/08 | 07066:01 | 5110:VP | Vice President<br>Discussions with Lund on waste quantity data; emails to Anderson and Tucker on same. | 2.00 |
| TUES | 07/22/08 | 07066:01 | 5110:VP | Vice President<br>Discussions with Restrepo on recycling comparison model; discussions Lund and emails with Seader, Anderson and Tucker on waste quantity and customer numbers. | 2.00 |
| WED | 07/23/08 | 07066:01 | 5110:VP | Vice President<br>Review data and emails with Seader, Anderson, Tucker and Restrepo on waste and customer quantities. | 2.00 |
| THUR | 07/24/08 | 07066:01 | 5110:VP | Vice President<br>Waste and customer quantity review; read and reply to emails. | 2.00 |
| WED | 07/30/08 | 07066:01 | 5110:VP | Vice President<br>Met with Restrepo on model for recycling evaluation prior to meeting; conference call on model with Restrepo, Gershman, Manning, Anderson, and Lund. | 4.00 |
|  |  |  |  | **Project Total:** | **18.00** |
|  |  |  |  | **Employee Total:** | **18.00** |

**John Roderique**

<u>07066:01</u>          <u>US District Court for Guam - Receivership</u>

| MON | 07/28/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Reviewed value engineering report. | 2.00 |
|---|---|---|---|---|---|
| WED | 07/30/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Reviewed value engineering report. | 3.00 |
| THUR | 07/31/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Reviewed value engineering report. | 1.00 |
|  |  |  |  | **Project Total:** | **6.00** |
|  |  |  |  | **Employee Total:** | **6.00** |

**Jack Tucker**

<u>07066:01</u>          <u>US District Court for Guam - Receivership</u>

| MON | 07/07/08 | 07066:01 | 5110:SPM | Senior Project Manager<br>Reading Court Documents to understand Project history. | 8.00 |
|---|---|---|---|---|---|
| MON | 07/14/08 | 07066:01 | 5110:SPM | Senior Project Manager | 10.50 |

Travel time Nashville to Guam: 21 hours. Allowable time Charge = 10.5 hours as follows: 8 hours travel + 2.5 hours reviewing Guam documents.

| | | | | | |
|---|---|---|---|---|---|
| WED | 07/16/08 | 07066:01 | 5110:SPM | Senior Project Manager<br>Site visit to Ordot Dump; meet with SWMD engineers, spotters, and supervisory staff to prepare for Ordot materials ban; SWMD administrative activities; preparation for meeting with SWMD collection crews. | 10.00 |
| THUR | 07/17/08 | 07066:01 | 5110:SPM | Senior Project Manager<br>Ordot Dump site visit and education of customers for ban; meet with Guam EPA; meet with Chamber of Commerce; meet with Solid Waste Administrative staff; meet with Cepeda regarding mechanical issues. | 11.00 |
| FRI | 07/18/08 | 07066:01 | 5110:SPM | Senior Project Manager<br>Conference call with Lund, Manning, Bratton, Gershman; worked on SWMD administrative activities; reviewed and responded to emails; site visits to Ordot Dump and SWMD transfer stations. | 8.00 |
| SAT | 07/19/08 | 07066:01 | 5110:SPM | Senior Project Manager<br>Reviewed emails; Ordot site visit for enforcement of Ordot materials ban; meet with Guam EPA; site visit to the Dededo transfer station; meet with SWMD collection crews and adm staff to summarize GBB's report to the Court; addressed SWMD administrative and personnel matters. | 9.00 |
| SUN | 07/20/08 | 07066:01 | 5110:SPM | Senior Project Manager<br>Visited Ordot Dump and all SWMD sites; reviewed and answered emails. | 4.00 |
| MON | 07/21/08 | 07066:01 | 5110:SPM | Senior Project Manager<br>Reviewed Guam Documents; Reviewed and answered emails. | 2.00 |
| TUES | 07/22/08 | 07066:01 | 5110:SPM | Senior Project Manager<br>Visited Ordot Dump and met with SWMD staff; met with SWMD staff at Admin. offices; met with Chamber of Commerce; conducted SWMD administrative duties; reviewed and answered emails | 10.00 |
| WED | 07/23/08 | 07066:01 | 5110:SPM | Senior Project Manager<br>Visited Ordot Dump and met with SWMD staff; Ordot staff meeting at DPW Admin. offices; picked up new lease on Receiver auto; conference call with Court, Anderson, and Jackson (Cynthia); reviewed and answered emails; and met with SWMD staff regarding customer registration. | 10.00 |

| TEDATE | PROJECTID |
|---|---|
| 7/1/2008 to 7/31/2008 | 07066:01 to 07066:01 |

| | | | | | |
|---|---|---|---|---|---|
| THUR | 07/24/08 | 07066:01 | 5110:SPM | Senior Project Manager<br>Visited Ordot Dump; met several times with SWMD staff regarding Village mapping and billing; performed SWMD administrative duties; reviewed and answered emails. | 11.00 |
| FRI | 07/25/08 | 07066:01 | 5110:SPM | Senior Project Manager<br>Started day at 3:00 a.m. to travel with MD collection crews to Umatac Village due to new collection pilot; met with SWMD staff at Admin. several times during day; performed administrative duties; reviewed and answered emails. | 15.00 |
| SAT | 07/26/08 | 07066:01 | 5110:SPM | Senior Project Manager<br>Morning conference call with GBB Guam team; visited Ordot Dump and transfer stations. | 4.00 |
| SUN | 07/27/08 | 07066:01 | 5110:SPM | Senior Project Manager<br>Administrative Duties; reading and responding to emails. | 3.50 |
| MON | 07/28/08 | 07066:01 | 5110:SPM | Senior Project Manager<br>Meting with SWMD staff at Ordot DUMP; met with SWMD Adm staff at Admin. office; KUAM interview at Ordot Dump; SWMD Adm duties; read and answered emails; and participated in GBB Receiver team call. | 12.00 |
| TUES | 07/29/08 | 07066:01 | 5110:SPM | Senior Project Manager<br>Visited Ordot Dump; SWMD Adm duties; met with Next Generation representative on mapping; reviewed and answered emails; and picked up emergency parts for SWMD trucks. | 10.00 |
| WED | 07/30/08 | 07066:01 | 5110:SPM | Senior Project Manager<br>Met with SWMD staff at Ordot Dump; performed SWMD Admin. duties; prepared SWMD staff for Umatac Village Friday collection; and reviewed and answered emails. | 10.00 |
| THUR | 07/31/08 | 07066:01 | 5110:SPM | Senior Project Manager<br>Visited Ordot Dump; met with local Ordot resident to hear concerns; met with SWMD Admin. staff at Admin. office; contacted commercial hauler customer to address concerns; and reviewed and answered emails. | 11.00 |

|  |  |
|---|---|
| **Project Total:** | **159.00** |
| **Employee Total:** | **159.00** |

**Lonelle Keller**

**07066:01**     **US District Court for Guam - Receivership**

| | | | | | |
|---|---|---|---|---|---|
| TUES | 07/01/08 | 07066:01 | 5120:CA | Contract Administration<br>Worked on the AT&T, Sprint and Qwest phone percentage allocation for the month of May to include in invoicing. | 0.50 |
| TUES | 07/01/08 | 07066:01 | 5120:CA | Contract Administration<br>Enter and match receipts for Gershman for reimbursements for June and advance for invoicing. | 1.75 |
| MON | 07/07/08 | 07066:01 | 5120:CA | Contract Administration<br>Collected and checked entries of hours/expenses and activity notes from Coulombe for the month of June | 0.50 |
| MON | 07/07/08 | 07066:01 | 5120:CA | Contract Administration<br>Collected, checked and finalized entries of hours/expenses from Atwater for the month of June. | 0.50 |
| MON | 07/07/08 | 07066:01 | 5120:CA | Contract Administration<br>Checked and finalized Seader's June time and expense receipts against BillQuick entries | 1.25 |
| WED | 07/09/08 | 07066:01 | 5120:CA | Contract Administration<br>Enter and match receipts for Anderson for reimbursements for June and advance for invoicing. | 2.00 |
| WED | 07/09/08 | 07066:01 | 5120:CA | Contract Administration<br>Enter and match receipts for Manning for reimbursements for June; make copies for invoicing. | 1.50 |
| WED | 07/09/08 | 07066:01 | 5120:CA | Contract Administration<br>Enter and match receipts for Lund for reimbursements for June and advance for invoicing. | 1.50 |
| WED | 07/09/08 | 07066:01 | 5120:CA | Contract Administration<br>Worked on the Verizon cell phone allocation report and advance for invoicing. | 1.00 |
| FRI | 07/11/08 | 07066:01 | 5120:CA | Contract Administration<br>Made copy of FedEx charges for invoicing; made copy of conference call charges for invoicing. | 1.00 |
| MON | 07/14/08 | 07066:01 | 5120:CA | Contract Administration<br>Checked and entered Anderson's 1st half of July receipts for reimbursement. | 1.25 |
| WED | 07/16/08 | 07066:01 | 5120:CA | Contract Administration<br>Worked on PAETEC outbound usage bill report and downloaded and printed for invoicing. | 0.75 |
| FRI | 07/18/08 | 07066:01 | 5120:CA | Contract Administration | 0.25 |

|   |   |   |   | Checked receipts with BQ for Anderson and made copies for invoicing. |   |
|---|---|---|---|---|---|
| MON | 07/21/08 | 07066:01 | 5120:CA | Contract Administration<br>Meeting with Gershman, Plutino, Chaply and Keller.  Printed draft report and started excel spreadsheet for per diem for April through June. | 1.50 |
| MON | 07/28/08 | 07066:01 | 5120:CA | Contract Administration<br>Printed Tucker's expenses and checked entries; Continued work on Per Diem reports and letter for Gershman. | 2.25 |
| WED | 07/30/08 | 07066:01 | 5120:CA | Contract Administration<br>Finalized work on Per Diem reports and letter for Gershman; made copies and mailed. | 1.50 |

**Project Total:** 19.00

**Employee Total:** 19.00

### Margaret Eldridge

**07066:01**     **US District Court for Guam - Receivership**

| MON | 07/21/08 | 07066:01 | 5110:SPM | Senior Project Manager<br>Meet with HG re: Guam yard waste education, begin research , find and review PA materials, talk with TB re: yard waste. | 4.50 |
|---|---|---|---|---|---|

**Project Total:** 4.50

**Employee Total:** 4.50

### MaryJane Atwater

**07066:01**     **US District Court for Guam - Receivership**

| TUES | 07/15/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Revise Ordot Ban flyer to reflect new phone number for SWMD; send e-mails to Jackson. | 0.50 |
|---|---|---|---|---|---|
| WED | 07/16/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Draft recycling communications plan that involves Guam Chamber of Commerce and promotion of recycling industry on Guam. | 2.25 |
| THUR | 07/17/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Revise Chamber of Commerce document to incorporate Anderson's input on messaging; send to Gershman, Manning, Seader and Anderson. | 0.75 |
| FRI | 07/18/08 | 07066:01 | 5140:PRIN | Principal Associate | 0.25 |

| TEDATE | PROJECTID |
|---|---|
| 7/1/2008 to 7/31/2008 | 07066:01 to 07066:01 |

Revise proposal to Chamber of Commerce incorporating Manning's comments.

| FRI | 07/25/08 | 07066:01 | 5140:PRIN | Principal Associate Discuss registration process for collection service with Seader, including need for website revisions. | 0.50 |
|---|---|---|---|---|---|
| THUR | 07/31/08 | 07066:01 | 5140:PRIN | Principal Associate Participate in e-mail discussion regarding mapping schedule, procedures and program name; review e-mails, provide comments. | 0.50 |

|  | Project Total: | 4.75 |
|---|---|---|
|  | Employee Total: | 4.75 |

## NEIL DANIEL

| 07066:01 | | US District Court for Guam - Receivership | | | |
|---|---|---|---|---|---|
| WED | 07/16/08 | 07066:01 | 5120:CON II | Consultant II Review construction master schedule. | 1.00 |
| WED | 07/30/08 | 07066:01 | 5120:CON II | Consultant II Filing. | 2.00 |

|  | Project Total: | 3.00 |
|---|---|---|
|  | Employee Total: | 3.00 |

## Pat Ravenelle

| 07066:01 | | US District Court for Guam - Receivership | | | |
|---|---|---|---|---|---|
| TUES | 07/01/08 | 07066:01 | 5110:SM | Support Manager Made changes to Quarterly Report PPT; continued to print sections of Quarterly Report; continued to assemble 6 binders and 25 spiral-bound sets of Quarterly Report. | 6.00 |
| WED | 07/02/08 | 07066:01 | 5110:SM | Support Manager Made changes to and formatted Quarterly Report Word document and PPT; printed more sections; continued assembling 6 binders and 25 spiral-bound sets of Quarterly Report. | 7.00 |
| THUR | 07/03/08 | 07066:01 | 5110:SM | Support Manager Finished assembling Quarterly Report, packaged and sent via DHL to Court and FedEx to Manning. | 2.50 |
| SAT | 07/05/08 | 07066:01 | 5110:SM | Support Manager Tracked Court Quarterly Report to Manning through FedEx for Manning; put Court Quarterly Report files on ProjectSpaces. | 1.00 |

| | TEDATE | PROJECTID |
|---|---|---|
| | 7/1/2008 to 7/31/2008 | 07066:01 to 07066:01 |

| | | | | | |
|---|---|---|---|---|---|
| MON | 07/14/08 | 07066:01 | 5110:SM | Support Manager<br>Copying assistance for Lund. | 0.50 |
| WED | 07/16/08 | 07066:01 | 5110:SM | Support Manager<br>Made change to SWMD letterhead and distributed for use to team members. | 0.25 |
| FRI | 07/18/08 | 07066:01 | 5110:SM | Support Manager<br>Prepared additional copies of Court Quarterly Report. | 1.00 |
| WED | 07/23/08 | 07066:01 | 5110:SM | Support Manager<br>Set up Ravenelle and Chaply as new administrators and Lisa Daniel as a new user on ProjectSpaces. | 0.50 |

|  | | |
|---|---|---|
| **Project Total:** | | 18.75 |
| **Employee Total:** | | 18.75 |

**Timothy Bratton**

**07066:01**        **US District Court for Guam - Receivership**

| | | | | | |
|---|---|---|---|---|---|
| MON | 07/07/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Reviewed e-mail from week of July 1; reviewed partial Expression of Interest from Dick Construction Co.; met with Lund to review dump closure and new landfill design status. | 4.00 |
| TUES | 07/08/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Met with Lund; reviewed e-mail regarding Consent Decree projects. | 2.00 |
| WED | 07/09/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Met with Lund; conference call with A-Mehr Consultants and Lund; reviewed e-mail regarding Consent Decree projects. | 2.00 |
| THUR | 07/10/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Reviewed and commented on draft letter developed by Lund; reviewed e-mail regarding Consent Decree projects. | 1.50 |
| FRI | 07/11/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Conference call with Receiver Team; phone call with Lund; reviewed e-mail regarding Consent Decree projects. | 2.50 |
| MON | 07/14/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Meeting with Lund; conference call with Lund and Shaw Environmental; review e-mail regarding Consent Decree projects; start review of Expression of Interest in response to RFEI from Iron Bridge Capital Partners. | 2.50 |
| TUES | 07/15/08 | 07066:01 | 5110:SVP | Senior Vice President | 5.00 |

| TEDATE | PROJECTID |
|---|---|
| 7/1/2008 to 7/31/2008 | 07066:01 to 07066:01 |

Meeting with Lund; receive, record, and start review of Expressions of Interest received from multiple organizations in response to RFEI as of the July 15th deadline; send e-mail; phone call with one of the parties that submitted an Expression of Interest; meeting with Gershman; review e-mail regarding Consent Decree projects.

WED    07/16/08    07066:01    5110:SVP    Senior Vice President    2.00
E-mail with Manning, Lund, Gershman, and Coulombe; continue review of Expressions of Interest; review e-mail regarding Consent Decree projects.

THUR    07/17/08    07066:01    5110:SVP    Senior Vice President    2.00
Meeting with Lund and representative of Tetra Tech; continue review of Expressions of Interest; review e-mail regarding Consent Decree projects.

FRI    07/18/08    07066:01    5110:SVP    Senior Vice President    2.50
Phone call with Lund; weekly conference call with Receiver Team; e-mail to Eldridge; review e-mail regarding Consent Decree projects.

MON    07/21/08    07066:01    5110:SVP    Senior Vice President    1.50
Meeting with Eldridge and assist with examples of documents to use in public education assistance for green waste management options; meeting with Lund; review e-mail on Consent Decree projects.

TUES    07/22/08    07066:01    5110:SVP    Senior Vice President    1.00
Meeting with Lund; review e-mail regarding Consent Decree projects.

WED    07/23/08    07066:01    5110:SVP    Senior Vice President    2.00
Conference call with Lund and representative of Black Construction Co.; conference call with Lund, Manning, and representatives of Guam EPA and US EPA 9 to discuss Consent Decree projects; review e-mail regarding Consent Decree projects.

THUR    07/24/08    07066:01    5110:SVP    Senior Vice President    1.00
Review proposed correspondence and comment to Lund; review e-mail regarding Consent Decree projects.

FRI    07/25/08    07066:01    5110:SVP    Senior Vice President    1.00
Participate in weekly conference call with Receiver Team; review e-mail regarding Consent Decree projects.

MON    07/28/08    07066:01    5110:SVP    Senior Vice President    2.00

| TEDATE | PROJECTID |
|---|---|
| 7/1/2008 to 7/31/2008 | 07066:01 to 07066:01 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  | Met with Lund; reviewed proposal from Shaw Environmental and discuss with Lund; reviewed e-mail regarding Consent Decree projects. |  |
| TUES | 07/29/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Phone calls with two companies interested in submitting an Expression of Interest in response to RFEI; reviewed follow-up e-mail from those companies; send e-mail to Manning and Gershman; reviewed e-mail regarding Consent Decree projects; reviews other e-mail from Lund. | 2.50 |
| WED | 07/30/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Continue review of Expressions of Interest received in response to RFEI; reviewed e-mail regarding Consent Decree projects. | 3.50 |
| THUR | 07/31/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Review Expressions of Interest to RFEI; review e-mail regarding Consent Decree projects. | 7.00 |

**Project Total:** 47.50

**Employee Total:** 47.50

# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

*(3L)*

*H. Gershman*

| Project ID: | 07066:01 |
|---|---|
| Project Name: | US District Court for Guam - Receivership |
| Manager: | HWG |
| Client ID: | 07066 |

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 7/1/2008 to 7/31/2008 | HWG to HWG | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 7/6/2008 | Taxi<br>Airport Shuttle from Honolulu Airport to Sheraton Hotel downtown. | 1.00 | $11.00 | $11.00 | 0.00 | $11.00 | Billable |
| 7/6/2008 | Taxi<br>Gershman taxi from Westin Hotel Chicago to Chicago O'Hare Airport to begin trip to Guam. | 1.00 | $42.00 | $42.00 | 0.00 | $42.00 | Billable |
| 7/6/2008 | Meals<br>HMS Host Houston Airport, Gershman food (Per Diem) | 1.00 | $1.94 | $1.94 | 0.00 | $1.94 | Billable |
| 7/6/2008 | Meals<br>HMSHost Chicago, Gershman food (Per diem) | 1.00 | $3.18 | $3.18 | 0.00 | $3.18 | Billable |
| 7/6/2008 | Meeting Expenses<br>Michel's, Honolulu; dinner meeting with Guirgus, GMP/GRRP. | 1.00 | $110.00 | $110.00 | 0.00 | $110.00 | Billable |
| 7/6/2008 | Plane<br>Airfare to Guam and return to Washington, DC - 07-05 - 07/12/08 | 1.00 | $5,887.94 | $5,887.94 | 0.00 | $5,887.94 | Billable |
| 7/7/2008 | Meals<br>HMSHost, Honolulu, Geshman food (Per Diem) | 1.00 | $5.24 | $5.24 | 0.00 | $5.24 | Billable |
| 7/7/2008 | Lodging<br>Lodging for Gershman at Sheraton Princess Kaiulani, Honolulu, HI in route to Guam. | 1.00 | $151.15 | $151.15 | 0.00 | $151.15 | Billable |
| 7/7/2008 | Miscellaneous Travel Expenses<br>Internet Access while in Guam | 1.00 | $6.95 | $6.95 | 0.00 | $6.95 | Billable |
| 7/9/2008 | Meals<br>Payless Micromall #6, Dededo; Gershman, Manning, Anderson food (Per Diem) | 1.00 | $51.43 | $51.43 | 0.00 | $51.43 | Billable |
| 7/9/2008 | Miscellaneous Travel Expenses<br>I Connect; Hagathna, Guam; cell phone time card. | 1.00 | $10.00 | $10.00 | 0.00 | $10.00 | Billable |
| 7/9/2008 | Meals<br>Tony Roma's, Agana; Gershman, Manning and Anderson food (Per Diem) | 1.00 | $34.25 | $34.25 | 0.00 | $34.25 | Billable |
| 7/9/2008 | Meals<br>King's Restaurant; Tamuning; Gershman, Manning and Anderson food (Per Diem). | 1.00 | $38.98 | $38.98 | 0.00 | $38.98 | Billable |
| 7/9/2008 | Meals<br>Jamaican Grill, Agan; Gershman and Anderson food (Per Diem). | 1.00 | $37.00 | $37.00 | 0.00 | $37.00 | Billable |
| 7/10/2008 | Meals | 1.00 | $15.24 | $15.24 | 0.00 | $15.24 | Billable |

