# Gershman, Brickner & Bratton, Inc. (51)

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

| | |
|---|---|
| Project ID: | **07066:01** |
| Project Name: | **US District Court for Guam - Receivership** |
| Manager: | **HWG** |
| Client ID: | **07066** |

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 6/4/2008 to 6/4/2008 | CA to CA | 07066:01 to 07066:01 |

*C. ANDERSON*

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 6/4/2008 | Meals | 1.00 | $38.98 | $38.98 | 0.00 | $38.98 | Billable |
| | Jamaican Grill - Meals (lagging receipt-rec'd 7/18/08) | | | | | | |
| 6/4/2008 | Meals | 1.00 | $36.64 | $36.64 | 0.00 | $36.64 | Billable |
| | Per Diem: purchased groceries. (can not read receipt) | | | | | | |
| | **Sum of Billable Expenses:** | | | $75.62 | | $75.62 | |
| | **Billable + Non-Billable Total:** | | | $75.62 | | $75.62 | |

*Less previously submitted* ( 36.64)
*$38.98* ✓

(52)

GUAm PerDien

671-472-2000
JAMAICAN GRILL
P.O. BOX OF
AGANA   96932

TERMINAL I.D.:  $38.98  3385
MERCHANT #:  13817

VISA   SRV: 1367  ITEM #: 008
*************9540
SWIPE
PRE-SALE

DATE: JUN 04, 2008  TIME: 18:47
AUTH NO: 04561B

BASE          $33.98

TIP            5

TOTAL         38.98

RICHARD C ANDERSON

X

GRATUITY GUIDELINE
15%=$5.09  20%=$6.79

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

| Project ID: | 07066:01 |
|---|---|
| Project Name: | US District Court for Guam - Receivership |
| Manager: | HWG |
| Client ID: | 07066 |

C. ANDERSON

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 7/1/2008 to 7/31/2008 | CA to CA | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 7/1/2008 | Meals | 1.00 | $13.00 | $13.00 | 0.00 | $13.00 | Billable |
| | Per Diem: My share of a lunch meal. | | | | | | |
| 7/2/2008 | Meals | 1.00 | $49.79 | $49.79 | 0.00 | $49.79 | Billable |
| | Per Diem: Groceries for apartment | | | | | | |
| 7/3/2008 | Meals | 1.00 | $13.00 | $13.00 | 0.00 | $13.00 | Billable |
| | Per Diem: Groceries | | | | | | |
| 7/4/2008 | Meals | 1.00 | $69.41 | $69.41 | 0.00 | $69.41 | Billable |
| | Per Diem: Groceries for the apartment. | | | | | | |
| 7/4/2008 | Meals | 1.00 | $23.90 | $23.90 | 0.00 | $23.90 | Billable |
| | Per diem: Groceries | | | | | | |
| 7/5/2008 | Meals | 1.00 | $15.98 | $15.98 | 0.00 | $15.98 | Billable |
| | Per Diem: groceries | | | | | | |
| 7/6/2008 | Miscellaneous Travel Expenses | 1.00 | $53.25 | $53.25 | 0.00 | $53.25 | Billable |
| | Per Diem: fuel for automobile | | | | | | |
| 7/7/2008 | Meals | 1.00 | $40.25 | $40.25 | 0.00 | $40.25 | Billable |
| | Per Diem: meal | | | | | | |
| 7/11/2008 | Meeting Expenses | 1.00 | $13.18 | $13.18 | 0.00 | $13.18 | Billable |
| | Food for meetings. | | | | | | |
| 7/11/2008 | Meals | 1.00 | $7.74 | $7.74 | 0.00 | $7.74 | Billable |
| | Per Diem: groceries to use in the apartment. | | | | | | |
| 7/11/2008 | Miscellaneous Travel Expenses | 1.00 | $53.60 | $53.60 | 0.00 | $53.60 | Billable |
| | Per Diem: Fuel for automobile | | | | | | |
| 7/12/2008 | Meals | 1.00 | $15.06 | $15.06 | 0.00 | $15.06 | Billable |
| | Per Diem: Groceries to cook at the apartment. | | | | | | |
| 7/12/2008 | Meals | 1.00 | $11.00 | $11.00 | 0.00 | $11.00 | Billable |
| | Per Diem: Groceries to use in the apartment. | | | | | | |
| 7/13/2008 | Meals | 1.00 | $16.65 | $16.65 | 0.00 | $16.65 | Billable |
| | Per Diem: Groceries to use in the apartment. | | | | | | |
| 7/13/2008 | Meals | 1.00 | $40.20 | $40.20 | 0.00 | $40.20 | Billable |
| | Per Diem: Lunch for Manning and I. | | | | | | |
| 7/14/2008 | Meals | 1.00 | $21.75 | $21.75 | 0.00 | $21.75 | Billable |
| | Per diem: groceries | | | | | | |
| 7/14/2008 | Meals | 1.00 | $6.00 | $6.00 | 0.00 | $6.00 | Billable |
| | Per Diem:  Veggis & Seafood - Anderson Food | | | | | | |
| 7/15/2008 | Miscellaneous Travel Expenses | 1.00 | $56.00 | $56.00 | 0.00 | $56.00 | Billable |
| | Per Diem: fuel for vehicle. | | | | | | |
| 7/15/2008 | Meals | 1.00 | $6.53 | $6.53 | 0.00 | $6.53 | Billable |
| | Per Diem: meal | | | | | | |

# Gershman, Brickner & Bratton, Inc. 54

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

| Project ID: | 07066:01 |
|---|---|
| Project Name: | US District Court for Guam - Receivership |
| Manager: | HWG |
| Client ID: | 07066 |

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 7/1/2008 to 7/31/2008 | CA to CA | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 7/15/2008 | Meals | 1.00 | $28.50 | $28.50 | 0.00 | $28.50 | Billable |
| | Per Diem: Meal for Tucker and Anderson | | | | | | |
| 7/17/2008 | Meals | 1.00 | $50.97 | $50.97 | 0.00 | $50.97 | Billable |
| | Per Diem: meals for Anderson and Tucker. | | | | | | |
| 7/18/2008 | Meals | 1.00 | $63.52 | $63.52 | 0.00 | $63.52 | Billable |
| | Per Diem: groceries to cook in apartment. | | | | | | |
| 7/18/2008 | Meeting Expenses | 1.00 | $38.50 | $38.50 | 0.00 | $38.50 | Billable |
| | Meeting: collection crews and administrative staff of SWMD mandatory meeting where GBB's presentation to the court was summarized. | | | | | | |
| 7/18/2008 | Meeting Expenses | 1.00 | $10.00 | $10.00 | 0.00 | $10.00 | Billable |
| | Meeting: Collection crews and administrative staff mandatory meeting to discuss GBB's report to the Court. | | | | | | |
| 7/18/2008 | Meeting Expenses | 1.00 | $8.99 | $8.99 | 0.00 | $8.99 | Billable |
| | Meeing: Collection crews and administrative staff to review of GBB's presentation to the court. | | | | | | |
| 7/18/2008 | Meals | 1.00 | $26.46 | $26.46 | 0.00 | $26.46 | Billable |
| | Per Diem: meal for Jack and Chace | | | | | | |
| 7/19/2008 | Meals | 1.00 | $16.02 | $16.02 | 0.00 | $16.02 | Billable |
| | Per diem: groceries to cook in the apartment | | | | | | |
| 7/19/2008 | Meals | 1.00 | $45.00 | $45.00 | 0.00 | $45.00 | Billable |
| | Per diem meals = $45 (split) - Anderson and Tucker | | | | | | |
| 7/19/2008 | Meeting Expenses | 1.00 | $45.89 | $45.89 | 0.00 | $45.89 | Billable |
| | Meeting = $45.89 (split) - Tucker and Anderson | | | | | | |
| 7/19/2008 | Miscellaneous Travel Expenses | 1.00 | $51.70 | $51.70 | 0.00 | $51.70 | Billable |
| | Per diem: fuel | | | | | | |
| 7/20/2008 | Meals | 1.00 | $8.50 | $8.50 | 0.00 | $8.50 | Billable |
| | Per diem: meal | | | | | | |
| 7/21/2008 | Meals | 1.00 | $8.53 | $8.53 | 0.00 | $8.53 | Billable |
| | Per diem: ice cream | | | | | | |
| 7/22/2008 | Meals | 1.00 | $24.99 | $24.99 | 0.00 | $24.99 | Billable |
| | Per diem: food | | | | | | |
| 7/23/2008 | Meals | 1.00 | $45.25 | $45.25 | 0.00 | $45.25 | Billable |
| | Per diem: $45.25, Tucker and I met to prepare for meeting with Chief Judge. | | | | | | |
| 7/24/2008 | Meals | 1.00 | $28.50 | $28.50 | 0.00 | $28.50 | Billable |
| | Per deim: dinner | | | | | | |
| 7/24/2008 | Meals | 1.00 | $14.44 | $14.44 | 0.00 | $14.44 | Billable |
| | Per diem: food | | | | | | |

# Gershman, Brickner & Bratton, Inc. 55

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

| | |
|---|---|
| Project ID: | 07066:01 |
| Project Name: | US District Court for Guam - Receivership |
| Manager: | HWG |
| Client ID: | 07066 |

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 7/1/2008 to 7/31/2008 | CA to CA | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 7/25/2008 | Meals<br>per diem: meal | 1.00 | $20.14 | $20.14 | 0.00 | $20.14 | Billable |
| 7/25/2008 | Lodging<br>Best Western Pioneer Inn in Hawaii during layover from Guam.<br>Placed on American Express card. | 1.00 | $167.11 | $167.11 | 0.00 | $167.11 | Billable |
| 7/25/2008 | Plane<br>Airfare for return trip from Guam - 07/25 - 26 | 1.00 | $5,413.22 | $5,413.22 | 0.00 | $5,413.22 | Billable |
| 7/25/2008 | Miscellaneous Travel Expenses<br>Per diem: fuel | 1.00 | $52.23 | $52.23 | 0.00 | $52.23 | Billable |
| 7/25/2008 | Car Rental<br>Rental car cost placed on American Express for period between<br>June 29 and July 25, 2008. | 1.00 | $1,446.52 | $1,446.52 | 0.00 | $1,446.52 | Billable |
| 7/25/2008 | Meals<br>Per Diem: coffee at airport | 1.00 | $3.02 | $3.02 | 0.00 | $3.02 | Billable |
| 7/25/2008 | Miscellaneous Travel Expenses<br>per diem: fuel for rental car | 1.00 | $21.00 | $21.00 | 0.00 | $21.00 | Billable |
| 7/25/2008 | Meals<br>Per diem: meal in Hawaii during layover returning from Guam. | 1.00 | $11.63 | $11.63 | 0.00 | $11.63 | Billable |
| 7/25/2008 | Car Rental<br>Budget car rental 7/24-25/08 in Maui. Confirmation number<br>24360459US4.; placed on american express card | 1.00 | $48.95 | $48.95 | 0.00 | $48.95 | Billable |
| 7/27/2008 | Meals<br>Per diem: coffee | 1.00 | $3.99 | $3.99 | 0.00 | $3.99 | Billable |
| 7/28/2008 | Parking<br>Per diem: parking for meeting while in Nashville. | 1.00 | $12.00 | $12.00 | 0.00 | $12.00 | Billable |
| 7/28/2008 | Meals<br>Per diem: coffee | 1.00 | $2.90 | $2.90 | 0.00 | $2.90 | Billable |
| 7/29/2008 | Meals<br>per diem: meal in airport | 1.00 | $10.76 | $10.76 | 0.00 | $10.76 | Billable |
| 7/29/2008 | Meals<br>Per diem: meal in airport | 1.00 | $7.64 | $7.64 | 0.00 | $7.64 | Billable |
| 7/29/2008 | Car Rental<br>Per diem: car rental while in Nashville for meeting with<br>Manning. | 1.00 | $137.11 | $137.11 | 0.00 | $137.11 | Billable |
| 7/29/2008 | Meals<br>per diem: meal in airport | 1.00 | $50.00 | $50.00 | 0.00 | $50.00 | Billable |
| 7/29/2008 | Miscellaneous Travel Expenses<br>Per diem: fuel for rental car while meeting with Manning in<br>Nashville. | 1.00 | $26.19 | $26.19 | 0.00 | $26.19 | Billable |

# Gershman, Brickner & Bratton, Inc. 56

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

Project ID:        **07066:01**
Project Name:   **US District Court for Guam - Receivership**
Manager:         **HWG**
Client ID:        **07066**

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 7/1/2008 to 7/31/2008 | CA to CA | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount |
|---|---|---|---|---|---|---|
| | Sum of Billable Expenses: | | | $8,476.46 | | $8,476.46 |
| | Billable + Non-Billable Total: | | | $8,476.46 | | $8,476.46 |

**Jim Plutino**



From:             Continental Airlines, Inc. [continentalairlines@continental.com]
Sent:             Wednesday, July 02, 2008 6:02 PM
To:               Cora Chaply
Subject:          eTicket Itinerary and Receipt for Confirmation ADY2FM

To ensure delivery of this e-mail please add continentalairlines@continental.com to your address book or approved senders list. See instructions for adding us to your address book.

 Confirmation: 
ADY2FM

Issue Date: July 02, 2008

| Traveler | eTicket NumberFrequent Flyer | Seats |
|---|---|---|
| ANDERSON/RICHARDCMR0052168334758CO-HL643263 Silver / ST Elite1D/---/---/29K/2A |

## FLIGHT INFORMATION

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Fri, 25JUL08 | CO2[1] | D | GUAM IS SW PAC (GUM) **6:25AM** | HONOLULU HNL (HNL) **5:40PM (24JUL)** | 767-400 | Breakfast |
| Thu, 24JUL08 | CO9048[2] | J | HONOLULU HNL (HNL) **7:05PM** | KAHULUI HAWAI (OGG) **7:42PM** | | |
| Fri, 25JUL08 | CO9047[3] | H | KAHULUI HAWAII (OGG) **7:00PM** | HONOLULU HNL (HNL) **7:34PM** | | |
| Fri, 25JUL08 | CO72 | H | HONOLULU HNL (HNL) **9:10PM** | HOUSTON BUSH INTL (IAH) **9:55AM (26JUL)** | 767-400 | Snack |
| Sat, 26JUL08 | CO3003[4] | H | HOUSTON BUSH INTL (IAH) **10:45AM** | NASHVILLE (BNA) **12:37PM** | ERJ-145 | |

[1]Operated by CONTINENTAL MICRONESIA

[2]Operated by HAWAIIAN AIR

[3]Operated by HAWAIIAN AIR

[4]Operated by EXPRESSJET AIRLINES INC doing business as CONTINENTAL EXPRESS

## FARE INFORMATION

Fare Breakdown                          Form of Payment:
Airfare:                    5,533.00USD  AMERICAN EXPRESS
Guam Inspection Service Charges:   6.40  Last Four Digits XXXX
U.S. Passenger Facility Charge:   10.50
U.S. APHIS User Fee:               5.00
U.S. Federal Transportation Tax:  62.82
U.S. Flight Segment Tax:          10.50
U.S. Security Service Fee:        10.00
Per Person Total:           5,638.22USD

eTicket Total:              5,638.22USD

The airfare you paid on this itinerary totals: 5,533.00 USD

Less $225.00 — see p.58
= $5413.22

1



58



## Payment
### Credit/Debit Card  Fields marked with asterisks(*) are required.

Only U.S., Canadian, Australian and Philippines credit cards and billing addresses ac

First Name                Last Name

*Billing Address 1

Billing Address 2

*City                     *State

*Zip Code                 *Country
                          United States

*Type

*Number

*Expiration Date
2008

### Cover Your Trip
○ **$7.00  Airline Travel Insurance**
◉ No, Thank You
One low price covers all passengers
Get a reimbursement for:
- Trip cancellation or interruption due to inclement weather, illness or injury
- Emergency medical and transportation expenses
- Lost baggage

...and more

Learn more                    *US residents only

## Gift Card/Gift Certificate
☐ **Use a Hawaiian Airlines Gift Card/Gift Certificate**
Check here if you would like to apply one or more gift cards and/or certificates to your purchase.

