



Two Logan Square
Suite 1600
18th & Arch Streets
Philadelphia, PA
19103-2770

215 567-6100
215 567-1493
www.pfm.com

## Public Financial Management

September 2, 2008

Government of Guam
c/o Gershmann, Bricker & Bratton, Inc.
8550 Arlington Drive
Suite 203
Fairfax, VA 22031-4620

**INVOICE:** PFM-094338-0-PFM-094339
**SEQ.:** 002-000-002

**RE:** For Financial Advisory Services in connection with the Guam Solid Waste Consulting.
Period covered: through 8/15/08.

## INVOICE

| Name/Title | Hours | Rate | Total |
|---|---|---|---|
| DANIEL, ELISE L/Managing Director | 15.20 | $300.00 | $4,560.00 |
| RICCI, EDWIN P/Managing Director | 1.00 | $300.00 | $300.00 |
| WELLS, VALESA/Senior Managing Consultant | 13.00 | $250.00 | $3,250.00 |
| SHELTON, LAUREN/Consultant | 2.50 | $200.00 | $500.00 |
| ZALUTSKY, GAIL A/Consultant | 0.30 | $150.00 | $45.00 |
| Total Professional Fees | | | $8,655.00 |
| | | | |
| Expenses | | | $108.35 |
| | | | |
| **Amount Due** | | | **$8,763.35** |

Thank You,

Public Financial Management, Inc.

William W. Cummings
Billing Administrator

**Remittance Address: Public Financial Mgmt., P.O. Box 13700, Philadelphia, PA 19101-1348 ***
Wire Instructions: Wachovia Bank, ABA# 031201467, Account # 2000432813135 *

## INVOICE TERMS: UPON RECEIPT

Client ID: 03285.001

_(32)_

Sep 02, 2008
INVOICE: 0-0-PFM-094339
SEQ: 000-000-002

## SUPPORTING DETAILS

| Category | Name | Comments | Amount Billed |
|---|---|---|---|
| T&E - Mileage | Elise L. Daniel | 6/25/08 | $102.35 |
| T&E - Parking | Elise L. Daniel | 6/26/08 | $6.00 |
| | T&E Total | | $108.35 |
| | Total Expenses: | | $108.35 |

Client ID: 03285.001





**PFM**
**Public Financial Management**
Financial and Investment Advisors

# Labor Backup

**Project: 03285.00114**
**[?]**

| Employee: 0084, RICCI, EDWIN P | T/S Date | Labor Category | Billable Hours | Rate /Hour | Billable Amount | Activity |
|---|---|---|---|---|---|---|
| | 02-Jun-08 | 10-MD | 1.00 | 300.00 | $300.00 | Conference Call with GBB to discuss project objectives and background information |
| **Employee Total:** | | | **1.00** | | **$300.00** | |
| Employee: 0425, JOHNSON, VALESA | | | | | | |
| | 29-Jul-08 | 20-SMC | 6.00 | 250.00 | $1,500.00 | Financing roadmap |
| | 30-Jul-08 | 20-SMC | 4.00 | 250.00 | $1,000.00 | Financing roadmap |
| | 04-Aug-08 | 20-SMC | 2.00 | 250.00 | $500.00 | Preparation of Outline Guam Financing Process |
| | 07-Aug-08 | 20-SMC | 1.00 | 250.00 | $250.00 | Preparation of Outline Guam Financing Process |
| **Employee Total:** | | | **13.00** | | **$3,250.00** | |
| Employee: 0626, ZALUTSKY, GAIL A | | | | | | |
| | 13-Jun-08 | 30-C | 0.30 | 150.00 | $45.00 | Research Guam Solid Waste Credit History |
| **Employee Total:** | | | **0.30** | | **$45.00** | |
| Employee: 0683, DANIEL, ELISE L | | | | | | |
| | 16-May-08 | 10-MD | 1.00 | 300.00 | $300.00 | Call with David Manning to discuss objectives and current status |
| | 21-May-08 | 10-MD | 0.50 | 300.00 | $150.00 | Research & Outline of Credit Criteria |
| | 28-May-08 | 10-MD | 1.00 | 300.00 | $300.00 | 2:00 call with GBB: Current Status Discussion |
| | 02-Jun-08 | 10-MD | 1.00 | 300.00 | $300.00 | Conference Call with GBB: N.Winkler & E. Ricci |
| | 04-Jun-08 | 10-MD | 0.30 | 300.00 | $90.00 | Guam Information Post, Research to develop a credit outline |
| | 12-Jun-08 | 10-MD | 1.00 | 300.00 | $300.00 | Preparation & Research: Guam Solid Waste Credit Criteria |
| | 16-Jun-08 | 10-MD | 0.20 | 300.00 | $60.00 | Preparation & Research: Guam Solid Waste Credit Criteria |
| | 18-Jun-08 | 10-MD | 1.00 | 300.00 | $300.00 | Preparation & Research: Guam Solid Waste Credit Criteria |
| | 25-Jun-08 | 10-MD | 3.00 | 300.00 | $900.00 | Preparation of 6/26/08 Rating Agency Criteria Memo |
| | 26-Jun-08 | 10-MD | 4.00 | 300.00 | $1,200.00 | Meeting with GBB in Nashville |
| | 22-Jul-08 | 10-MD | 1.20 | 300.00 | $360.00 | Outline, Guam Financing Process |

Page 1 of 2

Report: R:\REPORTS\Billing Support\Billable Hours Support with Comments HIDE ZERO.irrr
Catalog: R:\IMF6n\Corpeon\Catalogs\Custom\PFM Billing.cat

Date: 9/2/08
Time: 11:33 AM



# Labor Backup

**Public Financial Management**
Financial and Investment Advisors



| | T/S Date | Labor Category | Billable Hours | Rate /Hour | Billable Amount | Activity |
|---|---|---|---|---|---|---|
| Employee: 0683, DANIEL, ELISE L... | 05-Aug-08 | 10-MD | 0.50 | 300.00 | $150.00 | Telephone conversation with David Manning-outline Guam financing flow & funds diagram |
| | 06-Aug-08 | 10-MD | 0.50 | 300.00 | $150.00 | Conference Call with GBB to discuss roadmap |
| | **Employee Total:** | | **15.20** | | **$4,560.00** | |
| Employee: 1104, SHELTON , LAUREN | 16-May-08 | 30-C | 1.50 | 200.00 | $300.00 | Research on Guam Solid Waste, Conf. Call w/David Manning |
| | 12-Jun-08 | 30-C | 1.00 | 200.00 | $200.00 | Conf Call with Ted and Nancy to discuss Guam Project |
| | **Employee Total:** | | **2.50** | | **$500.00** | |
| | **Project Total:** | | **32.00** | | **$8,655.00** | |

Report: R:\REPORTS\Billing Support\Billable Hours Support with Comments HIDE ZERO.lmr
Catalog: R:\IMPRO\Computer\Catalogs\Custom\PFM Billing.cat

Date: 9/2/08
Time: 11:33AM



35

# MAPQUEST

3285 - 001 - Green   # 102.35
98**50** - 333 - Higher Ed # 102.36

| Do you know your Credit Score? | |
| --- | --- |
| Excellent ☺ | 750 - 840 |
| Good ☺ | 660 - 749 |
| Fair ☺ | 620 - 659 |
| Poor ☺ | 340 - 619 |
| I Don't Know ☺ | ???? |
| **Find out INSTANTLY!** | |

**A: 530 Oak Court Dr, Memphis, TN 38117-3726**

| | | |
| --- | --- | --- |
| START | **1:** Start out going NORTH on OAK COURT DR toward POPLAR AVE/US-72/TN-57. | 0.1 mi |
| → | **2:** Turn RIGHT onto POPLAR AVE/US-72/TN-57. | 0.3 mi |
| ← | **3:** Turn LEFT onto PERKINS EXT. | 1.0 mi |
| ↑ | **4:** PERKINS EXT becomes N PERKINS RD. | 1.0 mi |
| RAMP | **5:** Take the ramp toward NASHVILLE. | 0.1 mi |
| ↑ | **6:** Merge onto SAM COOPER BLVD. | 1.1 mi |
| EAST 40 | **7:** Merge onto I-40 E via the exit on the LEFT. | 197.9 mi |
| EXIT → | **8:** Take EXIT 209 toward US-70/CHARLOTTE AVE. | 0.1 mi |
| ↑ | **9:** Stay STRAIGHT to go onto 14TH AVE N. | 0.1 mi |
| ← | **10:** Turn LEFT onto CHARLOTTE AVE/US-70/TN-24. Continue to follow CHARLOTTE AVE. | 0.5 mi |
| ← | **11:** Turn LEFT. | 0.1 mi |
| ← | **12:** Turn LEFT onto EAKIN-WEAKLEY DR. | 0.1 mi |
| → | **13:** Turn RIGHT to stay on EAKIN-WEAKLEY DR. | 0.1 mi |
| END | **14:** End at Nashville, TN | |

Estimated Time: 3.0 hours 8 minutes     Estimated Distance: 202.68 miles

**B: Nashville, TN**

**Total Time: 3.0 hours 8 minutes**     **Total Distance: 202.68 miles**

(36)

