# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

| | | |
|---|---|---|
| Project ID: | 07066:01 | |
| Project Name: | US District Court for Guam - Receivership | J. TUCKER |
| Manager: | HWG | |
| Client ID: | 07066 | |

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 8/1/2008 to 8/31/2008 | JT to JT | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 8/1/2008 | Meals | 1.00 | $28.99 | $28.99 | 0.00 | $28.99 | Billable |
| | Per Diem - Dominos Pizza | | | | | | |
| 8/3/2008 | Meals | 1.00 | $18.50 | $18.50 | 0.00 | $18.50 | Billable |
| | per diem | | | | | | |
| 8/4/2008 | Meals | 1.00 | $15.21 | $15.21 | 0.00 | $15.21 | Billable |
| | per diem | | | | | | |
| 8/5/2008 | Meals | 1.00 | $47.98 | $47.98 | 0.00 | $47.98 | Billable |
| | Pier Diem Jack/Working lunch, Paid Cash | | | | | | |
| 8/6/2008 | Miscellaneous Travel Expenses | 1.00 | $62.47 | $62.47 | 0.00 | $62.47 | Billable |
| | Fuel for leased car | | | | | | |
| 8/6/2008 | Meals | 1.00 | $152.91 | $152.91 | 0.00 | $152.91 | Billable |
| | Per Diem - Groceries | | | | | | |
| 8/8/2008 | Meals | 1.00 | $28.45 | $28.45 | 0.00 | $28.45 | Billable |
| | per diem lunch Jack Tucker | | | | | | |
| 8/10/2008 | Meals | 1.00 | $46.95 | $46.95 | 0.00 | $46.95 | Billable |
| | Per Diem - Meals | | | | | | |
| 8/10/2008 | Meals | 1.00 | $7.75 | $7.75 | 0.00 | $7.75 | Billable |
| | Per Diem - Meal | | | | | | |
| 8/13/2008 | Meeting Expenses | 1.00 | $34.26 | $34.26 | 0.00 | $34.26 | Billable |
| | Meeting - Linda, Cami, Bob | | | | | | |
| 8/13/2008 | Meals | 1.00 | $16.00 | $16.00 | 0.00 | $16.00 | Billable |
| | Per Diem - Jack - Split reciept | | | | | | |
| 8/14/2008 | Meals | 1.00 | $27.74 | $27.74 | 0.00 | $27.74 | Billable |
| | Per Diem - Meal | | | | | | |
| 8/14/2008 | Miscellaneous Expense | 1.00 | $56.65 | $56.65 | 0.00 | $56.65 | Billable |
| | Fuel for Leased Car | | | | | | |
| 8/15/2008 | Meals | 1.00 | $15.32 | $15.32 | 0.00 | $15.32 | Billable |
| | Per Diem - Meals | | | | | | |
| 8/17/2008 | Meals | 1.00 | $129.51 | $129.51 | 0.00 | $129.51 | Billable |
| | Per Diem - Meals | | | | | | |
| 8/17/2008 | Meals | 1.00 | $27.74 | $27.74 | 0.00 | $27.74 | Billable |
| | Per Diem | | | | | | |
| 8/19/2008 | Meals | 1.00 | $7.35 | $7.35 | 0.00 | $7.35 | Billable |
| | Per Diem | | | | | | |
| 8/20/2008 | Meals | 1.00 | $4.78 | $4.78 | 0.00 | $4.78 | Billable |
| | Per Diem | | | | | | |
| 8/21/2008 | Miscellaneous Expense | 1.00 | $92.77 | $92.77 | 0.00 | $92.77 | Billable |
| | Rubber Floor Mats for leased car | | | | | | |

# Gershman, Brickner & Bratton, Inc. *66*

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

| Project ID: | 07066:01 |
|---|---|
| Project Name: | US District Court for Guam - Receivership |
| Manager: | HWG |
| Client ID: | 07066 |

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 8/1/2008 to 8/31/2008 | JT to JT | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 8/21/2008 | Meals<br>Per Diem | 1.00 | $34.77 | $34.77 | 0.00 | $34.77 | Billable |
| 8/22/2008 | Lodging | 1.00 | $3,000.00 | $3,000.00 | 0.00 | $3,000.00 | Billable |
| | Ladera Towers Rental for lodging for GBB employees<br>while on Guam - Aug. 21 - Sept. 22 | | | | | | |
| 8/23/2008 | Meals<br>Per Diem | 1.00 | $38.66 | $38.66 | 0.00 | $38.66 | Billable |
| 8/23/2008 | Miscellaneous Expense<br>Fuel for leased car | 1.00 | $61.56 | $61.56 | 0.00 | $61.56 | Billable |
| 8/24/2008 | Meals<br>Per Diem - Groceries | 1.00 | $72.92 | $72.92 | 0.00 | $72.92 | Billable |
| 8/25/2008 | Miscellaneous Expense<br>Misc Apartment Supplies | 1.00 | $30.77 | $30.77 | 0.00 | $30.77 | Billable |
| 8/26/2008 | Meals<br>Per Diem - Meal | 1.00 | $24.73 | $24.73 | 0.00 | $24.73 | Billable |
| 8/27/2008 | Meals<br>Per Diem - Meal<br>Personal Master Card | 1.00 | $7.50 | $7.50 | 0.00 | $7.50 | Billable |
| 8/29/2008 | Meals<br>Per Diem - Meal | 1.00 | $54.00 | $54.00 | 0.00 | $54.00 | Billable |
| 8/30/2008 | Meals<br>Per Diem - Meal | 1.00 | $64.40 | $64.40 | 0.00 | $64.40 | Billable |
| 8/31/2008 | Meals<br>Per Diem - Meals | 1.00 | $27.60 | $27.60 | 0.00 | $27.60 | Billable |
| 8/31/2008 | Miscellaneous Expense<br>Fuel for leased car | 1.00 | $54.65 | $54.65 | 0.00 | $54.65 | Billable |
| 8/31/2008 | Meals<br>Per Diem - Meal | 1.00 | $24.99 | $24.99 | 0.00 | $24.99 | Billable |

| | | |
|---|---|---|
| Sum of Billable Expenses: | $4,317.88 | $4,317.88 |
| Billable + Non-Billable Total: | $4,317.88 | $4,317.88 |


DOMINO'S PIZZA MANGILAO
LOT 5360-2 NEW
MANGILAO, GUAM 96921
(671) 734-3030

MERCHANT : ZK00 000010201969 501
REF NO. : 731 004 0000000035636665
DATE : 08/01/00 17:50
ACCT NO. : XXXXXXXXXXX1029X
TYPE : AMER EXP
AUTH NO. : 190372 397642897692016
AVS CODE : N
SERVER : 0001

SALE      $    26.99

TIP       $ ___ 2.00

TOTAL    $ __ 28.99

X _____

SIGNATURE

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

** PLEASE IMPRINT CARD **

TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER



68



PER DIEM
D 7066: 01

JEFF'S PIRATE COVE
TALOFOFO, GUAM
CITIBANK N.A.

TERMINAL ID. :                    90000000
MERCHANT #:              000798581213279

AMEX - CARD SWIPE
**************1029

SALE                    BATCH: 000037
INVOICE: 563289         TIME: 15:14
DATE: AUG 3  08
AUTH NO: 574516         000611231072

                              $16.50
                               2.00
TIP

TOTAL                          18.50

CUSTOMER COPY

(69)

07066:01
PER DIEM

Thank you!!

OLD CHARLESTON GRILL

TIME: 12:03 PM      DATE: 07/3/06

TRANSACTION: SALE

SERVER # A16

EXACT                           $4.00
TIP
TOTAL                           28.45

*07066:01*

*PER DIEM*

*PAID CASH*

Village Lab Pizza

New Fountain Plaza, Suite    8/5/08
San Vitores Road, Tumon
Telephone #: 647-01...

Host: Becca

Thursday 8/5/... (6.) 1/5/08
12:39 PM

...Tbl. /26: Delivery.        ...6

Pepperoni & Mushroom 16"     41.99
New York's Finest 12"         6.99

Subtotal                      47.99

Del Delivery       4.77 + 0.4
Balance Due          47.98

Owned & Operated by...

*07066:01*
*PER DIEM*

LONE STAR STEAKHOUSE
615 S. MARINE CORP. DR.
TAMUNING, GUAM 96913
(671) 646-6061

Merchant ID: 000013502528
Term ID: 02520614          Ref #: 0003
Server ID: 40

Sale

XXXXXXXXXXX1029
AMEX                Entry Method: Swiped

Amount:         $      12.21
Tip:                   3.00
Total:               15.21

08/04/08              12:29:04
Inv #: 000003        Appr Code: 565756
Apprvd: Online       Batch#: 000060

Customer Copy

THANK YOU!
PLEASE COME AGAIN!

*07066:01*
*PER DIEM*

### BANK OF GUAM
THE PEOPLE'S BANK

## PAYLESS MICROMALL #6

DEDEDO, GUAM
(671) 637-7233

BATCH No.      :  000030
TERMINAL ID   :  01135895
CARD          :  AMEX
CARD No.      :  XXXXXXXXXXX1029 / Swiped
RREF No.      :  8175
INVOICE       :  002565
TRANS.        :  CREDIT CARD SALE

AMOUNT        :          $      152.91

Tran Date/Time :  08/06/08        18:07:48
APPROVAL       :  573594

Customer Copy

Thank you!



*07066:01*
*GAS FOR CAR*

SHELL HARMON - 3
HARMON, GUAM
CITIBANK N.A.

TERMINAL ID. :              900002552
MERCHANT #:          080790854113876

AMEX - CARD SWIPE
*************1029
SALE
INVOICE: 346187      BATCH: 000135
DATE: AUG 06, 08     TIME: 16:22
ARN: 000051222157
AUTH NO: 533592

TOTAL            $62.47

CUSTOMER COPY

07066.01
PER DIEM

**BANK OF GUAM**
THE PEOPLE'S BANK

## SUPERMART

REG#2 MANGILAO, GU
(671) 735-6276

BATCH No.      :  000258
TERMINAL ID    :  11700802
CARD           :  AMEX
CARD No.  :  XXXXXXXXXXX1029 / Swiped
RREF No.       :  4945
INVOICE        :  002134
TRANS.  :  CREDIT CARD SALE

AMOUNT   :         $    15.32

Tran Date/Time :  08/15/08      22:21:47
APPROVAL       :  508162

Customer Copy
Thank you!

07066.01
PER DIEM - MEALS

**BANK OF GUAM**
THE PEOPLE'S BANK

## PAYLESS SUPERMARKETS

MICRONESIA MALL REG #1
(671) 637-7233

BATCH No.      :  000016
TERMINAL ID    :  11344501
CARD           :  AMEX
CARD No.  :  XXXXXXXXXXX1029 / Swiped
RREF No.       :  0357
INVOICE        :  000323
TRANS.  :  CREDIT CARD SALE

AMOUNT   :         $    46.95

Tran Date/Time :  08/18/08      19:16:03
APPROVAL       :  508538

Customer Copy
Thank you!

