# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>GOVERNMENT OF GUAM,<br><br>  Defendant. | CIVIL CASE NO. 02-00022<br><br>**ORDER RE: STAY** |
| GOVERNMENT OF GUAM,<br><br>  Plaintiff,<br><br>vs.<br><br>1,348,474 SQUARE METERS etc. *et al.*,<br><br>  Defendants. | SUPERIOR COURT OF GUAM<br>CIVIL CASE NO. CV 0084-08<br><br>**ORDER RE: STAY** |

This matter came before the court on a hearing for the Motion for Declaratory Relief on November 6, 2008. At the hearing, the Superior Court of Guam Staff Attorney represented to the court that if the temporary stay in the pending Superior Court of Guam case were lifted, the issuance of a decision would be "imminent."

Accordingly, the court **HEREBY ORDERS** that:

1. Due to the representations made at the hearing, the temporary stay in *Government of Guam v. 1,348,474 Square Meters etc., et al.*, Superior Court of Guam Case No. CV 0084-08, is hereby lifted.

2. If, however, the Superior Court decision is not filed by close of business on Friday, November 7, 2008, the temporary stay shall immediately be reinstated and the landowners shall file briefs addressing the merits of the condemnation case.  Such briefs shall be due by close of business on Wednesday, November 12, 2008, and a hearing shall be held on Friday, November 14, 2008, at 10:00 a.m.

3. Furthermore, it was represented to this court that the Guam Land Use Commission ("GLUC") has requested the final hydrogeological report on the Layon site, the site selected by the Government of Guam and the United States as the location for the new landfill.  Accordingly, the Guam Environmental Protection Agency and the United States Environmental Protection Agency are **HEREBY ORDERED** to give the highest priority to the hydrogeological report, to include submission of comments and review of the drafts, in order that the GLUC receive the final draft before its next meeting.

**IT IS SO ORDERED**.



/s/ Frances M. Tydingco-Gatewood
      Chief Judge
**Dated: Nov 06, 2008**