# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GOVERNMENT OF GUAM,<br><br>Defendant. | CIVIL CASE NO. 02-00022<br><br>**ORDER RE: STAY** |
| GOVERNMENT OF GUAM,<br><br>Plaintiff,<br><br>vs.<br><br>1,348,474 SQUARE METERS etc. *et al.*,<br><br>Defendants. | SUPERIOR COURT OF GUAM<br>CIVIL CASE NO. CV 0084-08<br><br>**ORDER RE: STAY** |

On November 6, 2008 this matter came before the court on the Motion for Declaratory Relief. At the hearing, the Superior Court of Guam Staff Attorney was permitted to address this court as to the status of the case in *Government of Guam v. 1,348,474 Square Meters etc., et al.*, Superior Court of Guam Case No. CV 0084-08. At that time counsel for the Superior Court represented that if this court lifted the stay, a ruling by the Superior Court Judge was "imminent." In fact, counsel stated that the judge "was reviewing his draft as we speak and he [Superior Court Judge] authorized me to tell you that." Based on this representation, the court lifted the stay to permit the Superior Court Judge to issue his ruling by close of business on November 7, 2008. The

court acknowledges that additional time may be necessary for the Superior Court Judge to review the matters involved and issue his ruling. In light of this and in the interest of judicial efficiency, the court hereby vacates the briefing schedule and hearing date set forth in its prior order, and the stay remains lifted until further notice. *See* Docket No. 285.

**SO ORDERED.**



/s/ **Frances M. Tydingco-Gatewood**
    **Chief Judge**
**Dated: Nov 07, 2008**