

07066-01

HMSHOST
STARBUCKS COFFEE
HONOLULU INT'L AIRPORT

10032 ROLLIE

CHK 2303 SEP20'08 5:47PM GST

1 GRND FRAP VAN CR       4.65

SUBTOTAL              4.65
TAX                   0.22
AMOUNT PAID           4.87
CASH                 20.90
CHANGE DUE           16.03





# ADDENDUM TO LEASE

## RENEWAL OF LEASE CONTRACT:

We, **Jack Tucker and Harvey Gershman** , hereby renew our lease agreement on SUITE , , as follows:

TERM:        July 22, 2008 to October 21, 2008

RENT:        Rent will be $3,000.00 per month

UTILITIES:   All Utilities are inclusive in rental amount.

NOTICE OF TERMINATION:        Tenants who need to terminate this lease at an earlier date, due to military transfer order or company order, should inform long term office, _in writing_, of the final move out date whereby this date should comply with the thirty (30) day notice policy.

TERMS AND CONDITIONS:        Damages caused by a moving company crew shall be held under the tenant's responsibility. It is up to the tenant to deal with the moving company he/she hired in reimbursing any costs from damages. Also, Tenant will be charged for recharging of the fire extinguisher in the suite after the tenant's use. Recommended temperature in unit is to be 75-76 degrees. If there is mold growth in unit due to A/C unit being turned off or set higher than 76 degrees while unit is vacant more than 3 days or for setting being set higher than 76 degrees, tenant will be responsible for charges to clean unit of mold.

ALL OTHER TERMS AND CONDITIONS in the first contract for the period of May 22, 2008 to July 21, 2008 shall remain the same.

### ACCEPTANCE:

_____        _____        _____
Jack Tucker, Tenant                                     Date

_____
Harvey Gershman, Tenant                                 _____
                                                        Date

_____
DON H. PARK, General Manager                            7/18/08
                                                        Date

# Gershman, Brickner & Bratton, Inc

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

Project ID: **07066:01**
Project Name: **US District Court for Guam - Receivership**
Manager: **HWG**
Client ID: **07066**

C. LUND

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 9/1/2008 to 9/30/2008 | CL to CL | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 9/20/2008 | Mileage<br>Travel to and from Reagan International Airport using personal car. | 50.00 | $0.59 | $29.25 | 0.00 | $29.25 | Billable |
| 9/20/2008 | Plane<br>Continental flight 9/20-28/08. Confirmation number DF7MSK. | 1.00 | $6,449.66 | $6,449.66 | 0.00 | $6,449.66 | Billable |
| 9/21/2008 | Parking<br>Airport Parking Fee paid for car left at airport by Tucker who left earlier that day. | 1.00 | $12.00 | $12.00 | 0.00 | $12.00 | Billable |
| 9/22/2008 | Meals<br>meal/field supply | 1.00 | $4.68 | $4.68 | 0.00 | $4.68 | Billable |
| 9/23/2008 | Meals<br>meal - breakfast | 1.00 | $1.24 | $1.24 | 0.00 | $1.24 | Billable |
| 9/24/2008 | Meals<br>Lunch | 1.00 | $9.95 | $9.95 | 0.00 | $9.95 | Billable |
| 9/25/2008 | Meals<br>Lunch with Andersen - paid for both lunches. | 1.00 | $36.53 | $36.53 | 0.00 | $36.53 | Billable |
| 9/25/2008 | Meals<br>Breakfast | 1.00 | $3.48 | $3.48 | 0.00 | $3.48 | Billable |
| 9/27/2008 | Meals<br>Lunch | 1.00 | $3.99 | $3.99 | 0.00 | $3.99 | Billable |
| 9/28/2008 | Mileage<br>Return from Guam. Mileage for travel to and from Reagan International Airport with personal vehicle. | 50.00 | $0.59 | $29.25 | 0.00 | $29.25 | Billable |
| 9/28/2008 | Car Rental<br>Rental Car for 4 days, 9/24 to 9/27. | 1.00 | $98.80 | $98.80 | 0.00 | $98.80 | Billable |
| 9/28/2008 | Miscellaneous Travel Expenses<br>Gas purchase for rental car - filled up before returning to airport. | 1.00 | $43.09 | $43.09 | 0.00 | $43.09 | Billable |
| 9/30/2008 | Copy & Reproduction<br>Scan of 26 11x17 check prints with Lund comments to be sent to TG Engrs as a PDF file. | 1.00 | $27.03 | $27.03 | 0.00 | $27.03 | Billable |

Sum of Billable Expenses: **$6,748.95**   **$6,748.95**

Billable + Non-Billable Total: **$6,748.95**   **$6,748.95**





*(48)* *1/7*

**Continental Airlines**

Print your boarding pass
at **continental.com**
24 hours before your flight ✈

Issue Date: September 04, 2008

*07066-01*

## eTicket Itinerary and Receipt

### eTicket Confirmation: **DF7MSK**

| Day | Date | Flight/Class | Depart | Time | Arrive | Time | Equip | Meal |
|-----|------|--------------|--------|------|--------|------|-------|------|
| Sat | 9/20/2008 | CO 559 A | Washington-Reagan Natl | 6:00 AM | Houston-Bush Intl | 8:17 AM | 737-700 | Breakfast |
| Sat | 9/20/2008 | CO 7 D | Houston-Bush Intl | 10:50 AM | Tokyo-Narita | 2:20 PM | 777-200 | Lunch |
| Sun | 9/21/2008 | CO 7 C | Tokyo-Narita | 3:50 PM | Guam | 8:25 PM | 737-800 | Dinner |
| Sun | 9/28/2008 | CO 2 Z | Guam | 6:25 AM | Honolulu | 5:40 PM | 767-400 | Breakfast |
| Sat | 9/27/2008 | CO 72 J | Honolulu | 9:10 PM | Houston-Bush Intl | 9:55 AM | 767-400 | Snack |
| Sun | 9/28/2008 | CO 358 A | Houston-Bush Intl | 10:55 AM | Washington-Reagan Natl | 2:48 PM | 737-800 | Lunch |

| Traveler (1) | Frequent Flyer | eTicket Number | Seat(s) ↦ |
|--------------|----------------|----------------|-----------|
| LUND / CHRISTOPHERMR | | 0052171397948 | 3F/4L/4L/3L/4A/3F |

**Fare:** $6,373.00   **Combined Tax:** $76.66   **Per Person Total:** $6,449.66   **eTicket Total:** $6,449.66

**Method of Payment:** American Express XXXXXXXXXXXX6002

**Fare Rules:** Additional charges may apply for changes in addition to any fare rules listed. REFUNDABLE

↦ *Seats listed in flight order and subject to change*

### eTicket Travel Reminders

✛ Bring this eTicket Receipt along with photo identification to the ticket lobby for check-in

✛ The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger

✛ For up to the minute flight information call 1-800-784-4444 or try our free Flight Paging service at continental.com

✛ If flight segments are not flown in order, your reservation may be cancelled

✛ There is no need to call to reconfirm this reservation, if your travel plans change call 1-800-579-3959

✛ Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules above

✛ Flight boarding begins 35 to 50 minutes prior to departure, you must be at the boarding gate no later than 15 minutes prior to scheduled departure to retain your reservation

### IMPORTANT CONSUMER NOTICES

■ Your travel is subject to Continental's Contract of Carriage terms. The Contract is available at any CO ticketing facility, continental.com or by calling 1-800-525-0280. The Contract terms include rules about limits on liability for personal injury or death and for loss, damage, or delay of goods and baggage, check-in times, overbooking, security issues, reservations, denial of carriage, refunds, claims limits and restrictions, including time limitations for filing a claim or lawsuit, and schedule changes and irregularities.

■ On domestic flights, Continental's maximum liability limit for checked baggage is $3,000 USD per passenger and Continental excludes liability for all unchecked baggage. On international flights governed by the Warsaw Convention (including the domestic portions of the trip), maximum liability for checked baggage is approximately $640 USD per bag, and $400 USD per passenger for unchecked baggage. On international flights governed by the Montreal Convention (including domestic portions of the trip) maximum liability for baggage is 1,000 SDRs (approximately $1,460 USD) per passenger for checked and unchecked baggage. You can declare excess valuation on certain baggage at the airport, additional fees will apply. Continental excludes liability for fragile, valuable or perishable items carried in all baggage including jewelry, computers, cash, camera equipment and similar valuables. If any of these items are lost, damaged or delayed, you will not be entitled to any reimbursement.

*Lund*



07066-01

PACAIR PARKING MANAGEMENT SERVICES
TEL 671 649 0793
FAX 671 649 0942
SI YUUS MA ASE
THANK YOU

Ticket #:   91068085
IN:  9/21/2008 4:43:00 AM
OUT: 9/21/2008 8:52:15 PM

PARKING FEE:     $12.00

TOTAL:       $12.00
VALIDATION :    -$0.00
TENDERED:     $12.00
CHANGE:       $0.00

No.





07066-01

WELCOME TO SUPPE 07

New Adelup Mobil

671-472-2595
*** Phone ***

POS:  1          Transaction #:27062419
                 Tax Invoice #:712953
Store No.:  531                    PERLY
09/22/08   3:17:03 PM

1  GATORADE 32OZ.              2.29
1  RED BULL ENERGY            2.39

   Total $:                     4.68

   Cash                        20.68
   Change                      16.00

Thank You - Please Come Again Soon

INTERSTATE 76
ROUTE 06
GUAM

PURCHASE         SELF
...              GAL
...              $43.09

FULL TOTAL       $43.09

CUSTOMER SIGNATURE

THANK YOU

Hafa Adai
Shell Tumon
Ph: 649-7795

23-Sep-2008 05:29 POS:1 Aurie Mont#1392577

Java Jim Coffee SM            $1.24

CASH                          $1.24

TOTAL INVOICE                 $1.24
              Thank You.
           Have a Nice Day.
       Shell. The Station of Choice



STANLEE'S
DELI AND
LIQUOR STORE
TUMON, GUAM

09-24-2008 WED #0

*NO SALE *

STAN      4948 13:01TM

---

STANLEE'S
DELI AND
LIQUOR STORE
TUMON, GUAM

09-24-2008 WED #0

FRUIT JUICE      1.95
SODAS            1.00
SANDWICH         8.00
SANDWICH         7.25
SUBTL           18.20
CASH            18.20

ITEM  4
STAN      4949 13:12TM

$ 7.95



---

* * * Restaurant * * *
Capricciosa III Hagatna
Hagatna Shopping Center
Hagatna, Guam
671-472-1009
Date:         Sep25'08 01:25P
Card Type:    Visa/MC
Card #:       XXXXXXXXXXXX889
Exp Date:     XX-XX
Auth Code:    024736
            : 2154
            : 15/1
Server:       1046 Rebekah

Subtotal:            33.53

Tip: 3.00

Total: 36.53



Sign:

1st Copy

I agree to pay the total
according to my card issuer
agreement.

