Payments should be executed via wire transfers using the following information:

Bank Account Name:        Gershman, Brickner & Bratton, Inc., General Account

Local Branch Address:      Bank of America, 8212 Lee Highway, Merrifield, VA 22031

Bank Account Number:

Bank Routing Number for incoming wires:

Swift Code (if needed):

# Gershman, Brickner & Bratton, Inc. ①

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

Project ID: **07066:02**
Project Name: **US District Court - Emergency Purchases for SWD**
Manager: **HWG**
Client ID: **07066**

| ELDATE | PROJECTID |
|---|---|
| 9/1/2008 to 9/30/2008 | 07066:02 to 07066:02 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 9/2/2008 | Miscellaneous Expense<br>Starter Key for light duty pick up truck | 1.00 | $18.00 | $18.00 | 0.00 | $18.00 | Billable |
| 9/3/2008 | Miscellaneous Expense<br>Parts for PW fuel truck | 1.00 | $162.10 | $162.10 | 0.00 | $162.10 | Billable |
| 9/3/2008 | Miscellaneous Expense<br>Emergency parts and supplies for Packer trucks | 1.00 | $235.60 | $235.60 | 0.00 | $235.60 | Billable |
| 9/4/2008 | Miscellaneous Expense<br>Emergency parts for Packer trucks | 1.00 | $236.85 | $236.85 | 0.00 | $236.85 | Billable |
| 9/8/2008 | Miscellaneous Expense<br>Paint supplies and Parts for Dump Truck | 1.00 | $277.51 | $277.51 | 0.00 | $277.51 | Billable |
| 9/8/2008 | Miscellaneous Expense<br>Keys for New landfill temp access road | 1.00 | $11.25 | $11.25 | 0.00 | $11.25 | Billable |
| 9/9/2008 | Miscellaneous Expense<br>Emergency supplies for media presentations at Chamber and Agat. | 1.00 | $52.56 | $52.56 | 0.00 | $52.56 | Billable |
| 9/9/2008 | Miscellaneous Expense<br>replacement Key for baby packer | 1.00 | $90.00 | $90.00 | 0.00 | $90.00 | Billable |
| 9/10/2008 | Miscellaneous Expense<br>Emergency purchase - Batteries for Dump Truck | 1.00 | $372.18 | $372.18 | 0.00 | $372.18 | Billable |
| 9/10/2008 | Miscellaneous Expense<br>Emerg purchase - Survey supplies, new door locks, plumbing supplies for Ordot landfill. | 1.00 | $629.49 | $629.49 | 0.00 | $629.49 | Billable |
| 9/16/2008 | Miscellaneous Expense<br>Alternators for Packer Trucks | 1.00 | $760.12 | $760.12 | 0.00 | $760.12 | Billable |
| 9/17/2008 | Miscellaneous Expense<br>Emergency truck parts<br>Air Dryer for dump truck | 1.00 | $911.57 | $911.57 | 0.00 | $911.57 | Billable |
| 9/22/2008 | Supplies<br>Purchase of 3 sets of equipment keys for Ordot equipment. | 1.00 | $15.87 | $15.87 | 0.00 | $15.87 | Billable |
| 9/22/2008 | Supplies<br>Purchase of Hydraulic hose and teflon tape from HFP, Inc. for the SWMD dump truck. | 1.00 | $47.75 | $47.75 | 0.00 | $47.75 | Billable |
| 9/25/2008 | Miscellaneous Expense<br>Acquired stove and fridgerator for collection crew's kitchen. This was placed on AMx card. | 1.00 | $855.98 | $855.98 | 0.00 | $855.98 | Billable |
| 9/25/2008 | Miscellaneous Expense<br>rope for tying items down in pickups | 1.00 | $5.99 | $5.99 | 0.00 | $5.99 | Billable |



# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800 Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

| | |
|---|---|
| Project ID: | **07066:02** |
| Project Name: | **US District Court - Emergency Purchases for SWD** |
| Manager: | **HWG** |
| Client ID: | **07066** |

| ELDATE | PROJECTID |
|---|---|
| 9/1/2008 to 9/30/2008 | 07066:02 to 07066:02 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 9/26/2008 | Supplies<br>2-cycle oil for mower to cut grass around the SWMD offices.<br>(used American Express) | 1.00 | $1.79 | $1.79 | 0.00 | $1.79 | Billable |
| 9/26/2008 | Miscellaneous Expense<br>Supplies for the landfill and for collection crew's kitchen<br>painting. | 1.00 | $435.93 | $435.93 | 0.00 | $435.93 | Billable |
| 9/29/2008 | Miscellaneous Expense<br>Building supplies to rehab collection crew's kitchen. | 1.00 | $140.96 | $140.96 | 0.00 | $140.96 | Billable |
| | **Sum of Billable Expenses:** | | | $5,261.50 | | $5,261.50 | |
| | **Billable + Non-Billable Total:** | | | $5,261.50 | | $5,261.50 | |

# INVOICE

0706 & & 12.
EMERG.

209 E. HARMON IND. PARK RD, UNIT 1E-1
HARMON, GU 96913

PHONE: 671-649-5843
       671-649-5844
FAX:    671-649-5861

| | | |
|---|---|---|
| | Date | 09/03/08 |
| Order # | | 00001989 |
| Account # | | CASH02 |
| P/O # | | |
| Salesperson | | Eustaq |

**Ship To**

DEPT OF PUBLIC WORKS
TAMUNING
TAMUNING

Pg# 1

| Ph: ( ) - | | | Fax: ( ) - | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Order Date | Ship Date | Ship Via | F.O.B. | Terms | Job # | | | Job Name | Fax: ( ) - |
| 09/03/08 | 09/03/08 | PICKUP | | NET 30 | 536 service tru | | | | |
| Item # | | Description | | Ordered | Shipped | B/O | U/M Tx | Unit Price | Total |
| RCF RK11-1606-1 | | BOWL 900/1000FG <RK 11-1606-1> | | 2.00 | 2.00 | 0.00 Ea | Ntx | 65.5000 | 131.00 |
| RCF 2020PM-OR | | 30 MICRON W/O GR ELEMENT (12 CS | | 2.00 | 2.00 | 0.00 Ea | Ntx | 15.5500 | 31.10 |

TOTAL

CUSTOMER COPY

07066.02
EMG. PARTS
PACKER TRUCKS

BANK OF GUAM
THE PEOPLE'S BANK

NAPA AUTO PARTS
ROUTE 16 HARMON, GUAM 96929
(671) 637-7844

BATCH No.     : 000473
TERMINAL ID   : 81156783
CARD          : AMEX
CARD No.      : XXXXXXXXXXX1029 / Swiped
REF No.       : 9621
INVOICE       : 083391
TRANS.        : CREDIT CARD SALE

AMOUNT        : $            235.00

Tran Date/Time : 09/03/08     10:23:06
APPROVAL       : 543082

Customer Copy

Thank you!

