| TEDATE | PROJECTID |
|---|---|
| 10/1/2008 to 10/31/2008 | 07066:01 to 07066:01 |

**07066:01**     **US District Court for Guam - Receivership**

| | | | | | |
|---|---|---|---|---|---|
| MON | 10/06/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Reviewed draft PowerPoint for Oct. 23 presentation; provided written comments to Manning. | 1.00 |
| TUES | 10/07/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Met with Tucker and Gershman to review Oct. 22 PowerPoint presentation; sent edits and modifications to Manning. | 1.50 |
| WED | 10/08/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Responded to Anderson's query about data in slide 10 of presentation to Court. | 0.50 |
| THUR | 10/09/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Reviewed Tab 1 of Receiver report to Court; provided written comments and edits to Manning. | 1.00 |
| FRI | 10/10/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Reviewed latest version of quarterly report PowerPoint; proofread, edited and provided comments to Manning. | 1.50 |
| MON | 10/27/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Drafted summaries of two Oct. 22 Court orders. | 3.25 |

                                      **Project Total:**    **8.75**

                                    **Employee Total:**    **8.75**

## NEIL DANIEL

**07066:01**     **US District Court for Guam - Receivership**

| | | | | | |
|---|---|---|---|---|---|
| THUR | 10/16/08 | 07066:01 | 5120:CON II | Consultant II<br>Researched compost bin construction techniques. | 1.00 |
| TUES | 10/28/08 | 07066:01 | 5120:CON II | Consultant II<br>Edited project and tonnage data. | 1.00 |

                                      **Project Total:**    **2.00**

                                    **Employee Total:**    **2.00**

## Pat Ravenelle

**07066:01**     **US District Court for Guam - Receivership**

| | | | | | |
|---|---|---|---|---|---|
| MON | 10/13/08 | 07066:01 | 5110:SM | Support Manager<br>Started to assemble quarterly report. | 0.50 |
| TUES | 10/14/08 | 07066:01 | 5110:SM | Support Manager<br>Printed and assembled copy of quarterly report for Gershman. | 0.50 |
| WED | 10/15/08 | 07066:01 | 5110:SM | Support Manager | 3.75 |

| TEDATE | PROJECTID |
|---|---|
| 10/1/2008 to 10/31/2008 | 07066:01 to 07066:01 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | Proofread, printed and helped with collating 30 copies of quarterly report. | |
| THUR | 10/16/08 | 07066:01 | 5110:SM | Support Manager<br>Edited quarterly report and PowerPoint; printed, punched, bound, and shipped report via FedEx. | 6.00 |
| TUES | 10/21/08 | 07066:01 | 5110:SM | Support Manager<br>Proofread notes accompanying September invoice. | 2.00 |

**Project Total:** 12.75

**Employee Total:** 12.75

## Timothy Bratton

**07066:01**     **US District Court for Guam - Receivership**

| | | | | | |
|---|---|---|---|---|---|
| WED | 10/01/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Conf. call with Lund and Manning; reviewed e-mail regarding Consent Decree projects; started review of mass grading plans for Layon landfill. | 2.50 |
| THUR | 10/02/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Finished review of mass grading plans for Layon Landfill; meeting with Lund; reviewed e-mail regarding Consent Decree projects. | 4.00 |
| FRI | 10/03/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Meeting with Gershman and Lund; e-mailed Manning; reviewed revised draft of Receiver's quarterly report to the Court; Receiver Team conference call; reviewed e-mail regarding Consent Decree projects. | 5.50 |
| MON | 10/06/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Reviewed revised presentation of Receiver's quarterly report and sent comments to Manning; reviewed e-mail regarding Consent Decree projects. | 2.50 |
| TUES | 10/07/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Started review of second revised draft quarterly report; reviewed e-mail regarding Consent Decree projects. | 1.50 |
| WED | 10/08/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Reviewed technical memorandum from A-Mehr on landfill gas management at Layon landfill and prepared comments for Lund; reviewed e-mail regarding Consent Decree projects. | 2.00 |
| THUR | 10/09/08 | 07066:01 | 5110:SVP | Senior Vice President | 2.00 |

