



Sheraton Waikiki Hotel
2255 Kalakaua Avenue
Honolulu, HI 96815
Tel: 808-922-4422 Fax: 808-923-8785

## Come back soon

| GUEST | | | | TRAVEL AGENT / CHARGE TO |
|---|---|---|---|---|

David Manning
Aaa Preferred Account

| | |
|---|---|
| Room | 924 |
| Rate | 179.10 |
| No pers | 1 |
| Folio | 6461261    A |
| Page | 1 |
| Arrival | 18-OCT-08   13:36 |
| Depart | 19-OCT-08   10:27 |
| Payment | AX |

07060-01

Vch/Bkg #

| DATE | REFERENCE | DESCRIPTION | CHARGES / CREDIT |
|---|---|---|---|
| 18-OCT-08 | RT924 | Room          DISC | 179.10 |
| 18-OCT-08 | RT924 | General Excise Tax-4.712% | 8.44 |
| 18-OCT-08 | RT924 | Occupancy Tax-7.25% | 12.98 |
| 19-OCT-08 | AX | American Express | 200.52- |

***For Authorization Purposes Only***
xxxxx6002
Auth Date    Code    Authorized
18-OCT-08   561748     429.84

                     Balance Due                  0.00

Mahalo for being our guest.Should you have questions about your folio, please call
(877)214-1629. We look forward to welcoming you back soon.



As a Starwood Preferred Guest, you could have earned 358
Starpoints for this visit. Please provide your member number
or enroll today.

| David Manning | | ROOM | DEPART | AGENT |
|---|---|---|---|---|
| FOLIO  6461261   18-OCT-08 | | 924 | 19-OCT-08 | SWFDMS |

**0072**
Server: ERIN B (#150)          Rec: 67
10/03/08 12:18, Swiped    T: 81 Term: 9

Rafferty's of 100 Oaks
4041 Armory Oaks Drive
Nashville,TN 37204
(615)279-9660
MERCHANT #: 154625762000

CARD TYPE       ACCOUNT NUMBER
VISA            XXXXXXXXXXXX3533
Name: DAVID MANNING
DD TRANSACTION APPROVED
AUTHORIZATION #: 048064
Reference: 1033010000072
TRANS TYPE: Credit Card SALE

CHECK:              32.08

TIP:                 5.00

TOTAL:              37.08

X _____

PHONE: (     )
CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
PLEASE SIGN AND TOTAL BOTH COPIES

*Lunch with Jack Tucker*

```
********* C . & PACK PRINTER *********

        W A L K - I N

    BARRIGADA PIZZA HUT
T..     .O  CHOOSING THE ISLANDS BEST
         1 0001 THRU 0004
    WE APPRECIATE YOUR BUISNESS
        HAVE A NICE DAY!

Chk#: 0074        10/25/08  6:16P
Name: MANNY

QTY  ITEM         U/PRICE SUBTOTL

 1   THIN MD WHOLE   X 21.39  21.99
        PEPPERONI
        ITAL SAUSAGE
        EXTRA CHEESE

        Subtotal   =      21.99
        Discount   =      -7.50
        Adj. Total =      14 19
        GRAND TOTAL =    14 .49

5/WILFRED

                          $$$$

     PIZZA HUT 83 BARRIGADA
          187 ROUTE 10
       BARRIGADA , GU 96913

 TERMINAL ID:       003213798
 MERCHANT #:     101160906992

 VISA
 #xxxxxxxxxxxxx3583
 SVR: 5
 SALE
 BATCH: 000183   INVOICE: 0935880180
 DATE: OCT 25, 08    TIME: 18:18
 SQ: 017           AUTH NO: 024413

 PRE-TIP AMT       $14.49

 TIP                2.00

 TOTAL             16.49

    CUSTOMER COPY
```

---

```
        OUTBACK
        STEAKHOUSE

        Outback Guam
    Home of the Bloomin Onion
      1411 Pale San Vitores
         Tumon, GU 96913
        (671) 646-1543

Server: Rissa        Station: 5
----------------------------------
            Dine In
Table: 10            Guests: 3
----------------------------------
1 Bloomin Onion          7.95

1 Diet Coke              2.25
1 Jackaroo Chops        19.95
1 Baked Potato*          0.00
1 Grilled Salmon        18.95
1 Veggies*               0.00
1 Jackaroo Chops        19.95
1 Baked Potato*          0.00

ORDER TOTAL:            86.05
10% Gratuity:           8.61
                      ========
AMOUNT DUE:

       10/28/2008 8:28 PM
************************************
```

```
    BANK OF GUAM
    THE PEOPLE'S BANK

 OUTBACK STEAK HOUSE
   (BAR) TUMON, GUAM 96911
        (671) 646-1543

 BATCH No.   :  000467
 TERMINAL ID :  6708259
 CARD       :  VISA INT'L
 CARD No.   : XXXXXXXXXXXX3583 / Swiped

 RREF No.   :  5u04
 INVOICE    :  004714
 SERVER No. :  8
 TRANS.    : CREDIT CARD SALE

 AMOUNT     :       $   94.66
 TIP AMOUNT :       $   15.00

 X, PLEASE SIGN)

 AMOUNT:          #109.66

 ate   :  10/28/08    21:23:17
 AL    :  041132

        Customer Copy

         Thank You!
```

---

```
    WENDY'S BARRIGADA
        ROUTE 10
    BARRIGADA GU 96913
       671-734-0828

 Merchant ID: 0110071
 Term ID: AAAA

        Sale

 VISA
 XXXXXXXXXXXX3583

 Entry Method: Swiped
 Apprvd: Online     Batch#: 000000
 10/25/08            12:41:11

 Inv #: 000000016   Appr Code: 004755

 Total:          $      12.22

       Customer Copy

       THANK YOU
```



**PAYLESS MICROMALL #7**
LOT 5013-3-R3 MICRONESIA MALL
DEDEDO  GU 96929
671-637-7233

Merchant ID: 0118725
Term ID: 7778

## Sale

VISA
XXXXXXXXXXXX3583
Entry Method: Swiped
Apprvd: Online    Batch#: 000007
10/31/08              13:00:12

Inv#: 00000012 Appr Code: 055402

Total:          $      26.24

Customer Copy

THANK YOU
FOR VISITING!

