# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com



| | |
|---|---|
| Project ID: | 07066:01 |
| Project Name: | US District Court for Guam - Receivership |
| Manager: | HWG |
| Client ID: | 07066 |

J. TUCKER

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 10/1/2008 to 10/31/2008 | JT to JT | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 10/5/2008 | Plane<br>Round trip airfare to GBB headquarters office for planning meetings with staff prior to returning to Guam later this month | 1.00 | $399.50 | $399.50 | 0.00 | $399.50 | Billable |
| 10/5/2008 | Meals<br>Per Diem - Meal | 1.00 | $45.31 | $45.31 | 0.00 | $45.31 | Billable |
| 10/5/2008 | Meals<br>Per-Diem meal | 1.00 | $14.94 | $14.94 | 0.00 | $14.94 | Billable |
| 10/6/2008 | Meeting Expenses<br>Meeting to discuss Ordot with Lund | 1.00 | $18.04 | $18.04 | 0.00 | $18.04 | Billable |
| 10/6/2008 | Meals<br>Per Diem - Meal | 1.00 | $18.04 | $18.04 | 0.00 | $18.04 | Billable |
| 10/7/2008 | Taxi<br>Taxi to Airport | 1.00 | $115.20 | $115.20 | 0.00 | $115.20 | Billable |
| 10/7/2008 | Parking<br>Airport Parking | 1.00 | $30.00 | $30.00 | 0.00 | $30.00 | Billable |
| 10/8/2008 | Meals<br>Per Diem - Meal | 1.00 | $13.57 | $13.57 | 0.00 | $13.57 | Billable |
| 10/8/2008 | Meeting Expenses<br>Meeting with Atwater and Gershman to discuss Court presentation | 1.00 | $27.14 | $27.14 | 0.00 | $27.14 | Billable |
| 10/19/2008 | Meals<br>Per Diem - Meal<br><br>Charged to GBB office credit card | 1.00 | $25.57 | $25.57 | 0.00 | $25.57 | Billable |
| 10/19/2008 | Meals<br>Per Diem - grocery | 1.00 | $16.18 | $16.18 | 0.00 | $16.18 | Billable |
| 10/19/2008 | Lodging<br>Room Charge in HI.<br><br>Charged on GBB office credit card | 1.00 | $222.81 | $222.81 | 0.00 | $222.81 | Billable |
| 10/19/2008 | Meals<br>Per Diem - Grocery<br>Paid Cash | 1.00 | $20.59 | $20.59 | 0.00 | $20.59 | Billable |
| 10/20/2008 | Plane<br>Round trip airfare to Guam - return trip in December. | 1.00 | $5,183.70 | $5,183.70 | 0.00 | $5,183.70 | Billable |
| 10/20/2008 | Meals<br>Per Diem - Super Mart Grocery | 1.00 | $13.10 | $13.10 | 0.00 | $13.10 | Billable |

# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800 Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com



| | |
|---|---|
| Project **ID:** | **07066:01** |
| Project **Name:** | **US District Court for Guam - Receivership** |
| Manager: | **HWG** |
| Client **ID:** | **07066** |

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 10/1/2008 to 10/31/2008 | JT to JT | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 10/20/2008 | Taxi<br>To and from Airport Hotel<br>Paid Cash | 1.00 | $15.00 | $15.00 | 0.00 | $15.00 | Billable |
| 10/20/2008 | Meals<br>Per Diem - Breakfast<br><br>Charged to GBB Office card | 1.00 | $31.15 | $31.15 | 0.00 | $31.15 | Billable |
| 10/23/2008 | Meals<br>Per Diem - Meal | 1.00 | $18.00 | $18.00 | 0.00 | $18.00 | Billable |
| 10/27/2008 | Meals<br>Per Diem - Meal | 1.00 | $7.98 | $7.98 | 0.00 | $7.98 | Billable |
| 10/27/2008 | Meals<br>Per Diem - Grocery | 1.00 | $109.51 | $109.51 | 0.00 | $109.51 | Billable |
| 10/28/2008 | Meals<br>Per Diem | 1.00 | $70.42 | $70.42 | 0.00 | $70.42 | Billable |
| 10/29/2008 | Meals<br>Per Diem - grocery<br>Personal Credit | 1.00 | $9.90 | $9.90 | 0.00 | $9.90 | Billable |
| 10/31/2008 | Miscellaneous Travel Expenses<br>Fuel for leased Car. | 1.00 | $45.67 | $45.67 | 0.00 | $45.67 | Billable |
| 10/31/2008 | Meals<br>Per Diem - Meal<br>Personal Credit Card | 1.00 | $10.98 | $10.98 | 0.00 | $10.98 | Billable |

**Sum of Billable Expenses:**  $6,482.30        $6,482.30

**Billable + Non-Billable Total:**  $6,482.30        $6,482.30

BillQuick Standard Report Copyright 2007. Last Modified on: 11/25/2008



Home | About Southwest | Help



| Book Travel | Special Offers | Travel Tools | Rapid Rewards |

| AIR | CAR | HOTEL | CRUISE | VACATION PACKAGES | TRAVEL SUMMARY |

PLAN TRIP ———— SELECT FLIGHT ———— PRICE ———— PURCHASE ———— **BOOKED**

## Southwest Airlines Purchase Confirmation

Thank you for using southwest.com to purchase your Ticketless Travel

**Southwest Airlines Confirmation Number(s)**

| Passenger Type | Confirmation Number | Passenger | Account Number | Disability Assistance |
|---|---|---|---|---|
| Adult | **2XKELE** | Jack Tucker | | - None Entered - |

**Air Itinerary**

| Trip | Date | Day | Stops | Routing | Flight | Routing Details |
|---|---|---|---|---|---|---|
| Depart | Oct 05 | Sun | Nonstop | BNA-BWI | 404 | Depart Nashville (BNA) at 8:25 AM / Arrive in Baltimore (BWI) at 11:05 AM |
| Return | Oct 07 | Tue | Nonstop | BWI-BNA | 835 | Depart Baltimore (BWI) at 5:35 PM / Arrive in Nashville (BNA) at 6:25 PM |



