**Outbound Usage Billed Report   GERSHMAN, BRICKNER & BRATTON, INC.**

Account: 153958    Report Period: Oct 11, 2008    Invoice: 34413713



| Calling Number | Calling Location | Called Number | Called Location | Usage Category | Date/Time | Minutes | Amount | Code | Description |
|---|---|---|---|---|---|---|---|---|---|
| | Fls Church, VA | | Nashville, TN | 1+ Interstate | 10-07-2008 02:17:22 | 0.90 | 0.05 | 000070660 | Guam |
| | Fls Church, VA | | Sn Dg Sn Dg, CA | 1+ Interstate | 09-16-2008 03:31:28 | 6.60 | 0.36 | 000070660 | Guam |
| | Fls Church, VA | | Medford, OR | 1+ Interstate | 09-12-2008 12:03:00 | 0.80 | 0.04 | 000070660 | Guam |
| | Fls Church, VA | | Ashland, OR | 1+ Interstate | 09-12-2008 12:04:14 | 21.70 | 1.19 | 000070660 | Guam |
| | Fls Church, VA | | Nashville, TN | 1+ Interstate | 10-10-2008 11:08:50 | 5.30 | 0.29 | 000070660 | Guam |
| | Fls Church, VA | | Anaheim, CA | 1+ Interstate | 10-10-2008 12:17:07 | 1.10 | 0.06 | 000070660 | Guam |
| | Fls Church, VA | | Nashville, TN | 1+ Interstate | 09-30-2008 03:53:14 | 0.80 | 0.04 | 000070660 | Guam |
| | Fls Church, VA | | Walkiki, HI | 1+ Interstate | 10-08-2008 02:12:28 | 0.60 | 0.03 | 000070660 | Guam |
| | Fls Church, VA | | Unknown, UN | 1+ Interstate | 10-03-2008 12:12:24 | 4.50 | 0.25 | 000070660 | Guam |
| | Fls Church, VA | | Unknown, UN | 1+ Interstate | 10-03-2008 12:22:23 | 1.30 | 0.07 | 000070660 | Guam |
| | Fls Church, VA | | Pikesville, MD | 1+ Interstate | 09-17-2008 02:52:12 | 1.60 | 0.09 | 000070660 | Guam |
| | Fls Church, VA | | Sadlbk Vly, CA | 1+ Interstate | 10-08-2008 01:16:28 | 4.50 | 0.25 | 000070660 | Guam |
| | Fls Church, VA | | Sn Dg Sn Dg, CA | 1+ Interstate | 09-17-2008 10:59:59 | 0.10 | 0.01 | 000070660 | Guam |
| | Fls Church, VA | | Sndg Sndg, CA | 1+ Interstate | 09-17-2008 11:00:49 | 1.00 | 0.06 | 000070660 | Guam |
| | Fls Church, VA | | Ashland, OR | 1+ Interstate | 09-15-2008 09:45:07 | 8.10 | 0.45 | 000070660 | Guam |
| | Fls Church, VA | | Nashville, TN | 1+ Interstate | 10-02-2008 10:53:49 | 6.00 | 0.33 | 000070660 | Guam |
| | Fls Church, VA | | KingstnSpg, TN | 1+ Interstate | 10-08-2008 01:57:56 | 3.10 | 0.17 | 000070660 | Guam |
| | Fls Church, VA | | Nashville, TN | 1+ Interstate | 10-07-2008 02:35:16 | 0.70 | 0.04 | 000070660 | Guam |
| | Fls Church, VA | | KingstnSpg, TN | 1+ Interstate | 10-03-2008 12:09:24 | 0.40 | 0.02 | 000070660 | Guam |
| | Fls Church, VA | | Pikesville, MD | 1+ Interstate | 09-17-2008 02:46:20 | 3.40 | 0.19 | 000070660 | Guam |
| | Fls Church, VA | | Nashville, TN | 1+ Interstate | 10-01-2008 10:41:05 | 24.20 | 1.33 | 000070660 | Guam |
| | Fls Church, VA | | Alpharetta, GA | 1+ Interstate | 09-16-2008 02:18:24 | 5.30 | 0.29 | 000070660 | Guam |
| | Fls Church, VA | | Nashville, TN | 1+ Interstate | 09-11-2008 02:37:53 | 6.70 | 0.37 | 000070660 | Guam |
| | Fls Church, VA | | Nashville, TN | 1+ Interstate | 09-15-2008 11:21:22 | 1.50 | 0.08 | 000070660 | Guam |
| | Fls Church, VA | | Nashville, TN | 1+ Interstate | 10-07-2008 05:42:28 | 1.40 | 0.08 | 000070660 | Guam |
| | Fls Church, VA | | Millburn, NJ | 1+ Interstate | 09-17-2008 01:02:25 | 33.20 | 1.83 | 000070660 | Guam |

