10.06.08 american express for guam



```
07066:02   5500
10/06/08
THE HOME DEPOT 1710
295 CHALAN PASAHERU
TAMUNING, GU 96913 (671)6480440

         1710 00008 42963    10/06/08
SALE            11 RST4NT    03:16 PM
```



$3.14

```
736511500660 66KWIKSETKEY <A>
   2@1.57                          3.14
                SUBTOTAL           3.14
                SALES TAX          0.00
                TOTAL             $3.14
XXXXXXXXXXXX2019  AMEX             3.14
AUTH CODE 559954/1081634            TA
```



```
     1710 08 42963 10/06/2008 1162

         RETURN POLICY DEFINITIONS
       POLICY ID    DAYS   POLICY EXPIRES ON
          A          1         01/04/2009

              NEED IT INSTALLED?
              1-800-HOMEDEPOT
            WWW.HOMEDEPOT.COM/INSTALL
         ************************************

           ENTER FOR A CHANCE
           TO WIN A $5,000
           HOME DEPOT GIFT
                CARD!

         Your Opinion Counts! Complete
         the brief survey about your store visit
          and enter for a chance to win at:

              www.homedepot.com/opinion

           ¡PARTICIPE EN UNA
         OPORTUNIDAD DE GANAR
            UNA TARJETA DE
             REGALO DE THD
               DE $5,000!

         ¡Su Opinión Cuenta! Complete la breve
         encuesta sobre su visita a la tienda y
            tenga la oportunidad de ganar en:

              www.homedepot.com/opinion

                  User ID:
                  87925 86223

                  Password:
                  8506 86215

         Entries must be entered by 11/05/2008.
         Entrants must be 19 or older to enter.
         See complete rules on website. No
                purchase necessary.
```

```
10                      TICK TOCK              810
                       TAMUNING, GUAM
St                     CITIBANK N.A.

TERMINAL ID.:                           90006141
MERCHANT #:                      000790573203864

AMEX - CARD SWIPE
************2019
SALE
INVOICE: 124944        BATCH: 000111
DATE: OCT 06, 08       TIME: 15:01
RRN: 000031218576
AUTH NO: 564654

TOTAL                            $458.95

            CUSTOMER COPY

Item #  Description    Qty   Price   Ext Price
4841    STYLUS1050S     1   $399.00   $399.00
        SHOCK & WATERPROOF  BLACK  10.1 MP
        DIGITAL CAMERA
        OLYMPUS         Serial # G49504357
2054    M-XD2GMP        1    $59.95    $59.95
        XD PICTURE CARD  TYPE M+ 2 GB
        OLYMPUS
                       Subtotal:     $458.95
                   RECEIPT TOTAL:    $458.95

1) NO REFUND OR EXCHANGE UNLESS APPROVED
   PRIOR TO PURCHASE.
2) LAYAWAY CANCELLATION CHARGE IS 20% OF
   TOTAL SALE PRICE.
3) 15% RESTOCKING CHARGE ON RETURNS.

              LIMITED WARRANTY
Tick Tock makes the following limited warranty (marked
X) This warranty extends to the Original Purchaser Only
and to no other purchaser or transferee. The warranty
does not cover external appearance parts which include
cabinet knobs and accessories which are expressly not
warranted
The warranties are subjected to the following conditions
1) Warranty servicing must be entrusted to Tick Tock only
2) Warranty does not extend to any products or parts
   which have been subjected to misuse, neglect, accident
   improper installation or improper maintenance or use in
   violation of instructions or to units which have been
   altered, modified or repaired without authorization from
   us
3) Warranty does not extend to products damaged by
   abnormal power fluctuations or other natural causes
   such as lightning, fire, etc
4) Liability is limited up to purchase price only
5) Minimum servicing time required is seven (7) working
   days.

   [ ] a. MANUFACTURER WARRANTY
   [ ] b. 30 DAYS FOR LABOR & PARTS
   [ ] c. 90 DAYS FOR LABOR & PARTS
   [ ] d. 90 DAYS FOR LABOR; 1 YEAR FOR PARTS
   [ ] d. 1 YEAR FOR LABOR AND PARTS

PRINT NAME

SIGNATURE

     Thank You For Shopping At Tick Tock!
```



$458.95



21810

Handwritten margin note: 7066:02 5500 10/06/08 Chase




(5)

**PARTS**
parts@midpacfareast.com
www.midpacfareast.com

**BANK OF GUAM**
**THE PEOPLE'S BANK**

Mid-Pac Far East
Tamuning, Guam
671 637-7844

20969
a, GU, U.S.A. 96921
32.5160

| | |
|---|---|
| Branch | |
| MPFE | CNNYYY |
| Date | Time | Page |
| 10/07/08 | 10:11:55 (O) | 01 |
| Account No. | Phone No. | Invoice No. |
| CASH0002 | 000 0000000 | P10813 |
| Ship Via | Purchase Order | |

