

10.13.08  07066:02  5500  guam/chace

**BANK OF GUAM**
THE PEOPLE'S BANK

Mid-Pac Far East
Tamuning, Guam
671 637-7844

BATCH No.   : 000060
TERMINAL ID : 01129472
CARD        : AMEX
CARD No.    : XXXXXXXXXXX2019 / Swiped
EXP DATE    : 04/17
REF No.     : 5255
INVOICE     : 000264
TRANS.      : CREDIT SALE

AMOUNT      :    $   302.10

Trans Date/Time : 10-13-08  07:03:25
APPROVAL        : 501596

Customer Copy
Thank you!

PO Box 20969
Barrigada, GU, U.S.A. 96921
671.632.5160

# PARTS

parts@midpacfareast.com
www.midpacfareast.com

| Branch | | |
|---|---|---|
| MPFE | | CNNYYY |
| Date | Time | Page |
| 10/13/08 | 07:29:10 (O) | 01 |
| Account No. | Phone No | Invoice No |
| CASH0002 | 000 0000000 | P11049 |
| Ship Via | Purchase Order | |
| | | Salesperson |
| | | JCC |

**PARTS INVOICE**

Freight Terms:

| DESCRIPTION | BIN | ORD | ISS | SHP | B/O | UTT | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| STROB LAMP | NO BIN | 2 | 2 | 2 | | * | 151.05 | 302.10 |

501596                                TOTAL CREDIT CARD    302.10

07066:02
5500
SO

**PAID**
OCT 13 2008
**MID PAC FAR EAST**

CASH CUSTOMER    Signature

**IMPORTANT TERMS & CONDITIONS**

# CUSTOMER SHIPPING LIST

**CAT**

MAIN OFFICE:
94-025 Farrington Highway
WAIPAHU, HI 96797-2201
Main (808) 677-9111
Parts (808) 676-0200
Fax (808) 676-0216

HILO BRANCH:
171 Railroad Ave
HILO, HI 96720-4511
Main (808) 961-3437
Parts Fax (808) 961-2551
Svc Fax (808) 961-3715

KONA BRANCH:
74-5524 Ka wi St.
KAILUA-KONA, HI 96740
Main (808) 329-4521
Fax (808) 326-2054

470 South Hana Highway
KAHULUI, MAUI 96732-2323
Main (808) 877-6537
Fax (808) 871-4963

LIHUE, KAUAI 96766-5528
Main (808) 245-4057
Fax (808) 245-8506

GUAM BRANCH:
196 E Harmon Ind. Park Rd
TAMUNING, GUAM 96913
Main (671) 646-9118

16945 CAMINO SAN BERNARDO
SAN DIEGO, CA 92127-2499

DOCUMENT NO. 80C172535

| FILLED BY | ACKNOWLEDGE |
| --- | --- |
| W/C LOC | W/C PC.S |
| BILL OF LADING | |

SHIP VIA: SEE NOTES BELOW   PAGE 1

SOLD TO: GUAM PARTS CASH SALE
DEPARTMENT OF PUBLIC WORKS
SOLID WASTE DIVISION

SHIP TO: STORE 80

CUSTOMER NO. 8814111

*CASH*

| ORDERED BY | TELEPHONE | CUST. ORDER NO. | DELIVERY LOCATION |
| --- | --- | --- | --- |
| CHASE | | DPT - SOLID WASTER | SEE NOTES BELOW |

| SERIAL NO. | EQUIP NO. | ARRANGEMENT NO. | INSTRUCTIONS | REF. NO. |
| --- | --- | --- | --- | --- |
| | | | CAN MAIL | |

MAKE: 826G   MODEL:   DATE 10/12/08   TIME 16:47:34   EMP. JAF

| ITEM | QUANTITY ORDER SHIP B/O | PART NUMBER/DESCRIPTION | LOCATION N/R | TR | SOS | GROSS WEIGHT | UNIT PRICE | EXTD PRICE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | PARTS SALES PERSON: Jovie Francisco -GUAM PTS | | | | | | |
| 1 | 1  1 | 217-8938  TIGHTENING-B | NON-STK | 62 | 000 | 3.6 | 227.17 | 227.17 |
| 2 | 1  1 | 123-0791  PULLEY | NON-STK | 62 | 000 | 2.0 | 78.48 | 78.48 |
| | | TOTAL GROSS WEIGHT OF ALL ITEMS | | | | 5.6 | | |

PLS SHIP VIA SSI TO WAIPAHU - CAN MAIL TO GUAM

USD SELL TOTAL   305.65

07066.02
5500
Ann
Chee

(10)

