10/20/08 $20.64
07066102 5500

THE HOME DEPOT 1710
295 CHALAN PASAHERU
TAMUNING, GU 96913 (671)6480440

```
            1710 00009 17898      10/20/08
SALE              11 RST4NT       08:39 AM
```

(13)

Chace

12



```
086876007770 BROOM <A>            5.49
020066754389 SPRAY PAINT <A>
  2@5.18                         10.36
086876170689 DUST PAN <A>         4.79
                     SUBTOTAL    20.64
                     SALES TAX    0.00
                     TOTAL      $20.64
XXXXXXXXXXXX2019  AMEX           20.64
AUTH CODE 590774/7092906           TA
```



1710 09 17898 10/20/2008 6463

```
    RETURN POLICY DEFINITIONS
    POLICY ID  DAYS  POLICY EXPIRES ON
A       1       90      01/18/2009
```

```
MORRICO EQUIPMENT LLC
  197 YPAO ROAD
TAMUNING 9691, GU 96913
TERMINAL ID:        0011645B1
MERCHANT #:         1520025032
AMEX
#xxxxxxxxxxxx1029
SALE
BATCH: 000265      INVOICE: 065250
DATE: OCT 24, 08   TIME: 10:05
                   AUTH NO: 515449

TOTAL        $42.02

CUSTOMER COPY
```

**14**

# INVOICE

| | |
|---|---|
| MAILING ADDRESS: | INVOICE NUMBER: 40402 |
| 197 YPAO ROAD | INVOICE DATE: 10/23/08 |
| TAMUNING, GUAM 96913 | PAGE: 1 |
| TEL: (671) 649-1946 | |
| FAX: (671) 649-1947 | |

**07066.02**
**EMERGENCY TRUCK PARTS**
**COLLECTION TRUCKS**

C WORKS
[...] MARINE DRIVE
TAMUNING GU 96913

| CUSTOMER ID | CUSTOMER PO | PAYMENT TERMS |
|---|---|---|
| 291 | ROBERT | NET 14 DAYS |

| SALES REP ID | SHIPPING METHOD | SHIP DATE | DUE DATE |
|---|---|---|---|
| 61 | BEST WAY | 00/00/00 | |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 2 EA | TDA R810019 | CLEVIS YOKE KIT | 21.01 | 42.02 |
| | | Subtotal | | 42.02 |
| | | TOTAL DUE | | 42.02 |



GOODS RETURNED BECAUSE OF NO FAULT OF OURS, ARE SUBJECT TO A 15% HANDLING CHARGE, AND ONLY WITH CONSENT. ALL SPECIAL ORDERS OR CUSTOM MADE PARTS ARE NON-REFUNDABLE, INCLUDING ALL ELECTRICAL ITEMS. NO WARRANTIES ARE EXPRESSED OR IMPLIED ON GOODS SOLD ABOVE OTHER THAN WHAT THE MANUFACTURERS MAY WARRANT, OR WHAT MORRICO EQUIPMENT LLC MAY WARRANT SEPARATELY IN WRITING.

THIS INVOICE IS CERTIFIED TRUE AND CORRECT AND PAYMENT THEREFORE HAS NOT BEEN RECEIVED.

PAYMENT DUE UPON RECEIPT OF INVOICE. A LATE PAYMENT CHARGE OR 1-1/2% PER MONTH (18% PER ANNUM) WILL BE APPLIED ON INVOICES UNPAID 30 DAYS FROM DATE RECEIVED. CUSTOMER AGREES TO PAY ANY ATTORNEYS FEES AND COST INCURRED IN COLLECTING PAST DUE AMOUNTS UNDER THIS INVOICE.

RECEIVED THE ABOVE IN GOOD ORDER

X _____                    DATE _____

07 DEC. 07
Emergency Truck Parts
Collection Trucks

# NAPA AUTO PARTS
A Division of Bisnes Mami Inc.

CONTROL NO. 2875229

SPECIAL ORDERS NON-RETURNABLE

SPECIAL ORDER ITEMS,
...UNDS... WITHOUT THIS
...TURNED GOODS.

OCT 24 2008

REC'D BY X _____ 560719

NAPA AUTO PARTS
...D TO  #161

| LINE | DESCRIPTION | PRICE | DATE | TIME | INVOICE NO. | STORE NO. | ATTENTION | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | CM | SLS | |
| | | | | | PURCHASE ORDER NO. | | | | |
| QUANTITY | | | | | NET | | TOTAL | | CODE |
| 10.00 | AR171 RCH RELAY | | | | 24.880 | | 248.80 | | |
| 10.00 | AR172 RCH RELAY | | | | 37.990 | | 379.90 | | |
| | ********* D.P.M ************* | | | | | | | | |
| SUB TOTAL | 628.70 | MISC. 0.00 | %TAX 0.000 | TAX 0.00 | INVOICE TYPE | | TOTAL 628.70 | | CASH |

---

BANK OF GUAM
THE PEOPLE'S BANK

NAPA AUTO PARTS
ROUTE 16 HARMON, GUAM 96929
(671) 637-7044

BATCH No.      : 000523
TERMINAL ID    : 01158763
CARD           : AMEX
CARD No.       : XXXXXXXXXX1029 / Swiped
REF No.        : 11952
INVOICE        : 001759
TRANS.         : CREDIT CARD SALE
AMOUNT         : $ 628.70
Tran Date/Time : 10/24/08  10:29:59
APPROVAL       : 560794

Customer Copy
Thank you!

(16)

```
                                    10-53 * 1
                                 07066.02
                                 Key for Pickup
                                 ┌─────────┐
                                 │ DRAGON  │
                                 │LOCKSMITH│
                                 │OCT 30 2008│
                                 │  PAID   │
                                 └─────────┘

                                 01 *18.00
                                    *18.00
                                    *18.00
                                 000#0655
                                 11-06 * 1
```

07066.02

**DRAGON LOCKSMITH SERVICE**
P.O. Box 9531
TAMUNING, GUAM 96931
(671) 637-3158/FAX: 632-5198

New Keys for OEDOT

DATE: 10/31/08

CASH A/C

| QTY | DESCRIPTION | AMOUNT |
|---|---|---|
| 2 | American #1306B | 40 00 |
| 1 | ReKeying | 5 00 |
| 6 | Key Duplication | 12 00 |

┌─────────┐
│ DRAGON  │
│LOCKSMITH│
│OCT 31 2008│
│  PAID   │
└─────────┘

TAX
TOTAL  57 00

12774       Thank You

---

07066.02
DUPLICATE

07066.02

DRAGON LOCKSMITH SERVICES
MICRONESIA MALL #120
1088 W. MARINE CORPS DRIVE
DEDEDO, GUAM 96929
(671) 637-3158

MERCHANT : 2000 860010200466 051
FHB NO.   : 303001 095 47653802
DATE      : 10/29/08    16:56
ACCT NO.  : XXXXXXXXXXXX1020
TYPE      : AMER EXP
AUTH NO.  : 511731
REF NO.   :
TAX AMT   : $    .00

SALE              $     18.00

X_____
       JL TUCKER
I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

THANK YOU FOR YOUR PATRONAGE

TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER