**07066:01**        **US District Court for Guam - Receivership**

| SAT | 11/01/08 | 07066:01 | 5110:SPM | Senior Project Manager<br>Visited Ordot and transfer stations; admin duties; read and replied to emails | 4.00 |
|---|---|---|---|---|---|
| SUN | 11/02/08 | 07066:01 | 5110:SPM | Senior Project Manager<br>Visited Ordot and Dededo Transfer Station; admin duties; read and replied to emails | 3.00 |
| MON | 11/03/08 | 07066:01 | 5110:SPM | Senior Project Manager<br>Visited Ordot; Met with SWMD admin staff; admin duties; met with Fleet Services regarding contract for fleet repair; read and replied to emails | 10.00 |
| TUES | 11/04/08 | 07066:01 | 5110:SPM | Senior Project Manager<br>Visited Ordot; met with SWMD customer service staff; admin duties; ordered emergency parts; met with Guam Transport regarding new mixed paper recycling requirements; read and replied to emails | 9.00 |
| WED | 11/05/08 | 07066:01 | 5110:SPM | Senior Project Manager<br>Visited Ordot; met with Ordot managers; met with Mr. Rubishman regarding cardboard recycling outlook; met with SWMD admin staff; admin duties; read and replied to emails | 10.00 |
| THUR | 11/06/08 | 07066:01 | 5110:SPM | Senior Project Manager<br>Visited Ordot; met with GEDC; met with Guam Water Authority; admin duties; met with SWMD admin staff and customer service staff; read and replied to emails | 10.00 |
| FRI | 11/07/08 | 07066:01 | 5110:SPM | Senior Project Manager<br>Visited Ordot; met with Court; met with DOA concerning invoice payments; admin duties; met with Public Works Maintenance Supervisor regarding new truck warranty tracking; read and replied to emails | 9.00 |
| MON | 11/10/08 | 07066:01 | 5110:SPM | Senior Project Manager<br>Visited Ordot and Dededo transfer station; met with Guam Transport; met with SWMD admin staff; admin duties; read and replied to emails | 9.00 |
| TUES | 11/11/08 | 07066:01 | 5110:SPM | Senior Project Manager<br>Guam team conf call; visited Ordot; met with Fleet Services; met with SWMD collection crews; admin duties; read and replied to emails | 10.00 |
| WED | 11/12/08 | 07066:01 | 5110:SPM | Senior Project Manager | 10.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | Visited Ordot and all transfer stations; met with SWMD admin staff; met with Japanese Consul General; admin duties; read and replied to emails | |
| THUR | 11/13/08 | 07066:01 | 5110:SPM | Senior Project Manager Visited Ordot; met with Chief Procurement Officer; met with DOA; met with SWMD staff; admin duties; read and replied to emails | 9.00 |
| FRI | 11/14/08 | 07066:01 | 5110:SPM | Senior Project Manager Visited Ordot; met with DPW Fleet Manager; met with SWMD customer service staff; met with Guam Transport concerning mixed paper recycling; admin duties; read and replied to emails | 10.00 |
| SAT | 11/15/08 | 07066:01 | 5110:SPM | Senior Project Manager Visited Ordot; met with Mr. Rubishman about cardboard recycling; visited "Think Green" recycling event at Agana Mall | 5.00 |
| SUN | 11/16/08 | 07066:01 | 5110:SPM | Senior Project Manager Visited Ordot; read and replied to emails | 2.00 |
| MON | 11/17/08 | 07066:01 | 5110:SPM | Senior Project Manager Visited Ordot; met with SWMD admin staff; met with customer service staff; admin duties; read and replied to emails | 10.00 |
| TUES | 11/18/08 | 07066:01 | 5110:SPM | Senior Project Manager Visited Ordot; worked on SW fleet preventive maintenance schedule; organized customer service records with staff for archiving; admin duties; read and replied to emails | 9.00 |
| WED | 11/19/08 | 07066:01 | 5110:SPM | Senior Project Manager Visited Ordot; met with SWMD customer service staff; met with SWMD admin staff; met with Guam Transport; admin duties; read and replied to emails | 8.00 |
| THUR | 11/20/08 | 07066:01 | 5110:SPM | Senior Project Manager Visited Ordot; visited transfer stations in Agat and Dededo; met with collection crews; worked on customer service policies; admin duties; read and replied to emails | 10.00 |
| FRI | 11/21/08 | 07066:01 | 5110:SPM | Senior Project Manager Visited Ordot; surveyed road conditions on baby packer routes; met with SWMD admin staff; reviewed status of equipment repairs; admin duties; read and replied to emails | 9.00 |
| SAT | 11/22/08 | 07066:01 | 5110:SPM | Senior Project Manager Visited Ordot; weekly Guam team conference call; admin duties; read and replied to emails | 4.00 |

| | | | | | |
|---|---|---|---|---|---|
| SUN | 11/23/08 | 07066:01 | 5110:SPM | Senior Project Manager<br>Visited Ordot; admin duties; read and replied to emails | 3.00 |
| MON | 11/24/08 | 07066:01 | 5110:SPM | Senior Project Manager<br>Visited Ordot; met with SWMD customer service staff; met with SWMD admin staff; admin duties; read and replied to emails | 9.00 |
| TUES | 11/25/08 | 07066:01 | 5110:SPM | Senior Project Manager<br>Visited Ordot; visited transfer stations; admin duties; read and replied to emails | 10.00 |
| WED | 11/26/08 | 07066:01 | 5110:SPM | Senior Project Manager<br>Visited Ordot; admin duties; read and replied to emails | 8.00 |
| THUR | 11/27/08 | 07066:01 | 5110:SPM | Senior Project Manager<br>Visited Ordot; reviewed trash routes; read and replied to emails | 4.00 |
| FRI | 11/28/08 | 07066:01 | 5110:SPM | Senior Project Manager<br>Visited Ordot; visited transfer stations; admin duties; read and replied to emails | 10.00 |
| SAT | 11/29/08 | 07066:01 | 5110:SPM | Senior Project Manager<br>Visited Ordot; prepared for new scale delivery; read and replied to emails | 4.00 |
| SUN | 11/30/08 | 07066:01 | 5110:SPM | Senior Project Manager<br>Visited Ordot; read and replied to emails | 2.00 |

**Project Total:** 210.00

**Employee Total:** 210.00

## Lonelle Keller

**07066:01**      US District Court for Guam - Receivership

| | | | | | |
|---|---|---|---|---|---|
| MON | 11/03/08 | 07066:01 | 5120:CA | Contract Administration<br>Printed Seader's Guam notes and time for Gershman's review and approval | 0.25 |
| MON | 11/03/08 | 07066:01 | 5120:CA | Contract Administration<br>Deposited check for Tucker since he's in Guam | 0.25 |
| MON | 11/03/08 | 07066:01 | 5120:CA | Contract Administration<br>Worked on the Sprint percentage allocation for October for Tucker; made copies for Guam invoicing | 0.50 |
| MON | 11/03/08 | 07066:01 | 5120:CA | Contract Administration<br>Worked on the AT&T percentage allocation for October; made copies for Guam invoicing | 0.50 |
| MON | 11/03/08 | 07066:01 | 5120:CA | Contract Administration | 0.75 |

| | TEDATE | PROJECTID | | | |
|---|---|---|---|---|---|
| | 11/1/2008 to 11/30/2008 | 07066:01 to 07066:01 | | | |

