# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

_(28)_

| Project ID: | 07066:01 |
|---|---|
| Project Name: | US District Court for Guam - Receivership |
| Manager: | HWG |
| Client ID: | 07066 |

D. MANNING

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 12/1/2008 to 12/31/2008 | DM to DM | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 12/6/2008 | Lodging | 1.00 | $200.52 | $200.52 | 0.00 | $200.52 | Billable |
| | Sheraton Waikiki Hotel for Dec 6th on way to Guam | | | | | | |
| 12/6/2008 | Taxi | 1.00 | $45.00 | $45.00 | 0.00 | $45.00 | Billable |
| | Taxi from airport to hotel in Honolulu. | | | | | | |
| 12/6/2008 | Plane | 1.00 | $5,478.68 | $5,478.68 | 0.00 | $5,478.68 | Billable |
| | Continental Flight travel dates 12/6-13/08. Confirmation number CCFJEW. | | | | | | |
| 12/7/2008 | Meals | 1.00 | $30.18 | $30.18 | 0.00 | $30.18 | Billable |
| | Breakfast for myself (per diem related). | | | | | | |
| 12/7/2008 | Taxi | 1.00 | $45.00 | $45.00 | 0.00 | $45.00 | Billable |
| | Taxi from hotel to airport in Honolulu. | | | | | | |
| 12/10/2008 | Meals | 1.00 | $5.85 | $5.85 | 0.00 | $5.85 | Billable |
| | Lunch for myself (per diem related). | | | | | | |
| 12/10/2008 | Meals | 1.00 | $62.46 | $62.46 | 0.00 | $62.46 | Billable |
| | Dinner for Jack Tucker and myself (per diem related). | | | | | | |
| 12/11/2008 | Meals | 1.00 | $75.21 | $75.21 | 0.00 | $75.21 | Billable |
| | Dinner for Jack Tucker and myself (per diem related). | | | | | | |
| 12/11/2008 | Meals | 1.00 | $5.85 | $5.85 | 0.00 | $5.85 | Billable |
| | Lunch for myself (per diem related). | | | | | | |
| 12/11/2008 | Miscellaneous Travel Expenses | 1.00 | $5.49 | $5.49 | 0.00 | $5.49 | Billable |
| | Groceies for the apartment (per diem related). | | | | | | |
| 12/12/2008 | Lodging | 1.00 | $222.81 | $222.81 | 0.00 | $222.81 | Billable |
| | Sheraton Waikiki Hotel for December 12th from return from Guam. | | | | | | |
| 12/12/2008 | Miscellaneous Travel Expenses | 1.00 | $17.60 | $17.60 | 0.00 | $17.60 | Billable |
| | Fuel for rental vehicle. | | | | | | |
| 12/12/2008 | Taxi | 1.00 | $40.00 | $40.00 | 0.00 | $40.00 | Billable |
| | Taxi from airport to hotel in Honolulu. | | | | | | |
| 12/12/2008 | Meals | 1.00 | $6.00 | $6.00 | 0.00 | $6.00 | Billable |
| | Dinner for myself (per diem related). | | | | | | |
| 12/12/2008 | Meals | 1.00 | $5.85 | $5.85 | 0.00 | $5.85 | Billable |
| | Lunch for myself (per diem related). | | | | | | |
| 12/12/2008 | Parking | 1.00 | $79.07 | $79.07 | 0.00 | $79.07 | Billable |
| | Airport parking. | | | | | | |
| 12/13/2008 | Car Rental | 1.00 | $398.05 | $398.05 | 0.00 | $398.05 | Billable |
| | Car rental. | | | | | | |
| 12/13/2008 | Meals | 1.00 | $30.18 | $30.18 | 0.00 | $30.18 | Billable |
| | Breakfast for myself (per diem related). | | | | | | |

# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

**Project ID:** 07066:01
**Project Name:** US District Court for Guam - Receivership
**Manager:** HWG
**Client ID:** 07066

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 12/1/2008 to 12/31/2008 | DM to DM | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 12/13/2008 | Meals | 1.00 | $28.90 | $28.90 | 0.00 | $28.90 | Billable |
| | Lunch for myself (per diem related). | | | | | | |
| 12/13/2008 | Taxi | 1.00 | $38.00 | $38.00 | 0.00 | $38.00 | Billable |
| | Taxi from Hotel to airport in Honolulu. | | | | | | |
| | **Sum of Billable Expenses:** | | | $6,820.70 | | $6,820.70 | |
| | **Billable + Non-Billable Total:** | | | $6,820.70 | | $6,820.70 | |



# Thank You for Choosing Continental Airlines

*07066-01*

**Continental Confirmation Number:**    **CCFJEW**

## Nashville, TN (BNA) to Honolulu, HI (HNL)

| | | | |
|---|---|---|---|
| Depart:<br>**6:00 a.m.**<br>**Sat., Dec. 6, 2008**<br>Nashville, TN (BNA) | Arrive:<br>**8:25 a.m.**<br>**Sat., Dec. 6, 2008**<br>Houston, TX (IAH - Intercontinental) | OnePass Miles/Elite Qualification:<br>**657 /150%** | **Flight: CO2175**<br>Aircraft: **Embraer RJ145**<br>Fare Class: **Economy (Y)**<br>Flight Time: 2 hr 25 mn<br>Meal: Snack<br>No Special Meal Offered. |

**! Flight CO2175 is not available for BusinessFirst or First Class seats between Nashville, TN (BNA) to Houston, TX (IAH - Intercontinental).**
Flight CO2175 in the Nashville, TN (BNA) to Houston, TX (IAH - Intercontinental) market is in economy class.
Continental flight 2175 operated by ExpressJet Airlines, Inc. dba Continental Express.

**Change Planes.** Connect time in Houston, TX (IAH - Intercontinental) is 1 hour 10 minutes.

| | | | |
|---|---|---|---|
| Depart:<br>**9:35 a.m.**<br>**Sat., Dec. 6, 2008**<br>Houston, TX (IAH - Intercontinental) | Arrive:<br>**2:05 p.m.**<br>**Sat., Dec. 6, 2008**<br>Honolulu, HI (HNL) | OnePass Miles/Elite Qualification:<br>**3,917 /150%Total Miles:**<br>**4,574** | **Flight: CO1**<br>Aircraft: **Boeing 767**<br>Fare Class:<br>**BusinessFirst (J)**<br>Flight Time: 8 hr 30 mn<br>Travel Time: **12 hr 5 mn**<br>Meal: Lunch |

## Honolulu, HI (HNL) to Guam (GUM)

| | | | |
|---|---|---|---|
| Depart:<br>**3:30 p.m.**<br>**Sun., Dec. 7, 2008**<br>Honolulu, HI (HNL) | Arrive:<br>**7:10 p.m.**<br>+1 Day<br>**Mon., Dec. 8, 2008**<br>Guam (GUM) | OnePass Miles/Elite Qualification:<br>**3,801 /150%** | **Flight: CO1**<br>Aircraft: **Boeing 767**<br>Fare Class:<br>**BusinessFirst (Z)**<br>Travel Time: **7 hr 40 mn**<br>Meal: Dinner |

Continental flight 1 operated by Continental Micronesia.

