# Gershman, Brickner & Bratton, Inc. (49)

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

**Expense Details (With Memo)**

Printed on: 1/28/2009
Page 1 of 2

C. ANDERSON

**Project ID:** 07066:01
**Project Name:** US District Court for Guam - Receivership
**Manager:** HWG
**Client ID:** 07066

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 12/1/2008 to 12/31/2008 | CA to CA | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| ✱ 12/12/2008 | Miscellaneous Travel Expenses<br>Fuel for vehicle to drive to Portland to catch plane to leave instead of taking a plane from Medford to Portland. | 1.00 | $28.57 | $28.57 | 0.00 | $28.57 | Billable |
| 12/12/2008 | Meals<br>Per Diem: Meal while traveling to portland oregon to catch plane for Guam. | 1.00 | $16.60 | $16.60 | 0.00 | $16.60 | Billable |
| 12/12/2008 | Meals<br>Per diem; coffee | 1.00 | $3.55 | $3.55 | 0.00 | $3.55 | Billable |
| ✱ 12/13/2008 | Miscellaneous Travel Expenses<br>Return trip to home by Chace's wife - Fuel for travel from Portland Oregon back to Medford after dropping off Chace to catch plane to leave the next day. | 1.00 | $28.27 | $28.27 | 0.00 | $28.27 | Billable |
| 12/14/2008 | Meals<br>Per Diem: coffee and roll. | 1.00 | $4.95 | $4.95 | 0.00 | $4.95 | Billable |
| 12/14/2008 | Taxi<br>Taxi from airport to hotel. | 1.00 | $35.70 | $35.70 | 0.00 | $35.70 | Billable |
| 12/14/2008 | Plane<br>Continental Flight travel dates 12/14/08-1/7/09. Confirmation number BQ5CSX. | 1.00 | $4,804.79 | $4,804.79 | 0.00 | $4,804.79 | Billable |
| 12/15/2008 | Meals<br>Per diem food at airport. | 1.00 | $54.17 | $54.17 | 0.00 | $54.17 | Billable |
| 12/15/2008 | Meals<br>Per diem food. | 1.00 | $4.98 | $4.98 | 0.00 | $4.98 | Billable |
| 12/15/2008 | Taxi<br>Taxi from hotel to airport. | 1.00 | $44.00 | $44.00 | 0.00 | $44.00 | Billable |
| 12/17/2008 | Miscellaneous Travel Expenses<br>Fuel for vehicle. | 1.00 | $33.97 | $33.97 | 0.00 | $33.97 | Billable |
| 12/17/2008 | Meals<br>Per diem: food. | 1.00 | $27.90 | $27.90 | 0.00 | $27.90 | Billable |
| 12/17/2008 | Meals<br>Per diem: food to cook in the apartment. | 1.00 | $107.13 | $107.13 | 0.00 | $107.13 | Billable |
| 12/17/2008 | Meals<br>Per diem: food | 1.00 | $19.69 | $19.69 | 0.00 | $19.69 | Billable |
| 12/18/2008 | Meals<br>Per diem: food to cook in the apartment. | 1.00 | $33.32 | $33.32 | 0.00 | $33.32 | Billable |
| 12/20/2008 | Meals<br>Per diem meal. | 1.00 | $20.00 | $20.00 | 0.00 | $20.00 | Billable |
| 12/20/2008 | Meals | 1.00 | $6.08 | $6.08 | 0.00 | $6.08 | Billable |

BillQuick Standard Report Copyright 2007. Last Modified on: 1/28/2009

✱ These charges for fuel resulted in a savings of $288.31 based on 590 miles round trip at IRS mileage rate of 58.5cents/mile

# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com

(50)

**Expense Details (With Memo)**

Project ID: 07066:01
Project Name: US District Court for Guam - Receivership
Manager: HWG
Client ID: 07066

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 12/1/2008 to 12/31/2008 | CA to CA | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 12/21/2008 | Per diem: food to have in the apartment. Meals | 1.00 | $59.25 | $59.25 | 0.00 | $59.25 | Billable |
| 12/22/2008 | Per Diem: food Meals | 1.00 | $2.95 | $2.95 | 0.00 | $2.95 | Billable |
| 12/23/2008 | Per diem: coffee Meals | 1.00 | $3.15 | $3.15 | 0.00 | $3.15 | Billable |
| 12/24/2008 | per diem: food Miscellaneous Travel Expenses Fuel for vehicle. | 1.00 | $36.40 | $36.40 | 0.00 | $36.40 | Billable |
| 12/24/2008 | Meals | 1.00 | $9.95 | $9.95 | 0.00 | $9.95 | Billable |
| 12/24/2008 | Per deim: food to cook in the apartment. Meals | 1.00 | $10.45 | $10.45 | 0.00 | $10.45 | Billable |
| 12/25/2008 | Per diem: food Meals | 1.00 | $23.31 | $23.31 | 0.00 | $23.31 | Billable |
| 12/26/2008 | Per Diem: food. Meals | 1.00 | $4.79 | $4.79 | 0.00 | $4.79 | Billable |
| 12/27/2008 | Per diem: food. Meals | 1.00 | $38.75 | $38.75 | 0.00 | $38.75 | Billable |
| 12/27/2008 | Per diem: food. Meals | 1.00 | $3.50 | $3.50 | 0.00 | $3.50 | Billable |
| 12/29/2008 | per diem: coffee Meals | 1.00 | $8.20 | $8.20 | 0.00 | $8.20 | Billable |
| 12/29/2008 | Per diem: fish from the fish co-op. Meals | 1.00 | $30.84 | $30.84 | 0.00 | $30.84 | Billable |
| 12/30/2008 | Per Diem: food at the grocery store to cook back at the apartment. Meals | 1.00 | $12.45 | $12.45 | 0.00 | $12.45 | Billable |
| 12/31/2008 | Per diem: salad and drink. Meals | 1.00 | $2.58 | $2.58 | 0.00 | $2.58 | Billable |
| 12/31/2008 | Per diem: water Meals | 1.00 | $37.00 | $37.00 | 0.00 | $37.00 | Billable |
| 12/31/2008 | Per diem meal. Meals Per diem: food purchased at grocery store to cook in the apartment. | 1.00 | $18.58 | $18.58 | 0.00 | $18.58 | Billable |

