

**GBB**
SOLID WASTE MANAGEMENT CONSULTANTS

U.S. Federal District Court of Guam
Chief Judge
520 West Soledad Avenue
Hagåtña, Guam 96910

January 14, 2009

cc: Attorney General
   c/o Assistant Pat Mason

RE: Invoice for Services    Inv No. 09-01-2486    Job No. 07066-02

| | |
|---|---|
| **PERIOD:** | Activity from December 1, 2008 through December 31, 2008 |
| **CLIENT REFERENCE:** | Order Re: Appointment of Receiver, Case 1:02-cv-00022 filed March 17, 2008 and ordered by the Chief Judge for the U.S. Federal District Court of Guam |
| **DESCRIPTION:** | Pursuant to the Consent Decree, GBB, acting as Receiver for the District Court of Guam, will enforce the terms of the Consent Decree, and assume all of the responsibilities, functions, duties, powers and authority of the Solid Waste Management Division of the Department of Public Works ("DPW"), and any and all departments, or other divisions of the DPW insofar as they affect the Government of Guam's compliance with the Consent Decree; Out-of-pocket expenditures related to emergency purchases of parts and supplies necessary for equipment maintenance for Guam's Solid Waste Division |
| **GBB Federal ID#:** | 52-1189668 |

| Payments Received To Date | Invoiced But not Received | Current Progress Amount |
|---|---|---|
| $ 15,070.29 | $ 0 | $ 726.37 |

**Expenses**

| | | |
|---|---|---|
| Emergency Maintenance (1 – 6) | $ 660.34 | |
| Fee on Expenses @ 10% | 66.03 | |
| **Total Expenses** | | $ 726.37 |

**TOTAL AMOUNT DUE GBB FOR THIS PERIOD** . . . . . . . . . . . . . . . . . . . . . . $ 726.37

Gershman, Brickner & Bratton, Inc.
8550 Arlington Boulevard, Suite 304
Fairfax, Virginia 22031-4620
(703) 573-5800  FAX (703) 698-1306
E-MAIL: gbb@gbbinc.com
Printed on recycled paper

"Exhibit II"

Payments should be executed via wire transfers using the following information:

Bank Account Name:	Gershman, Brickner & Bratton, Inc., General Account

Local Branch Address:	Bank of America, 8212 Lee Highway, Merrifield, VA 22031

Bank Account Number:

Bank Routing Number for incoming wires:

Swift Code (if needed):

# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203
Fairfax, VA 22031
Tel: 703-573-5800  Fax: 703-698-1306
jplutino@gbbinc.com
www.gbbinc.com



**Expense Details (With Memo)**

Printed on: 1/8/2009
Page 1 of 1

Project ID: 07066:02
Project Name: US District Court - Emergency Purchases for SWD
Manager: HWG
Client ID: 07066

| ELDATE | PROJECTID |
|---|---|
| 12/1/2008 to 12/31/2008 | 07066:02 to 07066:02 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 12/2/2008 | Miscellaneous Expense<br>Battery for SWMD baby packer truck | 1.00 | $81.83 | $81.83 | 0.00 | $81.83 | Billable |
| 12/3/2008 | Miscellaneous Expense<br>Paint and painting supplies for SWMD Customer Service office; Plexiglass window replacement for SWMD Customer Service office | 1.00 | $243.77 | $243.77 | 0.00 | $243.77 | Billable |
| 12/5/2008 | Miscellaneous Expense<br>Vehicle Safety Inspection fee for SWMD baby packer truck. Paid Cash | 1.00 | $15.00 | $15.00 | 0.00 | $15.00 | Billable |
| 12/5/2008 | Miscellaneous Expense<br>Power tools; Gloves; Measuring tape for Ordot maintainence projects. | 1.00 | $236.22 | $236.22 | 0.00 | $236.22 | Billable |
| 12/22/2008 | Miscellaneous Expense<br>Purchased paint for SWMD's customer call center. | 1.00 | $83.52 | $83.52 | 0.00 | $83.52 | Billable |
| | **Sum of Billable Expenses:** | | | $660.34 | | $660.34 | |
| | **Billable + Non-Billable Total:** | | | $660.34 | | $660.34 | |

