

**GBB**
SOLID WASTE
MANAGEMENT
CONSULTANTS

U.S. Federal District Court of Guam
Chief Judge
520 West Soledad Avenue
Hagåtña, Guam 96910

February 11, 2009

cc: Attorney General
c/o Assistant Pat Mason

RE: Invoice for Services     Inv No. 09-02-2523     Job No. 07066-01

| | |
|---|---|
| **PERIOD:** | Activity from January 1, 2009 through January 31, 2009 |
| **CLIENT REFERENCE:** | **Order Re: Appointment of Receiver, Case 1:02-cv-00022 filed March 17, 2008** and ordered by the Chief Judge for the U.S. Federal District Court of Guam |
| **DESCRIPTION:** | Pursuant to the Consent Decree, GBB, acting as Receiver for the District Court of Guam, will enforce the terms of the Consent Decree, and assume all of the responsibilities, functions, duties, powers and authority of the Solid Waste Management Division of the Department of Public Works ("DPW"), and any and all departments, or other divisions of the DPW insofar as they affect the Government of Guam's compliance with the Consent Decree; **Payments made to Treasurer of Guam for building permits** |
| **GBB Federal ID#:** | 52-1189668 |

| Payments Received To Date | Invoiced But not Received | Current Progress Amount |
|---|---|---|
| $ 1,967,870.39 | $ 0 | $ 64,828.25 |

**Expenses**

Building Permit Fees (1 – 4) *                        $ 64,828.25

                                    **Total Expenses**           $ 64,828.25

\* Fee on expenses waived for these expense items

**TOTAL AMOUNT DUE GBB FOR THIS PERIOD . . . . . . . . . . . . . . . . . . $    64,828.25**

Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Suite 304
Fairfax, Virginia 22031-4620
(703) 573-5800  FAX (703) 698-1306
E-MAIL: gbb@gbbinc.com
Printed on recycled paper

Payments should be executed via wire transfers using the following information:

Bank Account Name: Gershman, Brickner & Bratton, Inc., General Account

Local Branch Address: Bank of America, 8212 Lee Highway, Merrifield, VA 22031

Bank Account Number:

Bank Routing Number for incoming wires:

Swift Code (if needed):

# Gershman, Brickner & Bratton, Inc.

8550 Arlington Boulevard, Ste 203  
Fairfax, VA 22031  
Tel: 703-573-5800  Fax: 703-698-1306  
jplutino@gbbinc.com  
www.gbbinc.com



**Expense Details (With Memo)**

Printed on: 2/10/2009  
Page 1 of 1

Project ID: 07066:01  
Project Name: US District Court for Guam - Receivership  
Manager: HWG  
Client ID: 07066

| ELDATE | EMPLOYEEID | PROJECTID |
|---|---|---|
| 1/1/2009 to 1/31/2009 | HWG to HWG | 07066:01 to 07066:01 |

| Date | Description | Units | Rate | Cost Amt | Mu % | Amount | |
|---|---|---|---|---|---|---|---|
| 1/8/2009 | Miscellaneous Expense<br>Cashier's check payable to the Treasurer of Guam c/o GEPA Water Protection Fund. This cost represents the C&G fee for Cell 1&2 Earthworks. | 1.00 | $15,708.25 | $15,708.25 | 0.00 | $15,708.25 | Billable |
| 1/8/2009 | Miscellaneous Expense<br>Cashier's check made payable to the Treasurer of Guam for the DPW Building Permit. This fee is for the Cell 1&2 Earthworks. | 1.00 | $49,120.00 | $49,120.00 | 0.00 | $49,120.00 | Billable |
| | **Sum of Billable Expenses:** | | | $64,828.25 | | $64,828.25 | |
| | **Billable + Non-Billable Total:** | | | $64,828.25 | | $64,828.25 | |

BillQuick Standard Report Copyright 2007. Last Modified on: 2/10/2009

```
              TREASURER OF GUAM
           (671)475-1122/(671)475-1105

  RECEIPT NO:      2009201239
  DATE:            01/13/09 11:39
  LOC/STATION:     04/C3
  CASHIER:         TOGADAMR
  PAY METHOD:      CASH
  AMOUNT:          $49,120.00

  REFERENCE NO:    GBBI
  DOCUMENT NO:     A091222209
  TAX TYPE:        DOA323551201
  AMOUNT:          $19,350.00

  REFERENCE NO:    GBBI
  DOCUMENT NO:     TG08-0221
  TAX TYPE:        DOA323654101
  AMOUNT:          $29,770.00

  TOP COPY-MERCHANT  BOT COPY-CUSTOMER
```

