DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> GOVERNMENT OF GUAM, <br><br> Defendant. | Civil Case No. 02-00022 <br><br> **ORDER RE: STATUS HEARING** |

The court has set this matter for the quarterly status hearing on April 16, 2009 at 9:00 a.m. At that time, the Receiver, Gershman, Brickner & Bratton ("GBB") will present its report in accordance with the court's appointment order. *See* Docket No. 239. It is likewise expected that the appropriate representatives of the Guam Environmental Protection Agency and the United States Environmental Protection Agency will be in attendance and be prepared to discuss the progress of the various Consent Decree projects. It is further ordered that the Department of Public Works ("DPW") Director, Larry Perez, and Federal Highway Administrator for DPW, Joaquin ("Kin") Blaz be present and prepared to report on the progress of the road and bridge projects affecting the Consent Decree. Lastly, Tor Gudmundsen, President of T.G. Engineers, P.C. Inc., is ordered to be present to report on the progress in meeting the court-ordered time lines.

**SO ORDERED**.



**/s/ Frances M. Tydingco-Gatewood**
    **Chief Judge**
**Dated: Mar 06, 2009**