# Flow Chart of Service Registration, Cart Delivery, and Invoicing System

