# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GOVERNMENT OF GUAM,<br><br>　　　　Defendant. | Civil Case No. 02-00022<br><br>**NOTICE OF RECEIPT OF LETTER** |

Attached hereto is a letter received from Senator Frank Aguon, Jr. of the 30th Guam Legislature. This letter was submitted *ex parte* and not through the Office of the Attorney General, which represents the Government of Guam in this case. Further, this letter has not been served on either party in this case. Thus, in the interest of full and complete disclosure, the court provides notice of its receipt of Senator Aguon's letter.

Parties' filings are governed by federal and local rules of civil procedure and practice. Accordingly, letters pertaining to the position of the Government of Guam are to be filed through its counsel, the Office of the Attorney General.

**SO ORDERED**.

　　　　　　　　　　　　　　　　　　**/s/ Frances M. Tydingco-Gatewood**
　　　　　　　　　　　　　　　　　　　　　**Chief Judge**
　　　　　　　　　　　　　　　　　　**Dated: Feb 09, 2010**

 

## SENATOR FRANK B. AGUON, JR.
Chairman, Committee on Economic Development,
Health & Human Services, and Judiciary
*I Mina'Trenta Na Liheslaturan Guåhan*
(Thirtieth Guam Legislature)

---

February 8, 2010

**Honorable Frances Tydingco-Gatewood**
**Chief Judge**
**U.S. District Court of Guam**
4th Floor, US Courthouse
520 West Soledad Avenue
Hagåtna, Guam 96910

**SUBJECT:** U.S. District Court Approval of U.S.D.A. Loan/Grant Funds for Development of the new Sanitary Landfill; and Release of Surplus Solid Waste Management System Bond Funds.

Dear Judge Tydingco-Gatewood,

*Buenas yan Hafa Adai!*

I am once again contacting you relative to seeking your favorable consideration towards accepting the government of Guam financing plan utilizing U.S. Department of Agriculture (USDA) loan/grant funds for the development of our new sanitary landfill, as well as fulfilling other solid waste management obligations. Although I recognize the government of Guam is still awaiting final approval of the USDA loan/grant terms and conditions, such approval should be forthcoming.

Now, with the government of Guam having finally obtained the terms and conditions of the U.S. Department of Agriculture's financing loan/grant, as initially approved in late 2009 for the development of Guam's new sanitary landfill, we are presented with an immediate opportunity to address other critical capital improvement projects.

With this in mind, and subject to your approval, I am appealing to you to give due consideration to the judicial acceptance of the USDA loan/grant funds for the development of the new Guam Sanitary Landfill, presently under construction. The acceptance of USDA funds would create an availability of funds from the 2009 Solid Waste Management System Bond, which could subsequently go a long way towards addressing other capital improvement projects, sorely needed by the people of Guam, which would include the closure of the Ordot Dump – and quite likely, the financing of the reconstruction of the JFK High School facility.

I am respectfully requesting your positive consideration on this urgent matter. Should you have any questions, comments or concerns, please do not hesitate to contact my office. I thank you for your attention on this matter.

*Un dangkolo' Na Si Yu'us Ma'ase'.*

Respectfully,

SENATOR FRANK B. AGUON, JR.

Cc: All Senators
Gershman, Brickner & Bratton, U.S. District Court Receiver

**RECEIVED FEB 10 2010**
DISTRICT COURT OF GUAM
HAGATNA, GUAM