DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | Civil Case No. 02-00022 |
| vs. | |
| GOVERNMENT OF GUAM, | **NOTICE OF RECEIPT OF LETTER** |
| Defendant. | |

In the interest of full and complete disclosure, the court hereby advises the parties that it received the letter attached hereto from Senator Vicente C. Pangelinan.

**SO ORDERED.**

**/s/ Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: Mar 01, 2010**



Office of

The People

Chairman
Committee on
Appropriations, Taxation,
Banking, Insurance, and
Land

Member
Committee on Education

Member
Committee on
Municipal Affairs,
Aviation, Housing, and
Recreation

Member
Committee on Labor, the
Public Structure,
Public Libraries, and
Technology

# Mina'Trenta Na Liheslaturan Guåhan

Senator vicente (ben) c. pangelinan (D)

February 16, 2010

Alicia G. Limtiaco
Attorney General of Guam
Office of the Attorney General
287 West O'Brien Drive
Hagåtña, GU 96910

Re: Ordot Dump

Hafa Adai General Limtiaco,

During the court proceedings for the closure of Ordot Dump and the construction and financing for a new landfill in Layon, there were discussions that the Ordot Dump closure may qualify for USEPA Superfund Site funds.

Without debate, the Ordot Dump is a creation of the federal government and the early use of the dump established the baseline contamination that we are now faced with cleaning up. The federal government must be made to contribute to the cost of the environmental remediation.

It is my understanding the Ordot Dump has met the qualifications under the Superfund program. We need to definitively clarify if the Ordot Dump is eligible to apply for these monies.

I am requesting your office research this matter, develop a plan of action to include the eligibility for this fund, and file the appropriate court actions to access these funds to support the closure of Ordot Dump.

I appreciate your attention to this matter. Should you have any questions in regards to this matter, please do not hesitate to contact my office.

*Si Yu'os Ma'åse,*

ben c. pangelinan
Senator

cc:  Governor Felix Camacho
     Lt. Governor Mike Cruz
     Legislative Legal Counsel, Therese Terlaje
     Congresswoman Madeleine Bordallo
     Chief Judge Frances Tydingco-Gatewood
     U.S. EPA Region 9
     All Senators
     Media



RECEIVED

FEB 16 2010

DISTRICT COURT OF GUAM
HAGATÑA, GUAM

324 W. Soledad Ave. Suite 100, Hagåtña, Guam 96910
Tel: (671) 473-(4BEN) 4236 - Fax: (671) 473-4238 - Email: senbenp@guam.net



RECEIVED

FEB 16 2010

DISTRICT COURT OF GUAM
HAGATNA, GUAM

Office of
The People

Senator vicente (ben) c. pangelinan
Mina'Trenta Na Liheslaturan Guåhan

324 W. Soledad Ave. Suite 101
Hagåtña, Guam 96910

Honorable Frances Tydingco-Gatewood
Chief Judge
District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña GU, 96910