# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CIVIL MINUTES
## GENERAL

CASE NO.: CV-02-00022                     DATE: April 8, 2010
CAPTION: United States of America vs. Government of Guam

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Ross Naughton                  Court Reporter: Veronica Flores-Reilly
Courtroom Deputy: Carmen B. Santos        Electronically Recorded: 9:14 - 11:41
CSO: F. Tenorio

**APPEARANCES:**

Counsel for Plaintiff(s)                  Counsel for Defendant(s)
Mikel Schwab                              Pat Mason
Robert Mullaney (via VTC)                 Others Present: See Attached List
Karen Ueno (via VTC)

**PROCEEDINGS: Status Hearing - Presentation of Receiver's Quarterly Report**
- Mr. Manning, with the assistance of Harvey Gershman, Chris Lund and Jack Tucker, presented the receiver's quarterly report.
- Mr. Leon Guerrero briefed the court on efforts to clean up the Upper Tumon compound. The Court ordered that GBB work with DPW to work on a solution for the clean up.
- After brief comments by Ms. Crisostomo of Gu EPA, court urged GBB and US EPA work with Gu EPA to get work done.
- Mr. Blaz and Mr. Niemasz gave a brief presentation on the roads and bridges. Court ordered DPW to file monthly reports on the progress of the projects.
- Court to issue order. Next Status Hearing: <u>August 11, 2010 at 9:00 AM</u>.

NOTES: