DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GOVERNMENT OF GUAM,<br><br>Defendant. | Civil Case No. 02-00022<br><br>**MINUTES** |

ON-SITE VISIT TO LAYON
(April 8, 2010 2:30 p.m.)

Notes: Appearing: Assistant U.S. Attorney Mikel Schwab; Assistant Attorney General Pat Mason and Kathy Fokas; Receiver In Charge Harvey Gershman, Receiver Representative David Manning, Receiver Operations Manager Jack Tucker; Winzler & Kelly Senior Project Manager, Paul Baron; Black Construction Tom Anderson; Core Tech International Eun Ho; Governor Felix Camacho and George Bamba; Senators Tom Ada and Anthony Ada; Guam Environmental Protection Agency (GEPA) Director Lorilee Crisostomo, Bradley Dunagan and Jerry Cruz; Guam Economic Development Authority Board Member Rob Peron, Parson Transportation Group Gene Neimasz and Public Auditor Doris Brooks.

    Winzler & Kelly Senior Project Manager, Paul Baron handed out Exhibit 10 (Site Visit Map) and a presented guided tour of the numerous projects from entrance at new access road to the Landfill Cells 1 and 2. At the Landfill Cells, Mr. Baron presented Exhibits 11, 12, 13, and 14 - liner construction materials and explained the various layers and construction of the liner.

1       It was explained that the site selection is well suited for this project because of the "natural resource" (clay).

      A model of the liner was shown.

      Also discussed: sewer, power, water, ground cover, life span of each of the cells.

      On-site visit concluded at 3:30 p.m.

                                      Prepared by: Carmen Santos
                                      Deputy Clerk