DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>GOVERNMENT OF GUAM,<br><br>    Defendant. | Civil Case No. 02-00022<br><br>**NOTICE OF RECEIPT OF LETTER** |

    In the interest of full and complete disclosure, the court hereby advises the parties that it received the letter attached hereto from Senator Vicente "Ben" Pangelinan.

**SO ORDERED.**

                                                  **/s/ Frances M. Tydingco-Gatewood**
                                                      **Chief Judge**
                                                  **Dated: Apr 14, 2010**



Office of

The People

Mina'Trenta Na Liheslaturan Guåhan

Senator vicente (ben) c. pangelinan (D)

Chairman
Committee on Appropriations,
Taxation, Banking, Insurance,
Retirement, and Land

Member
Committee on Education

Member
Committee on
Municipal Affairs,
Aviation, Housing, and
Recreation

Member
Committee on Labor, the
Public Structure,
Public Libraries, and
Technology

April 12, 2010

Alicia Limtiaco
Attorney General of Guam
Office of the Attorney General
Hagatna, Guam

Re: Ordot Dump

Hafa Adai General Limtiaco,

On February 16, 2010, I wrote a letter requesting your office to research the Superfund program and whether Guam can appropriately access these funds to support the closure of the Ordot Dump.

This letter is a follow up from my previous letter. It has been two months from my initial request and although on March 8, 2010, we received acknowledgment that your office received my letter, it is apparently still under review.

As your office continues to conduct the research, I ask that you provide my office a time frame on when we can expect a substantive response on the progress of this matter.

*Si Yu'os Ma'ase,*

vicente c. pangelinan
Senator

cc: Governor Felix Camacho
Lt. Governor Mike Cruz
Legislative Legal Counsel, Therese Terlaje
Congresswoman Madeleine Bordallo
Chief Judge Frances Tydingco-Gatewood
U.S. EPA Region IX
All Senators
Media

324 W. Soledad Ave. Suite 100, Hagåtña, Guam 96910
Tel: (671) 473-(4BEN) 4236 - Fax: (671) 473-4238 - Email: senbenp@guam.net
Case 1:02-cv-00022   Document 562   Filed 04/14/10   Page 2 of 2