BillQuick Standard Report Copyright 2007. Last Modified on: 9/4/2008

# Gershman, Brickner & Bratton, Inc. *33*

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

Project ID:      07066:01
Project Name:  US District Court for Guam - Receivership
Manager:        HWG
Client ID:        07066

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 7/1/2008 to 7/31/2008 | HWG to HWG | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| | Wendy's, Barrigada; Gershman, Anderson and Manning food (Per Diem) | | | | | | |
| 7/10/2008 | Meals | 1.00 | $103.00 | $103.00 | 0.00 | $103.00 | Billable |
| | Downtown Kieus, Anigua; Gershman, Manning, and Anderson food (Per Diem) | | | | | | |
| 7/11/2008 | Meals | 1.00 | $18.03 | $18.03 | 0.00 | $18.03 | Billable |
| | Wendy's Barrigada; Gershman, Manning, and Anderson food (Per Diem) | | | | | | |
| 7/11/2008 | Meals | 1.00 | $33.00 | $33.00 | 0.00 | $33.00 | Billable |
| | Domino's Pizza Delivery, Guam; Gershman, Anderson and Manning food (Per Diem). | | | | | | |
| 7/12/2008 | Taxi | 1.00 | $40.00 | $40.00 | 0.00 | $40.00 | Billable |
| | Taxi from DCA National Reagan Airport to home in Betheda, MD | | | | | | |
| 7/12/2008 | Meals | 1.00 | $1.94 | $1.94 | 0.00 | $1.94 | Billable |
| | HMSHost Houston Airport; Gershman food (Per Diem). | | | | | | |
| 7/22/2008 | Lodging | 1.00 | $3,000.00 | $3,000.00 | 0.00 | $3,000.00 | Billable |
| | Ladera Towers Rental for lodging for GBB employees while on Guam - July 22 - Aug. 21 | | | | | | |
| 7/31/2008 | Miscellaneous Expense | 1.00 | $167.81 | $167.81 | 0.00 | $167.81 | Billable |
| | Marianas CableVision payment for internet connection at the Ladera. Payment for May, June, July charges. | | | | | | |

|  | Sum of Billable Expenses: | $9,770.08 | | $9,770.08 |
|---|---|---|---|---|
|  | Billable + Non-Billable Total: | $9,770.08 | | $9,770.08 |

**Jim Plutino** 

**From:** Continental Airlines, Inc. [continentalairlines@continental.com]
**Sent:** Monday, June 02, 2008 2:51 PM
**To:** Cora Chaply
**Subject:** eTicket Itinerary and Receipt for Confirmation D6NYZN

To ensure delivery of this e-mail please add **continentalairlines@continental.com** to your address book or approved senders list. See instructions for adding us to your address book

 Confirmation:
D6NYZN

Issue Date: June 02, 2008

| Traveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| GERSHMAN/HARVEYWMR | 0052166464551 | CO-AC078696 Silver / ST Elite | 1F/3L/3L/---/--- |

## FLIGHT INFORMATION

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Sun, 06JUL08 | CO559 | A | WASHINGTON/NATL (DCA) **6:00AM** | HOUSTON BUSH INTL (IAH) **8:02AM** | 737-700 | Breakfast |
| Sun, 06JUL08 | CO1 | J | HOUSTON BUSH INTL (IAH) **9:35AM** | HONOLULU HNL (HNL) **12:45PM** | 767-400 | Lunch |
| Mon, 07JUL08 | CO1[1] | Z | HONOLULU HNL (HNL) **2:00PM** | GUAM IS SW PAC (GUM) **5:40PM (08JUL)** | 767-400 | Lunch |
| Sat, 12JUL08 | CO2 | D | GUAM IS SW PAC (GUM) **6:25AM** | HOUSTON BUSH INTL (IAH) **7:30AM** | 767-400 | Breakfast |
| Sat, 12JUL08 | CO1058 | A | HOUSTON BUSH INTL (IAH) **8:55AM** | WASHINGTON/NATL (DCA) **12:59PM** | 737-500 | Breakfast |

[1]Operated by CONTINENTAL MICRONESIA

## FARE INFORMATION

Fare Breakdown
Airfare: 5,773.00USD
U.S. APHIS User Fee: 5.00
U.S. Federal Transportation Tax: 74.54
U.S. Flight Segment Tax: 7.00
Guam Inspection Service Charges: 6.40
U.S. Passenger Facility Charge: 12.00
U.S. Security Service Fee: 10.00
Per Person Total: 5,887.94USD

eTicket Total: 5,887.94USD

Form of Payment:
AMERICAN EXPRESS
Last Four Digits 6002

The airfare you paid on this itinerary totals: 5,773.00 USD

The taxes you paid on this itinerary total: 114.94 USD

Fare Rules:    Additional charges may apply for changes in addition to any fare rules listed.
REFUNDABLE

1





Sheraton Princess Kaiulani
120 Kaiulani Avenue
Honolulu, HI 96815
Tel: 808-922-5811 Fax: 808-931-4577

*C07066-01*
*No Lodging*

## Come back soon

| GUEST | | | TRAVEL AGENT/CHARGE TO |
|---|---|---|---|
| | Room | 869 | |
| Harvey Gershman | Rate | 135.00 | |
| Aaa Preferred Account | No pers | 1 | |
| 8550 Arlington Blvd Ste 203 | Folio | 6352775    A | |
| Fairfax, VA 22031-4620 | Page | 1 | |
| | Arrive | 06-JUL-08   16:00 | |
| | Depart | 07-JUL-08   05:46 | |
| Vch/Bkg # | Payment | AX | |

| DATE | REFERENCE | DESCRIPTION | | CHARGE/CREDIT |
|---|---|---|---|---|
| 06-JUL-08 | RT869 | Room | DISC | 135.00 |
| 06-JUL-08 | RT869 | Room Tax | | 6.36 |
| 06-JUL-08 | RT869 | Occupancy Tax | | 9.79 |
| 07-JUL-08 | AX | American Express | | 151.15- |
| | ***For Authorization Purposes Only*** | | | |
| | xxxx36002 | | | |
| | Auth Date    Code    Authorized | | | |
| | 06-JUL-08   551302      162.00 | | | |

                                    Balance Due              0.00

Thank you for choosing The Sheraton Princess Kaiulani Hotel. We look forward to welcoming
you back soon! Aloha!

I agree to remain personally liable for the payment of this account if the
corporation or other third party billed fails to pay part or all of these charges

Signature

As a Starwood Preferred Guest you have earned at least 270
Starpoints for this visit

Harvey Gershman                ROOM    DEPART       AGENT
FOLIO  6352775   06-JUL-08     869     07-JUL-08    PKFDCS

Member of Starwood Preferred Guest®

Gevershman   C07066-01

# TAXICAB RECEIPT



Time: _____
Date: 7/12/08

Origin of trip: D.C. - O

Destination: Lewistown Lane

Fare: $40. ⌐   Sign: _____

(36)

07066-01

**Taxi Affiliation Services, LLC**
**2230 South Michigan**
**Chicago, Illinois 60616**
www.yellowcabchicago.com

7/4/08
$ _____   Time ____ Date
42.00
Received from:
Western Chicago
Cheago O'Hare
To:
Driver: Edu
Cab #: 1237
Account #:   C07066-01

*Thank you for*
*riding with us!*

7/6/08

## Airport Shuttle

(PLEASE RETAIN THIS PORTION AS YOUR RECEIPT)
$9.00      $ 2.00 Tip =
DEPARTURE TRANSFER INSTRUCTIONS      $11.00

- For departure reservations, please call (808) 441-7800, 8am - 5pm.
  Reservations required within 24 hours of arrival and as early as possible,
  so book early.
- Please be ready with your bags at least 5 minutes early and allow us a 10
  minute grace period for traffic. Wait at the curb near your hotel lobby.
- Vehicle may make multiple stops and allow 45 minutes to get to the airport.

- BAGGAGE Each passenger is allowed two (2) pieces of luggage plus
  one(1) carry-on.
- BAGGAGE LIABILITY Passengers are responsible for verifying their
  luggage is loaded by the bus operator. AIRPORT SHUTTLE assumes
  no liability for lost or damaged baggage, except if baggage is damaged
  or lost in transit, in which case the maximum liability is $100/single piece
  and $250 for any single passenger. All claims shall be submitted within
  twenty four (24) hours of the occurrence.
  Oversized baggage are accommodated if space is available. Baggage rates
  Additional piece of luggage over 2/person          : $4
  Golf clubs or boxes up to 3' X 3'                         : $4
  Surfboard (6' or less)                                          : $17
  Bicycle                                                             : $25

AIRPORT SHUTTLE is governed by the Western Motor Tariff, Hawaii Public Utilities
Commission and the Department of Transportation of the State of Hawaii

PUC-821

C07066-0




**312-243-2537     312-829-4222**

 C07066-01

| | |
|---|---|
| **From:** | Harvey Gershman |
| **Sent:** | Monday, July 07, 2008 10:33 AM |
| **To:** | Lonelle Keller |
| **Subject:** | FW: Skywave WiFi Account Information |

Lonelle: Please print and enter into BQ; charge C07066-01 - Internet Access while on travel to Guam.  Thanks, Harvey

-----Original Message-----
From: Skywave [mailto:support@skywavebroadband.net]
Sent: Monday, July 07, 2008 10:15 AM
To: Harvey Gershman
Subject: Skywave WiFi Account Information


Thank you for using the Skywave Metro WiFi Network. Your account information is below.
Please check to make sure you typed your email and password in correctly
as they are your keys to the network:

        Transaction ID: 1901934886
        Date: Jul 07, 2008 04:14am
        User: Harvey Gershman
        Phone:
        Plan: 4 Hours
        Price: 6.95

------------ Login Information ------------

        Email (username): hgershman@gbbinc.com
        Password:


Thank you again for joining our network and happy surfing!

Skywave Broadband

HMSHOST
STARBUCK COFFEE NORTH
HOUSTON INT'L AIRPORT

(38)

11106 MARISSA

CHK 4534   JUL12'08  8:10   GST 1

**S U B T O T A L**

1 TALL COFFEE OF D        1.79

SUBTOTAL                 1.79
TAX                      0.15
AMOUNT PAID          **1.94**
CASH                     2.00
CHANGE DUE               0.06

Questions or Comments?
Contact us @ HMS Host IAH
281-233-3337 or
joseph.reid2@hmshost.com

*C07066-01*
*Gershman (Per Diem)*

---

*C07066-01*
*HB, CA, DM (Per Diem)*

WENDY'S BARRIGADA
ROUTE 10
BARRIGADA GU 96913
671-734-8828

Merchant ID: 0118071
Term ID: AAAA

Sale

AMEX
XXXXXXXXXXX4009

Entry Method: Swiped

Apprvd: Online        Batch#: 000004
07/11/08               12:15:25

Inv #: 00000005      Appr Code: 527207

Total:          $     18.03

Customer Copy

THANK YOU

---

*C07066-01*
*HB, DM, CA & Per Diem*

WENDY'S BARRIGADA
ROUTE 10
BARRIGADA GU 96913
671-734-8828

Merchant ID: 0118071
Term ID: AAAA

Sale

AMEX
XXXXXXXXXXX4009

Entry Method: Swiped

Apprvd: Online        Batch#: 000003
07/10/08               13:43:44

Inv #: 00000022      Appr Code: 565914

Total:          $     15.24

Customer Copy

THANK YOU

---

*C07066-01*
*Gershman, Manning,*
*Andrew, Ford (Per Diem)*

BANK OF GUAM
THE PEOPLE'S BANK

**PAYLESS MICROMALL #6**

DEDEDO, GUAM
(671) 637-7233

BATCH No.     :  000789
TERMINAL ID   :  01135895
CARD          :  AMEX
CARD No.      :  XXXXXXXXXXX4009 / Swiped
RREF No.      :  7237
INVOICE       :  001693
TRANS.        :  CREDIT CARD SALE

AMOUNT        :      $      51.43

Tran Date/Time :  07/09/08    21:22:49
APPROVAL        :  522005

Customer Copy

Thank you!

*C07066-01*

---

*C07066-01*
*Food (Per Diem)*

*HB, CA*

671-472-2806
JAMAICAN GRILL
P.O. BOX OF
AGANA    96932

TERMINAL INPUT              10072821
MERCHANT #:              152000669

AMEX    SRV: 1422 ITEM #: 829
XXXXXXXXXXX4009

SWIPE
PRE-SALE

INVOICE: 465997
DATE: JUL 09, 2008  TIME: 20:42
AUTH NO: 597458

BASE                       $31.47

TIP                         5.53

TOTAL                      37.00
FOOD BEVERAGE               .00

HW GERSHMAN

GRATUITY GUIDELINE
15%=$4.72  20%=$6.29

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

---

*C07066-01 (Per Diem)*
*Gershman, Manning, Andrew*

citifi

KING'S RESTAURANT
TAMUNING, GUAM
CITIBANK N.A.

TERMINAL ID. :          90000141
MERCHANT #:      00079058121337?

AMEX - CARD SWIPE
**************4009
SALE
INVOICE: 373791      BATCH: 00291
DATE: JUL 09, 08     TIME: 08:43
REF: 000011152023
AUTH NO: 580596

BASE                    $32.98
TIP                      $6.00
TOTAL                   $38.98

CUSTOMER COPY



```
*\* * Restaurant * * *
      Tony Roma's
  Agana Shopping Center
     Hagatna, Guam
      671-477-4071
      671-477-4072
Date:        Jul09'08 12:39PM
Card Type:   Amex
Acct #:      XXXXXXXXXX4009
Exp Date:    XX/XX
Auth Code:   539591
Check:       540
Table:       67/1
Server:      1014 Gneneli
          HW. GERSHMAN

Jbtotal:           29.14


            Tip:  5.11

            Total 34.25

Sign:

FINEST COPY

I agree to pay above total
according to my card issuer
agreement.

CO7066-01
Food (Per Diem)
HG, DM, CA
```

```
        HMSHOST
    STARBUCKS COFFEE
   HONOLULU INT'L AIRPORT

9927 CARMEN

CHK 9673 JUL07'08 12:50PM  GST

2 TALL COD               5.00

SUBTOTAL                 5.00
TAX                      0.24
AMOUNT PAID       5   24
CASH                     00
CHANGE DUE            14 76


CO7066-01
Gershman
(Per Diem)
```

```
         HMSHOST
       STARBUCKS 12
   Chicago 773.686.6180

5114 Monica

CHK 6437 JUL06'08  6:25AM  GST 2


1 TALL COD T             1.70
1 WHOLE BANANA           1.15

SUBTOTAL                 2.85
TAX                      0.33
AMOUNT PAID       3   18
CASH                    20.00
CHANGE DUE              16.82


CO7066-01
Gershman
Food
(Per Diem)


         HMSHost
  Starbucks Coffee Terminal E-1
  BUSH INTERCONTINENTAL AIRPORT

10014 JESUS

CHK 4130  JULO6'08  9:58    GST 1

          SUBTOTAL

1 TALL COFFEE OF D       1.79

SUBTOTAL                 1.79
TAX                      0.15
AMOUNT PAID       1.94
CASH                   200.00
CHANGE DUE             198.06

LOOKING FOR A GREAT PLACE W/ HOT
FOOD, COLD DRINKS, & SPORTS?
    TRY FOX SPORTS SKYBOX
  LOCATED NEAR GATE E-16!
42 TVS W/ DIRECT TV PROGRAMMING
SERVING BREAKFAST,LUNCH,&DINNER!

   QUESTIONS OR COMMENTS?
Contact us @ HMS Host IAH
     281-233-3337 OR
  joseph.raid2@hmshost.com

Gershman Food
CO7066-01
(Per Diem)
```

CHASE
ADDR: 1708 LADERA TONER
CITY: MANGILAO
DIR: 30 MINUTE ADDRESS F

OTHIO  ORDER #401399
PIZE8  CN1790193
#1708
CA 04

ZN1M02/ CN1790193
#1708 TIME:8:44 PM

IQT#28.99
(Per Diem)

$32.90
Per Diem

7/11/08

070660·01 

I CONNECT, I RADIO
KIOSK #5 AGANAN SHOPPING CTR
HAGATNA, GUAM 96910
(671) 477-3338

Merchant ID: 000010204488
Term ID: 04408375          Ref #: 0001

## Sale

XXXXXXXXXXXXX2687
MASTERCARD          Entry Method: Swiped

Total:                $    10.00

07/09/08                  12:23:41
Inv #: 000001        Appr Code: 11S11B
Apprvd: Online         Batch#: 000231

CC07066-01
Customer Copy
THANK YOU!
Cell Phone Card

(41)

07066-01

Nichel's
at the Colony Surf
923-6552

Server: Gerald    DOB: 07/06/2000
07:53 PM            07/06/2000
Table 30/1           1-10012

CHCK                    1046368
Card #XXXXXXXXXXXX009  Exp: 1210
Magnetic card present: GERSHMAN
HW
Approval: 545561

        Amount:        96.05

        Tip:           19.95

        Total:        110.00

X _____

Approval: 545561

    Mahalo, E ho'i mai!

C07066-01
Gershman - Guidiguia
meeting Expense

C07066-01

DOWNTOWN NIEUS
561C MARINE CORPS DR
ANIGUA, GU 969100000

TERMINAL ID:          065736103
MERCHANT #:        102206582995

MC
#xxxxxxxxxxxxx2687
SVR: 2
SALE
BATCH: 000426    INVOICE: 026236
DATE: JUL 10, 00    TIME: 20:57
SQ: 011          AUTH NO: 735038

PRE-TIP AMT          $87.50

TIP                   15.50

TOTAL                103.—

    CUSTOMER COPY





310 LADERA LANE, MANGILAO, GUAM 96913 U.S.A. • TEL. (671) 735-1111 • FAX: (671) 735-1108

# ADDENDUM TO LEASE

## RENEWAL OF LEASE CONTRACT:

    **We, Jack Tucker and Harvey Gershman ,** hereby renew our lease agreement on **SUITE #1708** at Ladera Tower, as follows:

TERM:        July 22, 2008 to October 21, 2008

RENT:        Rent will be $3,000.00 per month

UTILITIES:   All Utilities are inclusive in rental amount.

NOTICE OF TERMINATION:    Tenants who need to terminate this lease at an earlier date, due to military transfer order or company order, should inform long term office, <u>in writing</u>, of the final move out date whereby this date should comply with the thirty (30) day notice policy.

TERMS AND CONDITIONS:    Damages caused by a moving company crew shall be held under the tenant's responsibility. It is up to the tenant to deal with the moving company he/she hired in reimbursing any costs from damages. Also, Tenant will be charged for recharging of the fire extinguisher in the suite after the tenant's use. Recommended temperature in unit is to be 75-76 degrees. If there is mold growth in unit due to A/C unit being turned off or set higher than 76 degrees while unit is vacant more than 3 days or for setting being set higher than 76 degrees, tenant will be responsible for charges to clean unit of mold.

ALL OTHER TERMS AND CONDITIONS in the first contract for the period of May 22, 2008 to July 21, 2008 shall remain the same.