## Flight Reservations
Boarding begins 50 min prior to departure. Gates close 15 min prior to departure.
### Itinerary Information

|  | DEPART | ARRIVE | CLASS | FLIGHT |
|---|---|---|---|---|
| **Departure Flight** | SEP 18, 07:11 PM<br>Oahu - Honolulu (HNL) | SEP 18, 07:48 PM<br>Maui - Kahului (OGG) | Coach | HA196 |
| **Return Flight** | SEP 19, 06:47 PM<br>Maui - Kahului (OGG) | SEP 19, 07:21 PM<br>Oahu - Honolulu (HNL) | Coach | HA195 |

### Passenger Information

|  |  | SEAT<br>HNL-OGG | SEAT<br>OGG-HNL |
|---|---|---|---|
| **NAME** | HMAcct |  |  |
| Richard Anderson |  | 15F | 25E |

### Payment Information
#### Cost Summary

| | |
|---|---|
| Cost per Traveler | $213.00 |
| # of Travelers | x 1 |
| Taxes and Fees<br>Segment taxes, passenger facility charges.<br>and September 11 Security Fee | $12.00 |
| Subtotal | $225.00 |

## Total Air Travel Cost (USD)
**$225.00**

○ Travel Insurance AIG Travel Guard Frequently Asked Questions
◉ No, Thank You

*Estimated charge for side trip airfare for C. Anderson*



# Best Western Pioneer Inn

*658 Wharf St*
*Lahaina, HI 96761*
*Ph:808-661-3636 Fax:808-667-9366*
*BWPioneerinn@hawaii.rr.com*



Page 1 of 1

**Richard Anderson**
**8550 Arlington Blvd**
**Fairfax, VA 22031-4620**
**6006637247365273**

| Room | Folio | CheckIn | CheckOut | Balance |
|------|-------|---------|----------|---------|
| 17 | 47962 | 07/24/2008 | 07/25/2008 | 0.00 |
| Master Folio | | | Best Available Rate | |

| Date | Room | Description | Charges | Credits | Balance |
|------|------|-------------|---------|---------|---------|
| 07/24/2008 | 17 | Room Taxable | 149.99 | 0.00 | 149.99 |
| 07/24/2008 | 17 | Sales Tax - 4.166% | 6.25 | 0.00 | 156.24 |
| 07/24/2008 | 17 | Hotel Tax - 7.250% | 10.87 | 0.00 | 167.11 |
| 07/25/2008 | 17 | American Express | 0.00 | 167.11 | 0.00 |

*07066.01*

*Chace Anderson*

*American*
*Express*

**Each Best Western hotel is independently**
**owned and operated.**

*Chace Anderson*     07066-01



RENTAL: 06-29-08 1803  GUAM INTL. AIRPORT      7730050
RETURN: 07-25-08 0414  GUAM INTL. AIRPORT      7730050

                                                        EX MO      1(NT) $1448.00
           RICHARD ANDERSON        #1:          CDP:
HERTZ RENT A CAR
Hertz System Licensee FT:                 HG:
671-642-3210                                            MILEAGE CHG        $
OWN/VEH: 77300/0007799  07 MINI SUV   LIC: MER6821  VEH CLASS: C   SUB TOTAL          1448.00
LDW1     DECLINED AT $15.95 PER DAY                     DISCOUNT 10%    $ -144.80
PAI      DECLINED AT  $9.95 PER DAY    MILEAGE IN:    13650  FAC FEE    (NT)     13.00
PEC      DECLINED AT  $5.95 PER DAY    MILEAGE OUT:   13563  CON.FEE RECOVERY (NT) 130.32
LIS      DECLINED AT  $7.95 PER DAY    MILES DRIVEN:     87
                                       TR-X MILES DRIVEN:
FPO      DECLINED - FUEL & SVC APPLIED TOTAL MILES DRIVEN:  87
         $6.50 GL    TK CAP: 13.2      MILES ALLOWED:
         FUEL OUT: FULL  FUEL IN: FULL MILES CHARGED:
ADDITIONAL CHARGES:
FAC FEE    1 -   $.50/DAY (NT)    PLAN IN:  WIP    $65.85 / DAY
                                 PLAN OUT: WIP   $395.00 / EX WEEK
                                 RATE CLASS: C    $16.46 / EX HOUR
                                                  $65.85 / EX DAY


                                      TOTAL CHARGES       $ 1446.52

RENTAL FORM OF PAYMENT: AMEX   XXXXXXXXXXX2019      CC APP $1250.00/2114
RETURN FORM OF PAYMENT: AMEX   XXXXXXXXXXX2019      CC APP $1447.00/2114

                                      NET DUE            $ 1446.52
                                      CHARGED ON AMEX    $ 1446.52
                                      BALANCE DUE        $

T H A N K   Y O U   F O R   R E N T I N G   F R O M   H E R T Z

RESERVATION INFORMATION:        0 /
PREPARED BY:  JNE      COMPLETED BY:  ARM2
STATEMENT OF CHARGES - NOT VALID FOR RENTAL

                              RENTAL RECORD   A70686   I

(61)



RENTAL: 06-29-08 1803 GUAM INTL. AIRPORT 7730050
DUE  : 07-21-08 0500 GUAM INTL. AIRPORT 7730050

|  | | RATE PLAN: WIP | | RATE CLASS: C | | |
|---|---|---|---|---|---|---|
| RICHARD ANDERSON #1: CDP: | | DAYS | NT | 1 $ | 65.85 / | MI |
| HERTZ RENT A CAR PAID BY:AMEXXXXXXXXXXXX2019 AUTH: $1250.00/2114 | | WEEKS | NT | 3 $ | 395.00 / | MI |
| Hertz System Licensee FT: HG: | | MONTHS | NT | $ | 1448.00 / | MI |
| 671-642-3210 | | EX DAYS | NT | $ | 65.85 / | MI |
| OWN/VEH: 77300/0007799  07 MINI SUV     LIC: MER6821     VEH CLASS: C | | EX HOURS | NT | $ | 16.46 / | MI |

MILES OUT 13563  FUEL:    8/8  TK CAP: 13.2  LOT/ROW/STALL:

THIS VEHICLE MUST BE RETURNED TO GUAM INTL. AIRPORT   ON 07-21-08
AT 0500  OR A HIGHER RATE AND/OR INTER CITY FEE WILL APPLY.        DISCOUNT 10.00%

OPTIONAL SERVICES OF:
- LDW      DECLINED AT $15.95 PER DAY          FAC FEE       (NT) $   .50/DAY
- PAI      DECLINED AT $9.95 PER DAY           CON.FEE RECOVERY  (NT) 10.00%
- PEC      DECLINED AT $5.95 PER DAY           FUEL & SVC   (NT) .260 MI $6.500 GL
- LIS      DECLINED AT $7.95 PER DAY
-
- FPO      DECLINED

NO ADDITIONAL AUTHORIZED OPERATORS WITHOUT HERTZ' PRIOR WRITTEN APPROVAL

LIS IF ACCEPTED CSL=$500,000.

BY YOUR INITIALS YOU ACKNOWLEDGE AND AGREE TO THE ABOVE CONDITIONS: _____

BY SIGNING BELOW, YOU ACCEPT THE TERMS OF THIS AGREEMENT AND YOU AGREE THAT ANY INSURANCE
THAT PROVIDES COVERAGE TO YOU OR TO THE OPERATOR OF THE CAR WILL BE PRIMARY.  IN THE EVENT OF ANY CLAIMS
ARISING FROM THE OPERATION OF THIS VEHICLE, THE JUST-MENTIONED INSURANCE SHALL BE RESPONSIBLE FOR THE
PAYMENT OF ALL PERSONAL INJURY AND/OR PROPERTY DAMAGE CLAIMS UP TO THE LIMITS OF SUCH INSURANCE.

ALL LIABILITY PROTECTION WILL BE VOID IF VEHICLE IS;
    -DRIVEN UNDER THE INFLUENCE OF ALCOHOL OR DRUGS.
    -ENGAGED IN ANY WILLFUL OR WANTON MISCONDUCT SUCH AS OFF-ROAD USE.

LDW1 INSURANCE IS FULL VALUE DEDUCTIBLE AND EXCLUDES TIRE/WHEEL/HUBCAP DAMAGE.

NOTICE:  IF YOU DECLINE THE OPTIONAL LOSS DAMAGE WAIVER (LDW) YOU
ARE RESPONSIBLE FOR ANY VEHICLE LOSS OR DAMAGE REGARDLESS OF FAULT.
BY SIGNING THIS AGREEMENT YOU AGREE AND UNDERSTAND THE ABOVE AND
ALL TERMS, CONDITIONS AND YOUR OBLIGATIONS SHOWN ON THE FOLDER
DELIVERED TO YOU WITH THIS RENTAL RECORD.

PREPARED BY: JNE

X _____

RENTAL RECORD  A70686   I



KAHULUI AIRPORT

| | | |
|---|---|---|
| RENTAL RECORD: | | RX0016461 |
| ANDERSON | RICHARD | |
| COMPLETED BY: | | DEDWAT |
| RENTED: | KAHULUI AIRPORT | |
| RENTAL: | 07-24-08 | 2124 |
| RETURN: | 07-25-08 | 1601 |
| MILES IN: | 7604 OUT: | 7539 |
| MILES DRIVEN: | 65 | |
| PLAN IN/OUT: | SPC | /WALK |
| CLS: CDAR | | |

| | | |
|---|---|---|
| 1 DAYS | 40.00 | 40.00 |
| SUBTOT | | 40.00 |
| TAXABLE TOT | | 40.00 |
| SALES TAX INCLUDED | | |
| HAAPCONFEE | | 3.28 |
| FFTRS | | .50 |
| GET | | 1.84 |
| RNTLVEHSRG | | 3.00 |
| VLFEE | | .33 |
| NET DUE | | 48.95 |
| PAYMENTS | | -48.95 |
| PAID BY: AX | | |
| CREDIT CARD #: | | **********2019 |
| FT# UA 03198056714 | | |

THANK YOU FOR CHOOSING THRIFTY CAR RENTAL

---

THRIFTY CAR RENTAL-BNA AIRPORT
BURGNER ENTERPRISES INC. 1201 BRILEY PAR
NASHVILLE, TN 37217    *07066:01*
Phone: (615) 275-4257    *Per Diem*
Fax:    *Fee CAR*
        *Chace*

| | | | |
|---|---|---|---|
| RA#: | N1417363 | | |
| Renter: | RICHARD ANDERSON | | |
| Rented: | 07/26/08 | 14.26 | BNA |
| Returned: | 07/29/08 | 15.52 | BNA |
| Unit#: | 98905 | Class: 97 | |
| Odom Out: | 18,033 | In: | 18,166 |
| Miles Driven: | 133 | | |

- - - - - - - - C H A R G E S - - - - - - -

| | | |
|---|---|---|
| Daily | 1 | 32.45 |
| Daily (sp) | | 61.35 |
| Net T&M | | 93.80 |
| | | |
| FF SURCHARGE | | 2.00 |
| Convention Center Tax | | .94 |
| Contract Facility Charge | | 16.00 |
| Concession Fee Recovery | | 9.56 |
| STATE SURCHARGE BNA | | 3.58 |
| Tax 1- BNA | | 11.23 |
| Subtotal of Other Charges | | 43.31 |
| | | |
| Total Charges | | 137.11 |
| | | |
| Payment MC 54XX 9191 | | 137.11 |
| Total Deposits/Payments | | 137.11 |



63

| Rental Location | Vehicle Information | Rental Expires On | Rental Agreement Number |
|---|---|---|---|

*[Rental Location block — faded]*

**Car To Be Returned To Above Unless Stated Below**

**Customer Information**

*[Vehicle Information block — faded]*
VEH #: 021406-6
LIC #: M5947?    STATE: 112
JP  SUBARU    IMPREZA
Rate: BACK  Cls: CDAP  $40.00
FUEL LEVEL OUT: FULL
MILEAGE OUT:    7639

CUSTOMER DECLINES LDW AND IS RESPON...
SIBLE FOR LOSS OR DAMAGE PER TERMS
OF THE RENTAL AGREEMENT.
LDW    DECLINED
SLI    DECLINED
PEC    DECLINED

BY YOUR INITIALS YOU ACKNOWLEDGE YOU
HAVE ACCEPTED OR DECLINED THE FROM
OPTIONS, ITEMS Z

Rental Expires On: 07/25/2008  1700

*[Rental Agreement Number block — faded]*

7/25/08
07066:01

---

**AII - OPTIONAL LOSS DAMAGE WAIVER ("LDW"), PARKING FINES, AND ESTIMATED CHARGES**

nal Loss Damage Waiver - By entering into this Agreement, You are liable for any damage to or loss of the Vehicle resu...
a collision or other peril. The Company offers, for an additional charge, an optional LDW to cover Your responsibility ...
o or loss of the rental Vehicle. Before deciding whether to purchase LDW, You should determine whether Your own vehicle i...
affords cov... You for damage to or loss of the rental Vehicle and the amount of the deductible.



...ERATE THE VEHICLE IN VIOLATION OF THE PROH...
...OR CLOSE AND LOCK ALL
...D THE PO...
WHEN OT...

each infra...

cess or su...
s for the re...
the Vehic...

.sewhere.

**Hotel:**
Charge No.: 07066-01
Confirmation No.:

**Location: Ladera Towers**

Amt.: $



  (64)

 Printer Friendly Version

**Confirmation**
## Your Reservation Confirmation Number: **551773674**
Your reservation is confirmed. A copy of your reservation has been sent to cchaply@gbbinc.com . You may also print this page for
future reference.
Thank you for booking at bestwestern.com.
If you have any questions regarding your reservation, please call 1-800-780-7234 (U.S. and Canada), email us, or click here for
International Reservation Numbers.