GUAM
3285-001

LIBRARY GARAGE
CENTRAL PARKING SYSTEMS
ED NORTH MANAGER
PHONE 254 1741

06/26/03 12:18   L# 1 A# 3   Txn#281699
06/26/03 09:41 In   06/26/03 12:18 Out
Tkt# 446809
Fee 1              $ 6.00
Total Fee          $ 6.00
CASH PAID          $ 6.00-
Cash Tender        $ 6.00
Change Due         $ 0.00
THANK YOU
PLEASE COME AGAIN

# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800 Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com



H. GERSHMAN

| Project ID: | 07066:01 |
|---|---|
| Project Name: | US District Court for Guam - Receivership |
| Manager: | HWG |
| Client ID: | 07066 |

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 8/1/2008 to 8/31/2008 | HWG to HWG | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 8/6/2008 | Parking<br>Parkeon, Sacramento | 1.00 | $2.50 | $2.50 | 0.00 | $2.50 | Billable |
| 8/6/2008 | Meeting Expenses<br>P.F.Chang's, Sacramento; meeting with Kuwagawa and Anderson | 1.00 | $25.00 | $25.00 | 0.00 | $25.00 | Billable |
| 8/6/2008 | Meals<br>San Francisco Airport; Gershman food (per diem) | 1.00 | $5.95 | $5.95 | 0.00 | $5.95 | Billable |
| 8/6/2008 | Miscellaneous Travel Expenses<br>Tolls CA DOT | 1.00 | $4.00 | $4.00 | 0.00 | $4.00 | Billable |
| 8/6/2008 | Parking<br>US Parking, San Francisco; for Orrick meeting. | 1.00 | $18.00 | $18.00 | 0.00 | $18.00 | Billable |
| 8/6/2008 | Miscellaneous Travel Expenses<br>Tolls; Golden Gate Bridge | 1.00 | $5.00 | $5.00 | 0.00 | $5.00 | Billable |
| 8/6/2008 | Miscellaneous Travel Expenses<br>Tolls; CA DOT | 1.00 | $4.00 | $4.00 | 0.00 | $4.00 | Billable |
| 8/6/2008 | Meals<br>P.F.Chang's, Sacramento; Gershman food (per diem) | 1.00 | $12.00 | $12.00 | 0.00 | $12.00 | Billable |
| 8/6/2008 | Miscellaneous Travel Expenses<br>Lcome; car rental fuel | 1.00 | $26.35 | $26.35 | 0.00 | $26.35 | Billable |
| 8/6/2008 | Car Rental<br>One day's share of auto rental cost in San Francisco | 1.00 | $121.75 | $121.75 | 0.00 | $121.75 | Billable |
| 8/6/2008 | Meals<br>Town Hall, San Fransisco; Gershman food (per diem) | 1.00 | $36.00 | $36.00 | 0.00 | $36.00 | Billable |
| 8/6/2008 | Meals<br>Hyatt Regency; Gershman food (per diem) | 1.00 | $8.00 | $8.00 | 0.00 | $8.00 | Billable |
| 8/11/2008 | Meeting Expenses<br>Vie De France, Potomac, MD; food for meetings with Manning, Anderson, Seader, Ravenelle, Chaply, and Gershman. | 1.00 | $35.23 | $35.23 | 0.00 | $35.23 | Billable |
| 8/11/2008 | Meals<br>Manning, Anderson and Seader dinner (Per Diem); Sweetwater Tavern, Falls Church, VA | 1.00 | $115.00 | $115.00 | 0.00 | $115.00 | Billable |
| 8/11/2008 | Meeting Expenses<br>Gershman, Bratton and Bernheisel meeting with Manning, Anderson and Seader; Sweetwater Tavern, Falls Church, VA | 1.00 | $115.00 | $115.00 | 0.00 | $115.00 | Billable |
| 8/12/2008 | Meals<br>Manning lunch (Per Diem); Chevy's, Falls Church, VA | 1.00 | $15.50 | $15.50 | 0.00 | $15.50 | Billable |
| 8/13/2008 | Meeting Expenses | 1.00 | $94.25 | $94.25 | 0.00 | $94.25 | Billable |

# Gershman, Brickner & Bratton, Inc. (38)

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

| Project ID: | 07066:01 |
|---|---|
| Project Name: | US District Court for Guam - Receivership |
| Manager: | HWG |
| Client ID: | 07066 |

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 8/1/2008 to 8/31/2008 | HWG to HWG | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| | Luncheon meeting with EA Science and Technology, Inc. In attendance were H. Gershman, T. Bratton, D. Manning, C. Anderson, F. Bernheisel, and D. Seader for GBB, attending for EA Science and Technology, Inc. were D. Mercandante, M. Smith, S. Ridgway, and E. Bergman. | | | | | | |
| 8/13/2008 | Meals | 1.00 | $26.50 | $26.50 | 0.00 | $26.50 | Billable |
| | Anderson dinner (Per Diem); Timbuktu, Hanover, MD | | | | | | |
| 8/13/2008 | Meeting Expenses | 1.00 | $26.50 | $26.50 | 0.00 | $26.50 | Billable |
| | Gershman meeting with Anderson; Timbuktu, Hanover, MD | | | | | | |
| 8/13/2008 | Mileage | 100.00 | $0.59 | $58.50 | 0.00 | $58.50 | Billable |
| | Personal auto from GBB Fairfax, VA to BWI Airport to Bethesda, MD to take Manning to airport with Anderson | | | | | | |
| | **Sum of Billable Expenses:** | | | $755.03 | | $755.03 | |
| | **Billable + Non-Billable Total:** | | | $755.03 | | $755.03 | |

6380 - 2day
$243.49
C07066-01 - 1 day
$121.75

ALAMO

RA 514777265      Inv 5001263256B
Rental  04-AUG-2008 10:31 AM
SAN FRANCISCO ARPT
Return  06-AUG-2008 07:46 PM
SAN FRANCISCO ARPT

HARVEY GERSHMAN
Vehicle # 8U283899
Model     AVALON
Class Driven PCAR    Class Charged PCAR
License# 6CKS048    State/Province CA
M/Kms Driven   298
M/Kms Out    14057
M/Kms In     14355

| Charges | No Unit | Price | Amount |
|---|---|---|---|
| T & M | 3 Days | 104.90 | 314.70* |
| UNLIM M/KM | 0 M/Kms | | 0.00* |
| DSCNT T&M 10.00% | | | -31.47* |
| CONCESSION RECOV FEE | | | 31.47* |
| ARPT TRANSPORT FEE | | | 17.50 |
| CA TOURISM ASSESSMENT | | | 7.08 |
| SALES TAX 08.250 % | | | 25.96 |

Total Charges            USD 365.24

Paid By    AMEX 6002        -365.24

Amount Due        USD -0.00

* Taxable Items
Subject to Audit
Customer service Number 1(800) 445-5664

Car Rental Fuel
6380 — $26.35
C07066-01 — 26.35

LCOME

RECEIPT
29000

BRUNO AVE
CISC CA 94134

06/08  7:27PM
 051813
 90129B
MC
 NUMBER
X XXXX 2687

DUCT   $/G
EG   $4.479

FUEL TOTAL
$ 52.70

NK YOU
BACK SOON

```
      San Francisco Intl Airport
       San Francisco, CA 94128
     (650) 821-9445        SERIES 2


  158 MICHAEL
 ----------------    -----------------
 Chk 7509        Aug06'08 08:46PM  Gst 1
 ---------------------------------------
    1 BT JUICE               3.25
    1 CHIPS                  2.25
      Cash                  20.00

      FOOD                   5.50
      TAX                    0.45
      TENDER                 5.95
      Change Due            14.05

   Thank You.
```

*C07066-01*
*H6 Food (Per Diem)*



EXPIRATION DATE    TIME     EXPIRATION DATE    TIME

**219 03:16 PM**   **Place on inside of**

08/06/00 $ 2.50 0002114   street side window

PAID       Sacramento     PAID

**PARKEON**      **PARKEON**

(41)

C07066-01
Oricle NY

**US PARKING INC.**
**PHONE: (415) 9741413**
**GREYHOUND TERMINAL**

08/06/2008  7:15PM   01
000000#0391      YIGIT

**DAILY**         T $18.00

**ITEMS**    **1Q**
**CASH**   **$18.00**

OPR. HOURS : 6 am - 8 pm
10 NATOMA ST SF 94105 CA
    HAVE A NICE DAYS

---

### TOLL RECEIPT

California Depart of Transportation

Richmond-San Rafael
ATCAS

Please Dont Drink and Drive!

08/06/08   16:05:16   LANE: 05     ID: 313
CLASS: 12   $ 4.00   CASH

*C07066-01*

C07066-01

THANK YOU

GOLDEN GATE BRIDGE

COLLECTOR B42 LANE 05

2 AXLE $5.00

CASH

08/06/08 16:53:59

---

### TOLL RECEIPT

California Department of Transportation

CALTRANS - ATCAS
Carquinez Strait Bridge

Thank You !!