07066.01
Per Diem - MEAL

citibank

MICRONESIA MALL-DEDEDO
CITIBANK, N.A.

CLERK/HAL ID. :            90080104
MERCHANT #:      008790783700017
MASTERCARD - CARD SWIPE
***********6843
SALE
INVOICE: 281869       BATCH: 000152
DATE: AUG 10, 08      TIME: 15:55
TRAN# 00021222113
AUTH NO: 055402

TOTAL                    $7.75

CUSTOMER COPY

07066.01
PER DIEM

07046.01

*PERDIEM — JACK*
*MEETING — LINDA, CAM, BOB*

## RUBY TUESDAY
RT6440
Credit Card Voucher

------------------------------------

```
Date:       Aug13'08 01:19PM
Card Type:  Amex
Acct #:     XXXXXXXXXXX1029
Exp Date:   XX/XX          JACK = 16.00
Auth Code:  513530         MEETING = 34.26
Check:      3758
Table:      407/1            $ 50.26
Server:     337 Christop
```

Subtotal:      44.26

Gratuity:       6.00

Total:         50.26

Signature

GUEST COPY
(Please retain for your records)



07066.01 lease
FUEL FOR CAR

WELCOME TO
SPEC BARRIGADA

BARRIGADA 75
100 ROUTE 10
BARRIGADA        GU
CUST# 0X047595
DATE: 08/16/08

BUICK           ACCT#
XXXX XXXXXX X1029
GREGJGJGLIN5D
INV# 000855     7M/PD
REF# 9X. 011-023
AUTH# 00-557975

PUMP# 3          SELF
LVL.          12.453G
PRICE/GAL.     $4.549

FUEL TOTAL    $56.65

..........................
CUSTOMER SIGNATURE
GRT INCLUDED

THANK YOU



07066.01
PER DIEM

DOMINO'S PIZZA MANGILAO
LOT 5369-2 NEW
MANGILAO, GUAM 96921
(671) 734-3030

```
MERCHANT :   2000 000010201969 561
REF NO.  :   744 011 000000037486523
DATE     :   08/14/08   18:13
ACCT NO. :   XXXXXXXXXXX1029X
TYPE     :   AMER EXP
AUTH NO. :   296395 397032400267019
AVS CODE :   U
SERVER   :   2543
```

SALE          $    25.24

TIP           $    2.50

TOTAL         $    27.74

X_____
              SIGNATURE

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

     ** PLEASE IMPRINT CARD **

TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER



*07066.01*
*PER DIEM*

**BURGER KING**
UPPER TUMON
LOT 5110
TUMON, GUAM 96913
#010319633

**Sale**

ID: 19633320     Ref #: 0010
08/19/08               13:03:04
Batch #: 675

MASTERCARD - *PERSONAL*
6843                 *CREDIT*

Appr Code: 005362    Inv#: 000010
Total:                          $ 7.35

                     *$ 7.35*

Customer Copy
(671) 649-7003
THANK YOU
PLEASE COME AGAIN

---

*07066.01*
*PER DIEM*

**BANK OF GUAM**
THE PEOPLE'S BANK

## PAYLESS SUPERMARKETS

HAGATNA #7
(671) 477-7006

BATCH No.     : 001585
TERMINAL ID   : 01134511
CARD          : AMEX
CARD No.      : XXXXXXXXXXX1029 / Swiped

RREF No.      : 11209
INVOICE       : 000487
TRANS.        : CREDIT CARD SALE

AMOUNT        :               129.51

Tran Date/Time : 08/17/08   17:58:05
APPROVAL      : 532980

Customer Copy

Thank you!

---

*07066.01*
*PER DIEM*

* * * Restaurant * * *
Tony Roma's
Agana Shopping Center
Hagatna, Guam
671-477-4071
671-477-4072

Date:          Aug17'08 03:16PM
Card Type:     Amex  *8-17-08*
Acct #:        XXXXXXXXXXX1029
Exp Date:      XX/XX
Auth Code:     534745
Check:         1882
Table:         67/1
Server:        1087 Marvin
               JL TUCKER

Subtotal:              24.74

               Tip: *3.00*

               Total: *27.74*

Sign:

---

*07066.01*
*PER DIEM*

**BANK OF GUAM**
THE PEOPLE'S BANK

## PAYLESS SUPERMARKETS

HAGATNA #7
(671) 477-7006

BATCH No.     : 001603
TERMINAL ID   : 01134511
CARD          : AMEX
CARD No.      : XXXXXXXXXXX1029 / Swiped

RREF No.      : 11824
INVOICE       : 001062
TRANS.        : CREDIT CARD SALE

AMOUNT        :    $        38.66

Tran Date/Time : 08/23/08   15:10:17
APPROVAL      : 544662

Customer Copy

Thank you!

---

*07066.01*
*PER DIEM*

**BANK OF GUAM**
THE PEOPLE'S BANK

## PAYLESS MICROMALL #7

DEDEDO, GUAM
(671) 637-7233

BATCH No.     : 000364
TERMINAL ID   : 01135982
CARD          : AMEX
CARD No.      : XXXXXXXXXXX1029 / Swiped

RREF No.      : 5530
INVOICE       : 000038
TRANS.        : CREDIT CARD SALE

AMOUNT        :    $        34.77

Tran Date/Time : 08/21/08   17:52:33
APPROVAL      : 599614

Customer Copy

Thank you!

---

**SUPER MART**
TEL 735-6278
FAX 735-6280
THANK YOU   COME AGAIN

*07066.01* *PER DIEM*
*CASH*

CHKR#: 404      NAME: JANITA

CRYSTAL CLEAR W.1GAL          2.39  F
CRYSTAL CLEAR D.1GAL          2.39  F

TOTAL            4.78

CASH             5.00

CHANGE           $.22

2   ITEMS

0005 2127-0005 WED   8/20/08   6:18PM 0112





# ADDENDUM TO LEASE

## RENEWAL OF LEASE CONTRACT:

**We, Jack Tucker and Harvey Gershman ,** hereby renew our lease agreement on **SUITE #1708** at Ladera Tower, as follows:

TERM:        July 22, 2008 to October 21, 2008

RENT:        Rent will be $3,000.00 per month

UTILITIES:   All Utilities are inclusive in rental amount.

NOTICE OF TERMINATION:    Tenants who need to terminate this lease at an earlier date, due to military transfer order or company order, should inform long term office, in writing, of the final move out date whereby this date should comply with the thirty (30) day notice policy.

TERMS AND CONDITIONS:    Damages caused by a moving company crew shall be held under the tenant's responsibility. It is up to the tenant to deal with the moving company he/she hired in reimbursing any costs from damages. Also, Tenant will be charged for recharging of the fire extinguisher in the suite after the tenant's use. Recommended temperature in unit is to be 75-76 degrees. If there is mold growth in unit due to A/C unit being turned off or set higher than 76 degrees while unit is vacant more than 3 days or for setting being set higher than 76 degrees, tenant will be responsible for charges to clean unit of mold.

ALL OTHER TERMS AND CONDITIONS in the first contract for the period of May 22, 2008 to July 21, 2008 shall remain the same.

## ACCEPTANCE:

_____      _____
Jack Tucker, Tenant #1708                 Date

_____      _____
Harvey Gershman, Tenant #1708           Date

_____      _____
DON H. PARK, General Manager         Date  7/18/08

Misc.

07066.01
GAS FOR CAR
MISC -

---

Misc.

NISSAN MOTOR CORP
1012 N MARINE CORP DR
TAMUNING, GU 96913
671-647-7357

Rubber Floor Mats
FOR CAR

Sale

Merchant ID: 028000615
Term ID: 0515
Clerk ID: 9143

AMEX
XXXXXXXXX1029
Entry Method: Swiped

Approval: Online          Batch#: 000066

03/21/08                  08:42:18

Inv #: 00000002     Appr Code: 507116

Total:          $        $2.77

Customer Copy

THANK YOU
WWW.NISSANGUAM.COM

---

WELCOME TO
SHELL BARRIGADA

BARRIGADA 75
1 LD ROUTE 10
BARRIGADA          GU
DLR# 0X0247395
DATE: 03/23/08

AMEX                    ACCT#
XXXX XXXXXX X1029
HM#4947030N6P
INV# 222849       GG/PG
REF# 901 3B-029
AUTH# 00-525407

PUMP#  2           SELF
UNL          13.836G
PRICE/GAL      $4.449

FUEL TOTAL      $61.56

CUSTOMER SIGNATURE
4% GRT INCLUDED

THANK YOU

07066.01
Misc. Supplies for
Apartment



**kmart**

KMART STORE 7705
404 N MARINE DR (RTE 1)
TAMUNING, GU 96911
(671)649-9878

** WELCOME TO YOUR **
** KMART STORE 7705 **

CASHIER: LENA
GENERAL MERCHANDISE
07200089312   4SIDE GRATER      8.39
07200091760   EH 10IN PAN      13.99
71981268007   OXO TURNER        8.39


   **** TAX       .00  BAL    30.77
XXXXXXXXXXX1029
AX   APPROVAL 598574
VF       AX                   30.77
        CHANGE                  .00

TOTAL NUMBER OF ITEMS = 3



ØRK AWP ZW9 Ø2P V4X 1PA

RECEIPT# 07705 082508 015 26779

08/25/08  5:32 PM 7705 15 2677 0027

Merc'andise

07066.01
PERDIEM MEAL

80

**BURGER KING**
UPPER TUMON
LOT 5118
TUMON, GUAM 96913
#010319633
**Sale**

ID: 19633320     Ref #:    0007
08/27/08            12:47:22
Batch #: 691

MASTERCARD
6843

Appr Code: 04571Z    Inv#: 000007
Total:                    $ 7.50

Customer Copy
(671) 649-7009
THANK YOU
PLEASE COME AGAIN

CARMEN'S CHA-CHA-CHA
192 ARCHBISHOP
HAGÅTÑA
.623

xxxxxxxxxxx1020 0708
DATE 08/29/08        TIME

ITEM: 053  AID FRE
HOLT:               EXP: xxxx S
RESP:

AMOUNT:    $   49.50
GRATUITY: $_   5.50
TOTAL:     $   54.00

I AGREE          AL AMOUNT
                 ISSUER AGREEMENT
             AGREEMENT IF CREDIT VOUCHER)

X
JL TUCKER
TOP COPY-MERCHANT BO       CUSTOMER

---

07066.1
PER DIEM
GROCERIES

**BANK OF GUAM**
THE PEOPLE'S BANK

## PAYLESS MICROMALL #5

DEDEDO, GUAM
(671) 637-7233

BATCH No.      :  001323
TERMINAL ID   :  01135904
CARD          :  AMEX
CARD No.      :  XXXXXXXXXXX1029 / Swiped
RREF No.      :  22636
INVOICE       :  001235
TRANS.        :  CREDIT CARD SALE

AMOUNT   :          $     72.92

Tran Date/Time :  08/24/08     20:51:52
APPROVAL       :  515915

Customer Copy

Thank you!