---

AIRPOR    123456
WELCOME TO SPPC
AIRPORT

AIRPORT 76
112.MARINE DR
TAMUNING          GU
DLR #   00247379

09/25/08    09:20
BONBONETES    $1.79T
NESTEA GRM-5  $1.69T
SUBTOTAL      $3.48
TOTAL         $3.48
CASH         $20.00

TL/NOTAX      $3.48
TAX PD        $0.00
CHANGE       $16.52
RECEIPT NO. 1-6802

CUSTOMER SIGNATURE
4% GRT INCLUDED

THANK YOU

---

SANTA RITA
STORE
TEL:565-9779

09-27-2008 SAT #2020

SOFT DRINK    1.99 F
GROCERY       2.00 F
TOTAL         3.99
CATEND       10.00
CHANGE        6.01

ITEM   2
101.     30a3 12:49TM

706601:01    C. Lund        

Certificate # _____

Coupon # _____

| UA Number/License Number | City/Mileage/Gas Level | Rental Date/Time/City | Due Back Date/Time/City | PLEASE NOTE: Gasoline must be replaced by renter to avoid a service charge, plus the cost of fuel on return. |
|---|---|---|---|---|
| APT2293 | 54900 | 09/24/08   7.07 APT | 09/28/08   4.00 APT | |
| LICENSE PLATE# | GAS OUT   8/8th | GAS IN   8/8th | | |

**RENTER INFORMATION:**
CHRISTOPHE    LUND

WOODBRIDGE        WA    22192
DLN  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             ST:WA
VN   40715000428744470         EXP.   5/11
023016 TK10962
AS PER BUDGET 1

LADERA TOWERS

I have DECLINED CDW _____
I have DECLINED PAI _____

ADDITIONAL DRIVER:

DL #              STATE:
                  EXP.

**RATE INFORMATION    FREE MILES**
| | |
|---|---|
| DAILY | 44.00 |
| WEEKLY | 264.00 |
| MONTHLY | 949.00 |
| OVERTIME | 12.00 |
| EXTRA MILES | |
| GAS | 7.000/GAL |
| DISCOUNT | 50.0% |

FACILITY CHARGE      .50/DAY

AIRPORT ACC. FEE    10.00%

DAMAGE DEDUCTIBLE
DATE IN   09/28/08   TIME IN     4.39
INCOMING MILEAGE
MILES DRIVEN

**CALCULATION**
| | |
|---|---|
| 4 DAYS | 176.00 |
| DISCOUNT | 88.00 |
| FACILITY CHARGE | 2.00 |
| AIRPORT ACC. FEE | 8.80 |
| SUBTOTAL | 98.80 |
| TOTAL | 98.80 |
| PAYMENTS | |
| VN | 98.80 |

WE ACCEPT ZDC X _____  I/WE DECLINE ZDC X _____

have read and agree to all Terms and Conditions on both sides of this Rental Agreement and attached folder. My signature on this ental Agreement authorizes the Car Rental Agency to process all charges, including charges for damages to the Rented Vehicle to the edit card(s) listed in my customer profile without my signature on a voucher. All charges are subject to final audit. Additional Drivers are ound by all terms and conditions on both sides of the Rental Agreement and attached folder. Only the renter and additional drivers listed this Rental Agreement may drive the vehicle.

enter _____    Add'l Driver _____

BUDGET RENT-A-CAR OF GUAM
P.O. BOX 8468
TAMUNING, GUAM 96931
(671)  647-1446

---

BUDGET CAR RENTAL
355 CHALAN PASAHEROS
TAMUNING      96913

(*D-U-P-L-I-C-A-T-E*)

TIME  3:54 AM    DATE 09/28/08
TERM# 00007460   MERH 000101161631995
TRAN TYPE SALE
EXP DATE 05/11   CARD TYPE VISA
R.A. #  APT2293
TICKET # 0000010962
AUTH CODE 023016   SEQ #    002

TOTAL            $98.80

SIGN X _____
       CHRISTOPHER A LUND

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT

MERCHANT COPY

70(d001:01
C. Lund

53

7/7



# **FedEx** Kinko's

FedEx Kinko's
2910 Prince William Parkway
Woodbridge, VA 22192
(703) 580-9338

9/30/2008              9:02:40 PM EST
Trans.: 7653           Branch: 1263
Register: 004          Till:k415031
Team Member: William P.
Customer: Chris Lund

SALE


*  1 2 6 3 0 0 4 7 6 5 3  *

Hardcopy                    25.74
              1 @ 25.7400

DC Scan to PDF              25.74 T
2862       26.00 @ 0.9900

Sub-Total                   25.74
Deposit                      0.00
  Tax                        1.29
Total                       27.03
    Visa (S)                27.03
    Account:  0989
    Auth: 030303 (A)
Total Tender               27.03
Change Due                   0.00

Thank you for visiting

FedEx Kinko's
Make It. Print It. Pack It. Ship It.
www.fedexkinkos.com

Customer Copy

# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

| | |
|---|---|
| **Project ID:** | **07066:01** |
| **Project Name:** | **US District Court for Guam - Receivership** |
| **Manager:** | **HWG** |
| **Client ID:** | **07066** |

*C, ANDERSON*

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 9/1/2008 to 9/30/2008 | CA to CA | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 9/21/2008 | Plane | 1.00 | $3,841.70 | $3,841.70 | 0.00 | $3,841.70 | Billable |
| | Continental Flight 9/21-10-25. Confirmation number A5KQZ6. | | | | | | |
| 9/22/2008 | Plane | 1.00 | $718.70 | $718.70 | 0.00 | $718.70 | Billable |
| | Alaska Airlines flight 9/21/08. Confirmation number DLPEDO. | | | | | | |
| 9/24/2008 | Miscellaneous Travel Expenses | 1.00 | $43.93 | $43.93 | 0.00 | $43.93 | Billable |
| | Fuel for the vehicle. | | | | | | |
| 9/24/2008 | Meals | 1.00 | $24.50 | $24.50 | 0.00 | $24.50 | Billable |
| | Groceries to cook with in the apartment. | | | | | | |
| 9/25/2008 | Miscellaneous Expense | 1.00 | $89.24 | $89.24 | 0.00 | $89.24 | Billable |
| | Cooking utensils and hygiene supplies. | | | | | | |
| 9/26/2008 | Meals | 1.00 | $14.20 | $14.20 | 0.00 | $14.20 | Billable |
| | Lunch | | | | | | |
| 9/26/2008 | Meals | 1.00 | $7.00 | $7.00 | 0.00 | $7.00 | Billable |
| | coffee and water | | | | | | |
| 9/26/2008 | Meals | 1.00 | $25.36 | $25.36 | 0.00 | $25.36 | Billable |
| | groceries | | | | | | |
| 9/28/2008 | Meals | 1.00 | $10.58 | $10.58 | 0.00 | $10.58 | Billable |
| | Groceries | | | | | | |
| 9/29/2008 | Meals | 1.00 | $22.53 | $22.53 | 0.00 | $22.53 | Billable |
| | Per Diem: groceries: fruit and broccoli | | | | | | |

| | | |
|---|---|---|
| **Sum of Billable Expenses:** | $4,797.74 | $4,797.74 |
| **Billable + Non-Billable Total:** | $4,797.74 | $4,797.74 |



*55* O7666-01/CA

*Alaska Airlines* *Horizon Air*

**Reservations ▼** | Deals ▼ | Day of Flight ▼ | Destinations ▼ | Mileage Plan ▼ | More...▼ | Need Help? Ask Jenn ►

Air Fares  Hotel Rooms  Car Rentals  Vacation Packages  Schedules  Electronic Timetables  Route Map  Show All...

SEARCH  SELECT  REVIEW  TRAVELERS  SEATS  RESERVE  **CONFIRMATION**

# Confirmation - Purchased Reservation

**Your reservation is complete.**
Print this page for your check-in and airport use. A confirmation letter, including your itinerary, receipt and consumer notices, will be e-mailed to you.

| Confirmation Code |
|---|
| **DLPEDO** |

Sign Up for My Account
Add Itinerary to a Calendar
Forward Itinerary to a Friend

## Itinerary, Traveler Information, and Reserved Seats°

| Flight | Departs | Arrives | Details |
|---|---|---|---|
| Alaska Airlines 2562<br>Operated by Horizon Air | Medford (MFR)<br>**6:00 am** Mon, Sep 22 | Seattle (SEA)<br>**7:15 am** Mon, Sep 22 | Coach · Bombardier CRJ-700<br>Nonstop · % on-time: N/A<br>Meal: None<br>Total: 352 mi · 1 hr 15 min |
| Alaska Airlines 851 | Seattle (SEA)<br>**9:05 am** Mon, Sep 22 | Honolulu (HNL)<br>**12:30 pm** Mon, Sep 22 | First · Boeing 737-800<br>Nonstop · 90% On-Time<br>Meal: Breakfast**<br>Total: 2,675 mi · 6 hr 25 min |

** Special meal requests are not available.

|  | Reserved Seats for Flight(s) | | |
|---|---|---|---|
| **Traveler Information** | 2562 | 851 | **Additional Services Requested** |
| Name: Richard Anderson | 7D | 4D | Request additional services (Wheelchair, etc) |
| MP#: Alaska 20923453 | | Change seats | |
| E-ticket: 0272125042340 | | | |

° Air Carrier Access Act requires us to make certain seats available to customers with disabilities. If you are assigned one of these seats and a qualified person requests it, you will be reaccommodated at the airport in another seat.

**Thank you for your purchase at alaskaair.com**



**AT YOUR SERVICE**

| | Total Fare |
|---|---|
| Base fare and surcharges: | $688.49 |
| Applicable taxes, segment fees, airport facility charges and/or September 11th security fees: | $30.21 |
| Total per person: | $718.70 |
| **Grand Total for 1 Traveler: US$718.70** | |

🔲 (Currency Converter)

FormID: 338a9e7719bf9497f8e2accb1f2f09024

For additional assistance with your reservation send us an e-mail or call Alaska Airlines Reservations at 1-800-ALASKAAIR (1-800-252-7522) or Horizon Air Reservations at 1-800-547-9308.

**Trip Reminders**

**Hotel Deals**
Add a hotel in Seattle

**Car Rental Savings**
Add a car in Seattle

**Web Check-In**
Learn how to get out of line online.

**Best Places**
Discover the best of Seattle
(sights, shopping, and dining)

**Flight Status Alert**
Create a flight status alert.

**Maps & Directions**



C7066-01/CA



# Thank You for Choosing Continental Airlines

**Continental Confirmation Number:**  **A5KQZ6**

**Honolulu, HI (HNL) to Guam (GUM) on Mon., Sep. 22, 2008**
**Guam (GUM) to Honolulu, HI (HNL) on Sat., Nov. 1, 2008**

**Flight Details:**

| Depart: | Arrive: | Travel Time: | Flight: CO1 |
|---|---|---|---|
| **2:00 p.m.** | **5:40 p.m.** +1 Day | **7 hr 40 mn** | Aircraft: **Boeing 767** |
| **Mon., Sep. 22, 2008** | **Tue., Sep. 23, 2008** | | Meal: **Lunch** |
| Honolulu, HI (HNL) | Guam (GUM) | | |

Continental flight 1 operated by Continental Micronesia.

| Depart: | Arrive: | Travel Time: | Flight: CO2 |
|---|---|---|---|
| **6:25 a.m.** | **5:35 p.m.** | **7 hr 10 mn** | Aircraft: **Boeing 767** |
| **Sat., Nov. 1, 2008** | **Fri., Oct. 31, 2008** | | Meal: **Breakfast** |
| Guam (GUM) | Honolulu, HI (HNL) | | |

Continental flight 2 operated by Continental Micronesia.