---

07066.02
EMG PARTS
PACKER TRUCKS

BANK OF GUAM
THE PEOPLE'S BANK

NAPA AUTO PARTS
ROUTE 16 HARMON, GUAM 96929
(671) 637-7844

BATCH No.     : 000474
TERMINAL ID   : 81156783
CARD          : AMEX
CARD No.      : XXXXXXXXXXX1029 / Swiped
REF No.       : 9680
INVOICE       : 083591
TRANS.        : CREDIT CARD SALE

AMOUNT        : $            236.85

Tran Date/Time : 09/04/08     10:42:50
APPROVAL       : 508096

Customer Copy

Thank you!

---

07066.02
EMERG PARTS
STARTER KEY for TRUCK

DRAGON LOCKSMITH SERVICES
MICRONESIA MALL #107
1088 N. MARINE CORPS DRIVE
DEDEDO, GUAM 96929
(671) 637-9158

MERCHANT  : 5988 6990102090AA 651
FAC NO.   : 54389 092 49186402
DATE      : 09/02/08     13:50
ACCT NO.  : XXXXXXXXXXXX1029
TYPE      : AMER EXP
AUTH #    :
REF NO.   :
TAX AMT   : .00

SALE      $          18.00

JL TUCKER
I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

THANK YOU FOR YOUR PATRONAGE!



5



07.06.02
EMP
AIRCRAFT

CONTROL # 2648522

**BANK OF GUAM**
*THE PEOPLE'S BANK*

**NAPA AUTO PARTS**
ROUTE 16 HARMON, GUAM 96929
(671) 637-7844

BATCH No. : 000480
TERMINAL ID : 01158783
CARD : AMEX
CARD No. : XXXXXXXXXX1029 / Swiped
REF. No. : 9074
INVOICE : 063963
TRANS. : CREDIT CARD SALE
AMOUNT : 372.18
Tran Date/Time : 09/10/08  14:08:48
APPROVAL : 541044

Customer Copy
Thank you!

BATTERIES for QUID TRUCK

**SPECIAL ORDER & NON-RETURNABLE**

ALL GOODS RETURNED MUST BE ACCOMPANIED BY THIS INVOICE

| | | | | | | |
|---|---|---|---|---|---|---|
| 3. | | BAT BATTERY | | 124.06 | | 372.18 |

battery will be picked up at back warehouse.....

| SUB TOTAL | 372.18 | MISC | 0.00 | 0.000 TAX | | TOTAL | 372.18 | CASH |
|---|---|---|---|---|---|---|---|---|



07060.02
Survey supplies
new door locks for ORDT

THE HOME DEPOT 1710
295 CHALAN PASAHERU
TAMUNING, GU 96913 (671)6480440

1710 00001 03622  09/10/08
71 TIX41Y  01:24 PM

SALE

| | |
|---|---|
| 274356 4FT REBAR <+> | 142.50 |
| 5002.85 | |
| 106151 1/2X2 REBAR <+> | 112.50 |
| 5002.25 | |
| 749552 1FT REBAR <+> | 66.75 |
| 7590.89 | |
| 032688000445 NO KIAM BIBB <+> | 40.28 |
| 4010.07 | |
| 611942053040 3/4 TEE <+> | 6.57 |
| 302.19 | |
| 611942007135 3/4 ELBOW <+> | 12.78 |
| 304.26 | |
| 077855025348 INDPISTOLNZL <+> | 29.91 |
| 309.97 | |
| 88835104571 DOORLOCK <+> | 55.92 |
| 078664777329 1/2X50 TAPE <+> | 1.34 |
| 731919050680 GLOVES <+> | 5.94 |
| 292.97 | |
| 046876279377 WASHERS <+> | 1.19 |
| 020061934485 SPRAY PAINT <+> | 5.98 |
| 292.99 | |
| 020061936684 SPRAY PAINT <+> | 5.98 |
| 038753316653 PVC CEMENT <+> | 5.98 |
| 038753319001 PURPL PRIMER <+> | 3.49 |
| 076012402011 HACKSAW <+> | 6.19 |
| 078627032827 75FT HOSE <+> | 128.91 |
| 3842.97 | |
| XXXXXXXXXX1029 AMEX | 629.49 |
| AUTH CODE 570036/7011442 | |

| | |
|---|---|
| SUBTOTAL | 629.49 |
| SALES TAX | 0.00 |
| TOTAL | $629.49 |
| AMEX | 629.49 |
| | TA |



**BANK OF GUAM**
*THE PEOPLE'S BANK*

**NAPA AUTO PARTS**
ROUTE 8 BARRIGADA, GUAM 96929
(671) 637-0901

MERCHANT NO. :
BATCH NO. :
TERMINAL ID :
CARD :
CARD No. : XXXXXXXXXXXX1023 / SWIPED

RREF No. : 8964
INVOICE :
TRANS. : CREDIT CARD SALE

AMOUNT : $ 277.51

Tran Date : 05-08-08      15:05:16
APPROVAL :

Customer Copy
Thank You!





07 066 02
Emerce ... foll...
...
... 7588.

**BANK OF GUAM**
THE PEOPLE'S BANK

**Triple J Motors**
Upper Tumon, Guam
671 646-3126

BATCH No.    : 001373
TERMINAL ID  : 01130029
CARD         : AMEX
CARD No.     : XXXXXXXXXX1029 / Swiped
EXP DATE     : 06/12
RREF No.     : 12504
INVOICE      : ...
TRANS.       : CREDIT CARD SALE
AMOUNT       $          90.00
Tran Date/Time : 09/09/08    15:02:49
APPROVAL     : 525469

Customer Copy
Thank you!