| TEDATE | PROJECTID |
|---|---|
| 10/1/2008 to 10/31/2008 | 07066:01 to 07066:01 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | Completed review of second revised draft quarterly report of Receiver; e-mailed comments to Manning; reviewed e-mail regarding Consent Decree projects. | |
| FRI | 10/10/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Phone call with Lund; phone calls with Manning; reviewed landfill cost data; reviewed e-mail regarding Consent Decree projects; meeting with Lund; participated in Receiver Team conference call. | 4.00 |
| MON | 10/13/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Phone calls with Manning; phone call with Lund; reviewed e-mail regarding Consent Decree projects. | 2.50 |
| TUES | 10/14/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Phone calls with Manning; meeting with Lund; reviewed cost data for Receiver's quarterly report; e-mailed Manning; reviewed e-mail regarding Consent Decree projects. | 4.00 |
| WED | 10/15/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Reviewed and edited appendix in Receiver's quarterly report; e-mailed with Manning; reviewed e-mail regarding Consent Decree projects. | 2.00 |
| THUR | 10/16/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Reviewed cost estimates for temporary access road improvements and mass earthworks construction for Layon landfill; reviewed e-mail regarding Consent Decree projects. | 2.50 |
| FRI | 10/17/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Meeting with Lund; gathered sample documents for Lund's use in procurement; participated in Receiver Team conference call; reviewed e-mail regarding Consent Decree projects. | 3.50 |
| MON | 10/20/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Meeting with Lund; reviewed e-mail regarding Consent Decree projects. | 2.00 |
| TUES | 10/21/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Reviewed draft waste disposal agreement to be developed between SWMD and waste haulers and prepared comments; reviewed e-mail regarding Consent Decree projects. | 3.50 |
| WED | 10/22/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Phone call with Seader; e-mail with Seader; reviewed e-mail regarding Consent Decree projects. | 1.50 |
| THUR | 10/23/08 | 07066:01 | 5110:SVP | Senior Vice President | 2.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  | Phone call with Seader; reviewed e-mail regarding Consent Decree projects. |  |
| FRI | 10/24/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Meeting with Lund; reviewed documents transmitted by Lund; participated in Receiver team conf. call; reviewed e-mail regarding Consent Decree projects. | 3.00 |
| MON | 10/27/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Met with Lund and Gershman; reviewed plans for Military to participate in SWMD projects; reviewed e-mail on Consent Decree projects. | 5.00 |
| TUES | 10/28/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Met with Lund; reviewed response to GEPA's and US EPA's comments on draft hydrogeological report for Layon Landfill; reviewed notice to proceed to TG Engineers; reviewed e-mail regarding Consent Decree projects. | 3.00 |
| WED | 10/29/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Met with Lund; reviewed plans for military participation and discussed with Manning and Receiver Team; reviewed e-mail on Consent Decree projects; e-mailed Manning. | 3.00 |
| THUR | 10/30/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Reviewed second draft of waste disposal agreement between Receiver and hauler(s); reviewed e-mail regarding Consent Decree projects. | 2.00 |
| FRI | 10/31/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Participated in Receiver Team conference call; reviewed e-mail regarding Consent Decree projects. | 1.50 |

**Project Total:** 65.00

**Employee Total:** 65.00



**Public Financial Management**

Two Logan Square
Suite 1600
18th & Arch Street
Philadelphia, PA
19103-2770

215 567 6100
215 567 4180 fax
www.pfm.com

Gershman, Bricker & Bratton, Inc.
8550 Arlington Drive
Suite 203
Fairfax, VA 22031-4620

November 11, 2008
INVOICE: PFM-096062-0-0
SEQ.: 003-000-000

07066-01

**RE:** For Financial Advisory Services in connection with the Guam Solid Waste Consulting. Period covered: 8/16/08 through 10/31/08.

## INVOICE

| Name/Title | Hours | Rate | Total |
|---|---|---|---|
| DANIEL, ELISE L/Managing Director | 3.50 | $300.00 | $1,050.00 |
| WELLS, VALESA/Senior Managing Consultant | 3.50 | $250.00 | $875.00 |
| BODWELL, JASON M/Consultant | 5.00 | $200.00 | $1,000.00 |
| McCOY, JOSHUA/Consultant | 5.50 | $200.00 | $1,100.00 |
| TOTAL PROFESSIONAL FEES | | | $4,025.00 |//
| Amount Due | | | $4,025.00 |

Thank You

Public Financial Management, Inc.

William W. Cummings
Billing Administrator

Remittance Address: Public Financial Management, P.O. Box 13700, Phila., PA 19101-1348
*Wire Instructions: Wachovia Bank, ABA# 031201467, Account# 2000432813135

**INVOICE TERMS: UPON RECEIPT**

Client ID: 03285.001

(30)

| TS Date | Project | Project Name | Hours | Notes | Rate | Total |
|---|---|---|---|---|---|---|
| **1453 BODWELL, JASON M** | | | | | | |
| 9/17/2008 | 03285.001.1 | Guam Solid Waste Consult. | 1.00 | Structure Preliminary Bond Issue | | |
| 9/19/2008 | 03285.001.1 | Guam Solid Waste Consult. | 1.00 | Structure Preliminary Bond Issue | | |
| 10/6/2008 | 03285.001.1 | Guam Solid Waste Consult. | 1.00 | Structure Preliminary Bond Issue | | |
| 10/7/2008 | 03285.001.1 | Guam Solid Waste Consult. | 1.00 | Structure Preliminary Bond Issue | | |
| 10/8/2008 | 03285.001.1 | Guam Solid Waste Consult. | 1.00 | Structure Preliminary Bond Issue | | |
| Total: 1453 BODWELL, JASON M | | | 5.00 | | 200.00 | 1,000.00 |
| **0683 DANIEL, ELISE L** | | | | | | |
| 9/17/2008 | 03285.001.1 | Guam Solid Waste Consult. | 1.50 | Telephone Conversation with David Manning and Orrick Herrington to discuss financing strategy | | |
| 9/19/2008 | 03285.001.1 | Guam Solid Waste Consult. | 1.00 | Financing Scenarios and Email Memo to D Manning | | |
| 10/7/2008 | 03285.001.1 | Guam Solid Waste Consult. | 1.00 | Preliminary Bond Restructure and Review | | |
| Total: 0683 DANIEL, ELISE L | | | 3.50 | | 300.00 | 1,050.00 |
| **1426 McCOY, JOSHUA** | | | | | | |
| 9/18/2008 | 03285.001.1 | Guam Solid Waste Consult. | 2.00 | Ran GUAM financing scenarios in DBC | | |
| 9/19/2008 | 03285.001.1 | Guam Solid Waste Consult. | 2.50 | Drafted Guam Memo for Financing Scenarios | | |
| 10/8/2008 | 03285.001.1 | Guam Solid Waste Consult. | 1.00 | Revised Guam Numbers with Jason based on new capital needs | | |
| Total: 1426 McCOY, JOSHUA | | | 5.50 | | 200.00 | 1,100.00 |
| **0425 WELLS, VALESA** | | | | | | |
| 9/17/2008 | 03285.001.1 | Guam Solid Waste Consult. | 3.50 | Financing Scenario and Memo Updates | | |
| Total: 0425 WELLS, VALESA | | | 3.50 | | 250.00 | 875.00 |
| | | | 17.50 | | | $4,025.00 |

# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

(31)

**Expense Details (With Memo)**

Printed on: 11/10/2008
Page 1 of 2

Project ID:       07066:01
Project Name:   US District Court for Guam - Receivership
Manager:         HWG
Client ID:         07066

H. GERSHMAN

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 10/1/2008 to 10/31/2008 | HWG to HWG | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 10/7/2008 | Meeting Expenses<br>Meeting amongst Gershman, Tucker and Clarke to review scenarios; Starbuck's Coff, Bethesda, MD. | 1.00 | $11.24 | $11.24 | 0.00 | $11.24 | Billable |
| 10/18/2008 | Plane<br>Changed Court Hearing date. Made changes to flight and was charged additional for difference in airfare. Continental flight 10/18-25/08. Confirmation number AJMPV1. | 1.00 | $260.55 | $260.55 | 0.00 | $260.55 | Billable |
| 10/18/2008 | Taxi<br>Barwood Taxi; Gershman Bethesda home to Reagan National Airport | 1.00 | $45.70 | $45.70 | 0.00 | $45.70 | Billable |
| 10/18/2008 | Taxi<br>Taxi: Gershman and Manning from Honolulu Airport to Sheraton Waikiki. | 1.00 | $40.00 | $40.00 | 0.00 | $40.00 | Billable |
| 10/18/2008 | Meals<br>Gloria Jean's Coffee; Gershman and Manning food; Per Diem. | 1.00 | $3.46 | $3.46 | 0.00 | $3.46 | Billable |
| 10/18/2008 | Meals<br>Giovanni Pastrami Honolulu; Gershman and Manning food; Per Diem. | 1.00 | $65.30 | $65.30 | 0.00 | $65.30 | Billable |
| 10/18/2008 | Meals<br>ABC Stores, Honolulu; Gershman food Per Diem. | 1.00 | $1.10 | $1.10 | 0.00 | $1.10 | Billable |
| 10/18/2008 | Lodging<br>(Per Diem for Gershman) Lodging. Sheraton Confirmation number 183294107 going to Guam! 10/18-19/08 - Folio # 6461260 A | 1.00 | $200.52 | $200.52 | 0.00 | $200.52 | Billable |
| 10/19/2008 | Meals<br>Per Diem - Gershman Food | 1.00 | $6.70 | $6.70 | 0.00 | $6.70 | Billable |
| 10/19/2008 | Plane<br>Continental flight 10/19-25/08. Confirmation number AJMPV1. | 1.00 | $5,975.26 | $5,975.26 | 0.00 | $5,975.26 | Billable |
| 10/21/2008 | Meals<br>The Buzz; Gershman, Manning, Anderson food; Per Diem. | 1.00 | $36.00 | $36.00 | 0.00 | $36.00 | Billable |
| 10/21/2008 | Meals<br>Lone Star Tamuning; Gershman, Manning, Tucker, and Anderson food; Per Diem. | 1.00 | $80.00 | $80.00 | 0.00 | $80.00 | Billable |
| 10/22/2008 | Meals<br>Old Hagatna Bar and Grill; Gershman, Anderson, Tucker, and Manning food; Per Diem. | 1.00 | $86.00 | $86.00 | 0.00 | $86.00 | Billable |

BillQuick Standard Report Copyright 2007. Last Modified on: 11/10/2008

# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

(32)

**Expense Details (With Memo)**

Printed on: 11/10/2008
Page 2 of 2

Project ID: 07066:01
Project Name: US District Court for Guam - Receivership
Manager: HWG
Client ID: 07066