PAY-LESS SUPERMARKETS INC.
MICRO-MALL - 637-7233/7238

| | | | |
|---|---|---|---|
| AQUAFINA BTL WTR | NP | .69 | F |
| FOLGERS COFFEE | NP | 8.99 | F |
| SUNMAID RAISINS | NP | 2.49 | F |
| TINACTIN PWDRSPR | NP | 8.99 | |
| HERSHEYS MLKCHOC | NP | 1.59 | F |
| QUAKER QUICK OAT | NP | 3.49 | F |

YOUR BALANCE DUE IS        26.24
    VISA / MASTERCARD      26.24
    CHANGE                   .00

    YOUR APPROXIMATE GRT IS  $  1.01

10/31/08 12:58 0010 07 0060 1008

THANK YOU FOR SHOPPING AT PAY-LESS
Website: www.paylessmarkets.com

---

\* \* \* \* \* RECEIPT IS REPRINTED \* \* \* \* \*
10/27/08    12:27:57

SALE RECEIPT
Store #10995        tko 10/27/08 12:27:07
Subway Sandwiches & Salads
Micronesia Mall
Dededo                    GU 96929
671-637-2233

Trans# 42 Clerk 27   bobby
XACT TROT 102708 Reg ID REG-MAIN
              Receipt # 000062194B
    ITEM    QTY    PRICE MEMO PLU
\* \* \* \* \* RECEIPT IS REPRINTED \* \* \* \* \*

| | | | |
|---|---|---|---|
| RBEEF MD 6r | 1  1 $ | 7.20 | 10821 |
| CHIPS | 1  1 $ | 0.95 | 10020 |
| SUBST LG | 1  1 T $ | 0.09 | 500 |
| TAKE-OUT \*\*TOTAL $ | | 8.56 | |
| CredCardAMT TEND $ | | 8.56 | |
| | | -------- | |
| CHANGE DUE $ | | 0.00 | |

Thank you. Please come again.
SUBWAY - Eat Fresh!
\* \* \* \* \* RECEIPT IS REPRINTED \* \* \* \* \*

---

**BANK OF GUAM**
THE PEOPLE'S BANK

## SUBWAY #10995
MICROMALL - DEDEDO, GUAM
(671) 637-2233

BATCH No.    :  000243
TERMINAL ID  :  5506894
CARD         :  VISA INT'L
CARD No.     :  XXXXXXXXXXXX3583 / Swiped

RREF No.     :  5119
INVOICE      :  004614
TRANS.       :  CREDIT CARD SALE

AMOUNT       :        $   8.56

Tran Date/Time : 10/27/08    12:13:11
APPROVAL     :  015255

Customer Copy

Thank you!

---

O S 7
M A R T
Mangilao

10/27/2008  7:46PM   01
U00000#6104     CLERK01

| | | |
|---|---|---|
| GEN MERCHANDISE | 1 | $1.45 |
| GEN MERCHANDISE | 1 | $1.45 |
| GEN MERCHANDISE | 1 | $1.45 |
| ITEMS | 3Q | |
| \*\*\*TOTAL | | $4.35 |
| CASH | | $20.00 |
| CHANGE | | $15.65 |

---

**KING'S RESTAURANT**
TAMUNING,GUAM
CITIBANK N.A.

TERMINAL ID.  :           90000148
MERCHANT #:       000790581213378

VISA - CARD SWIPE
\*\*\*\*\*\*\*\*\*\*\*3583
SALE
INVOICE: 387306        BATCH: 000703
DATE: OCT. 26, 08      TIME: (08:22
RRN: 000051182108
AUTH NO# 033118

BASE                      $33.50
TIP                         4.50
TOTAL                     38.00

    CUSTOMER COPY

---

JEFFS PIRATES COVE INC
111 RT 4 IPAN
TALOFOFO , GU 96915

TERMINAL ID:            001535996
MERCHANT #:       102206021997

VISA
#xxxxxxxxxxxx3583
SUR: 4
SALE
BATCH: 000710        INVOICE: 010192
DATE: OCT 26, 08        TIME: 16:43
SEQ: 056                AUTH NO: 071822

PRE-TIP AMT               $45.10
TIP                         6.00
TOTAL                     57.10

    CUSTOMER COPY

---

070066-01



47

07066-01

BARIGA       120456

WELCOME TO
SPFC BARRIGADA

BARRIGADA 76
112 ROUTE 10
BARRIGADA       GU
DLR #     00247395

10/31/08    13:13
PUMP 10        UNL
GALLONS   15.082
  @ $3.8°°/GAL
FUEL    $58.80

TOTAL    $58.80
VISA     $58.80
XXXXXXXXXXXX3585

TL/30TAX   $58.80
TAX PD     $0.00
RECEIPT NO

CUSTOMER SIGNATURE
45 GRT INCLUDED

THANK YOU

# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800 Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

(48)

| | |
|---|---|
| Project ID: | **07066:01** |
| Project Name: | **US District Court for Guam - Receivership** |
| Manager: | **HWG** |
| Client ID: | **07066** |

C. ANDERSON

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 10/1/2008 to 10/31/2008 | CA to CA | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 10/1/2008 | Meals | 1.00 | $29.07 | $29.07 | 0.00 | $29.07 | Billable |
| | This amount is for groceries which I purchased at 7:30 pm. I was informed at approximately 10:30 pm that a new policy was being implemented as of October 1, 2008. Tim Bratton has exempted this receipt from the requirements of the new policy because I had not been notified before the purchase of these groceries. | | | | | | |
| 10/2/2008 | Meals | 1.00 | $13.90 | $13.90 | 0.00 | $13.90 | Billable |
| | The cashier did not provide me with an itemized receipt. I had a curry marlin and iced coffee. | | | | | | |
| 10/3/2008 | Miscellaneous Travel Expenses fuel | 1.00 | $49.62 | $49.62 | 0.00 | $49.62 | Billable |
| 10/3/2008 | Meals | 1.00 | $19.74 | $19.74 | 0.00 | $19.74 | Billable |
| | Per Diem--no itemized receipt provided | | | | | | |
| 10/5/2008 | Miscellaneous Expense | 1.00 | $66.44 | $66.44 | 0.00 | $66.44 | Billable |
| | October Mariana's Cablevision October charges for internet and cable for apartment | | | | | | |
| 10/5/2008 | Meals | 1.00 | $23.03 | $23.03 | 0.00 | $23.03 | Billable |
| | Itemized receipt from grocery store: apples, water, onion, orange juice, ginger root, pine apple, and popcorn. Per diem. | | | | | | |
| 10/6/2008 | Meals | 1.00 | $25.45 | $25.45 | 0.00 | $25.45 | Billable |
| | Per diem: groceries purchased at payless (blueberries, bananas, frozen shrimp, rice). | | | | | | |
| 10/7/2008 | Copy & Reproduction | 1.00 | $435.00 | $435.00 | 0.00 | ($435.00) | Billable |
| | Printing of education material to prepare for legal recycling conference. | | | | moved to C.PY EXPENSES | | |
| 10/9/2008 | Meals | 1.00 | $13.90 | $13.90 | 0.00 | $13.90 | Billable |
| | Per Diem meal at Buzz Cafe: curry marlin salad and coffee. No itemized receipt received. | | | | | | |
| 10/9/2008 | Meals | 1.00 | $18.80 | $18.80 | 0.00 | $18.80 | Billable |
| | Per diem groceries: orange juice, potato, cereal, kimche, pinapple, | | | | | | |
| 10/11/2008 | Meals | 1.00 | $19.55 | $19.55 | 0.00 | $19.55 | Billable |
| | Per Diem groceries; milk, orange juice, rib steak | | | | | | |
| 10/13/2008 | Miscellaneous Travel Expenses FUEL for leased vehicle. | 1.00 | $57.86 | $57.86 | 0.00 | $57.86 | Billable |
| 10/14/2008 | Meals | 1.00 | $11.51 | $11.51 | 0.00 | $11.51 | Billable |

# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com



| | |
|---|---|
| **Project ID:** | **07066:01** |
| **Project Name:** | **US District Court for Guam - Receivership** |
| **Manager:** | **HWG** |
| **Client ID:** | **07066** |

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 10/1/2008 to 10/31/2008 | CA to CA | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| | Per Diem groceries: potato, onion, banana, coconut milk and tuna. | | | | | | |
| 10/15/2008 | Lodging | 1.00 | $2,500.00 | $2,500.00 | 0.00 | $2,500.00 | Billable |
| | Ladera Tower - Lodging Oct. 22 - Nov. 21 | | | | | | |
| 10/15/2008 | Meals | 1.00 | $13.15 | $13.15 | 0.00 | $13.15 | Billable |
| | Meal at the Jamaican Grill that consisted of a combo plate, rice, and bowel of fruit. Two receipts were provided (I scanned each and emailed them in) neither of which details the goods purchased. This is a per diem expense. | | | | | | |
| 10/16/2008 | Meals | 1.00 | $38.00 | $38.00 | 0.00 | $38.00 | Billable |
| | Per deim | | | | | | |
| 10/16/2008 | Postage | 1.00 | $1.17 | $1.17 | 0.00 | $1.17 | Billable |
| | Postage expense to send documents back to GBB HQ. | | | | | | |
| 10/17/2008 | Meals | 1.00 | $32.24 | $32.24 | 0.00 | $32.24 | Billable |
| | Per Diem: groceries : rice, shrimp, onions, salmon, seaweed, chilil sauce. | | | | | | |
| 10/19/2008 | Meals | 1.00 | $6.34 | $6.34 | 0.00 | $6.34 | Billable |
| | Per Diem: Groceries such as bananas and popcorn. | | | | | | |
| 10/19/2008 | Meals | 1.00 | $17.83 | $17.83 | 0.00 | $17.83 | Billable |
| | Per Diem: groceries such as orange juice, pine sol, toilet papers, eggs, garlic, and ginger root. | | | | | | |
| 10/20/2008 | Meals | 1.00 | $4.75 | $4.75 | 0.00 | $4.75 | Billable |
| | Per diem: coffee | | | | | | |
| 10/20/2008 | Miscellaneous Travel Expenses | 1.00 | $53.60 | $53.60 | 0.00 | $53.60 | Billable |
| | Fuel for rental car | | | | | | |
| 10/21/2008 | Meals | 1.00 | $86.51 | $86.51 | 0.00 | $86.51 | Billable |
| | Per diem: groceries | | | | | | |
| 10/21/2008 | Meals | 1.00 | $39.97 | $39.97 | 0.00 | $39.97 | Billable |
| | Per Diem groceries | | | | | | |
| 10/22/2008 | Miscellaneous Expense | 1.00 | $69.10 | $69.10 | 0.00 | $69.10 | Billable |
| | Additional upgrade charges for Mariana's Cable October invoice for Internet and cable for apartment. | | | | | | |
| 10/23/2008 | Meals | 1.00 | $52.15 | $52.15 | 0.00 | $52.15 | Billable |
| | Per Diem: food | | | | | | |
| 10/23/2008 | Meals | 1.00 | $27.00 | $27.00 | 0.00 | $27.00 | Billable |
| | Per Diem: no itemized receipt provided. This was for a meal at a restaurant. | | | | | | |
| 10/25/2008 | Meals | 1.00 | $2.79 | $2.79 | 0.00 | $2.79 | Billable |
| | Per diem | | | | | | |

*Handwritten annotations: "49" circled at top. Next to the 10/16/2008 Postage line: "MOVED TO POSTAGE" and "$1.17" circled.*

# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

*(50)*

Project ID: **07066:01**
Project Name: **US District Court for Guam - Receivership**
Manager: **HWG**
Client ID: **07066**

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 10/1/2008 to 10/31/2008 | CA to CA | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 10/26/2008 | Miscellaneous Travel Expenses<br>Fuel for leased vehicle. I had to use the American Express card because my Master Card was either inoperable or the facility's system could not connect. I had emailed Gershman and Plutino to make them aware of this. | 1.00 | $50.00 | $50.00 | 0.00 | $50.00 | Billable |
| 10/27/2008 | Meals<br>Per Diem meals. | 1.00 | $17.00 | $17.00 | 0.00 | $17.00 | Billable |
| 10/28/2008 | Meals<br>Per diem: groceries and supplies at pay-less. | 1.00 | $16.58 | $16.58 | 0.00 | $16.58 | Billable |
| 10/29/2008 | Meals<br>Per Diem: dinner | 1.00 | $105.75 | $105.75 | 0.00 | $105.75 | Billable |
| 10/31/2008 | Plane<br>United return flight 9/21-10/24. Confirmation number NTT38I. Departure date changed to November 1 from Guam. Confirmation number A5KQZ6. | 1.00 | $1,158.48 | $1,158.48 | 0.00 | $1,158.48 | Billable |
| 10/31/2008 | Meals<br>Lunch #3 and water at mall. Per Diem | 1.00 | $9.25 | $9.25 | 0.00 | $9.25 | Billable |
| 10/31/2008 | Meals<br>Per Diem: | 1.00 | $97.12 | $97.12 | 0.00 | $97.12 | Billable |

| | | |
|---|---|---|
| **Sum of Billable Expenses:** | $5,182.65 | $5,182.65 |
| **Billable + Non-Billable Total:** | $5,182.65 | $5,182.65 |