**Pricing**

| Passenger Type | Trip | Routing | Type of Fare | Base Fare | U.S. Taxes | PFC | Security Fee[1] | Passenger(s) | Total |
|---|---|---|---|---|---|---|---|---|---|
| Adult | Depart | BNA-BWI | Anytime | $176.74 | $16.76 | $3.00 | $2.50 | 1 | $199.00 |
| | Return | BWI-BNA | Anytime | $176.74 | $16.76 | $4.50 | $2.50 | 1 | $200.50 |
| | | | Total | $353.48 | $33.52 | $7.50 | $5.00 | | $399.50 |

1 Security Fee is the government-imposed September 11th Security Fee.



**Billing Information**

Credit Card Holder Name: Harvey Gershman
Billing Address: 8550 Arlington Blvd.
Ste. 203
Fairfax, VA 22031-4620

**Confirmation Number: 2XKELE**

Passenger Type: Adult
Passenger Name(s): Jack Tucker
Form of Payment: American Express: XXXXXXXXXXX6002          $399.50

| | Base Fare | U.S. Taxes | PFC | Security Fee[1] | Passenger(s) | Total |
|---|---|---|---|---|---|---|
| Total Air BNA - BWI BWI - BNA | $353.48 | $33.52 | $7.50 | $5.00 | 1 | $399.50 |

1 Security Fee is the government-imposed September 11th Security Fee.





| BOOK ANOTHER FLIGHT >> | RESERVE A CAR >> | RESERVE A HOTEL >> |

Please visit Travel Tools, where you can subscribe to Flight Status Messaging or find Policies, Travel Tips, and other Tools to manage your reservation. For your convenience, you are now able to check flight information using our automated phone service by calling 1-888-SWA-TRIP.



### Snack Service

If your flight segment is less than 600 miles in length, you will be served peanuts/pretzels. On nonstop flight segments that are 601 to 1270 miles long, you will be served a packaged snack appropriate to the time of day for your travel. On flights longer than 1271 miles, a travel snack box will be served. Southwest Airlines does not serve sandwiches or meals, however, you may bring something to eat onboard.

### CHECKIN REQUIREMENTS AND REFUND INFORMATION

- Southwest Airlines Ticketless Travel is nontransferable. Government-issued photo identification is required at time of checkin.
- **Customer Checkin Requirement:**
  Flights operated by Southwest Airlines - Customers who do not claim their reservations at the departure gate desk at least ten (10) minutes before scheduled departure time for flights operated by Southwest Airlines will have their reserved space cancelled and will not be eligible for denied boarding compensation.
- **Refunds** - Any change to this itinerary may result in a fare increase. To make application for a refund of any unused air fare, please write Southwest Airlines Refunds Department - 6RF, P.O. Box 36611, Dallas, TX 75235-1611. Refund requests must include a copy of this document and/or your confirmation number, date of travel and flight number, and all credit card billing information including the amount and purchase reference numbers.




Home > **Thank You for Choosing Continental Airlines**

# Thank You for Choosing Continental Airlines

! We were unable to assign some or all of your seats. You can select seats when checking in at continental.com or at an airport kiosk.

**Continental Confirmation Number:**    **BHE37Y**

**Nashville, TN (BNA) to Guam (GUM)**

| Depart: | Arrive: | | |
|---|---|---|---|
| **6:00 a.m.** | **8:12 a.m.** | OnePass | **Flight: CO2175** |
| **Mon., Oct. 20, 2008** | **Mon., Oct. 20, 2008** | Miles/Elite | Aircraft: **Embraer RJ145** |
| Nashville, TN (BNA) | Houston, TX (IAH - | Qualification: | Fare Class: **Economy (Y)** |
| | Intercontinental) | **657 /150%** | Flight Time:2 hr 12 mn |
| | | | Meal: Snack |
| | | | No Special Meal Offered. |

**! There are no First/BusinessFirst/International Business Class seats available on CO2175 in the Nashville, TN (BNA) to Houston, TX (IAH - Intercontinental) market.**
Flight CO2175 in the Nashville, TN (BNA) to Houston, TX (IAH - Intercontinental) market is in economy class.
Continental flight 2175 operated by ExpressJet Airlines, Inc. dba Continental Express.

**Change Planes.** Connect time in Houston, TX (IAH - Intercontinental) is 1 hour 23 minutes.

| Depart: | Arrive: | | |
|---|---|---|---|
| **9:35 a.m.** | **5:45 p.m.** | OnePass | **Flight: CO1** |
| **Mon., Oct. 20, 2008** | +1 Day | Miles/Elite | Aircraft: **Boeing 767** |
| Houston, TX (IAH - | **Tue., Oct. 21, 2008** | Qualification: | Fare Class: |
| Intercontinental) | Guam (GUM) | 7,447 /150%Total | **BusinessFirst (Z)** |
| | | Miles: | Flight Time:8 hr 15 mn |
| | | **8,104** | Travel Time:**20 hr 45 mn** |
| | | | Meal: Lunch |
| | | | No Special Meal Offered. |

**1 Stop.** Time on the ground in Honolulu, HI (HNL) is 1 hour 15 minutes.

**Guam (GUM) to Nashville, TN (BNA)**

| Depart: | Arrive: | | |
|---|---|---|---|
| **7:30 a.m.** | **7:30 a.m.** | OnePass | **Flight: CO2** |
| **Fri., Dec. 12, 2008** | **Fri., Dec. 12, 2008** | Miles/Elite | Aircraft: **Boeing 767** |
| Guam (GUM) | Houston, TX (IAH - | Qualification: | Fare Class: |
| | Intercontinental) | **7,447 /150%** | **BusinessFirst (Z)** |
| | | | Flight Time:7 hr 10 mn |
| | | | Meal: Dinner |
| | | | No Special Meal Offered. |

**1 Stop.** Time on the ground in Honolulu, HI (HNL) is 1 hour 20 minutes.

**! There are no First/BusinessFirst/International Business Class seats available on CO2302 in the Houston, TX (IAH - Intercontinental) to Nashville, TN (BNA) market.**
Flight CO2302 in the Houston, TX (IAH - Intercontinental) to Nashville, TN (BNA) market is in economy class.