7.97



(92)

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 8-894-56068 | Oct 07, 2008 | | 4 of 4 |

## FedEx Express Shipment Detail By Reference (Original)

Dropped off: Oct 03, 2008  Cust. Ref.: 0766 L GUAM  Ref.#2: 07066-01
Payor: Recipient  Ref.#3:

* Fuel Surcharge - FedEx has applied a fuel surcharge of 27.50% to this shipment

| | | | | |
|---|---|---|---|---|
| Tracking ID | 863937599740 | **Sender** | **Recipient** | |
| Service Type | FedEx Intl Priority | CHACE ANDERSON | JIM PLUTINO | |
| Package Type | FedEx Envelope | GERSHMAN, BRICKNER & BRATTON | GBB | |
| Orig./Dest. | GUM/ZFO | 8550 ARLINGTON BLVD STE 203 | 8550 ARLINGTON BLVD SUITE 203 | |
| Zone | B | FAIRFAX GU | FAIR F./SW/032 107 E34 VA 22031 US | |
| Packages | 1 | | | |
| Rated Weight | 0.3 lbs | | | |
| Delivered | Oct 06, 2008 09:23 | | | |
| Signed by | P.RAVANEL | Transportation Charge | | 28.00 |
| FedEx Use | G1366/GU0010/_ | Fuel Surcharge | | 7.01 |
| Customs | | Drop Off Discount | | -2.50 |
| Entry Date | Oct 03, 2008 | **Total Transportation Charges** | USD | **$32.51** |
| | | **0766 L GUAM Reference Subtotal** | USD | **$32.51** |
| | | **Total FedEx Express** | USD | **$32.51** |



## FedEx Express Shipment Detail By Reference (Original)

Dropped off: Oct 16, 2008　　Cust. Ref.: 07066-01　　Ref.#2:
Payer: Shipper　　Ref.#3:

- Fuel Surcharge - FedEx has applied a fuel surcharge of 27.00% to this shipment.
- FedEx has audited this airbill for correct pieces, weight, and service. Any changes made are reflected in the invoice amount.
- Discount applied is the greater of volume discount or dropoff discount. No additional discount applies.

| | | | |
| --- | --- | --- | --- |
| Tracking ID | 799395710621 | **Sender** | **Recipient** |
| Service Type | FedEx Int'l Priority | PAT RAVENELLE | CYNTHIA PALACIOS |
| Package Type | Customer Packaging | GERSHMAN, BRICKNER & BRATTON | U.S. FEDERAL DISTRICT COURT OF GUA |
| Orig./Dest. | ZFO/GUM | 8550 ARLINGTON BLVD | 520 WEST SOLEDAD AVENUE |
| Zone | K | SUITE 203 | HAGATNA, GUAM 96910 GU |
| Packages | 1 | FAIRFAX VA 22031 US | |
| Rated Weight | 25.0 lbs | | |
| Delivered | Oct 20, 2008 14:19 | | |
| Signed by | L.OGO | Transportation Charge | 445.10 |
| FedEx Use | P0895/US0010/_ | Fuel Surcharge | 116.57 |
| Customs | | Discount | -13.35 |
| Entry Date | Oct 17, 2008 | Total Transportation Charges　　USD | $548.32 |