C WORKS

Salesperson: PC1

BATCH No.     : 000947
TERMINAL ID   : 01129472
CARD          : AMEX
CARD No.      : XXXXXXXXXXXX2019 / Swiped
EXP DATE      : 04/12
RREF No.      : 5228
INVOICE       : 004238
TRANS.        : CREDIT SALE

AMOUNT    :    $    230.15

Tran Date/Time : 10/07/08   09:46:51
APPROVAL       : 542029

Customer Copy
Thank you!

**PARTS INVOICE**

Freight Terms:

| IPTION | BIN | ORD | ISS | SHP | B/O | UTT | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| LAMP | NO BIN | 1 | 1 | 1 | | * | 151.05 | 151.05 |
| JLB | NO BIN | 4 | 4 | 4 | | * | 9.75 | 39.00 |
| BULB | NO BIN | 20 | 20 | 20 | | * | .51 | 10.20 |
| NA7821112 AUTO FUSE | NO BIN | 10 | 10 | 10 | | * | .67 | 6.70 |
| NA7821110 FUSE | NO BIN | 10 | 10 | 10 | | * | .98 | 9.80 |
| NA7821111 FUSE | NO BIN | 10 | 10 | 10 | | * | .67 | 6.70 |
| NA7821108 FUSE | NO BIN | 10 | 10 | 10 | | * | .67 | 6.70 |

542029

TOTAL CREDIT CARD    230.15

**PAID**
OCT 07 2008
**MID PAC FAR EAST**

07066102
10/07/08
5500
Chace
Amy

Signature

**IMPORTANT TERMS & CONDITIONS**

All charges not disputed by the customer in writing within THIRTY (30) DAYS shall be deemed accepted by the customer and shall be deemed valid, due and owing. Stocked parts can be returned within TEN (10) DAYS with copy of invoice, subject to a 10% restocking fee. ALL SALES ARE FINAL ON SPECIAL ORDER PARTS. All returned parts must be new, uninstalled and in original packaging. No returns on electrical components. No refunds on freight charges. Cores, if any, must be presented at the time of sale.

All payments are due upon receipt of goods or in accordance with your account terms if you are a charge account customer in good standing with no payments past due and owing. You agree to pay interest at the rate of 1.5% per month on all past due invoices and also agrees to pay reasonable attorney and court fees, if collection is necessary.



10.09.08 07066:02 guam/chace

```
THE HOME DEPOT  1710
   295 CHALAN PASAHERO
TAMUNING, GU 96913 (671)648-0401

SALE      1710 00001 49112    10/09/08
                71 TTX01A     08:56 AM
```



07066:02
5500
Amx

```
929514 60# CONCRETE <A>
       2@3.49
              SALES TAX      6.98
              TOTAL          0.00
                            $6.98
XXXXXXXXXXXX2019 AMEX        6.98
AUTH CODE 599559/8014059      TA
```



$6.98

```
1710 01 49112 10/09/2008 1829

      RETURN POLICY DEFINITIONS
      POLICY ID  DAYS  POLICY EXPIRES ON
      A           90        01/07/2009

         NEED IT INSTALLED?
          1-800-HOMEDEPOT
        WWW.HOMEDEPOT.COM/INSTALL

        ENTER FOR A CHANCE
        TO WIN A $5,000
        HOME DEPOT GIFT
             CARD!

    Your Opinion Counts! Complete
   the brief survey about your store visit
      and enter for a chance to win at

          www.homedepot.com/opinion

        ¡PARTICIPE EN UNA
     OPORTUNIDAD DE GANAR
        UNA TARJETA DE
         REGALO DE THD
          DE $5,000!

   ¡Su Opinión Cuenta! Complete la breve
   encuesta sobre su visita a la tienda y
     tenga la oportunidad de ganar en

          www.homedepot.com/opinion
              User ID:
             100223 98514
              Password:
              8509 98513

   Entries must be entered by 11/08/20
   Entrants must be 18 or older to ent
   See complete rules on website. N
            purchase necessary.
```

10.10.08  17066:02  5500   guam/chace



### TEN-TAK SUPPLY

PHONE (671) 646-5666

NORTH MARINE CORPS DR. SUITE 120
EAST-WEST BUSINESS CENTER
UPPER TUMON, GUAM 96913 U.S.A.
5666   646-9588   646-9589   FAX: (671) 922-9589
Email: tentak@ite.net

"U.S. Made Building and Plumbing Supplies"
"Can't Find It... We Will"

Open 7 Days a Week / Hours: 8:00 a.m. To 5:00 p.m.