OCT 13 2008
Onu 305.65

ACCEPTED BY _____   PLEASE PRINT NAME _____   PACKING LIST

**RETURN POLICY**
ALL ITEMS ABOVE ARE SUBJECT TO THE PARTS RETURN POLICY TERMS AND CONDITIONS SET FORTH ON THE REVERSE SIDE HEREOF

**TERMS:**
NET CASH FOR PAYMENT ON OR BEFORE THE 10TH OF MONTH FOLLOWING DATE OF INVOICE. 1-1/2% PER MONTH SERVICE CHARGE ON BALANCE NOT PAID DURING THE MONTH FOLLOWING DATE OF INVOICE (ANNUAL PERCENTAGE RATE 18%).
CUSTOMER OR HIS AGENT ACKNOWLEDGES RECEIPT OF THE ITEMS INDICATED AS SHIPPED ABOVE AND AGREES THAT THE TERMS, CONDITIONS AND LIMITATIONS PRINTED ON THIS DOCUMENT WILL APPLY TO ALL ITEMS LISTED HEREON

10.14.08  (2-02) 5500  07066:02 5500  guam/chace



# INVOICE

209 E. HARMON INDUSTRIAL
PARK RD. UNIT 1E-A
HARMON, GU 96913

PHONE: 671-649-5843
       671-649-5844
FAX:   671-649-5861

| Invoice No | 0019622-00 |
| --- | --- |
| Invoice Date | 10/14/08 |
| Order # | 00002187 |
| Account # | CASH02 |
| P/O # | |
| Salesperson | Brian |

**Ship To**
CASH SALE

TOTAL   81.40
CUSTOMER COPY

| Order Date | Ship Date | Ship Via | F.O.B. | Terms | Job # | Job Name | Pg# |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 10/14/08 | 10/14/08 | PICKUP | | NET 30 | | | 1 |

| Item # | Description | Ordered | Shipped | B/O | U/M | Tx | Unit Price | Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| NRP A101-06 | \AE 100R1 HOSE <GR1SN-06> | 11.83 | 11.83 | 0.00 | Ft | Ntx | 2.6675 | 31.56 |
| IEC HY06-D6OFT | ORS FEM HOSE FTG <6S66V> | 4.00 | 4.00 | 0.00 | Ea | Ntx | 8.7804 | 35.12 |
| ASS Y-BN | ASSEMBLY | 0.16 | 0.16 | 0.00 | Hr | Ntx | 92.0100 | 14.72 |

10/14/08
07066:02
5500

Ref# Order# 2187

Print _____

Signature _____  Date _____

| | |
| --- | --- |
| Sub-Total | 81.40 |
| Discount | 0.00 |
| Freight | 0.00 |
| COD/Insu/Misc. | 0.00 |
| Tax (TE) | 0.00 |
| **Invoice Total** | **81.40** |
| Deposit Taken | 0.00 |
| Balance Due | 81.40 |

10/14/08 @ 12:23:46   FM*   FM




(12)

CONTROL NO. 2867332

# NAPA AUTO PARTS
A Division of Bisnes Mami Inc.

10/14/08
0706602
5500

**NAPA AUTO PARTS**
ROUTE 16 HARMON, GUAM 96929
(671) 637-7844

```
BATCH No.       : 000513
TERMINAL ID     : 01158783
CARD            : AMEX
CARD No.        : XXXXXXXXXXXX2019 / Swiped
RREF No         : 11281
INVOICE         : 001082
TRANS.          : CREDIT CARD SALE
AMOUNT          : $    109.68
Tran Date/Time  : 10/14/08  08:15:47
APPROVAL        : 522622
              Customer Copy
                Thank you!
```

SPECIAL ORDER ITEMS.
REFUNDS WITHOUT THIS
RETURNED GOODS.

96929

**SPECIAL ORDERS NON-RETURNABLE**

REC'D BY X  AME / 522622

ALL GOODS RETURNED MUST BE ACCOMPANIED BY THIS INVOICE

SOLD TO

| DATE | INVOICE NO. | STORE NO. | CM | SLS |
|---|---|---|---|---|
| 10/14/08 | 099365 | 02161 | 19 | 0 |

| TIME | PURCHASE ORDER NO. | ATTENTION |
|---|---|---|
| 08:10 | | |

INVOICE TYPE → AMER EXP

| ER | LINE | DESCRIPTION | PRICE | NET | TOTAL | CODE |
|---|---|---|---|---|---|---|
| 1.00 | 5025 | BAT BATTERY | | 94.990 | 94.99 | |
| 1.00 | 25-110 | NOL NAPA HEAV | | 4.690 | 4.69 | |
| 1.00 | CARD | ZZZ THE CARD | | 10.000 | 10.00 | |

| SUB TOTAL | 109.68 | MISC. | 0.00 | 0.000 % TAX | 0.00 | TOTAL | 109.68 | CASH |
|---|---|---|---|---|---|---|---|---|