| | | | | Printed Tucker's Guam receipts for 10/27-11/3; printed Manning's BillQquick notes for invoice; checked Tucker's notes and sent to Gershman for approval; printed receipts for invoicing | |
|---|---|---|---|---|---|
| TUES | 11/04/08 | 07066:01 | 5120:CA | Contract Administration<br>Printed Seader's letter and notes for Guam invoice | 0.25 |
| WED | 11/05/08 | 07066:01 | 5120:CA | Contract Administration<br>Checked and revised Anderson's receipts against entries; sent emails to Anderson | 1.25 |
| THUR | 11/06/08 | 07066:01 | 5120:CA | Contract Administration<br>Finished making copies and entering Anderson's October receipts for Guam | 0.50 |
| FRI | 11/07/08 | 07066:01 | 5120:CA | Contract Administration<br>Worked on the Verizon Wireless percentage allocation for the October; made copies for Guam invoicing | 0.75 |
| FRI | 11/07/08 | 07066:01 | 5120:CA | Contract Administration<br>Assisted Plutino in matching receipts against AmEx charges | 0.50 |
| MON | 11/10/08 | 07066:01 | 5120:CA | Contract Administration<br>Updated Anderson's cell phone allocations; made copies for invoicing; entered Intercall conference call charges for Guam; made copies for invoicing | 0.75 |
| MON | 11/10/08 | 07066:01 | 5120:CA | Contract Administration<br>Checked Manning's receipts against entries; made copies for invoicing; sent emails to Manning, Plutino and Gershman | 1.00 |
| WED | 11/12/08 | 07066:01 | 5120:CA | Contract Administration<br>Checked Tucker's receipts against his entries in BillQuick; made copies for invoicing | 0.50 |
| THUR | 11/20/08 | 07066:01 | 5120:CA | Contract Administration<br>Typed additional insurance provisions to consider for bid documents for Bratton | 1.25 |
| MON | 11/24/08 | 07066:01 | 5120:CA | Contract Administration<br>Checked Tucker's receipts against his entries; made copies for invoicing | 0.50 |
| | | | | **Project Total:** | 9.50 |
| | | | | **Employee Total:** | 9.50 |

**Margaret Eldridge**

07066:01    US District Court for Guam - Receivership

| | | | | | |
|---|---|---|---|---|---|
| WED | 11/05/08 | 07066:01 | 5110:SPM | Senior Project Manager<br>Completed draft green waste website content and emailed to Coulombe | 2.00 |

| TEDATE | PROJECTID |
|---|---|
| 11/1/2008 to 11/30/2008 | 07066:01 to 07066:01 |

| THUR | 11/06/08 | 07066:01 | 5110:SPM | Senior Project Manager<br>Discussed Guam yard waste data with<br>Coulombe and Gershman; revised content<br>based on initial comments; emailed revisions<br>to Bernheisel, Anderson, and Tucker for<br>review | 2.75 |
|---|---|---|---|---|---|
| TUES | 11/11/08 | 07066:01 | 5110:SPM | Senior Project Manager<br>Reviewed Bernheisel and Anderson<br>comments on yard waste info for website<br>and began incorporating them into draft web<br>content | 4.00 |
| MON | 11/17/08 | 07066:01 | 5110:SPM | Senior Project Manager<br>Incorporated Bernheisel and Anderson<br>comments on Guam yard waste web<br>content; correspondence on Anderson and<br>Manning comments on brush | 2.00 |
| TUES | 11/18/08 | 07066:01 | 5110:SPM | Senior Project Manager<br>Read and composed emails re: yard waste<br>policies and practices for grass and brush | 0.25 |
| TUES | 11/25/08 | 07066:01 | 5110:SPM | Senior Project Manager<br>Revised website yard waste content to<br>include brush and lessen focus on mowing;<br>emailed to Anderson for comments | 1.00 |

**Project Total:** 12.00

**Employee Total:** 12.00

## MaryJane Atwater

**07066:01**      **US District Court for Guam - Receivership**

| MON | 11/17/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Reviewed public education plan; sent email<br>to Anderson, Tucker and Jackson with<br>questions | 0.25 |
|---|---|---|---|---|---|
| WED | 11/19/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Phone call with Anderson to discuss public<br>education plan and timeline | 0.50 |
| FRI | 11/21/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Drafted press release regarding billing and<br>collection issues; discussed release with<br>Coulombe and Manning and made revisions;<br>sent to Manning for approval; sent to<br>Coulombe to post | 3.00 |
| SUN | 11/23/08 | 07066:01 | 5140:PRIN | Principal Associate<br>Reviewed Pacific Daily News article and<br>residents' comments; drafted new copy for<br>website updates | 0.50 |

**Project Total:** 4.25

**Employee Total:** 4.25

| TEDATE | PROJECTID |
|---|---|
| 11/1/2008 to 11/30/2008 | 07066:01 to 07066:01 |

## NEIL DANIEL

<u>07066:01</u>        <u>US District Court for Guam - Receivership</u>

| MON | 11/03/08 | 07066:01 | 5120:CON II | Consultant II<br>Updated Layon design, permitting and construction schedule; updated Ordot analysis spreadsheet; researched the Shaw Group leachate reduction system and landfill gas energy recovery systems | 4.00 |
|---|---|---|---|---|---|
| THUR | 11/06/08 | 07066:01 | 5120:CON II | Consultant II<br>Researched energy recovery technology for Ordot; entered volume data for Ordot usage | 2.00 |
| MON | 11/10/08 | 07066:01 | 5120:CON II | Consultant II<br>Researched energy recovery technology for Ordot; entered volume data for Ordot usage | 2.00 |
| WED | 11/12/08 | 07066:01 | 5120:CON II | Consultant II<br>Researched energy recovery technology for Ordot; entered volume data for Ordot usage | 2.00 |
| THUR | 11/13/08 | 07066:01 | 5120:CON II | Consultant II<br>Researched energy recovery technology for Ordot; entered volume data for Ordot usage | 3.00 |
| FRI | 11/14/08 | 07066:01 | 5120:CON II | Consultant II<br>Researched energy recovery technology for Ordot; entered volume data for Ordot usage | 1.00 |

**Project Total:**    14.00

**Employee Total:**    14.00

## Nicole White

<u>07066:01</u>        <u>US District Court for Guam - Receivership</u>

| MON | 11/24/08 | 07066:01 | 5120:AS | Administrative Secretary<br>Converted a sample contract from PDF to word for Manning. | 0.75 |
|---|---|---|---|---|---|

**Project Total:**    0.75

**Employee Total:**    0.75

## Pat Ravenelle

<u>07066:01</u>        <u>US District Court for Guam - Receivership</u>

| WED | 11/12/08 | 07066:01 | 5110:SM | Support Manager<br>Proofread notes for October invoice | 2.00 |
|---|---|---|---|---|---|

| TEDATE | PROJECTID |
|---|---|
| 11/1/2008 to 11/30/2008 | 07066:01 to 07066:01 |

Project Total: 2.00

Employee Total: 2.00

## Timothy Bratton

__07066:01__  __US District Court for Guam - Receivership__

| MON | 11/03/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Reviewed draft procurement procedure for Consent Decree projects and sent comments to Manning; email with Manning and Lund; reviewed email regarding Consent Decree projects | 1.50 |
|---|---|---|---|---|---|
| TUES | 11/04/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Met with Lund; reviewed email regarding Consent Decree projects | 1.50 |
| WED | 11/05/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Provided additional suggested revisions to construction procurement process for Consent Decree projects to Manning; reviewed email regarding Consent Decree projects | 2.00 |
| THUR | 11/06/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Reviewed email regarding Consent Decree projects | 1.00 |
| FRI | 11/07/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Reviewed email regarding Consent Decree projects | 1.00 |
| MON | 11/10/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Participated in Receiver team conference call; reviewed email regarding Consent Decree projects | 2.50 |
| TUES | 11/11/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Phone call with Manning; email with Manning; met with Lund; reviewed email regarding Consent Decree projects | 2.50 |
| WED | 11/12/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Phone call with Lund; reviewed email regarding Consent Decree projects | 2.00 |
| THUR | 11/13/08 | 07066:01 | 5110:SVP | Senior Vice President<br>Started review of draft bid documents for mass grading of cells 1 & 2 and operations road for Layon landfill; email with Manning; reviewed email regarding Consent Decree projects | 3.00 |
| FRI | 11/14/08 | 07066:01 | 5110:SVP | Senior Vice President | 7.50 |