## Guam (GUM) to Honolulu, HI (HNL)

| | | | |
|---|---|---|---|
| Depart:<br>**7:30 a.m.**<br>**Sat., Dec. 13, 2008**<br>Guam (GUM) | Arrive:<br>**6:40 p.m.**<br>**Fri., Dec. 12, 2008**<br>Honolulu, HI (HNL) | OnePass Miles/Elite Qualification:<br>**3,801 /150%** | **Flight: CO2**<br>Aircraft: **Boeing 767**<br>Fare Class:<br>**BusinessFirst (D)**<br>Travel Time: **7 hr 10 mn**<br>Meal: Breakfast |

Continental flight 2 operated by Continental Micronesia.

**Price**

| | |
|---|---|
| 1 Adults (age 18 to 64) | $5,380.62 |
| Taxes/Fees | $98.06 |
| **Total Price** | **$5,478.68** |

**Payment Information**

| | |
|---|---|
| Name of Cardholder: | Harvey Gershman |
| Card Type: | American Express |

**OnePass Members:**
Upon completion of this itinerary, you will earn up to **16,750 OnePass miles.***





## Honolulu, HI (HNL) to Nashville, TN (BNA)

| Depart: | Arrive: | | |
|---|---|---|---|
| **10:05 p.m.** | **9:45 a.m.** | OnePass Miles/Elite Qualification: | **Flight: CO72** Aircraft: **Boeing 767** Fare Class: |
| Sat., Dec. 13, 2008 | +1 Day | **3,917 /150%** | **BusinessFirst (D)** |
| Honolulu, HI (HNL) | Sun., Dec. 14, 2008 | | Flight Time:7 hr 40 mn |
| | Houston, TX (IAH - Intercontinental) | | Meal: Snack |

**! Flight CO2974 is not available for BusinessFirst or First Class seats between Houston, TX (IAH - Intercontinental) to Nashville, TN (BNA).**
Flight CO2974 in the Houston, TX (IAH - Intercontinental) to Nashville, TN (BNA) market is in economy class.

Continental flight 2974 operated by ExpressJet Airlines, Inc. dba Continental Express.

**Change Planes.** Connect time in Houston, TX (IAH - Intercontinental) is 55 minutes.

| Depart: | Arrive: | | |
|---|---|---|---|
| **10:40 a.m.** | **12:28 p.m.** | OnePass Miles/Elite Qualification: | **Flight: CO2974** Aircraft: **Embraer RJ145** Fare Class: **Economy (Y)** |
| Sun., Dec. 14, 2008 | Sun., Dec. 14, 2008 | 657 /150%Total Miles: | Flight Time:1 hr 48 mn |
| Houston, TX (IAH - Intercontinental) | Nashville, TN (BNA) | **4,574** | Travel Time:**10 hr 23 mn** |

## Passengers

**Mr. David L. Manning**
Seat Assignments:     BNA - IAH: 2A
                         IAH - HNL: 2D
                         HNL - GUM: 3L
                         GUM - HNL: 3L
                         HNL - IAH: ---
                         IAH - BNA: ---
! We were unable to assign some or all of your seats.
You can select seats when checking in at
continental.com or at an airport kiosk.
Trip Alert:            Active
Frequent Flyer:
E-mail Address:
Business/Other Phone: (615) 830-1200 - United States

## Important Travel Information:

- The U.S. government raised the security alert level and implemented extra restrictions to assure the security of air travel. Certain changes in airport procedures and restrictions on items allowed on board aircraft are detailed on the Travel Alert: Elevated Security page.
- Any changes to your flight reservations may incur additional charges.
- Airlines require government issued photo identification upon check-in, such as a driver's license or passport.
- Passport, visa and health requirements may apply for this itinerary. Each passenger must ensure he or she has all required travel documents as stated in Rule 19 of the Contract of Carriage. Information on this site is provided as a courtesy and should be verified by the passenger before travel. Other resources include the consulate of the destination country and the U.S. Department of State.
- Please read important information governing airline baggage liability limitations.
- You will be contacted with any changes or additional information such as schedule changes, itinerary changes, etc.
- Special services are on a request basis and cannot be guaranteed.





**32**

Sheraton Waikiki Hotel
2255 Kalakaua Avenue
Honolulu, HI 96815
Tel: 808-922-4422 Fax: 808-923-8785

# Come back soon

GUEST

TRAVEL AGENT/CHARGE TO

| | | |
|---|---|---|
| Room | 2002 | |
| Rate | 179.10 | |
| No pers | 1 | |
| Type | | A |
| Page | 1 | |
| Arrive | 06-DEC-08 | 15:08 |
| Depart | 07-DEC-08 | 12:00 |
| Payment | VM | |

David Manning
Aaa Preferred Account

**07066-01**

Vch/Bkg #

| DATE | REFERENCE | DESCRIPTION | CHARGES / CREDIT |
|---|---|---|---|
| 06-DEC-08 | RT2002 | Room       DISC | -179.10 |
| 06-DEC-08 | RT2002 | General Excise Tax-4.712% | 8.44 |
| 06-DEC-08 | RT2002 | Occupancy Tax-7.25% | 12.98 |
| | | | *personal expense* |
| 07-DEC-08 | 308878030  1 | Ocean Terrace  *breakfast* | 30.18 |
| 07-DEC-08 | VM | Visa/MasterCard | 262.10- |
| | | ***For Authorization Purposes Only*** | |
| | xxxxx3583 | | |

| Auth Date | Code | Authorized |
|---|---|---|
| 06-DEC-08 | 032901 | 214.92 |
| 07-DEC-08 | 032901 | 47.18 |