Sum of Billable Expenses: $5,575.82    $5,575.82

Billable + Non-Billable Total: $5,575.82    $5,575.82

BillQuick Standard Report Copyright 2007. Last Modified on: 1/28/2009



| | |
|---|---|
| **From:** | Linda Law |
| **Sent:** | Friday, November 14, 2008 10:26 AM |
| **To:** | Cora Chaply |
| **Subject:** | FW: eTicket Itinerary and Receipt for Confirmation BQ5CSX |

**From:** Continental Airlines, Inc. [mailto:continentalairlines@continental.com]
**Sent:** Wednesday, November 12, 2008 4:10 PM
**To:** Linda Law
**Subject:** eTicket Itinerary and Receipt for Confirmation BQ5CSX

To ensure delivery of this e-mail please add continentalairlines@continental.com to your address book or approved senders list. See instructions for adding us to your address book.

  

Confirmation: **BQ5CSX**

Print your boarding pass at continental.com within 24 hours of your flight

Issue Date: November 12, 2008

| Traveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| ANDERSON/RICHARD | CMR0052174672975 | Gold / ST Elite | 06C/4B/2K/1B |

### FLIGHT INFORMATION

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Sun, 14DEC08 | CO6423[1] | J | PORTLAND OR (PDX) **12:40PM** | HONOLULU HNL (HNL) **4:41PM** | | |
| Mon, 15DEC08 | CO1[2] | Z | HONOLULU HNL (HNL) **3:30PM** | GUAM IS SW PAC (GUM) **7:10PM (16DEC)** | 767-400 | Dinner |
| Sat, 03JAN09 | CO2[3] | D | GUAM IS SW PAC (GUM) **7:30AM** | HONOLULU HNL (HNL) **6:40PM (02JAN)** | 767-400 | Breakfast |
| Tue, 06JAN09 | CO12 | D | HONOLULU HNL (HNL) **9:40PM** | LOS ANGELES (LAX) **5:00AM (07JAN)** | 757-200 | Snack |

[1] Operated by NORTHWEST AIRLINES INC
[1] Check-in at the Northwest Ticket Counter
[2] Operated by CONTINENTAL MICRONESIA
[3] Operated by CONTINENTAL MICRONESIA

### FARE INFORMATION

| Fare Breakdown | | Form of Payment: |
|---|---|---|
| Airfare: | 4,720.00USD | AMERICAN EXPRESS |
| U.S. Federal Transportation Tax: | 47.43 | Last Four Digits XXXX |
| U.S. Flight Segment Tax: | 7.00 | |
| U.S. Security Service Fee: | 10.00 | |
| U.S. APHIS User Fee: | 5.00 | |
| Guam Inspection Service Charges: | 6.36 | |
| U.S. Passenger Facility Charge: | 9.00 | |
| Per Person Total: | 4,804.79USD | |

**eTicket Total:** **4,804.79USD**

The airfare you paid on this itinerary totals: 4,720.00 USD

**The taxes you paid on this itinerary total: 84.79 USD**

Fare Rules: Additional charges may apply for changes in addition to any fare rules listed.

REFUNDABLE

Add Collect: An additional amount for the difference in fare was charged to AMERICAN EXPRESS XXXXXXXXXXX6002 on November 12, 2008. 428.82 USD per ticket for an additional total of 428.82 USD was collected.

### International eTicket Travel Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 60 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be canceled if this condition is not met.
- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 30 minutes prior to scheduled departure.
- Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.
- Bring this eTicket Receipt along with photo identification, proof of citizenship, passport and/or visa to the ticket lobby for check-in.
- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger.
- For up to the minute flight information, sign-up for our Flight Status E-mail at continental.com or call 1-800-784-4444; in Spanish 1-800-579-3938.
- If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket.
- For the most current status of your reservation, flights and other important policies, go to continental.com.
- Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules above.
- International taxes and fees may be collected at your departure airport.

### Continental Checked Baggage Policy

BusinessFirst passengers are allowed 3 checked bags. The maximum weight allowed is 70 pounds and 62 linear inches (total length + width + heights) per piece. Read the complete details at continental.com.

### Take a Companion On Your Next Trip - Your Carry-on Bag

Bring your bag onboard and save time. Trial size liquids, gels and aerosol items (3.4 oz./100ml or less) that fit in one, quart-size (1 liter), clear plastic zip-top bag are allowed beyond security. Restrictions vary for flights departing from non-U.S. airports. See continental.com or tsa.gov for details.

### Earn Bonus Miles and Save with Our Car Partners.

Compare great rental car rates and earn up to 1,500 OnePass® miles with Avis and Hertz. Book your next car rental at continental.com

### Check the Weather Before You Fly

Be prepared for your trip. Check continental.com for the Weather Channel forecast for your destination.

### Keep Your Important Items With You

Continental recommends that you keep an ample supply of personal items with you while traveling. Items that you might consider placing in your carry on luggage include: required medication, valuables, travel documents, keys and currency.