07666.02
EMC purchase

## Diamond Auto Parts Receipt

**...PORATION dba Diamond Auto Parts**
AM 96921

**DEDEDO Branch**
Marine Drive
637-9616, 637-9626
632-7715

**ANIGUA Branch**
Marine Drive
472-2231, 477-8402
477-6327

PAGE 1 OF 1

INV.# 54666
CUST# 1158
DATE 12/02/08
P/O# P76P00238/071024-085

AMERICAN EXPRESS

CASH SALE Tue Dec 2 14:28:39 2008

| DESCRIPTION | LIST PRICE | CORE VALUE | UNIT PRICE | | ITEM TOTAL |
|---|---|---|---|---|---|
| ARRANTY... | 10229 | 0 | 8183 T | | 8183 |
| 81.83 | | | | | |
| HANGE DUE | 0.00 | | | | |

BATTERY OR SWMO BABY packer

| NON TAXABLE | CORE | TAXABLE | TAX % | TAX $ | TOTAL SALE |
|---|---|---|---|---|---|
| 0 | 0 | 8183 | 0.000 | 0 | 8183 |

PLEASE PAY THIS AMOUNT

Thank You!

---

## Credit Card Slip

DIAMOND AUTO HARMON
P.O. BOX 20327
GMF GU 96921
671-649-4234

BATCH #: NNNN
XXXXXXXXX5768 2242 RATE
DATE 12/02/08       TIME 10:31 AM

ITEM: 007  ANY SALE
ACCT: XXXXXXXXXX1829      OP: 08
                          EXP XX/XX S
RESP: AUTH/TKT 546481

12/02/08

TOTAL:                    $81.83

I AGREE TO PAY ABOVE TOTAL AMOUNT ACCORDING TO CARD ISSUER AGREEMENT (MERCHANT AGREEMENT IF CREDIT VOUCHER)

_signature_

JL BECKER
TOP COPY-MERCHANT  BOTTOM COPY-CUSTOMER

---

## Official Vehicle Inspection Station

**ONE-STOP AUTO CARE & TIRE OUTLET**
Beside Shell Harmon Gas Station, Rt. 16
Tel.: 646-9183 / 49

07666.02
EMC Purchase

PAID CASH JACK

REGISTERED OWNER: Department of Public Works, Gov't of Guam
YEAR: 2007  MAKE: FORD  TYPE: RANGER  COLOR: Silver
VIN: 1FTZR45E97PA96175   LICENSE/TAG NO: 4691

☐ NEW  ☐ RENEWAL

Vehicle Registration Card & Engine # Discrepancy  ☐

**ITEMS INSPECTED:** (OK / REJ)
1. Tire Tread Depth & Condition (LF) (RF) (LR) (RR)
2. ...
3. Wheels
4. Exhaust System
5. Stop Lamps
6. Lamps L&R
7. Signal Lamps (LF) (RF) (LR) (RR)
8. Bumpers (Front & Rear)
9. License Lamps
10. Windows
11. Body & Door Latches
12. Seat Belts
13. Mud Flaps (Dual Tires)
14. ...
15. Wipers
16. Horn
17. Emergency Brakes
18. Head Lights Alignment (L) (R) / High Beam (L) (R)
19. Other

HEREBY CERTIFY THAT I have inspected the above described vehicle with respect to all requirements as prescribed by law.