# A99- 1222209  OFFICIAL RECEIPT

GOVERNMENT OF GUAM
DEPARTMENT OF ADMINISTRATION
FINANCIAL MANAGEMENT DIVISION
P.O. BOX 884 HAGÅTÑA, GUAM 96932

DATE: 1/13/09

PAYOR:

ADDRESS: GBBI
TG08-0021


PAID JAN 13 2009 TREASURER OF GUAM #14

NOT VALID UNLESS OVERPRINTED BY OUR REGISTER/STAMP

## PAYMENT INFORMATION

| DESCRIPTION | ACCOUNT NUMBER | AMOUNT |
|---|---|---|
|  | 323551 701 | 19 350 00 |
| Landfill Operations | 323 76-54101 | 29 770 00 |
| Road and Mass | | |
| Grading for Cells 1 & 2 | | |
| ISSUING OFFICE: TOG | PLEASE PAY TREASURER OF GUAM TOTAL DUE | 49 170 00 |
| AGENT: Rosie | | |
| ☐ CASH  ☐ CHECK: # 5870574  OTHER: | | FCN-2-2-35 |



public works
Government of Guam

OFFICE OF BUILDING PERMITS & INSPECTION

## TERRITORY OF GUAM

# BUILDING PERMIT



(3)

BUILDING SAFETY IS NO ACCIDENT

DATE Jan. 13, 2009    PERMIT NO. TG08-0221

APPLICANT DPW- Gov't. Guam    ADDRESS 542 N.M.C. Dr.- Tam.    CONTR'S LIC. _____

PERMIT TO Grade    NO. ( ) STORY   PROPOSED USE Landfills    NO. UNITS _____

LOCATION Inarajan    ZONING DISTRICT _____

BETWEEN _____ AND _____

TRACT _____ LOT _____ BLOCK _____

BUILDING IS TO BE USED _____ FT. WIDE BY _____ FT. LONG BY _____ FT. HEIGHT

TYPE _____ USE GROUP Gov't.   BASEMENT WALLS OR FOUNDATION _____

REMARKS Landfill operations, road and mass grading for cells 1 & 2

AREA OR VOLUME _____    COST $10,000,000.00    PERMIT FEE $ 49,120.00

OWNER DPW Gov't. of Guam    BUILDING OFFICIAL (signature) (Jesus Q. Ninete, Sr.)

ADDRESS 542 North Marine Corps. Dr Tamuning, Guam 96913

BUILDING PERMIT SHALL EXPIRE IF THE WORK AUTHORIZED IS NOT COMMENCED WITHIN THREE(3) MONTHS OR IS SUSPENDED OR ABANDONED FOR A PERIOD OF THREE (3) MONTHS AFTER WORK HAS BEEN COMMENCED.

(4)

# Bank of America

**Cashier's Check** No. 3870573

Date: JANUARY 07, 2009

Banking Center: YORKTOWN
1011684  00008  003870573

Pay: **FIFTEEN THOUSAND SEVEN HUNDRED EIGHT DOLLARS AND 25 CENTS**
$ **15708.25**

To The Order of: **TREASURER OF GUAM**
**C/O GUEPA WATER PROTECTION FUND**

Remitter (Purchased By): GERSHMAN BRICKNER & BRATTON INC

Bank of America, N.A., San Antonio, Texas

VOID AFTER 90 DAYS

Authorized Signature

"3870573"  ⑆114000019⑆  0016400153⑈

---

RECEIVED JAN 12 2009
Guam Environmental Protection Agency

# RECEIPT No. 8895

DATE: 1/12/09

RECEIVED FROM: Gershman Brickner & Bratton Inc.

ADDRESS: Fifteen Thousand Seven Hundred Eight & 25/100 — $15,708.25

FOR: Earthworks for Cell 1 & 2 Permit Fee
Ck #3870573

BY: [signature] Bratton

| ACCOUNT | HOW PAID | | |
|---|---|---|---|
| | CASH | CHECK | |
| AMT. OF ACCOUNT | | SALES TAX | 15,708.25 |
| AMT. PAID | | TOTAL | 15,708.25 |
| BALANCE DUE | | | |

NOTES: Guam EPA 475-1652/59

©2001 REDIFORM® 8K808