### ACCEPTANCE:

_____

Jack Tucker, Tenant #1708             Date

_____

Harvey Gershman, Tenant #1708     Date  7/18/08

DON H. PARK, General Manager     Date  7/18/08

RR Subscriber Management System                                        Page 1 of 1

(43)

ATTENTION: Cora    070666-01
Internet Connection

| | | | | |
|---|---|---|---|---|
| Enter | CTS000-16 1 | SUBSCRIBER INQUIRY | | #: 01275494 |
| Help | | | | |
| Exit | HARVEY GERSHMAN | | | CANCELLED/OWIN |
| Payment | | | | Current Services    Y |
| SpecN | | Division    : UMDR CABLE | | |
| SpecAddr | | Community:  PAGAT MANG PMG | | |
| Inv | (Home)  671-473-9125 | Billing Code :  MONTHLY | | |
| Cancel | (Bus.) | Rate Sch:  TIB | | |
| Cr Hist | (3rd ) | UCS / PMG PAGAT MANGILAO | | |
| FnNotes | Charge Day    : | | | |
| Unit Inq | Last Rental Date : | Aug 01/08 | 1st Date on System : Apr 23/08 | |
| W/Os | | | Current Start Date : | |
| Sec Dep | Last Invoice Date : | Jul 15/08 | Disconnect Reason : NON PAY | |
| SubUpd | Last Invoice Amount: | 135.83 | Disconnect Date : Aug 05/08 | |
| LogCall | Last Payment Date : | Apr 21/08 | Last WO & SC # : 741009 | |
| MORE | Last Payment Amount: | 126.39 | Last WO & SC Date : Aug 05/08 | |
| | Current Balance : | 101.42 | | |
| | Monthly Rental : | 3.99 | | |
| | Dealer Cod | | | |

ηη address fo

102205458999
MARIANAS CABLEVISION-GU
600 HARMON LOOP RD
DEDEDO , GU 96929
6716354628

Merchant ID:
Term ID: CD1520033804

### Sale

AMEX
6002
Entry Method: Manual
Apprvd: Online    Batch#: 000669
08/07/08              18:21:56

Invoice #: 000002
Appr Code: 138137

Total:      $    (167.81)

MARIANAS CABLEVISION                    1263228

Account #: 01275494
HARVEY GERSHMAN

Receipt Date:  Aug 08/08        9:54

Cash Tendered:                    167.81
Payment Received:                167.81
                                ===========
Cash Due To Sub:                      .00

AMERICAN EXPRESS PMT **THANK YOU**

GTANO

** NOT VALID UNLESS INITIALLED BY CSR **

Customer Copy

THANK YOU

# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800 Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

| | |
|---|---|
| Project ID: | 07066:01 |
| Project Name: | US District Court for Guam - Receivership |
| Manager: | HWG |
| Client ID: | 07066 |

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 7/1/2008 to 7/31/2008 | DM to DM | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 7/7/2008 | Mileage | 12.00 | $0.51 | $6.06 | 0.00 | $6.06 | Billable |
| | Trip to airport to travel to Guam. | | | | | | |
| 7/7/2008 | Plane | 1.00 | $5,183.66 | $5,183.66 | 0.00 | $5,183.66 | Billable |
| | Airfare to Guam and return to Nashville - 07/07 - 07/17/08 | | | | | | |
| 7/7/2008 | Miscellaneous Travel Expenses | 1.00 | $7.95 | $7.95 | 0.00 | $7.95 | Billable |
| | Airport email access while traveling to Guam. | | | | | | |
| 7/12/2008 | Meals | 1.00 | $43.29 | $43.29 | 0.00 | $43.29 | Billable |
| | Dinner for myself - per diem related. | | | | | | |
| 7/12/2008 | Meals | 1.00 | $36.50 | $36.50 | 0.00 | $36.50 | Billable |
| | Lunch for Chace Anderson and myself. per deim related. | | | | | | |
| 7/12/2008 | Meals | 1.00 | $11.59 | $11.59 | 0.00 | $11.59 | Billable |
| | Groceries for the apartment - per diem related. | | | | | | |
| 7/13/2008 | Meals | 1.00 | $4.88 | $4.88 | 0.00 | $4.88 | Billable |
| | Groceries for the apartment - per diem related. | | | | | | |
| 7/14/2008 | Meals | 1.00 | $21.69 | $21.69 | 0.00 | $21.69 | Billable |
| | Breakfast for Chace and myself - per diem related. | | | | | | |
| 7/14/2008 | Meals | 1.00 | $5.49 | $5.49 | 0.00 | $5.49 | Billable |
| | Lunch for myself - per diem. | | | | | | |
| 7/15/2008 | Meals | 1.00 | $29.90 | $29.90 | 0.00 | $29.90 | Billable |
| | Lunch for Chace Anderson and myself - perdiem related. | | | | | | |
| 7/15/2008 | Meals | 1.00 | $110.58 | $110.58 | 0.00 | $110.58 | Billable |
| | Dinner for Chace, Jack and myself. | | | | | | |
| 7/15/2008 | Meals | 1.00 | $105.24 | $105.24 | 0.00 | $105.24 | Billable |
| | Dinner for Chace and myself - per diem related | | | | | | |
| 7/16/2008 | Parking | 1.00 | $74.42 | $74.42 | 0.00 | $74.42 | Billable |
| | Airport parking for the 9 days while in Guam. | | | | | | |
| 7/16/2008 | Mileage | 12.00 | $0.51 | $6.06 | 0.00 | $6.06 | Billable |
| | Return from airport upon return from Guam. | | | | | | |
| 7/22/2008 | Postage | 1.00 | $82.50 | $82.50 | 0.00 | $82.50 | Billable |
| | Express mail for communication with the Guam Legislature. | | | | | | |
| 7/23/2008 | Postage | 1.00 | $8.00 | $8.00 | 0.00 | $8.00 | Billable |
| | Express mail to Guam. | | | | | | |

| | | | |
|---|---|---|---|
| Sum of Billable Expenses: | $5,737.81 | | $5,737.81 |
| Billable + Non-Billable Total: | $5,737.81 | | $5,737.81 |

**Jim Plutino** 

| From: | Continental Airlines, Inc. [continentalairlines@continental.com] |
| Sent: | Thursday, July 03, 2008 2:57 PM |
| To: | Cora Chaply |
| Subject: | eTicket Itinerary and Receipt for Confirmation DLYZQ7 |

To ensure delivery of this e-mail please add continentalairlines@continental.com to your address book or approved senders list. See instructions for adding us to your address book.

 Confirmation: DLYZQ7

Issue Date: July 03, 2008

| Traveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| MANNING/DAVIDLMR | 0052168376955 | CO-HL644717 Silver / ST Elite | 2A/3B/---/--- |

### FLIGHT INFORMATION

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Mon, 07JUL08 | CO2175[1] | Y | NASHVILLE (BNA) **6:05AM** | HOUSTON BUSH INTL (IAH) **8:10AM** | ERJ-145 | Snack |
| Mon, 07JUL08 | CO1 | Z | HOUSTON BUSH INTL (IAH) **9:35AM** | GUAM IS SW PAC (GUM) **5:40PM (08JUL)** | 767-400 | Lunch |
| Wed, 16JUL08 | CO2 | Z | GUAM IS SW PAC (GUM) **6:25AM** | HOUSTON BUSH INTL (IAH) **7:30AM** | 767-400 | Breakfast |
| Thu, 17JUL08 | CO2302[2] | Y | HOUSTON BUSH INTL (IAH) **8:50AM** | NASHVILLE (BNA) **10:47AM** | ERJ-145 | Snack |

[1]Operated by EXPRESSJET AIRLINES INC doing business as CONTINENTAL EXPRESS
[2]Operated by EXPRESSJET AIRLINES INC doing business as CONTINENTAL EXPRESS

### FARE INFORMATION

| Fare Breakdown | | Form of Payment: |
|---|---|---|
| Airfare: | 5,124.00USD | AMERICAN EXPRESS |
| U.S. Federal Transportation Tax: | 30.80 | Last Four Digits XXXX |
| U.S. Security Service Fee: | 10.00 | |
| U.S. APHIS User Fee: | 5.00 | |
| Guam Inspection Service Charges: | 6.36 | |
| U.S. Passenger Facility Charge: | 7.50 | |
| Per Person Total: | 5,183.66USD | |
| eTicket Total: | 5,183.66USD | |

The airfare you paid on this itinerary totals: 5,124.00 USD

The taxes you paid on this itinerary total: 59.66 USD

Fare Rules: Additional charges may apply for changes in addition to any fare rules listed. REFUNDABLE

Add Collect: An additional amount for the difference in fare was charged to AMERICAN

1





David Manning <dmanning.nashville@gmail.com>

# FW: Your Boingo Wireless Hot Spot Usage Statement

1 message

**David Manning <dmanninggbb@gmail.com>**                                   **Sun, Jul 20, 2008 at 4:27 PM**
To: dmanning.nashville@gmail.com

print

07066-01

**From:** support@boingo.com [mailto:support@boingo.com]
**Sent:** Wednesday, July 09, 2008 3:02 PM
**To:** dmanninggbb@gmail.com
**Subject:** Your Boingo Wireless Hot Spot Usage Statement


Dear David L. Manning :

Please find below the requested copy of your receipt for your Boingo Wireless
usage.

Usage charges shall appear on your credit card statement as "Boingo Wireless".

Receipt                           141361975
Account                           |
07/09/2008 20:01
David L. Manning


| Date (UTC) | Description | Amount |
|---|---|---|
| 07/07/2008 04:11 | AsYouGo Usage | 7.95 |
| 07/09/2008 20:01 | Thank you for your payment! | - 7.95 |
| | Amount Due | $ 0.00 |


**WE'RE HERE 24/7**
No matter where your travels take you, our Customer Care team is ready to help.
You can reach us 24/7/365 at 1-800-880-4117 (US and Canada) or
00-800-2646-4646(International, in Japan 010.800-2646.4646 and in Finland
990.800.2646.4646).Or by e-mail at support@boingo.com
Don't just go. Boingo!

7/20/2008 10:58 PM

**O S 7**
**M A R T**
Mangilao

07/1..2008  8:53PM    01
00000049093      CLERK01

ICE CREAM              $2.99
BAKED GOODS            $1.89

ITEMS      20
SUBTOTAL   $4.88
**CASH**               $5.00
CHANGE                 $0.12

**BANK OF GUAM**
**THE PEOPLE'S BANK**

# OUTBACK STEAK HOUSE 3

TIMKIN, GUAM 96911
(671) 646-1543

BATCH No.      :   000354
TERMINAL ID    :   6708275
CARD           :   VISA INT'L
CARD No.       :   XXXXXXXXXXXX3583

KREF No.       :   0808
INVOICE        :   0084..
SERVER No.     :   75

TRANS.     :  CREDIT CARD SALE

AMOUNT     :        $    37.29

TIP AMOUNT :        $   6.00

(IF ANY, PLEASE SIGN)

TOTAL AMOUNT:       $   43.29

Tran Date/Time : 07/12/08    21:07:44
APPROVAL       : 052597

Customer Copy
Thank you!

---

OS 7 MART
JUAN MUNA ST.
MANGILAD, GU 96910

TERMINAL ID:        005283353
MERCHANT #:    182207650999

VISA
#4339931632623583
**VOID**              EXP.: 04/18
BATCH: 000257   INVOICE: 057401010
DATE: JUL 12, 88      TIME: 16:46
SQ: 015           AUTH NO: 057323

**TOTAL        -$11.59**

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

X _David Manning_
DAVID MANNING

**MERCHANT COPY**

---

(47)

07066-01

---

8519
21709

ITEM #: 001

TERMINAL I.D.:
MERCHANT #:

VISA
************3583
SWIPE
**PRE-SALE**

DATE: JUL 14, 2008  TIME: 17:45
AUTH NO: 065929

BASE        $92.24
TIP         13.00
TOTAL       105.24

DAVID MANNING

GRATUITY GUIDELINE
15%=$13.83  20%=$18.44

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

671-649-5858
TIMKIN BAY LOBSTER&GRILL
P.O. BOX 3669
HAGATNA, GU 96932

Store #10098
Subway Sandwiches & Salads
Micronesia Mall
Dededo            GU 96929
671-637 2233
Trans# 55 Clerk 13   Yuturg Ihana
Own# IPDT 071408 Reg-ID REG-KNST
            Receipt # 0508070075
  ITEM ---- QTY        PRICE MEMO  TXD
6in ME     6r  1  T  $    5.28      100%

        SUBTOTAL  $     5.28
        Guam GRT  $     0.21

TAKE-OUT **TOTAL  $     5.49
Cash   AMT TEND $    20.00

   CHANGE DUE  $    14.51

Thank you. Please come again
SUBWAY - Eat Fresh!

07066-01        (48)



**KING'S RESTAURANT**
TAMUNING,GUAM
CITIBANK N.A.

TERMINAL ID. :           90000148
MERCHANT #:        0007965812133378

VISA - CARD SWIPE
X************3583
SALE
INVOICE: 374335      BATCH: 000402
DATE: JUL 13, 08      TIME: 09:56
RRN: 000051153213
AUTH NO: 058046

BASE                 $18.69
TIP                   3.00
TOTAL                21.28

CUSTOMER COPY

JEFF'S PIRATES COVE INC
111 RT 4 IPAN
TALOFOFO , GU 96915

TERMINAL ID:           00535596
MERCHANT #:       102206021997

VISA
X×xxxxxxxxxxx3583
CUR: 9
SALE
BATCH: 000604        INVOICE: 024490
DATE: JUL 12, 08      TIME: 12:41
SQ: 013              AUTH NO: 041021

PRE-TIP AMT           $33.00

TIP                   3.50

TOTAL                36.50

CUSTOMER COPY

Thankyou!

OLD HAGATNA GRILL
230 W SOLEDAD AVE #300
HAGATNA  96910, GU 0000

TIME 12:27 PM     DATE 07/15/08
TERM# 00952954    MERN 000102210077993
TRAN TYPE SALE
#xxxxxxxxxxx3583
CARD TYPE VISA
SEQ # 003
TICKET # 0000000204 SERVER ID 25
AUTH CODE 015320

BASE              $25.90

TIP                 4.00

TOTAL              29.90

CUSTOMER COPY

07066-01

BANK OF GUAM
THE PEOPLE'S BANK

OUTBACK STEAK HOUSE 2
TUMON, GUAM 96911
(671) 646-1543

BATCH#  :  000340
TERMINAL ID  :  6700267
CARD  :  VISA INTL
CARD: V..  : XXXXXXXXXXX3583 / Swiped
No. :  0293
..No. :  000262
SERVER #:  12
TRANS.: CREDIT CARD SALE
AMOUNT :  $ 6.58
TIP AMOUNT:  11.00
(IF ANY, PLEASE SIGN)
TOTAL AMOUNT:  $ 110.58
Tran Date/Time :  07/15/08  19:41:38
APPROVAL  :  007096
Customer Copy
Thank you!



07066-01





Fly Away Airport Parking
1671 Murfreesboro Pike
Nashville, TN 37217
615-367-2200

User ID                                    129
Date                              07/16/08 11:01

Ticket #                               166128
Name                            MANNING, DAVID
Customer #
Vehicle                              RED FORD
License                               674BRG
Open Date                      07/07/08 04:24
Close Date                     07/16/08 11:01

Parking Charges
Days                    9          $ 94.50
Hours                   6          $  6.00
Coupons                              31.50-
  Coupon Type: Val Pak 3 Free Days
Discount               0%          $  0.00-
Fuel Surcharge         1          $  1.50
Subtotal                           $ 70.50
Subtotal * 40% = $ 28.20 Transportation
Subtotal * 60% = $ 42.30 Parking
Sales Tax : Parking * 9.25%   $  3.92
                                   --------
Parking Total                      $ 74.42

Service Charges
Coupons                            $  0.00-
Subtotal                           $  0.00
Sales Tax            9.25%         $  0.00
                                   --------
Service Total                      $  0.00

Grand Total                        $ 74.42

Payments
VI _3583 Auth:044773
                                   $ 74.42

X_____


THANK YOU FOR USING
FLYAWAY AIRPORT PARKING SERVICES
www.flyawayparking.com

07066-01 

```
       The UPS Store - #3348
          330 Franklin Rd.
            Suite 135A
        Brentwood, TN 37027
          (615) 661-9606

        07/22/08  12:40 PM

    We are the one stop for all your
   shipping, postal and business needs.

      Present Receipt for Special:
          $.29 Color Copies


  ||||||||||||||||||||||||||||||||||||||||

  001 008000 (022)         TO $  27.50
      Express Mail
      Tracking# E0026620355US
  002 008000 (022)         TO $  27.50
      Express Mail
      Tracking# E0026620474US
  003 008000 (022)         TO $  27.50
      Express Mail
      Tracking# E0026620633US

                SubTotal  $  82.50
                   Total  $  82.50

                    VISA  $  82.50
  ACCOUNT NUMBER *       ***********3583

  Receipt ID 82990662803818888691 003 Items
  CSH: Forrest         Tran: 1060 Reg: 002

  To track your packages, please visit
        www.TheUPSstore.com

  Whatever your business and personal
    needs, we are here to serve you.
```

```
       The UPS Store - #3348
          330 Franklin Rd.
            Suite 135A
        Brentwood, TN 37027
          (615) 661-9606

        07/18/08  01:11 PM

    We are the one stop for all your
   shipping, postal and business needs.

      Present Receipt for Special:
          $.29 Color Copies


  ||||||||||||||||||||||||||||||||||||||||

  001 000008 (022)         TO $   8.00
      Priority Mail
      Tracking# 9101148008600598785994

                SubTotal  $   8.00
                   Total  $   8.00

                    VISA  $   8.00
  ACCOUNT NUMBER *       ***********3583

  Receipt ID 82990662888594888865 001 Items
  CSH: SHELIAH        Tran: 0937 Reg: 002

  To track your packages, please visit
        www.TheUPSstore.com

  Whatever your business and personal
    needs, we are here to serve you.
```

# Gershman, Brickner & Bratton, Inc. 51

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

Project ID:      07066:01
Project Name:    US District Court for Guam - Receivership
Manager:         HWG
Client ID:       07066

| ELDATE | EMPLOYEEID | PROJECTID |
|--------|-----------|-----------|
| 6/4/2008 to 6/4/2008 | CA to CA | 07066:01 to 07066:01 |

*C. ANDERSON*

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|------|-------------|-------|------|----------|------|--------|--|
| 6/4/2008 | Meals | 1.00 | $38.98 | $38.98 | 0.00 | $38.98 | Billable |
| | Jamaican Grill - Meals (lagging receipt-rec'd 7/18/08) | | | | | | |
| 6/4/2008 | Meals | 1.00 | $36.64 | $36.64 | 0.00 | $36.64 | Billable |
| | Per Diem: purchased groceries. (can not read receipt) | | | | | | |

|  | Sum of Billable Expenses: | $75.62 | $75.62 |
|--|---------------------------|--------|--------|
|  | Billable + Non-Billable Total: | $75.62 | $75.62 |

*Less previously submitted                    ( 36.64)*

*$38.98 ✓*

(52)



*Guam PerDiem*

671-472-2000
JAMAICAN GRILL
P.O. BOX OF
AGANA   96932

*$38.98*

TERMINAL I.D.:                    3385
MERCHANT #:                     1381?

VISA    SRV: 1367  ITEM #: 008
*************9540
SWIPE
PRE-SALE

DATE: JUN 04, 2008  TIME: 18:47
AUTH NO: 04561B

BASE              $33.98

TIP          *5*

TOTAL        *38.72*

RICHARD C ANDERSON

X_____

GRATUITY GUIDELINE
15%=$5.09  20%=$6.79

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

| | |
|---|---|
| Project ID: | **07066:01** |
| Project Name: | **US District Court for Guam - Receivership** |
| Manager: | **HWG** |
| Client ID: | **07066** |

*C. ANDERSON*

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 7/1/2008 to 7/31/2008 | CA to CA | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 7/1/2008 | Meals | 1.00 | $13.00 | $13.00 | 0.00 | $13.00 | Billable |
| | Per Diem: My share of a lunch meal. | | | | | | |
| 7/2/2008 | Meals | 1.00 | $49.79 | $49.79 | 0.00 | $49.79 | Billable |
| | Per Diem: Groceries for apartment | | | | | | |
| 7/3/2008 | Meals | 1.00 | $13.00 | $13.00 | 0.00 | $13.00 | Billable |
| | Per Diem: Groceries | | | | | | |
| 7/4/2008 | Meals | 1.00 | $69.41 | $69.41 | 0.00 | $69.41 | Billable |
| | Per Diem: Groceries for the apartment. | | | | | | |
| 7/4/2008 | Meals | 1.00 | $23.90 | $23.90 | 0.00 | $23.90 | Billable |
| | Per diem: Groceries | | | | | | |
| 7/5/2008 | Meals | 1.00 | $15.98 | $15.98 | 0.00 | $15.98 | Billable |
| | Per Diem: groceries | | | | | | |
| 7/6/2008 | Miscellaneous Travel Expenses | 1.00 | $53.25 | $53.25 | 0.00 | $53.25 | Billable |
| | Per Diem: fuel for automobile | | | | | | |
| 7/7/2008 | Meals | 1.00 | $40.25 | $40.25 | 0.00 | $40.25 | Billable |
| | Per Diem: meal | | | | | | |
| 7/11/2008 | Meeting Expenses | 1.00 | $13.18 | $13.18 | 0.00 | $13.18 | Billable |
| | Food for meetings. | | | | | | |
| 7/11/2008 | Meals | 1.00 | $7.74 | $7.74 | 0.00 | $7.74 | Billable |
| | Per Diem: groceries to use in the apartment. | | | | | | |
| 7/11/2008 | Miscellaneous Travel Expenses | 1.00 | $53.60 | $53.60 | 0.00 | $53.60 | Billable |
| | Per Diem: Fuel for automobile | | | | | | |
| 7/12/2008 | Meals | 1.00 | $15.06 | $15.06 | 0.00 | $15.06 | Billable |
| | Per Diem: Groceries to cook at the apartment. | | | | | | |
| 7/12/2008 | Meals | 1.00 | $11.00 | $11.00 | 0.00 | $11.00 | Billable |
| | Per Diem: Groceries to use in the apartment. | | | | | | |
| 7/13/2008 | Meals | 1.00 | $16.65 | $16.65 | 0.00 | $16.65 | Billable |
| | Per Diem: Groceries to use in the apartment. | | | | | | |
| 7/13/2008 | Meals | 1.00 | $40.20 | $40.20 | 0.00 | $40.20 | Billable |
| | Per Diem: Lunch for Manning and I. | | | | | | |
| 7/14/2008 | Meals | 1.00 | $21.75 | $21.75 | 0.00 | $21.75 | Billable |
| | Per diem: groceries | | | | | | |
| 7/14/2008 | Meals | 1.00 | $6.00 | $6.00 | 0.00 | $6.00 | Billable |
| | Per Diem:  Veggis & Seafood - Anderson Food | | | | | | |
| 7/15/2008 | Miscellaneous Travel Expenses | 1.00 | $56.00 | $56.00 | 0.00 | $56.00 | Billable |
| | Per Diem: fuel for vehicle. | | | | | | |
| 7/15/2008 | Meals | 1.00 | $6.53 | $6.53 | 0.00 | $6.53 | Billable |
| | Per Diem: meal | | | | | | |

# Gershman, Brickner & Bratton, Inc. 54

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

| Project ID: | 07066:01 |
|---|---|
| Project Name: | US District Court for Guam - Receivership |
| Manager: | HWG |
| Client ID: | 07066 |