# Reservation Information



**Best Western Pioneer Inn**
658 Wharf Street
Lahaina, Hawaii
96761-1266, United States
**Phone:** 808/661-3636
**Fax:** 808/667-5708

**CAR:**
Budget Rental
**Confirmation number 24360459US4**
**Total confirmed rate 67.80 USD**

**pick-up**
**Thu, Jul 24, 2008 08:00 PM**

**KAHULUI AIRPORT**
865 WEST MOKUEA PLACE
KAHULUI, MAUI, HI 96732 US
Location code OGG

pick-up service available

*$ 48.55*        *07566-01*

**hours Sun - Sat** 5:30 AM - 11:00 PM
**phone** 808-871-8811
**return**
**Fri, Jul 25, 2008 06:00 PM**

**KAHULUI AIRPORT**
865 WEST MOKUEA PLACE
KAHULUI, MAUI, HI 96732 US
Location code OGG

Thrifty Rental
**Reservation for:  RICHARD ANDERSON**
**Confirmation # DSL5MT**

**Blue Chip #:       BQ4HT5**

**TIME & PLACE**                          **YOUR VEHICLE**
**Pickup Location:**   NASHVILLE AIRPORT, TN, USA    **Compact 2-4 Door:**



65

07066:01
Chace
Meals $13.00

Hotel Nikko Guam
MAGELLAN
Tumon,Guam
(671)649-8815
54
!Table ##126
Trans#: 198054    Serv: CHARLES
Cashier: MILYN
07/01/2008 01:16:06 PM    #Cust:4
LOCAL

| Quan | Description | Cost |
|---|---|---|
| 4 | Lunch Loc Ad TWTS $12 | $48.00 |
| 1 | Service Charge | $4.80 |

Net Total: $52.80
10% Svc.Chg.: $0.00

TOTAL: $52.80
Food:$48.00
Other:$4.80

CASH $52.80

Room number : ____________
Name : ____________
____________
Signature
Watch for New
Daily Specials ..

citibank

07066:01
Meals
Chace $13.00
AMERICAN BAKERY
HARMON, GUAM
CITIBANK N.A.
TERMINAL ID.: 98000041
MERCHANT #: 0079034628?
MASTERCARD - CARD SWIPE
XXXXXXXXXXXX9191
SALE
INVOICE: 007077
DATE: JUL 03, 08
BATCH: 000119
TIME: 11:40
RRN: 000118?
AUTH NO: 045182
TOTAL $13.00
CUSTOMER COPY

07066:01
Groceries Chace $23.96

NEW INFINITY INC
COOL SPOT BLDG. BANBA HWY
BARRIGADA, GUAM 96913
(671) 734-3881
Merchant ID: 000018321166
Term ID: 21166302    Ref #: 0006

Sale

XXXXXXXXXXXX9191
MASTERCARD    Entry Method: Swiped
Total: $ 23.96
07/04/08    15:17:12
Inv #: 000006    Appr Code: 015752
Apprvd: Online    Batch: 000006

Customer Copy
THANK YOU!

07066:01
meals
Chace $69.41

BANK OF GUAM
THE PEOPLE'S BANK

PAYLESS SUPERMARKETS
MICRONESIA MALL REGNS
(671) 637-7233

BATCH No. : 000182
TERMINAL ID : 4749479
CARD : MASTERCARD
CARD No. : XXXXXXXXXXXX9191 / Swiped
RREF No. : 4773
INVOICE : 004382
TRANS. : CREDIT CARD SALE
AMOUNT : $ 69.41
Tran Date/Time : 07/04/08 14:56:51
APPROVAL : 05595Z
Customer Copy
Thank you!

07066:01
Groceries
Chace $49.79

BANK OF GUAM
THE PEOPLE'S BANK

PAYLESS MICROMALL #5
DEDEDO, GUAM
(671) 637-7233

BATCH No. : 001181
TERMINAL ID : 3790367
CARD : MASTERCARD
CARD No. : XXXXXXXXXXXX9191 / Swiped
RREF No. : 16843
INVOICE : 000802
TRANS. : CREDIT CARD SALE
AMOUNT : $ 49.79
Tran Date/Time : 07/02/08 16:10:54
APPROVAL : 01589Z
Customer Copy
Thank you!

07066:01
Groceries
Chace $15.98

BANK OF GUAM
THE PEOPLE'S BANK

CALIFORNIA MART 4
TAMUNING, GUAM
(671) 649-2956

BATCH No. : 000406
TERMINAL ID : 3855475
CARD : MASTERCARD
CARD No. : XXXXXXXXXXXX9191 / Swiped
RREF No. : 1489
INVOICE : 001388
TRANS. : CREDIT CARD SALE
AMOUNT : $ 15.98
Tran Date/Time : 07/05/08 17:38:36
APPROVAL : 04515Z
Customer Copy
Thank you!

07066-01

*Per Diem*
*07066:01*
*Food*

**BANK OF GUAM**
THE PEOPLE'S BANK

**SUPERMART**
REG#3 MANGILAO, GU
(671) 735-6278

BATCH No.     000614
TERMINAL ID:  3520137
CARD          MASTERCARD
CARD No.:     XXXXXXXXXX9191 / Swiped
RREF No.      01185
INVOICE       005305
TRANS.        CREDIT CARD SALE

AMOUNT        $    15.66

Tran Date/Time  07/09/08  06:56:25
APPROVAL

Customer Copy

Thank you!

*Chace Anderson*

---

*SUPERMARKET*
*$7.00  7/11/08*
*07066:01*
*Chace Anderson*

(66)

---

*07066:01*

Public Square Garage
244-2330
Ed North MANAGER

*PARKING*
*$12*
*Chace*

Rcpt# 32953
07/28/08 13:57   L# 4 A# 8   Txn# 83344
07/28/08 11:21 In   07/28/08 13:57 Out
Tkt# 039297

Fee 1          $ 12.00
Total Fee      $ 12.00
CASH PAID      $ 12.00
Cash Tender    $ 20.00
Change Due     $  8.00
Thank You For Parking
With Us Today !!!

---



*Per Diem*
*07066:01*
*Food*

**BANK OF GUAM**
THE PEOPLE'S BANK

**SUPERMART**
FL0#2 MANGILAO, GU
(671) 735-6278

*Chace Anderson*

BATCH No.     000261
TERMINAL ID:  3520137
CARD          MASTERCARD
CARD No.:     XXXXXXXXXX9191 / Swiped
RREF No.      3267
INVOICE       000562
TRANS.        CREDIT CARD SALE

AMOUNT        $    16.65

Tran Date/Time  07/13/08  18:43:29
APPROVAL        045342

---

*07066:01*
*Per Diem*
*Chace Anderson*

HYATT RGCY GH LA MIREN
1155 PALE SAN VITORES R
TUMON 96913, GU 96913

*$40.20*

TERMINAL ID:  08336880840
MERCHANT #:   102021103993

MC
#xxxxxxxxxxxx9191
CLK: 143
**SALE**
BATCH: 001476      FOLIO #: 076597
DATE: JUL 13, 09   TIME: 15:22
SQ: 002            AUTH NO: 025232

MDSE/SERVICES      $35.20

TIP                _____

TOTAL              40.20

CUSTOMER COPY

---



*7/12/08 Chace Anderson*
*Per Diem*
*$11.00   07066:01*

671-735-1146
**HAEJUNG MINI MART**
P O BOX 5686
HAGATNA, GU 96932

TERMINAL I.D.:              0347
MERCHANT #:                20347

**MASTERCARD**      ITEM #: 008
***********9191
SWIPE
SALE

DATE: JUL 12, 2008  TIME: 20:15
AUTH NO: 01546Z

TOTAL              $11.00

RICHARD C ANDERSON
X

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

---

*07066:01 Chace*
*Groceries Per Diem*

**BANK OF GUAM**
THE PEOPLE'S BANK

**PAYLESS SUPERMARKETS**
MICRONESIA MALL REG #1
(671) 637-7233

*7/18/08*

BATCH No.     000770
TERMINAL ID:  1251894
CARD          MASTERCARD
CARD No.:     XXXXXXXXXX9191 / Swiped
RREF No.      1297
INVOICE       001167
TRANS.        CREDIT CARD SALE

AMOUNT        $    63.52

Tran Date/Time  07/18/08    17:03:23
APPROVAL        005652

Customer Copy

Thank you!

*Fuel Per Diem 07-066.01 Chace Anderson*

## *** Duplicate ***

Agana Mobil Service Station
PO BOX EU
Agana Guam 96910
671-472-2120
*** Phone ***

Transaction #:25213944
Tax Invoice #:441219
Honoria

POS: 1

Store No.: 549
07/11/08     8:46:56 AM

*Fuel Per Diem 07-066.01*

Fuel Sale
Pump # 3 Syn Regular
10.875 Gallons @ $ 4.929/gal     53.60

Total $:                53.60

Master:                 53.60
Change                   0.00

Master
CARD NUM  : XXXXXXXXXXX9191
EXP. DATE : 10/03

TERMINAL   : 549001
APPROVAL #  : 04562Z
RECEIPT #   : 107575
SALES RPT # : 424
SEQUENCE #  : 33

*Chace Anderson*

I agree to pay the above Total Amount
according to Card Issuer Agreement.

Signature: _____

Thank You - Please Come Again Soon

---

*Fuel 7/6/08*
*07-066.01 Chace Anderson*
*Per Diem*

SHELL TAMUNING
186 CHALAN SAN ANTONIO
TAMUNING, GU 96913
671-649-5865

XXXXXXXXXX06573 8638
7/06/08     TIME 04:30 PM
838 MC SALE     OP: 00   EXP XXXX 5
XXXXXXXXXX9191
AUTH/TKT 035642

**$53.25**

...E TO PAY ABOVE TOTAL AMOUNT
...ING TO CARD ISSUER AGREEMENT
...ANT AGREEMENT IF CREDIT VOUCHER)

ANO C ANDERSON

---

*Per Diem 07-066.01*
*Chace Anderson*
*pay*

BANK OF GUAM
SUPERMART
PEDRO MANGILAO GU
(671) 735-6278

BATCH No.  : 000274
TERMINAL ID : 3519996
CARD No.   : XXXXXXXXXX3151 / Swiped  MASTERCARD
REF No.    : 4100
INVOICE    : 003595
TRANS.     : CREDIT CARD SALE
AMOUNT     : 15.06
Tran Date/Time : 07/09/08   06:56:25
APPROVAL   : 055782
Customer Copy
Thank you!

---

*Food For meetings WINCHELL'S AGANA 07/06.01 Chace Anderson*

*SUPERMARKET $7.74 7/11/08 07-066.01 Chace Anderson*

*07066-01*

07066.01
PerDiem
MealsFor TucKer
& Anderson
**BANK OF GUAM**

**SONG HUONG RESTAURANT**

Chace    ANTIGUA, GUAM
(671) 477-2391    7/5/08

BATCH No.    :  000187
TERMINAL ID  :  9186902
CARD         :  MASTERCARD
CARD No.  : XXXXXXXXXX9191 - S 096
RREF No.     :  2104
INVOICE      :  001901
SERVER No.   :  1
TRANS.  : CREDIT CARD SALE

AMOUNT   :        $    23.50
TIP AMOUNT:      $    5.00
(IF ANY, PLEASE SIGN)

AL AMOUNT:        $28.50

Tran Date/Time  :  07/16/08    10:25:55
APPROVAL        :  025682

---

07066.01
PerDiem
Meals For Chace
& Jack Paid by
Chace

(671-472-2000)
**JAMAICAN GRILL**
P.O. BOX CF
AGANA   96932

TERMINAL I.D.:  7/17/08    3385
MERCHANT #:              13813

MASTER SRV: 3004  ITEM #: 018
***********9191
SWIPE
PRE-SALE

DATE: JUL 17, 2008  TIME: 20:37
AUTH NO: 035772

BASE          $42.97
TIP           50.97
TOTAL         ---------

RICHARD C ANDERSON    $50.97

X------------------------------------

GRATUITY GUIDELINE
15%=$6.44   20%=$8.59

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)



## POP'S BAKE SHOP

smooth
chase

RECEIPT

Date 7-18 20 08

RECEIVED from
Address
the sum of
as

Received by

AUTHORIZED SIGNATURE

02066.01

DATE 7-18 20 08
NAME
ADDRESS

| REGISTER NUMBER | AMOUNT RECEIVED | ACCT NO. |
|---|---|---|

Paid

6

REDIFORM 5A900

Handwritten top:
Perdieur & mee
TUCKER
Anderson
Chace
7/19/08

07-066:01 Chace
PerDiem 7/23/08
Chace Anderson
$45.25

(70)

---

671-649-5858
TUMON BAY LOBSTER&GRILL
P.O. BOX 3609
HAGATHA, GU 96932

07066:01

TERMINAL I.D.:                    0519
MERCHANT #:                       21709

MASTERCARD      ITEM #: 001
*************9191
SWIPE
PRE-SALE

DATE: JUL 19, 2008  TIME: 18:52
AUTH NO: 055232

BASE          $76.89
TIP           14.00
TOTAL        $90.89

RICHARD C ANDERSON
X

GRATUITY GUIDELINE
15%=$11.53  20%=$15.37

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

---

Mermaid Tavern
and Grille
140 Aspinall Ave, Suite 101
Hagatna, GU 96910

Date:        07/23/2008 01:06PM
Card Type:   Visa/MASTERCARD
Acct Num:    *************9191
Exp Date:    **/**
Customer:    ANDERSON/RICHARD C
Auth Code:   00574Z
Check:       3867
Table:       D6-1
Server:      8002 Renae

Amount:          $39.25

Tip _____ 6.00

Total _____ $45.25

Signature _____

Thank you for visiting
Mermaid Tavern and Gril?
Please come again
PHONE (671) 472-2337

45.89-Meeting
45.00-Perdie
Food

---

Bottom receipts (faded/scribbled):

Food for
Meetings

07-066:01
Chace

CASH
CHANGE

07-066:01  Meeting  $8.99  Chace  7/18/08

AGAT76   123456
WELCOME TO SPEC
ABA,.

AGAT 76
288 ROUTE 2        GU
AGAT         002476361

07/18/08    19:09
2CORE 125%K  $9.991
DISC        $-0.991
SUBTOT      $8.99
TOTAL       $8.99
VISA        $8.99
XXXXXXXXXXXX2910

FL/AB TAX - $1.99
TAX PD      $6.00
RECEIPT NO. 1-9234

CUSTOMER SIGNATURE
THANK YOU

07066:01
PerDiem
Fuel
Chace

**WELCOME**
**TO K&J MARKET**
**SALES RECEIPT**
**91 002 738452**
SHELL
351 HARDING PLACE
NASHVILLE
TN 37211

DATE 07/29/08  3:37PM
INVOICE# 016386
AUTH# 03573Z
  MASTERCARD
  ACCOUNT NUMBER
XXXX XXXX XXXX 9191
ANDERSON/RICHARD C

PUMP PRODUCT    $/G
 02  UNLD    $3.799

GALLONS    FUEL TOTAL
 6.894     $ 26.19

     THANK YOU.
COME BACK SOON!

---

PerDiem 7/19/08
FUEL
07066:01
Chace

**BANK OF GUAM**
THE PEOPLE'S BANK

**AGAT MOBIL**
PO BOX 12279 TAM, GU 96931
(671) 565-7940

BATCH No.    : 000674
TERMINAL ID  : 4275236
CARD         : MASTERCARD
CARD No.     : XXXXXXXXXXXX9191 / Swiped
RREF No.     : 15614
INVOICE      : 003801
TRANS.       : CREDIT CARD SALE

AMOUNT       :         $    51.70

Tran Date/Time : 07/19/08    17:02.53
APPROVAL     : 005162

     Customer Copy

      Thank you!