08/06/08   12:10:42   LANE: 11    ID: 417
CLASS: 12   $ 4.00   CASH

*C07066-01*

C07066-01 HG, TB,
Food for Mtgz ( DM, CA,
DS, PR,
CC)

**Vie de France**
Potomac Place
10146 River Road
Potomac, MD 20854
Phone: 301-299-0904

Date:        Aug11'08 07:28AM
Card Type:   Amex
Acct #:      XXXXXXXXXXX4009
Trans Key:   EIE000767002942
Exp Date:    XX/XX
Auth Code:   586487
Check:       1389
Server:      12 Guiller

Total            35.23

---

(42)

---

Hyatt Regency SFO
1333 Old Bayshore Hwy
Burlingame, CA 94010
(650) 347-1234

Deli
Terminal: 272   Check:2727980
Server:Ainsley  Guests: 0
Tbl:          Date:8/6/2008 8:54

FOOD
1 Medium Coffee          3.00
1 Breakfast Pastry       4.00
1 Whole Fruit            1.00

Subtotal        8.00
Total           8.00

---

Thank you for dining with Hyatt!
Ainsley
We look foward
to serving you again!
Valet Parking is
Always Free in
Scalini!

C07066-01 (Part Day)
X6 Food

---

6380 - 36.00
C07066-01 - 36.00
X6 Food (Per Diem)



# TOWN HALL

342 Howard Street
San Francisco CA 94105
Tel 415.908.3900

Date: 8/6/2008   Time: 7:01:31 PM
Card Type:     American Express
Card Number:   XXXXXXXXXXX4009
Server Name:   Cynthia
Check Number:  274416
Tab Number:    68
Position #:    1

AMOUNT           61.31

TIP              10.69

TOTAL            72.-

Approval: 517706

---

C07066-01
G. Kuwagawa (Mtg.) ⎤
C. Andersen (Mtg)  ⎥ 25.00
H. Gershman (Per Diem)
— Mtg —          12.00

Thank you for dining with
P.F. Chang's China Bistro.
1530 J Street #100
Sacramento, CA 95814
916-288-0970

Server: Chelsea   DOB: 08/06/2008
02:05 PM          09/06/2008
Table 51/1        3/30015

AMEX              5242894
Card #XXXXXXXXXXX4009
Magnetic card present: GERSHMAN
HW
Approval: 506604

Amount:     31.52

+ Tip: _____ 5.48

= Total: _____ 37.00



C07066-01
3 - DM'05 CA (Per Diem) — @ 115.00
3 - Ho, TB, FB (Mtg Expense) — @ 115.00
0428



**Cantina #2078**
3052 Gatehouse Plaza
Falls Church, VA 22042
(703) 573-4280

Date:        Aug 12'08 12:32PM
Card Type:   Amex
Acct #:      XXXXXXXXXX4009
Trans Key:   EIE000769303884
Exp Date:    XX/XX
Auth Code:   517926
Check:       8344
Table:       143/1
Server:      653538 RONALD

Subtotal:        52.00

TIP              10.00

TOTAL            62.—

Signature

I agree to pay above total
according to my card issuer
agreement

-=GUEST COPY=-

1 - DM Per Diem
  C07066-01  (15.50)

3 - GBB GtA ($46.50)

---

SWEETWATER TAVERN
3066 GATEHOUSE PLAZA
FALLS CHURCH, VA 22042
(703)645-8100
MERCHANT #: 165330049?

...TYPE        ACCOUNT NUMBER
AMERICAN EXPRESS  XXX XXXXXXXX4009
Name: HW GERSHMAN

CHECK:            191.78

T.P:              35.22

TOTAL:            230.—

X  (signature)

***Duplicate Copy***

CUSTOMER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDMEMBER AGREEMENT
PLEASE LEAVE SIGNED COPY FOR SERVER

---

TIMBUKTU REST LOUNGE
1726 DORSEY RD.
HANOVER, MD. 21076

TERMINAL I.D.: 0831906000024145288I
MERCHANT #:    8082414152

AMEX
***********4009        INV: 000026   SRV: 1
SALE                   TIME: 1649
RECORD: AUG 13 08      AUTH: 538948
DATE: AUG 13 08
BATCH: 474

BASE    $48.18

TIP     4.82

TOTAL   53.—

HW GERSHMAN

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCH)

CUSTOMER COPY

DM's CA (Med) C07066-01

meals PP — 26.50
meeting — 26.50

# DOMINION DELI

8114 Arlington Boulevard
Falls Church, Virginia 22042

(44)

№ 12298

Phone: (703) 641-4640
(703) 641-4641
Fax: (703) 641-4642

E7C66-01

| CONTACT NAME Coin Clantley | DAY OF WEEK ~~8/13/08~~ Wednesday | TIME 11:30 |
|---|---|---|
| COMPANY NAME GBB | | |
| ADDRESS 5550 Arlington Blvd Suit 603 | PHONE (703) 573-5500 | |
| CITY, STATE, ZIP Fairfax, 22031 | FAX | |
| DRIVER | PICK-UP Delivery | TERMS C.C. | DATE 8/13/08 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 10 ppl | Deli ~~Sandwich Platt~~ Meat & Chz Buffet Platter | | |
| | Toky Chud | | |
| | Ham ~~Roast Beef~~ Roo | | |
| | Tuna Sld | | |
| | | | |
| 2.5 lb | Fruit | | |
| 2.5 lb | Pasta Sld | | |

```
        DOMINION DELI
     8114 ARLINGTON BLVD
     FALLS CHURCH, VA 22042
        (703) 641 4640

        Phone Order
   Merchant ID: 4451326193
   Term ID: 10212217
                        16:20:33
   08/13/08
   Batch#: 003302      Inv #: 006009

   AMEX              Entry Method: M
   XXXXXXXXXX6002
   Seq.#: 0009       Appr Code: 109424
   Ref #: 003202

   Amount:          $      89.25
   Tip:                    5.—
   Total:                  94.25

        APPROVED

      Customer Copy
```

| SUB | | 25 |
|---|---|---|
| | | |
| DELIVERY | 5 | 00 |
| TOTAL | 94 | 25 |

**Original:** Customer   **Yellow:** Accounting   **Pink:** Sales

Received by: _____

# Gershman, Brickner & Bratton, Inc. (45)

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

| Project ID: | 07066:01 |
|---|---|
| Project Name: | US District Court for Guam - Receivership |
| Manager: | HWG |
| Client ID: | 07066 |

D. MANNING

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 8/1/2008 to 8/31/2008 | DM to DM | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 8/5/2008 | Phone | 1.00 | $106.65 | $106.65 | 0.00 | $106.65 | Billable |
| | Roaming charges for data transfer and business related calls while in Guam during July. | | | | | | |
| 8/11/2008 | Taxi | 1.00 | $134.30 | $134.30 | 0.00 | $134.30 | Billable |
| | Taxi from BWI to GBB Offices in Fairfax, VA. | | | | | | |
| 8/11/2008 | Plane | 1.00 | $278.50 | $278.50 | 0.00 | $278.50 | Billable |
| | Southwest flight to GBB HQ. August 7-13, 2008. Confirmation number 22RJAD. | | | | | | |
| 8/13/2008 | Parking | 1.00 | $34.84 | $34.84 | 0.00 | $34.84 | Billable |
| | Airport parking August 11-13th. | | | | | | |
| 8/13/2008 | Meals | 1.00 | $6.57 | $6.57 | 0.00 | $6.57 | Billable |
| | Dinner for myself - per diem related. | | | | | | |
| | **Sum of Billable Expenses:** | | | $560.86 | | $560.86 | |
| | **Billable + Non-Billable Total:** | | | $560.86 | | $560.86 | |

**Lonelle Keller**  (46)

| | |
|---|---|
| From: | Southwest Airlines [SouthwestAirlines@mail.southwest.com] |
| Sent: | Tuesday, July 29, 2008 6:18 PM |
| To: | Cora Chaply |
| Subject: | Ticketless Confirmation - MANNING/DAVID - 22RJAD |

*070666-01*

 **SOUTHWEST.COM**

Receipt and Itinerary as of 07/29/08 5:18 PM

 **Confirmation Number: 22RJAD**

 Sit Where You Like

Confirmation Date: 07/29/08
Received: HARVEY G

### Passenger Information

| Passenger Name | Account Number | Ticket# | Expiration[1] |
|---|---|---|---|
| MANNING/DAVID | | 526-8504009067-5 | 07/29/09 |

[1] All travel involving funds from this Confirmation Number must be completed by the expiration date.

### Itinerary

| Date | Flight | Routing Details |
|---|---|---|
| Mon Aug 11 | 3050 | Depart NASHVILLE TN (BNA) at 7:50 AM<br>Arrive in BALTIMORE-WASHNTN (BWI) at 10:35 AM |
| Wed Aug 13 | 431 | Depart BALTIMORE-WASHNTN (BWI) at 6:15 PM<br>Arrive in NASHVILLE TN (BNA) at 7:10 PM |

### Cost and Payment Summary

| | |
|---|---|
| Air | $ 240.93 |
| Tax | $ 25.07 |
| PFC Fee | $ 7.50 |
| Security Fee | $ 5.00 |

**Total Payment: $278.50**

Current payment(s)
07/29/08 AMER EXPRESS xxxxxxxxxxx6002 Ref 526-8504009067-5 $278.50

### Fare Rule(s)

Valid only on Southwest Airlines. NON REFUNDABLE/ STANDBY REQ UPGRADE TO YL All travel involving funds from this Confirmation Number must be completed by the expiration date. Any change to this itinerary may result in a fare increase.