---

07066.01 PER
DIEM
MEAL

**BANK OF GUAM**
THE PEOPLE'S BANK

## YELLOW CAB PIZZA CO.

TUMON GUAM
(671) 647-9111

BATCH No.      :  000128
TERMINAL ID   :  11809701
CARD          :  AMEX
CARD No.      :  XXXXXXXXXXX1029 / Manual
RREF No.       :  1828
INVOICE        :  001598
SERVER No.     :  403
TRANS.         :  CREDIT CARD SALE

AMOUNT    :          $    21.73

TIP AMOUNT:          $     3.00
(IF ANY, PLEASE SIGN)

TOTAL AMOUNT:        $    24.73

Tran Date/Time :  08/26/08     13:22:02
APPROVAL       :  188603

Customer Copy

Thank you!

*07066.01*
*PER DIEM - MEAL*

Roy's Restaurant
Hilton Guam Resort & Spa
www.hiltonguamresort.com
CHECK:        6082
TABLE:        30/1
SERVER:       620 Jason
DATE:         AUG30'08  7:39PM
CARD TYPE:    a AMEX
ACCT #:       XXXXXXXXXXX1029
EXP DATE:     XX/XX
AUTH CODE:    541402
              JL TUCKER

SUBTOTAL:          59.95

Gratuity:_____5.45_

    Total:_____64.40_

Signature:_____

   I Agree to pay above total
amount according to card holder
            agreement

* Second Copy is Customer Copy *

---

*07066.01*
*PER DIEM - MEAL*

DOMINO'S PIZZA TAMUNING
LOT 2140-5
TAMUNING, GUAM  96911
(671) 647-3030

MERCHANT :  2000 000018201993 501
REF NO.  :  735 005 0000000398618IE
DATE     :  08/31/08  18:01
ACCT NO. :  XXXXXXXXXXX1029*
TYPE     :  AMER EXP
AUTH NO. :  22B642 398079689753014
AVS CODE :  UN

SALE        $    21.99

TIP         $____3.00_

TOTAL       $_24.99_

X_____
            SIGNATURE

---

*07066.01*
*PER DIEM - MEA*
*ISLANDER*

GALLEON ROOM GENJI ISL
202 HILTON RD
TUMON , GU 96913

TERMINAL ID:        002152049
MERCHANT #:         1520037615

AMEX
#xxxxxxxxxxxxx1029
CLK: 1
SALE
BATCH: 000354   FOLIO #: 0541558100
DATE: AUG 31, 08      TIME:  09:13
SQ: 008              AUTH NO: 588729

MDSE/SERVICES       $25.30
TIP                   2.30
TOTAL          $27.60

     CUSTOMER COPY

07066·01
FUEL FOR CAR

8/31/08

GU

SELF

FUEL TOTAL   $54.65

CUSTOMER SIGNATURE
IS NOT INCLUDED

THANK YOU

# Gershman, Brickner & Bratton, Inc.
## Time by Name
## August 2008



| | Time | % of Time | Total phone cost | Phone cost by job |
|---|---|---|---|---|
| **Harvey W Gershman** | | | | |
| other | 14.75 | 0.08 | 200.50 | 15.86 |
| other | 0.25 | 0.00 | 200.50 | 0.27 |
| other | 4.75 | 0.03 | 200.50 | 5.11 |
| other | 3.25 | 0.02 | 200.50 | 3.49 |
| 07066-US District Court for Guam:01-Receivership | 58.50 | 0.31 | 200.50 | 62.89 |
| other | 0.25 | 0.00 | 200.50 | 0.27 |
| other | 0.50 | 0.00 | 200.50 | 0.54 |
| other | 3.00 | 0.02 | 200.50 | 3.23 |
| other | 11.50 | 0.06 | 200.50 | 12.36 |
| other | 1.25 | 0.01 | 200.50 | 1.34 |
| No job assigned | 88.50 | 0.47 | 200.50 | 95.14 |
| **Total Harvey W Gershman** | 186.50 | 1.00 | | 200.50 |
| | | | | |
| **Chris Lund** | | | | |
| 07066-US District Court for Guam:01-Receivership | 152.00 | 0.78 | 158.48 | 124.17 |
| No job assigned | 42.00 | 0.22 | 158.48 | 34.31 |
| **Total Chris Lund** | 194.00 | 1.00 | | 158.48 |
| | | | | |
| **Total Phone Bill for August 2008** | | | 358.98 | |

09/10/08

# Gershman, Brickner & Bratton, Inc.
## Time by Name
## AUGUST 2008
## Verizon Wireless



| | Time | % of Time | Total phone cost | Phone cost by job |
|---|---|---|---|---|
| **Robert H Brickner** | | | | |
| other | 4.00 | 0.02 | 166.15 | 3.96 |
| other | 6.00 | 0.04 | 166.15 | 5.93 |
| other | 19.25 | 0.11 | 166.15 | 19.04 |
| other | 3.00 | 0.02 | 166.15 | 2.97 |
| other | 5.50 | 0.03 | 166.15 | 5.44 |
| other | 1.75 | 0.01 | 166.15 | 1.73 |
| other | 3.75 | 0.02 | 166.15 | 3.71 |
| other | 70.00 | 0.42 | 166.15 | 69.23 |
| other | 2.25 | 0.01 | 166.15 | 2.22 |
| other | 3.00 | 0.02 | 166.15 | 2.97 |
| No job assigned | 49.50 | 0.29 | 166.15 | 48.95 |
| **Total Robert H Brickner** | 168.00 | 1.00 | | 166.15 |
| **J. Frank Bernheisel** | | | | |
| other | 8.00 | 0.07 | 105.90 | 6.94 |
| other | 1.00 | 0.01 | 105.90 | 0.87 |
| other | 6.00 | 0.05 | 105.90 | 5.21 |
| other | 8.00 | 0.07 | 105.90 | 6.94 |
| other | 4.00 | 0.03 | 105.90 | 3.47 |
| other | 3.00 | 0.02 | 105.90 | 2.60 |
| 07066-US District Court for Guam:01-Receivership | 14.00 | 0.11 | 105.90 | 12.15 |
| other | 6.00 | 0.05 | 105.90 | 5.21 |
| other | 1.00 | 0.01 | 105.90 | 0.87 |
| other | 5.00 | 0.04 | 105.90 | 4.34 |
| other | 2.00 | 0.02 | 105.90 | 1.74 |
| No job assigned | 64.00 | 0.52 | 105.90 | 55.55 |
| **Total J. Frank Bernheisel** | 122.00 | 1.00 | | 105.90 |
| **Francois Coulombe** | | | | |
| 07066-US District Court for Guam:01-Receivership | 10.50 | 0.13 | 42.45 | 5.37 |
| No job assigned | 72.50 | 0.87 | 42.45 | 37.08 |
| **Total Francois Coulombe** | 83.00 | 1.00 | | 42.45 |
| **Timothy J Bratton** | | | | |
| other | 1.50 | 0.01 | 44.89 | 0.40 |
| other | 59.50 | 0.35 | 44.89 | 15.85 |
| other | 15.50 | 0.09 | 44.89 | 4.13 |
| 07066-US District Court for Guam:01-Receivership | 40.50 | 0.24 | 44.89 | 10.79 |
| No job assigned | 51.50 | 0.31 | 44.89 | 13.72 |
| **Total Timothy J Bratton** | 168.50 | 1.00 | | 44.89 |
| **Total Phone Bill for AUGUST 2008** | | | 359.39 | |

**Outbound Usage Billed Report   GERSHMAN, BRICKNER & BRATTON, INC.**

Account: 153958    Report Period: Aug 11, 2008    Invoice: 33550668

| Calling Number | Calling Location | Called Number | Called Location | Usage Category | Date/Time | Minutes | Amount | Code | Description |
|---|---|---|---|---|---|---|---|---|---|
| | Fls Church, VA | | Ashland, OR | 1+ Interstate | 07-30-2008 04:03:01 | 149.00 | 8.20 | 0000706601 | Guam |
| | Fls Church, VA | | Nashville, TN | 1+ Interstate | 07-30-2008 04:04:14 | 141.30 | 7.77 | 0000706601 | Guam |
| | Fls Church, VA | | Harrisonbg, VA | 1+ Intrastate | 08-06-2008 10:21:07 | 0.30 | 0.02 | 0000706601 | Guam |
| | Fls Church, VA | | Dededo, GU | 1+ | 08-07-2008 08:38:33 | 0.80 | 0.04 | 0000706601 | Guam |
| | Fls Church, VA | | Newport Bch, CA | 1+ Interstate | 07-17-2008 02:34:56 | 1.70 | 0.09 | 0000706601 | Guam |
| | Fls Church, VA | | Sndg Sndg, CA | 1+ Interstate | 07-24-2008 12:37:18 | 0.80 | 0.04 | 0000706601 | Guam |
| | Fls Church, VA | | Sndg Sndg, CA | 1+ Interstate | 07-14-2008 10:50:46 | 7.00 | 0.39 | 0000706601 | Guam |
| | Fls Church, VA | | Nashville, TN | 1+ Interstate | 07-21-2008 05:15:29 | 9.60 | 0.53 | 0000706601 | Guam |
| | Fls Church, VA | | Sadlbk Vly, CA | 1+ Interstate | 07-17-2008 04:23:09 | 33.50 | 1.84 | 0000706601 | Guam |
| | Fls Church, VA | | Baltimore, MD | 1+ Interstate | 07-21-2008 09:49:03 | 13.20 | 0.73 | 0000706601 | Guam |
| | Fls Church, VA | | Sndg Sndg, CA | 1+ Interstate | 08-04-2008 10:58:31 | 3.50 | 0.19 | 0000706601 | Guam |
| | Fls Church, VA | | Seattle, WA | 1+ Interstate | 07-17-2008 12:03:27 | 19.30 | 1.06 | 0000706601 | Guam |
| | Fls Church, VA | | Seattle, WA | 1+ Interstate | 07-17-2008 12:26:32 | 1.70 | 0.09 | 0000706601 | Guam |
| | Fls Church, VA | | Agana, GU | 1+ | 07-28-2008 12:35:17 | 1.40 | 0.07 | 0000706601 | Guam |
| | Fls Church, VA | | Agana, GU | 1+ | 07-28-2008 12:29:06 | 2.60 | 0.13 | 0000706601 | Guam |
| | Fls Church, VA | | Tumon, GU | 1+ | 07-23-2008 06:28:40 | 0.50 | 0.03 | 0000706601 | Guam |
| | Fls Church, VA | | Unknown, UN | 1+ Interstate | 07-25-2008 04:14:59 | 1.40 | 0.08 | 0000706601 | Guam |
| | Fls Church, VA | | Sndg Sndg, CA | 1+ Interstate | 07-10-2008 01:42:39 | 1.10 | 0.06 | 0000706601 | Guam |
| | Fls Church, VA | | Nashville, TN | 1+ Interstate | 07-21-2008 06:08:19 | 9.80 | 0.54 | 0000706601 | Guam |
| | Fls Church, VA | | Winter Park, FL | 1+ Interstate | 07-15-2008 11:22:40 | 2.10 | 0.12 | 0000706601 | Guam |
| | | | | | | | 22.02 | | |