**OnePass Members:** Upon completion of this itinerary, you will earn up to **7602 OnePass miles.***

**Passengers:**

**Mr. RICHARDC ANDERSON**
Seat Assignments:       HNL - GUM: ---
                        GUM - HNL: ---
**!** We were unable to assign some or all of your seats. You can
select seats when checking in at continental.com or at an airport
kiosk.
Trip Alert:             Active
Frequent Flyer:
E-mail Address:
Business/Other Phone:   (541) 488-3320 - United States

**Notify Friends and Family of Your Flight Status**
Is someone picking you up or dropping you off for this trip? Set up a <u>one-time flight status notice</u> that will be sent to them via e-mail.

**Price:**

| **Original Ticket** | | **New Ticket** | |
|---|---|---|---|
| 1 Adults (age 18 to 64) | $3,787.00 | Taxes | $54.66 |
| Taxes | $54.70 | Total | **$54.66** |
| Total | **$3,841.70** | Refund | **$0.04** |

**The amount of $0.04 will be refunded to the original form of payment.**

*OnePass frequent flyer mileage information is provided as a convenience to OnePass members. Elite miles is the percentage of OnePass miles earned towards Elite status when booked on continental.com. Actual flown miles will be posted to your account. Fare class, Elite and other promotional bonuses are not included in the totals listed. A minimum of 500 OnePass miles is earned for flights less than 500 miles in distance. For Amtrak train segments 250 OnePass miles is awarded for Economy Class and 325 OnePass miles for First Class.

[ Continue ]   Return To Manage Reservations.

· <u>Business Services</u> | <u>Cargo</u> | <u>Careers</u>
<u>Contract of Carriage</u> | <u>Customer First</u> | <u>Legal Information</u> | <u>Privacy Policy</u> | <u>Site Map</u> | <u>Travel Agents</u>
Copyright © 2008 Continental Airlines, Inc.
All rights reserved.



9.24.08 receipts from chace

---

Hangiwo Mobil
Service Station
671-734-5890

*Fuel*
*07066:01*
*5300*
*Chace's*
*MC*
*CARD*

TRAN #:      041038
INV NO # :      0109

09/24/2008  17:20:55

TERMINAL  :  535001
APPROVAL #  :  025042
RECEIPT #  :  084693
SALES RPT #:  934

PUMP#  7
Syn Regula @$4.149/G
TOTAL GAL:      10.569
TOTAL:      43.93
TOTAL SALE:      43.93

Master
EXP. DATE  :  10/09
CARD NUMBER:
XXXXXXXXXXX9191

*$43.93*

I agree to pay the
above Total Amount
according to Card
Issuer Agreement.

Signature

------------------

THANK YOU
DRIVE SAFELY

---

*9/24/08*
*Chace 07066:01*
*Groceries*

BANK OF GUAM
THE PEOPLE'S BANK

SUPERMART  *Chace's*
REGAN MANGILAG GU  *MC CARD*
(671) 735-6276

BATCH No.  :  000049
TERMINAL ID  :  3519766
CARD  :  MASTERCARD
CARD No.  :  XXXXXXXXXX9191 / Swiped

REF No.  :  9540
INVOICE  :  003967
TRANS.  :  CREDIT CARD SALE
AMOUNT  :  24.50

Tran Date Time  :  09-24-08
APPROVAL  :  025432

Customer Copy
Thank You



*07066:01*
*5 500 Chace's*
*MCCARD*
*Utensils*
*&*
*Supplies*

**K**
**kmart**

KMART STORE #705
404 N MARINE DR STE 1.
TAMUNING, GU 96911
(671)649-9676

** WELCOME TO YOUR **
** KMART STORE #705

CASHIER: KATARINA  *$89.24*
GENERAL MERCHANDISE
02124160717    7CP RICE CKR
04009491032    HB PERS BLDR
04740018808    SHAVE GEL
04740019697    TURBO RAZORS
30045089504    R/D SHAMPOO

**** TAX         00  RM
XXXXXXXXXXXX9191
MC  APPROVAL 045062
VF     MC
       CHANGE

TOTAL NUMBER OF ITEMS   5

ØRK BSB Q89 Ø2J CFA P*R

RECEIPT# 07705 092508 919

09/25/08  6:41 PM 7705

The Replacement Plan for
item(s) 04009491032 and 0/3 0
was not purchased



07066 01
5300 Chace
MC CARD
NEW HAPPY MART
COOL SPOT BLDG. BAMBA WAY
BARRIGADA, GUAM 96913
(671) 734-3881
9/26/08

Merchant ID: 000010321166
Tera. ID: 21166300     Ref #: 0016

## Sale $25.36

XXXXXXXXXXXX9191
MASTERCARD       Entry Method: Swiped

Total:           $        25.36

09/26/08                 18:36:07
Inv #: 000016       Appr Code: 03565Z
Apprvd: Online      Batch#: 000280

Customer Copy

THANK YOU!

---

59

citibank

07066 01
5300 Chace
COFFEE BEANERY-GCIC
HAGATNA, GUAM
CITIBANK N.A.   9/26/08

TERMINAL ID. :
MERCHANT #:                98000073
                007790599905668
MASTERCARD - CARD SWIPE
************9191
SALE
INVOICE: 526685        BATCH: 000034
DATE: SEP 26, 08       TIME: 13:11
ARH: 000011120006
AUTH NO: 025762

TOTAL              $7.00

CUSTOMER COPY

---

07066 01
5300 Chace
Mc Krauts  MC

Meluju, Route 4 Guam
(671) 828-4248  $14.20
9/26/08

:09/26/2008 12:04PM      01
000000#8399        Lera

Curry Bratwurst       5.45
Bratwurst
Coke

ITEMS        30
***TOTAL      $13.20
CASH + 1.00Tip $20.00
CHANGE  14.20  $6.80

---

07066 01

PAYLESS MICROMALL #5
LOT 5013-3-R3 MICRONESIA MALL
DEDEDO  GU 96929
671-637-7233

Merchant ID: 0118725
Tera ID: 0005      5300
                   Sale
MASTERCARD       Chace
XXXXXXXXXXXX9191   $22.53
Entry Method: Swiped
Apprvd: Online   Batch#: 000002
09/29/08              17:09:17

Inv#: 00000047 Appr Code: 00587Z

Total:           $        22.53

Customer Copy

THANK YOU
FOR VISITING!

GROCERIES

(60)

07056:01
5300 chace
MC CARD

**BANK OF GUAM**
THE "PEOPLE'S BANK"

SUPERMART $10.58

REG#5 MANGILAO GU
(671) 735-6278    9/28/08

BATCH No.       :   000333
TERMINAL ID     :   3519717
CARD            :   MASTERCARD
CARD No. : XXXXXXXXXXXX9191 / Swiped

AREF No.        :   8692
INVOICE         :   003173
TRANS.    : CREDIT CARD SALE

AMOUNT          :        $       10.58

Tran Date/Time  :  08-28-08      09:49:46
APPROVAL        :   045622

Customer Copy

Thank you!

# Gershman, Brickner & Bratton, Inc 

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

Project ID:      **07066:01**
Project Name:    **US District Court for Guam - Receivership**
Manager:         **HWG**
Client ID:       **07066**

*Hi GERSHMAN*

| ELDATE | EMPLOYEEID | PROJECTID |
|--------|------------|-----------|
| 9/1/2008 to 9/30/2008 | HWG to HWG | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|------|-------------|-------|------|----------|------|--------|--|
| 9/30/2008 | Miscellaneous Expense<br>Printed Dodge Color Guam Recycling signs. | 1.00 | $2,698.82 | $2,698.82 | 0.00 | $2,698.82 | Billable |
| | Sum of Billable Expenses: | | | $2,698.82 | | $2,698.82 | |
| | Billable + Non-Billable Total: | | | $2,698.82 | | $2,698.82 | |

# DODGE COLOR, INC.

07066-01  JT  

# INVOICE

11941-L Bournefield Way
Silver Spring, MD 20904-7821
240.247.1800
www.dodgecolor.com

No.:  084325
Date:  08/29/08

| BILL TO: | SHIP TO: |
|---|---|
| Cora Chaply<br>Gershman, Brickner & Bratton, Inc.<br>8550 Arlington Blvd., Suite 203<br>Fairfax VA 22301-4620 | Jack Tucker, GBB<br>c/o Department of Public Works, Solid Waste<br>Management Division<br>542 North Marine Corps Drive<br>Tumon, Guam  96913<br>761-646-4379 Ext 201 or 212 |
| | ship date: |

| PO Number | Job ID | Sales Rep | Terms |
|---|---|---|---|
| | GBB Guam Recycling Signs | Jared Selles | COD |

| Quantity | Service : Product Description | Unit Price | Ext. Price |
|---|---|---|---|
| 7*2 | UV Direct Printing to Magnet (60X36) - | 122.68 | 1,717.48 |
| 7*1 | UV Direct Printing to Magnet (60X24) | 84.42 | 590.92 |

DODGE COLOR INC
11941-1BOURNEFIELD WAY
SILVER SPRING, MD 20904
240-247-1800

DATE: 09/30/08     TIME: 13:03:19
MERR: 010103710240 STAN: 6000 TERM: 0001
S-A-L-E-S  D-R-A-F-T

BATCH: 246
TR TYPE: MP

REF: 0001
CD TYPE: AMEX
INV #:     84325

T O T A L :     $2698.82M

ACCT: XXXXXXXXXXXX6002     EXP: XXXX
AP: 169444

CARDMEMBER ACKNOWLEDGES RECEIPT OF
GOODS AND/OR SERVICES IN THE AMOUNT OF
THE TOTAL SHOWN HEREON AND AGREES TO
PERFORM THE OBLIGATIONS SET FORTH BY THE
CARDMEMBER'S AGREEMENT WITH THE ISSUER

THANK YOU

X_____

TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

| SUBTOTAL | S & H | TAX | BALANCE |
|---|---|---|---|
| 2,308.40 | 275.00 | 115.42 | 2,698.82 |

Dodge Color Federal ID# 52-1194010

# Gershman, Brickner & Bratton, Inc. (63)

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800 Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

Project ID:      **07066:01**
Project Name:    **US District Court for Guam - Receivership**
Manager:         **HWG**
Client ID:       **07066**

*M. ATWATER*

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 9/1/2008 to 9/30/2008 | MJA to MJA | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 9/2/2008 | Mileage | 68.00 | $0.59 | $39.78 | 0.00 | $39.78 | Billable |
| | Mileage from Alexandria to Silver Spring, Md., to inspect container signs at printing plant. | | | | | | |
| | Sum of Billable Expenses: | | | $39.78 | | $39.78 | |
| | Billable + Non-Billable Total: | | | $39.78 | | $39.78 | |