## TRIPLE J MOTORS

... MENT        *INVOICE
646-3149      DUPLICATE
              ...
N/A           SERVICE ADVISOR: 1171 JOHN HERNANDEZ

UPPER TUMON LOCATION
470 N. MARINE CORPS DR., TAMUNING, GU 96913
TEL (671) 648-6050 • FAX (671) 648-6076

| MODEL | | | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|
| ...NGER | ...1FTZR... 27PA96773 | 4691 | ...22 .../22482 | TKEY |
| EXP. | PROMISED | | RATE | PAYMENT | INV. DATE |
| | WAIT 09SEP08 | | 90.00 | CASH | 09SEP08 |

09SEP08

| HOURS | | | LIST | NET | TOTAL |
|---|---|---|---|---|---|
| ADDITIONAL KEY PER CUSTOMER REQUEST | | | | | |
| | | | | 45.00 | 45.00 |
| ...EY BLANK | | | 45.00 | 45.00 | 45.00 |

22482 PRESCRIBED ...KEY COMPLETED.
**********************************************

EST: 90.00        09SEP08  09:42     1171

*Customers First*
Thank you for using Triple J Motors.
... receive a follow up call or a
... the manufacturer. ... for any
... are not completely satisfied
... our Service Manager ...

---

NATIONAL OFFICE SUPPLY

**CASH INVOICE**
BG- 125443

... (671) 734-...

REFUND PAID OUT  
QUANTITY  
AMOUNT

| | | | | | |
|---|---|---|---|---|---|
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |

NATIONAL OFFICE SUPPL

BATCH No.    : ...
TERMINAL ID  : 11003092
CARD         : AMEX
INVOICE      : 002517
TRANS.       : CREDIT CARD SALE
AMOUNT       $2.86
Tran Date/Time : 09/09/08
APPROVAL     : 542472

Customer Copy
Thank You!



07066.02
EMG PARTS

⑧



# P A R T S

parts@midpacfareast.com
www.midpacfareast.com

BANK OF GUAM
THE PEOPLE'S BANK

x 20969
da, GU, U.S.A. 96921
.632.5160

Mid-Pac Far East
Tamuning, Guam
671 637-7844

IC WORKS

| Branch | | | |
|---|---|---|---|
| MPFE | | | CNNYYY |
| Date | Time | | Page |
| 09/17/08 | 14:01:17 (O) | | 01 |
| Account No. | Phone No. | | Invoice No. |
| CASH0002 | 000 0000000 | | P10018 |
| Ship Via | | Purchase Order | |

BATCH No.     :  000933
TERMINAL ID  :  01129472
CARD           :  AMEX
CARD No.   : XXXXXXXXXX1029 / Swiped
EXP DATE     :  06/12
RREF No.     :  5154
INVOICE      :  004178
TRANS.   : CREDIT SALE

AMOUNT   :      $      911.57

| | Salesperson |
|---|---|
| | PC1 |

## PARTS INVOICE

### Freight Terms:

Tran Date/Time :  09/17/08      13:36:15
APPROVAL   :  541429

Customer Copy
Thank you!

| | RIPTION | BIN | ORD | ISS | SHP | B/O | UTT | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | LITE | NO BIN | 10 | 10 | 10 | | * | 13.85 | 138.50 |
| 40202R | LIGHT | NO BIN | 2 | 2 | 2 | | * | 7.48 | 14.96 |
| 80360 | MULTI LIGHT | NO BIN | 10 | 10 | 10 | | * | 13.16 | 131.60 |
| NA7709244 | STRAPS | NO BIN | 1 | 1 | 1 | | * | 12.50 | 12.50 |
| NA504073A3 | LAMP | NO BIN | 7 | 7 | 7 | | * | 9.81 | 68.67 |
| NA7821131 | MINIFUSE | NO BIN | 5 | 5 | 5 | | * | .71 | 3.55 |
| 109685BXR | DRYER-AIR REMAN | NO BIN | 1 | 1 | 1 | | * | 541.79 | 541.79 |

541429

TOTAL CREDIT CARD      911.57

PAID

SEP 17 2008

MID PAC FAR EAS

Signature

## IMPORTANT TERMS & CONDITIONS

All charges not disputed by the customer in writing within THIRTY (30) DAYS shall be deemed accepted by the customer and shall be deemed valid, due and owing Stocked parts can be returned within TEN (10) DAYS with copy of invoice, subject to a 10% restocking fee. ALL SALES ARE FINAL ON SPECIAL ORDER PARTS. All returned parts must be new, uninstalled and in original packaging. No returns on electrical components No refunds on freight charges. Cores, if any, must be presented at the time of sale.

All payments are due upon receipt of goods or in accordance with your account terms if you are a charge account customer in good standing with no payments past due and owing. You agree to pay interest at the rate of 1.5% per month on all past due invoices and also agrees to pay reasonable attorney and court fees, if collection is necessary

07066.02 ⑨

07066.02
EMG. PARTS

**PARTS**

parts@midpacfareast.com
www.midpacfareast.com

**BANK OF GUAM**
THE PEOPLE'S BANK

Mid-Pac Far East
Tamuning, Guam
671 637-7844

| | |
|---|---|
| BATCH No. | : 000932 |
| TERMINAL ID | : 81129472 |
| CARD | : AMEX |
| CARD No. | : XXXXXXXXXXX1029 / Swiped |
| EXP DATE | : 06/12 |
| REF No. | : 5145 |
| INVOICE | : 004160 |
| TRANS. | : CREDIT SALE |

AMOUNT : $ 760.12

Tran Date/Time : 09/16/08     10:52:53
APPROVAL       : 573319

Customer Copy
Thank you!