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 10/1/2008 to 10/31/2008 | HWG to HWG | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 10/22/2008 | Meals | 1.00 | $20.00 | $20.00 | 0.00 | $20.00 | Billable |
| | The Buzz; Gershman and Manning food; Per Diem. | | | | | | |
| 10/22/2008 | Meals | 1.00 | $163.00 | $163.00 | 0.00 | $163.00 | Billable |
| | Tomon Bay Lobster & Grill; Tumon; Gershman, Manning, Anderson and Tucker meals; Per Diem. | | | | | | |
| 10/23/2008 | Meals | 1.00 | $39.40 | $39.40 | 0.00 | $39.40 | Billable |
| | Payless Supermarkets; Gershman, Anderson, Manning and Tucker food supplies; per diem. | | | | | | |
| 10/24/2008 | Lodging | 1.00 | $200.52 | $200.52 | 0.00 | $200.52 | Billable |
| | (Per Diem for Gershman) Lodging. Sheraton Confirmation number 473294210 for return travel 10/24-25/08 - Folio # 6462229 A | | | | | | |
| 10/24/2008 | Meals | 1.00 | $73.10 | $73.10 | 0.00 | $73.10 | Billable |
| | Tony Roma's Agana; Gershman, Manning, Tucker, and Anderson food; Per Diem. | | | | | | |
| 10/24/2008 | Taxi | 1.00 | $40.00 | $40.00 | 0.00 | $40.00 | Billable |
| | Taxi Honolulu Airport to Sheraton Waikiki | | | | | | |
| 10/24/2008 | Meals | 1.00 | $40.00 | $40.00 | 0.00 | $40.00 | Billable |
| | Duke's Canoe Club; Honolulu; Gershman food. Per Diem. | | | | | | |
| 10/25/2008 | Meals | 1.00 | $6.13 | $6.13 | 0.00 | $6.13 | Billable |
| | Peet's Coffee Honolulu; Gersman food; Per Diem. | | | | | | |
| 10/26/2008 | Meals | 1.00 | $3.02 | $3.02 | 0.00 | $3.02 | Billable |
| | HMS Host Starbucks Bush International Airport; Gershman food; Per Diem. | | | | | | |
| 10/26/2008 | Mileage | 40.00 | $0.59 | $23.40 | 0.00 | $23.40 | Billable |
| | Bethesda to Reagan National to Bethesda to pick up Gershman from Airport. | | | | | | |
| | | **Sum of Billable Expenses:** | | $7,420.40 | | $7,420.40 | |
| | | **Billable + Non-Billable Total:** | | $7,420.40 | | $7,420.40 | |

BillQuick Standard Report Copyright 2007. Last Modified on: 11/10/2008

Lonelle Keller

| | |
|---|---|
| From: | Continental Airlines, Inc. [continentalairlines@continental.com] |
| Sent: | Tuesday, October 07, 2008 5:29 PM |
| To: | Cora Chaply |
| Subject: | eTicket Itinerary and Receipt for Confirmation AJMPV1 |



*(handwritten: 33)*

*(handwritten: 07066-01)*

To ensure delivery of this e-mail please add continentalairlines@continental.com to your address book or approved senders list. See instructions for adding us to your address book.

## Continental Airlines



Confirmation: **AJMPV1**

Print your boarding pass at continental.com within 24 hours of your flight

Issue Date: October 07, 2008

| Traveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| GERSHMAN/HARVEYWMR | 0052173094447 | Gold / ST Elite | 3F/1A/4L/4L/1L/3F |

### FLIGHT INFORMATION

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Sat, 18OCT08 | CO559 | A | WASHINGTON/NATL (DCA) 6:00AM | HOUSTON BUSH INTL (IAH) 8:17AM | 737-700 | Breakfast |
| Sat, 18OCT08 | CO1 | J | HOUSTON BUSH INTL (IAH) 9:35AM | HONOLULU HNL (HNL) 12:50PM | 767-400 | Lunch |
| Sun, 19OCT08 | CO1[1] | D | HONOLULU HNL (HNL) 2:05PM | GUAM IS SW PAC (GUM) 5:45PM (20OCT) | 767-400 | Lunch |
| Sat, 25OCT08 | CO2[2] | D | GUAM IS SW PAC (GUM) 6:25AM | HONOLULU HNL (HNL) 5:40PM (24OCT) | 767-400 | Breakfast |
| Sat, 25OCT08 | CO72 | D | HONOLULU HNL (HNL) 9:05PM | HOUSTON BUSH INTL (IAH) 9:55AM (26OCT) | 767-400 | Snack |
| Sun, 26OCT08 | CO358 | A | HOUSTON BUSH INTL (IAH) 10:58AM | WASHINGTON/NATL (DCA) 2:51PM | 737-700 | Lunch |

[1] Operated by CONTINENTAL MICRONESIA
[2] Operated by CONTINENTAL MICRONESIA

### FARE INFORMATION

| Fare Breakdown | | Form of Payment: |
|---|---|---|
| Airfare: | 6,060.00USD | AMERICAN EXPRESS |
| U.S. Passenger Facility Charge: | 15.00 | Last Four Digits XXXX |
| U.S. Security Service Fee: | 10.00 | |
| Guam Inspection Service Charges: | 6.36 | |
| U.S. Federal Transportation Tax: | 125.45 | |
| U.S. APHIS User Fee: | 5.00 | |
| U.S. Flight Segment Tax: | 14.00 | |
| Per Person Total: | 6,235.81USD | |

**eTicket Total:** **6,235.81USD**

The airfare you paid on this itinerary totals: 6,060.00 USD

**The taxes you paid on this itinerary total: 175.81 USD**

Fare Rules: Additional charges may apply for changes in addition to any fare rules listed. REFUNDABLE

Add Collect: An additional amount for the difference in fare was charged to AMERICAN EXPRESS XXXXXXXXXXXX6002 on October 7, 2008. 260.55 USD per ticket for an additional total of 260.55 USD was collected.