*less 436.17*

*4,746.48*

BillQuick Standard Report Copyright 2007. Last Modified on: 11/25/2008



Total per person:      $718.70

**Grand Total for 1 Traveler:**      **US$718.70**

Amt.: $738.70 ($20.00 credit back to Amex Gold)

---

Charge No.: 07066-01
Confirmation No.: **A5KQZ6**
Continental No.: CO-HL643263

*6 7066-01*

**Continental Confirmation Number:**      **A5KQZ6**

**Honolulu, HI (HNL) to Guam (GUM) on Mon., Sep. 22, 2008**
**Guam (GUM) to Honolulu, HI (HNL) on Sat., Nov. 1, 2008**

**This reservation was eTicketed and confirmed on Tue., Aug. 26, 2008 at 3:36 p.m. Central Time.**

**Flight Details:**

| Depart: | Arrive: | Travel Time: | OnePass Miles/ Elite Qualification: | Flight: **CO1** |
|---|---|---|---|---|
| **2:00 p.m.** **Mon., Sep. 22, 2008** Honolulu, HI (HNL) | **5:40 p.m.** +1 Day **Tue., Sep. 23, 2008** Guam (GUM) | **7 hr 40 mn** | **3,801 /150%** | Aircraft: **Boeing 767** Fare Class: **BusinessFirst (Z)** Meal: **Lunch** |

Continental flight 1 operated by Continental Micronesia.

| Depart: | Arrive: | Travel Time: | OnePass Miles/ Elite Qualification: | Flight: **CO2** |
|---|---|---|---|---|
| **6:25 a.m.** **Sat., Nov. 1, 2008** Guam (GUM) | **5:35 p.m.** **Fri., Oct. 31, 2008** Honolulu, HI (HNL) | **7 hr 10 mn** | **3,801 /150%** | Aircraft: **Boeing 767** Fare Class: **BusinessFirst (D)** Meal: **Breakfast** |

Continental flight 2 operated by Continental Micronesia.

**OnePass Members:** Upon completion of this itinerary, you will earn up to **7,602 OnePass miles.***

:» Change Flights

**Passengers:**

**Mr. RICHARDC ANDERSON**



**HONOLULU to SAN FRANCISCO departing Friday, October 31**

| UNITED 76 | Depart:<br>HONOLULU 9:08 PM<br>Arrive:<br>SAN FRANCISCO 5:03 AM<br>Seat(s): 2B | NONSTOP<br>Equip: 777<br>MP miles: 2398 | UNITED FIRST<br>In-Flight services:<br>Meal: SNACK |

**SAN FRANCISCO to MEDFORD departing Saturday, November 1**

| UNITED 5472<br>* | Depart:<br>SAN FRANCISCO 7:25 AM<br>Arrive:<br>MEDFORD 8:57 AM<br>Seat(s): 4A | NONSTOP<br>Equip: EM2<br>MP miles: 329 | UNITED ECONOMY<br>In-Flight services:<br>Meal: |

\* OPERATED BY UNITED EXPRESS/SKYWEST AIRLINES
PLEASE CHECK-IN AT UNITED AIRLINES

**Summary:**

| | Per passenger | Total |

**Per passenger**



| | | |
|---|---|---|
| **Base fare:** | 1128.80 | US D |
| **Tax/Fee/Charge:** | 10.18 | US |
| | 19.50 | XT (Federal excise taxes) |
| **Total:** | 1158.48 | US D |

**Fare details:** Fare Basis AUAS
FC HNL UA X/SFO Q130.00UA MFR 998.80AUAS USD1128.80END UA
ZPHNLSFO XT5.00AY7.50XF HNL3SFO4.5

**Payment information:**
EF EX $0.00USD



54



LA ERA
TOWER

IN LADERA LAND MANAGEMENT • AMWOSTLAND • TEL (928)276-0811 • FAX (928)276-0800

## ADDENDUM TO LEASE

### RENEWAL OF LEASE CONTRACT:

I, **Richard Anderson**, hereby renew my lease agreement on **SUITE #1708** at Ladera Tower, as follows:

TERM:     October 22, 2008 to January 21, 2009

RENT:     Rent will be $3,000.00 per month

UTILITIES:   Tenant will be responsible for the payment of all utilities and services, except Trash Removal Services

NOTICE OF TERMINATION:     Tenants who need to terminate this lease at an earlier date, due to military transfer order or company order, should inform long term office, in writing, of the final move out date whereby this date should comply with the thirty (30) day notice policy.

TERMS AND CONDITIONS:     Damages caused by a moving company crew shall be held under the tenant's responsibility. It is up to the tenant to deal with the moving company he/she hired in reimbursing any costs from damages. Also, Tenant will be charged for recharging of the fire extinguisher in the suite after the tenant's use. Recommended temperature in unit is to be 75-76 degrees. If there is mold growth in unit due to A/C unit being turned off or set higher than 76 degrees while unit is vacant more than 3 days or for setting being set higher than 76 degrees, tenant will be responsible for charges to clean unit of mold.

ALL OTHER TERMS AND CONDITIONS in the first contract for the period of May 22, 2008 to July 21, 2008 and July 22, 2008 to October 21, 2008 shall remain the same.