**Price**

| | |
|---|---|
| 1 Adults (age 18 to 64) | $5,124.00 |
| Taxes/Fees | $59.70 |
| **Total Price** | **$5,183.70** |

**Payment Information**

| | |
|---|---|
| Name of Cardholder: | Harvey Gershman |
| Card Type: | American Express |

**OnePass Members:**
Upon completion of this itinerary, you will earn up to **16,208 OnePass miles.***

07 06 01   PER DIEM

Sheraton Waikiki Hotel
2255 Kalakaua Avenue
Honolulu, HI 96815
Tel: 808-922-4422 Fax: 808-923-8785

Come back soon

Jack Tucker

8550 Arlington Blvd.
Ste. 203
Fairfax, VA 22031

Vch/Bkg #

1204
199.00
1
6507817     A
1
19-OCT-08   14:02
20-OCT-08
AX

| Date | Ref | | Description | | Amount |
|---|---|---|---|---|---|
| 19-OCT-08 | RT1204 | | Room | SPG | 199.00 |
| 19-OCT-08 | RT1204 | | General Excise Tax-4.712% | | 9.38 |
| 19-OCT-08 | RT1204 | | Occupancy Tax-7.25% | | 14.43 |
| 19-OCT-08 | DEPOSIT | | Deposit Applied | | 222.81- |
| 19-OCT-08 | 314574430 | 3 | Room Service — Dinner | | 25.57 |
| 20-OCT-08 | 314582840 | 1 | Room Service — BREAKFAST | | 31.15 |
| | | | Balance Due | | 56.72 |

Mahalo for being our guest. Should you have questions about your folio, please call
(877)214-1629. We look forward to welcoming you back soon.

This is on the
OFFICE CREDIT CARD

SHERATON WAIKIKI HOTEL
CHARGE
GSA 9

As a Starwood Preferred Guest, you could have earned 472
Starpoints for this visit. Please provide your member number
or enroll today.

Jack Tucker                        ROOM    DEPART      AGENT
FOLIO  6507817  19-OCT-08          1204



(75)

## UNIVERSAL CAR SERVICE CHARGE FORM

5292

| DATE 10/7/02 | TIME 16:39 | CALL/FARE/JOB NO. 348482 | 140 | CAR NO. | BASIC FARE $ 105.20 |
|---|---|---|---|---|---|
| PICKUP POINT Arl. ESSO STU | ZONE/ZIP 538 | W.T. | | | MISC. $ 10.00 |
| FINAL DESTINATION BWI | 790 | | | | TOLLS/PARKING $ |
| | STOPS | | | | TIP $ 115.00 |
| | STOPS | ZONE | | | WAIT TIME $ |
| | | PACKAGE | | | |
| | | TOTAL | | | 115.20 |

111854
APPROVAL CODE

| | AMEX | D.C. | DISC. | MC | VISA | OTHER |
|---|---|---|---|---|---|---|

Customer Signature
X

Cardholder acknowledges receipt of goods and/or services in the amount of the Total shown hereon and agrees to perform the obligations set forth in the Cardholder's agreement with the Issuer.
Invoice Number
337658

**PASSENGER COPY**

Customer Account Number

JACK L TUCKER

Date of Charge

---



AIRPORT PARKING

## Central
Parking System

NASHVILLE INTERNATIONAL
AIRPORT - MUSIC CITY USA
(615) 275-1045

### CUSTOMER RECEIPT

Toledo Ticket Co., Toledo, OH          03470038

| Tran | In Time | Out Time | Fee | CC# |
|---|---|---|---|---|
| P373 | 10/05 06:29 | 10/07 19:51 | $39.00 | 1629 |

07066.01    PER DIEM        5916327

10/5/08   BREAKFAST

Jack L. Tucker
01/11

COMPUTER DOWN
AT AIRPORT
RESTRAUNT

PURCHASER SIGN HERE
X
Cardholder acknowledges receipt of goods and/or services in the
amount of the Total shown hereon and agrees to perform the
obligations set forth in the Cardholder's agreement with the Issuer.

| QUAN. | CLASS | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| DATE | AUTHORIZATION | | SUB TOTAL | |
|---|---|---|---|---|
| REFERENCE NO. | | REG./DEPT. | TAX | 12 94 |
| FOLIO/CHECK NO. | | SERVER | CLERK | TIPS/MISC. 2 00 |

**SALES SLIP**         TOTAL 14 94

IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS

**CUSTOMER COPY**

07066.01  PER DIEM

5300 - Jack # 1804
5480 - meeting 18.04

SWEET WATER
T A V E R N
(703) 645-8100

Restaurant Number - 06

0076  Table 105  #Party 2
173 VICTOR  SvrCk: 4  12:22p 10/06/08
DINING ROOM

1 ICED TEA                          2.50
1 LEMONADE                          3.00
1 L PORK CHOP                      12.00
1 CHEESEBURGER                      9.00
1 CRAB/CORN APP                     5.00

                    Sub Total:     31.50
                         Tax:       1.58
10/06 12:49p TOTAL :               33.08
                               3.00 Tip
                                   36.08
Reservations available
Call to reserve your private party
at the bar or on the back porch

how are we doing?
visit www.greatamericanrestaurants.com
and submit your feedback.

---

07066.01
PER DIEM

**TIMBUKTU REST LOUNGE**
**1726 DORSEY RD**
**HANOVER, MD. 21076**

TERMINAL I.D.: 003194000000.414152001

MERCHANT #:        000241415C

AMEX                        SRV: 1
*************1029
SALE
RECORD #: 39    INV:  000039
DATE: OCT 05, 08    TIME: 16:22
BATCH: 527
        AUTH:  537973

BASE          $41.31
TIP            4.00
TOTAL         45.31

---

07066.01
PER DIEM

**TIMBUKTU**
PACKAGE LIQUORS & CARRYOUT
1726 DORSEY RD  DORSEY MD. 21076
**410-768-4331**
DATE 10/05/2008 SUN   TIME 17:09

3X              @12.99
CRAB CAKE SAND. T1      $38.97
TAX1                     $2.34
TOTAL                   $41.31
CASH                    $41.31
PRICES SUBJECT
TO CHANGE
PLEASE ASK ABOUT OUR
PARTY PLATTERS &
PARTY ROOMS
CLERK 1       00/5/    0:00



O 7066.01



Restaurant #2078
3052 Gatehouse Plaza
Falls Church, VA 22042
(703) 573-4280

39458 CINTYA          Jack=$13.57

                      Meerab=27.14
--------------------------------
-                     HARVEY.. MARY JANE
Tbl 50/1     Chk 2038          Gst
3
            Oct07'08 12:17PM
--------------------------------
-
  1 Diet Pepsi              2.49
  2 Iced Tea                4.98
  1 LD $8.99                8.99
    Sm Caesar Salad
    Tortilla Soup
  1 LD $8.99                8.99
    Sm Mixed Greens
    Tortilla Soup
  1 Chicken Dilla           9.99

  ********************************


  Subtotal                 35.44
  Tax                       1.77
12:53PM Total             37.21
                        3.50 TIP

                         40.71

   Fall Shrimp Fiesta! Steak and
  Shrimp Fajitas or Crispy Shrimp
  Tacos with Fresh Mango Margarita
  or Lemonade for a limited time.