　　　　　　　　　　　　　　　　07066-01 Reference Subtotal　　USD　　**$548.32**

　　　　　　　　　　　　　　　　　　　　**Total FedEx Express**　　USD　　**$548.32**

# Invoice



**GUAM SUPER SHOPPER**
**MAITE, GU**
**671 472-3072**

```
OCT 07, 2008        03:25 PM
EXP. DATE : 0310    TERM. # : 8308584
REF. #   : 2126     BATCH # : 557
INPUT STATUS  : CARD
TRANS. TYPE   : CR/DB CARD SALE
CARD ISSUER   : MASTERCARD INT'L
CARD NUMBER   : XXXXXXXXXXXX9191
APPROVAL CODE : 025042
TOTAL         : $ 435.00
```

SIGN: _R Anderson_
ANDERSON/RICHARD C

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT



98, Barrigada, Guam 96921
2-3072 • Fax (671) 472-3074

| | Invoice Date: | 10/7/2008 | **Invoice No.** 38309 |
|---|---|---|---|

**Delivered to:**

Department of Public Works
Jesse Murakami/Linda Ibanez
542 N. Marine Dr.
Tamuning, Guam 96911

| Purchase Order | Sales Terms | Date Delivered | Delivered |
|---|---|---|---|
| | Net 30 | 10/7/2008 | |

| Description | Quantity | Unit Price | Total |
|---|---|---|---|
| Letter 50each - $145.00 x 3 | 145 | 3.00 | 435.00 |

07066 101
5450
Chace's MC CARD
Legal Recycling Conference
10/07/08

**PAID OCT 07**

*For Re-Order, please refer to the Invoice Number at the top of this form.*

---

**Received by:** _____
Signature        Print Name        Date

*I certify that the above invoice is true and correct and payment has not been received.*
**By:** _CSmith_    10/7/8
Date

**Graphic Center, Inc., must be notified of any discrepancies within 7 working days of receipt of goods or order is considered complete.**

*Interest Charges of 2% per Month (24% A.P.R.) will accrue on any amount 30 days past due. In case of default, customer is responsible for all collection costs if referred to a collection agency as well as attorney's fees and court costs if referred for legal action.*

| Total Due |
|---|
| $435.00 |

10.16.08 5430 07066:01 Chace



UNITED STATES POSTAL SERVICE.

07066:01 5430
Chace 10/16/08 Receipt

Amount (Written Out) _____ /100 Dollars   Amount (In Numbers) $ 1.17

Purpose

Is any Portion of this Sale a Charitable Tax Deduction?  ☒ Yes  ☐ No

If "Yes," the fair market value of the postage portion of the foregoing stamps equals the First-Class postage rate

By (Signature and Title) _____ Postal Clerk   Date 10/16/08

PS Form 1096, April 1998



**SOLID WASTE MANAGEMENT CONSULTANTS**

U.S. Federal District Court of Guam
Chief Judge
520 West Soledad Avenue
Hagåtña, Guam 96910

November 12, 2008

cc: Attorney General
c/o Assistant Pat Mason

RE: Invoice for Services     Inv No. 08-11-2428     Job No. 07066-02

| | |
|---|---|
| **PERIOD:** | Activity from October 1, 2008 through October 31, 2008 |
| **CLIENT REFERENCE:** | **Order Re: Appointment of Receiver, Case 1:02-cv-00022 filed March 17, 2008** and ordered by the Chief Judge for the U.S. Federal District Court of Guam |
| **DESCRIPTION:** | Pursuant to the Consent Decree, GBB, acting as Receiver for the District Court of Guam, will enforce the terms of the Consent Decree, and assume all of the responsibilities, functions, duties, powers and authority of the Solid Waste Management Division of the Department of Public Works ("DPW"), and any and all departments, or other divisions of the DPW insofar as they affect the Government of Guam's compliance with the Consent Decree; Out-of-pocket expenditures related to emergency purchases of parts and supplies necessary for equipment maintenance for Guam's Solid Waste Division |
| **GBB Federal ID#:** | 52-1189668 |

| Payments Received To Date | Invoiced But not Received | Current Progress Amount |
|---|---|---|
| $ 11,758.09 | $ 0 | $ 3,112.78 |