**07066:02  5500**

---

TEN TAK SUPPLY COMPANY
744 NORTH MARINE DRIVE STE 120
UPPER TUMON GU 96913
671-646-5666

Merchant ID: 0119788
Term ID: 1111

**Sale**

AMEX
XXXXXXXXXXXX2219
Entry Method: Swiped
Apprvd: Online   Batch#: 000004
10/10/08            11:45:27

Inv#: 00000014  Appr Code: 588476

Total:       $     126.76

Customer Copy
THANK YOU
FOR VISITING!

Customer: _____

| PAY BY | AMOUNT | IDENTIFICATION |
|--------|--------|----------------|
| AMEX   | 126.76 | 378346389292019 04/12 588476 |

TERMS:

| QTY | STOCK NUMBER | DESCRIPTION | PRICE | AMOUNT |
|-----|--------------|-------------|-------|--------|
| 1 | 038877495629 | FAUCET#T95-021 8"KITCHEN | $71.65 | 71.65 |
| 1 | 039961000026 | FILL VALVE#400A ANTI-SIPHON | $10.55 | 10.55 |
| 1 | 039961005076 | FLUSH VALVE#507C | $8.30 | 8.30 |
| 1 | 671417344409 | P-TRAP 1.5"PVC | $4.45 | 4.45 |
| 1 | 671417350400 | CONT.WASTE,CNTR 1.5"x21"PVC | $15.25 | 15.25 |
| 1 | 039961006813 | TANK LEVER#661 CHROME | | |
| 2 | 086949261504 | ANGLE VALVE 1/2"x1/2"x1/4-TURN | $5.65 | 11.30 |
| 1 | 039961061065 | TANK TO BOWL 2-BOLT GASKET | | |
| 2 | 086949281168 | HOSE,1/2"x1/2"x16" (28116) | $3.50 | 7.00 |
| 1 | 200036000043 | TEFLON TAPE 1/2"x520" 2.5MIL | $1.05 | |
|   | DISC         | DISCOUNT 10 %              | $14.09 | -14.09 |

NO RETURNS WILL BE ACCEPTED WITHOUT A RECEIPT OR
OPENED PACKAGE OR BOX. NO RETURNS AFTER FIVE (5)
WORKING DAYS. 10% RESTOCKING CHARGE ON ALL RETURNS.

| SALES TOTAL | 126.76 |
| ADJUSTMENT FRGHT/OTHER | |
| GROSS RECEIPT TAX SUB TOTAL | .00 |
| NET TOTAL AMT. TENDERED | 126.76 |
| CHANGE DUE | .00 |

RECEIVED BY: _____

CUSTOMER COPY



# HAWTHORNE PACIFIC CORP.

16945 CAMINO SAN BERNARDO
SAN DIEGO, CA 92127-2499

## CUSTOMER SHIPPING LIST

**DOCUMENT NO.** 80CL72533
**PAGE** 1

| SOLD TO | GUAM PARTS CASH SALE<br>DEPT OF PUBLIC WORKS<br>SOLID WASTE DIVISION | SHIP TO | DPW-SOLID WASTE |
|---|---|---|---|

**CUSTOMER NO.** 8814111
**STORE** 80

**ORDERED BY:** CHASE
**TELEPHONE:**
**CUST. ORDER NO.:** RICHARD C ANDERSON
**ARRANGEMENT NO.:**
**INSTRUCTIONS:** *CASH*
**DATE:** 10/12/08  **TIME:** 16:34:02  **EMP.** JAF

| ITEM | MAKE | MODEL | SERIAL NO | QUANTITY<br>ORDER SHIP B/O | PART NUMBER/<br>DESCRIPTION | LOCATION | N/R | TR | SOS | GROSS WEIGHT | UNIT PRICE | EXTD PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | 1 1 | 7E-6192<br>V BELT SET | BR12 | * | 000 | | .9 | 68.25 | 68.25 |
| 2 | | | | 1 1 | 036-6775<br>VEE BELT | BR21 | * | 000 | | .4 | 18.31 | 18.31 |
| 3 | | | | 1 1 | 164-4599<br>BELT | BR44 | * | 000 | | .5 | 36.67 | 36.67 |

PARTS SALES PERSON: Jovie Francisco -GUAM PTS

TOTAL GROSS WEIGHT OF ALL ITEMS   1.8

USD SELL TOTAL   **123.23**

10/12/08
G-799,602
5500

OCT 13 2008
PAID
Hawthorne Pacific Corp.
ANP $123.23

10.12.08 07066:02 5500 guam/chace