Completed review and mark-up of draft bid package for mass grading of cells 1 & 2 and operations Road for Layon Landfill; participated in Receiver team conference call; email with Manning and Lund; reviewed email regarding Consent Decree projects

| MON | 11/17/08 | 07066:01 | 5110:SVP | Senior Vice President | 3.00 |
|---|---|---|---|---|---|

Met with Gershman and Lund to discuss bid package for mass grading of cells 1 & 2 at Layon Landfill; email with Manning; reviewed email regarding Consent Decree projects

| TUES | 11/18/08 | 07066:01 | 5110:SVP | Senior Vice President | 2.00 |
|---|---|---|---|---|---|

Reviewed email regarding Consent Decree projects

| WED | 11/19/08 | 07066:01 | 5110:SVP | Senior Vice President | 3.00 |
|---|---|---|---|---|---|

Researched insurance provisions for construction contract for Layon Landfill mass grading and developed additional provisions; gathered data for Lund; email with Manning; reviewed email regarding Consent Decree projects

| THUR | 11/20/08 | 07066:01 | 5110:SVP | Senior Vice President | 5.00 |
|---|---|---|---|---|---|

Email with Manning; email with TGE; reviewed revised bid package for Layon Landfill mass grading; participated in conference call with TGE, Manning, and Lund to discuss bid package; reviewed email regarding Consent Decree projects

| FRI | 11/21/08 | 07066:01 | 5110:SVP | Senior Vice President | 2.50 |
|---|---|---|---|---|---|

Participated in Receiver team conference call; reviewed email regarding Consent Decree projects

| MON | 11/24/08 | 07066:01 | 5110:SVP | Senior Vice President | 2.00 |
|---|---|---|---|---|---|

Reviewed email regarding Consent Decree projects

| TUES | 11/25/08 | 07066:01 | 5110:SVP | Senior Vice President | 2.00 |
|---|---|---|---|---|---|

Reviewed revised bid package for mass grading of cells 1 & 2 at Layon Landfill; reviewed other email regarding Consent Decree projects

| WED | 11/26/08 | 07066:01 | 5110:SVP | Senior Vice President | 3.00 |
|---|---|---|---|---|---|

Completed review of revised draft bid package for Layon Landfill mass grading of Cells 1 & 2, prepared and emailed mark-up pages and memo of comments to Manning and TG Engineers; reviewed email regarding Consent Decree projects

| SUN | 11/30/08 | 07066:01 | 5110:SVP | Senior Vice President | 2.00 |
|---|---|---|---|---|---|

Email with Manning; email with TGE; reviewed email regarding Consent Decree projects

| TEDATE | PROJECTID |
|---|---|
| 11/1/2008 to 11/30/2008 | 07066:01 to 07066:01 |

Project Total: 49.00

Employee Total: 49.00

# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

(25)

| Project ID: | **07066:01** |
| Project Name: | **US District Court for Guam - Receivership** |
| Manager: | **HWG** |
| Client ID: | **07066** |

H. GERSHMAN

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 11/1/2008 to 11/30/2008 | HWG to HWG | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 11/8/2008 | Car Rental | 1.00 | $1,096.08 | $1,096.08 | 0.00 | $1,096.08 | Billable |
| | Nissan Rental Car for Gershman and Manning while in Guam (10/20-11/8/08). | | | | | | |
| 11/24/2008 | Meals | 1.00 | $2.81 | $2.81 | 0.00 | $2.81 | Billable |
| | Gershman food (per diem); Boudin Bakeries; SFO Airport | | | | | | |
| 11/24/2008 | Meals | 1.00 | $20.00 | $20.00 | 0.00 | $20.00 | Billable |
| | Gershman food (per diem); Emporio Rulli; SFO Airport | | | | | | |
| 11/24/2008 | Taxi | 1.00 | $40.00 | $40.00 | 0.00 | $40.00 | Billable |
| | Taxi EPA 9 offices in SF to SFO Airport | | | | | | |
| 11/24/2008 | Taxi | 1.00 | $10.00 | $10.00 | 0.00 | $10.00 | Billable |
| | Taxi from Cal Train SF to EPA 9 offices | | | | | | |
| 11/24/2008 | Meals | 1.00 | $4.78 | $4.78 | 0.00 | $4.78 | Billable |
| | Gershman food (per diem) in SF | | | | | | |
| 11/24/2008 | Meals | 1.00 | $1.35 | $1.35 | 0.00 | $1.35 | Billable |
| | Gershman Per Diem Food in SF | | | | | | |
| 11/24/2008 | Rail | 1.00 | $5.75 | $5.75 | 0.00 | $5.75 | Billable |
| | CalTrain from Palo Alto to San Francisco | | | | | | |
| 11/24/2008 | Taxi | 1.00 | $16.00 | $16.00 | 0.00 | $16.00 | Billable |
| | Palo Alto to CalTrain California Ave Station in Palo Alto to take train to EPA 9 offices | | | | | | |
| 11/24/2008 | Plane | 1.00 | $465.50 | $465.50 | 0.00 | $465.50 | Billable |
| | Travel to accommodate meeting with EPA 9 at their San Francisco office. | | | | | | |

|  |  |  |  |
|---|---|---|---|
| **Sum of Billable Expenses:** | $1,662.27 | | $1,662.27 |
| **Billable + Non-Billable Total:** | $1,662.27 | | $1,662.27 |



**NISSAN RENT A CAR**

.26    07066-01

Nissan Rent A Car Guam             Open Esp. # Rae          RA#:    A19668
Guam International Airport                                   RA Out:  10/20/2008 17.55  Airport
Tamuning, GU 96913      (671) 647-7300                       RA Due:  10/31/2008 17.00  Airport

HARVEY GERSHMAN                    Vehicle must be returned full or customer
5404 LINDEN CT        Cust No:  9113854     will be charged a refueling fee unless
Bethesda, MD 20814    DL#: 6625298887437    otherwise indicated.                    Estimated Charges
(301) 807-2688        MA  06/11/2011    Veh. #: 1035017      Hourly          16.00 hour      .00
Local Contact: LADERA                   Lic. #: PIT3783      Daily      4    56.80 day     227.00
- NO ADDITIONAL DRIVERS -               2008 NISSAN  ALTIMA  Weekly     1   351.90 week    351.90
                                        Fuel Out: 8/8 Odom Out:  6,482    Net T&M                579.10

                                        I have declined CDW          Airport CRF    10.000 %    57.91
                                        I AM RESPONSIBLE             Cust Fac Chrge 11   .50 day   5.50
Source: CORP.    Referral:              FOR ALL LOSS.               Fuel            6.50 gal
                                        I have declined PAI         Subtotal of Other Charges      63.41
WARNING: You must call Nissan Rent A Car when involved   I have declined PEC
an accident and call police (911) to obtain a case      I have declined SUP      Estimated Charges          642.51
number at the time of the incident. Driving under the
influence of alchohol and drugs is prohibited. Failure   ** Deposits/Authorizations **   Total Deposits/Payments      .00
to comply will be in breach of contract and void CDW    P/A Auth #      Amount Type
protection resulting in damages and towing charges to   Auth 188961     750.00 American
be assessed to the customer. You are responsible for                      0.00
payments on all parking and traffic violation fines
issued during the duration of the rental. You have
been provided with a copy of the agreement
terms and conditions.