*T = 230.70*

Balance Due                     0.00

EXPENSE REPORT SUMMARY

| Date | Room | Room Tax | Food | Bev | Other | Total | Payment |
|---|---|---|---|---|---|---|---|
| 06-DEC-08 | 179.10 | 21.42 | 0.00 | 0.00 | 31.40 | 231.92 | 0.00 |
| 07-DEC-08 | 0.00 | 0.00 | 25.00 | 0.00 | 5.18 | 30.18 | 262.10- |
| Total | 179.10 | 21.42 | 25.00 | 0.00 | 36.58 | 262.10 | 262.10- |

Mahalo for being our guest. Should you have questions about your folio, please call
(877)214-1629. We look forward to welcoming you back soon.

agree to remain personally liable for the payment of this amount if my
corporation or association third party billed fails to pay part or all of these charges

As a Starwood Preferred Guest you have earned at least 408
Starpoints for this visit C41841797173

| David Manning | | ROOM | DEPART | AGENT |
|---|---|---|---|---|
| FOLIO | 06-DEC-08 | 2002 | | |

Member of Starwood Preferred Guest



Sheraton Waikiki Hotel
2255 Kalakaua Avenue
Honolulu, HI 96815
Tel: 808-922-4422 Fax: 808-923-8785

**33**

## Come back soon



| GUEST | | | | | TRAVEL AGENT/CHARGE TO |
|---|---|---|---|---|---|
| | Room | 2138 | | | **07066-01** |
| David Manning | Rate | 199.00 | | | |
| Aaa Preferred Account | No pers | 1 | | | |
| | Folio | | A | | |
| | Page | 1 | | | |
| | Arrive | 12-DEC-08 | 19:23 | | |
| | Depart | 13-DEC-08 | 12:02 | | |
| Vch/Bkg # | Payment | VM | | | |

| DATE | REFERENCE | | DESCRIPTION | | CHARGES / CREDIT |
|---|---|---|---|---|---|
| 12-DEC-08 | RT2138 | | Room | SPG | 199.00 |
| 12-DEC-08 | RT2138 | | General Excise Tax-4.712% | | 9.38 |
| 12-DEC-08 | RT2138 | | Occupancy Tax-7.25% | | 14.43 |
| 13-DEC-08 | 308993940 | 1 | Ocean Terrace | | 30.18 |
| 13-DEC-08 | VM | | Visa/MasterCard | | 252.99- |

```
        ***For Authorization Purposes Only***
        xxxxx3583
        Auth Date    Code    Authorized
        12-DEC-08  042592      238.80
```

Balance Due                    0.00

Mahalo for being our guest.Should you have questions about your folio, please call
(877)214-1629. We look forward to welcoming you back soon.

agree to remain personally liable for the payment of this account if the
corporation or other third party, billed fails to pay part or all of these charges

As a Starwood Preferred Guest you have earned at least 448
Starpoints for this visit C41841797173

| | | ROOM | DEPART | AGENT |
|---|---|---|---|---|
| David Manning | | 2138 | 13-DEC-08 | SWFDAJ |
| FOLIO | 12-DEC-08 | | | |

Member of Starwood Preferred Guest




34

McDonald's Corporation
Thank you for eating at McDonald's

389 ROUTE 4
AGANA, GU 96910

THANK YOU

AGANA-ROUTE 4          TEL# (671)477-9133
80 KS#02  **S#1**   Dec.10'08(Wed)13:20
STORE# 6468

# Order #280          EAT IN

1 QTR CHEESE MEAL              4.15
1 MED COKE                     1.70

SUB TOTAL                      5.85
EAT IN TAX                     0.00
                          ----------
                               5.85

CASH TENDERED                  6.00

CHANGE                         0.15

---

DOMINO'S PIZZA MANSILAO
LOT 5366-2 NEW
MANSILAO, GUAM  96921
(671) 734-3036

MERCHANT :  2022 000010203969 501
REF NO.  :  061 002 0003000053364685
DATE     :  12/12/08   13:20
ACCT NO. :  XXXXXXXXXX3583
TYPE     :  VISA
AUTH NO. :  042556 165247311120957
SERVER   :  0001

SALE        $      6.00

TIP         $_____

TOTAL       $      6.00

SIGNATURE

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

---

* * * Restaurant * * *
Tony Roma's
Agana Shopping Center
Hagatna, Guam
671-477-4071
671-477-4072
Date:       Dec10'08 07:09PM
Card Type:  Visa/MC/Dine
Acct #:     XXXXXXXXXXXXX3563
Exp Date:   XX/XX
Auth Code:  057524
Check:      1472
Table:      25/1
Server:     1084 Fred S
            DAVID MANNING

Subtotal:          54.96

Tip: 7.50

Total: 62.46        07066-01

Sign:_____
**GUEST COPY**
I agree to pay above total
according to my card issuer
agreement.

---

McDonald's Corporation
Thank you for eating at McDonald's

389 ROUTE 4
AGANA, GU 96910

THANK YOU

AGANA-ROUTE 4          TEL# (671)477-9133
45 KS#02  **S#1**   Dec.11'08(Thu)12:52
STORE# 6468

# Order #245          EAT IN

1 QTR CHEESE MEAL              4.15
1 MED COKE                     1.70

SUB TOTAL                      5.85
EAT IN TAX                     0.00
                               5.85

CASH TENDERED                 20.00

CHANGE                        14.15

---

**O S 7
M A R T**
Mangilao

12/11/2008  3:50PM    01
000000#5572   CLERK01

GEN MERCHANDISE  T1 $1.99
GEN MERCHANDISE  T1 $3.50

ITEMS           20
***TOTAL      **$5.49**
CASH          $10.00
CHANGE         $4.51

---

**BANK OF GUAM**
THE PEOPLE'S BANK

OUTBACK STEAK HOUSE 3
TUMON, GUAM 96911
(671) 646-1543

BATCH No.     :  000501
TERMINAL ID   :  6708275
CARD         :  VISA INT'L
CARD No.  : XXXXXXXXXXXX3583 / Swiped

RREF No.     :  2709
INVOICE      :  002098
SERVER No.   :  75
TRANS.   : CREDIT CARD SALE

AMOUNT   :       $    67.21

TIP AMOUNT:      $   8.00
(IF ANY, PLEASE SIGN)

TOTAL AMOUNT:    $  75.21

Tran Date/Time  :  12/11/08   19:52:26
APPROVAL        :  068093

Customer Copy
Thank you!