### IMPORTANT CONSUMER NOTICES

- Your travel is subject to Continental's Contract of Carriage terms. The Contract is available at any CO ticketing facility, continental.com or by calling 1-800-525-0280. The Contract terms include rules about limits on liability for personal injury or death and for loss, damage, or delay of goods and baggage, check-in times, overbooking, security issues, reservations, denial of carriage, refunds, claims limits and restrictions, including time limitations for filing a claim or lawsuit, and schedule changes and irregularities.
- On domestic flights, Continental's maximum liability limit for checked baggage is $3000 USD per passenger and Continental excludes liability for all unchecked baggage. On international flights governed by the Warsaw Convention (including the domestic portions of the trip), maximum liability for checked baggage is approximately $640 USD per bag, and $400 USD per passenger for unchecked baggage. On international flights governed by the Montreal Convention (including domestic portions of the trip) maximum liability for baggage is 1,000 SDRs per passenger for checked and unchecked baggage. You can declare excess valuation on certain baggage at the airport, additional fees will apply. Continental excludes liability for fragile, valuable or perishable items carried in all baggage including jewelry, computers, cash, camera

*Guam fuel on way to Portland Airport 12/12/08 $28.57 chace 07066:01*

```
FastPay

CHEVRON MRKT EXPRS
1250 GATEWAY
COTTAGE GROVE, OR.

12/12/08              07:07
STN #              00205317

MASTERCARD
XXXXXXXXXXXX9191

AUTH#             005742
INV #            1711902
CREDIT
PUMP#06            REGUNL
GALLONS            15.044
   @ $1.899/GAL
FUEL              $28.57

TL/NOTAX          $28.57
TOTAL             $28.57

THANK YOU AND HAVE
A GREAT DAY!!!
```

*Guam Fuel $28.27 Chace 07066:01 5300*

```
WELCOME
TO OLD TOWN 76

OLD TOWN 76
400 W BURNSIDE
PORTLAND                OR
DLR# 00470187
DATE: 12/13/08

MASTERCARD       ACCT#
XXXXXXXXXXXX9191
Q6SGJ6H4R7B7
INV# 184518        D5/DG
REF# 921 55-015
AUTH# 00-045412

PUMP#  4           FULL
UNL               14.887G
PRICE/GAL         $1.899

FUEL TOTAL        $28.27

COMPLETE A SURVEY
WWW.GASVISIT.COM
REGISTER TO WIN
```

*07066:01 5300  Guam  12/17/08 Fuel Chace $33.97*

```
Airport Mobil
Service Station
671-649-0052

TRAN #:       073058
INV NO # :     10964
17/12/2008  09:54:50
TERMINAL    : 543001
APPROVAL #  : 055442
RECEIPT #   : 038052
SALES RPT #:  777

PUMP#  9
Syn Regule @$2.849/G
TOTAL GAL:    11.922
TOTAL:         33.97
TOTAL SALE:    33.97

Master
EXP. DATE   : 10/03
CARD NUMBER:
XXXXXXXXXXXX9191
```



Guam Airport Taxi Chace $35.70
12/14/08  07 066:01  Chace

03/10
RICHARD C ANDERSON

SIGN HERE
X

| QTY | CLASS | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
|  |  | Taxi Services |  | 32.70 |
|  |  |  |  | 3.00 |

DATE 12/14/08
AUTHORIZATION 460
SUB TOTAL
REFERENCE NO.
SERVER
TAX
TIP
MISC.
5444952
TOTAL 35.70

RETAIN THIS COPY FOR YOUR RECORDS

---

Guam Per Diem

MAIL CABBUX CARD RECIEPTS TO
CABBUX REBATE CENTER
738 KAHEKA ST #201 HON HI 96014
FOR A 5 PERCENT REBATE CREDIT

TAXI

DATE: 2008/12/15
PICK-UP TIME: 11:26
DROP-OFF TIME: 11:49
LOCATION: 203600-9995675
CAR NUMBER: 0635
CARD TYPE: MC M
CARD: ************9191
EXPIRY: *****
AUTH: AP04504Z

07066:01

FARE ($): 39.00
EXTRA ($): 0.00
SUBTTL ($): 39.00

TAXI TO HI AIRPORT

TIP ($): 5

TOTAL ($): 44.00

SIGNATURE:

THECAB  WWW.THECABHAWAII.COM
808 422 2222

CUSTOMER'S COPY



*Guam Per Diem Food*
*12/23/08 Chace*

McDonald's Corporation
Thank you for eating at McDonald's
of Tumon Bay 646-9694
Mgr: Clarissa D. Hermosilla

1328 PALE SAN VITORES ROAD
TUMON, GU 96913

THANK YOU ✓

MCDONALDS OF TUMON B   TEL# (671)646
12 KS#03  S#1   Dec.23'08(T
STORE#  7380

Order #312                    10:00

2 EGG MCMUFFIN                 6.30

SUB TOTAL                      6.30
TAKE OUT TAX                   0.00

**$3.15**                     (6.30)

CASH TENDERED                 10.00

CHANGE  *0706:01*              3.70
        *5300*

---

*Guam: Per Diem*
*THE BUZZ 12/22* ✓
*(671)472-1BUZ*
*(671)472-1282 Coffee*
*0706:01*

(12/22/2008)  9:42AM    09
000000#8725         CLERK09

DRINK 2                      $2.95

ITEMS    1Q
CASH    **$2.95**

---

*Guam Per Diem*
*Food 12-6-08*

**BANK OF GUAM**
THE PEOPLE'S BANK

SUPERMART
REGOS MANGILAO GU
(671) 735-5278

BATCH No.    : 000411
TERMINAL ID  : 3519717
CARD         : MASTERCARD
CARD No.     : XXXXXXXXXXXX9191 / Swiped
RREF No.     : 13519
INVOICE      : 002694
TRANS.       : CREDIT CARD SALE
AMOUNT       : **6.08**
Tran Date/Time : 12/20/08 20:56:48
APPROVAL     : 65252Z
Customer Copy
Thank... *12/20/08*
       *Chace*

---

*Guam Per Diem*
*0706:01    5300*

JEFFS PIRATES COVE INC
111 RT 4 IPAN
TALOFOFO, GU 96915

TERMINAL ID:         001535996
MERCHANT #:         102286821997

MC  *12/21/08*
#xxxxxxxxxxxxx9191
SVR: 6
SALE
BATCH: 000766
DATE: DEC 21, 08   INVOICE: 066959
SQ: 029              TIME: 13:54
                   AUTH NO: 055472
PRE-TIP AMT            $52.25
TIP                       7
TOTAL               **$59.25**