ACTION: ☑ PASSED  ☐ REJECTED

$15.00

INSPECTOR SIGNATURE
AMOUNT PAID: $15
DECAL NO:
P.O. NO:
DATE: 12/05/08

07066.02
EMG Purchase
(3)

# Benson
*A Tanvy Group*

12/03/08

```
12/03/08  2:09PM AM           569 SALE
----------------------------------------
789702           1    EA      4.49 EA  N
*DROPCLOTH PAPR9X12                4.49
787418           1    EA      2.99 EA  N
*EDGER TRIMLINE                    2.99
771672           1    EA      5.99 EA  N
*COVER ROLR 1-1/4"                 5.99
784477           1    EA      7.49 EA  N
*BRUSH SASH 2"                     7.49
797283           1    EA      5.79 EA  N
*9" ROLLER FRAME                   5.79
781978           1    EA      2.99 EA  N
*PAINT TRAY STADIUM                2.99
1.2533115-16     2    GL     13.50 GL *N
2500 INT.FLAT WHITE/PASTEL        27.00
14FGC            2    SH     95.00 SH *N
1/4" FLEXIGLASS 4 X 8 CLEAR      190.00

SUB-TOTAL:     246.74   TAX:
 DISCOUNT:      -2.97  TOTAL:    243.77
                       BC AMT:  $243.77

BK CARD#: XXXXXXXXXXX1029
ID:  300001746206
AUTH: 569288        AMT:        243.77
Host reference #:116354  Bat#000926
SWIPED
CARD TYPE:AM EXPRESS   EXPR:XXXX
```

==>> JRNL#B16354                    <<==
        CUST # *1

THANK YOU JL  TUCKER
FOR YOUR PATRONAGE

Name: X_____

I agree to pay above total amount
according to card issuer agreement
(merchant agreement if credit voucher)
        Customer Copy



# Benson

P.O. Box 6157, Tamuning, GU 96931-6157
779 Route 8, Hagatna, GU 96910
Tel: 671-477-7562   Fax: 671-477-3736
email: benson@bensonguam.com   www.bensonguam.com

A LATE PAYMENT CHARGE OF 1-1/2% / MONTH
WILL BE CHARGED AGAINST PAST DUE BALANCE



Do it Best

PAGE NO  1

| Customer No | Job No | Purchase Order No | Reference | Clerk | Date | Time |
|---|---|---|---|---|---|---|
| *1 | | | Stevens Purchas | AM | 12/3/08 | 2:09 |

Sold To: **** CASH ****

Ship To: TUCKER/JL

Terms: CASH/CHECK/BANKCARD

DUE DATE: 12/ 4/08     TERM#569     DOC# B16354

* * * * * * * * * * * *
* INVOICE *
* * * * * * * * * * * *

TAX : 001 DEFAULT TAX CODE - CA

(4)

| SHIPPED | ORDERED | UM | SKU | DESCRIPTION | SUGG | UNITS | PRICE/PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | EA | 789702 | *DROPCLOTH PAPR9X12 | | 1 | 4.49 /EA | 4.49 N |
| 1 | 1 | EA. | 787418 | *EDGER TRIMLINE | | 1 | 2.99 /EA | 2.99 N |
| 1 | 1 | EA | 771672 | *COVER ROLR 1-1/4" | | 1 | 5.99 /EA | 5.99 N |
| 1 | 1 | EA | 784477 | *BRUSH SASH 2" | | 1 | 7.49 /EA | 7.49 N |
| 1 | 1 | EA | 797283 | *9" ROLLER FRAME | | 1 | 5.79 /EA | 5.79 N |
| 1 | 1 | EA | 781978 | *PAINT TRAY STADIUM | | 1 | 2.99 /EA | 2.99 N |
| 2 | 2 | GL | 1.2533115-16 | 2500 INT.FLAT WHITE/PASTEL | | 2 | 13.50 /GL | 27.00 *N |
| 2 | 2 | SH | 14FGC | 1/4" FLEXIGLASS 4 X 8 CLEAR | 107.00 | 2 | 95.00 /SH | 190.00 *N |