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 7/1/2008 to 7/31/2008 | CA to CA | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 7/15/2008 | Meals | 1.00 | $28.50 | $28.50 | 0.00 | $28.50 | Billable |
| | Per Diem: Meal for Tucker and Anderson | | | | | | |
| 7/17/2008 | Meals | 1.00 | $50.97 | $50.97 | 0.00 | $50.97 | Billable |
| | Per Diem: meals for Anderson and Tucker. | | | | | | |
| 7/18/2008 | Meals | 1.00 | $63.52 | $63.52 | 0.00 | $63.52 | Billable |
| | Per Diem: groceries to cook in apartment. | | | | | | |
| 7/18/2008 | Meeting Expenses | 1.00 | $38.50 | $38.50 | 0.00 | $38.50 | Billable |
| | Meeting: collection crews and administrative staff of SWMD mandatory meeting where GBB's presentation to the court was summarized. | | | | | | |
| 7/18/2008 | Meeting Expenses | 1.00 | $10.00 | $10.00 | 0.00 | $10.00 | Billable |
| | Meeting: Collection crews and administrative staff mandatory meeting to discuss GBB's report to the Court. | | | | | | |
| 7/18/2008 | Meeting Expenses | 1.00 | $8.99 | $8.99 | 0.00 | $8.99 | Billable |
| | Meeing: Collection crews and administrative staff to review of GBB's presentation to the court. | | | | | | |
| 7/18/2008 | Meals | 1.00 | $26.46 | $26.46 | 0.00 | $26.46 | Billable |
| | Per Diem: meal for Jack and Chace | | | | | | |
| 7/19/2008 | Meals | 1.00 | $16.02 | $16.02 | 0.00 | $16.02 | Billable |
| | Per diem: groceries to cook in the apartment | | | | | | |
| 7/19/2008 | Meals | 1.00 | $45.00 | $45.00 | 0.00 | $45.00 | Billable |
| | Per diem meals = $45 (split) - Anderson and Tucker | | | | | | |
| 7/19/2008 | Meeting Expenses | 1.00 | $45.89 | $45.89 | 0.00 | $45.89 | Billable |
| | Meeting = $45.89 (split) - Tucker and Anderson | | | | | | |
| 7/19/2008 | Miscellaneous Travel Expenses | 1.00 | $51.70 | $51.70 | 0.00 | $51.70 | Billable |
| | Per diem: fuel | | | | | | |
| 7/20/2008 | Meals | 1.00 | $8.50 | $8.50 | 0.00 | $8.50 | Billable |
| | Per diem: meal | | | | | | |
| 7/21/2008 | Meals | 1.00 | $8.53 | $8.53 | 0.00 | $8.53 | Billable |
| | Per diem: ice cream | | | | | | |
| 7/22/2008 | Meals | 1.00 | $24.99 | $24.99 | 0.00 | $24.99 | Billable |
| | Per diem: food | | | | | | |
| 7/23/2008 | Meals | 1.00 | $45.25 | $45.25 | 0.00 | $45.25 | Billable |
| | Per diem: $45.25, Tucker and I met to prepare for meeting with Chief Judge. | | | | | | |
| 7/24/2008 | Meals | 1.00 | $28.50 | $28.50 | 0.00 | $28.50 | Billable |
| | Per deim: dinner | | | | | | |
| 7/24/2008 | Meals | 1.00 | $14.44 | $14.44 | 0.00 | $14.44 | Billable |
| | Per diem: food | | | | | | |

BillQuick Standard Report Copyright 2007. Last Modified on: 9/4/2008

# Gershman, Brickner & Bratton, Inc. 55

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

| | |
|---|---|
| Project ID: | 07066:01 |
| Project Name: | US District Court for Guam - Receivership |
| Manager: | HWG |
| Client ID: | 07066 |

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 7/1/2008 to 7/31/2008 | CA to CA | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 7/25/2008 | Meals | 1.00 | $20.14 | $20.14 | 0.00 | $20.14 | Billable |
| | per diem: meal | | | | | | |
| 7/25/2008 | Lodging | 1.00 | $167.11 | $167.11 | 0.00 | $167.11 | Billable |
| | Best Western Pioneer Inn in Hawaii during layover from Guam. Placed on American Express card. | | | | | | |
| 7/25/2008 | Plane | 1.00 | $5,413.22 | $5,413.22 | 0.00 | $5,413.22 | Billable |
| | Airfare for return trip from Guam - 07/25 - 26 | | | | | | |
| 7/25/2008 | Miscellaneous Travel Expenses | 1.00 | $52.23 | $52.23 | 0.00 | $52.23 | Billable |
| | Per diem: fuel | | | | | | |
| 7/25/2008 | Car Rental | 1.00 | $1,446.52 | $1,446.52 | 0.00 | $1,446.52 | Billable |
| | Rental car cost placed on American Express for period between June 29 and July 25, 2008. | | | | | | |
| 7/25/2008 | Meals | 1.00 | $3.02 | $3.02 | 0.00 | $3.02 | Billable |
| | Per Diem: coffee at airport | | | | | | |
| 7/25/2008 | Miscellaneous Travel Expenses | 1.00 | $21.00 | $21.00 | 0.00 | $21.00 | Billable |
| | per diem: fuel for rental car | | | | | | |
| 7/25/2008 | Meals | 1.00 | $11.63 | $11.63 | 0.00 | $11.63 | Billable |
| | Per diem: meal in Hawaii during layover returning from Guam. | | | | | | |
| 7/25/2008 | Car Rental | 1.00 | $48.95 | $48.95 | 0.00 | $48.95 | Billable |
| | Budget car rental 7/24-25/08 in Maui. Confirmation number 24360459US4.; placed on american express card | | | | | | |
| 7/27/2008 | Meals | 1.00 | $3.99 | $3.99 | 0.00 | $3.99 | Billable |
| | Per diem: coffee | | | | | | |
| 7/28/2008 | Parking | 1.00 | $12.00 | $12.00 | 0.00 | $12.00 | Billable |
| | Per diem: parking for meeting while in Nashville. | | | | | | |
| 7/28/2008 | Meals | 1.00 | $2.90 | $2.90 | 0.00 | $2.90 | Billable |
| | Per diem: coffee | | | | | | |
| 7/29/2008 | Meals | 1.00 | $10.76 | $10.76 | 0.00 | $10.76 | Billable |
| | per diem: meal in airport | | | | | | |
| 7/29/2008 | Meals | 1.00 | $7.64 | $7.64 | 0.00 | $7.64 | Billable |
| | Per diem: meal in airport | | | | | | |
| 7/29/2008 | Car Rental | 1.00 | $137.11 | $137.11 | 0.00 | $137.11 | Billable |
| | Per diem: car rental while in Nashville for meeting with Manning. | | | | | | |
| 7/29/2008 | Meals | 1.00 | $50.00 | $50.00 | 0.00 | $50.00 | Billable |
| | per diem: meal in airport | | | | | | |
| 7/29/2008 | Miscellaneous Travel Expenses | 1.00 | $26.19 | $26.19 | 0.00 | $26.19 | Billable |
| | Per diem: fuel for rental car while meeting with Manning in Nashville. | | | | | | |

BillQuick Standard Report Copyright 2007. Last Modified on: 9/4/2008

# Gershman, Brickner & Bratton, Inc. 56

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

**Project ID:** 07066:01
**Project Name:** US District Court for Guam - Receivership
**Manager:** HWG
**Client ID:** 07066

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 7/1/2008 to 7/31/2008 | CA to CA | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount |
|---|---|---|---|---|---|---|
| | Sum of Billable Expenses: | | | $8,476.46 | | $8,476.46 |
| | Billable + Non-Billable Total: | | | $8,476.46 | | $8,476.46 |

BillQuick Standard Report Copyright 2007. Last Modified on: 9/4/2008

**Jim Plutino** 

From:            Continental Airlines, Inc. [continentalairlines@continental.com]
Sent:            Wednesday, July 02, 2008 6:02 PM
To:              Cora Chaply
Subject:         eTicket Itinerary and Receipt for Confirmation ADY2FM

To ensure delivery of this e-mail please add **continentalairlines@continental.com** to your address book or approved senders list. See instructions for adding us to your address book.

 Confirmation: 
ADY2FM

Issue Date: July 02, 2008

| Traveler | eTicket Number | Frequent Flyer | | Seats |
|---|---|---|---|---|
| ANDERSON/RICHARDCMR | 0052168334758 | CO-HL643263 Silver / ST Elite | 1D/---/---/29K/2A |  |

## FLIGHT INFORMATION

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Fri, 25JUL08 | CO2[1] | D | GUAM IS SW PAC (GUM) **6:25AM** | HONOLULU HNL (HNL) **5:40PM (24JUL)** | 767-400 | Breakfast |
| Thu, 24JUL08 | CO9048[2] | J | HONOLULU HNL (HNL) **7:05PM** | KAHULUI HAWAII (OGG) **7:42PM** | | |
| Fri, 25JUL08 | CO9047[3] | H | KAHULUI HAWAII (OGG) **7:00PM** | HONOLULU HNL (HNL) **7:34PM** | | |
| Fri, 25JUL08 | CO72 | H | HONOLULU HNL (HNL) **9:10PM** | HOUSTON BUSH INTL (IAH) **9:55AM (26JUL)** | 767-400 | Snack |
| Sat, 26JUL08 | CO3003[4] | H | HOUSTON BUSH INTL (IAH) **10:45AM** | NASHVILLE (BNA) **12:37PM** | ERJ-145 | |

[1]Operated by CONTINENTAL MICRONESIA

[2]Operated by HAWAIIAN AIR

[3]Operated by HAWAIIAN AIR

[4]Operated by EXPRESSJET AIRLINES INC doing business as CONTINENTAL EXPRESS

## FARE INFORMATION

| Fare Breakdown | | Form of Payment: |
|---|---|---|
| Airfare: | 5,533.00USD | AMERICAN EXPRESS |
| Guam Inspection Service Charges: | 6.40 | Last Four Digits XXXX |
| U.S. Passenger Facility Charge: | 10.50 | |
| U.S. APHIS User Fee: | 5.00 | |
| U.S. Federal Transportation Tax: | 62.82 | |
| U.S. Flight Segment Tax: | 10.50 | |
| U.S. Security Service Fee: | 10.00 | |
| Per Person Total: | 5,638.22USD | |
| eTicket Total: | 5,638.22USD | |

The airfare you paid on this itinerary totals: 5,533.00 USD

Less $225.00 - see p.58
= $5413.22 ✓

1

58



# Payment

## Credit/Debit Card    Fields marked with asterisks(*) are required.

Only U.S., Canadian, Australian and Philippines credit cards and billing addresses ac

First Name            Last Name

*Billing Address 1

Billing Address 2

*City                 *State

*Zip Code             *Country
                      United States

*Type

*Number

*Expiration Date
                      2008



## Cover Your Trip

○ **$7.00  Airline Travel Insurance**

⦿ No, Thank You
One low price covers all passengers
Get a reimbursement for:

- Trip cancellation or interruption due to inclement weather, illness or injury
- Emergency medical and transportation expenses
- Lost baggage

...and more

Learn more                    *US residents only

## Gift Card/Gift Certificate

☐ **Use a Hawaiian Airlines Gift Card/Gift Certificate**
Check here if you would like to apply one or more gift cards and/or certificates to your purchase.

## Flight Reservations

Boarding begins 50 min prior to departure. Gates close 15 min prior to departure.

### Itinerary Information

|  | DEPART | ARRIVE | CLASS | FLIGHT |
|---|---|---|---|---|
| **Departure Flight** | SEP 18, 07:11 PM<br>Oahu - Honolulu (HNL) | SEP 18, 07:48 PM<br>Maui - Kahului (OGG) | Coach | HA196 |
| **Return Flight** | SEP 19, 06:47 PM<br>Maui - Kahului (OGG) | SEP 19, 07:21 PM<br>Oahu - Honolulu (HNL) | Coach | HA195 |

### Passenger Information

| NAME | HMAcct | SEAT<br>HNL-OGG | SEAT<br>OGG-HNL |
|---|---|---|---|
| Richard Anderson |  | 15F | 25E |

## Payment Information

### Cost Summary

| | |
|---|---|
| Cost per Traveler | $213.00 |
| # of Travelers | x 1 |
| Taxes and Fees<br>Segment taxes, passenger facility charges.<br>and September 11 Security Fee | $12.00 |
| Subtotal | $225.00 |

## Total Air Travel Cost (USD)    **$225.00**

○ Travel Insurance AIG Travel Guard  Frequently Asked Questions

⦿ No, Thank You

*Estimated charge for side trip airfare for C. Anderson*



**Best Western Pioneer Inn**
658 Wharf St
Lahaina, HI 96761
Ph:808-661-3636 Fax:808-667-9366
BWPioneerinn@hawaii.rr.com



Page 1 of 1

**Richard Anderson**
**8550 Arlington Blvd**
**Fairfax, VA 22031-4620**
**6006637247365273**

| Room | Folio | Checkin | Checkout | Balance |
|---|---|---|---|---|
| 17 | 47962 | 07/24/2008 | 07/25/2008 | 0.00 |
| Master Folio | | Best Available Rate | | |

| Date | Room | Description | Charges | Credits | Balance |
|---|---|---|---|---|---|
| 07/24/2008 | 17 | Room Taxable | 149.99 | 0.00 | 149.99 |
| 07/24/2008 | 17 | Sales Tax - 4.166% | 6.25 | 0.00 | 156.24 |
| 07/24/2008 | 17 | Hotel Tax - 7.250% | 10.87 | 0.00 | 167.11 |
| 07/25/2008 | 17 | American Express | 0.00 | 167.11 | 0.00 |

*07066:01*

*Chace Anderson*

*American*

*Express*

SLS
07/25/2008   11:38 AM

Each Best Western hotel is independently
owned and operated.



Chace Anderson 07066-01



```
RENTAL: 06-29-08 1803  GUAM INTL. AIRPORT      7730050
RETURN: 07-25-08 0414  GUAM INTL. AIRPORT      7730050
```

EX MO          1(NT) $1448.00

```
              RICHARD ANDERSON      #1:           CDP:
HERTZ RENT A CAR
Hertz System Licensee FT:                HG:
671-642-3210
OWN/VEH: 77300/0007799  07 MINI SUV      LIC: MER6821      VEH CLASS: C
LDW1    DECLINED AT $15.95 PER DAY
PAI     DECLINED AT $9.95 PER DAY    MILEAGE IN:      13650
PEC     DECLINED AT $5.95 PER DAY    MILEAGE OUT:     13563
LIS     DECLINED AT $7.95 PER DAY    MILES DRIVEN:       87
                                     TR-X MILES DRIVEN:
FPO     DECLINED -  FUEL & SVC APPLIED  TOTAL MILES DRIVEN:   87
        $6.50 GL    TK CAP: 13.2     MILES ALLOWED:
        FUEL OUT: FULL  FUEL IN: FULL  MILES CHARGED:
ADDITIONAL CHARGES:
FAC FEE    1 -   $.50/DAY (NT)       PLAN IN:  WIP    $65.85 / DAY
                                     PLAN OUT: WIP   $395.00 / EX WEEK
                                     RATE CLASS: C    $16.46 / EX HOUR
                                                      $65.85 / EX DAY
```

```
MILEAGE CHG          $
SUB TOTAL            1448.00
DISCOUNT 10%      $  -144.80
FAC FEE      (NT)     13.00
CON.FEE RECOVERY (NT)  130.32
```

```
                                     TOTAL CHARGES       $ 1446.52

RENTAL FORM OF PAYMENT: AMEX   XXXXXXXXXXX2019      CC APP$1250.00/2114
RETURN FORM OF PAYMENT: AMEX   XXXXXXXXXXX2019      CC APP$1447.00/2114

                                     NET DUE             $ 1446.52
                                     CHARGED ON AMEX     $ 1446.52
                                     BALANCE DUE         $
```

```
BANK OF GUAM
THE PEOPLE'S BANK
HERTZ RENT A CAR
GUAM AIRPORT, TAMUNING
(671) 646-4686

BATCH No.      : 000382
TERMINAL ID    : 11569601
CARD           : AMEX
CARD No.       : XXXXXXXXXXX2019 / Swiped
REF No.        : 3287
TICKET         : 002114
TRANS.         : ACTUAL SALE
PRE AUTHORIZATION-SALE
APPROVAL CODE                    AMOUNT
567416                    $    1,249.34
AMOUNT OVER                      AMOUNT
APPROVAL CODE                    197.18
567416
TOTAL AMOUNT:            $    1,446.52
Tran Date/Time :  06-29-08   18:04:57
                    Customer Copy
                    Thank you!
```

T H A N K   Y O U   F O R   R E N T I N G   F R O M   H E R T Z

```
RESERVATION INFORMATION:        0 /
PREPARED BY:  JNE      COMPLETED BY:  ARM2
STATEMENT OF CHARGES - NOT VALID FOR RENTAL
```

RENTAL RECORD   A70686   I



(61)



```
RENTAL: 06-29-08 1803  GUAM INTL. AIRPORT        7730050
DUE   : 07-21-08 0500  GUAM INTL. AIRPORT        7730050
```

| RATE PLAN: WIP | | RATE CLASS: C | | | | |
|---|---|---|---|---|---|---|
| DAYS | NT | 1 | $ | 65.85 | / | MI |
| WEEKS | NT | 3 | $ | 395.00 | / | MI |
| MONTHS | NT | | $ | 1448.00 | / | MI |
| EX DAYS | NT | | $ | 65.85 | / | MI |
| EX HOURS | NT | | $ | 16.46 | / | MI |

```
              RICHARD ANDERSON        #1:          CDP:
HERTZ RENT A CAR     PAID BY:AMEXXXXXXXXXXXXX2019  AUTH: $1250.00/2114
Hertz System Licensee FT:             HG:
671-642-3210
OWN/VEH: 77300/0007799  07 MINI SUV        LIC: MER6821      VEH CLASS: C
MILES OUT 13563  FUEL:    8/8  TK CAP: 13.2  LOT/ROW/STALL:
```

```
THIS VEHICLE MUST BE RETURNED TO GUAM INTL. AIRPORT    ON 07-21-08
AT 0500  OR A HIGHER RATE AND/OR INTER CITY FEE WILL APPLY.
```

DISCOUNT 10.00%

```
OPTIONAL SERVICES OF:
  - LDW      DECLINED AT $15.95 PER DAY
  - PAI      DECLINED AT $9.95 PER DAY
  - PEC      DECLINED AT $5.95 PER DAY
  - LIS      DECLINED AT $7.95 PER DAY
  -
  - FPO      DECLINED
```

```
FAC FEE        (NT) $   .50/DAY
CON.FEE RECOVERY   (NT)  10.00%
FUEL & SVC  (NT)  .260 MI $6.500 GL
```

NO ADDITIONAL AUTHORIZED OPERATORS WITHOUT HERTZ' PRIOR WRITTEN APPROVAL

LIS IF ACCEPTED CSL=$500,000.

BY YOUR INITIALS YOU ACKNOWLEDGE AND AGREE TO THE ABOVE CONDITIONS: _____

```
BY SIGNING BELOW, YOU ACCEPT THE TERMS OF THIS AGREEMENT AND YOU AGREE THAT ANY INSURANCE
THAT PROVIDES COVERAGE TO YOU OR TO THE OPERATOR OF THE CAR WILL BE PRIMARY.  IN THE EVENT OF ANY CLAIMS
ARISING FROM THE OPERATION OF THIS VEHICLE, THE JUST-MENTIONED INSURANCE SHALL BE RESPONSIBLE FOR THE
PAYMENT OF ALL PERSONAL INJURY AND/OR PROPERTY DAMAGE CLAIMS UP TO THE LIMITS OF SUCH INSURANCE.
```

```
ALL LIABILITY PROTECTION WILL BE VOID IF VEHICLE IS;
   -DRIVEN UNDER THE INFLUENCE OF ALCOHOL OR DRUGS.
   -ENGAGED IN ANY WILLFUL OR WANTON MISCONDUCT SUCH AS OFF-ROAD USE.
```

LDW1 INSURANCE IS FULL VALUE DEDUCTIBLE AND EXCLUDES TIRE/WHEEL/HUBCAP DAMAGE.

```
NOTICE:  IF YOU DECLINE THE OPTIONAL LOSS DAMAGE WAIVER (LDW) YOU
ARE RESPONSIBLE FOR ANY VEHICLE LOSS OR DAMAGE REGARDLESS OF FAULT.
BY SIGNING THIS AGREEMENT YOU AGREE AND UNDERSTAND THE ABOVE AND
ALL TERMS, CONDITIONS AND YOUR OBLIGATIONS SHOWN ON THE FOLDER
DELIVERED TO YOU WITH THIS RENTAL RECORD.
```

PREPARED BY: JNE

X _____

RENTAL RECORD   A70686   I

KAHULUI AIRPORT

RENTAL RECORD:                RX0016461
ANDERSON    RICHARD
COMPLETED BY:                 DEDWAT
RENTED:   KAHULUI AIRPORT
RENTAL:   07-24-08    2124
RETURN:   07-25-08    1601
MILES IN: 7604  OUT:  7539
MILES DRIVEN:     65
PLAN IN/OUT:          SPC  /WALK
CLS: CDAR

   1 DAYS      40.00      40.00
SUBTOT                    40.00
TAXABLE TOT               40.00
SALES TAX  INCLUDED
HAAPCONFEE                 3.28
FFTRS                      .50
GET                       1.84
RNTLVEHSRG                3.00
VLFEE                      .33
NET DUE                   48.95
PAYMENTS                 -48.95
PAID BY:  AX
CREDIT CARD #:    ***********2019
FT# UA 03198056714

THANK YOU FOR CHOOSING THRIFTY CAR RENTAL

THRIFTY CAR RENTAL-BNA AIRPORT
BURGNER ENTERPRISES INC. 1201 BRILEY PAR
NASHVILLE, TN  37217    07066:01
Phone: (615) 275-4257      PerDiem
Fax:                       For Car
                           Chace
RA#:    N1417363
Renter:  RICHARD ANDERSON
Rented:  07/26/08   14.26   BNA
Returned: 07/29/08  15.52   BNA
Unit#:   98905      Class: 97
Odom Out: 18,033       In: 18,166
Miles Driven:   133

- - - - - - - C H A R G E S - - - - - - -
Daily             1              32.45
Daily (sp)                       61.35
Net T&M                          93.80

FF SURCHARGE                      2.00
Convention Center Tax             .94
Contract Facility Charge         16.00
Concession Fee Recovery           9.56
STATE SURCHARGE BNA               3.58
Tax 1- BNA                       11.23
Subtotal of Other Charges        43.31

Total Charges                   137.11

Payment MC 54XX 9191            137.11
Total Deposits/Payments         137.11



| Rental Location | Vehicle Information | Rental Expires On | Rental Agreement Number |
|---|---|---|---|



## AII - OPTIONAL LOSS DAMAGE WAIVER ("LDW"), PARKING FINES, AND ESTIMATED CHARGES

nal Loss Damage Waiver - By entering into this Agreement, You are liable for any damage to or loss of the Vehicle resu
a collision or other peril. The Company offers, for an additional charge, an optional LDW to cover Your responsibility or
o or loss of the rental Vehicle. Before deciding whether to purchase LDW, You should determine whether Your own vehicle i
affords cov___ ___ ___ for damage to or loss of the rental Vehicle and the amount of the deductible.