**              
176342
1625
aomyna

51.70

51.70

51.70
0.00

Thank You ~ Please Come Again Soon

---



CUSTOMER COPY

---

Fuel
07066:01
Chace Anderson

WELCOME TO
OPOT MARKETPLACE

07066:01
FUEL PerDiem

**SHELL - UPPER TUMON**
TUMON, GUAM
CITIBANK N.A.

TERMINAL ID. : Chace

MASTERCARD - CARD SWIPE
*** ** ******** 9191
SALE
INVOICE: 022917    BATCH: 00073
DATE: JUL 15, 08   TIME: 12:
RRN: 000041165142
AUTH NO: 045792

TOTAL  7/15/08    ($56.00)

     CUSTOMER COPY

7/15/08

$52.23

$53.23

## Receipt 1 (Starbucks)

HMSHOST
STARBUCKS COFFEE
KAHULUI AIRPORT

5329 TIFFANI

CHK 9590 JUL25'08 4:21PM GST

1 GRND ICD COFFEE        2.90

TAX                      0.12
AMOUNT PAID              3.02
CASH                    10.00
CHANGE DUE               6.98

*handwritten:* 07066:01
Per Diem
Travel/ meals
Chace
Ander

## Receipt 2 (Ma'alaea Grill)

*handwritten:* Per Diem
meal  Chace
Ander

********************************
*        Customer Copy         *
********************************

07066:01

Ma'alaea Grill
300 Maalaea Road
Maalaea, HI 96793
(808) 243-2206

Date:          07/25/08
Time:          2:53 PM
Server:        12. Sara A
Order:         87248
Description:   Table 32

Card Type:     Master Card
Card No:       ************9191
Expires:       0310
Appr Code:     05533Z

Purchases:  $  17.14

Tip:        $   3—

Total:      $  20.14

## Receipt 3 (Best Western Pioneer Inn)

*handwritten:* Per Diem 7/25/08
07066:01
meals
Chace
Ander
72

**********************************
DATE 07/25/08              TIME 7:54
MID 360000010064

Best Western Pioneer Inn
658 Wharf Street
Lahaina, Maui, Hawaii 96761
(808)661-3636

MASTCH ************9191   S
AUTH 05503Z   TABLE BS-5   CHECK 1402

PURCHASE     Pioneer Bar        Ed

AMOUNT                        9.31
TAX                           0.32
--------------------------------
SUBTOTAL    $          9.63

TIP    $              2.00

TOTAL  $             11.63
================================

CUSTOMER COPY
**********************************

## Receipt 4 (Haagen-Dazs)

*handwritten:* Per Diem 7/21/08
$8.53   Chace
07066:01

Haagen-Dazs
The Plaza Corner

ORDER # 01166

1 BBL CUP                  4.45
1 SMALL SUNDAE             5.75
30% DISC                  -3.67

SUBTOTAL          $        8.53
TAX TOTAL         $        0.00
TOTAL             $        8.53

CASH              $        8.53

477 STAN 1   STATION 1   JUL.21,2008
#010         CARLOS      07:14

## Receipt 5 (King's Restaurant)

*handwritten:* 07066:01 Chace
Per Diem/meals

KING'S RESTAURANT
TAMUNING, GUAM
CITIBANK N.A.

TERMINAL ID. :              50000146
MERCHANT #:        000790581213378

MASTERCARD - CARD SWIPE
************9191
SALE
INVOICE 374913        BATCH: 000417
DATE: JUL 18, 08      TIME: 14:28
RRN# 000021154499
AUTH NO: 015942

BASE                      $22.46
TIP                        4.00

TOTAL                     26.46

CUSTOMER COPY

## Receipt 6 (ZOZO Restaurant)

*handwritten:* 07066:01
Per Diem $40.25
meal Chace Ander

BANK OF GUAM

ZOZO RESTAURANT
UPPER TUMON, GUAM 96911
(671) 649-1142

BATCH No.   :   000216
TERMINAL ID :   1705771
CARD        :   MASTER
CARD No.    :   XXXXXXXXXX9191
RREF No.    :   2968
INVOICE     :   002619
BATCH No.   :   1
TRANS.      :   CREDIT CARD SALE

AMOUNT            $        36.25

TIP AMOUNT:       $         4—
(IF ANY, PLEASE SIGN)

TOTAL AMOUNT:     $        40.25

Tran Date/Time : 07-07-08   12:36:32
APPROVAL       : 042082

Customer Copy
Thank you!

## Receipt 7 (Shell - Upper Tumon)

*handwritten:* 07066:01 Chace
Per Diem/meal

SHELL - UPPER TUMON
TUMON, GUAM
CITIBANK N.A.

TERMINAL ID. :              50000147
MERCHANT #:        000790554111260

MASTERCARD - CARD SWIPE
************9191
SALE
INVOICE 023144        BATCH: 000741
DATE: JUL 17, 08      TIME: 19:12
RRN# 000021165570
AUTH NO: 025442       7/17/08

TOTAL                     $6.53

CUSTOMER COPY

*07066.01*
*meal*
*Per Diem Chace*

** STARBUCKS COFFEE COMPANY **

OLD HICKORY @ EDM          #08370
NASHVILLE      TN37211

--- DUPLICATE RECEIPT ---
1 VT ICD AMERICANO          2.65
SUBTOTAL                    2.65
TOTAL                       2.90
MASTERCARD                  2.90
    CARD#: XXX XXXXXXXXX9191
CHANGE DUE                  0.00

08370 01C1 698016  001604548E
07/28/08                   16:20
--- DUPLICATE RECEIPT ---
BRING THIS RECEIPT BACK TODAY
to select NASHVLE stores after
2pm for a $2 Grande cold drink
One per customer w purchase
prior to 2pm. Value 1/20 cent

*07066.01*
*meal Per*
*Chace*

** STARBUCKS COFFEE COMPANY **

OLD HICKORY @ EDM          #08370
NASHVILLE      TN37211

1 VT CAPPUCCINO             3.65
SUBTOTAL                    3.65
TAX 9.25                    0.34
TOTAL                       3.99
MASTERCARD                  3.99
    CARD#: XXXXXXXXXXX9191
CHANGE DUE                  0.00

08370 02A1 699502  001574609E
07/27/08                   07:45
BRING THIS RECEIPT BACK TODAY
to select NASHVLE stores after
2pm for a $2 Grande cold drink
One per customer w purchase
prior to 2pm. Value 1/20 cent

---

(73)

*07066.01*
*GROCERIES*
*Chace*

671-735-1146
HAEJUNG MINI MART
P O BOX 5686
HAGATNA, GU 96932

TERMINAL I.D.:  *Per Diem*      034
MERCHANT #:                     2034

MASTERCARD      ITEM #: 009
***********9191
SWIPE
SALE                      *7/14/08*

DATE: JUL 14, 2008  TIME: 18:29
                  AUTH NO: 03580

*$21.75*
TOTAL            $21.75

RICHARD C ANDERSON

X

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT ACE  ENT IF CREDIT VOUCHER)

*Per Diem 07066.01*
*7/24/08 Chace*
*Anderson*

BANK OF GUAM
THE PEOPLE'S BANK

SONG HUONG RESTAURANT

ANIGUA, GUAM
(671) 477-2331

BATCH No.    : 000113
TERMINAL ID  : 9186982
CARD         : MASTERCARD
CARD No.     : XXXXXXXXXXX9191 / Swiped

RREF No.     : 2369
INVOICE      : 002143
SERVER No.   : 1

TRANS.    : CREDIT CARD SALE

AMOUNT :            $    23.50

TIP AMOUNT:         $

(IF ANY, PLEASE SIGN)

TOTAL AMOUNT:       $   *28.50*

Tran Date/Time : 07/24/08  13:42:04
APPROVAL       : 045372

---

*#19/017 Chace Anderson*

DOMINO' PIZZA MANGILAO
LO: 5360-2 NEW
MANGILAL, GUAM 96921
(671) 734-3030

*7/22/08*          *07066.01*
*meal*             *Per Diem*

MERCHANT : 2000 000010201969 501
REF NO.  : 721 003 000000034239293A
DATE     : 07/22/08  19:19
ACCT NO. : XXXXXXXXXXX9191X
TYPE     : MASTERCARD
AUTH NO. : 63560Z MPLKF3088
AVS CODE : M
SERVER   : 2543

SALE          $    24.99

TIP           $        *24.99*

TOTAL         $        *24.99*

SIGNATURE

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

** PLEASE IMPRINT CARD **

TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

*7/24/08 Chace*
*Anderson*
*Per Diem*
*07066.01*

BANK OF GUAM
THE PEOPLE'S BANK

PAYLESS MICROMALL #5

DEDEDO, GUAM
(671) 637-7233

BATCH No.    : 001242
TERMINAL ID  : 3790367
CARD         : MASTERCARD
CARD No.     : XXXXXXXXXXX9191 / Swiped

RREF No.     : 19195
INVOICE      : 003011
TRANS.    : CREDIT CARD SALE

AMOUNT :            $    19.44

Tran Date/Time : 07/24/08   17:44:54
APPROVAL       : 065262

Customer Copy
Thank you!

(74)

07066:01
VEGGIE & SEAFOOD
MICRO MALL
07/14/2008 11:27AM  01
00000H1602
CHOICE #2        FLERK01

ITEMS         10      $6.00
CASH              $6.00

Per Diem
$8.50 meal
Chase 7/14/

HAAGEN DAZS
The Plaza Tumon Guam
(671) 649-7821

BANK OF GUAM
UE PEOPLE'S BANK
Chase Anderson Chase

BATCH No.     : 000671
TERMINAL ID   : 26628204
CARD          : MASTERCARD
CARD No.      : XXXXXXXXXXXX9191 / SWIPED
REF No.       : 27.2
INVOICE       : 002296
SERVER No.    :
TRANS.        : CREDIT CARD SALE

AMOUNT        $

TIP AMOUNT    $

TOTAL AMOUNT  $ 8.0
(IF ANY, PLEASE SIGN)

APPROVAL      : 015642
Tran Date/Time : 07-20-08    19:05:

Customer Copy
Thank you!

---

HMSHOST
ANTHONY'S
SEATAC INT'L AIRPORT
CHECK:  1784
TABLE:  102/1
SERVER: 10324 Donna
DATE:   JUL29'08  9:43PM
CARD TYPE: MSTRCARD  A1 5*
ACCT #:  XXXXXXXXXXXX9191
EXP DATE: XX/XX
AUTH CODE:
RICHARD C ANDERSON

TOTAL:  ✓  77.09

TIP         10.00

TOTAL:      $7.00

X
I AGREE TO PAY THE ABOVE AMOUNT
IN ACCORDANCE WITH THE CARD
ISSUER'S AGREEMENT.

$50 per diem
07066:01
meal

---

7/19/08
$16.02 Per Diem
Chase Anderson
BANK OF GUAM
UE PEOPLE'S BANK

SUPERMART
REGEM MANGILAU GU
(671) 735-6278

BATCH No.     : 000276
TERMINAL ID   : 3519766
CARD          : MASTERCARD
CARD No.      : XXXXXXXXXXXX9191 / SWIPED
REF No.       : 5163
INVOICE       : 004015
TRANS.        : CREDIT CARD SALE

AMOUNT        $ 16.02
APPROVAL      : 035562
Tran Date/Time : 07-19-08    19:33:22

Customer Copy
Thank you!

---

07066:01 Chase
Per Diem meal

HMSHOST
STARBUCKS COFFEE C6
NASHVILLE INTERNATIONAL AIRPORT

226 BEZA
-----------------------------
CHK 9347 JUL29'08  4:26PM


2 GRND CAPPUCCINO      7.00
1 BROWNIE              2.85

SUBTOTAL               9.85
TAX                    0.91
AMOUNT              10.76
XXXXXXXXXXXXXXX1      XX/XX
MSTRCARD  A1 5*      10.76

---

DELAWARE NORTH COMPANIES
NASHVILLE INTERNATIONAL AIRPORT
*** WHITIS ***
CHECK:  3086
SERVER: 1019 DEHAB M.
DATE:   JUL29'08  4:17PM
CARD TYPE: Master Card
ACCT #:  XXXXXXXXXXXX9191
EXP DATE: XX/XX
AUTH CODE: 01582Z
RICHARD C ANDERSON

TOTAL:  ✓  meal  7.64

07066:01
Per Diem Chase
TOTAL  $

# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

J. TUCKER

| | | |
|---|---|---|
| Project ID: | **07066:01** | |
| Project Name: | **US District Court for Guam - Receivership** | |
| Manager: | **HWG** | |
| Client ID: | **07066** | |

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 7/1/2008 to 7/31/2008 | JT to JT | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 7/14/2008 | Plane | 1.00 | $5,356.70 | $5,356.70 | 0.00 | $5,356.70 | Billable |
| | Airfare to Guam and return trip in November - 07/14 - 11/23/08 | | | | | | |
| 7/16/2008 | Meals | 1.00 | $5.75 | $5.75 | 0.00 | $5.75 | Billable |
| | Per Diem: Jack Tucker | | | | | | |
| 7/18/2008 | Miscellaneous Expense | 1.00 | $62.98 | $62.98 | 0.00 | $62.98 | Billable |
| | Company American Express: Coffee Maker and Toasteroven. (Per Diem) | | | | | | |
| 7/18/2008 | Meals | 1.00 | $12.35 | $12.35 | 0.00 | $12.35 | Billable |
| | Per Diem: Meal Jack Tucker-Chace Anderson | | | | | | |
| 7/20/2008 | Meals | 1.00 | $107.48 | $107.48 | 0.00 | $107.48 | Billable |
| | Chace and Jack dinner meal | | | | | | |
| 7/21/2008 | Meals | 1.00 | $190.93 | $190.93 | 0.00 | $190.93 | Billable |
| | Grocery Per Diem | | | | | | |
| 7/22/2008 | Meals | 1.00 | $40.98 | $40.98 | 0.00 | $40.98 | Billable |
| | Per Diem meal - Dinner | | | | | | |
| 7/22/2008 | Meals | 1.00 | $23.70 | $23.70 | 0.00 | $23.70 | Billable |
| | Per Diem meal | | | | | | |
| 7/22/2008 | Car Rental | 1.00 | $1,488.00 | $1,488.00 | 0.00 | $1,488.00 | Billable |
| | First months rent and security deposit on new car lease from Nissan Motor Corp in Guam | | | | | | |
| 7/26/2008 | Meals | 1.00 | $9.59 | $9.59 | 0.00 | $9.59 | Billable |
| | Per Diem - groceries | | | | | | |
| 7/27/2008 | Meals | 1.00 | $69.41 | $69.41 | 0.00 | $69.41 | Billable |
| | Per Diem groceries and blank CDR's and DVD-R's supplies for use on Guam | | | | | | |
| 7/28/2008 | Meals | 1.00 | $29.84 | $29.84 | 0.00 | $29.84 | Billable |
| | Per Diem - Personal credit card | | | | | | |
| 7/29/2008 | Miscellaneous Expense | 1.00 | $63.10 | $63.10 | 0.00 | $63.10 | Billable |
| | Gas for leased car | | | | | | |
| 7/29/2008 | Meals | 1.00 | $37.98 | $37.98 | 0.00 | $37.98 | Billable |
| | Per Diem | | | | | | |
| 7/30/2008 | Meals | 1.00 | $188.96 | $188.96 | 0.00 | $188.96 | Billable |
| | Per Diem | | | | | | |
| 7/30/2008 | Meals | 1.00 | $4.79 | $4.79 | 0.00 | $4.79 | Billable |
| | Per Diem | | | | | | |
| 7/31/2008 | Meals | 1.00 | $11.95 | $11.95 | 0.00 | $11.95 | Billable |