Fare Calculation:

NRF- 1 BNAWNBWI H7NR 146.00 BWIWNBNA M14NTNR 113.00 $259.00 ZPBNA BWI XFBNA3.00 BWI4.50 AYBNA2.50 BWI2.50 $278.50

1



# Roaming Call Detail

**User Name: DAVID MANNING**

*Rate Code: Z129=INTLRMPRICEZONE$1.29*
*Rate Period (Pd.): P=Peak, O=Off Peak, N=Nights*
*Call To: ** = International Call Terminated To Mobile*
*Feature: R=Roam With Home; V=Voicemail call*

| Item | Day | Date | Time | Number Called | Call To | Min | Rate Code | Fea-ture | Airtime Charge | LD Charge | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Charges Incurred While Roaming in Guam, GM | | | | | | | | | | | |
| 1 | Tue | 07/08 | 09:09PM | | INCOMI CL | 2 | Z129 | | 2.58 | | 2.58 |
| 2 | Wed | 07/09 | 12:22PM | | VMAIL CL | 2 | Z129 | V | 2.58 | | 2.58 |
| 3 | Wed | 07/09 | 03:21PM | | VMAIL CL | 2 | Z129 | V | 2.58 | | 2.58 |
| 4 | Wed | 07/09 | 03:35PM | | INCOMI CL | 8 | Z129 | | 10.32 | | 10.32 |
| 5 | Thu | 07/10 | 04:32AM | | NASHVILLE | 4 | Z129 | | 5.16 | | 5.16 |
| 6 | Thu | 07/10 | 05:24AM | | NASHVILLE | 14 | Z129 | | 18.06 | | 18.06 |
| 7 | Thu | 07/10 | 07:49AM | | VMAIL CL | 1 | Z129 | V | 1.29 | | 1.29 |
| 8 | Thu | 07/10 | 07:51AM | | MANASSAS, | 1 | Z129 | | 1.29 | | 1.29 |
| 9 | Fri | 07/11 | 05:02AM | | NASHVILLE | 1 | Z129 | | 1.29 | | 1.29 |
| 10 | Fri | 07/11 | 05:05AM | | NASHVILLE | 1 | Z129 | | 1.29 | | 1.29 |
| 11 | Fri | 07/11 | 05:24AM | | INCOMI CL | 2 | Z129 | | 2.58 | | 2.58 |
| 12 | Fri | 07/11 | 05:49AM | | INCOMI CL | 6 | Z129 | | 7.74 | | 7.74 |
| 13 | Fri | 07/11 | 07:18AM | | INCOMI CL | 4 | Z129 | | 5.16 | | 5.16 |
| 14 | Fri | 07/11 | 08:05AM | | INCOMI CL | 1 | Z129 | | 1.29 | | 1.29 |
| 15 | Fri | 07/11 | 10:57PM | | NASHVILLE | 6 | Z129 | | 7.74 | | 7.74 |
| 16 | Sun | 07/13 | 07:19AM | | VMAIL CL | 2 | Z129 | V | 2.58 | | 2.58 |
| 17 | Sun | 07/13 | 07:22AM | | NASHVILLE | 18 | Z129 | | 23.22 | | 23.22 |
| 18 | Sun | 07/13 | 10:18PM | | INCOMI CL | 12 | Z129 | | 15.48 | | 15.48 |
| 19 | Mon | 07/14 | 12:35PM | | INCOMI CL | 2 | Z129 | | 2.58 | | 2.58 |
| 20 | Tue | 07/15 | 06:47AM | | NASHVI TN | 1 | Z129 | | 1.29 | | 1.29 |
| 21 | Tue | 07/15 | 07:56AM | | NASHVI TN | 9 | Z129 | | 11.61 | | 11.61 |
| 22 | Tue | 07/15 | 09:16AM | | INCOMI CL | 2 | Z129 | | 2.58 | | 2.58 |
| 23 | Tue | 07/15 | 12:30PM | | INCOMI CL | 1 | Z129 | | 1.29 | | 1.29 |
| Totals | | | | | | 102 | | | 131.58 | 0.00 | 131.58 |

$ 23.22

# Data Detail

**615-830-1200**

**User Name: DAVID MANNING**

*Rate Code: BBUB=BBRYUNLCHILD, BP2C=INTMSG200CHILD*
*Rate Period (Pd.): P=Peak, O=Off Peak, N=Nights*
*Call To: ** = International Call Terminated To Mobile*
*Feature: i=Integrated Messaging*

| Item | Day | Date | Time | To/From | Type | Msg/KB/Min | Rate Code | Rate Pd | Feature | In/Out | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Wed | 07/09 | 09:58AM | | Text Messa | 1 Msg | BP2C | | i | In | 0.00 |
| 2 | Tue | 07/29 | 01:18PM | | MTM TEXT M | 1 Msg | BP2C | | i | In | 0.00 |
| 3 | Tue | 07/29 | 01:19PM | | MTM TEXT M | 1 Msg | BP2C | | i | Out | 0.00 |
| 4 | Sat | 08/02 | 11:58AM | | MTM TEXT M | 1 Msg | BP2C | | i | In | 0.00 |
| 5 | Sat | 08/02 | 12:01PM | | MTM TEXT M | 1 Msg | BP2C | | i | Out | 0.00 |
| | | Subtotal of Msgs | | | | 5 Msg | | | | | 0.00 |
| 6 | Fri | 07/04 | 07:04AM | Data Transfer | Data | 6 KB | BBUB | P | | Out | 0.00 |
| 7 | Fri | 07/04 | 03:23PM | Data Transfer | Data | 22 KB | BBUB | P | | Out | 0.00 |
| 8 | Fri | 07/04 | 04:28PM | Data Transfer | Data | 5 KB | BBUB | P | | Out | 0.00 |
| 9 | Sat | 07/05 | 07:44AM | Data Transfer | Data | 5 KB | BBUB | P | | Out | 0.00 |
| 10 | Mon | 07/07 | 04:00AM | Data Transfer | Data | 1000 KB | BBUB | P | | Out | 0.00 |
| 11 | Mon | 07/07 | 04:00AM | Data Transfer | Data | 6 KB | BBUB | P | | Out | 0.00 |
| 12 | Mon | 07/07 | 07:48AM | Data Transfer | Data | 59 KB | BBUB | P | | Out | 0.00 |
| 13 | Mon | 07/07 | 05:30PM | Data Transfer | Data | 88 KB | BBUB | P | | Out | 0.00 |
| 14 | Tue | 07/15 | 10:33PM | Data Transfer | Data | 25 KB | BBUB | P | | Out | 0.00 |
| 15 | Tue | 07/15 | 10:35PM | Data Transfer | Data | 83 KB | BBUB | P | | Out | 0.00 |
| 16 | Tue | 07/15 | 10:36PM | Data Transfer | Data | 6 KB | BBUB | P | | Out | 0.00 |
| 17 | Tue | 07/15 | 11:42PM | Data Transfer | Data | 2 KB | BBUB | P | | Out | 0.00 |
| 18 | Wed | 07/16 | 07:14AM | Data Transfer | Data | 21 KB | BBUB | P | | Out | 0.00 |
| 19 | Wed | 07/16 | 07:16AM | Data Transfer | Data | 48 KB | BBUB | P | | Out | 0.00 |



# Data Detail

**User Name: DAVID MANNING**

615-830-1200

*Rate Code: BBUB=BBRYUNLCHILD, BP2C=INTMSG200CHILD*
*Rate Period (Pd.): P=Peak, O=Off Peak, N=Nights*
*Call To: ** = International Call Terminated To Mobile*
*Feature: i=Integrated Messaging*