**David Manning (ID - 3335669) Summary**

*(handwritten: 86)*

| Audio Conferencing | Aug Amt | Aug $ | Sep Amt | Sep $ | Total |
|---|---|---|---|---|---|
| International Audio Minutes | 216 | $58.32 | 0 | $0.00 | $58.32 |
| Phone Minutes | 2013 | $261.69 | 0 | $0.00 | $261.69 |
| **Total Tax** | | $22.41 | | $0.00 | $22.41 |
| **David Manning Total** | | $342.42 | | $0.00 | $342.42 |

**David Manning's Meetings**

**Audio Conferencing**
August   01, 2008          01:53 PM - 02:39 PM

Billing Code: 0706601
Duration (Minutes): 202

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| | | N | 01:53 PM | 02:01 PM | 8 | $1.04 |
| | | N | 02:00 PM | 02:39 PM | 40 | $5.20 |
| | | N | 02:00 PM | 02:39 PM | 40 | $5.20 |
| | | N | 02:00 PM | 02:39 PM | 39 | $5.07 |
| | | N | 02:01 PM | 02:39 PM | 38 | $4.94 |
| | | N | 02:02 PM | 02:39 PM | 37 | $4.81 |
| Tennessee State Tax | | | | | | $1.84 |
| | | | | **Total** | **202** | **$28.10** |

**Audio Conferencing**
August   01, 2008          02:39 PM - 03:01 PM

Billing Code: 0706601
Duration (Minutes): 114

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| | | N | 02:39 PM | 03:01 PM | 23 | $2.99 |
| | | N | 02:39 PM | 03:01 PM | 23 | $2.99 |
| | | N | 02:39 PM | 03:01 PM | 23 | $2.99 |
| | | N | 02:39 PM | 03:01 PM | 23 | $2.99 |
| | | N | 02:40 PM | 02:40 PM | 1 | $0.13 |
| | | N | 02:41 PM | 03:01 PM | 21 | $2.73 |
| Tennessee State Tax | | | | | | $1.04 |
| | | | | **Total** | **114** | **$15.86** |

**Audio Conferencing**
August   08, 2008          01:58 PM - 02:47 PM

Billing Code: 0706601
Duration (Minutes): 263

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| | | N | 01:58 PM | 02:47 PM | 49 | $6.37 |
| | | N | 01:59 PM | 02:47 PM | 49 | $13.23 |
| | | N | 02:00 PM | 02:03 PM | 3 | $0.39 |
| | | N | 02:01 PM | 02:47 PM | 46 | $5.98 |
| | | N | 02:02 PM | 02:47 PM | 46 | $5.98 |
| | | N | 02:04 PM | 02:47 PM | 44 | $5.72 |
| | | N | 02:21 PM | 02:47 PM | 26 | $3.38 |
| Tennessee State Tax | | | | | | $2.87 |
| | | | | **Total** | **263** | **$43.92** |

**Audio Conferencing**
August   15, 2008          01:52 PM - 02:58 PM

Billing Code: 0706601
Duration (Minutes): 347

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| | | N | 01:52 PM | 02:58 PM | 67 | $8.71 |
| | | N | 01:58 PM | 02:58 PM | 60 | $7.80 |
| | | N | 01:58 PM | 02:58 PM | 61 | $16.47 |
| | | N | 02:00 PM | 02:58 PM | 58 | $7.54 |
| | | N | 02:01 PM | 02:58 PM | 57 | $7.41 |
| | | N | 02:14 PM | 02:58 PM | 44 | $5.72 |
| Tennessee State Tax | | | | | | $3.76 |
| | | | | **Total** | **347** | **$57.41** |

**Audio Conferencing**
August   22, 2008          01:56 PM - 03:34 PM

Billing Code: 0706601
Duration (Minutes): 470

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| | | N | 01:56 PM | 01:58 PM | 2 | $0.26 |
| | | N | 01:59 PM | 03:34 PM | 96 | $12.48 |

D. Mannings

(87)

| | | | N | 02:00 PM | 03:34 PM | | 95 | $12.35 |
| | | | N | 02:00 PM | 03:34 PM | | 95 | $12.35 |
| | | | N | 02:01 PM | 03:34 PM | | 94 | $12.22 |
| | | | N | 02:07 PM | 03:34 PM | | 88 | $11.44 |
| Tennessee State Tax | | | | | | | | $4.28 |
| | | | | | | Total | 470 | $65.38 |

**Audio Conferencing**                                                    Billing Code: 0706601
August    25, 2008              09:29 PM - 09:41 PM          Duration (Minutes): 23

| Description | Phone | | Dial Out | Joined | Left | | Duration | Cost |
|---|---|---|---|---|---|---|---|---|
| | | | N | 09:29 PM | 09:41 PM | | 12 | $1.56 |
| | | | N | 09:30 PM | 09:41 PM | | 11 | $2.97 |
| Tennessee State Tax | | | | | | | | $0.32 |
| | | | | | | Total | 23 | $4.85 |

**Audio Conferencing**                                                    Billing Code: 0706601
August    29, 2008              01:55 PM - 03:48 PM          Duration (Minutes): 810

| Description | Phone | | Dial Out | Joined | Left | | Duration | Cost |
|---|---|---|---|---|---|---|---|---|
| | | | N | 01:55 PM | 03:48 PM | | 113 | $14.69 |
| | | | N | 01:57 PM | 03:48 PM | | 111 | $14.43 |
| | | | N | 01:58 PM | 03:48 PM | | 110 | $14.30 |
| | | | N | 02:00 PM | 03:48 PM | | 108 | $14.04 |
| | | | N | 02:03 PM | 03:27 PM | | 85 | $11.05 |
| | | | N | 02:04 PM | 02:36 PM | | 33 | $4.29 |
| | | | N | 02:05 PM | 03:27 PM | | 82 | $10.66 |
| | | | N | 02:13 PM | 03:48 PM | | 95 | $25.65 |
| | | | N | 02:36 PM | 03:48 PM | | 72 | $9.36 |
| | | | N | 03:39 PM | 03:40 PM | | 1 | $0.13 |
| Tennessee State Tax | | | | | | | | $8.30 |
| | | | | | | Total | 810 | $126.90 |

| David Manning's Billing Codes Total: | $342.42 |
|---|---|



## Christopher Lund (ID - 8040967) Summary

| Audio Conferencing | Aug Amt | Aug $ | Sep Amt | Sep $ | Total |
|---|---|---|---|---|---|
| International Audio Minutes | 685 | $184.95 | 0 | $0.00 | $184.95 |
| Phone Minutes | 1099 | $142.87 | 0 | $0.00 | $142.87 |
| Total Tax | | $0.00 | | $0.00 | $0.00 |
| Christopher Lund Total | | $327.82 | | $0.00 | $327.82 |

## Christopher Lund's Meetings

**Audio Conferencing**
**August   05, 2008**          01:59 PM - 02:17 PM                    Duration (Minutes): 19

07066-CL

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| | | N | 01:59 PM | 02:17 PM | 19 | $2.47 |
| | | | | Total | 19 | $2.47 |

**Audio Conferencing**
**August   05, 2008**          02:29 PM - 04:04 PM                    Duration (Minutes): 371

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| | | N | 02:29 PM | 04:04 PM | 96 | $12.48 |
| | | N | 02:32 PM | 04:04 PM | 93 | $12.09 |
| | | N | 02:32 PM | 04:04 PM | 93 | $12.09 |
| | | N | 02:36 PM | 04:04 PM | 89 | $24.03 |
| | | | | Total | 371 | $60.69 |

**Audio Conferencing**
**August   19, 2008**          02:26 PM - 03:17 PM                    Duration (Minutes): 188

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| | | N | 02:26 PM | 03:17 PM | 52 | $6.76 |
| | | N | 02:28 PM | 03:17 PM | 49 | $6.37 |
| | | N | 02:31 PM | 03:17 PM | 47 | $12.69 |
| | | N | 02:38 PM | 03:17 PM | 40 | $5.20 |
| | | | | Total | 188 | $31.02 |

**Audio Conferencing**
**August   20, 2008**          01:03 PM - 01:03 PM                    Duration (Minutes): 1

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| | | N | 01:03 PM | 01:03 PM | 1 | $0.13 |
| | | | | Total | 1 | $0.13 |

**Audio Conferencing**
**August   20, 2008**          04:28 PM - 06:14 PM                    Duration (Minutes): 361

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| | | N | 04:28 PM | 06:14 PM | 106 | $13.78 |
| | | N | 04:30 PM | 05:25 PM | 55 | $7.15 |
| | | N | 04:34 PM | 06:14 PM | 100 | $27.00 |
| | | N | 04:35 PM | 06:14 PM | 100 | $27.00 |
| | | | | Total | 361 | $74.93 |

**Audio Conferencing**
**August   21, 2008**          02:29 PM - 04:32 PM                    Duration (Minutes): 651

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| | | N | 02:29 PM | 04:32 PM | 124 | $16.12 |
| | | N | 02:32 PM | 04:32 PM | 121 | $15.73 |
| | | N | 02:32 PM | 04:32 PM | 121 | $15.73 |
| | | N | 02:32 PM | 04:12 PM | 101 | $27.27 |
| | | N | 02:32 PM | 04:32 PM | 121 | $32.67 |
| | | N | 03:09 PM | 04:12 PM | 63 | $17.01 |
| | | | | Total | 651 | $124.53 |

**89**

**Audio Conferencing**
**August 23, 2008**

05:59 PM - 07:05 PM

07066-01

Duration (Minutes): 193

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| | | N | 05:59 PM | 07:02 PM | 64 | $8.32 |
| | | N | 06:00 PM | 07:05 PM | 65 | $8.45 |
| | | N | 06:01 PM | 07:05 PM | 64 | $17.28 |
| | | | | Total | 193 | $34.05 |

| 8  | Aug 6  | Anniston, AL    | 1:10pm  | day | direct | 1  | .14  — Acc   |
|----|--------|-----------------|---------|-----|--------|----|--------------|
| 9  | Aug 6  | Ashton, MD      | 1:12pm  | day | direct | 1  | .14  — Acc   |
| 10 | Aug 6  | Ellicottcy, MD  | 1:42pm  | day | direct | 4  | .56 — Montee |
| 11 | Aug 6  | Gaithersbg, MD  | 1:53pm  | day | direct | 3  | .42          |
| 12 | Aug 25 | Medford, OR     | 11:11am | day | direct | 19 | 2.66 · Gwan  |
| 13 | Aug 25 | Miami, FL       | 11:38am | day | direct | 1  | .14 — Acc    |

|  |  | **43** | **$6.02** |
|--|--|--------|-----------|

For [ _____ ]