# PUBLICATION ORDERING FORM

## Environmental Research and Education Foundation (EREF)

**901 N. Pitt Street, Suite 270  Alexandria, VA  22314  Ph: 703-299-5139  Fx: 703-299-5145  www.erefdn.org**

| PUBLICATION | QTY | PRICE | TOTAL |
|---|---|---|---|
| Municipal Solid Waste Landfill Leachate Characterizatioin Study - CD ROM format (UIC, Terra-Dynamics, Geosyntec) | 1 | $15.00 | 15 |
| Performance-Based System for Post-Closure Care at MSW Landfills:  A Procedure for Providing Long-Term Stewardship under RCRA Subtitle D - CD ROM format  (GeoSyntec) | | n/c | |
| Greenhouse Gas Emissions from Municipal Solid Waste Management - CD ROM format (URS Corp) | | $15.00 | |
| Global Recycling Policy Report - CD ROM format (North Carolina State University) | | $20.00 | |
| Evaluation of a Biologically Active Cover for Mitigation of Landfill Gas Emissions - CD ROM format  (SCS Engineers) | | $15.00 | |
| Study of Landfill Microbial Communities Using Landfill Gas & Landfill Gas Condensate (Drexel University) | | $10.00 | |
| Life Cycle Inventory of Municipal Solid Waste Landfills (Ecobalance) | | | |
|      - Case Studies | | $10.00 | |
|      - Bound Report (software no longer avail.) | | $10.00 | |
| Size of the Solid Waste Industry (R.W. Beck) | | $15.00 | |
| An Assessment of Price Volatility in Recyclables Markets and Market Mechanisms to Stabilize Prices  (North Carolina State University) | | $15.00 | |
| Literature Review and Research Needs for Landfill Bioreactors (SCS Engineers) | | $15.00 | |
| Burn, Bury or Return:  Winning the War Against Waste (educational institutions receive media and accompanying lesson plan free) VHS ____ DVD ____ Lesson ____ | | $20.00 | |

The following EREF Publications/Videos are available through Environmental Industry Associations (EIA - EREF Contractor) Order by calling EIA at 202-244-4700: Landfill Safety Video; Doing Our Best - A Matter of Integrity; Manual of Recommended Safety Practices; Reducing Transportation Related Fatalities in the Solid Waste Industry (English or Spanish).

| | |
|---|---|
| Subtotal | 15.00 |
| Tax (VA add 4.5%) | |
| Shipping (TBD) | 2.10 |
| Total | 17.10 |

### MAILING INFORMATION

| Method | Regular Postal ✓  Priority ____  2-Day ____  Overnight ____ |
|---|---|
| Name | Chris Lund - GBB Inc. |
| Address | 8555 Arlington Blvd  Ste 203 |
| City | Fairfax  State VA  Zip 22031 |
| Phone | 703-573-5800 |

### PAYMENT INFORMATION

| Check ___  Mastercard ___  Visa ___  Discover ___  AmEx ___  Invoice to Above ___ | |
|---|---|
| Credit Card #: | Exp. Date: |
| Locator Code (last 3 digits on signature panel) | |
| Cardholder's Name: | |
| Address: | |
| City: | State: | Zip: |
| Signature:: | |

*Please mail or fax payment - thank you*

# Gershman, Brickner & Bratton, Inc.
## Time by Name
## SEPTEMBER 2008
## Verizon Wireless



| | Time | % of Time | Total phone cost | Phone cost by job |
|---|---|---|---|---|
| **Robert H Brickner** | | | | |
| other | 0.25 | 0.00 | 166.11 | 0.24 |
| other | 17.50 | 0.10 | 166.11 | 16.52 |
| other | 3.75 | 0.02 | 166.11 | 3.54 |
| other | 11.25 | 0.06 | 166.11 | 10.62 |
| other | 5.50 | 0.03 | 166.11 | 5.19 |
| other | 1.00 | 0.01 | 166.11 | 0.94 |
| other | 0.50 | 0.00 | 166.11 | 0.47 |
| other | 58.00 | 0.33 | 166.11 | 54.74 |
| other | 1.00 | 0.01 | 166.11 | 0.94 |
| other | 8.00 | 0.05 | 166.11 | 7.55 |
| other | 4.50 | 0.03 | 166.11 | 4.25 |
| other | 3.00 | 0.02 | 166.11 | 2.83 |
| No job assigned | 61.75 | 0.35 | 166.11 | 58.28 |
| **Total Robert H Brickner** | **176.00** | **1.00** | | **166.11** |
| | | | | |
| **J. Frank Bernheisel** | | | | |
| other | 17.50 | 0.09 | 105.78 | 9.57 |
| other | 5.50 | 0.03 | 105.78 | 3.01 |
| other | 14.50 | 0.07 | 105.78 | 7.93 |
| other | 61.50 | 0.32 | 105.78 | 33.62 |
| other | 3.00 | 0.02 | 105.78 | 1.64 |
| other | 1.00 | 0.01 | 105.78 | 0.55 |
| other | 10.50 | 0.05 | 105.78 | 5.74 |
| 07066-US District Court for Guam:01-Receivership | 13.50 | 0.07 | 105.78 | 7.38 |
| other | 1.00 | 0.01 | 105.78 | 0.55 |
| other | 3.00 | 0.02 | 105.78 | 1.64 |
| other | 6.00 | 0.03 | 105.78 | 3.28 |
| other | 31.00 | 0.16 | 105.78 | 16.95 |
| No job assigned | 25.50 | 0.13 | 105.78 | 13.94 |
| **Total J. Frank Bernheisel** | **193.50** | **1.00** | | **105.78** |
| | | | | |
| **Francois Coulombe** | | | | |
| other | 1.50 | 0.01 | 42.44 | 0.60 |
| 07066-US District Court for Guam:01-Receivership | 14.50 | 0.14 | 42.44 | 5.83 |
| No job assigned | 89.50 | 0.85 | 42.44 | 36.00 |
| **Total Francois Coulombe** | **105.50** | **1.00** | | **42.44** |
| | | | | |
| **Timothy J Bratton** | | | | |
| other | 98.00 | 0.53 | 44.67 | 23.47 |
| other | 30.00 | 0.16 | 44.67 | 7.19 |
| 07066-US District Court for Guam:01-Receivership | 25.00 | 0.13 | 44.67 | 5.99 |
| No job assigned | 33.50 | 0.18 | 44.67 | 8.02 |
| **Total Timothy J Bratton** | **186.50** | **1.00** | | **44.67** |

**Total Phone Bill for SEPTEMBER 2008**      **359.00**

# Gershman, Brickner & Bratton, Inc.
## Time by Name
## September 2008
## ATT



| | Time | % of Time | Total phone cost | Phone cost by job |
|---|---|---|---|---|
| **Harvey W Gershman** | | | | |
| other | 15.50 | 0.08 | 202.80 | 15.96 |
| other | 5.50 | 0.03 | 202.80 | 5.66 |
| other | 0.75 | 0.00 | 202.80 | 0.77 |
| other | 12.75 | 0.06 | 202.80 | 13.13 |
| 07066-US District Court for Guam:01-Receivership | 57.50 | 0.29 | 202.80 | 59.19 |
| other | 6.25 | 0.03 | 202.80 | 6.43 |
| other | 8.25 | 0.04 | 202.80 | 8.49 |
| other | 0.50 | 0.00 | 202.80 | 0.52 |
| other | 1.50 | 0.01 | 202.80 | 1.54 |
| other | 13.00 | 0.07 | 202.80 | 13.38 |
| No job assigned | 75.50 | 0.38 | 202.80 | 77.72 |
| **Total Harvey W Gershman** | 197.00 | 1.00 | | 202.80 |
| | | | | |
| **Chris Lund** | | | | |
| 07066-US District Court for Guam:01 Receivership | 238.00 | 0.95 | 166.05 | 157.76 |
| No job assigned | 12.50 | 0.05 | 166.05 | 8.29 |
| **Total Chris Lund** | 250.50 | 1.00 | | 166.05 |
| | | | | |
| **Total Phone Bill for September 2008** | | | 368.85 | |

**Gershman, Brickner Bratton, Inc.**
**Time by Name**
**September 2008**
Sprint - Quest



| | Time | % of Time | Total phone cost | Phone cost by job |
|---|---|---|---|---|
| **Chace Anderson (Sprint) - 50 % only charged** | | | | |
| C07066-US District Court for Guam:01-Receivership | 181.00 | 0.81 | 110.58 | 89.95 |
| No job assigned | 41.50 | 0.19 | 110.58 | 20.63 |
| **Total Chace Anderson** | 222.50 | 1.00 | | 110.58 |
| | | | | |
| **Chace Anderson (Qwest) - 50 % only charged** | | | | |
| C07066-US District Court for Guam:01-Receivership | 181.00 | 0.81 | 45.10 | 36.69 |
| No job assigned | 41.50 | 0.19 | 45.10 | 8.41 |
| **Total Chace Anderson** | 222.50 | 1.00 | | 45.10 |
| | | | | |
| **Jack Tucker (Sprint Cell)** | | | | |
| C07066-US District Court for Guam:01-Receivership | 207.50 | 1.00 | 115.53 | 115.53 |
| No job assigned | 0.00 | 0.00 | 115.53 | 0.00 |
| **Total Jack Tucker** | 207.50 | 1.00 | | 115.53 |

**Total Sprint & Qwest Phone Bills for September 2008** | | | | 271.21 |

(68)


**Qwest.**
*Spirit of Service®*

CHACE ANDERSON
DBA GBB
Bill Date: Sep 10, 2008
Account No:



**Visit qwest.com**

| Balance Forward | New Charges | Total Amount Due | Due Date for New Charges |
|---|---|---|---|
| $.00 | $90.20 | $90.20 | Credit Card |

### Account Summary

| | | | |
|---|---|---|---|
| **Previous Balance** | | | 89.35 |
| Charges | *Thank you for your payment* | | 89.35 |
| Payment | | | $.00 |
| **Balance Forward** | | | |
| **New Charges** | For questions, call: | Page | 55.79 |
| Qwest | 1 800 603-6000 | 3 | 34.41 |
| Qwest Long Distance | 1 800 603-6000 | 5 | $90.20 |
| **Total New Charges** | | | |

*(handwritten)* 87066-01 — ₿ 36.69

Move up to blazing fast **Qwest High-Speed Internet®** and enjoy a guaranteed price for the life of your service PLUS a **free standard tech install** (term commitment required.) There are no hassles with our **30-day 100% satisfaction guarantee.** Call for details on this service: **1 800-434-7939.**

*Qwest, P O Box 91155, Seattle, WA 98111-9255*

---

*Please fold, tear here and return this portion with your payment.*

Bill Date: Sep 10, 2008
Account No:


**Qwest.**
*Spirit of Service®*

AV 01 000071 95109 H 1 A**5DGT

New Charges: $90.20
**TOTAL AMOUNT DUE:** $90.20
Amount Due is charged to your Credit Card.

CHACE ANDERSON
DBA GBB

ASHLAND OR 97520-9609

QWEST
P O BOX 91155
SEATTLE, WA 98111-9255

715414883320583610000091080000000000000090209

E. ANDERSON    12-05                                     771
S. ANDERSON

ASHLAND, OR  97520-9609

(69)    Date _____    24-7038/3230 OR    0f9
                                          2880

Pay to the
Order of _ Sprint _____ | $ 221.16

_Two hundred twenty one dollar & 16/100_ Dollars

Bank of America
ACH R/T 323070380

For _

⑆323070380⑆          • 0771

# Hello

It's your al
you.

ng changes to its polici
"Sprint News and
on page 2, the back of
letails.

we appreciate you as valuable
customer, call us today to learn abou
the latest offers available for you.