573319

0969
GU, U.S.A. 96921
25160

| Branch | | |
|---|---|---|
| MPFE | | CNNYYY |
| Date | Time | Page |
| 09/16/08 | 11:17:28 (O) | 01 |
| Account No. | Phone No. | Invoice No. |
| DPW00002 | 671 6463249 | P09956 |
| Ship Via | Purchase Order | |
| | | |
| | | Salesperson |
| | | ADM |

ASTE
INE DRIVE
96913

**PARTS INVOICE**

Freight Terms:

| IPTION | BIN | ORD | ISS | SHP | B/O | UTT | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| NATOR | NO BIN | 2 | 2 | 2 | | | 380.06 | 760.12 |
| | | | | | | TOTAL CREDIT CARD | | 760.12 |

**PAID**

SEP 16 2008

**MID PAC FAR EAST**

Signature

**IMPORTANT TERMS & CONDITIONS**

All charges not disputed by the customer in writing within THIRTY (30) DAYS shall be deemed accepted by the customer and shall be deemed valid, due and owing Stocked parts can be returned within TEN (10) DAYS with copy of invoice, subject to a 10% restocking fee. ALL SALES ARE FINAL ON SPECIAL ORDER PARTS  All returned parts must be new, uninstalled and in original packaging. No returns on electrical components  No refunds on freight charges. Cores, if any, must be presented at the time of sale.

All payments are due upon receipt of goods or in accordance with your account terms if you are a charge account customer in good standing with no payments past due and owing. You agree to pay interest at the rate of 1.5% per month on all past due invoices and also agrees to pay reasonable attorney and court fees, if collection is necessary

9.25.08    07066:2    $5.99    rope    Chace

07066-02



KMART STORE 7705
404 N MARINE DR (RTE 1)
TAMUNING, GU 96911
(671)649-9878

** WELCOME TO YOUR **
** KMART STORE 7705 **

CASHIER: ARDENIA
GENERAL MERCHANDISE                    5.99
07902589636    ROPE

     **** TAX          .00  BAL      5.99
XXXXXXXXXXXX2013
AX    APPROVAL 524748                  5.99
VF        AX                            00
          CHANGE

TOTAL NUMBER OF ITEMS = 1

ØRK AJF ZK9 Ø59 587 702

RECEIPT# 07705 092508 029 50332

09/25/08  4:43 PM 7705 29 5033 9234

Merchandise included in today's
transaction may be returned or
exchanged before 12/24/08 with
receipt



**SEARS**
**HARDWARE**
01992

‖‖‖‖‖‖‖‖‖‖‖‖ 

RETAIN FOR COMPARISON WITH MONTHLY
STATEMENT OR FOR RETURN OR EXCHANGE

. SALESCHECK #
019929007968

CUSTOMER:        BOB MANIBUSAN

```
     TRAN#  PG/STORE  REG#   ASSOC#
     7968   10 01992  960    96628
                SALE
22 94102   TRANS FS,KN MDS   499.99
     SALE CREDIT 20%          100.00 -
46 64802   KM TH.18'  MDS     569.99
     SALE CREDIT 20%          114.00 -
                SUBTOTAL      855.98
     TAX 00.000%                 .00
CARD TYPE: AMEX
ACCT #: W2019/0
. AUTH CODE: 669178/E
09/24/08           AMEX TOTAL  855.98
         80
RC: 4577-5424-8654-3177
```

THE FOLLOWING ITEM(S) MAY BE SUBJECT
TO A CANCELLATION/RESTOCKING FEE
IF RETURNED:
46 64802     KM TH.18'

CARDHOLDER ACKNOWLEDGES RECEIPT
OF GOODS AND/OR SERVICES IN THE
AMOUNT OF
$855.98
WITH AMOUNTS AS SHOWN CHARGED TO
EACH CREDIT CARD IDENTIFIED HEREON,
AND AGREES TO BE BOUND BY THE TERMS
SET FORTH IN THE CARDHOLDER'S
AGREEMENT(S) WITH THE ISSUER(S) OF
THOSE CREDIT CARDS.

SATISFACTION GUARANTEED
OR YOUR MONEY BACK
A RECEIPT DATED WITHIN 90 DAYS
IS REQUIRED FOR A RETURN OR EXCHANGE
WHICH WOULD BE 12/23/08. OTHER RULES
APPLY. SEE BACK OF RECEIPT FOR DETAILS.
RETURNED MERCHANDISE MUST INCLUDE ALL
COMPONENT PARTS. REFUND WILL BE ISSUED
IN THE ORIGINAL TENDER.

SHOP ANYTIME ON SEARS.COM

---

*Handwritten notes:*

0766:02 AMX (CARD)

5500
Collection Crew's
Kitchen Fridge & Stove.

90 day warranty #36 9/25/09
refrigerator
Serial # BAB3142749
. NO dents . NO scratches
#36 4/28/08

90 day Warranty #36 9/28/08
Serial #
YFB3254329
. No dents . No Scratches
. Anti tip bracket included
#36 4/28/08

---



07066:02 AMX
5500

# THE HOME DEPOT 1710
295 CHALAN PASAHERU
TAMUNING, GU 96913 (671)6480440

SALE     1710 00001 30526    09/26/08
            71 NSC2ER    03:51 PM

**$435.93**

9/26/08

```
082474021422 PSTL SEMI GA <A>
  2025.99                          51.98
070798608177 STUCCO <A>           13.97
022384066403 TWST&REACH <A>        9.97
783076 1/2X6 REBAR <A>
  2003.97                         79.40
274356 4FT REBAR <A>
  2002.85                         57.00
106151 1/2X2 REBAR <A>
  2002.25                         45.00
021709009699 FLOOR FINISH <A>     79.00
071798102313 REFILL <A>            4.13
086876170603 ROUGH MOP <A>         7.14
086876170597 MICROB MOP <A>       14.18
037064183301 3"SMXGRPSCRP <A>      8.29
077089227000 3PC POLY <A>          6.97
731919050007 GLOVES <A>
  2005.96                         11.92
044319805031 GE PHONE <A>         44.99
077089408126 PAINT TRAY <A>        1.99
            SUBTOTAL             435.93
            SALES TAX              0.00
            TOTAL              $435.93
XXXXXXXXXXX2019 AMEX            435.93
AUTH CODE 526563/1012925             TA
```

||||||||||||||||||||||||||||||||||||||
1710 01 30526 09/26/2008 5923

RETURN POLICY DEFINITIONS
POLICY ID   DAYS   POLICY EXPIRES ON
A      1      90     12/25/2008

NEED IT INSTALLED?
1-800-HOMEDEPOT
WWW.HOMEDEPOT.COM/INSTALL
************************************

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Your Opinion Counts! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepot.com/opinion

¡PARTICIPE EN UNA
OPORTUNIDAD DE GANAR
UNA TARJETA DE
REGALO DE THD
DE $5,000!