---

**International eTicket Travel Reminders**

1



③④  C07066-01

Sheraton Waikiki Hotel
2255 Kalakaua Avenue
Honolulu, HI 96815
Tel: 808-922-4422  Fax: 808-923-8785

# Come back soon

| GUEST | | | | TRAVEL AGENT / CHARGE TO |
|---|---|---|---|---|
| Harvey Gershman | Room | 912 | | |
| Aaa Preferred Account | Rate | 179.10 | | |
| | No Prs | 2 | | |
| | Folio | 6461260  A | | |
| | Page | 1 | | |
| | Arrive | 18-OCT-08  13:38 | | |
| | Depart | 19-OCT-08  10:27 | | |
| Vch/Bkg # | Payment | AX | | |

| DATE | REFERENCE | DESCRIPTION | CHARGES / CREDIT |
|---|---|---|---|
| 18-OCT-08 | RT912 | Room                DISC | 179.10 |
| 18-OCT-08 | RT912 | General Excise Tax-4.712% | 8.44 |
| 18-OCT-08 | RT912 | Occupancy Tax-7.25% | 12.98 |
| 19-OCT-08 | 308558760   1 | Ocean Terrace | 90.00 |
| 19-OCT-08 | AX | American Express | 290.52- |
| | | ***For Authorization Purposes Only*** | |
| | xxxxx6002 | | |
| | Auth Date  Code | Authorized | |
| | 18-OCT-08  529444 | 214.92 | |
| | 19-OCT-08  197258 | 75.60 | |

200.52

Balance Due                                              0.00

Mahalo for being our guest. Should you have questions about your folio, please call
(877)214-1629. We look forward to welcoming you back soon.

IM
HB + DM Food
Per Diem

As a Starwood Preferred Guest you have earned at least 502
Starpoints for this visit  C50108368524

| Harvey Gershman | | ROOM | DEPART | AGENT |
|---|---|---|---|---|
| FOLIO  6461260  18-OCT-08 | | 912 | 19-OCT-08 | SWFDMS |

491.04
 90.00
-----
401.04

Member of Starwood Preferred Guest



(35)

Sheraton Waikiki Hotel
2255 Kalakaua Avenue
Honolulu, HI 96815
Tel: 808-922-4422  Fax: 808-923-8785

C07066-01

## Come back soon

GUEST

Harvey Gershman
Aaa Preferred Account
8550 Arlington Blvd Ste 203
Fairfax, VA 22031-4620

Vch/Bkg #

```
                                2036
                                179.10
                                1
                                6462229    A
                                1
                                24-OCT-08   18:37
                                25-OCT-08   10:36
                                AX
```

TRAVEL AGENT/CHARGE TO

| DATE | REFERENCE | DESCRIPTION | CHARGES/CREDIT |
|---|---|---|---|
| 24-OCT-08 | RT2036 | Room          DISC | 179.10 |
| 24-OCT-08 | RT2036 | General Excise Tax-4.712% | 8.44 |
| 24-OCT-08 | RT2036 | Occupancy Tax-7.25% | 12.98 |
| 25-OCT-08 | AX | American Express | 200.52- |

***For Authorization Purposes Only***
xxxxx6002

| Auth Date | Code | Authorized |
|---|---|---|
| 24-OCT-08 | 517407 | 214.92 |

Balance Due                    0.00

Mahalo for being our guest. Should you have questions about your folio, please call (877)214-1629. We look forward to welcoming you back soon.

As a Starwood Preferred Guest you have earned at least 358 Starpoints for this visit C50108368524

| Harvey Gershman | | | ROOM | DEPART | AGENT |
|---|---|---|---|---|---|
| FOLIO | 6462229 | 24-OCT-08 | 2036 | 25-OCT-08 | SWFDBBP |

```
** STARBUCKS COFFEE COMPANY **

WILDWOOD SHOPPING       #00747
BETHESDA       MD20817

 1 GR BREWED COFFEE      1.85
 1 BKFST SAUSG PIADI     3.25
   WARMING PASTRY        nc
 1 GR BREWED COFFEE      1.85
 1 GR MOCHA              3.65
 SUBTOTAL               10.60
 TAX                     0.64
 TOTAL                  11.24
 SBUX CARD              11.24
   ACCT#: XXXXXXXXXXXX5805
   Current Balance :    38.76

CHANGE DUE               0.00

00747 02A1 700874  001491780E
10/07/08                07:31
 Introducing Signature Hot
 Chocolates: Made with a rich
 melange of four exceptional
 cocoas.
```

C07066-01 — Meeting
Gershman, Tucker, and Clarke

C07066-01
Gershman

```
Peet's Coffee & Tea
2255 Kalakaua Ave Shop 1
   Honolulu, HI  96815

Host: JJ             10/25/2008
Term#21144              9:00 AM
                          20144

M COFFEE                  2.10
Blueberry Muffin          3.75

Sub Total                 5.85
Tax                       0.28

Ordered Total             6.13

CASH                     20.00

       Aloha
 Have a wonderful day!
```

```
   GLORIA JEAN'S COFFEE
      IAH TERM "E"
     HOUSTON, TEXAS
 # 171                   TN
 2 SM COFF               3.20

   TAX                    .26
   TOTL                  3.46
   CASH                 20.00
   CHNG                 16.54

  WE SELL  WHAT COFFEE
    (281) 821-1767
      THANK YOU

CYNTHIA
1509 06:45 #20 OCT.19 08 REG008
```

C07066-01  N6+PM (Per Diem)

```
              Peet's Coffee & Tea
              2255 Kalakaua Ave Shop 1
                 Honolulu, HI 96815

Host: Josh             10/19/2008
Term#21038               7:26 AM
                           20038

S COFFEE                    1.90
Bear Claw                   4.50

Sub Total                   6.40
Tax                         0.30

Ordered Total               6.70

CASH                       10.00

            Aloha
      Have a wonderful day!
```