**ACCEPTANCE:**

_____          9/02/08
Richard Anderson, Tenant #1708          Date

_____          10/03/08
DON H. PARK, General Manager          Date

One-time reduction
to rent paid to Ladera
$ 2,500.00



**MARIANAS CABLEVISION**
**P.O. BOX 24728**
**GMF GU 96921-4728**
**TEL: (671) 635-4MCV**
**FAX: (671) 632-1500**



| ACCOUNT NO. : | |
| --- | --- |
| INVOICE DATE: | Sep 15/08 |
| AMOUNT DUE : | 66.44 |
| DATE DUE : | Oct 05/08 |
| AMOUNT PAID : | |

**ADDRESS SERVICE REQUESTED**
FOR SERVICE AT: PAGAT MANGI

HARVEY GERSHMAN
PO BOX 2210
MANGILAO GU  96913

MARIANAS CABLEVISION
PO BOX 24728
GMF  GU 96921 4728

**PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE**   67666-C1

LAST INVOICE: August 15/08    BALANCE FORWARD:    14.95CR

| | | |
| --- | --- | --- |
| September 01/08 | MONTHLY RENTAL ONLINE 2.2 | 62.45 |
| September 01/08 | MONTHLY RENTAL WIRE GUARD | 3.99 |
| September 10/08 | MAIL IN PAYMENT | 51.49CR |

BALANCE TO COVER SERVICE TO September 30/08        .00  *

CHARGES FOR October 01/08    To October 31/08

| | |
| --- | --- |
| 1 MONTHLY RENTAL ONLINE 2.2 | 62.45 |
| 1 MONTHLY RENTAL WIRE GUARD | 3.99 |
| TOTAL | 66.44 |

TOTAL DUE UPON RECEIPT        66.44 ***
                             =========

**A $4.99 LATE FEE WILL BE CHARGED ON PAYMENTS RECEIVED AFTER THE 10TH OF THE MONTH**

ACCOUNT NO.    INVOICE DATE    FREQUENCY

                Sep 15/08      MONTHLY

**PLEASE RETAIN THIS PORTION FOR YOUR RECORDS**





**MARIANAS CABLEVISION**
**P.O. BOX 24728**
**GMF GU 96921-4728**
**TEL: (671) 635-4MCV**
**FAX: (671) 632-1500**

| | |
|---|---|
| ACCOUNT NO. : | |
| INVOICE DATE: | Oct 15/08 |
| AMOUNT DUE : | 167.51 |
| DATE DUE : | Nov 05/08 |
| AMOUNT PAID : | |

**ADDRESS SERVICE REQUESTED**
FOR SERVICE AT: PAGAT MANGI

HARVEY GERSHMAN
PO BOX 2210
MANGILAO GU  96913

MARIANAS CABLEVISION
PO BOX 24728
GMF  GU 96921 4728

07066-01

**PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE**

LAST INVOICE: September 15/08    BALANCE FORWARD:        .00

| | | |
|---|---|---|
| October 01/08 | MONTHLY RENTAL ONLINE 2.2 | 62.45 |
| October 01/08 | MONTHLY RENTAL WIRE GUARD | 3.99 |
| October 08/08 | MAIL IN PAYMENT | 66.44CR |
| October 10/08 | PRORATED RENT DIGITAL TV | 8.51 |
| October 10/08 | PRORATED RENT DVR | 10.64 |
| October 10/08 | CHANGE OF SERV DVR | 49.95 |
| October 10/08 | LATE PAYMENT CHARGE | 4.99 — removed |

BALANCE TO COVER SERVICE TO October 31/08        74.09  *

Less 4.99

CHARGES FOR November 01/08  To November 30/08

$69.10 ✓

| | | |
|---|---|---|
| 1 MONTHLY RENTAL DIGITAL TV | | 11.99 |
| 1 MONTHLY RENTAL DVR | | 14.99 |
| 1 MONTHLY RENTAL ONLINE 2.2 | | 62.45 |
| 1 MONTHLY RENTAL WIRE GUARD | | 3.99 |
| TOTAL | | 93.42 |

TOTAL DUE UPON RECEIPT        167.51  ***
========

**A $4.99 LATE FEE WILL BE CHARGED ON PAYMENTS RECEIVED AFTER THE 10TH OF THE MONTH**

| ACCOUNT NO. | INVOICE DATE | FREQUENCY |
|---|---|---|
| | Oct 15/08 | MONTHLY |

**PLEASE RETAIN THIS PORTION FOR YOUR RECORDS**

07066 10 1 88

**PAYLESS MICROMALL #3**
LOT 5013*3-R3 MICRONESIA MALL
DEDEDO GU 96929
671-637-7233

Merchant ID: 0110725   5300
Term ID: 3334

Sale 10/01/08

MASTERCARD   *Chace*
XXXXXXXXXXXS191
Entry Method: Swiped
Apprvd: Online    Batch#: 000001
10/01/08              19:30:09

Inv#: 00000014 Appr Code: 035u2Z

Total:          $    29.07

Custo..r Copy

THANK YOU
FOR VISITING!

57

PerDiem Chace
07066 :01
                    5300
**BANK OF GUAM**
THE PEOPLE'S BANK

CHODE 10/3/08

125 9TH STREET, HAGATNA, GUAM
(671) 477 1524

| | | |
|---|---|---|
| BATCH No. | : | 00015? |
| TERMINAL ID | : | 0998:?# |
| CARD | : | MASTE??/.. |
| CARD No. | : | XXXXXXXXXXXS19! ... S...:3 |
| RREF No. | : | 3770 |
| INVOICE | : | 003462 |
| TRANS. | : | CREDIT CARD SALE |
| AMOUNT | : | $    19.71 |
| Tran Date/Time | : | 10/03/08 |
| APPROVAL | : | 04580Z |

Customer Copy
Thank you!

07 066 :01 Chace
**SUPER MART**
TEL  735-6278
FAX  735-6280
THANK YOU   COME AGAIN

$23.03 10/05/08

CLRK#: 303    NAME:KARLEEN
         5300
        PerDiem

| | | | | | |
|---|---|---|---|---|---|
| ORVILLE RED EN | | | | 2.89 | F |
| DOLE PINE TIDBITS14Z | | | | 1.29 | F |
| MINUTE MAID ORIGINAL | | | | 4.89 | F |
| CALIFORNIA R.U. 1.89 | | | | 4.99 | F |
| 1.95 LB | @ | 1LB / | $1.99 | | |
| ...E APPLE | | | | 3.88 | F |
| ... LB | @ | 1LB / | $.79 | .79 | F |
| ...NION | | | | | |
| ... LB | @ | 1LB / | $.79 | .90 | F |
| ...ATO RUSSET | | | | | |
| 0.13 LB | @ | 1LB / | $1.69 | .22 | F |
| GINGER ROOT | | | | 1.88 | F |
| ...DLE* | | | | 1.20 | F |
| ...HE | | | | | |
| 4 QTY | | | $.30 | | |

TOTAL              23.03
CHARGE             23.03
                   $ .00
CHANGE
    13    ITEMS

PerDiem
07066 :01
**BANK OF GUAM**
THE PEOPLE'S BANK

Buzz Cafe' 5300
Hagatna, Guam
6714721289    NO Item
                Recent?
| | | |
|---|---|---|
| BATCH No. | : | 000842 |
| TERMINAL ID | : | 3750783 |
| CARD | : | MASTERCARD |
| CARD No. | : | XXXXXXXXXXXS191 / Swiped |
| EXP DATE | : | 03/1) |
| RREF No. | : | 1829 |
| INVOICE | : | 001468 |
| SERVER No. | : | 1 |
| TRANS. | : | CREDIT CARD SALE |
| AMOUNT | : | $    10.90 |
| TIP AMOUNT | : | $    3.00 |

(IF ANY, PLEASE SIGN)

TOTAL AMOUNT:      $ 13.90

Tran Date/Time : 10/02/08      13:38:52
APPROVAL       : 055892

Customer Copy
Thank you!