*(circled)* 78

07066:01  PER DIEM MEAL



**Society of American
Military Engineers
Guam Post**

# CASH RECEIPT
## Membership Luncheon Meeting
### The Guam Marriott Resort – Thursday, 23 October 2008 – 11:30 AM

Received From: JAKE TUCKER

Amount:     $14.00     ($18.00)

By: John M Robertson PE, Post Treasurer

PAID CASH

*(signature)*

---

07066:01 Airport Shuttle    10-20-08    PAID CASH

TAXI

**ROUND TRIP**

$15.00

Please retain this portion as your receipt

**Guarantee** your seat by calling
within 24 **hours** of arrival.

**Sellouts are possible
so book early.**

| 5083249 | 11:35 AM PM |
|---|---|
| Confirmation Number | My Pickup Time |

**Call (808) 441-7800**
9:00a.m. - 5:00p.m.

see back for additional information

ROBERTS White Bus

*(vertical text, right side)* Free Hawaii Chocolates

*(vertical text)* REDEEM THIS COUPON FOR A FREE LARGE 13 PIECE BOX OF HILO HATTIE CHOCOLATE WITH PURCHASE OF $15 OR MORE AT HILO HATTIE (with purchase of $15 or more)

*(vertical text)* THE STORE OF HAWAII

*(vertical text)* 700 NIMITZ HWY 535-6500 • ALA MOANA CENTER 973 3266

07066.01
PER DIEM

PAYLESS MICROMALL #6
LOT 5013-3-R3 MICRONESIA MALL
DEDEDO GU 96929
671-637-7233

Merchant ID: 0118726    GROCERY
Term ID: 6667

## Sale

AMEX
XXXXXXXXXXX1029
Entry Method: Swiped
Apprvd: Online    Batch#: 000006
10/27/08
                        16:33:08

Inv#: 00000003 Appr Code: 561170

Total:          $      109.51

Customer Copy

THANK YOU
FOR VISITING!

---

07066.01
PER DIEM

**BANK OF GUAM**
THE PEOPLE'S BANK
Personal Credit

SUBWAY #10995
MICROMALL - DEDEDO, GUAM
(671) 637-2233

BATCH No.      :  000243
TERMINAL ID   :  5506894
CARD          :  MASTERCARD
CARD No.  : XXXXXXXXXXXX5943 / Swiped
RREF No.      :  5120
INVOICE       :  004615
TRANS.    : CREDIT CARD SALE

AMOUNT    :          $       7.98

Tran Date/Time : 10/27/08    12:15:44
APPROVAL       : 033532

Customer Copy
Thank you!

---

07066.01
PER DIEM

**BANK OF GUAM**
THE PEOPLE'S BANK

SUBWAY #10995
MICROMALL - DEDEDO, GUAM
(671) 637-2233

BATCH No.      :  000247
TERMINAL ID   :  5506894
CARD          :  MASTERCARD
CARD No.  : XXXXXXXXXXXX5943 / Swiped
RREF No.      :  5241
INVOICE       :  004725
TRANS.    : CREDIT CARD SALE

AMOUNT    :          $      10.98

Tran Date/Time : 10/31/08    11:58:12
APPROVAL       : 015207

Customer Copy
Thank you!

---

MICRO-MALL   637-7233

US T-BONE STEAK        NP    8.49 F
US T-BONE STEAK        NP    7.99 F
US T-BONE STEAK        NP    7.98 F
JM BACON RTE           NP    4.79 T
JM BACON RTE           NP         T
PML FRNK DOGS          N     5.75 F
KNTL MT CHKN S         N
FRANZ MUFFINS          NC    2.35 T
JP NHOLE PRINTS        N     0.59 F
ECCO BUTTERMLK         NP    2.99 F
                       N
WF STRAWBERRIES        NF    3.75 F
WF BLUEBERRIES         NF    5.79 F
3.08 lb @ 1.29 /lb
WT  US BANANAS         N     3.97
7.06 lb @ 1.79 /lb
WT  US RUSSET POTATO   NP    4.21
A-1 STEAK SAUCE  B NP       3.99 F
DM JG PEPPERONI    A NP      3     T
HORMEL SPAM            NP    1.95 T
VN AG KETCHUP          NF    4.35
7N RTD ORG JUICEX      NP    8.75 F
GA SUN 7000 MILK       N     4.29 T
COCA-COLA DIET         NF    5.45 T
                             3.59
YOUR BALANCE DUE IS         109.51

CHARGE                         .00

******************************
Ads+BonusBuy(    1%)
Savings     $    1.40

---

07066.01
PER DIEM

## RUBY TUESDAY
RT6440
Credit Card Voucher

Date:      Oct28'08 01:18PM
Card Type: Amex
Acct #:    XXXXXXXXXXX1029
Exp Date:  XX/XX
Auth Code: 534997
Check:     6189
Table:     307/1
Server:    331 Amy
           JL TUCKER

Subtotal:           70.42

For your convenience
10% gratuity of 6.49
has been included.
Please let us know
if this is not acceptable.