**Expenses**

| | | |
|---|---|---|
| Emergency Maintenance (1 – 16) | | $ 2,829.80 |
| Fee on Expenses @ 10% | | 282.98 |
| | Total Expenses | $ 3,112.78 |

**TOTAL AMOUNT DUE GBB FOR THIS PERIOD** . . . . . . . . . . . . . . . . . . $ 3,112.78

Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Suite 203
Fairfax, Virginia 22031-4620
(703) 573-5800 FAX (703) 698-1306
E-MAIL: gbb@gbbinc.com
Printed on recycled paper

**"EXHIBIT II"**

Payments should be executed via wire transfers using the following information:

Bank Account Name: Gershman, Brickner & Bratton, Inc., General Account

Local Branch Address: Bank of America, 8212 Lee Highway, Merrifield, VA 22031

Bank Account Number:

Bank Routing Number for incoming wires:

Swift Code (if needed):

# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203  
Fairfax, VA 22031  
Tel: 703-573-5800  Fax: 703-698-1306  
jplutino@gbbinc.com  
www.gbbinc.com

Project ID: 07066:02  
Project Name: US District Court - Emergency Purchases for SWD  
Manager: HWG  
Client ID: 07066

| ELDATE | PROJECTID |
|---|---|
| 10/1/2008 to 10/31/2008 | 07066:02 to 07066:02 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 10/3/2008 | Miscellaneous Expense<br>Supplies for Ordot Dump and collection crew kitchen. | 1.00 | $102.47 | $102.47 | 0.00 | $102.47 | Billable |
| 10/3/2008 | Miscellaneous Expense<br>Items for collection crews kitchen. | 1.00 | $212.93 | $212.93 | 0.00 | $212.93 | Billable |
| 10/6/2008 | Miscellaneous Expense<br>Key copying for customer call center | 1.00 | $3.14 | $3.14 | 0.00 | $3.14 | Billable |
| 10/6/2008 | Miscellaneous Expense<br>Water proof camera with 2 gig memory card for documenting work activity at the dump. | 1.00 | $458.95 | $458.95 | 0.00 | $458.95 | Billable |
| 10/7/2008 | Miscellaneous Expense<br>American Express. Purchase of parts to get a garbage truck back on the route within 24 hours. | 1.00 | $230.15 | $230.15 | 0.00 | $230.15 | Billable |
| 10/9/2008 | Miscellaneous Expense<br>2 bags of concrete to fix broken entrance gate at Ordot Dump. | 1.00 | $6.98 | $6.98 | 0.00 | $6.98 | Billable |
| 10/10/2008 | Miscellaneous Expense<br>Purchased replacement parts for broken sink and toilet at Ordot Dump. | 1.00 | $126.76 | $126.76 | 0.00 | $126.76 | Billable |
| 10/12/2008 | Miscellaneous Expense<br>Belts for excavator and compactor at Ordot Dump. | 1.00 | $123.23 | $123.23 | 0.00 | $123.23 | Billable |
| 10/13/2008 | Miscellaneous Expense<br>Emergency parts: pulley wheel and tensioner for compactor. | 1.00 | $305.65 | $305.65 | 0.00 | $305.65 | Billable |
| 10/13/2008 | Miscellaneous Expense<br>strobe lights to get collection vehicles back out on the road. | 1.00 | $302.10 | $302.10 | 0.00 | $302.10 | Billable |
| 10/14/2008 | Miscellaneous Expense<br>Purchased truck battery to replace one stolen at Ordot Dump; purchased 30 weight motor oil for water blaster. | 1.00 | $109.68 | $109.68 | 0.00 | $109.68 | Billable |
| 10/14/2008 | Miscellaneous Expense<br>Purchased two hoses for landfill equipment. | 1.00 | $81.40 | $81.40 | 0.00 | $81.40 | Billable |
| 10/20/2008 | Miscellaneous Expense<br>Supplies for Ordot Dump | 1.00 | $20.64 | $20.64 | 0.00 | $20.64 | Billable |
| 10/24/2008 | Miscellaneous Expense<br>Emergency purchase - Fuses and relays for collection vehicles | 1.00 | $628.70 | $628.70 | 0.00 | $628.70 | Billable |
| 10/24/2008 | Miscellaneous Expense<br>Emergency truck parts; Collection trucks. | 1.00 | $42.02 | $42.02 | 0.00 | $42.02 | Billable |
| 10/30/2008 | Miscellaneous Expense<br>Emergency part purchase - Key for pickup truck at landfill. | 1.00 | $18.00 | $18.00 | 0.00 | $18.00 | Billable |
| 10/31/2008 | Miscellaneous Expense<br>New security locks for Ordot | 1.00 | $57.00 | $57.00 | 0.00 | $57.00 | Billable |