---

**NISSAN RENT A CAR**

san Rent A Car Guam                Open Esp. # Rae          RA#:    A19668
International Airport              Close Esp. # Llyod       RA Out:  10/20/2008 17.55  Airport
uning, GU 96913      (671) 647-7300                         RA In:   11/08/2008  5.34  Airport

ID MANNING                         Vehicle must be returned full or customer
LINDEN CT            Cust No:  9113854    will be charged a refueling fee unless
hesda, MD 20814      DL#: 046831096      otherwise indicated.                     Charges
1) 807-2688          MA  01/30/2010      Veh. #: 1035017      Daily      5   56.80 day     284.00
al Contact: LADERA 1708                  Lic. #: PIT3783      Weekly     2  351.90 week    703.80
ADDITIONAL DRIVERS -                     2008 NISSAN  ALTIMA  Net T&M               987.80
                                         Fuel Out: 8/8 Odom Out:  6,482
                                         Fuel In:  8/8 Odom In:   6,524   Airport CRF    10.000 %   98.78
                                                                          Cust Fac Chrge 19   .50 day   9.50
rce: CORP.    Referral:                                        Subtotal of Other Charges     108.28

                                                               Total Charges                1,096.08
KING: You must call Nissan Rent A Car when involved
accident and call police (911) to obtain a case      Miles Driven:       Payment AmEx 3783 4638    1,096.08
er at the time of the incident. Driving under the                        Total Deposits/Payments   1,096.08
luence of alchohol and drugs is prohibited. Failure
comply will be in breach of contract and void CDW    ** Auth / Paid Dep / Pymts **
ection resulting in damages and towing charges to    P/A Auth #      Amount Type
assessed to the customer. You are responsible for    Auth 188961     750.00 American
ents on all parking and traffic violation fines                       0.00
ed during the duration of the rental. You have       Paym 191279    1,096.08 American
provided with a copy of the agreement                                  0.00
s and conditions.



**Jim Plutino**

| | |
|---|---|
| **From:** | UNITED-CONFIRMATION@UNITED.COM |
| **Sent:** | Thursday, November 20, 2008 5:36 PM |
| **To:** | Cora Chaply |
| **Subject:** | Your United flight confirmation - November 24, 2008 - San Francisco to Ontario |

*C07066-01*
*Travel to accomodate*
*meeting of EPA 9*
*at their SF office*

**Reservation complete: See details below**

Your ticket(s) have been issued as an **E-Ticket**

**Your confirmation number is VS1QPM**          EasyCheck-in Online

**Total price: USD 465.50**

**Mon, Nov 24, 2008 San Francisco, CA (SFO) to Ontario, CA (ONT)**

| | | | | |
|---|---|---|---|---|
| United 6350 | Depart: SFO | Non-stop | Fare basis code: | Seats:10A |
| Operated by: United | 11:55 AM | 1h 21m | E0NX | |
| Express/skywest Airlines | Arrive: ONT | CRJ | Booking class: E | |
| | 1:16 PM | 363 miles | Economy | |
| | | traveled | 363 Award miles | |
| | | | No Meal Service | |

Penalty CXL BY FLT DATE OR NOVALUE NONREF/CHGFEEPLUSFAREDIF/

**Additional Information:**

**Check-in Information**

Please note that valid, government-issued photo identification must be presented at check-in.

Go to My itineraries          Frequently asked questions          Go to EasyUpdate

**Passenger(s)**

| Name | HARVEY W MR GERSHMAN | **Flight** | **Seat** |
|---|---|---|---|
| Type | Adult | 6350 | 10A |
| Mileage Plus number | | | |
| Email | | | |
| Phone | | | |

**Purchase summary**

**Ticket price**
Credit card: American Express xxxxxxxxxx6002 Ref # VS1QPM   465.50 USD

Total: 465.50 USD

1

070606-01

## BOUDIN BAKERIES
SFO Terminal
San Francisco, CA 94128
www.boudinbakery.com

333968 Catherin

```
-------------------------------------
Chk 3300          J          Gst 0
          Nov24'08 10:30AM
-------------------------------------

   TO GO
 1 COFFEE                 2.19
   CASH                   5.00

   Subtotal               2.19
   Payment                2.19
   Change Due             2.81
```

```
********************************
PICK UP A LOAF OF BOUDIN BREAD
AND BITE INTO A FRESH-BAKED
SLICE OF SAN FRANCISCO HISTORY
********************************
```

Emporio Rulli
Gran Caffe SFO
Domestic Term 3 Gate 77
San Francisco, CA 94128
650-821-8341

Server: Helen          DOB: 11/24/2008
11:43 AM                    11/24/2008
C/1                          4/40069

AMEX                        4194373
Card #XXXXXXXXXXX4009       Exp:1210
Magnetic card present:
Approval: 566930

Amount:          18.56

Tip: _____  1.44

= Total: _____  20~

X_____
Approval: 566930

**Customer Copy**

---

070606-01

# YOUR RECEIPT

## THANK YOU

070606-01

# YOUR RECEIPT

## THANK YOU

07066-01

**PAYMENT RECEIPT**  Dated 11/24/08
Received of _____  Amount $ 16 00
From _____
To Cal Train _____
Cab No. _____  Driver _____

**YELLOW CAB CO.**

*We Appreciate your Business!*

---

07066-01

Fare $ 10.00
From CALTREN
To 75 Hari Xh T
Date 11/24/08
Cab No. 1049
Driver WASSER

9029 962-1049

---

07066-01

**Credit Card Receipt**

TVM: 080

5***********687

$5.75

24 NOV 08

5:52 am

0811240552 JPB080 199831 $5.75

---

Fare $ 40.00
From 75 Hathorn St
To 300 Rput
Date 11/24/08
Cab No. 1049
Driver BASSAM

07066-01

# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

(30)

## Expense Details (With Memo)

D. MANNING

| | |
|---|---|
| Project ID: | 07066:01 |
| Project Name: | US District Court for Guam - Receivership |
| Manager: | HWG |
| Client ID: | 07066 |