## NISSAN RENT A CAR

(35)

Nissan Rent A Car Guam
Guam International Airport
Tamuning, GU 96913          (671) 647-7300

Open Emp. # Rae
Close Emp.# Nora

RA#:      A19950
RA Out:  12/08/2008 19.10  Airport
RA In:   12/13/2008  5.32  Airport

DAVID MANNING

Cust No:   9113854
DL#: 046031098
MA   01/30/2010

Local Contact: LADERA TOWERS
-- NO ADDITIONAL DRIVERS --

Source: CORP.      Referral:

WARNING: You must call Nissan Rent A Car when involved
an accident and call police (911) to obtain a case
number at the time of the incident. Driving under the
influence of alchohol and drugs is prohibited. Failure
to comply will be in breach of contract and void CDW
protection resulting in damages and towing charges to
be assessed to the customer. You are responsible for
payments on all parking and traffic violation fines
issued during the duration of the rental. You have
been provided with a copy of the agreement
terms and conditions.

Vehicle must be returned full or customer
will be charged a refueling fee unless
otherwise indicated.
Veh.#: 1035817
Lic.#: PIT3783
2008 NISSAN    ALTIMA
Fuel Out: 8/8 Odom Out:  7,494
Fuel In:  8/8 Odom In:   7,650

Miles Driven:

** Auth / Paid Dep / Pymts **
P/R  Auth #      Amount Type
Auth 072480      400.00 Visa
                   0.00
Paym 072480      398.85 Visa
                   0.00

|                        |     | Charges |
|------------------------|-----|---------|
| Daily            5   56.80 day | | 284.00 |
| Net T&M          |     | 284.00 |
| CDW              5   16.00 day | | 80.00 |
| Airport CRF     11.110 % | | 31.55 |
| Cust Fac Chrge   5    .50 day | | 2.50 |
| Subtotal of Other Charges | | 114.05 |
| Total Charges    |     | 398.85 |
| Payment Visa 4339 9316 | | 398.85 |
| Total Deposits/Payments | | 398.85 |

---

WELCOME TO
SPPC BARRIGADA

BARRIGADA 76
112 ROUTE 10
BARRIGADA          GU
DLR# 00247395
DATE: 12/12/08

VISA            ACCT#
XXXX XXXX XXXX 3583
P8HSPDHPW6QD
INV# 212747     99/M9
REF# 921 09-025
AUTH# 40-153474

PUMP# 7         SELF
UNL        6.179G
PRICE/GAL    $2.849

FUEL TOTAL    $17.60

--------------------
CUSTOMER SIGNATURE
4% GRT INCLUDED

THANK YOU

---

## AirporTAXI Receipt

☎

### Waikiki To Airport

Date: 12/12/2008  Time: ____ AM/PM
From:  Airport
To:    Hotel

Fare _____
Baggage _____
Tip _____
TOTAL    40

Driver _____

Cab No. _____
Essential To Lost & Found
☎ 306-3688  383-2328

070660-01

---

## Taxi Fare Receipt

Date: 12/13/08  Time: ____
From:   Hotel
To:     Tax:

Fare _____  Tip: ____
Total: 138

For Taxi Control, please call 733-2530

---

Taxi Fare Receipt

Date: ____  Time: ____
From:  Hotel
To:    Airport
Fare: 15  Tip: ____
Total:

For Taxi Control Pease Call 733-2542

---

Taxi Fare Receipt

Date: 12/6/08  Time: ____
From:  Airport
To:    Hotel
Fare:  Tip: ____
Total:



Giovanni Pastrami
Honolulu
808-923-2100
Dine In 12/13/2008   1:59P
Trans 000265277

Order  57
Tbl U17 Tckt  1
Server:  Marissa
Guest:

NY Steak Sand                    $22.95
MED

                                --------
                Sub Total        $30.95
                Discount          $0.00
                Sub Total        $30.95
                Tax               $1.47
                Total            $32.42
                Paid             $32.42
    Rate  Gratuity   Total

    15%    $4.86    $37.28
    20%    $6.48    $38.90

          Gratuity    4.86

          Total      37.25

VISA                 - 8.00
                     29.25
Account No: ***********3583 __.35 TAX
  Approval: 066367           28.90
        Delivery 808-923-2100
*********WE HOPE TO SEE YOU
AGAIN********* ***IT'S BEEN OUR PLEASURE
SERVING YOU***

McDonald's Corporation
Thank you for eating at McDonald's          07066-07

389 ROUTE 4
AGANA, GU 96910

THANK YOU

AGANA-ROUTE 4        TEL# (671)477-9133
18  KS#01  S#1       Dec.12'08(Fri)12:24
STORE#  6468         MER# KB43632025001

# Order #118    EAT IN

1 QTR CHEESE MEAL                 4.15
1 MED COKE                        1.70

SUB TOTAL                         5.85
EAT IN TAX                        0.00
                               -------
                                  5.85

CARD ISSUER    ACCOUNT #
VISA SALE      ***********3583
TRANSACTION AMOUNT                5.85
AUTH CODE 000787 SEQ# 1681

CASH TENDERED                     0.00

CHANGE                            0.00







07066-01

Fly Away Airport Parking
1671 Murfreesboro Pike
Nashville, TN 37217
615-367-2200

| User ID | | 188 |
| Date | | 12/14/08 12:46 |
| | | |
| Ticket # | | 187339 |
| Name | | MANNING, DAVID |
| Customer # | | |
| Vehicle | | WHITE JEEP |
| License | | |
| Open Date | | 12/06/08 04:39 |
| Close Date | | 12/14/08 12:46 |

| Parking Charges | | |
| Days | 8 | $ 84.00 |
| Hours | 8 | $ 8.00 |
| Coupons | | 21.00- |
| Coupon Type: Val Pak 2 Free Days | | |
| Discount | 0% | $ 0.00- |
| Fuel/Arpt Surcharge | 1 | $ 1.50 |
| Subtotal | | $ 72.50 |
| Sales Tax | 9.250% | $ 6.57 |
| | | ------- |
| Parking Total | | $ 79.07 |

| Service Charges | | |
| Coupons | | $ 0.00- |
| Subtotal | | $ 0.00 |
| Sales Tax | 9.250% | $ 0.00 |
| | | ------- |
| Service Total | | $ 0.00 |

| Grand Total | | $ 79.07 |

| Payments | | |
| VI _3583 Auth:089389 | | $ 79.07 |

X_____

THANK YOU FOR USING
FLYAWAY AIRPORT PARKING SERVICES
www.flyawayparking.com

# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800 Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com



J. TUCKER

| | |
|---|---|
| **Project ID:** | **07066:01** |
| **Project Name:** | **US District Court for Guam - Receivership** |
| **Manager:** | **HWG** |
| **Client ID:** | **07066** |