CUSTOMER COPY

---

*Guam Chace Per Diem*

**BANK OF GUAM**
THE PEOPLE'S BANK

SONG HUONG RESTAURANT ✓
ANIGUA, GUAM
(671) 477-2331        **$20**

BATCH No.    : 000227
TERMINAL ID  : 9186982
CARD         : MASTERCARD
CARD No.     : XXXXXXXXXXXX9191 / Swiped
RREF No.     : 7556
INVOICE      : 001848
SERVER No.   : 2
TRANS.       : CREDIT CARD SALE

AMOUNT       : $     26.50
TIP AMOUNT:  : $      4—
(IF ANY, PLEASE SIGN)
                       30.50
TOTAL AMOUNT: $ ..............
Tran Date/Time : (12/20/08)  20:32:40
APPROVAL     : 035432
Customer Copy  *12/20/08*
Thank you!     *Chace*

---

*Guam Per Diem (62) 12/17/08*
*Chace   0706:01*

671-472-2000
JAMAICAN GRILL
P.O. BOX CF
AGANA  96932   *5300*

TERMINAL I.D.:             3385
MERCHANT #:               13813

MASTER SRV: 1201  ITEM #: 013
***********9191
SWIPE
PRE-SALE

DATE: DEC 17, 2008  TIME: 19:30
                   AUTH NO: 03519Z

BASE              $25.40
TIP                 2.50
TOTAL            **27.90**

RICHARD C ANDERSON
X  [signature]

---

*Guam Per Diem*
*Chace    Food*

PAYLESS MICROMALL #7
LOT 5013-3-R3 MICRONESIA MALL
DEDEDO  GU 96929
671-637-7233

Merchant ID: 0118725
Term ID: 7778       ✓

*0706:01 Sale*
*5300*
MASTERCARD
XXXXXXXXXXXX9191
Entry Method: Swiped
Apprvd: Online    Batch#: 000009
(12/18/08)              16:25:37

Inv#: 00000013  Appr Code: 02543Z

Total:        $    (**33.32**)

Customer Copy

THANK YOU
FOR VISITING!

(56)  (62)

**(57)**

## Receipt 1 (top left)
*Handwritten:* Guam Per Diem 12/27/08 — 07066:01 5300

BESTSELLER CAFE
Guam Premium Outlets
Tamuning, Guam 96911

*Signed:* chow

503 Shirley

Check: 7969                                  Guests: 1
              12/27/2008 05:19PM

1   Reg Cappuccino                              3.50
       Regular Milk
       No Sugar
    Mastercard                                  3.50
    XXXXXXXXXX9191

    Beverage                                    3.50
    SUBTOTALS                                   3.50
    PAYMENT                                     3.50
    Change Due                                 $0.00

    ——— Check Closed ———
       12/27/2008 05:20:01PM

    Please visit us again soon
    PHONE: (671) 647-7233/34

## Receipt 2 (middle top)
*Handwritten:* Guam Fuel 12/24/08 Chace

East Agana Mobil
PO BOX EU
Agana Guam 96910
671-646-7190

*** Duplicate ***
POS: 1            Transaction #:22071750
                  Tax Invoice #:98935
Store No:  547                    Jessica
12/24/08          5:44:37 PM

*Handwritten:* 07066:01 5300

Fuel Sale
Pump # 6 Syn Regular
13.460 Gallons @ $ 2.699/Gal        36.40

Total $:                            36.40

Master:                             36.40
Change                               0.00

*Handwritten:* $36.40

Master
CARD NUM   : XXXXXXXXXXXX9191
EXP. DATE  : 10/03

TERMINAL   : 547001
APPROVAL # : 04544Z
RECEIPT #  : 157110
SALES RPT #: 942
SEQUENCE # : 61

I agree to pay the above Total Amount
according to Card Issuer Agreement.

Signature: _____

Thank You - Please Come Again Soon

## Receipt 3 (top right)
*Handwritten:* Guam Per Diem Chace Food 12/24/08

BANK OF GUAM
THE PEOPLE'S BANK

SUPERMART
REG#2 MANGILAO, GU
(671) 735-6278

*Handwritten:* 07066:01 5300

BATCH No.      : 000425
TERMINAL ID    : 3526137
CARD           : MASTERCARD
CARD No.       : XXXXXXXXXXXX9191 / Swiped
RREF No.       : 11926
INVOICE        : 003700
TRANS.         : CREDIT CARD SALE
AMOUNT         : $ **9.95**
Tran Date/Time : 12/24/08   18:07:14
APPROVAL       : 005632

Customer Copy
Thank you!

## Receipt 4 (bottom left)
*Handwritten:* Guam Per Diem Food Chace

COLD STONE CREAMERY**
NJOY COLD STONE    07066:01
AT HOME TONIGHT

#086    *illegible*           5300
1 GH CRT                           4.79
        SBT                        4.79
        TXL                        4.79
        TOTL                       **4.79**
        CASH                       5.00
        CHNG                        .21

REMEMBER COLD STONE CAKES FOR
YOUR NEXT CELEBRATION
COPY
0257 ...  09 DEC 20...

*Handwritten:* 12/26/08

## Receipt 5 (bottom middle)
*Handwritten:* Guam Per Diem 12/25/08

KING'S RESTAURANT
HARMON, GUAM
CITIBANK N.A.