MID: 300001746206

APP:569288   XR:116354

** PAYMENT RECEIVED **
** PAID IN FULL **

BANKCARD PAYMENT     243.77
BKCRD#XXXXXXXXXXXX1029

|  |  |
|---|---|
| 243.77 TAXABLE | 0.00 |
| | NON-TAXABLE 246.74 |
| | SUBTOTAL 246.74 |
| | TD DISCOUNT -2.97 |
| | TAX AMOUNT 0.00 |
| | **TOTAL AMOUNT 243.77** |

X _____
   Print Name

X _____
   Received By



NO RETURNS / NO EXCHANGE AFTER (7) DAYS
ALL SALES FINAL / 20% RESTOCKING FEE

⑤

07066.02
EME Purchase
@RDOT

THE HOME DEPOT 1710
295 CHALAN PASAHERU
TAMUNING, GU 96913 (671)6480440

1710 00007 16670   12/05/08
SALE        11 VBGOUH   09:00 AM

12/05/08



```
283023 580LUMSPOT <A>               19.99
655095 FATMAX TAPE <A>              22.79
474448 GLOVES <A>
       1202.37                      28.44
--------Free One + Tool Promotion--------
033287139576 4.5ANGLEGRDR <A>       41.67
       MAX REFUND VALUE $33.27
200706 18V SUPERCOM <A>            165.00
       MAX REFUND VALUE $131.73
       Free One + Tool              -41.67
MUST RETURN ALL ITEMS FOR A FULL REFUND
-----------------------------------------
                   SUBTOTAL         236.22
                   SALES TAX          0.00
                   TOTAL           $236.22
XXXXXXXXXXXX1029   AMEX             236.22
AUTH CODE 574676/1072172                TA
```



1710 07 16670 12/05/2008 9766

RETURN POLICY DEFINITIONS
POLICY ID   DAYS   POLICY EXPIRES ON
A            1      90      03/05/2009

USE YOUR MASTERCARD TO BE ENTERED
FOR A CHANCE TO WIN 2 GIFTS. EARN
DOUBLE ENTRIES AT THE HOME DEPOT
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

*Guam: Am Express paint for customer service room Chase $83.52* ✓


(6.)

# Best Benson
## A Tandy Group

*12/22/08*

*07066:02 5500*

```
12/22/08  9:43AM RG         569 SALE
-----------------------------------------
1.2535117-20      1   PL   79.50 PL *N
2500 INT. S/G WHITE/PASTEL        79.50
352764            3   SH    1.49 SH  N
*WET-OR-DRY 120                    4.47

SUB-TOTAL:      83.97   TAX:
 DISCOUNT:       -.45   TOTAL:     83.52
                        BC AMT:   $83.52

BK CARD#: XXXXXXXXXXX2019
ID:  000801670860
AUTH: 526563           AMT:       83.52
Host reference #:128470  Bat#010
SWIPED
CARD TYPE:AM EXPRESS    EXPR:XXXX
```

==>> JRNL#B28470                 <<==
       CUST # *1

THANK YOU RC ANDERSON
FOR YOUR PATRONAGE

Name: X_____

I agree to pay above total amount
according to card issuer agreement
(merchant agreement if credit voucher)
Customer Copy

THANK YOU FOR SHOPPING AT
**BENSON GUAM ENTERPRISES, INC.**
779 ROUTE 8
HAGATNA, GUAM 96910
Tel: (671) 477-7562  Fax: (671) 477-3736
email: benson@bensonguam.com
www.bensonguam.com



**SOLID WASTE MANAGEMENT CONSULTANTS**

U.S. Federal District Court of Guam
Chief Judge
520 West Soledad Avenue
Hagåtña, Guam 96910