OPERATE THE VEHICLE IN VIOLATION OF THE PROH
OR CLOSE AND LOCK ALL
ND THE PO
WHEN OT

...ach infra

...:ess or su
...s for the re
...the Vehic

...sewhere.

**Hotel:**
Charge No.: 07066-01
Confirmation No.:



**Location: Ladera Towers**

Amt.: $

🖨 <u>Printer Friendly Version</u>

**Confirmation**
## Your Reservation Confirmation Number: **551773674**
Your reservation is confirmed. A copy of your reservation has been sent to cchaply@gbbinc.com . You may also print this page for future reference.
Thank you for booking at bestwestern.com.
If you have any questions regarding your reservation, please call 1-800-780-7234 (U.S. and Canada), <u>email us</u>, or <u>click here</u> for International Reservation Numbers.

## Reservation Information



**Best Western Pioneer Inn**
658 Wharf Street
Lahaina, Hawaii
96761-1266, United States
**Phone:** 808/661-3636
**Fax:** 808/667-5708

CAR:
Budget Rental
**Confirmation number 24360459US4**
**Total confirmed rate 67.80 USD**

**pick-up**
**Thu, Jul 24, 2008 08:00 PM**

**KAHULUI AIRPORT**
865 WEST MOKUEA PLACE
KAHULUI, MAUI, HI 96732 US
Location code OGG

$ 48.55      07066-01

<u>pick-up service available</u>

**hours** Sun - Sat 5:30 AM - 11:00 PM
**phone** 808-871-8811
**return**
**Fri, Jul 25, 2008 06:00 PM**

**KAHULUI AIRPORT**
865 WEST MOKUEA PLACE
KAHULUI, MAUI, HI 96732 US
Location code OGG

Thrifty Rental
   **Reservation for:   RICHARD ANDERSON**
   **Confirmation # DSL5MT**

   **Blue Chip #:**        **BQ4HT5**



**TIME & PLACE**
   **Pickup Location:**    NASHVILLE AIRPORT, TN, USA

**YOUR VEHICLE**
**Compact 2-4 Door:**

5





07066:01
Chace
Meals $13.00

Hotel Nikko Guam
MAGELLAN
Tumon, Guam
(671)649-8815

!Table ##126
Trans#: 198054    Serv: CHARLES
Cashier: MILYN
07/01/2008 01:14:06 PM   #Cust:4
LOCAL

Quan Description                Cost

4 Lunch Loc Ad TWTS $12        $48.00
1 Service Charge                $4.80

Net Total:          $52.80
10% Svc.Chg.:        $0.00

TOTAL:         $52.80
Food:$48.00
Other:$4.80

CASH                          $52.80

Room number : _____
Name : _____
Signature
Watch for New
Daily Specials ...

(bottom left Citibank receipt, rotated)
07066:01
Meals $13.00
Chace
AMERICAN BAKERY
...
$13.00
CUSTOMER COPY

---

65

(center receipt, upside down)
THANK YOU!
Customer Copy
00:0000           Batch#: 00000
Online          Apprvd:
01575Q       Appr Code:
21:21:21        Inv #: 00006
08/10/20
23.98        $        :Total
Entry Method: Swiped
MASTERCARD
XXXXXXXXXXXXX19191
Sale
Ref #: 0006
Merchant ID: 00001832166
Term ID: 21E6582

07066:01
Groceries Chace $23.90

---

07066:01
meals
Chace $89.41

PAYLESS SUPERMARKETS
MICRONESIA MALL REGMS
(671) 637-7233

BATCH No.      :  000182
TERMINAL ID    :  4749479
CARD           :  MASTERCARD

CARD No.  :  XXXXXXXXXXXXX19191 / Swiped

RREF No.       :  4773
INVOICE        :  004382
TRANS.    :  CREDIT CARD SALE

AMOUNT    :          $       89.41

Tran Date/Time :  07/04/08        14:56:51
APPROVAL       :  055952

Customer Copy
Thank you!

---

07066:01
Groceries
Chace $49.79

BANK OF GUAM
THE PEOPLE'S BANK

PAYLESS MICROMALL #5
DEDEDO, GUAM
(671) 637-7233

BATCH No.      :  000181
TERMINAL ID    :  3750367
CARD           :  MASTERCARD

CARD No.  :  XXXXXXXXXXXXX19191 / Swiped

RREF No.       :  16843
INVOICE        :  000802
TRANS.    :  CREDIT CARD SALE

AMOUNT    :          $       49.79

Tran Date/Time :  07/02/08        16:10:54
APPROVAL       :  01589Z

Customer Copy
Thank you!

---

07066:01
Groceries
Chace $15.98

BANK OF GUAM
THE PEOPLE'S BANK

CALIFORNIA MART 4
TAMUNING, GUAM
(671) 649-2556

BATCH No.      :  000406
TERMINAL ID    :  3855475
CARD           :  MASTERCARD

CARD No.  :  XXXXXXXXXXXXX19191 / Swiped

RREF No.       :  1409
INVOICE        :  001308
TRANS.    :  CREDIT CARD SALE

AMOUNT    :          $       15.98

Tran Date/Time :  07/05/08        14:38:36
APPROVAL       :  04515Z

Customer Copy
Thank you!

---

07066-01



Per Diem
07066:01
Food
Chace Anderson

**BANK OF GUAM**
THE PEOPLE'S BANK

**SUPERMART**
REG#3 MANGILAO GU
(671) 735-6278

BATCH No.          000014
TERMINAL ID        3520137
CARD               MASTERCARD
CARD No.   XXXXXXXXXX9191 / Swiped
RREF No.           00185
INVOICE            005305
TRANS.   CREDIT CARD SALE

AMOUNT                  $   15.66

Tran Date/Time    07/09/08   16:56:25
APPROVAL

Customer Copy
Thank you!



SUPERMARKET
$7.?? 7/1/08
07066:01
Chace Anderson

Per Diem
07066:01
Food

**BANK OF GUAM**
THE PEOPLE'S BANK

**SUPERMART**
REG#2 MANGILAO, GU
(671) 735-6278

BATCH No.          000261
TERMINAL ID        3520137
CARD               MASTERCARD
CARD No.   XXXXXXXXXX9191 / Swiped
RREF No.           3267
INVOICE            000562
TRANS.   CREDIT CARD SALE

AMOUNT                  $   16.65

Tran Date/Time    07/13/08   18:43:29
APPROVAL              :   045342

Chace Anderson

---

66

07066:01
Public Square Garage
244-2330           PARKING
Ed North MANAGER
$12
Chace

Rcpt# 32953
07/28/08 13:57   L# 4 A# 8   Txn# 83344
07/28/08 11:21 In   07/28/08 13:57 Out
Tkt# 039297

Fee 1            $ 12.00
Total Fee        $ 12.00
CASH PAID        $ 12.00-
Cash Tender      $ 20.00
Change Due       $  8.00
Thank You For Parking
With Us Today !!!

07066:01 Chace
Groceries
Per Diem

**BANK OF GUAM**
THE PEOPLE'S BANK

**PAYLESS SUPERMARKETS**
MICRONESIA MALL REG #1
(671) 637-7233

BATCH No.          000770
TERMINAL ID        1251894          7/18/08
CARD               MASTERCARD
CARD No.   XXXXXXXXXX9191 / Swiped
RREF No.           1297
INVOICE            001167
TRANS.   CREDIT CARD SALE

AMOUNT                  $   63.52

Tran Date/Time   07/18/08     17:03:23
APPROVAL             005652

Customer Copy
Thank you!

---

7/12/08 Chace Anderson
Per Diem
$11.00    07066:01

671-735-1146
**HAEJUNG MINI MART**
P O BOX 5606
HAGATNA, GU 96932

TERMINAL I.D.:              0347
MERCHANT #:               20347

MASTERCARD     ITEM #: 008
**************9191
SWIPE
SALE

DATE: JUL 12, 2008   TIME: 20:15
AUTH NO: 01546Z

TOTAL            $11.00

RICHARD C ANDERSON

X

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
MERCHANT AGREEMENT IF CREDIT VOUCHER

---

07066:01
Per Diem

HYATT RGCY GM LA MIREN
1155 PALE SAN VITORES R   Chace
TUMON 96913, GU 96913     Anderson

TERMINAL ID:   083368040   $40.20
MERCHANT #:    102071103993

MC
#xxxxxxxxxxxxx9191
CLK: 143
**SALE**
BATCH: 001476        FOLIO #: 076587
DATE: JUL 13, 09     TIME : 15:22
SQ: 002              DEPT #: 025232

MDSE/SERVICES          $35.20

TIP

TOTAL                  40.20

67

Per Diem
07066.01
pqq1

07066-01

Fuel 7/6/08
07066.01 Chace Anderson

Chace Anderson

**BANK OF GUAM**

**SUPERMART**
REBKS MANGILAO GU
(671) 735-6278

BATCH No.    : 0002274
TERMINAL ID  : 35195956
CARD No.     : XXXXXXXXXXX5151 / Swiped
REF No.      : 0035905
INVOICE      : 4108
TRANS.       : CREDIT CARD SALE
AMOUNT       : 15.86

Tran Date/Time : 07/09/08
APPROVAL       : 055702
Customer Copy
Thank you!

06:56:25

---

SHELL TAMUNING
186 CHALAN SAN ANTONIO
TAMUNING, GU 96913
671-649-5865

XXXXXXXXXXX06573 8630
7/06/08          TIME 04:30 PM
                 OP# 00
                 EXP XXXX 5

030 MC SALE
XXXXXXXXXXXX9191
AUTH/TKT 035642

TAL =        $53.25

...E TO PAY ABOVE TOTAL AMOUNT
...ING TO CARD ISSUER AGREEMENT
...ANT AGREEMENT IF CREDIT VOUCHER)

AND C ANDERSON

---

SUPERMARKET
$7.74  7/11/08
07066.01
Chace Anderson

Food For
Meetings
WINCHELL'S
AGANA
07066.01
Chace Anderson

---

Agana Mobil Service Station
PO BOX EU
Agana Guam 96910
671-472-2120
*** Phone ***

**\*\*\* Duplicate \*\*\***
Transaction #:25213944
Tax Invoice #:441219
Honoria

POS: 1

Store No.: 549
07/11/08        8:46:56 AM

Fuel Per Diem
07066.01

Fuel Sale
Pump # 3 Syn Regular
10.875 Gallons @ $ 4.929/gal   53.60

Total $:                       53.60

Master:                        53.60
Change                          0.00

Chace Anderson

Master
CARD NUM  : XXXXXXXXXXXX9191
EXP. DATE : 10/03

TERMINAL   : 549001
APPROVAL # : 04562Z
RECEIPT #  : 107575
SALES RPT # : 424
SEQUENCE # : 33

I agree to pay the above Total Amount
according to Card Issuer Agreement.

Signature: _____

Thank You - Please Come Again Soon

07066:01
PerDiem
MealsFor Tucker
& Anderson
BANK OF GUAM

SONG HUONG RESTAURANT

Chace    ANTIGUA, GUAM
(671) 477-2371    7/15/08

BATCH No.     : 000107
TERMINAL ID   : 9186902
CARD          : MASTERCARD
CARD No. : XXXXXXXXXXX9191 - S/XXX
RREF No.      : 2104
INVOICE       : 001901
SERVER No.    : 1
TRANS.   : CREDIT CARD SALE

AMOUNT    :           $    2?.??

TIP AMOUNT:           $    5.00

(IF ANY, PLEASE SIGN)

AL AMOUNT:            $ 28.50

Tran Date/Time :  ??16/08    ??:25:55
APPROVAL    :  025082

---

07066:01
PerDiem
Meals FoR Chace
& Jack PaiD by
Chace

(61)

    671-472-2000
JAMAICAN GRILL
P.O. BOX CF
AGANA  96932

TERMINAL I.D.:  7/17/08    3385
MERCHANT #:          13813

MASTER SRV: 3004  ITEM #: 018
***********9191
SWIPE
PRE-SALE

DATE: JUL 17, 2008  TIME: 20:37
           AUTH NO: 035772

BASE            $42.97
                  8.97
TIP
                 50.97
TOTAL

RICHARD C ANDERSON    $50.97

X_____

GRATUITY GUIDELINE
15%=$6.44  20%=$8.59

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

(68)







Perdieum meeting
JUCKER
Anderson
Chace
7/19/08

07-066!.01 Chace
Perdiem 7/23/08
Chace Anderson
$45.25

671-649-5858
TUMON BAY LOBSTER&GRILL
P.O. BOX 3609
HAGATHA, GU 96932

07066!.01

TERMINAL I.D.:                0519
MERCHANT #:                   21709

MASTERCARD     ITEM #: 001
***********9191
SWIPE
PRE-SALE

DATE: JUL 19, 2008  TIME: 18:52
AUTH NO: 05523Z

BASE          $76.89
TIP           14.00
TOTAL        $90.89

RICHARD C ANDERSON
X

GRATUITY GUIDELINE
15%=$11.53   20%=$15.37

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

---

## Mermaid Tavern and Grille

140 Aspinall Ave, Suite 101
Hagatna, GU 96910

Date:       07/23/2008 01:06PM
Card Type:  Visa/MASTERCARD
Acct Num:   ***********9191
Exp Date:   **/**
Customer:   ANDERSON/RICHARD C
Auth Code:  00574Z
Check:      3867
Table:      D6-1
Server:     8002 Renae

Amount:          $39.25

Tip _____ 6.00

Total _____ $45.25

Signature _____

Thank you for visiting
Mermaid Tavern and Grill
Please come again
PHONE (671) 472-2337

45.89-Meeting
45.00-Pu din
Food

---

Food for
Meetings
AGAT 76
07-066.01
Chace Andes-
00247561-
7/23.18
CASH
CHANGE

07-066!.01    Meeting    $8.99    Chace    7/18/08

AGAT76   123456

WELCOME TO SPEC
AGAT.

AGAT 76
200 ROUTE 2
AGAT
DLR #    00247561

GU

19:09
2DORE 125%K   $9.991
DISC   1-0.991
SUBTOT   $8.99
TOTAL   $8.99
VISA   $8.99
XXXXXXXXXXXX3910

07/18/08

FL/ABIAX - $3.99
TAX FD   $6.00
RECEIPT NO. 1-9234

CUSTOMER SIGNATURE

THANK YOU

07066:01
Perdiem
Fuel
Chace

**WELCOME**
**TO K&J MARKET**
**SALES RECEIPT**
91 002 738452
SHELL
351 HARDING PLACE
NASHVILLE
TN 37211

DATE 07/29/08  3:37PM
INVOICE# 016386
AUTH# 03573Z
  MASTERCARD
  ACCOUNT NUMBER
XXXX XXXX XXXX 9191
ANDERSON/RICHARD C

PUMP PRODUCT  $/G
 02  UNLD  $3.799

GALLONS  FUEL TOTAL
6.894  $ 26.19

THANK YOU.
COME BACK SOON!

Perdiem 7/19/08
Fuel
07066:01 on
Chace

**BANK OF GUAM**
~~THE PEOPLE'S BANK~~

**AGAT MOBIL**
PO BOX 12279 TAM, GU 96931
(671) 565-7940

BATCH No.  :  000674
TERMINAL ID  :  4275236
CARD  :  MASTERCARD
CARD No.  :  XXXXXXXXXX9191 / Swiped

RREF No.  :  15614
INVOICE  :  003801
TRANS.  :  CREDIT CARD SALE

AMOUNT  :  $  51.78

Tran Date/Time  :  07/19/08  17:02.53
APPROVAL  :  005162

Customer Copy
Thank you!

Thank You ~ Please Come Again Soon

**        176342
1625
aomyna

51.70
51.70
51.70
0.00

---

Fuel
07066:01
Chace Anderson

WELCOME TO
open card/cash

SHELL - UPPER TUMON
TUMON, GUAM
CITIBANK N.A.
TERMINAL ID. : Chace

MASTERCARD - CARD SWIPE
*** ** ** ******9191
SALE
INVOICE: 022917  BATCH: 00073
DATE: JUL 15, 08  TIME: 12:
RRN: 000041165142
AUTH NO: 045792

TOTAL 7/15/08  $56.00

CUSTOMER COPY

07066:01
Fuel Perdiem

7/26/08

$52.23
$53.23

SELLER'S ID

X
BUYER'S SIGNATURE
Fuel 07-066:01

Fuel 07-066:01

CUSTOMER COPY

HMSHOST
STARBUCKS COFFEE
KAHULUI AIRPORT

5329 TIFFANI

CHK 9590 JUL25'08 4:21PM GST

1 GRND ICD COFFEE     2.90

TAX                   0.12
AMOUNT PAID           3.02
CASH                 10.00
CHANGE DUE            6.98

*07066:01*
*Perdiem*
*Travel/*
*meals*
*Chace*
*Andera*

*************************
*      Customer Copy     *
*************************

07066:01 *Perdiem*
Ma'alaea Grill         *Chace*
300 Maalaea Road       *Andera*
Maalaea, HI 96793
(808) 243-2206         *meal*

Date:        07/25/08
Time:        2:53 PM
Server:      12. Sara A
Order:       87248
Description: Table 32

Card Type:   Master Card
Card No:     ************9191
Expires:     0310
Appr Code:   05533Z

Purchases:  $  17.14

Tip:        $   3—

Total:      $  20.14

---

*Perdiem*
*7/25/08  07066:01*
*meals*
*Chace*
*Andera*

**72**

*******************************
DATE 07/25/08          TIME 7:54
MID 360000010064

Best Western Pioneer Inn
658 Wharf Street
Lahaina, Maui, Hawaii 96761
(808)661-3636

MASTCH ************9191   S
AUTH 05503Z   TABLE BS-5   CHECK 1402

PURCHASE     Pioneer Bar        Ed

AMOUNT                      9.31
TAX                         0.32
                      ------------
SUBTOTAL   $         9.63

TIP   $              2.00

TOTAL   $          11.63
=====================

CUSTOMER COPY
*******************************

*Perdiem  7/21/08*
*$8.53  Chace*
*07066:01*

Haagen-Dazs
The Plaza Corner

ORDER # 01166

1 BRL CUP                  4.45
1 SMALL SUNDAE             5.75
30% DISC                  -3.67
L
SUBTOTAL         $         8.53
TAX TOTAL        $         0.00
TOTAL            $         8.53

CASH                       8.53

477 STAN 1   STATION 1   JUL.21.2008
#010   CARL09       07:14

---

*07066:01 Chace*
*Perdiem/meal*
KING'S RESTAURANT
TAMUNING, GUAM
CITIBANK N.A.

TERMINAL ID. :       S0000140
MERCHANT #:      000790581213378

MASTERCARD - CARD SWIPE
************9191
SALE
INVOICE 374913    BATCH: 000417
DATE: JUL 18- 08    TIME: 14:28
RRN# 000821154499
AUTH NO: 015942

BASE                      $22.40
TIP                        4.00

TOTAL                     26.46

CUSTOMER COPY

*07066:01*
*Perdiem $40.25*
BANK OF GUAM
ZOZO RESTAURANT
UPPER TUMON, GUAM 96911
(671) 646-1402

*meal Chace Andera*

BATCH No.  : 000216
TERMINAL ID : 1705771
CARD      : MASTER
CARD No.  : XXXXXXXXXX9191
RRN No.   : 2968
INVOICE   : 002619
BATCH No. : 1
TERMS     : CREDIT CARD SALE

AMOUNT            $        36.25
TIP AMOUNT:       $         4—
(IF ANY, PLEASE SIGN)

TOTAL AMOUNT:     $        40.25

Trans Date/Time : 07-07-08   12:36:32
APPROVAL    : 042062
Customer Copy
Thank You!

*07066:01 Chace*
*Perdiem/meal*
SHELL - UPPER TUMON
TUMON, GUAM
CITIBANK N.A.