# Gershman, Brickner & Bratton, Inc. (76)

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

| | |
|---|---|
| Project ID: | **07066:01** |
| Project Name: | **US District Court for Guam - Receivership** |
| Manager: | **HWG** |
| Client ID: | **07066** |

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 7/1/2008 to 7/31/2008 | JT to JT | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount |
|---|---|---|---|---|---|---|
| | Per Diem | | | | | |
| | **Sum of Billable Expenses:** | | | $7,704.49 | | $7,704.49 |
| | **Billable + Non-Billable Total:** | | | $7,704.49 | | $7,704.49 |

**Jim Plutino**



From:       Continental Airlines, Inc. [continentalairlines@continental.com]
Sent:       Thursday, June 12, 2008 4:27 PM
To:         Cora Chaply
Subject:    eTicket Itinerary and Receipt for Confirmation AF9S9X

To ensure delivery of this e-mail please add **continentalairlines@continental.com** to your address book or approved senders list. See instructions for adding us to your address book

 Confirmation:
AF9S9X

Issue Date: June 12, 2008

Traveler        eTicket NumberFrequent Flyer Seats
TUCKER/JACKL0052166998944CO-GY7877292A/---/---/---

## FLIGHT INFORMATION

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Mon, 14JUL08 | CO2175[1] | Y | NASHVILLE (BNA) **6:05AM** | HOUSTON BUSH INTL (IAH) **8:10AM** | ERJ-145 | Snack |
| Mon, 14JUL08 | CO1 | Z | HOUSTON BUSH INTL (IAH) **9:35AM** | GUAM IS SW PAC (GUM) **5:40PM (15JUL)** | 767-400 | Lunch |
| Sun, 23NOV08 | CO2 | D | GUAM IS SW PAC (GUM) **7:30AM** | HOUSTON BUSH INTL (IAH) **8:05AM** | 767-400 | Breakfast |
| Sun, 23NOV08 | CO3003[2] | Y | HOUSTON BUSH INTL (IAH) **10:00AM** | NASHVILLE (BNA) **11:56AM** | ERJ-145 | |

[1]Operated by EXPRESSJET AIRLINES INC doing business as CONTINENTAL EXPRESS
[2]Operated by EXPRESSJET AIRLINES INC doing business as CONTINENTAL EXPRESS

## FARE INFORMATION

| Fare Breakdown | | Form of Payment: |
|---|---|---|
| Airfare: | 5,297.00USD | AMERICAN EXPRESS |
| U.S. APHIS User Fee: | 5.00 | Last Four Digits 6002 |
| U.S. Security Service Fee: | 10.00 | |
| Guam Inspection Service Charges: | 6.40 | |
| U.S. Federal Transportation Tax: | 30.80 | |
| U.S. Passenger Facility Charge: | 7.50 | |
| Per Person Total: | 5,356.70USD | |
| eTicket Total: | 5,356.70USD | |

The airfare you paid on this itinerary totals: 5,297.00 USD

The taxes you paid on this itinerary total: 59.70 USD

Fare Rules:    Additional charges may apply for changes in addition to any fare rules listed.
REFUNDABLE



# NISSAN MOTOR CORP. IN GUAM

1012 N. Marine Dr., Rte. 1 • Tamuning, Guam 96913
Telephone: (671) 647-7261

**E** 47478

| DATE | RECEIPT NO. | CONTROL NO. | RECEIVED FROM | AMOUNT |
|---|---|---|---|---|
| 7 / 22 / 08 | | | Brickner Geichman | 1488 00 |

| HOW PAID | PAID ON |
|---|---|
| ☐ CASH | ☐ DEPOSIT |
| ☐ CHECK | ☐ COLLECTION |
| ☐ CREDIT CARD | ☐ COL. ON P - NOTE |

amex

STOCK # 1056018
LEASE #
CUST. # 57022

#23

1ST - PAYMENT
LAST - SECURITY

BY _____

*Thank You!*

C70666-01

Sale

79

070606.01
PER DIEM
PER DIEM

070606.01
PER DIEM - APARTMENT SUPPLIES
PERSONAL CREDIT CARD

**Kmart**

KMART STORE 7705
404 N. MARINE DR (RTE 1)
TAMUNING, GU 96911
(671) 649-9878

** WE'D LIKE TO YOUR **
** KM AT STORE 7705 **
7/27/03

CASHIER: MDSE IN

**GENERAL MERCHANDISE**
0272426101B  COU DATA         19.99
7245827102    1 @ /17.99  CO
                           17.99
08066095625   GUNNA           6.99

**GROCERY**
0623387697A   BULLIE          6.99
0104551030S   BRIE            3.29
0120001011A   R. PPUCCINO     5.39 b
0333835020    E'UICE          2.29 b
0380000519B   BRUNCH TOAST    3.49 b
708703201O1   LARGE EGGS      2.99 b

**** TAX            .00  BAL   69.41
XXXXXXXXXXXX-815
MC APPROVAL 0:55.02
W/F          MC          69.41
           CHANGE          00

TOTAL NUMBER O  VERS = 9

$TV $CL .49 @2J CET JTJ
X 7 5 0/27VR 014 02315

---

070606.01
PER DIEM
PER DIEM

070606.01
PER DIEM - APARTMENT SUPPLIES
PERSONAL CREDIT CARD

**BANK OF GUAM**

**PAYLESS SUPERMARKETS**

MICRONESIA MALL 96966
(671) 637-7223

BATCH No.    : 002221
TERMINAL ID  : 249412
CARD         : MasterCard
CARD No.     : XXXXXXXXXXXX-0815 /Super
HOST No.     : 0205
INVOICE      : 000347
TRANS        : CREDIT CARD SALE
AMOUNT       : $              28.84
Tran Date/Time : 07/26/03   12:51:21
APPROVAL     :

CUSTOMER COPY
Thank you!

O7066.01
LEASE CAR FUEL

O7066.01
PER DIEM

```
* * * Bar * * *
Tony Roma's
Royal Orchid Hotel
Tumon, Guam
671-646-0017
671-646-0018
            Jul29'08 07:23PM
Date:
Card Type:  Amex
Acct #:     XXXXXXXXXX1029
Exp.Date:   06-12
Auth Code:
Check:      1638
Table:      501/1
Server:     4011 Bartende
            JL TUCKER

Subtotal:        32.98

            Tip: 5.00

          Total: 37.98

Sign:
GUEST COPY
I agree to pay above total
according to my card issuer
agreement.
```

O7066.01
PER DIEM

```
BANK OF GUAM
PAYLESS MICROMALL #5
Tumon, Guam
(671) 637-7233

BATCH No.   : 000252
TERMINAL ID : 01129504
CARD        : AMEX
CARD No.    : XXXXXXXXXX1029 / Swiped
REF No.     : 13907
INVOICE     : 000506
TRANS. : CREDIT/DEBIT CARD SALE
AMOUNT                    $    183.96
Tran Date-Time : 07/29/08
APPROVAL       : 504508    10:02:54

Customer Copy
Thank you!
```

81

07066.01
PER DIEM
PAID CASH

07066.01
PER DIEM
PAID CASH

Jamaican Grill Times
2 MON

07/31/2008
11:45 AM
20028

Server: JOE
Cashier: Cari
Table 30/2
Guests: 1
Order Type: CALL IN

PASHLY GRLO VEG PLATE     9.95

Sub Total                 9.95

Total                     9.95

**Balance Due**    9.95
T.P 2.00
----------
11.95

Thank You!
Serving Thanks,
Call us for Take-outs
864-360/864?-000?
SEE YOU LATER!



PerDiem

KING'S RESTAURANT
TAMUNING, GUAM
CITIBANK N.A.

TERMINAL ID. :                90000148
MERCHANT #:          000790581213378

AMEX - CARD SWIPE
*********** ***1029
**SALE
INVOICE: 3754.9    BATCH: 000314
DATE: JUL 22. 08   TIME: 13:46
TRAN: 00002115575&
AUTH NO: 524380

BASE                     $20.70
TIP                       3.00TIP
TOTAL                   $ 23.70

CUSTOMER COPY

---

**BANK OF GUAM**
THE PEOPLE'S BANK

## PAYLESS MICROMALL #5

DEDEDO, GUAM
(671) 637-7223

BATCH No.     :  001235
TERMINAL ID   :  01135904
CARD          :  AMEX
CARD No.  :  XXXXXXXXXXX1029 / Swiped
RREF No.      :  10859
INVOICE       :  002690
TRANS.  :  CREDIT CARD SALE

AMOUNT    :          $    198.93

Tran Date/Time  :  07/21/08     14:08:27
APPROVAL        :  517188

Customer Copy

Thank you!

---



671-472-2000
JAMAICAN GRILL
P.O. BOX OF
AGANA    96932

TERMINAL I.D.#              10072021
MERCHANT #:              1520002669

AMEX     SRV: 409  ITEM #: 020
***********1029
SWIPE
PRE-SALE
INVOICE# 446669
DATE: JUL 23, 2008   TIME: 21:08
AUTH NO: 574776

BASE               $34.98
TIP                  6.00
TOTAL               40.98
FOOD/BEVERAGE        00

JL TUCKER

GRATUITY GUIDELINE
15%=$5.24   20%=$6.99

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

---

SUPER MART
TEL  735-6278
FAX  735-6280
THANK YOU   COME AGAIN

CHKR#: 909    NAME:ROXANN

MINUTE M.1GAL                8.99
BEVERAGE                      .30
BEVERAGE                      .30

TOTAL              9.59

CASH              20.00

CHANGE           $10.41

3    ITEMS

0004 2127-0004 SAT   7/26/08  11:34AM 0098

---

07066-01

CHACE
JACK
DINNER PER DIEM

07/20/08

07066:01
COFFEE MAKER
TOASTER
FOR CONDO
7/15/08

1=62.98

07066:01
Per Diem    7-16-08
Jack Rutan
$5.75

07066>01
Per Diem → paid By
Jack Rutan Hainonson
@ Hawaiian Eating at
Sbarro GND

| THA 2 | ORDER 241 | STORE 11 |
| --- | --- | --- |
| JUL-18-08 | | 6:31PM |

1 HAWAIIAN
  SLICE            4.30
1 SAU/PEPR
  SLICE            5.60
1 TOM/CUKE
  SALAD SM         2.45

SUBTOTAL          10.35
TAX                 .00
EAT-IN TOTAL      10.35

CASH TEND         20.00
CHANGE             1.85

Less   (6.00)
      $12.35 ✓

(83)

07066.01
LEASE CAR FUEL

(84)

WELCOME TO
SPPC BARRIGADA

BARRIGADA 76
112 ROUTE 10
BARRIGADA
GU
DLR# 00247595
DATE: 07/29/08

AMEX            ACCT#
XXXXXXXXXXX1029
89P08PMMNMM
INV# 210113  58/69
REF# 921 57-023
AUTH#00-596572

PUMP# 5      SELF
UNL        13.0140
PRICE/GAL   $4.849

FUEL TOTAL  $63.10
            63/0

CUSTOMER SIGNATURE
4% GRT INCLUDED

    THANK YOU

---

SUPER MART
TEL 735-6278
FAX 735-6280
THANK YOU   COME AGAIN

07066.01
PER DIEM

CHKR#: 707      NAME: MATILDA
PAID CASH

LOWFAT MILK 189L            4.79

TOTAL          4.79
CASH          20.00
CHANGE       $15.21
    1    ITEMS

0005 2127-0005 WED  7/30/08  12:42PM 0091





**that was easy.**

Low prices. Every item. Every day.
9470 Arlington Blvd.
Fairfax, VA 22031
(703) 591-9809

SALE                    230211 7 002 45289
                        0104 06/30/08 12:02
QTY SKU                               PRICE


1   SPLS 8.5X11 30% RE
    718103049795                      39.99
6   BETTER BINDER .5IN
    718103081962        6.990ea       41.94
1   READY INDEX 8 TAB
    072782110765                       9.29
1   READY INDEX 8 TAB
    072782110765                       9.29
1   READY INDEX 8 TAB
    072782110765                       9.29
1   READY INDEX 8 TAB
    072782110765                       9.29
1   READY INDEX 8 TAB
    072782110765                       9.29
1   READY INDEX 8 TAB
    072782110765                       9.29
1   READY INDEX 8 TAB
    072782110765                       9.29
1   READY INDEX 8 TAB
    072782110765                       9.29
1   READY INDEX 8 TAB
    072782110765                       9.29
1   READY INDEX 8 TAB
    072782110765                       9.29
1   READY INDEX 8 TAB
    072782110765                       9.29
1   READY INDEX 8 TAB
    072782110765                       9.29
1   READY INDEX 8 TAB
    072782110765                       9.29
1   READY INDEX 8 TAB
    072782110765                       9.29
1   READY INDEX 8 TAB
    072782110765                       9.29
SUBTOTAL                             230.57
                                      92.90
    Standard Tax 5.00%                11.53

TOTAL         02066-01         $242.10
                                134.84
                                  6.74
Staples Charge                   242.10
Card No.: XXXXXXXXXXXX1629 [S]    41.58
Auth No.: 030191

# Gershman, Brickner & Bratton, Inc.
## Time by Name
### July 2008



| | Time | % of Time | Total phone cost | Phone cost by job |
|---|---|---|---|---|
| **Harvey W Gershman** | | | | |
| other | 4.50 | 0.02 | 422.29 | 9.78 |
| other | 0.75 | 0.00 | 422.29 | 1.63 |
| other | 8.00 | 0.04 | 422.29 | 17.39 |
| other | 6.00 | 0.03 | 422.29 | 13.04 |
| other | 0.25 | 0.00 | 422.29 | 0.54 |
| 07066-US District Court for Guam:01-Receivership | 114.00 | 0.59 | 422.29 | 247.83 |
| other | 0.25 | 0.00 | 422.29 | 0.54 |
| other | 0.50 | 0.00 | 422.29 | 1.09 |
| No job assigned | 60.00 | 0.31 | 422.29 | 130.44 |
| **Total Harvey W Gershman** | 194.25 | 1.00 | | 422.29 |
| | | | | |
| **Chris Lund** | | | | |
| 07066-US District Court for Guam:01-Receivership | 206.75 | 0.93 | 296.20 | 274.92 |
| No job assigned | 16.00 | 0.07 | 296.20 | 21.28 |
| **Total Chris Lund** | 222.75 | 1.00 | | 296.20 |
| | | | | |
| **Total Phone Bill for July 2008** | | | | 718.49 |