| Item | Day | Date | Time | To/From | Type | Msg/KB/ Min | Rate Code | Rate Pd | Feature | In/ Out | Total Charge |
|------|-----|------|------|---------|------|-------------|-----------|---------|---------|---------|--------------|
| 320 | Sat | 08/02 | 02:14PM | Data Transfer | Data | 19 KB | BBUB | P | | Out | 0.00 |
| 321 | Sat | 08/02 | 03:20PM | Data Transfer | Data | 21 KB | BBUB | P | | Out | 0.00 |
| 322 | Sat | 08/02 | 04:27PM | Data Transfer | Data | 21 KB | BBUB | P | | Out | 0.00 |
| 323 | Sat | 08/02 | 05:34PM | Data Transfer | Data | 21 KB | BBUB | P | | Out | 0.00 |
| 324 | Sat | 08/02 | 06:40PM | Data Transfer | Data | 16 KB | BBUB | P | | Out | 0.00 |
| 325 | Sat | 08/02 | 07:46PM | Data Transfer | Data | 20 KB | BBUB | P | | Out | 0.00 |
| 326 | Sat | 08/02 | 08:53PM | Data Transfer | Data | 18 KB | BBUB | P | | Out | 0.00 |
| 327 | Sat | 08/02 | 09:59PM | Data Transfer | Data | 18 KB | BBUB | P | | Out | 0.00 |
| 328 | Sat | 08/02 | 11:05PM | Data Transfer | Data | 6 KB | BBUB | P | | Out | 0.00 |
| 329 | Sun | 08/03 | 06:58AM | Data Transfer | Data | 10 KB | BBUB | P | | Out | 0.00 |
| 330 | Sun | 08/03 | 06:58AM | Data Transfer | Data | 5 KB | BBUB | P | | Out | 0.00 |
| 331 | Sun | 08/03 | 06:59AM | Data Transfer | Data | 18 KB | BBUB | P | | Out | 0.00 |
| 332 | Sun | 08/03 | 08:05AM | Data Transfer | Data | 13 KB | BBUB | P | | Out | 0.00 |
| 333 | Sun | 08/03 | 09:12AM | Data Transfer | Data | 16 KB | BBUB | P | | Out | 0.00 |
| 334 | Sun | 08/03 | 10:18AM | Data Transfer | Data | 12 KB | BBUB | P | | Out | 0.00 |
| 335 | Sun | 08/03 | 11:25AM | Data Transfer | Data | 14 KB | BBUB | P | | Out | 0.00 |
| 336 | Sun | 08/03 | 12:31PM | Data Transfer | Data | 11 KB | BBUB | P | | Out | 0.00 |
| 337 | Sun | 08/03 | 01:37PM | Data Transfer | Data | 14 KB | BBUB | P | | Out | 0.00 |
| 338 | Sun | 08/03 | 02:44PM | Data Transfer | Data | 12 KB | BBUB | P | | Out | 0.00 |
| 339 | Sun | 08/03 | 03:50PM | Data Transfer | Data | 14 KB | BBUB | P | | Out | 0.00 |
| 340 | Sun | 08/03 | 04:57PM | Data Transfer | Data | 12 KB | BBUB | P | | Out | 0.00 |
| 341 | Sun | 08/03 | 05:53PM | Data Transfer | Data | 6 KB | BBUB | P | | Out | 0.00 |
| 342 | Sun | 08/03 | 06:08PM | Data Transfer | Data | 71 KB | BBUB | P | | Out | 0.00 |
| **Charges Incurred While N** | | | | | | | | | | | |
| 343 | Sun | 07/03 | 06:53AM | Data Transfer | Data | 325 KB | BBUB | P | | Out | 0.00 |
| 344 | Fri | 07/04 | 07:03AM | Data Transfer | Data | 115 KB | BBUB | P | | Out | 0.00 |
| 345 | Fri | 07/04 | 05:32PM | Data Transfer | Data | 70 KB | BBUB | P | | Out | 0.00 |
| 346 | Sat | 07/05 | 07:44AM | Data Transfer | Data | 197 KB | BBUB | P | | Out | 0.00 |
| 347 | Sun | 07/06 | 07:50AM | Data Transfer | Data | 280 KB | BBUB | P | | Out | 0.00 |
| | | **Subtotal of KBs for KN** | | | | **987 KB** | | | | | **0.00** |
| | | **Subtotal of KBs** | | | | **10006 KB** | | | | | **0.00** |
| Totals | | | | | | | | | | | **0.00** |

# Data Roaming Detail

**User Name: DAVID MANNING**

615-830-1200

*Rate Code: MK12=INTL ROAM PPU GPRS*
*Rate Period (Pd.): P=Peak, O=Off Peak, N=Nights*
*Call To: ** = International Call Terminated To Mobile*

| Item | Day | Date | Time | To/From | Type | Msg/KB/ Min | Rate Code | Fea- ture | In/ Out | Total Charge |
|------|-----|------|------|---------|------|-------------|-----------|-----------|---------|--------------|
| **GPRS Charges Incurred While Roaming in Guam, GM** | | | | | | | | | | |
| 1 | Tue | 07/08 | 07:40AM | Data Transfer | | 20 KB | MK12 | | Out | 0.39 |
| 2 | Tue | 07/08 | 07:41AM | Data Transfer | | 6 KB | MK12 | | Out | 0.12 |
| **GPRS Charges Incurred While Roaming in Guam,** | | | | | | | | | | |
| 3 | Tue | 07/08 | 07:57AM | Data Transfer | | 18 KB | MK12 | | Out | 0.35 |
| **GPRS Charges Incurred While Roaming in Guam, GM** | | | | | | | | | | |
| 4 | Wed | 07/09 | 02:04AM | Data Transfer | | 10 KB | MK12 | | Out | 0.20 |
| 5 | Thu | 07/10 | 04:02AM | Data Transfer | | 48 KB | MK12 | | Out | 0.94 |
| 6 | Thu | 07/10 | 04:02AM | Data Transfer | | 6 KB | MK12 | | Out | 0.12 |
| 7 | Thu | 07/10 | 06:02AM | Data Transfer | | 29 KB | MK12 | | Out | 0.57 |
| 8 | Fri | 07/11 | 12:33AM | Data Transfer | | 28 KB | MK12 | | Out | 0.55 |



# Data Roaming Detail

**User Name: DAVID MANNING** 615-830-1200

*Rate Code: MK12=INTL ROAM PPU GPRS*
*Rate Period (Pd.): P=Peak, O=Off Peak, N=Nights*
*Call To: ** = International Call Terminated To Mobile*

| Item | Day | Date | Time | To/From | Type | Msg/KB/ Min | Rate Code | Fea- ture | In/ Out | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 9 | Fri | 07/11 | 02:36AM | Data Transfer | | 83 KB | MK12 | | Out | 1.62 |
| 10 | Fri | 07/11 | 09:35AM | Data Transfer | | 20 KB | MK12 | | Out | 0.39 |
| 11 | Sat | 07/12 | 12:24AM | Data Transfer | | 28 KB | MK12 | | Out | 0.55 |
| | | | | *GPRS Charges Incurred While Roaming in Guam,* | | | | | | |
| 12 | Sat | 07/12 | 01:29AM | Data Transfer | | 15 KB | MK12 | | Out | 0.29 |
| 13 | Sat | 07/12 | 01:30AM | Data Transfer | | 6 KB | MK12 | | Out | 0.12 |
| | | | | *GPRS Charges Incurred While Roaming in Guam, GM* | | | | | | |
| 14 | Sat | 07/12 | 01:45AM | Data Transfer | | 25 KB | MK12 | | Out | 0.49 |
| 15 | Sat | 07/12 | 02:48AM | Data Transfer | | 22 KB | MK12 | | Out | 0.43 |
| 16 | Sat | 07/12 | 04:09AM | Data Transfer | | 24 KB | MK12 | | Out | 0.47 |
| 17 | Sat | 07/12 | 06:09AM | Data Transfer | | 7 KB | MK12 | | Out | 0.14 |
| 18 | Sat | 07/12 | 07:09AM | Data Transfer | | 27 KB | MK12 | | Out | 0.53 |
| 19 | Mon | 07/14 | 02:01AM | Data Transfer | | 5 KB | MK12 | | Out | 0.10 |
| | | | | *GPRS Charges Incurred While Roaming in Guam,* | | | | | | |
| 20 | Mon | 07/14 | 10:29AM | Data Transfer | | 9 KB | MK12 | | Out | 0.18 |
| 21 | Mon | 07/14 | 10:31AM | Data Transfer | | 3 KB | MK12 | | Out | 0.06 |
| | | | | *GPRS Charges Incurred While Roaming in Guam, GM* | | | | | | |
| 22 | Tue | 07/15 | 01:26AM | Data Transfer | | 79 KB | MK12 | | Out | 1.54 |
| 23 | Tue | 07/15 | 02:33AM | Data Transfer | | 10 KB | MK12 | | Out | 0.20 |
| 24 | Tue | 07/15 | 03:33AM | Data Transfer | | 66 KB | MK12 | | Out | 1.29 |
| | | | | *GPRS Charges Incurred While Roaming in Guam,* | | | | | | |
| 25 | Tue | 07/15 | 04:39AM | Data Transfer | | 10 KB | MK12 | | Out | 0.20 |
| 26 | Tue | 07/15 | 04:39AM | Data Transfer | | 5 KB | MK12 | | Out | 0.10 |
| | | | | *GPRS Charges Incurred While Roaming in Guam, GM* | | | | | | |
| 27 | Tue | 07/15 | 04:41AM | Data Transfer | | 25 KB | MK12 | | Out | 0.49 |
| 28 | Tue | 07/15 | 05:46AM | Data Transfer | | 2 KB | MK12 | | Out | 0.04 |
| 29 | Tue | 07/15 | 05:48AM | Data Transfer | | 12 KB | MK12 | | Out | 0.23 |
| 30 | Tue | 07/15 | 06:54AM | Data Transfer | | 15 KB | MK12 | | Out | 0.29 |
| 31 | Tue | 07/15 | 07:56AM | Data Transfer | | 48 KB | MK12 | | Out | 0.94 |
| 32 | Tue | 07/15 | 09:03AM | Data Transfer | | 27 KB | MK12 | | Out | 0.53 |
| 33 | Tue | 07/15 | 10:09AM | Data Transfer | | 19 KB | MK12 | | Out | 0.37 |
| 34 | Tue | 07/15 | 11:37AM | Data Transfer | | 20 KB | MK12 | | Out | 0.39 |
| 35 | Tue | 07/15 | 12:44PM | Data Transfer | | 39 KB | MK12 | | Out | 0.76 |
| 36 | Tue | 07/15 | 01:50PM | Data Transfer | | 34 KB | MK12 | | Out | 0.66 |
| 37 | Tue | 07/15 | 02:56PM | Data Transfer | | 25 KB | MK12 | | Out | 0.49 |
| 38 | Tue | 07/15 | 04:03PM | Data Transfer | | 21 KB | MK12 | | Out | 0.41 |
| 39 | Tue | 07/15 | 05:09PM | Data Transfer | | 20 KB | MK12 | | Out | 0.39 |
| 40 | Tue | 07/15 | 06:16PM | Data Transfer | | 19 KB | MK12 | | Out | 0.37 |
| 41 | Tue | 07/15 | 07:22PM | Data Transfer | | 374 KB | MK12 | | Out | 7.29 |
| | | | | *Charges Incurred While N* | | | | | | |
| 42 | Tue | 07/08 | 08:29AM | Data Transfer | | 293 KB | MK12 | | Out | 5.71 |
| 43 | Tue | 07/08 | 11:03PM | Data Transfer | | 39 KB | MK12 | | Out | 0.76 |
| 44 | Wed | 07/09 | 03:08AM | Data Transfer | | 29 KB | MK12 | | Out | 0.57 |
| 45 | Wed | 07/09 | 06:08AM | Data Transfer | | 243 KB | MK12 | | Out | 4.74 |
| 46 | Thu | 07/10 | 08:14AM | Data Transfer | | 62 KB | MK12 | | Out | 1.21 |
| 47 | Thu | 07/10 | 11:59AM | Data Transfer | | 239 KB | MK12 | | Out | 4.66 |
| 48 | Fri | 07/11 | 03:36AM | Data Transfer | | 61 KB | MK12 | | Out | 1.19 |
| 49 | Fri | 07/11 | 06:36AM | Data Transfer | | 50 KB | MK12 | | Out | 0.98 |
| 50 | Fri | 07/11 | 11:24AM | Data Transfer | | 413 KB | MK12 | | Out | 8.05 |
| 51 | Sat | 07/12 | 09:07AM | Data Transfer | | 694 KB | MK12 | | Out | 13.53 |
| 52 | Sun | 07/13 | 06:07AM | Data Transfer | | 174 KB | MK12 | | Out | 3.39 |
| 53 | Sun | 07/13 | 07:57PM | Data Transfer | | 102 KB | MK12 | | Out | 1.99 |
| 54 | Mon | 07/14 | 02:01AM | Data Transfer | | 176 KB | MK12 | | Out | 3.43 |
| 55 | Mon | 07/14 | 06:01AM | Data Transfer | | 106 KB | MK12 | | Out | 2.07 |
| 56 | Mon | 07/14 | 10:33AM | Data Transfer | | 285 KB | MK12 | | Out | 5.56 |