**Direct dialed calls**

|    | **Date** | **Number called** | **Where**  | **Time** | **Rate** | **Type** | **Min** | **Amount** |
|----|----------|-------------------|------------|----------|----------|----------|---------|------------|
| 14 | Jul 31   |                   | Durham, NC | 7:51pm   | night    | direct   | 8       | .56        |

|  |  | **8** | **$.56** |
|--|--|-------|----------|

**Total AT&T One Rate® Off-Peak II Plan calls**    **51**    **$6.58**

**AT&T ONE RATE® CALLING CARD PLAN**

| Description | Amount |
|-------------|--------|
| AT&T One Rate® Calling Card Plan | 1.00 |
| monthly fee Aug 26 – Sep 25, 2008 | |

**Total AT&T One Rate® Calling Card Plan**    **$1.00**

**OTHER CHARGES AND CREDITS**

**For 703 683-4213**

|    | **Date** | **Description** | **Amount** |
|----|----------|-----------------|------------|
| 15 | Aug 26   | Universal connectivity charge | 1.92 |
|    |          | For an explanation of this charge, please call 1 800 532-2021 or visit <u>this website</u> | |
| 16 | Aug 26   | In-state connection fee | .87 |
|    |          | For an explanation of this charge, please call 1 800 333-5256 or visit <u>this website</u> | |
| 17 | Aug 26   | Carrier cost recovery fee | 2.39 |
|    |          | Recovers cost to provide long distance service including regulatory fees, programs and connection & account servicing. It is not a tax or charge required by the government. For more information, call 1 800 854-9940. | |

|  |  | **$5.18** |
|--|--|-----------|

**TAXES AND SURCHARGES**

# Gershman, Brickner & Bratton, Inc.
## Time by Name
## July 2008
### Sprint Quest



|  | Time | % of Time | Total phone cost | Phone cost by job |
|---|---|---|---|---|
| **Jack Tucker (Sprint Cell)** | | | | |
| C07066-US District Court for Guam:01-Receivership | 257.50 | 1.00 | 115.50 | 115.50 |
| No job assigned | 0.00 | 0.00 | 115.50 | 0.00 |
| **Total Jack Tucker** | 257.50 | 1.00 | | 115.50 |
| | | | | |
| **John Roderique (Sprint Cell - 50%)** | | | | |
| other | 1.50 | 0.01 | 33.94 | 0.31 |
| other | 10.00 | 0.06 | 33.94 | 2.10 |
| C07066-US District Court for Guam:01-Receivership | 8.00 | 0.05 | 33.94 | 1.68 |
| other | 31.50 | 0.19 | 33.94 | 6.60 |
| other | 49.00 | 0.30 | 33.94 | 10.27 |
| other | 7.00 | 0.04 | 33.94 | 1.47 |
| other | 8.50 | 0.05 | 33.94 | 1.78 |
| No job assigned | 46.50 | 0.29 | 33.94 | 9.74 |
| | 162.00 | 1.00 | | 33.94 |

Total Sprint & Qwest Phone Bills for August 2008          149.44



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 2-860-83048 | Aug 12, 2008 | | 4 of 5 |

## FedEx Express Shipment Detail By Reference (Original)

**Dropped off:** Aug 01, 2008  **Cust. Ref.:** 07066 01 GUAMER  **Ref.#2:**
**Payer:** Shipper  **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 32.50% to this shipment.
- Distance Based Pricing, Zone 8
- Package sent from: 97504 zip code

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | USAB | CHACE ANDERSON | JIM PGUTIMO | |
| Tracking ID | 865347428890 | GERSHMAN, BRICKNER & BRATTON | GBB | |
| Service Type | FedEx Standard Overnight | 8550 ARLINGTON BLVD STE 203 | 8550 ARLOGSTON BLVD | |
| Package Type | FedEx Envelope | FAIRFAX VA 22031-4620 US | FAIRFAX VA 22031 US | |
| Zone | 08 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Aug 04, 2008 14:27 | Transportation Charge | | 21.25 |
| Svc Area | A1 | Discount | | -4.25 |
| Signed by | LCHAPLEY | Fuel Surcharge | | 5.53 |
| FedEx Use | 021405601/0000266/_ | Total Charge | USD | $22.53 |

| | | | |
|---|---|---|---|
| **07066 01 GUAMER Reference Subtotal** | **USD** | **$22.53** | |

 

## FedEx Express Shipment Detail By Reference (Original)

Dropped off: Aug 06, 2008          Cust. Ref.: 07066-01          Ref.#2:
Payor: Shipper          Ref.#3:

- Fuel Surcharge - FedEx has applied a fuel surcharge of 34.50% to this shipment.
- FedEx has audited this airbill for correct pieces, weight, and service. Any changes made are reflected in the invoice amount.
- Discount applied is the greater of volume discount or dropoff discount. No additional discount applies.

| | | | | |
|---|---|---|---|---|
| Tracking ID | 792092970138 | **Sender** | **Recipient** | |
| Service Type | FedEx Intl Economy | PAT RAVENELLE | CHIEF JUDGE F. TYDINGCO-GATEWOOD | |
| Package Type | FedEx Envelope | GERSHMAN, BRICKNER & BRATTON | U.S. FEDERAL DISTRICT COURT OF GUA | |
| Orig./Dest. | ZFO/GUM | 8550 ARLINGTON BLVD | 520 WEST SOLEDAD AVENUE | |
| Zone | K | SUITE 203 | HAGATNA, GUAM 96910 GU | |
| Packages | 1 | FAIRFAX VA 22031 US | | |
| Rated Weight | 1.2 lbs | | | |
| Delivered | Aug 11, 2008 16:07 | | | |
| Signed by | N.EDROSA | Transportation Charge | | 85.37 |
| FedEx Use | P5750/US0010/_ | Fuel Surcharge | | 28.57 |
| Customs | | Discount | | -2.56 |
| Entry Date | Aug 07, 2008 | **Total Transportation Charges** | USD | **$111.38** |

| | | |
|---|---|---|
| **07066-01 Reference Subtotal** | **USD** | **$111.38** |
| **Total FedEx Express** | **USD** | **$111.38** |



CL – 07066-01



| Ship | Track | Services | About DHL | Help |

DHL USA Home     DHL Global     [                    ]   Search



# Online Billing: Invoice details

**Welcome back,
Pat Ravenelle**

▶ View DHL.com profile
▶ **View Online Billing
account**

▶ Logout

### Things to know...

You can dispute an individual fee or the entire amount from the Open Invoice or Invoice Detail page.

**Invoice Detail**                                              ▶ Help

                                                          ▶ Show all shipment details
                                                          ▶ Hide all shipment details

**Invoice number M8729862**

| Shipment Number | Total Weight | Ship Date | Origin/Destination | Total Charges |
|---|---|---|---|---|
| ▼ 8582884354 | 3 lbs | 07/14/2008 | Fairfax, VA<br>San Francisco, CA | $55.74 |

| Ship From: | Ship To: | Shipment Information: | Charges detail |
|---|---|---|---|
| Gbb<br>Suite 203<br>8550 Arlington Blvd<br>Fairfax, VA  22031 | Us Epa<br>75 Hawhtorne St<br>San Francisco, CA  94105 | Ship date: 07/14/2008<br>Pieces: 1<br>Total Weight: 3<br>Scale Number: NS25 /08<br>Charge Weight: 3 | 400: $41.44<br>405: $14.30 |
| Attention: | Attention: | Shipment Reference:<br>Description: None<br>Service Level: Overnight | |

◀ **Back**                                          **Email invoice** ▶

**View your Online Billing profile**

Review and edit contact and account information for DHL Online Billing.
▶ View my profile

**Contact DHL**

Find out how to get in touch with us by phone or e-mail.
▶ Contact DHL

DHL Global  |  About DHL  |  Newsroom  |  Contact  |  Sitemap  |  Privacy Policy
Copyright © 2008 DHL International, Ltd. All Rights Reserved.

 

## FedEx Express Shipment Detail By Reference (Original)

**Dropped off:** Aug 20, 2008   **Cust. Ref.:** GUAM   **Ref.#2:**
**Payor:** Shipper   **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 34.50% to this shipment.
- Distance Based Pricing, Zone 8
- Package sent from: 97504 zip code

| | | Sender | Recipient |
|---|---|---|---|
| Automation | USAB | CHACE ANDERSON | JIM PLUTINO |
| Tracking ID | 860668837878 | GERSHMAN, BRICKNER & BRATTON | GB13 |
| Service Type | FedEx 2Day | 8550 ARLINGTON BLVD STE 203 | 8550 ARLINGTON BLVD STE 203 |
| Package Type | FedEx Envelope | FAIRFAX VA  22031-4620  US | FAIRFAX VA  22031  US |
| Zone | 08 | | |
| Packages | 1 | | |
| Rated Weight | N/A | | |
| Delivered | Aug 22, 2008 13:15 | Transportation Charge | 14.60 |
| Svc Area | A1 | Discount | -1.90 |
| Signed by | C.CHAPLI | Fuel Surcharge | 4.38 |
| FedEx Use | 023310640/0001070/_ | **Total Charge**   USD | **$17.08** |

| | | |
|---|---|---|
| **GUAM Reference Subtotal** | **USD** | **$17.08** |
| **Total FedEx Express** | **USD** | **$39.37** |

 

## FedEx Express Shipment Detail By Reference (Original)

**Dropped off:** Aug 26, 2008     **Cust. Ref.:** GUAM PROJECT     **Ref.#2:**
**Payor:** Recipient     **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 27.50% to this shipment.

| | | | | |
|---|---|---|---|---|
| Tracking ID | 863937585814 | **Sender** | **Recipient** | |
| Service Type | FedEx Intl Priority | JACK TUCK I N | LONELLE | |
| Package Type | FedEx Envelope | GBB INC | GBB CORPORATE OFFICE | |
| Orig./Dest. | GUM/ZFO | 352 ARROWHEAD CT | 8550 ARLINGTON BLVD | |
| Zone | B | GUM GU | SUITE 203 | |
| Packages | 1 | | FAIRFAX/SW/032 107 E34 VA 22031 US | |
| Rated Weight | 0.5 lbs | | | |
| Delivered | Aug 27, 2008 09:45 | | | |
| Signed by | R.PAT | Transportation Charge | | 28.00 |
| FedEx Use | G0022/GU0010/_ | Fuel Surcharge | | 7.01 |
| **Customs** | | Drop Off Discount | | -2.50 |
| Entry Date | Aug 26, 2008 | **Total Transportation Charges** | USD | $32.51 |

| | | |
|---|---|---|
| **GUAM PROJECT Reference Subtotal** | **USD** | **$32.51** |
| **Total FedEx Express** | **USD** | **$32.51** |



The UPS Store - #3348
330 Franklin Rd.
Suite 135A
Brentwood, TN 37027
(615) 661-9606

08/23/08  12:19 PM

We are the one stop for all your
shipping, postal and business needs.