Previous Balance.................................................................    $155.36
Aug 14  Payment Check # 731 ............................................    -$155.36

New Charges..........................................................................    $221.16

## Total Due by September 24    $221.16

**You can contact Sprint
Customer Service**

On the Web:
www.sprint.com

By Phone:
1-800-639-6111

07066-01 - $ 89.95

Use your Mobile free of charge
Dial *2 to contact Customer Service
Dial *3 to make a one-time payment

PR



Sprint

#BWNKCTX
#0000 0205867852 B 0#
MANIFESTLINE------------------

Detach and return this remittance form with your payment.
Make checks payable to Sprint in U.S. dollars. DO NOT SEND CASH OR MONEY ORDER.

Amount Due by Sep 24    $221.16

Amount Enclosed    $

PO BOX 54977
LOS ANGELES, CA 90054-0977

205867852 00000022116 000000000000 00000022116 7



*07066-01*

# Hello!

Sprint is making changes to its policies. Please see the "Sprint News and Notices" box on page 2, the back of this page, for details.

**(615) 440-**

| | |
|---|---|
| Previous Balance................................................................ | $115.50 |
| Sep 09   Payment Check # 11413..................................... | -$115.50 |
| | |
| New Charges..................................................................... | $115.53 |

Your account has a $600.00 Spending Limit. To avoid service interruption, keep your total balance under this limit. For more information see the back page of this bill.

## Total Due by October 13   $115.53

**You can contact Sprint Customer Service**

On the Web:
www.sprint.com

By Phone:
1-888-211-4727

Use your Mobile free of charge:
Dial *2 to contact Customer Service
Dial *3 to make a one-time payment

---



Detach and return this remittance form with your payment.
Make checks payable to Sprint in U.S. dollars. DO NOT SEND CASH OR MONEY ORDER.

**Amount Due by Oct 13**         **$115.53**

**Amount Enclosed**   $                    .

#BWNKCTX
#0000 0216429888 B 4#
MANIFESTLINE-----------------

JACK TUCKER
ACCOUNTS PAYABLE
8550 ARLINGTON BLVD STE 203
FAIRFAX, VA 22031-4620

PO BOX 660075
DALLAS, TX 75266-0075

216429888  00000011553  000000000000  000000115531

O7066-01

(71)

| 34 | FRI | 08/08/2008 | 12:20PM | INCOMING CL | 4 | RM45 | DT | | 0.00 | 0.00 | 0.00 |
| 35 | FRI | 08/08/2008 | 12:33PM | GAITHERSB MD | 5 | RM45 | DT | | 0.00 | 0.00 | 0.00 |
| 36 | SAT | 08/09/2008 | 10:44AM | DURHAM NC | 7 | 5KNW | NW | | 0.00 | 0.00 | 0.00 |
| 37 | SUN | 08/10/2008 | 7:52PM | VMAIL CL | 1 | 5KNW | NW | VM | 0.00 | 0.00 | 0.00 |
| 38 | MON | 08/11/2008 | 8:25AM | WASHINGTO DC | 1 | MME0 | DT | M2MC | 0.00 | 0.00 | 0.00 |
| 39 | MON | 08/11/2008 | 8:54AM | WASHINGTO DC | 1 | MME0 | DT | M2MC | 0.00 | 0.00 | 0.00 |
| 40 | MON | 08/11/2008 | 9:44AM | WASHINGTO DC | 2 | MME0 | DT | M2MC | 0.00 | 0.00 | 0.00 |
| 41 | MON | 08/11/2008 | 10:39AM | WASHINGTO DC | 1 | MME0 | DT | M2MC | 0.00 | 0.00 | 0.00 |
| 42 | MON | 08/11/2008 | 11:02AM | INCOMING CL | 1 | MME0 | DT | M2MC | 0.00 | 0.00 | 0.00 |
| 43 | MON | 08/11/2008 | 12:36PM | INCOMING CL | 1 | MME0 | DT | M2MC | 0.00 | 0.00 | 0.00 |
| 44 | MON | 08/11/2008 | 4:15PM | INCOMING CL | 1 | MME0 | DT | M2MC | 0.00 | 0.00 | 0.00 |
| 45 | MON | 08/11/2008 | 6:19PM | INCOMING CL | 5 | RM45 | DT | | 0.00 | 0.00 | 0.00 |
| 46 | MON | 08/11/2008 | 7:01PM | DURHAM NC | 7 | RM45 | DT | | 0.00 | 0.00 | 0.00 |
| 47 | TUE | 08/12/2008 | 9:56AM | ALEXANDRI VA | 2 | RM45 | DT | | 0.00 | 0.00 | 0.00 |
| 48 | WED | 08/13/2008 | 8:28AM | ALEXANDRI VA | 1 | RM45 | DT | | 0.00 | 0.00 | 0.00 |
| 49 | FRI | 08/22/2008 | 11:16AM | ALEXANDRI VA | 3 | RM45 | DT | | 0.00 | 0.00 | 0.00 |
| 50 | FRI | 08/22/2008 | 4:33PM | INCOMING CL | 3 | RM45 | DT | | 0.00 | 0.00 | 0.00 |
| 51 | FRI | 08/22/2008 | 4:59PM | INCOMING CL | 8 | RM45 | DT | | 0.00 | 0.00 | 0.00 |
| 52 | FRI | 08/22/2008 | 6:34PM | INCOMING CL | 8 | RM45 | DT | | 0.00 | 0.00 | 0.00 |
| 53 | SAT | 08/23/2008 | 8:11AM | DURHAM NC | 8 | 5KNW | NW | | 0.00 | 0.00 | 0.00 |
| 54 | TUE | 08/26/2008 | 5:47PM | INCOMING CL | 3 | RM45 | DT | | 0.00 | 0.00 | 0.00 |
| 55 | WED | 08/27/2008 | 6:45PM | WASHINGTO DC | 2 | MME0 | DT | M2MC | 0.00 | 0.00 | 0.00 |
| 56 | FRI | 08/29/2008 | 10:57AM | INCOMING CL | 12 | RM45 | DT | | 0.00 | 0.00 | 0.00 |
| 57 | FRI | 08/29/2008 | 5:51PM | INCOMING CL | 3 | RM45 | DT | | 0.00 | 0.00 | 0.00 |
| 58 | FRI | 08/29/2008 | 5:54PM | VMAIL CL | 1 | RM45 | DT | VM | 0.00 | 0.00 | 0.00 |
| 59 | SAT | 08/30/2008 | 11:08AM | DURHAM NC | 1 | 5KNW | NW | | 0.00 | 0.00 | 0.00 |
| **Totals** | | | | | **200** | | | | **0.00** | **0.00** | **0.00** |

## Roaming Call Detail

*Atwater:*
*Calls while*
*on vacation in*
*Canada*

**202-316-1198**

**User Name : RUBIN WINSTON DIERCKS HARRIS**

Rate Code: Z059=IntlRmPriceZone$.59

| Item | Day | Date | Time | Number Called | Call To | Min | Rate Code | Feature | Airtime Charge | LD/Add'l Charge | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Charges Incurred While Roaming in FREDERICTON, NB** | | | | | | | | | | | |
| 1 | TUE | 08/19/2008 | 12:59PM | | MEDFORD CL | 16 | Z059 | | 9.44 | 0.00 | 9.44 |
| 2 | TUE | 08/19/2008 | 2:33PM | | ALEXANDRI CL | 2 | Z059 | | 1.18 | 0.00 | 1.18 |
| 3 | WED | 08/20/2008 | 12:18PM | | INCOMING CL | 8 | Z059 | | 4.72 | 0.00 | 4.72 |
| 4 | WED | 08/20/2008 | 3:51PM | | KENSINGTO CL | 21 | Z059 | | 12.39 | 0.00 | 12.39 |
| 5 | WED | 08/20/2008 | 4:15PM | | MEDFORD CL | 2 | Z059 | | 1.18 | 0.00 | 1.18 |
| 6 | WED | 08/20/2008 | 5:27PM | | INCOMING CL | 2 | Z059 | | 1.18 | 0.00 | 1.18 |
| **Charges Incurred While Roaming in ANNAPOLIS, NS** | | | | | | | | | | | |
| 7 | SAT | 08/16/2008 | 2:21PM | | INCOMING CL | 5 | Z059 | | 2.95 | 0.00 | 2.95 |
| **Charges Incurred While Roaming in LUNENBURG, NS** | | | | | | | | | | | |
| 8 | FRI | 08/15/2008 | 9:24PM | | ALEXANDRI CL | 3 | Z059 | | 1.77 | 0.00 | 1.77 |
| 9 | FRI | 08/15/2008 | 9:27PM | | NY ZONE 1 CL | 5 | Z059 | | 2.95 | 0.00 | 2.95 |
| **Totals** | | | | | | **64** | | | **37.76** | **0.00** | **37.76** |

*— Guam (Anderson)*
*— Guam (Cor*
*— Guam (Anderson)*

O7066-01        *Total $23.01*

## Your Phone. Now Music Ready!

Access Napster Mobile on your phone and search, preview and download over 6 million songs which you can play while on the go. Press the music key or select "AT&T Music" from your phone's main menu. Select "Shop Music" to find Napster Mobile.
Standard data charges apply, depending on your plan.

## The Easiest Way to Pay Your Bill

Pay your wireless bill automatically using the bank account,

# Outbound Usage Billed Report   GERSHMAN, BRICKNER & BRATTON, INC.

Account: 153958   **Report Period:** Sep 11, 2008   **Invoice:** 33971527

| Calling Number | Calling Location | Called Number | Called Location | Usage Category | Date/Time | Minutes | Amount | Code | Description |
|---|---|---|---|---|---|---|---|---|---|
| (703) 573- | Fls Church, VA | | Dededo, GU | 1+ | 09-08-2008 09:33:37 | 1.00 | 0.05 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Tumon, GU | 1+ | 09-05-2008 09:30:35 | 2.20 | 0.11 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Nashville, TN | 1+ Interstate | 09-02-2008 02:37:38 | 5.00 | 0.28 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Alpharetta, GA | 1+ Interstate | 08-27-2008 11:58:01 | 6.10 | 0.34 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Ashland, OR | 1+ Interstate | 08-25-2008 02:41:58 | 11.30 | 0.62 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Millburn, NJ | 1+ Interstate | 08-19-2008 03:27:07 | 39.20 | 2.16 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Nashville, TN | 1+ Interstate | 08-19-2008 10:07:42 | 9.70 | 0.53 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Baltimore, MD | 1+ Interstate | 08-14-2008 01:50:31 | 2.60 | 0.14 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Nashville, TN | 1+ Interstate | 09-09-2008 11:34:03 | 1.50 | 0.08 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Cockeysvl, MD | 1+ Interstate | 09-04-2008 03:50:51 | 8.20 | 0.45 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Nashville, TN | 1+ Interstate | 09-03-2008 03:24:32 | 0.60 | 0.03 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Nashville, TN | 1+ Interstate | 08-22-2008 12:48:54 | 25.20 | 1.39 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Sadlbk Vly, CA | 1+ Interstate | 08-27-2008 12:10:44 | 6.00 | 0.33 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Ashland, OR | 1+ Interstate | 08-25-2008 01:47:21 | 1.00 | 0.06 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Sadlbk Vly, CA | 1+ Interstate | 08-22-2008 12:02:54 | 16.10 | 0.89 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Agana, GU | 1+ | 08-12-2008 01:06:15 | 2.10 | 0.11 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Agana, GU | 1+ | 08-12-2008 01:12:12 | 3.10 | 0.16 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Sn Dg Sn Dg, CA | 1+ Interstate | 08-11-2008 04:00:27 | 1.60 | 0.09 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | New York, NY | 1+ Interstate | 09-09-2008 04:16:04 | 3.20 | 0.18 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Pikesville, MD | 1+ Interstate | 09-05-2008 08:46:36 | 1.20 | 0.07 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Nashville, TN | 1+ Interstate | 08-21-2008 11:13:22 | 3.90 | 0.21 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Nashville, TN | 1+ Interstate | 08-27-2008 04:30:09 | 89.00 | 4.90 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | EUGENE, OR | 1+ Interstate | 08-11-2008 05:14:50 | 0.50 | 0.03 | 0000706601 | Guam |