¡Su Opinión Cuenta! Complete la breve
encuesta sobre su visita a la tienda y
tenga la oportunidad de ganar en:

---



AMX 2-cycle
Chace on
07066:5

BANK OF GUAM
THE PEOPLE'S BANK

# TRIPLE J MOBIL STA.
UPPER TUMON, GUAM
(671) 649-3489   5470
              9/26/08

```
BATCH No.    :  001727
TERMINAL ID  :  01138825
CARD         :  AMEX
CARD No.     :  XXXXXXXXXXX2019 / Swiped
```

$1.79

```
RREF No.     :  13899
INVOICE      :  002630
TRANS.       :  CREDIT CARD SALE

AMOUNT
AMOUNT       $         1.79
Trans Date/Time   09-26-08
APPROVAL     :  558781         37100.03
```

Customer Copy

Thank you!

---

← 07066:02

# THE HOME DEPOT 1710
295 CHALAN PASAHERU
TAMUNING, GU 96913 (671)6480440

SALE     1710 00058 76370    09/29/08
            14 SCOT58     08:37 AM

5500

```
028076652053 24"FRAMEASMB <A>      4.93
051131969001 3M SPONGE <A>         2.57
028076665000                       3.47
082474021422 PSTL SEMI GA <A>
  5025.99                        129.99
            SUBTOTAL             140.96
            SALES TAX              0.00
            TOTAL              $140.96
XXXXXXXXXXX2019 AMEX            140.96
AUTH CODE 524646/8581751             TA
```

AMT $140.96

||||||||||||||||||||||||||||||||||||||
1710 58 76370 09/29/2008 8306

RETURN POLICY DEFINITIONS
POLICY ID   DAYS   POLICY EXPIRES ON
A      1      90     12/28/2008

12

3/4

13

# HAWTHORNE PACIFIC CORP.

**CAT**

**MAIN OFFICE:**
94-025 Farrington Highway
WAIPAHU, HI 96797-2201
Main: (808) 677-9511
Parts: (808) 676-0200
Fax: (808) 676-0216

**HILO BRANCH:**
171 Railroad Ave.
HILO, HI 96720-4611
Main: (808) 961-3437
Parts Fax: (808) 961-2551
Svc Fax: (808) 961-3716

**KONA BRANCH:**
74-5624 Kaiwi St.
KAILUA-KONA, HI 96740
Main: (808) 329-4521
Fax: (808) 326-2054

**MAUI BRANCH:**
470 South Hana Highway
KAHULUI, MAUI 96732-2323
Main: (808) 877-6537
Fax: (808) 871-4963

**KAUAI BRANCH:**
P.O. BOX 1628
LIHUE, KAUAI 96766-5528
Main: (808) 245-4057
Fax: (808) 245-8606

**GUAM BRANCH:**
196 E. Harmon Ind. Park Rd.
TAMUNING, GUAM 96913
Main: (671) 646-9118

**Corporate**
**Mailing Address:**
16945 CAMINO SAN BERNARDO
SAN DIEGO, CA 92127-2499

**CUSTOMER SHIPPING LIST**

| DOCUMENT NO. | 80C172069 |
|---|---|

**SOLD TO**
DEPT OF PUBLIC WORKSS1*
TRANSPORTATION MAINT (SW)
GOVERNMENT OF GUAM
542 NORTH MARINE DR
TAMUNING, GUAM 96911

| CUSTOMER NO. | 2049310 |
|---|---|

**SHIP TO**
STORE 80

*C.O.D*

070660-02

| ORDERED BY | TELEPHONE | CUST. ORDER NO. |
|---|---|---|
| CHRIS LUND | 671 475 1151 | CHRIS LUND |

| MAKE | MODEL | SERIAL NO. | EQUIP NO. | ARRANGEMENT NO. | DATE | TIME | EMP. | REF. NO. | PAGE |
|---|---|---|---|---|---|---|---|---|---|
| AA C 963C | | *CAT0963CP2DS03060* | 93-EQ13 | 127-1746 | 9/22/08 | 15:21:27 JAF | | | 1 |

| INSTRUCTIONS | DELIVERY LOCATION | SHIP VIA |
|---|---|---|
| | | |

| | | | FILLED BY | ACKNOWLEDGE |
|---|---|---|---|---|
| | | | W/C LOC: | W/C PCS |
| | | BILL OF LADING | | |

| ITEM NO. | ---QUANTITY--- ORDER SHIP B/O | PART NUMBER/ DESCRIPTION | LOCATION N/R | TR SOS | GROSS WEIGHT | UNIT PRICE | EXTD PRICE |
|---|---|---|---|---|---|---|---|
| | | PARTS SALES PERSON: Jovie Francisco -GUAM PTS | | | | | |
| 1 | 3   3 | 5P-8500   KEY | I02G02 | 000 | .1 | 3.62 | 10.86 |
| 2 | 3   3 | 8H-5306   KEY | L11G04 | 000 | .1 | 1.67 | 5.01 |

TOTAL GROSS WEIGHT OF ALL ITEMS     .6

USD SELL TOTAL     15.87





SEP 23 2008

Hawthorne Pacific Corp.

* RELEASE WHEN SHIPPED *
PACKING LIST

**RETURN POLICY**
ALL ITEMS ABOVE ARE SUBJECT TO THE RETURN POLICY SET FORTH AND CONDITIONS SET FORTH ON THE REVERSE SIDE HEREOF.

ACCEPTED BY

* RELEASE WHEN SHIPPED *
PLEASE PRINT NAME

**TERMS:**
NET CASH FOR PAYMENT ON OR BEFORE THE 10TH OF MONTH FOLLOWING DATE OF INVOICE. 1.12% PER MONTH SERVICE CHARGE ON BALANCE NOT PAID DURING THE MONTH FOLLOWING DATE OF INVOICE (ANNUAL PRECENTAGE RATE 18%).

CUSTOMER OR HIS AGENT ACKNOWLEDGES RECEIPT OF THE ITEMS INDICATED AS SHIPPED ABOVE AND AGREES THAT THE TERMS, CONDITIONS AND LIMITATIONS PRINTED ON THIS DOCUMENT WILL APPLY TO ALL ITEMS LISTED HEREON.