C07066-01 $6 Per Diem

```
Giovanni Pastrami
    Honolulu
  808-923-2100
Dine In      10/18/2008
Order 0         6:00P
Server: Prokopios
Guest: 1

Large Reglr King Arthur Supreme  $26.95
Buffalo Wings                    $10.95
Calamari                         $10.95
Pepsi                             $2.75
Pepsi                             $2.75
NY Strawb Cheesecake              $8.00
                                --------
         Sub Total               $62.35
         Tax                      $2.95
         Total                   $65.30

Rate  Gratuity    Total
 15%    $9.80    $75.10
 20%   $13.06    $78.36

******** WE HOPE TO SEE YOU
AGAIN******** ***IT'S BEEN OUR PLEASURE
SERVING YOU***
```

N6+PM C07066-01 Per Diem

C07066-01

\*\*\* Restaurant \*\*\*
Tony Roma's
Agana Shopping Center
Hagatna, Guam
671-477-4071
671-477-4072

1106 Arnold
------------------------------------
Tbl 31/1     Chk 3186      Gst 4
        Oct24'08 06:51PM
------------------------------------
 1 Cup S.O.D.                  2.99
 1 Greek Chicken              13.49
 1 BB Reg Slab                19.99
 1 BB Half Slab               15.49
 1 TR Half Slab               14.49

   Subtotal                   66.45
   10% Gratuity                6.65
 07:30PM Total               **73.10**

Thank you for visiting us at
Tony Roma's In Hagatna

Gershman, Manning,
Tucker, and Anderson

C07066-01

Gershman, Manning,
Anderson, Tucker. Per Diem

Tumon Bay Lobster & Grill
Tumon, Guam U.S.A.
Phone : 1(671)649-5858
Phone : 1(671)647-5858
       Table #11
Trans#: 29371   Serv: Jonnie
10/22/2008 07:48:43 PM   #Cust:1
           TOUR
======================================
Quan Description           Cost
======================================
 1 COCONUT SHRIMP         $9.95
 1 T-LOIN STEAK          $29.95
 1 NY STEAK              $27.95
 1 KING CRAB LEGS        $32.95
 1 RED SNAPPER           $24.95
 1 Service Charge        $12.58
======================================
         Net Total:     $138.33
         10% Gratuity:    $0.00
         ==============
    TOTAL:       $138.33
Food:$125.75          Tip 24.67
Other:$12.58              163.00
15% AUTOMATIC GRATUITY INCLUDED ON
PARTIES OF 6 OR MORE .......

---

C07066-01
H6, DM, CA, JT  Per Diem

PAY-LESS SUPERMARKETS INC.
AGANA - 477-7006 / 472-8346

         BOWL BRUSH/CADDY   NP    5.89
         FX BBY RMAINE SL   NP    5.89 F
 1.71 lb @ 1.59 /lb
 WT     PEACHES YELLOW   A NP    2.72 F
         GW CLNR TLTBOWL    NP    3.99
 10.99   DIET PEPSI 20OZ    NP     .99 F
         GRMWY BABYCARROT   NP    1.89 F
         KRAFT BALSAC VNG   NP    3.29 F
         LINDT DARK BAR     NP    2.99 F
         LNDT EXCL BTRSWT   NP    2.69 F
 2.58 lb @ 3.19 /lb
 WT     US GREEN GRAPES    NP    8.23 F
 0.52 lb @ 1.59 /lb
 WT     US TOMATOES ROMA A NP     .83 F
    YOUR BALANCE DUE IS        39.40
    AMEX CREDIT CARDS          39.40
    CHANGE                       .00

    YOUR APPROXIMATE GRT IS  $   1.52

10/23/08 18:43 0004 02 0151 416

THANK YOU FOR SHOPPING AT PAY-LESS
Website:  www.paylessmarkets.com

C07066-01  Per Diem
     THE BUZZ    H6
   (671)472-1BUZ  DM
   (671)472-1282  CA

10/21/2008 12:36PM     09
000000#4678   CLERK09

OTHER FOOD            $9.95
OTHER FOOD            $8.95
OTHER FOOD            $3.50
OTHER FOOD            $3.50
            2 @ $1.50
DRINK 2               $3.00
DRINK 2               $2.00
                      36—
ITEMS Tip  7Q  5.10
CHARGE     $30.90

---

(37)

THE BUZZ      H6
(671)472-1BUZ  DM
(671)472-1282

C07066-01  Per Diem
10/22/2008  8:00AM   09
000000#4751   CLERK09

OTHER FOOD            $5.50
OTHER FOOD            $5.95
            2 @ $2.00
DRINK 2               $4.00
DRINK 2               $1.50

ITEMS Tip  5Q  3.05
CHARGE     $16.95
           20.00

C07066-01
Gershman Per Diem

ABC Store #30
OPEN UNTIL MIDNIGHT
Visit us at WWW.ABCSTORES.COM



| 07514000502 | CRY GEYSER | 0.99 T |
|---|---|---|
|  | +.01 FEE | 0.06 |

| SUBTOTAL | 1.05 |
| 4.712% TAX | 0.05 |
| TOTAL | 1.10 |
| CASH | (5.25) |
| CHANGE | 4.15- |

Tran Code: 016 0E9C 00B 0A5E

*0160E9C00B0A5E*



41179                    249  # 245
Register:11      Oct 18 2008 10:06 PM

---

(38) THANK YOU!!                C07066-01
                                H6, OM,
                                CA, TT
                                Per Diem

LONE STAR GUAM
STEAKHOUSE & SALOON
615 S. Marine Drive
Tamuning, GU 96913
646-6061

Check # A2083-2    Table #30
Date: 10-21-08    Time: 06:28PM
Guests:4          TCP : 07:00PM

| 1 | TEXAS COB | 15.98 |
| 1 | RIBS & CHICKEN | 23.89 |
| 1 | SOUP & SALAD | 8.99 |
| 1 | 1/2 RACK RIBS | 16.99 |
|   | SUB TOTAL: | 66.96 |
|   | 10% GRATUITY | 6.70 |
|   | DUE: | 73.66 |

Lone Star Gift Certificates make great
                          gifts!  6.36 Tip

Ask your server for details.