07066!01 CHACE
5300

58

Lanuning Mccil
PD Box 12275
TAM GUAM 96931   OCT 3, 2008
671-846-7251
                  FueL

TRAN #:    024554
INV NO # :      8898

03/10/2008 12:46:20

TERMINAL   : 564001
APPROVAL # : 045822
RECEIPT #  : 050900
SALES RPT #: 768      $49.62

PUMP #    2
Synergy Su @@4.279/G
TOTAL GAL:    11.597
TOTAL:        49.62
TOTAL SALE:   49.62

Master
EXP. DATE  : 10/09
CARD NUMBER:
XXXXXXXXXXXX9181

I agree to pay the
above Total Amount
according to Card
Issuer Agreement.

Signature

------------------.

      THANK YOU
      DRIVE SAFELY



10.06.08 MC card per diem chace

07066101
5300
Chace $25.45
10/06/08
P. Diem

PAY-LESS SUPERMARKETS INC.
MICRA-MALL · 637-7253/7538

WF BLUEBERRIES        WF    5.79 F
SUBLIME 31740         WF   11.99 F
WF ORG 10 RICE        WF    4.79 F
2.23 lb @ 1.29 /lb
WF   WB BANANAS        WF    2.88 F
YOUR BALANCE DUE IS        25.45
VISA / MASTERCARD         25.45
CHANGE                     .00

YOUR APPROXIMATE GST IS  $  0.96

10/06/08 16:21 0010 05 0240 1023

THANK YOU FOR SHOPPING AT PAY-LESS
Website. www.paylessmarkets.crz

*$1.00*

(60.)

*0706:01*
*5300*

Chace **THE BUZZ**
(671)472-1BUZ
(671)472-1282
Per Diem

10/09/2008  2:20PM  09
000000#3920     CLERK09

OTHER FOOD          $8.45
DRINK 2             $2.95

*$2.50 Tip*

ITEMS          20
CHARGE      $11.40    = $13.90

---

10/09/08      Chace
$18.80
*07066:01*  Per Diem
5300

PAY-LESS SUPERMARKETS INC.
MICRO-MALL - 637-7233/7238

FM ORANGE JUICE X  NP   4.05 F
2.63 LB @ 1.39 /LB
US RUSSEL POTATO   NP   3.68 F
VE RAISIN BRAN     NP   5.59 F
TR DELI CHICKEN    NP   3.89 F
DOLE PNAPL CHUNK   NP   1.59 F
YOUR BALANCE DUE IS     18.80
VISA / MASTERCARD       18.80
CHANGE                   .00

YOUR APPROXIMATE GRT IS  $  0.72

10/09/08 16:57 0010 06 0091 1032

THANK YOU FOR SHOPPING AT PAY-LESS
Website: www.paylessmarkets.com

---

**SUPER MART**
TEL 735-6278
FAX 735-6280
THANK YOU    COME AGAIN

Per Diem  *07066:01*
Chace   5300

CHKR#: 909       NAME:ROXANN
*$11.51*

WAIOKA TUNA WATER 6Z       1.09  F
WAIOKA TUNA WATER 6Z       1.09  F
COCO CHUNK WATER185G       1.09  F
BT COCONUT MILK 400M       3.95  F
  5 QTY       $.79
1.03 LB    @  1LB /   $.69
POTATO RUSSET              .71  F
0.50 LB    @  1LB /   $.69
YELLOW ONION              .34  F
1.97 LB    @  1LB / $1.19
US BANANA                2.34  F
BEVERAGE                  .90  F
  3 QTY       $.30


TOTAL              11.51

CHARGE             11.51

CHANGE            $.00

  14    ITEMS

10/14/08
                          .7 606
                        TOT 900 2.
                       CHARGE
0004 2127-0004 TUE  10/14/08  5:46PM 0146

---

10/11/08  Per Diem

*07066:01*

5300  $19.55

Chace

PAY-LESS SUPERMARKETS INC.
MICRO-MALL - 637-7233/7238

CA SUN 2%LF MILK   NP   4.29 F
FM ORANGE JUICE X  NP   4.05 F
US RIB STK B/I     NP  11.21 F
YOUR BALANCE DUE IS     19.55
VISA / MASTERCARD       19.55
CHANGE                   .00

YOUR APPROXIMATE GRT IS  $  0.75

10/11/08 19:00 0010 04 0230 1010

THANK YOU FOR SHOPPING AT PAY-LESS
Website: www.paylessmarkets.com



61

10/13/08 FueL Charm
$57.86  07066:81
              5300

SHELL MANGILAO
ROUTE 10
MANGILAO, GU
671-734-55::

>>>XXXXXXXXX00560 0609
DATE 10/13/08          TIME 10:18 AM

ITEM: 017  FD  SALE        OP: 00
ACCT: XXXXXXXXXXX9191      EXP XXXX C
REDF: AUTH/TKT  03513Z

TOTAL:                    $57.86

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
MERCHANT AGREEMENT IF CREDIT VOUCHER)

SIGNATURE

10/15/08 Chaa

67066 0⁶ 5300

62

671-472-2000
**JAMAICAN GRILL**
P.O. BOX CF
AGANA   96932

TERMINAL I.D.:                    3385
MERCHANT #:                      13813

MASTER SRV: 1365  ITEM #: 007
************9191
SWIPE
PRE-SALE

DATE: OCT 15, 2008  TIME: 18:12
                    AUTH NO: 015332

BASE          $10.95

TIP            2 20

TOTAL        $13.15

RICHARD C ANDERSON

X_____

GRATUITY GUIDELINE
15%=$1.64  20%=$2.19

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

---

Jamaican Grill in Agana
AGANA

| | |
|---|---|
| Server: RON 1365 | 10/15/2008 |
| Table 62/1 | 6:09 PM |
| Guests: 1 | 20080 |
| Reprint #: 1 | |
| Order Type:  DINE IN-4010 | |