Add'l gratuity: _____

Total:       70.47

_____
Signature

GUEST COPY
(Please retain for your records)

---

07066.01  PER DIEM

US 7 MART
JUAN MUNA ST.
MANGILAO, GU 96910  GROCERY

TERMINAL ID:       005783253
MERCHANT #:    102287650999

MC
#xxxxxxxxxxxxxxx6843
SALE
BATCH: 000368    INVOICE: 0607430180
DATE: OCT 27, 08    TIME: 20:03
SQ: 036             AUTH NO: 105312

DIET COKES

TOTAL        $9.90
             Personal CREDIT
CUSTOMER COPY

*Per Diem - Grocery*
*07066:01*

**ABC Store #31**
OPEN UNTIL MIDNIGHT
Visit us at WWW.ABCSTORES.COM

| | | | |
|---|---|---|---|
| 04900003647 | DIET COKE W | 1.79 | T |
| | +.01 FEE | 0.06 | |
| 04900003647 | DIET COKE W | 1.79 | T |
| | +.01 FEE | 0.06 | |
| 07255421860 | DRUMSTICK V | 2.99 | T |
| 05000023500 | NESTLE TOLL | 2.99 | T |
| 07299204164 | M/L CLEAR S | 9.99 | T |

MANAGER OVERRIDE: 12179 *NUTS*

| | |
|---|---|
| SUBTOTAL | 19.67 |
| 4.712% TAX | 0.92 |
| TOTAL | 20.59 |
| CASH | (21.00) |
| CHANGE | 0.41- |

Tran Code: 017 0E9B 00A 0GB2

*0170E9D00A0GB2*

*PAID CASH*

31110
Register:10     532  # 395
               Oct 19 2008  3:02 PM

** Save your receipts for FREE GIFTS **

---

SUPER DEPT
TEL  735-6379
FAX  735-6280
THANK YOU   CHEF

*07066:01*
*PER DIEM - GROCERY*

RH   604    NAME: TERINA

| COKE DIET-12PK | | 6.25 |
|---|---|---|
| SO DIET 12PK | | 6.25 |
| 2 DT | 1.50 | .60 |

*American Ex*

TOTAL              *13.10*
CHARGE
CHANGE

---

*07066:01*
*Per Diem Grocery*

**HMSHost**
Starbucks Coffee Terminal
BUSH INTERCONTINENTAL AIRPORT

10033 DRAGOS
----------------------------
CHK 5666  OCT19'08  9:29
----------------------------
          S U B T O T A L

| 1 1LB SPECIALTY | 14.95 |
|---|---|
| SUBTOTAL | 14.95 |
| TAX | 1.23 |
| AMOUNT PAID | 16.18 |
| XXXXXXXXXXXXXX8 | XX/X. |
| VISA   AO 4* | 16.18 |

LOOKING FOR A GREAT PLACE W/ HD
FOOD, COLD DRINKS, & SPORTS?
TRY FOX SPORTS SKYBOX
LOCATED NEAR GATE E-16!
42 TVS W/ DIRECT TV PROGRAMMING
SERVING BREAKFAST, LUNCH, & DINNER

QUESTIONS OR COMMENTS?
Contact us @ HMS Host IAH
281-233-3337 OR
joseph.reid2@hmshost.com



Shell Mangilao
Mangilao, Guam
Ph. 1-671-734-5866

**DUPLICATE RECEIPT**

31-Oct-2008 22:34 POS:1 Nassy Shar#1026650

04 - Regular
     11.713G @ 3.899 $/G          $45.67

MASTER CARD                      $45.67

TOTAL INVOICE                    $45.67

**DUPLICATE RECEIPT**

Si Yu'os Ma'ase
Have a nice day
Shell. The Station of Choice



Remit To:

**Avatech Solutions, Inc.**
**PO Box 17687**
**Baltimore, MD 21297-1687**
**1 (800) 520-8000**



**A V A T E C H**
S O L U T I O N S®

*82*

# INVOICE

| Invoice Number | 1110IN-016258 |
|---|---|
| Order Number | 1110SO-0018486 |
| Date | 9/29/2008 |
| Due Date | 9/29/2008 |

*C07066-01*

**Bill To:**

Gershman Brickner & Bratton
Harvey Gershman
8550 Arlington Blvd, Suite 203

Fairfax VA 22031

**Ship To:**

Gershman Brickner & Bratton
Chris Lund
8550 Arlington Blvd Ste 2

Fairfax VA 22031-4634

| Purchase Order No. | Account Number | Salesperson ID | Shipping Method | Payment Terms | | |
|---|---|---|---|---|---|---|
| CREDIT CARD | 1110-GERSHMANBR | 1110-ETR | UPS GROUND | PREPAY | | |

| Ordered | Shipped | B/O | Item Number | Description | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 237A1-05A111-1301 | AutoCAD Civil 3D 2009 New SLM | $7,495.00 | $7,495.00 |
| 1 | 1 | 0 | 23700-000000-9860 | AutoCAD Civil 3D Subscription (1 year) | $1,990.00 | $1,990.00 |
| 1 | 1 | 0 | SHIPPING | SHIPPING CHARGES | $25.00 | $25.00 |
| 1 | 1 | 0 | *NOTE | Contact: Chris Lund | $0.00 | $0.00 |
| | | | | Email: clund@gbbinc.com | | |

PAID

Tracking Numbers:

| | |
|---|---|
| Subtotal | $9,510.00 |
| Tax | $424.50 |
| Freight | $0.00 |
| Payments Received | $9,934.50 |
| Balance Due | $0.00 |



## Harvey Gershman

| | |
|---|---|
| **From:** | Chris Lund |
| **Sent:** | Friday, September 19, 2008 9:39 AM |
| **To:** | Harvey Gershman; David L. Manning |
| **Cc:** | Timothy Bratton; Bob Brickner; Michelle Minstrell; Jack Tucker; Chace Anderson |
| **Subject:** | FW: Purchase Inquiry |
| **Attachments:** | Civil 3D Quote (2).docx; subscription benefits.pdf; Rebate FAQ.pdf; autodesk_civil_eng_solution_qa_customer.pdf |

Harvey,

Received confirmation on where and how AutoCAD Civil 3D is available. I plan to follow through and purchase as discussed previously – one license ( good for installing on one desktop (Guam) and one laptop (GBB – my computer) and 2 years services subscription with Autodesk. I've attached the quote and subscription description as well as other supporting info used in making the decision.

Chris

**From:** Eric Trembly [mailto:Eric.Trembly@avat.com]
**Sent:** Wednesday, September 17, 2008 2:24 PM
**To:** Chris Lund
**Subject:** Purchase Inquiry

Chris:

According to our phone conversation, Autodesk products are only avaible through Authorized Resellers, of which we are one. The products that you are being quoted are not available through channels such as eBaY.com, computer shows or other unauthorized third-parties.