# Gershman, Brickner & Bratton, Inc. (2)

8550 Arlington Boulevard, Ste 203  
Fairfax, VA 22031  
Tel: 703-573-5800  Fax: 703-698-1306  
jplutino@gbbinc.com  
www.gbbinc.com

**Expense Details (With Memo)**

Printed on: 11/10/2008  
Page 2 of 2

Project ID: 07066:02  
Project Name: US District Court - Emergency Purchases for SWD  
Manager: HWG  
Client ID: 07066

| ELDATE | PROJECTID |
|---|---|
| 10/1/2008 to 10/31/2008 | 07066:02 to 07066:02 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount |
|---|---|---|---|---|---|---|
| | Sum of Billable Expenses: | | | $2,829.80 | | $2,829.80 |
| | Billable + Non-Billable Total: | | | $2,829.80 | | $2,829.80 |


③

*07066.02*
10/03/08  5500
AMX

# kmart

KMART STORE 7705
404 N MARINE DR (RTE 1)
TAMUNING, GU 96911
(671)649-9878

** WELCOME TO YOUR **
** KMART STORE 7705 **

CASHIER: MAYLEEN                $212.93
GENERAL MERCHANDISE
02694703075   DRAINBOARD         11.49
02594710075   DISH DRAINER       18.49
07200027554   LG BROILER         25.49
71919266462   KENMORE MWAV      149.99
GROCERY
01258703701   HVY WIP CLTH        2.49
07014516220   2CTCLNPOSTUR
               2 @ 1/2.49         4.98

  *** TAX            00  BAL    212.93
XXXXXXXXXXXX2019
AX   APPROVAL 563484
VF    AX
              212.93
       CHANGE
                 00

TOTAL NUMBER OF ITEMS = 7


RECEIPT# 07705 100308 015 90793

10/03/08 11:55 AM 7705 15 9079 0201

The Replacement Plan for
item(s) 71919266462 was not
purchased

THE HOME DEPOT 1710
295 CHALAN PASAHERU
TAMUNING, GU 96913 (671)6480440

SALE    1710 00059 95208   10/03/08
              14 SC0T59    11:21 AM


AMX

082474021446 PPINTSGACBSG <A>    25.99
037155004096 SINKSTRAINER <A>     2.97
032094540452 PICK MATTOCK <A>    31.97
049206139053 DHTRANSFER   <A>    20.77
049206159143 RND SHOVEL   <A>    20.77
             SUBTOTAL           102.47
             SALES TAX            0.00
             TOTAL            $102.47
XXXXXXXXXXXX2019  AMEX          102.47
AUTH CODE 546657/4592003          TA

*07066.02 5300*


1710 59 98208 10/03/2008 7184

RETURN POLICY DEFINITIONS
POLICY ID   DAYS    POLICY EXPIRES ON
A    1       90          01/01/2009

NEED IT INSTALLED?