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 11/1/2008 to 11/30/2008 | DM to DM | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 11/1/2008 | Meals | 1.00 | $51.07 | $51.07 | 0.00 | $51.07 | Billable |
| | Lunch for Jack Tucker and myself (per diem related). | | | | | | |
| 11/2/2008 | Meals | 1.00 | $31.15 | $31.15 | 0.00 | $31.15 | Billable |
| | Breakfast for Jack Tucker and myself (per diem related). | | | | | | |
| 11/2/2008 | Meals | 1.00 | $7.12 | $7.12 | 0.00 | $7.12 | Billable |
| | Lunch for myself (per diem related). | | | | | | |
| 11/3/2008 | Meals | 1.00 | $7.66 | $7.66 | 0.00 | $7.66 | Billable |
| | Lunch for myself (per diem related). | | | | | | |
| 11/3/2008 | Meals | 1.00 | $86.15 | $86.15 | 0.00 | $86.15 | Billable |
| | Dinner for Jack Tucker and myself (per diem related) | | | | | | |
| 11/4/2008 | Meals | 1.00 | $5.99 | $5.99 | 0.00 | $5.99 | Billable |
| | Groceries for apartment (per diem related). | | | | | | |
| 11/4/2008 | Meals | 1.00 | $6.73 | $6.73 | 0.00 | $6.73 | Billable |
| | Lunch for myself (per diem related). | | | | | | |
| 11/5/2008 | Meals | 1.00 | $6.73 | $6.73 | 0.00 | $6.73 | Billable |
| | Lunch for myself (per diem related). | | | | | | |
| 11/5/2008 | Meals | 1.00 | $12.64 | $12.64 | 0.00 | $12.64 | Billable |
| | Groceries for the apartment (per diem related). | | | | | | |
| 11/6/2008 | Meals | 1.00 | $66.14 | $66.14 | 0.00 | $66.14 | Billable |
| | Dinner for Jack Tucker and myself (per diem related). | | | | | | |
| 11/6/2008 | Meals | 1.00 | $7.48 | $7.48 | 0.00 | $7.48 | Billable |
| | Lunch for myself (per diem related). | | | | | | |
| 11/7/2008 | Meals | 1.00 | $5.65 | $5.65 | 0.00 | $5.65 | Billable |
| | Lunch for myself (per diem related). | | | | | | |
| 11/7/2008 | Meals | 1.00 | $43.39 | $43.39 | 0.00 | $43.39 | Billable |
| | Dinner for myself (per diem related). | | | | | | |
| 11/7/2008 | Taxi | 1.00 | $45.00 | $45.00 | 0.00 | $45.00 | Billable |
| | Taxi from airport to hotel in Honolulu. | | | | | | |
| 11/7/2008 | Miscellaneous Travel Expenses | 1.00 | $13.56 | $13.56 | 0.00 | $13.56 | Billable |
| | Hotel internet access for email. | | | | | | |
| 11/7/2008 | Lodging | 1.00 | $226.70 | $226.70 | 0.00 | $226.70 | Billable |
| | Hotel, including late check out in Honolulu. | | | | | | |
| 11/7/2008 | Miscellaneous Travel Expenses | 1.00 | $42.00 | $42.00 | 0.00 | $42.00 | Billable |
| | Fuel for rental vehicle. | | | | | | |
| 11/8/2008 | Meals | 1.00 | $35.34 | $35.34 | 0.00 | $35.34 | Billable |
| | Breakfast for myself (per diem related). | | | | | | |
| 11/8/2008 | Taxi | 1.00 | $43.00 | $43.00 | 0.00 | $43.00 | Billable |
| | Taxi from hotel to airport in Honolulu. | | | | | | |

BillQuick Standard Report Copyright 2007. Last Modified on: 12/8/2008

# Gershman, Brickner & Bratton, Inc. (31)

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800 Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

| | |
|---|---|
| **Project ID:** | **07066:01** |
| **Project Name:** | **US District Court for Guam - Receivership** |
| **Manager:** | **HWG** |
| **Client ID:** | **07066** |

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 11/1/2008 to 11/30/2008 | DM to DM | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 11/8/2008 | Meals | 1.00 | $29.07 | $29.07 | 0.00 | $29.07 | Billable |
| | Lunch/dinner for myself (per diem related). | | | | | | |
| 11/9/2008 | Parking | 1.00 | $261.52 | $261.52 | 0.00 | $261.52 | Billable |
| | Airport parking while in Guam. | | | | | | |
| 11/9/2008 | Meals | 1.00 | $3.69 | $3.69 | 0.00 | $3.69 | Billable |
| | Breakfast for myself (per diem related) | | | | | | |
| 11/18/2008 | Postage | 1.00 | $9.50 | $9.50 | 0.00 | $9.50 | Billable |
| | Priority mail of letter to AG. | | | | | | |
| 11/20/2008 | Postage | 1.00 | $27.50 | $27.50 | 0.00 | $27.50 | Billable |
| | Express mail letter to Mr. Jay Lather. | | | | | | |
| 11/30/2008 | Phone | 1.00 | $440.13 | $440.13 | 0.00 | $440.13 | Billable |
| | These are business charges for my cell phone and blackberry data during my extended stay in Guam during October and early November. | | | | | | |

$1,037.78

Sum of Billable Expenses: ~~$1,514.91~~      ~~$1,514.91~~ $1,037.78

Billable + Non-Billable Total: ~~$1,514.91~~      ~~$1,514.91~~ $1,037.78

$1,037.78

MOVED To TELEPHONE

MOVED To POSTAGE



```
* * * Restaurant * * *
      Tony Roma's
  Agana Shopping Center
     Hagatna, Guam
      671-477-4071
      671-477-4072
Date:      Nov01'08 12:52PM
Card Type:  Visa/MC/Dine
Acct #:    XXXXXXXXXXXX3583
Exp Date:   XX-XX
Auth Code:  046243
Check:     176
Table:     21/1
Server:    1112 Gianna
         DAVID MANNING

Subtotal:       45.07

         Tip: 6.00

         Total: 51.07

Sign: _____

I agree to pay above total
according to my card issuer
agreement.
```

```
    WENDY'S BARRIGADA
        ROUTE 10
    BARRIGADA GU 96913
      671-734-8828

Merchant ID: 0110071
Term ID: 8888

        Sale

VISA

XXXXXXXXXXXX3583

Entry Method: Swiped

Apprvd: Online      Batch#: 000009

11/02/08              13:17:38

Inv #: 00000034    Appr Code: 092676

Total:          $    7.12

       Customer Copy

         THANK YOU
```

```
PAYLESS SUPERMARKETS HAGATNA #6
   116 CHALAN SANTO PAPA
  HAGATNA, GU 96910-5128
       671-477-7006

Merchant ID: 0110691
Term ID: 6666

          Sale

VISA

XXXXXXXXXX3583

Entry Method: Swiped

Apprvd: Online    Batch#: 000009

11/04/08              10:01:23

Inv#: 00000003 Appr Code: 012504

Total:          $     5.99

       Customer Copy

        THANK YOU
       FOR VISITING!
```

```
      LONE STAR STEAKHOUSE
    615 S. MARINE CORP. DR.
    TAMUNING, GUAM 96913
        (671) 646-6861

Merchant ID: 000013502528
Term ID: 02528614         Ref #: 0029
Server ID: 21

            Sale

XXXXXXXXXXXX3583
VISA            Entry Method: Swiped

Amount:         $    37.39
Tip:                 6.00

Total:              43.39

11/07/08              18:32:44
Inv #: 000018     Appr Code: 072049
Apprvd: Online     Batch#: 000143

        Customer Copy

        THANK YOU!
     PLEASE COME AGAIN!
```

```
  BANK OF GUAM
  THE PEOPLE'S BANK

SUBWAY #7972 BARRIGAD
     BARRIGADA, GUAM
     (671) 734-8435

BATCH No.    :  000237
TERMINAL ID  :  5507033
HOST         :  VISA INT'L
CARD No.  : XXXXXXXXXXXX3583 / Swiped
RREF No.     :  5842
INVOICE      :  001073
TRANS.  : CREDIT CARD SALE
AMOUNT  :           $     7.48
Tran Date/Time : 11/06/08
APPROVAL   :  064495        11:58:18

       Customer Copy
...........................
  IAH SHIPLEYS DONUTS
   3100 N TERMINAL W
   HOUSTON, TX 77032
     281-230-3406

      C O P Y
  11/09/2008  09:05:55
   Sale:

Transaction #         34
Card Type:          Visa
Acc:     *************3583
Exp. Date:         **/**
Entry:           Swiped
Amount:            3.69

Reference No.:
              831414601354
Auth.Code:       087776
Response:APPROVAL 087776
Sequence Number:    0034
```

```
     LONE STAR STEAKHOUSE
    615 S. MARINE CORP. DR.
    TAMUNING, GUAM 96913
        (671) 646-6861

Merchant ID: 000013502528
Term ID: 02528614         Ref #: 0029
Server ID: 21

            Sale

XXXXXXXXXXXX3583
VISA            Entry Method: Swiped

Amount:         $    78.15
Tip:                10.00

Total:              88.15

11/03/08              18:32:56
Inv #: 000008     Appr Code: 074937
Apprvd: Online     Batch#: 000139

        Customer Copy

         THANK YOU!
     PLEASE COME AGAIN!
```



**BANK OF GUAM**
*THE PEOPLE'S BANK*

## SUBWAY #7972 BARRIGAD

BARRIGADA, GUAM
(671) 734-8435

| | | | |
|---|---|---|---|
| BATCH No. | : | 000236 | |
| TERMINAL ID | : | 11597801 | |
| CARD | : | VISA INT'L | |

CARD No. : XXXXXXXXXXXX3583 / Swiped

| | | | |
|---|---|---|---|
| RREF No. | : | 6894 | |
| INVOICE | : | 001118 | |

TRANS. : CREDIT CARD SALE

AMOUNT : $ 5.65

Tran Date/Time : 11/07/08  10:52:38
APPROVAL : 005460

Customer Copy

Thank you!