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 12/1/2008 to 12/31/2008 | JT to JT | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 12/1/2008 | Meals<br>Per Diem - Meal | 1.00 | $26.00 | $26.00 | 0.00 | $26.00 | Billable |
| 12/2/2008 | Meals<br>Per Diem - Meal<br>Mastercard | 1.00 | $12.50 | $12.50 | 0.00 | $12.50 | Billable |
| 12/3/2008 | Meals<br>Per Diem - Meal<br>Paid Cash | 1.00 | $7.29 | $7.29 | 0.00 | $7.29 | Billable |
| 12/4/2008 | Meals<br>Per Diem - Meal | 1.00 | $13.00 | $13.00 | 0.00 | $13.00 | Billable |
| 12/4/2008 | Miscellaneous Expense<br>Fuel for car | 1.00 | $42.25 | $42.25 | 0.00 | $42.25 | Billable |
| 12/5/2008 | Meals<br>Per Diem | 1.00 | $40.81 | $40.81 | 0.00 | $40.81 | Billable |
| 12/5/2008 | Meals<br>Per Diem - Meal<br>Paid Cash | 1.00 | $20.95 | $20.95 | 0.00 | $20.95 | Billable |
| 12/5/2008 | Meals<br>Per Diem - Grocery<br>Personal MC | 1.00 | $13.67 | $13.67 | 0.00 | $13.67 | Billable |
| 12/8/2008 | Meals<br>Per Diem - Meal | 1.00 | $39.10 | $39.10 | 0.00 | $39.10 | Billable |
| 12/8/2008 | Meals<br>Per Diem - Grocery | 1.00 | $58.42 | $58.42 | 0.00 | $58.42 | Billable |
| 12/9/2008 | Meals<br>Per Diem - Meal<br>Personal credit card | 1.00 | $28.99 | $28.99 | 0.00 | $28.99 | Billable |
| 12/9/2008 | Meals<br>Per Diem - Meal | 1.00 | $13.50 | $13.50 | 0.00 | $13.50 | Billable |
| 12/10/2008 | Meals<br>Per Diem - Meal | 1.00 | $15.50 | $15.50 | 0.00 | $15.50 | Billable |
| 12/11/2008 | Meals<br>Per Diem - Meal | 1.00 | $14.50 | $14.50 | 0.00 | $14.50 | Billable |
| 12/13/2008 | Meals<br>Per Diem - Meal | 1.00 | $27.75 | $27.75 | 0.00 | $27.75 | Billable |
| 12/13/2008 | Taxi<br>Taxi to hotel | 1.00 | $36.00 | $36.00 | 0.00 | $36.00 | Billable |
| 12/13/2008 | Meals | 1.00 | $10.00 | $10.00 | 0.00 | $10.00 | Billable |

# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

(39)

**Project ID:** 07066:01
**Project Name:** US District Court for Guam - Receivership
**Manager:** HWG
**Client ID:** 07066

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 12/1/2008 to 12/31/2008 | JT to JT | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| | Per Diem - Meal | | | | | | |
| 12/14/2008 | Miscellaneous Expense | 1.00 | $10.00 | $10.00 | 0.00 | $10.00 | Billable |
| | Gas for leased car | | | | | | |
| 12/14/2008 | Taxi | 1.00 | $38.00 | $38.00 | 0.00 | $38.00 | Billable |
| | Taxi to Airport | | | | | | |
| 12/14/2008 | Meals | 1.00 | $17.92 | $17.92 | 0.00 | $17.92 | Billable |
| | Per Diem - Meal | | | | | | |
| 12/14/2008 | Meals | 1.00 | $25.99 | $25.99 | 0.00 | $25.99 | Billable |
| | Per Diem - Meal | | | | | | |
| 12/14/2008 | Lodging | 1.00 | $248.99 | $248.99 | 0.00 | $248.99 | Billable |
| | Hotel Lay over | | | | | | |
| 12/15/2008 | Miscellaneous Travel Expenses | 1.00 | $93.42 | $93.42 | 0.00 | $93.42 | Billable |
| | December Mariana's charges for internet and cable for apartment. | | | | | | |
| 12/15/2008 | Mileage | 40.00 | $0.59 | $23.40 | 0.00 | $23.40 | Billable |
| | 40 Miles Airport to Home - 40 miles @ $0.585/mile | | | | | | |
| 12/22/2008 | Lodging | 1.00 | $3,000.00 | $3,000.00 | 0.00 | $3,000.00 | Billable |
| | Ladera Tower - Lodging for Dec. 22, 2008 - Jan. 21, 2009 | | | | | | |

**Sum of Billable Expenses:** $3,877.95   $3,877.95

**Billable + Non-Billable Total:** $3,877.95   $3,877.95





# ADDENDUM TO LEASE

## RENEWAL OF LEASE CONTRACT:

 I, **Richard Anderson**, hereby renew my lease agreement on **SUITE #**  at Ladera Tower, as follows:

TERM:     October 22, 2008 to January 21, 2009

RENT:     Rent will be $3,000.00 per month

UTILITIES:  Tenant will be responsible for the payment of all utilities and services, except Trash Removal Services

NOTICE OF TERMINATION:     Tenants who need to terminate this lease at an earlier date, due to military transfer order or company order, should inform long term office, in writing, of the final move out date whereby this date should comply with the thirty (30) day notice policy.

TERMS AND CONDITIONS:     Damages caused by a moving company crew shall be held under the tenant's responsibility.  It is up to the tenant to deal with the moving company he/she hired in reimbursing any costs from damages.  Also, Tenant will be charged for recharging of the fire extinguisher in the suite after the tenant's use. Recommended temperature in unit is to be 75-76 degrees.  If there is mold growth in unit due to A/C unit being turned off or set higher than 76 degrees while unit is vacant more than 3 days or for setting being set higher than 76 degrees, tenant will be responsible for charges to clean unit of mold.

ALL OTHER TERMS AND CONDITIONS in the first contract for the period of May 22, 2008 to July 21, 2008 and July 22, 2008 to October 21, 2008 shall remain the same.