TERMINAL ID. :       000001
MERCHANT N:    000790581213378

*Handwritten:* 07066:01 5300

MASTERCARD - CARD SWIPE
************9191
SALE
INVOICE: 153054      BATCH: 000562
DATE: DEC 25, 08
RRN: 000031288328
AUTH NO: 02595Z

BASE
TIP
TOTAL           $ **23.31**

CUSTOMER COPY

## Receipt 6 (bottom right)
*Handwritten:* Guam Per Diem 12/24/08 Chace Food

BANK OF GUAM
THE PEOPLE'S BANK

Buzz Cafe'
Hagatna, Guam
6714721289

*Handwritten:* 07066:01 5300

BATCH No.      : 000951
TERMINAL ID    : 3750783
CARD           : MASTERCARD
CARD No.       : XXXXXXXXXXXX9191 / Swiped
EXP DATE       : 03/10
RREF No.       : 2963
INVOICE        : 002381
SERVER No.     : 1
TRANS.         : CREDIT CARD SALE
AMOUNT         : $  8.45
TIP AMOUNT     : $  2—
(IF ANY, PLEASE SIGN)
TOTAL AMOUNT   : $ **10.45**
Tran Date/Time : 12/24/08   10:32:16
APPROVAL       : 055272

Customer Copy
Thank you!

**07066:01 5300**
Chace

### Guam Fisherman's Co-Op receipt (12/29/2008)
- Fish — 8.20
- Per Diem
- Paid
- 39 — 8.20

---

**07066:01 5300**
Per Diem

PAYLESS SUPERMARKETS HAGATNA #5
116 CHALAN SANTO PAPA
HAGATNA, GU 96910-5128
671-477-7006

Merchant ID: 0118691  Chace
Term ID: 5555

Sale

MASTERCARD
XXXXXXXXXXXX9191
Entry Method: Swiped
Apprvd: Online   Batch#: 000006
12/29/08            15:21:06

Inv#: 00000009  Appr Code: 02514Z

Total:              $   30.84

---

**07066:01 5300**
PAYLESS MICROMALL #5
LOT 5013-3-R3 MICRONESIA MALL
DEDEDO  GU 96929
671-637-7233

Merchant ID: 0118725  Per Diem
Term ID: 0005

Sale  Chace

MASTERCARD
XXXXXXXXXXXX9191
Entry Method: Swiped
Apprvd: Online   Batch#: 000002
12/31/08            10:35:34

Inv#: 00000033  Appr Code: 03541Z

Total:              $   18.58

---

**07066:01 5300**
Per Diem   Chace
E CAFE
136-D KAYEN CHANDO
DEDEDO, GU 96929

TERMINAL ID:        000569202
MERCHANT #:        102206365995

MC
#xxxxxxxxxxxx9191
SALE
BATCH: 000648    INVOICE: 040434
DATE: DEC 31, 08    TIME: 20:19
SQ: 002             AUTH NO: 01597Z

PRE-TIP AMT         $32.00
TIP                   5
TOTAL                37

CUSTOMER COPY

---

**58**

**07066:01 5300**
Chace
BANK OF GUAM
THE PEOPLE'S BANK

Buzz Cafe'  Per Diem
Hagatna, Guam
6714721289

BATCH No.     : 000955
TERMINAL ID   : 3750783
CARD          : MASTERCARD
CARD No.      : XXXXXXXXXXXX9191 / Swiped
EXP DATE      : 03/10
RREF No.      : 3008
INVOICE       : 002415
SERVER No.    : 1
TRANS.        : CREDIT CARD SALE

AMOUNT        :  $   10.45
TIP AMOUNT:      $    2
(IF ANY, PLEASE SIGN)

TOTAL AMOUNT:    $12.45
Tran Date/Time : 12/30/08   13:01:36
APPROVAL       : 02526Z

Customer Copy
Thank you!

---

GUAM Per Diem
**07066:01 5300**
JANZ'S BY THE SEA
AGAT, GUAM
CITIBANK N.A.

TERMINAL ID. :           90000023
MERCHANT #:         000790581213345
MASTERCARD - CARD SWIPE
************9191
SALE
INVOICE: 192832    BATCH: 000121
DATE: DEC 27, 08   TIME: 16:20
RRN: 000041165712
AUTH NO: 02595Z

BASE    12/27/08    $33.75
TIP                   5
TOTAL  Chace       $38.75

CUSTOMER COPY

---

**07066:01 5300**
Per Diem   Chace

ABC Store #511
OPEN UNTIL 11:30 PM
Visit us at WWW.ABCSTORES.COM

2 @ 1.29
07514070002   CRYSTAL GYS    2.58

SUBTOTAL        2.58
TOTAL           2.58
CASH           (5.00)
CHANGE          2.42-

Tran Code: OL7 OECE 00B 0266

*OL70ECE00B0266*

38218                    878  # 54
Register:11   Dec 31 2008  3:07 PM

** Save your receipts for FREE GIFTS **


Crain Communications Inc
DRAWER # 5842
P.O. Box 79001
DETROIT, MI 48279-5842

# INVOICE 

(59)

Invoice No.: 215916
Invoice Date: 12/22/08
Page 1 of 1

FED I.D. #: 36-0708800

**Make checks payable to: Crain Communications Inc** or **Waste News**
(We also accept all Major Credit Cards)

Please notify the Credit Department of any billing discrepancies in writing (include invoice number on all correspondence) and mail to the above address. For immediate attention, please call: 313-446-6087

```
GBB SOLID WASTE MGT. CONSUL.              Publication: Waste News
HARVEY GERSHMAN                           Salesperson: OWENS, SHERRIE
8550 ARLINGTON BLVD.                      Advertiser:  GBB SOLID WASTE MGT. CON
FAIRFAX            VA  22031              Parent:
```

| ITEM | ISSUE | EDITION, AD TYPE, SIZE, COLOR, DESCRIPTION | AMOUNT |
|---|---|---|---|
| 01 | 12/22/08 | NAT  CLDI    0 LINE BW           1X | $0.00 |
|  |  | GUAM SW MGM DIV | $1,156.00 |
|  |  | *ON LINE CLASSIFIED | $1,156.00 |
|  |  | NET AMOUNT |  |

07066-01

Thank you for your Business!