January 16, 2009

cc: Attorney General
c/o Assistant Pat Mason

RE: Invoice for Services | Inv No. 09-01-2490 | Job No. 07066-03

| | |
|---|---|
| **PERIOD:** | Activity from December 1, 2008 through December 31, 2008 |
| **CLIENT REFERENCE:** | **Order Re: Appointment of Receiver, Case 1:02-cv-00022 filed March 17, 2008** and ordered by the Chief Judge for the U.S. Federal District Court of Guam |
| **DESCRIPTION:** | Pursuant to the Consent Decree, GBB, acting as Receiver for the District Court of Guam, will enforce the terms of the Consent Decree, and assume all of the responsibilities, functions, duties, powers and authority of the Solid Waste Management Division of the Department of Public Works ("DPW"), and any and all departments, or other divisions of the DPW insofar as they affect the Government of Guam's compliance with the Consent Decree; **Monthly Gross Receipts Tax reimbursement** |
| **GBB Federal ID#:** | 52-1189668 |

| Payments Received To Date | Invoiced But not Received | Current Progress Amount |
|---|---|---|
| $ 57,934.88 | $ 0 | $ 16,211.91 |

**Expenses**

Gross Receipts Tax – December (1 – 2)      $ 16,211.91

**Total Expenses**      $ 16,211.91

**TOTAL AMOUNT DUE GBB FOR THIS PERIOD** . . . . . . . . . . . . . . . . . . . . $ 16,211.91

Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Suite 304
Fairfax, Virginia 22031-4620
(703) 573-5800  FAX (703) 698-1306
E-MAIL: gbb@gbbinc.com
Printed on recycled paper

**"Exhibit III"**

Payments should be executed via wire transfers using the following information:

| | |
|---|---|
| Bank Account Name: | Gershman, Brickner & Bratton, Inc., General Account |
| Local Branch Address: | Bank of America, 8212 Lee Highway, Merrifield, VA 22031 |
| Bank Account Number: | |
| Bank Routing Number for incoming wires: | |
| Swift Code (if needed): | |

# DEPARTMENT OF REVENUE AND TAXATION
## GOVERNMENT OF GUAM

**FORM GRT-ONLINE** MONTHLY GROSS RECEIPTS, USE, OCCUPANCY, LIQUID FUEL, AUTOMOTIVE SURCHARGES, TOBACCO AND ALCOHOLIC BEVERAGES TAX RETURN

NAME OF LICENSEE: **GERSHMAN, BRICKNER & BRATTON, INC.**
DOING BUSINESS AS:

ADDRESS:
STE 203 ARLINGTON BLVD
FAIRFAX, VA
22031-0000

MONTH ENDING: 12 2008

TYPE OF FIRM: [ ] SOLE PROP [ ] PARTNERSHIP [X] CORPORATION

EIN/SSN: 521189668

METHOD OF REPORTING: [X] CASH [ ] ACCRUAL [ ] OTHER

TELEPHONE NO: 649-3800

[X] ORIGINAL RETURN [ ] AMENDED RETURN

| SCHEDULES | BUSINESS ACTIVITY OR KIND OF TAX | (A) GROSS RECEIPT VALUE OR QUANTITY | (B) EXEMPTION OR DEDUCTION | (C) TAXABLE AMOUNT VALUE OR QUANTITY | (D) TAX RATES | (E) TAX DUE |
|---|---|---|---|---|---|---|
| (1) GROSS RECEIPTS TAX | 1 WHOLESALING | | | | 4% | |
| | 2 RETAILING | | | | 4% | |
| | 3 SERVICE | 397,797.72 | 0.00 | 397,797.72 | 4% | 15,911.91 |
| | 4 RENTAL REAL PROP | | | | 4% | |
| | 5 RENTAL OTHERS | | | | 4% | |
| | 6 PROFESSION | | | | 4% | |
| | 7 COMMISSION | | | | 4% | |
| | 8 INSURANCE PREMIUM | | | | 4% | |
| | 9 CONTRACTING (LOCAL) | | | | 4% | |
| | 10 CONTRACTING (US) | | | | 4% | |
| | 11 INTEREST | | | | 4% | |
| | 12 AMUSEMENT | | | | 4% | |
| | 13 OTHERS | | | | 4% | |
| | 14 GRT TOTAL | | | | | |
| (2) USE TAX | 15 IMPORTATION | | | | 4% | |
| | 16 LOCAL PURCHASES | | | | 4% | |
| | 17 INVENTORY USED | | | | 4% | |
| | 18 USE TAX TOTAL | | | | | |
| (3) OCCUPANCY TAX | 19 HOTEL/MOTEL | | | | 11% | |
| | 20 OTHERS | 3,000.00 | 0.00 | 3,000.00 | 10% | 300.00 |
| | 21 OCCUPANCY TOTAL | | | | | |
| (4) LIQUID FUEL TAX & AUTOMOTIVE SURCHARGES | 22 DIESEL FUEL | | | | $0.10 per gallon | |
| | 23 SURCHARGE | | | | $0.04 per gallon | |
| | 24 GASOLINE | | | | $0.11 per gallon | |
| | 25 SURCHARGE | | | | $0.04 per gallon | |
| | 26 OTHERS | | | | $0.11 per gallon | |
| | 27 SURCHARGE | | | | $0.04 per gallon | |
| | 28 COMMERCIAL AVIATION | | | | $0.04 per gallon | |
| | 29 LFT & AS TOTAL | | | | | |
| (5) TOBACCO TAX | 30 CIGARETTES | | | | $5.00 per 100 | |
| | 31 CIGARS (Mini) Eff. March 24, 2000 | | | | $0.20 per Cigar | |
| | 32 CIGARS (Standard) Eff. March 24, 2000 | | | | $0.22 per Cigar | |
| | 33 CIGARS (Large) Eff. March 24, 2000 | | | | $0.25 per Cigar | |
| | 34 CIGARS (Others) Eff. March 24, 2000 | | | | $0.22 per Cigar | |
| | 35 CIGARS (Prior to March 24, 2000) | | | | 40% of Cost | |
| | 36 OTHERS (Other Tobacco Products) | | | | $3.50 per lb | |
| | 37 TOBACCO TAX TOTAL | | | | | |
| (6) ALCOHOLIC BEVERAGES | 38 DISTILLED SPIRIT | | | | $18.00 per gallon | |
| | 39 VINOUS BEVERAGES | | | | $4.95 per gallon | |
| | 40 MALTED FERMENTED | | | | $0.07 per 12oz | |
| | 41 ALCOHOLIC BEVERAGES TOTAL | | | | | |

Under the penalties of perjury, I declare that I have examined this return, including accompanying schedule and statements and to the best of my knowledge and belief it is true, correct and complete. If prepared by a person other than taxpayer, his declaration is based on all information of which he has any knowledge.

42 TAX DUE - Column (E) Lines 14, 18, 21, 29, 37 and 41: 16,211.91
43 PENALTY: 0.00
44 INTEREST: 0.00
45 CREDIT OR ADJ: 0.00
46 BALANCE TAX DUE: 16,211.91

SIGNATURE (TAXPAYER OR AUTHORIZED AGENT)
[ E-Filed via GuamTax.com ]

DATE: 13 Jan 2009

DEPARTMENT OF REVENUE AND TAXATION     ** THIS FORM NOT VALID FOR PAPER FILING **     FORM GRT ONLINE NOV 2008

**Jim Plutino**

From: GUAMPAY [PINADM@MAIL.GOV.GU]
Sent: Tuesday, January 13, 2009 3:07 PM
To: Jim Plutino
Subject: HERE IS YOUR CONFIRMATION RECEIPT



```
TREASURER OF GUAM
(671)475-1122/(671)475-1105

RECEIPTNO: 2009202462
DATE: 1/14/2009 6:05:07 AM
LOCATION: GUAMPAY.com
USERID:
PAY METHOD: CREDIT CARD/Visa
CARD NO: xxxx-xxxx-xxxx-5907
AUTHNO: 00544C
AMOUNT: 16,211.91

----------------------------------------
REFERENCE NO: 200800845
DOCUMENT NO: 200800845
TAX TYPE: A/R TAXES
TAX YEAR: 2008
AMOUNT: 16,211.91
----------------------------------------
```