TERMINAL ID. :        S0000047
MERCHANT #:      000790581411260

MASTERCARD - CARD SWIPE
************9191
SALE
INVOICE 023144    BATCH: 000741
DATE: JUL 17, 08    TIME: 1917
RRN# 000821165570
AUTH NO: 025442        7/17/08

TOTAL                     $6.53

CUSTOMER COPY

*07066.01*
*meal*
*Perdiem Chace*

** STARBUCKS COFFEE COMPANY **

OLD HICKORY @ EDM        #08370
NASHVILLE      TN37211

--- DUPLICATE RECEIPT ---
1 VT ICD AMERICANO          2.65
SUBTOTAL                    2.65
TOTAL                       2.90
MASTERCARD                  2.90
  CARD#: XXX XXXXXXXXX9191
CHANGE DUE                  0.00

08370 01C1 698016  001604548E
07/28/08                   16:20
--- DUPLICATE RECEIPT ---
BRING THIS RECEIPT BACK TODAY
to select NASHVLE stores after
2pm for a $2 Grande cold drink
One per customer w purchase
prior to 2pm. Value 1/20 cent

*07066.01*
*meal Per*
*Chace*

** STARBUCKS COFFEE COMPANY **

OLD HICKORY @ EDM        #08370
NASHVILLE      TN37211

1 VT CAPPUCINO              3.65
SUBTOTAL                    3.65
TAX 9.25                    0.34
TOTAL                       3.99
MASTERCARD                  3.99
  CARD#: XXXXXXXXXXXX9191
CHANGE DUE                  0.00

08370 02A1 699502  001574609E
07/27/08                   07:45
BRING THIS RECEIPT BACK TODAY
to select NASHVLE stores after
2pm for a $2 Grande cold drink
One per customer w purchase
prior to 2pm. Value 1/20 cent

---

(73)

*07066.01*
*GROCERIES*
*Chace*

HAEJUNG MINI MART
P O BOX 5686
HAGATNA, GU 96932

TERMINAL I.D.: *Perdiew*  034
MERCHANT #:                203

MASTERCARD       ITEM #: 009
***********9191
SWIPE
SALE                   *7/14/08*

DATE: JUL 14, 2008  TIME: 18:29
AUTH NO: 03580

*$21.75*
TOTAL              $21.75

RICHARD C ANDERSON

X _____

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT ACE  ENT IF CREDIT VOUCHER)

*Perdiem 07066.01*
*7/24/08 Chace Anderson*

BANK OF GUAM
THE PEOPLE'S BANK

SONG HUONG RESTAURANT
ANIGUA, GUAM
(671) 477-2331

BATCH No.    : 000113
TERMINAL ID  : 9186982
CARD         : MASTERCARD
CARD No.     : XXXXXXXXXXXX9191 / Swiped
RREF No.     : 2369
INVOICE      : 002143
SERVER No.   : 1
TRANS.  : CREDIT CARD SALE

AMOUNT   :        $    23.50
TIP AMOUNT:       $   _____
(IF ANY, PLEASE SIGN)

TOTAL AMOUNT:     $   *28.50*

---

*#19017 Chace Anderson*

DOMINO'S PIZZA MANGILAO
LO: 5360-2 NEW
MANGILAO, GUAM 96921
(671) 734-3030

*7/22/08*   *07066.01*
*meal*  *Perdiem*

MERCHANT : 2800 000010201969 501
REF NO.  : 721 003 000000034229203A
DATE     : 07/22/08  19:19
ACCT NO. : XXXXXXXXXXXX9191X
TYPE     : MASTERCARD
AUTH NO. : 03560Z MPLKF3088
AVS CODE : M
SERVER   : 2543

SALE          $      24.99

TIP           $   _____

TOTAL         $   *24.99*

_____
SIGNATURE

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

** PLEASE IMPRINT CARD **

TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

*7/24/08 Chace Anderson*
*Perdiem*
*07066.01*

BANK OF GUAM
THE PEOPLE'S BANK

PAYLESS MICROMALL #5
DEDEDO, GUAM
(671) 637-7233

BATCH No.    : 001242
TERMINAL ID  : 3790367
CARD         : MASTERCARD
CARD No.     : XXXXXXXXXXXX9191 / Swiped
RREF No.     : 19195
INVOICE      : 003011
TRANS.  : CREDIT CARD SALE

AMOUNT   :        $    19.44

Tran Date/Time : 07/24/08  17:44:54
APPROVAL       : 065262

Customer Copy



74

VEGGIE & SEAFOOD
MICRO MALL
07/14/2008 11:27AM 01
G00000#1602
CHOICE #2

ITEMS
CASH          10      $6.00

Per Diem
$8.50
meal
Chase

HAAGEN DAZS
The Plaza Tumon Sands
(671) 649-7431

BANK OF GUAM

TERMINAL ID
CARD
CARD No. : XXXXXXXXXX9191 / Swiped
REF No.
SERVER No.
INVOICE
TRANS. : CREDIT CARD SALE

AMOUNT        $
TIP AMOUNT    $      8.10
TOTAL AMOUNT  $
(IF ANY, PLEASE SIGN)

Customer Copy
Thank you!

---

HMSHOST
ANTHONY'S
SEATAC INT'L AIRPORT
CHECK:    1784
TABLE:    102/1
SERVER:   10324 Donna
DATE:     JUL29'08  9:43PM
CARD TYPE: MSTRCARD  A1 5*
ACCT #:   XXXXXXXXXXXX9191
EXP DATE: XX/XX
AUTH CODE:
          RICHARD C ANDERSON

TOTAL:    √      77.09

TIP:             10.00
TOTAL:    √      $8.00

$50 per diem
07066:01
Chase

I AGREE TO PAY THE ABOVE AMOUNT
IN ACCORDANCE WITH THE CARD
ISSUER'S AGREEMENT.

---

7/19/08 -
$16:02 Per Diem
Chase Anderson
BANK OF GUAM

SUPERMART
REGINA MANGLUNA GU
(671) 735-6278

BATCH No.
TERMINAL ID
CARD
CARD No. : XXXXXXXXXX9191 / Swiped
REF No.
INVOICE
TRANS. : CREDIT CARD SALE

APPROVAL
AMOUNT               $16.02

Customer Copy
Thank you!

---

O7066:01 Chase
Per Diem
meal

HMSHOST
STARBUCKS COFFEE C6
NASHVILLE INTERNATIONAL AIRPORT

226 BEZA
------------------------------------
CHK 9347 JUL29'08  4:26PM
------------------------------------

2 GRND CAPPUCCINO        7.00
1 BROWNIE                2.85

SUBTOTAL                 9.85
TAX                      0.91
AMOUNT              10.76
XXXXXXXXXXXXXXX1        XX/XX
MSTRCARD   A1 5*       10.76

---

DELAWARE NORTH COMPANIES
NASHVILLE INTERNATIONAL AIRPORT
*** WHITTS ***
CHECK:    3086
SERVER:   1019 DEHAB M.
DATE:     JUL29'08  4:17PM
CARD TYPE: Master Card
ACCT #:   XXXXXXXXXXXX9191
EXP DATE: XX/XX
AUTH CODE: 01582Z
          RICHARD C ANDERSON

TOTAL:    √    meal    7.64
          07066:01 Per Diem
          Chase
TOTAL:  $

# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

*(75)*

**J. TUCKER**

| Project ID: | **07066:01** |
|---|---|
| Project Name: | **US District Court for Guam - Receivership** |
| Manager: | **HWG** |
| Client ID: | **07066** |

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 7/1/2008 to 7/31/2008 | JT to JT | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 7/14/2008 | Plane<br>Airfare to Guam and return trip in November - 07/14 - 11/23/08 | 1.00 | $5,356.70 | $5,356.70 | 0.00 | $5,356.70 | Billable |
| 7/16/2008 | Meals<br>Per Diem: Jack Tucker | 1.00 | $5.75 | $5.75 | 0.00 | $5.75 | Billable |
| 7/18/2008 | Miscellaneous Expense<br>Company American Express: Coffee Maker and Toasteroven. (Per Diem) | 1.00 | $62.98 | $62.98 | 0.00 | $62.98 | Billable |
| 7/18/2008 | Meals<br>Per Diem: Meal<br>Jack Tucker-Chace Anderson | 1.00 | $12.35 | $12.35 | 0.00 | $12.35 | Billable |
| 7/20/2008 | Meals<br>Chace and Jack dinner meal | 1.00 | $107.48 | $107.48 | 0.00 | $107.48 | Billable |
| 7/21/2008 | Meals<br>Grocery Per Diem | 1.00 | $190.93 | $190.93 | 0.00 | $190.93 | Billable |
| 7/22/2008 | Meals<br>Per Diem meal - Dinner | 1.00 | $40.98 | $40.98 | 0.00 | $40.98 | Billable |
| 7/22/2008 | Meals<br>Per Diem meal | 1.00 | $23.70 | $23.70 | 0.00 | $23.70 | Billable |
| 7/22/2008 | Car Rental<br>First months rent and security deposit on new car lease from Nissan Motor Corp in Guam | 1.00 | $1,488.00 | $1,488.00 | 0.00 | $1,488.00 | Billable |
| 7/26/2008 | Meals<br>Per Diem - groceries | 1.00 | $9.59 | $9.59 | 0.00 | $9.59 | Billable |
| 7/27/2008 | Meals<br>Per Diem groceries and blank CDR's and DVD-R's supplies for use on Guam | 1.00 | $69.41 | $69.41 | 0.00 | $69.41 | Billable |
| 7/28/2008 | Meals<br>Per Diem - Personal credit card | 1.00 | $29.84 | $29.84 | 0.00 | $29.84 | Billable |
| 7/29/2008 | Miscellaneous Expense<br>Gas for leased car | 1.00 | $63.10 | $63.10 | 0.00 | $63.10 | Billable |
| 7/29/2008 | Meals<br>Per Diem | 1.00 | $37.98 | $37.98 | 0.00 | $37.98 | Billable |
| 7/30/2008 | Meals<br>Per Diem | 1.00 | $188.96 | $188.96 | 0.00 | $188.96 | Billable |
| 7/30/2008 | Meals<br>Per Diem | 1.00 | $4.79 | $4.79 | 0.00 | $4.79 | Billable |
| 7/31/2008 | Meals | 1.00 | $11.95 | $11.95 | 0.00 | $11.95 | Billable |

# Gershman, Brickner & Bratton, Inc.

(76)

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

| | |
|---|---|
| Project ID: | **07066:01** |
| Project Name: | **US District Court for Guam - Receivership** |
| Manager: | **HWG** |
| Client ID: | **07066** |

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 7/1/2008 to 7/31/2008 | JT to JT | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount |
|---|---|---|---|---|---|---|
| | Per Diem | | | | | |
| | Sum of Billable Expenses: | | | $7,704.49 | | $7,704.49 |
| | Billable + Non-Billable Total: | | | $7,704.49 | | $7,704.49 |

**Jim Plutino**



| From: | Continental Airlines, Inc. [continentalairlines@continental.com] |
|---|---|
| Sent: | Thursday, June 12, 2008 4:27 PM |
| To: | Cora Chaply |
| Subject: | eTicket Itinerary and Receipt for Confirmation AF9S9X |

To ensure delivery of this e-mail please add **continentalairlines@continental.com** to your address book or approved senders list. See instructions for adding us to your address book

⊠ Confirmation: ⊠
AF9S9X

Issue Date: June 12, 2008

| Traveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| TUCKER/JACK | L0052166998944CO-GY | 7877292A/ | ---/---/--- |

FLIGHT INFORMATION

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Mon, 14JUL08 | CO2175[1] | Y | NASHVILLE (BNA) **6:05AM** | HOUSTON BUSH INTL (IAH) **8:10AM** | ERJ-145 | Snack |
| Mon, 14JUL08 | CO1 | Z | HOUSTON BUSH INTL (IAH) **9:35AM** | GUAM IS SW PAC (GUM) **5:40PM (15JUL)** | 767-400 | Lunch |
| Sun, 23NOV08 | CO2 | D | GUAM IS SW PAC (GUM) **7:30AM** | HOUSTON BUSH INTL (IAH) **8:05AM** | 767-400 | Breakfast |
| Sun, 23NOV08 | CO3003[2] | Y | HOUSTON BUSH INTL (IAH) **10:00AM** | NASHVILLE (BNA) **11:56AM** | ERJ-145 | |

[1]Operated by EXPRESSJET AIRLINES INC doing business as CONTINENTAL EXPRESS
[2]Operated by EXPRESSJET AIRLINES INC doing business as CONTINENTAL EXPRESS

FARE INFORMATION

| Fare Breakdown | | Form of Payment: |
|---|---|---|
| Airfare: | 5,297.00USD | AMERICAN EXPRESS |
| U.S. APHIS User Fee: | 5.00 | Last Four Digits 6002 |
| U.S. Security Service Fee: | 10.00 | |
| Guam Inspection Service Charges: | 6.40 | |
| U.S. Federal Transportation Tax: | 30.80 | |
| U.S. Passenger Facility Charge: | 7.50 | |
| Per Person Total: | 5,356.70USD | |
| eTicket Total: | 5,356.70USD | |

The airfare you paid on this itinerary totals: 5,297.00 USD

The taxes you paid on this itinerary total: 59.70 USD

| Fare Rules: | Additional charges may apply for changes in addition to any fare rules listed. REFUNDABLE |
|---|---|

1

**NISSAN MOTOR CORP. IN GUAM**
1012 N. Marine Dr., Rte. 1 • Tamuning, Guam 96913
Telephone: (671) 647-7261

E 47478

| DATE | RECEIPT NO. | CONTROL NO. | RECEIVED FROM | AMOUNT |
|------|-------------|-------------|---------------|--------|
| 7/22/08 | | | Brickner Gechman | 1488 00 |

| HOW PAID | PAID ON |
|----------|---------|
| ☐ CASH | ☐ DEPOSIT |
| ☐ CHECK | ☐ COLLECTION |
| ☐ CREDIT CARD | ☐ COL. ON P-NOTE |

amex

STOCK # 1036018
LEASE #
CUST. # 57022

#23

1st - payment
last - security

BY _____

*Thank You!*

C70666-01

Sale

(79)

07066.01
PER DIEM

07066.01
PER DIEM - APARTMENT SUPPLIES
PERSONAL CREDIT USED

07066.01
PERSONAL - APARTMENT SUPPLIES
PERSONAL CREDIT USED

**kmart**

KMART STORE 7705
404 N. MARINE DR (RTE 1)
TAMUNING, GU 96911
(671) 649-9878

** WE ID'S TO YOUR **
** KM RX STORE 7705 **
7/27/08

CASHIER: NOBIN

**GENERAL MERCHANDISE**

| | | |
|---|---|---|
| 02724261018 | EDI DATA | |
| 7245827102 | 1 @ /17.99 CD | 19.99 |
| | DIANA | 17.99 |
| A08066095625 | | 6.99 |

**GROCERY**

| | | |
|---|---|---|
| 06233876974 | QUILITE | 6.9~ |
| 01045510305 | 131E | 3.2~ |
| 012000010114 | R/PPLCCINO | 5.39 b |
| 03338345020 | E/VOCE | 2.29 t |
| 03800005198 | RANCH 10451 | 3.49 b |
| 70870320101 | LARGE EGGS | 2.95 t |

**** TAX          .00 BAL        69.41

XXXXXXXXXXXX-0815
MC APPROVAL  0:55.02
/VF    MC
TOT    CHANGE        00

TOTAL NUMBER 0  ICEMS = 9

07066.01
PER DIEM

---

BANK OF GUAM
PAYLESS SUPERMARKETS

PAYLESS SUPERMARKETS
MICRONESIAN MALL #6965
(671) 637-7233

BATCH No.    : 000221
TERMINAL ID  : 746472
CARD         : MasterCard
CARD No.     : XXXXXXXXXX0815 /Swiped
HOST No.     : 0305
INVOICE      : 000477
TRANS        : CREDIT CARD SALE
AMOUNT       :                      69.41

Tran Date/Time : 07/26/08    10:51:21
APPROVAL

CUSTOMER COPY
Thank you!



07066.01
PER DIEM

* * * Bar * * *
Tony Roma's
Royal Orchid Hotel
Tumon, Guam
671-646-0017
671-646-0018

Date:            Jul29'08 07:23PM
Card Type:       Amex
Acct #:          XXXXXXXXXXX1029
Exp Date:        06-12
Auth Code:       513985
Check:           1636
Table:           501/1
Server:          4011 Bartende
                 JL TUCKER

Subtotal:              32.98

Tip: 5.00

Total: 37.98

Sign: _____

I agree to pay above total
according to my card issuer
agreement.

07066.01
PER DIEM

BANK OF GUAM
PAYLESS MICROMALL #5
Tamuning, Guam
(671) 637-7233

BATCH No.    : 000252
TERMINAL ID  : 01125034
CARD         : AMEX
CARD No.     : XXXXXXXXXXX1029 / Swiped
REF. No.     : 19507
INVOICE      : 000616
TRANS.       : CREDIT/DEBIT CARD SALE
AMOUNT       :            $    100.96
Tran Date/Time : 07/30/08
APPROVAL       : 524638
                          07:02:54

Customer Copy
Thank you!

07066.01
LEASE CAR FLEET



07066.01
PER DIEM
PAID CASH

07066.01
PER DIEM
PAID CASH

Jamaican Grill Timon
2 MON
07/31/2008
11:45 AM
20228

Server: JOE
Cashier: Cari
Table 30/2
Guests 1
Order Type: CALL IN

MASHLY TRAD U VEG PLATE    9.95

Sub Total    9.95
Total    9.95

Balance Due    9.95

T.P 2.00
11.95

Ya Man!
Serious Thanks,
Call us for Take-outs
864+-3060/4654-0050
SEE YOU LATER!

81



*Per Diem*

**KING'S RESTAURANT**
TAMUNING, GUAM
CITIBANK N.A.

TERMINAL ID. : 90000148
MERCHANT #: 000790501213378

AMEX - CARD SWIPE
*********** ***1029
**SALE**
INVOICE: 3754 9   BATCH: 000314
DATE: JUL 2 , 08   TIME: 13:4
TRAN: 0000211557
AUTH NO#: 524388

BASE                $20.70
TIP                  3.00
TOTAL              $23.70

CUSTOMER COPY

---

**BANK OF GUAM**
THE PEOPLE'S BANK

## PAYLESS MICROMALL #5
DEDEDO, GUAM
(671) 637-7223

BATCH No.    : 001235
TERMINAL ID  : 01135904
CARD         : AMEX
CARD No.     : XXXXXXXXXXX1029 / Swiped
RREF No.     : 18859
INVOICE      : 002690
TRANS.       : CREDIT CARD SALE

AMOUNT       :        $   198.93

Tran Date/Time : 07/21/08   14:08:27
APPROVAL     : 517188

Customer Copy

Thank you!

---

671-472-2600
JAMAICAN GRILL
P.O. BOX OF
AGANA  96932

(82)

TERMINAL I.D.#        10072021
MERCHANT #:         1520006669

AMEX    SRV: 409  ITEM #: 026
*********** ***1029
SWIPE
PRE-SALE
INVOICE# 446669
DATE: JUL 23, 2008  TIME: 21:09
AUTH NO: 574776

BASE              $34.98
TIP                6.00
TOTAL             40.98
FOOD/BEVERAGE      00

JL TUCKER

GRATUITY GUIDELINE
15%=$5.24  20%=$6.99

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

**SUPER MART**
TEL 735-6278
FAX 735-6280
THANK YOU  COME AGAIN

CHKR#: 909    NAME: ROXANN

MINUTE M.1GAL        8.99
BEVERAGE             .30
BEVERAGE             .30

TOTAL               9.59
CASH               20.00
CHANGE            $10.41
    3    ITEMS

---

07066-01

*Chace*
*Jack*
*Dinner Per Diem*

27/20/08

---

07066.01
Per Diem → PAID BY
Jack Teston
@ Hawkinson
Eating at
SBARRO GRD

ORDER
241                6:31PM
SUN 2
JUL-18-08

1 HAWAIIAN
  SLICE            4.30
1 SAU/PEPR
  SLICE            5.60
1 TOM/CUKE
  SALAD SM         2.45

SUBTOTAL          18.35
TAX                 .00
EAT-IN TOTAL      18.35

CASH TEND         20.00
CHANGE             1.65

Less    (6.00)
        $12.35

07066.01
Per Diem
Jack Teston   7-16-08
$5.75

07066.01
Coffee Maker
Toaster
For Condo
7/16/08

$1=62.98

(83)

07066.01
LEASE CAR FUEL

WELCOME TO
SPPC BARRIGADA

BARRIGADA 76
112 ROUTE 10
BARRIGADA
GU
DLR# 00247395
DATE: 07/29/08

AMEX          ACCT#
XXXXXXXXXXX1029
09P09PMMMM
INV# 210113  58/69
REF# 921 57-023
AUTH#00-596572

PUMP# 3      SELF
UNL        13.014G
PRICE/GAL  $4.849

FUEL TOTAL  $63.10
            63|0

-----------------
CUSTOMER SIGNATURE
4% GRT INCLUDED

    THANK YOU

84

SUPER MART
TEL 735-6278
FAX 735-6280
THANK YOU  COME AGAIN

07066.01
PER DIEM
CHKR#: 707    NAME:MATILDA
                PAID CASH
LOWFAT MILK 189L          4.79

TOTAL          4.79
CASH          20.00
CHANGE       $15.21
    1    ITEMS

0005 2127-0005 WED  7/30/08  12:42PM 0091





**that was easy.**

Low prices. Every item. Every day.
9470 Arlington Blvd.
Fairfax, VA 22031
(703) 591-9809

SALE                    230211 7 002 45289
                        0104 06/30/08 12:02
QTY SKU                                PRICE


1    SPLS 8.5X11 30% RE
     718103049795                      39.99
6    BETTER BINDER .5IN
     718103081962      6.990ea         41.94
1    READY INDEX 8 TAB
     072782110765                       9.29
1    READY INDEX 8 TAB
     072782110765                       9.29
1    READY INDEX 8 TAB
     072782110765                       9.29
1    READY INDEX 8 TAB
     072782110765                       9.29
1    READY INDEX 8 TAB
     072782110765                       9.29
1    READY INDEX 8 TAB
     072782110765                       9.29
1    READY INDEX 8 TAB
     072782110765                       9.29
1    READY INDEX 8 TAB
     072782110765                       9.29
1    READY INDEX 8 TAB
     072782110765                       9.29
1    READY INDEX 8 TAB
     072782110765                       9.29
1    READY INDEX 8 TAB
     072782110765                       9.29
1    READY INDEX 8 TAB
     072782110765                       9.29
1    READY INDEX 8 TAB
     072782110765                       9.29
1    READY INDEX 8 TAB
     072782110765                       9.29
1    READY INDEX 8 TAB
     072782110765                       9.29
SUBTOTAL                              230.57
                                       92.90
     Standard Tax 5.00%                11.53