# Gershman, Brickner & Bratton, Inc.
## Time by Name
## JULY 2008
## Verizon Wireless



| | Time | % of Time | Total phone cost | Phone cost by job |
|---|---|---|---|---|
| **Robert H Brickner** | | | | |
| other | 2.00 | 0.01 | 166.15 | 1.73 |
| other | 19.00 | 0.10 | 166.15 | 16.44 |
| other | 1.50 | 0.01 | 166.15 | 1.30 |
| other | 1.00 | 0.01 | 166.15 | 0.87 |
| other | 43.00 | 0.22 | 166.15 | 37.21 |
| other | 28.00 | 0.15 | 166.15 | 24.23 |
| other | 14.00 | 0.07 | 166.15 | 12.12 |
| other | 12.50 | 0.07 | 166.15 | 10.82 |
| other | 1.25 | 0.01 | 166.15 | 1.08 |
| other | 2.00 | 0.01 | 166.15 | 1.73 |
| other | 6.50 | 0.03 | 166.15 | 5.62 |
| other | 9.00 | 0.05 | 166.15 | 7.79 |
| other | 3.00 | 0.02 | 166.15 | 2.60 |
| No job assigned | 49.25 | 0.26 | 166.15 | 42.62 |
| **Total Robert H Brickner** | **192.00** | **1.00** | | **166.15** |
| **J. Frank Bernheisel** | | | | |
| other | 1.00 | 0.01 | 105.80 | 0.56 |
| other | 1.00 | 0.01 | 105.80 | 0.56 |
| other | 1.00 | 0.01 | 105.80 | 0.56 |
| other | 74.00 | 0.39 | 105.80 | 41.42 |
| other | 12.00 | 0.06 | 105.80 | 6.72 |
| other | 6.00 | 0.03 | 105.80 | 3.36 |
| other | 1.00 | 0.01 | 105.80 | 0.56 |
| 07066-US District Court for Guam:01-Receivership | 18.00 | 0.10 | 105.80 | 10.08 |
| other | 15.00 | 0.08 | 105.80 | 8.40 |
| other | 6.00 | 0.03 | 105.80 | 3.36 |
| other | 16.00 | 0.08 | 105.80 | 8.96 |
| No job assigned | 38.00 | 0.20 | 105.80 | 21.27 |
| **Total J. Frank Bernheisel** | **189.00** | **1.00** | | **105.80** |
| **Francois Coulombe** | | | | |
| other | 2.75 | 0.03 | 42.45 | 1.17 |
| 07066-US District Court for Guam:01-Receivership | 18.00 | 0.18 | 42.45 | 7.64 |
| No job assigned | 79.25 | 0.79 | 42.45 | 33.64 |
| **Total Francois Coulombe** | **100.00** | **1.00** | | **42.45** |
| **Timothy J Bratton** | | | | |
| other | 1.00 | 0.01 | 47.20 | 0.25 |
| other | 70.50 | 0.37 | 47.20 | 17.51 |
| other | 3.50 | 0.02 | 47.20 | 0.87 |
| 07066-US District Court for Guam:01-Receivership | 47.50 | 0.25 | 47.20 | 11.80 |
| No job assigned | 67.50 | 0.36 | 47.20 | 16.77 |
| **Total Timothy J Bratton** | **190.00** | **1.00** | | **47.20** |
| **Total Phone Bill for JULY 2008** | | | | **361.60** |

## Harvey Gershman (ID - 6729575) Summary

| Audio Conferencing | Jul Amt | Jul $ | Aug Amt | Aug $ | Total |
|---|---|---|---|---|---|
| Phone Minutes | 4079 | $530.27 | 0 | $0.00 | $530.27 |
| Total Tax | | $0.00 | | $0.00 | $0.00 |
| Harvey Gershman Total | | $530.27 | | $0.00 | $530.27 |

## Harvey Gershman's Meetings

**Audio Conferencing**   Billing Code: 706601
**July   11, 2008**        05:00 AM - 06:31 AM        Duration (Minutes): 273

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| | | N | 05:00 AM | 06:31 AM | 92 | $11.96 |
| | | N | 05:00 AM | 06:31 AM | 91 | $11.83 |
| | | N | 05:02 AM | 06:31 AM | 90 | $11.70 |
| | | | | Total | 273 | $35.49 |



**Audio Conferencing**
July    18, 2008

| Description | Phone | 01:58 PM - 03:23 PM | | | | Billing Code: 0706601 |
|---|---|---|---|---|---|---|

Duration (Minutes): 416

| Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|
| N | 01:58 PM | 03:23 PM | 85 | $11.05 |
| N | 01:59 PM | 03:23 PM | 84 | $10.92 |
| N | 02:00 PM | 03:23 PM | 83 | $10.79 |
| N | 02:01 PM | 03:23 PM | 82 | $10.66 |
| N | 02:01 PM | 03:23 PM | 82 | $10.66 |
| | | **Total** | **416** | **$54.08** |

**Audio Conferencing**
July    25, 2008

| Description | Phone | 02:11 PM - 03:35 PM | | | | Billing Code: 706601 |
|---|---|---|---|---|---|---|

Duration (Minutes): 485

| Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|
| N | 02:11 PM | 03:35 PM | 84 | $10.92 |
| N | 02:11 PM | 02:18 PM | 7 | $0.91 |
| N | 02:11 PM | 03:35 PM | 84 | $10.92 |
| N | 02:12 PM | 03:35 PM | 83 | $10.79 |
| N | 02:17 PM | 03:35 PM | 78 | $10.14 |
| N | 02:17 PM | 03:35 PM | 78 | $10.14 |
| N | 02:24 PM | 03:35 PM | 71 | $9.23 |
| | | **Total** | **485** | **$63.05** |

**Christopher Lund (ID - 8040967) Summary**

(90)

| Audio Conferencing | Jul Amt | Jul $ | Aug Amt | Aug $ | Total |
|---|---|---|---|---|---|
| International Audio Minutes | 79 | $21.33 | 0 | $0.00 | $21.33 |
| Phone Minutes | 257 | $33.41 | 0 | $0.00 | $33.41 |
| Total Tax | | $0.00 | | $0.00 | $0.00 |
| Christopher Lund Total | | $54.74 | | $0.00 | $54.74 |

**Christopher Lund's Meetings**

07066-01

**Audio Conferencing**
**July    23, 2008**                      02:30 PM - 03:59 PM                      Duration (Minutes): **336**

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| | | N | 02:30 PM | 03:59 PM | 90 | $11.70 |
| | | N | 02:31 PM | 02:32 PM | 1 | $0.27 |
| | | N | 02:33 PM | 03:59 PM | 86 | $11.18 |
| | | N | 02:36 PM | 02:38 PM | 2 | $0.54 |
| | | N | 02:39 PM | 03:59 PM | 81 | $10.53 |
| | | N | 02:42 PM | 02:45 PM | 3 | $0.81 |
| | | N | 02:45 PM | 02:54 PM | 9 | $2.43 |
| | | N | 02:55 PM | 02:59 PM | 5 | $1.35 |
| | | N | 02:59 PM | 03:01 PM | 2 | $0.54 |
| | | N | 03:02 PM | 03:07 PM | 5 | $1.35 |
| | | N | 03:07 PM | 03:08 PM | 1 | $0.27 |
| | | N | 03:09 PM | 03:59 PM | 51 | $13.77 |
| | | | | Total | 336 | $54.74 |



# Outbound Usage Billed Report   GERSHMAN, BRICKNER & BRATTON, INC.

**Account:** 153958   **Report Period:** Jul 11, 2008   **Invoice:** 33149613

| Calling Number | Calling Location | Called Number | Called Location | Usage Category | Date/Time | Minutes | Amount | Code | Description |
|---|---|---|---|---|---|---|---|---|---|
| (703) 573- | Fls Church, VA | | Sadlbk Vly, CA | 1+ Interstate | 07-09-2008 05:29:40 | 31.90 | 1.75 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Sn Dg Sn Dg, CA | 1+ Interstate | 07-09-2008 05:17:38 | 1.10 | 0.06 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Sn Dg Sn Dg, CA | 1+ Interstate | 07-09-2008 05:15:56 | 1.00 | 0.06 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Sndg Sndg, CA | 1+ Interstate | 07-09-2008 05:20:26 | 0.60 | 0.03 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Unknown, UN | 1+ Interstate | 07-09-2008 05:19:14 | 0.10 | 0.01 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Snfc sf01, CA | 1+ Interstate | 07-09-2008 05:24:15 | 2.20 | 0.12 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Nashville, TN | 1+ Interstate | 06-30-2008 02:07:18 | 1.50 | 0.08 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Nashville, TN | 1+ Interstate | 06-16-2008 04:08:36 | 1.30 | 0.07 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Sacramento | 1+ Interstate | 07-03-2008 10:49:08 | 41.10 | 2.26 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Nashville, TN | 1+ Interstate | 06-20-2008 12:10:11 | 14.80 | 0.81 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Ashland, OR | 1+ Interstate | 06-20-2008 10:12:17 | 0.50 | 0.03 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Newport Bch, CA | 1+ Interstate | 06-30-2008 05:18:46 | 2.10 | 0.12 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Tumon, GU | 1+ | 06-30-2008 07:26:31 | 0.70 | 0.04 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Sadlbk Vly, CA | 1+ Interstate | 06-30-2008 07:02:26 | 3.30 | 0.18 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Alpharetta, GA | 1+ Interstate | 07-09-2008 02:26:44 | 6.80 | 0.37 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Nashville, TN | 1+ Interstate | 06-23-2008 03:03:21 | 5.10 | 0.28 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Sacramento | 1+ Interstate | 07-01-2008 03:02:18 | 2.10 | 0.12 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Agana, GU | 1+ | 07-01-2008 07:25:02 | 14.30 | 0.72 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Nashville, TN | 1+ Interstate | 06-30-2008 10:37:59 | 10.30 | 0.57 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Alpharetta, GA | 1+ Interstate | 06-17-2008 07:26:38 | 2.20 | 0.12 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Ashland, OR | 1+ Interstate | 06-20-2008 09:56:20 | 2.30 | 0.13 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Nashville, TN | 1+ Interstate | 07-02-2008 01:13:55 | 34.60 | 1.90 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Nashville, TN | 1+ Interstate | 07-02-2008 01:05:11 | 2.00 | 0.11 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Tumon, GU | 1+ | 06-30-2008 07:27:47 | 0.70 | 0.04 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Tumon, GU | 1+ | 06-30-2008 07:28:59 | 0.70 | 0.04 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Sadlbk Vly, CA | 1+ Interstate | 06-24-2008 01:42:59 | 29.00 | 1.60 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Tumon, GU | 1+ | 06-17-2008 08:31:01 | 4.50 | 0.23 | 0000706601 | Guam |
| | | | | | | | 11.85 | | |

# Gershman, Brickner & Bratton, Inc.
## Time by Name
### July 2008
Sprint Quest



| | Time | % of Time | Total phone cost | Phone cost by job |
|---|---|---|---|---|
| **Chace Anderson (Sprint) - 50 % only charged ($155.36)** | | | | |
| C07066-US District Court for Guam:01-Receivership | 243.00 | 1.00 | 77.68 | 77.68 |
| No job assigned | 0.00 | 0.00 | 77.68 | 0.00 |
| Total Chace Anderson | 243.00 | 1.00 | | 77.68 |
| | | | | |
| **Chace Anderson (Qwest) - 50 % only charged** | | | | |
| C07066-US District Court for Guam:01-Receivership | 243.00 | 1.00 | 44.50 | 44.50 |
| No job assigned | 0.00 | 0.00 | 44.50 | 0.00 |
| Total Chace Anderson | 243.00 | 1.00 | | 44.50 |
| | | | | |
| **Jack Tucker (Sprint Cell)** | | | | |
| C07066-US District Court for Guam:01-Receivership | 159.00 | 1.00 | 117.39 | 117.39 |
| No job assigned | 0.00 | 0.00 | 117.39 | 0.00 |
| Total Jack Tucker | 159.00 | 1.00 | | 117.39 |
| | | | | |
| **John Roderique (Sprint Cell - 50%)** | | | | |
| other | 4.50 | 0.03 | 33.84 | 1.13 |
| C07066-US District Court for Guam:01-Receivership | 6.00 | 0.04 | 33.84 | 1.51 |
| other | 12.50 | 0.09 | 33.84 | 3.15 |
| other | 12.50 | 0.09 | 33.84 | 3.15 |
| No job assigned | 99.00 | 0.74 | 33.84 | 24.91 |
| | 134.50 | 1.00 | | 33.84 |

**Total Sprint & Qwest Phone Bills for July 2008**     273.41


**Sprint**

*(93)*

# Hello!

**International Long Distance Rates**

International long distance rates apply to international calls made in the US, even while roaming. Check rates at sprint.com/internationalrates.

We appreciate you as valuable customer, call us today to learn about the latest offers available for you.

Previous Balance................................................................. -$23.91

New Charges..................................................................... $179.27

## Total Due by August 24   $155.36

*PO 731*
*$155.36*
*8/9/08*

*50% = 77.68*

**You can contact Sprint Customer Service**

On the Web:
www.sprint.com

By Phone:
1-800-639-6111

Use your Mobile free of charge:
Dial *2 to contact Customer Service
Dial *3 to make a one-time payment



**Qwest.**
*Spirit of Service*

CHACE ANDERSON
DBA GBB
Bill Date:          Jul 10, 2008
Account No:

Visit qwest.com



| Balance Forward | New Charges | Total Amount Due | Due Date for New Charges |
|---|---|---|---|
| $87.76½ | $89.01 | $1.25 | Credit Card |

### Account Summary

| | | | |
|---|---|---|---|
| Previous Balance | | | |
| Charges | | | 87.76 |
| Payments | 87.76½ | | 175.52½ |
| | 87.76½ | | |
| | *Thank you for your payments.* | | |
| Balance Forward | | | $87.76½ |
| New Charges | For questions, call: | Page | |
| Qwest | 1 800 603-6000 | 3 | 55.79 |

---

Move up to blazing fast Qwest High-Speed Internet® and enjoy a guaranteed price for the life of your service PLUS a free standard tech install (term commitment required.) There are no hassles with our 30-day 100% satisfaction guarantee. Call for details on this service:1 800-996-2094.