## Data Roaming Detail

**User Name: DAVID MANNING**                                                                 **615-830-1200**

*Rate Code: MK12=INTL ROAM PPU GPRS*
*Rate Period (Pd.): P=Peak, O=Off Peak, N=Nights*
*Call To: ** = International Call Terminated To Mobile*

| Item | Day | Date | Time | To/From | Type | Msg/KB/ Min | Rate Code | Fea- ture | In/ Out | Total Charge |
|------|-----|------|------|---------|------|-------------|-----------|-----------|---------|--------------|
| | | Subtotal of KBs | | | | 4275 KB | | | | 83.43 |
| **Totals** | | | | | | | | | | 83.43 |

$106.65

— IMPRINTED DATA ONLY ABOVE THIS LINE — DO NOT CIRCLE EXPIRATION DATE —

DAVID L MANNING
DLH ASSOCIATES LLC

EXPIRATION
DATA
CHECKED

DATE 1/30/10

AUTHORIZATION NO.   REFERENCE NO.
SERVER/CASHER

5519417

| QTY. | DESCRIPTION | AMOUNT |
|---|---|---|
|  |  | 117 30 |
|  | TAX |  |
| SALES SLIP | TIP / MISC. | 17 00 |
|  | TOTAL | 134 30 |

PURCHASER SIGN HERE
X

Cardholder acknowledges receipt of goods and/or services in the amount of
the Total shown hereon and agrees to perform the obligations set forth
in the Cardholder's agreement with the Issuer.

615 830 12

IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS

CUSTOMER COPY

07066-01





Fly Away Airport Parking
1671 Murfreesboro Pike
Nashville, TN 37217
615-367-2200

User ID                              191
Date                   08/13/08 20:21

Ticket #                          171244
Name                   MANNING, DAVID
Customer #
Vehicle                       RED FORD
License                         674BRG
Open Date              08/11/08 06:11
Close Date             08/13/08 20:21

Parking Charges
Days                 3        $ 31.50
Hours                0        $  0.00
Coupons                          0.00-
Discount            0%        $  0.00-
Fuel Surcharge       1        $  1.50
Subtotal                      $ 33.00
Subtotal + 40% = $ 13.20 Transportation
Subtotal + 60% = $ 19.80 Parking
Sales Tax : Parking + 9.25%   $  1.84
                             --------
Parking Total                 $ 34.84

Service Charges
Coupons                       $  0.00-
Subtotal                      $  0.00
Sales Tax          9.25%      $  0.00
                             --------
Service Total                 $  0.00

Grand Total                   $ 34.84

Payments
VI _3583 Auth:038740          $ 34.84

X_____

THANK YOU FOR USING
FLYAWAY AIRPORT PARKING SERVICES
www.flyawayparking.com



07066-01

Thank you for choosing
ARBY'S 7941
Customer ... 20 451 1426

## ORDER 25

TAKE OUT

1 REGULAR Beef Combo

| | |
|---|---|
| *Regular Roast Beef | |
| *POT CAKES | |
| *LG DIET | 0.40 |
| SUBTOTAL | 5.19 |
| TAX | 0.38 |
| TOTAL | 6.57 |
| Credit Card | 6.57 |
| CHANGE | 0.00 |

TICKET 85

```
**************************************** 0101
TOTAL CHARGE       6.57
Visa
ACCT # 3583
AUTH 050358
REF 822621004927

I AGREE TO PAY ABOVE TOTAL
CHARGE PER CARD ISSUER AGREEMENT
```

RETAIN THIS COPY FOR YOUR RECORDS

CUSTOMER COPY
```
**************************************** 0101
```

Wed Aug 13 05:26 PM T=01 C=125

# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

**Expense Details (With Memo)**

Printed on: 9/17/2008
Page 1 of 1

| Project ID: | 07066:01 |
|---|---|
| Project Name: | US District Court for Guam - Receivership |
| Manager: | HWG |
| Client ID: | 07066 |

D. SEADER

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 8/1/2008 to 8/31/2008 | DLS to DLS | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 8/11/2008 | Taxi<br>Dulles to GB&B | 1.00 | $43.00 | $43.00 | 0.00 | $43.00 | Billable |
| 8/11/2008 | Taxi<br>Home to EWR | 1.00 | $54.00 | $54.00 | 0.00 | $54.00 | Billable |
| 8/11/2008 | Plane<br>Continental flight to GBB HQ. Confirmation number<br>APQV6N. | 1.00 | $679.00 | $679.00 | 0.00 | $679.00 | Billable |
| 8/13/2008 | Meals<br>Dinner | 1.00 | $13.00 | $13.00 | 0.00 | $13.00 | Billable |
| 8/13/2008 | Taxi<br>EWR to home | 1.00 | $54.00 | $54.00 | 0.00 | $54.00 | Billable |
| 8/13/2008 | Taxi<br>GB&B to Dulles | 1.00 | $46.00 | $46.00 | 0.00 | $46.00 | Billable |

| | | |
|---|---|---|
| **Sum of Billable Expenses:** | $889.00 | $889.00 |
| **Billable + Non-Billable Total:** | $889.00 | $889.00 |

**Lonelle Keller**

| | |
|---|---|
| **From:** | Continental Airlines, Inc. [continentalairlines@continental.com] |
| **Sent:** | Friday, August 08, 2008 10:21 AM |
| **To:** | Cora Chaply |
| **Subject:** | eTicket Itinerary and Receipt for Confirmation APQV6N |

O7066-U

To ensure delivery of this e-mail please add **continentalairlines@continental.com** to your address book or approved senders list. See instructions for adding us to your address book.