**Present Receipt for Special:**
**$.29 Color Copies**

001 008002 (022)        TO $   8.00
  Priority Mail Flat

                SubTotal  $   8.00
                   Total  $   8.00

                    VISA  $   8.00
ACCOUNT NUMBER *        ***********3583

Receipt ID 8290066291294088866 001 Items
CSH: SHELIAH          Tran: 2374 Reg: 002

To track your packages, please visit
    www.TheUPSstore.com

Whatever your business and personal
needs, we are here to serve you.

*Letter to Governor Camacho*

---

The UPS Store - #3348
330 Franklin Rd.
Suite 135A
Brentwood, TN 37027
(615) 661-9606

08/05/08  01:17 PM

We are the one stop for all your
shipping, postal and business needs.

**Present Receipt for Special:**
**$.29 Color Copies**

001 008000 (022)        TO $  27.50
  Express Mail
  Tracking# E0027052545US

                SubTotal  $  27.50
                   Total  $  27.50

                    VISA  $  27.50
ACCOUNT NUMBER *        ***********3583

Receipt ID 8390066236460588266 001 Items
CSH: Megan            Tran: 7849 Reg: 001

To track your packages, please visit
    www.TheUPSstore.com

Whatever your business and personal
needs, we are here to serve you.





**GBB**

SOLID WASTE
MANAGEMENT
CONSULTANTS

Exhibit II

U.S. Federal District Court of Guam
Chief Judge
520 West Soledad Avenue
Hagåtña, Guam 96910

September 18, 2008

cc: Attorney General
c/o Assistant Pat Mason

RE: Invoice for Services        Inv No. 08-09-2364        Job No. 07066-02

| | |
|---|---|
| **PERIOD:** | Activity from August 1, 2008 through August 31, 2008 |
| **CLIENT REFERENCE:** | **Order Re: Appointment of Receiver, Case 1:02-cv-00022 filed March 17, 2008** and ordered by the Chief Judge for the U.S. Federal District Court of Guam |
| **DESCRIPTION:** | Pursuant to the Consent Decree, GBB, acting as Receiver for the District Court of Guam, will enforce the terms of the Consent Decree, and assume all of the responsibilities, functions, duties, powers and authority of the Solid Waste Management Division of the Department of Public Works ("DPW"), and any and all departments, or other divisions of the DPW insofar as they affect the Government of Guam's compliance with the Consent Decree; Out-of-pocket expenditures related to emergency purchases of parts and supplies necessary for equipment maintenance for Guam's Solid Waste Division |
| **GBB Federal ID#:** | 52-1189668 |

| Payments Received To Date | Invoiced But not Received | Current Progress Amount |
|---|---|---|
| $ 3,275.25 | $ 0 | $ 2,695.19 |

**Expenses**

| | | |
|---|---|---|
| Emergency Maintenance (1 – 8) | $ 2,450.17 | |
| Fee on Expenses @ 10% | 245.02 | |
| **Total Expenses** | | $ 2,695.19 |

**TOTAL AMOUNT DUE GBB FOR THIS PERIOD** . . . . . . . . . . . . . . . . . . **$ 2,695.19**

Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Suite 203
Fairfax, Virginia 22031-4620
(703) 573-5800  FAX (703) 698-1306
E-MAIL: gbb@gbbinc.com
Printed on recycled paper

Payments should be executed via wire transfers using the following information:

Bank Account Name:        Gershman, Brickner & Bratton, Inc., General Account

Local Branch Address:     Bank of America, 8212 Lee Highway, Merrifield, VA 22031

Bank Account Number:

Bank Routing Number for incoming wires:

Swift Code (if needed):

# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

| Project ID: | 07066:02 |
|---|---|
| Project Name: | US District Court - Emergency Purchases for SWD |
| Manager: | HWG |
| Client ID: | 07066 |

| ELDATE | PROJECTID |
|---|---|
| 8/1/2008 to 8/31/2008 | 07066:02 to 07066:02 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 8/5/2008 | Miscellaneous Expense<br>Emergency parts for light duty vehicle - 98' Montero | 1.00 | $70.83 | $70.83 | 0.00 | $70.83 | Billable |
| 8/5/2008 | Miscellaneous Expense<br>Digital Camera for collection supervisors | 1.00 | $222.70 | $222.70 | 0.00 | $222.70 | Billable |
| 8/7/2008 | Miscellaneous Expense<br>Marking paint for route collection home ID | 1.00 | $85.70 | $85.70 | 0.00 | $85.70 | Billable |
| 8/7/2008 | Miscellaneous Expense<br>USB wireless Internet devices for 2 Ordot PC's | 1.00 | $96.32 | $96.32 | 0.00 | $96.32 | Billable |
| 8/8/2008 | Miscellaneous Expense<br>Counters for route audits | 1.00 | $122.44 | $122.44 | 0.00 | $122.44 | Billable |
| 8/14/2008 | Miscellaneous Expense<br>Truck Part and Packer Shop Misc parts and supplies | 1.00 | $214.00 | $214.00 | 0.00 | $214.00 | Billable |
| 8/14/2008 | Miscellaneous Expense<br>3800 PSI pressure washer for Packer Shop,<br>Extra oil for washer | 1.00 | $1,002.98 | $1,002.98 | 0.00 | $1,002.98 | Billable |
| 8/19/2008 | Miscellaneous Expense<br>4 - Truck Batteries for packer | 1.00 | $448.72 | $448.72 | 0.00 | $448.72 | Billable |
| 8/28/2008 | Miscellaneous Expense<br>Emergency Parts for Packer Truck<br>Hydrolic Hose and fittings | 1.00 | $186.48 | $186.48 | 0.00 | $186.48 | Billable |

| | | |
|---|---|---|
| Sum of Billable Expenses: | $2,450.17 | $2,450.17 |
| Billable + Non-Billable Total: | $2,450.17 | $2,450.17 |

TRIPLE J MOTORS-HONDA
BANK OF GUAM
TAMUNING, GUAM
(671) 646-9126

07066:02
*Emergency* 3K15

BATCH No. : 000098
TERMINAL ID : 11020691
CARD : AMEX
CARD No. : XXXXXXXXXX1023 / Swiped

PREF No. : 0057
INVOICE : 000774
TRANS. : CREDIT CARD SALE

AMOUNT $ 70.83

Tran Date/Time : 08/05-08 10:27:35
APPROVAL : 508056

Customer Copy

Thank you!

10% HANDLING CHARGE ON PARTS RETURNED
ORIGINAL INVOICE MUST BE PRESENTED
NO RETURNS AFTER 7 DAYS AFTER DATE OF
PURCHASE. NO RETURNS ON ELECTRICAL
PARTS. THANK YOU. 648-6038

---

MOTORS
TION
RPS DRIVE
M 96913
0 • FAX (671) 649-3679

| DATE SHIPPED | INVOICE DATE | INVOICE NUMBER | |
|---|---|---|---|
| 05 AUG 08 | 05 AUG 08 | 147279 | 10:25 |

PAGE 1 OF 1

S
H
I
P
T
O

P19

| TERMS | | | F.O.B. |
|---|---|---|---|
| CASH | | | TAMUNING, GU |

L. TADEO

| DESCRIPTION | LIST | NET | AMOUNT |
|---|---|---|---|
| | 70.83 | 70.83 | 70.83 |

PARTS    Thank You For Your Business!

| PARTS | 70.83 |
|---|---|
| SUBLET | |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| TOTAL | $70.83 |

CUSTOMER COPY

THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ALL IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR THE PARTICULAR PURPOSE, AND THE SELLER NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF THESE PARTS.

10% HANDLING CHARGE ON ALL PARTS RETURNED FOR CREDIT. NO RETURNS ACCEPTED UNLESS ORIGINAL INVOICE IS PRESENTED. NO RETURNS ACCEPTED AFTER 7 DAYS FROM DATE OF PURCHASE. NO RETURNS ACCEPTED ON ELECTRICAL ITEMS. NO RETURN/CANCELLATION ON SPECIAL ORDER PARTS.

07066:02
*Digital Camera*
*For Collection Supervise*

MEGABYTE GUAM
720 SOUTH MARINE DR.
TAMUNING, GUAM 96913
(671) 649-9698

Merchant ID: 000010319161
Term ID: 19161375                    Ref #: 0001

## Sale

XXXXXXXXXXX1029
AMEX                    Entry Method: Swiped

Total:              $       222.70

08/05/08                         09:52:44
Inv #: 000001          Appr Code: 506406
Apprvd: Online            Batch#: 000952

Customer Copy
THANK YOU!

(4)

07066;02
USB Internet
FOR OROOT

MEGABYTE GUAM
720 SOUTH MARINE DR.
TAMUNING, GUAM 96913
(671) 649-9698

Merchant ID: 000010319161
Term ID: 19161375          Ref #: 0022

Sale

XXXXXXXXXXX1029

AMEX                Entry Method: Swiped

Total:              $      96.32

08/07/08                   15:21:36
Inv #: 000022      Appr Code: 533195
Apprvd: Online      Batch#: 000956

Customer Copy
THANK YOU!



*(handwritten, circled)* 5

07066:02
ROUTE COUNTERS

**BANK OF GUAM**
~~THE PEOPLE'S BANK~~

## NATIONAL OFFICE SUPPLY

BARRIGADA, GUAM    #1
(671) 734-0312

BATCH No.      : 000088
TERMINAL ID    : 11803001
CARD           : AMEX
CARD No.       : XXXXXXXXX1029 / Swiped
RREF No.       : 2142
INVOICE        : 001951
TRANS.         : CREDIT CARD SALE

AMOUNT    :         $    122.44

Tran Date/Time  : 08/08/08    11:46:43
APPROVAL       : 591357

Customer Copy

Thank you!

*(handwritten)* Per Diem 07066:02

JEFF B. BRAFF LOVE
CITIBANK N.A.