13.21



### Chace Anderson (ID - 1769697) Summary

|  | Sep Amt | Sep $ | Oct Amt | Oct $ | Total |
|---|---|---|---|---|---|
| **Audio Conferencing** | | | | | |
| Phone Minutes | 216 | $28.08 | 0 | $0.00 | $28.08 |
| Total Tax | | $0.00 | | $0.00 | $0.00 |
| Chace Anderson Total | | $28.08 | | $0.00 | $28.08 |

### Chace Anderson's Meetings

| Audio Conferencing September 17, 2008 | | 12:27 PM - 01:25 PM | | | 07066-01 Duration (Minutes): 216 | |
|---|---|---|---|---|---|---|
| Description | Phone | | Dial Out | Joined | Left | Duration | Cost |
| | | | N | 12:27 PM | 01:25 PM | 58 | $7.54 |
| | | | N | 12:30 PM | 01:25 PM | 55 | $7.15 |
| | | | N | 12:31 PM | 01:25 PM | 54 | $7.02 |
| | | | N | 12:36 PM | 01:25 PM | 49 | $6.37 |
| | | | | | Total | 216 | $28.08 |



Invoice Number: 671888

## Christopher Lund (ID - 804  | Summary

| | Sep Amt | Sep $ | Oct Amt | Oct $ | Total |
|---|---|---|---|---|---|
| **Audio Conferencing** | | | | | |
| International Audio Minutes | 920 | $248.40 | 0 | $0.00 | $248.40 |
| Phone Minutes | 1503 | $195.39 | 0 | $0.00 | $195.39 |
| Total Tax | | $0.00 | | $0.00 | $0.00 |
| Christopher Lund Total | | $443.79 | | $0.00 | $443.79 |

## Christopher Lund's Meetings

**Audio Conferencing**
September 02, 2008                    02:59 PM - 04:03 PM                    07066-01
Duration (Minutes): 363

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| | | N | 02:59 PM | 04:03 PM | 65 | $8.45 |
| | | N | 02:59 PM | 04:03 PM | 65 | $8.45 |
| | | N | 03:01 PM | 04:03 PM | 63 | $8.19 |
| | | N | 03:04 PM | 04:03 PM | 60 | $16.20 |
| | | N | 03:08 PM | 04:03 PM | 55 | $7.15 |
| | | N | 03:09 PM | 04:03 PM | 55 | $14.85 |
| | | | | Total | 363 | $63.29 |

**Audio Conferencing**
September 02, 2008                    12:55 PM - 12:55 PM                    07066-01
Duration (Minutes): 1

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| | | N | 12:55 PM | 12:55 PM | 1 | $0.13 |
| | | | | Total | 1 | $0.13 |

**Audio Conferencing**
September 03, 2008                    06:59 PM - 07:37 PM                    07066-01
Duration (Minutes): 111

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| | | N | 06:59 PM | 07:37 PM | 38 | $10.26 |
| | | N | 07:00 PM | 07:37 PM | 37 | $4.81 |
| | | N | 07:01 PM | 07:37 PM | 36 | $4.68 |
| | | | | Total | 111 | $19.75 |

**Audio Conferencing**
September 09, 2008                    04:29 PM - 06:00 PM                    Billing Code: 706601
Duration (Minutes): 266

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| | | N | 04:29 PM | 06:00 PM | 92 | $11.96 |
| | | N | 04:31 PM | 06:00 PM | 90 | $24.30 |
| | | N | 05:17 PM | 06:00 PM | 44 | $11.88 |
| | | N | 05:21 PM | 06:00 PM | 40 | $10.80 |
| | | | | Total | 266 | $58.94 |

**Audio Conferencing**
September 09, 2008                    06:00 PM - 06:04 PM                    Billing Code: 706601
Duration (Minutes): 15

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| | | N | 06:00 PM | 06:04 PM | 4 | $1.08 |
| | | N | 06:00 PM | 06:04 PM | 4 | $0.52 |
| | | N | 06:01 PM | 06:04 PM | 4 | $1.08 |
| | | N | 06:02 PM | 06:04 PM | 3 | $0.81 |
| | | | | Total | 15 | $3.49 |

**Audio Conferencing**
September 09, 2008                    06:04 PM - 06:10 PM                    Billing Code: 706601
Duration (Minutes): 9

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| | | N | 06:04 PM | 06:10 PM | 7 | $0.91 |
| | | Y | 06:07 PM | 06:08 PM | 1 | $0.27 |
| | | Y | 06:08 PM | 06:08 PM | 1 | $0.27 |
| | | | | Total | 9 | $1.45 |



### Audio Conferencing
**September 09, 2008**  06:11 PM - 06:57 PM

Billing Code: 706601
Duration (Minutes): **90**

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| | | N | 06:11 PM | 06:57 PM | 46 | $5.98 |
| | | Y | 06:12 PM | 06:13 PM | 2 | $0.54 |
| | | Y | 06:13 PM | 06:14 PM | 1 | $0.27 |
| | | Y | 06:15 PM | 06:15 PM | 1 | $0.27 |
| | | Y | 06:16 PM | 06:16 PM | 1 | $0.27 |
| | | Y | 06:20 PM | 06:20 PM | 1 | $0.27 |
| | | Y | 06:21 PM | 06:57 PM | 36 | $9.72 |
| | | Y | 06:24 PM | 06:25 PM | 1 | $0.27 |
| | | Y | 06:26 PM | 06:26 PM | 1 | $0.27 |
| | | | | **Total** | **90** | **$17.86** |

### Audio Conferencing
**September 11, 2008**  03:04 PM - 04:27 PM

Billing Code: 706601
Duration (Minutes): **757**

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| | | N | 03:04 PM | 03:59 PM | 55 | $14.85 |
| | | N | 03:05 PM | 04:27 PM | 82 | $10.66 |
| | | N | 03:05 PM | 04:27 PM | 82 | $10.66 |
| | | N | 03:07 PM | 03:40 PM | 33 | $4.29 |
| | | N | 03:09 PM | 03:10 PM | 1 | $0.27 |
| | | N | 03:10 PM | 04:26 PM | 77 | $10.01 |
| | | N | 03:10 PM | 04:27 PM | 77 | $10.01 |
| | | N | 03:10 PM | 03:58 PM | 48 | $12.96 |
| | | N | 03:10 PM | 04:27 PM | 77 | $10.01 |
| | | N | 03:12 PM | 04:27 PM | 76 | $9.88 |
| | | N | 03:14 PM | 04:27 PM | 73 | $19.71 |
| | | N | 03:40 PM | 03:58 PM | 18 | $2.34 |
| | | N | 03:58 PM | 04:27 PM | 29 | $7.83 |
| | | N | 03:58 PM | 04:27 PM | 29 | $3.77 |
| | | | | **Total** | **757** | **$127.25** |

### Audio Conferencing
**September 16, 2008**  02:56 PM - 04:21 PM

Billing Code: 706601
Duration (Minutes): **294**

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| | | N | 02:56 PM | 04:21 PM | 85 | $11.05 |
| | | N | 03:02 PM | 04:20 PM | 78 | $10.14 |
| | | N | 03:12 PM | 04:20 PM | 69 | $8.97 |
| | | N | 03:19 PM | 04:20 PM | 62 | $16.74 |
| | | | | **Total** | **294** | **$46.90** |

### Audio Conferencing
**September 24, 2008**  02:55 PM - 02:59 PM

Billing Code: 706601
Duration (Minutes): **4**

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| | | N | 02:55 PM | 02:59 PM | 4 | $1.08 |
| | | | | **Total** | **4** | **$1.08** |

### Audio Conferencing
**September 24, 2008**  03:01 PM - 03:17 PM

Billing Code: 706601
Duration (Minutes): **52**

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| | | N | 03:01 PM | 03:17 PM | 16 | $4.32 |
| | | N | 03:02 PM | 03:03 PM | 1 | $0.27 |
| | | N | 03:04 PM | 03:05 PM | 1 | $0.27 |
| | | N | 03:05 PM | 03:17 PM | 12 | $1.56 |
| | | N | 03:05 PM | 03:17 PM | 12 | $3.24 |
| | | N | 03:12 PM | 03:17 PM | 5 | $1.35 |
| | | N | 03:12 PM | 03:17 PM | 5 | $1.35 |
| | | | | **Total** | **52** | **$12.36** |

### Audio Conferencing
**September 24, 2008**  03:17 PM - 04:02 PM

Billing Code: 706601
Duration (Minutes): **214**

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| | | N | 03:17 PM | 03:18 PM | 1 | $0.27 |
| | | N | 03:18 PM | 04:02 PM | 44 | $5.72 |
| | | N | 03:19 PM | 03:20 PM | 1 | $0.27 |

| | | | | |
|---|---|---|---|---|
| N | 03:19 PM | 04:02 PM | 44 | $11.88 |
| N | 03:20 PM | 03:20 PM | 1 | $0.27 |
| N | 03:20 PM | 04:02 PM | 42 | $11.34 |
| N | 03:21 PM | 04:02 PM | 41 | $11.07 |
| N | 03:22 PM | 04:02 PM | 40 | $10.80 |
| | | **Total** | **214** | **$51.62** |

**Audio Conferencing**
September 24, 2008

11:57 AM - 11:58 AM

Billing Code: 706601
Duration (Minutes): 2

| Description | Phone | | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|---|
| | | | N | 11:57 AM | 11:58 AM | 2 | $0.54 |
| | | | | | **Total** | **2** | **$0.54** |

**Audio Conferencing**
September 30, 2008

02:57 PM - 04:05 PM

Billing Code: 7066601
Duration (Minutes): 245

| Description | Phone | | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|---|
| | | | N | 02:57 PM | 04:05 PM | 68 | $8.84 |
| | | | N | 03:01 PM | 04:05 PM | 64 | $8.32 |
| | | | N | 03:04 PM | 04:05 PM | 61 | $7.93 |
| | | | N | 03:13 PM | 04:05 PM | 52 | $14.04 |
| | | | | | **Total** | **245** | **$39.13** |