14

07066-02

| | |
|---|---|
| **Hawthorne - HPG Store 13** **Transaction Receipt** | |
| **APPROVED** | |
| **Payment successfully authorized** | |
| Approval Code: | 022496 |
| Date: | 9/22/2008 6:23:17 PM EST |
| Order Number: | 80C172069 |
| Cardholder Name: | Christopher A Lund |
| Card Number: | 4011********0989 |
| Total: | $15.87 |

X _CHRIS LUND_
SIGNATURE

Print Receipt

Process Another Payment

Return to launch page

Copyright ©2006-2008 Hawthorne



Chris lund  receipt for hose number 2 (says same thing as previous scan)

07066-07

| | |
|---|---|
| **Hawthorne - HFPI Store 12** **Transaction Receipt** | |
| **APPROVED** | |
| **Payment successfully authorized** | |
| Approval Code: | 021448 |
| Date: | 9/21/2008 6:56:13 PM EST |
| Order Number: | 81c120619 |
| Cardholder Name: | LUND/CHRISTOPHER A |
| Card Number: | 4011*******0989 |
| Total: | $47.75 |

X _____
SIGNATURE

Print Receipt

Process Another Payment

Return to launch page

Copyright ©2006-2008 Hawthorne



Chris lund receipt for hose

07066-02



INVOICE

TRIPLICATE INVOICE

**HFP INDUSTRIAL PRODUCTS**

PAYMENT
PLEASE SEND TO MAIN OFFICE
94-095 FARRINGTON HIGHWAY
WAIPAHU, HAWAII 96797-2259

HONOLULU (808) 839-4818  FAX (808) 839-9471  •  MAUI (808) 877-6881  FAX (808) 871-7036  •  TOLL FREE 1 (800) 843-8915
HFP INDUSTRIAL PRODUCTS, GUAM (671) 646-9051 FAX (671) 646-9219

SOLD TO                                                                 SHIP TO

| INVOICE NUMBER | INVOICE DATE | CUSTOMER NUMBER | CUSTOMER ORDER NUMBER | STORE | DIV. | SALESMAN | TERMS | PAGE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| PSO / WO NO. | DUE. DATE | PC | MC | SHIP VIA | | INV SEO. NO. |
|---|---|---|---|---|---|---|
| | | | | | | |

| MAKE | MODEL | SERIAL NUMBER | EQUIPMENT NUMBER | METER READING | MACH ID NO. |
|---|---|---|---|---|---|
| | | | | | |

| QUANTITY | ITEM | N/R | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| | | | | | |

DOMP TRUCK: 3613
POWER STR
HOSE

PAID
SEP 2008
HFP Industrial Products

**TERMS:** NET 30 DAYS FROM INVOICE DATE.
**A FINANCE CHARGE** OF **1%** PER MONTH, **THE PERIODIC RATE,** WILL
BE MADE ON PAST DUE BALANCES. **THE PERIODIC RATE,** EQUALS **AN ANNUAL
PERCENTAGE** OF **12%.**

\* Not returnable.
Items not shown are backordered.
Claims for shortages must be made within two days from date merchandise is received. Parts are not acceptable for return
after 30 days from date of purchase. All returns are subject to approval, and must be accompanied by this invoice number.

PAY THIS AMOUNT ▶

AMOUNT CREDIT ▶



**GBB**

SOLID WASTE
MANAGEMENT
CONSULTANTS

EXHIBIT III

U.S. Federal District Court of Guam
Chief Judge
520 West Soledad Avenue
Hagåtña, Guam 96910

September 20, 2008

cc: Attorney General
    c/o Assistant Pat Mason

RE: Invoice for Services          Inv No. 08-10-2406          Job No. 07066-03

| | |
|---|---|
| **PERIOD:** | Activity from August 1, 2008 through September 30, 2008 |
| **CLIENT REFERENCE:** | **Order Re: Appointment of Receiver, Case 1:02-cv-00022 filed March 17, 2008** and ordered by the Chief Judge for the U.S. Federal District Court of Guam |
| **DESCRIPTION:** | Pursuant to the Consent Decree, GBB, acting as Receiver for the District Court of Guam, will enforce the terms of the Consent Decree, and assume all of the responsibilities, functions, duties, powers and authority of the Solid Waste Management Division of the Department of Public Works ("DPW"), and any and all departments, or other divisions of the DPW insofar as they affect the Government of Guam's compliance with the Consent Decree; **Monthly Gross Receipts Tax reimbursement** |
| **GBB Federal ID#:** | 52-1189668 |

| Payments Received To Date | Invoiced But not Received | Current Progress Amount |
|---|---|---|
| $ 19,873.79 | $ 0 | $ 19,640.30 |

**Expenses**

Gross Receipts Tax – Aug. and Sept. (1 – 4)          $ 19,640.30

Total Expenses          $ 19,640.30

**TOTAL AMOUNT DUE GBB FOR THIS PERIOD . . . . . . . . . . . . . . . . . . $   19,640.30**

Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Suite 203
Fairfax, Virginia 22031-4620
(703) 573-5800  FAX (703) 698-1306
E-MAIL: gbb@gbbinc.com
Printed on recycled paper

Payments should be executed via wire transfers using the following information:

Bank Account Name: Gershman, Brickner & Bratton, Inc., General Account

Local Branch Address: Bank of America, 8212 Lee Highway, Merrifield, VA 22031

Bank Account Number:

Bank Routing Number for incoming wires:

Swift Code (if needed):

DEPARTMENT OF
# REVENUE AND TAXATION
GOVERNMENT OF GUAM



FORM **GRT**

**MONTHLY GROSS RECEIPTS, USE, OCCUPANCY, LIQUID FUEL, AUTOMOTIVE SURCHARGES, TOBACCO AND ALCOHOLIC BEVERAGES TAX RETURN**

| NAME OF LICENSEE | MONTH ENDING | |
|---|---|---|
| GERSHMAN, BRICKNER & BRATTON, INC. | 08  2008 | [X] ORIGINAL RETURN [ ] AMENDED RETURN |
| DOING BUSINESS AS | | |
| | TYPE OF FIRM | |
| ADDRESS | [ ] SOLE PROP.     [ ] PARTNERSHIP | [X] CORPORATION |
| STE 203 ARLINGTON BLVD | EIN/SSN | ACCOUNT NO |
| FAIRFAX              , VA | 521189668 | |
| 22031-0000 | METHOD OF REPORTING | |
| | [X] CASH  [ ] ACCRUAL  [ ] OTHER | TELEPHONE NO. |