SARAH
80.00

---



HMSHost
Starbucks Coffee Terminal E-1
BUSH INTERCONTINENTAL AIRPORT

036 ORFILA

HK 5270  OCT26'08  9:54  GST 1

| 1 TALL COFFEE OF D | 1.79 |
| 1 FRESH FRUIT | 1.00 |
| SUBTOTAL | 2.79 |
| TAX | 0.23 |
| AMOUNT PAID | 3.02 |
| CASH | 5.02 |
| CHANGE DUE | 2.00 |

OOKING FOR A GREAT PLACE W/ HOT
FOOD, COLD DRINKS, & SPORTS?
TRY FOX SPORTS SKYBOX
LOCATED NEAR GATE E-16!
2 TVS W/ DIRECT TV PROGRAMMING
ERVING BREAKFAST, LUNCH, &DINNER!

QUESTIONS OR COMMENTS?
Contact us @ HMS Host IAH
281-233-3337 OR
joseph.reid2@hmshost.com

Gershman Food

---

C07066-01



* * * Restaurant * * *
Old Hagatna Bar and Grill
Phone:472-5885

22 Carla
Tbl 11/2   Chk 1191          Gst 5
           Oct22'08 01:27PM
***** DEMONSTRATION MODE *****

| 2 Iced Tea @ 3.00 | 6.00 |
| 1 Soda | 3.00 |
|   Diet Pepsi |  |
| 1 Soda | 3.00 |
|   Diet Pepsi |  |
| 1 BBQ Burger | 10.95 |
|   Med Well |  |
|   Onion Rings |  |
| 1 French Dip | 11.95 |
|   Onion Rings |  |
| 1 Soy Chicken | 13.50 |
|   Mashed |  |
| 1 BBQ Burger | 10.95 |
|   Med Well |  |
|   Fries |  |
| 1 Salmon Caesar | 13.75 |

02:14 Total              73.10
Gratuity   12.90
Not Included  86.00

Thank you for dining us today

C07066-01
Gershman, Manning,
Tucker of Anderson
Per Diem

C07066-01   Gershman

**Taxi Fare Receipt**

Date: 10/24/08   Time: _____
From: Airport
To: Sheraton HTL
Fare: _____ Tip: _____
Total: 40.00

For Taxi Control, please call 733-2530

---

C07066-01

**Taxi Fare Receipt** Hon
                      DW

Date: 10/18/08   Time: _____
From: Honolulu Airport
To: Sheraton Waikiki
Fare: _____ Tip: _____
Total: $40.00

For Taxi Control, please call 733-2530

---

```
BARWOOD TAXI
   CAB #267
10/18/08  04:19
10/18/08  04:43
DELAY   00:01:09
TRIP #      3268
DIST    20.63 mi
Rate 1   $ 37.20
EXTRAS   $  8.50
TOTAL    $ 45.70
 THANK YOU FOR
CHOOSING BARWOOD
 BARWOODINC.COM
TEL 301-984-1900
```
C07066-01



C07066-01

Gershman Food
(Per Diem)

DUKE'S CANOE CLUB
www.hulapie.com
2335 KALAKAUA AVE STE 116
HONOLULU, HI 96815
808-922-2268

Server: Kamahele          DOB: 10/24/2008
10:32 PM                       10/24/2008
GERSHMAN HW/1                      5/50178

AMEX                             5243055
Card #XXXXXXXXXXXX4009
Magnetic card present: GERSHMAN HW
Approval: 549014

                   Amount:      33.66
                   + Tip:        6.34
                   = Total:     40.—

X_____
Approval: 549014

         Customer Copy

# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203  
Fairfax, VA 22031  
Tel: 703-573-5800  Fax: 703-698-1306  
jplutino@gbbinc.com  
www.gbbinc.com

**Expense Details (With Memo)**

Printed on: 11/25/2008  
Page 1 of 1



| Project ID: | 07066:01 |
|---|---|
| Project Name: | US District Court for Guam - Receivership |
| Manager: | HWG |
| Client ID: | 07066 |