Seat 1
*********************************************
| | |
|---|---|
| COMBO | 10.95 |
| Sub Total | 10.95 |
| Total | 10.95 |

| | |
|---|---|
| Sub Total | 10.95 |
| Total | 10.95 |
| **Balance Due** | **10.95** |

Ya Mon!  Serious Thanks.
Call us for Take-outs &
#472-2000 /#472-2600
Let Us Help You w/Fundraising!
Call our Office at #647-1935



10.16.08 these are receipts for the same thing: perdiem meal





07066:01

5300
Chace
$6.34
10/19/08

PAY-LESS SUPERMARKETS INC.
AGANA - 477-7006 / 472-8346

2.13 lb @ 1.29 /lb
WT    BANANAS        NP    2.75 F
      HMAN BTR POPCORN NP   3.59 F
YOUR BALANCE DUE IS         6.34
      VISA / MASTERCARD     6.34
      CHANGE               .00

      YOUR APPROXIMATE GRT IS  $  0.24

10/19/08 10:03 0004 04 0338 407

THANK YOU FOR SHOPPING AT PAY-LESS
Website: www.paylessmarkets.com

---

10/21/08
Per Diem          14
Chace
5300
07066:01

PAY-LESS SUPERMARKETS INC.
MICRO-MALL - 637-7233/7238

    COCA COLA   12PK    NP    5.49 F
    FANTA ORANGE        NP    5.49 F
    WF SODA DR WEST     NP    3.89 F
    NESTEA LEMON        NP    5.49 F
    US CHX THIGHS JM    NP    6.10 F
    US CHX THIGHS JM    NP    5.27 F
    US CHX THIGHS JM    NP    5.71 F
    US CHX THIGHS JM    NP    7.62 F
    US CHX THIGHS JM    NP    6.90 F
    US CHX THIGHS JM    NP    6.13 F
    US CHX THIGHS JM    NP    6.17 F
    US CHX THIGHS JM    NP    6.96 F
    MS BBQ SAUCE        NP   15.29 F
YOUR BALANCE DUE IS          86.51
    VISA / MASTERCARD        86.51
    CHANGE

    YOUR APPROXIMATE GRT IS  $  3.33

10/21/08 09:58 0010

THANK YOU FOR SHOP
Website: www.pay

64

---

07066:01  5300
SUPER MART
TEL 735-6278
FAX 735-6280
THANK YOU   COME AGAIN

Per Diem Chace
$17.83 10/19/08   20
CHK#: 404    NAME: TERINA

CALIFORNIA SUN 1.89      4.99 F
FOREMOST ORANGE 1.89     4.39 F
PINE SOL LEMON 28OZ      3.29
SOFT GENTLE 4ROLLS       2.09
X LARGE EGGS DZ          2.99 F
  0.07 lb      @  1LB /  $1.29
GARLIC JUMBO                .09 F
  0.26 lb      @  1LB /  $1.49
GINGER ROOT                .39 F


TOTAL               17.83

CHARGE              17.83

CHANGE              $ .00

    7    ITEMS

0004 212 -0004 SUP  10/19/08  4:18PM 0008

---

07066:01

5300
Per Diem 10/17
Chace

PAY-LESS SUPERMARKETS INC.
AGANA - 477-7006 / 472-8346

    NIKO RICE CALROS    NP    7.39 F
    SHRIMP 31/40        NP   11.99 F
1.22 lb @ .79 /lb
WT    ONIONS      NZ    NP    .96 F
    NOR SALMON FILLT    NP    6.53 F
    AZUMA SEAWDSALAD    NP    3.22 F
    WF CHILI SAUCE      NP    2.15 F
YOUR BALANCE DUE IS          32.24
    VISA / MASTERCARD        32.24

    CHANGE    ******          .00

    YOUR APPROXIMATE GRT IS  $  1.24

10/17/08 20:18 0004 04 0278 401

THANK YOU FOR SHOPPING AT PAY-LESS
Website: www.paylessmarkets.com



*Fuel* 07066.01
5300

Agana Mobil Service Station
PO BOX EU  *Chace*
Agana Guam 96910
671-472-2120  *10/20/08*

# *** Duplicate ***

POS: 1                Transaction #:25281114
                      Tax Invoice #:483428
Store No.:  549              Cheryllynn
10/20/08    2:27:52 PM

*23*

Fuel Sale
Pump # 7 Synergy Super
   12.826 Gallons @ $ 4.179/Gal        53.60

    Total $:                           53.60

    Master:                            53.60
    Change                              0.00


Master
CARD NUM   : XXXXXXXXXXXXX9191
EXP. DATE  : 10/03

TERMINAL   : 549001
APPROVAL # : 025747
RECEIPT #  : I24629

07066:01 *(handwritten)*
5300 *(handwritten)* Per Diem Chace *(handwritten)*

**HAVA JAVA CAFE**
STE 102-103 AFIA BLDG
HAGATNA, GU 96932

TERMINAL ID: 001225234
MERCHANT #: $4.75 *(handwritten)* 102287400999

MC
#xxxxxxxxxxxx9191
SUR: 9
SALE
BATCH: 000420        INVOICE: 020906
DATE: OCT 20, 08      TIME: 08:03
SQ: 003              AUTH NO: 085312

PRE-TIP AMT         $4.25

TIP              50 *(handwritten)*

TOTAL            4.75 *(handwritten)*

**CUSTOMER COPY**

---

No Itemized *(handwritten)*
07066:01 5300 *(handwritten)*
Per Diem Chace *(handwritten)*

**BANK OF GUAM**
THE PEOPLE'S BANK

## SONG HUONG RESTAURANT

ANIGUA, GUAM
(671) 477-2331   10/23/08 *(handwritten)*

BATCH No.      : 000100
TERMINAL ID    : 9106902        16 *(handwritten)*
CARD           : MASTERCARD
CARD No.       : XXXXXXXXXXXX9191 / Swiped

RREF No.       : 5564
INVOICE        : 000002
SERVER No.     : 1

TRANS.    : CREDIT CARD SALE

AMOUNT    :        $   23.00

TIP AMOUNT:        $   4— *(handwritten)*

(IF ANY, PLEASE SIGN)

TOTAL AMOUNT:      $   27.00 *(handwritten)*
                     -------------
Tran Date/Time : 10/23/08    12:35:54
APPROVAL       : 03576Z

Customer Copy
Thank you!