Thanks,

**Eric N Trembly, PE**
**Client Manager, ISD**
**Avatech Solutions – Baltimore**
**(410) 581-8080 x1577 (office)**
**(410) 581-8088 (fax)**
**(717) 319-6216 (mobile)**

http://www.avatech.com

**Altogether Smarter Design.**

This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are not the intended recipient of this communication please notify the sender immediately and destroy all copies of this message.

1



**STAPLES CREDIT PLAN**
**DEPT.51 - 7851161629**
**PO BOX 689020**
**DES MOINES IA 50368-9020**

**ACCOUNT:**
**GERSHMAN BRICKNER**
**8550 ARLINGTON BLVD**



0019015


that was easy.™

**Payment Due Date: 11/09/08**          **Please make checks payable to STAPLES CREDIT PLAN**

| SHIP TO: | INVOICE: |
|---|---|
| CORA CHAPLY | 8601290001 |
| GBB | |
| 8550 ARLINGTON BLVD. | |
| FAIRFAX          VA 00000 | |

Ship To:          **AMOUNT DUE:     222.85**

Store:    100088887          **INVOICE DATE:   10/09 /08**

| | | | | |
|---|---|---|---|---|
| STAPLES HIGHLIGHTERS YE | 000147031 | 1 DZ | 4.38 | 4.38 |
| MONO CORR TAPE 4PK-WHIT | 000458456 | 1 PK | 10.99 | 10.99 |
| INDX DIVIDR 1-8 TAB BKM | 000442994 | 24 ST | 2.99 | 71.76 |
| SPLS 8.5X11 30% REC COP | 000492072 | 2 CT | 38.94 | 77.88 |
| DURACELL COPPERTOP AAA1 | 000616854 | 1 PK | 13.29 | 13.29 |
| 1 HEAVYDUTY VIEW BINDER | 000648812 | 6 EA | 7.49 | 44.94 |
| TRAVEL COOLER ORGANIZER | 000742518 | 1 EA | 29.99 | 29.99 |
| Save $1 Instantly | 78503 | 1 | 1.00- | 1.00- |
| Coupon | 5504564001746 | 1 | 29.99- | 29.99- |
| Coupon | 8910721753926 | 1 | 10.00- | 10.00- |

|  | |
|---|---|
| SUBTOTAL | 212.24 |
| TAX | 10.61 |
| SHIPPING | 0.00 |
| TOTAL | 222.85 |

*Handwritten annotations:*

07066-01

— GUAM

— GUAM

5.84 TAX — GUAM

Guam Total = 122.54 $

---

Please Direct Inquiries to:   Phone: 800-767-1291   Fax: 801-779-7425

**Gershman, Brickner & Bratton, Inc.**
## Time by Name
## October 2008
ATT

| | Time | % of Time | Total phone cost | Phone cost by job |
|---|---|---|---|---|
| **Harvey W Gershman** | | | | |
| other | 4.25 | 0.02 | 163.47 | 3.49 |
| other | 6.50 | 0.03 | 163.47 | 5.35 |
| other | 0.25 | 0.00 | 163.47 | 0.21 |
| 07056-US District Court for Guam:01-Receivership | 112.50 | 0.57 | 163.47 | 92.53 |
| other | 3.00 | 0.02 | 163.47 | 2.47 |
| other | 0.25 | 0.00 | 163.47 | 0.21 |
| other | 2.50 | 0.01 | 163.47 | 2.06 |
| No job assigned | 69.50 | 0.35 | 163.47 | 57.16 |
| **Total Harvey W Gershman** | 198.75 | 1.00 | | 163.47 |
| | | | | |
| **Chris Lund** | | | | |
| 07060-US District Court for Guam:01 Receivership | 177.00 | 0.82 | 332.63 | 274.16 |
| No job assigned | 37.75 | 0.18 | 332.63 | 58.47 |
| **Total Chris Lund** | 214.75 | 1.00 | | 332.63 |
| | | | | |
| **Total Phone Bill for October 2008** | | | | 496.10 |

# Gershman, Brickner & Bratton, Inc.
## Time by Name
## OCTOBER 2008
### Verizon Wireless



| | Time | % of Time | Total phone cost | Phone cost by job |
|---|---|---|---|---|
| **Robert H Brickner** | | | | |
| other | 2.50 | 0.01 | 166.13 | 2.12 |
| other | 38.00 | 0.19 | 166.13 | 32.17 |
| other | 1.75 | 0.01 | 166.13 | 1.48 |
| other | 14.25 | 0.07 | 166.13 | 12.06 |
| other | 3.50 | 0.02 | 166.13 | 2.96 |
| other | 57.50 | 0.29 | 166.13 | 48.67 |
| other | 5.25 | 0.03 | 166.13 | 4.44 |
| other | 1.00 | 0.01 | 166.13 | 0.85 |
| other | 10.75 | 0.05 | 166.13 | 9.10 |
| other | 3.50 | 0.02 | 166.13 | 2.96 |
| other | 3.25 | 0.02 | 166.13 | 2.75 |
| other | 3.00 | 0.02 | 166.13 | 2.54 |
| No job assigned | 52.00 | 0.26 | 166.13 | 44.02 |
| **Total Robert H Brickner** | 196.25 | 1.00 | | 166.13 |
| | | | | |
| **J. Frank Bernheisel** | | | | |
| other | 27.00 | 0.15 | 196.52 | 28.84 |
| other | 3.00 | 0.02 | 196.52 | 3.20 |
| other | 2.00 | 0.01 | 196.52 | 2.14 |
| other | 2.00 | 0.01 | 196.52 | 2.14 |
| other | 7.50 | 0.04 | 196.52 | 8.01 |
| other | 2.00 | 0.01 | 196.52 | 2.14 |
| 07066-US District Court for Guam:01-Receivership | 3.00 | 0.02 | 196.52 | 3.20 |
| other | 5.50 | 0.03 | 196.52 | 5.87 |
| other | 3.00 | 0.02 | 196.52 | 3.20 |
| other | 19.50 | 0.11 | 196.52 | 20.83 |
| other | 20.00 | 0.11 | 196.52 | 21.36 |
| No job assigned | 89.50 | 0.49 | 196.52 | 95.59 |
| **Total J. Frank Bernheisel** | 184.00 | 1.00 | | 196.52 |
| | | | | |
| **Francois Coulombe** | | | | |
| other | 0.75 | 0.01 | 42.45 | 0.33 |
| 07066-US District Court for Guam:01-Receivership | 9.50 | 0.10 | 42.45 | 4.16 |
| No job assigned | 86.75 | 0.89 | 42.45 | 37.96 |
| **Total Francois Coulombe** | 97.00 | 1.00 | | 42.45 |
| | | | | |
| **Timothy J Bratton** | | | | |
| other | 5.00 | 0.03 | 44.68 | 1.21 |
| other | 0.50 | 0.00 | 44.68 | 0.12 |
| other | 9.00 | 0.05 | 44.68 | 2.19 |
| other | 10.00 | 0.05 | 44.68 | 2.43 |
| other | 22.50 | 0.12 | 44.68 | 5.46 |
| 07066-US District Court for Guam:01-Receivership | 85.00 | 0.35 | 44.68 | 15.78 |
| other | 23.00 | 0.13 | 44.68 | 5.59 |
| No job assigned | 49.00 | 0.27 | 44.68 | 11.90 |
| **Total Timothy J Bratton** | 184.00 | 1.00 | | 44.68 |
| | | | | |
| **Total Phone Bill for OCTOBER 2008** | | | 449.78 | |