---

WENDY'S BARRIGADA
ROUTE 10
BARRIGADA GU 96913
671-734-8828

Merchant ID: 0118071
Term ID: BBBB

### Sale

VISA

XXXXXXXXXXXX3583

Entry Method: Swiped

Apprvd: Online        Batch#: 000002

11/05/08                    11:59:25

Inv #: 00000023    Appr Code: 048811

Total:              $      6.73

Customer Copy

THANK YOU

---

**BANK OF GUAM**
*THE PEOPLE'S BANK*

## SUBWAY #7972 BARRIGAD

BARRIGADA, GUAM
(671) 734-8435

| | | | |
|---|---|---|---|
| BATCH No. | : | 000236 | |
| TERMINAL ID | : | 55A7803 | |
| CARD | : | VISA INT'L | |

CARD No. : XXXXXXXXXXXX3583 / Swiped

| | | | |
|---|---|---|---|
| RREF No. | : | 6665 | |
| INVOICE | : | 000915 | |

TRANS. : CREDIT CARD SALE

AMOUNT : $ 7.66

Tran Date/Time : 11/03/08  12:49:45
APPROVAL : 017037

Customer Copy

Thank you!

---

PAYLESS MICRONALL RD
LOT 5013-3-R3 MICRONESIA MALL
DEDEDO  GU 96929
671-637-7233

Merchant ID: 1 13725
Term ID: 8805

### Sale

VISA

XXXXXXXXXXXX3583

Entry Method: Swiped

Apprvd: Online    Batch#: 000002

11/05/08                    09:57:30

Inv#: 00000007 Appr Code: 088860

Total:          $        12.64

---

**BANK OF GUAM**
*THE PEOPLE'S BANK*

## OUTBACK STEAK HOUSE

(BAR) TUMON, GUAM 96911
(671) 646-1543

| | | | |
|---|---|---|---|
| BATCH No. | : | 000476 | |
| TERMINAL ID | : | 6708259 | |
| CARD | : | VISA INT'L | |

CARD No. : XXXXXXXXXXXX3583 / Swiped

| | | | |
|---|---|---|---|
| RREF No. | : | 5448 | |
| INVOICE | : | 000066 | |
| SERVER No. | : | 19 | |

TRANS. : CREDIT CARD SALE

AMOUNT : $ 50.19

TIP AMOUNT: $ 8.00

(IF ANY, PLEASE SIGN)

TOTAL AMOUNT: $ _____

Tran Date/Time : 11/06/08  16:47:58
APPROVAL

Customer Copy

Thank you!

---

WENDY'S BARRIGADA
ROUTE 10
BARRIGADA GU 96913
671-734-8828

Merchant ID: 0118071
Term ID: BBBB

### Sale

VISA

XXXXXXXXXXXX3583

Entry Method: Swiped

Apprvd: Online        Batch#: 000001

11/04/08                    11:36:44

Inv #: 00000015    Appr Code: 065006

Total:              $      6.73

Customer Copy

THANK YOU

---

* KING'S RESTAURANT
TAMUNING,GUAM
CITIBANK N.A.

TERMINAL ID. : 98000148
MERCHANT #: 000790501213378

VISA - CARD SWIPE
※**********3583
SALE
INVOICE: 388181    BATCH: 000723
DATE: NOV 02, 08  TIME: 08:41
RRN: 000051184119
AUTH NO: 086408

BASE            $27.15
TIP              4.00

TOTAL            31.15

CUSTOMER COPY



SHELL BARRIGADA
ROUTE 8
BARRIGADA, GU 96913
671-734-5910

XXXXXXXXXX0080 0716
DATE 11/07/00                TIME 06:56 PM

ITEM: 006  VIS SALE          OP: 00
ACCT: XXXXXXXXXXXXX3580      EXP XXXX
RESP: AUTH/TKT  093640

TOTAL =                 $42.00

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER

DAVID HANKINS



MAIL CABBUX CARD RECIEPTS TO
CABBUX REBATE CENTER
738 KAHEKA ST #201 HON HI 96814
FOR A 5 PERCENT REBATE CREDIT

DATE:                    2008/11/08
PICK-UP TIME:                  14 49
DROP-OFF TIME:                 15:09
LOCATION:            203600-9995675
CAR NUMBER                      0318
CARD TYPE:                   VISA S
CARD:             ************3583
EXPIRY:                       *****
AUTH:                    APB72252

FARE ($):                     43.00
EXTRA ($):                     0 00
SUBTTL ($):                   43.00


TIP ($):  _____ _____

TOTAL ($): _____ 43 00 _____

SIGNATURE:

THECAB   WWW THECABHAWAII COM
808 422 2222
          Taxi to Airport

CUSTOMER'S COPY

---

CARRIE HO TAXI
455 WALINA ST APT 601
HONOLULU, HI, 96815
(808) 779-6363

    C  O  P  Y
  11/07/2008  19:36:13
Sale:

Transaction #            1
Card Type:           Visa
Acc:     ************3583
Entry:             Swiped
Bse Amt:         45.00


Tip:       $__ ___.__


Total Amt:  $_____.___

Reference No.:
            001116803951
Auth.Code:        013800
Response:        Success


    CUSTOMER COPY

TIP$ _____



Giovanni Pastrami
Honolulu
808-923-2100
Dine In 11/08/2008   2:35P
Trans 000250885

Order  125
Tbl U16 Tckt  1
Server:   Benjamin
Guest:

NY Steak Sand              $22.95
MED

                        --------
            Sub Total      $31.95
            Discount        $0.00
            Sub Total      $31.95
            Tax             $1.53
            Total          $33.48
            Paid           $33.48
   Rate  Gratuity   Total

   15%    $5.02    $38.50
   20%    $6.70    $40.18

        Gratuity     5.02

        Total        38.50

   VISA

Account No: ************3583
  Approval: 050355
        Delivery 808-923-2100
*********WE HOPE TO SEE YOU
AGAIN********* ***IT'S BEEN OUR PLEASURE
SERVING YOU***

22.95 ←FOOD
1.10 TAX
5.02 TIP
29.07



Sheraton Waikiki Hotel
2255 Kalakaua Avenue
Honolulu, HI 96815
Tel: 808-922-4422 Fax: 808-923-8785