 **ACCEPTANCE:**

_____          10/07/08
Richard Anderson, Tenant #1708                Date

_____          10/03/08
DON H. PARK, General Manager                 Date

 41  07066-01



**MARIANAS CABLEVISION**
**P.O. BOX 24728**
**GMF GU 96921-4728**
**TEL: (671) 635-4MCV**
**FAX: (671) 632-1500**

| | |
|---|---|
| ACCOUNT NO. : | |
| INVOICE DATE: | Nov 15/08 |
| AMOUNT DUE : | 93.42 |
| DATE DUE : | Nov 20/08 |
| AMOUNT PAID : | |

**ADDRESS SERVICE REQUESTED**
FOR SERVICE AT: PAGAT MANGI

HARVEY GERSHMAN                          MARIANAS CABLEVISION
PO BOX 2210                              PO BOX 24728
MANGILAO GU  96913                       GMF  GU 96921 4728

**PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE**

LAST INVOICE: October 15/08      BALANCE FORWARD:      74.09

| | | |
|---|---|---|
| October 30/08 | MAIL IN PAYMENT | 167.51CR |
| November 01/08 | MONTHLY RENTAL DIGITAL TV | 11.99 |
| November 01/08 | MONTHLY RENTAL DVR | 14.99 |
| November 01/08 | MONTHLY RENTAL ONLINE 2.2 | 62.45 |
| November 01/08 | MONTHLY RENTAL WIRE GUARD | 3.99 |

BALANCE TO COVER SERVICE TO November 30/08        .00  *

CHARGES FOR December 01/08  TO December 31/08

| | | |
|---|---|---|
| 1 MONTHLY RENTAL DIGITAL TV | | 11.99 |
| 1 MONTHLY RENTAL DVR | | 14.99 |
| 1 MONTHLY RENTAL ONLINE 2.2 | | 62.45 |
| 1 MONTHLY RENTAL WIRE GUARD | | 3.99 |
| TOTAL | | 93.42 |

TOTAL DUE UPON RECEIPT          93.42  ***
                                =========

**A $4.99 LATE FEE WILL BE CHARGED ON PAYMENTS RECEIVED AFTER THE 10TH OF THE MONTH**

ACCOUNT NO.    INVOICE DATE    FREQUENCY

Nov 15/08      MONTHLY

**PLEASE RETAIN THIS PORTION FOR YOUR RECORDS**

07066.01
Per Diem

**BANK OF GUAM**
THE PEOPLE'S BANK

**SONG HUONG RESTAURANT**

ANIGUA, GUAM
(671) 477-2331

BATCH No. : 000213
TERMINAL ID : 11207401
CARD : AMEX
CARD No. : XXXXXXXXXX1029 / Swiped

RREF No. : 6859
INVOICE : 001196
SERVER No. : 1
TRANS. : CREDIT CARD SALE

AMOUNT : $ 23.50
TIP AMOUNT: $ 2.50
(IF ANY, PLEASE SIGN)

TOTAL AMOUNT: $ 26.00

Tran Date/Time : 12/01/08    13:23:38
APPROVAL : 515234

Customer Copy
Thank you!

---

07066.01
Pen Diem

THANK YOU
FOR EATING AT
TAMUNING TACO BELL
646-6062
HAVE A GREAT DAY AND COME AGAIN!!!

REG 2          ORDER   STORE TB01382
               229

3/12/08                 12:30PM
12/03/08

1 CMB-4                 7.29
1 PIZZA                  .00
1 TA-SUP    CASH         .00
1 TA-SUP                 .00
1 LG-PEPSI               .00

SUBTOTAL                7.29
TAX                      .00
EAT-IN TOTAL            7.29

CASH TEND             10.00
CHANGE                 2.71

---

07066.01
FUEL FOR CAR

WELCOME TO
SHMC BARRIGADA

BARRIGADA 76
801 ROUTE 10
BARRIGADA       GU
DLLR: 000475695
DATE: 12/04/08

AMEX         ACCT#
XXXXXXXXXX X1029
BARRUGNIE860
AUTH: 096255   5D/7G
REF: 92. B0-015
AUTH: 04-527606

PUMP #        SELF
U10.        14.088G
PRICE/GAL.   $2.999

FUEL TOTAL   $42.25

CUSTOMER SIGNATURE
IS NOT INCLUDED

THANK YOU

---

07066.01
Per Diem

PIZZA HUT 94 AGANA
ROUTE 4 & O'BRIEN DR
HAGATNA, GU 96910

TERMINAL ID:      009270075
MERCHANT #:  101168901993

MC  MASTER CARD
#xxxxxxxxxxxx6843
SVR: 29
SALE
BATCH: 000967    INVOICE: 067802
DATE: DEC 05, 08    TIME: 20:21
SQ: 062           AUTH NO: 025172

PRE-TIP AMT       $40.81

TIP

TOTAL            40.81
12/5/08
CUSTOMER COPY

---

07066.01
Per Diem. Meal

J

FOR EATING AT
KFC TAMUNING!

KFC 4          ORDER   STORE 01
               414

DEC-05-08              11:38AM
12/5/08   -CASH

1 9pc.DIN.
  ORG                20.95
  RED RICE
    LARGE             .00
  COLESLAW
    LARGE             .00
  MASH POT
    LARGE             .00
  BISCUIT             .00

SUBTOTAL             20.95
TAX                    .00
DRIVE-THRU TOTAL     20.95
    TEL: (671)646-6185
    PLEASE COME AGAIN!

---

07066.01
Per Diem Meal

THE WHISPERING PALMS
131 E MARINE DR CORPS
HAGATNA, GU 969100000

TERMINAL ID:      007968258
MERCHANT #: 102206714994

MC  MASTERCARD
#xxxxxxxxxxxx6843    12/2/08
SVR: 1
SALE
BATCH: 001346    INVOICE: 046330
DATE: DEC 02, 08    TIME: 13:22
SQ: 007           AUTH NO: 025232

PRE-TIP AMT       $10.50

TIP                2.00

TOTAL            12.50

CUSTOMER COPY



43

07066.01
Pen Diem Grocery



# NEW CROWN MARKET

WE REPAIR & SELL ELECTRONICS!
734-8844/4488
THANK YOU FOR COMING !!!

#059115    TRACY
DATE: 05-Dec-08    TIME: 04:49 PM

ASSAM BLACK TEA 1.5L
2.0    @
    1.99                    3.98
COKE DIET 12PK              5.50
NONGSHIM BOWL KIMCH 3.03z
                           0.95
NONGSHIM BOWL KIMCH 3.03z
                           0.95
AMERICAN B. WHEAT BRD 16z
                           2.29

12/05/08

    TOTAL
         13.67

    MASTERCARD
         13.67
    CHANGE
         0.00

HAVE A NICE DAY !  Si Yu'os Ma'ase !
MON-SAT : 7AM-10PM / SUN : 7AM-9PM

07066.01
Pen Diem

CORRIDOS 848
UPPER TUMON GUAM
CITIBANK N.A.

cflbank

TERMINAL ID. :
MERCHANT #:              90800032
                    000790581213444

AMEX - CARD SWIPE
SALE
************1029
INVOICE: 571492    BATCH: 000263
DATE: DEC 04- 08    TIME: 41481
RRN: 000011067326
AUTH NO: 928368

12/04/08    $11.00
                  2.00
TOTAL          13.00

CUSTOMER COPY

CC    MC    GC

WAITER    CASHIER

FOOD    BEV.