PAY THIS AMOUNT ➤ $1,156.00

---

Please detach and return lower portion with your payment

| INVOICE NO. | INVOICE DATE | ADVERTISER | PUBLICATION | ISSUE | AMOUNT DUE |
|---|---|---|---|---|---|
| 215916 | 12/22/08 | GBB SOLID WASTE MGT. CON | Waste News | 12/22/08 | $1,156.00 |

```
GBB SOLID WASTE MGT. CONSUL.
HARVEY GERSHMAN
8550 ARLINGTON BLVD.
FAIRFAX            VA  22031
```

Please return this stub with payment to

**CRAIN COMMUNICATIONS INC**
DRAWER #5842
P.O. BOX 79001
DETROIT, MI 48279-5842

**TERMS: DUE UPON RECEIPT**
Payable in U.S. Dollars drawn on a U.S. Bank

# Gershman, Brickner & Bratton, Inc.
## Time by Name
### DECEMBER 2008
**Verizon Wireless**



|  | Time | % of Time | Total phone cost | Phone cost by job |
|---|---|---|---|---|
| **Robert H Brickner** | | | | |
| other | 2.00 | 0.01 | 165.80 | 1.78 |
| other | 3.50 | 0.02 | 165.80 | 3.12 |
| other | 15.00 | 0.08 | 165.80 | 13.37 |
| other | 7.00 | 0.04 | 165.80 | 6.24 |
| other | 10.50 | 0.06 | 165.80 | 9.36 |
| other | 46.50 | 0.25 | 165.80 | 41.45 |
| other | 3.00 | 0.02 | 165.80 | 2.67 |
| No job assigned | 98.50 | 0.53 | 165.80 | 87.80 |
| **Total Robert H Brickner** | 186.00 | 1.00 | | 165.80 |
| **J. Frank Bernheisel** | | | | |
| other | 2.00 | 0.01 | 105.61 | 1.15 |
| other | 4.00 | 0.02 | 105.61 | 2.30 |
| other | 12.00 | 0.07 | 105.61 | 6.89 |
| other | 14.00 | 0.08 | 105.61 | 8.04 |
| other | 14.00 | 0.08 | 105.61 | 8.04 |
| other | 3.00 | 0.02 | 105.61 | 1.72 |
| 07066-US District Court for Guam:01-Receivership | 24.00 | 0.13 | 105.61 | 13.77 |
| other | 38.00 | 0.20 | 105.61 | 20.66 |
| other | 2.00 | 0.01 | 105.61 | 1.15 |
| No job assigned | 73.00 | 0.40 | 105.61 | 41.90 |
| **Total J. Frank Bernheisel** | 184.00 | 1.00 | | 105.61 |
| **Francois Coulombe** | | | | |
| 07066-US District Court for Guam:01-Receivership | 34.54 | 0.36 | 42.34 | 15.03 |
| No job assigned | 62.75 | 0.64 | 42.34 | 27.31 |
| **Total Francois Coulombe** | 97.29 | 1.00 | | 42.34 |
| **Timothy J Bratton** | | | | |
| other | 1.50 | 0.01 | 46.22 | 0.37 |
| other | 1.50 | 0.01 | 46.22 | 0.37 |
| other | 13.00 | 0.07 | 46.22 | 3.23 |
| other | 1.50 | 0.01 | 46.22 | 0.37 |
| 07066-US District Court for Guam:01-Receivership | 28.50 | 0.15 | 46.22 | 7.08 |
| other | 73.00 | 0.39 | 46.22 | 18.14 |
| No job assigned | 67.00 | 0.36 | 46.22 | 16.65 |
| **Total Timothy J Bratton** | 186.00 | 1.00 | | 46.22 |
| **Total Phone Bill for DECEMBER 2008** | | | 359.97 | |

1/07/09

# Gershman, Brickner & Bratton, Inc.
## Time by Name
## December 2008
### ATT



|  | Time | % of Time | Total phone cost | Phone cost by job |
|---|---|---|---|---|
| **Harvey W Gershman** |  |  |  |  |
| other | 0.25 | 0.00 | 203.68 | 0.25 |
| other | 16.25 | 0.08 | 203.68 | 16.57 |
| 07066-US District Court for Guam:01-Receivership | 48.75 | 0.24 | 203.68 | 49.71 |
| other | 7.25 | 0.04 | 203.68 | 7.39 |
| other | 8.50 | 0.04 | 203.68 | 8.67 |
| other | 5.25 | 0.03 | 203.68 | 5.35 |
| other | 21.50 | 0.11 | 203.68 | 21.92 |
| other | 1.00 | 0.01 | 203.68 | 1.02 |
| No job assigned | 91.00 | 0.46 | 203.68 | 92.79 |
| **Total Harvey W Gershman** | 199.75 | 1.00 |  | 203.68 |
| **Chris Lund** |  |  |  |  |
| other | 17.00 | 0.08 | 132.67 | 10.54 |
| 07066-US District Court for Guam:01 Receivership | 101.00 | 0.47 | 132.67 | 62.61 |
| No job assigned | 96.00 | 0.45 | 132.67 | 59.52 |
| **Total Chris Lund** | 214.00 | 1.00 |  | 132.67 |

**Total Phone Bill for December 2008**     336.35

Page 1 of 1

1/01/09

## Gershman, Brickner Bratton, Inc.
## Time by Name
## December 2008
### Sprint



|  | Time | % of Time | Total phone cost | Phone cost by job |
|---|---|---|---|---|
| **Chace Anderson (Sprint)** |  |  |  |  |
| other | 5.00 | 0.03 | 223.13 | 5.64 |
| C07066-US District Court for Guam:01-Receivership | 166.25 | 0.84 | 223.13 | 187.59 |
| other | 3.00 | 0.02 | 223.13 | 3.38 |
| No job assigned | 23.50 | 0.12 | 223.13 | 26.52 |
| **Total Chace Anderson** | 197.75 | 1.00 |  | 223.13 |
|  |  |  |  |  |
| **Jack Tucker (Sprint Cell)** |  |  |  |  |
| C07066-US District Court for Guam:01-Receivership | 134.50 | 0.78 | 115.40 | 89.98 |
| No job assigned | 38.00 | 0.22 | 115.40 | 25.42 |
| **Total Jack Tucker** | 172.50 | 1.00 |  | 115.40 |
|  |  |  |  |  |
| **John Roderique (Sprint Cell) - 50 % only charged** |  |  |  |  |
| other | 3.00 | 0.02 | 34.37 | 0.56 |
| other | 45.50 | 0.25 | 34.37 | 8.50 |
| other | 3.50 | 0.02 | 34.37 | 0.65 |
| other | 24.50 | 0.13 | 34.37 | 4.58 |
| other | 41.50 | 0.23 | 34.37 | 7.75 |
| No job assigned | 66.00 | 0.36 | 34.37 | 12.33 |
|  | 184.00 | 1.00 |  | 34.37 |