TOTAL          020666-01             $242.10
                                      134.84
                                        6.74
Staples Charge                        242.10
Card No.: XXXXXXXXXXXX1629 [S]        41.58
Auth No.: 030191

08/01/08



| | Time | % of Time | Total phone cost | Phone cost by job |
|---|---|---|---|---|
| **Harvey W Gershman** | | | | |
| other | 4.50 | 0.02 | 422.29 | 9.78 |
| other | 0.75 | 0.00 | 422.29 | 1.63 |
| other | 8.00 | 0.04 | 422.29 | 17.39 |
| other | 6.00 | 0.03 | 422.29 | 13.04 |
| other | 0.25 | 0.00 | 422.29 | 0.54 |
| 07066-US District Court for Guam:01-Receivership | 114.00 | 0.59 | 422.29 | 247.83 |
| other | 0.25 | 0.00 | 422.29 | 0.54 |
| other | 0.50 | 0.00 | 422.29 | 1.09 |
| No job assigned | 60.00 | 0.31 | 422.29 | 130.44 |
| **Total Harvey W Gershman** | 194.25 | 1.00 | | 422.29 |
| **Chris Lund** | | | | |
| 07066-US District Court for Guam:01-Receivership | 206.75 | 0.93 | 296.20 | 274.92 |
| No job assigned | 16.00 | 0.07 | 296.20 | 21.28 |
| **Total Chris Lund** | 222.75 | 1.00 | | 296.20 |

**Total Phone Bill for July 2008** — 718.49

# Gershman, Brickner & Bratton, Inc.
## Time by Name
## JULY 2008
## Verizon Wireless



| | Time | % of Time | Total phone cost | Phone cost by job |
|---|---|---|---|---|
| **Robert H Brickner** | | | | |
| other | 2.00 | 0.01 | 166.15 | 1.73 |
| other | 19.00 | 0.10 | 166.15 | 16.44 |
| other | 1.50 | 0.01 | 166.15 | 1.30 |
| other | 1.00 | 0.01 | 166.15 | 0.87 |
| other | 43.00 | 0.22 | 166.15 | 37.21 |
| other | 28.00 | 0.15 | 166.15 | 24.23 |
| other | 14.00 | 0.07 | 166.15 | 12.12 |
| other | 12.50 | 0.07 | 166.15 | 10.82 |
| other | 1.25 | 0.01 | 166.15 | 1.08 |
| other | 2.00 | 0.01 | 166.15 | 1.73 |
| other | 6.50 | 0.03 | 166.15 | 5.62 |
| other | 9.00 | 0.05 | 166.15 | 7.79 |
| other | 3.00 | 0.02 | 166.15 | 2.60 |
| No job assigned | 49.25 | 0.26 | 166.15 | 42.62 |
| **Total Robert H Brickner** | **192.00** | **1.00** | | **166.15** |
| **J. Frank Bernheisel** | | | | |
| other | 1.00 | 0.01 | 105.80 | 0.56 |
| other | 1.00 | 0.01 | 105.80 | 0.56 |
| other | 1.00 | 0.01 | 105.80 | 0.56 |
| other | 74.00 | 0.39 | 105.80 | 41.42 |
| other | 12.00 | 0.06 | 105.80 | 6.72 |
| other | 6.00 | 0.03 | 105.80 | 3.36 |
| other | 1.00 | 0.01 | 105.80 | 0.56 |
| 07066-US District Court for Guam:01-Receivership | 18.00 | 0.10 | 105.80 | 10.08 |
| other | 15.00 | 0.08 | 105.80 | 8.40 |
| other | 6.00 | 0.03 | 105.80 | 3.36 |
| other | 16.00 | 0.08 | 105.80 | 8.96 |
| No job assigned | 38.00 | 0.20 | 105.80 | 21.27 |
| **Total J. Frank Bernheisel** | **189.00** | **1.00** | | **105.80** |
| **Francois Coulombe** | | | | |
| other | 2.75 | 0.03 | 42.45 | 1.17 |
| 07066-US District Court for Guam:01-Receivership | 18.00 | 0.18 | 42.45 | 7.64 |
| No job assigned | 79.25 | 0.79 | 42.45 | 33.64 |
| **Total Francois Coulombe** | **100.00** | **1.00** | | **42.45** |
| **Timothy J Bratton** | | | | |
| other | 1.00 | 0.01 | 47.20 | 0.25 |
| other | 70.50 | 0.37 | 47.20 | 17.51 |
| other | 3.50 | 0.02 | 47.20 | 0.87 |
| 07066-US District Court for Guam:01-Receivership | 47.50 | 0.25 | 47.20 | 11.80 |
| No job assigned | 67.50 | 0.36 | 47.20 | 16.77 |
| **Total Timothy J Bratton** | **190.00** | **1.00** | | **47.20** |
| | | | | |
| **Total Phone Bill for JULY 2008** | | | | **361.60** |

**Harvey Gershman (ID - 6729575) Summary**

| Audio Conferencing | Jul Amt | Jul $ | Aug Amt | Aug $ | Total |
|---|---|---|---|---|---|
| Phone Minutes | 4079 | $530.27 | 0 | $0.00 | $530.27 |
| Total Tax | | $0.00 | | $0.00 | $0.00 |
| Harvey Gershman Total | | $530.27 | | $0.00 | $530.27 |

**Harvey Gershman's Meetings**

Audio Conferencing
July     11, 2008                              05:00 AM - 06:31 AM

Billing Code:  706601
Duration (Minutes): 273

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| | | N | 05:00 AM | 06:31 AM | 92 | $11.96 |
| | | N | 05:00 AM | 06:31 AM | 91 | $11.83 |
| | | N | 05:02 AM | 06:31 AM | 90 | $11.70 |
| | | | | Total | 273 | $35.49 |



**Audio Conferencing**
July 18, 2008

| Description | Phone | 01:58 PM - 03:23 PM | | | | Billing Code: 0706601 |
|---|---|---|---|---|---|---|

Duration (Minutes): 416

| | | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| | | N | 01:58 PM | 03:23 PM | 85 | $11.05 |
| | | N | 01:59 PM | 03:23 PM | 84 | $10.92 |
| | | N | 02:00 PM | 03:23 PM | 83 | $10.79 |
| | | N | 02:01 PM | 03:23 PM | 82 | $10.66 |
| | | N | 02:01 PM | 03:23 PM | 82 | $10.66 |
| | | | | Total | 416 | $54.08 |

**Audio Conferencing**
July 25, 2008

| Description | Phone | 02:11 PM - 03:35 PM | | | | Billing Code: 706601 |
|---|---|---|---|---|---|---|

Duration (Minutes): 485

| | | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| | | N | 02:11 PM | 03:35 PM | 84 | $10.92 |
| | | N | 02:11 PM | 02:18 PM | 7 | $0.91 |
| | | N | 02:11 PM | 03:35 PM | 84 | $10.92 |
| | | N | 02:12 PM | 03:35 PM | 83 | $10.79 |
| | | N | 02:17 PM | 03:35 PM | 78 | $10.14 |
| | | N | 02:17 PM | 03:35 PM | 78 | $10.14 |
| | | N | 02:24 PM | 03:35 PM | 71 | $9.23 |
| | | | | Total | 485 | $63.05 |

**Christopher Lund (ID - 8040967) Summary**

(90)

| Audio Conferencing | Jul Amt | Jul $ | Aug Amt | Aug $ | Total |
|---|---|---|---|---|---|
| International Audio Minutes | 79 | $21.33 | 0 | $0.00 | $21.33 |
| Phone Minutes | 257 | $33.41 | 0 | $0.00 | $33.41 |
| Total Tax | | $0.00 | | $0.00 | $0.00 |
| Christopher Lund Total | | $54.74 | | $0.00 | $54.74 |

**Christopher Lund's Meetings**

07060-01

**Audio Conferencing**
July    23, 2008                    02:30 PM - 03:59 PM                    Duration (Minutes): **336**

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| | | N | 02:30 PM | 03:59 PM | 90 | $11.70 |
| | | N | 02:31 PM | 02:32 PM | 1 | $0.27 |
| | | N | 02:33 PM | 03:59 PM | 86 | $11.18 |
| | | N | 02:36 PM | 02:38 PM | 2 | $0.54 |
| | | N | 02:39 PM | 03:59 PM | 81 | $10.53 |
| | | N | 02:42 PM | 02:45 PM | 3 | $0.81 |
| | | N | 02:45 PM | 02:54 PM | 9 | $2.43 |
| | | N | 02:55 PM | 02:59 PM | 5 | $1.35 |
| | | N | 02:59 PM | 03:01 PM | 2 | $0.54 |
| | | N | 03:02 PM | 03:07 PM | 5 | $1.35 |
| | | N | 03:07 PM | 03:08 PM | 1 | $0.27 |
| | | N | 03:09 PM | 03:59 PM | 51 | $13.77 |
| | | | | **Total** | **336** | **$54.74** |


# Outbound Usage Billed Report   GERSHMAN, BRICKNER & BRATTON, INC.

**Account:** 153958   **Report Period:** Jul 11, 2008   **Invoice:** 33149613

| Calling Number | Calling Location | Called Number | Called Location | Usage Category | Date/Time | Minutes | Amount | Code | Description |
|---|---|---|---|---|---|---|---|---|---|
| (703) 573- | Fls Church, VA | | Sadlbk Vly, CA | 1+ Interstate | 07-09-2008 05:29:40 | 31.90 | 1.75 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Sn Dg Sn Dg, CA | 1+ Interstate | 07-09-2008 05:17:38 | 1.10 | 0.06 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Sn Dg Sn Dg, CA | 1+ Interstate | 07-09-2008 05:15:56 | 1.00 | 0.06 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Sndg Sndg, CA | 1+ Interstate | 07-09-2008 05:20:26 | 0.60 | 0.03 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Unknown, UN | 1+ Interstate | 07-09-2008 05:19:14 | 0.10 | 0.01 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Snfc sf01, CA | 1+ Interstate | 07-09-2008 05:24:15 | 2.20 | 0.12 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Nashville, TN | 1+ Interstate | 06-30-2008 02:07:18 | 1.50 | 0.08 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Nashville, TN | 1+ Interstate | 06-16-2008 04:08:36 | 1.30 | 0.07 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Sacramento | 1+ Interstate | 07-03-2008 10:49:08 | 41.10 | 2.26 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Nashville, TN | 1+ Interstate | 06-20-2008 12:10:11 | 14.80 | 0.81 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Ashland, OR | 1+ Interstate | 06-20-2008 10:12:17 | 0.50 | 0.03 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Newport Bch, CA | 1+ Interstate | 06-30-2008 05:18:46 | 2.10 | 0.12 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Tumon, GU | 1+ | 06-30-2008 07:26:31 | 0.70 | 0.04 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Sadlbk Vly, CA | 1+ Interstate | 06-30-2008 07:02:26 | 3.30 | 0.18 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Alpharetta, GA | 1+ Interstate | 07-09-2008 02:26:44 | 6.80 | 0.37 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Nashville, TN | 1+ Interstate | 06-23-2008 03:03:21 | 5.10 | 0.28 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Sacramento | 1+ Interstate | 07-01-2008 03:02:18 | 2.10 | 0.12 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Agana, GU | 1+ | 07-01-2008 07:25:02 | 14.30 | 0.72 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Nashville, TN | 1+ Interstate | 06-30-2008 10:37:59 | 10.30 | 0.57 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Alpharetta, GA | 1+ Interstate | 06-17-2008 07:26:38 | 2.20 | 0.12 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Ashland, OR | 1+ Interstate | 06-20-2008 09:56:20 | 2.30 | 0.13 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Nashville, TN | 1+ Interstate | 07-02-2008 01:13:55 | 34.60 | 1.90 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Nashville, TN | 1+ Interstate | 07-02-2008 01:05:11 | 2.00 | 0.11 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Tumon, GU | 1+ | 06-30-2008 07:27:47 | 0.70 | 0.04 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Tumon, GU | 1+ | 06-30-2008 07:28:59 | 0.70 | 0.04 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Sadlbk Vly, CA | 1+ Interstate | 06-24-2008 01:42:59 | 29.00 | 1.60 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Tumon, GU | 1+ | 06-17-2008 08:31:01 | 4.50 | 0.23 | 0000706601 | Guam |

11.85

# Gershman, Brickner & Bratton, Inc.
## Time by Name
### July 2008
Sprint Quest



| | Time | % of Time | Total phone cost | Phone cost by job |
|---|---|---|---|---|
| **Chace Anderson (Sprint) - 50 % only charged ($155.36)** | | | | |
| C07066-US District Court for Guam:01-Receivership | 243.00 | 1.00 | 77.68 | 77.68 |
| No job assigned | 0.00 | 0.00 | 77.68 | 0.00 |
| **Total Chace Anderson** | 243.00 | 1.00 | | 77.68 |
| | | | | |
| **Chace Anderson (Qwest) - 50 % only charged** | | | | |
| C07066-US District Court for Guam:01-Receivership | 243.00 | 1.00 | 44.50 | 44.50 |
| No job assigned | 0.00 | 0.00 | 44.50 | 0.00 |
| **Total Chace Anderson** | 243.00 | 1.00 | | 44.50 |
| | | | | |
| **Jack Tucker (Sprint Cell)** | | | | |
| C07066-US District Court for Guam:01-Receivership | 159.00 | 1.00 | 117.39 | 117.39 |
| No job assigned | 0.00 | 0.00 | 117.39 | 0.00 |
| **Total Jack Tucker** | 159.00 | 1.00 | | 117.39 |
| | | | | |
| **John Roderique (Sprint Cell - 50%)** | | | | |
| other | 4.50 | 0.03 | 33.84 | 1.13 |
| C07066-US District Court for Guam:01-Receivership | 6.00 | 0.04 | 33.84 | 1.51 |
| other | 12.50 | 0.09 | 33.84 | 3.15 |
| other | 12.50 | 0.09 | 33.84 | 3.15 |
| No job assigned | 99.00 | 0.74 | 33.84 | 24.91 |
| | 134.50 | 1.00 | | 33.84 |

**Total Sprint & Qwest Phone Bills for July 2008**   | 273.41 |



**Sprint**



| Customer | Account Number | Bill Period | Bill Date |
|---|---|---|---|
| Kelly Anderson | | Jul 01 - Jul 31 | Aug 04, 2008 |



*(93)*

# Hello!

**International Long Distance Rates**
International long distance rates apply to international calls made in the US, even while roaming. Check rates at sprint.com/internationalrates.

We appreciate you as valuable customer, call us today to learn about the latest offers available for you.

Previous Balance................................................................... **-$23.91**

New Charges........................................................................ **$179.27**

## Total Due by August 24  $155.36

*PO 731*
*$155.36*
*8/9/08*

*50% = 77.68*

**You can contact Sprint Customer Service**

On the Web:
www.sprint.com

By Phone:
1-800-639-6111

Use your Mobile free of charge:
Dial *2 to contact Customer Service
Dial *3 to make a one-time payment

 **Qwest.**
*Spirit of Service*

Visit qwest.com

CHACE ANDERSON
DBA GBB
Bill Date: Jul 10, 2008
Account No:



| Balance Forward | New Charges | Total Amount Due | Due Date for New Charges |
|---|---|---|---|
| $87.76% | $89.01 | $1.25 | Credit Card |

## Account Summary

| | | |
|---|---|---|
| Previous Balance | | |
| Charges | | 87.76 |
| Payments | 87.76% | 175.52% |
| | 87.76% | |
| | *Thank you for your payments.* | |
| Balance Forward | | $87.76% |
| New Charges | | |
| Qwest | For questions, call: | Page |
| | 1 800 603-6000 | 3 |
| | | 55.79 |

Move up to blazing fast Qwest High-Speed Internet® and enjoy a guaranteed price for the life of your service PLUS a free standard tech install (term commitment required.) There are no hassles with our 30-day 100% satisfaction guarantee. Call for details on this service:1 800-996-2094.

*Qwest, P O Box 91155, Seattle, WA 98111-9265*

1 2 3

*Please fold, tear here and return this portion with your payment.*

**Qwest.**
*Spirit of Service*

AV 01 000287 43542 H 2 A**5DGT

CHACE ANDERSON
DBA GBB

| | |
|---|---|
| Bill Date: | Jul 10, 2008 |
| Account No: | |
| Balance Forward: | $87.76% |
| New Charges: | $89.01 |
| **TOTAL AMOUNT DUE:** | $1.25 |
| Amount Due is charged to your Credit Card. | |

QWEST
P O BOX 91155
SEATTLE, WA 98111-9265

7154148833205836100000710200000877600000001250

*50% = 44.50*

*07066-01*

 

**FedEx Express Shipment Detail By Reference (Original)**

Dropped off: Jun 30, 2008          Cust. Ref.: 07066-01          Ref.#2:
Payor: Shipper                                      Ref.#3:

- Fuel Surcharge - FedEx has applied a fuel surcharge of 26.00% to this shipment.
- FedEx has audited this airbill for correct pieces, weight, and service. Any changes made are reflected in the invoice amount.
- Discount applied is the greater of volume discount or dropoff discount. No additional discount applies.

| | | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 792078614560 | PAT RAVENELLE | CHIEF JUDGE F. TYDINGCO-GATEWOOD | |
| Service Type | FedEx Intl Economy | GERSHMAN, BRICKNER & BRATTON | U.S. FEDERAL DISTRICT COURT OF GUA | |
| Package Type | FedEx Envelope | 8550 ARLINGTON BLVD | 520 WEST SOLEDAD AVENUE | |
| Orig./Dest. | ZFO/GUM | SUITE 203 | HAGATNA, GUAM 96910 GU | |
| Zone | K | FAIRFAX VA 22031 US | | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs | | | |
| Delivered | Jul 07, 2008 14:45 | | | |
| Signed by | D.QUINATA | Transportation Charge | | 66.65 |
| FedEx Use | P6934/US0010/_ | Fuel Surcharge | | 18.10 |
| Customs | | Discount | | -2.00 |
| Entry Date | Jul 01, 2008 | **Total Transportation Charges** | USD | **$82.75** |

| | | |
|---|---|---|
| **07066-01 Reference Subtotal** | USD | **$82.75** |
| **Total FedEx Express** | USD | **$82.75** |

 

**Dropped off:** Jul 07, 2008    **Cust. Ref.:** C07066-01    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 32.50% to this shipment.
- Distance Based Pricing, Zone 4
- Package Delivered to Recipient Address - Release Authorized

| | | **Sender** | **Recipient** | |
| --- | --- | --- | --- | --- |
| Automation | INET | Pat Ravenelle | David Manning | |
| Tracking ID | 797022299523 | Gershman, Brickner & Bratton | | |
| Service Type | FedEx Priority Overnight | 8550 ARLINGTON BLVD | | |
| Package Type | FedEx Box | FAIRFAX VA 22031 US | | |
| Zone | 04 | | | |
| Packages | 1 | | | |
| Rated Weight | 3.0 lbs, 1.4 kgs | Transportation Charge | | 36.75 |
| Delivered | Jul 08, 2008 09:21 | Residential Delivery | | 2.30 |
| Svc Area | A1 | Fuel Surcharge | | 11.14 |
| Signed by | 9999999999999 | Discount | | -4.78 |
| FedEx Use | 000000000/0001530/02 | **Total Charge** | **USD** | **$45.41** |

| | | |
| --- | --- | --- |
| **C07066-01 Reference Subtotal** | **USD** | **$45.41** |
| **Total FedEx Express** | **USD** | **$203.60** |

19412 3/3

For
VEY W GERSHMAN
3

Account Number
XXXX-XXXXX2-36002

Closing Date
08/08/08

Page 3 of 10

(97)

Amount $

| | | | |
|---|---|---|---|
| **I continued** | | | 439.59 |

FOLDER FACTORY FOLDEEDINBURG    VA
2147483647
Description        Price
GENERAL MERCH     4.39                                          400.00

.6/08   NATIONAL RECYCLING 0WASHINGTON    DC
CHARITABLE ORG
Description
MEMBERSHIP FEE                                                    30.00

07/17/08   NATIONAL RECYCLING 0WASHINGTON    DC
CHARITABLE ORG
Description
MEMBERSHIP FEE                                                    85.00

07/21/08   SWANA        SILVER SPRING    MD
301-585-2898                                                     155.36

07/22/08   CRUCIAL.COM-LEXARMEDPC MEMORY
300000 22031                                                     647.00

07/24/08   UNITED AIRLINES    ROSEMONT    IL
UNITED AIRLINES
From:              To:              Carrier:      Class:
WASHINGTON DC
                   OKLAHOMA CITY OK   UA            P1
                   CHICAGO IL         UA            J0
                   WASHINGTON DC      UA            J0
                                      Date of Departure: 08/11
Ticket Number: 01621793951491
Passenger Name: CALLEN/KEVIN MR                    *0266-01
Document Type: PASSENGER TICKET                                  384.51

07/24/08   DHL OLB*M4160122    SHIPPING       *Reports shipped to Guam for meeting*
M4160122 77067                                                   182.04

07/24/08   BUDGET RENT A CAR   WARWICK        RI
           Location                    Date
Rental:    WARWICK RI                  08/07/22
Return:    WARWICK RI                  08/07/24
Agreement Number: 349804394
Renter Name: GERSHMAN,HARVEY                                     539.00