---

*Qwest, P O Box 91155, Seattle, WA 98111-9265*                    1  2  5

*Please fold, tear here and return this portion with your payment.*

**Qwest.**
*Spirit of Service*

AV  01  000287  43542  H  2  A**5DGT

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

CHACE ANDERSON
DBA GBB

| | |
|---|---|
| Bill Date: | Jul 10, 2008 |
| Account No: | |
| Balance Forward: | $87.76½ |
| New Charges: | $89.01 |
| **TOTAL AMOUNT DUE:** | $1.25 |
| **Amount Due is charged to your Credit Card.** | |

QWEST
P O BOX 91155
SEATTLE, WA 98111-9265

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

71541488332058361000007102000008776000001250

50% = 44.50

07066-01

 

## FedEx Express Shipment Detail By Reference (Original)

Dropped off: Jun 30, 2008          Cust. Ref.: 07066-01          Ref.#2:
Payor: Shipper          Ref.#3:

- Fuel Surcharge - FedEx has applied a fuel surcharge of 28.00% to this shipment.
- FedEx has audited this airbill for correct pieces, weight, and service. Any changes made are reflected in the invoice amount.
- Discount applied is the greater of volume discount or dropoff discount. No additional discount applies.

| | | Sender | Recipient | |
| --- | --- | --- | --- | --- |
| Tracking ID | 792078614560 | PAT RAVENELLE | CHIEF JUDGE F. TYDINGCO-GATEWOOD | |
| Service Type | FedEx Intl Economy | GERSHMAN, BRICKNER & BRATTON | U.S. FEDERAL DISTRICT COURT OF GUA | |
| Package Type | FedEx Envelope | 8550 ARLINGTON BLVD | 520 WEST SOLEDAD AVENUE | |
| Orig./Dest. | ZFO/GUM | SUITE 203 | HAGATNA, GUAM 96910 GU | |
| Zone | K | FAIRFAX VA 22031 US | | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs | | | |
| Delivered | Jul 07, 2008 14:45 | | | |
| Signed by | D.QUINATA | Transportation Charge | | 66.65 |
| FedEx Use | P6934/US0010/_ | Fuel Surcharge | | 18.10 |
| Customs | | Discount | | -2.00 |
| Entry Date | Jul 01, 2008 | **Total Transportation Charges** | USD | **$82.75** |

| | | |
| --- | --- | --- |
| **07066-01 Reference Subtotal** | **USD** | **$82.75** |
| **Total FedEx Express** | **USD** | **$82.75** |

 

**Dropped off:** Jul 07, 2008    **Cust. Ref.:** C07066-01    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 32.50% to this shipment.
- Distance Based Pricing, Zone 4
- Package Delivered to Recipient Address - Release Authorized

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 797022299523 | Pat Ravenelle | David Manning |
| Service Type | FedEx Priority Overnight | Gershman, Brickner & Bratton | |
| Package Type | FedEx Box | 8550 ARLINGTON BLVD | |
| Zone | 04 | FAIRFAX VA 22031 US | |
| Packages | 1 | | |
| Rated Weight | 3.0 lbs, 1.4 kgs | Transportation Charge | 36.75 |
| Delivered | Jul 08, 2008 09:21 | Residential Delivery | 2.30 |
| Svc Area | A1 | Fuel Surcharge | 11.14 |
| Signed by | 9999999999999 | Discount | -4.78 |
| FedEx Use | 000000000/0001530/02 | **Total Charge** USD | **$45.41** |

| | | |
|---|---|---|
| **C07066-01 Reference Subtotal** | **USD** | **$45.41** |
| **Total FedEx Express** | **USD** | **$203.60** |

For
VEY W GERSHMAN
B

Account Number
XXXX-XXXXX2-36002

Closing Date
08/08/08

(97)

Amount $

**l continued** | 439.59

| FOLDER FACTORY FOLDEEDINBURG | VA | | 400.00 |
| 2147483647 | | | |
| Description | Price | | |
| GENERAL MERCH | 4.39 | | |

| .6/08 | NATIONAL RECYCLING 0WASHINGTON | DC | 30.00 |
| | CHARITABLE ORG | | |
| | Description | | |
| | MEMBERSHIP FEE | | |

| 07/17/08 | NATIONAL RECYCLING 0WASHINGTON | DC | 85.00 |
| | CHARITABLE ORG | | |
| | Description | | |
| | MEMBERSHIP FEE | | |

| 07/21/08 | SWANA          SILVER SPRING    MD | 155.36 |
| | 301-585-2898 | |

| 07/22/08 | CRUCIAL.COM-LEXARMEDPC MEMORY | 647.00 |
| | 300000 22031 | |

| 07/24/08 | UNITED AIRLINES    ROSEMONT    IL | | 384.51 |

UNITED AIRLINES
From:                    To:                  Carrier:        Class:
WASHINGTON DC
                         OKLAHOMA CITY OK     UA              P1
                         CHICAGO IL           UA              J0
                         WASHINGTON DC        UA              J0
                                              Date of Departure: 08/11
Ticket Number: 01621793951491
Passenger Name: CALLEN/KEVIN MR
Document Type: PASSENGER TICKET

*2066-01*

| 07/24/08 | DHL OLB*M4160122    SHIPPING | 182.04 |
| | M4160122 77067 | |

*Reports shipped to Guam for meeting*

| 07/24/08 | BUDGET RENT A CAR   WARWICK    RI | | 539.00 |

                Location                Date
Rental:         WARWICK RI              08/07/22
Return:         WARWICK RI              08/07/24
Agreement Number: 349804394
Renter Name: GERSHMAN,HARVEY

| 07/25/08 | SOUTHWEST AIRLINES  DALLAS    TX | | 635.50 |

SOUTHWEST AIRLINES
From:                    To:                  Carrier:        Class:
DULLES ARPT DC           ORLANDO FL           WN              Y
                         NEW ORLEANS LA       WN              Y
                         HOUSTON TX           WN              Y
                         AUSTIN TX            WN              Y
                                              Date of Departure: 07/28
Ticket Number: 52687536053209
Passenger Name: CALLEN/KEVIN
Document Type: PASSENGER TICKET

| 07/25/08 | SOUTHWEST AIRLINES  DALLAS    TX | | 167.11 |

SOUTHWEST AIRLINES
From:                    To:                  Carrier:        Class:
DULLES ARPT DC           ORLANDO FL           WN              Y
                         NEW ORLEANS LA       WN              Y
                         MIDWAY ARPT IL       WN              Y
                         DULLES ARPT DC       WN              Y
                                              Date of Departure: 07/28
Ticket Number: 52685036124769
Passenger Name: RODERIQUE/JOHN
Document Type: PASSENGER TICKET

| 07/25/08 | BEST WESTERN PIONEERLAHAINA    HI | |

Arrival Date             Departure Date
07/24/08                 07/25/08
00000000
CARDEPOSIT

05189  R07YHA1B  00933

Continued  on  reverse



**GBB**

SOLID WASTE
MANAGEMENT
CONSULTANTS

U.S. Federal District Court of Guam
Chief Judge
520 West Soledad Avenue
Hagåtña, Guam 96910

August 29, 2008

cc: Attorney General
c/o Assistant Pat Mason

RE: Invoice for Services          Inv No. 08-08-2325          Job No. 07066-02

| | |
|---|---|
| **PERIOD:** | Activity from July 1, 2008 through July 31, 2008 |
| **CLIENT REFERENCE:** | **Order Re: Appointment of Receiver, Case 1:02-cv-00022 filed March 17, 2008** and ordered by the Chief Judge for the U.S. Federal District Court of Guam |
| **DESCRIPTION:** | Pursuant to the Consent Decree, GBB, acting as Receiver for the District Court of Guam, will enforce the terms of the Consent Decree, and assume all of the responsibilities, functions, duties, powers and authority of the Solid Waste Management Division of the Department of Public Works ("DPW"), and any and all departments, or other divisions of the DPW insofar as they affect the Government of Guam's compliance with the Consent Decree; Out-of-pocket expenditures related to emergency purchases of parts and supplies necessary for equipment maintenance for Guam's Solid Waste Division |
| **GBB Federal ID#:** | 52-1189668 |

| Payments Received ‧ To Date | Invoiced But not Received | Current Progress Amount |
|---|---|---|
| $ 787.52 | $ 0 | $ 2,487.73 |

**Expenses**

| | | |
|---|---|---|
| Emergency Maintenance (1 – 10) | $ 2,261.57 | |
| Fee on Expenses @ 10% | 226.16 | |
| **Total Expenses** | | $ 2,487.73 |

**TOTAL AMOUNT DUE GBB FOR THIS PERIOD** . . . . . . . . . . . . . . . . . . **$   2,487.73**

Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Suite 203
Fairfax, Virginia 22031-4620
(703) 573-5800  FAX (703) 698-1306
E-MAIL: gbb@gbbinc.com
Printed on recycled paper

EXHIBIT II

Payments should be executed via wire transfers using the following information:

Bank Account Name:     Gershman, Brickner & Bratton, Inc., General Account

Local Branch Address:     Bank of America, 8212 Lee Highway, Merrifield, VA 22031

Bank Account Number:

Bank Routing Number for incoming wires:

Swift Code (if needed):

# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800 Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

Project ID: **07066:02**
Project Name: **US District Court - Emergency Purchases for SWD**
Manager: **HWG**
Client ID: **07066**

*C. ANDERSON*

| ELDATE | PROJECTID | EMPLOYEEID |
|--------|-----------|------------|
| 7/1/2008 to 7/31/2008 | 07066:02 to 07066:02 | CA to CA |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|------|-------------|-------|------|----------|------|--------|--|
| 7/2/2008 | Miscellaneous Expense<br>American Express Purchase; Purchased recycled paper for flyers on the ban. | 1.00 | $240.00 | $240.00 | 0.00 | $240.00 | Billable |
| 7/2/2008 | Miscellaneous Expense<br>American Express purchase of 4 slack adjusters for roll off truck. These parts put a roll off truck back on the road after being down for a month. | 1.00 | $106.16 | $106.16 | 0.00 | $106.16 | Billable |
| 7/7/2008 | Miscellaneous Expense<br>Parts for SWMD trash truck purchased on American Express card. | 1.00 | $325.10 | $325.10 | 0.00 | $325.10 | Billable |
| 7/11/2008 | Miscellaneous Expense<br>Purchase parts for SWMD vehicle on American Express. | 1.00 | $98.00 | $98.00 | 0.00 | $98.00 | Billable |
| 7/16/2008 | Miscellaneous Expense<br>Expense for SWMD supplies. Cameras purchased for Ordot Dump to enforce banning. Purchase on American Express. | 1.00 | $701.82 | $701.82 | 0.00 | $701.82 | Billable |
| 7/16/2008 | Copies<br>Printing cost for forms for banning of material placed on personal VISA because vendor would not take American Express. Forms were in triplicate and provided to SWMD workers at Ordot and 3 transfer stations. | 1.00 | $360.00 | $360.00 | 0.00 | $360.00 | Billable |

**Sum of Billable Expenses:** $1,831.08     $1,831.08

**Billable + Non-Billable Total:** $1,831.08     $1,831.08

# GOPEZ CORPORATION dba **Diamond Auto Part**

P.O. Box 20327 GMF, GUAM 96921

**Harmon Industrial Park**
Sou'i Finegayan Lane
649-4234; 649-4235
646-0507, 646-0508

**DEDEDO Branch**
Marine Drive
637-9616, 637-9626
632-7715

**ANIGUA Branch**
Marine Drive
472-2231, 477-8402
477-6327

07-066.02
$106.16
Am X



PAGE 1 OF 1

F

GUAM DEPT OF PUBLIC WORKS
PO BOX 884
AGANA GUM 96910 482-8085 JESS
646-3149 LAR /475-1144 ANITA A

INV.# 49291
CUST.# 1155
DATE 07/02/08

A M E X

P/O# P086A03239/Q082300081

CASH SALE Wed     2 Jul 07:00 2008

| ITEM | QTY | MFR-PART NUMBER | DESCRIPTION | LIST PRICE | CORE VALUE | NEW PRICE | NEW TOTAL |
|---|---|---|---|---|---|---|---|
| | | 4EUC-KN47001 | SLK/ADJ 10SPLINE | 3318 | | 2654 T | 10616 |
| | | Credit Card | 106.16 | | | | |
| | | AMOUNT TENDERED     106.16 | CHANGE DUE     0.00 | | | | |

amond Auto Parts

PAID

| | NON TAXABLE | CORE | TAXABLE | TAX % | TAX | TOTAL SALE |
|---|---|---|---|---|---|---|
| BY: | 0 | 0 | 10616 | 0.000 | 0 | 10616 |

ip must accompany all returns of merchandise. No returns on electrical parts, bearings & special orders. A 15% handling charge on all returned goods unless defective or error on our part. No labor paid on returned defective parts. Purchaser agrees to pay at 1⁄2% per month on all accounts remaining unpaid after 30 days from the date of original purchase. If said accounts are placed in the attorney or collector for collection or suit is brought on the same, purchaser agrees to pay an additional amount of 33⅓% of the nd due (including interest as aforesaid) as attorney or collector fees plus any cost of suit.

**PLEASE PAY
THIS AMOUNT**     10616

*Thank You!*



DIAMOND AUTO HARMON
P.O. BOX 20327
GMF, GU 96921
671-649-4234

BATCH #1 NAME
DATE 07/02/08     TIME 09:15 AM

OP# 00
EXP XXXX 3

ITEM: 003 AMX SALE
ACCT: XXXXXXXXXXXX2619
RESP: AUTH/TKT 500002

$106.16

TOTAL =

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

RE ANDERSON
TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

07066-02

(3)

AMERICAN PRINTING CORP.
256 CHALAN SAN ANTONIO
TAMUNING  GU 96913
671-646-7873

BATCH #1 NAME
XXXXXXXXXX22205 0526 PRTS.
DATE 07/02/00          TIME 11:51 AM

ITEM: 006  AMX SALE          OP: 00
ACCT: XXXXXXXXXXX2019         EXP XXXX
RESP: AUTH/TKT  156317

DESC:

TOTAL=            $240.00

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

X_____
    SIGNATURE
TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

---

**AMERICAN PRINTING CORPORA**
266 Chalan San Antonio Rd. Tamuning, Guam 9(
Tel: (671) 646-7873/4, 646-1262/5308 • Fax: (671) 64(
Email: apc@netpci.com

C 09038

Date 7/0.

M  SOLID WASTE MANAGEMENT SYSTEMS

ORDER BY:RICHARD, DELIVER TO 2ND FLOOR

| Credit Card | Cash | Check | Deposit | Balance Due | Order Number |
|---|---|---|---|---|---|
| QTY | | DESCRIPTION | | | AMOUNT |
| | | COPIES - COLOR | | | |
| | | COPIES - BLACK | | | |
| | | PRINTING - DEPOSIT | | | |
| | | PRINTING - BALANCE | | | |
| | | PRINTING - FORMS | | | |
| 2,000 EA. | CLASSIC LAID TOPAZ COVER | | | | $240.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **THANK YOU** Please keep this copy for reference | | | | | $240.00 |

*All claims and returned goods MUST be accompanied by this bill.*



SIGN & DATE



(4)

---

THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ALL IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR THE PARTICULAR PURPOSE, AND THE SELLER DOES NOT ASSUME NOR AUTHORIZE ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF THESE PARTS.

10% HANDLING CHARGE ON ALL PARTS RETURNED FOR CREDIT.
NO RETURNS ACCEPTED UNLESS ORIGINAL INVOICE IS PRESENTED.
NO RETURNS ACCEPTED AFTER 7 DAYS FROM DATE OF PURCHASE.
NO RETURNS ON SPECIAL ORDER PARTS.
NO RETURNS ACCEPTED ON ELECTRICAL ITEMS.
NO RETURN/CANCELLATION ON SPECIAL ORDER PARTS.

**... J MOTORS**

.CATION
E CORPS DRIVE
GUAM 96913
146-3600 • FAX (671) 649-3679

| DATE SHIPPED | INVOICE DATE |
| 07 JUL 08 | 07 JUL 08 |

PAGE 1 OF 1

| INVOICE NUMBER |
| 146636 |

11:25

TAMUNING, GU

.OUNT NO. P22

PAUL TADRO

S
H
I
P
T
O

TERMS

| BA. NO. | 2783 | PAUL TADRO |
| .RKS | | MONTERO |

| ISA. | ART NUMBER | DESCRIPTION | LIST | NET | AMOUNT |
| MD368262 | PULLEY,CR | 249.38 | 232.73 | 232.73 |
| MD184894 | MD368262 | | | replace | MD31147: |
| | SEPROCKET: | 92.37 | 92.37 | 92.37 |

07-066.02
PARTS Chace Anderson
7/11/08

F.O.B.

| PARTS | 325.10 |
| SUBLET | |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| TOTAL | $325.10 |

PAID
JUL 07 2008
✓ AMEX

*Thank You For Your Business!*

10% HANDLING CHARGE ON PARTS RETURNED
ORIGINAL INVOICE MUST BE PRESENTED
NO RETURNS AFTER 7 DAYS AFTER DATE OF
PURCHASE.NO RETURNS ON ELECTRICAL
PARTS. THANK YOU. 648-6038

CUSTOMER COPY

---

07-066-02
PARTS Chace Anderson
7/11/08

**BANK OF GUAM**
THE PEOPLE'S BANK

TRIPLE J MOTORS-HONDA

Tamuning, Guam
(671) 646-3126

BATCH No. : 000054
TERMINAL ID : 11129472
CARD No. : XXXXXXXXXXXX2819 / Swiped
AMEX
REEF No. : 0528
INVOICE : 000477
TRANS. : CREDIT CARD SALE

AMOUNT : $ 325.10

Tran Date/Time : 07/07/08  11:30:43
APPROVAL : 587846
Customer Copy
Thank you!