# Continental Airlines  Confirmation: APQV6N

**Print your boarding pass** at continental.com within 24 hours of your flight

Issue Date: August 08, 2008

| Traveler | eTicket NumberFrequent Flyer | Seats |
|---|---|---|
| SEADER/DAVIDLMR0052170060561 | | 7C/7C |

## FLIGHT INFORMATION

| Day, Date | Flight | ClassDeparture City and TimeArrival City and TimeAircraftMeal |
|---|---|---|
| Mon, 11AUG08 | CO3298[1]H | NEWARK EWR (EWR) **7:15AM** WASHINGTON/DULLES (IAD) **8:45AM** Q400 |
| Wed, 13AUG08 | CO3326[2]H | WASHINGTON/DULLES (IAD) **7:30PM** NEWARK EWR (EWR) **9:02PM** Q400 |

[1]Operated by COLGAN AIR doing business as CONTINENTAL CONNECTION with turboprop equipment
[2]Operated by COLGAN AIR doing business as CONTINENTAL CONNECTION with turboprop equipment

## FARE INFORMATION

**Fare Breakdown**

| | | **Form of Payment:** |
|---|---|---|
| Airfare: | 612.10USD | AMERICAN EXPRESS |
| U.S. Security Service Fee: | 5.00 | Last Four Digits 6002 |
| U.S. Passenger Facility Charge: | 9.00 | |
| Tax: | 45.90 | |
| U.S. Flight Segment Tax: | 7.00 | |
| Per Person Total: | 679.00USD | |

**eTicket Total:**      **679.00USD**

The airfare you paid on this itinerary totals: 612.10 USD

**The taxes you paid on this itinerary total: 66.90 USD**

Fare Rules:      Additional charges may apply for changes in addition to any fare rules listed.
          REFUNDABLE

## eTicket Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 30 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met.
- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 15 minutes prior to scheduled departure.
- Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.
- Bring your boarding pass or this eTicket Receipt along with photo identification to the airport.
- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger.
- For up to the minute flight information, sign-up for your Flight Status E-mail at continental.com or call 1-800-784-4444; in Spanish 1-800-579-3938.
- If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the

(55)

# A PLUS LIMO & CAR SERVICE

Courteous & Dependable Service to All
*Thank You For Choosing Us!*

Airport - NYC - Local & Long Distance Etc.
Personal & Company Account Welcome

24 Hr. Dispatch
All Major Credit Cards Accepted

Phone: 973. 275. 0660

Date:

| SUB TOTAL | 54,00 |
| Tips | NWK A.P. TO chestn |
| Total | 54,00 | 4 |

---

5622638

CUSTOMER COPY

DO NOT CIRCLE EXPIRATION DATE — USE BOX BELOW

A PLUS CAR
Service

**PRESS FIRMLY – USE BALL POINT PEN**

| | QUAN. | CLASS | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|
| EXPIRATION [X] DATE CHECKED | X | | Chestnut Street | | 40 00 |
| | | | Mill burn NJ | | 9 00 |
| | | | EWR | | |

DATE 8/11/08   AUTHORIZATION V. Wolfe

REFERENCE NO.   REQ./DEPT.

FOLIO/CHECK NO.   SERVER   CLERK

| SUB TOTAL | |
| TAX | |
| TIPS / MISC. | 6 00 |
| TOTAL | 54 00 |

**SALES SLIP**

PURCHASER SIGN HERE

X _____

Cardholder acknowledges receipt of goods and/or services in the amount of the Total shown hereon and agrees to perform the obligations set forth in the Cardholder's agreement with the Issuer.

**innovative** Merchant Solutions an INTUIT Company

800-397-0707
www.innovativemerchant.com

---

HMSHOST
HARRY'S TAP
DULLES INTERNATIONAL AIRPORT
CHECK:        4362
TABLE:        ___
SERVER:       9511 MADLAEN
DATE:         AUG13'08  6:14PM
CARD TYPE:    AMEX      A3 37*
ACCT #:       XXXXXXXXXX7008
EXP DATE:     XX/YY
AUTH CODE:    544712
              ___DER

TOTAL:              9.45

TIP                 3.55

TOTAL          $13.00

X _____
I AGREE TO PAY THE ABOVE AMOUNT
IN ACCORDANCE WITH THE CARD
ISSUER'S AGREEMENT.

07066-01

---

# RECEIPT

### Washington Dulles International Airport
### Washington Flyer™ Taxi

Date: 8/11/08

Name: Seale

$: $43.—

From: DCA

To: GBB

Driver: Abie

TAXICAB # 508

DATE 8/13   AMOUNT $ 46.—

RECEIVED FROM _____

FROM GBB

DESTINATION Dulles

CAB # _____ DRIVER I.D. # _____

DRIVERS NAME _____

# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

| | |
|---|---|
| **Project ID:** | **07066:01** |
| **Project Name:** | **US District Court for Guam - Receivership** |
| **Manager:** | **HWG** |
| **Client ID:** | **07066** |

C. ANDERSON

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 8/1/2008 to 8/31/2008 | CA to CA | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 8/10/2008 | Meals | 1.00 | $12.28 | $12.28 | 0.00 | $12.28 | Billable |
| | Food while travelling to GBB HQ to attend meetings on Guam Solid Waste Issues. | | | | | | |
| 8/10/2008 | Taxi | 1.00 | $40.00 | $40.00 | 0.00 | $40.00 | Billable |
| | I was bumped from flight and took a cab home. | | | | | | |
| 8/10/2008 | Plane | 1.00 | $850.00 | $850.00 | 0.00 | $850.00 | Billable |
| | United flight to GBB HQ. August 10-14, 2008. Confirmation number JKBWLI. | | | | | | |
| 8/11/2008 | Meals | 1.00 | $3.83 | $3.83 | 0.00 | $3.83 | Billable |
| | Coffee at Dulles airport after taking the red-eye from Oregon to Virginia. | | | | | | |
| 8/14/2008 | Meals | 1.00 | $7.33 | $7.33 | 0.00 | $7.33 | Billable |
| | Meal at Dulles airport during flight delay. | | | | | | |
| 8/14/2008 | Miscellaneous Travel Expenses | 1.00 | $8.66 | $8.66 | 0.00 | $8.66 | Billable |
| | Fuel for rental car while in Virginia. | | | | | | |
| 8/14/2008 | Meals | 1.00 | $3.83 | $3.83 | 0.00 | $3.83 | Billable |
| | Coffee purchased at Dulles during flight delay. | | | | | | |
| 8/14/2008 | Car Rental | 1.00 | $190.18 | $190.18 | 0.00 | $190.18 | Billable |
| | Rental car fee for period between 8/11 to 8/14; charge placed on AX from GBB HQ. | | | | | | |
| 8/15/2008 | Taxi | 1.00 | $40.00 | $40.00 | 0.00 | $40.00 | Billable |
| | Taxi fare from airport to home after returning from Virginia where I attended meetings on Guam's solid waste issues. | | | | | | |
| 8/15/2008 | Meals | 1.00 | $5.03 | $5.03 | 0.00 | $5.03 | Billable |
| | Breakfast between connections at SFO airport on the way back from Virginia where I attended meetings on Guam's Solid Waste situation. | | | | | | |
| 8/15/2008 | Lodging | 1.00 | $77.86 | $77.86 | 0.00 | $77.86 | Billable |
| | Flight delay out of Dulles caused United Airlines to miss connection to SFO; airlines discounted hotel room down to $77.86. | | | | | | |

| | | |
|---|---|---|
| **Sum of Billable Expenses:** | **$1,239.00** | **$1,239.00** |
| **Billable + Non-Billable Total:** | **$1,239.00** | **$1,239.00** |



**Lonelle Keller**

| | |
|---|---|
| **From:** | UNITED-CONFIRMATION@UNITED.COM |
| **Sent:** | Tuesday, July 29, 2008 5:54 PM |
| **To:** | Cora Chaply |
| **Subject:** | Your United flight confirmation - August 10, 2008 - Medford to Washington |

07066-01

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Reservation complete: See details below**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Your ticket(s) have been issued as an **E-Ticket**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Your confirmation number is JKBWLI**          EasyCheck-in Online

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Sun, Aug 10, 2008 - Medford, OR (MFR) to Washington, DC (IAD)**

| | | | | |
|---|---|---|---|---|
| United 5500<br>Operated by: United<br>Express/skywest Airlines | Depart:<br>MFR 6:10<br>AM<br>Arrive: SFO<br>7:52 AM | Non-stop<br>1h 42m<br>EM2<br>329 miles<br>traveled | Fare basis code:<br>QE7N3NX<br>Booking class: Q<br>Economy<br>329 Award miles<br>No Meal Service | Seats:N/A |
| <<< connecting to >>> | | | | |
| United 0120 | Depart:<br>SFO 9:50<br>AM<br>Arrive: IAD<br>6:09 PM | Non-stop<br>5h 19m<br>319<br>2,419 miles<br>traveled | Fare basis code:<br>QE7N3NX<br>Booking class: Q<br>Economy<br>2,419 Award miles<br>Food for Purchase | Seats:N/A |

**Thu, Aug 14, 2008 - Washington, DC (IAD) to Medford, OR (MFR)**

| | | | | |
|---|---|---|---|---|
| United 0517 | Depart: IAD<br>2:45 PM<br>Arrive: DEN<br>4:27 PM | Non-stop<br>3h 42m<br>752<br>1,452 miles<br>traveled | Fare basis code:<br>QE7N3NX<br>Booking class: Q<br>Economy<br>1,452 Award miles<br>Food for Purchase | Seats:N/A |
| <<< connecting to >>> | | | | |
| United 5973<br>Operated by: United<br>Express/skywest Airlines | Depart:<br>DEN 5:57<br>PM<br>Arrive: MFR<br>7:41 PM | Non-stop<br>2h 44m<br>CR7<br>964 miles<br>traveled | Fare basis code:<br>QE7N3NX<br>Booking class: Q<br>Economy<br>964 Award miles<br>No Meal Service | Seats:N/A |

PenaltyCXL BY FLT DATE OR NOVALUE
NONREF/CHGFEEPLUSFAREDIF/

**Additional information:**

**Check-in information**



Please note that valid, government-issued photo identification must be presented at check-in.