TERMINAL ID:              00000008
MERCHANT #:        8000250561213279
AMEX - CARD SWIPE
***********1029
SALE
INVOICE: 567289    BATCH: 00002
DATE: AUG 02 06    TIME: 15:14
AUTH No: 574516

BASE
TIP                    *16.59*

TOTAL

**CUSTOMER COPY**

*(handwritten)* 07066:0? Per Diem

---

07066:02
PAINT FOR STREET
MARKING FOR COLLECTION

A Tamvy Group

8/07/08  2:51PM FS          570 SALE
--------------------------------------
793988        18    EA    5.29 EA  N
*RED/ORANGE MARKING PAINT        95.22

SUB-TOTAL:     95.22    TAX:
DISCOUNT:      -9.52    TOTAL:       85.70
                       BC AMT:     $85.70

BK CARD#: XXXXXXXXXXX1029
ID:  300001746206
AUTH: 574292
Host reference #:936089  Bat#000
SWIPED
CARD TYPE:AM EXPRESS    EXPR:XXXX

==>> JRNL#J36089                    <<==
     CUST # *1    / 30

THANK YOU JL  TUCKER
FOR YOUR PATRONAGE

Name: X_____

I agree to pay above total amount
according to card issuer agreement
(merchant agreement if credit voucher)
         Customer Copy

07066.02
EMERGENCY Purchase



## BANK OF GUAM
THE PEOPLE'S BANK

## NAPA AUTO PARTS

ROUTE 16 HARMON, GUAM 96929
(671) 637-7844

| | | |
|---|---|---|
| BATCH No. | : 000455 | |
| TERMINAL ID | : 01150763 | 1:27 |
| CARD | : AMEX | |
| CARD No. | : XXXXXXXXXX1029 / Swiped | |
| RREF No. | : 7.994 | -tal |
| INVOICE | : 002230 | 4.77 |
| TRANS. | : CREDIT CARD SALE | |
| AMOUNT | : $ 214.98 | 7.40 |

Tran Date/Time : 08-14-08    11:19:23
APPROVAL    .: 5663488

7.40

Customer Copy

Thank you!

7.40

| | | | |
|---|---|---|---|
| ATC-20 FUSE BK 782-1110 | 10 | 0.74 | 7.40 |
| ATC-25 FUSE BK 782-1111 | 10 | 0.74 | 7.40 |
| 11OZ SPRAY WD 10011 | 3 | 4.921 | 14.76 |
| BRAKLEEN AEROSOL CRC 051314CA | 3 | 5.00 | 15.00 |
| GAL SIMPLE GREEN SG 56140 | 1 | 17.471 | 17.47 |

Subtotal          214.00
Tax 0%              0.00

## TOTAL DUE 214.00
[CASH]
1750 ROUTE 16
DEDEDO, GUAM 96929
637-NAPA

RECEIPT REQUIRED
FOR RETURNS

WARRANTY INFORMATION
AVAILABLE
ON REQUEST

<< CUSTOMER COPY >>

---

07066.02
EMERGENCY Purchase
Pressure Washer

## THE HOME DEPOT 1710
295 CHALAN PASAHERU
TAMUNING, GU 96913 (671)6480440

SALE          1710 00008 08691      08/14/08
                11 JVA6OJ      11:50 AM



1641

| | |
|---|---|
| 885911057233 3800 PSI PW <A> | 999.00 |
| 037049927876 20 OZ OIL <B> | |
| 201.99 | 3.98 |
| SUBTOTAL | 1002.98 |
| SALES TAX | 0.00 |
| TOTAL | $1002.98 |
| XXXXXXXXXXX1029 AMEX | 1002.98 |
| AUTH CODE 562732/408C181 | TA |



# GOPEZ CORPORATION dba Diamond Auto Parts
P.O. Box 20327 GMF, GUAM 96921

**Harmon Industrial Park**
South Finegayan Lane
649-4234, 649-4235
646-0507, 646-0508

**DEDEDO Branch**
Marine Drive
637-9616, 637-9626
632-7715

**ANIGUA Branch**
Marine Drive
472-2231, 477-8402
477-6327

PAGE 1 OF 1

C  GUAM DEPT OF PUBLIC WORKS
PO BOX 884
AGANA GUM 96910 482-8085 JESS
646-3149 LAR /475-1144 ANITA

INV.# 54324
CUST.# 4155
DATE 08/20/08
P/O# CASH

07066.02
Emergency Purchase

CASH SALE Wed Aug 20 10:34:22 2008

| ITEM | QTY | MFR-PART NUMBER | DESCRIPTION | LIST PRICE | CORE VALUE | UNIT PRICE | ITEM TOTAL |
|---|---|---|---|---|---|---|---|
| 1 | | 4BAT-MF31S-HD | STUD POST | 14023 | 0 | 11218 T | 44872 |
| | | Cash | 448.72 | | | | |
| | | AMOUNT TENDERED 448.72 | CHANGE DUE | 0.00 | | | |

Diamond Auto Parts

| NOTE | | NON TAXABLE | CORE | TAXABLE | TAX % | TAX$ | TOTAL SALE |
|---|---|---|---|---|---|---|---|
| RECEIVED BY: | | 0 | 0 | 44872 | 0.000 | 0 | 44872 |

PLEASE PAY THIS AMOUNT

Thank You!

07066.02

EMERGENCY PARTS



HYDRA AIR PACIFIC GUAM
209 E HARMON INDUST PK
TAMUNING 9691, GU 96911

TERMINAL ID:          001172840
MERCHANT 5:           1520024555

AMEX
Hxxxxxxxxxxxxx1029
SALE
BAICH: 000268        INVOICE: 060588
DATE: AUG 29, 08        TIME: 08:59
                    AUTH NO: 571871

TOTAL        $186.48

CUSTOMER COPY

# INVOICE

**209 E. HARMON INDUSTRIAL PARK RD. UNIT 1E-A HARMON, GU 96913**

PHONE: 671-649-5843
671-649-5844
FAX: 671-649-5861

| Invoice No. | 0018339-00 |
|---|---|
| Invoice Date | 08/29/08 |
| Order # | 00001978 |
| Account # | CASH02 |
| P/O # | 0 |
| Salesperson | Freddy |

## Ship To
**DPW/GBB**

Ph: ( ) -          Fax: ( ) -
Ph: ( ) -          Fax: ( ) -

| Order Date | Ship Date | Ship Via | F.O.B. | Terms | Job # | Job Name | Pg# |
|---|---|---|---|---|---|---|---|
| 08/28/08 | 08/28/08 | PICKUP | | NET 30 | | | 1 |

| Item # | Description | Ordered | Shipped | B/O | U/M | Tx | Unit Price | Total |
|---|---|---|---|---|---|---|---|---|
| NRP 1312-16 | SAE 100R12 BLK COVER HOSE | 7.50 | 7.50 | 0.00 | Ft | Ntx | 11.6483 | 87.36 |
| DAY BW16-16FJ | JIC FEMALE HOSE FTG <616-1W-616> (20) <GW09 16X16> | 2.00 | 2.00 | 0.00 | Ea | Ntx | 33.4620 | 66.92 |
| ASS Y-FM | ASSEMBLY | 0.35 | 0.35 | 0.00 | Ea | Ntx | 92.0100 | 32.20 |

Ref# P/O# 0

Print_____

Signature                    Date

| | |
|---|---|
| Sub-Total | 186.48 |
| Discount | 0.00 |
| Freight | 0.00 |
| COD/Insu/Misc. | 0.00 |
| Tax (TE) | 0.0 |
| **Invoice Total** | 186.48 |
| Deposit Taken | 0.0 |
| **Balance Due** | 186.4 |

08/29/08 @ 08:58:56      FM*    FM



**GBB**

SOLID WASTE
MANAGEMENT
CONSULTANTS

Exhibit III

U.S. Federal District Court of Guam
Chief Judge
520 West Soledad Avenue
Hagåtña, Guam 96910

September 18, 2008

cc: Attorney General
c/o Assistant Pat Mason

RE: Invoice for Services          Inv No. 08-09-2365          Job No. 07066-03

| | |
|---|---|
| **PERIOD:** | Activity from June 1, 2008 through July 31, 2008 |
| **CLIENT REFERENCE:** | **Order Re: Appointment of Receiver, Case 1:02-cv-00022 filed March 17, 2008** and ordered by the Chief Judge for the U.S. Federal District Court of Guam |
| **DESCRIPTION:** | Pursuant to the Consent Decree, GBB, acting as Receiver for the District Court of Guam, will enforce the terms of the Consent Decree, and assume all of the responsibilities, functions, duties, powers and authority of the Solid Waste Management Division of the Department of Public Works ("DPW"), and any and all departments, or other divisions of the DPW insofar as they affect the Government of Guam's compliance with the Consent Decree; **Monthly Gross Receipts Tax reimbursement** |
| **GBB Federal ID#:** | 52-1189668 |

| Payments Received To Date | Invoiced But not Received | Current Progress Amount |
|---|---|---|
| $ 11,127.46 | $ 0 | $ 8,746.33 |

**Expenses**

Gross Receipts Tax – June and July (1 – 3)          $ 8,746.33

                                    **Total Expenses**          $ 8,746.33

**TOTAL AMOUNT DUE GBB FOR THIS PERIOD** . . . . . . . . . . . . . . . . . . **$  8,746.33**

Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Suite 203
Fairfax, Virginia 22031-4620
(703) 573-5800  FAX (703) 698-1306
E-MAIL:  gbb@gbbinc.com
Printed on recycled paper

Payments should be executed via wire transfers using the following information:

Bank Account Name: Gershman, Brickner & Bratton, Inc., General Account

Local Branch Address: Bank of America, 8212 Lee Highway, Merrifield, VA 22031

Bank Account Number:

Bank Routing Number for incoming wires:

Swift Code (if needed):



DEPARTMENT OF
# REVENUE AND TAXATION
GOVERNMENT OF GUAM

FORM **GRT**

MONTHLY GROSS RECEIPTS, USE, OCCUPANCY, LIQUID FUEL, AUTOMOTIVE SURCHARGES, TOBACCO AND ALCOHOLIC
BEVERAGES TAX RETURN

| NAME OF LICENSEE | MONTH ENDING | [X] ORIGINAL RETURN |
|---|---|---|
| GERSHMAN, BRICKNER & BRATTON, INC. | 06  2008 | [ ] AMENDED RETURN |

DOING BUSINESS AS

| | TYPE OF FIRM | |
|---|---|---|
| ADDRESS | [ ] SOLE PROP. | [ ] PARTNERSHIP | [X] CORPORATION |
| STE 203 ARLINGTON BLVD | EIN/SSN | ACCOUNT NO. |
| FAIRFAX        , VA | | |
| 22031-0000 | METHOD OF REPORTING | TELEPHONE NO. |
| | [X] CASH [ ] ACCRUAL [ ] OTHER | 649-3800 |

[ ] Election under 11 GCA Section 26201(c), (VISIBLE GRT)  [If the election is applicable only to specific activities, please attach a list of these activities.]