**Christopher Lund's Billing Code Summary**

| Billing Code | Service | Item | Quantity | Cost |
|---|---|---|---|---|
| 706601 | Audio Conf. | Phone Minutes | 988 | $128.44 |
| 706601 | Audio Conf. | International Audio Minutes | 715 | $193.05 |
| | | Tax | | $0.00 |
| | | Billing Code 706601 Total | | $321.49 |
| 7066601 | Audio Conf. | International Audio Minutes | 52 | $14.04 |
| 7066601 | Audio Conf. | Phone Minutes | 193 | $25.09 |
| | | Tax | | $0.00 |
| | | Billing Code 7066601 Total | | $39.13 |
| | | Total Tax: | | $0.00 |
| | | Christopher Lund's Billing Codes Total: | | $360.62 |



## David Manning (ID - 3335669) Summary

| | Sep Amt | Sep $ | Oct Amt | Oct $ | Total |
|---|---|---|---|---|---|
| **Audio Conferencing** | | | | | |
| International Audio Minutes | 195 | $52.65 | 0 | $0.00 | $52.65 |
| Phone Minutes | 2218 | $288.34 | 0 | $0.00 | $288.34 |
| Total Tax | | $20.48 | | $0.00 | $20.48 |
| David Manning Total | | $361.47 | | $0.00 | $361.47 |

## David Manning's Meetings

### Audio Conferencing
**September 02, 2008**  09:28 PM - 10:47 PM  
Billing Code: 0706601  
Duration (Minutes): 225

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| | | N | 09:28 PM | 10:47 PM | 80 | $10.40 |
| | | N | 09:30 PM | 10:47 PM | 78 | $10.14 |
| | | N | 09:40 PM | 10:47 PM | 67 | $8.71 |
| Tennessee State Tax | | | | | | $2.05 |
| | | | | Total | 225 | $31.30 |

### Audio Conferencing
**September 03, 2008**  04:09 PM - 04:41 PM  
Billing Code: 0706601  
Duration (Minutes): 177

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| | | N | 04:09 PM | 04:41 PM | 32 | $8.64 |
| | | N | 04:09 PM | 04:38 PM | 29 | $3.77 |
| | | N | 04:10 PM | 04:41 PM | 32 | $8.64 |
| | | N | 04:10 PM | 04:41 PM | 31 | $4.03 |
| | | N | 04:13 PM | 04:38 PM | 26 | $3.38 |
| | | N | 04:14 PM | 04:41 PM | 27 | $3.51 |
| New Jersey State Tax | | | | | | $2.24 |
| | | | | Total | 177 | $34.21 |

### Audio Conferencing
**September 05, 2008**  01:58 PM - 03:31 PM  
Billing Code: 0706601  
Duration (Minutes): 738

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| | | N | 01:58 PM | 03:30 PM | 93 | $12.09 |
| | | N | 02:00 PM | 03:31 PM | 91 | $11.83 |
| | | N | 02:01 PM | 03:31 PM | 90 | $11.70 |
| | | N | 02:01 PM | 02:42 PM | 42 | $5.46 |
| | | N | 02:02 PM | 03:31 PM | 89 | $11.57 |
| | | N | 02:06 PM | 02:06 PM | 1 | $0.13 |
| | | N | 02:06 PM | 03:30 PM | 85 | $11.05 |
| | | N | 02:07 PM | 02:10 PM | 3 | $0.39 |
| | | N | 02:09 PM | 03:31 PM | 82 | $10.66 |
| | | N | 02:10 PM | 03:06 PM | 57 | $7.41 |
| | | N | 02:11 PM | 03:31 PM | 80 | $21.60 |
| | | N | 03:07 PM | 03:09 PM | 3 | $0.39 |
| | | N | 03:09 PM | 03:16 PM | 7 | $0.91 |
| | | N | 03:16 PM | 03:31 PM | 15 | $1.95 |
| Tennessee State Tax | | | | | | $7.50 |
| | | | | Total | 738 | $114.64 |

### Audio Conferencing
**September 12, 2008**  01:58 PM - 02:55 PM  
Billing Code: 0706601  
Duration (Minutes): 352

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| | | N | 01:58 PM | 02:55 PM | 58 | $7.54 |
| | | N | 01:59 PM | 02:55 PM | 57 | $7.41 |
| | | N | 01:59 PM | 02:55 PM | 56 | $7.28 |
| | | N | 02:02 PM | 02:25 PM | 24 | $3.12 |
| | | N | 02:03 PM | 02:55 PM | 53 | $6.89 |
| | | N | 02:04 PM | 02:55 PM | 52 | $6.76 |
| | | N | 02:04 PM | 02:55 PM | 52 | $6.76 |
| Tennessee State Tax | | | | | | $3.20 |
| | | | | Total | 352 | $48.96 |



**Audio Conferencing**
**September 17, 2008**                   09:28 AM - 10:14 AM

Billing Code:  0706601
Duration (Minutes): **225**

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| | | N | 09:28 AM | 10:14 AM | 47 | $6.11 |
| | | N | 09:30 AM | 10:14 AM | 45 | $5.85 |
| | | N | 09:30 AM | 10:14 AM | 45 | $5.85 |
| | | N | 09:30 AM | 10:14 AM | 45 | $5.85 |
| | | N | 09:31 AM | 10:14 AM | 43 | $5.59 |
| Tennessee State Tax | | | | | | $2.05 |
| | | | | **Total** | **225** | **$31.30** |

**Audio Conferencing**
**September 19, 2008**                   01:57 PM - 02:47 PM

Billing Code:  0706601
Duration (Minutes): **327**

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| | | N | 01:57 PM | 02:47 PM | 50 | $6.50 |
| | | N | 01:58 PM | 02:47 PM | 49 | $6.37 |
| | | N | 02:00 PM | 02:47 PM | 47 | $6.11 |
| | | N | 02:00 PM | 02:47 PM | 47 | $12.69 |
| | | N | 02:00 PM | 02:47 PM | 47 | $6.11 |
| | | N | 02:00 PM | 02:47 PM | 47 | $6.11 |
| | | N | 02:07 PM | 02:47 PM | 40 | $5.20 |
| Tennessee State Tax | | | | | | $3.44 |
| | | | | **Total** | **327** | **$52.53** |

**Audio Conferencing**
**September 26, 2008**                   01:57 PM - 03:13 PM

0706 01

Billing Code:  0706601
Duration (Minutes): **369**

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| | | N | 01:57 PM | 01:59 PM | 2 | $0.26 |
| | | N | 02:00 PM | 03:13 PM | 73 | $9.49 |
| | | N | 02:00 PM | 02:02 PM | 2 | $0.26 |
| | | N | 02:00 PM | 03:13 PM | 74 | $9.62 |
| | | N | 02:00 PM | 02:04 PM | 4 | $1.08 |
| | | N | 02:00 PM | 03:13 PM | 73 | $9.49 |
| | | N | 02:02 PM | 03:13 PM | 71 | $9.23 |
| | | N | 02:03 PM | 03:13 PM | 70 | $9.10 |
| | | | | **Total** | **369** | **$48.53** |

**David Manning's Billing Code Summary**

| Billing Code | Service | Item | Quantity | Cost |
|---|---|---|---|---|
| 0706601 | Audio Conf. | Phone Minutes | 450 | $58.50 |
| | | **Tax** | | **$2.05** |
| | | **Billing Code 0706601 Total** | | **$60.55** |
| 0706601 | Audio Conf. | International Audio Minutes | 64 | $17.28 |
| 0706601 | Audio Conf. | Phone Minutes | 113 | $14.69 |
| | | **Tax** | | **$2.24** |
| | | **Billing Code 0706601 Total** | | **$34.21** |
| 0706601 | Audio Conf. | Phone Minutes | 352 | $45.76 |
| | | **Tax** | | **$3.20** |
| | | **Billing Code 0706601 Total** | | **$48.96** |
| 0706601 | Audio Conf. | Phone Minutes | 280 | $36.40 |
| 0706601 | Audio Conf. | International Audio Minutes | 47 | $12.69 |
| | | **Tax** | | **$3.44** |
| | | **Billing Code 0706601 Total** | | **$52.53** |
| 0706601 | Audio Conf. | International Audio Minutes | 80 | $21.60 |
| 0706601 | Audio Conf. | Phone Minutes | 658 | $85.54 |
| | | **Tax** | | **$7.50** |
| | | **Billing Code 0706601 Total** | | **$114.64** |
| | | **Total Tax:** | | **$18.43** |
| | | **David Manning's Billing Codes Total:** | | **$310.89** |



## FedEx Express Shipment Detail By Reference (Original)

**Dropped off:** Sep 05, 2008        **Cust. Ref.:** 07066-01        **Ref.#2:**
**Payor:** Shipper        **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 34.50% to this shipment.
- FedEx has audited this airbill for correct pieces, weight, and service. Any changes made are reflected in the invoice amount.
- Discount applied is the greater of volume discount or dropoff discount. No additional discount applies.

| | | Sender | Recipient |
|---|---|---|---|
| Tracking ID | 799006329254 | PAT RAVENELLE | CHIEF JUDGE F. TYDINGCO-GATEWOOD |
| Service Type | FedEx Intl Economy | GERSHMAN, BRICKNER & BRATTON | U.S. FEDERAL DISTRICT COURT OF GUA |
| Package Type | FedEx Envelope | 8550 ARLINGTON BLVD | 520 WEST SOLEDAD AVENUE |
| Orig./Dest. | ZFO/GUM | SUITE 203 | HAGATNA, GUAM 96910 GU |
| Zone | K | FAIRFAX VA 22031 US | |
| Packages | 1 | | |
| Rated Weight | 1.3 lbs | | |
| Delivered | Sep 10, 2008 10:45 | | |
| Signed by | B.PEREDA | Transportation Charge | 85.37 |
| FedEx Use | P2453/US0010/_ | Fuel Surcharge | 28.57 |
| Customs | | Discount | -2.56 |
| Entry Date | Sep 06, 2008 | **Total Transportation Charges**        USD | **$111.38** |

|  | **07066-01 Reference Subtotal** | **USD** | **$111.38** |
|---|---|---|---|

**Picked up:** Sep 09, 2008        **Cust. Ref.:** GUAM PROJECT        **Ref.#2:**
**Payor:** Recipient        **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 27.50% to this shipment.

| | | Sender | Recipient |
|---|---|---|---|
| Tracking ID | 863937630854 | JACK TUCKER | LONNELLE KELLER |
| Service Type | FedEx Intl Priority | GERSHMAN, BRICKNER & BRATTON | GBB INC |
| Package Type | FedEx Envelope | 8550 ARLINGTON BLVD STE 203 | 8550 ARLINGTON BLVD |
| Orig./Dest. | GUM/ZFO | FAIRFAX GU | SUITE 203 |
| Zone | B | | FARIFAX/SW/107 E34 VA 22031 US |
| Packages | 1 | | |
| Rated Weight | 0.5 lbs | | |
| Delivered | Sep 10, 2008 09:48 | | |
| Signed by | P.RAVELLE | Transportation Charge | 28.00 |
| FedEx Use | G4302/GU0010/_ | Fuel Surcharge | 7.47 |
| Customs | | Discount | -0.84 |
| Entry Date | Sep 09, 2008 | **Total Transportation Charges**        USD | **$34.63** |

|  | **GUAM PROJECT Reference Subtotal** | **USD** | **$34.63** |
|---|---|---|---|
|  | **Total FedEx Express** | **USD** | **$146.01** |