[ ] Election under 11 GCA Section 26201(e). (VISIBLE GRT) [If the election is applicable to specific activities, please attach a list of these activities.]

| SCHEDULES | BUSINESS ACTIVITY OR KIND OF TAX | (A) GROSS RECEIPT VALUE OR QUANTITY | (B) EXEMPTION OR DEDUCTION | (C) ...PLE AMOUNT VALUE QUANTITY | ) ...TES | (E) TAX DUE |
|---|---|---|---|---|---|---|
| **(1) GROSS RECEIPTS TAX** | 1. WHOLESALING | | | | | |
| | 2. RETAILING | | | | 4% | |
| | 3. SERVICE | 244,797.86 | 0.00 | 244,797.86 | 4% | 9,791.91 |
| | 4. RENTAL REAL PROP. | | | | 4% | |
| | 5. RENTAL OTHERS | | | | 4% | |
| | 6. PROFESSION | | | | 4% | |
| | 7. COMMISSION | | | | 4% | |
| | 8. INSURANCE PREMIUM | | | | 4% | |
| | 9. CONTRACTING (LOCAL) | | | | 4% | |
| | 10. CONTRACTING (US) | | | | 4% | |
| | 11. INTEREST | | | | 4% | |
| | 12. AMUSEMENT | | | | 4% | |
| | 13. OTHERS | | | | 4% | |
| | 14. GRT TOTAL | | | | | |
| **(2) USE TAX** | 15. IMPORTATION | | | | | |
| | 16. LOCAL PURCHASES | | | | 4% | |
| | 17. INVENTORY USED | | | | 4% | |
| | 18. USE TAX TOTAL | | | | 4% | |
| **(3) OCCUPANCY** | 19. HOTEL/MOTEL | | | | see item 9 on reverse side  11% | |
| | 20. OTHERS | 3,000.00 | 0.00 | 3,000.00 | see item 9 on reverse side  10% | 300.00 |
| | 21. OCCUPANCY TOTAL | | | | | |
| **(4) LIQUID FUEL TAX & AUTOMOTIVE SURCHARGES** | 22. DIESEL FUEL | | | | $0.10 @ gal | |
| | 23. SURCHARGE | | | | $0.04 @ gal | |
| | 24. GASO... | | | | $0.11 @ gal | |
| | 25. SUP...ARGE | | | | $0.04 @ gal | |
| | 26. ...RS | | | | $0.11 @ gal | |
| | 2...HA... | | | | $0.04 @ gal | |
| | 28. CO...AL AV...ON | | | | $0.04 @ gal | |
| **(5) TOBACCO TAX** | 29. L.F.T. & ... | | | | | |
| | 30. CIGARETTES | | | | $5.00 @ 100 | |
| | 31. CIGARS (Minp) Eff. March 24, 2000 | | | | $0.20 @ Cigar | |
| | 32. CIGARS (Standard) Eff. M... 24, 2000 | | | | $0.22 @ Cigar | |
| | 33. CIGARS (Large) Eff. March 2... | | | | $0.25 @ Cigar | |
| | 34. CIGARS ... March 24, 200... | | | | $0.22 @ Cigar | |
| | 35. CIGA... ...rior to Mar... | | | | 40% of Cost | |
| | 36. OTH... (Other Tob... s Prod...) | | | | $3.50 @ lb. | |
| | 37. TOB... TAX TOTAL | | | | | |
| **(6) ALCOHOLIC BEVERAGES** | 38. DISTILL... | | | | $18.00 @ gal. | |
| | 39. VINOUS BEVERAGES | | | | $4.95 @ gal | |
| | 40. MALTED FERMENTED | | | | $0.07 @ 12 oz | |
| | 41. ALCOHOLIC BEVERAGES TOTAL | | | | | |

Under the penalties of perjury, I declare that I have examined this return, including accompanying schedule and statements, and to the best of my knowledge and belief is it true, correct and complete. If prepared by a person other than taxpayer, his declaration is based on all information of which he has any knowledge.

| | | |
|---|---|---|
| 42. TAX DUE - Column (E), Lines 14, 18, 21, 29, 37 and 41 | | 10,091.91 |
| 43. PENALTY | | 0.00 |
| 44. INTEREST | | 0.00 |
| 45. CREDIT OR ADJ. | | 0.00 |
| 46. BALANCE TAX DUE | | 10,091.91 |

| SIGNATURE (TAXPAYER OR AUTHORIZED AGENT) | DATE |
|---|---|
| [ E-Filed via GuamTax.com ] | 18 Sep 2008 |

DEPARTMENT OF REVENUE AND TAXATION

FORM GRT (April 2004)

**Jim Plutino**

From:          GUAMPAY [PINADM@MAIL.GOV.GU]
Sent:          Wednesday, September 17, 2008 4:26 PM
To:            Jim Plutino
Subject:       HERE IS YOUR CONFIRMATION RECEIPT

```
TREASURER OF GUAM
(671)475-1122/(671)475-1105

RECEIPTNO: 2008076975
DATE: 9/18/2008 6:24:56 AM
LOCATION: GUAMPAY.com
USERID: gbb8550
PAY METHOD: CREDIT CARD/Visa
CARD NO: xxxx-xxxx-xxxx-5907
AUTHNO: 02547C
AMOUNT: 10,091.91


-----------------------------------------
REFERENCE NO: 200800845
DOCUMENT NO: 200800845
TAX TYPE: A/R TAXES
TAX YEAR: 2008
AMOUNT: 10,091.91
-----------------------------------------
```



DEPARTMENT OF
# REVENUE AND TAXATION
GOVERNMENT OF GUAM

FORM **GRT**
**MONTHLY GROSS RECEIPTS, USE, OCCUPANCY, LIQUID FUEL, AUTOMOTIVE SURCHARGES, TOBACCO AND ALCOHOLIC BEVERAGES TAX RETURN**

| NAME OF LICENSEE | MONTH ENDING | [X] ORIGINAL RETURN |
|---|---|---|
| GERSHMAN, BRICKNER & BRATTON, INC. | 09  2008 | [ ] AMENDED RETURN |