D. MANNING

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 10/1/2008 to 10/31/2008 | DM to DM | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 10/3/2008 | Meeting Expenses<br>Lunch with Jack Tucker to discuss the status of Guam operations and his experience there.<br>Debriefing meeting for Jack Tucker as operations manager during his initial stay in Guam. | 1.00 | $37.08 | $37.08 | 0.00 | $37.08 | Billable |
| 10/19/2008 | Lodging<br>Lodging (Per Diem for Manning). Sheraton Folio number 6461261 A from Guam. | 1.00 | $200.52 | $200.52 | 0.00 | $200.52 | Billable |
| 10/19/2008 | Plane<br>Continental Flight 10/19-30/08. Confirmation number AJTHNB was cancelled. Continental Flight 10/18-11/09/08. Confirmation number BLR3HY was used. | 1.00 | $5,266.54 | $5,266.54 | 0.00 | $5,266.54 | Billable |
| 10/25/2008 | Meals<br>Dinner for myself (per diem related) | 1.00 | $16.49 | $16.49 | 0.00 | $16.49 | Billable |
| 10/25/2008 | Meals<br>Pastries for breakfast (per diem related). | 1.00 | $7.00 | $7.00 | 0.00 | $7.00 | Billable |
| 10/25/2008 | Meals<br>Lunch for Jack Tucker and myself (per diem related). | 1.00 | $12.22 | $12.22 | 0.00 | $12.22 | Billable |
| 10/26/2008 | Meals<br>Dinner for Jack Tucker, Chace Anderson, and myself (per diem). | 1.00 | $51.10 | $51.10 | 0.00 | $51.10 | Billable |
| 10/26/2008 | Meals<br>Breakfast for Chace, Jack and myself (per diem related) | 1.00 | $38.00 | $38.00 | 0.00 | $38.00 | Billable |
| 10/27/2008 | Meals<br>Ice cream for desert (per diem related). | 1.00 | $4.35 | $4.35 | 0.00 | $4.35 | Billable |
| 10/27/2008 | Meals<br>Lunch for myself (per diem related). | 1.00 | $8.56 | $8.56 | 0.00 | $8.56 | Billable |
| 10/28/2008 | Meals<br>Dinner for Chace Anderson, Jack Tucker and myself. | 1.00 | $92.66 | $92.66 | 0.00 | $92.66 | Billable |
| 10/31/2008 | Meals<br>Groceries for the apartment (per diem related). | 1.00 | $26.24 | $26.24 | 0.00 | $26.24 | Billable |
| 10/31/2008 | Miscellaneous Travel Expenses<br>Fuel for the rental vehicle. | 1.00 | $58.80 | $58.80 | 0.00 | $58.80 | Billable |
| 10/31/2008 | Meals<br>Pastries for breakfast at the apartment (per diem related) | 1.00 | $7.00 | $7.00 | 0.00 | $7.00 | Billable |
| | | **Sum of Billable Expenses:** | | $5,826.56 | | $5,826.56 | |
| | | **Billable + Non-Billable Total:** | | $5,826.56 | | $5,826.56 | |

BillQuick Standard Report Copyright 2007. Last Modified on: 11/25/2008

Jim Plutino
_____

| | |
|---|---|
| Subject: | David |
| Location: | Guam |
| Start: | Sun 10/19/2008 12:00 AM |
| End: | Sun 11/9/2008 12:00 AM |
| Show Time As: | Free |
| Recurrence: | (none) |
| Categories: | Travel |



07066-01

**FLIGHT:**
Charge No.: 07066-01
One Pass No.: CO-HL644717

## Continental Confirmation Number: BLR3HY

| Traveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| MANNING/DAVID | LMR0052173095105 | Gold / ST Elite | 3L/1D/2A |

**FLIGHT INFORMATION**

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Sat, 18OCT08 | CO2175[1] | Y | NASHVILLE 6:00AM | HOUSTON BUSH INTL 8:10AM | | |
| Sat, 18OCT08 | CO1 | Y | HOUSTON BUSH INTL 9:35AM | HONOLULU HNL 12:50PM | | |
| Sun, 19OCT08 | CO1[2] | Z | HONOLULU HNL 2:05PM | GUAM IS SW PAC 5:45PM | | |
| Sat, 08NOV08 | CO2[3] | Z | GUAM IS SW PAC (GUM) 7:30AM | HONOLULU HNL (HNL) 6:40PM (07NOV) | 767-400 | Breakfast |
| Sat, 08NOV08 | CO2 | J | HONOLULU HNL (HNL) 8:00PM | HOUSTON BUSH INTL (IAH) 7:30AM (09NOV) | 767-400 | Dinner |
| Sun, 09NOV08 | CO2302[4] | Y | HOUSTON BUSH INTL (IAH) 8:50AM | NASHVILLE (BNA) 10:38AM | ERJ-145 | Snack |

[1] Operated by EXPRESSJET AIRLINES INC doing business as CONTINENTAL EXPRESS
[2] Operated by CONTINENTAL MICRONESIA
[3] Operated by CONTINENTAL MICRONESIA
[4] Operated by EXPRESSJET AIRLINES INC doing business as CONTINENTAL EXPRESS

**FARE INFORMATION**

| Fare Breakdown | | Form of Payment: |
|---|---|---|
| Airfare: | 5,124.00USD | AMERICAN EXPRESS |
| U.S. Federal Transportation Tax: | 93.68 | Last Four Digits XXXX |
| U.S. Flight Segment Tax: | 14.00 | |
| U.S. Security Service Fee: | 10.00 | |
| U.S. APHIS User Fee: | 5.00 | |
| Guam Inspection Service Charges: | 6.36 | |
| U.S. Passenger Facility Charge: | 13.50 | |
| Per Person Total: | 5,266.54USD | |

**eTicket Total:** 5,266.54USD

The airfare you paid on this Itinerary totals: 5,124.00 USD

**The taxes you paid on this itinerary total: 142.54 USD**

1