---

07066:01 5300 *(handwritten)*
$52.15 Chace *(handwritten)*

**BANK OF GUAM**
THE PEOPLE'S BANK

Per Diem *(handwritten)*

## YELLOW CAB PIZZA CO.

TUMON GUAM   No *(handwritten)*
(671) 647-9111   Itemized *(handwritten)*

BATCH No.      : 000186
TERMINAL ID    : 5017447
CARD           : MASTERCARD
CARD No.       : XXXXXXXXXXXX9191 / Swiped

RREF No.       : 2542
INVOICE        : 002223
SERVER No.     :

TRANS.    : CREDIT CARD SALE

AMOUNT    :        $   48.15

TIP AMOUNT:        $   4— *(handwritten)*

(IF ANY, PLEASE SIGN)

TOTAL AMOUNT:      $   52.15 *(handwritten)*
Tran Date/Time : 10/23/08    18:36:34
APPROVAL       : 03542Z

Customer Copy
Thank you!

07066:01　　　　　5300



**CO**⬛ **⬛LESS**
*Your Best Value Warehouse Store.*

PerDiem　　DEDEDO　Chace

## RETURNS WITHIN 30
## DAYS WITH RECEIPT

$39.97　　　　15

```
Plu# 2356201002
GARLIC/PEELED/3 LB          7.99   F
Plu# 44444458019
PORK SPARERIBS/DANIS
     2 @   15.99           31.98   F
```

3 BALANCE DUE　　　　39.97
MASTERCARD　　　　　39.97
[S] **** **** **** 9191

```
SUB TOTAL                 38.43
TOTAL TAX                  1.54
TOTAL                     39.97

CHANGE                     0.00
```

-------------------------------------

10/21/08

```
CASHIER NAME: JOE
C0002   #0497   9:37:54   21OCT2008
        S00002   R004
```

## THANK YOU
## FOR SHOPPING
## COST-U-LESS
Trading Hours
Monday - Saturday
9AM - 9PM
Sunday
9AM - 7PM

68

YIGO MOBIL STORE
214 SAN RAMON HAYA ST
YIGO GUAM 96929
671-653-1523

5300

Chace
Fuel

Merchant ID: 0120218
Term ID: 1017

Yigo Mobil Service Station

671-653-1523

Sale
Aux

AMEX

XXXX XXX XXXX 2013

Entry Method: Swiped

Apprvd: Online    Batch#: 000000

10/26/08             13:40:51

Inv#: 00000008 Appr Code: 561198

Total:        $      50.00

POS:  2          Transaction #:40498755
                 Tax Invoice #:8818
Store No.:  568              RICARDO
10/26/08    2:04:09 PM

Fuel Sale
Pump # 2 Syn Regular
12.924 Gallons @ $ 3.899/Gal        50.00

  Total $:                          50.00

  Manual MasterCard                 50.00
  Change                             0.00

Thank You - Please Come Again Soon

Customer Copy

THANK YOU
FOR VISITING
PLEASE SEE STORE FOR
REFUND/RETURN POLICY

*07066:01  5300*

**VEGGIE & SEAFOOD**
**MICRO. MALL**

*Chace Per Dien*

10/31/2008 11:43AM    01
000000#5436    CLERK01

CHOICE #3        $8.00
WATER            $1.25

ITEMS       20
**CASH      $9.25**

*07066:01 Per Dien*
*5300*
*Chace*

**RUBY TUESDAY**
RT6440
Credit Card Voucher

--------------------------------

Date:        Oct31'08 07:43PM
Card Type:   Mastercard
Acct #:      XXXXXXXXXXXX9191
Exp Date:    XX/XX
Auth Code:   04579Z
Check:       3116
Table:       404/1
Server:      433 Jeffrey
        RICHARD C ANDERSON

Subtotal:        87.12

For your convenience
10% gratuity of 7.92
has been included.
Please let us know
if this is not acceptable.

Add'l gratuity: _10.00_

Total:      _97.12_

--------------------------------
            Signature

GUEST COPY
(Please retain for your records)

---

*Per Diem*
*10/29/08  07066:01*

CARMEN'S CHA-CHA-CHA
152 ARCHBISHOP FLORES ST
HAGATNA, GU 96910    *Chace*
671-472-787?

*5300*        *#105.75*

.........xxxx1628 9703
    08              TIME 07:47 PM

.. H29  MC  PRE SALE
..... xxxxxxxxxxx9191   EXP:
... ..    JJI1/TKT  045167        *93.75*

AMOUNT:       *5    85.75*

.......    $_ _12 —

TOTAL:        $_*105.75*_

I AGREE TO PAY ABOVE TOTAL AM...
ACCORDING TO CARD ISSU.. AGREEMENT
MERCHANT AGREEMENT IF CREDIT VOUCHER)

.. C ANDERSON
COPY-MERCHANT BOTTOM COPY-CUSTOMER

---

**SUPER MART**
**TEL  735-6278**
**FAX  735-6280**
**THANK YOU   COME AGAIN**

*07066:01 Chace*
*5300    10/29/08*
CHKR#:  202    NAME:**TRINA**

                    *$2.79*
4REGULAR CHARMIN TIS       1.59
BEVERAGE    *Per*          1.20  F
    4 QTY    $.30    *Dien*

**TOTAL**          2.79

**CHARGE**         2.79

**CHANGE**         $.00

    5   **ITEMS**

        202 21
      TOT
    CHARG

704 2127-0004 SAT  10/25/08  11:49AM 0130

---

*Per Diem*

**VEGGIE & SEAFOOD**
**MICRO. MALL**
*07066:01 5300*

10/27/2008 11:57AM    01
000000#4691    CLERK01

*Chace*
CHOICE #2        $6.50
WATER            $1.25
CHOICE #3        $8.00
WATER            $1.25

ITEMS       40
**CASH      $17.00**

*07066:01*
*5300*              *Bathroom*
*Chace*              *Tissues*
*$16.58*             *Ice Cream*
*10/24/08*           *Per Diem*

PAY-LESS SUPERMARKETS INC.
MICRO-MALL - 637-7203/7238

HOTE IC DRMSTICK    PL   5.59 F
    GO BATH TISSUE   KP  10.99
YOUR BALANCE DUE IS       16.58
    VISA / MASTERCARD     16.58
    CHANGE              .01

YOUR APPROXIMATE GRT IS  $  0.84

28/08 01:46 0010 04 0296 16:06

THANK YOU FOR SHOPPING AT PAY-LESS
Website:  www.paylessmarkets.com

---

(69)