# Gershman, Brickner Bratton, Inc.
## Time by Name
## October 2008
### Sprint - Quest



| | Time | % of Time | Total phone cost | Phone cost by job |
|---|---|---|---|---|
| **Chace Anderson (Sprint Cell)** | | | | |
| other | 0.75 | 0.00 | 264.19 | 0.66 |
| other | 10.00 | 0.03 | 264.19 | 8.84 |
| C07066-US District Court for Guam:01-Receivership | 288.00 | 0.96 | 264.19 | 254.68 |
| No job assigned | 0.00 | 0.00 | 264.19 | 0.00 |
| **Total Chace Anderson** | 298.75 | 1.00 | | 264.19 |
| | | | | |
| **Chace Anderson (Qwest) - 50 % only charged** | | | | |
| other | 0.75 | 0.00 | 40.66 | 0.10 |
| other | 10.00 | 0.03 | 40.66 | 1.36 |
| C07066-US District Court for Guam:01-Receivership | 288.00 | 0.96 | 40.66 | 39.20 |
| No job assigned | 0.00 | 0.00 | 40.66 | 0.00 |
| **Total Chace Anderson** | 298.75 | 1.00 | | 40.66 |
| | | | | |
| **Jack Tucker (Sprint Cell)** | | | | |
| C07066-US District Court for Guam:01-Receivership | 125.50 | 0.60 | 130.85 | 79.14 |
| No job assigned | 82.00 | 0.40 | 130.85 | 51.71 |
| **Total Jack Tucker** | 207.50 | 1.00 | | 130.85 |
| | | | | |
| **John Roderique (Sprint Cell) - 50 % only charged** | | | | |
| other | 88.00 | 0.50 | 68.86 | 34.43 |
| other | 2.00 | 0.01 | 68.86 | 0.78 |
| No job assigned | 86.00 | 0.49 | 68.86 | 33.65 |
| | 176.00 | 1.00 | | 68.86 |

**Total Sprint & Qwest Phone Bills for October 2008**          **504.56**

## Christopher Lund (ID - 8040967) Summary

| | Oct Amt | Oct $ | Nov Amt | Nov $ | Total |
|---|---|---|---|---|---|
| **Audio Conferencing** | | | | | |
| International Audio Minutes | 119 | $32.13 | 0 | $0.00 | $32.13 |
| Phone Minutes | 583 | $75.79 | 0 | $0.00 | $75.79 |
| Total Tax | | $0.00 | | $0.00 | $0.00 |
| Christopher Lund Total | | $107.92 | | $0.00 | $107.92 |

## Christopher Lund's Meetings

**Audio Conferencing**
**October 14, 2008**                02:56 PM - 04:01 PM

Billing Code: 706601
Duration (Minutes): 274

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| | | N | 02:56 PM | 04:01 PM | 65 | $8.45 |
| | | N | 02:59 PM | 04:01 PM | 62 | $8.06 |
| | | N | 03:08 PM | 04:01 PM | 56 | $7.28 |
| | | N | 03:10 PM | 04:01 PM | 52 | $14.04 |
| | | N | 03:23 PM | 04:01 PM | 39 | $5.07 |
| | | | | Total | 274 | $42.90 |

**Audio Conferencing**
**October 20, 2008**                12:56 PM - 01:36 PM

Billing Code: 706601
Duration (Minutes): 182

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| | | N | 01:00 PM | 01:36 PM | 37 | $4.81 |
| | | N | 01:02 PM | 01:36 PM | 35 | $4.55 |
| | | N | 01:02 PM | 01:36 PM | 35 | $4.55 |
| | | N | 01:02 PM | 01:36 PM | 35 | $4.55 |
| | | N | 12:56 PM | 01:36 PM | 40 | $5.20 |
| | | | | Total | 182 | $23.66 |

**Audio Conferencing**
**October 28, 2008**                02:58 PM - 03:07 PM

Billing Code: 706601
Duration (Minutes): 9

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| | | N | 02:58 PM | 03:07 PM | 9 | $1.17 |
| | | | | Total | 9 | $1.17 |

**Audio Conferencing**
**October 28, 2008**                03:09 PM - 04:34 PM

Billing Code: 706601
Duration (Minutes): 237

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| | | N | 03:09 PM | 04:34 PM | 86 | $11.18 |
| | | N | 03:11 PM | 03:27 PM | 17 | $2.21 |
| | | N | 03:27 PM | 04:34 PM | 67 | $18.09 |
| | | N | 03:28 PM | 04:34 PM | 67 | $8.71 |
| | | | | Total | 237 | $40.19 |