## Come back soon

GUEST

David Manning
Aaa Preferred Account

Vch/Bkg #

|  | 2042 |
|  | 179.10 |
|  | 1 |
|  | A |
|  | 1 |
|  | 07-NOV-08  19:39 |
|  | 08-NOV-08  13:47 |
|  | VM |

TRAVEL AGENT / CHARGE TO

| DATE | REFERENCE | | DESCRIPTION | | CHARGES / CREDIT |
|------|-----------|--|-------------|--|------------------|
| 07-NOV-08 | RT2042 | | Room | DISC | 179.10 |
| 07-NOV-08 | RT2042 | | General Excise Tax-4.712% | | 8.44 |
| 07-NOV-08 | RT2042 | | Occupancy Tax-7.25% | | 12.98 |
| 07-NOV-08 | 1 | 3 | High Speed Internet Access | | 12.95 |
| 07-NOV-08 | 1 | 3 | HSIA Tax | | 0.61 |
| 07-NOV-08 | S092 | | Lodgenet Movies/Entertainment | | 14.65 |
| 08-NOV-08 | 308108820 | 1 | Ocean Terrace | | 35.34 |
| 08-NOV-08 | LATE C/O | | Late Checkout Charge | | 25.00 |
| 08-NOV-08 | LATE C/O | | Extra Rev GE Tax-4.712 | | 1.18 |
| 08-NOV-08 | VM | | Visa/MasterCard | | 290.25- |

*handwritten notes:* 13,56 Internet; R— 226.70; Breakfast

```
            ***For Authorization Purposes Only***
            xxxxx3583
            Auth Date   Code    Authorized
            07-NOV-08  043328     214.92
            08-NOV-08  043328      75.33
```

Balance Due                                     0.00

Mahalo for being our guest. Should you have questions about your folio, please call
(877)214-1629. We look forward to welcoming you back soon.

I agree to be personally liable for the payment of the amount of this bill and
certify that the information indicated in this bill is true and that I incurred charges.

As a Starwood Preferred Guest you have earned at least 419
Starpoints for this visit C41841797173

| David Manning | | ROOM | DEPART | AGENT |
|---------------|--|------|--------|-------|
| FOLIO | 07-NOV-08 | 2042 | 08-NOV-08 | SWFDJS |







Fly Away Airport Parking
1671 Murfreesboro Pike
Nashville, TN 37217
615-367-2200

| | | |
|---|---|---|
| User ID | | 188 |
| Date | | 11/09/08 11:00 |
| | | |
| Ticket # | | 181038 |
| Name | | MANNING, DAVID |
| Customer # | | |
| Vehicle | | WHITE JEEP GR CHEROKE |
| License | | · 400CCC |
| Open Date | | 10/18/08 04:53 |
| Close Date | | 11/09/08 10:59 |

Parking Charges
| | | |
|---|---|---|
| Days | 22 | $231.00 |
| Hours | 7 | $ 7.00 |
| Coupons | | 0.00- |
| Discount | 0% | $ 0.00- |
| Fuel Surcharge | 1 | $ 1.50 |
| Subtotal | | $239.50 |
| Sales Tax | 9.250% | $ 22.02 |
| | | ------- |
| Parking Total | | $261.52 |

Service Charges
| | | |
|---|---|---|
| Coupons | | $ 0.00- |
| Subtotal | | $ 0.00 |
| Sales Tax | 9.250% | $ 0.00 |
| | | ------- |
| Service Total | | $ 0.00 |

| | |
|---|---|
| Grand Total | $261.52 |

Payments
VI _3583 Auth:080551          $261.52

X_____

THANK YOU FOR USING
FLYAWAY AIRPORT PARKING SERVICES
www.flyawayparking.com

# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com



Printed on: 12/8/2008
Page 1 of 1

| | |
|---|---|
| **Project ID:** | **07066:01** |
| **Project Name:** | **US District Court for Guam - Receivership** |
| **Manager:** | **HWG** |
| **Client ID:** | **07066** |

C. ANDERSON

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 11/1/2008 to 11/30/2008 | CA to CA | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 11/1/2008 | Parking | 1.00 | $2.25 | $2.25 | 0.00 | $2.25 | Billable |
| | Parking at airport | | | | | | |
| 11/1/2008 | Meals | 1.00 | $6.03 | $6.03 | 0.00 | $6.03 | Billable |
| | Per diem: food at san francisco airport as I was flying back from Guam. | | | | | | |
| | | Sum of Billable Expenses: | | $8.28 | | $8.28 | |
| | | Billable + Non-Billable Total: | | $8.28 | | $8.28 | |


07066:01 Chace
5300
Per Diem

San Francisco Intl Airport
San Francisco, CA 94128
(650) 821-0608

PEEI S 86

Date:        Nov01'08 05:20AM
Card Type:   MASTERCARD
Acct #:      XXXXXXXXXXXX9191
Exp Date:    03/10
Auth Code:   02516Z
Check:       4405
Server:      101 ERICA H
   RICHARD C          ANDERSON

Subtotal:              5.03

GRATUITY

TOTAL

SIGNATURE
  agree to pay above total
according to my card issuer
agreement.
* * * CUSTOMER COPY * * *

---

07 066:01
5300 Chace
# AMANO

Jackson Co Airport Authority
3650 Biddle Rd #13
Medford, OR 97504

Fee Computer Number:                     5
Cashier:                      Pamela ID #3
Transaction Number:                      29
Entered:              11/01/08  08:38
Exited:               11/01/08  09:32
Ticket #39624             Dispenser #3
Rate:                           Area 2
Total Fee:                        $2.25
Cash:                             $2.25

Rogue Valley Int'l Airport
(541) 776 7222

# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800 Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

| Project ID: | 07066:01 |
|---|---|
| Project Name: | US District Court for Guam - Receivership |
| Manager: | HWG |
| Client ID: | 07066 |

J. TUCKER

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 11/1/2008 to 11/30/2008 | JT to JT | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 11/1/2008 | Meals<br>Per Diem - Meal<br>Jack, David | 1.00 | $50.25 | $50.25 | 0.00 | $50.25 | Billable |
| 11/1/2008 | Meals<br>Per Diem - Water | 1.00 | $7.47 | $7.47 | 0.00 | $7.47 | Billable |
| 11/1/2008 | Meals<br>Per Diem - Groceries | 1.00 | $78.07 | $78.07 | 0.00 | $78.07 | Billable |
| 11/2/2008 | Meals<br>Per Diem - Meal | 1.00 | $26.49 | $26.49 | 0.00 | $26.49 | Billable |
| 11/3/2008 | Meals<br>Per Diem - meal | 1.00 | $18.50 | $18.50 | 0.00 | $18.50 | Billable |
| 11/3/2008 | Meals<br>Per Diem - Grocery | 1.00 | $37.18 | $37.18 | 0.00 | $37.18 | Billable |
| 11/5/2008 | Miscellaneous Expense<br>Purified Water Dispensor for Apartment | 1.00 | $99.99 | $99.99 | 0.00 | $99.99 | Billable |
| 11/5/2008 | Meals<br>Per Diem - Meal | 1.00 | $28.35 | $28.35 | 0.00 | $28.35 | Billable |
| 11/5/2008 | Meals<br>Per Diem - Meal | 1.00 | $7.98 | $7.98 | 0.00 | $7.98 | Billable |
| 11/5/2008 | Miscellaneous Expense<br>November Mariana's charges for internet and cable for apartment. | 1.00 | $93.42 | $93.42 | 0.00 | $93.42 | Billable |
| 11/6/2008 | Meals<br>Per Diem - Meal | 1.00 | $8.07 | $8.07 | 0.00 | $8.07 | Billable |
| 11/10/2008 | Lodging<br>Ladera Tower - Lodging Nov. 22 - Dec. 21 | 1.00 | $3,000.00 | $3,000.00 | 0.00 | $3,000.00 | Billable |
| 11/11/2008 | Meals<br>per diem - meal | 1.00 | $26.99 | $26.99 | 0.00 | $26.99 | Billable |
| 11/11/2008 | Meals<br>Per Diem - Meal | 1.00 | $13.35 | $13.35 | 0.00 | $13.35 | Billable |
| 11/12/2008 | Meals<br>Per Diem - Meal | 1.00 | $5.99 | $5.99 | 0.00 | $5.99 | Billable |
| 11/13/2008 | Miscellaneous Expense<br>Fuel for leased car | 1.00 | $51.48 | $51.48 | 0.00 | $51.48 | Billable |
| 11/13/2008 | Meals<br>Per Diem - Meal | 1.00 | $13.50 | $13.50 | 0.00 | $13.50 | Billable |
| 11/14/2008 | Meals<br>Per Diem - Meal | 1.00 | $8.08 | $8.08 | 0.00 | $8.08 | Billable |