11-07

54692    TOTAL

PRINT NAME _____

SIGNATURE _____



PIZZA HUT 83 BARRIGADA
RT ROUTE 10
BARRIGADA, GU 96913

TERMINAL ID:       003213790
MERCHANT #:        101160986992

MC
#xxxxxxxxxxx6843
SUR# 4
SALE
BATCH: 000227       INVOICE: 0275370100
DATE: DEC 09, 08      TIME: 18:50
SG: 014             AUTH NO: 05505Z

PRE-TIP AMT          $25.99
TIP                   3.00
12/9/08
TOTAL                28.99

*Personal Credit*
CUSTOMER COPY

---

07046.01
PER DIEM

**BANK OF GUAM**
THE PEOPLE'S BANK

SONG HUONG RESTAURANT

ANIGUA, GUAM
(671) 477-2322    2/9/08

BATCH No.      :  000217
TERMINAL ID    :  11207401
CARD           :  AMEX
CARD No.       :  XXXXXXXXXXX029 / Swiped

RREF No.       :  7137
INVOICE        :  001458
SERVER No.     :  1

TRANS.  : CREDIT CARD SALE

AMOUNT   :         $    11.50

TIP AMOUNT:        CASH TIP 2.00
(IF ANY, PLEASE SIGN)

TOTAL AMOUNT:      $  13.50

Tran Date/Time : 12/09/08    13:40:55
APPROVAL       : 535717

Customer Copy
Thank you!

---

Per Diem
Grocery
07046.01
12/08/08
Backup Itemized

PAY-LESS SUPERMARKETS INC.
MICRO-MALL - 637-7233/7238

| NS KINCHEE BOWL | NP | 1.09 F |
|---|---|---|
| NS KINCHEE BOWL | NP | 1.09 F |
| WSTBR LENTILS | NP | 1.99 F |
| WS/BR LENTILS | NP | 1.99 F |
| WSTBR LENTILS | NP | 1.99 F |
| JIF PEANUT BTR | A NP | 2.59 F |
| MM JCE ORNG HRTW | NP | 6.25 F |
| TGRAND BLACK TEA | NP | 2.09 F |
| TGRAND BLACK TEA | NP | 2.09 F |
| CA SUN 2%LF MILK | NP | 4.29 F |
| MW SALAD DRESSIN | NP | 3.99 F |
| KIKKOMANSOYSAUCE | B NP | 2.19 F |
| KRET SLI TRKYBRS | NP | 4.15 F |
| OM DS BF SALAMI | NP | 4.69 F |
| US T-BONE STEAK | NP | 7.73 F |
| US T-BONE STEAK | NP | 7.82 F |
| FRANZ MUFFINS | NP | 2.39 F |

YOUR BALANCE DUE IS          58.42
AMEX CREDIT CARDS            58.42
CHANGE                         .00

YOUR APPROXIMATE GRT IS  $  2.25

*****************************************
Ads+BonusBuy( 1%)
Savings      $  0.50
*****************************************

12/08/08 13:58 0010 05 0189 1026

THANK YOU FOR SHOPPING AT PAY-LESS
Website: www.paylessmarkets.com

*07 Older 01*
*Per Diem*
*12/14/08*

Thank you for dining with
P.F. Chang's China Bistro.
2201 Kalakaua Ave.
Honolulu, HI 96815

Server: Randi                    DOB: 12/14/2008
03:36 PM                              12/14/2008
Table 402/1                           5/50028

AMEX                                    3145743
Card #XXXXXXXXXXX1029
Magnetic card present:
Approval: 592195

        Amount:              14.92

        + Tip:    _____3.00_____

        = Total:       17.92

Join us for lunch at
P.F. Chang's Waikiki!
www.pfchangshawaii.com

*07 06 01*
*Per Diem*
FHYLEGG MICRONALL HG
LOT 5013-3-R3 MICRONESIA MALL
DEDEDO  GU 96929
671-637-7233

Merchant ID: 0110725
Term ID: 0005

        Sale
        *12/8/08*
AMEX
XXXXXXXXXXX1029
Entry Method: Swiped
Apprvd: Online  .  Batch#: 000003
12/08/08                    13:59:16

Inv#: 00000004 Appr Code: 530543

Total:          $      58.42

Customer Copy
THANK YOU
FOR VISITING!

---

*07066 01*   (45)
*Per Diem*
*MEAL*
*12/13/08*

SBARRO
* *Royal Hawaiin Shop Ctr* *
2201 Kalakaua Ave.
Honolulu, HI
808-923-8180

Host: Laura               12/13/2008
1201                         7:38 PM
                             10202

Pepperoni Slice (2 @3.79)        7.58
Reg Diet Pepsi                   1.99

Subtotal                         9.57
Tax                              0.43

Eat In Total            10.00
AMEX #XXXXXXXXXXX1029            10.00
Auth:565464

Celebrating Fifty Years
Over 1000 Locations
World's #1 Italian
Quick Service Restaurant

*07066.01* --
*Per Diem*
JAVA HUT CAFE
STAR BLDG SUITE 125
TAMUNING, GU 96913
671-649-5282

Merchant ID: 0289001711
Term ID: JHC1

        Sale
        *12/11/08*
VISA
XXXXXXXXXXXXXG966
Entry Method: Swiped
Apprvd: Online         Batch#: 000003
12/11/08                    13:28:39

Inv #: 00000010    Appr Code: 033046

Amount:              $    14.50

Tip:                _____

Total: *personal*
       *CREDIT*
Customer Copy *CARD*

THANK YOU!

---

*07066.01*
*Per Diem*
SHIRLEY'S - TAMUNING
TAMUNING,GUAM
CITIBANK N.A.

TERMINAL ID. :                 90000114
MERCHANT #:         0007905812134S

AMEX - CARD SWIPE
XXXXXXXXXXXX1029
SALE
INVOICE# 103923       BATCH: 000122
DATE: DEC 08, 08      TIME: 18:33
APPR: 000051279974
REF NO: 529469

BASE
                              $36.10
                               3.00
TOTAL  *12/8/08* 39.10
CUSTOMER COPY

*07066.01*
*Per Diem*
JEFF'S PIRATE COVE
TALOFOFO, GUAM
CITIBANK N.A.