**Total Sprint Phone Bills for December 2008** — 372.90

Page 1 of 1



Invoice Number: E91534

## Chace Anderson (ID - 1769697) Summary

|  | Dec Amt | Dec $ | Jan Amt | Jan $ | Total |
|---|---|---|---|---|---|
| **Audio Conferencing** | | | | | |
| Phone Minutes | 541 | $70.33 | 0 | $0.00 | $70.33 |
| Total Tax | | $0.00 | | $0.00 | $0.00 |
| Chace Anderson Total | | $70.33 | | $0.00 | $70.33 |

## Chace Anderson's Meetings

07066-01

| Audio Conferencing December 09, 2008 | | 01:59 PM - 03:47 PM | | | Duration (Minutes): 541 | |
|---|---|---|---|---|---|---|
| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
| | | N | 01:59 PM | 03:47 PM | 109 | $14.17 |
| | | N | 01:59 PM | 03:47 PM | 108 | $14.04 |
| | | N | 01:59 PM | 03:47 PM | 109 | $14.17 |
| | | N | 02:00 PM | 03:47 PM | 108 | $14.04 |
| | | N | 02:01 PM | 03:47 PM | 107 | $13.91 |
| | | | | Total | 541 | **$70.33** |



## Christopher Lund (ID - 8040967) Summary

|  | Dec Amt | Dec $ | Jan Amt | Jan $ | Total |
|---|---:|---:|---:|---:|---:|
| **Audio Conferencing** | | | | | |
| International Audio Minutes | 234 | $63.18 | 0 | $0.00 | $63.18 |
| Phone Minutes | 476 | $61.88 | 0 | $0.00 | $61.88 |
| Total Tax | | $0.00 | | $0.00 | $0.00 |
| **Christopher Lund Total** | | $125.06 | | $0.00 | $125.06 |

## Christopher Lund's Meetings

**Audio Conferencing**
December 02, 2008     02:57 PM - 03:37 PM     Billing Code: 706601     Duration (Minutes): 150

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---:|---:|
| | | N | 02:57 PM | 03:01 PM | 4 | $1.08 |
| | | N | 02:59 PM | 03:37 PM | 39 | $5.07 |
| | | N | 03:00 PM | 03:37 PM | 37 | $4.81 |
| | | N | 03:02 PM | 03:37 PM | 36 | $4.68 |
| | | N | 03:04 PM | 03:37 PM | 34 | $9.18 |
| | | | | Total | 150 | $24.82 |

**Audio Conferencing**
December 14, 2008     07:29 PM - 08:05 PM     Billing Code: 706601     Duration (Minutes): 72

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---:|---:|
| | | N | 07:29 PM | 08:05 PM | 37 | $4.81 |
| | | N | 07:30 PM | 08:05 PM | 35 | $9.45 |
| | | | | Total | 72 | $14.26 |

**Audio Conferencing**
December 16, 2008     03:01 PM - 03:49 PM     Billing Code: 706601     Duration (Minutes): 213

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---:|---:|
| | | N | 03:01 PM | 03:49 PM | 49 | $6.37 |
| | | N | 03:01 PM | 03:49 PM | 49 | $6.37 |
| | | N | 03:03 PM | 03:49 PM | 46 | $5.98 |
| | | N | 03:06 PM | 03:49 PM | 44 | $11.88 |
| | | N | 03:25 PM | 03:49 PM | 25 | $6.75 |
| | | | | Total | 213 | $37.35 |

**Audio Conferencing**
December 17, 2008     03:00 PM - 04:33 PM     Duration (Minutes): 275

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---:|---:|
| | | N | 03:00 PM | 04:33 PM | 93 | $12.09 |
| | | N | 03:02 PM | 04:33 PM | 92 | $24.84 |
| | | N | 03:03 PM | 04:33 PM | 90 | $11.70 |
| | | | | Total | 275 | $48.63 |

### Christopher Lund's Billing Code Summary

| Billing Code | Service | Item | Quantity | Cost |
|---|---|---|---:|---:|
| 706601 | Audio Conf. | International Audio Minutes | 142 | $38.34 |
| 706601 | Audio Conf. | Phone Minutes | 293 | $38.09 |
| | | Tax | | $0.00 |
| | | Billing Code 706601 Total | | $76.43 |
| | | Total Tax: | | $0.00 |
| | | Christopher Lund's Billing Codes Total: | | $76.43 |


(65)

## David Manning (ID - 3335669) Summary

|  | Dec Amt | Dec $ | Jan Amt | Jan $ | Total |
|---|---|---|---|---|---|
| **Audio Conferencing** | | | | | |
| Phone Minutes | 700 | $91.00 | 0 | $0.00 | $91.00 |
| Total Tax | | $6.36 | | $0.00 | $6.36 |
| David Manning Total | | $97.36 | | $0.00 | $97.36 |

## David Manning's Meetings

**Audio Conferencing**     Billing Code: 0706601
**December 01, 2008**     02:00 PM - 02:44 PM     Duration (Minutes): 254