07/25/08   SOUTHWEST AIRLINES   DALLAS    TX
SOUTHWEST AIRLINES
From:              To:              Carrier:      Class:
DULLES ARPT DC                                      Y
                   ORLANDO FL         WN            Y
                   NEW ORLEANS LA     WN            Y
                   HOUSTON TX         WN            Y
                   AUSTIN TX          WN
                                      Date of Departure: 07/28
Ticket Number: 52687536053209
Passenger Name: CALLEN/KEVIN
Document Type: PASSENGER TICKET                                  635.50

07/25/08   SOUTHWEST AIRLINES   DALLAS    TX
SOUTHWEST AIRLINES
From:              To:              Carrier:      Class:
DULLES ARPT DC                                      Y
                   ORLANDO FL         WN            Y
                   NEW ORLEANS LA     WN            Y
                   MIDWAY ARPT IL     WN            Y
                   DULLES ARPT DC     WN
                                      Date of Departure: 07/28
Ticket Number: 52685036124769
Passenger Name: RODERIQUE/JOHN
Document Type: PASSENGER TICKET                                  167.11

07/25/08   BEST WESTERN PIONEERLAHAINA    HI
Arrival Date        Departure Date
07/24/08            07/25/08
00000000
CARDEPOSIT

05189  R0TYHA1B  00933

Continued on reverse



# GBB

SOLID WASTE
MANAGEMENT
CONSULTANTS

U.S. Federal District Court of Guam
Chief Judge
520 West Soledad Avenue
Hagåtña, Guam 96910

August 29, 2008

cc:  Attorney General
c/o Assistant Pat Mason

RE:  Invoice for Services          Inv No.  08-08-2325          Job No. 07066-02

---

| | |
|---|---|
| **PERIOD:** | Activity from July 1, 2008 through July 31, 2008 |
| **CLIENT REFERENCE:** | **Order Re: Appointment of Receiver, Case 1:02-cv-00022 filed March 17, 2008** and ordered by the Chief Judge for the U.S. Federal District Court of Guam |
| **DESCRIPTION:** | Pursuant to the Consent Decree, GBB, acting as Receiver for the District Court of Guam, will enforce the terms of the Consent Decree, and assume all of the responsibilities, functions, duties, powers and authority of the Solid Waste Management Division of the Department of Public Works ("DPW"), and any and all departments, or other divisions of the DPW insofar as they affect the Government of Guam's compliance with the Consent Decree; Out-of-pocket expenditures related to emergency purchases of parts and supplies necessary for equipment maintenance for Guam's Solid Waste Division |
| **GBB Federal ID#:** | 52-1189668 |

| Payments Received ·To Date | Invoiced But not Received | Current Progress Amount |
|---|---|---|
| $ 787.52 | $ 0 | $ 2,487.73 |

**Expenses**

| | | |
|---|---|---|
| Emergency Maintenance (1 – 10) | $ 2,261.57 | |
| Fee on Expenses @ 10% | 226.16 | |
| **Total Expenses** | | $  2,487.73 |

**TOTAL AMOUNT DUE GBB FOR THIS PERIOD** . . . . . . . . . .. . . . . . . . **$    2,487.73**

Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Suite 203
Fairfax, Virginia 22031-4620
(703) 573-5800  FAX (703) 698-1306
E-MAIL:  gbb@gbbinc.com
Printed on recycled paper

EXHIBIT II

Payments should be executed via wire transfers using the following information:

Bank Account Name: Gershman, Brickner & Bratton, Inc., General Account

Local Branch Address: Bank of America, 8212 Lee Highway, Merrifield, VA 22031

Bank Account Number:

Bank Routing Number for incoming wires:

Swift Code (if needed):

# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

**Project ID:** 07066:02
**Project Name:** US District Court - Emergency Purchases for SWD
**Manager:** HWG
**Client ID:** 07066

| ELDATE | PROJECTID | EMPLOYEEID |
|---|---|---|
| 7/1/2008 to 7/31/2008 | 07066:02 to 07066:02 | CA to CA |

*C. ANDERSON*

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 7/2/2008 | Miscellaneous Expense<br>American Express Purchase; Purchased recycled paper for flyers on the ban. | 1.00 | $240.00 | $240.00 | 0.00 | $240.00 | Billable |
| 7/2/2008 | Miscellaneous Expense<br>American Express purchase of 4 slack adjusters for roll off truck.  These parts put a roll off truck back on the road after being down for a month. | 1.00 | $106.16 | $106.16 | 0.00 | $106.16 | Billable |
| 7/7/2008 | Miscellaneous Expense<br>Parts for SWMD trash truck purchased on American Express card. | 1.00 | $325.10 | $325.10 | 0.00 | $325.10 | Billable |
| 7/11/2008 | Miscellaneous Expense<br>Purchase parts for SWMD vehicle on American Express. | 1.00 | $98.00 | $98.00 | 0.00 | $98.00 | Billable |
| 7/16/2008 | Miscellaneous Expense<br>Expense for SWMD supplies.  Cameras purchased for Ordot Dump to enforce banning. Purchase on American Express. | 1.00 | $701.82 | $701.82 | 0.00 | $701.82 | Billable |
| 7/16/2008 | Copies<br>Printing cost for forms for banning of material placed on personal VISA because vendor would not take American Express.  Forms were in triplicate and provided to SWMD workers at Ordot and 3 transfer stations. | 1.00 | $360.00 | $360.00 | 0.00 | $360.00 | Billable |

**Sum of Billable Expenses:** $1,831.08   $1,831.08

**Billable + Non-Billable Total:** $1,831.08   $1,831.08



# GOPEZ CORPORATION dba **Diamond Auto Part**

P.O. Box 20327 GMF, GUAM 96921

**Harmon Industrial Park**
Sou' Finegayan Lane
649-4234, 649-4235
646-0507, 646-0508

**DEDEDO Branch**
Marine Drive
637-9616, 637-9626
632-7715

07-066.02
$106.16
Am X

**ANIGUA Branch**
Marine Drive
472-2231, 477-8402
477-6327

F
GUAM DEPT OF PUBLIC WORKS
PO BOX 884
AGANA GUM 96910 482-8085 JESS
646-3149 LAR /475-1144 ANITA A

INV.# 49291
CUST.# 1155
DATE 07/02/08

PAGE 1 OF 1

A M E X

P/O# P086A03239/Q082300081

CASH SALE Wed Jul 2 09:07:00 2008

| ITEM | QTY | MFR-PART NUMBER | DESCRIPTION | LIST PRICE | TYPE | CORE VALUE | PRICE | NEW TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | 4EUC-KN47001 | SLK/ADJ 10SPLINE | 3318 | | 0 | 2654 T | 10616 |

Credit Card
AMOUNT TENDERED 106.16
106.16
CHANGE DUE 0.00

PAID

amond Auto Parts

| | NON TAXABLE | CORE | TAXABLE | TAX % | TAX $ | TOTAL SALE |
|---|---|---|---|---|---|---|
| BY: | 0 | 0 | 10616 | 0.000 | 0 | 10616 |

lip must accompany all returns of merchandise. No returns on electrical parts, bearings & special orders. A 15% handling charge
n on all returned goods unless defective or error on our part. No labor paid on returned defective parts. Purchaser agrees to pay at
% per month on all accounts remaining unpaid after 30 days from the date of original purchase. If said accounts are placed in the
attorney or collector for collection or suit is brought on the same, purchaser agrees to pay an additional amount of 33⅓% of the
nd due (including interest as aforesaid) as attorney or collector fees plus any cost of suit.

**PLEASE PAY
THIS AMOUNT**

*Thank You!*

DIAMOND AUTO HARMON
P.O. BOX 20327
GMF, GU 96921
671-649-4234

BATCH #1 NAME
XXXXXXXXX15766 1983 PATR.
DATE 07/02/08    TIME 09:15 AM

OP# 00
EXP XXXX 3

ITEM: 003 AMX SALE
ACCT: XXXXXXXXXXX2619
RESP: AUTH/TKT 560802

TOTAL =

$106.16

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT / CREDIT VOUCHER)

RE ANDERSON
TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER



070066-02

③

AMERICAN PRINTING CORP.
256 CHALAN SAN ANTONIO
TAMUNING GU 96913
671-646-7873

BATCH #1 NAME
XXXXXXXXXX22285 0526 PRT8.
DATE 07/02/08          TIME 11:51 AM

ITEM: 006 AMX SALE          OP: 00
ACCT: XXXXXXXXXXX2019          EXP XXXX A
RESP: AUTH/TKT 158317

DESC:

TOTAL=          $240.00

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

X_____
     SIGNATURE
TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

---

**AMERICAN PRINTING CORPORA**
256 Chalan San Antonio Rd. Tamuning, Guam 9l
Tel: (671) 646-7873/4, 646-1262/5308 • Fax: (671) 64:
Email: apc@netpci.com

C 09038

Date **7/0.**

M **SOLID WASTE MANAGEMENT SYSTEMS**

**ORDER BY:RICHARD, DELIVER TO 2ND FLOOR**

| Credit Card | Cash | Check | Deposit | Balance Due | Order Number |
|---|---|---|---|---|---|
| | | | | | |

| QTY | DESCRIPTION | AMOUNT |
|---|---|---|
| | COPIES - COLOR | |
| | COPIES - BLACK | |
| | PRINTING - DEPOSIT | |
| | PRINTING - BALANCE | |
| | PRINTING - FORMS | |
| 2,000 EA. | CLASSIC LAID TOPAZ COVER | $240.00 |
| | | |
| | | |
| | | |
| | | |

**THANK YOU** *Please keep this copy for reference*          **$240.00**

*All claims and returned goods MUST be accompanied by this bill.*


SIGN & DATE



BANK OF GUAM

TRIPLE J MOTORS-HONDA
TAMUNING, GUAM
(671) 646-9126

**MOTORS** ⑤
CATION
CORPS DRIVE
JAM 96913
3600 • FAX (671) 649-3679

THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ALL IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR THE PARTICULAR PURPOSE, AND THE SELLER NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF THESE PARTS.

10% HANDLING CHARGE ON ALL PARTS RETURNED FOR CREDIT.
NO RETURNS ACCEPTED UNLESS ORIGINAL INVOICE IS PRESENTED.
NO RETURNS ACCEPTED AFTER 7 DAYS FROM DATE OF PURCHASE.
NO RETURNS ACCEPTED ON ELECTRICAL ITEMS.
NO RETURN/CANCELLATION ON SPECIAL ORDER PARTS.

| DATE SHIPPED | INVOICE DATE | INVOICE NUMBER | |
|---|---|---|---|
| 07 JUL 08 | 07 JUL 08 | 146636 | 11:25 |

NO. P22

PAGE 1 OF 1

SHIP TO

RO

PAUL TADEO

| | TERMS | F.O.B. | TAMUNING, GU |
|---|---|---|---|

| | DESCRIPTION | LIST | NET | AMOUNT |
|---|---|---|---|---|
| er | PULLEY, CR | 249.38 | 232.73 | 232.73 |
| | MD368262 | | replaces | MD31147: |
| | SPROCKET, | 92.37 | 92.37 | 92.37 |

PAID
JUL 0 7 2008
AMEX

*Thank You For Your Business!*

10% HANDLING CHARGE ON PARTS RETURNED
ORGINAL INVOICE MUST BE PRESENTED
NO RETURNS AFTER 7 DAYS AFTER DATE OF
PURCHASE. NO RETURNS ON ELECTRICAL
PARTS. THANK YOU. 648-6038

| PARTS | 325.10 |
|---|---|
| SUBLET | |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| TOTAL | $325.10 |

Copyright 2000 ADP, Inc.

**CUSTOMER COPY**

---

ELITE PRINTING
SAIPAN
GUAM
EP • P.O. Box 22349
G.M.F. Guam 969
Tel: (671) 646-3
Fax: (671) 649-7
EP003-01/01

RECEIPT                    Date  7/16/08       31462

W

$360.00

Hundred Sixty         ($360.00)

ice Nº.
Order Nº.                  07066102
Mail                       Emergency Purchase
Up                         Chace's Visa
ers

*Thank You !*

| ACCOUNT | | | HOW PAID | | |
|---|---|---|---|---|---|
| AMOUNT OF ACCOUNT | 360 | 00 | CASH | $ | By: |
| AMOUNT PAID | 360 | | CHECK | $ | CHECK NO. |
| BALANCE DUE | | | CARD OR M.O. | $ 360 | CARD NO. 9191 |

O 7066102



| SALES CLERK & INVOICE NO. | PURCHASE DATE |
|---|---|
| KB -528584 | 07/16/08 |

**RECEIPT**

MICROPAC INC
643 CHLN SAN ANTONIO
TAMUNING 9691, GU 96913

TERMINAL ID: 001117753
MERCHANT #: 1520019086

AMEX
#xxxxxxxxxxxx2019
**SALE**
BATCH: 000329
DATE: JUL 16, 08
SQ: 016

INVOICE: 03983?
TIME: 17:04
AUTH NO: 504192

**TOTAL** $701.82

**CUSTOMER COPY**

**Micropac Inc.**

Home of Electronics, Appliances
and Computers

**TELEPHONE:**
ANDERSON

Address: 643 Chalan San Antonio.
Suite 105, Tamuning Guam 96913
Tel: (671) 646-9304/5 Fax: (671) 646-9306

SHIP TO: (541) 354-3396

360025

| R OF SHIPPING | SOCIAL SECURITY NUMBER | TERMS | YOUR ORDER NO. |
|---|---|---|---|
| | | AMEX | |

| | | DESCRIPTION | UNIT PRICE | EXT. |
|---|---|---|---|---|
| 3.0 | OPTIOM40 | PENTAX OPTIOM40 DIGI CAM | 179.00 | 537.0 |
| 2.0 | 1GBSDYBP | HITCON 1 GB SDCARD BLISTERPA | 19.99 | 59.9 |
| 3.0 | CBAM50 | JVC CBAM50 CASE FOR EVERIO | 34.95 | 104.8 |

07066.02
7/17/08    Chace
SWMD EXPENSE
American Express

SUBTOTAL    701.82
Tax    0.0
*Thank You*
TOTAL U.S. $ ➡    701.82

PRINT NAME:

Signature:

**TERMS & CONDITIONS (SAVE YOUR RECEIPT. A fee of $5.00 will be charged for every copy made.)**

1. No cash refunds. Exchange will be allowed depending on the condition of the goods. A 10% restocking charge applies. All sales are final after 30 days.
2. Layaway term good for ninety (90) days only. 1/3 down payment required.   3. Charge Accounts: Net 30 days. Any unpaid accounts will be charged 2% interest per month on the balance due.   4. In the event of non-payment on due date, the seller has option to repossess the goods. If the delinquent account is placed in the hands of collection agencies or attorneys for collection or suit, buyer agrees to pay in addition to the amount of the account and interest, a collector's or attorney's fee equal to 33-1/3% of said delinquent account.

**PROVISIONS OF LIMITED WARRANTY (NON-TRANSFERABLE)**
Micropac Inc. GUARANTEES the product to be free from manufacturer's defect at time of purchase as follows:
   A. Individual Compo (Amp, Tuner, Receiver, Home Sp.) Window Air Con, Split Air Con (we install) .......... 1 year parts/labor
   B. Computer Hardware, Video Equipment, Rack System, Home Appliance ........... 1 year parts/90 days labor
   C. JVC Car Audio, Fax Machine, Musical Instrument, Commercial Use Equipment, Magic Mic iped ........... 6 months parts/90 days labor
   D. Computer Peripherals, Rice Cooker Digital Still Camera, Sewing Machine, Vacuum Cleaner ........... 90 days parts/labor
   E. Microphone Cable, Electrical Tool, Battery-Operated Appliance, Cabinet, Watch/Clock, Telephone,
       Answer Machine, Still Camera, Other Car Audio, Portable, Calculator, Video Game, And Accessories/others ......... 30 days parts/labor
   F. Bose Systems and Speakers, JVC Audio Video, Yamaha Products, Onkyo Products ........... Factory Warranty
EXCLUSIONS TO THE WARRANTY (Customer-Equipment must be returned to Micropac, Inc. with valid receipt to validate warranty service )
   1 Cables Case/Cabinet Surface, Glass, Handles, Knobs, Power Cords, Rubber Balls, Style, Wires, and other such auxiliary items that are improper connection
   2 Malfunction caused by abuse, accidents, attempted repair, failure to follow operational instructions, modifications, negligence, improper connection
   3 Damage resulting from power outages, line voltage fluctuation or natural causes
   4 Warranty does not provide for on-site repairs, house calls, deliveries, or pick-ups

**SAVE YOUR RECEIPT**

---

ANDERSON/PAC

PARTS
GUAM
.02

Thank You!

Merchant Copy

**BANK OF GUAM**
**THE PEOPLE'S BANK**

Mid-Pac Far East
Tamuning Guam
671 637-7844

ANDERSON
Anderson
ANDERSON
part of the ANCE
90.00

BATCH No. :
TERMINAL ID :  00129472
CARD : AMEX
CARD NO. : XXXXXXXXXXXXX2019 / Swiped
EXP DATE :
AREF No. :
INVOICE :  047393
TRANS. :  CREDIT SALE
AMOUNT :  $  90.00
Tran Date/Time :  07/11/08  12:21:42
APPROVAL :  560286
Customer Copy

# Gershman, Brickner & Bratton, Inc (7)

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800 Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

Project ID: **07066:02**
Project Name: **US District Court - Emergency Purchases for SWD**
Manager: **HWG**
Client ID: **07066**

*J. TUCKER*

| ELDATE | PROJECTID | EMPLOYEEID |
|--------|-----------|------------|
| 7/1/2008 to 7/31/2008 | 07066:02 to 07066:02 | JT to JT |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|------|-------------|-------|------|----------|------|--------|--|
| 7/29/2008 | Supplies<br>Ink for Ordot | 1.00 | $69.90 | $69.90 | 0.00 | $69.90 | Billable |
| 7/29/2008 | Miscellaneous Expense<br>Parts for collection truck | 1.00 | $60.59 | $60.59 | 0.00 | $60.59 | Billable |
| 7/31/2008 | Copies<br>Copies Ordot Ban Forms | 1.00 | $300.00 | $300.00 | 0.00 | $300.00 | Billable |
| | Sum of Billable Expenses: | | | $430.49 | | $430.49 | |
| | Billable + Non-Billable Total: | | | $430.49 | | $430.49 | |



CUSTOMER'S COPY



P.O. Box 20148, GMF Barrigada, Guam 96921
Sales: 671.647.4537/8 · Tech: 671.647.4160/1 · Fax: 671.646.4275

Sold To: Cash

Ship To:

Customer No: 0
Phone No:
Phone 2:

Cust. Order #:                    Sold By : #133-STEPHANIE

| Stock Number | Item Description | Qty | Unit Price | Amount |
|---|---|---|---|---|
| 11708 | HP INK C8765W/C94 BLACK (OEM) | 1 | 26.95 | 26.95 |
| 12856 | HP INK C9363WN/97 TRICOLOR OEM | 1 | 42.95 | 42.95 |

Sub-Total:        69.90

Tax [   0]:       EXEMPT *

Total:        69.90

AMEX 544623:       69.90

Thank-You for your patronage.
Please come again.

Amount Paid:       69.90
Amount Due:        0.00
Change:        0.00

By signing, I state that I have understood the terms and conditions of PC Outlet's system warranty, return policy and service agreement. Also, I have received all invoiced items without any physical damages. There is a 2% finance fee for all accounts 30 days past due.

PRINT NAME: _____        SIGNATURE: _____        DATE: _____



07066.02
EMERGENCY PARTS
FOR COLLECTION TRUCK

**BANK OF GUAM**
THE PEOPLE'S BANK

Mid-Pac Far East
Tamuning, Guam
671 637-7844

BATCH No.     : 000098
TERMINAL ID   : 01123472
CARD          : AMEX
CARD No.   : XXXXXXXXXXX1029 / Swiped
EXP DATE      : 06/12
BREF No.      : 4919
INVOICE       : 003566
TRANS.    : CREDIT SALE

AMOUNT    :        $     68.58

Tran Date/Time : 07/28/08      11:17:58
APPROVAL  : 574570
          Customer Copy
          Thank you!



PERSONAL CREDIT CARD

**OFFICIAL RECEIPT**

ELITE PRINTING

SAIPAN
P.O. Box 204 H8
Saipan, MP 96950-1148
C.M.P. (670) 922-7777 (PRS)
Tel. (670) 322-2977
(877) 765 0405/2218
Fax. (670) 355-0870

GUAM
P.O. Box 23310
G.M.F. Guam 96921
Tel. (671) 649-2977
(671) 648-5377/78
Fax. (671) 649-7296

Date — 7/31/08

Received From — DPW

Address — 

Dollars — Two Hundred ( $ 300.00 )

Payment For ☑ Invoice Nº — 28792
☐ Job Order Nº —
☐ From Mail —
☐ Pick- Up —
☐ Others —

07066.02
EMERGENCY PURCHASE
BAN FORMS

Thank You !

By : ___

| AMOUNT OF ACCOUNT | 300 | 00 | CASH | $ |  |  |
|---|---|---|---|---|---|---|
| AMOUNT PAID | 300 | 00 | CHECK | $ | CHECK NO. |  |
| BALANCE DUE |  |  | CARD OR M.O. | $ 300 | CARD NO. | 6843 |

EP003-01/01

07066-02

07066.02
PERSONAL CREDIT
ELITE PRINTING
INDUSTRIAL AREA
PITIHAN, W.A.

TERMINAL ID.: 000000125
MERCHANT #: 000794012830340

MASTERCARD - CARD #SWC
**** **** **** 6843
SALE 234647
INVOICE 234647
BATCH NUMBER
DATE: JUL 31 2008 TIME: 11:50
AUTH NO: 069792

TOTAL                 $300.00

CUSTOMER COPY