---

ANDERSON/AC
I AGREE TO PAY THE ABOVE TOTAL AMOUNT
ACCORDING TO THE CARD ISSUER AGREEMENT

Merchant Copy

Thank you!

07-066.02
PARTS Repair .02
2/11/08

PARTS Repair .02
2/11/08 Any chace anderson

**BANK OF GUAM**
THE PEOPLE'S BANK

Mid-Pac Far East
Tamuning, Guam
671 637-7844

BATCH No. : 000076
TERMINAL ID : 01129472
CARD : AMEX
CARD No. : XXXXXXXXXXXX2819 / Swiped
EXP DATE : 04-12
RREF No. : 4848
INVOICE : 003901
TRANS. : CREDIT SALE

AMOUNT : $ 98.00

Tran Date/Time : 07/11/08  12:21:42
APPROVAL : 568286
Customer Copy
Thank you!

---

07-066-07

07066-09

BANK OF GUAM

TRIPLE J MOTORS-HONDA
TAMUNING, GUAM
(671) 646-9126

RATCH No.     : 000004
TERMINAL No.  : 11829501
CARD          : AMEX
CARD No.      : XXXXXXXXX2389 / Swiped
APPR No.      : 0628
INVOICE       : 000477
TRANS.        : CREDIT CARD SALE

AMOUNT        $        325.10

Tran Date/Time : 07-07-08
APPROVAL       : 527648                11:04

Customer Copy

Thank You!

**MOTORS**  (5)
...CATION
...CORPS DRIVE
JAM 96913
...3600 • FAX (671) 649-3679

NO. P22

...RO

PAUL TADEO

THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ALL IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR THE PARTICULAR PURPOSE, AND THE SELLER NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF THESE PARTS.

10% HANDLING CHARGE ON ALL PARTS RETURNED FOR CREDIT. NO RETURNS ACCEPTED UNLESS ORIGINAL INVOICE IS PRESENTED. NO RETURNS ACCEPTED AFTER 7 DAYS FROM DATE OF PURCHASE. NO RETURNS ACCEPTED ON ELECTRICAL ITEMS. NO RETURN/CANCELLATION ON SPECIAL ORDER PARTS.

| DATE SHIPPED | INVOICE DATE | INVOICE NUMBER | | |
|---|---|---|---|---|
| 07 JUL 08 | 07 JUL 08 | 146636 | 11:25 | |

PAGE 1 OF 1

| TERMS | | F.O.B. | TAMUNING, GU |
|---|---|---|---|
| DESCRIPTION | LIST | NET | AMOUNT |
| PULLEY, CR | 249.38 | 232.73 | 232.73 |
| MD368262 | | replaces | MD31147: |
| SPROCKET, | 92.37 | 92.37 | 92.37 |

PAID
JUL 07 2008
AMEX

*Thank You For Your Business!*

10% HANDLING CHARGE ON PARTS RETURNED ORGINAL INVOICE MUST BE PRESENTED NO RETURNS AFTER 7 DAYS AFTER DATE OF PURCHASE. NO RETURNS ON ELECTRICAL PARTS. THANK YOU. 648-6038

Copyright 2000 ADP, Inc.

| PARTS | 325.10 |
|---|---|
| SUBLET | |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| TOTAL | $325.10 |

**CUSTOMER COPY**

---

ELITE PRINTING  SAIPAN ● GUAM
P.O. Box 22349
G.M.F. Guam 969
Tel: (671) 646-36
Fax: (671) 649-7-

EP003-01/01

$360.00

CUSTOMER COPY

ELITE PRINTING

O 7066102

**RECEIPT**      Date  7/16/08      31462

...W

*Hundred Sixty*      ($360.00)

...ice Nº. _____     ✓  07066102
...Order Nº. _____      Emergency Purchase
...n Mail _____      Chace's Visa
...k Up _____
...ers _____

*Thank You !*

| ACCOUNT | | | HOW PAID | | |
|---|---|---|---|---|---|
| AMOUNT OF ACCOUNT | 360 | 00 | CASH | $ | |
| AMOUNT PAID | 360 | | CHECK | $ | CHECK NO. |
| BALANCE DUE | | | CARD OR M.O. | $ 360 | CARD NO. 9191 |

By : _____



# Micropac Inc.

**Home of Electronics, Appliances and Computers**

Address: 643 Chalan San Antonio.
Suite 105, Tamuning Guam 96913
Tel: (671) 646-9304/5 Fax: (671) 646-9306

| SALES CLERK & INVOICE NO. | PURCHASE DATE |
|---|---|
| KB -528584 | 07/16/08 |

```
MICROPAC INC
643 CHLN SAN ANTONIO
TAMUNING 9691, GU 96913

TERMINAL ID:        001117753
MERCHANT #:         1520019086

AMEX
#xxxxxxxxxxxx2019
SALE
BATCH: 000329    INVOICE: 039832
DATE: JUL 16, 08   TIME: 17:04
SQ: 016            AUTH NO: 504192

TOTAL         $701.82

CUSTOMER COPY
```

...IPT
...om
...c.com

TELEPHONE:
ANDERSON

SHIP TO: (541) 354-3396

360025

| R OF SHIPPING | SOCIAL SECURITY NUMBER | TERMS | YOUR ORDER NO. |
|---|---|---|---|
| | | AMEX | |

| | | DESCRIPTION | UNIT PRICE | EXT. |
|---|---|---|---|---|
| | OPTIO40 | PENTAX OPTIO40 DIGI CAM | 179.00 | 537.0 |
| | 1GBSDTBP | HILCON 1 GB SDCARD BLISTERPA | 19.99 | 59.9 |
| 3.0 | CBAM50 | JVC CBAM50 CASE FOR EVERIO | 34.95 | 104.8 |

07066.02
7/17/08   Chace
SWMD Expense
American Express

| SUBTOTAL | 701.82 |
|---|---|
| Tax | 0.0 |
| TOTAL U.S. $ ➡ | 701.82 |

*Thank You*

**TERMS & CONDITIONS (SAVE YOUR RECEIPT. A fee of $5.00 will be charged for every copy made.)**

1. No cash refunds. Exchange will be allowed depending on the condition of the goods. A 10% restocking charge applies. All sales are final after 30 days.
2. Layaway term good for ninety (90) days only. 1/3 down payment required. 3. Charge Accounts: Net 30 days. Any unpaid accounts will be charged 2% interest per month on the balance due. 4. In the event of non-payment on due date, the seller has option to repossess the goods. If the delinquent account is placed in the hands of collection agencies or attorneys for collection or suit, buyer agrees to pay in addition to the amount of the account and interest, a collector's or attorney's fee equal to 33-1/3% of said delinquent account.

**PROVISIONS OF LIMITED WARRANTY (NON-TRANSFERABLE)**

Micropac Inc. GUARANTEES the product to be free from manufacturer's defect at time of purchase as follows:
A. Individual Compo (Amp, Tuner, Receiver, Home Sp.) Window Air Con, Split Air Con (we install) .......... 1 year parts/labor
B. Computer Hardware, Video Equipment, Rack System, Home Appliance .......... 1 year parts/90 days labor
C. JVC Car Audio, Fax Machine, Musical Instrument, Commercial Use Equipment, Magic Mic iped .......... 6 months parts/90 days labor
D. Computer Peripherals, Rice Cooker Digital Still Camera, Sewing Machine, Vacuum Cleaner .......... 90 days parts/labor
E. Microphone Cable, Electrical Tool, Battery-Operated Appliance, Cabinet, Watch/Clock, Telephone, Answer Machine, Still Camera, Other Car Audio, Portable, Calculator, Video Game And Accessories/others .......... 30 days parts/labor
F. Bose Systems and Speakers, JVC Audio Video, Yamaha Products, Onkyo Products .......... Factory Warranty
EXCLUSIONS TO THE WARRANTY (Customer Equipment must be brought to Micropac, Inc. with valid receipt to validate warranty service.)
1. Cables Case/Cabinet Surface, Glass, Handles, Knobs, Power Cords, Rubber Balls, Style, Wires, and other such auxiliary items that are improper connection
2. Malfunction caused by abuse, accidents, attempted repair, failure to follow operating instructions, modifications, negligence, improper connection
3. Damage resulting from power outages, line voltage fluctuation or natural causes
4. Warranty does not provide for on-site repairs, house calls, deliveries, or pick-ups

**SAVE YOUR RECEIPT**

PRINT NAME

Signature:

---

```
ANDERSON
                              TOTAL AMOUNT
Merchant COPY

PARTS
GUAM
.02                    BANK OF GUAM
                       THE PEOPLE'S BANK

           Mid-Pac Far East
           Tamuning, Guam
           671 637-7840

BATCH No.:
TERMINAL ID:   00129472
CARD:          AMEX
CARD No.:      xxxxxxxxxxxx2019 / Swiped
EXP DATE:      04/12
BREF No.:
INVOICE:
TRANS.:        CREDIT SALE

AMOUNT         $       98.00

Tran Date-Time: 07/11/08   12:21:42
APPROVAL:      560286
               Customer Copy
```

# Gershman, Brickner & Bratton, Inc. ⑦

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800 Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

**Project ID:** 07066:02
**Project Name:** US District Court - Emergency Purchases for SWD
**Manager:** HWG
**Client ID:** 07066

J. TUCKER

| ELDATE | PROJECTID | EMPLOYEEID |
|--------|-----------|------------|
| 7/1/2008 to 7/31/2008 | 07066:02 to 07066:02 | JT to JT |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|------|-------------|-------|------|----------|------|--------|---|
| 7/29/2008 | Supplies<br>Ink for Ordot | 1.00 | $69.90 | $69.90 | 0.00 | $69.90 | Billable |
| 7/29/2008 | Miscellaneous Expense<br>Parts for collection truck | 1.00 | $60.59 | $60.59 | 0.00 | $60.59 | Billable |
| 7/31/2008 | Copies<br>Copies Ordot Ban Forms | 1.00 | $300.00 | $300.00 | 0.00 | $300.00 | Billable |
| | Sum of Billable Expenses: | | | $430.49 | | $430.49 | |
| | Billable + Non-Billable Total: | | | $430.49 | | $430.49 | |





**OUTLET**
COMPUTER SALES AND SERVICE

P.O. Box 20148, GMF Barrigada, Guam 96921
Sales: 671.647.4537/8 • Tech: 671.647.4160/1 • Fax: 671.646.4275

Sold To: Cash

Ship To:

```
                                          INVOICE #
                                          INV# : 898385
                                          Date: 07/29/08

                                          Page: 1

                              Customer No: 0
                              Phone No:
                              Phone 2:
```

Cust. Order #:                    Sold By : #133-STEPHANIE

| Stock Number | Item Description | Qty | Unit Price | Amount |
|---|---|---|---|---|
| 11708 | HP INK C8765W/C94 BLACK (OEM) | 1 | 26.95 | 26.95 |
| 12856 | HP INK C9363WN/97 TRICOLOR OEM | 1 | 42.95 | 42.95 |

```
                                       Sub-Total:      69.90
                                              :
                                       Tax [   0]:     EXEMPT *

                                          Total:       69.90

                                       AMEX 544623     69.90

                                       Amount Paid:    69.90
                                       Amount Due:      0.00
                                          Change:       0.00
```

Thank-You for your patronage.
Please come again.

By signing, I state that I have understood the terms and conditions of PC Outlet's system warranty, return policy and service agreement. Also, I have received all invoiced items without any physical damages. There is a 2% finance fee for all accounts 30 days past due.

PRINT NAME: _____     SIGNATURE: _____     DATE: _____

```
O70660.2
EMERGENCY PURCHASE

                                PC OUTLET
                                466 SOUTH MARINE DRIVE
                                STE. 109 H.S.I. COMPLEX BLDG.
                                TAMUNING, GUAM 96913
                                (671) 647-4537

                Merchant ID: 606001D01262    Ref #: 036R
                Term ID: 042593376
        Ink for order  Clerk ID: 1

        Sale      Entry Method: Swiped

        AMEX      Total:    $    $3.90

                  07/29/08            09:36:05
                  Inv #: 000001   Appr Code: 546323
                  Amex@ Online    Batch#: 000007

                  Customer Copy
                  THANK YOU
                  PLEASE COME AGAIN
```

*9*

07066.02
EMERGENCY PARTS
FOR COLLECTION Truck

**BANK OF GUAM**
THE PEOPLE'S BANK

Mid-Pac Far East
Tamuning, Guam
671 637-7644

BATCH No.        :  000898
TERMINAL ID      :  01123472
CARD             :  AMEX
CARD No.  : XXXXXXXXXX1029 / Swiped
EXP DATE          :  06/12
RREF No.          :  4919
INVOICE           :  003566
TRANS.   : CREDIT SALE

AMOUNT   :              $      68.58

Tran Date/Time  :  07/28/08      11:17:58
APPROVAL        :  574570
Customer Copy
Thank You!

(10)

PERSONAL CREDIT CARD

## OFFICIAL RECEIPT

**ELITE PRINTING**

SAIPAN
P.O. Box 501445
Saipan, MP 96950-1445
Tel: (670) 234-2777 (2766)
(877) 248-8440/2439
Fax: (670) 235-6870

P.O. Box 22849
G.M.F., Guam 96921
Tel: (671) 646-2777
(671) 646-5377/78
Fax: (671) 645-7506

Date — 7/31/08

Received From — DPW

Address — Two Hundred

Dollars — ( $ 300.00 )

Payment For / ☑ Invoice N°. 28792
☐ Job Order N°.
☐ From Mail
☐ Pick-Up
☐ Others

07066.02
EMERGENCY PURCHASE
BAN FORMS

Thank You !

By : _____

| AMOUNT OF ACCOUNT | 300 00 | CASH | $ | | |
| AMOUNT PAID | 300 00 | CHECK | $ | CHECK NO. | |
| BALANCE DUE | | CARD OR M.O. | $ 300 | CARD NO. | 0843 |

EP003-01/01

07066-02

07066.02
Personal CREDIT
ELITE PRINTING
9000175
9007962259044
INDUSTRIES
PITTMAN A.R.

TERMINAL ID. :
MERCHANT #:

MASTERCARD - CARD PRES
************5843
SALE
INVOICE# 234647
BATCH: 001
DATE: JUL 31 2008
AUTH NO: 069792

APPR CODE:
TIME: 11:50

TOTAL          $300.00

CUSTOMER COPY