Go to My itineraries          Frequently asked questions          Go to EasyUpdate

**Passenger(s)**

| | | Flight | Seat |
|---|---|---|---|
| Name | RICHARD C MR ANDERSON | 5500 | |
| Type | Adult | 0120 | |
| Email | CCHAPLY@GBBINC.COM | 0517 | |
| Phone | 541-3243396 | 5973 | |



 **Book your hotel**

| | | | | |
|---|---|---|---|---|
| Washington D.C. | 08/10-08/14 | **Beacon Hotel** | ★★★★☆ | As low as USD135.15 per night Book now |
| Washington D.C. | 08/10-08/14 | **The Liaison Capitol Hill – An Affinia Hotel** | ★★★★☆ | As low as USD144.55 per night Book now |
| Washington D.C. | 08/10-08/14 | **Washington Court Hotel** | ★★★★☆ | As low as USD149.25 per night Book now |

More hotels

 **Reserve your car**

   • Get the United discount and triple miles (up to 1,500) on any rental
• Plus, a 1,000-mile online booking bonus **Reserve now**

## Enhance your travel experience

   **United Mileage Plus® Visa**
Earn 21,000 miles. First year free, a $60 value. **Apply now!**

 

Protect your travel plans with **Travel Insurance** offered by United with Access America. Learn more.

**UNITED**
**Easycheck-in**   Save time with EasyCheck-in Online. Find out more.

**UNITED**
**Mileage Plus Dining**   Dining opportunities to earn miles. Sign up now.

# UNITED.COM

Thank you for booking at united.com where you'll always enjoy:

- United's guaranteed lowest fares Learn more
- No booking fees

**Payment details**

American Express xxxxxxxxxx6002                     USD 850.00
**Total Payment**                                   **USD 850.00**
**Billing / Delivery information**

HARVEY GERSHMAN
8550 ARLINGTON BLVD STE 203
FAIRFAX VA 22031
USA

United Airlines Contract of Carriage.

8/14-15
Guam



# CROWNE PLAZA
### DENVER INTERNATIONAL AIRPORT

07066:01
5300
Chace Anden

**RICHARD ANDERSON**

**Talent, OR 97540**
**US**

| | |
|---|---|
| Membership No. | |
| A/R Number | |
| Group Code | |
| Folio/Invoice No. | 1074685 |

| | | | |
|---|---|---|---|
| Room No. | **105** | Page No. | 1 of 1 |
| Arrival | 08-14-08 | Cashier No. | 119 |
| Departure | 08-15-08 | User ID | MVAUGHN |

**www.holidayinndia.com**

| Date | Description | Charges | Credits |
|---|---|---|---|
| 08-14-08 | Airport Accommodations | 69.00 | |
| 08-14-08 | Sales Tax | 5.93 | |
| 08-14-08 | Occupancy Tax | 2.93 | |
| | **Total** | **77.86** | **0.00** |
| | **Balance** | **77.86** | |

Guest Signature: _____

I have received the goods and / or services in the amount shown herein. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or association fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

**Holiday Inn Denver International Airport**
**15500 East 40th Avenue**
**Denver, CO 80239**
**Tel:(303) 371-9494 Fax:(303) 371-9528**



AX 8-16 7014
GUAM
5300
07066:01

WASH. DULLES AIRPORT
RENTAL RECORD:        UJ0030052
ANDERSON        RICHARD
COMPLETED BY:            EF9664
RENTED:  WASH. DULLES AIRPORT
RENTAL:  08-11-08    0755
RETURN:  08-14-08    1159
MILES IN: 3508  OUT:    3456
MILES DRIVEN:    52
PLAN IN/OUT:        SPC  /WALK
CLS: CCAR

```
4 DAYS        37.99        151.96
SUBTOT                     151.96
TAXABLE TOT                151.96
SALES TAX  INCLUDED
STATE TAX                   13.63
CONCRECFEE                  17.29
VLF                          1.64
RENTAL FEE                   3.46
FFTRS                        2.00
NET DUE                     190.18
PAYMENTS                   -190.18
PAID BY:  AX
CREDIT CARD #:      **********5002
FT# AS 20923453
```

AX From
GDB HQ
Chace   ①

**THANK YOU FOR CHOOSING THRIFTY CAR RENTAL**

8/14 GUAM
FUEL FOR
RENTAL CAR

44910 Rudder Rd
Dulles Va 20166

**EXXON EXPRESS PAY**

DULLES AIRPORT, 4715884
DULLES I, VA

08/14/2008 11:57:16 AM 6487

MasterCard X9191    MCRD
ANDERSON/RICHARD C
INVOICE U9T4205
AUTH 055532

PUMP#15
Regular                  2.251G
PRICE/GAL             $ 3.049
FUEL TOTAL               $8.66

            ----------
            Total =  $8.66

CRIND Credit             $8.66

Credit

Free Music Download With 52oz
Fountain Purchase!!!!!!

③
07066:01

8/10  5300
07066:01

(62)

## TRANSACTION RECORD

## SF Soup/Airport
## San Francisco Airport
## Terminal 3

*Chace*

CARD TYPE:Mastercard
Nu. ************9191 EXPI.: ****
ENTRY:SWIPED
AUTHORIZATION:05507Z
STORE #:1
TERMINAL:2
REFERENCE:488780

PURCHASE          **$12.28**

THANK YOU
AUGUST 10,2008 21:47:23
Server's name : Cashier # 2

CUSTOMER COPY (2)

---

8/11  07-066:01
5300

## STARBUCKS LL BAGGAGE
## DULLES INTERNATIONAL AIRPORT
## CHANTILLY, VIRGINIA

3081 SAYEDA
------------------------------
CHK 1725 AUG11'08  7:22AM
------------------------------

  1 Vnti CAPPUCCINO      3.65

    Subtotal             3.65
    Tax                  0.18
    Amt Paid            **3.83**
    XXXXXXXXXXXXXX1     XX/XX
    MSTRCARD  A1 5*      3.83

*Chace*
*$3.83*

---

8/14  07-066:01
*Guam*  5300 *Chace*

## STARBUCKS D SHUTTLE
## DULLES INTERNATIONAL AIRPORT
## CHANTILLY, VIRGINIA

6024 Berhanu
------------------------------
CHK 7248 AUG14'08 12:46PM
------------------------------

  1 Vnti CAPPUCCINO      3.65

    Subtotal             3.65
    Tax                  0.18
    Amt Paid            **3.83**
    XXXXXXXXXXXXXX1     XX/XX
    MSTRCARD  A1 5*      3.83

### TREAT RECEIPT

Bring this sticker and receipt back today after 2 p.m. and get
any grande cold drink for $2 (plus tax). Redeemable only on date
of receipt at any participating US Starbucks location.

One per customer, per visit with purchase prior to 2 p.m. Limited
time offer. Program ends 9/2/08. Value 1/20 cent. Not valid if
reproduced. Cannot be combined with any offers or discounts.



---

8/15  07-066:01
*Guam*  5300
*Chace*

San Francisco Intl Airport
San Francisco, CA 94128
(650) 821-9445

PEET'S 70

Date:       Aug15'08 08:35AM
Card Type:  MASTERCARD
Acct #:     XXXXXXXXXXXX9191
Exp Date:   03/10
Auth Code:  03580Z
Check:      449
Server:     113 CARLA H
    RICHARD C        ANDERSON

Subtotal:            5.03
--------------------------------
GRATUITY
--------------------------------
TOTAL

--------------------------------
SIGNATURE
I agree to pay above total
according to my card issuer
agreement.
* * * CUSTOMER COPY * * *

8/14 5300
GUAM 07-06:01

CALIFORNIA
TORTILLA

Chace
#7.33

DULLES AIRPORT
------------------------------------
YOUR ORDER#:543
------------------------------------

1069 Sonia R
------------------------------------
Chk 543        Aug14'08 01:01PM   Gst 0
------------------------------------
To Go
1 SW CHIX SALAD Ranch            6.99
XXXXXXXXXXXXX9191 XX/XX
Master Card                      7.33

Subtotal                         6.99
Tax                              0.34
Total                            7.33

FREE FOOD!!!!!!
Sign up on our e-mail list at
www.californiatortilla.com
for a FREE taco and much more!

Enjoy your darn tasty meal!

Visit our other location
in Arlington, VA

------------------------------------
YOUR ORDER#:543



(64)

5300 Chace


affordable
**TAXI**
service

**TIM STICKLER · (541) 499-6600**

Date: 8/10    Driver: _____

Dept. to be Charged: 07066:01
                      5300

NAME: Chace Andem

FROM: G-13 B

TO: Airport to home

FARE: ................... $ 40.00

DESC.: _____

SIG.: _R. Andem_

---

07066:01 Chace

5300
affordable
**TAXI**
service (2)

**TIM STICKLER · (541) 499-6600**

Date: 8/15    Driver: _____

Dept. to be Charged: 07066:01

5300

NAME: Chachlu

FROM: Airport

TO: Home

FARE: ................... $ 40.00

DESC.: _____

SIG.: Chace Anderson