| SCHEDULES | BUSINESS ACTIVITY OR KIND OF TAX | (A) GROSS RECEIPT VALUE OR QUANTITY | (B) EXEMPTION OR DEDUCTION | (C) ...BLE AMOUNT VALUE ...QUANTITY | ...TES | (E) TAX DUE |
|---|---|---|---|---|---|---|
| (1) GROSS RECEIPTS TAX | 1. WHOLESALING | | | | | |
| | 2. RETAILING | | | | 4% | |
| | 3. SERVICE | 0.00 | 0.00 | 0.00 | 4% | 0.00 |
| | 4. RENTAL REAL PROP. | | | | 4% | |
| | 5. RENTAL OTHERS | | | | 4% | |
| | 6. PROFESSION | | | | 4% | |
| | 7. COMMISSION | | | | 4% | |
| | 8. INSURANCE PREMIUM | | | | 4% | |
| | 9. CONTRACTING (LOCAL) | | | | 4% | |
| | 10. CONTRACTING (US) | | | | 4% | |
| | 11. INTEREST | | | | 4% | |
| | 12. AMUSEMENT | | | | 4% | |
| | 13. OTHERS | | | | 4% | |
| | 14. GRT TOTAL | | | | 4% | |
| (2) USE TAX | 15. IMPORTATION | | | | 4% | |
| | 16. LOCAL PURCHASES | | | | 4% | |
| | 17. INVENTORY USED | | | | 4% | |
| | 18. USE TAX TOTAL | | | | | |
| (3) OCCUPANCY | 19. HOTEL/MOTEL | | | | see item 9 on reverse side    11% | |
| | 20. OTHERS | 0.00 | 0.00 | 0.00 | see item 9 on reverse side    10% | 0.00 |
| | 21. OCCUPANCY TOTAL | | | | | |
| (4) LIQUID FUEL TAX & AUTOMOTIVE SURCHARGES | 22. DIESEL FUEL | | | | $0.10 w/ gal | |
| | 23. SURCHARGE | | | | $0.04 w/ gal | |
| | 24. GASOL... | | | | $0.11 w/ gal | |
| | 25. SUP... ...RGE | | | | $0.04 w/ gal | |
| | 26. ...RS | | | | $0.11 w/ gal | |
| | 2... ...HA'... | | | | $0.04 w/ gal | |
| | 28. CO... ...AL AV... ...ON | | | | $0.04 w/ gal | |
| | 29. L.F.T. &... | | | | | |
| (5) TOBACCO TAX | 30. CIGARETTES | | | | $5.00 w/ 100 | |
| | 31. CIGARS (Mini) Eff. March 24, 2000 | | | | $0.20 w/ Cigar | |
| | 32. CIGARS (Standard) Eff. Ma... 24, 2000 | | | | $0.22 w/ Cigar | |
| | 33. CIGARS (Large) Eff. March 2... | | | | $0.25 w/ Cigar | |
| | 34. CIGARS ... ...f. March 24, 200... | | | | $0.22 w/ Cigar | |
| | 35. CIGA... ...rior to Mar... | | | | 40% of Cost | |
| | 36. OTH... (Other Tob... ...Prod...) | | | | | |
| | 37. TOB... ...TAX TOTAL | | | | $3.50 w/ lb. | |
| (6) ALCOHOLIC BEVERAGES | 38. DISTILL... | | | | $18.00 w/ gal. | |
| | 39. VINOUS BEVERAGES | | | | $4.95 w/ gal. | |
| | 40. MALTED FERMENTED | | | | $0.07 w/ 12 oz | |
| | 41. ALCOHOLIC BEVERAGES TOTAL | | | | | |

| | | |
|---|---|---|
| Under the penalties of perjury, I declare that I have examined this return, | 42. TAX DUE - Column (E); Lines 14, 18, 21, 29, 37 and 41 | 0.00 |
| including accompanying schedule and statements, and to the best of | 43. PENALTY | 0.00 |
| my knowledge and belief is true, correct and complete. If prepared by | 44. INTEREST | 0.00 |
| a person other than taxpayer, his declaration is based on all information | 45. CREDIT OR ADJ. | 0.00 |
| of which he has any knowledge. | 46. BALANCE TAX DUE | |
| SIGNATURE (TAXPAYER OR AUTHORIZED AGENT)  [ E-Filed via GuamTax.com ] | DATE | 24 Jul 2008 |

DEPARTMENT OF REVENUE AND TAXATION

FORM GRT (April 2001)

DEPARTMENT OF
**R E V E N U E   A N D   T A X A T I O N**
GOVERNMENT OF GUAM



**FORM GRT**

MONTHLY GROSS RECEIPTS, USE, OCCUPANCY, LIQUID FUEL, AUTOMOTIVE SURCHARGES, TOBACCO AND ALCOHOLIC
BEVERAGES TAX RETURN

| NAME OF LICENSEE | MONTH ENDING | |
|---|---|---|
| GERSHMAN, BRICKNER & BRATTON, INC. | 07  2008 | [ X ] ORIGINAL RETURN  [  ] AMENDED RETURN |
| DOING BUSINESS AS | | |

| ADDRESS | TYPE OF FIRM |
|---|---|
| STE 203 ARLINGTON BLVD | [  ] SOLE PROP.     [  ] PARTNERSHIP     [X] CORPORATION |
| FAIRFAX              , VA | EIN/SSN                          ACCOUNT NO. |
| 22031-0000 | |
| | METHOD OF REPORTING                TELEPHONE NO. |
| | [X] CASH  [  ] ACCRUAL  [  ] OTHER     649-3800 |

[ ] Election under 11 GCA Section 26201(c).  (VISIBLE GRT)  [If the election is applicable only to specific activities, please attach a list of these activities.]

| SCHEDULES | BUSINESS ACTIVITY OR KIND OF TAX | (A) GROSS RECEIPT VALUE OR QUANTITY | (B) EXEMPTION OR DEDUCTION | (C) ...LE AMOUNT VALUE ...QUANTITY | ...TES | (E) TAX DUE |
|---|---|---|---|---|---|---|
| | 1. WHOLESALING | | | | | |
| | 2. RETAILING | | | | | |
| | 3. SERVICE | 211,158.24 | 0.00 | 211,158.24 | 4% | 8,446.33 |
| | 4. RENTAL REAL PROP. | | | | 4% | |
| | 5. RENTAL OTHERS | | | | 4% | |
| **(1)** | 6. PROFESSION | | | | 4% | |
| **GROSS** | 7. COMMISSION | | | | 4% | |
| **RECEIPTS** | 8. INSURANCE PREMIUM | | | | 4% | |
| **TAX** | 9. CONTRACTING (LOCAL) | | | | 4% | |
| | 10. CONTRACTING (US) | | | | 4% | |
| | 11. INTEREST | | | | 4% | |
| | 12. AMUSEMENT | | | | 4% | |
| | 13. OTHERS | | | | 4% | |
| | 14. GRT TOTAL | | | | | |
| **(2)** | 15. IMPORTATION | | | | 4% | |
| **USE TAX** | 16. LOCAL PURCHASES | | | | 4% | |
| | 17. INVENTORY USED | | | | 4% | |
| | 18. USE TAX TOTAL | | | | | |
| **(3)** | 19. HOTEL/MOTEL | | | | see item 9 on reverse side    11% | |
| **OCCUPANCY** | 20. OTHERS | 3,000.00 | 0.00 | 3,000.00 | see item 9 on reverse side    10% | 300.00 |
| | 21. OCCUPANCY TOTAL | | | | | |
| **(4)** | 22. DIESEL FUEL | | | | $0.10 @ gal | |
| **LIQUID** | 23. SURCHARGE | | | | $0.04 @ gal | |
| **FUEL TAX** | 24. GASOLINE | | | | $0.11 @ gal | |
| **&** | 25. SURCHARGE | | | | $0.04 @ gal | |
| **AUTOMOTIVE** | 26. ...ERS | | | | $0.11 @ gal | |
| **SURCHARGES** | 2... ...HA... | | | | $0.04 @ gal | |
| | 28. CO... ...AL AV... ...N | | | | $0.04 @ gal | |
| | 29. L. F. T. & ... | | | | | |
| **(5)** | 30. CIGARETTES | | | | $5.00 @ 100 | |
| **TOBACCO** | 31. CIGARS (Mini) Eff. March 24, 2000 | | | | $0.20 @ Cigar | |
| **TAX** | 32. CIGARS (Standard) Eff. Ma... ...4, 2000 | | | | $0.22 @ Cigar | |
| | 33. CIGARS (Large) Eff. March... | | | | $0.25 @ Cigar | |
| | 34. CIGARS ... March 24, 200... | | | | $0.22 @ Cigar | |
| | 35. CIGA... ...rior to Mar... | | | | 40% of Cost | |
| | 36. OTH... ...Other To... ...Prod.) | | | | $3.50 @ lb. | |
| | 37. TOB... ...TAX TOTAL | | | | | |
| **(6)** | 38. DISTILL... | | | | $18.00 @ gal. | |
| **ALCOHOLIC** | 39. VINOUS BEVERAGES | | | | $4.95 @ gal. | |
| **BEVERAGES** | 40. MALTED FERMENTED | | | | $0.07 @ 12 oz | |
| | 41. ALCOHOLIC BEVERAGES TOTAL | | | | | |

| | | |
|---|---|---|
| Under the penalties of perjury, I declare that I have examined this return, including accompanying schedule and statements, and to the best of my knowledge and belief it is true, correct and complete.  If prepared by a person other than taxpayer, his declaration is based on all information of which he has any knowledge. | 42.  TAX DUE - Column (E), Lines 14, 18, 21, 29, 37 and 41 | 8,746.33 |
| | 43.  PENALTY | 0.00 |
| | 44.  INTEREST | 0.00 |
| | 45.  CREDIT OR ADJ. | 0.00 |
| | 46.  BALANCE TAX DUE | 8,746.33 |

| SIGNATURE (TAXPAYER OR AUTHORIZED AGENT)   [ E-Filed via GuamTax.com ] | DATE    7 Aug 2008 |
|---|---|

DEPARTMENT OF REVENUE AND TAXATION

FORM GRT (April 2002)

| | |
|---|---|
| **From:** | PINADM@MAIL.GOV.GU |
| **Sent:** | Thursday, August 14, 2008 1:59 PM |
| **To:** | Jim Plutino |
| **Subject:** | HERE IS YOUR CONFIRMATION RECEIPT |

```
TREASURER OF GUAM
(671)475-1122/(671)475-1105

RECEIPTNO: 2008041262
DATE: 8/15/2008 3:57:16 AM
LOCATION: GUAMPAY.com
USERID: gbb8550
PAY METHOD: CREDIT CARD/Visa
CARD NO: xxxx-xxxx-xxxx-5907
AUTHNO: 05579C
AMOUNT: 8,748.27


----------------------------------------
REFERENCE NO: 200800845
DOCUMENT NO: 200800845
TAX TYPE: A/R TAXES
TAX YEAR: 2008
AMOUNT: 0.44
----------------------------------------
REFERENCE NO: 200800845
DOCUMENT NO: 200800845
TAX TYPE: A/R TAXES
TAX YEAR:
AMOUNT: 1.50
----------------------------------------
REFERENCE NO: 200800845
DOCUMENT NO: 200800845
TAX TYPE: A/R TAXES
TAX YEAR:
AMOUNT: 8,746.33
----------------------------------------
```

Less penalties not charged (1.94)

$ 8,746.33