## FedEx Express Shipment Detail By Reference (Original)

**Picked up:** Sep 02, 2008    **Cust. Ref.:** GUAM PROTECT    **Ref.#2:**
**Payor:** Recipient    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 27.50% to this shipment.
- FedEx has audited this airbill for correct pieces, weight, and service. Any changes made are reflected in the invoice amount.

| | | | |
|---|---|---|---|
| Tracking ID | 863937630887 | **Sender** | **Recipient** |
| Service Type | FedEx Intl Priority | CYNTHIA U JACKSON | KEVIN CALLEN |
| Package Type | FedEx Pak | SWMO | CALOGIX RONTE OPTIMIZATION SOLUTI |
| Orig./Dest. | GUM/ZFO | | 8550 ARUNGTUN BLVD SUTE 203 |
| Zone | B | FAIRFAX GU | FAIRFAX/SW/107 E34 VA 22031 US |
| Packages | 1 | | |
| Rated Weight | 0.3 lbs | | |
| Delivered | Sep 03, 2008 10:41 | | |
| Signed by | P.REVENELLE | Transportation Charge | 31.50 |
| FedEx Use | G2497/GU0010/_ | Fuel Surcharge | 8.40 |
| Customs | | Discount | -0.95 |
| Entry Date | Sep 02, 2008 | Total Transportation Charges    USD | $38.95 |

| | | |
|---|---|---|
| **GUAM PROTECT Reference Subtotal** | **USD** | **$38.95** |
| **Total FedEx Express** | **USD** | **$38.95** |



## FedEx Express Shipment Detail By Reference (Original)

**Dropped off:** Sep 12, 2008  **Cust. Ref.:** 04057-04 KC  **Ref.#2:**
**Payor:** Shipper  **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 34.50% to this shipment.
- Distance Based Pricing, Zone 5

| Automation | INET | **Sender** | | **Recipient** | |
| --- | --- | --- | --- | --- | --- |
| Tracking ID | 796088417033 | Pat Ravenelle | | Randy Rudd | |
| Service Type | FedEx Standard Overnight | Gershman, Brickner & Bratton | | Emerald Coast Utilities Author | |
| Package Type | FedEx Envelope | 8550 ARLINGTON BLVD | | Director of Sanitation | |
| Zone | 05 | FAIRFAX VA 22031 US | | PENSACOLA FL 32526 US | |
| Packages | 1 | | | | |
| Rated Weight | N/A | | | | |
| Delivered | Sep 15, 2008 09:10 | Transportation Charge | | | 19.25 |
| Svc Area | A3 | Fuel Surcharge | | | 5.31 |
| Signed by | K.INGLE | Discount | | | -3.85 |
| FedEx Use | 000000000/0000233/_ | **Total Charge** | | **USD** | **$20.71** |

| | **04057-04 KC Reference Subtotal** | **USD** | **$20.71** |
| --- | --- | --- | --- |

**Dropped off:** Sep 19, 2008  **Cust. Ref.:** 07066-01 CL  **Ref.#2:**
**Payor:** Shipper  **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 34.50% to this shipment.
- Distance Based Pricing, Zone 4
- Package Delivered to Recipient Address - Release Authorized

| Automation | INET | **Sender** | | **Recipient** | |
| --- | --- | --- | --- | --- | --- |
| Tracking ID | 790580367945 | Pat Ravenelle | | David Manning | |
| Service Type | FedEx Priority Overnight | Gershman, Brickner & Bratton | | GBB | |
| Package Type | FedEx Envelope | 8550 ARLINGTON BLVD | | | |
| Zone | 04 | FAIRFAX VA 22031 US | | BRENTWOOD TN 37027 US | |
| Packages | 1 | | | | |
| Rated Weight | N/A | Transportation Charge | | | 20.35 |
| Delivered | Sep 19, 2008 09:20 | Fuel Surcharge | | | 6.41 |
| Svc Area | A1 | Discount | | | -4.07 |
| Signed by | 9999999999999 | Residential Delivery | | | 2.30 |
| FedEx Use | 000000000/0000208/02 | **Total Charge** | | **USD** | **$24.99** |

| | **07066-01 CL Reference Subtotal** | **USD** | **$24.99** |
| --- | --- | --- | --- |

**Dropped off:** Sep 12, 2008  **Cust. Ref.:** C06041-01.1  **Ref.#2:**
**Payor:** Shipper  **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 34.50% to this shipment.
- Distance Based Pricing (U.S. to HI Rural) Zone 12

| Automation | INET | **Sender** | | **Recipient** | |
| --- | --- | --- | --- | --- | --- |
| Tracking ID | 797084551580 | Pat Ravenelle | | Hana Steel, PhD-Recycle Coordi | |
| Service Type | FedEx 2Day | Gershman, Brickner & Bratton | | County of Maui | |
| Package Type | FedEx Envelope | 8550 ARLINGTON BLVD | | Solid Waste Division | |
| Zone | 12 | FAIRFAX VA 22031 US | | WAILUKU HI 96793 US | |
| Packages | 1 | | | | |
| Rated Weight | N/A | | | | |
| Delivered | Sep 15, 2008 09:29 | Transportation Charge | | | 28.85 |
| Svc Area | PM | Fuel Surcharge | | | 8.66 |
| Signed by | J.KO | Discount | | | -3.75 |
| FedEx Use | 000000000/0001116/_ | **Total Charge** | | **USD** | **$33.76** |

| | **C06041-01.1 Reference Subtotal** | **USD** | **$33.76** |
| --- | --- | --- | --- |
| | **Total FedEx Express** | **USD** | **$79.46** |





## FedEx Express Shipment Detail By Reference (Original)

**Dropped off:** Sep 29, 2008     **Cust. Ref:** NO REFERENCE INFORMATION     **Ref.#2:** 07066-01
**Payor:** Third Party     **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 34.50% to this shipment.
- Distance Based Pricing, Zone 4

| | | | | |
|---|---|---|---|---|
| Automation | USAB | **Sender** | **Recipient** | |
| Tracking ID | 856630216513 | JACK TUCKER | LOWELLE | |
| Service Type | FedEx 2Day | KINGSTON SPRINGS TN 37082 US | GBB INC | |
| Package Type | FedEx Envelope | | 8550 ARLINGTON BLVD STE 203 | |
| Zone | 04 | | FAIRFAX VA 22031 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Oct 01, 2008 14:09 | Transportation Charge | | 10.50 |
| Svc Area | A1 | Discount | | -1.37 |
| Signed by | T.BRATTON | Fuel Surcharge | | 3.15 |
| FedEx Use | 027313591/0001110/_ | **Total Charge** | **USD** | **$12.28** |

| | | |
|---|---|---|
| **NO REFERENCE INFORMATION Reference Subtotal** | **USD** | **$12.28** |

**Dropped off:** Sep 26, 2008     **Cust. Ref:** 07066-01 HG     **Ref.#2:**
**Payor:** Shipper     **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 34.50% to this shipment.
- Distance Based Pricing, Zone 3
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- Package Delivered to Recipient Address - Release Authorized
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Envelope was rated as FedEx Pak.

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 790587892679 | Pat Ravenelle | David Seader | |
| Service Type | FedEx Standard Overnight | Gershman, Brickner & Bratton | GBB | |
| Package Type | FedEx Pak | 8550 ARLINGTON BLVD | 87 Chestnut Street | |
| Zone | 03 | FAIRFAX VA 22031 US | MILLBURN NJ 07041 US | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | Transportation Charge | | 20.00 |
| Delivered | Sep 29, 2008 15:12 | Residential Delivery | | 2.30 |
| Svc Area | A1 | Fuel Surcharge | | 6.80 |
| Signed by | 9999999999999 | Discount | | -2.60 |
| FedEx Use | 000000000/0001305/02 | **Total Charge** | **USD** | **$26.50** |

**Dropped off:** Sep 26, 2008     **Cust. Ref:** 07066-01 HG     **Ref.#2:**
**Payor:** Shipper     **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 34.50% to this shipment.
- Distance Based Pricing, Zone 4
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- Package Delivered to Recipient Address - Release Authorized
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Envelope was rated as FedEx Pak.

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 791959221184 | Pat Ravenelle | David Manning | |
| Service Type | FedEx Standard Overnight | Gershman, Brickner & Bratton | | |
| Package Type | FedEx Pak | 8550 ARLINGTON BLVD | BRENTWOOD TN 37027 US | |
| Zone | 04 | FAIRFAX VA 22031 US | | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | Transportation Charge | | 26.10 |
| Delivered | Sep 29, 2008 13:10 | Fuel Surcharge | | 8.63 |
| Svc Area | A1 | Residential Delivery | | 2.30 |
| Signed by | 9999999999999 | Discount | | -3.39 |
| FedEx Use | 000000000/0001327/02 | **Total Charge** | **USD** | **$33.64** |

| | | |
|---|---|---|
| **07066-01 HG Reference Subtotal** | **USD** | **$60.14** |



07066-01

The UPS Store - #3348
330 Franklin Rd.
Suite 135A
Brentwood, TN 37027
(615) 661-9606

09/30/08  12:08 PM

We are the one stop for all your
shipping, postal and business needs.

**Visit our New Website:**
**www.theUPSstore.com/3348.htm**

001 008002 (022)          TO $   8.00
   Priority Mail Flat

                  SubTotal  $   8.00
                     Total  $   8.00

                    VISA $   8.00
ACCOUNT NUMBER *    ************3583

Receipt ID 8299066240968888864 001 Items
CSH: SHELIAH          Tran: 3800 Reg: 002

To track your packages, please visit:
   **www.TheUPSstore.com/3348.htm**

Whatever your business and personal
needs, we are here to serve you.

*Letter to Speaker*
*Won Pat*

EXHIBIT II

U.S. Federal District Court of Guam                                    October 17, 2008
Chief Judge
520 West Soledad Avenue
Hagåtña, Guam 96910

cc:  Attorney General
     c/o Assistant Pat Mason

RE:  Invoice for Services          Inv No.  08-10-2405          Job No. 07066-02

---

**PERIOD:**            Activity from September 1, 2008 through September 30, 2008

**CLIENT REFERENCE:**  **Order Re: Appointment of Receiver, Case 1:02-cv-00022 filed March 17, 2008** and ordered by the Chief Judge for the U.S. Federal District Court of Guam

**DESCRIPTION:**       Pursuant to the Consent Decree, GBB, acting as Receiver for the District Court of Guam, will enforce the terms of the Consent Decree, and assume all of the responsibilities, functions, duties, powers and authority of the Solid Waste Management Division of the Department of Public Works ("DPW"), and any and all departments, or other divisions of the DPW insofar as they affect the Government of Guam's compliance with the Consent Decree; Out-of-pocket expenditures related to emergency purchases of parts and supplies necessary for equipment maintenance for Guam's Solid Waste Division

**GBB Federal ID#:**   52-1189668

| Payments Received To Date | Invoiced But not Received | Current Progress Amount |
|---|---|---|
| $ 5,970.44 | $ 0 | $ 5,787.65 |

**Expenses**

| | | |
|---|---|---|
| Emergency Maintenance (1 – 16) | $  5,261.50 | |
| Fee on Expenses @ 10% | 526.15 | |
| **Total Expenses** | | $  5,787.65 |

**TOTAL AMOUNT DUE GBB FOR THIS PERIOD** . . . . . . . . . . . . . . . . . **$    5,787.65**