DOING BUSINESS AS

| TYPE OF FIRM | | |
|---|---|---|
| [ ] SOLE PROP. | [ ] PARTNERSHIP | [X] CORPORATION |

| ADDRESS | EIN/SSN | ACCOUNT NO. |
|---|---|---|
| STE 203 ARLINGTON BLVD | 521189668 | |
| FAIRFAX        , VA | METHOD OF REPORTING | TELEPHONE NO. |
| 22031-0000 | [X] CASH  [ ] ACCRUAL  [ ] OTHER | |

[ ] Election under 11 GCA Section 26201(c). (VISIBLE GRT)  [If the election is applicable only to specific activities, please attach a list of these activities.]

| SCHEDULES | BUSINESS ACTIVITY OR KIND OF TAX | (A) GROSS RECEIPT VALUE OR QUANTITY | (B) EXEMPTION OR DEDUCTION | (C) TAXABLE AMOUNT VALUE OR QUANTITY | (D) TAX RATES | (E) TAX DUE |
|---|---|---|---|---|---|---|
| **(1)** **GROSS** **RECEIPTS** **TAX** | 1. WHOLESALING | | | | | |
| | 2. RETAILING | | | | 4% | |
| | 3. SERVICE | 231,209.67 | 0.00 | 231,209.67 | 4% | 9,248.39 |
| | 4. RENTAL REAL PROP. | | | | 4% | |
| | 5. RENTAL OTHERS | | | | 4% | |
| | 6. PROFESSION | | | | 4% | |
| | 7. COMMISSION | | | | 4% | |
| | 8. INSURANCE PREMIUM | | | | 4% | |
| | 9. CONTRACTING (LOCAL) | | | | 4% | |
| | 10. CONTRACTING (US) | | | | 4% | |
| | 11. INTEREST | | | | 4% | |
| | 12. AMUSEMENT | | | | 4% | |
| | 13. OTHERS | | | | 4% | |
| | 14. GRT TOTAL | | | | | |
| **(2)** **USE TAX** | 15. IMPORTATION | | | | 4% | |
| | 16. LOCAL PURCHASES | | | | 4% | |
| | 17. INVENTORY USED | | | | 4% | |
| | 18. USE TAX TOTAL | | | | | |
| **(3)** **OCCUPANCY** | 19. HOTEL/MOTEL | | | | see item 9 on reverse side    11% | |
| | 20. OTHERS | 3,000.00 | 0.00 | 3,000.00 | see item 9 on reverse side    10% | 300.00 |
| | 21. OCCUPANCY TOTAL | | | | | |
| **(4)** **LIQUID** **FUEL TAX** **&** **AUTOMOTIVE** **SURCHARGES** | 22. DIESEL FUEL | | | | $0.10 @ gal | |
| | 23. SURCHARGE | | | | $0.04 @ gal | |
| | 24. GASOLINE | | | | $0.11 @ gal | |
| | 25. SURCHARGE | | | | $0.04 @ gal | |
| | 26. OTHERS | | | | $0.11 @ gal | |
| | 27. SURCHARGE | | | | $0.04 @ gal | |
| | 28. COMMERCIAL AVIATION | | | | $0.04 @ gal | |
| | 29. L.F.T. & A.S. TOTAL | | | | | |
| **(5)** **TOBACCO** **TAX** | 30. CIGARETTES | | | | $5.00 @ 100 | |
| | 31. CIGARS (Mini) Eff. March 24, 2000 | | | | $0.20 @ Cigar | |
| | 32. CIGARS (Standard) Eff. March 24, 2000 | | | | $0.22 @ Cigar | |
| | 33. CIGARS (Large) Eff. March 24, 2000 | | | | $0.25 @ Cigar | |
| | 34. CIGARS Eff. March 24, 2006 | | | | $0.22 @ Cigar | |
| | 35. CIGARS prior to March 24, 2006 | | | | 40% of Cost | |
| | 36. OTHERS (Other Tob. Products) | | | | $3.50 @ lb. | |
| | 37. TOBACCO TAX TOTAL | | | | | |
| **(6)** **ALCOHOLIC** **BEVERAGES** | 38. DISTILLED SPIRITS | | | | $18.00 @ gal. | |
| | 39. VINOUS BEVERAGES | | | | $4.95 @ gal. | |
| | 40. MALTED FERMENTED | | | | $0.07 @ 12 oz. | |
| | 41. ALCOHOLIC BEVERAGES TOTAL | | | | | |

Under the penalties of perjury, I declare that I have examined this return, including accompanying schedule and statements, and to the best of my knowledge and belief it is true, correct and complete. If prepared by a person other than taxpayer, his declaration is based on all information of which he has any knowledge.

| | | |
|---|---|---|
| 42. TAX DUE - Column (E), Lines 14, 18, 21, 29, 37 and 41 | | 9,548.39 |
| 43. PENALTY | | 0.00 |
| 44. INTEREST | | 0.00 |
| 45. CREDIT OR ADJ. | | 0.00 |
| 46. BALANCE TAX DUE | | 9,548.39 |

| SIGNATURE (TAXPAYER OR AUTHORIZED AGENT)  [ E-Filed via GuamTax.com ] | DATE  15 Oct 2008 |
|---|---|

**Jim Plutino** 

| | |
|---|---|
| **From:** | GUAMPAY [PINADM@MAIL.GOV.GU] |
| **Sent:** | Wednesday, October 15, 2008 11:22 AM |
| **To:** | Jim Plutino |
| **Subject:** | HERE IS YOUR CONFIRMATION RECEIPT |

```
TREASURER OF GUAM
(671)475-1122/(671)475-1105

RECEIPTNO: 2008105214
DATE: 10/16/2008 1:20:55 AM
LOCATION: GUAMPAY.com
USERID: gbb8550
PAY METHOD: CREDIT CARD/Visa
CARD NO: xxxx-xxxx-xxxx-5907
AUTHNO: 02503C
AMOUNT: 9,548.39


----------------------------------------
REFERENCE NO: 200800845
DOCUMENT NO: 200800845
TAX TYPE: A/R TAXES
TAX YEAR: 2008
AMOUNT: 9,548.39
----------------------------------------
```