## Christopher Lund's Billing Code Summary

| Billing Code | Service | Item | Quantity | Cost |
|---|---|---|---|---|
| 706601 | Audio Conf. | International Audio Minutes | 119 | $32.13 |
| 706601 | Audio Conf. | Phone Minutes | 583 | $75.79 |
| | | Tax | | $0.00 |
| | | Billing Code 706601 Total | | $107.92 |
| | | Total Tax: | | $0.00 |
| | | Christopher Lund's Billing Codes Total: | | $107.92 |

**David Manning (ID - 3335669) Summary**

*(89)*

|  | Oct Amt | Oct $ | Nov Amt | Nov $ | Total |
|---|---|---|---|---|---|
| Audio Conferencing |  |  |  |  |  |
| Phone Minutes | 1295 | $168.35 | 0 | $0.00 | $168.35 |
| Total Tax |  | $7.56 |  | $0.00 | $7.56 |
| David Manning Total |  | $175.91 |  | $0.00 | $175.91 |

**David Manning's Meetings**

---

**Audio Conferencing**
**October 03, 2008**          01:59 PM - 02:51 PM

Billing Code: 0706601
Duration (Minutes): 256

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
|  |  | N | 01:59 PM | 02:51 PM | 53 | $6.89 |
|  |  | N | 01:59 PM | 02:51 PM | 53 | $6.89 |
|  |  | N | 02:00 PM | 02:51 PM | 52 | $6.76 |
|  |  | N | 02:01 PM | 02:51 PM | 50 | $6.50 |
|  |  | N | 02:04 PM | 02:51 PM | 48 | $6.24 |
| Tennessee State Tax |  |  |  |  |  | $2.33 |
|  |  |  |  | Total | 256 | $35.61 |

---

**Audio Conferencing**
**October 10, 2008**          01:53 PM - 02:58 PM

Billing Code: 0706601
Duration (Minutes): 283

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
|  |  | N | 01:53 PM | 02:58 PM | 66 | $8.58 |
|  |  | N | 01:59 PM | 02:58 PM | 60 | $7.80 |
|  |  | N | 02:00 PM | 02:58 PM | 58 | $7.54 |
|  |  | N | 02:00 PM | 02:58 PM | 59 | $7.67 |
|  |  | N | 02:19 PM | 02:58 PM | 40 | $5.20 |
| Tennessee State Tax |  |  |  |  |  | $2.58 |
|  |  |  |  | Total | 283 | $39.37 |

---

**Audio Conferencing**
**October 17, 2008**          01:51 PM - 02:17 PM

Billing Code: 0706601
Duration (Minutes): 138

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
|  |  | N | 01:51 PM | 02:17 PM | 27 | $3.51 |
|  |  | N | 01:57 PM | 02:17 PM | 21 | $2.73 |
|  |  | N | 01:57 PM | 02:17 PM | 21 | $2.73 |
|  |  | N | 01:58 PM | 02:17 PM | 20 | $2.60 |
|  |  | N | 02:01 PM | 02:17 PM | 17 | $2.21 |
|  |  | N | 02:01 PM | 02:17 PM | 17 | $2.21 |
|  |  | N | 02:03 PM | 02:17 PM | 15 | $1.95 |
| Tennessee State Tax |  |  |  |  |  | $1.26 |
|  |  |  |  | Total | 138 | $19.20 |

---

**Audio Conferencing**
**October 17, 2008**          02:18 PM - 02:40 PM

Billing Code: 0706601
Duration (Minutes): 153

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
|  |  | N | 02:18 PM | 02:40 PM | 22 | $2.86 |
|  |  | N | 02:18 PM | 02:40 PM | 22 | $2.86 |
|  |  | N | 02:18 PM | 02:40 PM | 22 | $2.86 |
|  |  | N | 02:18 PM | 02:40 PM | 22 | $2.86 |
|  |  | N | 02:18 PM | 02:40 PM | 22 | $2.86 |
|  |  | N | 02:18 PM | 02:40 PM | 22 | $2.86 |
|  |  | N | 02:19 PM | 02:40 PM | 21 | $2.73 |
| Tennessee State Tax |  |  |  |  |  | $1.39 |
|  |  |  |  | Total | 153 | $21.28 |

---

**Audio Conferencing**
**October 24, 2008**          01:54 PM - 03:08 PM

Billing Code: 0706601
Duration (Minutes): 207

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
|  |  | N | 01:54 PM | 03:08 PM | 74 | $9.62 |
|  |  | N | 01:59 PM | 02:58 PM | 59 | $7.67 |
|  |  | N | 02:03 PM | 03:08 PM | 65 | $8.45 |
|  |  | N | 02:59 PM | 03:08 PM | 9 | $1.17 |



| | | | Total | 207 | **$26.91** |
|---|---|---|---|---|---|

---

**Audio Conferencing**
**October 31, 2008**                                  01:58 PM - 03:07 PM

Billing Code: 0706601
Duration (Minutes): 258

| Description | Phone | | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|---|
| | | | N | 01:58 PM | 03:07 PM | 69 | $8.97 |
| | | | N | 02:00 PM | 03:07 PM | 67 | $8.71 |
| | | | N | 02:02 PM | 03:07 PM | 66 | $8.58 |
| | | | N | 02:12 PM | 03:07 PM | 56 | $7.28 |
| | | | | | Total | 258 | **$33.54** |

---

### David Manning's Billing Code Summary

| Billing Code | Service | Item | Quantity | Cost |
|---|---|---|---|---|
| 0706601 | Audio Conf. | Phone Minutes | 465 | $60.45 |
| | | Tax | | $0.00 |
| | | Billing Code 0706601 Total | | $60.45 |
| 0706601 | Audio Conf. | Phone Minutes | 138 | $17.94 |
| | | Tax | | $1.26 |
| | | Billing Code 0706601 Total | | $19.20 |
| 0706601 | Audio Conf. | Phone Minutes | 153 | $19.89 |
| | | Tax | | $1.39 |
| | | Billing Code 0706601 Total | | $21.28 |
| 0706601 | Audio Conf. | Phone Minutes | 256 | $33.28 |
| | | Tax | | $2.33 |
| | | Billing Code 0706601 Total | | $35.61 |
| 0706601 | Audio Conf. | Phone Minutes | 283 | $36.79 |
| | | Tax | | $2.58 |
| | | Billing Code 0706601 Total | | $39.37 |
| | | Total Tax: | | $7.56 |
| | | David Manning's Billing Codes Total: | | $175.91 |