# Gershman, Brickner & Bratton, Inc.

42

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

| | |
|---|---|
| **Project ID:** | **07066:01** |
| **Project Name:** | **US District Court for Guam - Receivership** |
| **Manager:** | **HWG** |
| **Client ID:** | **07066** |

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 11/1/2008 to 11/30/2008 | JT to JT | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 11/15/2008 | Meals<br>Per Diem - Meal | 1.00 | $38.35 | $38.35 | 0.00 | $38.35 | Billable |
| 11/16/2008 | Meals<br>Per Diem - Grocery | 1.00 | $89.37 | $89.37 | 0.00 | $89.37 | Billable |
| 11/16/2008 | Meals<br>Per Diem - Meal | 1.00 | $27.95 | $27.95 | 0.00 | $27.95 | Billable |
| | Check AM EX bill for this one just in case | | | | | | |
| 11/17/2008 | Meals<br>Per Diem - Meal | 1.00 | $7.50 | $7.50 | 0.00 | $7.50 | Billable |
| 11/17/2008 | Meals<br>Per Diem | 1.00 | $9.98 | $9.98 | 0.00 | $9.98 | Billable |
| 11/18/2008 | Meals<br>Per Diem - Meal | 1.00 | $35.00 | $35.00 | 0.00 | $35.00 | Billable |
| 11/19/2008 | Meals<br>Per Diem | 1.00 | $13.50 | $13.50 | 0.00 | $13.50 | Billable |
| 11/22/2008 | Meals<br>Per Diem - Groceries | 1.00 | $28.16 | $28.16 | 0.00 | $28.16 | Billable |
| 11/22/2008 | Meals<br>Per Diem - Groceries | 1.00 | $118.45 | $118.45 | 0.00 | $118.45 | Billable |
| 11/23/2008 | Car Rental<br>Nissan Auto lease charges for November 2008 - January 23, 2009. | 1.00 | $2,052.00 | $2,052.00 | 0.00 | $2,052.00 | Billable |
| 11/24/2008 | Meals<br>Per Diem - Meal | 1.00 | $8.00 | $8.00 | 0.00 | $8.00 | Billable |
| 11/24/2008 | Meals<br>Per Diem | 1.00 | $5.94 | $5.94 | 0.00 | $5.94 | Billable |
| 11/24/2008 | Miscellaneous Expense<br>Fuel for car | 1.00 | $48.00 | $48.00 | 0.00 | $48.00 | Billable |
| 11/25/2008 | Meals<br>Per Diem - Meal | 1.00 | $7.95 | $7.95 | 0.00 | $7.95 | Billable |
| 11/28/2008 | Meals<br>Per Diem - Meal | 1.00 | $46.47 | $46.47 | 0.00 | $46.47 | Billable |
| 11/29/2008 | Meals<br>Per Diem - Meal | 1.00 | $16.70 | $16.70 | 0.00 | $16.70 | Billable |
| 11/30/2008 | Meals<br>Per Diem - Groceries | 1.00 | $158.90 | $158.90 | 0.00 | $158.90 | Billable |
| | **Sum of Billable Expenses:** | | | **$6,287.38** | | **$6,287.38** | |



## ADDENDUM TO LEASE

### RENEWAL OF LEASE CONTRACT:

I, Richard Anderson, hereby renew my lease agreement on                    an
Ladera Tower, as follows:

TERM:        October 22, 2008 to January 21, 2009

RENT:        Rent will be $3,000.00 per month

UTILITIES:    Tenant will be responsible for the payment of all utilities and services, except Trash Removal Services

NOTICE OF TERMINATION:      Tenants who need to terminate this lease at an earlier date, due to military transfer order or company order, should inform long term office, in writing, of the final move out date whereby this date should comply with the thirty (30) day notice policy.

TERMS AND CONDITIONS.      Damages caused by a moving company crew shall be held under the tenant's responsibility. It is up to the tenant to deal with the moving company he/she hired in reimbursing any costs from damages.  Also, Tenant will be charged for recharging of the fire extinguisher in the suite after the tenant's use. Recommended temperature in unit is to be 75-76 degrees. If there is mold growth in unit due to A/C unit being turned off or set higher than 76 degrees while unit is vacant more than 3 days or for setting being set higher than 76 degrees, tenant will be responsible for charges to clean unit of mold.

ALL OTHER TERMS AND CONDITIONS in the first contract for the period of May 22, 2008 to July 21, 2008 and July 22, 2008 to October 21, 2008 shall remain the same.

ACCEPTANCE:

_____
Richard Anderson, Tenant #1708

_____
DON H. PARK, General Manager

2/07/08
Date

10/03/08
Date





**MARIANAS CABLEVISION**
P.O. BOX 24728
GMF GU 96921-4728
TEL: (671) 635-4MCV
FAX: (671) 632-1500

| | |
|---|---|
| ACCOUNT NO. : | |
| INVOICE DATE: | Oct 15/08 |
| AMOUNT DUE   : | 167.51 |
| DATE DUE    : | Nov 05/08 |
| AMOUNT PAID : | |

**ADDRESS SERVICE REQUESTED**
FOR SERVICE AT: PAGAT MANGI

HARVEY GERSHMAN
PO BOX 2210
MANGILAO GU  96913

MARIANAS CABLEVISION
PO BOX 24728
GMF  GU 96921 4728

**PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE**

LAST INVOICE: September 15/08    BALANCE FORWARD:        .00

| | | |
|---|---|---|
| October 01/08 | MONTHLY RENTAL ONLINE 2.2 | 62.45 |
| October 01/08 | MONTHLY RENTAL WIRE GUARD | 3.99 |
| October 08/08 | MAIL IN PAYMENT | 66.44CR |
| October 10/08 | PRORATED RENT DIGITAL TV | 8.51 |
| October 10/08 | PRORATED RENT DVR | 10.64 |
| October 10/08 | CHANGE OF SERV DVR | 49.95 |
| October 10/08 | LATE PAYMENT CHARGE | 4.99 |

BALANCE TO COVER SERVICE TO October 31/08       74.09  *

CHARGES FOR November 01/08  TO November 30/08

| | | |
|---|---|---|
| 1 MONTHLY RENTAL DIGITAL TV | | 11.99 |
| 1 MONTHLY RENTAL DVR | | 14.99 |
| 1 MONTHLY RENTAL ONLINE 2.2 | | 62.45 |
| 1 MONTHLY RENTAL WIRE GUARD | | 3.99 |
| TOTAL | | 93.42 |

TOTAL DUE UPON RECEIPT        167.51  ***
                              =========

**A $4.99 LATE FEE WILL BE CHARGED ON PAYMENTS RECEIVED AFTER THE 10TH OF THE MONTH**

ACCOUNT NO.    INVOICE DATE    FREQUENCY

                Oct 15/08      MONTHLY

**PLEASE RETAIN THIS PORTION FOR YOUR RECORDS**