TERMINAL ID. :                 90000000
MERCHANT #:          0007905812132T9

AMEX - CARD SWIPE
XXXXXXXXXXXX1029
SALE
INVOICE# 563774       BATCH: 000134
DATE: DEC 13, 08      TIME: 14:39
CRN# 000011232385
AUTH NO: 502400

BASE   *12/13/08*     $24.75
                        3.00
TOTAL               27.75
        COPY
*07 06.01*
*Per Diem*
AJI-ICHI JAPANESE RESTAURANT
TUMON BAY PLAZA
1023 N. MARINE DR.
UPPER TUMON, GUAM 96913
(671) 646-6414

Merchant ID: 000013503125
Term ID: 03125380          Ref #: 001.
Server ID: 7

        Sale
XXXXXXXXXXXX1029  *12/10/08*
AMEX          Entry Method: Swiped

Amount:         $      13.00

Tip:                   2.5

Total:                 15.50

12/10/08                    13:18:54
Inv #: 000010      Appr Code: 513638
Apprvd: Online          Batch#: 000373

Customer Copy

THANK YOU!

07066:01
TAXI

**OHANA TAXI**
1615 LIHO LIHO ST #206
HONOLULU HI 96822
808-230-4569

Merchant ID: 000003589366
Term ID: 00407509   Ref #: 0001

12/13/08
Sale

xxxxxxxxxxx1029

AMEX       Entry Method: Swiped

Total:          $      36.00

12/13/08          19:01:06

Inv #: 000001  Appr Code: 595411
Apprvd: Online   Batch#: 000138

Customer Copy

THANK YOU !

---

07066:01
TAXI

MAIL CABBUX CARD RECIEPTS TO
CABBUX REBATE CENTER
738 KAHEKA ST #201 HON HI 96814
FOR A 5 PERCENT REBATE CREDIT

DATE:              2008/12/14
PICK-UP TIME:           16:04
DROP-OFF TIME:          16:25
LOCATION:       203600-9995675
CAR NUMBER:             0159
CARD TYPE:            AMEX S
CARD:       ***********1029
EXPIRY:              *****
AUTH:             AP588771

FARE ($):              38.00
EXTRA ($):              0.00
SUBTTL ($):            38.00

12/14/08

TIP ($):_____

TOTAL ($):_____

SIGNATURE:_____

THECAB   WWW THECABHAWAII COM
808 422 2222

CUSTOMER'S COPY

---

46

07066.01
GAS
FOR CAR

WELCOME TO
SPPC BARRIGADA
12/14/08

BARRIGADA 76
112 ROUTE 10
BARRIGADA        GU
DLR# 00247395
DATE: 12/14/08

AMEX            ACCT#
XXXX XXXXXX X1029
PPVMMGRJZ6J
INV# 052958    DM/HG
REF# 921 14-018
AUTH# 00-507382

PUMP# 6         SELF
UNL           3.510G
PRICE/GAL    $2.849

FUEL TOTAL   $10.00

CUSTOMER SIGNATURE
4% GRT INCLUDED

THANK YOU



47

*07066.01*
*PerDiem*

## Ocean Terrace
Sheraton
2255 Kalakaua Avenue
Honolulu, HI 96815
808-922-4422

*12/14/08*

```
EMP: APRIL G                    AMEX
Date 12/14/08        Time 08:30
Table  424           OCEAN TERR
30801023
------------------------------------
Card Holder  TUCKER/JL
Card Number  ***********1029    **/**
Auth-Code..  520225      Ctrl: 61440
```

Amount..      21.99

Tip....        4,00

Total..       25,99

*grees to pay total in
agreement governing*

*mer Copy ***



## Ocean Terrace
Sheraton
2255 Kalakaua Avenue
Honolulu, HI 96815
808-922-4422

Server:: MIGUEL T

**APRIL G**                    30801023
Sun 12/14/08 8:30 AM    Table   424
Guest Num:  1           Guests      1
                        OCEAN TERR
-------------------------------------
```
 1 REGULAR           0.00
 1 OMELET           18.00
 1   CHEDDAR CHZ     0.00
 1   HAM             0.00
 1   ONIONS          0.00
 1 COFFEE            3.00
-------------------------------------
W926              SubTotal    21.00
O Y TUCKER, JACK
                    Taxes...    0.99
```

## Total 21.99

```
AMEX Amount Applied   21.99

AMEX Tendered   21.99
```

FOOD          21.00

Gratuity Not Included

----------------------------------------
FOR ROOM CHARGES ONLY!

Gratuity        _____

Total Charge    _____

Room Number     _____

Hotel    PK __  MS __  RH __  SW __

Print Name  _____ _____

"PE  _____

====================================

Sheraton Waikiki Hotel
2255 Kalakaua Avenue
Honolulu, HI 96815
Tel: 808-922-4422 Fax: 808-923-8785

12/14/08

**Come back soon**

GUEST                                          TRAVEL AGENT / CHARGE TO

Mr. Jack Tucker
| | | |
|---|---|---|
| Room | 926 | |
| Rate | 199.00 | |
| No pers | 1 | |
| Folio | A | |
| Page | 1 | |
| Arrive | 13-DEC-08 | 19:00 |
| Depart | 14-DEC-08 | 13:41 |
| Payment | AX | |

Vch/Bkg #

| DATE | REFERENCE | DESCRIPTION | | CHARGES / CREDIT |
|---|---|---|---|---|
| 13-DEC-08 | RT926 | Room | SPG | 199.00 |
| 13-DEC-08 | RT926 | General Excise Tax-4.712% | | 9.38 |
| 13-DEC-08 | RT926 | Occupancy Tax-7.25% | | 14.43 |
| 14-DEC-08 | LATECHKOUT | Late Checkout Charge | | 25.00 |
| 14-DEC-08 | LATECHKOUT | Extra Rev GE Tax-4.712 | | 1.18 |
| 14-DEC-08 | AX | American Express | | 248.99- |

***For Authorization Purposes Only***
xxxxx1029
Auth Date      Code      Authorized
13-DEC-08    593850        238.80

Balance Due                                    0.00

Mahalo for being our guest. Should you have questions about your folio, please call
(877) 214-1629. We look forward to welcoming you back soon.

I agree to remain personally liable for the payment of this account if the
corporation or other third party billed fails to pay part or all of these charges

As a Starwood Preferred Guest, you could have earned 100
Starpoints for this visit. Please provide your member number
or enroll today.
Mr. Jack Tucker
FOLIO        13-DEC-08    ROOM    DEPART    AGENT
                          926    14-DEC-08   SWFDMS

Member of Starwood Preferred Guest®