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| | | N | 02:00 PM | 02:44 PM | 45 | $5.85 |
| | | N | 02:00 PM | 02:44 PM | 45 | $5.85 |
| | | N | 02:00 PM | 02:42 PM | 42 | $5.46 |
| | | N | 02:01 PM | 02:22 PM | 22 | $2.86 |
| | | N | 02:02 PM | 02:22 PM | 20 | $2.60 |
| | | N | 02:05 PM | 02:44 PM | 39 | $5.07 |
| | | N | 02:06 PM | 02:44 PM | 38 | $4.94 |
| | | N | 02:26 PM | 02:29 PM | 3 | $0.39 |
| Tennessee State Tax | | | | | | $2.31 |
| | | | | Total | 254 | $35.33 |

**Audio Conferencing**     Billing Code: 0706601
**December 05, 2008**     01:59 PM - 02:45 PM     Duration (Minutes): 228

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| | | N | 01:59 PM | 02:45 PM | 47 | $6.11 |
| | | N | 02:00 PM | 02:45 PM | 46 | $5.98 |
| | | N | 02:01 PM | 02:45 PM | 45 | $5.85 |
| | | N | 02:01 PM | 02:45 PM | 45 | $5.85 |
| | | N | 02:01 PM | 02:45 PM | 45 | $5.85 |
| Tennessee State Tax | | | | | | $2.07 |
| | | | | Total | 228 | $31.71 |

**Audio Conferencing**     Billing Code: 0706601
**December 19, 2008**     12:32 PM - 01:19 PM     Duration (Minutes): 218

| Description | Phone | Dial Out | Joined | Left | Duration | Cost |
|---|---|---|---|---|---|---|
| | | N | 12:32 PM | 12:32 PM | 1 | $0.13 |
| | | N | 12:32 PM | 01:19 PM | 48 | $6.24 |
| | | N | 12:34 PM | 01:19 PM | 45 | $5.85 |
| | | N | 12:37 PM | 01:19 PM | 43 | $5.59 |
| | | N | 12:40 PM | 12:45 PM | 6 | $0.78 |
| | | N | 12:40 PM | 01:19 PM | 40 | $5.20 |
| | | N | 12:45 PM | 01:19 PM | 35 | $4.55 |
| Tennessee State Tax | | | | | | $1.98 |
| | | | | Total | 218 | $30.32 |

### David Manning's Billing Code Summary

| Billing Code | Service | Item | Quantity | Cost |
|---|---|---|---|---|
| 0706601 | Audio Conf. | Phone Minutes | 218 | $28.34 |
| | | Tax | | $1.98 |
| | | Billing Code 0706601 Total | | $30.32 |
| 0706601 | Audio Conf. | Phone Minutes | 228 | $29.64 |
| | | Tax | | $2.07 |
| | | Billing Code 0706601 Total | | $31.71 |
| 0706601 | Audio Conf. | Phone Minutes | 254 | $33.02 |
| | | Tax | | $2.31 |
| | | Billing Code 0706601 Total | | $35.33 |
| | | Total Tax: | | $6.36 |

# Outbound Usage Billed Report  GERSHMAN, BRICKNER & BRATTON, INC.

Account: 153958   Report Period: Dec 11, 2008   Invoice: 35200759

| Calling Number | Calling Location | Called Number | Called Location | Usage Category | Date/Time | Minutes | Amount | Code | Description |
|---|---|---|---|---|---|---|---|---|---|
| (703) 573- | Fls Church, VA | | Medford, OR | 1+ Interstate | 12-10-2008 12:16:59 | 0.60 | 0.03 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Ashland, OR | 1+ Interstate | 11-13-2008 12:55:18 | 3.10 | 0.17 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Nashville, TN | 1+ Interstate | 12-02-2008 11:45:56 | 1.70 | 0.09 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Nashville, TN | 1+ Interstate | 12-01-2008 04:02:14 | 0.30 | 0.02 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Nashville, TN | 1+ Interstate | 11-26-2008 12:08:38 | 5.20 | 0.29 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Nashville, TN | 1+ Interstate | 12-01-2008 12:21:31 | 3.70 | 0.20 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Nashville, TN | 1+ Interstate | 12-01-2008 04:45:46 | 1.50 | 0.08 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Nashville, TN | 1+ Interstate | 11-19-2008 03:20:28 | 1.50 | 0.08 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Ashland, OR | 1+ Interstate | 11-14-2008 01:12:13 | 4.40 | 0.24 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Snfc sf01, CA | 1+ Interstate | 12-05-2008 03:03:14 | 27.10 | 1.49 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Ashland, OR | 1+ Interstate | 11-13-2008 01:53:03 | 1.70 | 0.09 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Findlay, OH | 1+ Interstate | 11-10-2008 01:29:34 | 7.20 | 0.40 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Sndg Sndg, CA | 1+ Interstate | 11-10-2008 03:28:14 | 0.40 | 0.02 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Nashville, TN | 1+ Interstate | 12-05-2008 03:49:35 | 1.50 | 0.08 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Nashville, TN | 1+ Interstate | 12-01-2008 10:41:59 | 4.00 | 0.22 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Nashville, TN | 1+ Interstate | 11-14-2008 01:54:38 | 2.50 | 0.14 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Nashville, TN | 1+ Interstate | 11-14-2008 11:30:25 | 2.00 | 0.11 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Dededo, GU | 1+ | 11-13-2008 02:59:36 | 8.70 | 0.44 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Dededo, GU | 1+ | 11-14-2008 03:31:49 | 30.40 | 1.52 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Nashville, TN | 1+ Interstate | 11-11-2008 05:52:02 | 0.80 | 0.04 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Nashville, TN | 1+ Interstate | 11-26-2008 01:50:20 | 9.30 | 0.51 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Dededo, GU | 1+ | 11-13-2008 03:08:50 | 34.40 | 1.72 | 0000706601 | Guam |
| (703) 573- | Fls Church, VA | | Nashville, TN | 1+ Interstate | 11-13-2008 03:45:24 | 1.10 | 0.06 | 0000706601 | Guam |
| | | | | | | | 8.04 | | |